IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC DIGOXIN AND DOXYCYCLINE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>16-cv-3844 | MDL NO. 2724<br>16-MD-2724<br><br>HON. CYNTHIA M. RUFE |

## ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter the appearance of John Radice, counsel for plaintiff Ahold USA, Inc., in the above-captioned MDL docket.

*Respectfully submitted*,

/s/ John Radice
RADICE LAW FIRM PC
34 Sunset Blvd.
Long Beach, NJ 08008
jradice@radicelawfirm.com
Tel: (646) 245-8502
Fax: (609) 385-0745
*Counsel for Plaintiff Ahold USA, Inc.*