IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC DIGOXIN AND DOXYCYCLINE ANTITRUST LITIGATION | MDL No. 2724<br>No. 16-md-2724 |
| THIS DOCUMENT RELATES TO:<br><br>2:16-cv-02432-CMR | HON. CYNTHIA M. RUFE |

### ENTRY OF APPEARANCE

TO THE CLERK:

     Please enter the appearance of Daniel E. Gustafson, of Gustafson Gluek PLLC, as counsel for Plaintiff, KPH Healthcare Services, Inc. a/k/a Kinney Drugs, in the above-captioned action.

Dated: September 1, 2016

                                        Respectfully submitted,

                                        */s/ Daniel E. Gustafson*_____
                                        Daniel E. Gustafson
                                        GUSTAFSON GLUEK PLLC
                                        120 South 6th St., Suite 2600
                                        Minneapolis, MN 55402
                                        Tel: (612) 333-8844
                                        Fax: (612) 339-6622
                                        dgustafson@gustafsongluek.com

                                        *Counsel for Plaintiff KPH Healthcare*
                                        *Services, Inc. a/k/a Kinney Drugs*

42601