**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GENERIC DIGOXIN AND DOXYCYCLINE ANTITRUST LITIGATION | MDL NO. 2724 16-MD-2724 |
| THIS DOCUMENT RELATES TO: | HON. CYNTHIA M. RUFE |
| ALL ACTIONS | |

**DEFENDANTS' SUBMISSION REGARDING**
**LIAISON COUNSEL AND DEFENDANTS' STEERING COMMITTEE**

In accordance with Paragraph 4.A of Pretrial Order No. 1 entered by the Court on August 15, 2016, Defendants have conferred, reached consensus, and request the appointment of Jan Levine, a partner at Pepper Hamilton LLP, as defense liaison counsel for coordination with the Court and for administrative purposes. Pepper Hamilton was appointed as defense liaison counsel *In Re Processed Egg Products Antitrust Litigatio*n (EDPA, MDL No. 2002), and Ms. Levine has served in that capacity since 2008. Her curriculum vitae is attached as Exhibit 1 for the Court's consideration.

In preparation for the conference scheduled for September 8, 2016, Defendants have also conferred as to a Defendants' Steering Committee. For several reasons, Defendants respectfully submit that such a committee is not necessary in this matter. This is not a case that involves a large number of defendants. At most, seven Defendants are named in the various complaints filed to date. Defendants have and will continue to work cooperatively and efficiently to address pre-trial issues without a formal Steering Committee. In fact, in many other cases involving alleged antitrust conspiracies, both within and outside of the

pharmaceutical industry, defense attorneys of record in this case have worked cooperatively to do so without a formal Steering Committee.

        In addition, Defendants are concerned that the role and responsibilities of the proposed Steering Committee could hamper the Defendants' abilities to present their own defenses.  Defendants are separate and distinct companies, with separate and distinct defenses to the varying allegations Plaintiffs have alleged against each Defendant.  While Defendants will coordinate to efficiently conduct pretrial discovery and pretrial motions practice, Defendants must each be able to present their own defense to the Plaintiffs' allegations, including, among other things, negotiate their own responses to discovery requests, represent their own witnesses at depositions and with respect to any subpoenas that are issued, and present their own issues and views to the Court regarding any and all pre-trial matters that may arise.  Therefore, Defendants believe that the most effective way to do so is to proceed without a formal Steering Committee.

        In light of these reasons, Defendants request that the appointment of defense liaison counsel is sufficient for efficiency purposes.

Dated:  September 1, 2016              Respectfully submitted,

By: /s/ *Terry M. Henry*            By: /s/ *Jan P. Levine*
Terry M. Henry                       Jan P. Levine
BLANK ROME LLP                 Robin P. Sumner
One Logan Square                  Michael J. Hartman
Philadelphia, PA 19103           PEPPER HAMILTON LLP
Tel.: (215) 569-5500              3000 Two Logan Square
Fax: (215) 832-5793              Eighteenth & Arch Streets
E-mail: THenry@blankrome.com    Philadelphia, PA 19103-2799
                                Telephone: (215) 981-4000
Steven C. Sunshine              Fax:  (215) 981-4750
Tiffany Rider                         levinej@pepperlaw.com
Timothy Grayson                sumnerr@pepperlaw.com
SKADDEN, ARPS, SLATE, MEAGHER &  hartmanm@pepperlaw.com
FLOM LLP
1440 New York Ave, NW

Washington, DC 20005
Telephone: (202) 371-7329
steve.sunshine@skadden.com
tiffany.rider@skadden.com
timothy.grayson@skadden.com

Karen Hoffman Lent
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
4 Times Square
New York, NY 10038
Telephone: (212) 735-3000
karen.lent@skadden.com

*Attorneys for Defendant Actavis, Inc.*

By: /s/ *William M. Connolly*
William M. Connolly
Chanda A. Miller
DRINKER BIDDLE & REATH LLP
One Logan Square, Ste. 2000
Philadelphia, PA 19103
Tel. (215) 988-2700
Fax. (215) 988-2757
william.connolly@dbr.com
chanda.miller@dbr.com

Stephen D. Brody
Edward D. Hassi
O'MELVENY &MYERS LLP
1625 Eye Street, N.W.
Washington, DC 20006
Telephone: (202) 383-5300
Fax: (202) 383-5414
sbrody@omm.com
ehassi@omm.com

*Attorneys for Defendant Par Pharmaceutical
Companies, Inc.*

By: /s/ *Chul Pak*
Chul Pak
WILSON SONSINI GOODRICH &
ROSATI, PC
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022

Kent A. Gardiner
Keith J. Harrison
Shari Ross Lahlou
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004-2595
Tel. (202) 624-2500
Fax. (202) 624-5116
kgardiner@crowell.com
kharrison@crowell.com
slahlou@crowell.com

*Attorneys for Defendant West-Ward
Pharmaceuticals Corp.*

By: /s/ *Gerald E. Arth*
Gerald E. Arth
Theodore H. Jobes
Christopher Varano
FOX ROTHSCHILD LLP
2000 Market Street
20th Floor
Philadelphia, PA 19103
Telephone: (215) 299-3010
garth@foxrothschild.com
tjobes@foxrothschild.com
cvarano@foxrothschild.com

*Attorneys for Defendant Lannett Co.*

By: /s/ *Paul M. Thompson*
Paul M. Thompson
Raymond A. Jacobsen, Jr.
Lisa A. Peterson
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street, NW
Washington, DC 20001
Telephone: (202) 756-8000
Fax: (202) 756-8087
pthompson@mwe.com
rayjacobsen@mwe.com
lpeterson@mwe.com

David L. Hanselman, Jr.
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, IL 60606

Telephone: (212) 497-7726
cpak@wsgr.com

*Attorneys for Defendant Mylan, Inc. and
Mylan Pharmaceuticals, Inc.*

By: /s/ *J. Douglas Baldridge*
J. Douglas Baldridge
Lisa Jose Fales
Danielle R. Foley
VENABLE LLP
575 7th Street, NW
Washington, DC 20004
202-344-4000
jbaldridge@venable.com
ljfales@venable.com
drfoley@venable.com

*Attorneys for Defendant Sun Pharmaceutical
Industries, Inc.*

Telephone: (312) 372-2000
Fax: (312) 984-7700
dhanselman@mwe.com

Nicole L. Castle
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10173
Telephone: (212) 547-5480
Fax: (212) 547-5444
ncastle@mwe.com

*Attorneys for Defendant Impax Laboratories,
Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Defendants' Submission Regarding Liaison Counsel and Defendants' Steering Committee was served on this 1st day of September 2016 via the Court's ECF system to all counsel of record.:

 /s/ Jan P. Levine
Jan P. Levine