UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC DIGOXIN AND DOXYCYCLINE ANTITRUST LITIGATION  _____  THIS DOCUMENT RELATES TO:  *César Castillo Inc. v. Allergan PLC, et al.*  2:16-cv-03525-CMR | MDL NO. 2724  Case No. 2:16-md-02724-CMR  Hon. Cynthia M. Rufe |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

    Please enter my appearance as counsel for Plaintiff César Castillo Inc. in the above-captioned matter.

Dated: September 2, 2016

Respectfully submitted,

NUSSBAUM LAW GROUP, P.C.

By: \_\_/s/ *Linda P. Nussbaum*_____
Linda P. Nussbaum
1211 Avenue of the Americas, 40th Floor
New York, NY 10036
(917) 438-9189
lnussbaum@nussbaumpc.com

*Counsel for Plaintiff César Castillo Inc. and the Proposed Direct Purchaser Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Appearance of Linda P. Nussbaum was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel for all parties on this, the 2nd day of September 2016.

    NUSSBAUM LAW GROUP, P.C.

    By:   /s/ *Linda P. Nussbaum*
    Linda P. Nussbaum
    1211 Avenue of the Americas, 40th Floor
    New York, NY 10036
    (917) 438-9189
    lnussbaum@nussbaumpc.com

    *Counsel for Plaintiff César Castillo Inc. and the Proposed Direct Purchaser Class*