# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC DIGOXIN AND DOXYCYCLINE ANTITRUST LITIGATION | MDL NO. 2724 |
| | 16-MD-2724 |
| THIS DOCUMENT RELATES TO: | HON. CYNTHIA M. RUFE |
| *Int'l Union of Operating Engineers Local 30 Benefits Fund v. Lannett Co., Inc., et al.*, No. 16-cv-00990 | |
| *UFCW Local 1500 Welfare Fund v. Allergan PLC, et al.*, No. 16-cv-02169 | |
| *McCrary v. Lannett Co., Inc., et al.*, No. 16-cv-03091 | |
| *Rochester Drug Co-Operative, Inc. v. Allergan PLC, et al.*, No. 16-cv-03189 | |
| *César Castillo Inc. v. Allergan PLC, et al.*, No. 16-cv-03525 | |
| *Plumbers & Pipefitters Local 178 Health & Welfare Trust Fund v. Lannett Co., Inc., et al.*, No. 16-cv-03635 | |

**DEFENDANT SUN PHARMACEUTICAL INDUSTRIES, INC.'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Sun Pharmaceutical Industries, Inc. hereby states the following:

Sun Pharmaceutical Industries, Inc. is a wholly owned subsidiary of Sun Pharmaceutical Industries, Ltd.

1

Dated: September 8, 2016	Respectfully submitted,


      /s/ *J. Douglas Baldridge*

J. Douglas Baldridge
Lisa Jose Fales
Danielle R. Foley
VENABLE LLP
575 7th Street, NW
Washington, DC  20004
(202) 344-4000
jbaldridge@venable.com
ljfales@venable.com
drfoley@venable.com

*Attorneys for Defendant Sun Pharmaceutical Industries, Inc.*

**CERTIFICATE OF SERVICE**

    I, J. Douglas Baldridge, hereby certify that on September 8, 2016, I caused a true and correct copy of the foregoing Rule 7.1 Corporate Disclosure Statement to be served upon all counsel of record by operation of the electronic filing system of the United States District Court for the Eastern District of Pennsylvania.

/s/ *J. Douglas Baldridge*_____
J. Douglas Baldridge
