IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC DIGOXIN AND DOXYCYCLINE ANTITRUST LITIGATION : | MDL NO. 2724 <br> 16-MD-2724 |
| THIS DOCUMENT RELATES TO: : | HON. CYNTHIA M. RUFE |
| *ALL ACTIONS* : | |

### PRETRIAL ORDER NO. 3

**AND NOW**, this 8th day of September 2016, upon consideration of the submission of Defendants' counsel and following the initial Status Conference held this date, it is hereby **ORDERED** that Jan Levine, Esquire is appointed Defendants' Liaison Counsel, effective immediately. Liaison counsel is authorized to perform all necessary administrative functions, including receiving orders and notices from the Court on behalf of Defendants, preparing and transmitting copies of such orders and notices to counsel for Defendants, and the performance of other tasks as determined by the Court. Liaison counsel is required to maintain complete files with copies of all documents served upon her in hard copy or electronic form, and to make such files available to counsel for Defendants upon request.

It is so **ORDERED**.

BY THE COURT:

_____
CYNTHIA M. RUFE, J.