**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC DIGOXIN AND DOXYCYCLINE ANTITRUST LITIGATION** | **MDL No. 2724**<br>**No. 16-md-2724** |
| **THIS DOCUMENT RELATES TO:**<br>*All Actions* | **HON. CYNTHIA M. RUFE** |

### <u>APPLICATION OF LISA SAVERI ON BEHALF OF CARPINELLI, MCCRARY AND VELARDI FOR APPOINTMENT TO LEADERSHIP OR IN THE ALTERNATIVE MEMBERSHIP OF END-PAYER PLAINTIFFS' STEERING COMMITTEE</u>

Lisa Saveri, a Partner at Saveri & Saveri, Inc., respectfully submits this application for appointment to leadership or in the alternative membership of the End-Payer Plaintiffs Steering Committee. *See* PTO No. 1, ¶4.B (ECF 2). Ms. Saveri and the Saveri firm are attorneys of record in three of the four actions filed on behalf of individual consumer end-payer plaintiffs in this litigation.[1] The Saveri firm, with Hausfeld LLP, began investigating the allegations set forth in the complaints in early 2015.

Saveri & Saveri, Inc. is an AV-rated law firm established in 1959 specializing in antitrust litigation, with almost sixty years of complex, multi-district and class action litigation experience and extensive experience in prosecuting price-fixing antitrust actions against the pharmaceutical industry. The firm's resume is provided herewith as Exhibit A. Ms. Saveri focuses on antitrust, consumer protection and class action litigation and, with more than thirty years of practice, has extensive experience in all aspects of state, federal and multi-district litigation including trial. She has worked on some of the most significant antitrust and consumer protection cases in the country and was a member of the trial team in *In re Tableware Antitrust Litig.*, Master File No. C-04-3514-VRW (N.D. Cal.) (Walker, C.J.), a certified consumer class action alleging violations

---

[1] *See Carpinelli v. Lannett Co.*, No. 16-cv-1954-CMR (E.D. Pa.); *McCrary v. Lannett Co.,* No. 16-cv-3091-CMR (E.D. Pa.); *Velardi v. Lannett Co.*, No. 16-cv-5016-CMR (E.D. Pa.).

of the Sherman Antitrust Act that went to verdict in the U. S. District Court for the Northern District of California.[2] She wrote the appellate briefs and argued before the California Court of Appeal in *Levitan v. Fanfare Media Works, Inc*. 2003 WL 21028339 (Cal. App. 2003), a class action wage and hour case, regarding waiver of arbitration. Ms. Saveri has authored or co-authored articles and treatise chapters on antitrust and class actions (*see* Ex. A).

Ms. Saveri is a graduate of Stanford University (A.B. Economics, 1978) and the University of San Francisco School of Law (1983). She was a Legal Extern to the Hon. Eugene F. Lynch, Judge of the U. S. District Court for the Northern District of California and a member of the U.S.F. Law Review. Ms. Saveri began her career as a defense attorney with the San Francisco law firm of Pillsbury, Madison & Sutro and spent four months at the San Francisco Public Defender's Office where she engaged in all phases of criminal defense including trial.

In 2008, Ms. Saveri was appointed by the U. S. District Court for the Northern District of California to a four year term as special counsel for disciplinary proceedings on the Court's Standing Committee on Professional Conduct. *See* N.D. Cal. L.R. 11-6(c). She was appointed by the State Bar of California to the Executive Committee of the Antitrust & Unfair Competition Law Section from 2005 to 2010 and remains a Committee Advisor by invitation.

Ms. Saveri has worked on antitrust and consumer protection class actions involving the pharmaceutical industry, relying on decades of firm experience in litigating against drug companies. In 1974-1975, firm Senior Partner, Guido Saveri, was sole lead and trial attorney for a national class of 9,000 health and welfare trust funds in a federal antitrust price fixing action

---

[2] Representative cases involve such products as auto parts, batteries, microprocessors, municipal derivatives, DVD rentals, California title insurance, air cargo shipping services, tableware, dynamic random access memory, rubber chemicals, monosodium glutamate, hydrogen peroxide, carbon fiber, managed health care, automobiles, brand name prescription drugs, smokeless tobacco, automotive refinishing paint, vaccines, vitamins, cosmetics and medical x-ray film.

against the drug industry involving tetracycline and other antibiotics in *Building Service Union Health & Welfare Trust Fund v. Chas. Pfizer & Co.*, Nos. 4-71 Civ. 435, 4-71 Civ. 413 (D. Minn.) (Lord, J.). Separate actions were also brought by the federal government, insurers, indirect purchasers and competitors. The class action went to a consolidated trial before two juries at the same time and in the same court; it settled for a substantial sum after ten months of trial. The Saveri firm brought this experience to *In re Brand Name Prescription Drugs Antitrust Litig.,* MDL No. 997, No. 94-C-897 CPK (N.D. Ill.) (Kocoras, J.) where Mr. Saveri was co-lead and trial counsel on behalf of approximately 50,000 retail pharmacies nationwide which alleged an illegal cartel between drug manufacturers and wholesalers prevented discounts to them. The case settled for $700 million in cash and $25 million in product after eight weeks of trial.[3] Ms. Saveri assisted in trial preparation. In *The Vaccine Cases*, J.C.C.P. No. 4246 (Los Angeles Super. Ct.) (Chaney, J.), a California medical monitoring class action against pharmaceutical companies brought on behalf of children exposed to mercury laden vaccines, Ms. Saveri coordinated and collaborated with co-counsel and briefed motions.

Ms. Saveri is willing and available to commit the time necessary to serve in a leadership or alternatively membership role on the EPP Steering Committee. She has worked for years with many of the plaintiffs' attorneys and firms before the Court, including in leadership positions, in cases across the country and in all phases of litigation from pleadings, motion practice and discovery, through class certification and to trial. She has worked cooperatively with both plaintiff and defense counsel and has served collegially on professional committees with them.

**[SIGNATURE ON FOLLOWING PAGE]**

---

[3] *See Pharmaceutical Cases I, II & III*, J.C.C.P. 2969, 2971 & 2972 (San Francisco Super. Ct.), a certified class action on behalf of all California consumer against major drug manufacturers for fixing the price of all brand name prescription drugs sold in California, which Mr. Saveri settled.

