UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC DIGOXIN AND DOXYCYCLINE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL No. 2724<br>No. 16-md-2724<br><br>HON. CYNTHIA M. RUFE |

### APPLICATION OF LEE ALBERT ON BEHALF OF
### PLUMBERS & PIPEFITTERS LOCAL 178 HEALTH & WELFARE TRUST
### FUND FOR MEMBERSHIP ON END-PAYOR PLAINTIFFS' STEERING COMMITTEE

Pursuant to the Court's Pre-Trial Order No. 1 dated August 15, 2016, I, Lee Albert, respectfully seek appointment to the End Payors' Plaintiffs' ("EPPs") Steering Committee.

**Experience in this Type of Litigation**

I am counsel for the Plumbers & Pipefitters Local 178 Health & Welfare Trust Fund ("Local 178"), from Springfield, Missouri. Local 178 has approximately 300 active members and 100 retiree members for a total membership of 400. Local 178 indirectly purchased Digoxin and Doxycycline on behalf of some of its members.

I am a member of the bar of this court since 1986, and am a partner in Glancy Prongay & Murray LLP ("GPM"). GPM is an antitrust, securities, and consumer boutique litigation firm, with offices in New York, Los Angeles, and the San Francisco bay area.

I have been admitted to practice in Pennsylvania since 1986, and my practice has centered on both general litigation (including jury trials, non-jury trials, and multiple arbitrations), as well as antitrust, securities, consumer, and mass tort class action litigation. If appointed to the EPP Steering Committee I intend on completing any duties I am assigned efficiently and will seek to carry out work in the most productive way possible.

In my practice I have represented investors, businesses, consumers, and employees in federal and state courts throughout the United States, either as lead counsel, or as a counsel on an executive committee, or working with lead counsel cooperatively and efficiently in the prosecution of complex litigation matters.

I am, or my firm is, currently appointed as Co-Lead Counsel (along with Hausfeld LLP) in *In re Korean Ramen Antitrust Litigation.*, 13-cv-4115 (N.D. Cal.), a complex antitrust class action involving price-fixing of Korean Ramen Noodles; and *In re Class 8 Transmission Indirect Purchaser Antitrust Litigation*, 11-cv-09 (D. Del.), a complex antitrust class action involving monopoly behavior for Class 8 truck transmissions. I am also a member on the Executive Committees in both *In re National Football League's "Sunday Ticket Litigation"* (C.D. Cal.) representing a commercial establishment in a complex antitrust action, and *In re Capacitors Antitrust Litigation* (N.D. Cal).

In addition the above cases, while with GPM or prior firms I have had significant roles in antitrust and other class actions, including tasks such as such as depositions and court appearances in complex cases such as *In re Baby Products Antitrust Litigation* (E.D. Pa.); *In re Kleen Products v. Packaging Corp. of America* (N.D. Ill.); *In re Skelaxin (Metaxalone) Antitrust Litigation* (E.D. Tenn.*)*; *In re Canadian Car Antitrust Litigation* (D. Me.); *In re Opana-ER Antitrust Litigation* (N.D. Ill.*)*; *In Re Deutsche Bank AG Securities Litigation* (S.D.N.Y.); *In Re Broadcom Securities* Litigation (C.D. Cal.); *In re ATM Antitrust Fee Litigation* (N.D. Cal); *In re Automotive Parts Antitrust Litigation (D. Mich.)*; *Marine Products Antitrust Litigation* (C.D. Cal.); and *In re Avandia Marketing Sales Practices and Products Litigation* (E.D. Pa.).

### Ability to Work Cooperatively with Others

As demonstrated by the extensive list of cases above, I have had a long history of working cooperatively with <u>most every firm</u> representing a plaintiff in this action. I am confident, if appointed to the EPP Steering Committee, that I will continue to work cooperatively with any other EPP Steering Committee member. Currently, my firm is co-lead counsel with Hausfeld LLP in *In re Korean Ramen Antitrust Litigation* and the two firms have had an excellent working relationship and are litigating the case efficiently. In addition to my request for appointment on the EPP Steering Committee, I also support the selection of Hausfeld LLP to the leadership of the EPP Steering Committee in this litigation. As stated above, I am well-versed in complex litigation, including antitrust cases such as the instant matter, and have a wealth of experience in conducting complex fact and expert discovery in the most efficient manner possible.

### Willingness and Availability to Commit to this Time Consuming Project

I am fully committed to this litigation. My firm has the financial resources and personnel to work on behalf of the EPPs to fund and assist in this matter. I and other attorneys at my firm have the time, resources, and energy available for this large project and respectfully request this Court's consideration for appointment to the EPP Steering Committee.

DATED: September 23, 2016         **GLANCY PRONGAY & MURRAY LLP**

/s/Lee Albert
Lee Albert (PA I.D. # 46852)
122 East 42nd Street, Suite 2920
New York, NY 10168
Telephone: (212) 682-5340
Fax: (212) 884-0988
lalbert@glancylaw.com

*Attorney for Plaintiff Plumbers & Pipefitters Local 178 Health & Welfare Trust Fund*

# CERTIFICATE OF SERVICE

I hereby certify that on the September 23, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's ECF. Parties may access this filing through the Court's system:

    /s/*Lee Albert*
Lee Albert