IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC DIGOXIN AND DOXYCYCLINE ANTITRUST LITIGATION : | MDL NO. 2724 <br> 16-MD-2724 |
| THIS DOCUMENT RELATES TO: : | HON. CYNTHIA M. RUFE |
| *ALL ACTIONS* : | |

### PRETRIAL ORDER NO. 4

**AND NOW**, this 19th day of October 2016, it is hereby **ORDERED** that a status conference will be held on **Wednesday, November 16, 2016 at 2:00 p.m.** in Courtroom 12-A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania. At the conference, the Court will conduct a hearing on the applications for the Plaintiffs' Steering Committees, and therefore, the Motion requesting such a hearing [MDL Doc. No. 65] is **GRANTED**. The Court will also determine whether to appoint Defendants' Liaison Counsel or other defense counsel as Defendants' Lead Counsel until such time as the Court determines that appointment of a Defendants' Steering Committee may be necessary. Liaison counsel shall submit a joint agenda including these and other issues to be brought before the Court no later than one week before the conference.

It is so **ORDERED**.

BY THE COURT:

*/s/ Cynthia M. Rufe*
CYNTHIA M. RUFE, J.