**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC DIGOXIN AND DOXYCYCLINE ANTITRUST LITIGATION** | **MDL NO. 2724**<br>**16-MD-2724** |
| **THIS DOCUMENT RELATES TO: ALL ACTIONS** | **HON. CYNTHIA M. RUFE** |

**JOINT STATUS REPORT**

Per the September 8, 2016 Case Management Conference in the above-referenced matter, End-Payer Plaintiffs, Direct-Purchaser Plaintiffs, and all Defendants (the "Parties") respectfully submit this Status Report and a Joint Proposed Pretrial Order No. 5 for the Court's consideration, attached hereto as Exhibit A. The Parties have reached agreement on, and the Joint Proposed Order addresses: (1) the timing for filing of the Consolidated Class Action Complaints ("CCACs") by each plaintiff group; (2) the timing for motions regarding and answers to the CCACs; (3) the timing for negotiation and submission of discovery-related protocols; and (4) a provision regarding service and service of process.

The Parties have been unable to reach agreement on the appropriateness, timing and potential scope of discovery prior to adjudication of any motions to dismiss that will be filed and all Parties have reserved their rights on that issue.

Dated: November 2, 2016 Respectfully submitted by:

| | |
|---|---|
| Terry M. Henry (Pa. I.D. No. 77455)<br>BLANK ROME LLP<br>One Logan Square<br>Philadelphia, PA 19103<br>Tel.: (215) 569-5500<br>Fax: (215) 832-5793<br>E-mail: THenry@blankrome.com<br><br>Steven C. Sunshine<br>Tiffany Rider<br>Timothy Grayson<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>1440 New York Ave, NW<br>Washington, DC 20005<br>Telephone: (202) 371-7329<br>steve.sunshine@skadden.com<br>tiffany.rider@skadden.com<br>timothy.grayson@skadden.com<br><br>Karen Hoffman Lent<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>4 Times Square<br>New York, NY 10038<br>Telephone: (212) 735-3000<br>karen.lent@skadden.com<br><br>*Attorneys for Defendant Allergan plc & Actavis, Inc., and Actavis Holdco U.S., Inc.* | */s/ Jan P. Levine*<br>Jan P. Levine (*Defendants' Liaison Counsel)*<br>PEPPER HAMILTON LLP<br>3000 Two Logan Square<br>Eighteenth & Arch Streets<br>Philadelphia, PA 19103-2799<br>Telephone: (215) 981-4000<br>Fax: (215) 981-4750<br>levinej@pepperlaw.com<br><br>Barbara Mather<br>Robin P. Sumner<br>Michael J. Hartman<br>PEPPER HAMILTON LLP<br>3000 Two Logan Square<br>Eighteenth & Arch Streets<br>Philadelphia, PA 19103-2799<br>Telephone: (215) 981-4000<br>Fax: (215) 981-4750<br>matherb@pepperlaw.com<br>sumnerr@pepperlaw.com<br>hartmanm@pepperlaw.com<br><br>Keith J. Harrison<br>Shari Ross Lahlou<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, NW<br>Washington, D.C. 20004-2595<br>Tel. (202) 624-2500<br>Fax. (202) 624-5116<br>kgardiner@crowell.com<br>kharrison@crowell.com<br>slahlou@crowell.com<br><br>*Attorneys for Defendant West-Ward Pharmaceuticals Corp.* |
| Chul Pak<br>Jeffrey C. Bank<br>WILSON SONSINI GOODRICH & ROSATI, PC<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019-6022<br>Telephone: (212) 999-5800<br>cpak@wsgr.com<br>jbank@wsgr.com | William M. Connolly<br>Chanda A. Miller<br>DRINKER BIDDLE & REATH LLP<br>One Logan Square, Ste. 2000<br>Philadelphia, PA 19103<br>Tel. (215) 988-2700<br>Fax. (215) 988-2757<br>william.connolly@dbr.com<br>chanda.miller@dbr.com |

