IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC DIGOXIN AND DOXYCYCLINE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | MDL NO. 2724<br>16-MD-2724<br><br>HON. CYNTHIA M. RUFE |

JOINT PROPOSED AGENDA FOR
NOVEMBER 16, 2016 STATUS CONFERENCE

Pursuant to Pretrial Order No. 4 (Dkt. No. 66), Direct-Purchaser Plaintiffs, End-Payer Plaintiffs and Defendants hereby submit this proposed agenda of items to be brought before the Court at the status conference scheduled for November 16, 2016 at 2:00 pm:

1. Joint Proposed Pretrial Order No. 5, submitted November 2, 2016 (Dkt. No. 67).

2. Applications for the Plaintiffs' Steering Committees.

   a. **End-Payer Plaintiffs – Leader or Member of Plaintiffs' Steering Committee**

      i. Cotchett, Pitre & McCarthy – Steven N. Williams (Dkt. No. 58)

      ii. Hausfeld LLP – Bonny E. Sweeney (Dkt. No. 59)

      iii. Labaton Sucharow LLP – Gregory A. Asciola (Dkt. No. 51)

      iv. Lockridge Grindal & Nauen PLLP – Heidi M. Silton (Dkt. No. 55)

      v. Motley Rice LLC – Michael M. Buchman (Dkt. No. 60)

      vi. Pomerantz LLP – Jayne A. Goldstein (Dkt. No. 54)

      vii. Robbins Geller Rudman & Dowd – Samuel H. Rudman (Dkt. No. 57)

      viii. Saveri & Saveri, Inc. – Lisa Saveri (Dkt. No. 50)

        ix.    Wolf Haldenstein Adler Freeman & Herz LLP – Thomas H. Burt (Dkt. No. 53)

    **b.**    **End-Payer Plaintiffs – Steering Committee Member**

        i.    Edelson & Associates LLC – Marc H. Edelson (Dkt. No. 47)

        ii.    Glancy Prongay & Murray, LLP – Lee Albert (Dkt. No. 56)

        iii.    Hach Rose Schirripa & Cheverie LLP – Frank R. Schirripa (Dkt. No. 48)

        iv.    Lite DePalma Greenberg, LLC – Mindee J. Reuben (Dkt. No. 52)

    **c.**    **Direct-Purchaser Plaintiffs (Dkt. No. 49)**

3.    Whether to appoint Defendants' Liaison Counsel or other defense counsel as Defendants' Lead Counsel until such time as the Court determines that appointment of a Defendants' Steering Committee may be necessary. This issue was addressed at the September 8, 2016 conference and counsel will be prepared to provide any update the Court may require. *See* Dkt. No. 63, 9/8/2016 N.T. at 21:1-5.

Dated: November 9, 2016                            Respectfully submitted:

                                                        /s/ *Jan P. Levine*
                                                      Jan P. Levine
                                                      PEPPER HAMILTON LLP
                                                      3000 Two Logan Square
                                                      Eighteenth & Arch Streets
                                                      Philadelphia, PA 19103-2799
                                                      Telephone: (215) 981-4000
                                                      Fax: (215) 981-4750
                                                      levinej@pepperlaw.com

                                                      *Liaison Counsel for Defendants*

Dianne Nast                                            Roberta D. Liebenberg
NAST LAW LLC                                     Fine, Kaplan and Black, R.P.C.
1101 Market Street, Suite 2801              One South Broad Street, 23rd floor
Philadelphia, PA 19107                        Philadelphia, PA 19107
Tel: (215)-923-9300                            Tel: 215-567-6565
Fax: (215) 923-9302                            Fax: 215-568-5872
dnast@nastlaw.com                             rliebenberg@finekaplan.com

-3-

*Liaison Counsel for Direct-Purchaser Plaintiffs*     *Liaison Counsel for End-Payer Plaintiffs*