# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GENERIC DIGOXIN AND DOXYCYCLINE ANTITRUST LITIGATION | : | MDL NO. 2724 |
| | : | 16-MD-2724 |
| | : | |
| | : | HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO: | : | |
| | : | Civil Action Nos. |
| | : | |
| *Rochester Drug Co-Operative, Inc. v. Teligent, et al.* | : | 16-6638 |
| *Rochester Drug Co-Operative, Inc. v. Taro, et al.* | : | 16-6639 |
| *Rochester Drug Co-Operative, Inc. v. Fougera et al.* | : | 16-6644 |
| *Rochester Drug Co-Operative, Inc. v. Dr. Reddy's, et al.* | : | 16-6645 |
| *Rochester Drug Co-Operative, Inc. v. Actavis, et al.* | : | 16-6661 |
| *Rochester Drug Co-Operative, Inc. v. Actavis, et al.* | : | 16-6662 |
| *Rochester Drug Co-Operative, Inc. v. Lannett, et al.* | : | 16-6671 |
| *Rochester Drug Co-Operative, Inc. v. Actavis, et al.* | : | 16-6672 |

## ORDER

**AND NOW**, this 3rd day of January 2017, after review of the above-captioned cases, it is hereby **ORDERED** that as these cases do not allege antitrust violations with regard to generic digoxin or doxycycline, they are not properly filed in MDL 2724 as presently constructed. Therefore, the Clerk is directed to **REMOVE** the MDL 2724 designation from these cases pending a decision by the Judicial Panel on Multidistrict Litigation ("JPML") with regard to the Motion of Plaintiff Rochester Drug Cooperative for Transfer of Related Actions.[1]  It is further **ORDERED** that for purposes of judicial administration, the above-captioned cases shall be **MARKED AS RELATED** to the first case filed in this Court as part of the MDL, *International Union of Operating Engineers Local 30 Benefits Fund v. Lannett Company, Inc.*, Civil Action

---

[1] Action No. 2724, Doc. No. 118 (J.P.M.L. filed December 28, 2016).

No. 16-990, and remain as presently assigned pending further order of this Court or the JPML.[2]

It is so **ORDERED.**

BY THE COURT:

_____
CYNTHIA M. RUFE, J.

---

[2] Pretrial Order No. 1 permits cases to be filed directly into the MDL, but only if they are properly part of the MDL.