IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC DIGOXIN AND<br>DOXYCYCLINE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>Case No. 2:16-cv-05826-CMR<br>INDIRECT-RESELLER PLAINTIFF<br>ACTION | MDL NO. 2724<br><br>16-MD-2724<br>HON. CYNTHIA M. RUFE |

### NOTICE OF VOLUNTARY DISMISSAL

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Bidwell Pharmacy & Medical Supply, Inc. hereby dismisses without prejudice its claims brought on behalf of itself and a putative class of Indirect-Reseller Plaintiffs against Defendants Lannett Company, Inc., Impax Laboratories, Inc., West-Ward Pharmaceuticals Corporation, Allergan PLC, Mylan, Inc., Par Pharmaceutical, Inc., and Sun Pharmaceutical Industries Inc. (collectively "Defendants") in the above-captioned action. Defendants have not filed an answer to Indirect Reseller's Complaint (*Bidwell Pharmacy & Medical Supply, Inc. v. Lannett Company, Inc., Impax Laboratories, Inc., West-Ward Pharmaceuticals Corporation, Allergan PLC, Mylan, Inc., Par Pharmaceutical, Inc., and Sun Pharmaceutical Industries Inc.,* Case No. 2:16-cv-05826-CMR (E.D. Pa. Nov. 10, 2016)) or a motion for summary judgment in this action.

Bidwell Pharmacy & Medical Supply, Inc. has not previously dismissed any federal or state court suit based on or including the same claims as those presented in this lawsuit. A receiver has not been appointed in this case. This case is not governed by any federal statute that requires a court order for dismissal. Bidwell Pharmacy & Medical Supply, Inc. files this Notice of Voluntary Dismissal with the intention of dismissing all claims against Defendants, without

prejudice to refiling and without prejudice to its rights as a member of any putative class in any action.  Accordingly, Bidwell Pharmacy & Medical Supply, Inc. dismisses its claims brought on behalf of itself and a putative class of Indirect-Reseller Plaintiffs against Defendants without prejudice.

Dated: January 27, 2017

Respectfully submitted,

/s/ Joshua D. Snyder
Michael J. Boni (Pa. Bar ID 52983)
Joshua D. Snyder (Pa. Bar ID 88657)
BONI & ZACK LLC
15 St. Asaphs Road
Bala Cynwyd, PA  19004
Telephone: (610) 822-0200
Facsimile:  (610) 822-0206
mboni@bonizack.com
jsnyder@bonizack.com

Kimberly A. Kralowec (Cal. Bar No. 163158)
Kathleen Styles Rogers (Cal. Bar No. 122853)
THE KRALOWEC LAW GROUP
44 Montgomery St., Ste. 1210
San Francisco, CA  94104
Telephone: (415) 546-6800
Facsimile: (415) 546-6801
kkralowec@kraloweclaw.com
krogers@kraloweclaw.com

Joseph J. Tabacco, Jr. (SBN 75484)
Christopher T. Heffelfinger (SBN 118058)
Todd A. Seaver (SBN 271067)
BERMAN DEVALERIO
One California St., Ste. 900
San Francisco, CA  94111
Telephone:  (415) 433-3200
Facsimile:  (415) 433-6382
jtabacco@bermandevalerio.com
cheffelfinger@bermandevalerio.com
tseaver@bermandevalerio.com

*Attorneys for Plaintiff Bidwell Pharmacy & Medical Supply, Inc. and the proposed Indirect Reseller Purchaser Class*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 27th day of January 2017, the foregoing Notice of Voluntary Dismissal was electronically filed and served on the parties via the ECF system, and is available for viewing and downloading via the ECF system.

/s/Joshua D. Snyder
Joshua D. Snyder