# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  GENERIC DIGOXIN AND DOXYCYCLINE ANTITRUST LITIGATION | MDL No. 2724<br>Case No. 16-md-2724-CMR<br><br>Hon. Cynthia M. Rufe |

## DEFENDANT HERITAGE PHARMACEUTICALS INC.'S
## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Heritage Pharmaceuticals Inc. ("Heritage"), by and through counsel, hereby states that Heritage is a wholly owned subsidiary of Heritage Pharmaceuticals Holdings Inc., which is a wholly owned subsidiary of Emcure Pharmaceuticals Ltd., an Indian corporation.  Heritage is not a publicly traded entity, and no publicly held corporation holds 10% or more of any direct or indirect corporate parent of Heritage.

Dated:  February 22, 2017

Respectfully submitted,

By:  */s/ D. Jarrett Arp*
 D. Jarrett Arp
 GIBSON, DUNN & CRUTCHER LLP
 1050 Connecticut Ave., NW
 Washington, DC  20036-5306
 Telephone:  (202) 955-8678
 Facsimile:  (202) 530-9527
 jarp@gibsondunn.com

*Attorneys for Defendant Heritage Pharmaceuticals Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2017, the foregoing Rule 7.1 Corporate Disclosure Statement was served on all counsel of record via ECF.  Pursuant to Local Rule 5.1.2(8)(b), I further certify that the foregoing document is available for viewing and downloading on ECF.

*/s/ D. Jarrett Arp*
D. Jarrett Arp
