IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC DIGOXIN AND DOXYCYCLINE ANTITRUST LITIGATION | MDL NO. 2724<br>2:16-md-02724-CMR |
| | HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | |

**DEFENDANT MAYNE PHARMA INC.'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Mayne Pharma Inc. ("Mayne"), by and through counsel, hereby states that Mayne is a direct, wholly-owned subsidiary of Mayne Pharma Group, Ltd., an Australian corporation. Mayne is not a publicly-traded entity, and Mayne Pharma Group, Ltd. is the only publicly-traded entity that owns 10% or more of the stock of Mayne.

Dated: February 22, 2017

Respectfully Submitted,

*/s/ Michael Martinez*_____
Michael Martinez

**K&L Gates LLP**
70 W. Madison St., Suite 3100
Chicago, Illinois 60602
T: 312.807.4404
F: 312.827.8116
michael.martinez@klgates.com

*Counsel for Defendant Mayne Pharma Inc.*

## CERTIFICATE OF SERVICE

I, Michael Martinez, hereby certify that the foregoing **CORPORATE DISCLOSURE STATEMENT** was served on all counsel of record via ECF on February 22, 2017. Pursuant to Local Rule 5.1.2(8)(b), I further certify that the foregoing document is available for viewing and downloading on ECF.

Dated: February 22, 2017                                          */s/ Michael Martinez*_____
                                                                                    Michael Martinez