IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC DIGOXIN AND DOXYCYCLINE ANTITRUST LITIGATION | MDL No. 2724<br>No. 16-md-2724 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | HON. CYNTHIA M. RUFE |

**DEFENDANT ACTAVIS HOLDCO U.S., INC.'S
<u>RULE 7.1 CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Actavis Holdco U.S., Inc. hereby states that Actavis Holdco U.S., Inc. is a direct subsidiary of Teva Pharmaceuticals USA, Inc., which is an indirect, wholly-owned subsidiary of Teva Pharmaceutical Industries Ltd. ("Teva Ltd."), which is a publicly-traded company. Teva Ltd. is the only publicly-traded company that owns 10% or more of the stock of Actavis Holdco U.S., Inc.

Dated: March 22, 2017

Respectfully submitted,

KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP

**<u>/s/   Marc E. Kasowitz</u>**
Marc E. Kasowitz
Hector Torres
Sheron Korpus
Seth Davis
1633 Broadway
New York, New York 10019
Tel.: (212) 506-1700
Fax: (212) 506-1800
mkasowitz@kasowitz.com
htorres@kasowitz.com
skorpus@kasowitz.com
sdavis@kasowitz.com

*Attorneys for Actavis Holdco U.S., Inc.*

## CERTIFICATE OF SERVICE

      I, Marc E. Kasowitz, hereby certify that a true and correct copy of the foregoing Rule 7.1 Corporate Disclosure Statement was served on all counsel of record via ECF on March 22, 2017. Pursuant to Local Rule 5.1.2(8)(b), I further certify that the foregoing document is available for viewing and downloading on ECF.

Dated:  March 22, 2017                                                         **/s/ Marc E. Kasowitz**
                                                                                              Marc E. Kasowitz