IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC DIGOXIN AND DOXYCYCLINE ANTITRUST LITIGATION <br><br> THIS DOCUMENT RELATES TO: ALL ACTIONS | MDL NO. 2724 <br> 16-MD-2724 <br><br> HON. CYNTHIA M. RUFE |

**DEFENDANT WEST-WARD PHARMACEUTICAL CORP.'S**
**MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINTS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), and for the reasons set forth in the accompanying Memorandum of Law, Defendant West-Ward Pharmaceuticals Corp. ("West-Ward") respectfully moves this Court to dismiss all claims against West-Ward in the Direct-Purchaser Plaintiffs' Consolidated Amended Class Action Complaint (Dkt # 125) and End-Payer Plaintiffs' Corrected Consolidated Class Action Complaint (Dkt # 175) with prejudice.

DATED: March 28, 2017

Respectfully submitted,

/s/ Jan P. Levine
Jan P. Levine
Robin P. Sumner
Michael J. Hartman
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Tel. (215) 981-4000
Fax. (215) 981-4750

Jeffrey A. Carr
PEPPER HAMILTON LLP
301 Carnegie Center, Suite 400
Princeton, NJ 08543-5276

Tel. (609) 452-0808
Fax. (609) 452-1147

Keith J. Harrison
Shari Ross Lahlou
Astor H.L. Heaven
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004-2595
Tel. (202) 624-2500
Fax. (202) 624-5116

*Attorneys for Defendant West-Ward Pharmaceuticals Corp.*