IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC DIGOXIN AND DOXYCYCLINE ANTITRUST LITIGATION : | MDL NO. 2724 <br> 16-MD-2724 |
| : | |
| : | HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO: : | |
| : | |
| *ALL ACTIONS* : | |

**PRETRIAL ORDER NO. 11**
**(BRIEFING ON THE MOTIONS TO DISMISS)**

**AND NOW,** this 28th day of March 2017, as Plaintiffs and Defendants have met and conferred regarding appropriate page limitations for memoranda in support of, opposition to, and further support of Defendants' motions to dismiss and reached a stipulation [MDL Doc. No. 174] pursuant to paragraph 1.e of Pretrial Order No. 5, it is hereby **ORDERED** that:

1. Defendants' memorandum of law in support of their common legal argument motion ("Common Motion") to dismiss the Direct-Purchaser Plaintiffs' Consolidated Class Action Complaint may not exceed 50 pages.

    a. The Direct-Purchaser Plaintiffs' memorandum of law in opposition thereto may not exceed 50 pages.

    b. Defendants' reply memorandum of law in further support of their Common Motion to dismiss the Direct-Purchaser Plaintiffs' Consolidated Class Action Complaint may not exceed 25 pages.

2. Defendants' memorandum of law in support of their common legal argument motion ("Common Motion") to dismiss the End-Payer Plaintiffs' Consolidated Class Action Complaint may not exceed 50 pages.

-2-

      a. The End-Payer Plaintiffs' memorandum of law in opposition thereto may not exceed 50 pages. Prior to the filing of the End-Payer Plaintiffs' Opposition to Defendants' Common Motion, the End-Payer Plaintiffs and Defendants shall meet and confer in good faith regarding whether the End-Payer Plaintiffs require additional pages for their opposition. If additional pages are required, Defendants will not unreasonably withhold consent and the Parties will submit to the Court a stipulation and proposed Order modifying the page limitations.

      b. Defendants' reply memorandum of law in further support of their Common Motion to dismiss the End-Payer Plaintiffs' Consolidated Class Action Complaint may not exceed 25 pages.

3. Each Defendant may file an individual motion to dismiss that combines all Defendant-specific arguments in support of dismissal of both the Direct-Purchaser Plaintiffs and End-Payer Plaintiffs' Consolidated Class Action Complaints (the "Individual Motion"). Each Defendant's memorandum of law in support of its Individual Motion may not exceed 15 pages.

      a. The Direct-Purchaser and End-Payer Plaintiffs' combined memorandum of law in opposition to each Individual Motion may not exceed 15 pages per opposition.

      b. Each Defendant's reply memorandum of law in further support of its Individual Motion may not exceed seven pages.

4. The page limits set forth above do not include any caption, table of contents, table of authorities, signature pages and exhibits.

It is so **ORDERED**.

BY THE COURT:

CYNTHIA M. RUFE, J.