IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC DIGOXIN AND DOXYCYCLINE ANTITRUST LITIGATION | MDL NO. 2724 |
| | 16-MD-2724 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | HON. CYNTHIA M. RUFE |

## [PROPOSED] ORDER

**AND NOW**, this ___ day of _____, 201___, upon consideration of Defendant Impax Laboratories, Inc.'s Motion to Dismiss the Direct Purchaser Plaintiffs' Consolidated Amended Class Action Complaint and End-Payer Plaintiffs' Corrected Consolidated Class Action Complaint, all responses and replies thereto, **IT IS HEREBY ORDERED** that Defendant Impax Laboratories, Inc.'s ("Impax") Motion to Dismiss the Direct Purchaser Plaintiffs' Consolidated Amended Class Action Complaint and the End-Payer Plaintiffs' Corrected Consolidated Class Action Complaint is **GRANTED** and all claims against Impax in the Direct Purchaser Plaintiffs' Consolidated Amended Class Action Complaint (Dkt #125) and End-Payer Plaintiffs' Corrected Consolidated Class Action Complaint (Dkt. #175) are **DISMISSED** with prejudice.

BY THE COURT:

_____
HON. CYNTHIA M. RUFE
United States District Judge