IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC DIGOXIN AND DOXYCYCLINE ANTITRUST LITIGATION | MDL NO. 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br>All Direct Purchaser and End-Payer Actions | HON. CYNTHIA M. RUFE |

**SUN PHARMACEUTICAL INDUSTRIES, INC.'S
INDIVIDUAL MOTION TO DISMISS CONSOLIDATED AMENDED COMPLAINTS**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Sun Pharmaceutical Industries, Inc. ("Sun") hereby moves for dismissal of Direct Purchaser Plaintiffs' Consolidated Amended Class Action Complaint (ECF No. 125) and End-Payer Plaintiffs' Corrected Consolidated Class Action Complaint (ECF No. 175) (collectively, the "Complaints"). As explained in the accompanying Memorandum of Law, none of the Complaints allege sufficient facts to state a claim against Sun.[1]

(The remainder of this page intentionally left blank)

---

[1] Sun also joins in the Certain Defendants' Motion to Dismiss Direct Purchaser Plaintiffs' Class Action Complaint and Certain Defendants' Motion to Dismiss the End-Payer Plaintiffs' Corrected Consolidated Class Action Complaint, which have been filed contemporaneously with this motion. Sun also incorporates by reference the memoranda of law filed in support of those motions.

WHEREFORE, for all the reasons set forth in their Memorandum, the Court should dismiss the Complaints with prejudice.

Dated: March 28, 2017

Respectfully submitted,

/s/ J. Douglas Baldridge
J. Douglas Baldridge
Lisa Jose Fales
Danielle R. Foley
Venable LLP
600 Massachusetts Avenue, NW
Washington, D.C. 20001
(202) 344-4000
jbaldridge@venable.com
ljfales@venable.com
drfoley@venable.com

Thomas J. Welling, Jr.
Venable LLP
1270 Avenue of the Americas, 24th Floor
New York, New York 10020
(212) 307-5500
tjwelling@venable.com

*Attorneys for Defendant*
*Sun Pharmaceutical Industries, Inc.*