IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC DIGOXIN AND DOXYCYCLINE ANTITRUST LITIGATION | MDL NO. 2724<br>16-MD-2724<br><br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br><br>DIRECT PURCHASER ACTIONS AND END-PAYOR ACTIONS | |

### ACTAVIS HOLDCO U.S., INC'S MOTION TO DISMISS DIRECT PURCHASER PLAINTIFFS' AND END-PAYOR PURCHASER PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINTS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Actavis Holdco U.S., Inc. ("Actavis"), by its undersigned counsel, hereby respectfully moves to dismiss the Direct Purchaser Plaintiffs' Consolidated Amended Class Action Complaint (Dkt. No. 125) and the End-Payer Plaintiffs' Corrected Consolidated Class Action Complaint (Dkt. No. 175) in the above-referenced action. In support of this Motion, Actavis relies upon its Memorandum in Support of its Motion to Dismiss the Direct Purchaser Plaintiffs' and End-Payor Purchaser Plaintiffs' Consolidated Class Action Complaints ("Actavis Memorandum") and the Declaration of David M. Max and the exhibits and attachments thereto, which are being filed contemporaneously with this Motion.

For all the reasons set forth in the Actavis Memorandum, the Direct Purchaser Plaintiffs' Consolidated Amended Class Action Complaint and the End-Payer Plaintiffs' Corrected Consolidated Class Action Complaint should be dismissed with prejudice in their entirety.

Pursuant to Rule 7.1(f) of the Local Rules of Civil Procedure, Actavis requests oral argument on its motion to dismiss.

Dated: March 28, 2017                                     Respectfully submitted,

**/s/   Sheron Korpus**
Marc E. Kasowitz
Hector Torres
Sheron Korpus
Seth B. Davis
Seth A. Moskowitz
David M. Max
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
Tel. (212) 506-1700
mkasowitz@kasowitz.com
htorres@kasowitz.com
skorpus@kasowitz.com
sdavis@kasowitz.com
smoskowitz@kasowitz.com
dmax@kasowitz.com

*Counsel for Actavis Holdco U.S., Inc.*