IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC DIGOXIN AND DOXYCYCLINE ANTITRUST LITIGATION | MDL NO. 2724<br>16-MD-2724<br><br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br><br>DIRECT PURCHASER ACTIONS | |

**CERTAIN DEFENDANTS' MOTION TO DISMISS DIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

Pursuant to Fed. R. Civ. P. 12(b)(6), defendants Actavis Holdco U.S., Inc., Lannett Company, Inc., Impax Laboratories, Inc., Mayne Pharma Inc., Mylan Pharmaceuticals, Inc., Par Pharmaceutical, Inc., Sun Pharmaceutical Industries, Inc., and West-Ward Pharmaceuticals Corp. (collectively, "Defendants") hereby move to dismiss the Direct Purchaser Plaintiffs' Consolidated Amended Class Action Complaint (Dkt. No. 125) in the above-captioned action. In support of this Motion, Defendants rely upon Certain Defendants' Memorandum of Law in Support of Joint Motion to Dismiss Direct Purchaser Plaintiffs' Consolidated Amended Class Action Complaint and all exhibits and attachments thereto, which are being filed contemporaneously with this Motion.

For all of the reasons set forth therein, the Direct Purchaser Plaintiffs' Consolidated Amended Class Action Complaint should be dismissed in its entirety.

Respectfully submitted,

| | |
|---|---|
| /s/ John E. Schmidtlein | /s/ Gerald E. Arth |
| John E. Schmidtlein<br>Sarah F. Teich<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005<br>Tel: (202) 434-5000<br>Fax: (202) 434-5029<br>jschmidtelein@wc.com<br>steich@wc.com<br><br>*Attorneys for Defendant*<br>*Par Pharmaceutical, Inc.* | Gerald E. Arth<br>Theodore H. Jobes<br>Ryan T. Becker<br>FOX ROTHSCHILD LLP<br>2000 Market Street, 20th Floor<br>Philadelphia, PA  19103<br>Tel: (215) 299-2000<br>Fax: (215) 299-2150<br>garth@foxrothschild.com<br>tjobes@foxrothschild.com<br>rbecker@foxrothschild.com<br><br>George G. Gordon<br>Stephen D. Brown<br>Julia Chapman<br>Christopher Trueax<br>DECHERT LLP<br>2929 Arch Street<br>Philadelphia, PA  19104-2808<br>Tel: (215) 994-2000<br>Fax: (215) 994-2222<br>george.gordon@dechert.com<br>stephen.brown@dechert.com<br>julia.chapman@dechert.com<br>christopher.trueax@dechert.com<br><br>*Attorneys for Defendant*<br>*Lannett Company, Inc.* |

| | |
|---|---|
| */s/ Jan P. Levine* | */s/ J. Douglas Baldridge* |
| Jan P. Levine | J. Douglas Baldridge |
| Robin P. Sumner | Lisa Jose Fales |
| Michael J. Hartman | Danielle R. Foley |
| PEPPER HAMILTON LLP | VENABLE LLP |
| 3000 Two Logan Square | 600 Massachusetts Avenue, NW |
| Eighteenth & Arch Streets | Washington, DC  20001 |
| Philadelphia, PA  19103-2799 | Tel: (202) 344-4000 |
| Tel: (215) 981-4000 | jbaldridge@venable.com |
| Fax: (215) 981-4750 | ljfales@venable.com |
| levinej@pepperlaw.com | drfoley@venable.com |
| sumnerr@pepperlaw.com | |
| harmanm@pepperlaw.com | Thomas J. Welling |
| | VENABLE LLP |
| Jeffrey A. Carr | 1270 Avenue of the Americas – 24th Floor |
| PEPPER HAMILTON LLP | New York, New York 10020 |
| 301 Carnegie Center – Suite 400 | Tel: (212) 307-5500 |
| Princeton, NJ 08543 | tjwelling@venable.com |
| Tel: (609) 951-4116 | |
| carrj@pepperlaw.com | *Attorneys for Defendant* |
| | *Sun Pharmaceutical Industries, Inc.* |
| Keith J. Harrison | |
| Shari Ross Lahlou | |
| Astor H.L. Heaven | |
| CROWELL & MORING LLP | |
| 1001 Pennsylvania Avenue, NW | |
| Washington, D.C.  20004-2595 | |
| Tel: (202) 624-2500 | |
| Fax: (202) 24-5116 | |
| kharrison@crowell.com | |
| slahlou@crowell.com | |
| aheaven@crowell.com | |

*Attorneys for Defendant*
*West-Ward Pharmaceuticals Corp.*

| | |
|---|---|
| */s/ Michael Martinez* | */s/ Raymond A. Jacobsen, Jr.* |

Michael Martinez  
Steven Kowal  
Lauren Norris Donahue  
Brian J. Smith  
K& L GATES LLP  
70 W. Madison Street, Suite 3100  
Chicago, IL  60602  
Tel: (312) 372-1121  
Fax: (312) 872-8000  
michael.martinez@klgates.com  
steven.kowal@klgates.com  
lauren.donahue@klgates.com  
brian.j.smith@klgates.com  

*Attorneys for Defendant*  
*Mayne Pharma Inc.*

Raymond A. Jacobsen, Jr.  
Paul M. Thompson  
Lisa A. Peterson  
MCDERMOTT WILL & EMERY LLP  
500 N. Capitol Street, NW  
Washington, DC  20001  
Tel: (202) 756-8000  
rayjacobsen@mwe.com  
pthompson@mwe.com  
lpeterson@mwe.com  

David L. Hanselman, Jr.  
MCDERMOTT WILL & EMERY LLP  
227 W. Monroe Street  
Chicago, IL  60605-5096  
Tel: (312) 984-3610  
dhanselman@mwe.com  

Nicole L. Castle  
MCDERMOTT WILL & EMERY LLP  
340 Madison Avenue  
New York, NY  10173  
Tel: (212) 547.5400  
ncastle@mwe.com  

*Attorneys for Defendant*  
*Impax Laboratories, Inc.*

| | |
|---|---|
| */s/ Chul Pak* | */s/ Marc E. Kasowitz* |
| Chul Pak | Marc E. Kasowitz |
| Jeffrey C. Bank | Hector Torres |
| WILSON SONSINI GOODRICH & ROSATI PC | Sheron Korpus |
| 1301 Avenue of the Americas, 40th Floor | Seth B. Davis |
| Tel: (212) 497-7726 | Seth A. Moskowitz |
| Fax: (212) 999-5899 | David M. Max |
| cpak@wsgr.com | KASOWITZ BENSON TORRES LLP |
| jbank@wsgr.com | 1633 Broadway |
| | New York, NY 10019 |
| Seth C. Silber | Tel: (212) 506-1700 |
| WILSON SONSINI GOODRICH & ROSATI PC | Fax: (212) 506-1800 |
| 1700 K. Street – 5th Floor | mkasowitz@kasowitz.com |
| Washington, D.C. 20006 | htorres@kasowitz.com |
| silber@wsgr.com | skorpus@kasowitz.com |
| | sdavis@kasowitz.com |
| Alexander B. Bowerman | smoskowitz@kasowitz.com |
| HOGAN LOVELLS US LLP | dmax@kasowitz.com |
| 1835 Market Street – 29th Floor | |
| Philadelphia, PA 19103 | *Attorneys for Defendant* |
| alexander.bowerman@hoganlovells.com | *Actavis Holdco U.S., Inc.* |

*Attorneys for Defendants*
*Mylan, Inc. and Mylan Pharmaceuticals, Inc.*

Dated: March 28, 2017