IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC DIGOXIN AND DOXYCYCLINE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL NO. 2724<br>16-MD-2724<br><br>HON. CYNTHIA M. RUFE |

**LANNETT COMPANY, INC.'S MOTION TO DISMISS
CONSOLIDATED AMENDED CLASS ACTION COMPLAINTS
OF DIRECT PURCHASER PLAINTIFFS AND END-PAYER PLAINTIFFS**

Pursuant to Fed. R. Civ. P. 12(b)(6), defendant Lannett Company, Inc. ("Lannett") hereby moves to dismiss the Consolidated Amended Class Action Complaints of the Direct Purchaser Plaintiffs (Dkt. No. 125), and the End-Payer Plaintiffs (Dkt. No. 175) in the above-captioned action. In support of this Motion, Lannett relies upon the Memorandum of Law in Support of Defendant Lannett Company, Inc.'s Motion to Dismiss Consolidated Amended Class Action Complaints of Direct Purchaser Plaintiffs and End-Payer Plaintiffs which follows, and all exhibits and attachments thereto.

For all of the reasons set forth therein, the Consolidated Amended Class Action Complaints of the Direct Purchaser Plaintiffs and the End-Payer Plaintiffs should be dismissed as to Lannett Company, Inc.

Respectfully submitted,

*/s/ Gerald E. Arth*
Gerald E. Arth
Theodore H. Jobes
Ryan T. Becker

FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor
Philadelphia, PA  19103
Tel: (215) 299-2000
Fax: (215) 299-2150
garth@foxrothschild.com
tjobes@foxrothschild.com
rbecker@foxrothschild.com

George G. Gordon
Stephen D. Brown
Julia Chapman
Christopher Trueax
DECHERT LLP
2929 Arch Street
Philadelphia, PA  19104-2808
Tel: (215) 994-2000
Fax: (215) 994-2222
george.gordon@dechert.com
stephen.brown@dechert.com
julia.chapman@dechert.com
christopher.trueax@dechert.com

*Attorneys for Defendant
Lannett Company, Inc.*