IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC DIGOXIN AND DOXYCYCLINE ANTITRUST LITIGATION | MDL NO. 2724<br>16-MD-2724<br><br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br>ALL END-PAYER PLAINTIFF ACTIONS | |

**CERTAIN DEFENDANTS' MOTION TO DISMISS THE END-PAYER PLAINTIFFS' CORRECTED CONSOLIDATED CLASS ACTION COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Actavis Holdco U.S., Inc., Lannett Co., Inc., Impax Laboratories, Inc., Mayne Pharma Inc., Mylan Pharmaceuticals, Inc., Par Pharmaceutical, Inc., Sun Pharmaceutical Industries, Inc., and West-Ward Pharmaceuticals Corp. (collectively, "Defendants") hereby move to dismiss the End-Payer Plaintiffs' Corrected Consolidated Class Action Complaint (Dkt No. 175) in the above-referenced action.  In support of this Motion, Defendants rely upon their Joint Memorandum in Support of their Motion to Dismiss the End-Payer Plaintiffs' Corrected Consolidated Class Action Complaint and all exhibits and attachments thereto, which are being filed contemporaneously with this Motion.

For all the reasons set forth in Certain Defendants' Joint Memorandum of Law in Support of their Motion to Dismiss the End-Payer Plaintiffs' Corrected Consolidated Class Action Complaint, the End-Payer Plaintiffs' Corrected Consolidated Class Action Complaint should be dismissed in its entirety.

Dated: March 28, 2017                                     Respectfully submitted,

| | |
|---|---|
| */s/ Jan. P. Levine*<br>Jan P. Levine<br>Robin P. Sumner<br>Michael Jay Hartman<br>PEPPER HAMILTON LLP<br>3000 Two Logan Square<br>18th & Arch Streets<br>Philadelphia, PA 19103-2799<br>Tel. 215-981-4000<br>levinej@pepperlaw.com<br>sumnerr@pepperlaw.com<br>hartmanm@pepperlaw.com<br><br>Jeffrey A. Carr<br>PEPPER HAMILTON LLP<br>301 Carnegie Center, Suite 400<br>Princeton, NJ 08543-5276<br>Tel. 609-951-4116<br>carrj@pepperlaw.com<br><br>Keith J. Harrison<br>Shari Ross Lahlou<br>Astor H.L. Heaven<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, NW<br>Washington, D.C. 20004-2595<br>Tel. 202-624-2500<br>kharrison@crowell.com<br>slahlou@crowell.com<br>aheaven@crowell.com<br><br>*Counsel for West-Ward Pharmaceuticals Corp.* | */s/ Raymond A. Jacobsen, Jr.*<br>Raymond A. Jacobsen, Jr.<br>Paul M. Thompson<br>Lisa A. Peterson<br>MCDERMOTT WILL & EMERY LLP<br>500 N. Capitol St. NW<br>Washington, D.C. 20001<br>Tel. 202-756-8000<br>rayjacobsen@mwe.com<br>pthompson@mwe.com<br>lpeterson@mwe.com<br><br>David L. Hanselman Jr.<br>MCDERMOTT WILL & EMERY LLP<br>227 W. Monroe St.<br>Chicago, IL 60605-5096<br>Tel. 312-984-3610<br>dhanselman@mwe.com<br><br>Nicole L. Castle<br>MCDERMOTT WILL & EMERY LLP<br>340 Madison Ave.<br>New York, NY 10173<br>Tel. 212-547-5400<br>ncastle@mwe.com<br><br>*Counsel for Impax Laboratories, Inc.* |
| */s/ Gerald E. Arth*<br>Gerald E. Arth<br>Theodore H. Jobes<br>Ryan T. Becker<br>FOX ROTHSCHILD LLP<br>2000 Market Street, 20th Floor<br>Philadelphia, PA 19103<br>Tel: (215) 299-2720<br>Fax: (215) 299-2150<br>garth@foxrothschild.com | */s/ Marc E. Kasowitz*<br>Marc E. Kasowitz<br>Hector Torres<br>Sheron Korpus<br>Seth B. Davis<br>Seth A. Moskowitz<br>David M. Max<br>KASOWITZ BENSON TORRES LLP<br>1633 Broadway<br>New York, NY 10019 |

| | |
|---|---|
| tjobes@foxrothschild.com<br>rbecker@foxrothschild.com<br><br>George G. Gordon<br>Stephen D. Brown<br>Julia Chapman<br>Christopher M. Trueax<br>DECHERT LLP<br>2929 Arch Street<br>Philadelphia, PA 19104-2808<br>Tel: (215) 994-2382<br>Fax: (215) 655-2240<br>george.gordon@dechert.com<br>stephen.brown@dechert.com<br>julia.chapman@dechert.com<br>christopher.trueax@dechert.com<br><br>*Counsel for Lannett Co., Inc.* | Tel. (212) 506-1700<br>mkasowitz@kasowitz.com<br>htorres@kasowitz.com<br>skorpus@kasowitz.com<br>sdavis@kasowitz.com<br>smoskowitz@kasowitz.com<br>dmax@kasowitz.com<br><br>*Counsel for Actavis Holdco U.S., Inc.* |
| */s/ John E. Schmidtlein*<br>John E. Schmidtlein<br>Sarah F. Teich<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 434-5000<br>Facsimile: (202) 434-5029<br>jschmidtlein@wc.com<br>steich@wc.com<br><br>*Counsel for Par Pharmaceutical, Inc.* | */s/ Chul Pak*<br>Chul Pak<br>Jeffrey C. Bank<br>WILSON SONSINI GOODRICH & ROSATI PC<br>1301 Avenue of the Americas, 40th Flr.<br>New York, NY 10019<br>Tel. 212-999-5800<br>jbank@wsgr.com<br>cpak@wsgr.com<br><br>Seth C. Silber<br>WILSON SONSINI GOODRICH & ROSATI PC<br>1700 K. St., 5th Flr.<br>Washington, D.C. 20006<br>silber@wsgr.com<br><br>HOGAN LOVELLS US LLP<br>Alexander B. Bowerman<br>1835 Market St. 29th<br>Philadelphia, PA 19103<br>Tel. 267-675-4664<br><br>*Counsel for Mylan Pharmaceuticals, Inc.* |
| */s/ Michael Martinez*<br>Michael Martinez<br>Steven Kowal | */s/ J. Douglas Baldridge*<br>J. Douglas Baldridge<br>Lisa Jose Fales |

| | |
|---|---|
| Lauren Norris Donahue<br>Brian J. Smith<br>K&L GATES LLP<br>70 W. Madison St.<br>Suite 3100<br>Chicago, IL 60602<br>Tel. 312-372-1121<br>michael.martinez@klgates.com<br>steven.kowal@klgates.com<br>lauren.donahue@klgates.com<br>brian.j.smith@klgates.com<br><br>*Counsel for Mayne Pharma Inc.* | Danielle R. Foley<br>VENABLE LLP<br>575 7th Street, NW<br>Washington, DC 20004<br>Tel. 202-344-4000<br>jbaldridge@venable.com<br>ljfales@venable.com<br>drfoley@venable.com<br><br>Thomas J. Welling<br>VENABLE LLP<br>1270 Avenue of the Americas<br>24th Floor<br>New York, NY 10020<br>Tel. 212-307-5500<br>tjwelling@venable.com<br><br>*Counsel for Sun Pharmaceutical Industries, Inc.* |