IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC DIGOXIN AND DOXYCYCLINE ANTITRUST LITIGATION  THIS DOCUMENT RELATES TO:  ALL ACTIONS | MDL NO. 2724 16-MD-2724  HON. CYNTHIA M. RUFE |

### DEFENDANT MAYNE PHARMA INC.'S MOTION UNDER FRCP 12(B)(6) TO DISMISS THE DIRECT PURCHASER PLAINTIFFS' AND THE END-PAYER PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINTS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), and for the reasons set forth in the accompanying Memorandum of Law, Defendant Mayne Pharma Inc. ("Mayne") respectfully moves this Court to dismiss all claims against Mayne in the Direct Purchaser Consolidated Amended Class Action Complaint (ECF No. 125) and the End-Payer Plaintiffs' Corrected Consolidated Class Action Complaint (ECF No. 175) with prejudice.

Respectfully Submitted,

Dated:  March 28, 2017

*/s/ Michael Martinez*

Michael Martinez
Steven Kowal
Lauren Norris Donahue
Brian J. Smith
**K&L GATES LLP**
70 W. Madison St.
Suite 3100
Chicago, IL 60602
Tel. 312-372-1121
michael.martinez@klgates.com

steven.kowal@klgates.com
lauren.donahue@klgates.com
brian.j.smith@klgates.com

*Counsel for Defendant Mayne Pharma Inc.*