# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC DIGOXIN AND DOXYCYCLINE ANTITRUST LITIGATION | MDL NO. 2724<br>16-MD-2724<br><br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br><br>DIRECT PURCHASER ACTIONS<br>END-PAYER ACTIONS | |

### DEFENDANT MYLAN PHARMACEUTICALS INC.'S MOTION TO DISMISS DIRECT PURCHASER PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT AND END-PAYER PLAINTIFFS' CORRECTED CONSOLIDATED CLASS ACTION COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Mylan Pharmaceuticals Inc. ("Mylan") respectfully moves the Court to dismiss Direct Purchaser Plaintiffs' Consolidated Amended Complaint (D.I. 125) and End-Payer Plaintiffs' Corrected Consolidated Class Action Complaint (D.I. 175) in the above-referenced action.

In support of this Motion, Mylan relies on (1) Mylan's Memorandum of Law in Support of Its Motion to Dismiss Direct Purchaser Plaintiffs' Consolidated Amended Complaint (D.I. 125) and End-Payer Plaintiffs' Corrected Consolidated Class Action Complaint (D.I. 175), which is filed contemporaneously with this Motion; and joins and incorporates (2) the arguments that Defendants raise in support of their Joint Motions to Dismiss (D.I. 185 and D.I. 188) both Complaints.

For all the reasons set forth in (1) and (2) above, Mylan respectfully requests that the Court dismiss both the Direct Purchaser Plaintiffs' Consolidated Amended Complaint (D.I. 125) and End-Payer Plaintiffs' Corrected Consolidated Class Action Complaint (D.I. 175) against Mylan with prejudice.

Dated:  March 28, 2017            /s/ *Chul Pak*

                                          Chul Pak (cpak@wsgr.com)
                                          Jeffrey C. Bank (jbank@wsgr.com)
                                          **WILSON SONSINI GOODRICH & ROSATI**
                                          1301 Avenue of the Americas, 40th Floor
                                          New York, New York 10019
                                          Telephone:  (212) 497-7700
                                          Facsimile:  (212) 999-5899

                                          Seth C. Silber (ssilber@wsgr.com)
                                          **WILSON SONSINI GOODRICH & ROSATI**
                                          1700 K Street, N.W., 5th Floor
                                          Washington, D.C. 20006
                                          Telephone:  (202) 973-8800
                                          Facsimile:  (202) 973-8899

                                          *Attorneys for Defendant*
                                          *Mylan Pharmaceuticals Inc.*