# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | MDL 2724<br>16-MD-2724 |
| **THIS DOCUMENT RELATES TO:** | HON. CYNTHIA M. RUFE |
| *CERTAIN END-PAYER PLAINTIFFS ACTIONS* | |
| *In Re: Amitriptyline Cases* | 16-AM-27242 |
| *In Re: Benazepril HCTZ Cases* | 16-BZ-27242 |
| *In Re: Desonide Cases* | 16-DS-27242 |
| *In Re: Fluocinonide Cases* | 16-FL-27242 |
| *In Re: Levothyroxine Cases* | 16-LV-27242 |
| *In Re: Lidocaine-Prilocaine Cases* | 16-LD-27242 |
| *In Re: Pravastatin Cases* | 16-PV-27242 |
| *1199seiu National Benefit Fund v. Actavis Holdco U.S., Inc.* | 18-cv-2401 |
| *1199seiu National Benefit Fund v. Actavis Holdco U.S., Inc.* | 19-cv-6011 |
| *CERTAIN INDIRECT RESELLER PLAINTIFFS ACTIONS* | |
| *In Re: Amitriptyline Cases* | 16-AM-27243 |
| *In Re: Benazepril-HCTZ Cases* | 16-BZ-27243 |
| *In Re: Clobetasol Cases* | 16-CB-27243 |
| *In Re: Clomipramine Cases* | 16-CM-27243 |
| *In Re: Desonide Cases* | 16-DS-27243 |
| *In Re: Levothyroxine Cases* | 16-LV-27243 |
| *In Re: Lidocaine-Prilocaine Cases* | 16-LD-27243 |
| *In Re: Pravastatin Cases* | 16-PV-27243 |
| *West Val Pharmacy v. Actavis Holdco U.S., Inc.* | 18-cv-2533 |
| *Reliable Pharmacy v. Actavis Holdco U.S., Inc.* | 19-cv-6044 |
| *Reliable Pharmacy v. Actavis Holdco U.S., Inc.* | 20-cv-6291 |
| *CERTAIN DIRECT ACTION PLAINTIFFS ACTIONS* | |
| *The Kroger Co. v. Actavis Holdco U.S. Inc.* | 18-cv-284 |
| *Humana Inc. v. Actavis Elizabeth, LLC* | 18-cv-3299 |
| *United Healthcare Services, Inc. v. Actavis Holdco U.S., Inc.* | 19-cv-629 |
| *Humana Inc. v. Actavis Elizabeth LLC* | 19-cv-4862 |
| *United Healthcare Services, Inc. v. Teva Pharmaceuticals USA, Inc.* | 19-cv-5042 |
| *Health Care Service Corp. v. Actavis Elizabeth, LLC* | 19-cv-5819 |
| *MSP Recovery Claims, Series LLC v. Actavis Elizabeth, LLC* | 20-cv-231 |

| | |
|---|---|
| *Molina Healthcare, Inc. v. Actavis Elizabeth, LLC* | **20-cv-695** |
| *Cigna Corp. v. Actavis Holdco US, Inc.* | **20-cv-2711** |
| *Rite Aid Corporation v. Actavis Holdco U.S., Inc.* | **20-cv-3367** |
| *J M Smith Corporation v. Actavis Holdco U.S. Inc.* | **20-cv-4370** |
| *Walgreen Company v. Actavis Holdco U.S., Inc.* | **20-cv-6258** |
| *Winn-Dixie Stores, Inc. v. Actavis Holdco U.S.* | **20-cv-6290** |
| *Humana Inc. v. Actavis Elizabeth, LLC, et al.* | **20-cv-6303** |
| *CVS Pharmacy, Inc. v. Actavis Elizabeth, LLC* | **20-cv-6310** |
| *United HealthCare Services, Inc. v. Sandoz, Inc.* | **20-cv-6557** |
| *Providence St. Joseph Health v. Actavis Holdco U.S., Inc.* | **23-cv-3636** |
| ***CERTAIN DIRECT ACTION PLAINTIFFS (SELF-INSURED)*** | |
| *County of Nassau et al. v. Actavis Holdco U.S., Inc.* | **20-cv-65** |
| *County of Suffolk v. Actavis Holdco US, Inc.* | **20-cv-4893** |
| *County of Albany v. Actavis Holdco U.S., Inc.* | **21-cv-1875** |
| *County of Westchester v. Actavis Holdco U.S., Inc.* | **21-cv-4474** |

**ORDER**

**AND NOW**, this 5th day of March 2025, upon consideration of the Motions to Amend and Supplement and the opposition thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. The Motions are **WITHDRAWN** as to 16-PV-27242 Doc. Nos. 218 & 219.

2. The Motions filed by the State Plaintiffs [MDL Doc. Nos. 2900, 2901, 2910] are **DSIMISSED AS MOOT** from the MDL docket as those cases have been remanded to the District of Connecticut.

3. All other Motions [MDL Doc. Nos. 2787; 2790; 2809; 2839; 2840; 2896; 2897; 2899; 2902; 2904; 16-AM-27242 Doc. Nos. 136 & 137; 16-BZ-27242 Doc. Nos. 124 & 125; 16-DS-27242 Doc. Nos. 218 & 219; 16-FL-27242 Doc. Nos. 174 & 175; 16-LD-27242 Doc. Nos. 161 & 162; 16-LV-27242 Doc. Nos. 146 & 147; 18-cv-284 Doc. No. 326; 18-cv-2401 Doc. Nos. 280 & 281; 18-cv-3299 Doc. No. 265; 19-cv-6011 Doc. Nos. 210 & 211; 19-cv-629 Doc. No.

133; 19-cv-4862 Doc. No. 149; 19-cv-5042 Doc. No. 100; 19-cv-5819 Doc. No. 161; 20-cv-65 Doc. No. 122;20-cv-231 Doc. No. 170; 20-cv-695 Doc. No. 178; 20-cv-2296 Doc. No. 132; 20-cv-2711 Doc. No. 162; 20-cv-3367 Doc. No. 159; 20-cv-4370 Doc. No. 154; 20-cv-4893 Doc. No. 110; 20-cv-6258 Doc. No. 136; 20-cv-6303 Doc. No. 92; 20-cv-6310 Doc. No. 145; 20-cv-6557 Doc. No. 62; 21-cv-1875 Doc. No. 114; 21-cv-4474 Doc. No. 102] are **DENIED** as to those cases subject to Pretrial Orders Nos. 61 and 153, and are **GRANTED** as to all other cases.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**