## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL NO. 2724<br><br>ECF Case<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THE COURT**:

Please enter the appearance of John Clayton Everett, Jr., attorney for Defendant Perrigo New York, Inc., in the above-captioned action.

Dated:  April 13, 2017	Respectfully submitted,

*/s/ John Clayton Everett, Jr.*
John Clayton Everett, Jr., Esq.
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Phone: (202) 739-3000
Fax: (202) 739-3001
clay.everett@morganlewis.com

`        *Attorneys for Defendant Perrigo New York, Inc.*

## **CERTIFICATE OF SERVICE**

      I, John Clayton Everett, Jr., hereby certify that on April 13, 2017, I caused a true and correct copy of the foregoing Notice of Appearance to be served upon all counsel of record by operation of the electronic filing system of the United States District Court for the Eastern District of Pennsylvania.

                                              */s/ John Clayton Everett, Jr.*
                                              John Clayton Everett, Jr.