# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | 2:16-md-02724-CMR<br><br>MDL NO. 2724<br><br>ECF Case<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THE COURT**:

    Please enter the appearance of Andrew S. Wellin, attorney for Defendant Perrigo New York, Inc., in the above-captioned action.

Dated:  April 17, 2017

Respectfully submitted,

*/s/ Andrew S. Wellin*
Andrew S. Wellin, Esq.
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Phone: (212) 309-6000
Fax: (212) 309-6001
andrew.wellin@morganlewis.com

*Attorneys for Defendant Perrigo New York, Inc.*

2

**CERTIFICATE OF SERVICE**

I, Andrew S. Wellin, hereby certify that on April 17, 2017, I caused a true and correct copy of the foregoing Notice of Appearance to be served upon all counsel of record by operation of the electronic filing system of the United States District Court for the Eastern District of Pennsylvania.

*/s/ Andrew S. Wellin*
Andrew S. Wellin