UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | 2:16-md-02724-CMR <br><br> MDL NO. 2724 <br><br> ECF Case <br><br> **NOTICE OF APPEARANCE** |

**TO THE CLERK OF THE COURT**:

Please enter the appearance of Tracey F. Milich, attorney for Defendant Perrigo New York, Inc., in the above-captioned action.

Dated:  April 17, 2017                    Respectfully submitted,


                                          */s/ Tracey F. Milich*
                                          Tracey F. Milich, Esq. (Bar No. 316753)
                                          MORGAN, LEWIS & BOCKIUS LLP
                                          1111 Pennsylvania Avenue, NW
                                          Washington, DC 20004
                                          Phone: (202) 739-3000
                                          Fax: (202) 739-3001
                                          tracey.milich@morganlewis.com

                                          *Attorneys for Defendant Perrigo New York, Inc.*

**CERTIFICATE OF SERVICE**

  I, Tracey F. Milich, hereby certify that on April 17, 2017, I caused a true and correct copy of the foregoing Notice of Appearance to be served upon all counsel of record by operation of the electronic filing system of the United States District Court for the Eastern District of Pennsylvania.

                */s/ Tracey F. Milich*
                Tracey F. Milich