## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:  GENERIC DIGOXIN AND** | : | **MDL NO. 2724** |
| **DOXYCYCLINE ANTITRUST LITIGATION** | : | **16-MD-2724** |
| | : | |
| | : | **HON. CYNTHIA M. RUFE** |
| **THIS DOCUMENT RELATES TO:** | : | |
| | : | |
| *ALL ACTIONS* | : | |

### PRETRIAL ORDER NO. 18
### (VACATING PRETRIAL ORDER NO. 15; DISMISSING MOTIONS TO DISMISS)

**AND NOW,** this 4th day of May 2017, following a general status conference held this date, it is hereby **ORDERED** that

1.   Pretrial Order No. 15 (Briefing on the Motions to Dismiss) is **VACATED**.

2.   All Motions to Dismiss (MDL Doc. Nos. 177, 180, 182, 183, 184, 185, 186, 187, 188, 189, 190; and Doc. Nos. 56 and 57 in Civil Action No. 17-144) are **DISMISSED WITHOUT PREJUDICE** pending the anticipated filing of amended class action complaints.

It is so **ORDERED**.

BY THE COURT:

CYNTHIA M. RUFE, J.