UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL No. 2724<br>16-MD-2724-CMR<br><br>Hon. Cynthia M. Rufe |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, I certify that Defendant Accord Healthcare, Inc. is a wholly owned subsidiary of Intas Pharmaceuticals Ltd.

Respectfully submitted,

Dated:  May 22, 2017

/s/ Thomas J. Lang
Thomas J. Lang
thomas.lang@haynesboone.com
HAYNES AND BOONE, LLP
800 17th Street, NW, Suite 500
Washington, DC 20006
Telephone:    (202) 654-4521
Facsimile:     (202) 654-4278

*Counsel for Defendant Accord Healthcare, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that, on the 22nd day of May, 2017, I caused the foregoing Corporate Disclosure Statement to be filed electronically with the Clerk of Court using the CM/ECF system, which served a copy on all interested parties registered for electronic filing, and that this document is available for viewing and downloading from the ECF system.

    /s/ Thomas J. Lang
    Thomas J. Lang