UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL No. 2724<br>16-md-2724<br>The Honorable Cynthia M. Rufe |

**RULE 7.1 DISCLOSURE STATEMENT OF FOUGERA PHARMACEUTICALS INC.**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned attorneys of record for defendant Fougera Pharmaceuticals Inc. ("Fougera") state that Fougera is an indirect, wholly owned subsidiary of Novartis AG, a publicly held company, the shares of which are traded on the SIX Swiss Exchange under the ticker symbol NOVN and whose American Depository Shares are publicly traded on the New York Stock Exchange under the ticker symbol NVS. There are no publicly traded companies between Fougera and Novartis AG.

Dated:  May 24, 2017

*/s/ Saul P. Morgenstern*
Saul P. Morgenstern
Margaret A. Rogers
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019
Tel.:  (212) 836-8000
Fax:  (212) 836-8689
saul.morgenstern@apks.com
margaret.rogers@apks.com

Laura S. Shores
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
Tel.:  (202) 942-5000
Fax:  (202) 942-5999
laura.shores@apks.com

*Attorneys for Defendant*
*Fougera Pharmaceuticals Inc.*

## CERTIFICATE OF SERVICE

     I, Saul P. Morgenstern, certify that on this 24th day of May, 2017, a copy of the Corporate Disclosure Statement for Fougera Pharmaceuticals Inc. was filed electronically with the Clerk of the Panel using the Judicial Panel on Multidistrict Litigation's CM/ECF system for filing and served on counsel via the CM/ECF system.

                                                    Respectfully submitted,

Dated: May 24, 2017                              */s/   Saul P. Morgenstern*
                                                    Saul P. Morgenstern