## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br>*ALL ACTIONS* | HON. CYNTHIA M. RUFE |

## PRETRIAL ORDER NO. 24
## (FIRST ELECTRONIC CASE MANAGEMENT PROTOCOL ORDER)

**AND NOW**, this 26th day of May 2017, in order to promote the efficient management of this MDL, it is hereby **ORDERED** that, effective immediately, the Court establishes the following protocol to govern the structure of the dockets and the filing of documents.

### STRUCTURE OF THE DOCKETS

1. The "Master Docket," 16-MD-2724, includes all generic pharmaceuticals pricing antitrust cases filed in or transferred to this Court as part of MDL 2724.

2. The Court has directed the Clerk of Court to establish "Lead Cases;" a general case for each pharmaceutical included in the MDL.

3. The Lead Cases include "Class Cases" for each putative class, or group, of Plaintiffs. The Court has directed the Clerk of Court to establish Class Cases for each pharmaceutical for the Direct Purchaser Plaintiffs ("DPPs"), End-Payer Plaintiffs ("EPPs"), and Indirect Reseller Plaintiffs ("IRP"). If there is no pending Class Case for a Plaintiff group for a particular pharmaceutical, the Class Case will serve as a placeholder for a possible later filing.

4. Each Class Case includes the applicable originally-filed "Individual Cases" that have been filed; these cases will retain their individual case numbers at this time.

5. The Clerk of Court has established the following Lead Cases and Class Cases for docketing purposes:

| Pharmaceutical | Lead Case | Direct Purchaser | End-Payer | Indirect Reseller |
|---|---|---|---|---|
| Albuterol | 16-AL-27240 | 16-AL-27241 | 16-AL-27242 | 16-AL-27243 |
| Amitriptyline | 16-AM-27240 | 16-AM-27241 | 16-AM-27242 | 16-AM-27243 |
| Baclofen | 16-BC-27240 | 16-BC-27241 | 16-BC-27242 | 16-BC-27243 |
| Benazepril HCTZ | 16-BZ-27240 | 16-BZ-27241 | 16-BZ-27242 | 16-BZ-27243 |
| Clobetasol | 16-CB-27240 | 16-CB-27241 | 16-CB-27242 | 16-CB-27243 |
| Clomipramine | 16-CM-27240 | 16-CM-27241 | 16-CM-27242 | 16-CM-27243 |
| Desonide | 16-DS-27240 | 16-DS-27241 | 16-DS-27242 | 16-DS-27243 |
| Digoxin | 16-DG-27240 | 16-DG-27241 | 16-DG-27242 | 16-DG-27243 |
| Divalproex ER | 16-DV-27240 | 16-DV-27241 | 16-DV-27242 | 16-DV-27243 |
| Doxycycline | 16-DX-27240 | 16-DX-27241 | 16-DX-27242 | 16-DX-27243 |
| Econazole | 16-EC-27240 | 16-EC-27241 | 16-EC-27242 | 16-EC-27243 |
| Fluocinonide | 16-FL-27240 | 16-FL-27241 | 16-FL-27242 | 16-FL-27243 |
| Glyburide | 16-GL-27240 | 16-GL-27241 | 16-GL-27242 | 16-GL-27243 |
| Levothyroxine | 16-LV-27240 | 16-LV-27241 | 16-LV-27242 | 16-LV-27243 |
| Lidocaine/Prilocaine | 16-LD-27240 | 16-LD-27241 | 16-LD-27242 | 16-LD-27243 |
| Pravastatin | 16-PV-27240 | 16-PV-27241 | 16-PV-27242 | 16-PV-27243 |
| Propranolol | 16-PP-27240 | 16-PP-27241 | 16-PP-27242 | 16-PP-27243 |
| Ursodiol | 16-UR-27240 | 16-UR-27241 | 16-UR-27242 | 16-UR-27243 |

6. The docketing structure allows for the possibility of the filing or transfer of cases naming additional pharmaceuticals or Plaintiff groups.

**FILING OF DOCUMENTS**

7. Unless otherwise ordered by the Court, only documents that relate to all actions may be filed on the Master Docket, and shall be captioned as follows:

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL 2724** <br> **16-MD-2724** |
| | **HON. CYNTHIA M. RUFE** |
| **THIS DOCUMENT RELATES TO:** <br> *ALL ACTIONS* | |

8. Documents applicable to all actions relating to a particular pharmaceutical shall be filed only in the appropriate Lead Case, and shall be captioned as follows:

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL 2724** <br> **16-MD-2724** <br> **HON. CYNTHIA M. RUFE** |
| **IN RE: [PHARMACEUTICAL NAME] CASES** | **16-[XX]-27240** |
| **THIS DOCUMENT RELATES TO:** <br> *ALL [PHARMACEUTICAL NAME] ACTIONS* | |

9. Documents applicable only to a certain Plaintiff Class shall be filed in the appropriate Class Case and shall be captioned as follows:

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE** |
| **IN RE: [PHARMACEUTICAL NAME] CASES** | |
| **THIS DOCUMENT RELATES TO:** | |
| *ALL [PLAINTIFF CLASS OR GROUP] ACTIONS* | 16-[XX]-2724[X] |

10. Documents applicable only to an Individual Case shall be filed in **both** the Individual Case **and** the applicable Lead Case, and shall be captioned as follows:

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE** |
| **IN RE: [PHARMACEUTICAL NAME] CASES** | 16-[XX]-27240 |
| **THIS DOCUMENT RELATES TO:** | Civil Action No. |
| *[Name of Plaintiff] v. [Name of First Defendant]* | [XX]-cv-[XXXX] |

11. No later than **June 9, 2017**, Lead Plaintiffs' Counsel shall file in each Lead Case and Class Case a Notice setting forth all Individual Cases that fall within the Lead Case or Class Case.

12. No later than **June 16, 2017**, Defense Liaison Counsel shall file in each Lead Case and Class Case a Notice setting forth all Defendants that have been named in any Individual Cases that fall within the Lead Case or Class Case.

13. No later than **June 23, 2017**, all counsel shall enter appearances in each Lead Case and Class Case in which they represent client[s]. All counsel associated with the same law firm and representing the same client[s] shall file a joint entry of appearance.

14. New actions filed into the MDL shall list on the Civil Cover Sheet as related cases the Master Docket, Lead Case, and Class Case.

It is so **ORDERED.**

BY THE COURT:

_____
CYNTHIA M. RUFE, J.