# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
| IN RE: PROPRANOLOL CASES | 16-PP-27240 |
| THIS DOCUMENT RELATES TO:<br><br>*PLUMBERS & PIPEFITTERS LOCAL 178 HEALTH & WELFARE TRUST FUND v. ACTAVIS HOLDCO U.S., INC., ET AL.* | Civil Action No.<br><br>17-cv-00144 |

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41(a)(1)

Pursuant to Fed. R. Civ. P. 41 (a)(1), Plaintiff's Plumbers & Pipefitters Local 178 Health & Welfare Trust Fund hereby dismisses, without prejudice, its claims against Rouses Point Pharmaceuticals, LLC only in the above-captioned action. Rouses Point has not served an Answer nor filed a Motion for Summary Judgment. A class has not been certified.

Dated: June 16, 2017

By:  /s/Jeannine M. Kenney
Jeannine M. Kenney
HAUSFELD LLP
1700 K Street NW, Suite 650
Washington, DC 20006
Tel: (202) 540-7200
Fax: (202) 540-7201

*Attorney for Plaintiff Plumbers & Pipefitters Local 178 Health & Welfare Trust Fund*