IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICAL PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | |

### DEFENDANT TELIGENT, INC.'S
### RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned attorneys of record for Defendant Teligent, Inc. ("Teligent") state that Teligent is a publicly held company without a parent company, the shares of which are traded on the NASDAQ Stock Market exchange under the ticker TLGT. No publicly held corporation holds 10% or more of Teligent's stock.

Dated:   July 17, 2017

Respectfully submitted,

By: */s/ Heather K. McDevitt*

Heather K. McDevitt
Bryan D. Gant
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
Tel.: (212) 819-8200
Fax: (212) 354-8113
hmcdevitt@white4case.com
bgant@whitecase.com

*Counsel for Defendant Teligent, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**CERTIFICATE OF SERVICE**

I, Heather K. McDevitt, hereby certify that on July 17, 2017, the attached document was electronically filed with the Clerk of the Court using CM/ECF, which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

*/s/ Heather K. McDevitt*
Heather K. McDevitt

Americas 93084437

2