IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL2724<br>16-MD-2724 |
| | HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO: | |
| *ALL ACTIONS* | |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
DR. REDDY'S LABORATORIES, INC., PURSUANT TO FED. R. CIV. P. 7.1**

Defendant Dr. Reddy's Laboratories, Inc., is a wholly owned subsidiary of Dr. Reddy's Laboratories, S.A. Dr. Reddy's Laboratories, S.A. is a wholly owned subsidiary of Dr. Reddy's Laboratories Ltd. Dr. Reddy's Laboratories Ltd. is a publicly held corporation, and no publicly held corporation owns 10% or more of the stock of Dr. Reddy's Laboratories Ltd.

Dated: July 19, 2017       By:     /s/ *Brian T. Feeney*
                                    GREENBERG TRAURIG, LLP
                                    1700 Two Commerce Square
                                    2001 Market Street, Philadelphia, PA
                                    19103
                                    Tel: (215) 988-7812
                                    Fax: (215) 717-5265
                                    feeneyb@gtlaw.com

                                    Roger B. Kaplan
                                    GREENBERG TRAURIG, LLP
                                    500 Campus Drive, Suite 400
                                    Florham Park, NJ 07932-0677
                                    Tel: (973) 360-7957
                                    Fax: (973) 295-1257
                                    kaplanr@gtlaw.com

James I. Serota
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue
New York, NY 10166
Tel: (212) 801-2277
Fax: (212) 224-6155
serotaj@gtlaw.com

*Attorneys for Defendant*
*Dr. Reddy's Laboratories, Inc.*