# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |

**THIS DOCUMENT RELATES TO:**

*ALL ACTIONS*

## DEFENDANT PERRIGO NEW YORK, INC.'S
## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned attorneys of record state that Defendant Perrigo New York, Inc. is a wholly-owned subsidiary of Perrigo Company plc. Perrigo Company plc is a publicly held corporation, and no publicly held corporation owns 10% or more of the stock of Perrigo Company plc.

Dated: July 21, 2017                                        Respectfully submitted,

/s/ J. Clayton Everett, Jr.
J. Clayton Everett, Jr., Esq.
Scott A. Stempel, Esq.
Tracey F. Milich, Esq. (Pa. ID No. 316753)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Phone: (202) 739-3000
Fax: (202) 739-3001
clay.everett@morganlewis.com
scott.stempel@morganlewis.com
tracey.milich@morganlewis.com

2

                        Harvey Bartle IV, Esq. (Pa. ID No. 91566)
                        Francis A. DeSimone, Esq. (Pa. ID No. 320837)
                        MORGAN, LEWIS & BOCKIUS LLP
                        1701 Market Street
                        Philadelphia, PA 19103
                        Phone: (215) 963-5000
                        Fax: (215) 963-5001
                        harvey.bartle@morganlewis.com
                        frank.desimone@morganlewis.com

                        *Attorneys for Defendant Perrigo New York, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of July, 2017, I caused the attached document to be filed electronically with the Clerk of Court by using the CM/ECF system which will serve a copy on all interested parties registered for electronic filing and is available for viewing and downloading from the ECF system.

/s/ Tracey F. Milich
Tracey F. Milich
