# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL No. 2724<br>Case No. 2:16-MD-02724<br><br>Hon. Cynthia M. Rufe |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | |

## PRETRIAL ORDER NO. 32
## (EXTENDING STAY OF DISCOVERY)

**AND NOW**, this 28th day of August, 2017, upon consideration of Intervenor United States' Unopposed Motion to Extend Stay of Discovery ~~and the arguments of counsel at the September 12, 2017 status conference~~, it is hereby **ORDERED** that:

1. The United States' Unopposed Motion to Extend Stay of Discovery is **GRANTED**;

2. Defendants' motion to stay discovery (not to exceed thirty pages) shall be filed no later than **September 15, 2017**;

3. Responses by Plaintiffs, the State AGs, and the United States to Defendants' motion and any cross-motions (not to exceed thirty pages each) shall be filed no later than **October 13, 2017**;

4. Defendants' reply in further support of their motion to stay and responses to any cross-motions (not to exceed twenty pages) shall be filed no later than **November 3, 2017**;

5. Replies by Plaintiffs, the State AGs, and the United States in further support of any cross-motions (not to exceed twenty pages each) shall be filed no later than **November 30, 2017**; and

6. All discovery is **STAYED** until the Court has resolved all of the motions and cross-motions set forth above.

It is so **ORDERED.**

BY THE COURT:

CYNTHIA M. RUFE, J.