## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |

THIS DOCUMENT RELATES TO:

*ALL ACTIONS*

### ENTRY OF APPEARANCE

TO THE CLERK:

    Kindly enter the appearance of the following attorney at Morgan, Lewis & Bockius LLP on behalf of Perrigo New York, Inc. in the above-captioned matter.

Dated: September 11, 2017        Respectfully submitted,

                                    /s/ Francis A. DeSimone
                                    Francis A. DeSimone, Esq. (Pa. ID No. 320837)
                                    MORGAN, LEWIS & BOCKIUS LLP
                                    1701 Market Street
                                    Philadelphia, PA 19103
                                    Phone: (215) 963-5000
                                    Fax: (215) 963-5001
                                    frank.desimone@morganlewis.com

                                    *Attorney for Perrigo New York, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of September, 2017, I caused the foregoing Entry of Appearance to be filed electronically with the Clerk of Court by using the CM/ECF system which will serve a copy on all interested parties registered for electronic filing and is available for viewing and downloading from the ECF system.

/s/ Francis A. DeSimone
Francis A. DeSimone
