IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |

THIS DOCUMENT RELATES TO:

*ALL ACTIONS*

## ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter the appearance of the following attorney at Morgan, Lewis & Bockius LLP on behalf of Perrigo New York, Inc. in the above-captioned matter.

Dated: September 11, 2017   Respectfully submitted,

/s/ Harvey Bartle IV
Harvey Bartle IV, Esq. (Pa. ID No. 91566)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Phone: (215) 963-5000
Fax: (215) 963-5001
harvey.bartle@morganlewis.com

*Attorney for Perrigo New York, Inc.*

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of September, 2017, I caused the foregoing Entry of Appearance to be filed electronically with the Clerk of Court by using the CM/ECF system which will serve a copy on all interested parties registered for electronic filing and is available for viewing and downloading from the ECF system.

/s/ Harvey Bartle IV<br>
Harvey Bartle IV