# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | HON. CYNTHIA M. RUFE |

## PRETRIAL ORDER NO. 39
### (BRIEFING ON PLAINTIFF STATES' MOTION FOR LEAVE TO FILE A CONSOLIDATED AMENDED COMPLAINT AND MOTION FOR A SEPARATE GOVERNMENT TRACK)

**AND NOW**, this 14th day of November 2017, upon consideration of the stipulation of Plaintiff States and Defendants, it is hereby **ORDERED** that:

1. Defendants shall file a combined response to the Plaintiff States' Motion for Leave to File a Consolidated Amended Complaint and Motion for a Separate Government Track no later than December 8, 2017 (not to exceed 30 pages);

2. The Plaintiff States shall file a combined reply in further support of the Plaintiff States' Motions no later than January 5, 2018 (not to exceed 30 pages).

3. Defendants shall file a combined sur-reply in further support of their response to the Plaintiff States' Motions no later than January 26, 2018 (not to exceed 15 pages).

4. The page limits set forth above do not include any caption, table of contents, table of authorities, signature pages and exhibits.

It is so **ORDERED**.

BY THE COURT:

*/s/ Cynthia M. Rufe*
CYNTHIA M. RUFE, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | MDL 2724<br>16-MD-2724<br><br>HON. CYNTHIA M. RUFE |

**JOINT STIPULATION REGARDING BRIEFING ON THE PLAINTIFF STATES' MOTION FOR LEAVE TO FILE A CONSOLIDATED AMENDED COMPLAINT AND MOTION FOR A SEPARATE GOVERNMENT TRACK**

WHEREAS, counsel for the Plaintiff States and the Defendants have met and conferred regarding the Plaintiff States' Motion for Leave to File a Consolidated Amended Complaint and Motion for a Separate Government Track (the "Plaintiff States' Motions") and, through the undersigned counsel, now stipulate as follows:

1. Defendants shall file a combined response to the Plaintiff States' Motions no later than December 8, 2017 (not to exceed 30 pages);

2. The Plaintiff States shall file a combined reply in further support of the Plaintiff States' Motions no later than January 5, 2018 (not to exceed 30 pages).

3. Defendants shall file a combined sur-reply in further support of their response to the Plaintiff States' Motions no later than January 26, 2018 (not to exceed 15 pages).

4. The page limits set forth above do not include any caption, table of contents, table of authorities, signature pages and exhibits.

**IT IS SO STIPULATED.**

Dated: November 13, 2017

1

/s/ Jan P. Levine
Jan P. Levine
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Tel: (215) 981-4000
Fax: (215) 981-4750
levinej@pepperlaw.com

**Defendants' Liaison Counsel**

/s/ Sheron Korpus
Sheron Korpus
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
skorpus@kasowitz.com

**Defendants' Liaison Counsel**

/s/ Chul Pak
Chul Pak
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Fl.
New York, NY 10019
Tel: (212) 999-5800
Fax: (212) 999-5899
cpak@wsgr.com

**Defendants' Liaison Counsel**

/s/ W. Joseph Nielsen
W. Joseph Nielsen
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel: (860)808-5040
Fax: (860)808-5033
Joseph.Nielsen@ct.gov

**Liaison Counsel for Plaintiff States**

/s/ Saul P. Morgenstern
Saul P. Morgenstern
ARNOLD & PORTER KAYE SCHOLER LLP
250 W. 55th Street
New York, NY 10019
Tel: (212) 836-8000
Fax: (212) 836-8689
saul.morgenstern@apks.com

Laura S. Shores
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue
Washington, DC 20001
Tel: (202) 942-5000
Fax: (202) 942-5999
laura.shores@apks.com

**Defendants' Liaison Counsel**