IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL NO. 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>ALL END-PAYER ACTIONS | HON. CYNTHIA M. RUFE |

**PRETRIAL ORDER NO. 41**
**(MODIFYING PAGE LIMITS FOR END-PAYER PLAINTIFFS'**
**OPPOSITIONS TO GROUP 1 MOTIONS TO DISMISS)**

**AND NOW**, this 1st day of December 2017, it is hereby **ORDERED** that for purposes of End-Payer Plaintiffs ("EPPs") memoranda of law in opposition to Defendants' Common Motions to Dismiss the EPP Consolidated Amended Class Action Complaints in Case Management Group 1 ("Group 1 Common Motions"), Pretrial Order No. 28 is modified as follows:

1. Paragraph C.1.b.i. of Pretrial Order No. 28 is replaced with the following text: The EPPs' memoranda of law in opposition to the Group 1 Common Motions may not exceed 60 pages each, except as provided in Section C.2 of Pretrial Order No. 28;

2. Paragraph C.2.b.ii of Pretrial Order No. 28 is replaced with the following text: The sections responding to the Group 1 Common Motions may not exceed 60 pages.

It is so **ORDERED.**

BY THE COURT:

/s/Cynthia M. Rufe

CYNTHIA M. RUFE, J.