IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  GENERIC DIGOXIN AND DOXYCYCLINE ANTITRUST LITIGATION : | MDL NO. 2724 <br> 16-MD-2724 |
| : | HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO: : | |
| *ALL ACTIONS* : | |

PRETRIAL ORDER NO. 42
(CHANGE TO THE END-PAYER PLAINTIFFS' STEERING COMMITTEE)

**AND NOW**, this 25th day of January 2018, upon consideration of the Unopposed Motion to Appoint Adam J. Zapala, Esq. to the End-Payer Plaintiffs' Steering Committee [Doc. No. 555], it is hereby **ORDERED** that the Motion is **GRANTED** and Pretrial Order No. 21 is **AMENDED** as follows:

1. As Steven N. Williams of the law firm of Cotchett, Pitre & McCarthy, LLP has withdrawn his appearance in all Lead Cases in this MDL, he will no longer serve on the End-Payer Plaintiffs' Steering Committee.

2. The Court appoints:

   Adam J. Zapala, Esquire
   *and the law firm of*
   Cotchett, Pitre & McCarthy, LLP
   840 Malcolm Road, Suite 200
   Burlingame, CA 94010
   (650) 697-6000
   azapala@cpmlegal.com

to the End-Payer Plaintiffs' Steering Committee to perform the duties set forth in Pretrial Order No. 1. This appointment is of both Mr. Zapala and his law firm.

It is so **ORDERED**.

BY THE COURT:

_____
CYNTHIA M. RUFE, J.