# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: GENERIC PHARMACEUTICALS** | : | **MDL 2724** |
| **PRICING ANTITRUST LITIGATION** | : | **16-MD-2724** |
| | : | |
| | : | **HON. CYNTHIA M. RUFE** |
| **THIS DOCUMENT RELATES TO:** | : | |
| | : | |
| *ALL ACTIONS* | : | |

### PRETRIAL ORDER NO. 43
### (GENERAL STATUS CONFERENCE)

**AND NOW**, this 1st day of February 2018, it is hereby **ORDERED** that a general Status Conference will take place on **February 21, 2018 at 10:30 a.m.** in Courtroom 12-A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, with all counsel. Liaison Counsel shall submit a joint proposed agenda no later than two weeks before this conference. As with the previous status conference, Liaison Counsel for the State Attorney General Plaintiffs shall arrange for a conference call for counsel unable to attend in person. Counsel wishing to participate by telephone shall coordinate directly with Liaison Counsel to join the call.

It is so **ORDERED.**

**BY THE COURT:**

/s/Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**