IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: GENERIC PHARMACEUTICALS** | : | MDL 2724 |
| **PRICING ANTITRUST LITIGATION** | : | 16-MD-2724 |
| | : | |
| | : | **HON. CYNTHIA M. RUFE** |
| **THIS DOCUMENT RELATES TO:** | : | |
| | : | |
| *ALL ACTIONS* | : | |

**PRETRIAL ORDER NO. 46**
**(AMENDING PRETRIAL ORDER NO. 35 AND STAYING BRIEFING**
**ON MOTIONS TO DISMISS IN CASE MANAGEMENT GROUPS 2 AND 3)**

**AND NOW**, this 22nd day of February 2018, as discussed at the Status Conference held February 21, 2018, it is hereby **ORDERED** that the schedule set forth in Pretrial Order No. 35 for briefing on motions to dismiss in Case Management Groups 2 and 3 is **AMENDED** as follows: All briefing is **STAYED** until **45 days** after the Court rules on the motions to dismiss in Case Management Group 1. Within 14 days after resolution of the Group 1 motions, Liaison Counsel shall submit a proposed revised briefing schedule for Groups 2 and 3.

It is so **ORDERED.**

BY THE COURT:

/s/Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**