IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| | HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS | |

### ORDER SUPPLEMENTING ORDER OF JUNE 12, 2018

**AND NOW**, this 20th day of June 2018, it is hereby **ORDERED** that the Court will hear oral argument on (1) Certain Defendants' Motion to Enforce this Court's Procedural and Discovery Orders Against State Plaintiffs Connecticut and New York [MDL Doc. No. 593] ; (2) Certain Defendants' Motion to Quash Private Plaintiffs' Subpoena to AT&T, Inc. [MDL Doc. No. 601]; and (3) Private Plaintiffs' Motion for an Order Authorizing Access to (1) an Undredacted Version of the Plaintiff States' Consolidated Amended Complaint and (2) Certain Materials Obtained by the Plaintiff States" [MDL Doc. No. 606]. Counsel also should be prepared to address the areas of disagreement in the proposed ESI Protocol [MDL Doc. No. 583]. Counsel shall endeavor to avoid repetition in presenting the arguments. Argument will be heard on **Wednesday, July 11, 2018** at **10:30 AM** in **Courtroom 12-A**, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

It is so **ORDERED.**

BY THE COURT:

/s/ **Cynthia M. Rufe**
_____
**CYNTHIA M. RUFE, J.**