IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | HON. CYNTHIA M. RUFE |

### JOINDER OF DEFENDANTS PERRIGO NEW YORK, INC., PAR PHARMACEUTICAL, INC., AND MUTUAL PHARMACEUTICAL COMPANY, INC. TO CERTAIN DEFENDANTS' RESPONSE IN OPPOSITION TO PRIVATE PLAINTIFFS' MOTION FOR UNFETTERED ACCESS TO LAW ENFORCEMENT INVESTIGATORY MATERIALS

Defendants Perrigo New York, Inc. ("Perrigo"), Par Pharmaceutical, Inc. ("Par"), and Mutual Pharmaceutical Company, Inc. ("Mutual"), by and through their undersigned counsel, hereby join in the Response in Opposition to Private Plaintiffs' Motion for Unfettered Access to Law Enforcement Investigatory Materials (MDL Doc. No. 628) for the reasons set forth in Certain Defendants' submission.  The absence of Perrigo, Par, and Mutual as joining Defendants on the original Response submission was inadvertent.

Dated: July 10, 2018          Respectfully submitted,

/s/ J. Clayton Everett, Jr.
J. Clayton Everett, Jr., Esq.
Scott A. Stempel, Esq.
Tracey F. Milich, Esq. (Pa. ID No. 316753)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Phone: (202) 739-3000
Fax: (202) 739-3001
clay.everett@morganlewis.com
scott.stempel@morganlewis.com
tracey.milich@morganlewis.com

1

/s/ Harvey Bartle IV
Harvey Bartle IV, Esq. (Pa. ID No. 91566)
Francis A. DeSimone, Esq. (Pa. ID No. 320837)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Phone: (215) 963-5000
Fax: (215) 963-5001
harvey.bartle@morganlewis.com
frank.desimone@morganlewis.com

*Attorneys for Defendant Perrigo New York, Inc.*

/s/ John E. Schmidtlein
John E. Schmidtlein
Sarah F. Teich
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
jschmidtlein@wc.com
steich@wc.com

*Counsel for Defendant Par Pharmaceutical, Inc.*

/s/ Douglas Baldridge
J. Douglas Baldridge
Lisa Jose Fales
Danielle R. Foley
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, D.C. 20001
Tel: (202) 344-4000
jbaldridge@venable.com
ljfales@venable.com
drfoley@venable.com

Thomas J. Welling, Jr.
Benjamin P. Argyle
VENABLE LLP
1270 Avenue of the Americas, 24th Floor
New York, New York 10020
(212) 307-5500
tjwelling@venable.com
bpargyle@venable.com

*Counsel for Defendant Mutual Pharmaceutical Company, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of July, 2018, I caused the foregoing Joinder to be filed electronically with the Clerk of Court by using the CM/ECF system which will serve a copy on all interested parties registered for electronic filing and is available for viewing and downloading from the ECF system.

/s/ Tracey F. Milich
Tracey F. Milich
