IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | MDL NO. 2724<br>16-MD-2724<br><br>HON. CYNTHIA M. RUFE |

**PRETRIAL ORDER NO. 51**
**(AMENDING PRETRIAL ORDER NO. 46 AND ADJOURNING BRIEFING ON MOTIONS TO DISMISS IN ALL CASES)**

**AND NOW**, this 17th day of August 2018, it is hereby **ORDERED** that the schedule set forth in Pretrial Order No. 46 for briefing on motions to dismiss in Case Management Groups 2 and 3 is **AMENDED** as follows: All briefing is **ADJOURNED** pending a ruling on the motions to dismiss in Case Management Group 1.  Within 14 days after resolution of the Group 1 motions:

1. If any Group 1 complaint is dismissed with leave to amend, Liaison Counsel shall submit a proposed schedule for filing of amended complaints and a briefing schedule for any renewed motions to dismiss such amended complaints.

2. Liaison Counsel shall submit a revised briefing schedule for all operative complaints that are pending as of the date of this Order.  The revised briefing schedule shall address whether the original sequence for filing motions to dismiss contemplated by Pretrial Order No. 28 should be adjusted to accommodate the subsequent filing of the States' Consolidated Amended Complaint [Doc. No. 14 in 17-cv-3768] and the DPPs', IRPs' and EPPs' multi-drug complaints [Docs. No. 1 in 18-cv-2641, 18-cv-2533, 18-cv-2401].

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**