**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS** <br> **PRICING ANTITRUST LITIGATION** | **MDL 2724** <br> **16-MD-2724** <br> **HON. CYNTHIA M. RUFE** |
| **IN RE: DIGOXIN CASES** <br> **IN RE: LIDOCAINE/PRILOCAINE CASES** | |
| **THIS DOCUMENT RELATES TO:** | **Civil Action Nos.** |
| *ALL DIGOXIN ACTIONS* <br> *ALL LIDOCAINE/PRILOCAINE CASES* <br> *The Kroger Co.,* **et al.** *v. Actavis Holdco U.S., Inc.,* **et al.** <br> *Ahold USA, Inc.,* **et al.** *v. Actavis Holdco U.S., Inc.,* **et al.** | **16-DG-27240** <br> **16-LD-27240** <br> **18-cv-284** <br> **18-cv-2641** |

**ORDER**

**AND NOW,** this 24th day of September 2018, upon consideration of the attached second Stipulation Regarding Briefing on Impax Laboratories, Inc.'s Motion to Limit Discovery, it is hereby **ORDERED** that the Stipulation is **APPROVED.**

It is so **ORDERED.**

**BY THE COURT:**

**/s/ Cynthia M. Rufe**
_____
**CYNTHIA M. RUFE, J.**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL NO. 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
| IN RE: DIGOXIN CASES<br>IN RE: LIDOCAINE-PRILOCAINE CASES | |
| THIS DOCUMENT RELATES TO: | Civil Action Nos. |
| *ALL DIGOXIN ACTIONS*<br>*ALL LIDOCAINE-PRILOCAINE ACTIONS* | 16-DG-27240<br>16-LD-27240 |
| *The Kroger Co., et al. v. Actavis Holdco U.S., Inc., et al.* | 18-cv-00284 |
| *Ahold USA, Inc., et al. v. Actavis Holdco U.S., Inc. et al.* | 18-cv-02641 |

## STIPULATION REGARDING BRIEFING ON IMPAX LABORATORIES, INC.'S MOTION TO LIMIT DISCOVERY

WHEREAS, on August 28, 2018, Impax Laboratories, Inc. ("Impax") filed a Motion to Limit Discovery (ECF No. 228, on 16-DG-27240; ECF No. 152, on 16-LD-27240; ECF No. 18, on 18-cv-00284; ECF No. 3, on 18-cv-02641);

WHEREAS, on September 10, 2018, the Parties submitted a stipulation on a briefing schedule for the Motion to Limit Discovery, which the Court granted;

WHEREAS, after discussion, Impax and Plaintiffs agreed to an amended briefing schedule on the Motion to Limit Discovery, to accommodate related motion practice on similar issues;

It is hereby STIPULATED AND AGREED by the undersigned counsel that Plaintiffs shall have until September 25, 2018 to file an opposition brief to Impax's motion and Impax shall have until October 16, 2018 to file a reply brief.

1

**IT IS SO STIPULATED.**

Dated: September 18, 2018

| | |
|---|---|
| /s/ Roberta D. Liebenberg<br>Roberta D. Liebenberg<br>FINE, KAPLAN AND BLACK, R.P.C.<br>One South Broad Street, 23rd Floor<br>Philadelphia, PA 19107<br>215-567-6565<br>rliebenberg@finekaplan.com<br><br>**Liaison and Lead Counsel for End-Payer Plaintiffs** | /s/ Dianne M. Nast<br>Dianne M. Nast<br>NASTLAW LLC<br>1100 Market Street, Suite 2801<br>Philadelphia, PA 19107<br>215-923-9300<br>dnast@nastlaw.com<br><br>**Liaison and Lead Counsel for Direct Purchaser Plaintiffs** |
| /s/ William J. Blechman<br>Richard Alan Arnold, Esquire<br>William J. Blechman, Esquire<br>Scott E. Perwin, Esquire<br>Anna T. Neill, Esquire<br>Samuel J. Randall, Esquire<br>KENNY NACHWALTER, P.A.<br>1441 Brickell Avenue, Suite 1100<br>Miami, Florida  33131<br>Tel:     (305) 373-1000<br>Fax:    (305) 372-1861<br>E-mail:rarnold@knpa.com<br>         wblechman@knpa.com<br>         sperwin@knpa.com<br>         aneill@knpa.com<br>         srandall@knpa.com<br><br>**Counsel for the Kroger Direct Action Plaintiffs** | /s/ Jonathan W. Cuneo<br>Jonathan W. Cuneo<br>CUNEO GILBERT & LADUCA LLP<br>4725 Wisconsin Avenue, NW<br>Suite 200<br>Washington, DC 20016<br>202-789-3960<br>jonc@cuneolaw.com<br><br>**Lead Counsel for Indirect-Reseller Plaintiffs** |

/s/ Raymond A. Jacobsen, Jr.
Raymond A. Jacobsen, Jr.
Paul M. Thompson
Lisa A. Peterson
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street, NW
Washington, DC  20001
 (202) 756-8000
rayjacobsen@mwe.com
pthompson@mwe.com

lpeterson@mwe.com

David L. Hanselman, Jr.
MCDERMOTT WILL & EMERY LLP
444 West Lake Street
Suite 4000
Chicago, IL  60606
(312) 372-2000
dhanselman@mwe.com

Nicole L. Castle
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY  10173
(212) 547-5400
ncastle@mwe.com

**Counsel for Defendant Impax Laboratories, Inc.**