IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| | HON. CYNTHIA M. RUFE |
| **THIS DOCUMENT RELATES TO:** | |
| IN RE: CLOBETASOL CASES<br>*All Direct Purchaser, End-Payer, and Indirect Reseller Actions* | 16-CB-27240<br>16-CB-27241, 16-CB-27242,<br>16-CB-27243 |
| IN RE: DIGOXIN CASES<br>*All Direct Purchaser, End-Payer, and Indirect Reseller Actions* | 16-DG-27240<br>16-DG-27241,16-DG-27242,<br>16-DG-27243 |
| IN RE: DIVALPROEX ER CASES<br>*All Direct Purchaser, End-Payer, and Indirect Reseller Actions* | 16-DV-27240<br>16-DV-27241,16-DV-27242,<br>16-DV-27243 |
| IN RE: DOXYCYCLINE CASES<br>*All Direct Purchaser, End-Payer, and Indirect Reseller Actions* | 16-DX-27240<br>16-DV-27241,16-DX-27242,<br>16-DX-27243 |
| IN RE: ECONAZOLE CASES<br>*All Direct Purchaser, End-Payer, and Indirect Reseller Actions* | 16-EC-27240<br>16-EC-27241,16-EC-27242,<br>16-EC-27243 |
| IN RE: PRAVASTATIN CASES<br>*All Direct Purchaser, End-Payer, and Indirect Reseller Actions* | 16-PV-27240<br>16-PV-27241,16-PV-27242,<br>16-PV-27243 |

**ORDER**

**AND NOW**, this 16th day of October 2018, upon consideration of the Group 1 Motions to Dismiss, the responses and replies thereto, and the arguments of counsel, and for the reasons set forth in the accompanying Opinion, it is hereby **ORDERED** that the Motions are disposed of as set forth herein to the extent that they seek to dismiss the Sherman Act claims brought by the Group 1 Direct Purchaser Plaintiffs ("DPPs"), End-Payer Plaintiffs ("EPPs"), and Indirect

Reseller Plaintiffs ("IRPs").[1]  For purposes of Pretrial Order No. 51, this Order shall constitute resolution of the Group 1 Motions.

**A.    Clobetasol Actions**

1. Defendants' Joint Motion to Dismiss the DPPs' Class Action Complaint [Doc. No. 77 in 16-CB-27241] is **DENIED**;
2. Defendants' Joint Motion to Dismiss the EPPs' Class Action Complaint [Doc. No. 129 in 16-CB-27242] is **DENIED** to the extent that it seeks to dismiss the first count of the clobetasol EPPs' Class Action Complaint;
3. Defendants' Joint Motion to Dismiss the IRPs' Class Action Complaint [Doc. No. 39 in 16-CB 27243] is **DENIED** to the extent that it seeks to dismiss the first count of the clobetasol IRPs' Class Action Complaint;
4. Defendants Wockhardt USA LLC's and Morton Grove Pharmaceuticals, Inc.'s Individual Motion to Dismiss the DPPs', EPPs', and IRPs' Class Action Complaints [Doc. No. 177 in 16-CB-27240] is **DENIED** to the extent that it seeks to dismiss the Sherman Act claims brought by the Group 1 clobetasol DPPs, EPPs, and IRPs;
5. Defendants Akorn, Inc.'s and Hi-Tech Pharmacal Co., Inc.'s Individual Motion to Dismiss the DPPs', EPPs', and IRPs' Class Action Complaints [Doc. No. 178 in 16-CB-27240] is **DENIED** to the extent that it seeks to dismiss the Sherman Act claims brought by the Group 1 clobetasol DPPs, EPPs, and IRPs;
6. Defendant Perrigo New York Inc.'s Individual Motion to Dismiss the DPPs', EPPs', and IRPs' Class Action Complaints [Doc. No. 179 in 16-CB027240] is **DENIED** to the extent that it seeks to dismiss the Sherman Act claims brought by the Group 1 clobetasol DPPs, EPPs, and IRPs.
7. Defendants Actavis Holdco U.S., Inc.'s and Actavis Pharma, Inc.'s Individual Motion to Dismiss the DPPs', EPPs', and IRPs' Class Action Complaints [Doc. No. 180 in 16-CB-27240] is **DENIED** to the extent that it seeks to dismiss the Sherman Act claims brought by the Group 1 clobetasol DPPs, EPPs, and IRPs.

---

[1] To the extent that Group 1 Defendants move to dismiss the state law claims brought on behalf of the Group 1 EPPs and IRPs, the Court intends to address those claims separately.

