**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | MDL 2724<br>16-MD-2724 |
| **THIS DOCUMENT RELATES TO:**<br><br>*ALL ACTIONS* | **HON. CYNTHIA M. RUFE** |

**ORDER**

**AND NOW**, this 7th day of November 2018, upon consideration of the attached Stipulation Regarding Briefing on Plaintiffs' Motion to Compel on Global Issues [MDL Doc. No. 714] and the States' Motion to Compel Production of Documents Dating from 2006 [Doc. No. 32 in Civil Action No. 17-3768] it is hereby **ORDERED** that the Stipulation is **APPROVED**.  It is further **ORDERED** that these Motions, and the Motions for an Order Limiting Discovery [Doc. No. 228 in 16-DG-27240; Doc. No. 152 in 16-LD-27240; Doc. No. 182 in 16-PP-27240; Doc. Nos. 18 and 22 in Civil Action No. 18-284; Doc. No. 3 in Civil Action No. 18-2641; Doc No. 12 in Civil Action No. 18-3299], have heretofore been **REFERRED** to Special Discovery Master Bruce Merenstein for resolution pursuant to Pretrial Order No. 49.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | HON. CYNTHIA M. RUFE |

## STIPULATION REGARDING BRIEFING ON PLAINTIFFS' MOTION TO COMPEL ON GLOBAL ISSUES AND THE STATES' MOTION TO COMPEL PRODUCTION OF DOCUMENTS DATING FROM 2006

WHEREAS, on September 25, 2018, the End-Payer Plaintiffs, Direct Purchaser Plaintiffs, Indirect Reseller Plaintiffs, the Kroger Plaintiffs, and the States (collectively, "Plaintiffs") filed a Motion to Compel on Global Issues against certain Defendants ("Plaintiffs' Motion to Compel") (ECF No. 714, on 2:16-md-2724);

WHEREAS, on September 25, 2018, the States filed a Motion to Compel Production of Documents Dating from 2006 against certain Defendants ("States' Motion to Compel") (ECF No. 32, on 2:17-cv-03768);

WHEREAS, after discussion, the Parties agreed to an amended briefing schedule on the Plaintiffs' Motion to Compel and the States' Motion to Compel to provide Defendants with a two-week extension of time, or until October 23, 2018, in which to respond to these two motions;

WHEREAS, the Parties further agreed that Plaintiffs shall have 15 days, or until November 7, 2018, to file a reply brief;

WHEREAS, the Parties also agreed that if, after receiving Defendants' opposition briefs Plaintiffs and/or the States determine that an extension of time beyond November 7, 2018 in which to file their reply briefs is warranted, after meeting and conferring Defendants will not unreasonably withhold consent to such extension and the Parties will submit to the Court a further stipulation regarding the filing of Plaintiffs' reply briefs;

WHEREAS, on October 23, 2018, certain Defendants submitted individual briefs and other

Defendants submitted joint briefs in opposition to one or both of the Plaintiffs' Motion to Compel and the States' Motion to Compel;

WHEREAS, given the number of opposition briefs filed and the complexity of the issues, and to enable time in which to coordinate their respective replies for the convenience of the Court, Plaintiffs require additional time in which to respond to Defendants' ten opposition briefs.

It is HEREBY STIPULATED AND AGREED that Plaintiffs shall have until November 19, 2018 to file reply briefs in further support of Plaintiffs' Motion to Compel and the States' Motion to Compel;

It is FURTHER STIPULATED AND AGREED that Plaintiffs' reply briefs shall be limited to 15 double-spaced pages if responding to a joint brief (MDL Dkt. No. 744; 17-cv-3768, Dkt. No. 40), and 10 double-spaced pages if responding to any other opposition brief;

It is FURTHER STIPULATED AND AGREED that Defendants shall have until December 3, 2018 to file sur-reply briefs, if any, in further opposition to Plaintiffs' Motion to Compel and the States' Motion to Compel;

It is FURTHER STIPULATED AND AGREED that Defendants' sur-reply briefs, if any, shall be limited to 15 double-spaced pages if in further support of a joint opposition (MDL Dkt. No. 744; 17-cv-3768, Dkt. No. 40), and 10 double-spaced pages if in further support of an individual opposition.

**IT IS SO STIPULATED.**

Dated: October 29, 2018

| | |
|---|---|
| /s/ Roberta D. Liebenberg<br>Roberta D. Liebenberg<br>FINE, KAPLAN AND BLACK, R.P.C.<br>One South Broad Street, 23rd Floor<br>Philadelphia, PA 19107<br>215-567-6565<br>rliebenberg@finekaplan.com<br><br>*Liaison and Lead Counsel for End-Payer Plaintiffs* | /s/ Jan P. Levine<br>Jan P. Levine<br>PEPPER HAMILTON LLP<br>3000 Two Logan Square<br>Eighteenth & Arch Streets<br>Philadelphia, PA 19103-2799<br>Tel:  (215) 981-4000<br>Fax:  (215) 981-4750<br>levinej@pepperlaw.com<br><br>/s/ Saul P. Morgenstern |

*/s/ Dianne M. Nast*
Dianne M. Nast
NASTLAW LLC
1100 Market Street, Suite 2801
Philadelphia, PA 19107
215-923-9300
dnast@nastlaw.com

*Liaison and Lead Counsel for Direct Purchaser Plaintiffs*

*/s/ Jonathan W. Cuneo*
Jonathan W. Cuneo
CUNEO GILBERT & LADUCA LLP
4725 Wisconsin Avenue, NW
Suite 200
Washington, DC 20016
202-789-3960
jonc@cuneolaw.com

*Lead Counsel for Indirect-Reseller Plaintiffs*

*/s/ W. Joseph Nielsen*
W. Joseph Nielsen
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel:  (860) 808-5040
Fax:  (860) 808-5033
Joseph.Nielsen@ct.gov

*Liaison Counsel for Plaintiff States*

*/s/ William J. Blechman*
William J. Blechman, Esquire
KENNY NACHWALTER, P.A.
1441 Brickell Avenue, Suite 1100
Miami, Florida  33131
Tel:    (305) 373-1000
Fax:    (305) 372-1861
wblechman@knpa.com

*Counsel for the Kroger Direct Action Plaintiffs*

Saul P. Morgenstern
ARNOLD & PORTER KAYE SCHOLER LLP
250 W. 55th Street
New York, NY 10019
Tel: (212) 836-8000
Fax: (212) 836-8689
saul.morgenstern@apks.com

*/s/ Laura S. Shores*
Laura S. Shores
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue
Washington, DC 20001
Tel: (202) 942-5000
Fax: (202) 942-5999
laura.shores@apks.com

*/s/ Sheron Korpus*
Sheron Korpus
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
skorpus@kasowitz.com

*/s/ Chul Pak*
Chul Pak
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Fl.
New York, NY 10019
Tel: (212) 999-5800
Fax: (212) 999-5899
cpak@wsgr.com

*Defense Liaison Counsel*