**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL 2724** <br> **16-MD-2724** |
| **THIS DOCUMENT RELATES TO:** | **HON. CYNTHIA M. RUFE** |
| *Marion Diagnostic Center, LLC,* **et al.** *v.* *McKesson Corporation,* **et al.** | **Civil Action No. 18-4137** <br> **(This Order to be docketed in the individual case and on the Master Docket)** |

**ORDER**

**AND NOW**, this 20th day of November 2018, upon consideration of Plaintiffs' "Motion for Third[1] Electronic Case Management Protocol to Create New Track for All Direct Purchaser from Distributor Actions" [MDL Doc. No. 729], and the opposition thereto, it is hereby **ORDERED** that the Motion is **DENIED without prejudice**. Plaintiffs may renew the motion, if appropriate, after motions to dismiss are resolved. Until that time, this case shall be considered part of the Indirect Reseller Plaintiff track and the current Indirect Reseller Plaintiff Steering Committee may adequately represent the interests of these Plaintiffs.

It is so **ORDERED**.

**BY THE COURT:**

**/s/ Cynthia M. Rufe**
_____
**CYNTHIA M. RUFE, J.**

---

[1] The Court notes that a Third Electronic Case Management Order previously was entered; the proposed order sought here would be the fourth. *See* Pretrial Order No. 48 [MDL Doc. No. 605].