IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | HON. CYNTHIA M. RUFE |

# PRETRIAL ORDER NO. 60
## (ALLOWING ADDITIONAL TARGETED DISCOVERY TO PROCEED)

**AND NOW,** this 20th day of November 2018, upon consideration of the Parties' Joint Status Report dated October 19, 2018, and after a Status Conference held this date, it is hereby **ORDERED** that:

1. Nothing in this Order modifies or replaces paragraphs 2 through 10 of PTO 44 or paragraph 5 of PTO 47. For the avoidance of doubt, nothing in this Order precludes a party or non-party from objecting to, moving to quash, or seeking a protective order excusing a response to any discovery request.

2. Except as provided in paragraph 2 of PTO 44, paragraphs 3 and 4 of PTO 47, and paragraph 3 of this Order, all discovery (including initial disclosures) in all actions is stayed until **March 8, 2019**.

3. Subject to paragraphs 3 and 4 of PTO 44, and the limitations in this paragraph, the parties may serve subpoenas to current and former employees of parties ("employee subpoena recipients") pursuant to the following limitations:

    a. Subpoenas issued to any employee subpoena recipient may call only for the production of documents and/or data.

    b. Subpoenas may not be served on a current or former employee of a party if the parties have agreed that person will not be a custodian for purposes of party discovery in this MDL.  If a party identifies any reasonable proposed exception(s) to this prohibition, the parties shall meet and confer in good faith.

    c. The employee subpoena recipients shall not produce the documents and/or data sought by such subpoenas until the expiration of the partial stay of discovery described in paragraph 2 of this Order (including all extensions of that partial stay).[1]

  4. The parties shall submit a joint status report on **February 13, 2019**, and every 90 days thereafter.

  It is so **ORDERED.**

            **BY THE COURT:**

            /s/ Cynthia M. Rufe
            _____
            **CYNTHIA M. RUFE, J.**

---

[1] Although employee subpoena recipients shall not make productions in response to subpoenas until the partial stay is lifted, they and the parties must comply with all other obligations, including any arising under the Federal Rules of Civil Procedure and the Local Rules of this Court.