**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | MDL 2724<br>16-MD-2724<br><br>**HON. CYNTHIA M. RUFE** |
| **THIS DOCUMENT RELATES TO:**<br><br>*ALL ACTIONS* | |

**PRETRIAL ORDER NO. 69
(REFERRAL TO SPECIAL DISCOVERY MASTER)**

**AND NOW**, this 4th day of January 2019, after a Leadership Status Conference held this date, it is hereby **ORDERED** that Plaintiffs' Motion to Compel Defendant Heritage Pharmaceuticals, Inc. to Provide Complete Answers to Interrogatory No. 3 [MDL Doc. No. 785] is **REFERRED** to Special Discovery Master Bruce Merenstein.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**