IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | MDL 2724<br>16-MD-2724<br><br>HON. CYNTHIA M. RUFE |

**PRETRIAL ORDER NO. 73**
**(ALLOWING ADDITIONAL DISCOVERY TO PROCEED)**

**AND NOW**, this 14th day of February 2019, upon consideration of the Parties' Joint Status Report dated February 13, 2019, and after the General Status Conference held on February 8, 2019, it is hereby **ORDERED** that:

1. Nothing in this Order modifies or replaces paragraphs 2 through 10 of PTO 44 or paragraph 5 of PTO 47. For the avoidance of doubt, nothing in this Order precludes a party or non-party from objecting to, moving to quash, or seeking a protective order excusing a response to any discovery request.

2. Discovery shall proceed pursuant to paragraph 2 of PTO 44, paragraphs 3 and 4 of PTO 47, paragraph 3 of PTO 60, and paragraph 3 of this Order. Other discovery (including initial disclosures) in all actions is stayed until July 12, 2019.

3. Sub-paragraph 3(c) of PTO 60 is superseded by this Order. From the date of this Order, the employee subpoena recipients—described in Paragraph 3 of PTO 60—may produce documents in response to subpoenas.

4. The DOJ will attend all monthly Status Conferences, and all parties, including the DOJ, will be available to answer any questions from the Court regarding the limited stay.

2

Further, if any party concludes that new forms of discovery have become appropriate during the term of this limited stay, the parties will collaborate and consider additional discovery. If agreement cannot be reached, the dispute promptly will be brought to the Special Masters or the Court for resolution.

     5.    The parties shall submit a joint status report on May 31, 2019 and every 90 days thereafter.

     It is so **ORDERED**.

                                       **BY THE COURT:**

                                       /s/ Cynthia M. Rufe

                                       _____

                                       **CYNTHIA M. RUFE, J.**