IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL No. 2724<br>Case No. 2:16-MD-02724<br>Hon. Cynthia M. Rufe |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | |

FILED
FEB 15 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

**ORDER**

**AND NOW,** this 15th day of February 2019, it is hereby **ORDERED** that the attached Joint Stipulation is **APPROVED** and the deadline to respond to the Motion to Unseal Redacted Information in the States' Consolidated Amended Complaint [MDL Doc. No. 842] is **EXTENDED** until February 26, 2019.

It is so **ORDERED.**

BY THE COURT:

_____
**CYNTHIA M. RUFE, J.**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL No. 2724<br>Case No. 2:16-MD-02724<br><br>Hon. Cynthia M. Rufe |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | |

## JOINT STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFFS' MOTION TO UNSEAL REDACTED INFORMATION IN THE STATES' CONSOLIDATED AMENDED COMPLAINT

WHEREAS, on February 1, 2019, the States, Direct Purchaser Plaintiffs, End-Payer Plaintiffs, Indirect Reseller Plaintiffs, and Kroger Direct Action Plaintiffs filed a Motion to Unseal Redacted Information in the States' Consolidated Amended Complaint (the "Motion to Unseal"). (*See* MDL Doc. 842.)

WHEREAS, on February 6, 2019, Plaintiff Humana, Inc. moved to join the Motion to Unseal. (*See* MDL Doc. 845.)

WHEREAS, pursuant to Local Rule 7.1(c), Defendants' response to the Motion to Unseal is currently due February 15, 2019.

WHEREAS, the parties have agreed to a short extension of time for Defendants to respond to the Motion to Unseal to and including February 26, 2019.

It is hereby STIPULATED AND AGREED, by the undersigned counsel, pursuant to Local Rule 7.4, that Defendants shall have until February 26, 2019 to file any opposition to the Motion to Unseal.

**IT IS SO STIPULATED.**

Dated: February 14, 2019

/s/ Roberta D. Liebenberg
Roberta D. Liebenberg
FINE, KAPLAN AND BLACK, R.P.C.
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
215-567-6565
rliebenberg@finekaplan.com

**Liaison and Lead Counsel for End-Payer Plaintiffs**

/s/ Dianne M. Nast
Dianne M. Nast
NASTLAW LLC
1100 Market Street, Suite 2801
Philadelphia, PA 19107
215-923-9300
dnast@nastlaw.com

**Liaison and Lead Counsel for Direct Purchaser Plaintiffs**

/s/ Jonathan W. Cuneo
Jonathan W. Cuneo
CUNEO GILBERT & LADUCA LLP
4725 Wisconsin Avenue, NW
Suite 200
Washington, DC 20016
202-789-3960
jonc@cuneolaw.com

**Lead Counsel for Indirect-Reseller Plaintiffs**

/s/ Jan P. Levine
Jan P. Levine
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Tel: (215) 981-4000
Fax: (215) 981-4750
levinej@pepperlaw.com

/s/ Saul P. Morgenstern
Saul P. Morgenstern
ARNOLD & PORTER KAYE SCHOLER LLP
250 W. 55th Street
New York, NY 10019
Tel: (212) 836-8000
Fax: (212) 836-8689
saul.morgenstern@apks.com

/s/ Laura S. Shores
Laura S. Shores
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue
Washington, DC 20001
Tel: (202) 942-5000
Fax: (202) 942-5999
laura.shores@apks.com

/s/ Sheron Korpus
Sheron Korpus
KASOWITZ BENSON TORRES LLP

/s/ *W. Joseph Nielsen*
W. Joseph Nielsen
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel: (860)808-5040
Fax: (860)808-5033
Joseph.Nielsen@ct.gov

***Liaison Counsel for Plaintiff States***

/s/ *William J. Blechman*
William J. Blechman, Esquire
KENNY NACHWALTER, P.A.
1441 Brickell Avenue, Suite 1100
Miami, Florida 33131
Tel:   (305) 373-1000
Fax:   (305) 372-1861
wblechman@knpa.com

***Counsel for the Kroger Direct Action Plaintiffs***

By: /s/ *Peter D. St. Phillip*
Peter D. St. Phillip, PA ID # 70027
44 South Broadway
Suite 1100
White Plains, New York 10601
Tel: 914-997-0500
PStPhillip@lowey.com

***Counsel for Humana Inc.***

1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
skorpus@kasowitz.com

/s/ *Chul Pak*
Chul Pak
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Fl.
New York, NY 10019
Tel: (212) 999-5800
Fax: (212) 999-5899
cpak@wsgr.com

***Defense Liaison Counsel***