IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL 2724**<br>**16-MD-2724** |
| **THIS DOCUMENT RELATES TO:**<br><br>*ALL ACTIONS* | **HON. CYNTHIA M. RUFE** |

**PRETRIAL ORDER NO. 80**
**(PROCEDURE FOR FILING OF AMENDED COMPLAINTS**
**AND OTHER VOLUMINOUS DOCUMENTS FILED UNDER SEAL)**

**AND NOW**, this 22nd day of March 2019, to facilitate management of this complex and document-intensive MDL, and to minimize the burdens and costs associated with printed copies of voluminous documents, and as the documents will be maintained on the Electronic Case Filing system, it is hereby **ORDERED** that the following procedures shall govern the filing of amended complaints and other voluminous documents filed under seal in the MDL:

1. The documents may be filed with the Office of the Clerk of Court in electronic format by submitting one CD for each document, with the document in PDF file(s). The size of a PDF file must not exceed 20 MB. If necessary, the document shall be divided into smaller PDF files on the same CD to comply with this requirement.

2. Each CD shall be accompanied by a cover letter setting forth the contents and printed copies of the first page and the signature page of the document. Where sealed documents are concerned, the cover letter must state whether the document is the unredacted (sealed) or redacted (public) version. The unredacted (sealed) and redacted (public) versions shall be sent to the Clerk's Office together, but on separate CDs (each CD labeled with the document and version).

2

    3.       The filing parties are not required to file paper copies with the Clerk's Office or to submit paper courtesy copies to Chambers unless otherwise directed by the Court.

    4.       Plaintiffs filing amended complaints shall provide to Chambers and all other parties in the MDL electronic versions of the amended complaints that show all amendments in redline.

    5.       Documents shall be filed under seal only to the extent necessary consistent with the Court's prior Orders.

    6.       These procedures are implemented on a trial basis and are subject to amendment by further order of the Court.

    It is so **ORDERED.**

                                    **BY THE COURT:**

                                    **/s/ Cynthia M. Rufe**

                                    _____
                                  **CYNTHIA M. RUFE, J.**