# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL NO. 2724 |
| | 16-MD-2724 |
| THIS DOCUMENT RELATES TO: | HON. CYNTHIA M. RUFE |
| *ALL INDIRECT RESELLER PLAINTIFF ACTIONS* | |

## INDIRECT RESELLER PLAINTIFFS' RESPONSE TO IRP PSC APPLICATIONS

Lead Counsel for the Indirect Reseller Plaintiffs and the current members of the IRP Steering Committee support the applications of Jon Tostrud of Tostrud Law Group (Dkt. 968) and Shawn Raiter of Larson-King, LLP (Dkt. 964) for membership on the IRP PSC.

Lead Counsel is in contact with Mr. Whatley of Whatley Kallas and agrees that the Court should consider Ms. Kallas's (Dkt. 963) and Mr. Berry's (Dkt. 962) applications to join the IRP PSC only after the Court has made a determination on McKesson's Motion to Dismiss the Marion Healthcare complaint (18-cv-4137, Dkt. 44). Lead Counsel will work with Mr. Whatley in order to try to present a unitary position after such a determination is made.

Dated: May 3, 2019

Respectfully submitted,

/s/ Jonathan W. Cuneo

Jonathan W. Cuneo
Cuneo Gilbert & LaDuca LLP
4725 Wisconsin Ave. NW, Suite 200
Washington, DC 20016
202-789-3960
jonc@cuneolaw.com

*Lead Counsel for Indirect Reseller Plaintiffs*