## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | **MDL No. 2724**<br>**Case No. 2:16-MD-02724** |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | **Hon. Cynthia M. Rufe** |

### ORDER

**AND NOW**, this 22nd day of May 2019, upon consideration of the attached stipulation of the parties, it is hereby **ORDERED** that the stipulation is **APPROVED**. End-Payer Plaintiffs and Direct Purchaser Plaintiffs may file their reply briefs in further support of their Motion for Entry of Set-Aside Orders [MDL Doc. No. 950] on or before **June 12, 2019**. The reply brief responding to United HealthCare Services, Inc. and Humana Inc.'s Opposition shall not exceed 25 pages, and the reply brief responding to Kroger Direct Action Plaintiffs' Opposition shall not exceed 15 pages.

It is so **ORDERED**.

**BY THE COURT:**

**CYNTHIA M. RUFE, J.**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO: | |
| *ALL ACTIONS* | |

**STIPULATION CONCERNING BRIEFING
ON PLAINTIFFS' MOTION FOR ENTRY OF SET-ASIDE ORDERS**

AND NOW, come the parties, by and through their undersigned counsel, and hereby

STIPULATE AND AGREE to the following:

1.     On April 17, 2019, End-Payer Plaintiffs and Direct Purchaser Plaintiffs filed their

Motion for Entry of Set Aside Orders [MDL Doc. No. 950];

2.     On April 30, 2019, upon the unopposed requests of the Kroger Direct Action

Plaintiffs, Plaintiff Humana Inc., and Plaintiff United HealthCare Services, Inc. (collectively

"DAPs"), this Court extended the deadline by two weeks for DAPs to file their responses to the

Motion [MDL Doc. Nos. 972 & 973];

3.     Under Local Rule 7.1 and this Court's Policies and Procedures, End-Payer

Plaintiffs and Direct Purchaser Plaintiffs' reply briefs are due on May 29, 2019 and are limited to

10 pages;

4.     Given the complexity and importance of the issues presented, End-Payer

Plaintiffs and Direct Purchaser Plaintiffs require additional pages and additional time in which to

file reply briefs in further support of the Motion;

ACCORDINGLY, it is HEREBY STIPULATED AND AGREED that End-Payer

Plaintiffs and Direct Purchaser Plaintiffs shall have a two-week extension, until June 12, 2019, in

which to file reply briefs in further support of the Motion for Entry of Set Aside Orders.

IT IS FURTHER STIPULATED AND AGREED that the reply brief responding to

United HealthCare Services, Inc. and Humana Inc.'s Opposition shall not exceed 25 pages, and

the reply brief responding to Kroger Direct Action Plaintiffs' Opposition shall not exceed 15

pages.

**IT IS SO STIPULATED.**

Dated: May 22, 2019

*/s/ Dianne M Nast*
Diane M. Nast
NASTLAW LLC
1100 Market Street, Suite 2801
Philadelphia, PA 19107
215-923-9300
dnast@nastlaw.com

***Liaison and Lead Counsel for Direct
Purchaser Plaintiffs***

*/s/ Roberta D Liebenberg*
Roberta D. Liebenberg
FINE, KAPLAN AND BLACK, R.P.C.
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
215-567-6565
rliebenberg@finekaplan.com

***Liaison and Lead Counsel for End-Payer
Plaintiffs***

2

/s/ Samuel J. Randall
Richard Alan Arnold
William J. Blechman
Scott E. Perwin
Anna T. Neill
Samuel J. Randall
KENNY NACHWALTER, P.A.
1441 Brickell Avenue, Suite 1100
Miami, Florida 33131
305-373-1000
rarnold@knpa.com
wblechman@knpa.com
sperwin@knpa.com
aneill@knpa.com
srandall@knpa.com

**Counsel for the Kroger Direct Action Plaintiffs**

/s/ Peter D. St. Phillip
Peter D. St. Phillip
Jennifer Risener
Lee Yun Kim
LOWEY DANNENBERG, P.C.
44 South Broadway, Suite 1100
White Plains, New York 10601
Tel. 914-997-0500
PStPhillip@lowey.com
JRisener@lowey.com
LKim@lowey.com

Laura K. Mummert
Julia Rebekah McGrath
LOWEY DANNENBERG, P.C.
One Tower Bridge
100 Front Street, Suite 520
West Conshohocken, Pennsylvania 19428
Tel: 215-399-4770
LMummert@lowey.com
JMcGrath@lowey.com

Todd Schneider
Jason Kim
Kyle Bates
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP 2000 Powell
Street, Suite 1400
Emeryville, California 94608
Tel.: 415-421-7100
tschneider@schneiderwallace.com
jkim@schneiderwallace.com
kbates@schneiderwallace.com

Garrett W. Wotkyns
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP 8501 North
Scottsdale Road
Suite 270
Scottsdale, Arizona 85253
Tel: 480-428-0144
GWotkyns@schneiderwallace.com

**Counsel for Humana Inc.**

*/s/ Judith A. Zahid*
Judith A. Zahid
Eric W. Buetzow
ZELLE LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
415-693-0700
jzahid@zelle.com
ebuetzow@zelle.com

James R. Martin
Jennifer Duncan Hackett
ZELLE LLP
1775 Pennsylvania Avenue, NW,
Suite 375
Washington, D.C. 20006
202-899-4100
jmartin@zelle.com
jhackett@zelle.com

Hamish P.M. Hume
Abby L. Dennis
Kyle Smith
BOIES SCHILLER FLEXNER LLP
1401 New York Ave, NW
Washington, D.C. 20005
202-895-7580
hhume@bsfllp.com
adennis@bsfllp.com
ksmith@bsfllp.com

Duane L. Loft
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
20th Floor
New York, NY 10001
212-446-2300
dloft@bsfllp.com

**Counsel for United HealthCare Services, Inc.**