**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL 2724** <br> **16-md-2724** |
| **THIS DOCUMENT RELATES TO:** <br><br> *ALL ALBUTEROL END-PAYER ACTIONS* <br> *ALL AMITRIPTYLINE END-PAYER ACTIONS* <br> *ALL AMITRIPTYLINE INDIRECT RESELLER ACTIONS* <br> *ALL BACLOFEN END-PAYER ACTIONS* <br> *ALL BACLOFEN INDIRECT RESELLER ACTIONS* <br> *ALL BENAZEPRIL END-PAYER ACTIONS* <br> *ALL CLOBETASOL END-PAYER ACTIONS* <br> *ALL CLOBETASOL INDIRECT RESELLER ACTIONS* <br> *ALL CLOMIPRAMINE END-PAYER ACTIONS* <br> *ALL DESONIDE END-PAYER ACTIONS* <br> *ALL DESONIDE INDIRECT RESELLER ACTIONS* <br> *ALL DIGOXIN END-PAYER ACTIONS* <br> *ALL DIGOXIN INDIRECT RESELLER ACTIONS* <br> *ALL DIVALPROEX END-PAYER ACTIONS* <br> *ALL DIVALPROEX INDIRECT RESELLER ACTIONS* <br> *ALL DOXYCYCLINE END-PAYER ACTIONS* <br> *ALL DOXYCYCLINE INDIRECT RESELLER ACTIONS* <br> *ALL ECONAZOLE END-PAYER ACTIONS* <br> *ALL FLUOCINONIDE INDIRECT RESELLER ACTIONS* <br> *ALL LIDOCAINE-PRILOCAINE END-PAYER ACTIONS* <br> *ALL LIDOCAINE-PRILOCAINE INDIRECT RESELLER ACTIONS* <br> *ALL PRAVASTATIN END-PAYER ACTIONS* <br> *ALL PROPRANOLOL END-PAYER ACTIONS* <br> *ALL PROPRANOLOL INDIRECT RESELLER ACTIONS* <br> *ALL URSODIOL END-PAYER ACTIONS* <br> *ALL URSODIOL INDIRECT RESELLER ACTIONS* <br><br> *1199 SEIU NATIONAL BENEFIT FUND, et al. v. ACTAVIS HOLDCU U.S., INC., et al.* | **HON. CYNTHIA M. RUFE** <br><br> **Civil Action Nos.** <br> **16-AL-27242** <br> **16-AM-27242** <br> **16-AM-27243** <br> **16-BC-27242** <br> **16-BC-27243** <br> **16-BZ-27242** <br> **16-CB-27242** <br> **16-CB-27243** <br> **16-CM-27242** <br> **16-DS-27242** <br> **16-DS-27243** <br> **16-DG-27242** <br> **16-DG-27243** <br> **16-DV-27242** <br> **16-DV-27243** <br> **16-DX-27242** <br> **16-DX-27243** <br> **16-EC-27242** <br> **16-FL-27243** <br> **16-LD-27242** <br> **16-LD-27243** <br> **16-PV-27242** <br> **16-PP-27242** <br> **16-PP-27243** <br> **16-UR-27242** <br> **16-UR-27243** <br><br> **18-cv-2401** |

**ORDER REGARDING SUMMONSES ISSUED IN CONNECTION WITH END-PAYER AND INDIRECT RESELLER PLAINTIFFS' AMENDED COMPLAINTS**

Upon the filing of the Amended Complaints in the above-captioned actions on April 26, 2019, the Clerk of Court issued Summonses where the docket did not list counsel as having entered an appearance for a Defendant, as set forth in the chart attached as Appendix A. Because of the complexity of the MDL and the number of cases and parties thereto, it appears that Summonses may have been issued in error.

**AND NOW**, this 28th day of May 2019, it is hereby **ORDERED** that:

1. Summonses are not required to be served upon any Defendants who already have been served or agreed to waive service and Plaintiffs have no service obligations under Federal Rule of Civil Procedure 4 as to such Summonses.

2. Counsel for Defendants who have not filed a Notice of Appearance in any case shall do so forthwith.

3. Counsel for Defendants who have filed a Notice of Appearance shall review the dockets for these cases and determine whether the appearance has been correctly associated with their clients and shall promptly notify the Clerk's Office of any previous entry of appearance that is not associated on the docket with the appropriate Defendant.

It is so **ORDERED.**

                                              **BY THE COURT:**

                                              /s/ Cynthia M. Rufe

                                              _____
                                              **CYNTHIA M. RUFE, J.**

**Appendix A**

| | |
|---|---|
| Actavis Holdco US, Inc.<br>Actavis Pharma, Inc. | 16-CB-27242<br>16-CB-27243<br>16-DS-27242<br>16-DS-27243<br>16-DX-27242<br>16-DX-27243<br>16-FL-27242<br>16-FL-27243<br>16-PP-27242<br>16-PP-27243<br>16-UR-27242<br>16-UR-27243 |
| Aurobindo Pharma USA, Inc. | 18-cv-2401 |
| Barr Pharmaceuticals, Inc. | 18-cv-2401 |
| Dava Pharmaceuticals, LLC | 18-cv-2401 |
| Dr. Reddy's Laboratories | 16-DV-27242<br>16-DV-27243<br>18-cv-2401 |
| Fougera Pharmaceuticals, Inc. | 18-cv-2401 |
| Generics Bidco I, LLC | 18-cv-2401 |
| Heritage Pharmaceuticals, Inc. | 18-cv-2401 |
| Impax Laboratories, Inc. | 16-DG-27242<br>16-DG-27243<br>16-LD-27242<br>16-LD-27243 |
| Lupin Pharmaceuticals, Inc. | 16-PV-27242 |
| Mayne Pharma, Inc. | 16-DX-27242 |
| Mylan Inc.<br>Mylan Pharmaceuticals, Inc. | 16-AL-27242<br>16-AM-27242<br>16-BZ-27262<br>16-CM-27242<br>16-PP-27242<br>16-DX-27243<br>18-cv-2401 |

| | |
|---|---|
| Par Pharmaceutical, Inc. | 16-AM-27242<br>16-AM-27243<br>16-BC-27242<br>16-BC-27243<br>16-DG-27242<br>16-DG-27243<br>16-DV-27242<br>16-DV-27243<br>16-DX-27242<br>16-DX-27243<br>16-PP-27242<br>16-PP-27243<br><br>18-cv-2401 |
| Perrigo New York, Inc. | 16-CB-27242<br>16-CB-27243<br>16-DS-27243 |
| Pliva, Inc. | 18-cv-2401 |
| Sandoz, Inc. | 16-DS-27242<br>18-cv-2401 |
| Teligent, Inc. | 16-EC-27242 |
| Zydus Pharmaceuticals USA Inc. | 16-DV-27242<br>16-PV-27242 |