# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br>*Humana Inc. v. Actavis Elizabeth, LLC et al.* | HON. CYNTHIA M. RUFE<br>Individual Case No. 2:18-cv-03299-CMR |

### JOINT STIPULATION TO STRIKE PORTIONS OF HUMANA'S SECOND AMENDED COMPLAINT AND DISMISS THE PRAVASTATIN CLAIMS AS TO DEFENDANTS MYLAN N.V., MYLAN PHARMACEUTICALS, INC., MYLAN INC., AND UDL LABORATORIES

WHEREAS, Plaintiff, Humana Inc. ("Humana") filed an initial Complaint in the above-captioned matter on August 3, 2018, which is centralized for pretrial proceedings as part of *In re Generic Pharmaceuticals Pricing Antitrust Litigation*, Case No. 16-md-02724-CMR, MDL No. 2724;

WHEREAS, Humana filed an Amended Complaint on December 21, 2018, which alleged that Defendants Mylan N.V., Mylan Pharmaceuticals, Inc., Mylan Inc., and UDL Laboratories Inc. (collectively "Mylan") conspired to fix the prices of generic pravastatin in violation of Section 1 of the Sherman Act (Count LXXXI) and certain state antitrust and consumer protection laws (Count LXXXII and LXXXIII), for unjust enrichment (LXXXIV), and for declaratory and injunctive relief under Section 16 of the Clayton Act (LXXXV);

WHEREAS, on February 21, 2019, pursuant to an agreement between Humana and Mylan, Humana filed a Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) to dismiss Counts LXXXI – LXXXV of the Amended Complaint against Mylan without prejudice;

WHEREAS, the parties wish to conform Humana's Second Amended Complaint, filed April 1, 2019, to reflect the February 21, 2019 Notice of Dismissal without the need at this time to file a Third Amended Complaint.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, as follows:

1. Counts LXXXI – LXXXV of the Amended Complaint against Mylan are voluntarily dismissed without prejudice to Humana's right to later file a motion for leave to amend its complaint to re-allege pravastatin claims against Mylan, and with each party bearing its own costs, expenses and attorneys' fees. This stipulation of dismissal is not to be construed as an adjudication on the merits.

2. The pravastatin allegations identified below shall be stricken as to Mylan from Humana's April 1, 2019 Second Amended Complaint as follows:

| Paragraph | Allegation (edits in red) |
|---|---|
| 68 | Defendant Mylan Pharmaceuticals, Inc. is a West Virginia corporation with its principal place of business in Morgantown, West Virginia. During the relevant time period, Mylan Pharmaceuticals Inc., participated in the alleged conspiracy marketed and sold one or more of the Subject Drugs throughout the United States, and was a leading manufacturer of Amitriptyline, Benazepril, Clomipramine, Digoxin, Divalproex, Doxycycline, Levothyroxine, ~~Pravastatin,~~ Propranolol, and Verapamil. |
| 106 | Defendants Actavis, Apotex, Dr. Reddy's, Glenmark, Lupin, ~~Mylan,~~ Teva, and Zydus shall collectively be referred to as the "Pravastatin Defendants." |
| 634 | Pravastatin Defendants Actavis, Apotex, Dr. Reddy's, Glenmark, Lupin, ~~Mylan,~~ Teva, and Zydus dominate the market for Pravastatin. |
| 640 | Although WAC data is not available for Actavis, Dr. Reddy's, or Glenmark, ~~or Mylan,~~ upon information and belief, they implemented virtually identical price increases at virtually the same time in their generic Pravastatin products. |
| 641 | Prices continued to increase after August of 2013. In the October 2014 letters Senator Sanders and Representative Cummings sent to generic manufacturers as part of their investigation, they outlined the price increase Pravastatin saw between October 2013 and April 2014. The sent letters to Defendants ~~Mylan,~~ Dr. |

