IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | MDL 2724<br>16-MD-2724<br><br>HON. CYNTHIA M. RUFE |

**PRETRIAL ORDER NO. 89**
**(DIRECT ACTION PLAINTIFFS' LIAISON COUNSEL)**

**AND NOW**, this 29th day of May 2019, upon consideration of the Report and Recommendation of Special Master David Marion and the memoranda of counsel in response thereto, and upon consideration of the applications for liaison counsel submitted in response to Pretrial Order No. 85, it is hereby **ORDERED** that William J. Blechman, Esquire is **APPOINTED** as Liaison Counsel for the plaintiffs in the following direct actions coordinated for purposes of pretrial proceedings in the MDL ("Direct Action Plaintiffs" or "DAPs"):

   1. *The Kroger Co., et al. v. Actavis Holdco U.S. Inc., et al.,* Civil Action No. 18-284;

   2. *Humana, Inc. v. Actavis Elizabeth, LLC*, *et al*., Civil Action No. 18-3299;

   3. *United HealthCare Services, Inc., v. Actavis Holdco U.S., Inc., et al*., Civil Action No. 19-629; and

   4. Any other direct action that is filed and coordinated with this MDL for pre-trial proceedings after the entry of this Order.

DAP Liaison Counsel is authorized to perform all necessary administrative functions, including receiving Orders and notices from the Court on behalf of Direct Action Plaintiffs, preparing and transmitting copies of such Orders and notices to other counsel for Direct Action Plaintiffs, and the performance of other tasks as determined by the Court. Liaison Counsel shall

take all reasonable steps to assure that all such communications from and to the Court or any party to this MDL can be transmitted to all DAPs contemporaneously or as promptly as possible. DAP Liaison Counsel is required to maintain complete files with copies of all documents served upon him in hard copy or electronic form, and to make such files available to other counsel for Direct Action Plaintiffs.

Liaison Counsel shall represent the interests of the Direct Action Plaintiffs at Leadership Status Conferences.

Liaison Counsel shall not seek compensation for time spent incurred in performing the liaison services but may seek reimbursement of expenses when reasonable and necessary to perform such services as distinct from representation of clients.

This appointment is without prejudice to the ability of any Direct Action Plaintiffs to petition the Court for additional appointments as Liaison Counsel if warranted as the litigation proceeds.

It is so **ORDERED**.

        **BY THE COURT:**

        **/s/ Cynthia M. Rufe**
        _____
        **CYNTHIA M. RUFE, J.**