IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | MDL No. 2724<br>Case No. 2:16-MD-02724<br><br>Hon. Cynthia M. Rufe |

## NOTICE OF *EX PARTE*, *IN CAMERA* FILING

Intervenor United States of America hereby provides notice of the *ex parte*, *in camera* filing of the Declaration of Ryan Danks, which has been mailed to chambers.

Dated: May 30, 2019

                                      Respectfully submitted,

                                      /s/ *Nathan Brenner*
                                      Nathan Brenner
                                      U.S. Department of Justice
                                      Antitrust Division
                                      450 5th Street, N.W., Suite 11300
                                      Washington, D.C. 20530
                                      Telephone:  (202) 598-2649
                                      Email: nathan.brenner@usdoj.gov

                                      *Counsel for Intervenor United States of America*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2019, I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access this filing through the Court's system, and notice of this filing will be sent to these parties by operation of the Court's electronic filing system.

/s/ *Nathan Brenner*
Nathan Brenner
U.S. Department of Justice
Antitrust Division
450 5th Street, N.W., Suite 11300
Washington, D.C. 20530
Telephone: (202) 598-2649
Email: nathan.brenner@usdoj.gov

*Counsel for Intervenor United States of America*