**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> *ALL ACTIONS* | MDL NO. 2724 <br><br> 16-MD-2724 <br><br> HON. CYNTHIA M. RUFE |

**JOINT STATUS REPORT**

In Paragraph 5 of PTO 73, the Court ordered the Parties to submit a joint status report on May 31, 2019. The Parties are in active negotiations about whether the scope of discovery should be further expanded and, relatedly, whether the limited stay on additional discovery should be extended. The Parties will either submit a joint proposed order addressing this issue or seek relief from the Court before July 12, 2019, when the limited stay is set to expire.

Dated: May 31, 2019

Respectfully submitted,

 /s/ Roberta D. Liebenberg
Roberta D. Liebenberg
FINE, KAPLAN AND BLACK, R.P.C.
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
215-567-6565
rliebenberg@finekaplan.com

**Liaison and Lead Counsel for End-Payer Plaintiffs**

*/s/ W. Joseph Nielsen*
W. Joseph Nielsen
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

 */s/ Dianne M. Nast*
Dianne M. Nast
NASTLAW LLC
1100 Market Street, Suite 2801
Philadelphia, PA 19107
215-923-9300
dnast@nastlaw.com

**Liaison and Lead Counsel for Direct Purchaser Plaintiffs**

 */s/ Jonathan W. Cuneo*
Jonathan W. Cuneo
CUNEO GILBERT & LADUCA LLP
4725 Wisconsin Avenue, NW
Suite 200
Washington, DC 20016

Tel:  (860)808-5040
Fax:  (860)808-5033
Joseph.Nielsen@ct.gov

**Liaison Counsel for Plaintiff States**

*/s/ William J. Blechman*
William J. Blechman, Esquire
KENNY NACHWALTER, P.A.
1441 Brickell Avenue, Suite 1100
Miami, Florida  33131
Tel:     (305) 373-1000
Fax:     (305) 372-1861
wblechman@knpa.com

**Liaison Counsel for Direct Action Plaintiffs and Counsel for the Kroger Direct Action Plaintiffs**

*/s/ Jan P. Levine*
Jan P. Levine
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Tel:  (215) 981-4000
Fax:  (215) 981-4750
levinej@pepperlaw.com

**Defendants' Liaison Counsel**

*/s/ Sheron Korpus*
Sheron Korpus
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
skorpus@kasowitz.com

**Defendants' Liaison Counsel**

202-789-3960
jonc@cuneolaw.com

**Lead Counsel for Indirect-Reseller Plaintiffs**

*/s/ Saul P. Morgenstern*
Saul P. Morgenstern
ARNOLD & PORTER KAYE SCHOLER LLP
250 W. 55th Street
New York, NY 10019
Tel: (212) 836-8000
Fax: (212) 836-8689
saul.morgenstern@apks.com

| | |
|---|---|
| */s/ Chul Pak*  | */s/ Laura S. Shores*  |
| Chul Pak | Laura S. Shores |
| WILSON SONSINI GOODRICH & ROSATI Professional Corporation | ARNOLD & PORTER KAYE SCHOLER LLP |
| 1301 Avenue of the Americas, 40th Fl. | 601 Massachusetts Avenue |
| New York, NY 10019 | Washington, DC 20001 |
| Tel: (212) 999-5800 | Tel: (202) 942-5000 |
| Fax: (212) 999-5899 | Fax: (202) 942-5999 |
| cpak@wsgr.com | laura.shores@apks.com |
| **Defendants' Liaison Counsel** | **Defendants' Liaison Counsel** |

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date a copy of the Joint Status Report was filed electronically with the Clerk of the Court using the CM/ECF system, which automatically sent notification of such filings to the Filing User(s) listed on the Court's Case List for CM/ECF service.  Parties may access this filing through the Court's electronic filing system.

Dated:  May 31, 2019                          _/s/  Roberta D. Liebenberg_
                                                                         Roberta D. Liebenberg