**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL NO. 2724<br><br>16-MD-2724<br><br>HON. CYNTHIA M. RUFE |

**JOINT PROPOSED AGENDA FOR JUNE 7, 2019 STATUS CONFERENCE**

Pursuant to Pretrial Order No. 64 (MDL Doc. No. 797), Liaison Counsel hereby submit this proposed agenda of items to be brought before the Court at the status conference scheduled for June 7, 2019, at 10:30 am:

1. States' New Complaint, including its MDL Transfer
2. Discovery Schedule Status
3. Update on ESI Protocol

Dated: May 31, 2019                                                       Respectfully submitted:

/s/ Roberta D. Liebenberg                                            /s/ Dianne M. Nast
Roberta D. Liebenberg                                                 Dianne M. Nast
FINE, KAPLAN AND BLACK, R.P.C.                           NASTLAW LLC
One South Broad Street, 23rd Floor                         1101 Market Street, Suite 2801
Philadelphia, PA 19107                                                Philadelphia, PA 19107
215-567-6565                                                                215-923-9300
rliebenberg@finekaplan.com                                      dnast@nastlaw.com

**Liaison and Lead Counsel for the End-Payer Plaintiffs**      **Liaison and Lead Counsel for the Direct Purchaser Plaintiffs**

/s/ W. Joseph Nielsen                                                   /s/ Jan P. Levine
W. Joseph Nielsen                                                         Jan P. Levine
Assistant Attorney General                                            PEPPER HAMILTON LLP

| | |
|---|---|
| 55 Elm Street<br>P.O. Box 120<br>Hartford, CT 06141-0120<br>Tel: (860)808-5040<br>Fax: (860)808-5033<br>Joseph.Nielsen@ct.gov | 3000 Two Logan Square<br>Eighteenth & Arch Streets<br>Philadelphia, PA 19103-2799<br>Tel: (215) 981-4000<br>Fax: (215) 981-4750<br>levinej@pepperlaw.com |

| | |
|---|---|
| **Liaison Counsel for the States** | */s/ Sheron Korpus*<br>Sheron Korpus<br>KASOWITZ BENSON TORRES LLP<br>1633 Broadway<br>New York, New York 10019<br>Tel: (212) 506-1700<br>Fax: (212) 506-1800<br>skorpus@kasowitz.com |
| */s/ William J. Blechman*<br>William J. Blechman<br>KENNY NACHWALTER, P.A.<br>1441 Brickell Avenue<br>Suite 1100<br>Miami, Florida 33131<br>Tel: (305) 373-1000<br>Fax: (305) 372-1861<br>wblechman@knpa.com | |
| | */s/ Saul P. Morgenstern*<br>Saul P. Morgenstern<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>250 W. 55th Street<br>New York, NY 10019<br>Tel: (212) 836-8000<br>Fax: (212) 836-8689<br>saul.morgenstern@apks.com |
| **Liaison Counsel for Direct Action Plaintiffs and Counsel for the Kroger Direct Action Plaintiffs** | |
| | Laura S. Shores<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>601 Massachusetts Avenue<br>Washington, DC 20001<br>Tel: (202) 942-5000<br>Fax: (202) 942-5999<br>laura.shores@apks.com |
| | */s/ Chul Pak*<br>Chul Pak<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>1301 Avenue of the Americas, 40th Fl.<br>New York, NY 10019<br>Tel: (212) 999-5800<br>Fax: (212) 999-5899<br>cpak@wsgr.com |
| | **Defendants' Liaison Counsel** |