# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL 2724**<br>**16-MD-2724** |
| | **HON. CYNTHIA M. RUFE** |
| **THIS DOCUMENT RELATES TO:**<br><br>*ALL ACTIONS* | |

## PRETRIAL ORDER NO. 91
### (TIME CHANGE FOR STATUS CONFERENCE OF JULY 12, 2019)

**AND NOW**, this 17th day of June 2019, it is hereby **ORDERED** that to accommodate the Court's trial schedule, the General Status Conference set for July 12, 2019, will be held at **3:30 p.m.** in Courtroom 12-A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**