IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL NO. 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
| IN RE: PROPRANOLOL CASES | 16-PP-27240 |
| THIS DOCUMENT RELATES TO:<br><br>*ALL DIRECT PURCHASER, END-PAYER, AND INDIRECT RESELLER ACTIONS* | 16-PP-27241, 16-PP-27242, 16-PP-27243 |

**DEFENDANT BRECKENRIDGE PHARMACEUTICAL, INC.'S**
**SUPPLEMENTAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Breckenridge Pharmaceutical, Inc. ("Breckenridge") states that Breckenridge is wholly owned by Corporación Químico Farmacéutica Esteve, SA.  No publicly held corporation owns 10% or more of any direct or indirect corporate parent of Breckenridge.

Dated:  July 1, 2019

**MORGAN, LEWIS & BOCKIUS LLP**

/s/ *Stacey Anne Mahoney*
Stacey Anne Mahoney
101 Park Avenue
New York, New York  10178
Telephone: (212) 309-6000
Facsimile: (212) 309-6001
stacey.mahoney@morganlewis.com

-and-

R. Brendan Fee  (PA ID NO. 91382)
1701 Market Street
Philadelphia, PA  19103
Telephone: (215) 963-5000
Facsimile: (215) 963-5001
brendan.fee@morganlewis.com

*Counsel for Defendant*
*Breckenridge Pharmaceutical, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 1st day of July, 2019, the undersigned filed the foregoing Supplemental Rule 7.1 Corporate Disclosure Statement via the Court's CM/ECF system, which sent notice to all counsel of record in this action.

                                              */s/ Stacey Anne Mahoney*
                                              Stacey Anne Mahoney