# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, New York 10022

Devora W. Allon
To Call Writer Directly:
(212) 446-5967
devora.allon@kirkland.com

(212) 446-4800

www.kirkland.com

Facsimile:
(212) 446-4900

August 7, 2019

The Honorable Cynthia M. Rufe
United States District Court
Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street, Suite 12614
Philadelphia, PA 19106-1797

Re:   *In re: Generic Pharmaceuticals Pricing Antitrust Litigation*,
16-MD-2724 (E.D. Pa.)

Dear Judge Rufe:

The undersigned counsel (collectively, "Defendants") write regarding the upcoming August 21, 2019 Leadership Status Conference. In light of Special Master Marion's expressed intent to have substantive discussions about his forthcoming recommendation for a case management order and discovery schedule at that Leadership Status Conference, we respectfully request that the Court convert the conference to a General Status Conference open to all parties to the MDL.

As the Court is aware, Defense Liaison Counsel do not represent any particular Defendant and they do not have the authority to represent the interests of, or advocate on behalf of, individual Defendants regarding substantive issues that impact all Defendants in the case, such as a proposed case management order and discovery schedule. This is particularly true where, as here, Defendants are situated differently and have varied interests at stake regarding the case management order and discovery schedule. Unlike Lead Counsel for Plaintiffs, Defense Liaison Counsel are only "authorized to perform all necessary *administrative functions*." (Pretrial Order No. 22, Dkt. No. 343 (emphasis added)); *see also* MANUAL FOR COMPLEX LITIGATION (FOURTH) § 10.221 (2004) (stating liaison counsel is "charged with essentially administrative matters").

Every Defendant should be allowed to participate in any conference that will include a discussion of substantive issues, such as the August 21 Leadership Status Conference. A case management order and discovery schedule governing the structure and conduct of this MDL directly and significantly impacts the scope of discovery and Defendants' corresponding rights and obligations under the Federal Rules. Any discussions of those topics are thus inherently

**KIRKLAND & ELLIS LLP**

The Honorable Cynthia M. Rufe
August 7, 2019
Page 2

substantive in nature. If they are discussed at a Leadership Status Conference, only Plaintiffs would have representatives who would be able to advocate for their interests, while Defense Liaison Counsel would be unable to advocate for Defendants' interests. Such an imbalance of representation is one of the reasons why courts are strictly limited in their ex parte communications or proceedings to non-substantive matters. *See* MODEL CODE OF JUDICIAL CONDUCT Canon 2 r. 2.9(A) (AM. BAR ASS'N 2013).

To ensure that all Defendants are adequately represented in connection with the substantive discussions related to any proposed case management order and discovery schedule, Defendants respectfully request that the Court convert the August 21 Leadership Status Conference to a General Status Conference.

Respectfully submitted,

*/s/ Devora W. Allon*

Jay P. Lefkowitz, P.C.
Devora W. Allon
Alexia R. Brancato
Erin H. Ogburn
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel.: (212) 446-4800
Fax: (212) 446-4900

*Counsel for Upsher-Smith Laboratories, LLC*

**KIRKLAND & ELLIS LLP**

The Honorable Cynthia M. Rufe
August 7, 2019
Page 3


| | |
|---|---|
| /s/ Anthony C. Porcelli | /s/ Elizabeth A. N. Haas |
| Anthony C. Porcelli | Elizabeth A. N. Haas |
| POLSINELLI PC | FOLEY & LARDNER LLP |
| 150 N. Riverside Plaza, Suite 3000 | 777 East Wisconsin Avenue Milwaukee, WI |
| Chicago, IL 60606 | 53202-5306 |
| (312) 819-1900 | Tel.: (414) 271-2400 |
| (312) 819-1910 (fax) | Fax: (414) 297-4900 |
| aporcelli@polsinelli.com | ehaas@foley.com |

*Counsel for Apotex Corp.*

Amy D. Fitts
POLSINELLI PC
900 W. 48th Place, Suite 900
Kansas City, MO 64112
Tel.: (816) 753-1000
Fax: (816) 222-0425
afitts@polsinelli.com

*Counsel for Akorn, Inc., Akorn Sales, Inc., and Hi-Tech Pharmacal Co., Inc.*


| | |
|---|---|
| /s/ Frank A. Battaglia | /s/ Wayne A. Mack |
| W. Gordon Dobie | Wayne A. Mack |
| Frank A. Battaglia | Sean P. McConnell |
| WINSTON & STRAWN LLP | Sarah O'Laughlin Kulik |
| 35 W. Wacker Dr. | DUANE MORRIS LLP |
| Chicago, IL 60601 | 30 S. 17th Street |
| Tel.: (312) 558-5600 | Philadelphia, PA 19103 |
| Fax: (312) 558-5700 | Tel: (215) 979-1152 |
| WDobie@winston.com | wamack@duanemorris.com |
| FBattaglia@winston.com | spmcconnell@duanemorris.com |
| | sckulik@duanemorris.com |

