# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS** | MDL 2724 |
| **PRICING ANTITRUST LITIGATION** | 16-MD-2724 |
| | HON. CYNTHIA M. RUFE |

_____

| | |
|---|---|
| **THIS DOCUMENT RELATES TO:** | Civil Action Nos. |
| *The State Attorneys General Litigation* | 17-3768 |
| *The Kroger Co. v. Actavis Holdco U.S., Inc.* | 18-284 |
| *1199SEIU Nat'l Benefit Fund v. Actavis Holdco US, Inc.* | 18-2401 |
| *West Val Pharmacy v. Actavis Holdco U.S., Inc.* | 18-2533 |
| *Ahold USA, Inc. v. Actavis Holdco U.S., Inc.* | 18-2641 |
| *Humana Inc. v. Actavis Elizabeth, LLC* | 18-3299 |
| *Marion Diagnostic Center, LLC v. McKesson Corp.* | 18-4137 |

_____

## ORDER

AND NOW, this 15th day of August 2019, upon consideration of Defendants' joint motion to dismiss plaintiffs' overarching conspiracy claims [Doc. Nos. 70 and 93 in Civil Action No. 17-3768 (Plaintiff States' Action); Doc. Nos. 83 and 112 in Civil Action No. 18-284 (Kroger Plaintiffs' Action); Doc. Nos. 116 and 146 in Civil Action No. 18-2401 (EPPs' Action); Doc. Nos. 37 and 59 in 18-2533 (IRPs' action); Doc. Nos. 39 and 64 in Civil Action No. 18-2641 (DPPs' Action; Doc. Nos. 73 and 104 in Civil Action No. 18-3299 (Humana Action); and Doc. Nos. 45 and 62 in Civil Action No. 18-4137 (Marion Plaintiffs' Action)] and all responses and

replies thereto, and for the reasons set forth in the accompanying Opinion, it is hereby

**ORDERED** that the Motion is **DENIED**.

        **BY THE COURT:**

        **/s/ Cynthia M. Rufe**

        _____
        **CYNTHIA M. RUFE, J.**