# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | MDL 2724<br>16-MD-2724 |
| **THIS DOCUMENT RELATES TO:** | HON. CYNTHIA M. RUFE |
| *The Kroger Co.,* **et al.** *v. Actavis Holdco U.S., Inc.,* **et al.** | Civil Action No. 18-284 |

## ORDER

**AND NOW,** this 12th day of September 2019, upon consideration of the attached Stipulation, it is hereby **ORDERED** that the Stipulation is **APPROVED**. Defendants shall file any opposition to the Motion to Amend [Doc. No. 185] no later than **October 4, 2019**.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | MDL No. 2724<br>Case No. 2:16-MD-02724<br><br>HON. CYNTHIA M. RUFE |

**JOINT STIPULATION EXTENDING TIME TO RESPOND TO KROGER DIRECT ACTION PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT**

WHEREAS, on August 30, 2019, the Kroger Direct Action Plaintiffs filed a Motion for Leave to Amend Complaint (the "Motion to Amend"). (*See* MDL Doc. 185.)

WHEREAS, pursuant to Local Rule 7.1(c), Defendants' response to the Motion to Amend is currently due September 13, 2019.

WHEREAS, after discussion, Defendants and Kroger Direct Action Plaintiffs agreed to an extension of the deadline for Defendants to respond to the Motion to Amend.

It is hereby STIPULATED AND AGREED, by the undersigned counsel, pursuant to Local Rule 7.4, that Defendants shall have until October 4, 2019 to file any opposition to the Motion to Amend.

**IT IS SO STIPULATED.**

Dated: September 12, 2019

*/s/ William J. Blechman*
William J. Blechman
KENNY NACHWALTER, P.A.
1441 Brickell Avenue, Suite 1100
Miami, Florida 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
wblechman@knpa.com

***Counsel for the Kroger Direct Action Plaintiffs***

-2-

*/s/ Jan P. Levine*
Jan P. Levine
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Tel: (215) 981-4000
Fax: (215) 981-4750
levinej@pepperlaw.com

*/s/ Saul P. Morgenstern*
Saul P. Morgenstern
ARNOLD & PORTER KAYE SCHOLER LLP
250 W. 55th Street
New York, NY 10019
Tel: (212) 836-8000
Fax: (212) 836-8689
saul.morgenstern@arnoldporter.com

*/s/ Laura S. Shores*
Laura S. Shores
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
Tel: (202) 942-5000
Fax: (202) 942-5999
laura.shores@arnoldporter.com

*/s/ Sheron Korpus*
Sheron Korpus
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
skorpus@kasowitz.com

*/s/ Chul Pak*
Chul Pak
WILSON SONSINI GOODRICH & ROSATI P.C.
1301 Avenue of the Americas, 40th Flr.
New York, NY 10019
Tel: (212) 999-5800
Fax: (212) 999-5899
cpak@wsgr.com

*Defendants' Liaison Counsel*

APPROVED BY THE COURT:

*XXXXXXXXXXXXXXXXXXXXX*
_____
**The Honorable Cynthia M. Rufe**