IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL NO. 2724 |
| | 16-MD-2724 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | HON. CYNTHIA M. RUFE |

JOINT PROPOSED AGENDA FOR
OCTOBER 25, 2019 LEADERSHIP STATUS CONFERENCE

Pursuant to Pretrial Order No. 102 (MDL Doc. No. 1127), Liaison Counsel hereby submit this proposed agenda of items to be brought before the Court at the Leadership Status Conference scheduled for October 25, 2019, at 10:30 am:

1. Status of Discovery

2. Plaintiffs' Request for Entry of a Second Order and Protocol Implementing the Court's November 14, 2018 Order Regarding Private Plaintiffs' Motion for Access

Dated: October 18, 2019                    Respectfully submitted:

/s/ Roberta D. Liebenberg                   /s/ Dianne M. Nast
Roberta D. Liebenberg                       Dianne M. Nast
FINE, KAPLAN AND BLACK, R.P.C.              NASTLAW LLC
One South Broad Street, 23rd Floor          1101 Market Street, Suite 2801
Philadelphia, PA 19107                      Philadelphia, PA 19107
215-567-6565                                215-923-9300
rliebenberg@finekaplan.com                  dnast@nastlaw.com

**Liaison and Lead Counsel for the End-Payer Plaintiffs**    **Liaison and Lead Counsel for the Direct Purchaser Plaintiffs**


/s/ W. Joseph Nielsen                       /s/ Jan P. Levine
W. Joseph Nielsen                           Jan P. Levine
Assistant Attorney General                  PEPPER HAMILTON LLP
55 Elm Street                               3000 Two Logan Square
P.O. Box 120                                Eighteenth & Arch Streets

Hartford, CT 06141-0120
Tel: (860)808-5040
Fax: (860)808-5033
Joseph.Nielsen@ct.gov

**Liaison Counsel for the States**

/s/ William J. Blechman
William J. Blechman
KENNY NACHWALTER, P.A.
1441 Brickell Avenue
Suite 1100
Miami, Florida 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
wblechman@knpa.com

**Liaison Counsel for Direct Action Plaintiffs and Counsel for the Kroger Direct Action Plaintiffs**

Philadelphia, PA 19103-2799
Tel: (215) 981-4000
Fax: (215) 981-4750
levinej@pepperlaw.com

/s/ Sheron Korpus
Sheron Korpus
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
skorpus@kasowitz.com

/s/ Saul P. Morgenstern
Saul P. Morgenstern
ARNOLD & PORTER KAYE SCHOLER LLP
250 W. 55th Street
New York, NY 10019
Tel: (212) 836-8000
Fax: (212) 836-8689
saul.morgenstern@apks.com

/s/ Laura S. Shores
Laura S. Shores
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue
Washington, DC 20001
Tel: (202) 942-5000
Fax: (202) 942-5999
laura.shores@apks.com

/s/ Chul Pak
Chul Pak
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Fl.
New York, NY 10019
Tel: (212) 999-5800
Fax: (212) 999-5899
cpak@wsgr.com

**Defendants' Liaison Counsel**