IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | HON. CYNTHIA M. RUFE |

FILED
NOV 12 2019
KATE B(R...... Clerk
By_____ D.p. Clerk

PRETRIAL ORDER NO. 108
(EXTENDING TERMS OF PTO 96)

AND NOW, this 12th day of November 2019, upon consideration of the Joint Stipulation to Extend Pretrial Order No. 96 [MDL Doc. No. 1151], and for good cause shown, it is hereby ORDERED that the terms outlined in PTO 96 as to the conduct of discovery shall apply until March 15, 2020.

It is so ORDERED.

BY THE COURT:

Cynthia M. Rufe, J.
CYNTHIA M. RUFE, J.