**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS**<br>**PRICING ANTITRUST LITIGATION** | **MDL 2724**<br>**16-MD-2724** |
| | **HON. CYNTHIA M. RUFE** |
| **THIS DOCUMENT RELATES TO:** | |
| *ALL ACTIONS* | |

## ORDER

     **AND NOW**, this 14th day of November 2019, upon consideration of Defendants' Motion

for a Stay Pending a Petition for a Writ of Mandamus  [MDL Doc. No. 1144] and the opposition

thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Motion is **DENIED**.

                                           **BY THE COURT:**

                                           **/s/ Cynthia M. Rufe**

                                           _____

                                           **CYNTHIA M. RUFE, J.**