**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL NO. 2724<br>16-MD-2724<br><br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO: *State Attorneys General Litigation* | Civil Action No.<br>17-3768<br>19-2407 |

**NOTICE OF SERVING DISCOVERY RESPONSES**

I, Shereece Dendy-Sanders, hereby certify that on November 25, 2019, I caused a true and correct copy of the Plaintiff State Nebraska's Responses and Objections to Defendants' First Set of Interrogatories Propounded to the State of Nebraska to be served via email upon the following liaison counsel of record:

Sheron Korpus, Esq.
Kasowitz Benson Torres LLP
skorpus@kasowitz.com

Jan P. Levine, Esq.
Pepper Hamilton LLP
levinej@pepperlaw.com

Laura S. Shores, Esq.
Arnold & Porter Kaye Scholer LLP
laura.shores@apks.com

Saul P. Morgenstern, Esq.
Arnold & Porter Kaye Scholer LLP
saul.morgenstern@apks.com

Chul Pak, Esq.
Wilson Sonsini Goodrich & Rosati
Professional Corporation
cpak@wsgr.com

Defendants' Service List
MDL2724AllDeftsService@pepperlaw.com

1

Dated: November 25, 2019

STATE OF NEBRASKA
DOUGLAS J. PETERSON
ATTORNEY GENERAL


BY:   /s/ Shereece Dendy-Sanders
Shereece Dendy-Sanders
Assistant Attorney General
Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, NE 68509
Tel: (402) 471-9305
Fax: (402) 471-4725
Shereece.dendy-sanders@nebraska.gov

*Counsel for the State of Nebraska*