IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL NO. 2724<br><br>16-MD-2724<br><br>HON. CYNTHIA M. RUFE |

**JOINT PROPOSED AGENDA FOR DECEMBER 13, 2019 STATUS CONFERENCE**

Pursuant to Pretrial Order No. 102 (MDL Doc. No. 1127), Liaison Counsel hereby submit this proposed agenda of items to be brought before the Court at the status conference scheduled for December 13, 2019, at 10:30 a.m.:

1. Status of Discovery

   a. Search term negotiations
   b. Transaction data negotiations
   c. Go-Get document productions
   d. Discovery disputes update

2. Proposed Modifications to PTO 105 Deadlines

3. Status of Bellwether Selection Discussions

The State of New York has provided the following conference information for counsel wishing to participate by telephone:

866 394-2346
Code:  659 182 3682#

Dated: December 6, 2019                                 Respectfully submitted:

/s/  Roberta D. Liebenberg                              /s/  Dianne M. Nast
Roberta D. Liebenberg                                   Dianne M. Nast
FINE, KAPLAN AND BLACK, R.P.C.                          NASTLAW LLC
One South Broad Street, 23rd Floor                      1101 Market Street, Suite 2801
Philadelphia, PA 19107                                  Philadelphia, PA 19107
215-567-6565                                            215-923-9300

| | |
|---|---|
| rliebenberg@finekaplan.com | dnast@nastlaw.com |
| **Liaison and Lead Counsel for the End-Payer Plaintiffs** | **Liaison and Lead Counsel for the Direct Purchaser Plaintiffs** |
| */s/ W. Joseph Nielsen* <br> W. Joseph Nielsen <br> Assistant Attorney General <br> 55 Elm Street <br> P.O. Box 120 <br> Hartford, CT 06141-0120 <br> Tel: (860)808-5040 <br> Fax: (860)808-5033 <br> Joseph.Nielsen@ct.gov | */s/ Jan P. Levine* <br> Jan P. Levine <br> PEPPER HAMILTON LLP <br> 3000 Two Logan Square <br> Eighteenth & Arch Streets <br> Philadelphia, PA 19103-2799 <br> Tel: (215) 981-4000 <br> Fax: (215) 981-4750 <br> levinej@pepperlaw.com |
| **Liaison Counsel for the States** | */s/ Sheron Korpus* <br> Sheron Korpus <br> KASOWITZ BENSON TORRES LLP <br> 1633 Broadway <br> New York, New York 10019 <br> Tel: (212) 506-1700 <br> Fax: (212) 506-1800 <br> skorpus@kasowitz.com |
| */s/ William J. Blechman* <br> William J. Blechman <br> KENNY NACHWALTER, P.A. <br> 1441 Brickell Avenue <br> Suite 1100 <br> Miami, Florida 33131 <br> Tel: (305) 373-1000 <br> Fax: (305) 372-1861 <br> E-mail: wblechman@knpa.com | */s/ Saul P. Morgenstern* <br> Saul P. Morgenstern <br> ARNOLD & PORTER KAYE SCHOLER LLP <br> 250 W. 55th Street <br> New York, NY 10019 <br> Tel: (212) 836-8000 <br> Fax: (212) 836-8689 <br> saul.morgenstern@apks.com |
| **Liaison Counsel for Direct Action Plaintiffs and Counsel for the Kroger Direct Action Plaintiffs** | |
| | Laura S. Shores <br> ARNOLD & PORTER KAYE SCHOLER LLP <br> 601 Massachusetts Avenue <br> Washington, DC 20001 <br> Tel: (202) 942-5000 <br> Fax: (202) 942-5999 <br> laura.shores@apks.com |
| | */s/ Chul Pak* <br> Chul Pak |

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Fl.
New York, NY 10019
Tel: (212) 999-5800
Fax: (212) 999-5899
cpak@wsgr.com

**Defendants' Liaison Counsel**