UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> *The State of Connecticut, et al. v. Teva Pharmaceuticals USA, Inc.* | MDL 2724 <br> 16-MD-2724 <br><br> HON. CYNTHIA M. RUFE <br><br> 19-cv-2407-CMR |

**FILED**
DEC 09 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

**ORDER**

AND NOW, this 9th day of December 2019, it is hereby **ORDERED** that the attached motion is **APPROVED**. The deadline for the Plaintiff States to Respond to Defendant Pfizer Inc.'s Motion to Dismiss and Motion to Stay Discovery is extended until January 28, 2020.

It is so **ORDERED**.

BY THE COURT:

_Cynthia M. Rufe_
CYNTHIA M. RUFE, J.