# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO: | |
| *State of Connecticut et al. v. Aurobindo Pharma USA, Inc. et al.* | Civil Docket No. 2:17-cv-03768 |
| *United HealthCare Services, Inc. v. Actavis Holdco U.S., Inc. et al.* | Civil Docket No. 2:19-cv-00629 |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Pursuant to Paragraph 7 of Pretrial Order No. 1 and Order filed August 25, 2016 (No. 16-MD-2724, ECF No. 2 and No. 4), kindly enter the appearances of the following attorneys of Sills Cummis & Gross P.C. on behalf of Defendants Emcure Pharmaceuticals Ltd. and Satish Mehta in the above-captioned actions and respectfully request that all notices and other papers in this action be served upon them at the addresses listed below.

Dated: December 11, 2019                             Respectfully Submitted,

/s/ James E. Tyrrell, Jr.                            /s/ Elissa J. Glasband
SILLS CUMMIS & GROSS, P.C.                           SILLS CUMMIS & GROSS, P.C.
One Riverfront Plaza                                 One Riverfront Plaza
Newark, New Jersey 07102                             Newark, New Jersey 07102
(973)-643-7000                                       (973)-643-7000
(973)-643-6500 (fax)                                 (973)-643-6500 (fax)
jtyrrell@sillscummis.com                             eglasband@sillscummis.com

*/s/ Eric S. Westenberger*
SILLS CUMMIS & GROSS, P.C.
One Riverfront Plaza
Newark, New Jersey 07102
(973)-643-7000
(973)-643-6500 (fax)
ewestenberger@sillscummis.com

*/s/ Patrick Gilmartin*
SILLS CUMMIS & GROSS, P.C.
One Riverfront Plaza
Newark, New Jersey 07102
(973)-643-7000
(973)-643-6500 (fax)
pgilmartin@sillscummis.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2019, a true and correct copy of the above Notice of Appearance was filed electronically with the Clerk of the Court, using CM/ECF system which sent notification of such filing to counsel of record via the electronic filing system.

Dated: December 11, 2019

Respectfully Submitted,

/s/ Elissa J. Glasband
Elissa J. Glasband, Esq.
SILLS CUMMIS & GROSS, P.C.
One Riverfront Plaza
Newark, New Jersey 07102
(973)-643-7000
(973)-643-6500 Fax
eglasband@sillscummis.com
*Attorneys for Defendants Emcure Pharmaceuticals Ltd. and Satish Mehta*