IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>2:16-UR-27240<br>2:16-UR-27241<br>2:16-UR-27242 |
| IN RE: URSODIOL CASES | 2:16-UR-27243 |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | HON. CYNTHIA M. RUFE |

**ENTRY OF APPEARANCE**

TO THE CLERK OF COURT:

Pursuant to Paragraph 12 of Pretrial Order No. 33 (No. 16-md-2724, ECF No. 431), please enter the appearances of the following attorney of DeCotiis, FitzPatrick, Cole & Giblin, LLP on behalf of Defendant Epic Pharma, LLC in the above-captioned action.

Dated: December 12, 2019   Respectfully submitted,

*/s/ Gabrielle J. Canaie*_____
Gabrielle J. Canaie, Esq.
(NJ Bar No. 035602019)
DECOTIIS, FITZPATRICK, COLE
& GIBLIN, LLP
Glenpointe Centre West
500 Frank W. Burr Blvd.
Teaneck, NJ 07666
Tel: (201) 347-2132
Fax: (201 928-0588
gcanaie@decotiislaw.com

*Attorney for Defendant,
Epic Pharma, LLC*

2599386

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Entry of Appearance was served on December 12, 2019 by the Court's electronic filing system to all counsel of record in the above-captioned action.

*/s/ Gabrielle J. Canaie*
Gabrielle J. Canaie