IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724 <br> 16-MD-2724 |
| THIS DOCUMENT RELATES TO: | HON. CYNTHIA M. RUFE |
| *Humana, Inc. v. Actavis Elizabeth LLC,* et al. | Civil Action No. 19-4862 |

## ORDER

**AND NOW,** this 12th day of December 2019, upon consideration of the Plaintiff's Motion to File Portions of the Complaint Under Seal [Doc. No. 4], to which no opposition has been filed, it is hereby **ORDERED** that the Motion is **GRANTED**.

It is so **ORDERED.**

BY THE COURT:

CYNTHIA M. RUFE, J.