IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO: | |
| *State of Connecticut et al. v. Aurobindo Pharma USA, Inc. et al.* | Civil Docket No. 2:17-cv-03768 |
| *United HealthCare Services, Inc. v. Actavis Holdco U.S., Inc. et al.* | Civil Docket No. 2:19-cv-00629 |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

      Pursuant to Paragraph 7 of Pretrial Order No. 1 and Order filed August 25, 2016 (No. 16-MD-2724, ECF No. 2 and No. 4), kindly enter the appearances of the following attorneys of Sills Cummis & Gross P.C. on behalf of Defendants Emcure Pharmaceuticals Ltd. and Satish Mehta in the above-captioned actions and respectfully request that all notices and other papers in this action be served upon them at the addresses listed below.

| | |
|---|---|
| Dated: December 11, 2019 | Respectfully Submitted, |
| */s/ James E. Tyrrell, Jr.*<br>SILLS CUMMIS & GROSS, P.C.<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br>(973)-643-7000<br>(973)-643-6500 (fax)<br>jtyrrell@sillscummis.com | */s/ Elissa J. Glasband*<br>SILLS CUMMIS & GROSS, P.C.<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br>(973)-643-7000<br>(973)-643-6500 (fax)<br>eglasband@sillscummis.com |

| | |
|---|---|
| */s/ Eric S. Westenberger* | */s/ Patrick Gilmartin* |
| SILLS CUMMIS & GROSS, P.C. | SILLS CUMMIS & GROSS, P.C. |
| One Riverfront Plaza | One Riverfront Plaza |
| Newark, New Jersey 07102 | Newark, New Jersey 07102 |
| (973)-643-7000 | (973)-643-7000 |
| (973)-643-6500 (fax) | (973)-643-6500 (fax) |
| ewestenberger@sillscummis.com | pgilmartin@sillscummis.com |

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2019, a true and correct copy of the above Notice of Appearance was filed electronically with the Clerk of the Court, using CM/ECF system which sent notification of such filing to counsel of record via the electronic filing system.

Dated: December 23, 2019

Respectfully Submitted,

/s/ James E. Tyrrell, Jr.
James E. Tyrrell, Jr., Esq.
SILLS CUMMIS & GROSS, P.C.
One Riverfront Plaza
Newark, New Jersey 07102
(973)-643-7000
(973)-643-6500 Fax
jtyrrell@sillscummis.com
*Attorneys for Defendants Emcure Pharmaceuticals Ltd. and Satish Mehta*

/s/ Eric S. Westenberger
SILLS CUMMIS & GROSS, P.C.
One Riverfront Plaza
Newark, New Jersey 07102
(973)-643-7000
(973)-643-6500 (fax)
ewestenberger@sillscummis.com
*Attorneys for Defendants Emcure Pharmaceuticals Ltd. and Satish Mehta*

/s/ Patrick Gilmartin
SILLS CUMMIS & GROSS, P.C.
One Riverfront Plaza
Newark, New Jersey 07102
(973)-643-7000
(973)-643-6500 (fax)
pgilmartin@sillscummis.com
*Attorneys for Defendants Emcure Pharmaceuticals Ltd. and Satish Mehta*