# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | MDL 2724<br>16-MD-2724 |
| **THIS DOCUMENT RELATES TO:**<br>*ALL ACTIONS* | **HON. CYNTHIA M. RUFE** |

## PRETRIAL ORDER NO. 110
## (AMENDING CERTAIN DATES IN PRETRIAL ORDER NO. 105)

**AND NOW**, this 26th day of December 2019, upon consideration of the attached stipulation of counsel, submitted on behalf of their respective parties in the MDL to Extend Certain Pretrial Discovery Deadlines ("Stipulation"), it is hereby **ORDERED** that the Stipulation is **APPROVED**. The deadlines previously provided in Pretrial Order No. 105 are hereby **AMENDED** as set forth in the Stipulation.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | HON. CYNTHIA M. RUFE |

**JOINT STIPULATION TO EXTEND CERTAIN PRETRIAL DISCOVERY DEADLINES**

**WHEREAS** the Court entered a Case Management Order and Discovery Schedule on October 24, 2019 (Pretrial Order No. 105, ECF 1135) setting forth certain deadlines for the management of and discovery schedule for cases pending in the MDL as of September 1, 2019 (the "CMO");

**WHEREAS** the parties in the MDL have engaged in substantial ongoing efforts since the CMO's entry to complete discovery within the deadlines provided therein;

**WHEREAS** the parties have discussed, in light of the large number of parties involved in the MDL, the complexity of the issues and discovery process, and the parties' substantial and ongoing efforts to complete discovery, that an extension to certain deadlines provided in the CMO is warranted;

**NOW, THEREFORE**, it is jointly stipulated and agreed by and among the parties, through their undersigned liaison counsel, to extend certain deadlines set forth in the CMO as follows:

3. **DISCOVERY OF DEFENDANTS' CUSTODIAL FILES**

   **Section 3(c)(i):** The deadline provided herein shall be extended to December 20, 2019.

**Section 3(d)**: The deadline provided herein for substantial completion of custodial document productions shall be extended to March 9, 2020. The deadline for service of privilege logs shall be extended to April 6, 2020.

4. **DISCOVERY OF DEFENDANTS' TARGETED DOCUMENTS**

    **4(b)(i)**: The deadline provided herein shall be extended to January 20, 2020.

    **4(b)(ii)**: The deadline provided herein shall be extended to April 27, 2020.

    **4(c)**: The deadline provided for raising disputes about documents identified in ¶ 4(a)(i) of the CMO with the Special Masters shall be extended to February 3, 2020. The deadline provided for raising disputes about documents identified in ¶¶ 4(a)(ii) and (iii) of the CMO with the Special Masters shall be extended to May 7, 2020.

    **4(d)**: The deadline provided herein for substantial completion of the production of documents identified in ¶ 4(a)(i) of the CMO (otherwise known as "go get" documents) shall be extended to February 6, 2020. The deadline to produce privilege logs related to those documents identified in ¶ 4(a)(i) of the CMO shall be extended to February 21, 2020. The deadline provided herein for substantial completion of the production of documents identified in ¶¶ 4(a)(ii) and (iii) of the CMO shall be extended to June 2, 2020. The deadline to produce privilege logs related to those documents identified in ¶¶ 4(a)(ii) and (iii) of the CMO shall be extended to July 7, 2020.

    **4(e)(iii)**: The deadlines provided herein shall be extended to March 23, 2020 for requests for clawbacks related to those documents identified in ¶ 4(a)(i) of the CMO and May 28, 2020 for requests for clawbacks related to those documents identified in ¶ 4(a)(ii) and (iii) of the CMO.

5. **DEFENDANTS' TRANSACTIONAL DATA, COST INFORMATION AND RELATED DOCUMENTS**

    **5(b)**: The deadline provided herein to complete meet and confers concerning transaction-level sales data, cost information, and related documents shall be extended to February 19, 2020.

The deadline provided herein to bring any disputes to Special Master Marion shall be extended to February 25, 2020.

**5(c):** The deadline provided herein for Section 5(c)(i) shall be extended to March 30, 2020. The deadline provided herein for Section 5(c)(ii) shall be extended to March 30, 2020 or within 60 days of a new or amended complaint, whichever is later.

