**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL NO. 2724** |
| | **16-MD-2724** |
| **THIS DOCUMENT RELATES TO: ALL ACTIONS** | **HON. CYNTHIA M. RUFE** |

**JOINT PROPOSED AGENDA FOR
JANUARY 9, 2020 LEADERSHIP STATUS CONFERENCE**

Pursuant to Pretrial Order No. 102 (MDL Doc. No. 1127), Liaison Counsel hereby submit this proposed agenda of items to be brought before the Court at the Leadership Status Conference scheduled for January 9, 2020, at 1:30 pm:

1.    Status of Recently Filed Cases

2.    Status Update re Bellwether/Sequencing of Cases

Dated: January 2, 2020                                  Respectfully submitted:

/s/  Roberta D. Liebenberg                             /s/  Dianne M. Nast
Roberta D. Liebenberg                                  Dianne M. Nast
FINE, KAPLAN AND BLACK, R.P.C.            NASTLAW LLC
One South Broad Street, 23rd Floor               1101 Market Street, Suite 2801
Philadelphia, PA 19107                                 Philadelphia, PA 19107
215-567-6565                                               215-923-9300
rliebenberg@finekaplan.com                         dnast@nastlaw.com

**Liaison and Lead Counsel for the End-Payer Plaintiffs**           **Liaison and Lead Counsel for the Direct Purchaser Plaintiffs**


/s/ W. Joseph Nielsen                                    /s/ Jan P. Levine
W. Joseph Nielsen                                        Jan P. Levine
Assistant Attorney General                            PEPPER HAMILTON LLP
55 Elm Street                                               3000 Two Logan Square
P.O. Box 120                                               Eighteenth & Arch Streets
Hartford, CT 06141-0120                             Philadelphia, PA 19103-2799
Tel:  (860)808-5040                                      Tel:  (215) 981-4000

Fax:  (860)808-5033
Joseph.Nielsen@ct.gov

**Liaison Counsel for the States**


*/s/ William J. Blechman*
William J. Blechman
KENNY NACHWALTER, P.A.
1441 Brickell Avenue
Suite 1100
Miami, Florida  33131
Tel:  (305) 373-1000
Fax:  (305) 372-1861
wblechman@knpa.com

**Liaison Counsel for Direct Action Plaintiffs and Counsel for the Kroger Direct Action Plaintiffs**

Fax:  (215) 981-4750
levinej@pepperlaw.com

*/s/ Sheron Korpus*
Sheron Korpus
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
skorpus@kasowitz.com

*/s/ Saul P. Morgenstern*
Saul P. Morgenstern
ARNOLD & PORTER KAYE SCHOLER LLP
250 W. 55th Street
New York, NY 10019
Tel: (212) 836-8000
Fax: (212) 836-8689
saul.morgenstern@apks.com


*/s/ Laura S. Shores*
Laura S. Shores
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue
Washington, DC 20001
Tel: (202) 942-5000
Fax: (202) 942-5999
laura.shores@apks.com

*/s/ Chul Pak*
Chul Pak
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Fl.
New York, NY 10019
Tel: (212) 999-5800
Fax: (212) 999-5899
cpak@wsgr.com

**Defendants' Liaison Counsel**