**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION<br><br>1199SEIU NATIONAL BENEFIT FUND, ET AL<br><br>Plaintiffs,<br><br>Versus<br><br>ACTAVIS HOLDCO U.S., INC., ET AL<br><br>Defendants | MDL NO. 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE<br><br><br>C.A. NO. 18-cv-02401 |

**NOTICE OF APPEARANCE**

TO THE CLERK:

Please enter the appearance of TerriAnne Benedetto of the The Dugan Law Firm, APLC, as attorney for Louisiana Health Service Indemnity Company and the End-Payer Plaintiffs in connection with the above-captioned matter.

DATED:  January 3, 2020

*/s/ TerriAnne Benedetto*
TerriAnne Benedetto
THE DUGAN LAW FIRM, APLC
263 S. 3rd Street
Philadelphia, PA 19106
Telephone:  (504) 648-0180
Facsimile: (504) 648-0181
tbenedetto@dugan-lawfirm.com


*Counsel for Louisiana Health Service Indemnity Company and the End-Payor Plaintiffs*

## *CERTIFICATE OF SERVICE*

I hereby certify that on this 3rd day of January, 2020, I caused the foregoing **Entry of Appearance** to be filed electronically with the Clerk of the Court by using the CM/ECF system which will serve a copy on all interested parties registered for the electronic filing, and is available for viewing and downloading from the ECF system.

  */s/ TerriAnne Benedetto*
  **TerriAnne Benedetto**