UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION <br><br> ——————————————— <br><br> THIS DOCUMENT RELATES TO: <br><br> ALL END-PAYER ACTIONS | Case No. 2:16-md-2724 <br><br> Hon. Cynthia M. Rufe |

## ENTRY OF APPEARANCE

TO THE CLERK:

Please enter the appearance of TerriAnne Benedetto of The Dugan Law Firm, APLC, on behalf of Plaintiffs, Louisiana Health Service and Indemnity Company, d/b/a Blue Cross and Blue Shield of Louisiana, and HMO Louisiana, Inc. ("BCBSLA"), in the above-captioned matter.

Date: January 3, 2020

/s/ TerriAnne Benedetto
TerriAnne Benedetto
THE DUGAN LAW FIRM, APLC
269 S. 3rd Street
Philadelphia, PA 19106
Telephone: (504) 648-0180
Facsimile: (504) 648-0181
tbenedetto@dugan-lawfirm.com

*Counsel for Plaintiffs,*
*Louisiana Health Service and*
*Indemnity Company d/b/a Blue Cross*
*and Blue Shield of Louisiana, and*
*HMO Louisiana, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of January, 2020, I caused the foregoing Entry of Appearance to be filed electronically with the Clerk of Court by using the CM/ECF system, which will serve a copy upon all interested parties registered for electronic filing, and is available for viewing and downloading from the ECF system.

/s/ TerriAnne Benedetto
TerriAnne Benedetto