IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br>*ALL ACTIONS* | HON. CYNTHIA M. RUFE |

FILED
JAN 0 6 2020
KATE BARKMAN, Clerk
By_____ Dep. Clerk

### ORDER

**AND NOW,** this 6th day of January 2020, upon consideration of the attached Stipulation of the parties, it is hereby **ORDERED** that the extension of time is **GRANTED**. Any objections to the First Report and Recommendation of Special Discovery Master Bruce Merenstein [MDL Doc. No. 1176], currently due to be filed on January 6, 2020 (14 calendar days from the filing of the Report and Recommendation as set forth in Pretrial Order No. 49) shall be filed no later than **January 27, 2020**.

It is so **ORDERED.**

BY THE COURT:

CYNTHIA M. RUFE, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | |

**JOINT STIPULATION CONCERNING BRIEFING OF OBJECTIONS TO THE FIRST REPORT AND RECOMMENDATION OF THE SPECIAL DISCOVERY MASTER**

AND NOW, come the parties, by and through their undersigned counsel, and hereby STIPULATE AND AGREE to the following:

1. On December 23, 2019, Special Discovery Master Bruce Merenstein issued his First Report and Recommendation concerning Plaintiffs' motion to compel Karen Strelau and Susan Knoblauch, two former executives of certain pharmaceutical company defendants, to produce certain documents in response to Rule 45 subpoena [MDL Doc. No. 1176];

2. Under Local Rule 7.1 and this Court's Policies and Procedures, any objections to the First Report and Recommendation are due on January 13, 2020;

3. Given the importance of the issues presented, Plaintiffs require additional time in which to file their objections to the First Report and Recommendation;

ACCORDINGLY, it is HEREBY STIPULATED AND AGREED that Plaintiffs shall have a two-week extension, until January 27, 2020, in which to file their objections to the First Report and Recommendation.

**IT IS SO STIPULATED.**

Dated: January 6, 2020

By: /s/ Roberta D. Liebenberg
    Roberta D. Liebenberg
FINE, KAPLAN AND BLACK, R.P.C.
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
Tel: (215) 567-6565
Fax: (215) 568-5872
rliebenberg@finekaplan.com

*Lead and Liaison Counsel for the End-Payor Plaintiffs*

By: /s/ Jonathan W. Cuneo
    Jonathan W. Cuneo
CUNEO, GILBERT & LADUCA LLP
4725 Wisconsin Ave, NW, Suite 200
Washington, DC 20016
Tel: (202) 789-3960
Fax: (202) 789-1813
jonc@cuneolaw.com

*Lead Counsel for the Indirect Reseller Plaintiffs*

By: /s/ William J. Blechman
    William J. Blechman
KENNY NACHWALTER, P.A.
1441 Brickell Avenue, Suite 1100
Miami, Florida 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
wblechman@knpa.com

*Counsel for the Kroger Direct Action Plaintiffs and Liaison Counsel for DAPs*

By: /s/ Dianne M. Nast
    Dianne M. Nast
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, PA 19107
Tel: (215) 923-9300
Fax: (215) 923-9302
dnast@nastlaw.com

*Lead and Liaison Counsel for the Direct Purchaser Plaintiffs*

By: /s/ W. Joseph Nielsen
    W. Joseph Nielsen
Assistant Attorney General
State of Connecticut
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5040
Fax: (860) 808-5033
Joseph.Nielsen@ct.gov

*Liaison Counsel for the States*

By: */s/ Jan P. Levine*
    Jan P. Levine
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103-2799
Tel: (215) 981-4000
Fax: (215) 981-4714
levinej@pepperlaw.com

*Lead Liaison Counsel for Defendants*

By: */s/ Brian M. Heberlig*
    Brian M. Heberlig
    William Drake
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 429-3000
Fax: (202) 429-3902
bheberlig@steptoe.com

*Counsel for Karen Strelau*

By: */s/ Christopher B. Mead*
    Christopher B. Mead
    Lisa Manning
SCHERTLER ONORATO & MEAD, LLP
901 New York Avenue, N.W.
Suite 500
Washington, DC 20001
Tel: (202) 628-4199
Fax: (202) 628-4177
cmead@schertlerlaw.com

*Counsel for Susan Knoblauch*

3