

Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808
+1  215  994  4000  Main
+1  215  994  2222  Fax
www.dechert.com

**GEORGE G. GORDON**

george.gordon@dechert.com
+1 215 994 2382  Direct
+1 215 994 4000  Fax

January 8, 2020

**VIA ECF**

The Hon. Cynthia M. Rufe
United States District Court
Eastern District of Pennsylvania
James A. Byrne Courthouse
601 Market Street
Philadelphia, PA 19106

Re:   *In re Generic Pharmaceutical Pricing Antitrust Litig.*, No. 16-2724 (E.D. Pa.).

Dear Judge Rufe:

The undersigned counsel (collectively, "Defendants") write regarding the upcoming January 9, 2020, Leadership/Liaison-Only Status Conference. The Joint Proposed Agenda for the January 9 Conference, Dkt. 1182, includes a "Status Update re Bellwether/Sequencing of Cases." The potential use and selection of "bellwether" actions, and/or the sequencing of actions for trial, raise extraordinarily important issues in this case.

As the Court is aware, however, the Defense Liaison Counsel who will be present on January 9 do not have authority to represent the interests of, or advocate on behalf of, each individual Defendant on issues that impact the substantive and procedural rights of all Defendants in the case. *See* Pretrial Order No. 22, Dkt. 343 (designating liaison counsel to perform purely administrative functions). The potential use and selection of bellwether actions, or the sequencing of actions for trial, certainly qualify as substantive issues affecting all Defendants. Moreover, individual Defendants are differently situated, and their interests and positions regarding these issues may differ.

As a result, any discussion at the January 9 Conference related to the use or selection of bellwether cases, or the sequencing of actions for trial, should be strictly limited to an administrative "status update" regarding the process for considering potential selection criteria. Any substantive discussion—i.e., a discussion regarding the parties' positions with respect to the use or selection of bellwether actions and/or the basis for those positions—should be reserved for a conference at which each Defendant has the opportunity to participate.



Respectfully submitted,

*/s/ George G. Gordon*

George G. Gordon
Julia Chapman
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104-2808
Tel.: (215) 994-2382
Fax: (215) 655-2240
george.gordon@dechert.com
julia.chapman@dechert.com

Gerald E. Arth
Ryan T. Becker
FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103
Tel.: (215) 299-2000
Fax: (215) 299-2150
garth@foxrothschild.com
rbecker@foxrothschild.com

*Counsel for Lannett Company, Inc.*



| | |
|---|---|
| */s/ Anthony C. Porcelli* | */s/ Raymond A. Jacobsen, Jr.* |
| POLSINELLI PC | Raymond A. Jacobsen, Jr. |
| 150 N Riverside Plaza, Suite 3000 | Paul M. Thompson |
| Chicago, IL 60606 | Lisa A. Peterson |
| Tel: (312) 819-1900 | MCDERMOTT WILL & EMERY LLP |
| Fax: (312) 819-1910 | 500 N. Capitol St. NW |
| aporcelli@polsinelli.com | Washington, D.C. 20001 |
| | Tel.: (202) 756-8000 |
| Amy D. Fitts | rayjacobsen@mwe.com |
| POLSINELLI PC | pthompson@mwe.com |
| 900 w. 48th Place, Suite 900 | lpeterson@mwe.com |
| Kansas City, MO 64112 | |
| Tel: (816) 753-1000 | Nicole L. Castle |
| Fax: (816) 222-0425 | MCDERMOTT WILL & EMERY LLP |
| afitts@polsinelli.com | 340 Madison Ave. |
| | New York, NY 10173 |
| *Counsel for Defendants Akorn, Inc.* | Tel.: (212) 547-5400 |
| *Akorn Sales, Inc., and Hi-Tech* | ncastle@mwe.com |
| *Pharmacal Co. Inc.* | |
| | David L. Hanselman, Jr. |
| | MCDERMOTT WILL & EMERY LLP |
| | 444 W. Lake St. |
| | Suite 4000 |
| | Chicago, IL 60606 |
| | Tel.: (312) 984-3610 |
| | dhanselman@mwe.com |
| | |
| | *Counsel for Amneal Pharmaceuticals* |
| | *LLC, Impax Laboratories, Inc., and* |
| | *Impax Laboratories, LLC* |



