**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL 2724**<br>**16-MD-2724** |
| | **HON. CYNTHIA M. RUFE** |
| **THIS DOCUMENT RELATES TO:** | |
| *ALL ACTIONS* | |

## ORDER

**AND NOW**, this 9th day of January 2020, upon consideration of the Defendant Heritage Pharmaceuticals, Inc.'s Motion to Enforce Protective Order [MDL Doc. No. 1036] and Motion to Strike [MDL Doc. No. 1154] and the responses and replies thereto, and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that:

1. The Motion to Enforce [MDL Doc. No. 1036] is **GRANTED IN PART AND DENIED IN PART**. The Motion is **GRANTED** in that the document marked HER-CTAG-000516119-20 is covered by the attorney-client privilege and shall not be used in the MDL **except** as to the final email and the congressional letter, which are not privileged. The Motion is otherwise **DENIED**.

2. The Motion to Strike [MDL Doc. No. 1154] is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**