UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br><br>*MSPA Claims I, LLC et al v. Aurobindo Pharma USA, INC. et al.* | Docket #: 2:17-cv-02159-CMR |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The undersigned, Courtney Stidham, counsel for the Plaintiffs, MSPA Claims I, LLC, MAO-MSO Recovery II, LLC and MAO-MSO Recvoery, LLC, hereby moves to withdraw her appearance in this matter. The undersigned is no longer with Pendley, Baudin & Coffin, LLP and no longer represents the Plaintiffs in this matter. Plaintiffs will continue to be represented by attorneys from Pendley, Baudin & Coffin, LLP.

WHEREFORE, the undersigned respectfully requests that her appearance be withdrawn as counsel of record in this matter.

Date:  January 9, 2020

**PENDLEY, BAUDIN & COFFIN, LLP**

By:  /s/ Courtney L. Stidham
Courtney L. Stidham (LA 37322)
175 Wilson Drive
Gadsden, AL 35901
Telephone: (256) 338-2460
E-mail: cstidham@pbclawfirm.co

**Attorney for Plaintiffs MSPA Claims I, LLC, MAO-MSO Recovery II, LLC and MAO-MSO Recovery, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of January, 2020, I electronically filed the foregoing with the clerk of the Court for the Eastern District Pennsylvania, using the CM/ECF system, which will provide notification of such filing to the parties of record.

/s/ Courtney L. Stidham<br>Courtney L. Stidham