# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | **MDL 2724** <br> **16-MD-2724** <br><br> **HON. CYNTHIA M. RUFE** <br><br> **Individual Case No.** |
| THIS DOCUMENT RELATES TO: <br><br> *State Attorneys General Litigation* | **17-cv-03768 (CMR)** |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Allyson M. Maltas, an attorney at Latham & Watkins LLP, respectfully notifies the Court of her withdrawal as counsel for Defendants Emcure Pharmaceuticals, Ltd. and Satish Mehta in the above-captioned matter.

Dated: January 13, 2020

Respectfully submitted,

*/s/ Allyson M. Maltas*
Allyson M. Maltas
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
allyson.maltas@lw.com

*Counsel for Defendants*
*Emcure Pharmaceuticals, Ltd.*
*and Satish Mehta*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of January 2020, a true and correct copy of the foregoing was electronically filed via the Court's CM/ECF System, which sent notice to all counsel of record in this action.

*/s/ Allyson M. Maltas*
Allyson M. Maltas