**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL 2724** <br> **16-MD-2724** |
| | **HON. CYNTHIA M. RUFE** |
| **THIS DOCUMENT RELATES TO:** <br> *ALL ACTIONS* | |

**PRETRIAL ORDER NO. 112**
**(STATUS CONFERENCES)**

  **AND NOW**, this 14th day of January 2020, it is hereby **ORDERED** that due to the unavailability of certain counsel, the General Status Conference scheduled for February 13, 2020 is **POSTPONED** and that instead of a Leadership Status Conference in March, the next General Status Conference will be held on **March 12, 2020** at **1:30 p.m.** in Courtroom 12-A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania with all counsel and the Special Masters. The conference schedule therefore will be as follows:

    February 13, 2020    No Conference
    March 12, 2020 at 1:30 p.m.  General Status Conference
    April 9, 2020 at 1:30 p.m.   Leadership Status Conference

  It is so **ORDERED.**

                **BY THE COURT:**

                **/s/ Cynthia M. Rufe**
                _____
                **CYNTHIA M. RUFE, J.**