IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br><br>*United HealthCare Services, Inc. v. Teva Pharmaceuticals USA, Inc.*, et al. | Civil Action No. 19-5042 |

# ORDER

**AND NOW**, this 15th day of January 2020, upon consideration of the attached Joint Stipulation to Waive Service and Extend the Deadline for Defendant VersaPharm, Inc. to Respond to Plaintiff United HealthCare Services, Inc.'s October 11, 2019 Complaint, it is hereby **ORDERED** that the Stipulation is **APPROVED**.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____

**CYNTHIA M. RUFE, J.**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*United HealthCare Services, Inc. v. Teva Pharmaceuticals USA, Inc. et al.*, 19-cv-05042-CMR | HON. CYNTHIA M. RUFE |

**JOINT STIPULATION TO WAIVE SERVICE AND EXTEND THE DEADLINE FOR DEFENDANT VERSAPHARM, INC. TO RESPOND TO PLAINTIFF UNITED HEALTHCARE SERVICES, INC.'S OCTOBER 11, 2019 COMPLAINT**

WHEREAS, Plaintiff United HealthCare Services, Inc. ("United") filed a Complaint on October 11, 2019, in *United HealthCare Services, Inc. v. Teva Pharmaceuticals USA, Inc.* ("United's October 11, 2019 Complaint"), Case No. 19-cv-02696-JNE-TNL (D. Minn.), which was transferred by the United States Judicial Panel on Multidistrict Litigation on October 24, 2019 to the Eastern District of Pennsylvania, assigned Case No. 19-cv-05042-CMR, and centralized for pretrial proceedings as part of *In re Generic Pharmaceuticals Pricing Antitrust Litigation*, Case No. 16-md-2724-CMR, MDL No. 2724;

WHEREAS, United's October 11, 2019 Complaint is based on substantially similar facts and allegations as the Complaint filed by Plaintiff States on May 10, 2019 in *State of Connecticut et al. v. Teva Pharmaceuticals USA, Inc*. (the "Plaintiff States' May 10, 2019 Complaint"), Case No. 19-cv-2407-CMR, which has also been centralized for pretrial proceedings as part of MDL 2724;

WHEREAS, on December 20, 2019, United's October 11, 2019 Complaint was served on Defendant VersaPharm, Inc. ("**VersaPharm**");

WHEREAS, in an Order dated July 25, 2019 the Court adjourned responsive pleadings and/or motions to the Plaintiff States' May 10, 2019 Complaint until such time as the Court enters an order setting a schedule for responses to that Complaint (*see* MDL Doc. No. 1058, approving stipulation);

WHEREAS, the parties agree that responses to the pleadings in this action should be accomplished efficiently and in consideration of the Court's existing MDL scheduling orders;

WHEREAS, Plaintiff United and Defendant VersaPharm have reached an agreement to extend the time within which VersaPharm must move against, answer, or otherwise respond to United's October 11, 2019 Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, as follows:

1. The deadline for VersaPharm to move, answer, or otherwise respond to United's October 11, 2019 Complaint is ADJOURNED until January 24, 2020;

2. This Stipulation does not constitute a waiver by VersaPharm of any defense, including but not limited to those defenses provided under Federal Rule of Civil Procedure 12, except that Defendants do not contest personal jurisdiction; and

3. United is currently negotiating with the remaining defendants in this case for a global extension to move, answer, or otherwise respond to United's October 11, 2019 Complaint. This Adjournment is subject to being extended in the event United and some or all of the remaining defendants in this case agree on a global extension to move, answer, or otherwise respond to United's October 11, 2019 Complaint.

IT IS SO STIPULATED.

Dated:  January 9, 2020

**BOIES SCHILLER FLEXNER LLP**

 /s/ Hamish P.M. Hume
Hamish P.M. Hume
Abby L. Dennis
Kyle Smith
1401 New York Ave, NW
Washington, D.C. 20005
Tel: (202) 895-7580
Fax: (202) 237-6131
hhume@bsfllp.com
adennis@bsfllp.com
ksmith@bsfllp.com

**BOIES SCHILLER FLEXNER LLP**
Duane L. Loft
55 Hudson Yards, 20th Floor
New York, NY 10001
Tel: (212) 446-2300
Fax: (212) 446-2350
dloft@bsfllp.com

**ZELLE LLP**

 /s/ Judith A. Zahid
Judith A. Zahid
Eric W. Buetzow
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Tel: (415) 693-0700
Fax: (415) 693-0770
jzahid@zelle.com
ebuetzow@zelle.com

**ZELLE LLP**
James R. Martin
Jennifer Duncan Hackett
1775 Pennsylvania Avenue, NW,
Suite 375
Washington, D.C. 20006
Tel: (202) 899-4100
Fax: (612) 336-9100
jmartin@zelle.com
jhackett@zelle.com

*Counsel for Plaintiff United HealthCare Services, Inc.*

**POLSINELLI PC**

 /s/ Anthony C. Porcelli
Anthony C. Porcelli
POLSINELLI PC
150 North Riverside Plaza, Suite 3000
Chicago, IL 60606
Tel: (312) 819-1900
Fax: (312) 819-1910
aporcelli@polsinelli.com

Amy D. Fitts
POLSINELLI PC
900 w. 48TH Place, Suite 900
Kansas City, MO 64112
Tel: (816) 753-1000
Fax: (816) 222-0425

afitts@polsinelli.com

*Counsel for Defendant
VersaPharm, Inc.*

4819-8998-7757

4