IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724<br><br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br><br>*Humana Inc. v. Actavis Elizabeth, LLC,*<br>Civil Action No. 18-3299 (CMR) | |

NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK:

    PLEASE TAKE NOTICE THAT Lee Yun Kim of Lowey Dannenberg, P.C. hereby withdraws her appearance in this action.

    Lowey Dannenberg, P.C., through the other undersigned counsel of record, continues to serve as counsel for Humana Inc.

Dated: January 17, 2020

LOWEY DANNENBERG, P.C.

By: /s/Lee Yun Kim
Lee Yun Kim (admitted *pro hac vice)*
Peter D. St. Phillip, PA ID # 70027
Jennifer Risener (admitted *pro hac vice*)
44 South Broadway, Suite 1100
White Plains, New York 10601
Tel. 914-997-0500
PStPhillip@lowey.com
JRisener@lowey.com

LOWEY DANNENBERG, P.C.
Laura K. Mummert, PA ID # 85964
One Tower Bridge
100 Front Street, Suite 520
West Conshohocken, Pennsylvania 19428
Tel: 215-399-4770

LMummert@lowey.com