IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br><br>*United HealthCare Services, Inc. v. Teva Pharmaceuticals USA, Inc. et al.* | Civil Action No. 19-5042 |

## ORDER

**AND NOW**, this 24th day of January 2020, upon consideration of the attached Joint Stipulation to Waive Service and Extend the Deadline for Defendants to Respond to Plaintiff United HealthCare Services, Inc.'s October 11, 2019 Complaint, it is hereby **ORDERED** that the Stipulation is **APPROVED**.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____

**CYNTHIA M. RUFE, J.**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*United HealthCare Services, Inc. v. Teva Pharmaceuticals USA, Inc. et al.*, 19-cv-05042-CMR | HON. CYNTHIA M. RUFE |

**JOINT STIPULATION TO WAIVE SERVICE AND EXTEND THE DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF
UNITED HEALTHCARE SERVICES, INC.'S OCTOBER 11, 2019 COMPLAINT**

WHEREAS, Plaintiff United HealthCare Services, Inc. ("United") filed a Complaint on October 11, 2019, in *United HealthCare Services, Inc. v. Teva Pharmaceuticals USA, Inc.* ("United's October 11, 2019 Complaint"), Case No. 19-cv-02696-JNE-TNL (D. Minn.), which was transferred by the United States Judicial Panel on Multidistrict Litigation on October 24, 2019 to the Eastern District of Pennsylvania, assigned Case No. 19-cv-05042-CMR, and centralized for pretrial proceedings as part of *In re Generic Pharmaceuticals Pricing Antitrust Litigation*, Case No. 16-md-2724-CMR, MDL No. 2724;

WHEREAS, United's October 11, 2019 Complaint is based on substantially similar facts and allegations as those raised against certain defendants in the complaint filed by Plaintiff States on May 10, 2019 in *State of Connecticut et al. v. Teva Pharmaceuticals USA, Inc*. (the "Plaintiff States' May 10, 2019 Complaint"), Case No. 19-cv-2407-CMR, which has also been centralized for pretrial proceedings as part of MDL 2724;

WHEREAS, in an Order dated July 25, 2019, the Court adjourned responsive pleadings and/or motions to the Plaintiff States' May 10, 2019 Complaint until such time as the Court

enters an order setting a schedule for responses to that complaint (*see* MDL Doc. No. 1058, approving stipulation);

WHEREAS, the parties agree that responses to the pleadings in this action should be accomplished efficiently and in consideration of the Court's existing MDL scheduling orders;

WHEREAS, Defendants Actavis Elizabeth LLC; Actavis Holdco US, Inc.; Actavis Pharma, Inc.; Amneal Pharmaceuticals, Inc.; Apotex Corp.; Aurobindo Pharma U.S.A., Inc.; Breckenridge Pharmaceutical, Inc.; Dr. Reddy's Laboratories, Inc.; Glenmark Pharmaceuticals, Inc., USA; Lannett Company, Inc.; Lupin Pharmaceuticals, Inc.; Mylan Inc.; Mylan N.V.; Mylan Pharmaceuticals Inc.; Par Pharmaceutical Companies, Inc.; Par Pharmaceutical, Inc.; Sandoz, Inc.; Taro Pharmaceuticals USA, Inc.; Teva Pharmaceuticals USA, Inc.; Upsher-Smith Laboratories, LLC; Wockhardt USA LLC; and Zydus Pharmaceuticals (USA), Inc. (collectively, "Waiving Defendants") have agreed to waive service of the Complaint and the parties have reached an agreement to extend the time within which the Stipulating Defendants must move against, answer, or otherwise respond to United's October 11, 2019 Complaint;

WHEREAS, on December 20, 2019, United's October 11, 2019 Complaint was served on Defendant VersaPharm, Inc. ("VersaPharm");

WHEREAS, on January 9, 2020, United and VersaPharm filed the Joint Stipulation to Waive Service and Extend the Deadline for Defendant VersaPharm, Inc. to Respond to Plaintiff United Healthcare Services, Inc.'s October 11, 2019 Complaint [Dkt. No. 1189] ("VersaPharm Stipulation"), in which United and VersaPharm agreed, among other things, that the deadline for VersaPharm to move, answer, or otherwise respond to United's October 11, 2019 Complaint is adjourned until January 24, 2020 and this adjournment is subject to being extended by this joint stipulation;

WHEREAS, on January 16, 2020, Judge Rufe approved and entered the VersaPharm Stipulation [Dkt. No. 1199];

