UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTIRUST LITIGATION | MDL 2724 <br> 16-MD-2724 <br> HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO: <br><br> *STATE ATTORNEYS GENERAL LITIGATION* | Civil Action No. 17-3768 |

## ENTRY OF APPEARANCE

TO THE CLERK:

Please enter the appearance of the following attorney at the Michigan Department of Attorney General for the Plaintiff State of Michigan in the above-captioned litigation:  Wisam E. Naoum.  Pursuant to Pretrial Order No. 1, the undersigned certifies that he is in good standing and admitted to practice in the United States District Court for the Eastern District of Michigan.

|  |  |
|---|---|
|  | Respectfully submitted, <br><br> Dana Nessel <br> Attorney General <br><br> */s/ Wisam E. Naoum* <br> Wisam E. Naoum (P83335) <br> Assistant Attorney General <br> Michigan Dep't of Attorney General <br> Attorney for Plaintiff State of Michigan <br> P.O. Box 30736 <br> Lansing, MI  48909 <br> (517) 335-7632 |
| Dated: January 27, 2020 | NaoumW1@michigan.gov |

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2020, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

*/s/ Wisam E. Naoum*
Wisam E. Naoum (P83335)
Assistant Attorney General
Michigan Dep't of Attorney General
