UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTIRUST LITIGATION | MDL 2724 16-MD-2724 HON. CYNTHIA M. RUFE |

THIS DOCUMENT RELATES TO:

*ALL ACTIONS*

## ENTRY OF APPEARANCE

TO THE CLERK:

Please enter the appearance of the following attorney at the Michigan Department of Attorney General for the Plaintiff State of Michigan in the above-captioned litigation:  Wisam E. Naoum.  Pursuant to Pretrial Order No. 1, the undersigned certifies that he is in good standing and admitted to practice in the United States District Court for the Eastern District of Michigan.

    Respectfully submitted,

    Dana Nessel
    Attorney General

    */s/ Wisam E. Naoum*
    Wisam E. Naoum (P83335)
    Assistant Attorney General
    Michigan Dep't of Attorney General
    Attorney for Plaintiff State of Michigan
    P.O. Box 30736
    Lansing, MI  48909
    (517) 335-7632

Dated: January 27, 2020    NaoumW1@michigan.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2020, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

<u>/s/ Wisam E. Naoum</u>
Wisam E. Naoum (P83335)
Assistant Attorney General
Michigan Dep't of Attorney General