**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL No: 2724<br>16-MD-2724 |
| | Individual Case No: 18-CV-284 |
| THIS DOCUMENT RELATES TO: | HON. CYNTHIA M. RUFE |
| *The Kroger Co. et al. v. Actavis Holdco U.S., Inc., et al.* | |

## KROGER PLAINTIFFS' MOTION FOR LEAVE TO AMEND

Direct Action Plaintiffs The Kroger Co., Albertsons Companies, LLC, H.E. Butt Grocery Company L.P., and Smith Drug Company (collectively, the "Kroger DAPs") submit this Motion for Leave to Amend pursuant to Federal Rule of Civil Procedure 15(a)(2).

The proposed Second Amended Complaint seeks to add new allegations detailing new Defendants and new drugs, including those identified by the State AGs in *Connecticut v. Teva Pharmaceutical Industries Ltd.*, No. 19-cv-2407-CMR.  The SAC also adds Smith Drug Company as a Plaintiff.  For the reasons demonstrated in the accompanying Memorandum in Support of this Motion, the Kroger DAPs seek:

1.      Leave of Court to file their proposed Second Amended Complaint;

2.      An Order from this Court providing that the proposed Second Amended Complaint is deemed substituted for the Kroger DAPs' First Amended Complaint for the purposes of the remaining Motions to Dismiss.

Dated:  January 28, 2020          Respectfully submitted,

By: _____

Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Scott E. Perwin, Esquire
Anna T. Neill, Esquire
Samuel J. Randall, Esquire
Brandon S. Floch, Esquire
Joshua B. Gray, Esquire
KENNY NACHWALTER, P.A.
1441 Brickell Avenue
Suite 1100
Miami, Florida  33131
Tel:    (305) 373-1000
Fax:   (305) 372-1861
E-mail:  rarnold@knpa.com
       wblechman@knpa.com
       sperwin@knpa.com
       aneill@knpa.com
       srandall@knpa.com
       bfloch@knpa.com
       jgray@knpa.com

*Counsel for Kroger Plaintiffs*

606862.1

2