IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*The Kroger Co., et al. v. Actavis Holdco U.S., Inc., et al.* | MDL No: 2724<br>16-MD-2724<br><br>Individual Case No. 18-CV-284<br><br>HON. CYNTHIA M. RUFE |

**KROGER PLAINTIFFS' MEMORANDUM IN
SUPPORT OF THEIR MOTION FOR LEAVE TO AMEND**

The Kroger DAPs' proposed Second Amended Complaint ("SAC") seeks to amend our operative pleading in order to assert claims related to drugs that are already the subject of other Complaints pending in this MDL. *See* Exhibit 1 (list of new Defendants and new drugs).[1] Indeed, Defendants have already taken the position that every drug identified in this SAC is at issue in the Kroger DAPs' case. Additionally, prior to filing this SAC, at the Defendants' request, the Kroger DAPs agreed to run search terms on our custodial productions related to all of the drugs in the State AGs' Teva-centric complaint. In other words, the Kroger DAPs have already agreed to produce documents related to the new drugs in this SAC. Accordingly, this SAC merely seeks to conform our Complaint with the agreed-upon scope of discovery in this MDL and also with the Complaints already those already filed by other Plaintiffs in this MDL. For this reason, the Court should permit the Kroger DAPs to file their SAC.

Rule 15(a) allows for the liberal amendment of pleadings and provides that "the Court should freely give leave when justice so requires." At this early juncture in the MDL – before depositions have begun and almost five months before the deadline for the parties to complete

---

[1] The SAC also adds Smith Drug Company as a Plaintiff in the Kroger DAPs' case.

their production of documents under Rule 30 – the Kroger DAPs submit that principles of justice strongly favor the allowance of the proposed amendment.  That is particularly true given that the Kroger DAPs would be entirely within their rights to assert claims against all Defendants (both old and new) based on the new drugs added in the proposed amendment, just like other plaintiffs have done recently.[2]  There is simply no reason that "justice" precludes the Kroger DAPs from taking the more administratively manageable route of asserting all claims against all Defendants within a single Complaint.

Moreover, at this early juncture in the MDL, Defendants cannot meet their burden to demonstrate that they will be unduly prejudiced with this amendment.  *See Heraeus Med. GmbH v. Esschem, Inc.*, 321 F.R.D. 215, 217 (E.D. Pa. 2017) (recognizing that "the burden is generally on the non-moving party to demonstrate why leave to amend should not be granted.").  Indeed, Defendants have already served discovery requests in the Kroger DAPs' case that define "Drugs at Issue" to include every single drug that the Kroger DAPs seek to add to this Complaint.  *See* Exhibit 2 (Defendants' Rule 45 Subpoena and Appendix B, served on January 9, 2020). Given that Defendants have taken the position that every drug that the Kroger DAPs seek to add to our Complaint is already "at issue" in the Kroger DAPs' case, they cannot meet their burden to demonstrate that they will be prejudiced by the Kroger amendment.

Finally, the Kroger DAPs recognize that several of the individual Defendants' motions to dismiss the overarching conspiracy claims remain pending.  However, because the SAC still

---

[2] *See, e.g., United Healthcare Services, Inc. v. Teva Pharmaceuticals USA, Inc., et al.*, No. 19-cv-5042-CMR (new Complaint by United adding new Defendants and new drugs); *Humana Inc. v. Actavis Elizabeth, LLC, et al.*, No. 19-cv-4862 (new Complaint by Humana filed in October 2019 adding new drugs and new Defendants); 1199 SEIU *National Benefit Fund, et al. v. Actavis Holdco U.S. Inc., et al.*, No. 19-cv-6011-CMR (new Complaint by EPPs filed in December 2019 adding new drugs and new Defendants); *Reliable Pharmacy et al. v. Actavis Holdco US, Inc., et al.*, No. 19-cv-6044-CMR (new Complaint by IRPs filed in December 2019 adding new drugs and new Defendants).

asserts all allegations relevant to the briefing on these motions, no Defendant can argue that they would be prejudiced if the Court were to rule on those motions as if they were filed against the Kroger DAPs' SAC.

