# Exhibit 1

I. **NEW DEFENDANTS**

| |
|---|
| **Alvogen Inc.,** |
| **Amneal Pharmaceuticals, Inc.** |
| **Camber Pharmaceuticals, Inc.** |
| **Emcure Pharmaceuticals, Ltd.** |
| **Endo International plc** |
| **Greenstone LLC** |
| **Mallinckrodt Inc.** |
| **Pfizer Inc.** |
| **Strides Pharma, Inc.** |
| **Versapharm, Inc.** |

II. **NEW DRUGS**

| Drugs | Defendants | Time Period |
|---|---|---|
| Adapalene Gel | Glenmark, Taro, Teva | May 2013 to present |
| Amiloride HCL/HCTZ Tablets | Mylan, Teva | May 2013 to present |
| Amoxicillin/Clavulanate Chewable Tablets | Sandoz, Teva | August 2014 to present |
| Amphetamine/Dextroamphetamine (aka Mixed Amphetamine Salts) | Actavis, Aurobindo, Impax, Mallinkrodt, Sandoz, Teva | June 2012 to present |
| Azithromycin | Greenstone, Teva | November 2013 to present |
| Bethanechol Chloride Tablets | Amneal, Teva | January 2015 to present |
| Budesonide DR Capsules | Mylan, Par, Teva | April 2014 to present |
| Budesonide Inhalation | Actavis, Teva | February 2015 to present |
| Bumetanide Tablets | Sandoz, Teva | April 2014 to present |
| Buspirone Hydrochloride Tablets | Actavis, Mylan, Teva | July 2012 to present |
| Cabergoline | Greenstone, Teva | December 2014 to present |
| Capecitabine | Mylan, Teva | January 2014 to present |
| Carbamazepine | Apotex, Sandoz, Taro, Teva | May 2013 to present |
| Cefdinir | Lupin, Sandoz, Teva | May 2013 to present |
| Cefprozil Tablets | Lupin, Sandoz, Teva | May 2013 to present |
| Celecoxib | Actavis, Teva | November 2014 to present |
| Cephalexin Suspension | Lupin, Teva | October 2013 to present |

1

| Drugs | Defendants | Time Period |
|---|---|---|
| Cimetidine Tablets | Mylan, Teva | May 2013 to present |
| Ciprofloxacin HCL Tablets | Actavis, Dr. Reddy's, Teva | August 2014 to present |
| Clarithromycin ER Tablets | Actavis, Teva, Zydus | April 2014 to present |
| Clemastine Fumarate Tablets | Sandoz, Teva | August 2013 to present |
| Clonidine TTS Patch | Actavis, Mylan, Teva | October 2012 to present |
| Clotrimazole Topical Solution | Taro, Teva | May 2014 to present |
| Cyproheptadine HCL Tablets | Breckenridge, Teva | November 2013 to present |
| Desmopressin Acetate Tablets | Actavis, Teva | August 2014 to present |
| Desogestrel/Ethinyl Estradiol Tablets (Kariva) | Glenmark, Teva | May 2014 to present |
| Dexmethylphenidate HCL ER Capsules | Sandoz, Teva | February 2014 to present |
| Dextroamphetamine Sulfate ER | Actavis, Teva | June 2014 to present |
| Diclofenac Potassium Tablets | Mylan, Sandoz, Teva | August 2013 to present |
| Dicloxacillin Sodium Capsules | Sandoz, Teva | April 2014 to present |
| Diflunisal Tablets | Teva, Rising | April 2014 to present |
| Diltiazem HCL Tablets | Mylan, Teva | May 2013 to present |
| Disopyramide Phosphate Capsules | Actavis, Teva | July 2013 to present |
| Doxazosin Mesylate Tablets | Apotex, Mylan, Teva | May 2013 to present |
| Drospirenone and ethinyl estradiol (Ocella) | Actavis, Lupin, Teva | May 2013 to present |
| Enalapril Maleate Tablets | Mylan, Taro, Teva, Wockhardt | July 2013 to present |
| Entecavir | Par, Teva | September 2014 to present |
| Epitol Tablets | Apotex, Taro, Teva | August 2014 to present |
| Estazolam Tablets | Actavis, Teva | April 2014 to present |
| Estradiol Tablets | Actavis, Mylan, Teva | May 2013 to present |
| Ethinyl estradiol and levonorgestrel (Portia and Jolessa) | Sandoz, Teva | May 2012 to present |
| Ethosuximide | Teva, Versapharm | April 2014 to present |
| Etodolac | Apotex, Taro, Teva, Sandoz, Zydus | July 2013 to present |
| Fenofibrate | Lupin, Mylan, Perrigo, Teva, Zydus | February 2013 to present |
| Fluconazole Tablets | Citron, Dr. Reddy's, Glenmark, Greenstone, Teva | May 2013 to present |

