UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
| IN RE: DESONIDE CASES | 16-DS-27240 |
| THIS DOCUMENT RELATES TO:<br><br>ALL END-PAYER ACTIONS | 16-DS-27242 |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Pursuant to Paragraph 13 of Pretrial Order No. 24 (Master Docket, No. 16-MD-2724, ECF 353), as amended by Pretrial Order No. 25 (Master Docket, No. 16-MD-2724, ECF 355), please withdraw my appearance as counsel for Plaintiff, American Federation of State, County and Municipal Employees, District Council 47, Health and Welfare Fund, in connection with the above-captioned matter.

Dated: January 30, 2020
/s/ *Matthew S. Olesh*
Matthew S. Olesh (Pa. ID 206553)
OBERMAYER REBMANN
MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
Tel.: (215) 665-3043
Fax: (215) 665-3165
matthew.olesh@obermayer.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January, 2020, I caused the foregoing Withdrawal of Appearance to be filed electronically with the Clerk of the Court by using the CM/ECF system which will serve a copy on all interested parties registered for electronic filing, and is available for viewing and downloading from the ECF system.

*/s/ Matthew S. Olesh*
Matthew S. Olesh