IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO: | HON. CYNTHIA M. RUFE |
| *The Kroger Co. v. Actavis Holdco, U.S.* | Civil Action No. 18-284 |

### ORDER

**AND NOW,** this 31st day of January 2020, it is hereby **ORDERED** that Kroger Plaintiffs' Motion for Leave to Amend [MDL Doc. No. 1207], which relates to fewer than all cases, having been filed on the Master Docket in contravention of Pretrial Order Nos. 33 and 48 (the Second and Third Electronic Case Management Protocol Orders), the Motion is **STRICKEN** from the Master Docket with leave to refile on the appropriate Individual Case docket.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
CYNTHIA M. RUFE, J.