IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL No. 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | HON. CYNTHIA M. RUFE |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Katie R. Glynn, an attorney at Lowenstein Sandler LLP, respectfully notifies the Court of her withdrawal as counsel for Defendant Lupin Pharmaceuticals, Inc., in the above-captioned action.

Dated this 5th day of February, 2020　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Katie R. Glynn*
　　　　　　　　　　　　　　　　　　　　　　Katie R. Glynn
　　　　　　　　　　　　　　　　　　　　　　**LOWENSTEIN SANDLER LLP**
　　　　　　　　　　　　　　　　　　　　　　2200 Pennsylvania Avenue, NW
　　　　　　　　　　　　　　　　　　　　　　Suite 500E
　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20037
　　　　　　　　　　　　　　　　　　　　　　Tel: (202) 753-3800
　　　　　　　　　　　　　　　　　　　　　　Fax: (202) 753-3838
　　　　　　　　　　　　　　　　　　　　　　kglynn@lowenstein.com

　　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant*
　　　　　　　　　　　　　　　　　　　　　　*Lupin Pharmaceuticals, Inc.*

## **CERTIFICATE OF SERVICE**

I, Katie R. Glynn, hereby certify that on February 5, 2020, I caused a true and correct copy of the foregoing Notice of Withdrawal of Appearance to be served upon all counsel of record by operation of the electronic filing system of the United States District Court for the Eastern District of Pennsylvania.

                                                     */s/ Katie R. Glynn*
                                                Katie R. Glynn