IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | MDL NO. 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Please enter the appearances in the above-captioned action of Brian Heberlig, William Drake, and Alexandrea Rahill of Steptoe & Johnson LLP on behalf of non-party Karen Strelau.

Dated:  February 10, 2020

Respectfully submitted,

/s/ *Brian M. Heberlig*
Brian M. Heberlig
William L. Drake
Alexandrea L. Rahill
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue N.W.
Washington, DC 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902
bheberlig@steptoe.com
wdrake@steptoe.com
arahill@steptoe.com

*Attorneys for Non-Party Karen Strelau*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Entry of Appearance was served on February 10, 2020 by the Court's electronic filing system to all counsel of record in the above-captioned action.

*/s/ Brian M. Heberlig*
Brian M. Heberlig
