# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL NO. 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Pursuant to Paragraph 12 of Pretrial Order No. 33 (No. 16-md-2724, ECF No. 431), kindly enter the appearance in the above-captioned action of Christopher B. Mead of Schertler Onorato Mead & Sears, LLP on behalf of Non-Party Susan Knoblauch.

Date: February 10, 2020

Respectfully submitted,

/s/ *Christopher B. Mead*
Christopher B. Mead (PHV, DC Bar No. 411598)
SCHERTLER ONORATO MEAD & SEARS, LLP
901 New York Avenue, N.W.
Suite 500
Washington, DC 20001
Telephone: (202) 628-4199
cmead@schertlerlaw.com

*Attorney for Non-Party Susan Knoblauch*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Entry of Appearance was served on February 10, 2020 by the Court's electronic filing system to all counsel of record in the above-captioned action.

                                         /s/ *Christopher B. Mead*
                                         Christopher B. Mead