## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: GENERIC PHARMACEUTICALS
PRICING ANTITRUST LITIGATION

MDL NO. 2724
16-MD-2724
HON. CYNTHIA M. RUFE

THIS DOCUMENT RELATES TO:

*ALL ACTIONS*

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Pursuant to Paragraph 12 of Pretrial Order No. 33 (No. 16-md-2724, ECF No. 431), kindly

enter the appearance in the above-captioned action of Lisa Manning of Schertler Onorato Mead &

Sears, LLP on behalf of Non-Party Susan Knoblauch.

Date: February 10, 2020

Respectfully submitted,

    /s/ *Lisa Manning*
Lisa Manning (PHV, DC Bar No. 991156)
SCHERTLER ONORATO MEAD & SEARS, LLP
901 New York Avenue, N.W.
Suite 500
Washington, DC 20001
Telephone:  (202) 628-4199
lmanning@schertlerlaw.com

*Attorney for Non-Party Susan Knoblauch*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Entry of Appearance was served on February 10, 2020

by the Court's electronic filing system to all counsel of record in the above-captioned action.

/s/ *Lisa Manning*
Lisa Manning