# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | HON. CYNTHIA M. RUFE |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

Pursuant to Paragraph 7 of Pretrial Order No. 1 (No. 16-md-2724, ECF No. 2) and

Paragraph 12 of Pretrial Order No. 33 (No. 16-md-2724, ECF No. 431), please enter the

appearances in the above-captioned action of Heather Lamberg and Keith Palfin of Winston &

Strawn LLP on behalf of Defendant Camber Pharmaceuticals, Inc.

Dated: February 11, 2020

Respectfully submitted,

 */s/ Heather Lamberg and /s/ Keith R. Palfin*
Heather Lamberg
Keith R. Palfin
WINSTON & STRAWN LLP
1700 K Street NW
Washington, DC 20006
Telephone: (202) 282-5000
Facsimile: (248) 282-5100
hlamberg@winston.com
kpalfin@winston.com

*Counsel for Defendant*
*Camber Pharmaceuticals, Inc.*

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 11th day of February, 2020, I caused the foregoing **NOTICE OF APPEARANCE** to be filed electronically with the Clerk of the Court by using the CM/ECF system which will serve a copy on all interested parties registered for the electronic filing, and is available for viewing and downloading from the ECF system.

_____*/s/ Keith R. Palfin*_____
Keith R. Palfin