# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | HON. CYNTHIA M. RUFE |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

Pursuant to Paragraph 7 of Pretrial Order No. 1 (No. 16-md-2724, ECF No. 2) and Paragraph 12 of Pretrial Order No. 33 (No. 16-md-2724, ECF No. 431), please enter the appearances in the above-captioned action of Heather Lamberg and Keith Palfin of Winston & Strawn LLP on behalf of Defendant Camber Pharmaceuticals, Inc.

Dated: February 11, 2020

                                                            Respectfully submitted,

                                                   */s/ Heather Lamberg and /s/ Keith R. Palfin*
                                                  Heather Lamberg
                                                  Keith R. Palfin
                                                  WINSTON & STRAWN LLP
                                                  1700 K Street NW
                                                  Washington, DC 20006
                                                  Telephone: (202) 282-5000
                                                  Facsimile: (248) 282-5100
                                                  hlamberg@winston.com
                                                  kpalfin@winston.com

                                                  *Counsel for Defendant*
                                                  *Camber Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of February, 2020, I caused the foregoing **NOTICE OF APPEARANCE** to be filed electronically with the Clerk of the Court by using the CM/ECF system which will serve a copy on all interested parties registered for the electronic filing, and is available for viewing and downloading from the ECF system.

                                               */s/ Keith R. Palfin*
                                              Keith R. Palfin