# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724 <br> 16-MD-2724 |
| THIS DOCUMENT RELATES TO: <br><br> STATE ATTORNEYS GENERAL LITIGATION | HON. CYNTHIA M. RUFE <br><br> Civil Action No. <br> 17-CV-3768 <br> 19-CV-2704 |

## ENTRY OF APPEARANCE

To: The Clerk of the Court

    Please enter the appearance of the following attorney at the Kansas Attorney General's Office for the Plaintiff State of Kansas in the above-captioned case: Christopher Teters.

Dated: February 10, 2020

 

/s/ Christopher Teters
Christopher Teters
KS Bar No. 27248
Assistant Attorney General
Office of the Kansas Attorney General
120 S.W. 10th Avenue, 2nd Fl.
Topeka, KS 66612-1597
Tel: (785) 368-8429
Fax: (785) 291-3699
chris.teters@ag.ks.gov

*Counsel for the State of Kansas*

## **CERTIFICATION**

      I hereby certify that on February 10, 2020, I caused the foregoing Entry of Appearance to be filed electronically with the Clerk of Court by using the CM/ECF system, which will serve a copy on all interested parties registered for electronic filing, and is available for viewing and downloading from the ECF system.

      /s/ Christopher Teters
      Christopher Teters
      Assistant Attorney General