UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL No. 2724<br>Civil Action No. 16-md-02724-CMR |
| THIS DOCUMENT RELATES TO:<br><br>THE STATE OF CONNECTICUT, et al.<br><br>    v.<br><br>TEVA PHARMACEUTICALS USA, INC., et al. | HON. CYNTHIA M. RUFE<br><br>Civil Action No. 19-cv-02407-CMR |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter my appearance on behalf of Defendant David Rekenthaler in the above-captioned action.

Dated: February 12, 2020

Respectfully submitted,

*/s/ Carla G. Graff*
Carla G. Graff (PA Bar No. 324532)
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 994-2513
Fax: (215) 994-2222
carla.graff@dechert.com

*Attorney for Defendant*
*David Rekenthaler*

## **CERTIFICATE OF SERVICE**

I certify that the foregoing Entry of Appearance was served on February 12, 2020 by the Court's electronic filing system to all counsel of record.

>                                   */s/ Carla G. Graff*
>                                   Carla G. Graff