IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | MDL No. 2724 <br> 16-MD-2724 |
| **THIS DOCUMENT RELATES TO:** <br> *ALL ACTIONS* | HON. CYNTHIA M. RUFE |

## NOTICE OF APPEARANCE

Please enter the appearance of Edoardo Murillo, attorney for Lupin Pharmaceuticals, Inc., in the above-captioned action.

Dated this 12th day of February, 2020.

　　　　　　　　　　　　　　　　　　　　*/s/ Edoardo Murillo*
　　　　　　　　　　　　　　　　　　　Edoardo Murillo
　　　　　　　　　　　　　　　　　　　**LOWENSTEIN SANDLER LLP**
　　　　　　　　　　　　　　　　　　　One Lowenstein Drive
　　　　　　　　　　　　　　　　　　　Roseland, New Jersey  07068
　　　　　　　　　　　　　　　　　　　Tel: (973) 422-2958
　　　　　　　　　　　　　　　　　　　Fax: (973) 597-2400
　　　　　　　　　　　　　　　　　　　emurillo@lowenstein.com

## **CERTIFICATE OF SERVICE**

I, Edoardo Murillo, hereby certify that on February 12, 2020, I caused a true and correct copy of the foregoing Notice of Appearance to be served upon all counsel of record by operation of the electronic filing system of the United States District Court for the Eastern District of Pennsylvania.

                                          */s/ Edoardo Murillo*
                                          Edoardo Murillo