IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | MDL No. 2724<br>16-MD-2724 |
| **THIS DOCUMENT RELATES TO:**<br>*ALL ACTIONS* | **HON. CYNTHIA M. RUFE** |

## NOTICE OF APPEARANCE

Please enter the appearance of Meg Slachetka, attorney for Lupin Pharmaceuticals, Inc., in the above-captioned action.

Dated this 12th day of February, 2020.

                                                      */s/ Meg Slachetka*
                                                     Meg Slachetka
                                                     **LOWENSTEIN SANDLER LLP**
                                                     1251 Avenue of the Americas
                                                     New York, New York  10020
                                                     Tel: (212) 419-5856
                                                     Fax: (973) 422-6783
                                                     mslachetka @lowenstein.com

## **CERTIFICATE OF SERVICE**

I, Meg Slachetka, hereby certify that on February 12, 2020, I caused a true and correct copy of the foregoing Notice of Appearance to be served upon all counsel of record by operation of the electronic filing system of the United States District Court for the Eastern District of Pennsylvania.

                                                    */s/ Meg Slachetka*
                                                    Meg Slachetka