UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*MSP Recovery Claims Series, LLC, et al. v. Actavis Elizabeth, LLC et al.* | HON. CYNTHIA M. RUFE<br><br>20-cv-00231-CMR |

**JOINT ENTRY OF APPEARANCE**

Please enter the joint appearance of Christopher L. Coffin, Tracy L. Turner, and Anna K. Higgins as counsel for Plaintiffs MSP Recovery Claims, Series LLC, MSPA Claims 1, LLC, and Series PMPI, a designated series of MAO-MSO Recovery II, LLC.

Dated:  February 12, 2020

/s/ *Christopher L. Coffin*
Christopher L. Coffin
PENDLEY, BAUDIN & COFFIN, LLP
1100 Poydras Street, Suite 2505
New Orleans, LA 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

/s/ *Tracy L. Turner*
Tracy L. Turner
PENDLEY, BAUDIN & COFFIN, LLP
1100 Poydras Street, Suite 2505
New Orleans, LA 70163
Phone: (614) 657-3454
Fax: (504) 355-0089
tturner@pbclawfirm.com

*/s/ Anna K. Higgins*
Anna K. Higgins
PENDLEY, BAUDIN & COFFIN, LLP
1100 Poydras Street, Suite 2505
New Orleans, LA 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ahiggins@pbclawfirm.com

***Attorneys for Plaintiffs MSPA Claims 1, LLC, MSP Recovery Claims Series, LLC, and Series PMPI, a designated series of MAO-MSO Recovery, LLC***

**CERTIFICATE OF SERVICE**

     I, Christopher L. Coffin, hereby certify that on this 12th day of February 2020, the foregoing Joint Entry of Appearance was electronically filed with the Court's CM/ECF system, which will automatically send email notification of such filing to all attorneys of record in this matter.

                                              */s/ Christopher L. Coffin*
                                              Christopher L. Coffin