## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL NO. 2724**<br>**16-MD-2724**<br><br>**HON. CYNTHIA M. RUFE** |
| **THIS DOCUMENT RELATES TO:**<br>**ALL ACTIONS** | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK:

David L. Hanselman, Jr., respectfully notifies the Court of his withdrawal as counsel for defendants Amneal Pharmaceuticals, Inc., and Impax Laboratories, Inc., in the above-captioned matter.

Dated: February 14, 2020

                                                Respectfully submitted,

                                                /s/ *David L. Hanselman, Jr.*
                                                David L. Hanselman, Jr.
                                                MCDERMOTT WILL & EMERY LLP
                                                444 West Lake St.
                                                Chicago, IL 60606
                                                Telephone: (312) 372-2000
                                                dhanselman@mwe.com

-2-

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Notice of Withdrawal of Appearance was served on February 14, 2020 by the Court's electronic filing system to all counsel of record in the above captioned action.

                          Respectfully submitted,

                          /s/ *David L. Hanselman, Jr.*
                          David L. Hanselman, Jr.