# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br>*Molina Healthcare, Inc. v. Actavis Elizabeth, LLC, et al.* | HON. CYNTHIA M. RUFE<br>Individual Case No. 2:20-cv-00695-CMR |

## ORDER

AND NOW, this 13th day of Feb., 2020, upon consideration of the attached Joint Stipulation to Waive Service and Extend the Deadline for Defendants to Respond to Plaintiff Molina Healthcare, Inc.'s December 27, 2019 Complaint, it is hereby ORDERED that the Stipulation is APPROVED.

It is so ORDERED.

BY THE COURT:

_____
CYNTHIA M. RUFE, J.

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*Molina Healthcare, Inc v. Actavis Elizabeth, LLC, et al.* | HON. CYNTHIA M. RUFE<br><br>Individual Case No. 2:20-cv-00695-CMR |

## JOINT STIPULATION TO WAIVE SERVICE AND EXTEND THE DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF MOLINA HEALTHCARE, INC.'S DECEMBER 27, 2019 COMPLAINT

WHEREAS, Plaintiff, Molina Healthcare, Inc. ("Molina") filed a Complaint on December 27, 2019 in the Northern District of California entitled, *Molina Healthcare, Inc. v. Actavis Elizabeth, LLC, et al.*, No. 3:19-cv-08438 ("Molina's December 27, 2019 Complaint"), which was transferred on February 5, 2020 by the United States Judicial Panel on Multidistrict Litigation to the Eastern District of Pennsylvania, assigned Case No. 2:20-cv-00695-CMR, and centralized for pretrial proceedings as part of *In re Generic Pharmaceuticals Pricing Antitrust Litigation*, No. 16-md-2724-CMR, MDL No. 2724;

WHEREAS, Molina's December 27, 2019 Complaint is based, in part, on substantially similar facts and allegations as those raised against certain Defendants in the complaint filed by Plaintiff States on May 10, 2019 in *State of Connecticut et al. v. Teva Pharmaceuticals USA, Inc.* (the "Plaintiff States' May 10, 2019 Complaint"), Case No. 19-cv-2407-CMR, which has also been centralized for pretrial proceedings as part of MDL 2724;

WHEREAS, in an Order dated July 25, 2019, the Court adjourned responsive pleadings and/or motions to the Plaintiff States' May 10, 2019 Complaint until such time as the Court

TIME RECEIVED                    REMOTE CSID                    DURATION  PAGES   STATUS
February 11, 2020 at 12:09:42 PM EST    123456789                        132       4     Received

123456789                                                          12.07:14 p m    02-11-2020    4 /7

enters an order setting a schedule for responses to that complaint (see MDL Doc. No. 1058, approving stipulation);

WHEREAS, the parties agree that responses to the pleadings in this action should be accomplished efficiently and in consideration of the Court's existing MDL scheduling orders;

WHEREAS, Defendants Actavis Elizabeth, LLC; Actavis Holdco US, Inc.; Actavis Pharma, Inc.; Akorn, Inc.; Amneal Pharmaceuticals, Inc.; Apotex Corp.; Ascend Laboratories, LLC; Aurobindo Pharma USA, Inc.; Breckenridge Pharmaceutical, Inc.; Camber Pharmaceuticals, Inc., Citron Pharma, LLC; Dr. Reddy's Laboratories Inc.; Emcure Pharmaceuticals, Ltd.; Epic Pharma, LLC; Fougera Pharmaceuticals Inc.; Generics Bidco I, LLC; Glenmark Pharmaceuticals Inc., USA; Greenstone LLC; G&W Laboratories, Inc.; Heritage Pharmaceuticals Inc.; Hi-Tech Pharmacal Co., Inc.; Impax Pharmaceuticals, LLC f/k/a Impax Pharmaceuticals, Inc.; Lannett Company, Inc.; Lupin Pharmaceuticals, Inc.; Mayne Pharma, Inc.; Morton Grove Pharmaceuticals, Inc.; Mylan, Inc.; Mylan, N.V.; Mylan Pharmaceuticals, Inc.; Oceanside Pharmaceuticals, Inc.; Par Pharmaceutical, Inc.; Par Pharmaceutical Companies, Inc.; Perrigo Company Plc; Perrigo New York, Inc.; Pfizer, Inc.; Sandoz, Inc., Sun Pharmaceutical Industries, Inc.; Taro Pharmaceuticals Industries Ltd.; Taro Pharmaceuticals USA, Inc.; Teligent, Inc.; Teva Pharmaceuticals USA, Inc.; UDL Laboratories Inc.; Upsher-Smith Laboratories, LLC; Valeant Pharmaceuticals International; Valeant Pharmaceuticals North America LLC; VersaPharm, Inc.; West-Ward Pharmaceuticals Corp.; Wockhardt USA LLC; Zydus Pharmaceuticals (USA) Inc. (collectively "Stipulating Defendants") have agreed to waive service of Molina's December 27, 2019 Complaint and the parties have reached an agreement to extend the time within which the Stipulating Defendants must move against, answer, or otherwise respond to Molina's December 27, 2019 Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, as follows:

