UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724 <br> 16-MD-2724 |
| THIS DOCUMENT RELATES TO: <br><br> *MSP Recovery Claims Series, LLC, et al. v. Actavis Elizabeth, LLC et al* | HON. CYNTHIA M. RUFE <br><br> 20-cv-00231-CMR |

## ORDER

**AND NOW**, this 13th day of February 2020, upon consideration of the attached stipulation of counsel with regard to waiver of service of and responses to Plaintiffs' Complaint of December 16, 2019, it is hereby **ORDERED** that the stipulation is **APPROVED**.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
CYNTHIA M. RUFE, J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*MSP Recovery Claims Series, LLC, et al. v. Actavis Elizabeth, LLC et al.* | HON. CYNTHIA M. RUFE<br><br>20-cv-00231-CMR |

**JOINT STIPULATION TO WAIVE SERVICE
AND EXTEND THE DEADLINE FOR DEFENDANTS
TO RESPOND TO THE PLAINTIFFS' COMPLAINT**

WHEREAS, Plaintiffs MSP Recovery Claims, Series LLC, MSPA Claims 1, LLC, and Series PMPI, a designated series of MAO-MSO Recovery II, LLC (collectively "Plaintiffs") filed a Complaint on December 16, 2019, in *MSP Recovery Claims, Series LLC et al. v. Actavis Elizabeth, LLC et al.*, Case No. 3:19-cv-1972 (D. Conn.), which was transferred by the United States Judicial Panel on Multidistrict Litigation on January 7, 2020 to the Eastern District of Pennsylvania, assigned Case No. 2:20-cv-00231-CMR, and centralized for pretrial proceedings as part of *In re Generic Pharmaceuticals Pricing Antitrust Litigation*, Case No. 16-md-2724-CMR, MDL No. 2724;

WHEREAS, Actavis Elizabeth, LLC, Actavis Holdco US, Inc., Actavis Pharma, Inc., Akorn, Inc., Apotex Corp., Breckenridge Pharmaceutical, Inc., Dr. Reddy's Laboratories, Inc., Epic Pharma, LLC, Fougera Pharmaceuticals Inc., Glenmark Pharmaceuticals Inc., USA, Heritage Pharmaceuticals Inc., Hi-Tech Pharmaceutical Co., Inc., Impax Laboratories, LLC, Lannett Company, Inc., Lupin Pharmaceuticals, Inc., Morton Grove Pharmaceuticals, Inc., Mylan Inc., Mylan Pharmaceuticals, Inc., Mylan N.V., Par Pharmaceutical, Inc., Par Pharmaceutical

Companies, Inc., Perrigo Company plc, Perrigo New York, Inc., Sandoz Inc., Sun Pharmaceuticals Industries, Inc., Taro Pharmaceuticals Industries Ltd., Taro Pharmaceuticals USA, Inc., Teligent, Inc., Teva Pharmaceuticals USA, Inc., Upsher-Smith Laboratories, LLC, West-Ward Pharmaceuticals Corp., Wockhardt USA LLC, and Zydus Pharmaceuticals (USA) Inc. (collectively, "Stipulating Defendants") have agreed to waive service of the Complaint and the parties have reached an agreement to extend the time within which the Stipulating Defendants must move against, answer, or otherwise respond to Plaintiffs' Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel, on behalf of their respective clients, as follows:

1. The Stipulating Defendants waive service of the Plaintiffs' Complaint and Summonses pursuant to Federal Rule of Civil Procedure 4(d), and this Stipulation shall be deemed proof of that waiver pursuant to Federal Rule of Civil Procedure 4(d)(4).

2. In exchange for their agreement to waive service, the deadline for the Stipulating Defendants to move, answer, or otherwise respond to Plaintiffs' Complaint is ADJOURNED until such time that the Court enters a Case Management Order setting such a schedule.

3. This Stipulation does not constitute a waiver by Stipulating Defendants of any defense, including but not limited to those defenses provided under Federal Rule of Civil Procedure 12.

IT IS SO STIPULATED.

Dated: February 5, 2020

*/s/ Christopher L. Coffin*
Christopher L. Coffin
PENDLEY, BAUDIN & COFFIN, LLP
1100 Poydras Street, Suite 2505
New Orleans, LA 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

*Attorney for Plaintiffs*

**PEPPER HAMILTON LLP**

*/s/ Jan P. Levine*
Jan P. Levine
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Tel: (215) 981-4000
Fax: (215) 981-4750
levinej@pepperlaw.com

**KASOWITZ BENSON TORRES LLP**

*/s/ Sheron Korpus*
Sheron Korpus
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
skorpus@kasowitz.com

**ARNOLD & PORTER KAYE SCHOLER LLP**

*/s/ Saul P. Morgenstern*
Saul P. Morgenstern
250 W. 55th Street
New York, NY 10019
Tel: (212) 836-8000
Fax: (212) 836-8689
saul.morgenstern@apks.com

**ARNOLD & PORTER KAYE SCHOLER LLP**

 /s/ Laura S. Shores
Laura S. Shores
601 Massachusetts Avenue, NW
Washington, DC 20001
Tel: (202) 942-5000
Fax: (202) 942-5999
laura.shores@apks.com

**WILSON SONSINI GOODRICH & ROSATI**

 /s/ Chul Pak
Chul Pak
Professional Corporation
1301 Avenue of the Americas, 40th Fl.
New York, NY 10019
Tel: (212) 999-5800
Fax: (212) 999-5899
cpak@wsgr.com

*Defendants' Liaison Counsel*