**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL NO. 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br><br>*United HealthCare Services, Inc. v. Actavis Holdco U.S., Inc., et al.* | No. 2:19-cv-00629 (CMR) |

## <u>NOTICE OF WITHDRAWAL OF APPEARANCE</u>

TO THE CLERK:

     Joseph T. Gallagher respectfully notifies the Court of his withdrawal as counsel for Defendant Emcure Pharmaceuticals, Ltd. in the above-captioned action.

DATED: February 18, 2020

                                  */s/ Joseph T. Gallagher*
                                    Joseph T. Gallagher
                                    HARRIS ST. LAURENT LLP
                                    40 Wall Street, 53rd Floor
                                    New York, NY 10005
                                    T: (212) 397-3370
                                    F: (212) 206-6206
                                    jgallagher@hs-law.com

                                    *Attorneys for Defendant Emcure Pharmaceuticals, Ltd.*

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing Notice of Appearance was served on February 18, 2020 via the Court's electronic filing system to all counsel of record in the above-captioned action.

*/s/ Joseph T. Gallagher*        
Joseph T. Gallagher
