# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | MDL 2724<br>16-MD-2724 |
| **THIS DOCUMENT RELATES TO:** | **HON. CYNTHIA M. RUFE** |
| *The Kroger Co. v. Actavis Holdco, U.S.* | Civil Action No. 18-284 |

## ORDER

**AND NOW,** this 18th day of February 2020, upon consideration of the attached stipulation, which applies only to Civil Action No. 18-284, it is hereby **ORDERED** that the Stipulation is **APPROVED**.

It is so **ORDERED.**

        **BY THE COURT:**

        /s/ Cynthia M. Rufe
        _____
        **CYNTHIA M. RUFE, J.**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL No. 2724<br>Case No. 2:16-MD-02724 |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | HON. CYNTHIA M. RUFE |

**JOINT STIPULATION EXTENDING TIME TO RESPOND TO KROGER DIRECT ACTION PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT**

WHEREAS, on February 3, 2020, the Kroger Direct Action Plaintiffs filed a Motion for Leave to Amend Complaint (the "Motion to Amend"). (*See* MDL Doc. 196.)

WHEREAS, pursuant to Local Rule 7.1(c), Defendants' response to the Motion to Amend is currently due February 17, 2020.

WHEREAS, after discussion, Defendants and Kroger Direct Action Plaintiffs agreed to an extension of the deadline for Defendants to respond to the Motion to Amend.

It is hereby STIPULATED AND AGREED, by the undersigned counsel, pursuant to Local Rule 7.4, that Defendants shall have until March 2, 2020 to file any opposition to the Motion to Amend.

**IT IS SO STIPULATED.**

Dated: February 14, 2020

*/s/ William J. Blechman*
William J. Blechman
KENNY NACHWALTER, P.A.
1441 Brickell Avenue, Suite 1100
Miami, Florida 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
wblechman@knpa.com

***Counsel for the Kroger Direct Action Plaintiffs***

-2-

| | |
|---|---|
| */s/ Jan P. Levine* <br> Jan P. Levine <br> PEPPER HAMILTON LLP <br> 3000 Two Logan Square <br> Eighteenth & Arch Streets <br> Philadelphia, PA 19103-2799 <br> Tel: (215) 981-4000 <br> Fax: (215) 981-4750 <br> levinej@pepperlaw.com | */s/ Sheron Korpus* <br> Sheron Korpus <br> KASOWITZ BENSON TORRES LLP <br> 1633 Broadway <br> New York, NY 10019 <br> Tel: (212) 506-1700 <br> Fax: (212) 506-1800 <br> skorpus@kasowitz.com |
| */s/ Saul P. Morgenstern* <br> Saul P. Morgenstern <br> ARNOLD & PORTER KAYE SCHOLER LLP <br> 250 W. 55th Street <br> New York, NY 10019 <br> Tel: (212) 836-8000 <br> Fax: (212) 836-8689 <br> saul.morgenstern@arnoldporter.com | */s/ Chul Pak* <br> Chul Pak <br> WILSON SONSINI GOODRICH & ROSATI P.C. <br> 1301 Avenue of the Americas, 40th Flr. <br> New York, NY 10019 <br> Tel: (212) 999-5800 <br> Fax: (212) 999-5899 <br> cpak@wsgr.com |
| */s/ Laura S. Shores* <br> Laura S. Shores <br> ARNOLD & PORTER KAYE SCHOLER LLP <br> 601 Massachusetts Avenue, NW <br> Washington, DC 20001 <br> Tel: (202) 942-5000 <br> Fax: (202) 942-5999 <br> laura.shores@arnoldporter.com | |

*Defendants' Liaison Counsel*

APPROVED BY THE COURT:

*XXXXXXXXXXXXXXXXXXXXX*
_____
**The Honorable Cynthia M. Rufe**