IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO: | HON. CYNTHIA M. RUFE |
| *State of Connecticut v. Teva Pharmaceuticals USA, Inc.* | Civil Action No. 19-2407 |

### ORDER

AND NOW, this 18th day of February 2020, it is hereby ORDERED that the Motions recently filed on the Master Docket [MDL Doc. Nos. 1237, 1238, and 1239], which relate to fewer than all cases and therefore contravene Pretrial Order No. 33 (the Second Case Management Protocol Order), are STRICKEN from the Master Docket. The Motions will be considered on the Individual Case docket where they also have been filed.

It is so ORDERED.

BY THE COURT:

CYNTHIA M. RUFE, J.