IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO: | HON. CYNTHIA M. RUFE |
| *1199SEIU National Benefit Fund v. Actavis Holdco U.S., Inc.* | Civil Action No. 19-6011 |

## ORDER

AND NOW, this ___ day of February 2020, upon consideration of the attached Joint Stipulation to Waive Service and Extend the Deadline for certain Defendants to Respond to the End-Payer Plaintiffs' December 19, 2019 Complaint, it is hereby **ORDERED** that the Stipulation is **APPROVED**.

It is so **ORDERED**.

BY THE COURT:

CYNTHIA M. RUFE, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
| 1199SEIU NATIONAL BENEFIT FUND, et al., <br><br>       Plaintiffs,<br>v.<br><br>ACTAVIS HOLDCO U.S., INC., et al.,<br><br>       Defendants. | CIVIL ACTION<br>NO. 19-6011-CMR<br><br><br><br>JURY TRIAL DEMANDED |

### JOINT STIPULATION TO WAIVE SERVICE AND EXTEND THE DEADLINE FOR DEFENDANTS TO RESPOND TO END-PAYER CLASS ACTION COMPLAINT

WHEREAS, 1199SEIU National Benefit Fund; 1199SEIU Greater New York Benefit Fund; 1199SEIU National Benefit Fund For Home Care Workers; 1199SEIU Licensed Practical Nurses Welfare Fund; American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan; Louisiana Health Service & Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana and HMO Louisiana, Inc.; Self-Insured Schools of California; and Sergeants Benevolent Association Health and Welfare Fund, on behalf of themselves and all others similarly situated, (collectively "Plaintiffs") filed a Complaint on December 19, 2019 in *1199SEIU National Benefit Fund, et al. v. Actavis Holdco U.S., Inc., et al.*, Case No. 2:19-cv-06011-CMR, MDL No. 2724;

WHEREAS, Actavis Holdco U.S., Inc.; Actavis Elizabeth LLC; Actavis Pharma, Inc.;

Akorn Inc.; Akorn Sales, Inc.; Amneal Pharmaceuticals, Inc.; Amneal Pharmaceuticals, LLC; Apotex Corp.; Ascend Laboratories, LLC; Aurobindo Pharma USA, Inc.; Barr Pharmaceuticals, LLC; Bausch Health Americas, Inc.; Bausch Health US, LLC; Breckenridge Pharmaceutical, Inc.; Citron Pharma LLC; Dava Pharmaceuticals, LLC; Dr. Reddy's Laboratories, Inc.; Epic Pharma, LLC; Fougera Pharmaceuticals Inc.; Generics Bidco I, LLC; Glenmark Pharmaceuticals, Inc., USA; Greenstone, LLC; G&W Laboratories, Inc.; Heritage Pharmaceuticals, Inc.; Hikma Labs, Inc.; Hikma Pharmaceuticals USA, Inc.; Hi-Tech Pharmacal Co., Inc.; Impax Laboratories, LLC; Lannett Company, Inc.; Lupin Pharmaceuticals, Inc.; Mayne Pharma Inc.; Morton Grove Pharmaceuticals, Inc.; Mutual Pharmaceutical Company, Inc.; Mylan Inc.; Mylan Pharmaceuticals, Inc.; Oceanside Pharmaceuticals, Inc.; Par Pharmaceutical, Inc.; Perrigo New York, Inc.; Pfizer, Inc.; Pliva, Inc.; Sandoz Inc.; Sun Pharmaceutical Industries, Inc.; Taro Pharmaceuticals USA, Inc.; Teligent Inc.; Teva Pharmaceuticals USA, Inc.; Upsher-Smith Laboratories, LLC; VersaPharm, Inc.; West-Ward Columbus, Inc.; West-Ward Pharmaceuticals Inc.; Wockhardt USA LLC; and, Zydus Pharmaceuticals (USA) Inc. (collectively, "Waiving Defendants"), have agreed to waive service of the End-Payer Class Action Complaint, and the parties have reached an agreement to extend the time within which the Stipulating Defendants must move against, answer or otherwise respond to the End-Payer Class Action Complaint;

WHEREAS, on February 7, 2020, the End-Payer Class Action Complaint filed by Plaintiffs on December 19, 2019, was served on Defendant Camber Pharmaceuticals, Inc. ("Camber"), and Plaintiffs have agreed to extend the time within which Camber must move against, answer, or otherwise respond to the Complaint;

WHEREAS, on February 4, 2020, the End-Payer Class Action Complaint filed by

2

Plaintiffs on December 19, 2019 was served on Defendant Alvogen, Inc. ("Alvogen," and, together with Camber and the Waiving Defendants, the "Stipulating Defendants"), and Plaintiffs have agreed to extend the time within which Alvogen must move against, answer, or otherwise respond to the Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, as follows:

1. The Waiving Defendants waive service of the End-Payer Class Action Complaint and Summonses pursuant to Federal Rule of Civil Procedure 4(d), and this Stipulation shall be deemed proof of that waiver pursuant to Federal Rule of Civil Procedure 4(d)(4).

2. The deadline for the Stipulating Defendants to move against, answer, or otherwise respond to the End-Payer Class Action Complaint is ADJOURNED until such time as the Court orders the filing of responses to complaints filed on or after May 10, 2019.

3. This Stipulation does not constitute a waiver by the Stipulating Defendants of any defense, including but not limited to those defenses provided under Federal Rule of Civil Procedure 12, except that the Stipulating Defendants do not contest personal jurisdiction.

IT IS SO STIPULATED.

Dated: February 14, 2020

/s/ Roberta D. Liebenberg
Roberta D. Liebenberg
FINE, KAPLAN AND BLACK, R.P.C.
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
215-567-6565
rliebenberg@finekaplan.com

**Liaison and Lead Counsel for End-Payer Plaintiffs**

/s/ Jan P. Levine
Jan P. Levine
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Tel: (215) 981-4000
Fax: (215) 981-4750
levinej@pepperlaw.com

*/s/ Sheron Korpus*
Sheron Korpus
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
skorpus@kasowitz.com


*/s/ Saul P. Morgenstern*
Saul P. Morgenstern
ARNOLD & PORTER KAYE SCHOLER LLP
250 W. 55th Street
New York, NY 10019
Tel: (212) 836-8000
Fax: (212) 836-8689
saul.morgenstern@arnoldporter.com

*/s/ Laura S. Shores*
Laura S. Shores
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue
Washington, DC 20001
Tel: (202) 942-5000
Fax: (202) 942-5999
laura.shores@arnoldporter.com


*/s/ Chul Pak*
Chul Pak
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Fl.
New York, NY 10019
Tel: (212) 999-5800
Fax: (212) 999-5899
cpak@wsgr.com

**Liaison Counsel for Defendants**

4