**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | MDL 2724<br><br>16-MD-2724<br><br>HON. CYNTHIA M. RUFE |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE COURT:

Please withdraw the appearance of Amanda C. Croushore in the proceeding captioned above. Defendants Sandoz Inc. and Fougera Pharmaceuticals Inc. continue to be represented by Arnold & Porter Kaye Scholer LLP and its counsel of record.

Dated: February 20, 2020

Respectfully submitted,

*/s/ Amanda C. Croushore*
Amanda C. Croushore
ARNOLD & PORTER KAYE SCHOLER LLP
250 W. 55th Street
New York, NY 10019
(212) 836-8000
(212) 836-8689 (fax)
amanda.croushore@arnoldporter.com

*Attorneys for Defendants Sandoz Inc. and
    Fougera Pharmaceuticals Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2020, a true and correct copy of the foregoing Notice of Withdrawal of Appearance was served via the Court's electronic filing system upon all counsel of record in the above captioned action.

>            */s/ Amanda C. Croushore*
>            Amanda C. Croushore