**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | MDL 2724<br>16-MD-2724 |
| | **HON. CYNTHIA M. RUFE** |
| **THIS DOCUMENT RELATES TO:**<br><br>*ALL ACTIONS* | |

**PRETRIAL ORDER NO. 113**
**(SPECIAL DISCOVERY MASTER FEES)**

**AND NOW**, this 24th day of February 2020, upon consideration of the application for fees and costs incurred by Special Discovery Master Bruce Merenstein for the months of December 2019 and January 2020, which was submitted to the Court and Liaison Counsel pursuant to Pretrial Order No. 49, and finding that the work, fees and costs reflected thereon are "reasonably necessary" for the fulfillment of the Special Discovery Master's duties, and without objection from counsel, it is hereby **ORDERED** that the application for fees and costs is **APPROVED** in full. Plaintiffs and Defendants shall each make payment of their respective shares of the approved amount directly to the Special Discovery Master.

It is so **ORDERED.**

                                                  **BY THE COURT:**

                                                  **/s/ Cynthia M. Rufe**

                                                  **CYNTHIA M. RUFE, J.**