# Supreme Court of the United States

No.   19A906
(19-1010)


ACTAVIS HOLDCO U.S., INC., ET AL.,

                              Applicants

v.


CONNECTICUT, ET AL.

---

**O R D E R**

---

UPON CONSIDERATION of the application of counsel for the applicants, the response filed thereto, and the reply,

IT IS ORDERED that paragraph 3(b) of the order of the United States District Court for the Eastern District of Pennsylvania, case No. 2:16-md-02724, entered October 24, 2019, is stayed pending further order of the undersigned or of the Court.

                                                   /s/   Samuel A. Alito, Jr.
                                               Associate Justice of the Supreme
                                                 Court of the United States

Dated this 28th
day of February, 2020.