IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | MDL No. 2724<br>Case No. 2:16-MD-02724<br><br>Hon. Cynthia M. Rufe |

## NOTICE OF *EX PARTE*, *IN CAMERA* FILING

Intervenor United States of America hereby provides notice of the *ex parte*, *in camera* filing of the Declaration of Ryan Danks, which has been mailed to chambers.

Dated: March 12, 2020

                                              Respectfully submitted,

                                              /s/ *Nathan Brenner*
                                              Nathan Brenner
                                              U.S. Department of Justice
                                              Antitrust Division
                                              450 5th Street, N.W., Suite 11300
                                              Washington, D.C. 20530
                                              Telephone:  (202) 598-2649
                                              Email: nathan.brenner@usdoj.gov

                                              *Counsel for Intervenor United States of America*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2020, I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access this filing through the Court's system, and notice of this filing will be sent to these parties by operation of the Court's electronic filing system.

/s/ *Nathan Brenner*
Nathan Brenner
U.S. Department of Justice
Antitrust Division
450 5th Street, N.W., Suite 11300
Washington, D.C. 20530
Telephone: (202) 598-2649
Email: nathan.brenner@usdoj.gov

*Counsel for Intervenor United States of America*