UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |

**THE UNITED STATES' STATEMENT OF INTEREST IN RESPONSE TO SPECIAL MASTER DAVID H. MARION's THIRD REPORT AND RECOMMENDATION RELATING TO BELLWETHER SELECTION**

Intervenor United States respectfully submits this statement of interest in response to Special Master David H. Marion's Third Report and Recommendation Relating to Bellwether Selection.

The United States takes no position on the ultimate question of which collection of plaintiffs, defendants, and allegations present the best candidate for a bellwether trial. Even so, we submit this statement of interest to acknowledge that the United States' impending request to extend the limited stay of depositions may practically impact the Court's decision.

The parties have held productive discussions about the requested extension of the stay and any potential effect it may have on bellwether selection. Based on these discussions, we are optimistic that any bellwether may be feasible, even with a limited stay. As the United States' requested stay likely narrows over time—and if the parties can sequence discovery to prioritize depositions of individuals unaffected by the stay—this matter should be able to progress efficiently no matter which bellwether is selected.

The United States will address in detail the requested stay by March 26, 2020. In this filing, we write only to address the possibility that the requested stay and bellwether selection share some common issues.

Dated: March 12, 2020

/s/ *Nathan Brenner*
Nathan Brenner
Jay Owen
U.S. Department of Justice
Antitrust Division
450 5th Street, NW, Suite 11300
Washington, DC 20530
Telephone:  (202) 598-2649
nathan.brenner@usdoj.gov

*Counsel for Intervenor United States of America*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2020, I caused a true and correct copy of the foregoing document and its exhibits to be served upon the parties of record via ECF.

/s/ *Nathan Brenner*
Nathan Brenner
Jay Owen
U.S. Department of Justice
Antitrust Division
450 5th Street, NW, Suite 11300
Washington, DC 20530
Telephone: (202) 598-2649
nathan.brenner@usdoj.gov

*Counsel for Intervenor United States of America*
