IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL NO. 2724**<br>Case No. 16-md-2724-CMR<br>HON. CYNTHIA M. RUFE |
| **THIS DOCUMENT RELATES TO:**<br><br>*State Attorneys General Litigation*<br><br>*Ahold USA, Inc. et al. v. Actavis Holdco U.S., Inc. et al.*<br><br>*1199SEIU National Benefit Fund, et al v. Actavis Holdco US, Inc. et al*<br><br>*West Val Pharmacy, et al v. Actavis Holdco U.S., Inc., et al*<br><br>*The Kroger Co., et al. v. Actavis Holdco U.S., Inc., et al*<br><br>*Marion Diagnostic Center, LLC, et al. v. McKesson Corp., et al*<br><br>*Humana Inc. v. Actavis Elizabeth, LLC, et al.*<br><br>*All Doxycycline Actions*<br><br>*All Glyburide Actions*<br><br>*All Propranolol Actions* | <br><br>Civil Action No. 2:17-cv-03768<br><br>Civil Action No. 2:18-cv-02641<br><br><br>Civil Action No. 2:18-cv-02401<br><br><br>Civil Action No. 2:18-cv-02533<br><br><br>Civil Action No. 2:18-cv-00284<br><br><br>Civil Action No. 2:18-cv-04137<br><br><br>Civil Action No. 2:18-cv-03299<br><br>Civil Action No. 2:16-dx-27240<br><br>Civil Action No. 2:16-gl-27240<br><br>Civil Action No. 2:16-pp-27240 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE COURT:

      Courtney B. Averbach respectfully notifies the Court of her withdrawal as counsel for defendant Heritage Pharmaceuticals Inc. in the above-captioned MDL and related cases.

DATED:  March 17, 2020

Respectfully submitted,

/s/ Courtney B. Averbach
Courtney B. Averbach, Esq.
**REED SMITH LLP**
Reed Smith Centre
225 Fifth Ave.
Pittsburgh, PA 15222
Telephone: 412-288-3148
Facsimile: 412-288-3063
caverbach@reedsmith.com

*Counsel for Defendant Heritage Pharmaceuticals Inc.*

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2020, I caused a copy of the foregoing to be filed through this Court's CM/ECF filer system, which will serve a notice of electronic filing on all registered users, including counsel of record for all parties.

/s/ Courtney B. Averbach
Courtney B. Averbach, Esq.
