**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL 2724** <br> **16-MD-2724** <br><br> **HON. CYNTHIA M. RUFE** |
| **THIS DOCUMENT RELATES TO:** <br><br> *ALL ACTIONS* | |

**PRETRIAL ORDER NO. 115**
**(EXTENDING TERMS OF PTO 96 and PTO 108)**

**AND NOW**, this 18th day of March 2020, upon consideration of the Joint Stipulation [MDL Doc. No. 1302], and as discussed at the General Status Conference on March 12, 2020, it is hereby **ORDERED** that the terms outlined in PTOs 96 and 108 as to the conduct of discovery shall apply until **March 26, 2020**.

It is so **ORDERED.**

                **BY THE COURT:**

                **/s/ Cynthia M. Rufe**
                _____
                **CYNTHIA M. RUFE, J.**