IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
| **THIS DOCUMENT RELATES TO:** | Civil Action Nos. |
| *1199SEIU National Benefit Fund v. Actavis Holdco U.S., Inc.* | 19-cv-6011 |
| *César Castillo, Inc. v. Actavis Holdco U.S., Inc.* | 20-cv-0721 |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT JUBILANT CADISTA PHARMACEUTICALS INC.

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Jubilant Cadista Pharmaceuticals Inc. ("Cadista"), by and through undersigned counsel, states that Cadista is a wholly-owned subsidiary of Cadista Holding Inc., which is a wholly-owned subsidiary of Jubilant Pharma Holdings Inc., which in turn is owned by Jubilant Pharma Limited and one of its wholly-owned subsidiaries, Jubilant Generics Limited. Jubilant Pharma Limited is a wholly-owned subsidiary of Jubilant Life Sciences Limited.

No corporation publicly traded on a United States stock exchange owns ten percent or more of Cadista's stock.[1]

---

[1] Jubilant Life Sciences Limited (India) is traded on the National Stock Exchange of India Limited (NSE) and the Bombay Stock Exchange (BSE).

                                                            Respectfully submitted,

Dated: March 20, 2020                             BLANK ROME LLP

                                                           */s/ Lisa M. Kaas*

Jeremy A. Rist
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Tel (215) 569-5361
Fax (215) 832-5361
Rist@BlankRome.com

Lisa M. Kaas (*pro hac vice*)
1825 Eye Street NW
Washington, DC 20006
Tel (202) 420-2200
Fax (202) 420-2201
LKaas@BlankRome.com

*Counsel for Defendant Jubilant Cadista Pharmaceuticals, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this, the 20th day of March, 2020, I caused the foregoing **CORPORATE DISCLOSURE STATEMENT** to be filed electronically with the Clerk of the Court by using the CM/ECF system, which will serve a copy on all interested parties registered for the electronic filing, and is available for viewing and downloading from the ECF system.

                                                           */s/ Lisa M. Kaas*

Lisa M. Kaas (*pro hac vice*)
BLANK ROME LLP
1825 Eye Street NW
Washington, DC 20006
Tel (202) 420-2200
Fax (202) 420-2201
LKaas@BlankRome.com