# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |

## THE UNITED STATES' MOTION TO EXTEND PRETRIAL ORDER NOS. 96 and 108

Intervenor United States moves respectfully for an order extending the terms of PTO Nos. 96 and 108 for an additional 24 hours, until March 27, 2020, while the parties continue to negotiate. The parties have worked productively in the past two weeks and have nearly reached a resolution. The United States is hopeful that an additional 24 hours will permit the parties to resolve this matter.

Dated: March 26, 2020

/s/ *Nathan Brenner*
Nathan Brenner
Jay Owen
U.S. Department of Justice
Antitrust Division
450 5th Street, NW, Suite 11300
Washington, DC 20530
Telephone: (202) 598-2649
nathan.brenner@usdoj.gov

*Counsel for Intervenor United States of America*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2020, I caused a true and correct copy of the foregoing document and its exhibits to be served upon the parties of record via ECF.

/s/ *Nathan Brenner*
Nathan Brenner
Jay Owen
U.S. Department of Justice
Antitrust Division
450 5th Street, NW, Suite 11300
Washington, DC 20530
Telephone: (202) 598-2649
nathan.brenner@usdoj.gov

*Counsel for Intervenor United States of America*