# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| | HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | |

## PRETRIAL ORDER NO. 116
### (EXTENDING TERMS OF PTO 96 and PTO 108)

**AND NOW**, this 27th day of March 2020, upon consideration the Motion of the United States as Intervenor [MDL Doc. No. 1313], it is hereby **ORDERED** that the Motion is **GRANTED** as follows:  The terms outlined in PTOs 96 and 108 as to the conduct of discovery shall apply until **April 1, 2020**, unless the Court issues a revised discovery order before that date.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**