**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL No. 2724 Case No. 2:16-MD-02724 |
| THIS DOCUMENT RELATES TO: | Hon. Cynthia M. Rufe |
| *ALL ACTIONS* | |

**<u>JOINT STIPULATION TO EXTEND LIMITED STAY OF DEPOSITIONS</u>**

IT IS HEREBY STIPULATED by and between the parties that the Court enter the attached proposed order, as appropriate, to extend the limited stay of depositions.

The parties have agreed to extend a limited stay of depositions to align with the Court's PTO No. 110, which provides that fact depositions may begin on June 4, 2020.  ECF No. 1179. In the interim, extending the limited stay will have no meaningful impact on the advancement of discovery. Under the proposed order, the parties may notice depositions and shall meet and confer as necessary so depositions can begin promptly according to the Court's scheduling order.

Dated: March 27, 2020                    SO STIPULATED BY:

*/s/ Nathan Brenner*
Nathan Brenner
Jay Owen
U.S. DEPARTMENT OF JUSTICE
ANTITRUST DIVISION
450 5th Street NW, Suite 11300
Washington, DC 20530
(202) 598-2649
nathan.brenner@usdoj.gov

**Counsel for Intervenor United States of America**

1

/s/ Roberta D. Liebenberg
Roberta D. Liebenberg
FINE, KAPLAN AND BLACK, R.P.C.
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
215-567-6565
rliebenberg@finekaplan.com

**Lead Counsel for the End-Payer Plaintiffs**

/s/ Jonathan W. Cuneo
Jonathan W. Cuneo
CUNEO, GILBERT & LADUCA LLP
4725 Wisconsin Ave. NW, Suite 200
Washington, DC 20016
202-789-3960
jonc@cuneolaw.com

**Lead Counsel for the Indirect Reseller Plaintiffs**

/s/ Dianne M. Nast
Dianne M. Nast
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, PA 19107
215-923-9300
dnast@nastlaw.com

**Lead Counsel for the Direct Purchaser Plaintiffs**

/s/ W. Joseph Nielsen
W. Joseph Nielsen
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel: (860)808-5040
Fax: (860)808-5033
Joseph.Nielsen@ct.gov

/s/ Jan P. Levine
Jan P. Levine
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 981-4000
Fax: (215) 981-4750
levinej@pepperlaw.com

/s/ Sheron Korpus
Sheron Korpus
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
skorpus@kasowitz.com

/s/ Saul P. Morgenstern
Saul P. Morgenstern
ARNOLD & PORTER KAYE SCHOLER
LLP
250 W. 55th Street
New York, NY 10019
Tel: (212) 836-8000
Fax: (212) 836-8689
saul.morgenstern@apks.com

/s/ Laura S. Shores
ARNOLD & PORTER KAYE SCHOLER
LLP
601 Massachusetts Avenue
Washington, DC 20001
Tel: (202) 942-5000
Fax: (202) 942-5999
laura.shores@apks.com

**Liaison Counsel for Plaintiff States**

*/s/ William J. Blechman*
William J. Blechman, Esquire
KENNY NACHWALTER, P.A.
1441 Brickell Avenue, Suite 1100
Miami, Florida 33131
Tel:  (305) 373-1000
Fax: (305) 372-1861
wblechman@knpa.com

**Counsel for the Kroger Direct Actions
Plaintiffs and Liaison Counsel for DAP**

*/s/ Chul Pak*
Chul Pak
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Fl.
New York, NY 10019
Tel: (212) 999-5800
Fax: (212) 999-5899
cpak@wsgr.com

**Defendants' Liaison Counsel**