**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | MDL 2724<br>16-MD-2724 |
| **THIS DOCUMENT RELATES TO:**<br><br>*ALL ACTIONS* | **HON. CYNTHIA M. RUFE** |

**PRETRIAL ORDER NO. 118**
**(POSTPONEMENT OF STATUS CONFERENCE)**

**AND NOW**, this 2nd day of April 2020, it is hereby **ORDERED** that due to circumstances necessitated by the response to coronavirus disease 2019 (COVID-19), the Leadership Status Conference scheduled for April 9, 2020, is **POSTPONED** and will be rescheduled by future order of the Court.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**