IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL NO. 2724<br>Case No. 16-md-2724-CMR |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | HON. CYNTHIA M. RUFE |

### DEFENDANT HERITAGE PHARMACEUTICALS INC.'S THIRD MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Defendant Heritage Pharmaceuticals Inc. ("Heritage"), pursuant to Fed. R. Civ. P. 5.2(d), Local Rules 5.1.2(7) and 5.1.5, by and through its undersigned counsel, hereby moves this Court for an Order granting leave to file under seal Heritage's Reply in Support of its Objection to Special Master Marion's Third Report and Recommendation Relating to Bellwether Selection (including the Declaration of Scott D. Hammond attached thereto as Exhibit 1), as well as the Memorandum in Support of this Motion filed contemporaneously herewith. Heritage has sought consent of the Plaintiffs and other Defendants for the relief sought in this Motion. As of the time of filing, counsel for the EPPs and IRPs have indicated they consent to this Motion, but Heritage did not receive responses from the other parties. The points and authorities supporting this Motion are set forth in Heritage's Memorandum in Support of this Motion filed under seal contemporaneously herewith. A proposed Order is attached.

- 2 -

April 23, 2020                                                  Respectfully submitted,


                                                                */s/Edward B. Schwartz*
                                                                Edward B. Schwartz, Esq.
                                                                Andrew C. Bernasconi, Esq.
                                                                REED SMITH LLP
                                                                1301 K Street NW
                                                                Suite 1000-East Tower
                                                                Washington, DC 20005
                                                                Tel: (202) 414-9232
                                                                Fax: (202) 414-9299
                                                                eschwartz@reedsmith.com
                                                                abernasconi@reedsmith.com

                                                                Nicholas V. Albu, Esq.
                                                                REED SMITH LLP
                                                                7900 Tysons One Place
                                                                Suite 500
                                                                McLean, VA 22102
                                                                Tel: (703) 641-4200
                                                                Fax: (703) 641-4340
                                                                nalbu@reedsmith.com

                                                                *Counsel for Defendant Heritage*
                                                                *Pharmaceuticals Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2020, a copy of the foregoing Defendant Heritage Pharmaceuticals Inc.'s Third Motion for Leave to File Document Under Seal was filed via the Court's ECF system, which will provide service to all registered counsel.

/s/ *Nicholas V. Albu*
Nicholas V. Albu, Esq.