# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | MDL 2724<br>16-MD-2724 |
| **THIS DOCUMENT RELATES TO:**<br>*ALL ACTIONS* | **HON. CYNTHIA M. RUFE** |

**PRETRIAL ORDER NO. 124**
**(LEADERSHIP STATUS CONFERENCE)**

**AND NOW**, this 27th day of April 2020, it is hereby **ORDERED** that a Leadership Status Conference will be held by videoconference on **May 14, 2020 at 1:30 PM** with lead and liaison counsel, counsel for the United States as Intervenor, and the special masters. Counsel shall file a proposed agenda no later than **May 11, 2020**.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**