# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | MDL No. 2724<br>Case No. 2:16-MD-02724<br><br>Hon. Cynthia M. Rufe |

## NOTICE OF *EX PARTE*, *IN CAMERA* FILING

Intervenor United States of America hereby provides notice of the *ex parte*, *in camera* filing of the Declaration of Ryan Danks, which will be submitted to chambers.

Dated: May 6, 2020

                                                        Respectfully submitted,

                                                        /s/ *Thomas DeMatteo*
                                                        Thomas DeMatteo
                                                        U.S. Department of Justice Antitrust Division
                                                        450 Fifth Street Northwest, Suite 8700
                                                        Washington, DC 20530
                                                        Tel: (202) 598-2942
                                                        Cell: (202) 705-8392
                                                        thomas.dematteo@usdoj.gov

                                                        *Counsel for Intervenor United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2020, I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access this filing through the Court's system, and notice of this filing will be sent to these parties by operation of the Court's electronic filing system.

Respectfully submitted,

/s/ *Thomas DeMatteo*
Thomas DeMatteo
U.S. Department of Justice Antitrust Division
450 Fifth Street Northwest, Suite 8700
Washington, DC 20530
Tel: (202) 598-2942
Cell: (202) 705-8392
thomas.dematteo@usdoj.gov

*Counsel for Intervenor United States of America*