IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION <br><br> THIS DOCUMENT RELATES TO: ALL ACTIONS | MDL NO. 2724 <br><br> 16-MD-2724 <br><br> HON. CYNTHIA M. RUFE |

JOINT PROPOSED AGENDA FOR
MAY 14, 2020 LEADERSHIP STATUS CONFERENCE

Pursuant to Pretrial Order No. 124 (MDL Doc. No. 1364), Liaison Counsel hereby submit this proposed agenda of items to be brought before the Court via videoconference at the Leadership Status Conference scheduled for May 14, 2020, at 1:30 pm:

1. Status of Revised Case Management Order Negotiations
2. Status of Bellwether R&R Briefing
3. Timing of the States' Next Complaint
4. Schedule for Future Conferences

Dated: May 11, 2020                                            Respectfully submitted:

/s/ Roberta D. Liebenberg                                       /s/ Dianne M. Nast
Roberta D. Liebenberg                                           Dianne M. Nast
FINE, KAPLAN AND BLACK, R.P.C.                                  NASTLAW LLC
One South Broad Street, 23rd Floor                              1101 Market Street, Suite 2801
Philadelphia, PA 19107                                          Philadelphia, PA 19107
215-567-6565                                                    215-923-9300
rliebenberg@finekaplan.com                                      dnast@nastlaw.com

**Liaison and Lead Counsel for the End-Payer Plaintiffs**        **Liaison and Lead Counsel for the Direct Purchaser Plaintiffs**


/s/ W. Joseph Nielsen                                           /s/ Jan P. Levine
W. Joseph Nielsen                                               Jan P. Levine
Assistant Attorney General                                      PEPPER HAMILTON LLP

| | |
|---|---|
| 55 Elm Street<br>P.O. Box 120<br>Hartford, CT 06141-0120<br>Tel: (860)808-5040<br>Fax: (860)808-5033<br>Joseph.Nielsen@ct.gov | 3000 Two Logan Square<br>Eighteenth & Arch Streets<br>Philadelphia, PA 19103-2799<br>Tel: (215) 981-4000<br>Fax: (215) 981-4750<br>levinej@pepperlaw.com |

**Liaison Counsel for the States**

*/s/ William J. Blechman*
William J. Blechman
KENNY NACHWALTER, P.A.
1441 Brickell Avenue
Suite 1100
Miami, Florida 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
wblechman@knpa.com

**Liaison Counsel for Direct Action Plaintiffs and Counsel for the Kroger Direct Action Plaintiffs**

*/s/ Sheron Korpus*
Sheron Korpus
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
skorpus@kasowitz.com

*/s/ Saul P. Morgenstern*
Saul P. Morgenstern
ARNOLD & PORTER KAYE SCHOLER LLP
250 W. 55th Street
New York, NY 10019
Tel: (212) 836-8000
Fax: (212) 836-8689
saul.morgenstern@apks.com

*/s/ Laura S. Shores*
Laura S. Shores
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue
Washington, DC 20001
Tel: (202) 942-5000
Fax: (202) 942-5999
laura.shores@apks.com

*/s/ Chul Pak*
Chul Pak
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Fl.
New York, NY 10019
Tel: (212) 999-5800
Fax: (212) 999-5899
cpak@wsgr.com

**Defendants' Liaison Counsel**