**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL 2724** <br> **16-MD-2724** |
| | **HON. CYNTHIA M. RUFE** |
| **THIS DOCUMENT RELATES TO:** <br><br> *ALL ACTIONS* | |

**PRETRIAL ORDER NO. 125**
**(AMENDING PRETRIAL ORDER NO. 22 AS TO DEFENSE LIASION COUNSEL)**

**AND NOW**, this 14th day of May 2020, upon consideration of the Motion for
Substitution of Defense Liaison Counsel [MDL Doc. No. 1368], and at the unanimous request of
Defendants, and after a conference with Liaison Counsel, it is hereby **ORDERED** that the
Motion is **GRANTED**.  The appointments of Saul P. Morgenstern and Laura S. Shores, and the
law firm of Arnold & Porter Kaye Scholler LLP, as Defense Liaison Counsel are
**WITHDRAWN** and Devora W. Allon and the law firm of Kirkland & Ellis LLP, and Sarah F.
Kirkpatrick and the law firm of Williams & Connolly LLP, are **APPOINTED** as Defense
Liaison Counsel, effective immediately.  Therefore, Defense Liaison Counsel are as follows:

| | |
|---|---|
| Jan P. Levine, Esquire <br> *and the law firm of* <br> Pepper Hamilton LLP <br> 3000 Two Logan Square <br> Eighteenth & Arch Streets <br> Philadelphia, PA  19103-2799 <br> (215) 981-4000 <br> levinej@pepperlaw.com <br> **Lead Liaison Counsel** | Sheron Korpus, Esquire <br> *and the law firm of* <br> Kasowitz Benson Torres LLP <br> 1633 Broadway <br> New York, NY  10019 <br> (212) 506-1700 <br> skorpus@kasowitz.com |

| | |
|---|---|
| Chul Pak, Esquire<br>*and the law firm of*<br>Wilson Sonsini Goodrich & Rosati, PC<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY  10019<br>(212) 999-5800<br>cpak@wsgr.com | Devora W. Allon, Esquire<br>*and the law firm of*<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>(212) 446-5967<br>devora.allon@kirkland.com |
| Sarah F. Kirkpatrick, Esquire<br>*and the law firm of*<br>Williams & Connolly, LLC<br>725 Twelfth Street, N.W.<br>Washington, D.C.  20005<br>(202) 434-5958<br>skirkpatrick@wc.com | |

Liaison counsel are authorized to perform all necessary administrative functions, including receiving orders and notices from the Court on behalf of Defendants, preparing and transmitting copies of such orders and notices to counsel for Defendants, and the performance of other tasks as determined by the Court.  Liaison counsel are required to maintain complete files with copies of all documents served upon them in hard copy or electronic form, and to make such files available to counsel for Defendants upon request.

It is so **ORDERED**.

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

_____

**CYNTHIA M. RUFE, J.**