# FINE, KAPLAN AND BLACK, R.P.C.

ATTORNEYS AT LAW
ONE SOUTH BROAD STREET, 23RD FLOOR
PHILADELPHIA, PENNSYLVANIA 19107

(215) 567-6565
FAX: (215) 568-5872
E-mail: mail@finekaplan.com
www.finekaplan.com

ROBERTA D. LIEBENBERG
MICHAEL D. BASCH
JEFFREY S. ISTVAN
GERARD A. DEVER
PAUL COSTA
ADAM J. PESSIN
MARY L. RUSSELL
RIA C. MOMBLANCO
JESSICA D. KHAN

ALLEN D. BLACK
ARTHUR M. KAPLAN
DONALD L. PERELMAN
MATTHEW DUNCAN
ELISE E. SINGER
ROBERT A. LARSEN
JOSEPH J. BORGIA
OF COUNSEL

AARON M. FINE
1923-2013

June 1, 2020

**Filed via ECF**

The Honorable Cynthia M. Rufe
United States District Court
  for the Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street, Suite 12614
Philadelphia, PA  19106

Re:     *In re: Generic Pharmaceuticals Pricing Antitrust Litigation*, MDL No. 2724

Dear Judge Rufe:

We write on behalf the undersigned private plaintiffs, pursuant to the Court's May 27 Order (Docket No. 1390), to state our position with regard to the potential effect on bellwether selection of the Plaintiff States' anticipated filing of a third complaint in June 2020.

The States' new complaint will have no effect on the selection of bellwethers for the Classes. Special Master Marion has recommended the Clobetasol, Clomipramine and Pravastatin cases as bellwethers for the EPP and DPP Classes and has noted that the Kroger DAPs seek to participate in the bellwethers unless doing so becomes infeasible. The EPP and DPP individual drug cases have been pending for more than three years, and they are representative of the 51 single-drug cases, all of which were filed in 2016 and 2017. The States' new complaint will not change any of that. The single-drug cases still will be the oldest cases in the MDL; as a category, they still will need to be included in the bellwether process; and nothing in the new States' complaint will change the appropriateness of the Clobetasol, Clomipramine and Pravastatin cases as the single-drug bellwethers.

Indeed, as noted in Mr. Nielsen's recent letter, the States' third complaint will not even affect the selection of the States' bellwether, as no party is going to advocate that the new complaint be a bellwether.

Waiting several weeks for the filing of the new complaint, followed (presumably) by a request from Defendants for yet more briefing and oral argument, will yield nothing but delay. The Court ordered the bellwether selection process in October 2019. After numerous meetings

The Honorable Cynthia M. Rufe
June 1, 2020
Page 2

and written submissions in an adversarial process, Special Master Marion issued his Report and Recommendation in February 2020. Since that time, Defendants have submitted six briefs, and Plaintiffs have submitted two, plus the current round of letters. The issue is joined. There is nothing to be gained, but much time to be lost, from yet more process.

Very truly yours,


/s/      Roberta D. Liebenberg
Roberta D. Liebenberg
FINE, KAPLAN AND BLACK, R.P.C.
One South Broad Street, 23rd Floor
Philadelphia, PA  19107
215-567-6565
rlibenberg@finekaplan.com

*Lead and Liaison Counsel for the
End-Payer Plaintiffs*


/s/ Jonathan M. Cuneo
Jonathan W. Cuneo
CUNEO, GILBERT & LADUCA LLP
4725 Wisconsin Ave. NW, Suite 200
Washington, DC 20016
202-789-3960
jonc@cuneolaw.com

*Lead Counsel for the
Indirect Reseller Plaintiffs*


/s/      Dianne M. Nast
Dianne M. Nast
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, PA  19107
215-923-9300
dnast@nastlaw.com

*Lead and Liaison Counsel for the
Direct Purchaser Plaintiffs*


/s/      William J. Blechman
William J. Blechman
KENNY NACHWALTER, P.A.
1441 Brickell Avenue, Suite 1100
Miami, Florida 33131
305-373-1000
wblechman@knpa.com

*Counsel for the Kroger Direct Action Plaintiffs
and Liaison Counsel for DAPs*


cc:   David H. Marion, Esquire (via email)
      Bruce P. Merenstein, Esquire (via email)
      Dan Regard (via email)
      Morgan S. Birch, Esquire (via email)
      MDL2724AllDeftsService@pepperlaw.com (via email)
      MDL2724plaintiffsleadsetc@ag.ny.gov (via email)