**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | MDL 2724<br>16-MD-2724 |
| **THIS DOCUMENT RELATES TO:** | **HON. CYNTHIA M. RUFE** |
| *Harris County, Texas v. Teva Pharmaceuticals USA Inc., et al.* | Individual Case Number 20-2296 |

**ORDER**

**AND NOW**, this 2nd day of June 2020, upon consideration of Plaintiff's unopposed Motion for Extension of Time to Serve Defendants [Doc. No. 10], and good cause having been shown, it is hereby **ORDERED** that the Motion is **GRANTED**. The deadline for service of the summons and complaint is **EXTENDED** until **July 1, 2020**.

It is so **ORDERED**.

                                                      **BY THE COURT:**

                                                      */s/ Cynthia M. Rufe*

                                                      _____

                                                      **CYNTHIA M. RUFE, J.**