# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | HON. CYNTHIA M. RUFE |

### PRETRIAL ORDER NO. 127
### (GENERAL STATUS CONFERENCE)

**AND NOW**, this 5th day of June 2020, it is hereby **ORDERED** that a General Status Conference will be held on **July 9, 2020** at **1:30 p.m.** in Courtroom 12-A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania with all counsel and the Special Masters. Because of the continuing COVID-19 pandemic, the Court strongly encourages counsel to participate by telephone. As it may be necessary to limit the number of people in the courtroom, only one attorney representing a party may appear in person, and counsel who intend to appear in person shall notify the appropriate Liaison Counsel no later than June 24, 2020. No later than July 1, 2020, Liaison Counsel shall submit to the Court a list of proposed attendees and shall file a joint proposed agenda that includes a call-in number for those participating by telephone. Counsel who appear in person shall comply with all Standing Orders related to the response to COVID-19, which are available on the Eastern District of Pennsylvania website at http://www.paed.uscourts.gov/response-to-covid-19.

It is so **ORDERED.**

**BY THE COURT:**
**/s/ Cynthia M. Rufe**
_____
**CYNTHIA M. RUFE, J.**