UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*Cigna Corp. v. Actavis Holdco US, Inc., et al.* | HON. CYNTHIA M. RUFE<br><br>Individual Case No. 2:20-cv-02711 |

## JOINT ENTRY OF APPEARANCE

TO THE CLERK:

Pursuant to Paragraph 12 of Pretrial Order No. 33 (Master Docket, No. 16-MD-2724, Dkt. 431), please enter the appearances of the following attorneys from Paul, Weiss, Rifkind, Wharton & Garrison LLP as counsel for Plaintiff Cigna Corp., in connection with the above-captioned matter: Charles F. Rule, Daniel J. Howley, Paul E. Chaffin, and Benjamin Z. Bergmann.

Dated: June 12, 2020

Respectfully submitted,

/s/  Charles F. Rule

Charles F. (Rick) Rule
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Tel.: (202) 223-7320
rrule@paulweiss.com

/s/  Daniel J. Howley

Daniel J. Howley
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
2001 K Street, NW

Washington, DC 20006
Tel.: (202) 223-7300
dhowley@paulweiss.com

*/s/   Paul E. Chaffin*

Paul E. Chaffin
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Tel.: (202) 223-7329
pchaffin@paulweiss.com

*/s/   Benjamin Z. Bergmann*

Benjamin Z. Bergmann
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Tel.: (202) 223-7408
bbergmann@paulweiss.com

*Attorneys for Plaintiff Cigna Corp.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2020, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing. A Notice of Electronic Filing was transmitted to all ECF registrants.

*/s/  Charles F. Rule*_____

Charles F. (Rick) Rule
