# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL 2724**<br>**16-MD-2724** |
| | **HON. CYNTHIA M. RUFE** |
| **THIS DOCUMENT RELATES TO:**<br>*ALL ACTIONS* | |

### PRETRIAL ORDER NO. 130
### (PROCEDURE FOR GENERAL STATUS CONFERENCE)

**AND NOW**, this 30th day of June 2020, it is hereby **ORDERED** that the General Status Conference scheduled for July 9, 2020, will not be conducted in-person. Instead, the Court will arrange for those attorneys who plan to address the Court to appear by videoconference, and all others may join the conference by telephone. A court reporter will transcribe the conference. Lead and Liaison counsel shall submit to the Court no later than **July 3, 2020**, a list of those counsel who wish to appear by videoconference.

It is so **ORDERED.**

**BY THE COURT:**

**/s/ Cynthia M. Rufe**
_____
**CYNTHIA M. RUFE, J.**