## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL 2724** **16-MD-2724** |
| **THIS DOCUMENT RELATES TO:** *ALL ACTIONS* | **HON. CYNTHIA M. RUFE** |

### ORDER

**AND NOW,** this 30th day of June 2020, upon consideration of the attached stipulation of the parties regarding briefing on objections to ESI Special Master Daniel L. Regard's Report and Recommendation Relating to Global Search Term Modifications Requested by Sandoz, it is hereby **ORDERED** that the stipulation is **APPROVED.** Plaintiffs shall have until **July 17, 2020** to file any response to Defendant's Objections.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
CYNTHIA M. RUFE, J.

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724 16-MD-2724 |
| THIS DOCUMENT RELATES TO: *ALL ACTIONS* | HON. CYNTHIA M. RUFE |

**JOINT STIPULATION AND PROPOSED ORDER TO EXTEND THE DEADLINE FOR PLAINTIFFS' RESPONSE TO SANDOZ, INC.'S OBJECTION TO ESI SPECIAL MASTER DANIEL L. REGARD'S REPORT AND RECOMMENDATION RELATING TO GLOBAL SEARCH TERM MODIFICATIONS REQUESTED BY SANDOZ**

WHEREAS, on June 26, 2020, Defendant Sandoz, Inc. ("Sandoz") filed objections to ESI Special Master Daniel L. Regard's Report and Recommendation Relating to Global Search Term Modifications Requested by Sandoz, MDL Dkt. No. 1430 ("Sandoz's Objections");

WHEREAS, under Local Rule 7.1(c) and Paragraph 7 of this Court's Policies and Procedures, Plaintiffs' Response to Sandoz's Objections is currently due on July 10, 2020;

WHEREAS, after discussion, Plaintiffs and Sandoz have agreed, subject to the Court's approval, to a one-week extension of the deadline for Plaintiffs to file their Response to Sandoz's Objections, or until July 17, 2020.

It is hereby STIPULATED AND AGREED, by the undersigned counsel, pursuant to Local Rule 7.4 that Plaintiffs shall have until July 17, 2020 to file their Response to Sandoz's Objections.

IT IS SO STIPULATED.

Dated: June 30, 2020

Respectfully submitted,

/s/  Roberta D. Liebenberg
Roberta D. Liebenberg
FINE, KAPLAN AND BLACK, R.P.C.
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
215-567-6565
rliebenberg@finekaplan.com

**Liaison and Lead Counsel for End-Payer Plaintiffs**

/s/  Dianne M. Nast
Dianne M. Nast
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, PA 19107
215-923-9300
dnast@nastlaw.com

**Liaison and Lead Counsel for Direct Purchaser Plaintiffs**

/s/  Jonathan W. Cuneo
Jonathan W. Cuneo
CUNEO GILBERT & LADUCA LLP
4725 Wisconsin Avenue, NW
Suite 200
Washington, DC 20016
202-789-3960
jonc@cuneolaw.com

**Lead Counsel for Indirect-Reseller Plaintiffs**

/s/ Margaret A. Rogers
Margaret A. Rogers
Brian Auricchio
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
Tel: (212) 836-8000
Fax: (212) 836-8689
Margaret.rogers@arnoldporter.com
Brian.auricchio@arnoldporter.com

**Counsel for Sandoz Inc.**

/s/ W. Joseph Nielsen
W. Joseph Nielsen
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel:  (860) 808-5040
Fax:  (860) 808-5033
Joseph.Nielsen@ct.gov

**Liaison Counsel for the  States**

/s/ William J. Blechman
William J. Blechman, Esquire
KENNY NACHWALTER, P.A.
1441 Brickell Avenue, Suite 1100
Miami, Florida  33131
Tel:     (305) 373-1000
Fax:     (305) 372-1861
wblechman@knpa.com

**Counsel for the Kroger Plaintiffs and Liaison
Counsel for Direct Action Plaintiffs**