## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>Case No. 16-MD-2724-CMR |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | HON. CYNTHIA M. RUFE |

## DECLARATION OF MARGARET A. ROGERS

Margaret A. Rogers declares the following pursuant to 28 U.S.C. § 1746:

1.      I am a partner at the law firm Arnold & Porter Kaye Scholer LLP and a member in good standing of the Bar of the State of New York.  I submit this declaration in support of Sandoz Inc.'s ("Sandoz") objection to the Special ESI Master's Amended Report and Recommendation Relating to Global Search Term Modifications Requested by Sandoz (ECF No. 1416), which recommended that Sandoz apply the broadest search terms negotiated for certain custodians to its former Chief Executive Officers' ("CEOs"), and rejected Sandoz' request for a protective order requiring focused search terms.

### THE TIER 1 TERMS ARE DISPROPORTIONATE AS APPLIED TO THE CEOS

2.      The Tier 1 terms are disproportionate in light of the substantial discovery Sandoz has provided from 34 other custodians, the substantial discovery Sandoz already agreed to provide from the CEOs (approximately 165,800 documents[1]), the absence of any factual allegations that Sandoz' CEOs were involved in or knew about alleged anticompetitive conduct, the breadth of the

---

[1]      Note, these documents contain the search terms Sandoz proposed to apply to the former CEO files.  They are not necessarily all relevant and responsive to this litigation and are subject to clawback under this Court's PTO 105.

US 167972324

roles and responsibilities of the CEOs, and the overbreadth of the Tier 1 terms, which capture large swaths of irrelevant and competitively sensitive information.

3.      Sandoz' search term proposal includes many of the terms already negotiated by the parties for other custodians, excluding only those that fail to appropriately target relevant information.  The chart below compares Sandoz' proposal with the different categories of search terms negotiated by the parties for other custodians.  With the exception of a handful of terms that differ slightly between the Tier 1 and Tier 2 Drug search terms, there is no dispute concerning the Drug Terms, Defendant Domain Terms and Trade Association / Industry Event Terms.  Sandoz submits that all of those terms will do the heavy lifting in terms of targeting and locating potentially responsive information in this case.

| Search Term Categories Used for Other Custodians | Sandoz' Proposal for the CEOs |
|---|---|
| 1.  **Drugs Terms** | Agreed Tier 2 terms (which relate to every product at issue in the MDL) |
| 2.  **Defendant Domain Names** | Agreed terms (these are the same for Tier 1 and Tier 2) |
| 3.  **Trade Association / Industry Event** | Agreed terms (these are the same for Tier 1 and Tier 2) |
| 4.  **Defendant Names as Standalone Terms** | Defendant Names with limiters |
| 5.  **General Business Words as Standalone Terms** | Targeted General Standalone Terms targeting Plaintiffs' core alleged conspiracy allegations |
| 6.  **Plaintiff Names as Standalone Terms** | None |
| 7.  **>600 People Names** | None |

4.      Sandoz also offered to search for the names of the other defendant manufacturers in proximity to reasonable limiting terms.  For example, Sandoz offered to search for

2

[manufacturer name] within three words of terms like "call me" to locate internal documents, if any, indicating that a conversation took place with an individual at a competitor company. Sandoz proposed limiting terms like "don't follow," "irrational," or "irresponsible" to locate internal documents, if any, reflecting general comments about Sandoz' competitors or conduct with respect to the competitor generally as opposed to conduct concerning the specific products at issue in the case (which would already be captured by running the drug terms). Sandoz also proposed socially-oriented limiting terms like "golf," "beer*," and "buddy" to target information reflecting social relationships and meetings. Sandoz did not agree to run the defendant manufacturer names as standalone terms (i.e., without limiters) because that would sweep in every document that mentions another competitor regardless of the actual content of the document. A list of the disputed search terms is attached hereto as **Exhibit 1**.

5.     Sandoz also proposed a targeted set of standalone terms designed to capture information, if any, about Plaintiffs' core allegations concerning an alleged "fair share" conspiracy (e.g. "fair share", rules /4 road, sandbox). *Id.* Sandoz excluded some general standalone business terms (e.g., "horse trad*", follow* w/3 leader, and pric* w/3 reasonable etc.) because they target ordinary business correspondence and overwhelmingly fail to capture relevant information. *Id.*

6.     To quantify the overbreadth of the disputed terms, Sandoz conducted a random statistical sample of the disputed terms. For purposes of this test, we excluded documents that also appear within the files of other Agreed Custodians and, thus, have been or will be produced regardless of this dispute.

7.     Sandoz' e-discovery vendor created a statistically significant random sample for each category of disputed search terms, sufficient to achieve a 99% confidence level with a +/- 5% margin of error. The purpose of the sampling was to test whether the terms proposed by plaintiffs

3

in each category target potentially relevant information.  Thus, for each category, we sampled documents that contain only search terms for the category at issue.  In other words, the sample comprising Plaintiffs' proposed names of Defendant Manufacturers as standalone terms contains documents that exclusively hit on a "Defendant Name" term and no other proposed search terms.

8.      The results of the sampling confirm that the disputed terms do not provide a screen for relevance because overall approximately 76% of the sampled documents were non-responsive as shown in the table below.

| CEO Unique Documents | Percent Non-Responsive |
|---|---|
| Named Plaintiff Terms | ~77% |
| Defendant Name Terms | ~76% |
| General Standalone Terms | ~75% |
| People Terms | ~76% |
| **Average** | **~76%** |

### The Global Tier 1 Terms Impose An Undue Burden and Expense

9.      Compared with Sandoz' search term proposal, the Global Tier 1 Terms capture approximately 84,000 more CEO documents.  Sandoz' e-discovery vendor estimates that reviewing these 84,000 documents for responsiveness (for clawback purposes) in a linear review (*i.e.*, document-by-document, as opposed to a technology assisted review) would cost between $100,000 - $130,000.  However, the actual costs associated with review and production of these documents will be significantly higher, because this estimate excludes time spent preparing documents for review, vendor time quality checking the review before production, potential review of foreign language documents, potential privilege logging, and potential redactions.  This also excludes time spent by Arnold & Porter attorneys to answer questions for the review team and perform any additional quality control review.   Finally, this also excludes time spent by Arnold

US 167972324

& Porter attorneys to clawback irrelevant documents, and meet and confer with plaintiffs concerning those clawbacks requests.

10.     Further, while the cost estimates for the labor associated with reviewing and producing these disputed 84,000 documents taken in isolation may appear small, the cumulative burden on Sandoz is significant.  As of today, Sandoz has produced more documents than any party in this litigation, costing millions of dollars.  That work continues, thus, the company will continue to incur significant expense going forward irrespective of the outcome of this dispute.

