**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL NO. 2724 |
| | 16-MD-2724 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | HON. CYNTHIA M. RUFE |

**JOINT PROPOSED AGENDA FOR
JULY 9, 2020 GENERAL STATUS CONFERENCE**

Pursuant to Pretrial Order No. 127 (MDL Doc. No. 1410), Liaison Counsel hereby submit this proposed agenda of items to be brought before the Court via videoconference at the General Status Conference scheduled for Thursday, July 9, 2020, at 1:30 pm:

1. Status of Revised Case Management Order Negotiations

2. Schedule for Future Conferences

3. Argument with regard to the effect of *Lexecon* issues on R&R 3

The State of New York has provided the following conference information for counsel wishing to participate by telephone:

   866 394-2346
   Code: 659 182 3682#

Dated: July 1, 2020                               Respectfully submitted:

/s/ Roberta D. Liebenberg                         /s/ Dianne M. Nast
Roberta D. Liebenberg                             Dianne M. Nast
FINE, KAPLAN AND BLACK, R.P.C.                    NASTLAW LLC
One South Broad Street, 23rd Floor                1101 Market Street, Suite 2801
Philadelphia, PA 19107                            Philadelphia, PA 19107
215-567-6565                                      215-923-9300
rliebenberg@finekaplan.com                        dnast@nastlaw.com

**Liaison and Lead Counsel for the**              **Liaison and Lead Counsel for the**
**End-Payer Plaintiffs**                          **Direct Purchaser Plaintiffs**

*/s/ W. Joseph Nielsen*
W. Joseph Nielsen
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel: (860)808-5040
Fax: (860)808-5033
Joseph.Nielsen@ct.gov

**Liaison Counsel for the States**

*/s/ William J. Blechman*
William J. Blechman
KENNY NACHWALTER, P.A.
1441 Brickell Avenue
Suite 1100
Miami, FL 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
wblechman@knpa.com

**Liaison Counsel for Direct Action Plaintiffs and Counsel for the Kroger Direct Action Plaintiffs**

*/s/ Jan P. Levine*
Jan P. Levine
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Tel: (215) 981-4000
Fax: (215) 981-4750
levinej@pepperlaw.com

*/s/ Sheron Korpus*
Sheron Korpus
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
skorpus@kasowitz.com

*/s/ Devora W. Allon*
Devora W. Allon
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-5967
Fax: (212) 446-6460
devora.allon@kirkland.com

*/s/ Sarah F. Kirkpatrick*
Sarah F. Kirkpatrick
WILLIAMS & CONNOLLY, LLC
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5958
skirkpatrick@wc.com

*/s/ Chul Pak*
Chul Pak
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Fl.
New York, NY 10019
Tel: (212) 999-5800

Fax: (212) 999-5899
cpak@wsgr.com

**Defendants' Liaison Counsel**