## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| | HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br><br>*Harris County*, 20-cv-02296 | |

## ORDER

**AND NOW,** this 2nd day of July 2020, upon consideration of the attached Joint Stipulation to Extend the Deadline for Defendants to Respond to Plaintiff's March 1, 2020 Complaint, it is hereby **ORDERED** that the Stipulation is **APPROVED.**

It is so **ORDERED.**

                                                **BY THE COURT:**

                                                **/s/ Cynthia M. Rufe**

                                                **CYNTHIA M. RUFE, J.**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Harris County*, 20-cv-02296 | MDL 2724<br>16-MD-2724<br><br>HON. CYNTHIA M. RUFE |

**JOINT STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS
TO RESPOND TO PLAINTIFF'S MARCH 1, 2020 COMPLAINT**

WHEREAS, Plaintiff Harris County, filed a complaint on March 1, 2020, in the action *Harris County v. Teva Pharmaceuticals USA, Inc. et al.*, Case No. 20-cv-00733, in the Southern District of Texas (the "Action"), against Defendants Teva Pharmaceuticals USA, Inc., Actavis Holdco Us, Inc., Actavis Pharma, Inc., Akorn, Inc., Amneal Pharmaceuticals, Inc., Amneal Pharmaceuticals LLC, Amneal Pharmaceuticals of New York, LLC, Apotex Corp., Aurobindo Pharma U.S.A., Inc., Breckenridge Pharmaceutical, Inc., Camber Pharmaceuticals, Inc., Dr. Reddy's Laboratories, Inc., Endo International PLC, Endo Health Solutions Inc., Endo Pharmaceuticals Inc., Fougera Pharmaceuticals Inc., Glenmark Pharmaceuticals, Inc., USA, Greenstone LLC, Heritage Pharmaceuticals Inc., Hikma Pharmaceuticals USA, Inc., Hi-Tech Pharmacal Co., Inc., Kavod Pharmaceuticals, LLC, Kavod Health LLC, Lannett Company, Inc., Lupin Pharmaceuticals, Inc., Mayne Pharma, Inc., Morton Grove Pharmaceuticals, Inc., Mylan Inc., Mylan Pharmaceuticals Inc., Mylan Institutional Inc., Mylan Specialty L.P., Par Pharmaceutical Companies, Inc., Par Pharmaceutical, Inc., Perrigo New York, Inc., Pfizer Inc., Sandoz Inc., Sun Pharmaceuticals, Inc., Taro Pharmaceuticals USA, Inc., Teligent Pharma, Inc., Upsher-Smith Laboratories, LLC, Versapharm, Inc., Wockhardt USA LLC, Zydus Pharmaceuticals (USA) Inc. (collectively, and excluding Endo International PLC, Endo Health Solutions Inc., Endo

1

Pharmaceuticals Inc., and Par Pharmaceutical Companies, Inc., the "Stipulating Defendants," and together with Harris County, the "Parties");

WHEREAS, the Action was transferred by the United States Judicial Panel on Multidistrict Litigation on April 7, 2020 to the Eastern District of Pennsylvania, assigned Case No. 20-cv-2296, and centralized for pretrial proceedings as part of *In re Generic Pharmaceuticals Pricing Antitrust Litigation*, Case No. 16-md-2724-CMR, MDL No. 2724;

WHEREAS, the Complaint contains facts and allegations similar to those alleged by Plaintiff States on May 10, 2019 in *State of Connecticut et al. v. Teva Pharmaceuticals USA, Inc*. and amended on November 1, 2019, Case No. 19-cv-2407-CMR, which has also been centralized for pretrial proceedings as part of MDL 2724;

WHEREAS on May 29, 2020 plaintiff Harris County filed an Amended Complaint that contained facts and allegations similar to those alleged by Plaintiff States;

WHEREAS, in an Order dated July 25, 2019, the Court adjourned responsive pleadings and/or motions to the Plaintiff States' May 10, 2019 Complaint until such time as the Court enters an order setting a schedule for responses to that complaint (*see* MDL Doc. No. 1058, approving stipulation);

