**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | HON. CYNTHIA M. RUFE |

**PRETRIAL ORDER NO. 131
(ACCESS TO GENERAL STATUS CONFERENCE)**

**AND NOW**, this 6th day of July 2020, due to exigent circumstances created by the ongoing COVID-19 pandemic, and in the interest of public health and safety, and as agreed to by the parties, the next General Status Conference will not be conducted in the Courtroom. Nevertheless, the hearing is open to the press and to the public. Therefore, it is hereby **ORDERED** that the General Status Conference scheduled for July 9, 2020 at 1:30 PM, will be conducted as follows:

1. Those attorneys participating by videoconference will receive instructions by email for accessing the conference, and should perform a test before the day of the conference.

2. Counsel who wish to participate by telephone may use the telephone conference information provided by the State of New York: 866-394-2346 (Code 659 182 3682#). Counsel who participate by telephone shall notify Lead and Liasion counsel of this participation after the conference so that a list may be provided to the Court.

3. Due to limited capacity to view the videoconference, those members of the press or public who seek to view the videoconference should notify the Court of this interest by email to Chambers_of_Judge_Cynthia_M_Rufe@paed.uscourts.gov no later than Wednesday, July 8 at 3:00 PM, and accommodations will be made to the extent possible. Members of the press and public who wish to listen to the conference may use the telephone conference information provided by the State of New York: 866-394-2346 (Code 659 182 3682#).

-2-

4. A court reporter will transcribe the conference.

It is so **ORDERED.**

**BY THE COURT:**

**/s/ Cynthia M. Rufe**
_____
**CYNTHIA M. RUFE, J.**