## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL 2724**<br>**16-MD-2724** |
| **THIS DOCUMENT RELATES TO:** | **HON. CYNTHIA M. RUFE** |
| *ALL ACTIONS* | |

### PRETRIAL ORDER NO. 132
### (BELLWETHER SELECTION)

**AND NOW**, this 13th day of July 2020, upon consideration of the Third Report and Recommendation of Special Master David H. Marion and the Objections and Responses thereto, and upon consideration of the arguments of counsel, and for the reasons set forth in the Memorandum Opinion filed this date, it is hereby **ORDERED** that the Objections are **OVERRULED** and the Report and Recommended Order is **APPROVED** as follows. Within 30 days, and as part of the negotiations toward a revised Case Management Order, the parties shall either agree upon a schedule or submit competing schedules for the discovery, motions, and other proceedings to bring to trial on parallel tracks 1) the Private Plaintiffs' class-action complaints as to clobetasol, clomipramine, and pravastatin and 2) the State Plaintiffs' Amended Complaint filed May 10, 2019 (the Teva-centric Complaint).

It is so **ORDERED.**

**BY THE COURT:**

**/s/ Cynthia M. Rufe**
_____
**CYNTHIA M. RUFE, J.**