# IN THE UNITED STATES DISTRICT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*Rite Aid Corporation, et al. v. Actavis Holdco U.S., Inc., et al.* | HON. CYNTHIA M. RUFE<br><br>Individual Case No.: 2:20-cv-03367-CMR |

## ORDER

**AND NOW**, this 28th day of July 2020, upon consideration of the attached Joint Stipulation to Waive Service and Extend the Deadline for Defendants to Respond to Plaintiffs' July 9, 2020 Complaint, it is hereby **ORDERED** that the Stipulation is **APPROVED**.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

**CYNTHIA M. RUFE, J.**

## IN THE UNITED STATES DISTRICT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*Rite Aid Corporation, et al. v. Actavis Holdco U.S., Inc., et al.* | HON. CYNTHIA M. RUFE<br><br>Individual Case No.:  2:20-cv-03367-CMR |

### JOINT STIPULATION TO WAIVE SERVICE AND EXTEND THE DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT

WHEREAS, Plaintiffs Rite Aid Corporation and Rite Aid Hdqtrs. Corp. (collectively, "Plaintiffs") filed a Complaint on July 9, 2020, in *Rite Aid Corporation, et al. v. Actavis Holdco U.S., Inc., et al.*, Case No. 2:20-cv-03367-CMR (the "Rite Aid Case"), which appears as a related case in *In re Generic Pharmaceuticals Pricing Antitrust Litigation*, Case No. 16-md-02724-CMR, MDL No. 2724;

WHEREAS, Plaintiffs' July 9, 2020 Complaint is based on substantially similar facts and allegations as those raised against certain Defendants in the complaint filed by Plaintiff States on May 10, 2019 in *State of Connecticut et al. v. Teva Pharmaceuticals USA, Inc*. (the "Plaintiff States' May 10, 2019 Complaint"), Case No. 19-cv-2407-CMR, which has been centralized for pretrial proceedings as part of MDL 2724;

WHEREAS, in an Order dated July 25, 2019, the Court adjourned responsive pleadings and/or motions to the Plaintiff States' May 10, 2019 Complaint until such time as the Court enters an order setting a schedule for responses to that complaint (*see* MDL Doc. No. 1058, approving stipulation);

WHEREAS, the parties agree that responses to the pleadings in this action should be accomplished efficiently and in consideration of the Court's existing scheduling orders in the MDL;

WHEREAS, Defendants Actavis Holdco U.S., Inc., Actavis Pharma, Inc., Akorn, Inc., Alvogen, Inc., Amneal Pharmaceuticals, Inc., Apotex Corp., Aurobindo Pharma USA, Inc., Breckenridge Pharmaceutical, Inc., Camber Pharmaceuticals, Inc., Citron Pharma, LLC, Dr. Reddy's Laboratories, Inc., Emcure Pharmaceuticals, Ltd., Epic Pharma, LLC, Fougera Pharmaceuticals, Inc., Glenmark Pharmaceuticals Inc., USA, Greenstone LLC, G&W Laboratories, Inc., Heritage Pharmaceuticals, Inc., Hi-Tech Pharmacal Co., Inc., Impax Laboratories, Inc., Lannett Company, Inc., Lupin Pharmaceuticals, Inc., Mallinckrodt Inc., Maybe Pharma USA, Inc., Morton Grove Pharmaceuticals, Inc., Mylan N.V., Mylan Pharmaceuticals, Inc., Mylan, Inc., Oceanside Pharmaceuticals, Inc., Par Pharmaceutical, Inc., Perrigo New York, Inc., Pfizer Inc., Pliva, Inc., Sandoz Inc., Sun Pharmaceutical Industries, Inc., Taro Pharmaceuticals USA, Inc., Teligent, Inc., Teva Pharmaceuticals USA, Inc., UDL Laboratories, Inc., Upsher-Smith Laboratories, LLC, Valeant Pharmaceuticals North America, LLC, Valeant Pharmaceuticals International, Versapharm, Inc., West-Ward Pharmaceuticals Corp., Wockhardt USA LLC, and Zydus Pharmaceuticals (USA) Inc. (collectively, "Stipulating Defendants") have agreed to waive service of the Complaint, and the parties have reached an agreement to extend the time within which the Stipulating Defendants must move against, answer, or otherwise respond to the Complaint.

NOW, THEREFORE, pursuant to Local Rule 7.4, the Parties hereby stipulate, and the Court orders, as follows:

- 3 -

1.      The Stipulating Defendants waive service of Plaintiffs' Complaint and Summonses pursuant to Federal Rule of Civil Procedure 4(d), and this Stipulation shall be deemed proof of that waiver pursuant to Federal Rule of Civil Procedure 4(d)(4).

2.      The deadline for the Stipulating Defendants to move against, answer, or otherwise respond to Plaintiffs' July 9, 2020 Complaint is ADJOURNED until such time as the Court orders for the filing of response(s) to complaints that were filed on or after May 10, 2019.

3.      This stipulation does not constitute a waiver by the Stipulating Defendants of any defense, including but not limited to those defenses provided under Federal Rule of Civil Procedure 12.

IT IS SO STIPULATED.

...

Dated: July 27, 2020

*/s/ Eric L. Bloom*
Eric L. Bloom
Monica L. Kiley
HANGLEY ARONCHICK SEGAL
    PUDLIN & SCHILLER
2805 Old Post Road, Suite 100
Harrisburg, PA 17110-3676
(215) 364-1030
ebloom@hangley.com
mkiley@hangley.com

Barry L. Refsin
Alexander J. Egerváry
Chelsea M. Nichols
Caitlin V. McHugh
HANGLEY ARONCHICK SEGAL
    PUDLIN & SCHILLER
One Logan Square, 27th Floor
Philadelphia, PA 19103-6910
(215) 568-6200
brefsin@hangley.com
aegervary@hangley.com
cnichols@hangley.com
cmchugh@hangley.com

***Counsel for Rite Aid Corporation and Rite Aid Hdqtrs. Corp.***

*/s/ Jan P. Levine*
Jan P. Levine
TROUTMAN PEPPER HAMILTON SANDERS LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Tel: (215) 981-4000
Fax: (215) 359-4750
jan.levine@troutman.com

*/s/ Sheron Korpus*
Sheron Korpus
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
skorpus@kasowitz.com

*/s/ Devora W. Allon*
Devora W. Allon, P.C.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 909-3344
devora.allon@kirkland.com
alexia.brancato@kirkland.com

*/s/ Sarah F. Kirkpatrick*
Sarah F. Kirkpatrick
WILLIAMS AND CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
skirkpatrick@wc.com

*/s/ Chul Pak*
Chul Pak
Professional Corporation
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas, 40th Fl.
New York, NY 10019
Tel: (212) 999-5800
Fax: (212) 999-5899
cpak@wsgr.com
***Defendants' Liaison Counsel***