IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>THE STATE OF CONNECTICUT, et al.<br><br>v.<br><br>SANDOZ, INC., et al. | HON. CYNTHIA M. RUFE<br><br>Civil Action No.<br>20-cv-03539 |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

    Pursuant to Paragraph 7 of Pretrial Order No. 1 (No. 16-md-2724, ECF No. 2) and Paragraph 12 of Pretrial Order No. 33 (No. 16-md-2724, ECF No. 431), kindly enter the appearances of Adam S. Lurie, Caitlin Potratz Metcalf, Michael Pilcher and Charlene Valdez Warner of Linklaters LLP on behalf of Defendant Michael Perfetto.

Date: August 3, 2020

    Respectfully submitted,

    */s/ Adam S. Lurie*
    Adam S. Lurie (PHV, DC Bar No. 485654)
    Caitlin Potratz Metcalf (PHV, DC Bar No. 1012221)
    LINKLATERS LLP
    601 Thirteenth Street N.W.
    Suite 400 South
    Washington D.C. 20005
    (202) 654-9200
    adam.lurie@linklaters.com
    caitlin.metcalf@linklaters.com

Michael Pilcher (PHV, NY Bar No. 5521067)
Charlene Valdez Warner (PHV, NY Bar No. 4918256)
LINKLATERS LLP
1345 Avenue of the Americas
New York, New York 10105
(212) 903-9000
michael.pilcher@linklaters.com
charlene.warner@linklaters.com

*Attorneys for Defendant Michael Perfetto*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Entry of Appearance was served on August 3, 2020 by the Court's electronic filing system to all counsel of record in the above-captioned action.

                                        */s/ Adam S. Lurie*
                                        Adam S. Lurie