IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>**WEST VAL PHARMACY, INC.**<br>**CHIPPEWA PHARMACY, INC.** | MDL 2724<br>16-MD-2724<br><br>HON. CYNTHIA M. RUFE |

**STIPULATION OF VOLUNTARY DISMISSAL
OF INDIRECT RESELLER PLAINTIFFS
<u>WEST VAL PHARMACY, INC. AND CHIPPEWA PHARMACY, INC.</u>**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties and their respective counsel that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiffs West Val Pharmacy, Inc. ("West Val") and Chippewa Pharmacy, Inc. ("Chippewa") voluntarily dismiss all claims they have asserted in this multidistrict litigation.  With this dismissal, West Val and Chippewa agree that they will not hereafter commence any action concerning the conspiracy alleged in this litigation against any Defendant in this litigation, or otherwise seek to serve as a plaintiff or class representative on behalf of the indirect reseller class in this litigation, absent other agreement with Defendants, but will remain an absent class member of the proposed class or any certified class.  Defendants agree that they will not seek any further discovery from West Val or Chippewa relating to their commencement or participation as plaintiffs in this litigation, proposal to serve as class representatives, or the voluntary dismissals herein.  Falconer Pharmacy, Reliable Pharmacy, Chet Johnson Drug, Halliday's and Koivisto's Pharmacy, Russell's Mr. Discount Drugs, and North Sunflower Medical Center remain class representatives in this action.

All parties to this stipulation shall bear their own costs.

Dated: August 5, 2020          Respectfully submitted,

*/s/ Victoria Sims*
Victoria Sims
CUNEO GILBERT & LaDUCA, LLP
4725 Wisconsin Ave., NW, Suite 200
Washington, DC 20016
Telephone: (202) 789-3960
vicky@cuneolaw.com

*Attorney for West Val Pharmacy, Inc. and Chippewa Pharmacy, Inc.*

*/s/ Jan P. Levine*
Jan P. Levine
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Tel:  (215) 981-4000
Fax:  (215) 981-4750
levinej@pepperlaw.com

*/s/ Sheron Korpus*
Sheron Korpus
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
skorpus@kasowitz.com

*/s/ Chul Pak*
Chul Pak
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Fl.
New York, NY 10019
Tel: (212) 999-5800
Fax: (212) 999-5899
cpak@wsgr.com

*/s/ Devora W. Allon*
Devora W. Allon
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022-4611
Tel.: (212) 446-4800
Fax: (212) 446-4900
devora.allon@kirkland.com

*/s/ Sarah F. Kirkpatrick*
Sarah F. Kirkpatrick
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
skirkpatrick@wc.com

*Defendants' Liaison Counsel*

## CERTIFICATE OF SERVICE

I, Chul Pak, hereby certify that I caused a copy of the foregoing to be filed electronically via the Court's CM/ECF system. Those attorneys who are registered CM/ECF users may access these filings and notice of these filings will be sent to those parties by operation of the CM/ECF system.

Dated: August 5, 2020

/s/ Chul Pak
Chul Pak
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Fl.
New York, NY 10019
Tel: (212) 999-5800
Fax: (212) 999-5899
cpak@wsgr.com

4