UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | HON. CYNTHIA M. RUFE |

**REPLY IN SUPPORT OF CERTAIN DEFENDANTS' MOTION FOR CLARIFICATION REGARDING THE COURT'S JULY 14, 2020 MEMORANDUM AND ORDER <u>ON BELLWETHER SELECTION</u>**

Indirect Reseller Plaintiffs' ("IRPs"), joined by all other plaintiffs (collectively "Plaintiffs"), fail to offer a single substantive reason to explain why they should be excused from the bellwether process. Nor do they address undersigned Defendants' arguments about why it was correct for the Court to have included them as bellwethers. *See* Pls.' Opp'n at 1-2 (ECF No. 1481).

Plaintiffs fail to address the plain terms of the Court's July 14, 2020 Memorandum and Order, which sensibly included all three categories of putative class plaintiffs in the Court's selected bellwether cases. *See* ECF No. 1442 at 2, 3 (defining the term "Private Plaintiffs" to include "indirect reseller plaintiffs" and requiring "Plaintiffs" to prove that they can meet the standards for class certification under Rule 23); ECF No. 1443 (ordering bellwethers to include "Private Plaintiffs'" class-action complaints for Clobetasol, Clomipramine, and Pravastatin).

Plaintiffs also fail to respond to every other argument set forth in Defendants' Motion for Clarification—namely, that including the IRPs in the bellwether cases is consistent with the

Court's purpose in selecting bellwether cases, consistent with the purpose of consolidating the IRPs' complaints in the MDL, and otherwise required as a matter of fundamental fairness. *See* Defs.' Mot. for Clarification (ECF No. 1479) at 2-3 (addressing substantive, fairness, and efficiency concerns).

Indeed, as is made clear from Plaintiffs' response to Defendants' Motion for Clarification, which claims that the Court did not mean what it said in approving the general approach outlined in Special Master Marion's Report and Recommendation, there is no principled reason to exclude the IRPs from the bellwether cases.[1]  For these reasons and the reasons stated in Defendants' Motion, Defendants respectfully request that the Court confirm that the IRPs' class-action complaints for Clobetasol, Clomipramine, and Pravastatin are included among the bellwether cases.

---

[1] Plaintiffs suggest that Defendants agreed in a submission to the Special Master that the IRP cases should not be included among the bellwether cases. *See* Opp'n at 2 (quoting ECF No. 1333 at 15 n.6).  Plaintiffs are wrong.  Defendants suggested that the IRPs' overarching conspiracy complaint would not be suitable for inclusion with Defendants' proposed Heritage-centric bellwethers given its broader scope, not that IRPs should be omitted from the individual product bellwethers.  Indeed, Plaintiffs acknowledge, as they must, that Defendants have consistently maintained that it "makes no sense" to omit the IRPs from individual product bellwethers.  *See* Opp'n at 2 (quoting ECF No. 1353 at 14 n.14).

Date: August 13, 2020

*/s/ Sheron Korpus*
Sheron Korpus
Seth A. Moskowitz
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
skorpus@kasowitz.com
smoskowitz@kasowitz.com

*Counsel for Actavis Holdco U.S., Inc. and Actavis Pharma, Inc.*


*/s/ Raymond A. Jacobsen, Jr.*
Raymond A. Jacobsen, Jr.
Paul M. Thompson
Lisa A. Peterson
**MCDERMOTT WILL & EMERY LLP**
500 N. Capitol St., NW
Washington, D.C. 20001
202-756-8000
rayjacobsen@mwe.com
pthompson@mwe.com
lpeterson@mwe.com

Nicole L. Castle
**MCDERMOTT WILL & EMERY LLP**
340 Madison Ave.
New York, NY 10173
212-547-5400
ncastle@mwe.com

*Counsel for Amneal Pharmaceuticals, Inc. and Amneal Pharmaceuticals LLC*

Respectfully submitted,

*/s/ James W. Matthews*
James W. Matthews
Katy E. Koski
John F. Nagle
**FOLEY & LARDNER LLP**
111 Huntington Avenue
Boston, Massachusetts 02199
Tel:  (617) 342-4000
Fax:  (617) 342-4001
jmatthews@foley.com
kkoski@foley.com
jnagle@foley.com

James T. McKeown
Elizabeth A. N. Haas
Kate E. Gehl
**FOLEY & LARDNER LLP**
777 E. Wisconsin Avenue
Milwaukee, WI 53202
Tel:  (414) 271-2400
Fax:  (414) 297-4900
jmckeown@foley.com
ehaas@foley.com
kgehl@foley.com

