# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL No. 2724<br>16-md-2724 |
| | HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br><br>*All Actions* | |

## ORDER

**AND NOW**, this 31st day of August 2020, upon consideration of Parties' Joint Motion for an Extension of Time to Submit Proposed Schedules Pursuant to Pretrial Order No. 132 Relating to Bellwether Selection [Doc. No. 1480], it is hereby **ORDERED** that the Motion is **GRANTED**. The parties shall file proposed schedules pursuant to Pretrial Order No. 132 no later than September 1, 2020.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

**CYNTHIA M. RUFE, J.**