IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724<br><br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br><br>*Direct Purchaser Plaintiffs' Actions:*<br><br>*Ahold USA, Inc. et al. v. Actavis Holdco U.S., Inc. et al.*, 16-CB-27241<br><br>*Ahold USA, Inc. et al. v. Mylan Inc. et al.*, 16-CM-27241<br><br>*Ahold USA, Inc. et al. v. Apotex Corp. et al.*, 16-PV-27241 | |

**DIRECT PURCHASER PLAINTIFFS' NOTICE OF**
**PROPOSED CASE MANAGEMENT ORDER**

Pursuant to Pretrial Order No. 132 and this Court's Order dated August 31, 2020 [Doc. No. 1495], Direct Purchaser Plaintiffs (DPPs) hereby provide notice of the attached Proposed Case Management Order and accompanying schedule to bring DPPs' Bellwether cases to trial on or about October 3, 2022.

Date: September 1, 2020

Respectfully submitted:

*[signature]*

Dianne M. Nast
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, PA 19107
215-923-9300
dnast@nastlaw.com
*Lead and Liaison Counsel for the*
*Direct Purchaser Plaintiffs*

David F. Sorensen
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103
(215) 875-3000
dsorensen@bm.net

Thomas M. Sobol
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, Massachusetts 02142
(617) 482-3700
tom@hbsslaw.com

Robert N. Kaplan
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue
New York, New York 10022
(212) 687-1980
rkaplan@kaplanfox.com

Linda P. Nussbaum
NUSSBAUM LAW GROUP, PC
1211 Avenue of the Americas, 40th Floor
New York, New York 10036
(917) 438-9189
lnussbaum@nussbaumpc.com

Michael L. Roberts
ROBERTS LAW FIRM P.A.
20 Rahling Circle
Little Rock, Arkansas 72223
(501) 821-5575
mikeroberts@robertslawfirm.us

*Direct Purchaser Plaintiffs' Steering Committee*