# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724<br><br>HON. CYNTHIA M. RUFE |
| THIS DUCUMENT RELATES TO:<br><br>*Connecticut et al. v. Teva Pharmaceuticals USA, Inc. et al*, no. 19-cv-2407<br><br>*1199SEIU Nat'l Benefit Fund et al. v. Actavis Holdco U.S., Inc. et al.*, No. 16-CB-27242<br><br>*American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan et al. v. Mylan Inc. et al.*, No. 16-CM-27242<br><br>*American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan et al. v. Apotex Corp. et al.*, 16-PV-27242 | |

**NOTICE OF FILING OF PROPOSED SCHEDULE FOR THE END-PAYER PLAINTIFF AND STATE ATTORNEYS GENERAL BELLWETHER CASES**

Pursuant to the Pretrial Order No. 132 [MDL Doc. 1443] and the Court's August 31, 2020 Order [MDL Doc. 1495], the End-Payer Plaintiffs ("EPPs") and the State Attorneys General ("States") hereby submit their proposal to govern the schedules for the discovery, motions, and other proceedings to bring to trial on parallel tracks (1) the End-Payer Plaintiffs' ("EPPs") class-action complaints as to clobetasol, clomipramine, and pravastatin, and (2) the State Plaintiffs' Amended Complaint filed November 1, 2019 (the Teva-centric Complaint) (collectively, the "Bellwether Cases"). *See* Exhibit 1 hereto.

After meeting and conferring in good faith, the interested parties were unable to reach agreement on appropriate schedules. By separate submission, Defendants, DPPs and the EPPs/States have submitted a joint stipulation proposing that briefs be submitted on September 8, 2020 to address the disputed issues.

*First*, each of the parties will brief their competing schedules. EPPs and the States will explain why their proposal is superior to the Defendants' and DPPs' proposed schedules and that it should be adopted for all bellwether cases, including the DPP cases, except that the DPP class-certification proceedings should begin and end 30 days before the EPP class certification proceedings outlined in the attached Exhibit 1.

*Second*, each of the parties will brief whether the Court should limit depositions in a way that undermines the prioritization of bellwether cases. All bellwether parties disagree as to whether fact witnesses who have testimony relevant to the bellwethers must be deposed on all relevant testimony (*i.e.* on bellwether and non-bellwether claims) during the bellwether deposition period. All bellwether plaintiffs (EPPs, States and DPPs) agree that the deadlines in their proposals will not be possible if plaintiffs are limited to a single deposition of a witness who may have testimony relevant to both bellwether and non-bellwether cases. Rather, if such a limitation is imposed, all proposed deadlines must be extended by at least 4-6 months, and possibly more.

Finally, EPPs and the States would like to highlight for the Court that their proposal assumes that Defendants will produce transaction data according to the agreed schedule set forth in the Joint Stipulation to Extend Certain Pretrial Discovery Deadlines, submitted to the Court on August 21, 2020. With limited exceptions, that Joint Stipulation provides that Bellwether defendants' data relating to bellwether drugs, formulations, and strengths will be substantially

produced by September 30, 2020, and fully produced by October 16, 2020. If Defendants' bellwether data ultimately is not produced by these deadlines, EPPs' and the States' deadlines proposed in Exhibit 1 will not be possible and will need to be modified.

Dated: September 1, 2020                                          Respectfully submitted,

| | |
|---|---|
| */s/  Roberta D. Liebenberg* | */s/  W. Joseph Nielsen* |
| Roberta D. Liebenberg | W. Joseph Nielsen |
| FINE, KAPLAN AND BLACK, R.P.C. | Assistant Attorney General |
| One South Broad Street, 23rd Floor | 55 Elm Street |
| Philadelphia, PA 19107 | P.O. Box 120 |
| 215-567-6565 | Hartford, CT 06141-0120 |
| rliebenberg@finekaplan.com | Tel: (860) 808-5040 |
| | Fax: (860) 808-5033 |
| *Lead and Liaison Counsel for the End-Payer Plaintiffs* | Joseph.Nielsen@ct.gov |
| | *Liaison Counsel for the States* |

# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| | HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br><br>*Connecticut et al. v. Teva Pharmaceuticals USA, Inc. et al*, no. 19-cv-2407<br><br>*1199SEIU Nat'l Benefit Fund et al. v. Actavis Holdco U.S., Inc. et al.,* No. 16-CB-27242<br><br>*American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan et al. v. Mylan Inc. et al.*, No. 16-CM-27242<br><br>*American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan et al. v. Apotex Corp. et al.*, 16-PV-27242 | |

### PRETRIAL ORDER NO. [_____]
### (CASE MANAGEMENT ORDER SCHEDULING DISCOVERY, MOTIONS, AND OTHER PROCEEDINGS TO BRING EPP AND STATE PLAINTIFF BELLWETHER CASES TO TRIAL)

**AND NOW**, this ___ day of _____, 2020, upon consideration of the parties' schedules for the discovery, motions, and other proceedings to bring to trial on parallel tracks (1) the End-Payer Plaintiffs' ("EPPs") class-action complaints as to clobetasol, clomipramine, and pravastatin, and (2) the State Plaintiffs' Amended Complaint filed November 1, 2019 (the Teva-centric Complaint) (the "Bellwether Cases"), it is hereby **ORDERED** that the following schedule will govern the Bellwether Cases. These deadlines, and all additional deadlines, are listed in Exhibit A.

A. **Fact Discovery Deadlines**

The following deadlines shall govern key fact discovery deadlines in all the EPP and State Bellwether Cases.

| Event | EPPs | State Plaintiffs |
|---|---|---|
| Defendants to use their best efforts to substantially complete production of Tier 1 custodial documents pursuant to PTO 123. | September 1, 2020 | *Same* |
| Defendants in all Bellwether Cases to complete production of transaction-level sales data and cost information for all bellwether drugs.[1] | September 30, 2020 (substantial completion); October 16, 2020 (completion). See August 21, 2020 Joint Stipulation to Extend Certain Pretrial Discovery Deadlines (noting limited exceptions) | *Same* |
| Defendants to substantially complete production of all custodial documents pursuant to PTO 123. | November 16, 2020 | *Same* |
| Depositions relevant to any Bellwether Cases begin.[2] | November 30, 2020 | *Same* |
| State Plaintiffs to substantially complete document production. | *Not applicable* | March 1, 2021 |
| Depositions relevant to any Bellwether Cases conclude. | April 25, 2022 | *Same* |

---

[1] All deadlines beginning in section B and continuing throughout this schedule will not be possible, and will need to be adjusted, if bellwether transaction-level sales data and cost information is not produced by these dates.

[2] All deadlines in sections B, C, D and E and will not be possible, and will need to be adjusted, if Plaintiffs are limited to deposing bellwether witnesses only once. In addition, such deadlines may need to be modified if the limited stay of depositions under PTO 136 (or subsequent modifications thereof) becomes an obstacle to prioritizing bellwether depositions.

B. **Class Certification Deadlines**

The following deadlines shall govern key events related to class certification in the EPP cases:[3]

| Event | EPPs | State Plaintiffs[4] |
|---|---|---|
| Plaintiffs' motions for class certification in Bellwether Cases, and expert reports on which they rely for class certification. | September 2, 2021 | *Not applicable* |
| Depositions of Plaintiffs' class certification experts conclude.[5] | November 17, 2021 | *Not applicable* |
| Defendants' oppositions to class certification, Defendants' *Daubert* motions, and expert reports on which Defendants rely in opposition. | December 1, 2021 | *Not applicable* |
| Depositions of Defendants' class certification experts conclude. | February 15, 2022 | *Not applicable* |
| Plaintiffs' replies in support of class certification, Plaintiffs' *Daubert* motions, Plaintiffs' oppositions to Defendants' *Daubert* motions, and Plaintiffs' rebuttal expert reports. | March 1, 2022 | *Not applicable* |
| Defendants' oppositions to Plaintiffs' *Daubert* motions. | March 15, 2022 | *Not applicable* |
| Depositions of any new rebuttal experts conclude. | March 31, 2022 | *Not applicable* |
| Hearing on class certification. | To be determined by the Court. | *Not applicable* |

---

[3] Deadlines relating to DPPs' class certification motion shall be 30 days before EPPs' class certification deadlines, and the other DPP deadlines shall be the same as those listed herein for EPPs.

