IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | MDL 2724<br>Case No. 2:16-MD-2724 |
| **THIS DOCUMENT RELATES TO:** | HON. CYNTHIA M. RUFE |
| *Connecticut et al. v. Teva Pharmaceuticals USA, Inc. et al.* | 19-cv-2407 |
| *1199SEIU Nat'l Benefit Fund et al. v. Actavis Holdco U.S., Inc. et al.* | 16-CB-27242 |
| *American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan et al. v. Mylan Inc. et al.* | 16-CM-27242 |
| *American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan et al. v. Apotex Corp. et al.* | 16-PV-27242 |
| *Ahold USA, Inc. et al. v. Actavis Holdco U.S., Inc. et al.* | 16-CB-27241 |
| *Ahold USA, Inc. et al. v. Mylan Inc. et al.* | 16-CM-27241 |
| *Ahold USA, Inc. et al. v. Apotex Corp. et al.* | 16-PV-27241 |

**ORDER**

**AND NOW**, this 2nd day of September 2020, upon consideration of the attached stipulation of the parties regarding briefing on the competing proposals for the bellwether schedules, it is hereby **ORDERED** that the stipulation is **APPROVED**. The States and EPPs (collectively), DPPs, and Defendants shall file, no later than September 9, 2020, (1) a brief not to exceed 15 double-spaced pages discussing the competing proposals submitted to the Court on

September 1, 2020, and (2) a brief not to exceed 15 double-spaced pages discussing depositions in the bellwether actions. No response briefs shall be filed.

It is so **ORDERED.**

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

_____
**CYNTHIA M. RUFE, J.**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>Case No. 2:16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*Connecticut et al. v. Teva Pharmaceuticals USA, Inc. et al*, no. 19-cv-2407<br><br>*1199SEIU Nat'l Benefit Fund et al. v. Actavis Holdco U.S., Inc. et al.*, No. 16-CB-27242<br><br>*American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan et al. v. Mylan Inc. et al.*, No. 16-CM-27242<br><br>*American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan et al. v. Apotex Corp. et al.*, 16-PV-27242<br><br>*Ahold USA, Inc. et al. v. Actavis Holdco U.S., Inc. et al.*, 16-CB-27241<br><br>*Ahold USA, Inc. et al. v. Mylan Inc. et al.*, 16-CM-27241<br><br>*Ahold USA, Inc. et al. v. Apotex Corp. et al.*, 16-PV-27241 | HON. CYNTHIA M. RUFE |

**JOINT STIPULATION AND PROPOSED ORDER TO SET BRIEFING SCHEDULE
AND PAGE LIMITS**

WHEREAS, on July 13, 2020, the Court entered Pretrial Order No. 132 (Bellwether Selection), which ordered the parties to either agree upon a schedule or submit competing schedules for the discovery, motions, and other proceedings to bring to trial on parallel tracks (1)

1

the Private Plaintiffs' class action complaints as to clobetasol, clomipramine and pravastatin and (2) the State Plaintiffs' Amended Complaint filed May 10, 2019 (the Teva-centric Complaint) by August 12, 2020 (*see* ECF No. 1443);

WHEREAS, on August 11, 2020, the parties jointly moved for a 20-day extension of time until September 1, 2020 to submit an agreed upon schedule or propose competing schedules pursuant to Pretrial Order No. 132 (*see* ECF No. 1480);

WHEREAS, on August 31, 2020, the Court entered an Order extending the time to submit proposed schedules to no later than September 1, 2020 (*see* ECF No. 1495);

WHEREAS, on September 1, 2020, three competing proposed schedules were filed with the Court: (1) joint proposal on behalf of End-Payor Plaintiffs and State Plaintiffs ("EPPs/States"); (2) proposal on behalf of Direct Purchaser Plaintiffs ("DPPs"); and (3) proposal of behalf of Defendants;

WHEREAS, the parties, after meeting and conferring, have agreed, subject to the Court's approval, to simultaneously submit briefing on September 9, 2020, on two issues relating to the competing schedules: (1) the competing proposals themselves, and (2) depositions in the bellwether actions, and have further agreed that each brief may not exceed 15 double-spaced pages and that no responses shall be filed, unless ordered by the Court.

It is hereby STIPULATED AND AGREED, by the undersigned counsel, that the States and EPPs (collectively), DPPs, and Defendants shall file, no later than September 9, 2020, (1) a brief not to exceed 15 double-spaced pages discussing the competing proposals submitted to the Court on September 1, 2020, and (2) a brief not to exceed 15 double-spaced pages discussing depositions in the bellwether actions, and no response briefs shall be filed, unless ordered by the Court.

IT IS SO STIPULATED.

Dated: September 1, 2020

*/s/ Roberta D. Liebenberg*
Roberta D. Liebenberg
FINE, KAPLAN AND BLACK, R.P.C.
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
215-567-6565
rliebenberg@finekaplan.com

*Liaison and Lead Counsel for the End-Payer Plaintiffs*

*/s/ W. Joseph Nielsen*
W. Joseph Nielsen
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel:  (860)808-5040
Fax:  (860)808-5033
Joseph.Nielsen@ct.gov

*Liaison Counsel for the States*

*/s/ Dianne M. Nast*
Dianne M. Nast
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, PA 19107
215-923-9300
dnast@nastlaw.com

*Liaison and Lead Counsel for the Direct Purchaser Plaintiffs*

*/s/ Devora W. Allon*
Devora W. Allon
KIRKLAND & ELLIS LLP
601 Lexington Avenue New York, NY 10022
Tel: (212) 446-5967
Fax: (212) 446-6460
devora.allon@kirkland.com

*/s/ Chul Pak*
Chul Pak
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Fl.
New York, NY 10019
Tel: (212) 999-5800
Fax: (212) 999-5899
cpak@wsgr.com

*Defendants' Liaison Counsel*