IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL NO. 2724 |
| | 16-MD-2724 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | HON. CYNTHIA M. RUFE |

JOINT PROPOSED AGENDA FOR
SEPTEMBER 10, 2020 GENERAL STATUS CONFERENCE

Pursuant to Pretrial Order No. 133 (MDL Doc. No. 1445), Liaison Counsel hereby submit this joint proposed agenda of items to be brought before the Court via videoconference at the General Status Conference scheduled for Thursday, September 10, 2020, at 1:30 pm:

1. Bellwether Schedule

2. Joint Stipulations proposing revisions to PTO 105

3. Report on parties' discussion to occur about DAP milestones in non-bellwether cases

4. Status of Discovery

5. Status of New / Amended Complaints

The Court has provided videoconference information and related instructions to the parties via email. The State of New York has provided the following conference information for counsel wishing to participate by telephone:

  866 394-2346
  Code: 659 182 3682#

Dated: September 3, 2020                    Respectfully submitted:

/s/ *Roberta D. Liebenberg*                 /s/ *Dianne M. Nast*
Roberta D. Liebenberg                        Dianne M. Nast
FINE, KAPLAN AND BLACK, R.P.C.               NASTLAW LLC
One South Broad Street, 23rd Floor           1101 Market Street, Suite 2801

<div style="column-count:2">

Philadelphia, PA 19107
215-567-6565
rliebenberg@finekaplan.com

**Liaison and Lead Counsel for the
End-Payer Plaintiffs**


/s/ W. Joseph Nielsen
W. Joseph Nielsen
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel: (860)808-5040
Fax: (860)808-5033
Joseph.Nielsen@ct.gov

**Liaison Counsel for the States**


/s/ William J. Blechman
William J. Blechman
KENNY NACHWALTER, P.A.
1441 Brickell Avenue
Suite 1100
Miami, FL 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
wblechman@knpa.com

**Liaison Counsel for Direct Action Plaintiffs
and Counsel for the Kroger Direct Action
Plaintiffs**

Philadelphia, PA 19107
215-923-9300
dnast@nastlaw.com

**Liaison and Lead Counsel for the
Direct Purchaser Plaintiffs**


/s/ Jan P. Levine
Jan P. Levine
TROUTMAN PEPPER HAMILTON
SANDERS LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Tel: (215) 981-4000
Fax: (215) 981-4750
jan.levine@troutman.com


/s/ Sheron Korpus
Sheron Korpus
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
skorpus@kasowitz.com


/s/ Devora W. Allon
Devora W. Allon
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-5967
Fax: (212) 446-6460
devora.allon@kirkland.com


/s/ Sarah F. Kirkpatrick
Sarah F. Kirkpatrick
WILLIAMS & CONNOLLY, LLC
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5958
skirkpatrick@wc.com

</div>

/s/ Chul Pak
Chul Pak
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Fl.
New York, NY 10019
Tel: (212) 999-5800
Fax: (212) 999-5899
cpak@wsgr.com

**Defendants' Liaison Counsel**