IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | MDL No. 2724<br>Case No. 2:16-MD-02724<br><br>Hon. Cynthia M. Rufe |

## NOTICE OF *EX PARTE*, *IN CAMERA* FILING

Intervenor United States of America hereby provides notice of the *ex parte*, *in camera* filing of the Declaration of Ryan Danks, which will be delivered to chambers today.

Dated: September 8, 2020

                                        Respectfully submitted,

                                        /s/ *Catherine S. Montezuma*
                                        Catherine S. Montezuma
                                        U.S. Department of Justice
                                        Antitrust Division
                                        450 Fifth Street Northwest
                                        Washington, DC 20530
                                        (202) 377-9624
                                        catherine.montezuma@usdoj.gov

                                        *Counsel for Intervenor United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2020, I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access this filing through the Court's system, and notice of this filing will be sent to these parties by operation of the Court's electronic filing system.

Respectfully submitted,

/s/ *Catherine S. Montezuma*
Catherine S. Montezuma
U.S. Department of Justice
Antitrust Division
450 Fifth Street Northwest
Washington, DC 20530
(202) 377-9624
catherine.montezuma@usdoj.gov

*Counsel for Intervenor United States of America*