# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL No. 2724<br>Case No. **2:16-md-02724-CMR**<br><br>Hon. Cynthia M. Rufe |
| THIS DOCUMENT RELATES TO:<br><br>*United HealthCare Services, Inc. v. Actavis Holdco U.S., Inc., et al., 2:19-cv-00629-CMR,*<br><br>*United HealthCare Services, Inc. v. Actavis Holdco U.S., Inc. et al, 2:19-cv-00121-CMR* | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The firm Boies Schiller Flexner LLP serves as counsel for United HealthCare Services, Inc. ("United") in the above-captioned actions. Please take notice that Kyle Smith, who had appeared as counsel for United while employed at Boies Schiller Flexner LLP, is no longer employed at Boies Schiller Flexner LLP and respectfully withdraws his appearance. Boies Schiller Flexner LLP will continue to serve as counsel for United.

Mr. Smith's current law firm, Paul, Weiss, Rifkind, Wharton & Garrison LLP, does not represent United in these actions.

Mr. Smith also respectfully requests that his name and contact information be removed from the Notice Only list in these actions.

Dated: Sept. 8, 2020                                          By:      /s/ Kyle Smith

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 8, 2020, I caused the foregoing Notice of Withdrawal of Appearance to be filed with the Clerk of Court via CM/ECF. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

                                                /s/ Kyle Smith