IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUITICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*State of Connecticut, et al v. Sandoz, Inc., et al* | HON. CYNTHIA M. RUFE<br><br>2:20-cv-03539-CMR |

## ORDER

**AND NOW**, this 9th day of September 2020, upon consideration of the stipulation of counsel with regard to waiver of service of and responses to States' June 10, 2020 Complaint [Doc. No. 21], it is hereby **ORDERED** that the stipulation is **APPROVED**. The deadline for the Stipulating Defendants to move against, answer, or otherwise respond to the States' June 10, 2020 Complaint in the above-captioned case is **ADJOURNED** until such time that the Court enters a Case Management Order setting such a schedule.

It is so **ORDERED**.

BY THE COURT:
/s/ Cynthia M. Rufe

_____
CYNTHIA M. RUFE, J.

.