# Exhibit 3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| | HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | |

**PRETRIAL ORDER NO. [_____]**
**(CASE MANAGEMENT ORDER SCHEDULING DISCOVERY, MOTIONS, AND OTHER PROCEEDINGS TO BRING THE BELLWETHER CASES TO TRIAL)**

**AND NOW**, this \_\_ day of \_\_\_\_ 2020, upon consideration of the parties' schedules for the discovery, motions, and other proceedings to bring to trial Direct Purchaser Plaintiffs' ("DPPs") and End-Payer Plaintiffs' ("EPPs") class-action complaints as to clobetasol, clomipramine, and pravastatin (the "Individual Drug Bellwether Cases"),[1] and the State Plaintiffs' Teva-centric Amended Complaint filed November 1, 2019 (the "Teva AG Bellwether Case", and together with the Individual Drug Bellwether Cases, the "Bellwether Cases") it is hereby **ORDERED** that the following schedule[2] will govern fact discovery and the Bellwether Cases.[3]

**A. Responsive Pleadings**

The following deadlines shall govern the responsive pleading deadlines for the Bellwether Cases. These deadlines, and all additional deadlines, are listed in Exhibit A.

---

[1] Whether the IRPs' individual drug cases as to clobetasol, clomipramine, and pravastatin are included in the bellwether schedule is subject to the Court's decision on Defendants' pending Motion for Clarification (ECF No. 1479).

[2] To the extent that any deadlines are on a weekend, the parties agree that the operative deadline will be the following Monday.

[3] Nothing in this proposed schedule shall prejudice any Defendants' ability to seek protective orders as necessary to protect their rights. In addition, the recent DOJ actions as to certain Defendants raise additional complexities with regard to case management in this MDL, including with regard to the scheduling of depositions, and therefore nothing in this proposed schedule shall prejudice any Defendant's ability to seek relief from the case management schedule with regard to issues posed by the pending indictments.

1

| EVENT | INDIVIDUAL DRUG BELLWETHER #1 | INDIVIDUAL DRUG BELLWETHER #2 | INDIVIDUAL DRUG BELLWETHER #3 | TEVA AG BELLWETHER |
|---|---|---|---|---|
| Deadline for Defendants to file responsive pleadings to all Bellwether Cases | 11/1/2020 | 11/1/2020 | 11/1/2020 | 11/1/2020 |

**B. Fact Discovery Deadlines**

The following deadlines shall govern key fact discovery deadlines.[4]

| EVENT | INDIVIDUAL DRUG BELLWETHER #1 | INDIVIDUAL DRUG BELLWETHER #2 | INDIVIDUAL DRUG BELLWETHER #3 | TEVA AG BELLWETHER |
|---|---|---|---|---|
| Fact depositions begin | 12/1/2020 | 12/1/2020 | 12/1/2020 | 12/1/2020 |
| Fact depositions and fact discovery concludes | 6/2/2022 | 6/2/2022 | 6/2/2022 | 7/2/2022 |

**C. Class Certification Deadlines**

The following deadlines shall govern key events related to class certification and related expert reports in the Bellwether Cases.

| EVENT | INDIVIDUAL DRUG BELLWETHER #1 | INDIVIDUAL DRUG BELLWETHER #2 | INDIVIDUAL DRUG BELLWETHER #3 | TEVA AG BELLWETHER |
|---|---|---|---|---|
| Deadline for Plaintiffs' motions for class certification, and expert reports on | 9/3/2021 | 10/3/2021 | 11/3/2021 | N/A |

---

[4] A limited exception to these deadlines applies to certain newly added defendants—Alvogen, Inc., Camber Pharmaceuticals, Inc., Hikma Labs, Inc. (f/k/a Roxane Laboratories, Inc.), Jubilant Cadista Pharmaceuticals, Inc., Mallinckrodt, Inc., Torrent Pharma, Inc., and West-Ward Columbus, Inc. (f/k/a Boehringer Ingelheim Roxane, Inc.)—which were named in this MDL for the first time in late 2019. Plaintiffs and these newly added defendants will continue to negotiate the discovery deadlines applicable to these defendants.

| | | | | |
|---|---|---|---|---|
| which they rely for class certification | | | | |
| Depositions of Plaintiffs' class certification experts to conclude | 11/19/2021 | 12/20/2021 | 1/20/2022 | N/A |
| Deadline for Defendants' oppositions to class certification, *Daubert* motions, and expert reports on which Defendants rely in opposition | 12/3/2021 | 1/3/2022 | 2/3/2022 | N/A |
| Depositions of Defendants' class certification experts to conclude | 2/17/2022 | 3/21/2022 | 4/19/2022 | N/A |
| Deadline for Plaintiffs' replies in support of class certification, rebuttal expert reports, oppositions to Defendants' *Daubert* motions, and *Daubert* motions | 3/3/2022 | 4/3/2022 | 5/3/2022 | N/A |
| Depositions of Plaintiffs' rebuttal class certification experts to conclude | 3/28/2022 | 4/26/2022 | 5/27/2022 | N/A |
| Deadline for Defendants' sur-reply briefs in oppositions to class certification, and oppositions to | 4/3/2022 | 5/3/2022 | 6/3/2022 | N/A |

