**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | MDL 2724<br>16-MD-2724 |
| **THIS DOCUMENT RELATES TO:**<br>*ALL ACTIONS* | **HON. CYNTHIA M. RUFE** |

**PRETRIAL ORDER NO. 139**
**(NEW DEADLINES FOR PTO 105 SECTION 5(c))**

**AND NOW**, this 10th day of September 2020, upon consideration of the attached stipulation of counsel, submitted on behalf of their respective parties in the MDL to Extend Certain Pretrial Discovery Deadlines ("Stipulation"), it is hereby **ORDERED** that the Stipulation is **APPROVED**. Certain deadlines previously provided in Pretrial Order Nos. 105, 110, and 123 are hereby **AMENDED** as set forth by the parties in the Stipulation.

It is so **ORDERED**.

                                                                                                                **BY THE COURT:**

                                                                                                                **/s/ Cynthia M. Rufe**

                                                                                                                _____
                                                                                                                **CYNTHIA M. RUFE, J.**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br>*ALL ACTIONS* | HON. CYNTHIA M. RUFE |

**JOINT STIPULATION TO EXTEND CERTAIN PRETRIAL DISCOVERY DEADLINES**

**WHEREAS** the Court entered a Case Management Order and Discovery Schedule on October 24, 2019 (Pretrial Order No. 105, ECF 1135) setting forth certain deadlines for the management of and discovery schedule for cases pending in the MDL as of September 1, 2019[1] (and, for the avoidance of doubt, this stipulation applies to those Defendants named in this MDL for the first time in cases filed before September 1, 2019, as identified in footnote 1);

**WHEREAS** the Court extended certain of the deadlines in PTO 105 when it entered Pretrial Order No. 110, ECF 1179;

**WHEREAS** the Court extended the PTO 105 Section 5(c) deadlines when it entered PTO 123 ¶ A, ECF 1363;

**WHEREAS**, under PTO 123 ¶ A, new proposed deadlines for Section 5(c) of PTO 105 were to be negotiated and submitted to the Special Master as soon as practicable;

---

[1] The Stipulating Defendants are: Actavis, Amneal, Apotex, Ascend, Aurobindo, Bausch/Oceanside, Breckenridge, Citron, Dr. Reddy's, Epic, G&W, Glenmark, Greenstone, Heritage, Impax, Lannett, Lupin, Mylan, Mayne, Par, Perrigo, Sandoz, Sun-Mutual, Taro, Teva, Upsher-Smith, West-Ward Pharmaceuticals Corp. (n/k/a Hikma Pharmaceuticals USA, Inc.), Wockhardt, and Zydus. Defendant Akorn was named in this MDL before September 1, 2019, but is no longer participating in this litigation, due to operation of the statutory bankruptcy stay.

**WHEREAS** the parties in the MDL have engaged in extensive, good faith negotiations to identify and agree upon the drugs, formulations, and strengths for which "transaction-level sales data and cost information" falling within the scope of PTO 105 will be produced;

**NOW, THEREFORE**, it is jointly stipulated and agreed by and among the parties, through their undersigned liaison counsel, that the following provisions shall supersede and replace section 5(c) of PTO 105:

\*   \*   \*

c.  Deadline for substantial completion and completion of Defendants' production of transaction-level sales data and cost information:

   i.  Bellwether defendants' data relating to bellwether drugs, formulations, and strengths, as identified in the attached Exhibit A: **September 30, 2020 (substantial completion); October 16, 2020 (completion)**,[2]

   ii. Non-bellwether defendants and production of data for non-bellwether drugs, formulations, and strengths in the MDL as of May 1, 2020, as identified in the attached Exhibit B: **November 2, 2020 (substantial completion); November 23, 2020 (completion).**

\*   \*   \*

It is so **STIPULATED**.

---

[2] By separate agreement of the parties, Greenstone's deadline for the agreed drugs is October 16, 2020, with remaining bellwether drugs to be produced by November 6, 2020. Greenstone will produce transactional data for the non-bellwether drugs in the MDL as of May 1, 2020 on a separate schedule to be discussed by the parties. Aurobindo's deadline for production of transactional data for bellwether drugs is November 2, 2020. Amneal will produce data for bellwether drugs, formulations, and strengths on or before October 23, 2020 and data for the remaining drugs, formulations, and strengths in the MDL as of May 1, 2020, subject to its prior agreement with the Plaintiff States, on or before November 30, 2020. Sandoz will produce bellwether data, as previously described to Plaintiffs by correspondence dated August 18, 2020, by September 30, 2020, and its completion deadline for bellwether data is October 30, 2020. Sandoz will also make rolling productions of data for drugs, formulations and strengths in the MDL as of May 1, 2020, as identified in the attached Exhibit B by December 31, 2020, and complete those non-bellwether data productions by January 21, 2021.

