**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:   GENERIC DIGOXIN AND** | : | **MDL NO. 2724** |
| **DOXYCYCLINE ANTITRUST LITIGATION** | : | **16-MD-2724** |
| | : | |
| | : | **HON. CYNTHIA M. RUFE** |
| **THIS DOCUMENT RELATES TO:** | : | |
| | : | |
| *ALL ACTIONS* | : | |

**ORDER**

**AND NOW,** this 14th day of September 2020, **IT IS ORDERED** that a Telephone

Conference between the Special Masters and the Court will take place on **Thursday, September**

**17, 2020 at 3:00 P.M.**   A Call-In Number will be provided by the Court.

BY THE COURT:

**/s/ Cynthia M. Rufe**

**CYNTHIA M. RUFE, J.**