# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL 2724** <br> **16-MD-2724** |
| **THIS DOCUMENT RELATES TO:** <br> *ALL ACTIONS* | **HON. CYNTHIA M. RUFE** |

## ORDER

**AND NOW**, this 17th day of September 2020, upon consideration of the parties' Joint Stipulation for a Briefing Schedule to Govern Plaintiffs' Objections to the Second Report and Recommendation of the Special Discovery Master as to Plaintiffs' Motion to Compel Supplemental Productions of Transactional Data [MDL Doc. No. 1503], it is hereby **ORDERED** that the Joint Stipulation is **APPROVED**. Plaintiffs shall file their Objections on or before October 2, 2020; Defendants may file their opposition thereto by October 26, 2020; Plaintiffs may file their reply in support of the Objections by November 9, 2020, and Defendants may file their sur-reply in opposition thereto by November 23, 2020.

It is so **ORDERED**.

**BY THE COURT:**

**/s/ Cynthia M. Rufe**
_____
**CYNTHIA M. RUFE, J.**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | HON. CYNTHIA M. RUFE |

**JOINT STIPULATION TO GOVERN BRIEFING OF PLAINTIFFS' OBJECTIONS TO THE SECOND REPORT AND RECOMMENDATION OF THE SPECIAL DISCOVERY MASTER AS TO PLAINTIFFS' MOTION TO COMPEL SUPPLEMENTAL PRODUCTIONS OF TRANSACTIONAL DATA**

WHEREAS, on September 9, 2020, the Special Discovery Master issued his Second Report and Recommendation of the Special Discovery Master as to Plaintiffs' Motion to Compel Supplemental Productions of Transactional Data, MDL Doc. 1503 ("Second R&R");

WHEREAS, under PTO 49, any objections are currently due within 14 days of the filing of the Second R&R, or by September 23, 2020;

WHEREAS, after discussion, Plaintiffs and Defendants have agreed, subject to the Court's approval, to a schedule to govern the briefing of Plaintiffs' objections to the Second R&R.

It is hereby STIPULATED AND AGREED, by the undersigned counsel, pursuant to Local Rule 7.4, that Plaintiffs shall have until October 2, 2020 to file their Objections to the Second R&R; Defendants may file their opposition thereto by October 26, 2020; Plaintiffs may file their reply in support of the Objections by November 9, 2020; and Defendants may file their sur-reply in opposition thereto by November 23, 2020.

IT IS SO STIPULATED.

Dated: September 15, 2020	Respectfully submitted,

/s/ Roberta D. Liebenberg
Roberta D. Liebenberg
FINE, KAPLAN AND BLACK, R.P.C.
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
215-567-6565
rliebenberg@finekaplan.com

**Liaison and Lead Counsel for End-Payer Plaintiffs**

/s/ Dianne M. Nast
Dianne M. Nast
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, PA 19107
215-923-9300
dnast@nastlaw.com

**Liaison and Lead Counsel for Direct Purchaser Plaintiffs**

/s/ Jonathan W. Cuneo
Jonathan W. Cuneo
CUNEO GILBERT & LADUCA LLP
4725 Wisconsin Avenue, NW
Suite 200
Washington, DC 20016
202-789-3960
jonc@cuneolaw.com

**Lead Counsel for Indirect-Reseller Plaintiffs**

/s/ Sheron Korpus
Sheron Korpus
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, New York
Tel: (212) 506-1700
Fax: (212) 506-1800
skorpus@kasowitz.com

/s/ Jan P. Levine
Jan P. Levine
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Tel: (215) 981-4000
Fax: (215) 981-4750
levinej@pepperlaw.com

/s/ Chul Pak
Chul Pak
WILSON SONSINI GOODRICH & ROSATI P.C.
1301 Avenue of the Americas, 40th Fl.
New York, NY 10019
Tel: (212) 999-5800
Fax: (212) 999-5899
cpak@wsgr.com

/s/ Sarah F. Kirkpatrick
Sarah F. Kirkpatrick
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Tel: (202) 434-5958
skirkpatrick@wc.com

/s/ Devora W. Allon
Devora W. Allon
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-5967

*/s/ W. Joseph Nielsen*
W. Joseph Nielsen
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel:  (860) 808-5040
Fax:  (860) 808-5033
Joseph.Nielsen@ct.gov

*Liaison Counsel for the States*

*/s/ William J. Blechman*
William J. Blechman, Esquire
KENNY NACHWALTER, P.A.
1441 Brickell Avenue, Suite 1100
Miami, Florida  33131
Tel:     (305) 373-1000
Fax:     (305) 372-1861
wblechman@knpa.com

*Counsel for the Kroger Plaintiffs and Liaison Counsel for Direct Action Plaintiffs*

Fax: (212) 446-6460
devora.allon@kirkland.com

*Defendants' Liaison Counsel*

3