# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL 2724**<br>**Case No. 16-MD-2724-CMR**<br>**HON. CYNTHIA M. RUFE** |
| **THIS DOCUMENT RELATES TO:**<br><br>*In re: Desonide Cases*<br><br>*In re: Fluocinonide Cases* | **LEAD CASE: 16-DS-27240**<br>**END-PAYER CASE: 16-DS-27242**<br><br>**LEAD CASE: 16-FL-27240**<br>**END-PAYER CASE: 16-FL-27242** |

## ORDER

**AND NOW,** this 18th day of September 2020, upon consideration of the attached Stipulation, which applies only to Civil Action Nos. 16-DS-27242 and 16-FL-27242, it is hereby **ORDERED** that the Stipulation is **APPROVED**.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>Case No. 16-MD-2724-CMR<br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br><br>*In re: Desonide Cases*<br><br>*In re: Fluocinonide Cases* | LEAD CASE: 16-DS-27240<br>END-PAYER CASE: 16-DS-27242<br><br>LEAD CASE: 16-FL-27240<br>END-PAYER CASE: 16-FL-27242 |

**JOINT STIPULATION EXTENDING THE TIME TO RESPOND TO
END-PAYER PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED
EPP DESONIDE AND FLUOCINONIDE COMPLAINTS**

WHEREAS, on September 4, 2020, the End-Payer Plaintiffs filed a Motion for Leave to Amend their two operative complaints in two single drug cases in MDL 2724: *In re: Desonide Cases,* No. 16-DS-27242; and *In re: Fluocinonide Cases,* No. 16-FL-27242 (the "Motion to Amend").  (*See Desonide* Doc. 178; *Fluocinonide* Doc. 150.)

WHEREAS, pursuant to Local Rule 7.1(c), Defendants' response to the Motion to Amend is currently due September 18, 2020.

WHEREAS, after discussion, Defendants and End Payer-Plaintiffs agreed to an extension of the deadline for Defendants to respond to the Motion to Amend.

It here hereby STIPULATED AND AGREED, by the undersigned counsel, pursuant to Local Rule 7.4, that Defendants shall have until October 2, 2020 to file any opposition to the Motion to Amend.

**IT IS SO STIPULATED.**

Dated: September 17, 2020

/s/ Jan P. Levine
Jan P. Levine
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Tel: (215) 981-4000
Fax: (215) 981-4750
levinej@pepperlaw.com

/s/ Devora W. Allon
Devora W. Allon
KIRKLAND & ELLIS TORRES LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-5967
Fax: (212) 446-6460
devora.allon@kirkland.com

/s/ Chul Pak
Chul Pak
WILSON SONSINI GOODRICH & ROSATI P.C.
1301 Avenue of the Americas, 40th Flr.
New York, NY 10019
Tel: (212) 999-5800
Fax: (212) 999-5899
cpak@wsgr.com

**Defendants' Liaison Counsel**

/s/ Roberta D. Liebenberg
Roberta D. Liebengerg
FINE, KAPLAN AND BLACK, R.P.C.
One South Broad Street, 23rd Flr.
Philadelphia, PA 19107
Tel: (215) 567-6565
rliebenberg@finekaplan.com

**Lead Counsel for End-Payer Plaintiffs**

/s/ Sarah F. Kirkpatrick
Sarah F. Kirkpatrick
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Tel: (202) 434-5958
Fax: (202) 434-5029
skirkpatrick@wc.com

/s/ Sheron Korpus
Sheron Korpus
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
skorpus@kasowitz.com