IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL 2724**<br>**Case No. 16-MD-2724-CMR**<br><br>**HON. CYNTHIA M. RUFE** |
| **THIS DOCUMENT RELATES TO:**<br><br>*The Kroger Co., et al. v. Actavis Holdco U.S. Inc. et al.* | **Individual Case No. 18-284** |

**ORDER**

**AND NOW**, this 18th day of September 2020, upon consideration of the attached Stipulation, which applies only to Civil Action 18-284, it is hereby **ORDERED** that the Stipulation is **APPROVED**.

It is so **ORDERED**.

**BY THE COURT:**

**/s/ Cynthia M. Rufe**
_____
**CYNTHIA M. RUFE, J.**

...

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>Case No. 16-MD-2724-CMR |
| THIS DOCUMENT RELATES TO:<br><br>*The Kroger Co., et al. v. Actavis Holdco U.S. Inc. et al.* | HON. CYNTHIA M. RUFE<br><br>Individual Case No. 2:18-cv-00284-CMR |

**JOINT STIPULATION EXTENDING TIME TO RESPOND TO KROGER DIRECT ACTION PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS**

WHEREAS, on September 4, 2020, the Kroger Direct Action Plaintiffs filed a Motion for Leave to Amend Complaint (the "Motion to Amend"). (*See Kroger* Doc. 230.)

WHEREAS, pursuant to Local Rule 7.1(c), Defendants' response to the Motion to Amend is currently due September 18, 2020.

WHEREAS, after discussion, Defendants and Kroger Direct Action Plaintiffs agreed to an extension of the deadline for Defendants to respond to the Motion to Amend.

It here hereby STIPULATED AND AGREED, by the undersigned counsel, pursuant to Local Rule 7.4, that Defendants shall have until October 2, 2020 to file any opposition to the Motion to Amend.

**IT IS SO STIPULATED.**

Dated: September 17, 2020

*/s/ William J. Blechman*
William J. Blechman
KENNY NACHWALTER, P.A.
1441 Brickell Avenue, Suite 1100
Miami, Florida 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
wblechman@knpa.com

***Counsel for the Kroger Direct Action Plaintiffs***

2

*/s/ Jan P. Levine*
Jan P. Levine
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Tel: (215) 981-4000
Fax: (215) 981-4750
levinej@pepperlaw.com

*/s/ Devora W. Allon*
Devora W. Allon
KIRKLAND & ELLIS TORRES LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-5967
Fax: (212) 446-6460
devora.allon@kirkland.com

*/s/ Chul Pak*
Chul Pak
WILSON SONSINI GOODRICH & ROSATI P.C.
1301 Avenue of the Americas, 40th Flr.
New York, NY 10019
Tel: (212) 999-5800
Fax: (212) 999-5899
cpak@wsgr.com

**Defendants' Liaison Counsel**

*/s/ Sarah F. Kirkpatrick*
Sarah F. Kirkpatrick
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Tel: (202) 434-5958
Fax: (202) 434-5029
skirkpatrick@wc.com

*/s/ Sheron Korpus*
Sheron Korpus
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
skorpus@kasowitz.com