## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL NO. 2724** |
| | **16-MD-2724** |
| **THIS DOCUMENT RELATES TO: ALL ACTIONS** | **HON. CYNTHIA M. RUFE** |

### JOINT PROPOSED AGENDA FOR
### OCTOBER 8, 2020 LEADERSHIP STATUS CONFERENCE

Pursuant to Pretrial Order No. 133 (MDL Doc. No. 1445), Liaison Counsel hereby submit this joint proposed agenda of items to be brought before the Court via videoconference at the Leadership Status Conference scheduled for Thursday, October 8, 2020, at 1:30 pm:

1. Schedule to Finalize a Deposition Protocol

2. Dates for Future Status Conferences and Leadership Conferences

The Court shall provide videoconference information and related instructions to Liaison Counsel and the Special Masters via email.

Dated: October 1, 2020            Respectfully submitted:

| | |
|---|---|
| /s/ *Roberta D. Liebenberg* | /s/ *Dianne M. Nast* |
| Roberta D. Liebenberg | Dianne M. Nast |
| FINE, KAPLAN AND BLACK, R.P.C. | NASTLAW LLC |
| One South Broad Street, 23rd Floor | 1101 Market Street, Suite 2801 |
| Philadelphia, PA 19107 | Philadelphia, PA 19107 |
| 215-567-6565 | 215-923-9300 |
| rliebenberg@finekaplan.com | dnast@nastlaw.com |
| | |
| **Liaison and Lead Counsel for the End-Payer Plaintiffs** | **Liaison and Lead Counsel for the Direct Purchaser Plaintiffs** |

*/s/ W. Joseph Nielsen*
W. Joseph Nielsen
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel: (860)808-5040
Fax: (860)808-5033
Joseph.Nielsen@ct.gov

**Liaison Counsel for the States**

*/s/ William J. Blechman*
William J. Blechman
KENNY NACHWALTER, P.A.
1441 Brickell Avenue
Suite 1100
Miami, FL 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
wblechman@knpa.com

**Liaison Counsel for Direct Action Plaintiffs and Counsel for the Kroger Direct Action Plaintiffs**

*/s/ Jan P. Levine*
Jan P. Levine
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Tel: (215) 981-4000
Fax: (215) 981-4750
levinej@pepperlaw.com

*/s/ Sheron Korpus*
Sheron Korpus
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
skorpus@kasowitz.com

*/s/ Devora W. Allon*
Devora W. Allon
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-5967
Fax: (212) 446-6460
devora.allon@kirkland.com

*/s/ Sarah F. Kirkpatrick*
Sarah F. Kirkpatrick
WILLIAMS & CONNOLLY, LLC
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5958
skirkpatrick@wc.com

*/s/ Chul Pak*
Chul Pak
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Fl.
New York, NY 10019
Tel: (212) 999-5800
Fax: (212) 999-5899
cpak@wsgr.com

**Defendants' Liaison Counsel**