IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
| IN RE: DESONIDE CASES | LEAD CASE: 16-DS-27240<br>END-PAYER CASE: 16-DS-27242 |
| IN RE: FLUOCINONIDE CASES | LEAD CASE: 16-FL-27240<br>END-PAYER CASE: 16-FL-27242 |

# ORDER

**AND NOW**, this 6th day of October 2020, upon consideration of the End-Payer Plaintiffs' Motion for Leave to Amend the EPP Desonide and Fluocinonide Complaints [End-Payer Case No. 16-DS-27242, Doc. No. 178; and End-Payer Case No. 16-FL-27242, Doc. No. 150], and no timely oppositions having been filed by the October 2, 2020 deadline established by the Court's September 18, 2020 Order [MDL Doc. No. 1524], it is hereby **ORDERED** that the Motion is **GRANTED** as unopposed.

It is further **ORDERED** that Plaintiffs are **GRANTED** leave to file the unredacted motion and amended complaint under seal [End-Payer Case No. 16-DS-27242, Doc. No. 179; and End-Payer Case No. 16-FL-27242, Doc. No. 151].

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**