IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | MDL 2724<br>16-MD-2724<br><br>HON. CYNTHIA M. RUFE |
| **THIS DOCUMENT RELATES TO:** | |
| *Connecticut et al. v. Teva Pharmaceuticals USA, Inc. et al*, | No. 19-cv-2407 |
| *1199SEIU Nat'l Benefit Fund et al. v. Actavis Holdco U.S., Inc. et al.* | No. 16-CB-27242 |
| *American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan et al. v. Mylan Inc. et al.* | No. 16-CM-27242 |
| *American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan et al. v. Apotex Corp. et al.* | No. 16-PV-27242 |

**ORDER**

**AND NOW**, on this 7th day of October 2020, upon consideration of the attached Stipulation, which applies to Civil Action Nos. 19-cv-2407, 16-CB-27242, 16-CM-27242, and 16-PV-272422, it is hereby **ORDERED** that the Stipulation is **APPROVED**.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*Connecticut et al. v. Teva Pharmaceuticals USA, Inc. et al*, no. 19-cv-2407<br><br>*1199SEIU Nat'l Benefit Fund et al. v. Actavis Holdco U.S., Inc. et al.,* No. 16-CB-27242<br><br>*American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan et al. v. Mylan Inc. et al.*, No. 16-CM-27242<br><br>*American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan et al. v. Apotex Corp. et al.*, 16-PV-27242 | HON. CYNTHIA M. RUFE |

## JOINT STIPULATION TO SET THE SCHEDULE FOR FILING RESPONSIVE PLEADINGS FOR THE EPP AND STATE AG BELLWETHER CASES

WHEREAS, on September 1, 2020, Defendants submitted a proposed case management order and schedule (MDL Doc. 1498), which proposed a deadline of November 1, 2020 for Defendants to file responsive pleadings to End-Payer Plaintiffs' ("EPPs") class-action complaints as to clobetasol, clomipramine, and pravastatin (the "EPP Individual Drug Bellwether Cases"), and the State Plaintiffs' Teva-centric Amended Complaint filed November 1, 2019 (the "Teva AG Bellwether Case", and together with the EPP Individual Drug Bellwether Cases, the "EPP and Teva AG Bellwether Cases");

WHEREAS, on September 1, 2020, the EPPs and the State Plaintiffs submitted a proposed case management order and schedule for the EPP and Teva AG Bellwether Cases

(MDL Doc. 1497), proposing a deadline of October 15, 2020 for Defendants to file any motions to dismiss the EPP and Teva AG Bellwether Cases; and

WHEREAS, the Court has not yet issued an order setting a schedule for Defendants to file responsive pleadings to the EPP and Teva AG Bellwether Cases.

It is hereby STIPULATED AND AGREED, by and among the undersigned counsel as follows:

1. Defendants shall file responsive pleadings to the EPP and Teva AG Bellwether Cases on or before November 2, 2020.

2. Defendants, EPPs, and the State Plaintiffs will meet and confer after November 2, 2020 to set a briefing schedule to govern any motions to dismiss the EPP and Teva AG Bellwether Cases.

**IT IS SO STIPULATED.**

Dated: September 30, 2020 	Respectfully submitted,

*/s/ Roberta D. Liebenberg* 	*/s/ Jan P. Levine*
Roberta D. Liebenberg 	Jan P. Levine
FINE, KAPLAN AND BLACK, R.P.C. 	TROUTMAN PEPPER HAMILTON
One South Broad Street, 23rd Floor 	SANDERS LLP
Philadelphia, PA 19107 	3000 Two Logan Square
215-567-6565 	Eighteenth & Arch Streets
rliebenberg@finekaplan.com 	Philadelphia, PA 19103-2799
	Tel: (215) 981-4000
*Lead and Liaison Counsel for the End-Payer* 	Fax: (215) 981-4750
*Plaintiffs* 	jan.levine@troutman.com


*/s/ W. Joseph Nielsen* 	*/s/ Sheron Korpus*
W. Joseph Nielsen 	Sheron Korpus
Assistant Attorney General 	KASOWITZ BENSON TORRES LLP
55 Elm Street 	1633 Broadway
P.O. Box 120 	New York, NY 10019
Hartford, CT 06141-0120 	Tel: (212) 506-1700
Tel: (860) 808-5040 	Fax: (212) 506-1800
Fax: (860) 808-5033 	skorpus@kasowitz.com
Joseph.Nielsen@ct.gov

*Liaison Counsel for the States* 	*/s/ Devora W. Allon*
	Devora W. Allon
	KIRKLAND & ELLIS LLP
	601 Lexington Avenue
	New York, NY 10022
	Tel: (212) 446-5967
	Fax: (212) 446-6460
	devora.allon@kirkland.com


	*/s/ Chul Pak*
	Chul Pak
	WILSON SONSINI GOODRICH & ROSATI
	Professional Corporation
	1301 Avenue of the Americas, 40th Fl.
	New York, NY 10019
	Tel: (212) 999-5800
	Fax: (212) 999-5899
	cpak@wsgr.com

3

/s/ Sarah F. Kirkpatrick
Sarah F. Kirkpatrick
WILLIAMS & CONNOLLY, LLC
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5958
skirkpatrick@wc.com

*Defendants' Liaison Counsel*

4