IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | MDL 2724<br><br>16-MD-2724<br><br>HON. CYNTHIA M. RUFE |

### PRETRIAL ORDER NO. 141
### (CONFIDENTIALITY DESIGNATION ORDER AS TO CERTAIN "GROUP 3 DEFENDANTS" PURSUANT TO THE THIRD AMENDED CASE MANAGEMENT ORDER AND DISCOVERY SCHEDULE (PTO 137))

**AND NOW**, this 8th day of October 2020, upon consideration of the attached stipulation of counsel, submitted on behalf of their respective parties in the MDL to Establish Certain Confidentiality Designation Guidelines ("Stipulation"), it is hereby **ORDERED** that the Stipulation is **APPROVED**. Certain deadlines and discovery orders previously provided in Pretrial Order Nos. 105, 110, 123, and 137 are hereby **AMENDED** as set forth by the parties in the Stipulation as to Sun Pharmaceutical Industries, Inc, Mutual Pharmaceutical Company, Inc., and Taro Pharmaceuticals U.S.A., Inc., (collectively, the "SMT Defendants").

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | MDL 2724<br><br>16-MD-2724<br><br>HON. CYNTHIA M. RUFE |

**STIPULATION TO ESTABLISH CERTAIN CONFIDENTIALITY DESIGNATIONS FOR DOCUMENTS AND DATA PRODUCED ON BEHALF OF SUN PHARAMCEUTICAL INDUSTRIES, INC., TARO PHARMACEUTICALS U.S.A., INC., AND MUTUAL PHARMACEUTICAL COMPANY, INC.**

**WHEREAS** the Court entered a Case Management Order and Discovery Schedule on October 24, 2019 (Pretrial Order No. 105, ECF 1135) setting forth certain deadlines for the management of and discovery schedule for cases pending in the MDL as of September 1, 2019 (and, for the avoidance of doubt, the deadlines set forth in PTO 105 did not and do not apply to discovery relating to cases that were not pending as of September 1, 2019, nor does this stipulation apply to Defendants named in this MDL for the first time in cases filed after September 1, 2019);

**WHEREAS** the Court extended certain of the deadlines in PTO 105 when it entered Pretrial Order No. 110, ECF 1179;

**WHEREAS** the Court extended certain of the PTO 105 deadlines relating to production of custodial documents and vacated certain other of the PTO 105 deadlines relating to confidentiality designations and clawbacks when it entered Pretrial Order No. 123, ECF 1363;

1

**WHEREAS** the Court amended certain deadlines relating to confidentiality designations and clawbacks previously provided in Pretrial Order Nos. 105, 110, and 123 when it entered Pretrial Order No. 137, ECF 1512;

**WHEREAS** the Court amended the procedures and deadlines relating to the confidentiality designations of "Group 3 Defendants" as provided in Section 3(e)(ii) Pretrial Order No. 137 when it entered Pretrial Order No. 138, ECF 1513;

**WHEREAS** MDL Plaintiffs and Group 3 Defendants Sun Pharmaceutical Industries, Inc. ("Sun"), Taro Pharmaceuticals U.S.A., Inc. ("Taro"), and Mutual Pharmaceutical Company, Inc. ("Mutual"), (together the "SMT Defendants") have engaged in good faith negotiations to identify and agree upon appropriate revised processes and deadlines relating to confidentiality designations applicable to discovery falling within the scope of PTO 105;

**WHEREAS** pursuant to the aforementioned good faith negotiations, the SMT Defendants negotiated separately from the other corporate defendants in the MDL with respect to the manner in which they may apply confidentiality designations to the documents and data they produce;

**NOW, THEREFORE**, it is jointly stipulated and agreed by and among the parties, through their undersigned counsel:

A.    Plaintiffs and the SMT Defendants have agreed to revised procedures and deadlines relating to the confidentiality designations of documents and data produced by the SMT Defendants pursuant to Paragraph 4(a) of PTO 105, as stated below.

