IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL 2724**<br>**16-MD-2724**<br>**HON. CYNTHIA M. RUFE** |
| **THIS DOCUMENT RELATES TO:**<br><br>*JM Smith Corp. v. Actavis Holdco U.S. Inc., et al.* | **Individual Case No.: 20-4370** |

# ORDER

**AND NOW**, this 13th day of October 2020, upon consideration of the attached Joint Stipulation to Waive Service and Extend the Deadline for Defendants to Respond to the complaint filed by J M Smith Corp., it is hereby **ORDERED** that the Stipulation is **APPROVED**.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | **MDL 2724**<br>**16-MD-2724**<br>**Individual Case No: 2:18-cv-00284-CMR** |
| THIS DOCUMENT RELATES TO:<br><br>*JM Smith Corp. v. Actavis Holdco U.S. Inc. et al.* | **HON. CYNTHIA M. RUFE**<br><br>Individual Case No.: 2:20-cv-04370-CMR |

## JOINT STIPULATION TO WAIVE SERVICE AND EXTEND THE DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT

WHEREAS, Plaintiff J M Smith Corporation ("Plaintiff") filed a Complaint on September 4, 2020, in *J M Smith Corp.. v. Actavis Holdco U.S. Inc. et al.*, Case No. 20-cv-4370-CMR, appears as a related case in *In re Generic Pharmaceuticals Pricing Antitrust Litigation*, Case No. 16-md-02724-CMR, MDL No. 2724;

WHEREAS, Defendants Actavis Holdco U.S., Inc.; Actavis Pharma, Inc.; Alvogen, Inc.; Amneal Pharmaceuticals, Inc.; Amneal Pharmaceuticals, LLC; Apotex Corp.; Aurobindo Pharma USA, Inc.; Breckenridge Pharmaceutical, Inc.; Camber Pharmaceuticals, Inc.; Citron Pharma, LLC; Dr. Reddy's Laboratories, Inc.; Epic Pharma, LLC; Fougera Pharmaceuticals Inc.; G&W Laboratories, Inc.; Generics Bidco I, LLC; Glenmark Pharmaceuticals Inc., USA; Greenstone LLC; Heritage Pharmaceuticals, Inc.; Hikma Labs, Inc.; Hikma Pharmaceuticals, USA, Inc.; Impax Laboratories, Inc. (n/k/a Impax Laboratories, LLC); Jubilant Cadista Pharmaceuticals, Inc.; Lannett Company, Inc.; Lupin Pharmaceuticals, Inc.; Mayne Pharma Inc.; Mallinckrodt Inc.; Mallinckrodt LLC; Morton Grove Pharmaceuticals, Inc.; Mylan Pharmaceuticals, Inc.; Mylan, Inc.; Mylan N.V.; Oceanside Pharmaceuticals, Inc.; Par Pharmaceutical, Inc.; Perrigo New York, Inc.; Pfizer Inc.; Pliva, Inc.; Sandoz Inc.; Strides Pharma, Inc.; Sun Pharmaceutical Industries, Inc.; Taro Pharmaceuticals USA, Inc.; Teligent, Inc.; Teva Pharmaceuticals USA, Inc.; Torrent Pharma Inc.; UDL Laboratories, Inc.; Upsher-Smith Laboratories, LLC; Valeant Pharmaceuticals North America, LLC; Valeant Pharmaceuticals International, Inc.; West-Ward Columbus, Inc.; West-Ward Pharmaceuticals Corp.; Wockhardt USA LLC; and Zydus Pharmaceuticals (USA) Inc.,

(collectively, "Stipulating Defendants") have agreed to waive service of the Complaint and the parties have reached an agreement to extend the time within which the Stipulating Defendants must move against, answer, or otherwise respond to the Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, as follows:

1. The Stipulating Defendants waive service of Plaintiffs' Complaint and Summonses pursuant to Federal Rule of Civil Procedure 4(d), and this Stipulation shall be deemed proof of that waiver pursuant to Federal Rule of Civil Procedure 4(d)(4).

2. In exchange for their agreement to waive service, the deadline for the Stipulating Defendants to respond to Plaintiffs' Complaint shall be ADJOURNED until such time that the Court enters a Case Management Order setting such a schedule.

3. This stipulation does not constitute a waiver by the Stipulating Defendants of any defense, including but not limited to those defenses provided under Federal Rule of Civil Procedure 12.

IT IS SO STIPULATED.

Dated: October 13, 2020

 _/s/ Samuel J. Randall_____
Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Scott E. Perwin, Esquire
Anna T. Neill, Esquire
Samuel J. Randall, Esquire
Kenny Nachwalter, P.A.
1441 Brickell Avenue, Suite 1100
Miami, Florida  33131
Tel:    (305) 373-1000
Fax:    (305) 372-1861
rarnold@knpa.com
wblechman@knpa.com
sperwin@knpa.com
aneill@knpa.com
srandall@knpa.com
***Counsel for the Kroger Direct Action Plaintiffs***

 _/s/ Jan P. Levine_____
Jan P. Levine
Troutman Pepper Hamilton Sanders LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Tel: (215) 981-4000
Fax: (215) 981-4750
jan.levine@troutman.com

*/s/ Sheron Korpus*
Sheron Korpus
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
skorpus@kasowitz.com

3

/s/ Devora W. Allon
Devora W. Allon, P.C.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
(212) 909-3344
devora.allon@kirkland.com
alexia.brancato@kirkland.com

/s/ Sarah F. Kirkpatrick
Sarah F. Kirkpatrick
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: (202) 434-5000
Fax: (202) 434-5029
skirkpatrick@wc.com

/s/ Chul Pak
Chul Pak
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Fl.
New York, NY 10019
Tel: (212) 999-5800
Fax: (212) 999-5899
cpak@wsgr.com

