**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL No. 2724**<br>**16-MD-2724**<br><br>**HON. CYNTHIA M. RUFE** |
| **THIS DOCUMENT RELATES TO:**<br><br>*ALL ACTIONS* | |

## ORDER

**AND NOW**, this 29th day of October 2020, upon consideration of the attached Stipulation for an Extension of Time for Defendant Ara Aprahamian to File His Reply in Support of His Motion to Stay All Civil Proceedings Against Him, it is hereby **ORDERED** that the Stipulation is **APPROVED.**  Any reply by Defendant Ara Aprahamian in support of his Motion to Stay All Civil Proceedings Against Him [MDL Doc. No. 1537] shall be filed on or before November 10, 2020.

It is so **ORDERED.**

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

_____

**CYNTHIA M. RUFE, J.**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL No. 2724<br>16-MD-2724<br><br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | |

## STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANT ARA APRAHAMIAN TO FILE HIS REPLY IN SUPPORT OF HIS MOTION TO STAY ALL CIVIL PROCEEDINGS AGAINST HIM

Pursuant to Local Rule 7.4, the undersigned Lead and Liaison Counsel for their respective Plaintiff classes and Counsel for Defendant Ara Aprahamian hereby stipulate that Mr. Aprahamian shall have until November 10, 2020 to file his reply in support of his Motion to Stay All Civil Proceedings Against Him (MDL Doc. No. 1537).

It is so stipulated.

Dated: October 29, 2020

Respectfully Submitted,

/s/ G. Robert Gage, Jr.
G. Robert Gage, Jr.
Gage Spencer & Fleming LLP
410 Park Avenue
New York, New York 10022
Tel: 212-768-4900
grgage@gagespencer.com

*Counsel for Defendant Ara Aprahamian*

ERIC S. SCHMITT
ATTORNEY GENERAL

/s/ Michael Schwalbert
Michael Schwalbert
Assistant Attorney General
815 Olive St., Ste. 200
Saint Louis, MO 63101
(p) 314-340-7888
(f) 314-340-7981
Michael.Schwalbert@ago.mo.gov

*Counsel for Plaintiff State of Missouri*

/s/ Roberta D. Liebenberg
Roberta D. Liebenberg
FINE, KAPLAN AND BLACK, R.P.C.
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
215-567-6565
rliebenberg@finekaplan.com

*Liaison and Lead Counsel for End-Payer*
*Plaintiffs*

WILLIAM TONG
ATTORNEY GENERAL

/s/ W. Joseph Nielsen
W. Joseph Nielsen
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5040
Fax: (860) 808-5033
Joseph.Nielsen@ct.gov

*Liaison Counsel for the States*

/s/ Dianne M. Nast
Dianne M. Nast
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, PA 19107
215-923-9300
dnast@nastlaw.com

*Liaison and Lead Counsel for Direct*
*Purchaser Plaintiffs*

/s/ Jonathan W. Cuneo
Jonathan W. Cuneo
CUNEO GILBERT & LADUCA LLP
4725 Wisconsin Avenue, NW
Suite 200
Washington, DC 20016
202-789-3960
jonc@cuneolaw.com

*Lead Counsel for Indirect-Reseller*
*Plaintiffs*

/s/ William J. Blechman, Esquire
William J. Blechman, Esquire
KENNY NACHWALTER, P.A.
1441 Brickell Avenue, Suite 1100
Miami, Florida 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
wblechman@knpa.com

*Counsel for the Kroger Plaintiffs and Liaison*
*Counsel for Direct Action Plaintiffs*