IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL No. 2724<br>16-MD-2724<br><br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br><br>*State of Connecticut, et al., v. Teva Pharmaceuticals USA, Inc., et al.* | No. 19-CV-2407 |

**DEFENDANT KONSTANTIN OSTAFICIUK'S
<u>MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT</u>**

Defendant Konstantin Ostaficiuk, by and through his undersigned counsel, Schertler Onorato Mead & Sears, hereby moves this Court for the entry of an order dismissing all claims against him in Plaintiffs' Amended Complaint (Dkt. No. 106, Counts 30 and 35) pursuant to Federal Rule of Civil Procedure 12(b)(6). The grounds for this Motion are set forth more fully in the accompanying Memorandum of Law, as well as the three memoranda of law filed by Defendants on the grounds that (1) the Plaintiff States lack standing to bring their federal law

**PUBLIC VERSION – FILED WITH REDACTIONS
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

claims, (2) the state law claims fail for a variety of reasons, and (3) the Plaintiff States have engaged in impermissible claim splitting.

November 2, 2020                                    Respectfully submitted,

                                                          /s/ David Schertler
                                           David Schertler
Lisa Manning
SCHERTLER ONORATO MEAD & SEARS
901 New York Avenue, N.W., Suite 500 West
Washington, DC 20001
dschertler@schertlerlaw.com
lmanning@schertlerlaw.com

*Counsel for Konstantin Ostaficiuk*

**PUBLIC VERSION – FILED WITH REDACTIONS**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**