IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-md-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*The State of Connecticut, et al. v. Teva Pharmaceuticals USA, Inc., et al.* | HON. CYNTHIA M. RUFE<br><br>Civil Action No.<br><br>2:19-cv-02407-CMR |

**Dated: November 2, 2020**     **Approved and so Ordered:**

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Cynthia M. Rufe
　　　　　　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**

## JOINT STIPULATION TO EXTEND PAGE LIMITATION

Defendant Konstantin Ostaficiuk and Plaintiff State Attorneys General hereby agree, subject to the Court's approval, to extend the page limitations set forth in Local Rule of Civil Procedure 7.1 to twenty (20) pages with respect to Mr. Ostaficiuk's memorandum in support of his Motion to Dismiss the States' Second Complaint, filed May 10, 2019 (Dkt. 1) and amended on November 1, 2019 (Dkt. 106). Plaintiff State Attorneys General agree to enter into this Stipulation with Defendant Ostaficiuk based on the fact that he is the only individual defendant named in the Amended Complaint who is not associated with a corporate defendant. Therefore, Defendant Ostaficiuk does not have the benefit of joining arguments made on behalf of a corresponding corporate defendant.

**IT IS SO STIPULATED.**

Dated: November 2, 2020

<div style="display: flex;">

*/s/ W. Joseph Nielsen*
W. Joseph Nielsen
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel:  (860) 808-5040
Fax:  (860) 808-5033
Joseph.Nielsen@ct.gov
***Liaison Counsel for the States***

*/s/ David Schertler*
David Schertler
Schertler, Onorato, Mead & Sears, LLP
901 New York Avenue, N.W.
Suite 500
Washington, D.C.  20001
Tel: (202) 628-4155
Fax: (202) 628-4177
dschertler@schertlerlaw.com
***Counsel for Konstantin Ostaficiuk***

</div>

*/s/ Michael Schwalbert*
Michael Schwalbert
Assistant Attorney General
815 Olive Street, Suite 200
St. Louis, MO  63101
Tel: (314) 340-7888
Fax: (314) 340-7981
Michael.Schwalbert@ago.mo.gov
***Counsel for the Plaintiff State of Missouri***