IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-md-2724 |
| | HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br><br>*The State of Connecticut, et al. v. Teva Pharmaceuticals USA, Inc., et al.* | Civil Action No.<br><br>2:19-cv-02407-CMR |

**Dated: November 2, 2020**          **Approved and so Ordered:**

                                     **/s/ Cynthia M. Rufe**
                                     **CYNTHIA M. RUFE, J.**

## JOINT STIPULATION TO EXTEND PAGE LIMITATION

Defendants and Plaintiff State Attorneys General hereby agree, subject to the Court's approval, to extend the page limitations set forth in Local Rule of Civil Procedure 7.1 to a combined total of sixty (60) pages with respect to memoranda in support of or in opposition to Defendants' Joint Motions to Dismiss the States' Second Complaint, filed May 10, 2019 (Dkt. 1) and amended on November 1, 2019 (Dkt. 106).

**IT IS SO STIPULATED.**

Dated: November 2, 2020

| | |
|---|---|
| */s/ W. Joseph Nielsen* | */s/ Sheron Korpus* |
| W. Joseph Nielsen | Sheron Korpus |
| Assistant Attorney General | KASOWITZ BENSON TORRES LLP |
| 55 Elm Street | 1633 Broadway |
| P.O. Box 120 | New York, NY 10019 |
| Hartford, CT 06141-0120 | Tel: (212) 506-1700 |
| Tel: (860) 808-5040 | Fax: (212) 506-1800 |
| Fax: (860) 808-5033 | skorpus@kasowitz.com |
| Joseph.Nielsen@ct.gov | |

*Liaison Counsel for the States*

*/s/ Devora W. Allon*
Devora W. Allon
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-5967
Fax: (212) 446-6460
devora.allon@kirkland.com

*/s/ Chul Pak*
Chul Pak
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Fl.
New York, NY 10019
Tel: (212) 999-5800
Fax: (212) 999-5899
cpak@wsgr.com

*/s/ Sarah F. Kirkpatrick*
Sarah F. Kirkpatrick
WILLIAMS & CONNOLLY, LLC
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5958
skirkpatrick@wc.com

**Defendants' Liaison Counsel**