IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | MDL 2724<br>16-MD-2724 |
| **THIS DOCUMENT RELATES TO:** | HON. CYNTHIA M. RUFE |
| *1199SEIU Nat'l Benefit Fund et al. v. Actavis Holdco U.S., Inc. et al.* | No. 16-CB-27242 |
| *American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan et al. v. Mylan Inc. et al.* | No. 16-CM-27242 |
| *American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan et al. v. Apotex Corp. et al.* | No. 16-PV-27242 |

## ORDER

**AND NOW**, this 3rd day of November 2020, upon consideration of the attached Stipulation, which applies to Civil Action Nos. 16-CB-27242, 16-CM-27242, and 16-PV-272422, it is hereby **ORDERED** that the Stipulation is **APPROVED**.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

_____

**CYNTHIA M. RUFE, J.**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*1199SEIU Nat'l Benefit Fund et al. v. Actavis Holdco U.S., Inc. et al.*, No. 16-CB-27242<br><br>*American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan et al. v. Mylan Inc. et al.*, No. 16-CM-27242<br><br>*American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan et al. v. Apotex Corp. et al.*, No. 16-PV-27242 | HON. CYNTHIA M. RUFE |

**JOINT STIPULATION TO EXTEND THE DEADLINE FOR RESPONSIVE PLEADINGS IN THE EPP BELLWETHER CASES**

WHEREAS, on February 15, 2019 the court issued an Opinion (MDL Doc. 857) and Order (MDL Doc. 858) (together, "State Law Opinion and Order") resolving, *inter alia*: "Group 1 Defendants' Motions to Dismiss the state law claims brought on behalf of the Group 1" End-Payer Plaintiffs ("EPPs");

WHEREAS, on March 8, 2019 the court entered Pretrial Order No. 79 (MDL Doc. 906) that, *inter alia*, permitted EPPs to amend their complaints to reflect the rulings in the State Law Opinion and Order and to add claims under the laws of Connecticut and Maryland, and allowed Defendants in Group 1 complaints to seek dismissal of those state law claims added by amendment to Group 1 complaints;

WHEREAS, on April 1, 2019, in response to the Court's State Law Opinion and Order and pursuant to Pretrial Order No. 79, EPPs filed amended complaints, including the EPP class-action complaints as to clobetasol, clomipramine, and pravastatin (the "EPP Individual Drug Bellwether Complaints");

WHEREAS, on October 7, 2020 the Court entered an Order (MDL Doc. 1549) setting a deadline of November 2, 2020 for Defendants to file responsive pleadings to the EPP Individual Drug Bellwether Complaints; and

WHEREAS, the parties continue to meet and confer regarding which, if any, state law claims should be the subject of a motion to dismiss and would benefit from additional time for such discussions.

It is hereby STIPULATED AND AGREED, by and among the undersigned counsel as follows:

1. To accommodate additional discussions between the parties, a short extension to the deadline in MDL Doc. 1549 is warranted. If Defendants file responsive pleadings concerning the EPP Individual Drug Bellwether Complaints (the "Responsive Pleadings"), the following schedule shall govern the briefing.

2. Defendants may jointly file Responsive Pleadings on or before November 9, 2020. Defendants' memorandum of law in support of their Responsive Pleadings shall be limited to 15 pages.

3. EPPs' opposition to Defendants' Responsive Pleadings shall be filed on or before November 25, 2020. EPPs' memorandum of law in opposition to Defendants' Responsive Pleadings shall be limited to 15 pages.

4.      Defendants' joint reply to EPPs' opposition shall be filed on or before December 11, 2020. Defendants' reply memorandum of law in further support of their Responsive Pleadings shall be limited to 10 pages.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: November 2, 2020 | Respectfully submitted, |
| */s/ Roberta D. Liebenberg*<br>Roberta D. Liebenberg<br>FINE, KAPLAN AND BLACK, R.P.C.<br>One South Broad St., 23rd Fl.,<br>Philadelphia, PA 19107<br>Tel: (215) 567-6565<br>rliebenberg@finekaplan.com<br><br>**Lead and Liaison Counsel for the End-Payer Plaintiffs** | */s/ Jan P. Levine*<br>Jan P. Levine<br>TROUTMAN PEPPER HAMILTON SANDERS LLP<br>3000 Two Logan Square<br>Eighteenth & Arch Streets<br>Philadelphia, PA 19103-2799<br>Tel: (215) 981-4000<br>jan.levine@troutman.com<br><br>*/s/ Sheron Korpus*<br>Sheron Korpus<br>KASOWITZ BENSON TORRES LLP<br>1633 Broadway<br>New York, NY 10019<br>Tel: (212) 506-1700<br>skorpus@kasowitz.com<br><br>*/s/ Devora W. Allon*<br>Devora W. Allon<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>Tel: (212) 446-5967<br>devora.allon@kirkland.com<br><br>*/s/ Chul Pak*<br>Chul Pak<br>WILSON SONSINI GOODRICH & ROSATI, PC<br>1301 Avenue of the Americas, 40th Fl.<br>New York, NY 10019<br>Tel: (212) 999-5800<br>cpak@wsgr.com<br><br>*/s/ Sarah F. Kirkpatrick*<br>Sarah F. Kirkpatrick<br>WILLIAMS & CONNOLLY, LLC<br>725 Twelfth Street, N.W. |

Washington, D.C. 20005
Tel: (202) 434-5958
skirkpatrick@wc.com

***Defendants' Liaison Counsel***