**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL NO. 2724<br><br>16-MD-2724<br><br>HON. CYNTHIA M. RUFE |

**JOINT PROPOSED AGENDA FOR
NOVEMBER 12, 2020 GENERAL STATUS CONFERENCE**

Pursuant to Pretrial Order No. 142 (MDL Doc. No. 1553), Liaison Counsel hereby submit this proposed agenda of items to be brought before the Court via videoconference at the General Status Conference scheduled for Thursday, November 12, 2020, at 1:30 pm:

1. Status of Depositions and Deposition Protocol

2. Expiration of the PTO 136 limited stay on November 30, 2020

3. Motion to dismiss briefing for bellwether complaints

The State of New York has provided the following conference information for counsel wishing to participate by telephone:

866 394-2346
Code: 659 182 3682#

Dated: November 5, 2020               Respectfully submitted:

/s/ Roberta D. Liebenberg                /s/ Dianne M. Nast
Roberta D. Liebenberg                    Dianne M. Nast
FINE, KAPLAN AND BLACK, R.P.C.           NASTLAW LLC
One South Broad Street, 23rd Floor       1101 Market Street, Suite 2801
Philadelphia, PA 19107                   Philadelphia, PA 19107
215-567-6565                             215-923-9300
rliebenberg@finekaplan.com               dnast@nastlaw.com

**Liaison and Lead Counsel for the**          **Liaison and Lead Counsel for the**
**End-Payer Plaintiffs**                      **Direct Purchaser Plaintiffs**

<div style="columns:2">

*/s/ W. Joseph Nielsen*
W. Joseph Nielsen
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel: (860)808-5040
Fax: (860)808-5033
Joseph.Nielsen@ct.gov

**Liaison Counsel for the States**

*/s/ William J. Blechman*
William J. Blechman
KENNY NACHWALTER, P.A.
1441 Brickell Avenue
Suite 1100
Miami, FL 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
wblechman@knpa.com

**Liaison Counsel for Direct Action Plaintiffs and Counsel for the Kroger Direct Action Plaintiffs**

*/s/ Jan P. Levine*
Jan P. Levine
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Tel: (215) 981-4000
Fax: (215) 981-4750
levinej@pepperlaw.com

*/s/ Sheron Korpus*
Sheron Korpus
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
skorpus@kasowitz.com

*/s/ Devora W. Allon*
Devora W. Allon
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-5967
Fax: (212) 446-6460
devora.allon@kirkland.com

*/s/ Sarah F. Kirkpatrick*
Sarah F. Kirkpatrick
WILLIAMS & CONNOLLY, LLC
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5958
skirkpatrick@wc.com

*/s/ Chul Pak*
Chul Pak
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Fl.
New York, NY 10019

</div>

Tel: (212) 999-5800
Fax: (212) 999-5899
cpak@wsgr.com

**Defendants' Liaison Counsel**