# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL NO. 2724**<br>**16-MD-2724**<br><br>**HON. CYNTHIA M. RUFE** |
| **THIS DOCUMENT RELATES TO:**<br><br>***ALL ACTIONS*** | |

## DEFENDANT GLENMARK PHARMACEUTICALS INC., USA'S JOINDER IN DEFENDANT TEVA PHARMACEUTICAL USA, INC.'S MOTION FOR RECONSIDERATION OF THE COURT'S JULY 13, 2020 MEMORANDUM AND ORDER ON BELLWETHER SELECTION

Defendant Glenmark Pharmaceuticals Inc., USA ("Glenmark") hereby joins in Defendant Teva Pharmaceutical USA, Inc.'s ("Teva") Motion for Reconsideration of the Court's July 13, 2020 Memorandum and Order on Bellwether Selection ("Motion") (ECF No. 1578). For the reasons set forth in Teva's Motion, Glenmark respectfully requests that the Court reconsider its July 13, 2020 Memorandum and Order (ECF Nos. 1442, 1443) as it pertains to the selection of the State Plaintiffs' October 31, 2019 amended complaint and the direct purchaser plaintiffs' and end-purchaser plaintiffs' Pravastatin complaints as bellwether cases.

| | |
|---|---|
| Dated: November 6, 2020 | **MORGAN, LEWIS & BOCKIUS LLP** |

/s/ *Steven A. Reed*
Steven A. Reed
R. Brendan Fee
Melina R. DiMattio
1701 Market Street
Philadelphia, PA 19103
Telephone:  +1.215.963.5000
Facsimile:   +1.215.963.5001
steven.reed@morganlewis.com
brendan.fee@morganlewis.com
melina.dimattio@morganlewis.com

Wendy West Feinstein
One Oxford Centre
Thirty-Second Floor
Pittsburgh, PA 15219-6401
Telephone: +1.412.560.7455
Facsimile:  +1.412.560.7001
wendy.feinstein@morganlewis.com

*Attorneys for Defendant*
Glenmark Pharmaceuticals Inc., USA