

# SM FINANCIAL SERVICES CORPORATION

Jane W. Mitnick, President
P.O. Box 530 • 49 Old Turnpike Road • Oldwick, NJ 08858
P: 908.572.7275 • F: 908.572.7271 • mail@smfinancialservicescorp.com
*smfinancialservicescorp.com*

November 5, 2020

United States District Court
James A. Byrne
601 Market Street
Philadelphia, PA 19106

Re: Generic Pharmaceuticals Pricing Antitrust Litig.
    Case No. MDL No. 2774 - 16-MD-2724

Dear Clerk:

I am enclosing herewith an original and one copy of the fully executed Assignment of Claim with regard to the above entitled matter and I would ask that same be filed with the Court. Kindly provide me with a filed copy of same in the envelope provided at your earliest convenience.

Please do not hesitate to contact me should you have any questions or require anything further in this regard.

With best wishes,

STEVEN MITNICK, ESQ.

SM/sb
Enclosure

STEVEN MITNICK, ESQ.
SM Law, PC
P.O. Box 530
Oldwick, New Jersey 08858
(908) 572-7275
Counsel to SM Financial Services Corporation

|  |  |
|---|---|
| In Re:<br><br>THE KANE COMPANY, et al<br><br>Debtor. | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF MARYLAND<br><br>Case No. 16-2665-RAG<br><br>**ASSIGNMENT OF CLAIM** |

I, Monique D. Almy, Trustee in the above entitled proceeding, do hereby assign all my right, title and interest to assert a recovery claim in litigation entitled *In re Generic Pharmaceuticals Pricing Antitrust Litig., MDL No. 2724 (E.D. Ps)*, to SM FINANCIAL SERVICES CORPORATION, P. O. Box 530, Oldwick, New Jersey 08858.

By: _____
Monique D. Almy, Trustee

Subscribed and sworn to
before me on this 25th day
of July , 2020

Cheryl L. Best
Notary Public



STEVEN MITNICK, ESQ.
SM Law, PC
P.O. Box 530
Oldwick, New Jersey 08858
(908) 572-7275
Counsel to SM Financial Services Corporation

| | |
|---|---|
| In Re:<br><br>THE KANE COMPANY, et al<br><br>Debtor. | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF MARYLAND<br><br>Case No. 16-2665-RAG<br><br>**ASSIGNMENT OF CLAIM** |

I, Monique D. Almy, Trustee in the above entitled proceeding, do hereby assign all my right, title and interest to assert a recovery claim in litigation entitled *In re Generic Pharmaceuticals Pricing Antitrust Litig., MDL No. 2724 (E.D. Ps)*, to SM FINANCIAL SERVICES CORPORATION, P. O. Box 530, Oldwick, New Jersey 08858.

By: _____
Monique D. Almy, Trustee

Subscribed and sworn to
before me on this 25th day
of July, 2020

_____
Notary Public

