IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
| **THIS DOCUMENT RELATES TO:**<br>*County of Suffolk v. Actavis Holdco US, Inc.*, **et al.** | Individual Case No.: 20-4893 |

## ORDER

**AND NOW**, this 12th day of November 2020, upon consideration of the attached Joint Stipulation to Waive Service and Extend the Deadline for Defendants to Respond to the complaint filed by Suffolk County, it is hereby **ORDERED** that the Stipulation is **APPROVED**.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | MDL 2724<br>16-MD-2724 |
| **THIS DOCUMENT RELATES TO:** | HON. CYNTHIA M. RUFE |
| *County of Suffolk v. Actavis Holdco US, Inc. et al* | 2:20-cv-04893-CMR |

### JOINT STIPULATION TO WAIVE SERVICE
### AND EXTEND THE DEADLINE FOR DEFENDANTS TO RESPOND
### TO COUNTY OF SUFFOLK'S AUGUST 27, 2020 COMPLAINT

WHEREAS, the County of Suffolk (hereinafter "Suffolk County") filed a Complaint on August 27, 2020 in *County of Suffolk v. Actavis Holdco US, Inc. et al* (the "Suffolk County Complaint"), Case No. 2:20-cv-04009-SJF-SIL (E.D.N.Y.), which was transferred by the United States Judicial Panel on Multidistrict Litigation on October 2, 2020 to the Eastern District of Pennsylvania, assigned Case No. 2:20-cv-04893-CMR, and centralized for pretrial proceedings as part of *In re Generic Pharmaceuticals Pricing Antitrust Litigation*, Case No. 16-md-2724-CMR, MDL No. 2724 (E.D. Pa.);

WHEREAS, Defendants Actavis Holdco US, Inc.; Actavis Elizabeth LLC; Actavis Pharma, Inc.; Amneal Pharmaceuticals, Inc.; Amneal Pharmaceuticals LLC; Apotex Corp.; Ascend Laboratories, LLC; Aurobindo Pharma Usa, Inc.; Barr Pharmaceuticals, LLC; Bausch Health Americas, Inc.; Bausch Health US, LLC; Breckenridge Pharmaceutical, Inc.; Citron Pharma LLC; Dava Pharmaceuticals, LLC; Dr Reddy's Laboratories, Inc.; Fougera Pharmaceuticals Inc.; Generics Bidco I, LLC; Glenmark Pharmaceuticals Inc., USA; Greenstone LLC; G&W Laboratories, Inc.; Heritage Pharmaceuticals, Inc.; Lannett Company,

1

Inc.; Lupin Pharmaceuticals, Inc.; Mayne Pharma Inc.; Mutual Pharmaceutical Company, Inc.; Mylan Inc.; Mylan Pharmaceuticals Inc.; Par Pharmaceutical, Inc.; Perrigo New York, Inc.; Pfizer, Inc.; Sandoz Inc.; Pliva, Inc.; Sun Pharmaceutical Industries, Inc.; Taro Pharmaceuticals USA, Inc.; Teligent, Inc.; Teva Pharmaceuticals USA, Inc.; Upsher-Smith Laboratories, LLC; West-Ward Pharmaceuticals Corp.; Wockhardt Usa LLC; Zydus Pharmaceuticals (USA) Inc. (collectively, "Stipulating Defendants") have agreed to waive service of the Complaint and the parties have reached an agreement to extend the time within which the Stipulating Defendants must move against, answer, or otherwise respond to the Suffolk County Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, as follows:

1. The Stipulating Defendants waive service of the Suffolk County Complaint and Summonses pursuant to Federal Rule of Civil Procedure 4(d), and this Stipulation shall be deemed proof of that waiver pursuant to Federal Rule of Civil Procedure 4(d)(4).

2. In exchange for their agreement to waive service, the deadline for the Stipulating Defendants to move, answer, or otherwise respond to the Suffolk County Complaint is ADJOURNED until such time as the Court may provide for such response in the Case Management Plan and Order entered as a result of ongoing discussions among the Court, the Special Master, and the parties.

