# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | MDL 2724<br>16-MD-2724 |
| | **HON. CYNTHIA M. RUFE** |
| **THIS DOCUMENT RELATES TO:**<br><br>*MAIN DOCKET* | |

## ORDER

**AND NOW**, this 13th day of November 2020, upon consideration of the letter motion for withdrawal of counsel [Doc. No. 1591], and as Plaintiff State of New York is represented by other counsel, it is hereby **ORDERED** that the motion is **GRANTED** and the appearance of Emily Granrud is **WITHDRAWN**.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**