# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | HON. CYNTHIA M. RUFE |

## ORDER

**AND NOW**, this 16th day of November 2020, upon consideration of the parties' attached Joint Stipulation for a Briefing Schedule to Govern Defendant Teva Pharmaceutical USA, Inc.'s Motion for Reconsideration of the Court's July 13, 2020 Memorandum Opinion and Order on Bellwether Selection [MDL Doc. Nos. 1442, 1443], it is hereby **ORDERED** that the Joint Stipulation is **APPROVED**. Plaintiffs shall file their Opposition by November 20, 2020; Teva may file its reply in support of its Motion by December 9, 2020; and Plaintiffs may file a sur-reply thereto by December 23, 2020.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | HON. CYNTHIA M. RUFE |

**JOINT STIPULATION TO GOVERN BRIEFING OF TEVA PHARMACEUTICAL USA, INC.'S MOTION FOR RECONSIDERATION OF THE COURT'S JULY 13, 2020 MEMORANDUM OPINION AND ORDER ON BELLWETHER SELECTION**

WHEREAS, on July 13, 2020, the Court entered its Memorandum Opinion and Order regarding the selection of Bellwether cases (MDL Docs. 1442, 1443);

WHEREAS, on November 3, 2020, Defendant Teva filed its Motion for Reconsideration of the Court's July 13, 2020 Memorandum Opinion (MDL Doc. 1578);

WHEREAS, after discussion, Plaintiffs and Teva have agreed, subject to the Court's approval, to a schedule to govern the briefing of Teva's Motion for Reconsideration;

THEREFORE, it is hereby STIPULATED AND AGREED by the undersigned counsel, pursuant to Local Rule 7.4, that Plaintiffs shall have until November 20, 2020 to file their response to Teva's Motion for Reconsideration; Teva may file a reply in support of its Motion for Reconsideration by December 9, 2020; and Plaintiffs may file a sur-reply thereto by December 23, 2020.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: November 16, 2020 | Respectfully submitted, |

| | |
|---|---|
| /s/  Roberta D. Liebenberg | /s/  J. Gordon Cooney, Jr. |
| Roberta D. Liebenberg | J. Gordon Cooney, Jr. |
| FINE, KAPLAN AND BLACK, R.P.C. | John J. Pease III |
| One South Broad Street, 23rd Floor | Alison Tanchyk |
| Philadelphia, PA 19107 | William T. McEnroe |
| Tel: (215) 567-6565 | MORGAN, LEWIS & BOCKIUS LLP |
| Fax: (215)568-5872 | 1701 Market Street |
| rliebenberg@finekaplan.com | Philadelphia, PA 19103 |
| | Tel: (215) 963-5000 |
| ***Liaison and Lead Counsel for End-Payer Plaintiffs*** | Fax: (215) 963-5001 |
| | jgcooney@morganlewis.com |
| | john.pease@morganlewis.com |
| /s/  Dianne M. Nast | alison.tanchyk@morganlewis.com |
| Dianne M. Nast | william.mcenroe@morganlewis.com |
| NASTLAW LLC | |
| 1101 Market Street, Suite 2801 | |
| Philadelphia, PA 19107 | Amanda B. Robinson |
| Tel: (215) 923-9300 | MORGAN, LEWIS & BOCKIUS LLP |
| Fax: (215) 923-9302 | 1111 Pennsylvania Avenue, NW |
| dnast@nastlaw.com | Washington, D.C. 20004 |
| | Tel: (202) 739-3000 |
| ***Liaison and Lead Counsel for Direct Purchaser Plaintiffs*** | Fax: (202) 739-3001 |
| | amanda.robinson@morganlewis.com |

/s/ W. Joseph Nielsen
W. Joseph Nielsen
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5040
Fax: (860) 808-5033
Joseph.Nielsen@ct.gov

***Liaison Counsel for the States***