IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OFF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL NO. 2724<br><br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | HON. CYNTHIA M. RUFE<br><br>NOTICE OF CHANGE OF ADDRESS |

**TO THE CLERK AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Zelle LLP's San Francisco office has moved. The new address is:

Zelle LLP
555 12th Street, Suite 1230
Oakland, CA 94607

All telephone numbers, the fax number, and all email addresses remain the same.

DATED: November 17, 2020        Respectfully submitted,

By: /s/ *Judith A. Zahid*
Judith A. Zahid
Eric W. Buetzow
ZELLE LLP
555 12th Street, Suite 1230
Oakland, CA 94607
Telephone: (415) 693-0700
Facsimile: (415) 693-0770
jzahid@zelle.com
ebuetzow@zelle.com

James R. Martin
Jennifer Duncan Hackett
ZELLE LLP
1775 Pennsylvania Avenue, NW,
Suite 375
Washington, D.C. 20006
Telephone: (202) 899-4100

1

Facsimile: (612) 336-9100
jmartin@zelle.com
jhackett@zelle.com

***ATTORNEYS FOR PLAINTIFF UNITED HEALTHCARE SERVICES, INC.***

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2020, I caused the foregoing document to be filed with the Clerk of Court via CM/ECF. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

                                                        */s/ Judith A. Zahid*
                                                        Judith A. Zahid