IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>JM SMITH CORP.<br><br>v.<br><br>ACTAVIS HOLDCO U.S. INC., et al. | HON. CYNTHIA M. RUFE<br><br>Civil Action No.<br>20-cv-04370 |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

    Pursuant to Paragraph 7 of Pretrial Order No. 1 (No. 16-md-2724, ECF No. 2) and Paragraph 12 of Pretrial Order No. 33 (No. 16-md-2724, ECF No. 431), kindly enter the appearances of Douglas Tween and John Eichlin of Linklaters LLP on behalf of Defendant Strides Pharma, Inc.

Date: November 17, 2020

Respectfully submitted,

*/s/ Douglas Tween*
Douglas Tween (PHV, NY Bar No. 2302859)
John Eichlin (PHV, NY Bar No. 4948816)
LINKLATERS LLP
1290 Avenue of the Americas
New York, N.Y. 10104
(212) 903-9072
douglas.tween@linklaters.com
john.eichlin@linklaters.com

*Attorneys for Defendant Strides Pharma, Inc.*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Entry of Appearance was served on November 17, 2020 by the Court's electronic filing system to all counsel of record in the above-captioned action.

*/s/ Douglas Tween*
Douglas Tween