IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| **THIS DOCUMENT RELATES TO:**<br><br>JM SMITH CORP.<br><br>v.<br><br>ACTAVIS HOLDCO U.S. INC., et al. | HON. CYNTHIA M. RUFE<br><br>Civil Action No.<br>20-cv-04370 |

**DEFENDANT STRIDES PHARMA, INC.'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Strides Pharma, Inc. ("SPI") discloses that its ultimate parent corporation is Strides Pharma Science Limited, a publicly held company the shares of which are traded on BSE Ltd. under the scrip code 532531 and on the National Stock Exchange of India Ltd. under the scrip code STAR. There are no publicly traded companies between SPI and Strides Pharma Science Limited.

Date: November 17, 2020

Respectfully submitted,

*/s/ Douglas Tween*
Douglas Tween
LINKLATERS LLP
1290 Avenue of the Americas
New York, N.Y. 10104
(212) 903-9072
douglas.tween@linklaters.com

*Attorney for Defendant Strides Pharma, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Defendant Strides Pharma, Inc. Rule 7.1 Corporate Disclosure Statement was served on November 17, 2020 by the Court's electronic filing system to all counsel of record in the above-captioned action.

       /s/ *Douglas Tween*