IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |

**PLAINTIFFS' UNOPPOSED MOTION TO FILE UNDER SEAL THEIR RESPONSE TO DEFENDANT TEVA PHARMACEUTICAL USA, INC.'S MOTION FOR RECONSIDERATION OF THE COURT'S JULY 13, 2020 MEMORANDUM AND ORDER ON BELLWETHER SELECTION**

Pursuant to Rule 5.2(d) of the Federal Rules of Civil Procedure, and Local Rules 5.1.2(7) and 5.1.5, Direct Purchaser Plaintiffs, End-Payer Plaintiffs, Indirect-Reseller Plaintiffs, the State Attorneys General, and the Direct Action Plaintiffs (collectively, "Plaintiffs") hereby move the Court for an Order granting leave to file under seal their *Response to Defendant Teva Pharmaceutical USA, Inc.'s Motion for Reconsideration of the Court's July 13, 2020 Memorandum and Order on Bellwether Selection* ("Plaintiffs' Response").

Plaintiffs' Response refers to and quotes from Teva Pharmaceutical USA, Inc.'s Motion for Reconsideration of the Court's July 13, 2020 Memorandum and Order on Bellwether Selection (MDL Docket. No. 1594), which was filed under seal.

To avoid disclosure of material that the Court has already or may in the future Order be filed under seal, Plaintiffs respectfully request leave to file Plaintiffs' Response under seal as well. Defendant Teva has consented to the relief sought in this Motion.

Pursuant to the Court's March 25, 2020 Notice to Filers of Hard Copy Documents to Resubmit Electronically posted on the Court's website,[1] Plaintiffs have submitted an unredacted PDF version of Plaintiffs' Response via email to the Clerk's office.

Contemporaneously with this Motion, Plaintiffs have filed via ECF a redacted public version of Plaintiffs' Response.

A proposed Order is attached hereto.

Dated: November 20, 2020                                    Respectfully submitted,

By: */s/ Roberta D. Liebenberg*                             By: */s/ Dianne M. Nast*
    Roberta D. Liebenberg                                       Dianne M. Nast
FINE, KAPLAN AND BLACK, R.P.C.                              NASTLAW LLC
One South Broad Street, 23rd Floor                          1101 Market Street, Suite 2801
Philadelphia, PA 19107                                      Philadelphia, PA 19107
215-567-6565                                                215-923-9300
rliebenberg@finekaplan.com                                  dnast@nastlaw.com

*Lead and Liaison Counsel for the*                          *Lead and Liaison Counsel for the*
*End-Payer Plaintiffs*                                      *Direct Purchaser Plaintiffs*


By: */s/ Jonathan W. Cuneo*                                 By: */s/ W. Joseph Nielsen*
    Jonathan W. Cuneo                                           W. Joseph Nielsen
CUNEO, GILBERT & LADUCA LLP                                 Assistant Attorney General
4725 Wisconsin Ave. NW, Suite 200                           State of Connecticut
Washington, DC 20016                                        55 Elm Street
202-789-3960                                                P.O. Box 120
jonc@cuneolaw.com                                           Hartford, CT 06141-0120
                                                            (860) 808-5040
*Lead Counsel for the*                                      Joseph.Nielsen@ct.gov
*Indirect Reseller Plaintiffs*
                                                            *Liaison Counsel for the States*

---

[1] https://www.paed.uscourts.gov/documents/notices/not_resubmit%20hard%20copy%20documents%20electronically.pdf

By: */s/ William J. Blechman*
William J. Blechman
KENNY NACHWALTER, P.A.
1441 Brickell Avenue, Suite 1100
Miami, Florida 33131
(305) 373-1000
wblechman@knpa.com

*Counsel for the Kroger Direct Actions Plaintiffs and Liaison Counsel for DAPs*