# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | HON. CYNTHIA M. RUFE |

## ORDER

**AND NOW**, this _____ day of _____, 2020, upon consideration of Plaintiffs' Response to Defendant Teva Pharmaceutical USA, Inc.'s Motion for Reconsideration of the Court's July 13, 2020 Memorandum and Order on Bellwether Selection (MDL Docket No. 1594), it is hereby **ORDERED** that Teva's Motion is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

_____
**CYNTHIA M. RUFE, J.**