# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-----------------------------------------------------------------x
IN RE: GENERIC PHARMACEUTICALS          :
PRICING ANTITRUST LITIGATION            :  MDL NO. 2724
                                        :  16-MD-2724
                                        :
                                        :  HON. CYNTHIA M. RUFE
THIS DOCUMENT RELATES TO:               :
                                        :
Marion Diagnostic Center, LLC et al. v. :  Individual Case No: 18-cv-4137
McKesson Corporation et al.             :
                                        :
                                        :
-----------------------------------------------------------------x
```

## ORDER

**AND NOW**, this 23rd day of November 2020, upon consideration of the attached Stipulation, it is hereby **ORDERED** that the Stipulation is **APPROVED** as follows:

1. Marion's Second Amended Complaint is **DISMISSED WITH PREJUDICE**;

2. Marion expressly waives the right to bring any other action either in its own name or in a representative capacity (*i.e*., as a class member), in any court, asserting the claims dismissed by this stipulation;

3. Marion's dismissal does not waive any rights Marion may have to participate in a settlement or judgment of any other action in this MDL as a class member, subject to the terms and conditions of such settlement or judgment;

4. All pending motions in this case, including Marion's motion for leave to amend, are **DISMISSED AS MOOT**;

5. All parties will bear their own costs; and

6. The Clerk of Court is directed to **CLOSE** Civil Action No. 18-4137.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------------x
IN RE: GENERIC PHARMACEUTICALS            :
PRICING ANTITRUST LITIGATION              :   MDL NO. 2724
                                          :   16-MD-2724
_____ :   Individual Case No: 18-cv-04137
                                          :
THIS DOCUMENT RELATES TO:                 :   HON. CYNTHIA M. RUFE
                                          :
*Marion Diagnostic Center, LLC et al. v.* :
*McKesson Corporation et al.*             :
                                          :
---------------------------------------------------------------x

## JOINT STIPULATION

WHEREAS, on September 25, 2018, Marion Diagnostic Center, LLC and Marion Healthcare, LLC (together, "Marion") filed a Class Action Complaint (ECF No.1) against McKesson Corporation and McKesson Medical–Surgical Inc. (together, "McKesson"), and several manufacturers and distributors of generic drugs (the "Manufacturer Defendants"), on behalf of itself and a putative class of all persons or entities that have directly purchased generic drugs from McKesson in the United States from September 25, 2014 through the present;[1]

WHEREAS, when this complaint was filed, Marion understood that it was the only complaint in the MDL that asserted claims based on direct purchases from McKesson;

WHEREAS, on December 21, 2018, Marion filed a First Amended Complaint (ECF No. 23) against McKesson and the Manufacturer Defendants, on behalf of itself and the same putative class;

---

[1] The Manufacturer Defendants are Ascend Laboratories, LLC; Apotex Corp.; Aurobindo Pharma USA, Inc.; Citron Pharma, LLC; Dr. Reddy's Laboratories, Inc.; Emcure Pharmaceuticals, Ltd.; Glenmark Pharmaceuticals, Inc., USA; Heritage Pharmaceuticals, Inc.; Lannett Company, Inc.; Mayne Pharma Inc.; Mylan Inc.; Mylan Pharmaceuticals Inc.; Par Pharmaceutical Companies, Inc.; Sandoz, Inc.; Sun Pharmaceutical Industries, Inc.; Teva Pharmaceuticals USA, Inc.; and Zydus Pharmaceuticals (USA) Inc.

