```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 2                         - - -

 3                                     :  MDL 2724
       IN RE:                          :
 4                                     :  CIVIL ACTION NO.
       GENERIC PHARMACEUTICALS         :  16-MD-2724
 5     PRICING ANTITRUST               :
       LITIGATION                      :  STATUS CONFERENCE
 6     _____

 7
                                  James A. Byrne U.S. Courthouse
 8                                Via videoconference
                                  July 9, 2020
 9                                Commencing at 1:40 p.m.
       _____
10
                  BEFORE THE HONORABLE CYNTHIA M. RUFE
11     _____

12
       APPEARANCES:
13
       FOR DIRECT           FINE, KAPLAN AND BLACK
14     PURCHASER            BY:  ROBERTA D. LIEBENBERG, ESQUIRE
       PLAINTIFFS PSC,      BY:  PAUL COSTA, ESQUIRE
15     END-PAYER            BY:  JEFFREY S. ISTVAN
       PLAINTIFFS PSC,      One South Broad Street
16     INDIRECT RESELLERS   Suite 2300
       PSC, STATE           Philadelphia, Pennsylvania 19107
17     ATTORNEYS GENERAL    (215) 567-6565
       PLAINTIFFS           rliebenberg@finekaplan.com
18                          pcosta@finekaplan.com
                            jistvan@finekaplan.com
19


20
       FOR STATE            ATTORNEY GENERAL'S OFFICE - ELM
21     ATTORNEYS GENERAL    BY:  W. JOSEPH NIELSEN, ESQUIRE
       PLAINTIFFS           55 Elm Street
22                          Hartford, Connecticut 06106
                            (860) 808-5396
23                          joseph.nielsen@ct.gov

24

25
```

```
 1   indictment here in the EDPA concerning Glenmark, also filed and
 2   assigned to Judge Barclay Surrick, a colleague on this court
 3   who is handling the other indictments in this area and nature.
 4              And I don't have any other information.  That is
 5   public.  It's been filed.  It's a grand jury indictment, so it
 6   is not private or confidential information any longer.
 7              And of course I understand that in any case where
 8   indictment might be pending or investigation is pending,
 9   there's always Fifth Amendment considerations.  But for
10   example, we know that we can work through some of those.
11   Whether you agree with a special master or whether I have to
12   rule on it, there's a way to do that ad hoc, case by case.  I
13   see no reason that is a blanket stay on any discovery and even
14   motions practice if that's the case.
15              I want you to know that at this point, in all the
16   years of investigation, there can't possibly be a stay of all
17   civil litigation, unless it's really so permeated that nothing
18   can happen.  And I don't know that yet.  So I wouldn't be
19   granting a stay on any particular cases right now just because
20   there are indictments and convictions in some of those cases.
21              MR. KORPUS:  We understand, Your Honor.  We are
22   talking about a selection of bellwether and not a stay, which I
23   think raises different considerations.
24              THE COURT:  Yes, it does.  But I thought I should
25   bring that up so everyone could know what I was thinking.
```