# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL No. 2724<br>Case No. 2:16-MD-02724<br><br>Hon. Cynthia M. Rufe |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | |

## JOINT STIPULATION TO EXTEND THE LIMITED STAY OF DEPOSITIONS

The United States seeks to extend the limited stay of depositions pertaining to the list of individuals provided to counsel for the parties and the Court on November 19, 2020. In recognition of the fact that the United States has removed eleven individuals from the list, Plaintiffs have agreed, in the interest of compromise, to participate in this joint stipulation with the United States without prejudice to Plaintiffs' right to oppose extension of this stay in the future. The United States understands that Teva Pharmaceuticals USA, Inc. ("Teva") intends to file a motion to add seven additional individuals to the scope of the stay. The United States does not seek to add those individuals to the list, but otherwise takes no position on that motion. The Plaintiffs will object to the motion. Accordingly,

IT IS HEREBY STIPULATED by and between the parties that the Court enter the attached proposed order, as appropriate, to extend the limited stay of depositions pertaining to the list of individuals provided to counsel for the parties and the Court on November 19, 2020.

In the interim, extending the limited stay will have no meaningful impact on the advancement of discovery. Notably, under the proposed order, the parties may notice depositions for individuals who are not included on the above-mentioned list (subject to the

Court's ruling on Teva's motion), and may meet and confer as necessary so that those depositions can begin promptly according to the Court's scheduling order.

IT IS SO STIPULATED.

Dated: November 25, 2020

*/s/ Veronica N. Onyema*
Veronica N. Onyema
Catherine S. Montezuma
U.S. DEPARTMENT OF JUSTICE
ANTITRUST DIVISION
450 5th Street NW
Washington, D.C. 20530
Tel: (202) 307-0302
veronica.onyema@usdoj.gov

**Counsel for Intervenor United States of America**

*/s/ Roberta D. Liebenberg*
Roberta D. Liebenberg
FINE, KAPLAN AND BLACK, R.P.C.
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
Tel: (215) 567-6565
rliebenberg@finekaplan.com

**Lead Counsel for the End-Payer Plaintiffs**

*/s/ Jonathan W. Cuneo*
Jonathan W. Cuneo
CUNEO, GILBERT & LADUCA LLP
4725 Wisconsin Ave. NW, Suite 200
Washington, DC 20016
Tel: (202) 789-3960
jonc@cuneolaw.com

**Lead Counsel for the Indirect Reseller Plaintiffs**

*/s/ Dianne M. Nast*
Dianne M. Nast
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, PA 19107
Tel: (215) 923-9300
dnast@nastlaw.com

**Lead Counsel for the Direct Purchaser Plaintiffs**

*/s/ Jan P. Levine*
Jan P. Levine
TROUTMAN PEPPER HAMILTON SANDERS LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103
Tel: (215) 981-4000
Fax: (215) 981-4750
Jan.Levine@troutman.com

*/s/ Sheron Korpus*
Sheron Korpus
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
skorpus@kasowitz.com

*/s/ Devora W. Allon*
Devora W. Allon
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-5967
Fax: (212) 446-6460
devora.allon@kirkland.com

*/s/ Sarah F. Kirkpatrick*
Sarah F. Kirkpatrick
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5958
skirkpatrick@wc.com

*/s/ Chul Pak*
Chul Pak
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas, 40th Fl.
New York, NY 10019
Tel: (212) 999-5800
Fax: (212) 999-5899
cpak@wsgr.com

**Defendants' Liaison Counsel**

*/s/ W. Joseph Nielsen*
W. Joseph Nielsen
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141
Tel: (860) 808-5040
Fax: (860) 808-5033
Joseph.Nielsen@ct.gov

**Liaison Counsel for Plaintiff States**


*/s/ William J. Blechman*
William J. Blechman, Esquire
KENNY NACHWALTER, P.A.
1441 Brickell Avenue, Suite 1100
Miami, Florida 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
wblechman@knpa.com

**Counsel for the Kroger Direct Actions Plaintiffs and Liaison Counsel for DAP**