**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| IN RE: GENERIC PHARMACEUTICALS | : | MDL 2724 |
| PRICING ANTITRUST LITIGATION | : | No. 16-MD-2724 |
| | : | HON. CYNTHIA M. RUFE |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| THIS DOCUMENT RELATES TO: | : |
| THE STATE OF CONNECTICUT, et al. | : |
| | : No. 20-cv-03539 |
| v. | : |
| SANDOZ, INC., et al. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

To the Clerk of Court:

Pursuant to Paragraph 7 of Pretrial Order No. 1 (No. 16-md-2724, Dkt. 2) and Paragraph 12 of Pretrial Order No. 33 (No. 16-md-2724, Dkt. 431), please enter the appearance of Christina Karam of Petrillo Klein & Boxer LLP on behalf of Defendant Douglas Boothe.

Dated: New York, New York
November 25, 2020

  */s/ Christina Karam*
Christina Karam (NY Bar No. 5230016)
PETRILLO KLEIN & BOXER LLP
655 Third Avenue, 22nd Floor
New York, New York 10017
Telephone: (646) 560-5985
ckaram@pkbllp.com

*Counsel for Defendant Douglas Boothe*

## **CERTIFICATION OF SERVICE**

I hereby certify that on this November 25, 2020, I caused the forgoing Notice of Appearance to be filed electronically with the Clerk of the Court by using the CM/ECF system which will serve a copy on all interested parties registered for electronic filing, and is available for viewing and downloading from the ECF system.

Dated: New York, New York
      November 25, 2020

                                        */s/ Christina Karam*
                                        Christina Karam
                                        PETRILLO KLEIN & BOXER LLP
                                        655 Third Avenue, 22nd Floor
                                        New York, New York 10017
                                        Telephone: (646) 560-5985
                                        ckaram@pkbllp.com