# FINE, KAPLAN AND BLACK, R.P.C.
ATTORNEYS AT LAW
ONE SOUTH BROAD STREET, 23RD FLOOR
PHILADELPHIA, PENNSYLVANIA 19107

ROBERTA D. LIEBENBERG
JEFFREY S. ISTVAN
GERARD A. DEVER
PAUL COSTA
ADAM J. PESSIN
MARY L. RUSSELL
RIA C. MOMBLANCO
JESSICA D. KHAN

(215) 567-6565
FAX: (215) 568-5872
E-mail: mail@finekaplan.com
www.finekaplan.com

ALLEN D. BLACK
ARTHUR M. KAPLAN
DONALD L. PERELMAN
MATTHEW DUNCAN
ELISE E. SINGER
ROBERT A. LARSEN
JOSEPH J. BORGIA
OF COUNSEL

AARON M. FINE
1923-2013

November 25, 2020

The Honorable Cynthia M. Rufe
United States District Court
 for the Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street, Suite 12614
Philadelphia, PA  19106

   Re: *In re: Generic Pharmaceuticals Pricing Antitrust Litigation*, MDL No. 2724

Dear Judge Rufe:

  We write to respectfully request that the Court entertain oral argument on *Plaintiffs' Objections to Second Report and Recommendation of the Special Discovery Master as to Plaintiffs' Motion to Compel Supplemental Productions of Transactional Data* (MDL Doc. 1554), which is fully briefed before the Court. As set forth in Plaintiffs' Objections, the ruling by the Special Discovery Master, if allowed to stand, would have substantial adverse consequences for the management of this MDL, engendering additional discovery disputes, expense, delay, and burden for the parties, non-parties and the Court.

  Given the critical importance of the issues presented, Plaintiffs respectfully request oral argument on their pending Objections.

               Respectfully,

*/s/ Roberta D. Liebenberg*
Roberta D. Liebenberg
FINE, KAPLAN AND BLACK, R.P.C.
One South Broad Street, 23rd Floor
Philadelphia, PA  19107
215-567-6565
rlibenberg@finekaplan.com

*Lead and Liaison Counsel for the*
*End-Payer Plaintiffs*

*/s/ Dianne M. Nast*
Dianne M. Nast
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, PA  19107
215-923-9300
dnast@nastlaw.com

*Lead and Liaison Counsel for the*
*Direct Purchaser Plaintiffs*

Hon. Cynthia M. Rufe
November 25, 2020
Page 2

/s/ Jonathan M. Cuneo
Jonathan W. Cuneo
CUNEO, GILBERT & LADUCA LLP
4725 Wisconsin Ave. NW, Suite 200
Washington, DC 20016
202-789-3960
jonc@cuneolaw.com

*Lead Counsel for the
Indirect Reseller Plaintiffs*

/s/ W. Joseph Nielsen
W. Joseph Nielsen
Assistant Attorney General
State of Connecticut
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
860-808-5040
Joseph.Nielsen@ct.gov

*Liaison Counsel for the States*

/s/ William J. Blechman
William J. Blechman
KENNY NACHWALTER, P.A.
1441 Brickell Avenue, Suite 1100
Miami, Florida 33131
305-373-1000
wblechman@knpa.com

*Counsel for the Kroger Direct Action
Plaintiffs and Liaison Counsel for DAPs*


cc:   David H. Marion, Esquire (via email)
      Bruce P. Merenstein, Esquire (via email)
      Dan Regard (via email)
      Morgan S. Birch, Esquire (via email)