STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
| **IN RE: FLUOCINONIDE CASES** | END-PAYER CASE: 16-FL-27242 |
| **THIS DOCUMENT RELATES TO:**<br><br>*ALL END-PAYER ACTIONS* | |

**ORDER**

**AND NOW,** this 30th day of November 2020, upon consideration of the attached Joint Stipulation to Waive Service and to Extend the Deadline for Defendants to Respond to the End-Payer Fluocinonide Complaint, it is hereby **ORDERED** that the Stipulation is **APPROVED**.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____

**CYNTHIA M. RUFE, J.**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
| **IN RE: FLUOCINONIDE CASES** | **END-PAYER CASE: 16-FL-27242** |
| **THIS DOCUMENT RELATES TO:**<br>*ALL END-PAYER ACTIONS* | |

**JOINT STIPULATION TO WAIVE SERVICE AND TO EXTEND THE DEADLINE FOR DEFENDANTS TO RESPOND TO THE END-PAYER FLUOCINONIDE COMPLAINT**

WHEREAS, Fougera Pharmaceuticals Inc. and Sandoz Inc. (collectively, "Stipulating Defendants"), have agreed to waive service of the Consolidated Second Amended End-Payer Class Action Fluocinonide Complaint ("EPP Fluocinonide Complaint"), and the parties have reached an agreement to extend the time within which the Stipulating Defendants must respond to the EPP Fluocinonide Complaint;

NOW, THEREFORE, IT IS HEREBY STIIPIULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, as follows:

1. The Stipulating Defendants waive service of the EPP Fluocinonide Complaint and Summonses pursuant to Federal Rule of Civil Procedure 4(d), and this Stipulation shall be deemed proof of that waiver pursuant to Federal Rule of Civil Procedure 4(d)(4).

2. In exchange for their agreement to waive service, the deadline for the Stipulating Defendants to move against, answer, or otherwise respond to the EPP Fluocinonide Complaint is ADJOURNED until such time as the Court orders the filing of responses to Complaints filed on or after May 10, 2019.

2

3. This Stipulation does not constitute a waiver by the Stipulating Defendants of any defense, including but not limited to those defenses provided under Federal Rule of Civil Procedure 12, except that the Stipulating Defendants do not contest personal jurisdiction.

IT IS SO STIPULATED.

Dated: November 30, 2020

Respectfully submitted,

*/s/ Roberta D. Liebenberg*
Roberta D. Liebenberg
FINE, KAPLAN AND BLACK, R.P.C.
One South Broad St., 23rd Fl.,
Philadelphia, PA 19107
Tel: (215) 567-6565
rliebenberg@finekaplan.com

 **Lead and Liaison Counsel for the End-Payer Plaintiffs**

*/s/ Margaret A. Rogers*
Saul P. Morgenstern
Margaret A. Rogers
Ada V. Añon
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
Tel: (212) 836-8000
saul.morgenstern@arnoldporter.com
margaret.rogers@arnoldporter.com
ada.anon@arnoldporter.com

Laura S. Shores
Samantha R. Shulman
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, D.C. 20001
Tel: (202) 942-5000
laura.shores@arnoldporter.com
samantha.shulman@arnoldporter.com

**Attorneys for Defendants Sandoz Inc. and Fougera Pharmaceuticals Inc.**