UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br><br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | HON. CYNTHIA M. RUFE<br><br>ORAL ARGUMENT REQUESTED |

**DEFENDANT TEVA PHARMACEUTICALS USA, INC.'S
MOTION FOR A PROTECTIVE ORDER TEMPORARILY POSTPONING
<u>DEPOSITIONS OF SEVEN INDIVIDUALS</u>**

Defendant Teva Pharmaceuticals USA, Inc. ("Teva"), by and through its undersigned counsel, hereby moves this Honorable Court for the entry of a Protective Order staying the depositions of seven Teva employees and former employees (the "Teva Personnel") until January 31, 2020. The factual and legal basis for this motion are set forth more fully in the accompanying Memorandum of Law.

Pursuant to Local Rule 7.1(f), Teva respectfully requests oral argument on this Motion.

**PUBLIC VERSION – FILED WITH REDACTIONS
REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**

Dated: November 30, 2020

Respectfully submitted,

/s/ *Alison Tanchyk*
J. Gordon Cooney, Jr.
John J. Pease III
Alison Tanchyk
William T. McEnroe
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Tel: (215) 963-5000
Fax: (215) 963-5001
jgcooney@morganlewis.com
john.pease@morganlewis.com
alison.tanchyk@morganlewis.com
william.mcenroe@morganlewis.com

Amanda B. Robinson
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel: (202) 739-3000
Fax: (202) 739-3001
amanda.robinson@morganlewis.com

**PUBLIC VERSION – FILED WITH REDACTIONS**
**REDACTED PURSUANT TO MDL 2724 PROTECTIVE ORDER**