# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | MDL 2724<br>16-md-2724 |
| **THIS DOCUMENT RELATES TO:**<br><br>*The State of Connecticut, et al. v. Teva Pharmaceuticals USA, Inc., et al.* | HON. CYNTHIA M. RUFE<br><br>Individual Action No.<br><br>19-2407 |

## ORDER

**AND NOW,** this 3rd day of December 2020, upon consideration of the attached Joint Stipulation to a Briefing Schedule, it is hereby **ORDERED** that the Stipulation is **APPROVED**.

**IT IS SO ORDERED.**

                                                **BY THE COURT:**

                                                /s/ Cynthia M. Rufe

                                                **CYNTHIA M. RUFE, J.**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-md-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*The State of Connecticut, et al. v. Teva Pharmaceuticals USA, Inc., et al.* | HON. CYNTHIA M. RUFE<br><br>Civil Action No.<br><br>2:19-cv-02407-CMR |

## JOINT STIPULATION TO A BRIEFING SCHEDULE

Defendants and Plaintiff State Attorneys General hereby agree, subject to the Court's approval, to the following briefing schedule. The deadline for the Plaintiff State Attorneys General to submit responses to Defendants' Motions to Dismiss filed on November 2, 2020 is January 15, 2021. The deadline for Defendants to submit replies is February 26, 2021, and the deadline for the Plaintiff State Attorneys General to submit sur-replies is March 19, 2021.

**IT IS SO STIPULATED.**

Dated: December 2, 2020

| | |
|---|---|
| */s/ W. Joseph Nielsen*<br>W. Joseph Nielsen<br>Assistant Attorney General<br>55 Elm Street<br>P.O. Box 120<br>Hartford, CT 06141-0120<br>Tel: (860) 808-5040<br>Fax: (860) 808-5033<br>Joseph.Nielsen@ct.gov<br><br>*Liaison Counsel for the States* | */s/ Sheron Korpus*<br>Sheron Korpus<br>KASOWITZ BENSON TORRES LLP<br>1633 Broadway<br>New York, NY 10019<br>Tel: (212) 506-1700<br>Fax: (212) 506-1800<br>skorpus@kasowitz.com |

1

*/s/ Devora W. Allon*
Devora W. Allon
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-5967
Fax: (212) 446-6460
devora.allon@kirkland.com

*/s/ Chul Pak*
Chul Pak
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Fl.
New York, NY 10019
Tel: (212) 999-5800
Fax: (212) 999-5899
cpak@wsgr.com

*/s/ Sarah F. Kirkpatrick*
Sarah F. Kirkpatrick
WILLIAMS & CONNOLLY, LLC
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5958
skirkpatrick@wc.com

**Defendants' Liaison Counsel**