IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL NO. 2724 |
| | 16-MD-2724 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | HON. CYNTHIA M. RUFE |

**JOINT PROPOSED AGENDA FOR
DECEMBER 10, 2020 LEADERSHIP STATUS CONFERENCE**

Pursuant to Pretrial Order No. 142 (MDL Doc. No. 1553), Liaison Counsel hereby submit this joint proposed agenda of items to be brought before the Court via videoconference at the Leadership Status Conference scheduled for Thursday, December 10, 2020, at 1:30 pm:

1.  Status of deposition protocols

2.  Status of discovery

3.  Status of Joint Stipulation for a Fourth Case Management Order and related briefing

The Court shall provide videoconference information and related instructions to Liaison Counsel and the Special Masters via email.

Dated: December 3, 2020                              Respectfully submitted:

/s/ Roberta D. Liebenberg                              /s/ Dianne M. Nast
Roberta D. Liebenberg                                  Dianne M. Nast
FINE, KAPLAN AND BLACK, R.P.C.                         NASTLAW LLC
One South Broad Street, 23rd Floor                     1101 Market Street, Suite 2801
Philadelphia, PA 19107                                 Philadelphia, PA 19107
215-567-6565                                           215-923-9300
rliebenberg@finekaplan.com                             dnast@nastlaw.com

**Liaison and Lead Counsel for the
End-Payer Plaintiffs**

**Liaison and Lead Counsel for the
Direct Purchaser Plaintiffs**

| | |
|---|---|
| */s/ W. Joseph Nielsen* | */s/ Jan P. Levine* |
| W. Joseph Nielsen | Jan P. Levine |
| Assistant Attorney General | PEPPER HAMILTON LLP |
| 55 Elm Street | 3000 Two Logan Square |
| P.O. Box 120 | Eighteenth & Arch Streets |
| Hartford, CT 06141-0120 | Philadelphia, PA 19103-2799 |
| Tel: (860)808-5040 | Tel: (215) 981-4000 |
| Fax: (860)808-5033 | Fax: (215) 981-4750 |
| Joseph.Nielsen@ct.gov | levinej@pepperlaw.com |

**Liaison Counsel for the States**

*/s/ William J. Blechman*
William J. Blechman
KENNY NACHWALTER, P.A.
1441 Brickell Avenue
Suite 1100
Miami, FL 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
wblechman@knpa.com

**Liaison Counsel for Direct Action Plaintiffs and Counsel for the Kroger Direct Action Plaintiffs**

*/s/ Sheron Korpus*
Sheron Korpus
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
skorpus@kasowitz.com

*/s/ Devora W. Allon*
Devora W. Allon
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-5967
Fax: (212) 446-6460
devora.allon@kirkland.com

*/s/ Sarah F. Kirkpatrick*
Sarah F. Kirkpatrick
WILLIAMS & CONNOLLY, LLC
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5958
skirkpatrick@wc.com

*/s/ Chul Pak*
Chul Pak
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Fl.
New York, NY 10019
Tel: (212) 999-5800
Fax: (212) 999-5899
cpak@wsgr.com

**Defendants' Liaison Counsel**