IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | HON. CYNTHIA M. RUFE |

**PRETRIAL ORDER NO. 148**
**(CENTRAL ENFORCEMENT OF PRETRIAL SUBPOENAS)**

**AND NOW**, this 7th day of December 2020, upon consideration of the Joint Motion to Permit Centralized Enforcement of Pretrial Subpoenas [MDL Doc. No. 1586], and the Court having determined pursuant to 27 U.S.C. § 1407 that centralizing enforcement of pretrial subpoenas pertaining to the MDL will best promote efficiency and the interests of justice in the MDL, and the Court having made note of similar orders issued by other MDL Courts, it is hereby **ORDERED** that the Motion is **GRANTED** as follows:

1. This Court will centrally enforce all pretrial subpoenas issued as to cases in the MDL, including resolving all pending and future motions to quash pretrial subpoenas.

2. Any objections to or motions to quash such pretrial subpoenas shall be filed in this Court and initially submitted by letter brief to the Special Discovery Master as provided by Pretrial Order Nos. 49 and 68, or as otherwise directed by the Court.

3. Attorneys are permitted to make a limited appearance for the purposes of contesting a pretrial subpoena without being deemed to otherwise consent to the jurisdiction of this Court. As provided by Pretrial Order No. 1, attorneys admitted to practice and in good standing in any United States District Court are admitted *pro hac vice* in this litigation for the

2

purpose of making such a limited appearance, and the requirements of Local Rules 83.2.6 and 83.2.7 are waived and association of local counsel is not required.

4. The Court further orders transfer of existing motions to quash subpoenas, if any, to this Court.

**IT IS SO ORDERED.**

                                                      **BY THE COURT:**

                                                      **/s/ Cynthia M. Rufe**

                                                      _____
                                                      **CYNTHIA M. RUFE, J.**