IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL 2724**<br>**16-MD-2724**<br>**HON. CYNTHIA M. RUFE** |
| **THIS DOCUMENT RELATES TO:**<br>*County of Suffolk v. Actavis Holdco US, Inc.,* **et al.** | **Individual Case No.: 20-4893** |

## ORDER

**AND NOW,** this 11th day of December 2020, upon consideration of the Joint Stipulation between Plaintiff County of Suffolk and Defendant Kavod Pharmaceuticals LLC (f/k/a Rising Pharmaceuticals, Inc.) ("Rising Pharmaceuticals, Inc.") [Doc. No. 23 in Civil Action No. 20-4893], it is hereby **ORDERED** that Plaintiff County of Suffolk's claims against Rising Pharmaceuticals, Inc. (now known as Kavod Pharmaceuticals LLC) are **DISMISSED without prejudice.**

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J**