# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL NO. 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br>*ALL ACTIONS* | HON. CYNTHIA M. RUFE |

**PLAINTIFFS' SUR-REPLY TO DEFENDANT TEVA PHARMACEUTICAL USA, INC.'S REPLY IN FURTHER SUPPORT OF ITS MOTION FOR RECONSIDERATION OF THE COURT'S JULY 13, 2020 MEMORANDUM AND ORDER ON BELLWETHER SELECTION**

Teva's reply brief offers nothing new or noteworthy, and so Plaintiffs rest on their previously filed Response, MDL Doc. 1604. Plaintiffs respectfully request that the Court deny Teva's motion.

Dated: December 16, 2020

By: */s/ Roberta D. Liebenberg*
    Roberta D. Liebenberg
FINE, KAPLAN AND BLACK, R.P.C.
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
215-567-6565
rliebenberg@finekaplan.com

*Lead and Liaison Counsel for the
End-Payer Plaintiffs*

By: */s/ Dianne M. Nast*
    Dianne M. Nast
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, PA 19107
215-923-9300
dnast@nastlaw.com

*Lead and Liaison Counsel for the
Direct Purchaser Plaintiffs*

2

By: */s/ Jonathan W. Cuneo*
    Jonathan W. Cuneo
CUNEO, GILBERT & LADUCA LLP
4725 Wisconsin Ave. NW, Suite 200
Washington, DC  20016
202-789-3960
jonc@cuneolaw.com

*Lead Counsel for the*
*Indirect Reseller Plaintiffs*

By: */s/ William J. Blechman*
William J. Blechman
KENNY NACHWALTER, P.A.
1441 Brickell Avenue, Suite 1100
Miami, Florida  33131
(305) 373-1000
wblechman@knpa.com

*Counsel for the Kroger Direct Actions*
*Plaintiffs and Liaison Counsel for DAPs*

By: */s/ W. Joseph Nielsen*
    W. Joseph Nielsen
Assistant Attorney General
State of Connecticut
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
(860) 808-5040
Joseph.Nielsen@ct.gov

*Liaison Counsel for the States*