IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| | HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO: | |
| *State Attorneys General Litigation* | Civil Action No. 17-3768 |

# ORDER

**AND NOW**, this 18th day of December 2020, it is hereby **ORDERED** that the motions for leave to withdraw the appearances of Amanda Lee and Justin Hazlett as counsel for the State of Indiana [Doc. Nos. 223 and 224 in Civil Action No. 17-3768] are **GRANTED** and the appearances of these attorneys are **WITHDRAWN**. Counsel are reminded that that as long as other counsel remain of record for a party, withdrawal may be effected by filing a notice and leave of court is not required.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**