# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | MDL 2724<br>16-MD-2724 |
| | **HON. CYNTHIA M. RUFE** |
| **THIS DOCUMENT RELATES TO:**<br><br>*ALL ACTIONS* | |

### PRETRIAL ORDER NO. 152
### (ORAL ARGUMENT)

**AND NOW**, this 28th day of December 2020, upon consideration of the letter requests for oral argument, it is hereby **ORDERED** that at the conclusion of the General Status Conference that will be held by videoconference on **January 14, 2021**, the Court will hear oral argument on:

1. The objections to the Second Report and Recommendation of Special Discovery Master Bruce Merenstein; and

2. Teva Pharmaceutical's Motion for Reconsideration of the Court's Memorandum and Order on Bellwether Selection and Motion for Protective Order Temporarily Postponing Depositions of Seven Individuals.

It is further **ORDERED** that Lead and Liaison Counsel shall notify the Court of those attorneys who intend to present argument to the Court no later than one week before the scheduled argument.

It is so **ORDERED.**

BY THE COURT:
/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**