# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
| **THIS DOCUMENT RELATES TO:**<br>*1199 SEIU National Benefit Fund v. Actavis Holdco U.S., Inc.* | CIVIL ACTION NO.<br>19-6011 |

## ORDER

**AND NOW**, this 7th day of January 2021, upon consideration of the End-Payer Plaintiffs' Motion for Leave to Amend Their September 4, 2020 Multi-Drug Complaint [Doc. Nos. 78 and 79 in Civil Action No. 19-6011], to which no timely opposition has been filed, it is hereby **ORDERED** that the Motion is **GRANTED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**