# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL NO. 2724 |
| | 16-MD-2724 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | HON. CYNTHIA M. RUFE |

## JOINT PROPOSED AGENDA FOR
## JANUARY 14, 2021 GENERAL STATUS CONFERENCE

Pursuant to Pretrial Order No. 142 (MDL Doc. No. 1553), Liaison Counsel hereby submit this proposed agenda of items to be brought before the Court via videoconference at the General Status Conference scheduled for Thursday, January 14, 2021, at 1:30 pm:

1. Status of Depositions and Deposition Protocols

2. Oral arguments:

    a. Objections to the Second Report and Recommendation of Special Discovery Master Bruce Merenstein

    b. Teva Pharmaceuticals' Motion for Reconsideration of the Court's Memorandum and Order on Bellwether Selection

    c. Teva Pharmaceuticals' Motion for Protective Order Temporarily Postponing Depositions of Seven Individuals

The State of New York has provided the following conference information for counsel wishing to participate by telephone:

866 394-2346
Code: 659 182 3682#

Dated: January 7, 2021                                   Respectfully submitted:

/s/ *Roberta D. Liebenberg*
Roberta D. Liebenberg
FINE, KAPLAN AND BLACK, R.P.C.
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
215-567-6565
rliebenberg@finekaplan.com

**Liaison and Lead Counsel for the End-Payer Plaintiffs**

/s/ *Dianne M. Nast*
Dianne M. Nast
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, PA 19107
215-923-9300
dnast@nastlaw.com

**Liaison and Lead Counsel for the Direct Purchaser Plaintiffs**

/s/ *W. Joseph Nielsen*
W. Joseph Nielsen
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel: (860)808-5040
Fax: (860)808-5033
Joseph.Nielsen@ct.gov

**Liaison Counsel for the States**

/s/ *Jan P. Levine*
Jan P. Levine
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Tel: (215) 981-4000
Fax: (215) 981-4750
levinej@pepperlaw.com

/s/ *Sheron Korpus*
Sheron Korpus
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
skorpus@kasowitz.com

/s/ *William J. Blechman*
William J. Blechman
KENNY NACHWALTER, P.A.
1441 Brickell Avenue
Suite 1100
Miami, FL 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
wblechman@knpa.com

**Liaison Counsel for Direct Action Plaintiffs and Counsel for the Kroger Direct Action Plaintiffs**

/s/ *Devora W. Allon*
Devora W. Allon
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-5967
Fax: (212) 446-6460
devora.allon@kirkland.com

        */s/ Sarah F. Kirkpatrick*
        Sarah F. Kirkpatrick
        WILLIAMS & CONNOLLY, LLC
        725 Twelfth Street, N.W.
        Washington, D.C. 20005
        Tel: (202) 434-5958
        skirkpatrick@wc.com

        */s/ Chul Pak*
        Chul Pak
        WILSON SONSINI GOODRICH & ROSATI
        Professional Corporation
        1301 Avenue of the Americas, 40th Fl.
        New York, NY 10019
        Tel: (212) 999-5800
        Fax: (212) 999-5899
        cpak@wsgr.com

        **Defendants' Liaison Counsel**