IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | MDL 2724<br>16-MD-2724 |
| **THIS DOCUMENT RELATES TO:**<br>*State of Connecticut, et al. v. Sandoz, Inc., et al.* | **HON. CYNTHIA M. RUFE**<br>Civil Action No. 20-3539 |

## ORDER

**AND NOW**, this 13th day of January 2021, upon consideration of the Plaintiff States' Motion to Unseal Redacted Information in the Plaintiff States' Complaint [Doc. No. 25 in Civil Action No. 20-3539], and no timely oppositions having been filed by the deadline established by Rule 7.1 of the Eastern District of Pennsylvania's Local Rules of Civil Procedure, it is hereby **ORDERED** that the Motion is **GRANTED** as unopposed. The Clerk is directed to **UNSEAL** the Unredacted Complaint [Doc. No. 2 in Civil Action No. 20-3539].

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**