# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL No. 2724<br>Case No. 2:16-MD-02724 |
| THIS DOCUMENT RELATES TO:<br>*ALL ACTIONS* | Hon. Cynthia M. Rufe |

## NOTICE OF *EX PARTE*, *IN CAMERA* FILING

Intervenor United States of America hereby provides notice of the *ex parte*, *in camera* filing of the Declaration of Ryan Danks, which will be delivered to chambers today.

Dated: February 4, 2021

                                                     Respectfully submitted,

/s/ *Catherine S. Montezuma*
Catherine S. Montezuma
U.S. Department of Justice
Antitrust Division
450 Fifth Street Northwest
Washington, DC 20530
(202) 377-9624
catherine.montezuma@usdoj.gov

*Counsel for Intervenor United States of America*

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 4, 2021, I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access this filing through the Court's system, and notice of this filing will be sent to these parties by operation of the Court's electronic filing system.

      Respectfully submitted,

/s/ *Catherine S. Montezuma*
Catherine S. Montezuma
U.S. Department of Justice
Antitrust Division
450 Fifth Street Northwest
Washington, DC 20530
(202) 377-9624
catherine.montezuma@usdoj.gov

*Counsel for Intervenor United States of America*