## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL No. 2724<br>16-MD-2724<br><br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | |

### CERTIFICATE OF SERVICE

    I hereby certify that on February 5, 2021 I caused a copy of Plaintiffs' Response in Opposition to Teva's Motion to Extend Stay and Stay Depositions of Three Additional Individuals (ECF No. 1672) on all counsel of record via the Court's CM/ECF system.

                                                 */s/ Michael Schwalbert*
                                                 Michael Schwalbert
                                                 Counsel for Plaintiff State of Missouri