IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL 2724**<br>**16-MD-2724** |
| **THIS DOCUMENT RELATES TO:**<br><br>*Rite Aid Corporation and Rite Aid Hdqtrs. Corp. v. Actavis Holdco U.S., Inc., et al.,* 20-cv-03367<br><br>*Winn-Dixie Stores, Inc. v. Actavis Holdco U.S., Inc., et al.,* 20-cv-06290<br><br>*Walgreen Company v. Actavis Holdco U.S., Inc., et al.*, 20-cv-06258<br><br>*Molina Healthcare, Inc. v. Actavis Elizabeth, LLC., et al.,* 20-cv-00695<br><br>*Humana Inc. v. Actavis Elizabeth, LLC., et al.,* 19-cv-04862<br><br>*Health Care Service Corp. v. Actavis Elizabeth, LLC., et al.,* 19-cv-05819 | **HON. CYNTHIA M. RUFE** |

**DEFENDANT STRIDES PHARMA, INC.'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Strides Pharma, Inc. ("SPI") discloses that its ultimate parent corporation is Strides Pharma Science Limited, a publicly held company the shares of which are traded on BSE Ltd. under the scrip code 532531 and on the National Stock Exchange of India Ltd. under the scrip code STAR. There are no publicly traded companies between SPI and Strides Pharma Science Limited.

Date: February 8, 2021                                Respectfully submitted,

                                                                    */s/ Douglas Tween*

        Douglas Tween
        LINKLATERS LLP
        1290 Avenue of the Americas
        New York, N.Y. 10104
        (212) 903-9072
        douglas.tween@linklaters.com

        *Attorney for Defendant Strides Pharma, Inc.*

3

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Defendant Strides Pharma, Inc. Rule 7.1 Corporate Disclosure Statement was served on February 8, 2021 by the Court's electronic filing system to all counsel of record in the above-captioned action.

/s/ *Douglas Tween*