# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL 2724**<br>**16-MD-2724** |
| | **HON. CYNTHIA M. RUFE** |
| **THIS DOCUMENT RELATES TO:** | |
| *ALL ACTIONS* | |

**PRETRIAL ORDER NO. 154**
**(VACATING PRETRIAL ORDER NO. 132)**

**AND NOW**, this 9th day of February 2021, upon consideration of Teva's Motion for Reconsideration and the responses and replies and related filings, and after oral argument and for the reasons stated above, it is hereby **ORDERED** that:

1. The Motions to Seal related to bellwether and reconsideration thereof [Doc. Nos. 1292, 1332, 1351, 1382, 1592, 1602, and 1623] are **GRANTED** as the parties have identified a compelling, countervailing private interest outweighing the public's interest in access.

2. Teva's Motion for Clarification [Doc. No. 1479] is **DISMISSED AS MOOT**.

3. Teva's Motion for Reconsideration [Doc. Nos. 1578, 1594] is **GRANTED**. Pretrial Order No. 132 is **VACATED**.

4. The Court will discuss the procedure for any additional abbreviated briefing on the revised bellwether selection at the Leadership Status Conference on February 11, 2021.

It is so **ORDERED**.

**BY THE COURT:**
**/s/ Cynthia M. Rufe**
_____
**CYNTHIA M. RUFE, J.**