IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | MDL 2724<br>16-MD-2724 |
| **THIS DOCUMENT RELATES TO:**<br><br>*ALL ACTIONS* | **HON. CYNTHIA M. RUFE** |

**PRETRIAL ORDER NO. 157**
**(BRIEFING ON REVISED BELLWETHER SELECTION)**

**AND NOW**, this 12th day of February 2021, and the Court having vacated the previous bellwether case selection, it is hereby **ORDERED** that if the parties are unable to agree upon bellwether cases, the parties shall file memoranda of law as follows:

1. Memoranda proposing the bellwether cases shall be filed no later than **March 1, 2021**, and shall not exceed **25 pages**.

2. Responses shall be filed no later than **March 15, 2021**, and shall not exceed **25 pages**.

3. Replies may be filed no later than **March 29, 2021**, and shall not exceed **15 pages**.

It is so **ORDERED**.

BY THE COURT:

/s/Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**