IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | HON. CYNTHIA M. RUFE |

## ORDER

**AND NOW**, this 26th day of February 2021, upon consideration of Special Master David H. Marion's Fifth Report and Recommendation to the Parties and Honorable Cynthia M. Rufe Regarding Defendants' Motion to Compel Discovery from the State of California [MDL Doc. No. 1677], and no timely objections thereto having been filed by the February 22, 2021 deadline established by Pretrial Order No. 49, it is hereby **ORDERED** that the Fifth Report and Recommendation is **APPROVED and ADOPTED** and to the extent that the California Office of Attorney General ("CA OAG") and Defendants have not already followed the recommendation, it is hereby **ORDERED** that:

1. On or before **March 5, 2021**, CA OAG will confirm that it has made a good faith disclosure of all documents and information reasonably requested by defendants, or will have done so by **March 12, 2021**.

2. On or before **March 15, 2021**, Defendants will notify CA OAG of any claimed deficiencies in its disclosures and provide a period of 10 days for CA OAG to cure such deficiencies.

2

3.  On or before **March 20, 2021**, Defendants may submit an application for (a)

    sanctions in the form of preclusion of use of any non-produced documents, supported

    by a showing of how Defendants have been prejudiced thereby, and that such

    documents are not already available to Defendants from other sources; and (b) an

    award of attorney's fees, again upon a showing of good cause therefore, and a

    documentation of the amounts thereof.  Any such application is referred to Special

    Master Marion for a report and recommendation.

It is so **ORDERED**.

                                                    BY THE COURT:

                                                    **/s/ Cynthia M. Rufe**

                                                    _____

                                                    **CYNTHIA M. RUFE, J.**