IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | MDL NO. 2724<br>Case No. 16-md-2724<br>HON. CYNTHIA M. RUFE |
| **THIS DOCUMENT RELATES TO:**<br><br>*State of Connecticut v. Teva Pharmaceuticals USA, Inc.* | Civil Action No. 19-cv-2407 |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Pursuant to Paragraph 7 of Pretrial Order No. 1 (No. 16-md-2724, ECF No. 2) and Paragraph 12 of Pretrial Order No. 33 (No. 16-md-2724, ECF No. 431), please enter the appearance of Joshua J. Minkler of Barnes & Thornburg LLP on behalf of Defendant Nisha Patel in the above-captioned matter.

March 1, 2021

Respectfully submitted,

By: */s/ Joshua J. Minkler*
Joshua J. Minkler
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Tel: (317) 236-1313
Fax: (317) 231-7433
joshua.minkler@btlaw.com

*Counsel for Defendant Nisha Patel*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Notice of Appearance was served on March 1, 2021 via the Court's electronic filing system on all counsel of record in the above-captioned action.

By: */s/ Joshua J. Minkler*
Joshua J. Minkler