Dated: September 23, 2016.        Respectfully submitted,


*/s/ Lisa Saveri*_____
Lisa Saveri (*Pro Hac Vice*)

Guido Saveri (*Pro Hac Vice*)
R. Alexander Saveri (*Pro Hac Vice*)
Cadio Zirpoli (*Pro Hac Vice*)
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Tel: (415) 217-6810
Fax: (415) 217-6813
lisa@saveri.com
guido@saveri.com
rick@saveri.com
cadio@saveri.com

*Counsel for End-Payer Plaintiffs*
*Edward Carpinelli, Otis McCrary and*
*Valerie Velardi*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 23, 2016, the foregoing Application of Lisa Saveri on Behalf of Carpinelli, McCrary and Velardi For Appointment To Leadership or in The Alternative Membership of End-Payer Plaintiffs' Steering Committee and Exhibit A, thereto, were electronically filed and served upon all counsel of record via the Court's CM/ECF system, and are available for viewing and downloading from the ECF system.

*/s/ Lisa Saveri*
Lisa Saveri

# Exhibit A

# SAVERI & SAVERI, INC.

706 SANSOME STREET
SAN FRANCISCO, CALIFORNIA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

*SAVERI & SAVERI, INC.*, an AV-rated law firm, was established in 1959. The firm engages in Antitrust and Securities litigation, Product Defect cases, and in general civil and trial practice. For over fifty years the firm has specialized in complex, multidistrict, and class action litigation.

---

## *PARTNERS*

*GUIDO SAVERI*, born San Francisco, California, June 10, 1925; admitted to bar, 1951, California. *Education:* University of San Francisco (B.S., *summa cum laude*, 1947; LL.B., *summa cum laude*, 1950). *Member:* Bar Association of San Francisco; State Bar of California; American Bar Association (Member, Antitrust Section); Lawyers Club of San Francisco.

Mr. Saveri is a senior partner in the firm of Saveri & Saveri, Inc. He started the firm in 1959 and associated with Joseph L. Alioto, Esq., San Francisco, California, in the practice of antitrust and other corporate litigation. After law school in 1951 and up until the forming of his firm in 1959 he was associated with the law firm of Pillsbury, Madison & Sutro, San Francisco, California.

He has the highest rating in Martindale Hubbell, namely, "AV."

Mr. Saveri has testified before the Federal Judiciary Committee on antitrust matters and has lectured on antitrust matters before The Association of Trial Lawyers of America, the Federal Practice Institute, and other lawyer associations. Mr. Saveri has also written various periodicals on antitrust topics. Mr. Saveri was named the 2007 Antitrust Lawyer of the Year by the State Bar of California's Antitrust and Unfair Competition Law Section.

From the time he started his firm in 1959, Mr. Saveri has devoted practically all of his time to antitrust and other corporate and complex litigation. He has actively participated in antitrust cases involving the electronics industry, electrical industry, the water meter industry, scrap metal industry, liquid asphalt industry, dairy products industry, typewriter industry, vanadium industry, pipe-fitting industry, grocery business, liquor industry, movie industry, animal-raising business, chemical industry, snack food industry, paper label industry, chrysanthemum industry, drug industry, sugar industry, records industry, industrial gas industry, wheelchair industry, rope industry, copper tubing industry, folding cartons industry, ocean shipping industry, pancreas gland industry, corrugated container industry, glass container industry, fine paper industry, food additives industry, prescription drugs industry, medical x-ray film industry, computer chips and many others.

*RICHARD SAVERI,* Partner, 1951–1999.

   ***R. ALEXANDER SAVERI***, born San Francisco, California, July 22, 1965; admitted to bar, 1994, California and U.S. District Court, Northern District of California; 1995, U.S. Court of Appeals, Ninth Circuit; 2000, U.S. District Court, Southern District of California and U.S. District Court, Central District of California; 2012, U.S. Court of Appeals, Third Circuit. *Education:* University of Texas at Austin (B.B.A., Finance 1990); University of San Francisco School of Law (J.D., 1994), University of San Francisco Maritime Law Journal 1993–1994. *Member:* State Bar of California; American Bar Association (Member, Antitrust Section); Association of Trial Lawyers of America; University of San Francisco Inn of Court; National Italian American Bar Association; University of San Francisco Board of Governors (2003–2006); Legal Aid Society (Board of Directors).

   Mr. Saveri is the managing partner of Saveri & Saveri, Inc. After graduating from law school, he began working for his father and uncle at Saveri & Saveri, P.C. on antitrust and complex litigation. The current practice of Saveri & Saveri, Inc. emphasizes class action antitrust litigation.

   He has the highest rating in Martindale Hubbell, namely, "AV."

   ***LISA SAVERI***, born San Francisco, California, April 10, 1956; admitted to bar, 1983, California and U.S. District Court, Northern District of California; 1987, U.S. District Court, Eastern District of California; 2002, U.S. Court of Appeals, Ninth Circuit; U.S. District Court, Central District of California and U.S.  District Court, Southern District of California. *Education:* Stanford University (A.B. Economics, 1978); University of San Francisco School of Law (J.D., 1983), University of San Francisco Law Review. *Member*: State Bar of California. *Experience*: Legal Extern, Hon. Eugene F. Lynch, Judge, U. S. District Court, Northern District of California (1982); Associate, Pillsbury Madison & Sutro (1983–1992); San Francisco Public Defender's Office (Summer 1989). *Publications*: G. Saveri & L. Saveri, Pleading Fraudulent Concealment In An Antitrust Price Fixing Case: Rule 9(b) v. Rule 8, 17 U.S.F. L. Rev. 631 (1983); L. Saveri, Implications of the Class Action Fairness Act for Antitrust Cases: From Filing Through Trial, 15 No. 1, *Competition: J. of the Antitrust and Unfair Competition Law Section of the State Bar of California* 23 (2006); L. Saveri & Co-Author, Does the Cartwright Act Have A Future?, 17 No. 2, *Competition: J. of the Antitrust and Unfair Competition Law Section of the State Bar of California* 31 (2008); L. Saveri & Co-Authors, Chapter 21: Class Actions in Competition and Consumer Protections Cases in *California State Antitrust and Unfair Competition Law* 773-822 (Cheryl Lee Johnson, ed., Matthew Bender & Co., 2009) and 2010 update; L. Saveri & Co-Authors, Chapter 22: Indirect Purchaser Actions in *California State Antitrust and Unfair Competition Law* (Cheryl Lee Johnson, ed., Matthew Bender & Co., Supp. 2010); LexisNexis Corporate & Securities Law Community Podcast, *Class Actions in Competition and Consumer Protection Cases* (Recorded Sept. 21, 2010). *Professional Affiliations:* U. S. District Court, Northern District of California, Special Master, Standing Committee on Professional Conduct (appointment)(2008–2011); State Bar of California, Antitrust and Unfair Competition Law Section, Executive Committee, Member (appointment)(2005–2010), Secretary (2007–2009), First Vice-Chair (2009–2010), Advisory Committee (2010– present).