| | |
|---|---|
| Seth C. Silber<br>Kellie M. Kemp<br>WILSON SONSINI GOODRICH & ROSATI, PC<br>1700 K Street NW, Floor 5<br>Washington, DC 20006-3817<br>Telephone: (202) 973-8800<br>ssilber@wsgr.com<br>kkemp@wsgr.com<br><br>*Attorneys for Defendant Mylan, Inc. and Mylan Pharmaceuticals, Inc.* | Stephen D. Brody<br>Edward D. Hassi<br>O'MELVENY &MYERS LLP<br>1625 Eye Street, N.W.<br>Washington, DC 20006<br>Telephone: (202) 383-5300<br>Fax: (202) 383-5414<br>sbrody@omm.com<br>ehassi@omm.com<br><br>*Attorneys for Defendant Par Pharmaceutical Companies, Inc.* |
| Paul M. Thompson (Pa. I.D. No. 82017)<br>Raymond A. Jacobsen, Jr.<br>Emre N. Ilter<br>Lisa A. Peterson<br>MCDERMOTT WILL & EMERY LLP<br>500 North Capitol Street, NW<br>Washington, DC 20001<br>Telephone: (202) 756-8000<br>Fax: (202) 756-8087<br>pthompson@mwe.com<br>rjacobsen@mwe.com<br>eilter@mwe.com<br>lpeterson@mwe.com<br><br>David L. Hanselman, Jr.<br>MCDERMOTT WILL & EMERY LLP<br>227 West Monroe Street<br>Chicago, IL 60606<br>Telephone: (312) 372-2000<br>Fax: (312) 984-7700<br>dhanselman@mwe.com<br><br>Nicole L. Castle<br>MCDERMOTT WILL & EMERY LLP<br>340 Madison Avenue<br>New York, NY 10173<br>Telephone: (212) 547-5480<br>Fax: (212) 547-5444<br>ncastle@mwe.com<br><br>*Attorneys for Defendant Impax Labs., Inc.* | J. Douglas Baldridge<br>Lisa Jose Fales<br>Danielle R. Foley<br>VENABLE LLP<br>575 7th Street, NW<br>Washington, DC 20004<br>202-344-4703<br>Fax: 202-344-8300<br>jdbaldridge@venable.com<br>ljfales@venable.com<br>drfoley@venable.com<br><br>*Attorneys for Defendant Sun Pharmaceutical Industries, Inc.* |
| ***Counsel for Defendants*** | |

| | |
|---|---|
| Alexandra S. Bernay<br>ROBBINS GELLER RUDMAN<br>& DOWD LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101-8498<br>Telephone: (619) 231-1058<br>Fax: (619) 231-7423<br>Email: xanb@rgrdlaw.com<br><br>*Counsel for End-Payer Plaintiff*<br>*NECA-IBEW Welfare Trust Fund* | Bonny E. Sweeney<br>HAUSFELD LLP<br>600 Montgomery Street, Suite 3200<br>San Francisco, CA 94111<br>Tel: (415) 633-1908<br>Fax: (415) 358-4980<br>Email: bsweeney@hausfeld.com<br><br>*Counsel for End-Payer Plaintiff*<br>*International Union of Operating*<br>*Engineers Local 30 Benefits Fund* |
| Gregory S. Asciolla<br>LABATON SUCHAROW LLP<br>140 Broadway<br>New York, NY 10005<br>Tel: (212) 907-0700<br>Email: gasciolla@labaton.com<br><br>Roberta D. Liebenberg *(EPP Liaison Counsel)*<br>FINE, KAPLAN AND BLACK, R.P.C.<br>One South Broad Street, 23rd floor<br>Philadelphia, PA 19107<br>Tel: (215) 567-6565<br>Email: rliebenberg@finekaplan.com<br><br>*Counsel for End-Payer Plaintiffs*<br>*Tulsa Firefighters Health and Welfare Trust*<br>*and UFCW Local 1500 Welfare Fund* | Heidi M. Silton<br>LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>100 Washington Avenue S., Suite 2200<br>Minneapolis MN 55401<br>Tel: (612) 339-6900<br>Fax: (612) 339-0981<br>Email: hmsilton@locklaw.com<br><br>*Counsel for End-Payer Plaintiffs Minnesota*<br>*Laborers Health and Welfare Fund*<br>*and Twin Cities Pipe Trades Welfare Fund* |
| Cadio Zirpoli<br>SAVERI & SAVERI, INC.<br>706 Sansome Street<br>San Francisco, CA 94111<br>Tel: (415) 217-6810<br>Fax: (415) 217-6813<br>Email: cadio@saveri.com<br><br>*Counsel for End-Payer Plaintiff*<br>*Edward Carpinelli* | Mindee J. Reuben<br>LITE DEPALMA GREENBERG, LLC<br>1835 Market Street, Suite 2700<br>Philadelphia, PA 19103<br>Tel: (267) 314-7980<br>Fax: (973) 623-0858<br>Email: mreuben@litedepalma.com<br><br>*Counsel for End-Payer Plaintiff*<br>*Nina Diamond* |
| Jayne A. Goldstein (Pa. ID No. 48048)<br>POMERANZ LLP<br>1792 Bell Tower Lane, Suite 203<br>Weston, FL 33326<br>Telephone: (954) 315-3454 | Marc H. Edelson, Esq.<br>EDELSON & ASSOCIATES, LLC<br>3 Terry Drive, Suite 205<br>Newtown, PA 18940<br>Tel: (215) 867-2399 |