B.  **Digoxin Actions**

1. Defendants' Joint Motion to Dismiss the DPPs' Class Action Complaint [Doc. No. 81 in 16-DG-27241] is **DENIED**;
2. Defendants' Joint Motion to Dismiss the EPPs' Class Action Complaint [Doc. No. 139 in 16-DG-27242] is **DENIED** to the extent that it seeks to dismiss the first count of the digoxin EPPs' Class Action Complaint;
3. Defendants' Joint Motion to Dismiss the IRPs' Class Action Complaint [Doc. No. 48 in 16-DG 27243] is **DENIED** to the extent that it seeks to dismiss the first count of the digoxin IRPs' Class Action Complaint;
4. Defendant West-Ward Pharmaceuticals Corp.'s Individual Motion to Dismiss the Class Action Complaints [Doc. No. 192 in 16-DG-27240] is **DENIED** to the extent that it seeks to dismiss the Sherman Act claims brought by the Group 1 digoxin DPPs, EPPs, and IRPs;
5. Defendant Impax Laboratories, Inc.'s Individual Motion to Dismiss the DPPs', EPPs', and IRPs' Class Action Complaints [Doc. No. 193 in 16-DG-27240] is **DENIED** to the extent that it seeks to dismiss the Sherman Act claims brought by the Group 1 digoxin DPPs, EPPs, and IRPs;
6. Defendant Par Pharmaceutical Inc.'s Individual Motion to Dismiss the DPPs', EPPs', and IRPs' Class Action Complaints [Doc. No. 194 in 16-DG-27240] is **DENIED** to the extent that it seeks to dismiss the Sherman Act claims brought by the Group 1 digoxin DPPs, EPPs, and IRPs;
7. Defendants Mylan Inc.'s and Mylan Pharmaceuticals Inc.'s Individual Motion to Dismiss the DPPs', EPPs', and IRPs' Class Action Complaints [Doc. No. 195 in 16-DG-27240] is **DENIED** to the extent that it seeks to dismiss the Sherman Act claims brought by the Group 1 digoxin DPPs, EPPs, and IRPs.

C.  **Divalproex ER Actions**

1. Defendants' Joint Motion to Dismiss the DPPs' Class Action Complaint [Doc. No. 79 in 16-DV-27241] is **DENIED**;
2. Defendants' Joint Motion to Dismiss the EPPs' Class Action Complaint [Doc. No.

102 in 16-DV-27242] is **DENIED** to the extent that it seeks to dismiss the first count of the divalproex ER EPPs' Class Action Complaint;

3. Defendants' Joint Motion to Dismiss the IRPs' Consolidated Class Action Complaint [Doc. No. 24 in 16-DV-27243] is **DENIED** to the extent that it seeks to dismiss the first count of the divalproex ER IRPs' Class Action Complaint;

4. Defendants Dr. Reddy's Laboratories, Inc.'s and Zydus Pharmaceuticals [USA], Inc.'s Individual Motion to Dismiss the DPPs', EPPs', and IRPs' Class Action Complaints [Doc. No. 161 in 16-DV-27240] is **DENIED** to the extent that it seeks to dismiss the Sherman Act claims brought by the Group 1 divalproex ER DPPs, EPPs, and IRPs;

5. Defendants Mylan Inc.'s and Mylan Pharmaceuticals Inc.'s Individual Motion to Dismiss the DPPs', EPPs', and IRPs' Class Action Complaints [Doc. No. 162 in 16-DV-27240] is **DENIED** to the extent that it seeks to dismiss the Sherman Act claims brought by the Group 1 divalproex ER DPPs, EPPs, and IRPs.

**D.** **Doxycycline Actions**

1. Defendants' Joint Motion to Dismiss the DPPs' Class Action Complaint [Doc. No. 92 in 16-DX-27241] is **DENIED**;

2. Defendants' Joint Motion to Dismiss the EPPs' Class Action Complaint [Doc. No. 162 in 16-DX-27242] is **DENIED** to the extent that it seeks to dismiss the first count of the doxycycline EPPs' Class Action Complaint;

3. Defendants' Joint Motion to Dismiss the IRPs' Class Action Complaint [Doc. No. 57 in 16-DX 27243] is **DENIED** to the extent that it seeks to dismiss the first count of the doxycycline IRPs' Class Action Complaint;

4. Defendant Mayne Pharma Inc.'s Individual Motion to Dismiss the DPPs', EPPs', and IRPs' Class Action Complaints [Doc. No. 295 in 16-DX-27240] is **DENIED** to the extent that it seeks to dismiss the Sherman Act claims brought by the Group 1 doxycycline DPPs, EPPs, and IRPs;