2

| | Reddy's, Apotex, Teva, and Zydus, and depicted the following price increases during that six-month period: |
|---|---|
| Count LXXXI | **VIOLATION OF SECTION 1 OF THE SHERMAN ACT (PRAVASTATIN)**<br><br>(As to Actavis, Apotex, Dr. Reddy's, Glenmark, Lupin, ~~Mylan,~~ Teva, and Zydus) |
| Count LXXXII | **FOR CONSPIRACY AND COMBINATION IN RESTRAINT OF TRADE UNDER STATE LAWS (PRAVASTATIN)**<br><br>(As to Actavis, Apotex, Dr. Reddy's, Glenmark, Lupin, ~~Mylan,~~ Teva, and Zydus) |
| Count LXXXIII | **UNFAIR AND DECEPTIVE TRADE PRACTICES UNDER STATE LAW (PRAVASTATIN)**<br><br>(As to Actavis, Apotex, Dr. Reddy's, Glenmark, Lupin, ~~Mylan,~~ Teva, and Zydus) |
| Count LXXXIV | **UNJUST ENRICHMENT UNDER STATE LAW (PRAVASTATIN)**<br><br>(As to Actavis, Apotex, Dr. Reddy's, Glenmark, Lupin, ~~Mylan,~~ Teva, and Zydus) |
| Count LXXXV | **DECLARATORY AND INJUNCTIVE RELIEF UNDER SECTION 16 OF THE CLAYTON ACT FOR VIOLATIONS OF SECTIONS 1 AND 2 OF THE SHERMAN ACT (PRAVASTAIN)**<br><br>(As to Actavis, Apotex, Dr. Reddy's, Glenmark, Lupin, ~~Mylan,~~ Teva, and Zydus) |

3. If Humana files a Third Amended Complaint after the date of this Stipulation for any reason, it shall amend the pravastatin allegations as to Mylan consistent with Paragraph 2 above.

IT IS SO STIPULATED.

APPROVED AND SO ORDERED
this 28th day of May, 2019

*[signature]*
CYNTHIA M. RUFE
UNITED STATES DISTRICT JUDGE

3

Dated: May 20, 2019

| | |
|---|---|
| LOWEY DANNENBERG, P.C. | WILSON SONSINI GOODRICH & ROSATI, PC |
| By: /s/ Peter D. St. Phillip | /s/ Chul Pak |
| Peter D. St. Phillip | Chul Pak |
| Jennifer Risener | Jeffrey C. Bank |
| Lee Yun Kim | 1301 Avenue of the Americas |
| 44 South Broadway, Suite 1100 | 40th Floor |
| White Plains, New York 10601 | New York, New York 10019 |
| Tel: 914-997-0500 | Tel: (212) 497-7726 |
| PStPhillip@lowey.com | Fax: (212) 999-5899 |
| JRisener@lowey.com | cpak@wsgr.com |
| LKim@lowey.com | jbank@wsgr.com |

Laura K. Mummert
LOWEY DANNENBERG, P.C.
100 Front Street, Suite 520
West Conshohocken, Pennsylvania 19428
Tel: 215-399-4785
LMummert@lowey.com

Todd Schneider
Jason Kim
Kyle Bates
SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP 2000 Powell Street, Suite 1400
Emeryville, California 94608
Tel.: 415-421-7100
tschneider@schneiderwallace.com
jkim@schneiderwallace.com
kbates@schneiderwallace.com

*Counsel for Humana Inc.*

Seth C. Silber
WILSON SONSINI GOODRICH & ROSATI, PC
1700 K Street, NW
Fifth Floor
Washington, DC 20006
Tel: (202) 973-8824
Fax: (202) 973-8899
ssilber@wsgr.com

Adam K. Levin
Benjamin F. Holt
Justin W. Bernick
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
adam.levin@hoganlovells.com
benjamin.holt@hoganlovells.com
justin.bernick@hoganlovells.com

*Counsel for Defendants Mylan Inc., Mylan Pharmaceuticals, Inc., UDL Laboratories, Inc., and Mylan N.V.*

4