*Counsel for Ascend Laboratories, LLC*

*Counsel for Defendant Aurobindo Pharma USA, Inc.*

# KIRKLAND & ELLIS LLP

The Honorable Cynthia M. Rufe
August 7, 2019
Page 4

| | |
|---|---|
| */s/ Helen A. Nau* | */s/ Stacey Anne Mahoney* |
| Henry E. Klingeman, Esq. | Stacey Anne Mahoney |
| Helen A. Nau, Esq. | MORGAN, LEWIS & BOCKIUS LLP |
| KROVATIN KLINGEMAN LLC | 101 Park Avenue |
| 60 Park Place | New York, NY 10178 |
| Suite 1100 | Tel.: (212) 309-6930 |
| Newark, New Jersey 07102 | Fax: (212) 309-6001 |
| Tel.: (973) 424-9777 | stacey.mahoney@morganlewis.com |
| hklingeman@krovatin.com | |
| hnau@krovatin.com | *Counsel for Breckenridge Pharmaceutical, Inc.* |
| *Counsel for David Berthold* | |

| | |
|---|---|
| */s/ Michael E. Lowenstein* | */s/ Steven E. Bizar* |
| Thomas H. Suddath, Jr. | Steven E. Bizar |
| REED SMITH LLP | Christine C. Levin |
| Three Logan Square | Tiffany E. Engsell |
| 1717 Arch Street, Suite 3100 | Dechert LLP |
| (215) 851-8100 | Cira Centre |
| (215) 851-1420 (fax) | 2929 Arch Street |
| tsuddath@reedsmith.com | Philadelphia, PA 19104 |
| | Tel.: (215) 994-2000 |
| Michael E. Lowenstein | christine.levin@dechert.com |
| REED SMITH LLP | steven.bizar@dechert.com |
| Reed Smith Centre | tiffany.engsell@dechert.com |
| 225 Fifth Avenue | |
| Pittsburgh, PA 15222 | *Counsel for Citron Pharma LLC* |
| (412) 288-3131 | |
| (412) 288-3063 (fax) | |
| mlowenstein@reedsmith.com | |

*Counsel for Maureen Cavanaugh*

## KIRKLAND & ELLIS LLP

The Honorable Cynthia M. Rufe
August 7, 2019
Page 5

*/s/ Brian T. Feeney*
Brian T. Feeney
GREENBERG TRAURIG, LLP
1700 Two Commerce Square
2001 Market.Street,
Philadelphia, PA 19103
Tel.: (215) 988-7812
Fax: (215) 717-5265
feeneyb@gtlaw.com

Roger B. Kaplan
GREENBERG TRAURIG, LLP
500 Campus Drive, Suite 400
Florham Park, NJ 07932-0677
Tel.: (973) 360-7957
Fax: (973) 295-1257
kaplanr@gtlaw.com

*Counsel for Dr. Reddy's Laboratories, Inc.*

*/s/ Amar Mehta*
Jeffrey D. Smith
Thomas A. Abbate
Amar Mehta
DeCOTIIS, FITZPATRICK, COLE &
GIBLIN, LLP Glenpointe Centre West
500 Frank W. Burr Blvd.
Teaneck, NJ 07666
Tel.: (201) 907-5228
Fax: (201) 928-0588
jsmith@decotiislaw.com
tabbate@decotiislaw.com
amehta@decotiislaw.com

*Counsel for Epic Pharma, LLC*

*/s/ Anna M. Rathbun*
Marguerite M. Sullivan
Anna M. Rathbun
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004
Tel.: (202) 637-2200
Fax: (202) 637-2201
marguerite.sullivan@lw.com
anna.rathbun@lw.com