**7. PLAINTIFFS' DOCUMENT PRODUCTIONS AND TRANSACTIONAL DATA**

**7(a):** The deadline provided herein to meet and confer with the States shall be extended to March 30, 2020.

**7(b):** The deadlines provided shall be extended to December 13, 2019 for the Private Plaintiffs and April 13, 2020 for the States.

**7(c):** The deadlines provided herein shall be extended to March 9, 2020 for the Private Plaintiffs and May 21, 2020 for the States. Privilege logs shall be produced 30 days thereafter from each respective deadline.

**8. FACT DEPOSITIONS**

**8(a):** The deadline provided herein shall be extended to June 4, 2020 and continue through December 6, 2021.

**8(c):** The deadline provided herein shall be extended to April 27, 2020.

**9. BELLWETHER SELECTIONS**

**9(b):** The deadline provided herein shall be extended by agreement of the parties after consultation with the Special Master, or if no agreement is achieved, by later Order of the Court.

**10. MERITS EXPERT DEPOSITIONS**

**10(a):** The deadline provided herein for Plaintiffs to serve expert reports shall be extended to July 19, 2021. The deadline provided herein for Plaintiffs' experts to be made available for depositions shall be extended to September 2, 2021.

**10(b):** The deadline provided herein for Defendants to serve expert reports shall be extended to October 18, 2021. The deadline provided herein for Defendants' experts to be made available for depositions shall be extended to November 4, 2021.

**10(c):** The deadline provided herein shall be extended to December 27, 2021.

11. **CLASS CERTIFICATION AND RELATED *DAUBERT* MOTIONS**

**11(a):** The deadline provided herein shall be extended to January 4, 2021.

**11(b):** The deadline provided herein shall be extended to February 3, 2021.

**11(c):** The deadline provided herein shall be extended to March 17, 2021.

**11(d):** The deadline provided herein shall be extended to April 7, 2021.

**11(e):** The deadline provided herein shall be extended to April 19, 2021.

It is further jointly stipulated and agreed by and among the parties, through their undersigned liaison counsel, that all other deadlines and/or obligations imposed by the CMO that are not extended herein shall remain in effect.

It is so **STIPULATED**.

Dated: December 23, 2019

**[SIGNATURES ON THE NEXT TWO PAGES]**

*/s/ Roberta D. Liebenberg*
Roberta D. Liebenberg
FINE, KAPLAN AND BLACK, R.P.C.
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
(215) 567-6565
rliebenberg@finekaplan.com

*Liaison and Lead Counsel for the End-Payer Plaintiffs*

*/s/ W. Joseph Nielsen*
W. Joseph Nielsen
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel:  (860) 808-5040
Fax:  (860) 808-5033
Joseph.Nielsen@ct.gov

*Liaison Counsel for the States*

*/s/ Jan P. Levine*
Jan P. Levine
**PEPPER HAMILTON LLP**
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Tel:  (215) 981-4000
Fax:  (215) 981-4750
levinej@pepperlaw.com

*/s/ Sheron Korpus*
Sheron Korpus
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
skorpus@kasowitz.com

*/s/ Dianne M. Nast*
Dianne M. Nast
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, PA 19107
(215) 923-9300
dnast@nastlaw.com

*Liaison and Lead Counsel for the Direct Purchaser Plaintiffs*

*/s/ William J. Blechman*
William J. Blechman
KENNY NACHWALTER, P.A.
1441 Brickell Avenue
Suite 1100
Miami, Florida  33131
Tel:  (305) 373-1000
Fax:  (305) 372-1861
wblechman@knpa.com

*Liaison Counsel for Direct Action Plaintiffs and Counsel for the Kroger Direct Action Plaintiffs*

5

*/s/  Saul P. Morgenstern*
Saul P. Morgenstern
**ARNOLD & PORTER KAYE SCHOLER LLP**
250 W. 55th Street
New York, NY 10019
Tel: (212) 836-8000
Fax: (212) 836-8689
saul.morgenstern@apks.com

*/s/  Laura S. Shores*
Laura S. Shores
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Avenue
Washington, DC 20001
Tel: (202) 942-5000
Fax: (202) 942-5999
laura.shores@apks.com

*/s/  Chul Pak*
Chul Pak
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
1301 Avenue of the Americas, 40th Fl.
New York, NY 10019
Tel: (212) 999-5800
Fax: (212) 999-5899
cpak@wsgr.com

*Defendants' Liaison Counsel*