January 8, 2020
Page 4

| | |
|---|---|
| */s/ Elizabeth A. N. Haas* | */s/ W. Gordon Dobie* |
| Elizabeth A. N. Haas<br>FOLEY & LARDNER LLP<br>777 E. Wisconsin Ave. Milwaukee, WI 53202-5306<br>Tel.: (414) 271-2400<br>Fax: (414) 297-4900<br>ehaas@foley.com<br><br>*Counsel for Apotex Corp.* | W. Gordon Dobie<br>Winston & Strawn LLP<br>35 W. Wacker Dr.<br>Chicago, IL 60601<br>Tel: (312) 558-5600<br>Fax: (312) 558-5700<br>WDobie@winston.com<br><br>Irving Wiesen<br>LAW OFFICES OF IRVING L. WIESEN, P.C.<br>420 Lexington Avenue - Suite 2400<br>New York, NY 1170<br>Tel: (212) 381-8774<br>Fax: (646) 536-3185<br>iwiesen@wiesenlaw.com<br><br>*Counsel for Defendant Ascend Laboratories, LLC* |
| */s/ Wayne A. Mack* | */s/ Stacey Anne Mahoney* |
| Wayne A. Mack<br>Sean P. McConnell<br>Sarah O'Laughlin Kulik<br>DUANE MORRIS LLP<br>30 S. 17th Street<br>Philadelphia, PA 19103<br>Tel: (215) 979-1152<br>wamack@duanemorris.com<br>spmcconnell@duanemorris.com<br>sckulik@duanemorris.com<br><br>*Counsel for Defendant Aurobindo Pharma USA, Inc.* | Stacey Anne Mahoney<br>101 Park Avenue<br>New York, NY 10178<br>Tel.: (212) 309-6930<br>Fax: (212) 309-6001<br>stacey.mahoney@morganlewis.com<br><br>*Counsel for Breckenridge Pharmaceutical, Inc.* |



January 8, 2020
Page 5

*/s/ Steven E. Bizar*
Steven E. Bizar
John P. McClam
Tiffany E. Engsell
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Tel.: (215) 994-2000
steven.bizar@dechert.com
john.mcclam@dechert.com
tiffany.engsell@dechert.com

*Counsel for Citron Pharma LLC*

*/s/ Thomas H. Lee II*
Thomas H. Lee II
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Tel.: (215) 994-2994
Fax.: (215) 994-2222
thomas.lee@dechert.com

*Counsel for David Rekenthaler*

*/s/ Roger B. Kaplan*
Roger B. Kaplan, Esq.
Jason Kislin, Esq.
Aaron Van Nostrand, Esq.
Greenberg Traurig, LLP
500 Campus Drive, Suite 400
Florham Park, NJ 07931
Phone: (973) 360-7900
Fax: (973) 295-1257

Brian T. Feeney, Esq.
Greenberg Traurig, LLP
1717 Arch St. Suite 400
Philadelphia, PA 19103
Phone: (215) 988-7812
Fax: (215) 717-5265

*Counsel for Defendant Dr. Reddy's Laboratories, Inc.*

*/s/ Jeffrey D. Smith*
Jeffrey D. Smith
Thomas A. Abbate
Amar A. Mehta
Gabrielle J. Canaie
DECOTIIS, FITZPATRICK, COLE & GIBLIN, LLP
61 South Paramus Road, Suite 250
Paramus, NJ 07652
Tel: (201) 928-1100
Fax: (201) 928-0588
jsmith@decotiislaw.com
tabbate@decotiislaw.com
amehta@decotiislaw.com
gcanaie@decotiislaw.com

*Counsel for Epic Pharma, LLC*



January 8, 2020
Page 6

| | |
|---|---|
| */s/ Anna M. Rathbun* | */s/ Steven A. Reed* |
| Marguerite M. Sullivan | Steven A. Reed |
| Anna M. Rathbun | Morgan, Lewis & Bockius LLP |
| LATHAM & WATKINS LLP | 1701 Market St. |
| 555 Eleventh Street, NW | Philadelphia, PA 19103 |
| Suite 1000 | Tel: (215) 963-5603 |
| Washington, D.C. 20004 | Fax: (215) 963-5001 |
| Tel.: (202) 637-2200 | steven.reed@morganlewis.com |
| Fax: (202) 637-2201 | |
| marguerite.sullivan@lw.com | *Counsel for Glenmark Pharmaceuticals* |
| anna.rathbun@lw.com | *Inc., USA* |
| | |
| *Counsel for G&W Laboratories* | |
| | |
| */s/ Edward B. Schwartz* | */s/ Robert E. Welsh, Jr.* |
| Edward B. Schwartz, Esq. | Robert E. Welsh, Jr., Esquire |
| Andrew C. Bernasconi, Esq. | Welsh & Rucker, P.C. |
| Karl E. Herrmann, Esq. | 306 Walnut Street |
| REED SMITH LLP | Philadelphia, PA 19106 |
| 1301 K Street NW | (215) 972-6430 |
| Suite 1000-East Tower | |
| Washington, DC 20005 | *Counsel for Kevin Green* |
| Tel: (202) 414-9232 | |
| Fax: (202) 414-9299 | |
| eschwartz@reedsmith.com | |
| abernasconi@reedsmith.com | |
| kherrmann@reedsmith.com | |
| | |
| *Counsel for Defendant Heritage* | |
| *Pharmaceuticals Inc.* | |



January 8, 2020
Page 7

*/s/ James A. Backstrom*
James A. Backstrom
1515 Market St. Suite 1200
Philadelphia, PA 19102
Tel: (215) 864-7797
jabber@backstromlaw.com

*Counsel for Defendant Marc Falkin*

*/s/ Thomas H. Suddath, Jr.*
Thomas H. Suddath, Jr.
Annie E. Rollins
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
(215) 851-8100
(215) 851-1420 (fax)
tsuddath@reedsmith.com

Michael E. Lowenstein
REED SMITH LLP
Reed Smith Centre 225 Fifth Avenue
Pittsburgh, PA 15222
(412) 288-3131
(412) 288-3063 (fax)
mlowenstein@reedsmith.com

*Counsel for Maureen Cavanaugh*



*/s/ Michael Martinez*
Michael Martinez
Steven Kowal
Lauren Norris Donahue
Brian J. Smith
K&L GATES LLP
70 W. Madison St., Suite 3300
Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000
michael.martinez@klgates.com
steven.kowal@klgates.com
lauren.donahue@klgates.com
brian.j.smith@klgates.com

*Counsel for Mayne Pharma Inc*.