WHEREAS, United's October 11, 2019 Complaint was served on Defendant Camber Pharmaceuticals, Inc. ("Camber," and collectively with VersaPharm and the Waiving Defendants, the "Stipulating Defendants");

WHEREAS, United and Camber agreed that the deadline for Camber to move, answer, or otherwise respond to United's October 11, 2019 Complaint would be adjourned until January 24, 2020 and that this adjournment was subject to being extended by this joint stipulation;

WHEREAS, United has agreed to further extend the time within which VersaPharm and Camber must move against, answer, or otherwise respond to United's October 11, 2019 Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, as follows:

1. The Waiving Defendants waive service of United's October 11, 2019 Complaint and Summonses pursuant to Federal Rule of Civil Procedure 4(d), and this Stipulation shall be deemed proof of that waiver pursuant to Federal Rule of Civil Procedure 4(d)(4).

2. The deadline for the Stipulating Defendants to move, answer, or otherwise respond to United's October 11, 2019 Complaint is ADJOURNED until such time as the Court orders for the filing of response(s) to complaints that were filed on or after May 10, 2019.

3. This Stipulation does not constitute a waiver by the Stipulating Defendants of any defense, including but not limited to those defenses provided under Federal Rule of Civil Procedure 12, except that the Stipulating Defendants do not contest personal jurisdiction.

IT IS SO STIPULATED.

Dated: January 23, 2020

| **BOIES SCHILLER FLEXNER LLP** | **ZELLE LLP** |
|---|---|
| /s/ *Hamish P.M. Hume* | /s/ *Judith A. Zahid* |
| Hamish P.M. Hume | Judith A. Zahid |
| Abby L. Dennis | Eric W. Buetzow |
| Kyle Smith | 44 Montgomery Street, Suite 3400 |
| 1401 New York Ave, NW | San Francisco, CA 94104 |
| Washington, D.C. 20005 | Tel: (415) 693-0700 |
| Tel: (202) 895-7580 | Fax: (415) 693-0770 |
| Fax: (202) 237-6131 | jzahid@zelle.com |
| hhume@bsfllp.com | ebuetzow@zelle.com |
| adennis@bsfllp.com | |
| ksmith@bsfllp.com | |
| | **ZELLE LLP** |
| | James R. Martin |
| **BOIES SCHILLER FLEXNER LLP** | Jennifer Duncan Hackett |
| Duane L. Loft | 1775 Pennsylvania Avenue, NW, |
| 55 Hudson Yards, 20th Floor | Suite 375 |
| New York, NY 10001 | Washington, D.C. 20006 |
| Tel: (212) 446-2300 | Tel: (202) 899-4100 |
| Fax: (212) 446-2350 | Fax: (612) 336-9100 |
| dloft@bsfllp.com | jmartin@zelle.com |
| | jhackett@zelle.com |

*Counsel for Plaintiff United HealthCare Services, Inc.*

4

| | |
|---|---|
| **PEPPER HAMILTON LLP** | **KASOWITZ BENSON TORRES LLP** |
| /s/ Jan P. Levine | /s/ Sheron Korpus |
| Jan P. Levine | Sheron Korpus |
| 3000 Two Logan Square | 1633 Broadway |
| Eighteenth & Arch Streets | New York, NY 10019 |
| Philadelphia, PA 19103-2799 | Tel: (212) 506-1700 |
| Tel: (215) 981-4000 | Fax: (212) 506-1800 |
| Fax: (215) 981-4750 | skorpus@kasowitz.com |
| levinej@pepperlaw.com | |
| **ARNOLD & PORTER KAYE SCHOLER LLP** | **WILSON SONSINI GOODRICH & ROSATI** |
| /s/ Saul P. Morgenstern | /s/ Chul Pak |
| Saul P. Morgenstern | Chul Pak |
| 250 W. 55th Street | Professional Corporation |
| New York, NY 10019 | 1301 Avenue of the Americas, 40th Flr. |
| Tel: (212) 836-8000 | New York, NY 10019 |
| Fax: (212) 836-8689 | Tel: (212) 999-5800 |
| saul.morgenstern@apks.com | Fax: (212) 999-5899 |
| | cpak@wsgr.com |
| **ARNOLD & PORTER KAYE SCHOLER LLP** | |
| /s/ Laura S. Shores | |
| Laura S. Shores | |
| 601 Massachusetts Avenue, NW | |
| Washington, DC 20001 | |
| Tel: (202) 942-5000 | |
| Fax: (202) 942-5999 | |
| laura.shores@apks.com | |

*Defendants' Liaison Counsel*

5