## **CONCLUSION**

Rule 15(a)(2) contemplates that leave to amend should be granted freely when justice so requires. The proposed Second Amended Complaint does not prejudice any Defendant in this MDL and does not alter the scope of this MDL, given that the amended pleading will assert claims that pertain to drugs already at issue in this case. Thus, the proposed Second Amended Complaint conforms the Kroger DAPs Complaint to claims already asserted by other Plaintiffs. Leave to amend under Rule 15(a)(2) is therefore appropriate.

Dated: January 28, 2020                                        Respectfully submitted,

By: _/s/_

Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Scott E. Perwin, Esquire
Anna T. Neill, Esquire
Samuel J. Randall, Esquire
Brandon S. Floch, Esquire
Joshua B. Gray, Esquire
KENNY NACHWALTER, P.A.
1441 Brickell Avenue, Suite 1100
Miami, Florida 33131
Tel:   (305) 373-1000
Fax:   (305) 372-1861
E-mail: rarnold@knpa.com
            wblechman@knpa.com
            sperwin@knpa.com
            aneill@knpa.com
            srandall@knpa.com
            bfloch@knpa.com
            jgray@knpa.com

*Counsel for Kroger Plaintiffs*

I. **NEW DEFENDANTS**

| |
|---|
| Alvogen Inc., |
| Amneal Pharmaceuticals, Inc. |
| Camber Pharmaceuticals, Inc. |
| Emcure Pharmaceuticals, Ltd. |
| Endo International plc |
| Greenstone LLC |
| Mallinckrodt Inc. |
| Pfizer Inc. |
| Strides Pharma, Inc. |
| Versapharm, Inc. |

II. **NEW DRUGS**

| Drugs | Defendants | Time Period |
|---|---|---|
| Adapalene Gel | Glenmark, Taro, Teva | May 2013 to present |
| Amiloride HCL/HCTZ Tablets | Mylan, Teva | May 2013 to present |
| Amoxicillin/Clavulanate Chewable Tablets | Sandoz, Teva | August 2014 to present |
| Amphetamine/Dextroamphetamine (aka Mixed Amphetamine Salts) | Actavis, Aurobindo, Impax, Mallinkrodt, Sandoz, Teva | June 2012 to present |
| Azithromycin | Greenstone, Teva | November 2013 to present |
| Bethanechol Chloride Tablets | Amneal, Teva | January 2015 to present |
| Budesonide DR Capsules | Mylan, Par, Teva | April 2014 to present |
| Budesonide Inhalation | Actavis, Teva | February 2015 to present |
| Bumetanide Tablets | Sandoz, Teva | April 2014 to present |
| Buspirone Hydrochloride Tablets | Actavis, Mylan, Teva | July 2012 to present |
| Cabergoline | Greenstone, Teva | December 2014 to present |
| Capecitabine | Mylan, Teva | January 2014 to present |
| Carbamazepine | Apotex, Sandoz, Taro, Teva | May 2013 to present |
| Cefdinir | Lupin, Sandoz, Teva | May 2013 to present |
| Cefprozil Tablets | Lupin, Sandoz, Teva | May 2013 to present |
| Celecoxib | Actavis, Teva | November 2014 to present |
| Cephalexin Suspension | Lupin, Teva | October 2013 to present |