| Drugs | Defendants | Time Period |
|---|---|---|
| Fluoxetine HCL Tablets | Mylan, Par, Teva | January 2015 to present |
| Flurbiprofen Tablets | Mylan, Teva | May 2013 to present |
| Flutamide Capsules | Actavis, Par, Teva | August 2014 to present |
| Fluvastatin Sodium Capsules | Mylan, Teva | April 2014 to present |
| Gabapentin Tablets | Aurobindo, Glenmark, Teva | October 2014 to present |
| Glimepiride Tablets | Dr. Reddy's, Teva | August 2014 to present |
| Griseofulvin Suspension | Actavis, Teva | September 2014 to present |
| Haloperidol | Mylan, Sandoz, Zydus | August 2013 to present |
| Hydralazine | Camber, Glenmark, Heritage, Par, Strides, Teva | August 2014 to present |
| Hydroxyurea Capsules | Par, Teva | August 2014 to present |
| Hydroxyzine Pamoate Capsules | Actavis, Rising, Sandoz, Teva | October 2013 to present |
| Irbesartan | Lupin, Teva | March 2012 to present |
| Isoniazid | Sandoz, Teva | June 2013 to present |
| Ketoconazole | G&W, Mylan, Sandoz, Taro, Teva | February 2014 to present |
| Ketoprofen Capsules | Mylan, Teva | July 2013 to present |
| Ketorolac Tromethamine Tablets | Mylan, Teva | July 2013 to present |
| Labetalol HCL Tablets | Actavis, Alvogen, Par, Sandoz, Teva | July 2012 to present |
| Lamivudine/Zidovudine (generic Combivir) | Aurobindo, Camber, Lupin, Teva | May 2012 to present |
| Loperamide HCL Capsules | Mylan, Teva | April 2014 to present |
| Medroxyprogesterone Tablets | Greenstone, Teva | November 2013 to present |
| Methotrexate Tablets | Mylan, Par, Teva, West-Ward | February 2013 to present |
| Mimvey (Estradiol/Norethindrone Acetate) Tablets | Actavis, Breckenridge, Mylan, Teva | July 2012 to present |
| Metformin ER | Actavis, Amneal, Lupin, Sun, Teva | July 2015 to present |
| Methylphenidate | Actavis, Impax, Mallinckrodt, Par, Sandoz, Sun | February 2013 to present |
| Methylprednisolone | Breckenridge, Cadista, Greenstone, Par, Sandoz | February 2011 to present |
| Moexipril HCL Tablets | Glenmark, Teva | May 2013 to present |
| Moexipril HCL/HCTZ Tablets | Glenmark, Teva | May 2013 to present |
| Nabumetone Tablets | Actavis, Glenmark, Sandoz, Teva | May 2013 to present |

3

| Drugs | Defendants | Time Period |
|---|---|---|
| Nadolol Tablets | Greenstone, Mylan, Sandoz, Teva | May 2013 to present |
| Niacin ER Tablets | Lupin, Teva, Zydus | March 2014 to present |
| Nitrofurantoin MAC Capsules | Alvogen, Mylan, Teva | July 2012 to present |
| Norethindrone Acetate | Amneal, Glenmark, Teva | September 2014 to present |
| Norethindrone/ethinyl estradiol (Balziva) | Lupin, Teva | January 2014 to present |
| Nortriptyline HCL Capsules | Actavis, Taro, Teva | November 2013 to present |
| Omega-3-Acid Ethyl Esters | Apotex, Par, Teva | June 2014 to present |
| Ondansetron | Glenmark, Teva | May 2013 to present |
| Oxaprozin Tablets | Dr. Reddy's, Greenstone, Sandoz, Teva | July 2012 to present |
| Oxybutynin Chloride Tablets | Apotex, Par, Teva, Upsher-Smith | April 2013 to present |
| Oxycodone/Acetaminophen | Actavis, Alvogen, Amneal, Aurobindo, Mallinckrodt, Mayne, Par, Teva | July 2012 to present |
| Paricalcitol | Dr. Reddy's, Teva, Zydus | March 2014 to present |
| Penicillin VK Tablets | Aurobindo, Greenstone, Sandoz, Teva | August 2014 to present |
| Pentoxifylline Tablets | Apotex, Mylan, Teva | April 2014 to present |
| Piroxicam | Greenstone, Teva | March 2014 to present |
| Potassium Chloride | Actavis, Mylan, Sandoz, Upsher-Smith, Zydus | July 2010 to present |
| Prazosin HCL Capsules | Mylan, Teva | May 2013 to present |
| Prochlorperazine Tablets | Mylan, Sandoz, Teva | May 2014 to present |
| Raloxifene HCL Tablets | Teva, Camber | September 2014 to present |
| Ranitidine HCL Tablets | Amneal, Glenmark, Sandoz, Teva | May 2013 to present |
| Tamoxifen Citrate Tablets | Actavis, Mylan, Teva | March 2014 to present |
| Temozolomide | Sandoz, Teva | July 2013 to Present |
| Tizanidine | Apotex, Dr. Reddy's, Mylan, Sandoz, Sun | May 2013 to present |
| Tobramycin | Sandoz, Teva | October 2013 to present |
| Tolmetin Sodium Capsules | Mylan, Teva | May 2013 to present |
| Tolterodine | Greenstone, Mylan, Teva | December 2013 to present |
| Topiramate Sprinkle Capsules | Actavis, Teva, Zydus | April 2014 to present |
| Trifluoperazine HCL | Mylan, Sandoz | January 2013 to present |

| Drugs | Defendants | Time Period |
|---|---|---|
| Valsartan HCTZ | Mylan, Sandoz | September 2012 to present |
| Warfarin Sodium Tablets | Taro, Teva, Zydus | June 2014 to present |

615156.1