1.     The Stipulating Defendants waive service of Molina's December 27, 2019 Complaint and Summonses pursuant to Federal Rule of Civil Procedure 4(d), and this Stipulation shall be deemed proof of that waiver pursuant to Federal Rule of Civil Procedure 4(d)(4).

2.     The deadline for the Stipulating Defendants to move against, answer, or otherwise respond to Molina's December 27, 2019 Complaint is ADJOURNED until such time as the Court orders for the filing of response(s) to complaints that were filed on or after May 10, 2019.

3.     This stipulation does not constitute a waiver by the Stipulating Defendants of any defense, including but not limited to those defenses provided under Federal Rule of Civil Procedure 12, except that the Stipulating Defendants do not contest personal jurisdiction.

IT IS SO STIPULATED.

Dated: February 11, 2020

**LOWEY DANNENBERG, P.C.**

By: */s/ Peter D. St. Phillip*
Peter D. St. Phillip, PA ID # 70027
Jennifer Risener *(pro hac vice)*
Lee Yun Kim *(pro hac vice)*
44 South Broadway, Suite 1100
White Plains, New York 10601
Tel: 914-997-0500
PStPhillip@lowey.com
JRisener@lowey.com
LKim@lowey.com

**LOWEY DANNENBERG, P.C.**

Laura K. Mummert, PA ID # 85964
200 Barr Harbor Drive, Suite 400
West Conshohocken, Pennsylvania 19428
Tel: 215-399-4785
LMummert@lowey.com

**SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP**

**PEPPER HAMILTON LLP**

*/s/ Jan P. Levine*
Jan P. Levine
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Tel: (215) 981-4000
Fax: (215) 981-4750
levinej@pepperlaw.com

**KASOWITZ BENSON TORRES LLP**

*/s/ Sheron Korpus*
Sheron Korpus
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
skorpus@kasowitz.com

**ARNOLD & PORTER KAYE SCHOLER LLP**

3

Todd Schneider *(pro hac vice)*
Jason Kim *(pro hac vice)*
Kyle Bates*(pro hac vice)*
2000 Powell Street, Suite 1400
Emeryville, California 94608
Tel.: 415-421-7100
tschneider@schneiderwallace.com
jkim@schneiderwallace.com
kbates@schneiderwallace.com

*Counsel for Molina Healthcare, Inc.*

/s/ *Saul P. Morgenstern*
Saul P. Morgenstern
250 W. 55th Street
New York, NY 10019
Tel: (212) 836-8000
Fax: (212) 836-8689
saul.morgenstern@apks.com

**ARNOLD & PORTER KAYE SCHOLER LLP**

/s/ *Laura S. Shores*
Laura S. Shores
601 Massachusetts Avenue, NW
Washington, DC 20001
Tel: (202) 942-5000
Fax: (202) 942-5999
laura.shores@apks.com

**WILSON SONSINI GOODRICH & ROSATI**

/s/ *Chul Pak*
Chul Pak
Professional Corporation
1301 Avenue of the Americas, 40th Fl.
New York, NY 10019
Tel: (212) 999-5800
Fax: (212) 999-5899
cpak@wsgr.com

*Defendants' Liaison Counsel*

4