11.     Finally, it is impossible to quantify with precision the cost to the company of the loss in competitive advantage that would be suffered by the inadvertent disclosure or misuse of any of its trade secrets and other highly confidential and proprietary business information. This case has already seen two sealed complaints leaked to the press.  Even setting aside the risk of unlawful disclosure to the public, an equally threatening (and perhaps greater) risk would be the inadvertent disclosure of information to any one of the parties to this case, which includes nearly all of Sandoz competitors and its largest customers.  The company must bear that risk for information that is relevant to the claims and defenses, but it is inappropriate and unduly burdensome to impose that burden for information that is irrelevant.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
          June 26, 2020

_____
        */s/ Margaret A. Rogers*
          Margaret A. Rogers

US 167972324

# EXHIBIT 1

| Term Category | Plaintiffs' Proposal | Sandoz's Proposal |
|---|---|---|
| Defendant Names | "G&W" | ("G&W") w/3 General Standalone Limiter |
| Defendant Names | "Hi Tech" | ("Hi Tech") w/3 General Standalone Limiter |
| Defendant Names | "HiTech" | ("HiTech") w/3 General Standalone Limiter |
| Defendant Names | "Hi-Tech" | ("Hi-Tech") w/3 General Standalone Limiter |
| Defendant Names | "West Ward" | ("West Ward") w/3 General Standalone Limiter |
| Defendant Names | "WestWard" | ("WestWard") w/3 General Standalone Limiter |
| Defendant Names | "West-Ward" | ("West-Ward") w/3 General Standalone Limiter |
| Defendant Names | Acorn | (Acorn) w/3 General Standalone Limiter |
| Defendant Names | Actavis* | (Actavis*) w/3 General Standalone Limiter |
| Defendant Names | Akorn* | (Akorn*) w/3 General Standalone Limiter |
| Defendant Names | Amneal | (Amneal) w/3 General Standalone Limiter |
| Defendant Names | Apotex* | (Apotex*) w/3 General Standalone Limiter |
| Defendant Names | Ascend | (Ascend) w/3 General Standalone Limiter |
| Defendant Names | Auro* OR Bindo | (Auro* OR Bindo) w/3 General Standalone Limiter |
| Defendant Names | Barr | (Barr) w/3 General Standalone Limiter |
| Defendant Names | Breck* | (Breck*) w/3 General Standalone Limiter |
| Defendant Names | Camber* | (Camber*) w/3 General Standalone Limiter |
| Defendant Names | Citron | (Citron) w/3 General Standalone Limiter |
| Defendant Names | Dava | (Dava) w/3 General Standalone Limiter |
| Defendant Names | DRL | (DRL) w/3 General Standalone Limiter |
| Defendant Names | Emcure | (Emcure) w/3 General Standalone Limiter |
| Defendant Names | Epic NOT w/1 ("Epic Pharmacy" or "Epic Pharmacies") | (Epic NOT w/1 ("Epic Pharmacy" or "Epic Pharmacies")) w/3 General Standalone Limiter |
| Defendant Names | Epic NOT w/3 (fail OR win OR victory OR loss) | (Epic NOT w/3 (fail OR win OR victory OR loss)) w/3 General Standalone Limiter |
| Defendant Names | Glenmark | (Glenmark) w/3 General Standalone Limiter |
| Defendant Names | Greenstone | (Greenstone) w/3 General Standalone Limiter |
| Defendant Names | Heritage* | (Heritage*) w/3 General Standalone Limiter |

| Term Category | Plaintiffs' Proposal | Sandoz's Proposal |
|---|---|---|
| Defendant Names | Impax* | (Impax*) w/3 General Standalone Limiter |
| Defendant Names | Lannett | (Lannett) w/3 General Standalone Limiter |
| Defendant Names | Lupin | (Lupin) w/3 General Standalone Limiter |
| Defendant Names | Mayne* | (Mayne*) w/3 General Standalone Limiter |
| Defendant Names | Morton w/2 Grove | (Morton w/2 Grove) w/3 General Standalone Limiter |
| Defendant Names | Mutual NOT w/1 ("Mutual Drug Wholesale" OR "Mutual Wholesale" OR "N. C. Mutual" OR "Mutual Drug" OR "mutualdrug.com" OR "NC Mutual" OR "Mutual customer") | (Mutual NOT w/1 ("Mutual Drug Wholesale" OR "Mutual Wholesale" OR "N. C. Mutual" OR "Mutual Drug" OR "mutualdrug.com" OR "NC Mutual" OR "Mutual customer")) w/3 General Standalone Limiter |
| Defendant Names | Mutual NOT w/3 (insurance OR love OR feel* OR respect OR fund* OR America OR exclusiv* OR journey OR omaha OR coven* OR agree* OR promise* OR terminat* OR written OR intent OR interest* OR decision OR license* OR nondisclosure OR "year term" OR "year-term") | (Mutual NOT w/3 (insurance OR love OR feel* OR respect OR fund* OR America OR exclusiv* OR journey OR omaha OR coven* OR agree* OR promise* OR terminat* OR written OR intent OR interest* OR decision OR license* OR nondisclosure OR "year term" OR "year-term")) w/3 General Standalone Limiter |
| Defendant Names | Mylan* | (Mylan*) w/3 General Standalone Limiter |
| Defendant Names | Oceanside | (Oceanside) w/3 General Standalone Limiter |
| Defendant Names | Par | (Par) w/3 General Standalone Limiter |
| Defendant Names | Perrigo* | (Perrigo*) w/3 General Standalone Limiter |
| Defendant Names | Pliva | (Pliva) w/3 General Standalone Limiter |
| Defendant Names | Reddy* | (Reddy*) w/3 General Standalone Limiter |
| Defendant Names | Sun NOT w/1 (Sunday OR sunscreen OR sunblock OR "Baltimore Sun" OR "Prairie Sun" OR "Sun Sentinel" OR "Vancouver Sun") | (Sun NOT w/1 (Sunday OR sunscreen OR sunblock OR "Baltimore Sun" OR "Prairie Sun" OR "Sun Sentinel" OR "Vancouver Sun")) w/3 General Standalone Limiter |