WHEREAS, the Parties agree that responses to the pleadings in this Action should be accomplished efficiently and in consideration of the Court's existing MDL scheduling orders;

WHEREAS, the Parties have reached an agreement to extend the time within which the Stipulating Defendants must move against, answer, or otherwise respond to the Original or Amended Complaints;

WHEREAS, Defendants' Liaison Counsel are authorized by Stipulating Defendants to enter into this stipulation on their behalf,

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, as follows

1. The Stipulating Defendants waive service of the Harris County Complaint and Summonses pursuant to Federal Rule of Civil Procedure 4(d), and this Stipulation shall be deemed proof of that waiver pursuant to Federal Rule of Civil Procedure 4(d)(4).

2. The deadline for the Stipulating Defendants to move, answer, or otherwise respond to the Complaint is ADJOURNED until such time as the Court orders for the filing of response(s) to complaints that were filed on or after May 10, 2019.

3. This Stipulation does not constitute a waiver by the Stipulating Defendants of any defense, including but not limited to those defenses provided under Federal Rule of Civil Procedure 12.

IT IS SO STIPULATED.

Dated: July 1, 2020

**OFFICE OF HARRIS COUNTY ATTORNEY, VINCE RYAN**

*/s/ Vince Ryan*
Vince Ryan
Harris County Attorney
Robert Soard
First Assistant Harris County Attorney
Terence L. O'Rourke
Special Assistant Harris County Attorney
Pegi S. Block
Assistant Harris County Attorney
Suzanne Bradley

Assistant Harris County Attorney
1019 Congress, 15th Floor
Houston, Texas 77002
Telephone: (713) 274-5121
Facsimile: (713) 437-4211
Vince.Ryan@cao.hctx.net
Robert.Soard@cao.hctx.net
Terence.ORourke@cao.hctx.net
Pegi.Block@cao.hctx.net
Suzanne.Bradley@cao.hctx.net

3

**LAW OFFICE OF RICHARD SCHECHTER, P.C.**

*/s/ Richard Schechter*
Richard Schechter
1 Greenway Plaza, Suite 740
Houston TX 77046-0102
Telephone: 713-623-8919
Facsimile:   713-622-1680
richard@rs-law.com

**THE CICALA LAW FIRM PLLC**

*/s/ Joanne Cicala*
Joanne Cicala
Joshua T. Wackerly
101 College Street
Dripping Springs, Texas 78620
Telephone: (512) 275-6550
Facsimile: (512) 858-1801
joanne@cicalapllc.com
josh@cicalapllc.com

**BAKER • WOTRING LLP**

*/s/ Debra Tsuchiyama Baker*
Debra Tsuchiyama Baker
Earnest W. Wotring
John Muir
David George
700 JPMorgan Chase Tower
600 Travis Street
Houston, Texas 77002
Telephone: (713) 980-1700
Facsimile: (713) 980-1701
dbaker@bakerwotring.com
ewotring@bakerwotring.com
jmuir@bakerwotring.com
dgeorge@bakerwotring.com

*Attorneys for Plaintiff*

ON BEHALF OF ALL STIPULATING DEFENDANTS:

*/s/ Sheron Korpus*
Sheron Korpus
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
skorpus@kasowitz.com

*/s/ Sarah F. Kirkpatrick*
Sarah F. Kirkpatrick
WILLIAMS & CONNOLLY LLP
725 Twelfth St., NW
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5329
skirkpatrick@wc.com

*/s/ Jan P. Levine*
Jan P. Levine
PEPPER HAMILTON LLP
3000 Two Logan Square
Philadelphia, PA 19103-2799
Tel: (215) 981-4000
Fax: (215) 981-4750
levinej@pepperlaw.com

/s/ *Devora W. Allon*
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-5967
Fax: (212) 446-6460
devora.allon@kirkland.com

4

*/s/ Chul Pak*
Chul Pak
WILSON SONSINI GOODRICH & ROSATI
301 Avenue of the Americas, 40th Fl.
New York, NY 10019
Tel: (212) 999-5800
Fax: (212) 999-5899
cpak@wsgr.com

*Defendants' Liaison Counsel*