Steven F. Cherry
April N. Williams
Claire Bergeron
**WILMER CUTLER PICKERING HALE AND DORR LLP**
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Tel: (202) 663-6000
Fax: (202) 663-6363
steven.cherry@wilmerhale.com
april.williams@wilmerhale.com
claire.bergeron@wilmerhale.com

Terry M. Henry
Melanie S. Carter
**BLANK ROME LLP**
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Tel: (215) 569-5644
Fax: (215) 832-5644

*Counsel for Defendant Apotex Corp.*

/s/ Brian T. Feeney
Brian T. Feeney
**GREENBERG TRAURIG, LLP**
1717 Arch Street Suite 400 Philadelphia, PA 19103 Tel.: (215) 988-7812 Fax: (215) 717-5265 feeneyb@gtlaw.com

Roger B. Kaplan
**GREENBERG TRAURIG, LLP**
500 Campus Drive, Suite 400
Florham Park, NJ 07932-0677
Tel.: (973) 360-7957
Fax: (973) 295-1257 kaplanr@gtlaw.com

*Counsel for Dr. Reddy's Laboratories, Inc.*

/s/ Steven A. Reed
Steven A. Reed
R. Brendan Fee
Melina R. DiMattio
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103
Telephone: +1.215.963.5000
Facsimile: +1.215.963.5001
steven.reed@morganlewis.com
brendan.fee@morganlewis.com
melina.dimattio@morganlewis.com

Wendy West Feinstein
**MORGAN, LEWIS & BOCKIUS LLP**
One Oxford Centre
Thirty-Second Floor
Pittsburgh, PA 15219-6401
Telephone: +1.412.560.7455
Facsimile: +1.412.560.7001
wendy.feinstein@morganlewis.com

*Counsel for Defendant*
*Glenmark Pharmaceuticals Inc., USA*

/s/ Leiv Blad
Leiv Blad
Zarema Jaramillo
Ario Fazli
**LOWENSTEIN SANDLER LLP**
2200 Pennsylvania Avenue
Washington, DC 20037
Tel.: (202) 753-3800
Fax: (202) 753-3838
lblad@lowenstein.com
zjaramillo@lowenstein.com
afazli@lowenstein.com

*Attorneys for Lupin Pharmaceuticals, Inc.*

/s/ Brian J. Smith
Michael Martinez
Steven Kowal
Lauren Norris Donahue
Brian J. Smith
**K&L GATES LLP**
70 W. Madison St., Suite 3300
Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000
michael.martinez@klgates.com
steven.kowal@klgates.com
lauren.donahue@klgates.com
brian.j.smith@klgates.com

*Counsel for Mayne Pharma Inc.*

*/s/ Chul Pak*
Chul Pak
**WILSON SONSINI GOODRICH & ROSATI, PC**
1301 Avenue of the Americas 40th Floor
New York, New York 10019
Tel: (212) 497-7726
Fax: (212) 999-5899
cpak@wsgr.com

Seth C. Silber
Jeffrey C. Bank
**WILSON SONSINI GOODRICH & ROSATI, PC**
1700 K Street, NW Fifth Floor
Washington, DC 20006
Tel: (202) 973-8824
Fax: (202) 973-8899
ssilber@wsgr.com
jbank@wsgr.com

Adam K. Levin
Benjamin F. Holt
Justin W. Bernick
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, D.C. 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
adam.levin@hoganlovells.com
benjamin.holt@hoganlovells.com
justin.bernick@hoganlovells.com

*Counsel for Defendants Mylan Inc,. Mylan Pharmaceuticals, Inc., UDL Laboratories, Inc., and Mylan N.V*

*/s/ John E. Schmidtlein*
John E. Schmidtlein
Sarah F. Kirkpatrick
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: (202) 434-5000
Fax: (202) 434-5029
jschmidtlein@wc.com
skirkpatrick@wc.com

*Attorneys for Par Pharmaceutical, Inc.*

*/s/ Erik T. Koons*
John M. Taladay
Erik T. Koons
Stacy L. Turner
Christopher P. Wilson
**BAKER BOTTS LLP**
700 K Street NW
Washington, DC 20001
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
john.taladay@bakerbotts.com
erik.koons@bakerbotts.com
stacy.turner@bakerbotts.com
christopher.wilson@bakerbotts.com