[4] The State Plaintiffs have not brought claims under Federal Rule of Civil Procedure 23 and therefore no class certification deadlines apply to them.

[5] Each expert described in this bellwether schedule may be deposed only once absent good cause.

| Event | EPPs | State Plaintiffs[4] |
|---|---|---|
| Deadline for submitting a notice plan and any related requests under Fed. R. Civ. P. 23(d) | Within 30 days of any Order granting class certification under Fed. R. Civ. P. 23(a)-(b), or at such other time as the Court may Order.[6] | *Not applicable* |

**C. Merits Experts Deadlines**

The below deadlines shall govern the following key events related to Merit Experts in the EPP and States' Bellwether Cases:

| Event | EPPs | State Plaintiffs |
|---|---|---|
| Plaintiffs to serve merits expert reports. | May 2, 2022 | *Same* |
| Depositions of Plaintiffs' merits experts conclude. | June 20, 2022 | *Same* |
| Defendants to serve merits expert reports. | June 30, 2022 | *Same* |
| Depositions of Defendants' merits experts conclude. | August 22, 2022 | *Same* |
| Plaintiffs to serve rebuttal expert reports. | August 31, 2022 | *Same* |

---

[6] In connection with a proposed settlement class or classes to be certified under Fed. R. Civ. P. 23(e), a notice plan and any related requests under Fed. R. Civ. P. 23(d) shall be submitted with the preliminary approval motion, or at such other time as the Court may Order.

D.  **Deadlines for Motions to Bring Cases to Trial**

The below deadlines shall govern the following key events related to dispositive motions in the EPP and States Bellwether Cases:

| Event | EPPs | State Plaintiffs |
|---|---|---|
| Defendants file any motions to dismiss bellwether complaints against EPPs[7] and States. | October 15, 2020 | October 15, 2020 |
| EPPs and States file oppositions to any motions to dismiss. | October 29, 2020 | November 13, 2020 |
| Defendants' reply briefs in support of motions to dismiss. | November 13, 2020 | November 30, 2020 |
| Parties may file motions and supporting briefs for summary judgment. | September 30, 2022 | September 30, 2022 or earlier |
| Oppositions to any motions for summary judgment to be filed. | November 30, 2022 | November 30, 2022, or within 60 days of the motion |
| Replies in support of any motions for summary judgment to be filed. | December 30, 2022 | December 30, 2022, or within 30 days of the opposition |

E.  **Bellwether Trials**

Trial shall proceed on the following schedule for the EPP and State Bellwether Cases:

| Event | EPPs | State Plaintiffs |
|---|---|---|
| Pretrial Planning Conference on *Lexecon* and trial logistics. | *Not applicable* | December 1, 2021 |
| Pretrial planning conference to develop procedures and deadlines for all pretrial matters, such as motions *in limine*, exchanges of witness and exhibit lists, jury instructions, *voir dire*, and trial procedures. | January 16, 2023 | January 16, 2023 |

---

[7] Any motions to dismiss the EPP bellwether complaints shall be limited to the Maryland and Connecticut state law claims added by amendment on April 1, 2019. *See* PTO 79 ¶¶ 1, 3.