3

| | | | | |
|---|---|---|---|---|
| Plaintiffs' *Daubert* motions<br><br>*Sur-rebuttal expert reports will only be permitted with leave of the court | | | | |
| Hearings on class certification | TBD by the Court | TBD by the Court | TBD by the Court | N/A |

### D. Merits Experts Deadlines

The following deadlines shall govern key events related to merits expert reports in the Bellwether Cases.

| EVENT | INDIVIDUAL DRUG BELLWETHER #1 | INDIVIDUAL DRUG BELLWETHER #2 | INDIVIDUAL DRUG BELLWETHER #3 | TEVA AG BELLWETHER |
|---|---|---|---|---|
| Deadline for Plaintiffs to serve merits expert reports | 6/6/2022 | 6/6/2022 | 6/6/2022 | 6/6/2022 |
| Deadline for Defendants to serve merits expert reports | 8/19/2022 | 8/19/2022 | 8/19/2022 | 8/19/2022 |
| Deadline for Plaintiffs to serve rebuttal expert reports | 11/1/2022 | 11/1/2022 | 11/1/2022 | 11/1/2022 |
| Depositions of merits experts to conclude | 12/30/2022 | 12/30/2022 | 12/30/2022 | 12/30/2022 |

### E. Deadlines for Motions to Bring Cases to Trial

The below deadlines shall govern the following key motions required to bring the Bellwether Cases to trial.

4

| EVENT | INDIVIDUAL DRUG BELLWETHER #1 | INDIVIDUAL DRUG BELLWETHER #2 | INDIVIDUAL DRUG BELLWETHER #3 | TEVA AG BELLWETHER |
|---|---|---|---|---|
| Deadline to file motions and supporting briefs for summary judgment, and *Daubert* motions | 1/31/2023 | 1/31/2023 | 1/31/2023 | 1/31/2023 |
| Deadline to file oppositions to summary judgment motions, and oppositions to *Daubert* motions | 4/11/2023 | 4/11/2023 | 4/11/2023 | 70 days after the filing of the motions for summary judgment, and *Daubert* motions. |
| Deadline to file reply briefs in support of summary judgment motions, and replies in support of *Daubert* motions | 6/1/2023 | 6/1/2023 | 6/1/2023 | 51 days after the filing of oppositions to summary judgment motions, and oppositions to *Daubert* motions. |
| Hearing on Summary Judgment | TBD by the Court | TBD by the Court | TBD by the Court | TBD by the Court |

F. **Bellwether Trials.**

Trial shall proceed on the following schedule for the Bellwether Cases.

| EVENT | INDIVIDUAL DRUG BELLWETHER #1 | INDIVIDUAL DRUG BELLWETHER #2 | INDIVIDUAL DRUG BELLWETHER #3 | TEVA AG BELLWETHER |
|---|---|---|---|---|
| Pretrial planning conference (15 days after summary judgment briefing is complete) | 6/15/2023 | 6/15/2023 | 6/15/2023 | 6/15/2023 |

5

For ease of reference, attached is Exhibit A, a sequential schedule that lists all the deadlines in chronological order with each event labeled.

It is so **ORDERED**.

**BY THE COURT:**

_____
**CYNTHIA M. RUFE, J.**

# EXHIBIT A – SEQUENTIAL SCHEDULE OF EVENTS FOR FACT DISCOVERY AND BELLWETHER CASES

| Event | Date |
|---|---|
| Deadline for Defendants to file responsive pleadings for all Bellwether Cases | 11/01/2020 |
| Fact depositions begin | 12/01/2020 |
| Deadline for Plaintiffs' motions for class certification, and expert reports on which they rely for class certification for Individual Drug Bellwether Case #1 | 09/03/2021 |
| Deadline for Plaintiffs' motions for class certification, and expert reports on which they rely for class certification for Individual Drug Bellwether Case #2 | 10/03/2021 |
| Deadline for Plaintiffs' motions for class certification, and expert reports on which they rely for class certification for Individual Drug Bellwether Case #3 | 11/03/2021 |
| Depositions of Plaintiffs' class certification experts to conclude for Individual Drug Bellwether Case #1 | 11/19/2021 |
| Deadline for Defendants' oppositions to class certification, *Daubert* motions, and expert reports on which Defendants rely in opposition for Individual Drug Bellwether Case #1 | 12/03/2021 |
| Depositions of Plaintiffs' class certification experts to conclude for Individual Drug Bellwether Case #2 | 12/20/2021 |
| Deadline for Defendants' oppositions to class certification, *Daubert* motions, and expert reports on which Defendants rely in opposition for Individual Drug Bellwether Case #2 | 01/03/2022 |
| Depositions of Plaintiffs' class certification experts to conclude for Individual Drug Bellwether Case #3 | 01/20/2022 |
| Deadline for Defendants' oppositions to class certification, *Daubert* motions, and expert reports on which Defendants rely in opposition for Individual Drug Bellwether Case #3 | 02/03/2022 |