Dated: August 21, 2020

| | |
|---|---|
| */s/ Roberta D. Liebenberg* <br> Roberta D. Liebenberg <br> FINE, KAPLAN AND BLACK, R.P.C. <br> One South Broad Street, 23rd Floor <br> Philadelphia, PA  19107 <br> 215-567-6565 <br> rliebenberg@finekaplan.com <br><br> *Liaison and Lead Counsel for the End-Payer Plaintiffs* | */s/ Dianne M. Nast* <br> Dianne M. Nast <br> NASTLAW LLC <br> 1101 Market Street, Suite 2801 <br> Philadelphia, PA  19107 <br> 215-923-9300 <br> dnast@nastlaw.com <br><br> *Liaison and Lead Counsel for the Direct Purchaser Plaintiffs* |
| */s/ W. Joseph Nielsen* <br> W. Joseph Nielsen <br> Assistant Attorney General <br> 55 Elm Street <br> P.O. Box 120 <br> Hartford, CT  06141-0120 <br> Tel:  (860)808-5040 <br> Fax:  (860)808-5033 <br> Joseph.Nielsen@ct.gov <br><br> *Liaison Counsel for the States* | */s/ William J. Blechman* <br> William J. Blechman <br> KENNY NACHWALTER, P.A. <br> 1441 Brickell Avenue <br> Suite 1100 <br> Miami, Florida  33131 <br> Tel:  (305) 373-1000 <br> Fax:  (305) 372-1861 <br> E-mail: wblechman@knpa.com <br><br> *Liaison Counsel for Direct Action Plaintiffs and Counsel for the Kroger Direct Action Plaintiffs* |
| */s/ Jan P. Levine* <br> Jan P. Levine <br> PEPPER HAMILTON LLP <br> 3000 Two Logan Square <br> Eighteenth & Arch Streets <br> Philadelphia, PA  19103-2799 <br> Tel:  (215) 981-4000 <br> Fax:  (215) 981-4750 <br> levinej@pepperlaw.com | */s/ Sheron Korpus* <br> Sheron Korpus <br> KASOWITZ BENSON TORRES LLP <br> 1633 Broadway <br> New York, NY  10019 <br> Tel: (212) 506-1700 <br> Fax: (212) 506-1800 <br> skorpus@kasowitz.com |

| | |
|---|---|
| */s/ Devora W. Allon* | */s/ Sarah F. Kirkpatrick* |
| Devora W. Allon | Sarah F. Kirkpatrick |
| KIRKLAND & ELLIS LLP | WILLIAMS & CONNOLLY LLP |
| 601 Lexington Avenue | 725 Twelfth Street, N.W. |
| New York, NY  10022 | Washington, DC  20005 |
| Tel: (212) 446-5967 | Tel: (202) 434-5958 |
| Fax: (212) 446-6460 | skirkpatrick@wc.com |
| devora.allon@kirkland.com | |

*/s/ Chul Pak*
Chul Pak
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Fl.
New York, NY  10019
Tel: (212) 999-5800
Fax: (212) 999-5899
cpak@wsgr.com