B.    All other provisions of PTOs 105, 110, 123, 137, and 138 remain in effect.

**4.    DISCOVERY OF DEFENDANTS' TARGETED DOCUMENTS**

**Section 4(e)(i)-(iv):** The following provisions shall supersede and replace paragraphs 4.e.i through 4.e.iii of PTO 105 as to the SMT Defendants only:

e. Confidentiality:

    i. <u>"Blanket" Designations per PTO 53</u>. Documents and data produced and designated/stamped at the confidentiality level "Outside Counsel Eyes Only" by the SMT Defendants shall remain so designated/stamped in the MDL, subject to modifications under PTO 53 (or any amended version thereof), other Court Order, or other applicable law. For those documents and data that were produced by the SMT Defendants with a confidentiality designation/stamp lesser than "Outside Counsel Eyes Only", SMT Defendants are permitted – but not required – to produce to all MDL parties an overlay for those productions to re-designate the documents therein as "Outside Counsel Eyes Only," and if such documents are not re-designated, the confidentiality designation lesser than "Outside Counsel Eyes Only" shall remain intact.

    ii. The terms of PTO 53, or any amendment or subsequent Protective Order, shall continue to apply to the SMT Defendants' produced documents and data, including but not limited to the right of any party to seek a de-designation or re-designation of any documents.

    iii. SMT Defendants consent, under ¶ 5.3(k) of PTO 53 (any amended version thereof), to the disclosure of any documents or data produced by them to any deponent in the MDL, provided that the deposing party has a good-faith basis to believe that the matters memorialized in the document are relevant to events, transactions, discussions, communications, or data about which the witness is expected to testify or about which the witness may have knowledge. SMT Defendants retain the right to object to and challenge the disclosure of any documents or data to any deponent

      in the MDL where the SMT Defendants do not believe Plaintiffs have a good-faith basis, as set forth above, for such disclosure.

  iv.  Notwithstanding the agreed-upon or Court-ordered disclosure to a deponent of any documents or data produced by SMT Defendants, said document shall remain designated as "Outside Counsel Eyes Only" for all other purposes in the MDL, subject to appropriate modification under PTO 53 (or any amended version thereof).

  v.  The foregoing procedures regarding confidentiality designations may be amended by agreement or stipulation of the parties, subject to Court approval.

It is so **STIPULATED**.

Dated: October 8, 2020

| | |
|---|---|
| */s/ Roberta D. Liebenberg* <br> Roberta D. Liebenberg <br> FINE, KAPLAN AND BLACK, R.P.C. <br> One South Broad Street, 23rd Floor <br> Philadelphia, PA 19107 <br> 215-567-6565 <br> rliebenberg@finekaplan.com <br><br> *Liaison and Lead Counsel for the End-Payer Plaintiffs* | */s/ Dianne M. Nast* <br> Dianne M. Nast <br> NASTLAW LLC <br> 1101 Market Street, Suite 2801 <br> Philadelphia, PA 19107 <br> 215-923-9300 <br> dnast@nastlaw.com <br><br> *Liaison and Lead Counsel for the Direct Purchaser Plaintiffs* |
| */s/ W. Joseph Nielsen* <br> W. Joseph Nielsen <br> Assistant Attorney General <br> 55 Elm Street <br> P.O. Box 120 <br> Hartford, CT 06141-0120 <br> Tel:  (860)808-5040 <br> Fax:  (860)808-5033 <br> Joseph.Nielsen@ct.gov <br><br> *Liaison Counsel for the States* | */s/ William J. Blechman* <br> William J. Blechman <br> KENNY NACHWALTER, P.A. <br> 1441 Brickell Avenue <br> Suite 1100 <br> Miami, Florida  33131 <br> Tel:  (305) 373-1000 <br> Fax:  (305) 372-1861 <br> E-mail: wblechman@knpa.com <br><br> *Liaison Counsel for Direct Action Plaintiffs and Counsel for the Kroger Direct Action Plaintiffs* |

*/s/ Erik T. Koons*
John M. Taladay
Erik T. Koons
Stacy L. Turner
Christopher P. Wilson
**BAKER BOTTS LLP**
700 K Street NW
Washington, DC 20001
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
john.taladay@bakerbotts.com
erik.koons@bakerbotts.com
stacy.turner@bakerbotts.com
christopher.wilson@bakerbotts.com

Lauri A. Kavulich
Ann E. Lemmo
**CLARK HILL PLC**
2001 Market St, Suite 2620
Philadelphia, PA 19103
Telephone: (215) 640-8500
Facsimile: (215) 640-8501
lkavulich@clarkhill.com
alemmo@clarkhill.com

Lindsay S. Fouse
**CLARK HILL PLC**
301 Grant St, 14th Floor
Pittsburgh, PA 15219
Telephone: (412) 394-7711
Facsimile: (412) 394-2555
lfouse@clarkhill.com
*Counsel for Defendants Sun Pharmaceutical Industries, Inc., Taro Pharmaceuticals U.S.A., Inc., and Mutual Pharmaceutical Company, Inc.*