*Liaison Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | **MDL 2724**<br>**16-MD-2724**<br>**Individual Case No: 2:18-cv-00284-CMR** |
| THIS DOCUMENT RELATES TO:<br><br>*JM Smith Corp. v. Actavis Holdco U.S. Inc. et al.* | **HON. CYNTHIA M. RUFE**<br><br>Individual Case No.: 2:20-cv-04370-CMR |

## JOINT STIPULATION TO WAIVE SERVICE AND EXTEND THE DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT

WHEREAS, Plaintiff J M Smith Corporation ("Plaintiff") filed a Complaint on September 4, 2020, in *J M Smith Corp.. v. Actavis Holdco U.S. Inc. et al.*, Case No. 20-cv-4370-CMR, appears as a related case in *In re Generic Pharmaceuticals Pricing Antitrust Litigation*, Case No. 16-md-02724-CMR, MDL No. 2724;

WHEREAS, Defendants Actavis Holdco U.S., Inc.; Actavis Pharma, Inc.; Alvogen, Inc.; Amneal Pharmaceuticals, Inc.; Amneal Pharmaceuticals, LLC; Apotex Corp.; Aurobindo Pharma USA, Inc.; Breckenridge Pharmaceutical, Inc.; Camber Pharmaceuticals, Inc.; Citron Pharma, LLC; Dr. Reddy's Laboratories, Inc.; Epic Pharma, LLC; Fougera Pharmaceuticals Inc.; G&W Laboratories, Inc.; Generics Bidco I, LLC; Glenmark Pharmaceuticals Inc., USA; Greenstone LLC; Heritage Pharmaceuticals, Inc.; Hikma Labs, Inc.; Hikma Pharmaceuticals, USA, Inc.; Impax Laboratories, Inc. (n/k/a Impax Laboratories, LLC); Jubilant Cadista Pharmaceuticals, Inc.; Lannett Company, Inc.; Lupin Pharmaceuticals, Inc.; Mayne Pharma Inc.; Mallinckrodt Inc.; Mallinckrodt LLC; Morton Grove Pharmaceuticals, Inc.; Mylan Pharmaceuticals, Inc.; Mylan, Inc.; Mylan N.V.; Oceanside Pharmaceuticals, Inc.; Par Pharmaceutical, Inc.; Perrigo New York, Inc.; Pfizer Inc.; Pliva, Inc.; Sandoz Inc.; Strides Pharma, Inc.; Sun Pharmaceutical Industries, Inc.; Taro Pharmaceuticals USA, Inc.; Teligent, Inc.; Teva Pharmaceuticals USA, Inc.; Torrent Pharma Inc.; UDL Laboratories, Inc.; Upsher-Smith Laboratories, LLC; Valeant Pharmaceuticals North America, LLC; Valeant Pharmaceuticals International, Inc.; West-Ward Columbus, Inc.; West-Ward Pharmaceuticals Corp.; Wockhardt USA LLC; and Zydus Pharmaceuticals (USA) Inc.,

(collectively, "Stipulating Defendants") have agreed to waive service of the Complaint and the parties have reached an agreement to extend the time within which the Stipulating Defendants must move against, answer, or otherwise respond to the Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, as follows:

1. The Stipulating Defendants waive service of Plaintiffs' Complaint and Summonses pursuant to Federal Rule of Civil Procedure 4(d), and this Stipulation shall be deemed proof of that waiver pursuant to Federal Rule of Civil Procedure 4(d)(4).

2. In exchange for their agreement to waive service, the deadline for the Stipulating Defendants to respond to Plaintiffs' Complaint shall be ADJOURNED until such time that the Court enters a Case Management Order setting such a schedule.

3. This stipulation does not constitute a waiver by the Stipulating Defendants of any defense, including but not limited to those defenses provided under Federal Rule of Civil Procedure 12.

IT IS SO STIPULATED.

Dated: October 13, 2020

| /s/ Samuel J. Randall | /s/ Jan P. Levine |
|---|---|
| Richard Alan Arnold, Esquire | Jan P. Levine |
| William J. Blechman, Esquire | Troutman Pepper Hamilton Sanders LLP |
| Scott E. Perwin, Esquire | 3000 Two Logan Square |
| Anna T. Neill, Esquire | Eighteenth & Arch Streets |
| Samuel J. Randall, Esquire | Philadelphia, PA 19103-2799 |
| Kenny Nachwalter, P.A. | Tel: (215) 981-4000 |
| 1441 Brickell Avenue, Suite 1100 | Fax: (215) 981-4750 |
| Miami, Florida 33131 | jan.levine@troutman.com |
| Tel: (305) 373-1000 | |
| Fax: (305) 372-1861 | /s/ Sheron Korpus |
| rarnold@knpa.com | Sheron Korpus |
| wblechman@knpa.com | KASOWITZ BENSON TORRES LLP |
| sperwin@knpa.com | 1633 Broadway |
| aneill@knpa.com | New York, New York 10019 |
| srandall@knpa.com | Tel: (212) 506-1700 |
| **Counsel for the Kroger Direct Action Plaintiffs** | Fax: (212) 506-1800 |
| | skorpus@kasowitz.com |

*/s/ Devora W. Allon*
Devora W. Allon, P.C.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
(212) 909-3344
devora.allon@kirkland.com
alexia.brancato@kirkland.com

*/s/ Sarah F. Kirkpatrick*
Sarah F. Kirkpatrick
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: (202) 434-5000
Fax: (202) 434-5029
skirkpatrick@wc.com

*/s/ Chul Pak*
Chul Pak
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Fl.
New York, NY 10019
Tel: (212) 999-5800
Fax: (212) 999-5899
cpak@wsgr.com

*Liaison Counsel for Defendants*