3. This Stipulation does not constitute a waiver by Stipulating Defendants of any defense, including but not limited to those defenses provided under Federal Rule of Civil Procedure 12.

IT IS SO STIPULATED.

Dated: November 10, 2020

/s/ Michael Liskow
Michael Liskow
**CALCATERRA POLLACK LLP**
1140 Avenue of the Americas, 9th Floor
New York, NY 10036-5803
Tel: (212) 899-1761
Fax: (332) 206-2073
mliskow@calcaterrapollack.com

*Counsel for Suffolk County*

/s/ Sheron Korpus
Sheron Korpus
Seth A. Moskowitz
Seth Davis
David M. Max
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
skorpus@kasowitz.com
smoskowitz@kasowitz.com
sdavis@kasowitz.com
dmax@kasowitz.com

*Counsel for Defendants Actavis Elizabeth, LLC, Actavis Holdco U.S., Inc., and Actavis Pharma, Inc.*

Respectfully submitted,

/s/ Benjamin F. Holt
Benjamin F. Holt
Adam K. Levin
Justin W. Bernick
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, D.C. 20004
Telephone: (202) 637-5600
benjamin.holt@hoganlovells.com
adam.levin@hoganlovells.com
justin.bernick@hoganlovells.com

Jasmeet K. Ahuja
**HOGAN LOVELLS US LLP**
1735 Market Street, 23rd Floor
Philadelphia, PA 19103
Telephone: (267) 675-4600
jasmeet.ahuja@hoganlovells.com

*Counsel for Defendants Mylan Inc. and Mylan Pharmaceuticals Inc.*

*/s/ Saul P. Morgenstern*
Saul P. Morgenstern
Margaret A. Rogers
**ARNOLD & PORTER KAYE SCHOLER LLP**
250 W. 55th Street
New York, NY 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
margaret.rogers@arnoldporter.com
saul.morgenstern@arnoldporter.com

Laura S. Shores
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Avenue
Washington, DC 20001
Telephone: (202) 942-5000
laura.shores@arnoldporter.com

*Counsel for Defendants Sandoz Inc. and Fougera Pharmaceuticals Inc.*

*/s/ Leiv Blad*
Leiv Blad
Zarema Jaramillo
Meg Slachetka
**LOWENSTEIN SANDLER LLP**
2200 Pennsylvania Avenue
Washington, D.C. 20037
Telephone: (202) 753-3800
lblad@lowenstein.com
zjaramillo@lowenstein.com
mslachetka@lowenstein.com

*Counsel for Defendant Lupin Pharmaceuticals, Inc.*

*/s/ John E. Schmidtlein*
John E. Schmidtlein
Sarah F. Kirkpatrick
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W. Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
jschmidtlein@wc.com
skirkpatrick@wc.com

*Counsel for Defendant Par Pharmaceutical Inc.*

*/s/ Mark A. Robertson*
Robin D. Adelstein
Mark A. Robertson
**NORTON ROSE FULBRIGHT US LLP**
1301 Avenue of the Americas
New York, NY 10019-6022
Tel.: 212-318-3000
robin.adelstein@nortonrosefulbright.com
mark.robertson@nortonrosefulbright.com

*Counsel for Defendants Bausch Health Americas, Inc. (formerly known as Valeant Pharmaceuticals International), and Bausch Health US, LLC (formerly known as Valeant Pharmaceuticals North America LLC)*

*/s/ Jan P. Levine*
Jan P. Levine
Robin P. Sumner
Michael J. Hartman
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 981-4000
Fax: (215) 981-4750

*Counsel for Defendant West-Ward Pharmaceuticals Corp. (n/k/a Hikma Pharmaceuticals USA, Inc.)*

4

/s/ Raymond A. Jacobsen, Jr.
Raymond A. Jacobsen, Jr.
Paul M. Thompson (Pa. Bar No. 82017)
Lisa (Peterson) Rumin
**MCDERMOTT WILL & EMERY LLP**
500 North Capitol Street, NW
Washington, D.C. 20001
Telephone: (202) 756-8000
rayjacobsen@mwe.com
pthompson@mwe.com
lrumin@mwe.com