WHEREAS, on April 1, 2019, Marion filed a Second Amended Complaint (ECF No. 68) against McKesson and the Manufacturer Defendants, on behalf of itself and the same putative class;

WHEREAS, on June 26, 2019, this Court dismissed all counts of Marion's Second Amended Complaint as against McKesson (ECF No. 113);

WHEREAS, on August 15, 2019, this Court denied the Manufacturer Defendants' motion to dismiss Marion's overarching conspiracy claims (ECF No. 116);

WHEREAS, on August 28, 2020, Marion moved for leave to amend its complaint (ECF No. 128), and attached a proposed Third Amended Complaint that asserted claims against McKesson, the Manufacturer Defendants (except Emcure Pharmaceuticals, Inc.), and other manufacturers of generic drugs, on behalf of itself and the same putative class;

WHEREAS, the Indirect Reseller Plaintiffs have filed in this MDL a class action against McKesson, other distributors of generic drugs, several manufacturers of generic drugs, and several individuals: *Reliable Pharmacy et al. v. Actavis Holdco US, Inc., et al.*, No. 19-cv-6044 (E.D. Pa.);

WHEREAS, the operative complaint in *Reliable Pharmacy* includes claims on behalf of a putative class of "All dispensers of drugs (including hospitals and independent pharmacies), in the United States and its territories, that purchased the generic Drugs at Issue directly from distributor Defendants," including McKesson (*Reliable Pharmacy* ECF No. 61 ¶ 739);

WHEREAS, a motion to dismiss is pending in *Reliable Pharmacy*;

WHEREAS, on September 3, 2020, Marion entered into a stipulation with McKesson to stay briefing on Marion's motion for leave to amend, pending a decision on the motion to dismiss in *Reliable Pharmacy*, and that stipulation was entered as an order on September 9, 2020 (ECF No. 129);

WHEREAS, due to the filing of *Reliable Pharmacy*, Marion is no longer the only plaintiff in this MDL asserting claims based on direct purchases from McKesson; and

WHEREAS, Marion no longer desires to pursue its claims itself due to the existence of a putative class of which it believes it is a member;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, as follows:

1. Marion's Second Amended Complaint is dismissed with prejudice;
2. Marion expressly waives the right to bring any other action either in its own name or in a representative capacity (*i.e.*, as a class member), in any court, asserting the claims dismissed by this stipulation;
3. Marion's dismissal does not waive any rights Marion may have to participate in a settlement or judgment of any other action in this MDL as a class member, subject to the terms and conditions of such settlement or judgment;
4. All pending motions in this case, including Marion's motion for leave to amend, are moot; and
5. All parties will bear their own costs.

IT IS SO STIPULATED.

Dated: November 19, 2020

            By */s/ Henry C. Quillen*
               Henry C. Quillen
               hquillen@whatleykallas.com
               WHATLEY KALLAS LLP
               159 Middle St., Suite 2C
               Portsmouth, NH 03801
               Telephone: +1-603-294-1591
               Fascimile:  +1-800-922-4851

        Joe R. Whatley, Jr.
jwhatley@whatleykallas.com
Edith M. Kallas
ekallas@whatleykallas.com
152 West 57th Street, 41st Floor
New York, NY 10019
Telephone: +1-212-447-7060
Fascimile:  +1-800-922-4851

R. Stephen Berry
sberry@berrylawpllc.com
BERRY LAW PLLC
1100 Connecticut Avenue, NW
Suite 645
Washington, D.C. 20006
Telephone: +1-202-296-3020
Fascimile:  +1-202-296-3038

*Attorneys for the Marion Plaintiffs*


By  */s/ Abram Ellis*
Abram Ellis
aellis@stblaw.com
Sara Razi
sara.razi@stblaw.com
SIMPSON THATCHER & BARTLETT LLP
900 G. St., NW
Washington, D.C. 20001
Telephone: +1-202-636-5500
Facsimile:  +1-202-636-5502

*Attorneys for McKesson Corporate and McKesson Medical-Surgical Inc.*

*/s/ James W. Matthews*
James W. Matthews
Katy E. Koski
John F. Nagle
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, Massachusetts 02199
Tel:  (617) 342-4000
Fax:  (617) 342-4001
jmatthews@foley.com
kkoski@foley.com
jnagle@foley.com

James T. McKeown
Elizabeth A. N. Haas
Kate E. Gehl
FOLEY & LARDNER LLP
777 E. Wisconsin Avenue
Milwaukee, WI 53202
Tel:  (414) 271-2400
Fax:  (414) 297-4900
jmckeown@foley.com
ehaas@foley.com
kgehl@foley.com

Steven F. Cherry
April N. Williams
Claire Bergeron
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Tel: (202) 663-6000
Fax: (202) 663-6363
steven.cherry@wilmerhale.com
april.williams@wilmerhale.com
claire.bergeron@wilmerhale.com

Terry M. Henry
Melanie S. Carter
BLANK ROME LLP
One Logan Square
130 North 18th Street
Philadelphia, PA  19103
Tel:  (215) 569-5644
Fax:  (215) 832-5644
THenry@blankrome.com
MCarter@blankrome.com

*Counsel for Defendant Apotex Corp.*