**CADIO ZIRPOLI**, born Washington D.C., September 1, 1967; admitted to bar, 1995, California and U.S. District Court, Northern District of California; 2015, U.S. Court of Appeals, Ninth Circuit. *Education:* University of California, Berkeley (B.A., 1989); University of San Francisco School of Law (J.D., *cum laude*, 1995). *Experience*: Assistant District Attorney, City and County of San Francisco 1996–2000. *Member*: State Bar of California.

Mr. Zirpoli has an AV Preeminent Peer Review Rating on Martindale-Hubbell, and has been named a "Super Lawyer for Northern California" in 2010, 2014, 2015 and 2016.

––––––––––––––––––––––––––

## *OF COUNSEL*

**GEOFFREY C. RUSHING,** born San Jose, California, May 21, 1960; admitted to bar, 1986, California and U.S. District Court, Northern District of California. *Education*: University of California, Berkeley (A.B. with honors, 1982); University of California, Berkeley, Boalt Hall (J.D., 1986). *Member*: State Bar of California.

––––––––––––––––––––––––––

## *ASSOCIATES*

**MELISSA SHAPIRO**, born Los Angeles, California, May 27, 1980, admitted to bar, 2006, California and U.S. District Court, Northern and Central Districts of California. *Education*: University of Southern California (B.A., 2002); Pepperdine University School of Law (J.D., 2005), Pepperdine Law Review, *Publication*: Comment, Is Silica the Next Asbestos? An Analysis of the Sudden Resurgence of Silica Lawsuit Filings, 32 Pepp. L. Rev. 983 (2005).

**DAVID HWU**, born Stanford, California, November 20, 1985; admitted to bar, 2012, California and U.S. District Court, Northern District of California. *Education:* University of California, Berkeley (B.A., 2008). University of San Francisco School of Law (J.D., 2011). *Member*: State Bar of California. *Languages*: Chinese, Japanese.

**CARL N. HAMMARSKJOLD,** born Detroit, Michigan, August 20, 1967; admitted to bar, 2011, California and U.S. District Court, Northern District of California; 2013, U.S. Court of Appeals, Ninth Circuit. *Education*: Pomona College (B.A., 1989); University of San Francisco School of Law (J.D., *summa cum laude*, 2011); Academic Excellence Award; John L. Brennan Award for Creativity and Innovation in Advocacy; Law Review Best Student Note Award; University of San Francisco Law Review (2009–2011); Executive Director, Moot Court Board of Directors (2010–2011). *Experience*: Judicial Extern to the Hon. William Alsup, Judge, U. S. District Court, Northern District of California (2010). *Publication*: Comment, Smokes, Candy, and the Bloody Sword: How Classifying Jailhouse Snitch Testimony as Direct, Rather than Circumstantial, Evidence Contributes to Wrongful Convictions, 45 U.S.F. L. Rev. 1103 (2011). *Member*: State Bar of California.

**MATTHEW D. HEAPHY**, born Hartford, Connecticut, December 4, 1974, admitted to bar, 2003, California and U.S. District Court, Northern District of California. *Education*: Wesleyan University (B.A., 1997); University of San Francisco School of Law (J.D., *cum laude*, 2003); University of San Francisco Law Review; International & Comparative Law Certificate, with Honors. *Publications*: Comment: <u>The Intricacies of Commercial Arbitration in the United States and Brazil: A Comparison of Two National Arbitration Statutes</u>, 37 U.S.F. L. Rev. 441 (2003); M. Heaphy & Co-Author, <u>Does the United States Really Prosecute its Servicemembers for War Crimes? Implications for Complementarity Before the ICC</u>, 21 Leiden J. Int'l L. 165 (March 2008); M. Heaphy, <u>The United States and the 2010 Review Conference of the Rome Statute of the ICC</u>, 81 Int'l Rev. Penal L. 77 (2010). *Member*: State Bar of California. *Languages*: French, Italian.

**SARAH VAN CULIN**, born London, England, September 2, 1985, admitted to bar, 2013, California; 2015, U.S. District Court, Northern District of California. *Education*: University of Nottingham (B.A., English, 2007); University of San Francisco School of Law (J.D., *cum laude*, 2013); Editor in Chief, University of San Francisco Law Review; Business Law Certificate, with Honors. *Member*: State Bar of California, Antitrust, UCL and Privacy Section; American Bar Association, Section of Antitrust Law; Bar Association of San Francisco, Antitrust and Business Regulation Section.

————————————————

### *LEGAL ASSISTANTS*

**JAE HYUN LIM**, (Paralegal) born Incheon, South Korea, July 9, 1988. *Education*: University of California, Berkeley (B.A., 2011), Team Waffle Intern Research Analyst (2011). *Language*: Korean.

**SHANNON EASTERLY**, (Paralegal) born Elko, Nevada, February 27, 1986. *Education*: California State University, Northridge (B.A., 2009).

**CYNTHIA TRAN**, (Legal Assistant) born San Francisco, California, May 19, 1992. *Education:* University of California, Davis (B.S., 2014). *Language:* Chinese.

**JONATHAN PRINCE**, (Legal Assistant) born Santa Rosa, California, June 19, 1991. *Education:* University of San Francisco (B.A., 2016).

## The Saveri Firm Has Held Leadership Positions or Served or is Serving as Court-Appointed Lead, Co-Lead or Liaison Counsel in the Following Cases

The following are some of the class actions in which Mr. Guido Saveri actively participated:

*Nisley v. Union Carbide and Carbon Corp.*, 300 F. 2d 561 (10th Cir. 1960), and *Continental Ore. Co. v. Union Carbide and Carbon Corp.*, 370 U.S. 690 (1962). In 1960, Mr. Saveri was one of the trial attorneys in the above cases which are the forerunners of present class action litigation and are responsible not only for Rule 23 as it exists today but also for some of the more important rulings in the field of antitrust law. The *Nisley* case was a class action tried before a jury both on liability and damages and resulted in a verdict for the named plaintiffs and the entire class. It is considered one of the leading cases on class actions, is often referred to as a model for the trial of class actions, and has been followed in those antitrust class action cases which have gone to trial.

*Sacramento Municipal Utility District v. Westinghouse Elec. Corp.*, 1962 Trade Cas. ¶70,552 (N.D. Cal. 1962). Mr. Saveri was one of the principal attorneys in several cases which have come to be known as the *Electrical Equipment* cases. In 1961–1965, Mr. Saveri represented such clients as the State of Washington, Sacramento Municipal Utility District and Modesto Irrigation District. Mr. Saveri was one of the attorneys who tried several of these cases and did very extensive work under a coordinated program instituted by the Murrah Committee under the direction of the then Chief Justice of the United States. This Committee later became the Judicial Panel for Multi-District Litigation. As a result of his experience in these cases, he participated in drafting proposed legislation creating the Panel on Multi-District Litigation.