| | |
|---|---|
| jagoldstein@pomlaw.com<br><br>*Counsel for End-Payer Plaintiff Fraternal Order of Police, Miami Lodge 20, Insurance Trust Fund* | Fax: (267) 685-0676<br>Email: medelson@edelson-law.com<br><br>*Counsel for End-Payer Plaintiff Philadelphia Federation of Teachers Health and Welfare Fund* |
| Steven Williams<br>COTCHETT, PITRE & McCARTHY, LLP<br>840 Malcolm Road<br>Burlingame, CA 94010<br>Telephone: (650) 697-6000<br>Fax: (650) 697-0577<br>Email: swilliams@cpmlegal.com<br><br>*Counsel for End-Payer Plaintiffs United Food and Commercial Workers and Employers Arizona Health and Welfare Trust and Unite Here Health* | Lisa Saveri<br>SAVERI & SAVERI, INC.<br>706 Sansome Street<br>San Francisco, CA 94111<br>Tel: (415) 217-6810<br>Fax: (415) 217-6813<br>Email: lisa@saveri.com<br><br>*Counsel for End-Payer Plaintiff Otis McCrary* |
| Thomas H. Burt<br>WOLF HALDENSTEINI ADLER FREEMAN & HERZ LLP<br>270 Madison Avenue<br>New York, NY 10016<br>Telephone: (202) 545-4600<br>Fax: (202) 545-4653<br>burt@whafh.com<br><br>*Counsel for End-Payer Plaintiff Plumbers & Pipefitters Local 33 Health and Welfare Fund* | Lee Albert<br>GLANCY PRONGAY & MURRAY LLP<br>122 East 42nd Street, Suite 2920<br>New York, NY 10168<br>Telephone: (212) 682-5340<br>Fax: (212) 884-0988<br>Email: lalbert@glancylaw.com<br><br>*Counsel for End-Payer Plaintiff Plumbers & Pipefitters Local 178 Health and Welfare Fund* |
| Terry Gross<br>GROSS BELSKY ALONSO LLP<br>One Sansome Street, Suite 3670<br>San Francisco, CA 94104<br>Telephone: (415) 544-0200<br>Fax: (415) 544-0201<br>terry@gba-law.com<br><br>*Counsel for End-Payer Plaintiff Valerie Velardi* | |
| ***Counsel for End-Payer Plaintiffs*** | |

<table>
<tr>
<td>Thomas M. Sobol<br>HAGENS BERMAN SOBOL<br>SHAPIRO LLP<br>55 Cambridge Parkway, Suite 301<br>Cambridge, MA 02142<br>Tel. (617) 482-3700<br>Fax. (617) 482-3003<br>Email: tom@hbsslaw.com<br><br>Among Counsel for Direct Purchaser Plaintiff Ahold USA, Inc.</td>
<td>Dianne Nast<br>NAST LAW LLC<br>1101 Market Street, Suite 2801<br>Philadelphia, PA 19107<br>Tel: (215-923-9300<br>Fax: (215) 923-9302<br>dnast@nastlaw.com<br><br>DPP Liaison Counsel</td>
</tr>
<tr>
<td>Michael L. Roberts<br>ROBERTS LAW FIRM, P.A.<br>20 Rahling Circle<br>Mailing Address: P.O. Box 241790<br>Little Rock, AR 72223<br>Tel. (501) 821-5575<br>Fax. (501) 821-4474<br>mikeroberts@robertslawfirm.us<br><br>Among Counsel for Direct-Purchaser Plaintiff KPH Healthcare Services, Inc. a/k/a Kinney Drugs</td>
<td>Linda P. Nussbaum<br>NUSSBAUM LAW GROUP<br>1211 Avenue of the Americas, 40th Floor<br>New York, NY 10036<br>Tel. (917) 438-9102<br>lnussbaum@nussbaumpc.com<br><br>Among Counsel for Direct-Purchaser Plaintiff César Castillo Inc.</td>
</tr>
<tr>
<td></td>
<td>David F. Sorensen<br>BERGER & MONTAGUE, P.C.<br>1622 Locust street<br>Philadelphia, PA 19103<br>Tel: (215) 875-3000<br>Fax: (215) 875-4604<br>Email: dsorensen@bm.net<br><br>Among Counsel for Direct Purchaser Plaintiff Rochester Drug Co-operative, Inc.</td>
</tr>
<tr>
<td colspan="2">Counsel for Direct-Purchaser Plaintiffs</td>
</tr>
</table>