5. Defendant West-Ward Pharmaceuticals Corp.'s Individual Motion to Dismiss the DPPs', EPPs', and IRPs' Class Action Complaints [Doc. No. 296 in 16-DX-27240] is **DENIED** to the extent that it seeks to dismiss the Sherman Act claims brought by the

Group 1 doxycycline DPPs, EPPs, and IRPs;

6. Defendant Par Pharmaceutical, Inc.'s Individual Motion to Dismiss the DPPs', EPPs', and IRPs' Class Action Complaints [Doc. No. 297 in 16-DX 27240] is **DENIED** to the extent that it seeks to dismiss the Sherman Act claims brought by the Group 1 doxycycline DPPs, EPPs, and IRPs;

7. Defendants Mylan Inc.'s and Mylan Pharmaceuticals Inc.'s Individual Motion to Dismiss the DPPs', EPPs', and IRPs' Class Action Complaints [Doc. No. 298 in 16-DX-27240] is **DENIED** to the extent that it seeks to dismiss the Sherman Act claims brought by the Group 1 doxycycline DPPs, EPPs, and IRPs;

8. Defendant Actavis Holdco U.S., Inc.'s and Actavis Pharma, Inc.'s Individual Motion to Dismiss the DPPs', EPPs', and IRPs' Class Action Complaints [Doc. No. 299 in 16-DX-27240] is **DENIED** to the extent that it seeks to dismiss the Sherman Act claims brought by the Group 1 doxycycline DPPs, EPPs, and IRPs.

E. **Econazole Actions**

1. Defendants' Joint Motion to Dismiss the DPPs' Class Action Complaint [Doc. No. 67 in 16-EC-27241] is **DENIED**;

2. Defendants' Joint Motion to Dismiss the EPPs' Class Action Complaint [Doc. No. 114 in 16-EC-27242] is **DENIED** to the extent that it seeks to dismiss the first count of the econazole EPPs' Class Action Complaint;

3. Defendants' Joint Motion to Dismiss the IRPs' Class Action Complaint [Doc. No. 23 in 16-EC-27243] is **DENIED** to the extent that it seeks to dismiss the first count of the econazole IRPs' Class Action Complaint;

4. Defendant Teligent, Inc.'s Individual Motion to Dismiss the DPPs', EPPs', and IRPs' Class Action Complaints [Doc. No. 164 in 16-EC-27240] is **GRANTED**. The Sherman Act claims of the econazole DPPs, EPPs, and IRPs against Defendant Teligent are **DISMISSED** without prejudice. Econazole Plaintiffs may seek leave to amend their Sherman Act claims against Teligent pursuant to the provisions of Pretrial Order No. 51.

**F.     Pravastatin Actions**

1. Defendants' Joint Motion to Dismiss the DPPs' Class Action Complaint [Doc. No. 70 in 16-PC-27241] is **DENIED**;
2. Defendants' Joint Motion to Dismiss the EPPs' Class Action Complaint [Doc. No. 114 in 16-PV-27242] is **DENIED** to the extent that it seeks to dismiss the first count of the pravastatin EPPs' Class Action Complaint;
3. Defendants' Joint Motion to Dismiss the IRPs' Class Action Complaint [Doc. No. 33 in 16-PV-27243] is **DENIED** to the extent that it seeks to dismiss the first count of the pravastatin IRPs' Class Action Complaint;
4. Apotex Corp.'s Individual Motion to Dismiss the DPPs', EPPs', and IRPs' Class Action Complaints [Doc. No. 168 in 16-PV-27240] is **DENIED** to the extent that it seeks to dismiss the Sherman Act claims brought by the Group 1 pravastatin DPPs, EPPs, and IRPs.
5. Glenmark Pharmaceuticals, Inc. USA's Individual Motion to Dismiss the DPPs', EPPs', and IRPs' Class Action Complaints [Doc. No. 169 in 16-PV-27240] is **DENIED** to the extent that it seeks to dismiss the Sherman Act claims brought by the Group 1 pravastatin DPPs, EPPs, and IRPs.
6. Sandoz Inc.'s Individual Motion to Dismiss the DPPs', EPPs', and IRPs' Class Action Complaints [Doc. No. 170 in 16-PV-27240] is **DENIED** to the extent that it seeks to dismiss the Sherman Act claims brought by the Group 1 pravastatin DPPs, EPPs, and IRPs.

It is so **ORDERED**.

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

_____

**CYNTHIA M. RUFE, J.**