*Counsel for G&W Laboratories*

**KIRKLAND & ELLIS LLP**

The Honorable Cynthia M. Rufe
August 7, 2019
Page 6


| | |
|---|---|
| */s/ David. L. Hanselman, Jr.* | */s/ Ryan T. Becker* |
| David L. Hanselman, Jr. | Gerald E. Arth |
| MCDERMOTT WILL & EMERY LLP | Ryan T. Becker |
| 444 W. Lake St. | FOX ROTHSCHILD LLP |
| Suite 4000 | 2000 Market Street, 20th Floor |
| Chicago, IL 60606 | Philadelphia, PA 19103 |
| Tel.: (312) 984-3610 | Tel.: (215) 299-2000 |
| dhanselman@mwe.com | Fax: (215) 299-2150 |
| | garth@foxrothschild.com |
| Raymond A. Jacobsen, Jr. | rbecker@foxrothschild.com |
| Paul M. Thompson (Pa. No. 82017) | |
| Lisa A. Peterson | George G. Gordon |
| MCDERMOTT WILL & EMERY LLP | Stephen D. Brown |
| 500 N. Capitol St. NW | Julia Chapman |
| Washington, D.C. 20001 | DECHERT LLP |
| Tel.: (202) 756-8000 | 2929 Arch Street |
| rayjacobsen@mwe.com | Philadelphia, PA 19104-2808 |
| pthompson@mwe.com | Tel.: (215) 994-2382 |
| lpeterson@mwe.com | Fax: (215) 655-2240 |
| | george.gordon@dechert.com |
| Nicole L. Castle | stephen.brown@dechert.com |
| MCDERMOTT WILL & EMERY LLP | julia.chapman@dechert.com |
| 340 Madison Ave. | |
| New York, NY 10173 | *Counsel for Lannett Company, Inc.* |
| Tel.: (212) 547-5400 | |
| ncastle@mwe.com | |
| | |
| *Counsel for Impax Laboratories, Inc.* | |

# KIRKLAND & ELLIS LLP

The Honorable Cynthia M. Rufe
August 7, 2019
Page 7

| | |
|---|---|
| */s/ Leiv H. Blad* | */s/ David A. Munkittrick* |
| Leiv H. Blad | Robert J. Cleary |
| Zarema A. Jaramillo | Dietrich L. Snell |
| Katie R. Glynn | David A. Munkittrick |
| LOWENSTEIN SANDLER LLP | Edward Canter |
| 2200 Pennsylvania Avenue, NW | PROSKAUER ROSE LLP |
| Washington, DC 20037 | 11 Times Square |
| Tel.: (202) 753-3800 | New York, NY 10036 |
| Fax: (202) 753-3838 | Tel.: (212) 969-3000 |
| lblad@lowenstein.com | rjcleary@proskauer.com |
| zjaramillo@lowenstein.com | dsnell@proskauer.com |
| kglynn@lowenstein.com | dmunkittrick@proskauer.com |
| | ecanter@proskauer.com |

*Counsel for Lupin Pharmaceuticals, Inc.*

*Counsel for Rajiv Malik*

| | |
|---|---|
| */s/ Brian J. Smith* | */s/ John E. Schmidtlein* |
| Michael Martinez | John E. Schmidtlein |
| Steven Kowal | Sarah F. Teich |
| Lauren Norris Donahue | WILLIAMS & CONNOLLY LLP |
| Brian J. Smith | 725 Twelfth Street, N.W. |
| K&L GATES LLP | Washington, D.C. 20005 |
| 70 W. Madison St., Suite 3300 | Tel.: (202) 434-5000 |
| Chicago, IL 60602 | Fax: (202) 434-5029 |
| Tel.: (312) 372-1121 | jschmidtlein@wc.com |
| Fax: (312) 827-8000 michael.martinez@klgates.com | steich@wc. |
| steven.kowal@klgates.com | |
| lauren.donahue@klgates.com | *Counsel for Par Pharmaceutical, Inc.* |
| brian.j.smith@klgates.com | |

*Counsel for Mayne Pharma Inc.*

## KIRKLAND & ELLIS LLP

The Honorable Cynthia M. Rufe
August 7, 2019
Page 8

| | |
|---|---|
| */s/ J. Clayton Everett, Jr.* | */s/ Ilana H. Eisenstein* |
| Scott A. Stempel | Ilana H. Eisenstein |
| J. Clayton Everett, Jr. | Ben C. Fabens-Lassen |
| Tracey F. Milich (Pa. ID No. 316753) | DLA PIPER LLP (US) |
| MORGAN, LEWIS & BOCKIUS LLP | 1650 Market Street, Suite 5000 |
| 1111 Pennsylvania Avenue, NW | Philadelphia, PA 19103 |
| Washington, D.C. 20004 | Tel.: (215) 656-3300 |
| Tel.: (202) 739-3000 | Fax: (215) 656-3301 |
| Fax: (202) 739-3001 | ilana.eisenstein@dlapiper.com |
| scott.stempel@morganlewis.com | ben.fabens-lassen@dlapiper.com |
| clay.everett@morganlewis.com | |
| tracey.milich@morganlewis.com | Edward S. Scheideman |
| | DLA PIPER LLP (US) |
| Harvey Bartle IV. (Pa. ID No. 91566) | 500 Eighth Street, NW |
| Francis A. DeSimone, (Pa. ID No. 320837) | Washington, D.C. 20004 |
| MORGAN, LEWIS & BOCKIUS LLP | Tel.: (202) 799-4000 |
| 1701 Market Street | Fax: (202) 799-5000 |
| Philadelphia, PA 19103 | Edward.scheideman@dlapiper.com |
| Tel.: (215) 963-5000 | |
| Fax: (215) 963-5001 | *Counsel for Pfizer Inc. and Greenstone, LLC* |
| harvey.bartle@morganlewis.com | |
| frank.desimone@morganlewis.com | |