*/s/ John E. Schmidtlein*
John E. Schmidtlein
Sarah F. Teich
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel.: (202) 434-5000
Fax: (202) 434-5029
jschmidtlein@wc.com
steich@wc.

*Counsel for Par Pharmaceutical, Inc.*



January 8, 2020
Page 9

*/s/ J. Clayton Everett, Jr.*
Scott A. Stempel
J. Clayton Everett, Jr.
Tracey F. Milich (Pa. ID No. 316753)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel.: (202) 739-3000
Fax: (202) 739-3001
scott.stempel@morganlewis.com
clay.everett@morganlewis.com
tracey.milich@morganlewis.com

Harvey Bartle IV. (Pa. ID No. 91566)
Francis A. DeSimone, (Pa. ID No. 320837)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Tel.: (215) 963-5000
Fax: (215) 963-5001
harvey.bartle@morganlewis.com
frank.desimone@morganlewis.com

*Counsel for Perrigo New York, Inc.*

*/s/ Ilana H. Eisenstein*

DLA PIPER LLP (US)

Ilana H. Eisenstein
Ben C. Fabens-Lassen
1650 Market Street, Suite 5000
Philadelphia, PA 19103
(215) 656-3300
ilana.eisenstein@dlapiper.com
ben.fabens-lassen@dlapiper.com

Edward S. Scheideman
500 Eighth Street, NW
Washington, D.C. 20004
Tel: (202) 799-4000
Edward.scheideman@dlapiper.com

*Counsel for Pfizer Inc. and Greenstone LLC*



January 8, 2020<br>Page 10

| | |
|---|---|
| */s/ Erik T. Koons* | */s/ Amy B. Carver* |
| John M. Taladay | Amy B. Carver |
| Erik T. Koons | WELSH & RECKER, P.C. |
| Stacy L. Turner | 306 Walnut Street |
| Christopher P. Wilson | Philadelphia, PA 19106 |
| BAKER BOTTS LLP | (215) 972-6430 |
| 1299 Pennsylvania Avenue NW | (215) 972-6436 (fax) |
| Washington, D.C. 20004-2400 | abcarver@welshrecker.com |
| Tel.: (202) 639-7700 | |
| Fax: (202) 639-7890 | *Counsel for Tracy Sullivan DiValerio* |
| john.taladay@bakerbotts.com | |
| erik.koons@bakerbotts.com | |
| stacy. turner@bakerbotts.com | |
| christopher. wilson@bakerbotts.com | |

Lauri A. Kavulich
Ann E. Lemmo
CLARK HILL PLC
2005 Market St, Suite 1000
Philadelphia, PA 19103
Tel.: (215) 640-8500
Fax: (215) 640-8501
lkavulich@clarkhill.com
alemmo@clarkhill.com

Lindsay S. Fouse
CLARK HILL PLC
301 Grant St, 14th Floor
Pittsburgh , PA 15219
Tel.: (412) 394-7711
Fax: ( 412) 394-2555
lfouse@clarkhill.com

*Counsel for Sun Pharmaceutical Industries, Inc., Taro Pharmaceuticals U.S.A., Inc., Taro Pharmaceutical Industries Ltd., and Mutual Pharmaceutical Company*



January 8, 2020
Page 11

/s/ Devora W. Allon
Jay P. Lefkowitz, P.C.
Devora W. Allon
Alexia R. Brancato
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel.: (212) 446-4800
Fax.: (212) 446-4900

*Counsel for Upsher-Smith Laboratories, LLC*

/s/ Robin D. Adelstein
Robin D. Adelstein
Mark A. Robertson
Gerald A. Stein
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, NY 10019-6022
Tel:  (212) 318-3000
Fax:  (212) 318-3400
robin.adelstein@nortonrosefulbright.com
mark.robertson@nortonrosefulbright.com
gerald.stein@nortonrosefulbright.com

*Counsel for Defendants Valeant Pharmaceuticals North America LLC, Valeant Pharmaceuticals International, and Oceanside Pharmaceuticals, Inc.*

/s/ Jason R. Parish
Jason R. Parish
Bradley J. Kitlowski
BUCHANAN INGERSOLL & ROONEY PC
1700 K. Street, N.W., Suite 300
Washington, D.C. 20006
Tel.: (202) 452-7900
Fax: (202) 452-7989
jason.parish@bipc.com
bradley.kitlowski@bipc.com

*Counsel for Zydus Pharmaceuticals (USA), Inc.*