| Drugs | Defendants | Time Period |
|---|---|---|
| Cimetidine Tablets | Mylan, Teva | May 2013 to present |
| Ciprofloxacin HCL Tablets | Actavis, Dr. Reddy's, Teva | August 2014 to present |
| Clarithromycin ER Tablets | Actavis, Teva, Zydus | April 2014 to present |
| Clemastine Fumarate Tablets | Sandoz, Teva | August 2013 to present |
| Clonidine TTS Patch | Actavis, Mylan, Teva | October 2012 to present |
| Clotrimazole Topical Solution | Taro, Teva | May 2014 to present |
| Cyproheptadine HCL Tablets | Breckenridge, Teva | November 2013 to present |
| Desmopressin Acetate Tablets | Actavis, Teva | August 2014 to present |
| Desogestrel/Ethinyl Estradiol Tablets (Kariva) | Glenmark, Teva | May 2014 to present |
| Dexmethylphenidate HCL ER Capsules | Sandoz, Teva | February 2014 to present |
| Dextroamphetamine Sulfate ER | Actavis, Teva | June 2014 to present |
| Diclofenac Potassium Tablets | Mylan, Sandoz, Teva | August 2013 to present |
| Dicloxacillin Sodium Capsules | Sandoz, Teva | April 2014 to present |
| Diflunisal Tablets | Teva, Rising | April 2014 to present |
| Diltiazem HCL Tablets | Mylan, Teva | May 2013 to present |
| Disopyramide Phosphate Capsules | Actavis, Teva | July 2013 to present |
| Doxazosin Mesylate Tablets | Apotex, Mylan, Teva | May 2013 to present |
| Drospirenone and ethinyl estradiol (Ocella) | Actavis, Lupin, Teva | May 2013 to present |
| Enalapril Maleate Tablets | Mylan, Taro, Teva, Wockhardt | July 2013 to present |
| Entecavir | Par, Teva | September 2014 to present |
| Epitol Tablets | Apotex, Taro, Teva | August 2014 to present |
| Estazolam Tablets | Actavis, Teva | April 2014 to present |
| Estradiol Tablets | Actavis, Mylan, Teva | May 2013 to present |
| Ethinyl estradiol and levonorgestrel (Portia and Jolessa) | Sandoz, Teva | May 2012 to present |
| Ethosuximide | Teva, Versapharm | April 2014 to present |
| Etodolac | Apotex, Taro, Teva, Sandoz, Zydus | July 2013 to present |
| Fenofibrate | Lupin, Mylan, Perrigo, Teva, Zydus | February 2013 to present |
| Fluconazole Tablets | Citron, Dr. Reddy's, Glenmark, Greenstone, Teva | May 2013 to present |

2

| Drugs | Defendants | Time Period |
|---|---|---|
| Fluoxetine HCL Tablets | Mylan, Par, Teva | January 2015 to present |
| Flurbiprofen Tablets | Mylan, Teva | May 2013 to present |
| Flutamide Capsules | Actavis, Par, Teva | August 2014 to present |
| Fluvastatin Sodium Capsules | Mylan, Teva | April 2014 to present |
| Gabapentin Tablets | Aurobindo, Glenmark, Teva | October 2014 to present |
| Glimepiride Tablets | Dr. Reddy's, Teva | August 2014 to present |
| Griseofulvin Suspension | Actavis, Teva | September 2014 to present |
| Haloperidol | Mylan, Sandoz, Zydus | August 2013 to present |
| Hydralazine | Camber, Glenmark, Heritage, Par, Strides, Teva | August 2014 to present |
| Hydroxyurea Capsules | Par, Teva | August 2014 to present |
| Hydroxyzine Pamoate Capsules | Actavis, Rising, Sandoz, Teva | October 2013 to present |
| Irbesartan | Lupin, Teva | March 2012 to present |
| Isoniazid | Sandoz, Teva | June 2013 to present |
| Ketoconazole | G&W, Mylan, Sandoz, Taro, Teva | February 2014 to present |
| Ketoprofen Capsules | Mylan, Teva | July 2013 to present |
| Ketorolac Tromethamine Tablets | Mylan, Teva | July 2013 to present |
| Labetalol HCL Tablets | Actavis, Alvogen, Par, Sandoz, Teva | July 2012 to present |
| Lamivudine/Zidovudine (generic Combivir) | Aurobindo, Camber, Lupin, Teva | May 2012 to present |
| Loperamide HCL Capsules | Mylan, Teva | April 2014 to present |
| Medroxyprogesterone Tablets | Greenstone, Teva | November 2013 to present |
| Methotrexate Tablets | Mylan, Par, Teva, West-Ward | February 2013 to present |
| Mimvey (Estradiol/Norethindrone Acetate) Tablets | Actavis, Breckenridge, Mylan, Teva | July 2012 to present |
| Metformin ER | Actavis, Amneal, Lupin, Sun, Teva | July 2015 to present |
| Methylphenidate | Actavis, Impax, Mallinckrodt, Par, Sandoz, Sun | February 2013 to present |
| Methylprednisolone | Breckenridge, Cadista, Greenstone, Par, Sandoz | February 2011 to present |
| Moexipril HCL Tablets | Glenmark, Teva | May 2013 to present |
| Moexipril HCL/HCTZ Tablets | Glenmark, Teva | May 2013 to present |
| Nabumetone Tablets | Actavis, Glenmark, Sandoz, Teva | May 2013 to present |