| Term Category | Plaintiffs' Proposal | Sandoz's Proposal |
|---|---|---|
| Defendant Names | Sun NOT w/3 (date OR Jan* OR Feb* OR Mar* Or Apr* OR May OR June OR July OR Aug* OR Sept* OR Oct* OR Nov* OR Dec* OR "01/" OR "02/" OR "03/" OR "04/" OR "05/" OR "06/" OR "07/" OR "08/" OR "09/" OR "10/" OR "11/" OR "12/" OR Mon* OR Tue* OR Wed* OR Thu* OR Fri* OR Sat* OR skin OR screen OR SPF OR lotion OR ointment OR temperature OR store* OR direct or light) | (Sun NOT w/3 (date OR Jan* OR Feb* OR Mar* Or Apr* OR May OR June OR July OR Aug* OR Sept* OR Oct* OR Nov* OR Dec* OR "01/" OR "02/" OR "03/" OR "04/" OR "05/" OR "06/" OR "07/" OR "08/" OR "09/" OR "10/" OR "11/" OR "12/" OR Mon* OR Tue* OR Wed* OR Thu* OR Fri* OR Sat* OR skin OR screen OR SPF OR lotion OR ointment OR temperature OR store* OR direct or light)) w/3 General Standalone Limiter |
| Defendant Names | SUNPHARMA | (SUNPHARMA) w/3 General Standalone Limiter |
| Defendant Names | Taro | (Taro) w/3 General Standalone Limiter |
| Defendant Names | Teligent* | (Teligent*) w/3 General Standalone Limiter |
| Defendant Names | Teva | (Teva) w/3 General Standalone Limiter |
| Defendant Names | UDL | (UDL) w/3 General Standalone Limiter |
| Defendant Names | Upsher* | (Upsher*) w/3 General Standalone Limiter |
| Defendant Names | Valeant | (Valeant) w/3 General Standalone Limiter |
| Defendant Names | Versapharm OR Versap* | (Versapharm OR Versap*) w/3 General Standalone Limiter |
| Defendant Names | Wockh* | (Wockh*) w/3 General Standalone Limiter |
| Defendant Names | Zydus | (Zydus) w/3 General Standalone Limiter |
| Drug Names | desmo* NOT w/1 Desmond* | (desmop* w/2 acet*) |
| Drug Names | Disop* | (disopyr* w/2 phosp*) OR (disopyr* w/2 cap*) |
| Drug Names | Doxa* | (Doxaz* NOT w/1 Doxapram) |
| Drug Names | Enala* | (Enala* NOT w/1 Dihy*) |
| Drug Names | Oxybut* | Oxybuty* |
| Drug Names | Praz* | ((prazos*) OR (praz* w/2 hydro*)) |
| General Standalone Terms | "after this" w/2 ("no more" or done) | |
| General Standalone Terms | | "discuss off-line" |
| General Standalone Terms | "fluff pric*" | |
| General Standalone Terms | "ghost call*" | |
| General Standalone Terms | "giv* up" w/5 (business OR share OR market OR drug) | |
| General Standalone Terms | "give up ms" | |
| General Standalone Terms | "horse trad*" | |
| General Standalone Terms | "M/S" W/10 (acquisition OR divestiture OR dynamics OR guidance OR merger) | |

| Term Category | Plaintiffs' Proposal | Sandoz's Proposal |
|---|---|---|
| General Standalone Terms | "M/S" W/10 (add* OR adjust* OR chang* OR declin* OR decreas* OR divid* OR drop OR expan* OR gain* OR heavy OR high* OR hik* OR hold* OR increas* OR lead* OR low* OR more OR new OR "pick up" OR rais* OR reduc* OR relinquish* OR retain OR secure OR shift* OR split* OR tak*) | |
| General Standalone Terms | "M/S" W/10 (allocat* OR agree OR aim* OR compet* OR compromis* OR even OR fair OR fix* OR forecast* OR game* OR gave OR giv* OR goal OR "let W/5 have" OR "like mind*" OR opportunit* OR position OR priorit* OR strateg* OR target*) | |
| General Standalone Terms | "M/S" W/10 (challeng* OR concern OR confirm* OR disrupt* OR disturb* OR follow* OR enough OR police OR policing OR pressur* OR project* OR saturat* OR "too much" OR trad* OR underdevelop* OR underrepresent* OR upset*) | |
| General Standalone Terms | "M/S" W/10 (chill OR irrational* OR irresponsible OR rational* OR reasonable OR responsible) | |
| General Standalone Terms | "M/S" W/10 (criminal OR illegal OR schem*) | |
| General Standalone Terms | "M/S" W/10 (desir* OR feedback OR hear* OR look* OR need* OR notif* OR piece* OR seek* OR want* OR yield*) | |
| General Standalone Terms | "Red Flag" | |
| General Standalone Terms | "sent the message" | |
| General Standalone Terms | "slow follower" | |
| General Standalone Terms | "slow to follow" | |
| General Standalone Terms | "slow to raise pric*" | |
| General Standalone Terms | "strong follower" | |
| General Standalone Terms | "strong leader" | |
| General Standalone Terms | "told me something" | |
| General Standalone Terms | "we will be done" | |
| General Standalone Terms | "will convey that we" | |
| General Standalone Terms | "women in the industry" | |
| General Standalone Terms | "word on the street" AND NOT (fiercepharma OR park* OR guggenheim OR valuation OR "broadfincapital" OR rating OR capital) | |
| General Standalone Terms | "zero sum" OR "zero-sum" | |
| General Standalone Terms | (antitrust OR ("anti trust")) w/3 (violate or break or illegal) | |

| Term Category | Plaintiffs' Proposal | Sandoz's Proposal |
|---|---|---|
| General Standalone Terms | (cede or conced*) w/5 (share OR market OR mkt OR pric* OR business OR customer* OR bid OR offer OR account*) | |
| General Standalone Terms | (meet* OR met OR have OR had) W/5 secret | |
| General Standalone Terms | anticompetitive OR (anti w/2 competitive) | |
| General Standalone Terms | bid w/3 "do not" | |
| General Standalone Terms | bid w/3 declin* | |
| General Standalone Terms | bid w/5 fak* | |
| General Standalone Terms | bid w/5 lowball* | |
| General Standalone Terms | Break w/2 rank | |
| General Standalone Terms | Bring* w/5 ("price up" OR "Money up" OR "$ up" OR share) | |
| General Standalone Terms | cartel | |
| General Standalone Terms | collu* | |
| General Standalone Terms | colus* | |
| General Standalone Terms | communicat* W/10 illegal | |
| General Standalone Terms | compet* w/3 (don't OR avoid OR exclude) | |
| General Standalone Terms | competit* W/3 agree* | |
| General Standalone Terms | competit* W/5 irrational | competit* w/3 irrational |
| General Standalone Terms | competit* W/5 irresponsible | competit* w/3 irresponsible |
| General Standalone Terms | competit* W/5 rational | competit* w/3 rational |
| General Standalone Terms | competit* W/5 reasonable | competit* w/3 reasonable |
| General Standalone Terms | competit* W/5 responsible | competit* w/3 responsible |
| General Standalone Terms | complain w/10 (share* OR pric* OR market* OR compet* OR bid OR offer) | |
| General Standalone Terms | conspir* | |
| General Standalone Terms | cost* W/3 decreas* | |
| General Standalone Terms | cost* W/3 increas* | |
| General Standalone Terms | declin* W/5 match | |
| General Standalone Terms | dumb w/10 (share* OR pric* OR market* OR compet* OR bid OR offer OR account*) | |
| General Standalone Terms | expect W/3 increas* | |
| General Standalone Terms | fair W/10 police | |
| General Standalone Terms | fair W/10 policing | |
| General Standalone Terms | feeler w/10 (put* OR sen* OR respon* OR gave OR get* OR pric* OR market) | |
| General Standalone Terms | follow* w/3 increas* | |
| General Standalone Terms | follow* w/3 leader" | |
| General Standalone Terms | game* W/3 theory | |
| General Standalone Terms | get* w/3 ("price up" OR "Money up" OR "$ up" OR share) | |
| General Standalone Terms | goug* w/3 (pric* OR drug OR product OR accus* OR we OR start OR let*) | |
| General Standalone Terms | greedy | |