Lauri A. Kavulich
Ann E. Lemmo
**CLARK HILL PLC**
2001 Market St, Suite 2620
Philadelphia, PA 19103
Telephone: (215) 640-8500
Facsimile: (215) 640-8501
lkavulich@clarkhill.com
alemmo@clarkhill.com

Lindsay S. Fouse
**CLARK HILL PLC**
301 Grant St, 14th Floor
Pittsburgh, PA 15219
Telephone: (412) 394-7711
Facsimile: (412) 394-2555
lfouse@clarkhill.com

*Counsel for Defendants Sun Pharmaceutical Industries, Inc., Mutual Pharmaceutical Company, Taro Pharmaceutical Industries, Ltd., and Taro Pharmaceuticals U.S.A., Inc.*


/s/ J. Clayton Everett, Jr.
Scott A. Stempel
J. Clayton Everett, Jr.
Tracey F. Milich
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Phone: (202) 739-3000
Fax: (202) 739-3001
scott.stempel@morganlewis.com
clay.everett@morganlewis.com
tracey.milich@morganlewis.com

Harvey Bartle IV
Francis A. DeSimone
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103
Phone: (215) 963-5000
Fax: (215) 963-5001
harvey.bartle@morganlewis.com
frank.desimone@morganlewis.com

*Counsel for Defendant Perrigo New York, Inc.*

/s/ Ilana H. Eisenstein
**DLA PIPER LLP (US)**
Ilana H. Eisenstein
Ben C. Fabens-Lassen
1650 Market Street, Suite 5000
Philadelphia, PA 19103
Tel: (215) 656-3300
ilana.eisenstein@dlapiper.com
ben.fabens-lassen@dlapiper.com

Edward S. Scheideman
**DLA PIPER LLP (US)**
500 Eighth Street, NW
Washington, D.C. 20004
Tel: (202) 799-4000
edward.scheideman@dlapiper.com

*Counsel for Pfizer Inc. and Greenstone LLC*


/s/ Saul P. Morgenstern
Saul P. Morgenstern
Margaret A. Rogers
**ARNOLD & PORTER
 KAYE SCHOLER LLP**
250 W. 55th Street
New York, NY 10019
Tel: (212) 836-8000
Fax: (212) 836-8689
saul.morgenstern@arnoldporter.com
margaret.rogers@arnoldporter.com

Laura S. Shores
**ARNOLD & PORTER
 KAYE SCHOLER LLP**
601 Massachusetts Avenue
Washington, DC 20001
Tel: (202) 942-5000
Fax: (202) 942-5999
laura.shores@arnoldporter.com

*Counsel for Sandoz and Fougera Pharmaceuticals, Inc.*

*/s/ J. Gordon Cooney, Jr.*
J. Gordon Cooney, Jr.
John J. Pease, III
Alison Tanchyk
William T. McEnroe
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103
Tel: (215) 963-5000
Fax: (215) 963-5001
jgcooney@morganlewis.com
john.pease@morganlewis.com
alison.tanchyk@morganlewis.com
william.mcenroe@morganlewis.com

Amanda B. Robinson
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel: (202) 739-3000
Fax: (202) 739-3001
amanda.robinson@morganlewis.com

*Counsel for Defendant Teva*
*Pharmaceuticals USA, Inc.*


*/s/ Damon W. Suden*
William A. Escobar
Damon W. Suden
Clifford Katz
**KELLEY DRYE & WARREN LLP**
101 Park Avenue
New York, NY 10178

*Counsel for Wockhardt USA LLC and*
*Morton Grove Pharmaceuticals, Inc.*

*/s/ Jason R. Parish*
Jason R. Parish
Martin J. Amundson
**BUCHANAN INGERSOLL & ROONEY PC**
1700 K Street, NW
Washington, D.C. 20006
Telephone: (202) 452-7900
jason.parish@bipc.com
martin.amundson@bipc.com

Bradley Kitlowski
**BUCHANAN INGERSOLL & ROONEY PC**
Union Trust Building
501 Grant Street
Pittsburgh, PA 15219
Telephone: (412) 562-8800
bradley.kitlowski@bipc.com

*Counsel for Defendant Zydus*
*Pharmaceuticals (USA) Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2020, I caused a copy of the foregoing Reply in Support of Motion for Clarification Regarding the Court's July 14, 2020 Memorandum and Order on Bellwether Selection to be served on counsel of record via the Court's CM/ECF system.

*/s/ William T. McEnroe*
William T. McEnroe

*Counsel for Defendant Teva Pharmaceuticals USA, Inc.*