5

Dated: September \_\_\_, 2020

    It is so **ORDERED.**

                                          **BY THE COURT:**

                                       _____
                                       **CYNTHIA M. RUFE, J.**

**EXHIBIT A – SEQUENTIAL SCHEDULE OF EVENTS FOR THE STATE PLAINTIFFS, EPP CLOBETASOL, EPP CLOMIPRAMINE AND EPP PRAVASTATIN BELLWETHER CASES**

| Date | Event |
|---|---|
| September 1, 2020 | Defendants to use their best efforts to substantially complete production of Tier 1 custodial documents pursuant to PTO 123. |
| September 30, 2020 (substantial completion); October 16, 2020 (completion) | Defendants in all Bellwether Cases to complete production of transaction-level sales data and cost information for all bellwether drugs. See August 21, 2020 Joint Stipulation to Extend Certain Pretrial Discovery Deadlines (noting limited exceptions). |
| October 15, 2020 | Defendants file any motions to dismiss bellwether complaints against EPPs and State Plaintiffs. |
| October 29, 2020 | EPPs file oppositions to any motions to dismiss. |
| November 13, 2020 | State Plaintiffs file oppositions to any motions to dismiss. |
| November 13, 2020 | Defendants' reply briefs in support of motions to dismiss EPP actions. |
| November 16, 2020 | Defendants to substantially complete production of all custodial documents pursuant to PTO 123. |
| November 30, 2020 | Defendants' reply briefs in support of motions to dismiss State Plaintiffs' action. |
| November 30, 2020 | Depositions relevant to any Bellwether Cases begin. |
| March 1, 2021 | State Plaintiffs to substantially complete document production. |
| September 2, 2021 | EPPs' motions for class certification in Bellwether Cases, and expert reports on which they rely for class certification. |
| November 17, 2021 | Depositions of EPPs' class certification experts conclude. |
| December 1, 2021 | Defendants' oppositions to EPPs' class certification; Defendants' *Daubert* motions, and expert reports on which Defendants rely in opposition. |
| December 1, 2021 | Pretrial Planning Conference on *Lexecon* and trial logistics (State Plaintiffs' action). |

1

| Date | Event |
|---|---|
| February 15, 2022 | EPPs' depositions of Defendants' class certification experts conclude. |
| March 1, 2022 | EPPs' replies in support of class certification, *Daubert* motions, oppositions to Defendants' *Daubert* motions, and rebuttal expert reports. |
| March 15, 2022 | Defendants' oppositions to EPPs' *Daubert* motions. |
| March 31, 2022 | Depositions of any new rebuttal experts conclude. |
| To be determined by the Court | Hearing on class certification. |
| Within 30 days of any Order granting class certification under Fed. R. Civ. P. 23(a)-(b), or at such other time as the Court may Order. | Deadline for submitting a notice plan and any related requests under Fed. R. Civ. P. 23(d). |
| April 25, 2022 | Depositions relevant to any Bellwether Cases conclude. |
| May 2, 2022 | EPPs and State Plaintiffs to serve merits expert reports. |
| June 20, 2022 | Depositions of EPPs' and State Plaintiffs' merits experts conclude. |
| June 30, 2022 | Defendants to serve merits expert reports in EPP and State Plaintiffs' actions. |
| August 22, 2022 | Depositions of Defendants' merits experts conclude. |
| August 31, 2022 | EPPs and State Plaintiffs to serve rebuttal expert reports. |
| September 30, 2022 | Parties may file motions and supporting briefs for summary judgment in EPP and State Plaintiffs' actions (or earlier in the State action). |
| November 30, 2022 | Oppositions to any motions for summary judgment to be filed in EPPs' and State Plaintiffs' actions (or earlier in the State action). |
| December 30, 2022 | Replies in support of any motions for summary judgment to be filed in EPPs' and State Plaintiffs' actions (or earlier in the State action). |

| Date | Event |
|---|---|
| January 16, 2023 | Pretrial planning conference to develop procedures and deadlines for EPP and State Plaintiffs pretrial matters, such as motions *in limine*, exchanges of witness and exhibit lists, jury instructions, *voir dire*, and trial procedures. |