| Event | Date |
|---|---|
| Depositions of Defendants' class certification experts to conclude for Individual Drug Bellwether Case #1 | 02/17/2022 |
| Deadline for Plaintiffs' replies in support of class certification, rebuttal expert reports, oppositions to Defendants' *Daubert* motions, and *Daubert* motions for Individual Drug Bellwether Case #1 | 03/03/2022 |
| Depositions of Defendants' class certification experts to conclude for Individual Drug Bellwether Case #2 | 03/21/2022 |
| Depositions of Plaintiffs' rebuttal class certification experts to conclude for Individual Drug Bellwether Case #1 | 03/28/2022 |
| Deadline for Plaintiffs' replies in support of class certification, rebuttal expert reports, oppositions to Defendants' *Daubert* motions, and *Daubert* motions for Individual Drug Bellwether Case #2 | 04/03/2022 |
| Deadline for Defendants' sur-reply briefs in oppositions to class certification, and oppositions to Plaintiffs' *Daubert* motions for Individual Drug Bellwether Case #1 | 04/03/2022 |
| Depositions of Defendants' class certification experts to conclude for Individual Drug Bellwether Case #3 | 04/19/2022 |
| Depositions of Plaintiffs' rebuttal class certification experts to conclude for Individual Drug Bellwether Case #2 | 04/26/2022 |
| Hearing for Class Certification for Individual Drug Bellwether Case #1 | TBD by the Court |
| Deadline for Plaintiffs' replies in support of class certification, rebuttal expert reports, oppositions to Defendants' *Daubert* motions, and *Daubert* motions for Individual Drug Bellwether Case #3 | 05/03/2022 |
| Deadline for Defendants' sur-reply briefs in oppositions to class certification, and oppositions to Plaintiffs' *Daubert* motions Individual Drug Bellwether Case #2 | 05/03/2022 |

| Event | Date |
|---|---|
| Depositions of Plaintiffs' rebuttal class certification experts to conclude for Individual Drug Bellwether Case #3 | 05/27/2022 |
| Hearing for Class Certification for Individual Drug Bellwether Case #2 | TBD by the Court |
| Fact depositions and fact discovery concludes for Individual Drug Bellwether Cases | 06/02/2022 |
| Deadline for Defendants' sur-reply briefs in oppositions to class certification, and oppositions to Plaintiffs' *Daubert* motions for Individual Drug Bellwether Case #3 | 06/03/2022 |
| Hearing for Class Certification for Individual Drug Bellwether Case #3 | TBD by the Court |
| Deadline for Plaintiffs to serve merits expert reports | 06/06/2022 |
| Fact depositions and fact discovery concludes for Teva AG Bellwether Case | 07/02/2022 |
| Deadline for Defendants to serve merits expert reports | 08/19/2022 |
| Deadline for Plaintiffs to serve rebuttal merits expert reports | 11/01/2022 |
| Depositions of merits experts to conclude | 12/30/2022 |
| Deadline to file motions and supporting briefs for summary judgment, and *Daubert* motions | 01/31/2023 |
| Deadline to file oppositions to summary judgment motions, and oppositions to *Daubert* motions for Individual Drug Bellwether Cases | 04/11/2023 |
| Deadline to file oppositions to summary judgment motions, and oppositions to *Daubert* motions for State AG Bellwether Case | 70 days after the filing of the motions for summary judgment, and *Daubert* motions. |
| Deadline to file reply briefs in support of summary judgment motions, and replies in support of *Daubert* motions for Individual Drug Bellwether Cases | 06/01/2023 |
| Deadline to file reply briefs in support of summary judgment motions, and replies in support of *Daubert* motions for State AG Bellwether Case | 51 days after the filing of oppositions to summary judgment motions, and oppositions to *Daubert* motions. |
| Hearing on Summary Judgment | TBD by the Court |

3

| Event | Date |
|---|---|
| Pretrial Planning Conference (15 days after summary judgment briefing closes) | 06/15/2023 |

4