*Defendants' Liaison Counsel*

# Exhibit A
## (BELLWETHER DRUGS IN MDL)

| BELLWETHER DRUGS IN MDL | FORMULATION(S) SUED ON | STRENGTHS SUED ON | TRANSACTION-LEVEL SALES DATA AND COST INFO START DATE | TRANSACTION-LEVEL SALES DATA AND COST INFO CURRENT END DATE | CLASS BELLWETHER DRUG? |
|---|---|---|---|---|---|
| CLOBETASOL PROPIONATE | Cream; Emollient Cream; Ointment; Jelly/Gel; Solution | 0.05% for all forms | Jan-12 | Dec-18 | Yes |
| CLOMIPRAMINE HCL | Capsules | 25, 50, 75 mg | Jan-11 | Dec-18 | Yes |
| PRAVASTATIN SODIUM | Tablets | 10, 20, 40, 80 mg | Jan-11 | Dec-18 | Yes |
| ADAPALENE | Jelly/Gel | 0.1%, 0.3% | Jan-11 | Dec-18 | |
| AMILORIDE HCL/HCTZ | Tablets | 5-50 mg | Jan-09 | Dec-18 | |
| AMOXICILLIN/CLAVULANATE POTASSIUM | Chewable Tablets | 200-28.5, 400-57 mg | Jan-12 | Dec-18 | |
| AMPHETAMINE/DEXTROAMPHETAMINE | Tablets | Tablets (5, 10, 20, 30 mg) | Jan-09 | Dec-18 | |
| AMPHETAMINE/DEXTROAMPHETAMINE ER | Capsules | Capsules (5, 10, 15, 20, 25, 30 mg) | Jan-10 | Dec-18 | |
| AZITHROMYCIN | Suspension | 100 mg/5 ml, 200 mg/5 ml | Jan-11 | Dec-18 | |
| BACLOFEN | Tablets | 10, 20 mg | Jan-12 | Dec-18 | |
| BENAZEPRIL/HCTZ | Tablets | 10-12.5, 20-12.5, 20-25 mg | Jan-11 | Dec-18 | |
| BETHANECHOL CHLORIDE | Tablets | 5, 10, 25, 50 mg | Jan-12 | Dec-18 | |
| BUDESONIDE | Inhalation | 0.25 mg/2mL, 0.5 mg/2mL, 1 mg/2mL | Jan-11 | Dec-18 | |
| BUDESONIDE DR | Capsules | 3 mg | Jan-12 | Dec-18 | |
| BUMETANIDE | Tablets | 0.5, 1, 2 mg | Jan-12 | Dec-18 | |
| BUSPIRONE HCL | Tablets | 5, 7.5, 10, 15, 30 mg | Jan-10 | Dec-18 | |
| CABERGOLINE | Tablets | 0.5 mg | Jan-12 | Dec-18 | |
| CAPECITABINE | Tablets | 150, 500 mg | Jan-12 | Dec-18 | |
| CARBAMAZEPINE | Tablets, Chewable Tablets | 100 mg (chewable tabs); 200 mg (regular tabs) | Jan-12 | Dec-18 | |
| CARBAMAZEPINE ER | Tablets | 100, 200, 400 mg | Jan-11 | Dec-18 | |
| CEFDINIR | Capsules; Suspension | 300 mg (Capsules); 125 , 250 mg/5mL (Suspension) | Jan-11 | Dec-18 | |
| CEFPROZIL | Tablets | 250, 500 mg | Jan-11 | Dec-18 | |
| CELECOXIB | Capsules | 50, 100, 200, 400 mg | Jan-12 | Dec-18 | |
| CEPHALEXIN (CEFALEXIN) | Suspension | 125 mg/5mL, 250 mg/5mL | Jan-11 | Dec-18 | |
| CIMETIDINE | Tablets | 200, 300, 400, 800 mg | Jan-10 | Dec-18 | |
| CIPROFLOXACIN HCL | Tablets | 100, 250, 500, 750 mg | Jan-12 | Dec-18 | |
| CLARITHROMYCIN ER | Tablets | 500 mg | Jan-11 | Dec-18 | |
| CLEMASTINE FUMARATE | Tablets | 1.34, 2.86 mg | Jan-11 | Dec-18 | |
| CLONIDINE | Patch | 0.1 mg/24 hr; 0.2 mg/24 hr; 0.3 mg/24 hr | Jan-10 | Dec-18 | |
| CLOTRIMAZOLE | Liquid Emulsion; Solution | 1% | Jan-12 | Dec-18 | |
| CYPROHEPTADINE HCL | Tablets | 4 mg | Jan-11 | Dec-18 | |
| DESMOPRESSIN ACETATE | Tablets | 0.1, 0.2 mg | Jan-12 | Dec-18 | |
| DEXMETHYLPHENIDATE HCL ER | Capsules | 5, 15, 20, 40 mg | Jan-12 | Dec-18 | |
| DEXTROAMPHETAMINE SULFATE ER | Tablets | 2.5, 5, 7.5, 10, 15, 20, 30 | Jan-10 | Dec-18 | |
| DICLOFENAC POTASSIUM | Tablets | 50 mg | Jan-10 | Dec-18 | |
| DICLOXACILLIN SODIUM | Capsules | 250, 500 mg | Jan-12 | Dec-18 | |
| DIFLUNISAL | Tablets | 500 mg | Jan-12 | Dec-18 | |
| DILTIAZEM HCL | Tablets | 30, 60, 90, 120 mg | Jan-11 | Dec-18 | |
| DISOPYRAMIDE PHOSPHATE | Capsules | 100, 150 mg | Jan-11 | Dec-18 | |
| DOXAZOSIN MESYLATE | Tablets | 1, 2, 4, 8 mg | Jan-11 | Dec-18 | |
| ENALAPRIL MALEATE | Tablets | 2.5, 5, 10, 20 mg | Jan-11 | Dec-18 | |
| ENTECAVIR | Tablets | 0.5, 1 mg | Jan-12 | Dec-18 | |
| ESTAZOLAM | Tablets | 1, 2 mg | Jan-12 | Dec-18 | |
| ESTRADIOL | Tablets | 0.5, 1, 2 mg | Jan-10 | Dec-18 | |
| ESTRADIOL/NORETHINDRONE ACETATE [MIMVEY] | Tablets | 1-0.5 mg | Jan-11 | Dec-18 | |
| ETHINYL ESTRADIOL/DESOGESTREL [KARIVA] | Tablets | 0.15/0.02-0.01, 0.15-0.02-0.01, 0.15-0.03 mg | Jan-12 | Dec-18 | |
| ETHINYL ESTRADIOL/DROSPIRENONE [OCELLA and GIANVI] | Tablets | 0.02-3, 0.03-3 mg | Jan-11 | Dec-18 | |