Nicole L. Castle
**MCDERMOTT WILL & EMERY LLP**
340 Madison Avenue
New York, NY 10173
Telephone: (212) 547-5400
ncastle@mwe.com

*Counsel for Defendants Amneal Pharmaceuticals, Inc., Amneal Pharmaceuticals LLC*

/s/ Steven E. Bizar
Steven E. Bizar
John P. McClam
Tiffany E. Engsell
steven.bizar@dechert.com
john.mcclam@dechert.com
tiffany.engsell@dechert.com
**DECHERT LLP**
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Telephone: (215) 994-2000

*Counsel for Defendant Citron Pharma LLC*

/s/ Jay P. Lefkowitz, P.C.
Jay P. Lefkowitz, P.C.
Devora W. Allon, P.C.
Alexia R. Brancato
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jay.lefkowitz@kirkland.com
devora.allon@kirkland.com
alexia.brancato@kirkland.com

*Counsel for Defendant Upsher-Smith Laboratories, LLC*

/s/ Wayne A. Mack
Wayne A. Mack
Sean P. McConnell
Sarah O'Laughlin Kulik
**DUANE MORRIS LLP**
30 S. 17th Street
Philadelphia, PA 19103
Telephone: (215) 979-1152
wamack@duanemorris.com
spmcconnell@duanemorris.com
sckulik@duanemorris.com

*Counsel for Defendant Aurobindo Pharma USA, Inc.*

/s/ Heather K. McDevitt
Heather K. McDevitt
Bryan D. Gant
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Fax: (212) 354-8113
hmcdevitt@whitecase.com
bgant@whitecase.com

*Counsel for Defendant Teligent, Inc.*

5

*/s/ J. Gordon Cooney, Jr.*
J. Gordon Cooney, Jr.
John J. Pease, III Alison
Tanchyk William T. McEnroe
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5000
Facsimile: (215) 963-5001
jgcooney@morganlewis.com
john.pease@morganlewis.com
alison.tanchyk@morganlewis.com
william.mcenroe@morganlewis.com

Amanda B. Robinson
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001
amanda.robinson@morganlewis.com

*Counsel for Defendants Teva*
*Pharmaceuticals USA, Inc.,*
*Barr Pharmaceuticals, LLC,*
*and Pliva, Inc.*

*/s/ W. Gordon Dobie*
W. Gordon Dobie
**WINSTON & STRAWN LLP**
35 W. Wacker Dr.
Chicago, IL 60601
Telephone: (312) 558-5600
Fax: (312) 558-5700
WDobie@winston.com

Irving Wiesen
**LAW OFFICES OF IRVING L. WIESEN, P.C.**
420 Lexington Avenue - Suite 2400
New York, NY 10170
Telephone: (212) 381-8774
Fax: (646) 536-3185
iwiesen@wiesenlaw.com

*Counsel for Defendant Ascend Laboratories, LLC*

*/s/ James W. Matthews*
James W. Matthews
Katy E. Koski
John F. Nagle
**FOLEY & LARDNER LLP**
111 Huntington Avenue
Boston, Massachusetts 02199
Telephone: (617) 342-4000
jmatthews@foley.com
kkoski@foley.com
jnagle@foley.com

James T. McKeown
Elizabeth A. N. Haas
Kate E. Gehl
**FOLEY & LARDNER LLP**
777 E. Wisconsin Avenue
Milwaukee, WI 53202
Telephone: (414) 271-2400
jmckeown@foley.com
ehaas@foley.com
kgehl@foley.com

Steven F. Cherry
April N. Williams
Claire Bergeron
**WILMER CUTLER PICKERING HALE AND DORR LLP**
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone: (202) 663-6000
steven.cherry@wilmerhale.com
april.williams@wilmerhale.com
claire.bergeron@wilmerhale.com