/s/ *W. Gordon Dobie*
W. Gordon Dobie
WINSTON & STRAWN LLP
35 W. Wacker Dr.
42nd Floor
Chicago, IL 60601
Tel: (312) 558-5600
Fax: (312) 558-5700
wdobie@winston.com

*Counsel for Defendant Ascend Laboratories, LLC*

/s/ *Wayne A. Mack*
Wayne A. Mack
Sean P. McConnell
Sarah O'Laughlin Kulik
DUANE MORRIS LLP
30 S. 17th Street
Philadelphia, PA 19103
Tel: (215) 979-1000
wamack@duanemorris.com
spmcconnell@duanemorris
sckulik@duanemorris.com

*Counsel for Defendant Aurobindo Pharma USA, Inc.*

/s/ *Steven E. Bizar*
Steven E. Bizar
John P. McClam
Tiffany E. Engsell
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104-2808
Tel: (215) 994-2000
Fax: (215) 994-2222
steven.bizar@dechert.com
john.mcclam@dechert.com
tiffany.engsell@dechert.com

*Counsel for Defendant Citron Pharma, LLC*

/s/ *Roger B. Kaplan*
Roger B. Kaplan
Jason Kislin
Aaron Van Nostrand
GREENBERG TAURIG, LLP
500 Campus Drive, Suite 400
Florham Park, NJ 07931
Tel: (973) 360-7900
Fax: (973) 295-1257
kaplanr@gtlaw.com
kislinj@gtlaw.com
vannostranda@gtlaw.com

Brian T. Feeney
GREENBERG TAURIG, LLP
1717 Arch Street, Suite 400
Philadelphia, PA 19103
Tel: (215) 988-7812
Fax: (215) 717-5265
feeneyb@gtlaw.com

*Counsel for Defendant Dr. Reddy's Laboratories, Inc.*


*/s/ James E. Tyrrell, Jr.*
James E. Tyrrell, Jr., Esq.
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, N.J. 07102
Tel: (973) 643-7000
jtyrrell@sillscummis.com

*Counsel for Defendant Emcure Pharmaceuticals, Ltd.*

/s/ *Steven A. Reed*
Steven A. Reed
R. Brendan Fee
Melina R. DiMattio
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Tel: (215) 963-5000
Fax: (215) 963-5001
steven.reed@morganlewis.com
brendan.fee@morganlewis.com
melina.dimattio@morganlewis.com

Wendy West Feinstein
MORGAN, LEWIS & BOCKIUS LLP
One Oxford Centre
32nd Floor
Pittsburgh, PA 15219
Tel: (412) 560-3300
Fax: (412) 560-7001
wendy.feinstein@morganlewis.com

*Counsel for Defendant Glenmark Pharmaceuticals Inc., USA*

/s/ *Edward B. Schwartz*
Edward B. Schwartz
Andrew C. Bernasconi
REED SMITH LLP
1301 K Street, NW
Suite 1000 East Tower
Washington, DC 20005
Tel: (202) 414-9200
eschwartz@reedsmith.com
abernasconi@reedsmith.com

Nicholas V. Albu
REED SMITH LLP
7900 Tysons One Place
Suite 500
Mclean, VA 22102
Tel: (703) 641-4200
nalbu@reedsmith.com

*Counsel for Defendant Heritage Pharmaceuticals, Inc.*

/s/ *Brian J. Smith*
Michael Martinez
Steven Kowal
Lauren Norris Donahue
Brian J. Smith
K&L GATES LLP
70 W. Madison St., Suite 3300
Chicago, IL 60602
Tel. 312-372-1121
Fax 312-827-8000
michael.martinez@klgates.com
steven.kowal@klgates.com
lauren.donahue@klgates.com
brian.j.smith@klgates.com

*Counsel for Defendant Mayne Pharma Inc.*

/s/ *Gerald E. Arth*
Gerald E. Arth
Ryan T. Becker
Nathan M. Butcher
FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103
Tel: (215) 299-2000
Fax: (215) 299-2150
garth@foxrothschild.com
rbecker@foxrothschild.com
nbuchter@foxrothschild.com

Julia Chapman
DECHERT LLP
2929 Arch St
Philadelphia, PA 19104
Tel: (215) 994-2000