*Nurserymen's Exchange v. Yoda Brothers, Inc.*, United States District Court, Northern District of California, before Judge George R. Harris in San Francisco. Mr. Saveri was the sole attorney for a class of 10,000 chrysanthemum growers. This case was settled for substantial sums.

*City of San Diego v. Rockwell Manufacturing Co.*, United States District Court, Northern District of California, before Judge George H. Boldt of San Francisco. Mr. Saveri was Liaison and Lead Counsel in the above case involving water meters. This case was settled for substantial sums.

*In re Private Civil Treble Damage Actions Against Certain Snack Food Companies*, Civil No. 70-2121-R, in the United States District Court, Central District of California. Mr. Saveri was the lead attorney for the retail grocers' class comprised of all retail grocers in the states of California, Nevada, and Arizona certified by Judge Real involving the snack food industry. The case was settled for substantial sums.

*In re Sugar Antitrust Litigation*, MDL No. 201, in the United States District Court for the Northern District of California, before Judges Boldt and Cahn. Mr. Saveri was the lead attorney for the retail grocer classes in the Western Sugar litigation. In this litigation, he was a member of the Executive Committee, Steering Committee and Settlement Committee. This case settled for more than $35,000,000.

*Sun Garden Packing Co. v. International Paper Co., et al.*, C-72-52, United States District Court, Northern District of California, in San Francisco. In 1972 Mr. Saveri filed the first

price fixing class action against the paper industry. He was the sole attorney representing all purchasers of lithograph paper labels in the United States. The lithograph paper labels case was settled at a substantial figure. The lithograph paper labels case was responsible for subsequent government indictments in lithograph paper labels, folding cartons, small paper bags, and corrugated containers.

*In re Folding Carton Antitrust Litigation*, MDL No. 250, Eastern District of Illinois, Judges Will and Robson. Mr. Saveri was a member of the Executive Committee, Vice Chairman of Discovery and a member of the Trial Team in this action involving a horizontal conspiracy to fix prices for folding cartons. The case was settled for more than $200,000,000.

*In re Coordinated Pretrial Proceedings in Antibiotic Antitrust Actions,* MDL No. 10, 4-72 Civ 435; Judge Lord, United States District Court, District of Minnesota, Fourth Division. Mr. Saveri was the attorney for the institutional class and consumer class for the States of Utah and Hawaii. These actions were settled for substantial sums.

*Building Service Union Health & Welfare Trust Fund v. Chas. Pfizer & Co.*, No. 4-71 Civ. 435; No. 4-71 Civ. 413 (D. Minn.), before Judge Lord in Minneapolis. Mr. Saveri was the sole attorney for a class of 9,000 health and welfare trust funds in the United States in this antitrust action against the drug companies. In 1974–1975 this class action went to trial before two juries at the same time and in the same court on liability and damages for the entire class and lasted ten months. It was settled for a substantial sum. Mr. Saveri was the sole attorney representing the plaintiff health and welfare trust fund class at trial.

*In re Corrugated Container Antitrust Litigation*, MDL No. 310, United States District Court, Southern District of Texas. Horizontal price fixing action. The case was settled for more than $400,000,000.

*In re Fine Paper Antitrust Litigation*, MDL No. 325, United States District Court, Eastern District of Pennsylvania. Mr. Saveri was a member of the Executive Committee and the trial team. The case was settled for approximately $80,000,000.

*In re Ocean Shipping Antitrust Litigation*, MDL No. 395, United States District Court, Southern District of New York. Mr. Saveri was a member of the Steering Committee and the Negotiating Committee. The firm understands this case was the first class action settlement involving claims by foreign companies. Mr. Saveri was appointed an officer of the New York Federal District Court to audit foreign claims in Europe. The case was settled for approximately $79,000,000.

*In re Corn Derivatives Antitrust Litigation*, MDL No. 414, United States District Court, District of New Jersey. Mr. Saveri was Chairman of the Steering Committee and Executive Committee.

*In re Coconut Oil Antitrust Litigation*, MDL No. 474, United States District Court, Northern District of California. Mr. Saveri was Co-Lead Counsel.

*In re Intel Securities Litigation*, No.C-79-2168A, United States District Court, Northern District of California, Judge Aguilar. Mr. Saveri was a member of the Steering Committee.

*O'Neill Meat Co. v. Eli Lilly and Co.*, No. 30 C 5093, United States District Court, Northern District of Illinois, Judge Holderman. Mr. Saveri was Co-Lead Counsel for the class in this antitrust litigation involving pancreas glands.

*United National Records, Inc. v. MCA, Inc.*, No.82 C 7589, United States District Court, Northern District of Illinois. Mr. Saveri was a member of the Steering Committee in this records antitrust litigation. The class recovered $26,000,000 in cash and assignable purchase certificates.

*In re Industrial Gas Antitrust Litigation*, No. 80 C 3479, United States District Court, Northern District of Illinois. Mr. Saveri was a member of the Steering Committee. The class recovered more than $50,000,000.

*Superior Beverages, Inc. v. Owens-Illinois*, No. 83-C512, United States District Court for the Northern District of Illinois. Mr. Saveri was a member of the Executive Committee in this antitrust litigation involving the price fixing of glass containers. The class recovered in excess of $70,000,000 in cash and coupons.

*In re Washington Public Power Supply Securities Litigation*, MDL No. 551, (W.D. Wash.). Mr. Saveri was one of the court appointed attorneys for the class.

*In re Ask Computer Systems Securities Litigation*, No. C-85-20207 (A) RPA, United States District Court, Northern District of California. Mr. Saveri was Co-Lead Counsel for the class.

*Big D. Building Corp. v. Gordon W. Wattles*, MDL No. 652, United States District Court, Middle District of Pennsylvania. Mr. Saveri was a member of the Steering Committee and Settlement Committee in this price fixing class action involving the rope industry.

*In re Insurance Antitrust Litigation*, MDL No. 767, Judge Schwarzer, United States District Court, Northern District of California. Mr. Saveri was Administrative Liaison Counsel and a member of the Steering Committee.

*In re Sun Microsystems Securities Litigation*, No. C-89-20351 RMW, United States. District Court, Northern District of California. Mr. Saveri was Co-Lead Counsel.