*Counsel for Perrigo New York, Inc.*

# KIRKLAND & ELLIS LLP

The Honorable Cynthia M. Rufe
August 7, 2019
Page 9

| | |
|---|---|
| */s/ Calli J. Padilla* | */s/ Erik T. Koons* |
| David Reichenberg | John M. Taladay |
| COZEN O'CONNOR | Erik T. Koons |
| 277 Park Avenue, 19th Floor | Stacy L. Turner |
| New York, New York 10172 | Christopher P. Wilson |
| Tel.: (212) 883-4956 | BAKER BOTTS LLP |
| Fax: (646) 461-2091 | 1299 Pennsylvania Avenue NW |
| dreichenberg@cozen.com | Washington, DC 20004-2400 |
| | Tel.: (202) 639-7700 |
| Stephen A. Miller | Fax: (202) 639-7890 |
| Calli J. Padilla | john.taladay@bakerbotts.com |
| COZEN O'CONNOR | erik.koons@bakerbotts.com |
| 1650 Market Street, Suite 2800 | stacy. turner@bakerbotts.com |
| Philadelphia, Pennsylvania 19103 | christopher. wilson@bakerbotts.com |
| Tel.: (215) 665-4736 | |
| Fax: (215) 253-6796 | Lauri A. Kavulich |
| samiller@cozen.com | Ann E. Lemmo |
| cpadilla@cozen.com | CLARK HILL PLC |
| | 2005 Market St, Suite 1000 |
| *Counsel for Richard Rogerson* | Philadelphia, PA 19103 |
| | Tel.: (215) 640-8500 |
| | Fax: (215) 640-8501 |
| | lkavulich@clarkhill.com |
| | alemmo@clarkhill.com |
| | |
| | Lindsay S. Fouse |
| | CLARK HILL PLC |
| | 301 Grant St, 14th Floor |
| | Pittsburgh , PA 15219 |
| | Tel.: (412) 394-7711 |
| | Fax: ( 412) 394-2555 |
| | lfouse@clarkhill.com |
| | |
| | *Counsel for Sun Pharmaceutical Industries, Inc., Taro Pharmaceuticals U.S.A., Inc., Taro Pharmaceutical Industries Ltd., and Mutual Pharmaceutical Company* |

# KIRKLAND & ELLIS LLP

The Honorable Cynthia M. Rufe
August 7, 2019
Page 10


| | |
|---|---|
| */s/ Jason R. Parish* | */s/ Mark A. Robertson* |
| William A. Escobar | Robin D. Adelstein |
| Clifford Katz | Mark A. Robertson |
| Damon W. Suden | Gerald A. Stein |
| KELLEY DRYE WARREN LLP | NORTON ROSE FULBRIGHT US LLP |
| 101 Park Avenue | 1301 Avenue of the Americas |
| New York, NY 10178 | New York, New York 10019 |
| Tel.: (212) 808-7800 | Tel.: (212) 318-3000 |
| Fax: (212) 808-7897 | Fax: (212) 808-3400 |
| wescobar@kelleydrye.com | robin.adelstein@nortonrosefulbright.com |
| ckatz@kelleydrye.com | mark.robertson@nortonrosefulbright.com |
| dsuden@kelleydrye.com | gerald.stein@nortonrosefulbright.com |
| *Counsel for Wockhardt USA LLC and Morton Grove Pharmaceuticals Inc.* | *Counsel for Valeant Pharmaceuticals North America LLC, Valeant Pharmaceuticals International and Oceanside Pharmaceuticals, Inc.* |

 */s/ Jason R. Parish*
Jason R. Parish
Bradley J. Kitlowski
Brenda Gonzalez Horowitz
BUCHANAN INGERSOLL & ROONEY PC
1700 K. Street, N.W., Suite 300
Washington, D.C. 20006
Tel.: (202) 452-7900
Fax: (202) 452-7989
jason.parish@bipc.com
bradley.kitlowski@bipc.com
brenda.horowitz@bipc.com

*Counsel for Zydus Pharmaceuticals (USA), Inc.*