| Drugs | Defendants | Time Period |
|---|---|---|
| Nadolol Tablets | Greenstone, Mylan, Sandoz, Teva | May 2013 to present |
| Niacin ER Tablets | Lupin, Teva, Zydus | March 2014 to present |
| Nitrofurantoin MAC Capsules | Alvogen, Mylan, Teva | July 2012 to present |
| Norethindrone Acetate | Amneal, Glenmark, Teva | September 2014 to present |
| Norethindrone/ethinyl estradiol (Balziva) | Lupin, Teva | January 2014 to present |
| Nortriptyline HCL Capsules | Actavis, Taro, Teva | November 2013 to present |
| Omega-3-Acid Ethyl Esters | Apotex, Par, Teva | June 2014 to present |
| Ondansetron | Glenmark, Teva | May 2013 to present |
| Oxaprozin Tablets | Dr. Reddy's, Greenstone, Sandoz, Teva | July 2012 to present |
| Oxybutynin Chloride Tablets | Apotex, Par, Teva, Upsher-Smith | April 2013 to present |
| Oxycodone/Acetaminophen | Actavis, Alvogen, Amneal, Aurobindo, Mallinckrodt, Mayne, Par, Teva | July 2012 to present |
| Paricalcitol | Dr. Reddy's, Teva, Zydus | March 2014 to present |
| Penicillin VK Tablets | Aurobindo, Greenstone, Sandoz, Teva | August 2014 to present |
| Pentoxifylline Tablets | Apotex, Mylan, Teva | April 2014 to present |
| Piroxicam | Greenstone, Teva | March 2014 to present |
| Potassium Chloride | Actavis, Mylan, Sandoz, Upsher-Smith, Zydus | July 2010 to present |
| Prazosin HCL Capsules | Mylan, Teva | May 2013 to present |
| Prochlorperazine Tablets | Mylan, Sandoz, Teva | May 2014 to present |
| Raloxifene HCL Tablets | Teva, Camber | September 2014 to present |
| Ranitidine HCL Tablets | Amneal, Glenmark, Sandoz, Teva | May 2013 to present |
| Tamoxifen Citrate Tablets | Actavis, Mylan, Teva | March 2014 to present |
| Temozolomide | Sandoz, Teva | July 2013 to Present |
| Tizanidine | Apotex, Dr. Reddy's, Mylan, Sandoz, Sun | May 2013 to present |
| Tobramycin | Sandoz, Teva | October 2013 to present |
| Tolmetin Sodium Capsules | Mylan, Teva | May 2013 to present |
| Tolterodine | Greenstone, Mylan, Teva | December 2013 to present |
| Topiramate Sprinkle Capsules | Actavis, Teva, Zydus | April 2014 to present |
| Trifluoperazine HCL | Mylan, Sandoz | January 2013 to present |

4

| Drugs | Defendants | Time Period |
|---|---|---|
| Valsartan HCTZ | Mylan, Sandoz | September 2012 to present |
| Warfarin Sodium Tablets | Taro, Teva, Zydus | June 2014 to present |

615156.1