| Term Category | Plaintiffs' Proposal | Sandoz's Proposal |
|---|---|---|
| General Standalone Terms | hear w/5 (illegal OR irrational OR irresponsible OR rational OR reasonable OR responsible) | |
| General Standalone Terms | illegal* w/5 (worr* OR afraid OR concern*) | |
| General Standalone Terms | Market W/3 "like mind*" | |
| General Standalone Terms | Market W/3 "pick* up" | |
| General Standalone Terms | Market W/3 "too much" | |
| General Standalone Terms | Market W/3 (chill OR irrational* OR irresponsible OR rational* OR reasonable OR responsible) | |
| General Standalone Terms | Market W/3 (criminal OR illegal OR schem*) | |
| General Standalone Terms | Market W/3 agree* | |
| General Standalone Terms | Market W/3 allocat* | |
| General Standalone Terms | Market W/3 disrupt* | |
| General Standalone Terms | Market W/3 disturb* | |
| General Standalone Terms | Market w/3 divide | |
| General Standalone Terms | Market w/3 fair | |
| General Standalone Terms | Market w/3 fix | |
| General Standalone Terms | Market W/3 game* | |
| General Standalone Terms | Market w/3 gave | |
| General Standalone Terms | Market w/3 giv* | |
| General Standalone Terms | Market w/3 high* | |
| General Standalone Terms | Market w/3 yield* | |
| General Standalone Terms | Market W/5 ("let have") | |
| General Standalone Terms | Market w/5 police | |
| General Standalone Terms | Market w/5 policing | |
| General Standalone Terms | market w/5 upset | |
| General Standalone Terms | Mkt W/10 (criminal OR illegal OR schem*) | |
| General Standalone Terms | Mkt W/3 (chill OR irrational* OR irresponsible OR rational* OR reasonable OR responsible) | |
| General Standalone Terms | mkt w/5 (allocat* OR agree OR fair OR fix OR game* OR "let have" OR "like mind") | |
| General Standalone Terms | mkt w/5 (disrupt* OR disturb* OR police OR policing OR upset) | |
| General Standalone Terms | mkt w/5 divide | |
| General Standalone Terms | pass w/3 message | |
| General Standalone Terms | play* W/3 (fair OR nice) | |
| General Standalone Terms | pric* W/10 "like mind*" | |
| General Standalone Terms | pric* w/3 (chill OR irrational* OR irresponsible OR rational* OR reasonable OR responsible) | pric* w/3 chill |
| General Standalone Terms | pric* w/3 (chill OR irrational* OR irresponsible OR rational* OR reasonable OR responsible) | pric* w/3 irrational* |
| General Standalone Terms | pric* w/3 (chill OR irrational* OR irresponsible OR rational* OR reasonable OR responsible) | pric* w/3 irresponsible |

| Term Category | Plaintiffs' Proposal | Sandoz's Proposal |
|---|---|---|
| General Standalone Terms | pric* w/3 (chill OR irrational* OR irresponsible OR rational* OR reasonable OR responsible) | pric* w/3 responsible |
| General Standalone Terms | pric* W/3 (criminal OR illegal OR schem*) | |
| General Standalone Terms | pric* w/3 agree* | |
| General Standalone Terms | pric* w/3 compet* | |
| General Standalone Terms | pric* w/3 disrupt* | |
| General Standalone Terms | pric* w/3 disturb | |
| General Standalone Terms | pric* w/3 follow* | |
| General Standalone Terms | pric* w/3 increas* | |
| General Standalone Terms | pric* w/3 police | |
| General Standalone Terms | pric* w/3 policing | |
| General Standalone Terms | pric* w/3 upset | |
| General Standalone Terms | pric* w/3 war | |
| General Standalone Terms | pric* w/3 wars | |
| General Standalone Terms | pric* w/5 fix* | |
| General Standalone Terms | pric* w/5 lead* | |
| General Standalone Terms | pric* w/5 rais* | |
| General Standalone Terms | responsible w/3 (player OR competitor OR market OR markets OR share* OR bid) | |
| General Standalone Terms | Share w/3 "let go" | |
| General Standalone Terms | share W/3 "pick* up" | |
| General Standalone Terms | share w/3 (chill OR irrational* OR irresponsible OR rational* OR reasonable OR responsible) | |
| General Standalone Terms | share w/3 add* | |
| General Standalone Terms | share w/3 agree* | |
| General Standalone Terms | share w/3 challeng* | |
| General Standalone Terms | share w/3 compet* | |
| General Standalone Terms | share W/3 disrupt* | |
| General Standalone Terms | share W/3 disturb* | |
| General Standalone Terms | share W/3 divid* | |
| General Standalone Terms | share W/3 fix* | |
| General Standalone Terms | share w/3 gave | |
| General Standalone Terms | share w/3 giv* | |
| General Standalone Terms | share w/3 rais* | |
| General Standalone Terms | share w/3 trad* | |
| General Standalone Terms | share W/5 "let have" | |
| General Standalone Terms | share w/5 "like mind" | |
| General Standalone Terms | share w/5 "too much" | |
| General Standalone Terms | share w/5 (criminal OR illegal OR schem*) | |
| General Standalone Terms | share w/5 allocat* | |
| General Standalone Terms | share W/5 game* | |
| General Standalone Terms | share W/5 police | |
| General Standalone Terms | share W/5 policing | |
| General Standalone Terms | share w/5 split* | |
| General Standalone Terms | share w/5 underdevelop* | |
| General Standalone Terms | share w/5 underrepresent* | |
| General Standalone Terms | share w/5 upset* | |
| General Standalone Terms | split* W/3 business | |
| General Standalone Terms | stand w/3 down | |

| Term Category | Plaintiffs' Proposal | Sandoz's Proposal |
|---|---|---|
| General Standalone Terms | steal* w/4 share | |
| General Standalone Terms | trash* w/3 market | |
| General Standalone Terms | walk w/3 (away or from) | |
| Named Plaintiffs | "1199SEIU" OR "@1199seiubenefits.org" | |
| Named Plaintiffs | "Albertsons.com" OR Albertsons | |
| Named Plaintiffs | "Cesar Castillo" | |
| Named Plaintiffs | "Chet Johnson" | |
| Named Plaintiffs | "Chippewa Pharmacy" | |
| Named Plaintiffs | "Falconer Pharmacy" | |
| Named Plaintiffs | "Halliday's" | |
| Named Plaintiffs | "heb.com" OR HEB OR "H-E-B" OR "HE Butt" OR "H.E. Butt" | |
| Named Plaintiffs | "Kroger.com" OR Kroger | |
| Named Plaintiffs | "Marion Diagnostic" | |
| Named Plaintiffs | "Philadelphia Federation" OR (PFT w/5 Fund) OR "@pfthw.org" | |
| Named Plaintiffs | "Rochester Drug" | |
| Named Plaintiffs | "Russell's" | |
| Named Plaintiffs | "Sergeants Benevolent" OR "@sbanypd.nyc" | |
| Named Plaintiffs | "Southside Pharmacy" | |
| Named Plaintiffs | "Uniformed Fire Officers" OR "Local 854" | |
| Named Plaintiffs | "Unite Here" OR UHH OR "@uhh.org" | |
| Named Plaintiffs | "West Val" | |
| Named Plaintiffs | ("Blue Cross" w/10 Louisiana) OR (BCBS w/10 Louisiana) OR "@bcbsla.com" | |
| Named Plaintiffs | ("Self-Insured Schools" w/5 California) OR SISC OR "@sisc.kern.org" | |
| Named Plaintiffs | (AFSCME w/5 37) OR "District Council 37" OR "DC 37" OR "@dc37.net" | |
| Named Plaintiffs | (AFSCME w/5 47) OR "District Council 47" OR "DC 47" OR "@dc47union.org" | |
| Named Plaintiffs | (City w/3 Providence) OR "@providenceri.gov" | |
| Named Plaintiffs | (Detective* w/2 Endowment) OR "@nycdetectives.org" | |
| Named Plaintiffs | (UFCW w/10 Arizona) OR ("United Food" w/10 Arizona) | |
| Named Plaintiffs | (UFCW w/5 1500) OR "Local 1500" OR "@ufcw1500.org" | |
| Named Plaintiffs | David w/2 Sherman | |
| Named Plaintiffs | FWK or Kerr | |
| Named Plaintiffs | Hennepin w/2 County | |
| Named Plaintiffs | HPI OR HUM | |
| Named Plaintiffs | Humana OR "humana.com" OR HPI OR RightSource OR "Right Source" OR HPS | |