| BELLWETHER DRUGS IN MDL | FORMULATION(S) SUED ON | STRENGTHS SUED ON | TRANSACTION-LEVEL SALES DATA AND COST INFO START DATE | TRANSACTION-LEVEL SALES DATA AND COST INFO CURRENT END DATE | CLASS BELLWETHER DRUG? |
|---|---|---|---|---|---|
| ETHINYL ESTRADIOL/LEVONORGESTREL [PORTIA AND JOLESSA] | Tablets | 0.1-0.02-0.01, 0.1-0.02, 0.15-0.02-0.01, 0.15-0.03, 0.15-0.03-0.01, 6-5-10 mg | Jan-10 | Dec-18 | |
| ETHINYL ESTRADIOL/NORETHINDRONE [BALZIVA] | Tablets | 0.4-0.035 mg-mcg | Jan-12 | Dec-18 | |
| ETHOSUXIMIDE | Capsules; Oral Solution | Capsules (250 mg) Oral Solution (250 mg/5 mL) | Jan-10 | Dec-18 | |
| ETODOLAC | Tablets | 400mg, 500mg | Jan-11 | Dec-18 | |
| ETODOLAC | Capsules | 200mg, 300mg | Jan-10 | Dec-18 | |
| ETODOLAC ER | Tablets | 400mg, 500mg, 600mg | Jan-11 | Dec-18 | |
| FENOFIBRATE | Tablets | 48, 145 mg | Jan-11 | Dec-18 | |
| FLUCONAZOLE | Tablets | 50, 100, 150, 200 mg | Jan-11 | Dec-18 | |
| FLUOCINONIDE | Cream; Emollient Cream; Jelly/Gel; Ointment | 0.05% for all forms. | Jun-12 | Dec-18 | |
| FLUOXETINE HCL | Tablets | 10, 15, 20, 60 mg | Jan-11 | Dec-18 | |
| FLURBIPROFEN | Tablets | 50, 100 mg | Jan-09 | Dec-18 | |
| FLUTAMIDE | Capsules | 125 mg | Jan-12 | Dec-18 | |
| FLUVASTATIN SODIUM | Capsules | 20, 40 mg | Jan-12 | Dec-18 | |
| GABAPENTIN | Tablets | 600, 800 mg | Jan-12 | Dec-18 | |
| GLIMEPIRIDE | Tablets | 1, 2, 4 mg | Jan-12 | Dec-18 | |
| GRISEOFULVIN | Suspension | 125 mg/5mL | Jan-12 | Dec-18 | |
| HALOPERIDOL | Tablets | 0.5, 1, 2, 5, 10, 20 mg | Jan-11 | Dec-18 | |
| HYDROXYUREA | Capsules | 500 mg | Jan-08 | Dec-18 | |
| HYDROXYZINE PAMOATE | Capsules | 25, 50, 100 mg | Jan-11 | Dec-18 | |
| IRBESARTAN | Tablets | 75, 150, 300 mg | Jan-10 | Dec-18 | |
| ISONIAZID | Tablets | 100, 300 mg | Jan-11 | Dec-18 | |
| KETOCONAZOLE | Cream; Tablets | 2% (cream); 200 mg (tabs) | Jan-12 | Dec-18 | |
| KETOPROFEN | Capsules | 50, 75 mg | Jan-11 | Dec-18 | |
| KETOROLAC TROMETHAMINE | Tablets | 10 mg | Jan-10 | Dec-18 | |
| LABETALOL HCL | Tablets | 100, 200, 300 mg | Jan-10 | Dec-18 | |
| LAMIVUDINE/ZIDOVUDINE | Tablets | 150-300, 300-150 mg | Jan-10 | Dec-18 | |
| LEVOTHYROXINE SODIUM | Tablets | 0.025, 0.05, 0.075, 0.088, 0.1, 0.112, 0.125, 0.137, 0.15, 0.175, 0.2, 0.3 mg | Jan-11 | Dec-18 | |
| LOPERAMIDE HCL | Capsules | 2 mg | Jan-10 | Dec-18 | |
| MEDROXYPROGESTERONE ACETATE | Tablets | 2.5, 5, 10 mg | Jan-11 | Dec-18 | |
| MEPROBAMATE | Tablets | 200, 400 mg | Jan-11 | Dec-18 | |
| METHOTREXATE SODIUM | Tablets | 2.5mg | Jan-10 | Dec-18 | |
| MOEXIPRIL HCL | Tablets | 7.5, 15mg | Jan-11 | Dec-18 | |
| MOEXIPRIL HCL/HCTZ | Tablets | 7.5-12.5, 15-12.5, 15-25 mg | Jan-11 | Dec-18 | |
| NABUMETONE | Tablets | 500, 750 mg | Jan-11 | Dec-18 | |
| NADOLOL | Tablets | 20, 40, 80 mg | Jan-10 | Dec-18 | |
| NIACIN ER | Tablets | 500, 750, 1000 mg | Jan-12 | Dec-18 | |
| NITROFURANTOIN | Capsules | 25, 50, 100 mg | Jan-08 | Dec-18 | |
| NORETHINDRONE ACETATE | Tablets | 5 mg | Jan-12 | Dec-18 | |
| NORTRIPTYLINE HCL | Capsules | 10, 25, 50, 75 mg | Jan-09 | Dec-18 | |
| OMEGA-3-ACID-ETHYL ESTERS | Capsules | 1 g | Jan-12 | Dec-18 | |
| OXAPROZIN | Tablets | 600 mg | Jan-10 | Dec-18 | |
| OXYBUTYNIN CHLORIDE | Tablets | 5 mg | Jan-09 | Dec-18 | |
| PARICALCITOL | Capsules | 1, 2, 4 mcg | Jan-12 | Dec-18 | |
| PENICILLIN V POTASSIUM | Tablets | 250, 500 mg | Jan-12 | Dec-18 | |
| PENTOXIFYLLINE | Tablets | 400 mg | Jan-07 | Dec-18 | |
| PIROXICAM | Capsules | 10, 20 mg | Jan-08 | Dec-18 | |
| PRAZOSIN HCL | Capsules | 1, 2, 5, mg | Jan-11 | Dec-18 | |