Terry M. Henry
Melanie S. Carter
**BLANK ROME LLP**
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Telephone: (215) 569-5644
THenry@blankrome.com
MCarter@blankrome.com

*Counsel for Defendant Apotex Corp.*

8

/s/ Damon W. Suden
William A. Escobar
Damon W. Suden
Clifford Katz
**KELLEY DRY & WARREN LLP**
101 Park Ave
New York, New York 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7987
wescobar@kelleydrye.com
dsuden@kelleydrye.com
ckatz@kelleydrye.com

*Counsel for Defendant Wockhardt USA LLC and Morton Grove Pharmaceuticals, Inc.*

/s/ Ilana H. Eisenstein
Ilana H. Eisenstein
Ben C. Fabens-Lassen
**DLA PIPER LLP (US)**
1650 Market Street, Suite 5000
Philadelphia, PA 19103
Telephone: (215) 656-3300
ilana.eisenstein@dlapiper.com
ben.fabens-lassen@dlapiper.com

Edward S. Scheidman
**DLA PIPER LLP (US)**
500 Eighth Street, NW
Washington, DC 20004
Telephone: (202) 799-4000
Edward.scheideman@dlapiper.com

*Counsel for Defendant Pfizer Inc. and Greenstone, LLC*

/s/ Jason R. Parish
Jason R. Parish
Martin J. Amundson
**BUCHANAN INGERSOLL & ROONEY PC**
1700 K Street, NW, Suite 300
Washington, DC 20006
Telephone: (202) 452-7900
Facsimile: (202) 452-7989
jason.parish@bipc.com
martin.amundson@bipc.com

Bradley Kitlowski
**BUCHANAN INGERSOLL & ROONEY PC**
Union Trust Building
Pittsburgh, PA 15219
Telephone: (412) 562-8800
Facsimile: (412) 562-1041
bradley.kitlowski@bipc.com

*Counsel for Defendant Zydus Pharmaceuticals (USA) Inc.*

/s/ Roger B. Kaplan
Roger B. Kaplan
Jason Kislin
Aaron Van Nostrand
**GREENBERG TRAURIG, LLP**
500 Campus Drive, Suite 400
Florham Park, NJ 07932
Telephone: (973) 360-7957
Facsimile: (973) 295-1257
kaplanr@gtlaw.com
kislinj@gtlaw.com
vannostranda@gtlaw.com

Brian T. Feeney
**GREENBERG TRAURIG, LLP**
1717 Arch St.
Suite 400
Philadelphia, PA 19103
Telephone: (215) 988-7812
Facsimile: (215) 717-5265
feeneyb@gtlaw.com

*Counsel for Defendant Dr. Reddy's Laboratories, Inc.*

/s/ Stacy Anne Mahoney
Stacey Anne Mahoney
**MORGAN LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York 10178
Telephone: (212) 309-6000
Facsimile: (212) 309-6001
stacey.mahoney@morganlewis.com

*Counsel for Defendant Breckenridge Pharmaceutical, Inc.*

/s/ Gerald E. Arth
Gerald E. Arth
Ryan T. Becker
**FOX ROTHSCHILD LLP**
2000 Market Street, 20th Floor
Philadelphia, PA 19103
Telephone: (215) 299-2000
Facsimile: (215) 299-2150
garth@foxrothschild.com
rbecker@foxrothschild.com

George G. Gordon
Stephen D. Brown
Julia Chapman
**DECHERT LLP**
2929 Arch Street
Philadelphia, PA 19104
Telephone: (215) 994-2382
Facsimile: (215) 994-2382
george.gordon@dechert.com
stephen.brown@dechert.com
julia.chapman@dechert.com

*Counsel for Defendant Lannett Company, Inc.*

9

/s/ Erik T. Koons
John M. Taladay
Erik T. Koons
Stacy L. Turner
Christopher P. Wilson
**BAKER BOTTS LLP**
700 K Street, NW
Washington, DC 20004
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
erik.koons@bakerbotts.com
john.taladay@bakerbotts.com
stacy.turner@bakerbotts.com
christopher.wilson@bakerbotts.com