Fax: (215) 994-2222
julia.chapman@dechert.com

*Counsel for Defendant Lannett Company, Inc.*

/s/ *Jeffrey C. Bank*
Jeffrey C. Bank
Seth C. Silber
WILSON SONSINI GOODRICH & ROSATI, PC
1700 K Street, NW Fifth Floor
Washington, DC 20006
Telephone: (212) 497-7761
jbank@wsgr.com
ssilber@wsgr.com

Chul Pak
Mikaela E. Evans-Aziz
WILSON SONSINI GOODRICH & ROSATI, PC
1301 Avenue of the Americas 40th Floor
New York, New York 10019
Telephone: (212) 497-7726
cpak@wsgr.com
mevansaziz@wsgr.com

*Counsel for Defendants Mylan Inc., Mylan Pharmaceuticals, Inc.*

*/s/ John E. Schmidtlein*
John E. Schmidtlein
Sarah F. Kirkpatrick
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
jschmidtlein@wc.com
skirkpatrick@wc.com

*Counsel for Defendant Par Pharmaceutical Companies, Inc.*

/s/ *Saul P. Morgenstern*
Saul P. Morgenstern
Margaret A. Rogers
Ada Añon
Kathryn L. Rosenberg
ARNOLD & PORTER KAYE SCHOLAR LLP
250 West 55th Street
New York, New York 10019
Tel: (212) 836-8000
Fax: (212) 836-8689
saul.morgenstern@arnoldporter.com
margaret.rogers@arnoldporter.com
ada.anon@arnoldporter.com
kathryn.rosenberg@arnoldporter.com

Laura S. Shores
ARNOLD & PORTER KAYE SCHOLAR LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
Tel: (202) 942-5000
Fax: (202) 942-5999
laura.shores@apks.com

*Counsel for Defendant Sandoz Inc.*

/s/ *John M. Taladay*
John M. Taladay
Erik T. Koons
Stacey L. Turner
Christopher P. Wilson
BAKER BOTTS LLP
700 K Street NW
Washington, DC 20001
Tel: (202) 639-7700
Fax: (202) 639-7890
john.taladay@bakerbotts.com
erik.koons@bakerbotts.com
stacy.turner@bakerbotts.com
christopher.wilson@bakerbotts.com

Lauri A. Kavulich
Ann Lemmo
CLARK HILL PLC
Two Commerce Square
2001 Market Street
Suite 2620
Philadelphia, PA 19103
Tel: (215) 640-8500
Fax: (215) 640-8501
lkavulich@clarkhill.com
alemmo@clarkhill.com

Lindsay S. Fouse
CLARK HILL PLC
One Oxford Centre
301 Grant Street, 14th Floor
Pittsburgh, PA 15219
Tel: (412) 394-7711
Fax: (412) 394-2555
lfouse@clarkhill.com

*Counsel for Defendants Sun Pharmaceutical Industries, Inc. and Taro Pharmaceuticals U.S.A., Inc.*

/s/ *J. Gordon Cooney, Jr.*
J. Gordon Cooney, Jr.
John J. Pease III
Alison Tanchyk
William T. McEnroe
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Tel: (215) 963-5000
Fax: (215) 963-5001
gordon.cooney@morganlewis.com
john.pease@morganlewis.com
alison.tanchyk@morganlewis.com
william.mcenroe@morganlewis.com

Amanda B. Robinson
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel: (202) 739-3000
Fax: (202) 739-3001
amanda.robinson@morganlewis.com

*Counsel for Defendant Teva Pharmaceuticals USA, Inc.*

*/s/ Jason R. Parish*
Jason R. Parish
BUCHANAN INGERSALL & ROONEY PC
1700 K Street, NW, Suite 300
Washington, D.C. 20006
Tel: (202) 452-7900
Fax: (202) 452-7989
jason.parish@bipc.com

Bradley J. Kitlowski
BUCHANAN INGERSALL & ROONEY PC
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
Tel: (412) 562-8800
bradley.kitlowski@bipc.com

*Counsel for Defendant Zydus Pharmaceuticals (USA) Inc.*