*In re Infant Formula Antitrust Litigation*, MDL No. 878, United States District Court, Northern District of Florida, Tallahassee Division. Mr. Saveri was one of the principal attorneys. The case was settled for $125,760,000.

*In re Carbon Dioxide Industry Antitrust Litigation*, MDL No. 878, Case No. 92-940 PHB, United States District Court, Middle District of Florida, Orlando Division. Mr. Saveri was a member of the Steering Committee. The class recovered $53,000,000 and achieved significant therapeutic relief for the class.

*In re Medical X-Ray Film Antitrust Litigation*, No.CV 93-5904, FB, United States District Court, Eastern District of New York. Mr. Saveri was a member of the Steering Committee.

*In re Baby Food Antitrust Litigation*, No. 92-5495 NHP, in the United States District Court, District of New Jersey. Mr. Saveri was a member of the Steering Committee.

*In re Brand Name Prescription Drugs Antitrust Litigation*, MDL No. 997, Case No. 94–C-897 CPK, United States District Court, Northern District of Illinois, Eastern Division. Mr. Saveri was Co-Lead Counsel on behalf of approximately 50,000 retail pharmacies nationwide alleging an illegal cartel between seventeen drug manufacturers and six drug wholesalers in preventing discounts to retail pharmacies. The case was tried for eight weeks. The case was

settled for $700,000,000 in cash and $25,000,000 in product. Mr. Saveri was one of four lead trial lawyers.

*In re Citric Acid Antitrust litigation*, MDL No. 1092, C-95-2963 FMS, United States District Court, Northern District of California. Mr. Saveri was Co-Lead Counsel representing a certified class of purchasers of citric acid throughout the United States against the citric acid manufacturers for violations of the Sherman Act for fixing the price of citric acid in the United States and around the world. The case was settled for $86,000,000.

*In re Methionine Antitrust Litigation*, MDL No. 1311 CRB, United States District Court, Northern District of California. A nationwide class action on behalf of direct purchasers of methionine alleging price-fixing. Saveri & Saveri, Inc. served as Co-Lead Counsel in this litigation. The case was settled for $107,000,000.

*In re Managed Care Litigation*, MDL No. 1334, Master File No. 00-1334-MD (Judge Moreno), United States District Court, Southern District of Florida. The Saveri Firm served as a member of the Executive Committee representing the California Medical Association, Texas Medical Association, Georgia Medical Association and other doctors against the nation's HMOs for violations of the Federal RICO Act. The case was settled with benefits approximating $1 billion dollars.

*In re Dynamic Random Access Memory Antitrust Litigation*, MDL No. 1486 (Judge Hamilton), United States District Court, Northern District of California. Mr. Saveri served as Co-Lead Counsel on behalf of direct purchasers of dynamic random access memory (DRAM) alleging a nationwide class for price-fixing. The case settled for more than $325 million in cash.

*In re Flash Memory Antitrust Litigation*, No. C 07-0086 SBA (Judge Armstrong), United States District Court, Northern District of California. Mr. Saveri served as Co-Lead Counsel on behalf of direct purchasers of flash memory alleging a nationwide class for price-fixing.

*In re Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917, Case No. C 07-5944 SC (Judge Conti) United States District Court, Northern District of California. Mr. Saveri serves as Lead Counsel on behalf of direct purchasers of cathode ray tubes (CRTs) alleging a nationwide class for price-fixing.

*In re Optical Disk Drive (ODD) Products Antitrust Litigation*, MDL No. 2143, 10-md-02143-RS (Judge Seeborg), United States District Court, Northern District of California. Mr. Saveri served as Chair of the Committee of Direct Purchaser Plaintiffs' Counsel on behalf of direct purchasers of optical disk drives (ODDs) alleging a nationwide class for price-fixing.

Mr. R. Alexander Saveri has served or is serving as court-appointed Co-Lead or Liaison Counsel in the following cases:

*In re Lithium Ion Batteries Antitrust Litigation*, Master Docket No. 4:13-md-2420-YGR, United States District Court, Northern District of California. Mr. Saveri serves as one of three Co-Lead counsel in an antitrust class action on behalf of direct purchasers of lithium ion batteries.

*In re California Title Insurance Antitrust Litigation*, Case No. 08-01341 JSW, United States District Court, Northern District of California (antitrust class action involving federal

antitrust laws and California statutory law for unlawful practices concerning payments for title insurance in California).

*In re Intel Corp. Microprocessor Antitrust Litigation*, MDL No. 05-1717 (JJF) United States District Court, District of Delaware (antitrust class action on behalf of all consumers in the United States that indirectly purchased Intel x86 microprocessors).

*In re Vitamin C Antitrust Litigation*, MDL No. 06-1738 (DTG)(JO), United States District Court, Eastern District of New York (antitrust class action on behalf of all California indirect purchasers of vitamin C).

*In re: TelexFree Securities Litigation*, MDL 2566, United States District Court, District of Massachusetts. Mr. Saveri is a member of the Plaintiffs' Interim Executive Committee in a class action on behalf of victims of the TelexFree pyramid scheme.

*In re Polychloroprene Antitrust Cases*, J.C.C.P. No. 4376, Los Angeles Superior Court (antitrust class action on behalf of all California indirect purchasers of polychloroprene rubber).

*In re NBR Cases*, J.C.C.P. No. 4369, San Francisco Superior Court (antitrust class action on behalf of all California indirect purchasers of NBR).

*Carpinelli. v. Boliden AB*, Master File No. CGC-04-435547, San Francisco Superior Court (antitrust class action on behalf of all California indirect purchasers of copper tubing).

*Competition Collision Center, LLC v. Crompton Corporation*, Case No. CGC-04-431278, San Francisco Superior Court (antitrust class action on behalf of all California indirect purchasers of plastic additives).

*In re Urethane Cases*, J.C.C.P. No. 4367, San Francisco Superior Court (antitrust class action on behalf of all California indirect purchasers of urethane and urethane chemicals).

*The Harman Press v. International Paper Co.*, (Consolidated Cases) Master File No. CGC-04-432167, San Francisco Superior Court (antitrust class action on behalf of all California indirect purchasers of publication paper).

*In re Label Stock Cases*, J.C.C.P. No. 4314, San Francisco Superior Court (antitrust class action on behalf of all California indirect purchasers of high pressure label stock).

*Richard Villa v. Crompton Corporation*, Consolidated Case No. CGC-03-419116, San Francisco Superior Court (antitrust class action on behalf of California indirect purchasers of EPDM).

*Russell Reidel v. Norfalco LLC*, Consolidated Case No. CGC-03-418080, San Francisco Superior Court (antitrust class action on behalf of California indirect purchasers of sulfuric acid).