| Term Category | Plaintiffs' Proposal | Sandoz's Proposal |
|---|---|---|
| Named Plaintiffs | KPH or "Kinney Drugs" | |
| Named Plaintiffs | Nina w/2 Diamond | |
| Named Plaintiffs | Optum* OR ORX OR Briova OR Catamaran OR Genoa OR Avella OR "@optum.com" OR "@briovarx.com" OR "@genoahealthcare.com" OR "@avella.com" OR "catamaranrx.com" | |
| Named Plaintiffs | Ottis w/2 McCrary | |
| Named Plaintiffs | Robby w/2 Johnson | |
| Named Plaintiffs | Unitedhealth* OR (United w/2 Health*) OR UHC OR UHG OR "uhc.com" OR (UH w/50 United) | |
| Named Plaintiffs | Valerie w/2 Velardi | |
| People | "O'Dell" | |
| People | "Rich* Smith" | |
| People | "Stev* Smith" | |
| People | "Van Stedum" | |
| People | "van winkle" w/2 schuyler | |
| People | (Ball w/2 Will*) OR (Ball w/2 Bill*) | |
| People | (Barrett OR Barett OR Meehan) w/2 Maureen | |
| People | (Block w/2 Mike*) OR (Block w/2 Michael) | |
| People | (Chappel OR Chapel) w/2 Lisa | |
| People | (Chiwen OR Kristy) w/2 Davis | |
| People | (Christine w/2 Walton) OR "cvwalton@gmail.com" | |
| People | (Damico OR Amico) w/2 Joanne | |
| People | (Foley w/2 Bob*) OR (Foley w/2 Rob*) | |
| People | (Fournier* OR Fornier*) w/2 (Bruyette OR Tracy) | |
| People | (Giannone* OR Gianone*) w/2 (Tony OR Anthony) | |
| People | (GP w/2 Sing*) OR Sachdev OR Gurpar* | |
| People | (Hoffman w/2 (Rob* or Bob)) AND NOT Novartis | |
| People | (Holden w/2 Jon*) OR (Holden w/2 John*) | |
| People | (Kenney w/2 Rene*) OR (Kenny w/2 Rene*) | |
| People | (Lori w/2 Pierce*) OR (Lori w/2 Peirce) OR (Laur* w/2 Pierce*) | |
| People | (Marg* OR Margaret) w/2 Ryan | |
| People | (McBride w/2 Michael) OR (McBride w/2 Mik*) | |
| People | (Michael OR Mik* OR Ger*) w/2 Burton | |
| People | (mouro OR sherman OR "mouro-sherman") w/2 teri | |

| Term Category | Plaintiffs' Proposal | Sandoz's Proposal |
|---|---|---|
| People | (Nielsen w/2 Dav*) OR (Nelsen w/2 Dav*) | |
| People | (Oconnor w/2 Karen) OR (Connor w/2 Karen) | |
| People | (Oneil* w/2 Rob*) OR (Oneil* w/2 Bob*) OR (Neil* w/2 Rob*) OR (Neil* w/2 Bob*) | |
| People | (Potter w/2 Rob*) OR (Potter w/2 Bob*) | |
| People | (Raya w/2 Mik*) OR (Raya w/2 Michael) | |
| People | (Ricket* w/2 Eliz*) OR (Ricket* w/2 Liz*) | |
| People | (Riker w/2 Will*) OR (Riker w/2 Bill*) | |
| People | (Rob* or Bob) w/2 Watson | |
| People | (Rob* OR Bob*) w/2 Miranda | |
| People | (Sandra OR Sandy) w/2 Bayer | |
| People | (Schatz w/2 Mart*) OR (Shatz w/2 Mart*) | |
| People | (Sherman w/2 Ter*) OR Mouro | |
| People | (Short w/2 Laur*) OR (Short w/2 LOR*) | |
| People | (Simmons w/2 Bob*) OR (Simmons w/2 Rob*) | |
| People | (Stillman w/2 Brean*) OR (Stillman w/2 Brian*) | |
| People | (Thomas or Tom) w/2 Ross | |
| People | (Tilley OR Cantey) w/3 Brook* | |
| People | (Trey OR Charles) w/2 Propst | |
| People | (vogel OR baylor OR "vogel-baylor") w/2 erika | |
| People | (Wilkinson* w/2 Fred*) OR (Wilkinson w/3 George) | |
| People | (William* w/2 Erik) OR (William* w/2 Eric) | |
| People | Abhijit w/2 Patil | |
| People | Adam w/2 Schultz | |
| People | adams w/2 john* | |
| People | Adamson w/2 Pat* | |
| People | Aigner OR "maigner25@msn.com" | |
| People | Aldana w/2 Shirley | |
| People | Alley w/2 Jen* | |
| People | Alonso w/2 Ivis | |
| People | Altamuro* | |
| People | Andrad* w/2 Blend* | |
| People | Andrus | |
| People | Apraham* | |
| People | Arends w/2 Kim* | |
| People | Alkins w/2 Darren | |
| People | Augustine w/2 Rita | |
| People | Aupperlee | |
| People | austin w/2 jake | |
| People | Axner* | |