2

| BELLWETHER DRUGS IN MDL | FORMULATION(S) SUED ON | STRENGTHS SUED ON | TRANSACTION-LEVEL SALES DATA AND COST INFO START DATE | TRANSACTION-LEVEL SALES DATA AND COST INFO CURRENT END DATE | CLASS BELLWETHER DRUG? |
|---|---|---|---|---|---|
| PROCHLORPERAZINE MALEATE | Tablets | 5, 10 mg | Jan-12 | Dec-18 | |
| PROPRANOLOL HCL | Tablets | Tablets (10, 20, 40, 60, 80 mg) | Jan-12 [except for Par, which is Jan-13] | Dec-18 | |
| RALOXIFENE HCL | Tablets | 60 mg | Jan-12 | Dec-18 | |
| RANITIDINE HCL | Capsules | Capsules (150, 300 mg) | Jan-09 | Dec-18 | |
| RANITIDINE HCL | Tablets | Tablets (150 mg) | Jan-11 | Dec-18 | |
| TAMOXIFEN CITRATE | Tablets | 10, 20 mg | Jan-10 | Dec-18 | |
| TEMOZOLOMIDE | Capsules | 5, 20, 100, 140, 180, 250 mg | Jan-11 | Dec-18 | |
| TIZANIDINE HCL | Tablets | 2, 4 mg | Jan-11 | Dec-18 | |
| TOBRAMYCIN | Inhalation Solution | 300mg/5ml | Jan-11 | Dec-18 | |
| TOLMETIN SODIUM | Capsules | 400 mg | Jan-11 | Dec-18 | |
| TOLTERODINE TARTRATE | Tablets | 1, 2 mg | Jan-10 | Dec-18 | |
| TOLTERODINE TARTRATE ER | Capsules | 2, 4 mg | Jan-11 | Dec-18 | |
| TOPIRAMATE | Sprinkle Capsules | 15. 25 mg | Jan-12 | Dec-18 | |
| TRIFLUOPERAZINE HCL | Tablets | 1, 2, 5, 10 mg | Jan-11 | Dec-18 | |
| VALSARTAN/HCTZ | Tablets | 80-12.5, 160-12.5, 160-25, 320-12.5, 320-25 mg | Jan-10 | Dec-18 | |
| WARFARIN SODIUM | Tablets | 1, 2, 2.5, 3, 4, 5, 6, 7.5, 10 mg | Jan-12 | Dec-18 | |