Lauri A. Kavulich
Ann E. Lemmo
**CLARK HILL PLC**
2001 Market St, Suite 2620
Philadelphia, PA 19103
Telephone: (215) 640-8500
Facsimile: (215) 640-8501
lkavulich@clarkhill.com
alemmo@clarkhill.com

Lindsay S. Fouse
**CLARK HILL PLC**
301 Grant St, 14th Floor
Pittsburgh, PA 15219
Telephone: (412) 394-7711
Facsimile: (412) 394-2555
lfouse@clarkhill.com

*Counsel for Defendants Sun Pharmaceutical Industries, Inc., Mutual Pharmaceutical Company, Inc., and Taro Pharmaceuticals U.S.A., Inc.*

/s/ Marguerite M. Sullivan
Marguerite M. Sullivan (*pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, N.W., Suite 1000
Washington, D.C., 20004
Telephone: (202) 637-2200
marguerite.sullivan@lw.com

Anna M. Rathbun (*pro hac vice*)
**LATHAM & WATKINS LLP**
555 Eleventh Street, N.W., Suite 1000
Washington, D.C., 20004
Telephone: (202) 637-2200
anna.rathbun@lw.com

*Counsel for Defendant G&W Laboratories, Inc.*

/s/ Edward B. Schwartz
Edward B. Schwartz
Andrew C. Bernasconi
**REED SMITH LLP**
1301 K Street NW
Suite 1000
Washington, DC 20005
Telephone: 202-414-9200
eschwartz@reedsmith.com
abernasconi@reedsmith.com

Nicholas V. Albu
**REED SMITH LLP**
7900 Tysons One Place
Suite 500
McLean, VA 22102
Telephone: 703-641-4200
nalbu@reedsmith.com

*Counsel for Heritage Pharmaceuticals, Inc.*

10

| | |
|---|---|
| */s/ Brian J. Smith* | */s/ J. Clayton Everett, Jr.* |
| Michael Martinez | Scott A. Stempel |
| Steven Kowal | J. Clayton Everett, Jr. |
| Lauren Norris Donahue | Tracey F. Milich |
| Brian J. Smith | **MORGAN, LEWIS & BOCKIUS LLP** |
| **K&L GATES LLP** | 1111 Pennsylvania Avenue, NW |
| 70 W. Madison St., Suite 3300 | Washington, D.C. 20004 |
| Chicago, IL 60602 | Telephone: (202) 739-3000 |
| Telephone. (312) 372-1121 | Fax: (202) 739-3001 |
| Fax (312) 827-8000 | scott.stempel@morganlewis.com |
| michael.martinez@klgates.com | clay.everett@morganlewis.com |
| steven.kowal@klgates.com | tracey.milich@morganlewis.com |
| lauren.donahue@klgates.com | |
| brian.j.smith@klgates.com | Harvey Bartle IV |
| | Francis A. DeSimone |
| *Counsel for Defendant Mayne Pharma Inc.* | **MORGAN, LEWIS & BOCKIUS LLP** |
| | 1701 Market Street |
| | Philadelphia, PA 19103 |
| | Telephone: (215) 963-5000 |
| | Fax: (215) 963-5001 |
| | harvey.bartle@morganlewis.com |
| | frank.desimone@morganlewis.com |
| | |
| | *Counsel for Defendant Perrigo New York, Inc.* |

*/s/ Steven A. Reed*
R. Brendan Fee
Steven A. Reed
Melina R. DiMattio
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5000
Facsimile: (215) 963-5001
brendan.fee@morganlewis.com
steve.reed@morganlewis.com
melina.dimattio@morganlewis.com

Wendy West Feinstein
**MORGAN, LEWIS & BOCKIUS LLP**
One Oxford Centre Thirty-Second Floor
Pittsburgh, PA 15219
Telephone: (412) 560-7455
Facsimile: (415) 560-7001
wendy.feinstein@morganlewis.com

*Counsel for Defendant Glenmark Pharmaceuticals Inc., USA*