*Smokeless Tobacco Cases I–IV*, J.C.C.P. Nos. 4250, 4258, 4259 and 4262, San Francisco Superior Court (certified antitrust class action on behalf of California consumers of smokeless tobacco products).

*Electrical Carbon Products Cases*, J.C.C.P. No. 4294, San Francisco Superior Court (Private Entity Cases) (antitrust class action on behalf of California indirect purchasers of electrical carbon products).

*The Vaccine Cases*, J.C.C.P. No. 4246, Los Angeles Superior Court (medical monitoring class action on behalf of children exposed to mercury laden vaccines).

*In re Laminate Cases*, J.C.C.P. No. 4129, Alameda Superior Court (antitrust class action on behalf of California indirect purchasers of high pressure laminate).

*Compact Disk Cases*, J.C.C.P. No. 4123, Los Angeles Superior Court (antitrust class action on behalf of California consumers of prerecorded compact disks).

*Sorbate Prices Cases*, J.C.C.P. No. 4073, San Francisco Superior Court (antitrust class action on behalf of California indirect purchasers of sorbate).

*In re Flat Glass Cases*, J.C.C.P. No. 4033, San Francisco Superior Court (antitrust class action on behalf of California indirect purchasers of flat glass products).

*Vitamin Cases*, J.C.C.P. No. 4076, San Francisco Superior Court (antitrust class action on behalf of California indirect purchasers of vitamins).

*California Indirect Purchaser MSG Antitrust Cases*, Master File No. 304471, San Francisco Superior Court (antitrust class action on behalf of California indirect purchasers of Monosodium Glutamate).

*In re Aspartame Indirect Purchaser Antitrust Litigation*, Master Docket No. 06-1862-LDD, United States District Court, Eastern District of Pennsylvania (antitrust class action on behalf of California indirect purchasers of aspartame); and

*GM Car Paint Cases*, J.C.C.P. No. 4070, San Francisco Superior Court (class action on behalf of all California owners of General Motors vehicles suffering from paint delamination).

## Class Action Litigation

The following are some additional class action cases in which the firm of Saveri & Saveri, Inc. actively participated as class counsel:

*In re NASDAQ Market-Makers Antitrust Litigation*, MDL No. 1023, United States District Court, Southern District of New York. A nationwide class action on behalf of purchasers of securities on the NASDAQ market alleging a violation of the Sherman Act for fixing the spread between the quoted buy and sell prices for the securities sold on the NASDAQ market.

*In re Potash Antitrust Litigation*, MDL No. 981, United States District Court, District of Minnesota, Third Division. A class action on behalf of all direct purchasers of potash throughout the United States alleging a horizontal price fix.

*In re Airline Ticket Commission Antitrust Litigation*, MDL No. 1058, Untied States District Court, District of Minnesota. A class action alleging that the major airlines conspired to fix travel agents' commission rates.

*Pharmaceutical Cases I, II & III*, J.C.C.P. Nos. 2969, 2971 & 2972, San Francisco Superior Court. A certified class action on behalf of all California consumers against the major drug manufacturers for fixing the price of all brand name prescription drugs sold in California.

*Perish v. Intel Corp.*, Civ. No. 755101, Santa Clara Superior Court. A nationwide class action on behalf of purchasers of Intel Pentium chips alleging consumer fraud and false advertising.

*In re Carpet Antitrust Litigation*, MDL No. 1075, United States District Court, Northern District of Georgia, Rome Division. A nationwide class action on behalf of all direct purchasers of polypropylene carpet alleging a horizontal price fix.

*In re California Indirect-Purchaser Plasticware Antitrust Litigation*, Civ. Nos. 961814, 963201, 963590, San Francisco Superior Court. A class action on behalf of indirect purchasers of plasticware alleging price-fixing.

*In re Worlds of Wonder Securities Litigation*; No.C-87-5491 SC, United States District Court, Northern District of California.

*Pastorelli Food Products, Inc. v. Pillsbury Co., et al.*, No. 87C 20233, United States District Court, Northern District of Illinois.

*Red Eagle Resources Corp., et al. v. Baker Hughes Incorporated, et al.*, No. 91-627 (NWB) (Drill Bits Litigation) United States District Court, Southern District of Texas, Houston Division.

*In re Wirebound Boxes Antitrust Litigation*, MDL No. 793, United States District Court, District of Minnesota, Fourth Division. A nationwide class action on behalf of purchasers of wirebound boxes alleging a horizontal price fix.

*In re Bulk Popcorn Antitrust Litigation*, No. 3-89-710, United States District Court, District of Minnesota, Third Division. A nationwide class action on behalf of direct purchasers of bulk popcorn alleging price-fixing.

*Nancy Wolf v. Toyota Sales, U.S.A. and Related Cases*, No. C 94-1359, MHP, 1997 WL 602445 (N.D. Cal. 1997), United States District Court, Northern District of California.

*Mark Notz v. Ticketmaster - Southern, and Related Cases*, No. 943327, San Francisco Superior Court. A consumer class action alleging a territorial allocation in violation of the Cartwright Act.

*Neve Brothers v. Potash Corp.*, No. 959867, San Francisco Superior Court. A class action alleging price-fixing on behalf of indirect purchasers of potash in California.

*In re Chrysler Corporation Vehicle Paint Litigation*, MDL No. 1239. Nationwide class action on behalf of owners of delaminating Chrysler vehicles.

*Miller v. General Motors Corp.*, Case No. 98 C 7836, United States District Court, Northern District of Illinois. Nationwide class action alleging a defective paint process which causes automobile paint to peel off when exposed to ordinary sunlight.

## Antitrust Litigation

The following list outlines some of the antitrust litigation in which the firm of Saveri & Saveri has been involved:

1. *Union Carbide & Carbon Corp. v. Nisley*, 300 F. 2d 561 (10th Cir. 1960)

2. *Continental Ore. Co. v. Union Carbide and Carbon Corp.*, 370 U.S. 690 (1962)

3. *Public Service C. of N.M. v. General Elec. Co.*, 315 F.2d 306 (10th Cir. 1963)

4.  *State of Washington v. General Elec. Co.*, 246 F. Supp. 960 (W.D. Wash. 1965)

5.  *Nurserymen's Exchange v. Yoda Brothers, Inc.* (N.D. Cal.)

6.  *Bel Air Markets v. Foremost Dairies Inc.*, 55 F.R.D. 538 (N.D. Cal. 1972)

7.  *In re Western Liquid Asphalt Case*, 487 F.2d 191 (9th Cir. 1973)

8.  *In re Gypsum Cases*, 386 F. Supp. 959 (N.D. Cal. 1974)

9.  *City of San Diego v. Rockwell Manufacturing Co.* (N.D. Cal.)