| Term Category | Plaintiffs' Proposal | Sandoz's Proposal |
|---|---|---|
| People | Bacerott | |
| People | Bachmeier | |
| People | Baeder | |
| People | Baeringer* | |
| People | Baker w/2 Joc* | |
| People | Ballard w/2 Andrea | |
| People | Barnes w/2 Kristi | |
| People | Bean w/2 Laura | |
| People | Bebout | |
| People | Beck w/2 Jill* | |
| People | Bedrosian | |
| People | Beem | |
| People | Beena | |
| People | Bell w/2 Jan* | |
| People | Belli | |
| People | BenMaimon OR Maimon | |
| People | Berrios* OR Berios* | |
| People | Berry w/2 Matt* | |
| People | berthold w/2 dav* | |
| People | Bertuc* OR Burtuc* | |
| People | Biegler w/2 Deb* | |
| People | Bjork | |
| People | Blake w/2 Cullen | |
| People | Blake* w/2 Stu* | |
| People | blashinsky w/2 mitchell | |
| People | Blitman | |
| People | Bogda | |
| People | Bohling* | |
| People | Boothe OR "dsboothe1986@gmail.com" | |
| People | Booyd* | |
| People | borelli w/2 victor | |
| People | Bornell | |
| People | Borowi* | |
| People | Boulton* | |
| People | Bowman* w/2 Demian | |
| People | Boyer w/2 (Andrew OR Andy) | |
| People | Brad w/2 Leonard | |
| People | Brandon w/2 Casey | |
| People | Brassington | |
| People | Bresch w/2 Heather | |
| People | Brick w/2 Scott* | |
| People | Brit* w/3 (Campbell OR Sheets) | |
| People | Brodner | |
| People | brown w/2 (jim* OR james) | |
| People | Brown w/2 Judy | |
| People | Bueno w/2 Nat* | |
| People | Burd | |
| People | Busbee | |
| People | Calabro | |
| People | Cam panel* | |
| People | cangemi w/2 jessica | |
| People | Canver | |
| People | Carlson w/2 Cat* | |

| Term Category | Plaintiffs' Proposal | Sandoz's Proposal |
|---|---|---|
| People | Carotenuto | |
| People | Casilli w/2 Rose* | |
| People | Castelluzzo w/2 Pat* | |
| People | Castillo w/2 (Kath*) | |
| People | Cavanaugh | |
| People | Cease w/2 Sharon | |
| People | Chang w/2 Jen* | |
| People | Christine w/2 (DeLucia* OR Caronna) | |
| People | Ciccone w/2 Deb* | |
| People | Cindy w/2 Stevens | |
| People | Citrino | |
| People | Cividanes | |
| People | Cohon* | |
| People | Colvin* w/2 Jen* | |
| People | connolly w/2 lauren | |
| People | Copeland* w/2 Gwen | |
| People | Corley w/2 (Michael OR Mike) | |
| People | Couchman | |
| People | Coughlin* w/2 Terr* | |
| People | Coward w/2 Ter* | |
| People | Cowen w/2 Dean | |
| People | Craig w/2 Boyd | |
| People | craney w/2 (mike OR michael) | |
| People | Crawford* w/2 John* | |
| People | Cunard* | |
| People | Cur* w/2 Sheila | |
| People | Daphne w/2 Huang | |
| People | Darnel* | |
| People | Darren w/2 Hall* | |
| People | Dav* w/2 Myer* | |
| People | Dav* w/2 Seaback | |
| People | Dean w/3 Jill | |
| People | Deb* w/2 Chase | |
| People | Deiriggi | |
| People | Deluca w/2 Diane | |
| People | DeMarco* w/2 (Mike OR Michael) | |
| People | Demiris w/2 Mary | |
| People | Dengler | |
| People | Denise w/2 Murphy | |
| People | Denman | |
| People | Desai* w/2 Jeremy | |
| People | DeSalvo* | |
| People | Dewitt w/2 June* | |
| People | Diane* w/2 (Maynard* OR Nazar) | |
| People | dillaway w/2 john | |
| People | Dingle w/2 Linda | |
| People | DiPadova w/2 Kim* | |
| People | DiValerio OR (Tracy w/2 Sullivan) | |
| People | Dorsey* w/2 (Michael OR Mike) | |
| People | Dota | |
| People | Dragone w/2 Kath* | |
| People | Duda | |
| People | Dudick* | |

| Term Category | Plaintiffs' Proposal | Sandoz's Proposal |
|---|---|---|
| People | Duncan w/2 Jen* | |
| People | Dundas | |
| People | Dunrud OR LeTourneau | |
| People | Durga | |
| People | Dutra | |
| People | Edelman w/2 Kirk | |
| People | Edelson w/2 Matt* | |
| People | Ehlinger | |
| People | Emilio w/2 Stone | |
| People | Engle | |
| People | Eric w/2 Muse | |
| People | Escoto* | |
| People | Etwaru w/2 Aheliya | |
| People | Evolga w/2 Alex* | |
| People | Evolga w/2 Alic* | |
| People | Faig w/2 Tom* | |
| People | Falkin* w/2 Marc | |
| People | Fallis | |
| People | Fatmi | |
| People | Fazio w/2 Ros* | |
| People | Felix w/2 (andrea OR andy) | |
| People | Field w/2 Rust* | |
| People | Finio | |
| People | Fiveash | |
| People | Fleming* w/2 Keith | |
| People | Flinn* | |
| People | Franolic | |
| People | Galant* w/2 Rach* | |
| People | Gallagher w/2 Pete* | |
| People | Galownia | |
| People | Galvan | |
| People | Ganesh w/2 Venkat* | |
| People | Ganesh w/2 Vikr* | |
| People | Gangadhara OR Gorla* | |
| People | Gargiulo | |
| People | Gassert | |
| People | Gavaris | |
| People | Gensburger | |
| People | George w/2 Herman | |
| People | Giering* | |
| People | Gillette w/2 Robin | |
| People | Gittle | |
| People | Giuli* | |
| People | Gladys w/2 Romero | |
| People | Glazer | |
| People | Goberdhan | |
| People | Goldstein* w/2 Phil* | |
| People | Goldy | |
| People | Goodnature w/2 kara | |
| People | Gouzo* | |
| People | Gramug* OR Cassaro | |
| People | Grauso* | |
| People | Graverson | |
| People | Green W/2 Kev* | |

| Term Category | Plaintiffs' Proposal | Sandoz's Proposal |
|---|---|---|
| People | Green w/2 Matt* | |
| People | Greenblat* w/2 Aaron | |
| People | Greenblat* w/2 Ron* | |
| People | Greff w/2 Mar* | |
| People | Grenfell* | |
| People | Grisby* OR Grigsby | |
| People | Grossen* | |
| People | Grow w/2 (Stuart or Stew or Stu) | |
| People | Guenther w/2 Deanna | |
| People | Guerrero w/2 (Elizabeth OR Liz) | |
| People | Guill* w/3 Rick | |
| People | Guise w/2 Glor* | |
| People | Gulyas w/2 Cat* | |
| People | Guo w/2 Dahai | |
| People | Gustafson* | |
| People | Gutwerg* | |
| People | Guy w/2 Brian | |
| People | Haaken* | |
| People | Haddock w/2 (Alli* OR Ally) | |
| People | Hamilton* w/2 Beth | |
| People | Hampton* w/2 Jeff* | |
| People | Hanson w/2 Nic* | |
| People | Hinman* w/2 Smock | |
| People | Hoeksema w/2 Paul | |
| People | Hoffman* w/2 Brian | |
| People | Hong w/2 Courtn* | |
| People | Howard w/2 Martin | |
| People | Hunter w/2 Arlie | |
| People | Hussey w/2 Scott | |
| People | Hyman w/2 Shar* | |
| People | Irwin w/2 Dav* | |
| People | Iyer OR Swamin* OR Sam bam* | |
| People | James w/2 Burnett | |
| People | Jomisko | |
| People | Jaros* w/2 Deb* | |
| People | Jasen w/2 Dunn | |
| People | Jen* w/2 Collins | |
| People | Jeremy w/2 Tatum | |
| People | Jermaine w/2 Thomas | |
| People | Jess* w/2 McLeod | |
| People | Jim w/2 Estes | |
| People | Jinping w/2 McCormick* | |
| People | Joel w/2 Morales | |
| People | John w/2 Lopez | |
| People | John w/2 Smith | |
| People | Johnson w/2 Jeff* | |
| People | Jones w/2 Steve* | |
| People | Joseph w/2 Renner | |
| People | Josh* w/2 Blackwell | |
| People | Josway* | |
| People | Kafer | |
| People | Kait* w/2 Alexander | |
| People | Kalb w/2 (Michael OR Mik*) | |
| People | Kandlikar | |