# Exhibit B
## (NON-BELLWETHER DRUGS IN THE MDL AS OF MAY 1, 2020)

| NON-BELLWETHER DRUGS IN THE MDL AS OF MAY 1, 2020 | FORMULATION(S) SUED ON | STRENGTHS SUED ON | TRANSACTION-LEVEL SALES DATA AND COST INFO START DATE | TRANSACTION-LEVEL SALES DATA AND COST INFO END DATE |
|---|---|---|---|---|
| ACETAMINOPHEN/HYDROCODONE | Tablets | 5-325, 10-325 mg | Jan-12 | Dec-18 |
| ACETAMINOPHEN/OXYCODONE HCL | Tablets | 5-325, 7.5-325, 10-325 mg | Jan-10 | Dec-18 |
| ACETAZOLAMIDE; ACETAZOLAMIDE ER | Capsules; Tablets | Capsules (500 mg); Tablets (125, 250 mg) | Jan-12 (Capsules); Jan-10 (Tablets) | Dec-18 |
| ACYCLOVIR | Tablets | 400, 800 mg | Jan-12 | Dec-18 |
| ALBUTEROL SULFATE | Tablets | 2, 4 mg | Jan-11 | Dec-18 |
| ALCLOMETASONE DIPROPIONATE | Cream; Ointment | 0.05% for all forms | Jan-11 | Dec-18 |
| ALLOPURINOL | Tablets | 100, 300 mg | Jan-12 | Dec-18 |
| AMANTADINE HCL | Capsules | 100 mg | Jan-09 | Dec-18 |
| AMIKACIN | Injection | 250 mg/ml | Jan-12 | Dec-18 |
| AMITRIPTYLINE HCL | Tablets | 10, 25, 50, 75, 100, 150 mg | Jan-12 | Dec-18 |
| ATENOLOL/CHLORTHALIDONE | Tablets | 50-25, 100-25 mg | Jan-12 | Dec-18 |
| ATROPINE SULFATE | Ophthalmic Solution | 1% | Jan-08 | Dec-18 |
| ATROPINE SULFATE/DIPHENOXYLATE HCL | Tablets | 2.5-0.025 mg | Jan-12 | Dec-18 |
| BALSALAZIDE DISODIUM | Capsules | 750 mg | Jan-12 | Dec-18 |
| BETAMETHASONE DIPROPIONATE | Cream; Lotion; Ointment | 0.05% for all forms | Jan-08 | Dec-18 |
| BETAMETHASONE DIPROPIONATE AUGMENTED | Lotion | 0.05% | Jan-08 | Dec-18 |
| BETAMETHASONE DIPROPIONATE/CLOTRIMAZOLE | Cream; Lotion | 0.05% for all forms | Jan-08 | Dec-18 |
| BETAMETHASONE VALERATE | Cream; Ointment | 0.1% for all forms | Jan-08 | Dec-18 |
| BROMOCRIPTINE MESYLATE | Tablets | 2.5mg | Jan-11 | Dec-18 |
| BUPRENORPHINE | Tablets | 10 mg / 100 mg | Jan-14 | Dec-18 |
| BUTORPHANOL TARTRATE | Nasal Spray | 10 mg/mL | Jan-11 | Dec-18 |
| CAPTOPRIL | Tablets | 12.5, 25, 50, 100 mg | Jan-11 | Dec-18 |
| CARBIDOPA / LEVODOPA | Tablets | 10mg / 100mg | Jan-13 | Dec-18 |
| CARISOPRODOL | Tablets | 350 mg | Jan-09 | Dec-18 |
| CEFUROXIME AXETIL | Tablets | 250, 500 mg | Jan-11 | Dec-18 |