10. *In re Private Civil Treble Damage Actions Against Certain Snack Food Companies*, Civil No. 70-2121-R

11. *In re Sugar Antitrust Litigation*, MDL No. 201, 559 F.2d 481 (9th Cir. 1977)

12. *Sun Garden Packing Co. v. International Paper Co.,* No. C-72-52

13. *In re Folding Carton Antitrust Litigation*, MDL No. 250

14. *In re Coordinated Pretrial Proceedings in Antibiotic Antitrust Actions*, No. 4-72 Civ 435, 410 F. Supp. 706 (D. Minn. 1975)

15. *Building Service Union Health & Welfare Trust Fund v. Chas. Pfizer & Company*, No. 4-71 Civ. 435; No. 4-71 Civ. 413 (D. Minn.) (Judge Lord)

16. *In re Fine Paper Antitrust Litigation*, MDL No. 325

17. *In re Armored Car Antitrust Litigation*, CA No. 78-139A, 472 F. Supp. 1357 (N.D. Ga. 1979)

18. *In re Ocean Shipping Antitrust Litigation*, MDL No. 395, 500 F. Supp. 1235 (3d Cir. 1984)

19. *In re Corn Derivatives Antitrust Litigation*, MDL No. 414, 500 F. Supp. 1235 (1980)

20. *In re Coconut Oil Antitrust Litigation*, MDL No. 474

21. *Garside v. Everest & Jennings Intern.*, 586 F. Supp. 389 (D.C. Cal. 1984)

22. *Lorries Travel & Tours, Inc. v. SFO Airporter Inc.*, 753 F.2d 790 (9th Cir. 1985)

23. *O'Neill Meat Co. v. Eli Lilly and Company*, No. 30 C 5093

24. *In re Records and Tapes Antitrust Litigation*, No. 82 C 7589, 118 F.R.D. 92 (N.D. Ill 1987)

25. *In re Industrial Gas Antitrust Litigation*, No. 80 C 3479, 100 F.R.D. 280 (N.D. Ill 1987)

26. *Matter of Superior Beverages/Glass Container Consolidated Pretrial*, No. 83-C512, 137 F.R.D. 119 (N.D. Ill 1990)

27. *Big D. Building Corp. v. Gordon W. Wattles*, MDL No. 652

28. *In re Insurance Antitrust Litigation*, MDL No. 767

29. *In re Wirebound Boxes Antitrust Litigation*, MDL No. 793

30. *In re Domestic Air Transp. Antitrust Litigation*, MDL No. 861, 144 F.R.D. 421 (N.D. Ga. 1992)

31.     *In re Infant Formula Antitrust Litigation*, MDL No. 878

32.     *Finnegan v. Campeau Corp.*, 915 F.2d 824 (2d Cir. 1990)

33.     *In re Carbon Dioxide Industry Antitrust Litigation*, MDL No. 940, 155 F.R.D. 209

34.     *In re Medical X-Ray Film Antitrust Litigation*, No. CV 93-5904, FB

35.     *In re Bulk Popcorn Antitrust Litigation*, 792 F. Supp. 650 (D. Minn. 1992)

36.     *In re Baby Food Antitrust Litigation*, No. 92-5495, NHP

37.     *In re Potash Antitrust Litigation*, MDL No. 981

38.     *In re Brand Name Prescription Drugs Antitrust Litigation*, MDL No. 997, 94 C 897
(N.D. Ill.) (Judge Kocoras)

39.     *In re Citric Acid Antitrust Litigation*, MDL No. 1092

40.     *In re NASDAQ Market-Makers Antitrust Litigation*, MDL No. 1023

41.     *In re Airline Ticket Commission Antitrust Litigation*, MDL No. 1058

42.     *Pharmaceutical Cases I, II & III*, J.C.C.P. Nos. 2969, 2971 & 2972, San Francisco
Superior Court

43.     *In re Carpet Antitrust Litigation*, MDL No. 1075

44.     *In re California Indirect-Purchaser Plastic Ware Antitrust Litigation*, Nos. 961814,
963201, 963590, San Francisco Superior Court

45.     *Pastorelli Food Products, Inc. v. Pillsbury Co.*, No. 87 C 20233

46.     *Red Eagle Resources Corp. v. Baker Hughes Inc.*, No. 91-627 (NWB) (Drill Bits
Litigation)

47.     *Mark Notz v. Ticketmaster - Southern, and Related Cases*, No. 943327, San Francisco
Superior Court

48.     *Neve Brothers. v. Potash Corp.*, No. 959867, San Francisco Superior Court

49.     *Food Additives (Citric Acid) Cases*, J.C.C.P. No. 3625, Master File No. 974-120

50.     *Biljac v. Bank of America*

51.     *Diane Barela v. Ralph's Grocery Co.*, No. BC070061, Los Angeles Superior Court

52.     *Leslie K. Bruce v. Gerber Products Co.*, No. 948-857, San Francisco Superior Court

53.     *In re California Indirect Purchaser Medical X-Ray Film Antitrust Litigation*, Master
File No. 960886

54.     *Lee Bright v. Kanzaki Specialty Papers, Inc.*, No. 963-598,San Francisco Superior Court

55.     *Neve Brothers v. Potash Corporation of America*, No. 959-767, San Francisco Superior
Court

56.     *Gaehwiler v. Sunrise Carpet Industries Inc.*, No. 978345, San Francisco Superior Court

57.     *In re Commercial Tissue Products Antitrust Litigation*, MDL No. 1189

58.     *Sanitary Paper Cases I and II*, J.C.C.P. Nos. 4019 & 4027

59.   *Gaehwiler v. Aladdin Mills, Inc.*, No. 300756, San Francisco Superior Court

60.   *In re Flat Glass Antitrust Litigation*, MDL No. 1200

61.   *Flat Glass Cases*, J.C.C.P. No. 4033

62.   *Sorbate Prices Cases*, J.C.C.P. No. 4073

63.   *In re Stock Options Trading Antitrust Litigation*, MDL No. 1283

64.   *In re Vitamin Antitrust Litigation*, MDL No. 1285

65.   *In re Sorbates Direct Purchaser Antitrust Litigation*, Master File No. C 98-4886 CAL

66.   *Vitamin Cases*, J.C.C.P. No. 4076

67.   *In re PRK/Lasik Consumer Litigation*, Master File No. CV 772894, Santa Clara Superior Court