| Term Category | Plaintiffs' Proposal | Sandoz's Proposal |
|---|---|---|
| People | Kat* w/2 (Reiss OR Roberts) | |
| People | Kathleen w/2 Farley | |
| People | Kaus | |
| People | Kavuru* w/2 Vimal | |
| People | Kazarick w/2 Hilary | |
| People | Kedrowski w/2 (Jim OR James) | |
| People | Keefe w/2 Marsha | |
| People | Keenley | |
| People | Kern w/2 Dawn | |
| People | Kerr w/2 Jon* | |
| People | Kevin w/2 Walker | |
| People | Khera | |
| People | Kiernan w/2 Tim* | |
| People | Kim* w/2 Brooks | |
| People | Klosek w/2 Aga | |
| People | knarr w/2 kevin | |
| People | Knoblauch* | |
| People | kochan w/2 sharon | |
| People | koenig w/2 scott | |
| People | Kolb | |
| People | Koleto* | |
| People | Koonce | |
| People | Koski | |
| People | Kosoglow w/2 Veronica | |
| People | Kozlowski* w/2 John | |
| People | Kriel w/2 Kev* | |
| People | Krinke | |
| People | Krishan | |
| People | Krist* w/2 Simpson | |
| People | Krist* w/2 Stephen* | |
| People | Kronovich | |
| People | Kutinsky* | |
| People | Kuziora OR Kuzoria | |
| People | kylochko* | |
| People | Lamasky | |
| People | Lam bertz | |
| People | Lanham w/2 Angela | |
| People | Lankford | |
| People | Lapila* | |
| People | Latorre* w/2 Chris* | |
| People | Leader w/2 Leslie | |
| People | Lear w/2 Huang | |
| People | Levinson w/2 Jared | |
| People | Lewert w/2 Alicia | |
| People | Lewis w/2 Sheila | |
| People | Lexie w/2 (Matthews OR Mills) | |
| People | Lichter | |
| People | Likvornik | |
| People | Link w/2 Dav* | |
| People | Lombard* w/2 Maria | |
| People | Lukasiew* OR (Lukasew* w/2 (Dan OR Daniel OR Kat*)) OR Lukasiew* | |
| People | Lyle w/2 Joan* | |
| People | Maahs | |

| Term Category | Plaintiffs' Proposal | Sandoz's Proposal |
|---|---|---|
| People | Macrides | |
| People | Maguire w/2 Jam* | |
| People | Maiolo w/2 Christine | |
| People | Malek OR "malekjason@ymail.com" OR "malekjason1@yahoo.com" OR "jasonmalek60@yahoo.com" | |
| People | Malik w/2 Rajiv | |
| People | Marcus w/2 How* | |
| People | Mares w/2 Eyel | |
| People | Markowitz w/2 Paul* | |
| People | Marro w/2 (Eliz* or Liz* or Beth*) | |
| People | Martini w/2 Matt* | |
| People | Mason w/2 (Rob* OR Bob*) | |
| People | Massa w/2 (Susan or Sue) | |
| People | Matchet* | |
| People | Matsuk* | |
| People | Matt* w/2 "Van Allen" | |
| People | Mauro w/2 (Anthony OR Tony) | |
| People | McCann* w/2 (Mick OR Michael OR Brian) | |
| People | McClard w/2 Jeff* | |
| People | Mccorkle w/2 Chip | |
| People | McCormack w/2 Kat* | |
| People | McCullough w/2 Linda | |
| People | McElfresh | |
| People | McGalliard* | |
| People | McGarty | |
| People | McInerney w/2 Rose | |
| People | McMahon* w/2 Paul | |
| People | McManus* w/2 Justin | |
| People | Mechler* | |
| People | Medalle | |
| People | Mehta w/2 Sat* | |
| People | Mehta w/2 Sun* | |
| People | Melissa w/2 (Cromer OR Garnder) | |
| People | Michael w/2 Allen | |
| People | Michael w/2 Lupo | |
| People | Michael w/2 Reiney | |
| People | Michelle w/2 Miller | |
| People | Miller w/2 Jeff* | |
| People | Miller w/2 Renee | |
| People | Millie w/2 Molina | |
| People | Minnihan | |
| People | Miriam w/2 Muller | |
| People | Mitchel* w/2 Dav* | |
| People | Moldin | |
| People | Moore w/2 Tif* | |
| People | Morcom w/2 Pat* | |
| People | Morris w/2 Andrea | |
| People | Morrow w/2 Shar* | |
| People | Mosberg | |
| People | Mullery | |
| People | Mumtaz w/2 Sofia | |

| Term Category | Plaintiffs' Proposal | Sandoz's Proposal |
|---|---|---|
| People | Muzet* | |
| People | nailor w/2 jill | |
| People | Nallappan | |
| People | Nancy w/2 McKenna | |
| People | Napoleon w/2 Clark* | |
| People | Narine | |
| People | Nasse | |
| People | Neal w/2 (Omara or mara) | |
| People | Neely | |
| People | Negron | |
| People | Nesta | |
| People | Nicholson w/2 Soph* | |
| People | Niemi | |
| People | Nigalaye | |
| People | Novak w/2 Bret* | |
| People | Novitski w/2 Chris* | |
| People | Nugent* w/2 Tim* | |
| People | Nuzum | |
| People | Oberman | |
| People | Olafsson* w/2 Sigurder | |
| People | Oliver w/2 Taw* | |
| People | Olson w/2 Chad | |
| People | Organ w/2 Erin | |
| People | orlofski w/2 kurt | |
| People | Ostaficiuk | |
| People | Ostrander w/2 Susan | |
| People | Overfield w/2 Courtney | |
| People | Padilla* w/2 Myrna | |
| People | Pam w/2 Norris | |
| People | Pannier | |
| People | Papa w/2 (Joseph OR Joe OR Joey) | |
| People | Parham w/2 Kath* | |
| People | Pat* w/2 Ford | |
| People | Patel w/2 Bhumika | |
| People | Patel w/2 Nisha | |
| People | Paton w/2 Heather | |
| People | Paul w/2 Cook | |
| People | pavlak w/2 michael | |
| People | Pehl* OR Pelke* | |
| People | Peimer w/2 Nadine | |
| People | Peluso* OR (schmid w/2 gloria) | |
| People | Pennington w/2 Karen | |
| People | Perez w/2 Sandra | |
| People | Perez w/2 Vielka | |
| People | Perfet* | |
| People | Persaud w/2 Kam* | |
| People | Peters w/2 Jess* | |
| People | Phil* w/2 Cristiano | |
| People | Philip w/2 Beers | |
| People | Picca | |
| People | Pickford | |
| People | Player w/2 Erica | |
| People | Polman | |