| CHLORPROMAZINE HCL | Tablets | 10, 25, 50, 100, 200 mg | Jan-09 | Dec-18 |
| CHOLESTYRAMINE | Powder; Oral Solid | 4 gm for all forms | Jan-11 | Dec-18 |
| CICLOPIROX | Liquid Emulsion | 8% | Jan-11 | Dec-18 |
| CLINDAMYCIN PHOSPHATE | Jelly/Gel; Liquid Emulsion; Lotion; Vaginal | 1% for all forms except Vaginal which is 2% | Jan-10 | Dec-18 |
| DESONIDE | Cream; Ointment | 0.05% for all forms | Jan-11 | Dec-18 |
| DEXTROAMPHETAMINE SULFATE ER | Capsules | 5, 10, 15 mg | Jan-09 | Dec-18 |
| DIGOXIN | Tablets | 0.125, 0.25 mg | Jan-11 | Dec-18 |
| DISULFIRAM | Tablets | 250, 500 mg | Jan-12 | Dec-18 |
| DIVALPROEX SODIUM ER | Tablets | 250, 500 mg | Jan-11 | Dec-18 |
| DOXYCYCLINE HYCLATE DR | Tablets | Tablets (75, 100, 150 mg) | Jan-11 | Dec-18 |
| DOXYCYCLINE HYCLATE RR | Capsules; Tablets | Capsules (50, 100 mg); Tablets (100mg) | Jan-10 | Dec-18 |
| DOXYCYCLINE MONOHYDRATE | Tablets | 50, 75, 100, 150 mg | Jan-11 | Dec-18 |
| ECONAZOLE NITRATE | Cream | 1% | Jan-12 | Dec-18 |
| EPLERENONE | Tablets | 25, 50 mg | Jan-13 | Dec-18 |
| ESZOPICLONE | Tablets | 1, 2, 3 mg | Jan-12 | Dec-18 |
| EXEMESTANE | Tablets | 25 mg | Jan-11 | Dec-18 |
| FLUOCINOLONE ACETONIDE | Cream; Ointment; Solution | Cream (0.01%, 0.025%) Ointment (0.025%) Solution (0.01%) | Jan-10 | Dec-18 |
| FLUTICASONE PROPIONATE | Nasal Spray | 50 mcg | Jan-08 | Dec-18 |
| FOSINOPRIL SODIUM/HCTZ | Tablets | 10-12.5, 20-12.5 mg | Jan-12 | Dec-18 |
| GLIPIZIDE/METFORMIN HCL | Tablets | 2.5-250, 2.5-500, 5-500 mg | Jan-12 | Dec-18 |
| GLYBURIDE | Tablets (non-micronized) (i.e., gMicronase) | 1.25, 2.5, 5 mg | Jan-12 | Dec-18 |
| GLYBURIDE/METFORMIN HCL | Tablets | 1.25-250, 2.5-500, 5-500 mg | Jan-12 | Dec-18 |
| HALOBETASOL PROPIONATE | Cream; Ointment | 0.05% for all forms | Jan-10 | Dec-18 |
| HYDRALAZINE HCL | Tablets | 10, 25, 50, 100 mg | Jan-12 | Dec-18 |
| HYDROCORTISONE VALERATE | Cream | 0.2% | Jan-08 | Dec-18 |
| IMIQUIMOD | Cream | 12.5 mg/ g; 37.5 mg/g; 50mg/g | Jan-09 | Dec-18 |
| ISOSORBIDE DINITRATE | Tablets | 5, 10, 20, 30 mg | Jan-10 | Dec-18 |
| ISOTRETINOIN | Capsules | 10, 20, 30, 40 mg | Jan-11 | Dec-18 |
| LAMOTRIGINE | ER Tablets | 25, 50, 100, 200, 250, 300 mg | Jan-11 | Dec-18 |