68.   *In re Nine West Shoes Antitrust Litigation*, Master File No. 99-CV-0245 (BDP)

69.   *Food Additives (HFCS) Cases*, J.C.C.P. No. 3261

70.   *In re Toys "R" Us Antitrust Litigation*, MDL No. 1211

71.   *Cosmetics Cases*, J.C.C.P. No. 4056

72.   *In re Methionine Antitrust Litigation*, MDL No. 1311

73.   *Bromine Cases*, J.C.C.P. No. 4108

74.   *Fu's Garden Restaurant v. Archer-Daniels-Midland*, No. 304471, San Francisco Superior Court

75.   *Thomas & Thomas Rodmakers, Inc. v. Newport Adhesives and Composites, Inc.*, No. CV 99-07796 GHK

76.   *In re Monosodium Glutamate Antitrust Litigation*, MDL No. 1328

77.   *California Indirect Purchaser Auction House Cases*, Master Case No. 310313

78.   *In re Cigarette Antitrust Litigation*, MDL No. 1342

79.   *Cigarette Price Fixing Cases*, J.C.C.P. No. 4114

80.   *Microsoft Cases*, J.C.C.P. No. 4106

81.   *Compact Disk Cases*, J.C.C.P. No. 4123

82.   *In re Compact Disc Minimum Advertised Price Antitrust Litigation*, MDL No. 1361

83.   *In re Ciprofloxacin Hydrochloride Antitrust Litigation*, MDL No. 1383

84.   *In re Buspirone Antitrust Litigation*, MDL No. 1413

85.   *In re K-Durr Prescription Drug Antitrust Litigation*, MDL No. 1419

86.   *Carbon Cases*, J.C.C.P. Nos. 4212, 4216 & 4222

87.   *In re Polychloroprene Antitrust Cases*, J.C.C.P. No. 4376

88.   *In re Urethane Cases*, J.C.C.P. No. 4367

89.   ***The Harman Press v. International Paper Co.***, Consolidated Cases, Master File No. CGC-04-432167

90.   ***In re Label Stock Cases***, J.C.C.P. No. 4314

91.   ***Richard Villa v. Crompton Corp.***, Consolidated Case No. CGC-03-419116, San Francisco Superior Court

92.   ***Russell Reidel v. Norfalco LLC***, Consolidated Case No. CGC-03-418080, San Francisco Superior Court

93.   ***Smokeless Tobacco Cases I-IV***, J.C.C.P. Nos. 4250, 4258, 4259 & 4262, San Francisco Superior Court

94.   ***Natural Gas Antitrust Cases,*** J.C.C.P. No. 4312

95.   ***In re Western States Wholesale Natural Gas Litigation***, MDL No. 1566

96.   ***In re Automotive Refinishing Paint Cases***, J.C.C.P. No. 4199

97.   ***In re Tableware Antitrust Litigation***, Master File No. C-04-3514 VRW, United States District Court, Northern District of California

98.   ***In re Credit/Debit Card Tying Cases***, J.C.C.P. No. 4335

99.   ***In re NBR Cases***, J.C.C.P. No. 4369

100.  ***Competition Collision Center, LLC v. Crompton Corp.***, No. CGC-04-431278, San Francisco Superior Court

101.  ***In re Urethane Chemicals Antitrust Litigation***, MDL No. 1616

102.  ***In re Rubber Chemicals Antitrust Litigation***, MDL No. 1648

103.  ***Carpinelli v. Boliden AB***, Master File No. CGC-04-435547, San Francisco Superior Court

104.  ***Automobile Antitrust Cases I and II***, J.C.C.P. Nos. 4298 and 4303

105.  ***In re Currency Conversion Fee Antitrust Litigation***, MDL No. 1409

106.  ***In re Dynamic Random Access Memory (DRAM) Antitrust Litigation***, MDL No. 1486

107.  ***In re Publication Paper Antitrust Litigation***, MDL No. 1631

108.  ***In re Insurance Brokerage Antitrust Litigation,*** MDL No. 1663

109.  ***In re Hydrogen Peroxide Antitrust Litigation***, MDL No. 1682

110.  ***In re Intel Corp. Microprocessor Antitrust Litigation***, MDL No. 1717

111.  ***In re Air Cargo Shipping Services Antitrust Litigation***, MDL No. 1775

112.  ***In re International Air Transportation Surcharge Antitrust Litigation***, MDL No. 1793

113.  ***Carbon Black Cases***, J.C.C.P. No. 4323

114.  ***Madani v. Shell Oil Co.***, No. 07-CV-04296 MJJ

115.  ***In re Static Random Access Memory (SRAM) Antitrust Litigation***, MDL No. 1819

116.  ***In re Flash Memory Antitrust Litigation,*** No. 4:07-CV-00086 SBA

117.   *In re TFT-LCD (Flat Panel) Antitrust Litigation*, MDL No. 1827

118.   *In re Korean Air Lines Co., Ltd., Antitrust Litigation*, MDL No. 1891

119.   *In re Fasteners Antitrust Litigation*, MDL No. 1912

120.   *In re Transpacific Passenger Air Transportation Antitrust Litigation*, MDL No. 1913

121.   *In re Cathode Ray Tube (CRT) Antitrust Litigation,* MDL No. 1917

122.   *In re Chocolate Confectionary Antitrust Litigation,* MDL No. 1935

123.   *In re Flat Glass Antitrust Litigation (II),* MDL No. 1942

124.   *In re Municipal Derivatives Antitrust Litigation,* MDL No. 1950

125.   *In re Aftermarket Filters Antitrust Litigation,* MDL No. 1957

126.   *In re Puerto Rican Cabotage Antitrust Litigation,* MDL No. 1960

127.   *In re Hawaiian and Guamanian Cabotage Antitrust Litigation,* MDL No. 1972

128.   *In re California Title Insurance Antitrust Litigation,* No. 08-01341 JSW

129.   *In re Optical Disk Drive (ODD) Antitrust Litigation*, MDL. No. 2143

130.   *Kleen Products LLC v. Packaging Corporation of America*, No. 10-5711

131.   *In re Automotive Parts Antitrust Litigation*, MDL No. 2311

132.   *In re On-Line Travel Company (OTC)/Hotel Booking Antitrust Litigation*, MDL No. 2405

133.   *In re Lithium Ion Batteries Antitrust Litigation*, MDL No. 2420

134.   *In re Capacitors Antitrust Litigation,* Master File No. 14-cv-03264 JD, United States District Court, Northern District of California

135.   *In re Resistors Antitrust Litigation,* Master File No. 15-cv-03820 RMW, United States District Court, Northern District of California