| Term Category | Plaintiffs' Proposal | Sandoz's Proposal |
|---|---|---|
| People | Potti | |
| People | Prediger w/2 cynthia | |
| People | Price w/2 Shannon | |
| People | purcell w/2 barbara | |
| People | Quarrick | |
| People | Radtke | |
| People | Raj w/2 Rai | |
| People | Ramsaran w/2 Elva | |
| People | Randazzo w/2 Steve | |
| People | Reading* w/2 Sean* | |
| People | Reagle w/2 Lisa | |
| People | Reddy* w/3 (Ram* OR Prasad*) | |
| People | Reed* w/2 John* | |
| People | Reed* w/2 Kat* | |
| People | Reilly w/2 Sean | |
| People | Reken* | |
| People | Rice w/2 Karen | |
| People | Richards w/2 Linda | |
| People | Rick w/2 Ortiz | |
| People | Ritchey w/2 Mark | |
| People | Rod* w/2 Emerson | |
| People | Rodamer* OR Rodarmer | |
| People | Rodowicz | |
| People | rogerson w/2 rick | |
| People | Ronco | |
| People | Rotunno w/2 Mary | |
| People | Sabat* w/2 John | |
| People | Sabo | |
| People | Sacheli w/2 (Steven OR Steve OR Stephen) | |
| People | Saharyan w/2 Mary | |
| People | Sam* w/2 Goodman | |
| People | Santangelo* w/2 Pat* | |
| People | Sather | |
| People | Saunder* w/2 Brent | |
| People | Savastano | |
| People | Schiwbalak OR Shiwbalak | |
| People | schneider w/2 chris | |
| People | Schober w/2 Dan* | |
| People | Schreck OR Shreck | |
| People | Scott w/2 Char | |
| People | Scott w/2 Sims | |
| People | Seiden w/2 (Will* OR Bill) | |
| People | Shah w/2 Anand | |
| People | Shah w/2 Jay* | |
| People | Sharp w/2 Sharen | |
| People | Sheryl w/2 Cannon | |
| People | Shook w/2 Kev* | |
| People | Sica w/2 Kev* | |
| People | Siebert w/2 Ann* | |
| People | Silver w/2 Sean | |
| People | Sisco w/2 Mich* | |
| People | Skalsk* | |
| People | Slavsky | |

| Term Category | Plaintiffs' Proposal | Sandoz's Proposal |
|---|---|---|
| People | Smith w/2 Kev* | |
| People | Snyder w/2 Shell* | |
| People | Soars w/2 Lew* | |
| People | Soltysik w/2 Anna | |
| People | Sonig | |
| People | Spotts | |
| People | Statler w/2 Doug | |
| People | Staud | |
| People | Stefan w/2 Cross | |
| People | Stefaniak | |
| People | Steve* w/2 Cohen | |
| People | Steve* w/2 Goodman | |
| People | Stol* w/2 Brian | |
| People | Strelau* | |
| People | strzeminski w/2 robin | |
| People | Sundaram | |
| People | Taffe OR Taaffe | |
| People | Tam boia | |
| People | Tekumal | |
| People | thapar w/2 vik* | |
| People | Thelen w/2 Renee | |
| People | Tighe w/2 (Robert OR Gary) | |
| People | Tim* w/2 Berry* | |
| People | Tolusso | |
| People | Tom* w/2 Lewis | |
| People | Toothman w/2 (Margaret OR Peg*) | |
| People | Tranter | |
| People | Tropiano | |
| People | Truchan* | |
| People | Tustin* w/2 Bill | |
| People | Tutland w/2 Shell* | |
| People | Urbansk* | |
| People | Vallillo w/2 Carol | |
| People | Vandekief* w/2 Kris | |
| People | Vandervort | |
| People | Vanlies* OR Lieshout* | |
| People | Varsha w/2 Lala | |
| People | Veira* | |
| People | Velez w/2 Luis | |
| People | Veneziano w/2 Lar* | |
| People | Venugopal w/2 Perry | |
| People | Vincent w/2 Post | |
| People | Vinita w/2 Gupta | |
| People | Vitolis | |
| People | Vohra w/2 Umang | |
| People | Vraniak | |
| People | Wall w/2 Barb* | |
| People | Walten | |
| People | Ward w/2 Pam* | |
| People | watkins w/2 greg | |
| People | Watson* w/2 Jeff* | |
| People | werner w/2 colleen | |
| People | Wesolowski | |
| People | Wester w/2 (Andrea or Dre) | |

| Term Category | Plaintiffs' Proposal | Sandoz's Proposal |
|---|---|---|
| People | wetzel w/2 trish | |
| People | Wiesemann | |
| People | Wilk* w/2 Grac* | |
| People | Will* w/2 Huang | |
| People | William* w/2 Jane* | |
| People | Wingert* w/2 Martin | |
| People | Workman w/2 Dav* | |
| People | Zaklin w/2 Joel | |
| People | Zenobi w/2 Colleen | |
| People | Zitnak | |

| General Standalone Limiters Sandoz Proposed to Search For Within Three Words of Each Defendant Name (i.e., [Manufacturer Name] w/3 each term below) | | |
|---|---|---|
| "heads up" | "co-opetition" | "call me" |
| "PI" | dinner | "call my cell" |
| ask | drink* | "call you" |
| "touch base" | dumb | "call her" |
| tell | enter* | "call them" |
| told | feeler | scotch |
| inform* | "fill you in" | "send* a message" |
| reach* | "fill u in" | "send* them a message" |
| meet* | "fill me in" | "sent a message" |
| met | "fill him in" | "sent them a message" |
| event | "fill her in" | "received a call" |
| restaurant | "fill them in" | speak |
| concert | "fill us in" | spoke |
| spa | "will not follow" | vodka |
| secret | "do not follow" | whiskey |
| unofficial | "not going to follow" | wine |
| "text me" | "don't follow" | "got a call" |
| "txt me" | "not to follow" | cocktail* |
| "text you" | "won't follow" | coffee |
| "txt you" | gin | complain* |
| "text him" | golf* | coopetition |
| "txt him" | goug* | "let have" |
| "text her" | greedy | |
| "txt her" | hear* | |
| "text them" | idiot* | |
| "txt them" | "in person" | |
| "cell" | intel* | |
| "got text*" | "CI" | |
| "got txt*" | irrational | |
| "receiv* text" | irresponsible | |
| "receiv* txt" | lunch | |
| friend | martini* | |
| buddy | offer* | |
| "word on the street" | party | |
| activist | parties | |
| beer* | rational | |
| bourbon | responsible | |