1

| | | | | |
|---|---|---|---|---|
| LATANOPROST | Opthalmic Solution | 0.005% | Jan-09 | Dec-18 |
| LEFLUNOMIDE | Tablets | 10, 20 mg | Jan-12 | Dec-18 |
| LIDOCAINE HCL | Ointment | 5% | Jan-10 | Dec-18 |
| LIDOCAINE/PRILOCAINE | Cream | 2.5-2.5% | Jan-12 | Dec-18 |
| METFORMIN (F) ER | Tablets | 500, 1000 mg | Jan-13 | Dec-18 |
| METHADONE HCL | Tablets | 5, 10 mg | Jan-12 | Dec-18 |
| METHIMAZOLE | Tablets | 5, 10 mg | Jan-12 | Dec-18 |
| METHYLPHENIDATE HCL | Tablets | 5, 10, 20 mg | Jan-11 | Dec-18 |
| METHYLPREDNISOLONE | Tablets | 4 mg | Jan-09 | Dec-18 |
| METOPROLOL SUCCINATE | ER Tablets | 25, 50, 100, 200 mg | Jan-12 | Dec-18 |
| METRONIDAZOLE | Cream; Jelly/Gel; Lotion, Vaginal | 0.75% for all forms | Jan-09 (Cream, Jelly/Gel, Lotion); Jan-13 (Vaginal) | Dec-18 |
| MODAFINIL | Tablets | 100, 200 mg | Jan-12 | Dec-18 |
| MONTELUKAST | Oral Granules | 4 mg | Jan-10 | Dec-18 |
| NAPROXEN SODIUM | Tablets | 275, 550 mg | Jan-13 | Dec-18 |
| NEOMYCIN/POLYMYXIN/HYDROCORTISONE | Otic Solution | 3.5 mg-10 MU 1% | Jan-08 | Dec-18 |
| NIMODIPINE | Capsules | 30 mg | Jan-10 | Dec-18 |
| NYSTATIN | Cream; Ointment; Tablets | 100MU (Cream, Ointment) 500MU Units (Tablets) | Jan-09 (Cream, Ointment); Jan-10 (Tablets) | Dec-18 |
| NYSTATIN/TRIAMCINOLONE | Cream; Ointment | 0.1% | Jan-11 | Dec-18 |
| OMEPRAZOLE SODIUM BICARBONATE | Capsules | 20 mg/1100 mg, 40 mg/1100 mg | Jan-14 | Dec-18 |
| ONDANSETRON | Tablets | 4, 8 mg | Jan-11 | Dec-18 |
| OXYCODONE HCL | Oral Solution | 20 mg/ml | Jan-08 | Dec-18 |
| OXYCODONE HCL | Tablets | 15, 30 mg | Jan-11 | Dec-18 |
| PAROMOMYCIN SULFATE | Capsules | 250 mg | Jan-10 | Dec-18 |
| PERMETHRIN | Cream | 5% | Jan-08 | Dec-18 |
| PERPHENAZINE | Tablets | 2, 4, 8, 16 mg | Jan-07 | Dec-18 |
| PHENYTOIN SODIUM | Capsules | 100 mg | Jan-12 | Dec-18 |
| PILOCARPINE HCL | Tablets | 5 mg | Jan-12 | Dec-18 |
| PIOGLITAZONE-METFORMIN | Tablets | 15 mg/500 mg, 15 mg/850 mg | Jan-11 | Dec-18 |
| POTASSIUM CHLORIDE ER | Tablets | 8, 10, 20 MEQ LA | Jan-08 | Dec-18 |
| PREDNISOLONE ACETATE | Eye Ointment/Liquid | 1% Ophthalmic Liquid Eye | Jan-11 | Dec-18 |
| PREDNISONE | Tablets | 1, 2.5, 5, 10, 20 mg | Jan-11 | Dec-18 |
| PROGESTERONE | Capsules | 100, 200 mg | Jan-11 | Dec-18 |
| PROPRANOLOL HCL ER | Capsules | Capsules (60, 80, 120, 160 mg) | Jan-11 | Dec-18 |
| SILVER SULFADIAZINE | Cream | 1% | Jan-10 | Dec-18 |
| SOTALOL HCL | Tablets | 80, 120, 160, 240 mg | Jan-12 | Dec-18 |
| SPIRONOLACTONE/HCTZ | Tablets | 25-25 mg | Jan-11 | Dec-18 |
| SUMATRIPTAN | Injection | 4 mg/0.5 mL, 6 mg/0.5 mL | Jan-14 | Dec-18 |
| THEOPHYLLINE ER | Tablets | 100, 200, 300, 400, 450, 600 mg | Jan-12 | Dec-18 |
| TIMOLOL MALEATE | Eye Gel | 0.25%, 0.5% | Jan-11 | Dec-18 |
| TOBRAMYCIN/DEXAMETHASONE | Ophthalmic Liquid / Suspension | 0.1-0.3% | Jan-10 | Dec-18 |
| TRAZODONE HCL | Tablets | 100 mg | Jan-13 | Dec-18 |
| TRIAMCINOLONE ACETONIDE | Cream; Ointment | 0.025%, 0.1%, 0.5% for all forms | Jan-08 | Dec-18 |
| TRIAMTERENE/HCTZ | Capsules; Tablets | Capsules (37.5-25 mg) Tablets (37.5-25, 75-50 mg) | Jan-09 | Dec-18 |
| URSODIOL | Capsules | 300 mg | Jan-12 | Dec-18 |
| VALGANCICLOVIR | Tablets | 450 mg | Jan-13 | Dec-18 |
| VANCOMYCIN HCL | Capsules | 125, 250 mg | Jan-11 | Dec-18 |
| VERAPAMIL HCL; VERAPAMIL HCL SR | Capsules; Tablets | Tablets RR (40, 80, 120 mg) Capsules SR (120, 180, 240 mg) | Jan-10 | Dec-18 |
| ZOLEDRONIC ACID | Infusion | 4mg/5ml, 5mg/100ml | Jan-11 | Dec-18 |