**REDACTED – PUBLIC VERSION**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br>*ALL ACTIONS* | HON. CYNTHIA M. RUFE |

**CERTAIN DEFENDANTS' SUBMISSION PURSUANT TO PTO NO. 157
<u>CONCERNING REVISED BELLWETHER SELECTION</u>**

REDACTED – PUBLIC VERSION

## **TABLE OF CONTENTS**

**PRELIMINARY STATEMENT** ................................................................................................ 1

**BACKGROUND** ........................................................................................................................ 2

**ARGUMENT** .............................................................................................................................. 3

    I.    The Heritage-Centric Action Is the Only Appropriate State Plaintiff Bellwether    3

        *(a)*    *The Heritage-Centric Action Will Be Least Impacted by the Pending Criminal Proceedings*................................................................................................................... 3

        *(b)*    *The Heritage-Centric Action Involves a More Manageable Number of Products and Includes Some of the Largest Defendants in the MDL* ............................................ 4

        *(c)*    *The Heritage-Centric Action is the Most Procedurally Advanced* .............................. 5

        *(d)*    *Heritage Favors the Heritage-Centric Action* ............................................................. 5

**CONCLUSION** ........................................................................................................................... 6

**REDACTED – PUBLIC VERSION**

The undersigned Defendants ("Defendants") respectfully submit this memorandum pursuant to Pretrial Orders Nos. 154 and 157, and the Court's memorandum opinion of February 9, 2021 (the "February 9 Opinion"), granting Defendant Teva Pharmaceuticals USA, Inc.'s ("Teva") motion for reconsideration and vacating Pretrial Order No. 132 on the selection of bellwether cases.[1]

**PRELIMINARY STATEMENT**

In its February 9, 2021 Opinion, the Court stated that the State Plaintiffs' Heritage-Centric action "is an appropriate choice for a bellwether." (February 9 Opinion at 4.) The undersigned Defendants agree.

The State Plaintiffs' Heritage-Centric action (the "Heritage-Centric action") is the only choice of the three so-called "overarching" cases filed by the State Plaintiffs to effectively and efficiently advance this litigation and provide guidance for other cases in this MDL. That is because the Heritage-Centric action:

- involves a substantial (but more manageable) number or products—critically, *none* of which are products included in the Teva Indictment (defined below), whereas both the State Plaintiffs' Teva-Centric action and the action the State Plaintiffs filed on June 10, 2020 (the "Dermatology action")[2] involve indictment products.[3]

---

[1] Nothing herein should be construed as a waiver of the right of any Defendant to seek remand in respect of any case transferred into this Court for consolidated pre-trial proceedings under 28 U. S. C. § 1407(a).

[2] *The State of Connecticut, et al. v. Sandoz, Inc., et al.*, Civil Action No. 2:20-cv-03539 (E.D. Pa. June 10, 2020), ECF No. 1.

[3] Accordingly, for similar reasons as those at the center of the Court's February 9 Opinion removing the Teva-Centric action as a bellwether, the Dermatology action is inappropriate as a bellwether case.

- comprises a representative mix of large and small corporate Defendants as well as individual Defendants—none of the individual Defendants is indicted ▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇; and

- is by far the most procedurally advanced of the State Plaintiffs' actions as motions to dismiss have been briefed and in certain instances decided, and Defendants have substantially completed production of documents and data concerning the claims in that action[4]—none of those material advancements can be said of the Dermatology action.[5]

Finally, Heritage Pharmaceuticals, Inc. ("Heritage")—the focus of the Heritage-Centric action—favors moving forward with the Heritage-Centric action and does not face the same prejudice issues raised in Teva's motion for reconsideration.

For these reasons, and as explained further below, the undersigned Defendants respectfully request that the Court confirm its decision that the Heritage-Centric action is the appropriate choice as a bellwether.[6]

## BACKGROUND

On July 13, 2020, the Court entered PTO No. 132, which selected as bellwethers the State Plaintiffs' Teva-Centric action, as well as the DPPs' and EPPs' Clobetasol, Clomipramine and Pravastatin individual drug cases. Thereafter, on August 25, 2020, Teva was charged in a

---

[4] State Plaintiffs have not completed their productions for any of their cases.

[5] The parties are engaging in good-faith negotiations regarding the scope of document production in the Dermatology action and anticipate completing those negotiations shortly.

[6] This statement does not address the DPP and EPP Clomipramine and Clobetasol actions that were identified as appropriate bellwethers but not specifically addressed in the Court's February 9 Opinion. Defendants and counsel for DPPs and EPPs have since met and conferred and were able to reach agreement as to the DPP and EPP bellwethers, as reflected in a joint stipulation submitted to the Court earlier today.

three-count indictment brought by the DOJ Antitrust Division.  *See United States v. Teva Pharmaceuticals, USA, Inc. and Glenmark Pharmaceuticals Inc., USA*, No. 20-CR-00200-RBS, ECF 28 (E.D. Pa. Aug. 25, 2020) (the "Teva Indictment").[7]  The Teva Indictment refers to the following 14 products:  (1) Carbamazepine Tablets; (2) Carbamazepine Chews; (3) Clotrimazole Topical Solution; (4) Etodolac IR; (5) Etodolac ER; (6) Fluocinonide Cream; (7) Fluocinonide Emollient Cream; (8) Fluocinonide Gel; (9) Fluocinonide Ointment; (10) Nadolol; (11) Pravastatin; (12) Temozolomide; (13) Tobramycin; and (14) Warfarin.  Significantly, *none* of these indictment products are at issue in the Heritage-Centric action.  By contrast, certain of these indictment products are at issue in both the State Plaintiffs' Teva-Centric and Dermatology "overarching conspiracy" actions.

On November 3, 2020, Teva moved for reconsideration of the Court's bellwether selection on the grounds that the criminal proceedings would impede progress of the Teva-Centric and Pravastatin cases, and as a result, the MDL in general, and would prejudice Teva.  Following oral argument, on February 9, 2021, the Court issued a memorandum and order granting the motion for reconsideration, vacating PTO No. 132, and noting that the Heritage-Centric case would provide an "appropriate choice for a bellwether."  (February 9 Opinion at 4.)

## ARGUMENT

**I.   The Heritage-Centric Action Is the Only Appropriate State Plaintiff Bellwether**

*(a)   The Heritage-Centric Action Will Be Least Impacted by the Pending Criminal Proceedings*

In its February 9, 2021 Opinion, the Court reconsidered its selection of the Pravastatin

---

[7] Defendant Glenmark Pharmaceuticals Inc., USA ("Glenmark") was charged with antitrust violations with respect to Pravastatin via information on June 30, 2020 and indicted on July 14, 2020.  The DOJ filed a Second Superseding Indictment on August 25, 2020, which also charged Teva with antitrust violations with respect to Pravastatin and other drugs.

3

and Teva-Centric actions because the DOJ's criminal proceedings raised "due process concerns" given the "risk of delay and of scheduling conflicts with the criminal case." (February 9 Opinion at 3-4.) Moving forward with the Heritage-Centric action will not raise these potential prejudice and due process concerns. First, that case involves none of the 14 products included in the Teva Indictment (or any other pending indictment). By contrast, three of these products are at issue in the Dermatology action.

Second, no individual Defendant in the Heritage-Centric action has been indicted and so proceeding with the Heritage-Centric action does not present the same issues as the Teva-Centric action. (*See* Defs. Objection to Marion Bellwether R&R 11 n.20, ECF No. 1296; Defs. Reply ISO Objection to Marion Bellwether R&R 11, ECF No. 1353.) By contrast, the Dermatology action concerns an individual Defendant who has been indicted. ████████████████ ████████████████████████████, thereby reducing any delay that will be caused ████████████████. (*See* Defs. Objection to Marion R&R 3, ECF No. 1296; Defs. Reply ISO Objection to Marion Bellwether R&R 7, ECF No. 1353; Defs. Supplemental Submission ISO Objection to Marion Bellwether R&R 3, ECF No. 1384.) And, while Teva is a Defendant in the Heritage-Centric action, it is not a central focus. (*See* February 9 Opinion at 3.) There are also fewer current and former Teva employees who are identified in that complaint, as compared with the State Plaintiffs' other two complaints.

> (b)   *The Heritage-Centric Action Involves a More Manageable Number of Products and Includes Some of the Largest Defendants in the MDL*

Litigation concerning the 15 products in the Heritage-Centric action will be sufficient to test the State Plaintiffs' "overarching conspiracy" theory, without having so many as to render the litigation unwieldy and inefficient. The same cannot be said for the Dermatology action, which involves 83 products.

The Heritage-Centric action also involves an appropriate mix of large and small corporate Defendants, as well as two individual defendants. And among the manufacturer Defendants in that case are some of the largest in the MDL each of which would thus have a significant stake in the outcome of the bellwether case. (*See* Pls. Opp'n to Teva's Motion for Reconsideration, ECF No. 1603, at 13 ("[I]t remains essential that the largest and most representative Plaintiffs and Defendants have significant stakes in the bellwethers.").)

*(c)     The Heritage-Centric Action is the Most Procedurally Advanced*

The Heritage-Centric action has been at the center of this MDL for almost three years since the State Plaintiffs filed their consolidated amended complaint on June 15, 2018. As a result, it is significantly more advanced than any case filed by the State Plaintiffs.

The Court already ruled on a joint motion to dismiss the overarching conspiracy claims in the Heritage-Centric action, and the remaining motions to dismiss are fully briefed. In addition, Defendants substantially completed their productions of documents and transactional data relevant to the Heritage-Centric action. In contrast, Defendants have not yet had the opportunity to test the Dermatology complaint's allegations in motions to dismiss, and Defendants' productions and certain negotiations about the scope of the discovery related to the Dermatology complaint are ongoing. Thus, the selection of the Dermatology action as a bellwether would set the case back many months.

*(d)     Heritage Favors the Heritage-Centric Action*

Heritage continues to advocate for the selection of the State Plaintiffs' Heritage-Centric action as a bellwether. (*See generally* Heritage Objection to Marion 3d R&R, ECF No. 1294-2.)

**REDACTED - PUBLIC VERSION**

Heritage does so despite having entered into a deferred prosecution agreement with respect to one product that is a significant part of the Heritage-Centric action.

## **CONCLUSION**

For the reasons set forth above, the undersigned Defendants respectfully request that the Court select the Heritage-Centric case as a bellwether. As the Court noted in granting Teva's reconsideration motion, the Heritage-Centric action is an appropriate bellwether choice, given (among other things) unlike the Dermatology action, it does not concern any of the products referred to in the Teva Indictment and does not name any individual Defendant who has been criminally indicted.

**NON-PUBLIC VERSION - MDL 2724 – FILED UNDER SEAL
OUTSIDE COUNSEL EYES ONLY - SUBJECT TO PTO NO. 53**

Dated: March 1, 2021

Respectfully submitted,

KASOWITZ BENSON TORRES LLP

/s/ Sheron Korpus
Sheron Korpus
Seth A. Moskowitz
Seth Davis
David M. Max
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800
skorpus@kasowitz.com
smoskowitz@kasowitz.com
sdavis@kasowitz.com
dmax@kasowitz.com

*Attorneys for Defendants Actavis Elizabeth, LLC, Actavis Holdco U.S., Inc., and Actavis Pharma, Inc.*


/s/ Raymond A. Jacobson, Jr.
Raymond A. Jacobsen, Jr.
Paul M. Thompson (Pa. Bar No. 82017)
Lisa (Peterson) Rumin
McDermott Will & Emery LLP
500 North Capitol Street, NW
Washington, D.C. 20001
Telephone: (202) 756-8000
rayjacobsen@mwe.com
pthompson@mwe.com
lrumin@mwe.com

Nicole L. Castle
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173
Telephone: (212) 547-5400
ncastle@mwe.com

*Counsel for Defendants Amneal Pharmaceuticals, Inc., Amneal Pharmaceuticals LLC, and Impax Laboratories, Inc (n/k/a Impax Laboratories, LLC)*


/s/ James W. Matthews
James W. Matthews
Katy E. Koski
John F. Nagle
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, Massachusetts 02199
Tel: (617) 342-4000
Fax: (617) 342-4001
jmatthews@foley.com
kkoski@foley.com
jnagle@foley.com

James T. McKeown
Elizabeth A. N. Haas
Kate E. Gehl
FOLEY & LARDNER LLP
777 E. Wisconsin Avenue
Milwaukee, WI 53202
Tel: (414) 271-2400
Fax: (414) 297-4900
jmckeown@foley.com
ehaas@foley.com
kgehl@foley.com

Steven F. Cherry
April N. Williams
Claire Bergeron
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Tel: (202) 663-6000
Fax: (202) 663-6363
steven.cherry@wilmerhale.com

NON-PUBLIC VERSION - MDL 2724 – FILED UNDER SEAL
OUTSIDE COUNSEL EYES ONLY - SUBJECT TO PTO NO. 53

april.williams@wilmerhale.com
claire.bergeron@wilmerhale.com

Terry M. Henry
Melanie S. Carter
BLANK ROME LLP
One Logan Square
130 North 18th Street
Philadelphia, PA  19103
Tel:  (215) 569-5644
Fax:  (215) 832-5644
THenry@blankrome.com
MCarter@blankrome.com

*Counsel for Defendant Apotex Corp.*


/s/ *Wayne A. Mack*
Wayne A. Mack
Sean P. McConnell
Sarah O'Laughlin Kulik
DUANE MORRIS LLP
30 S. 17th Street
Philadelphia, PA 19103
Tel: (215) 979-1152
wamack@duanemorris.com
spmcconnell@duanemorris.com
sckulik@duanemorris.com

*Counsel for Aurobindo Pharma USA, Inc.*


*/s/ Roger B. Kaplan*
Roger B. Kaplan
Jason Kislin
Aaron Van Nostrand
GREENBERG TRAURIG, LLP
500 Campus Drive, Suite 400
Florham Park, NJ 07931
Tel: (973) 360-7900
Fax: (973) 295-1257
kaplanr@gtlaw.com
kislinj@gtlaw.com
vannostranda@gtlaw.com

Brian T. Feeney
GREENBERG TRAURIG, LLP
1717 Arch Street, Suite 400
Philadelphia, PA 19103
Tel: (215) 988-7812
Fax: (215) 717-5265
feeneyb@gtlaw.com

*Counsel for Defendant*
*Dr. Reddy's Laboratories, Inc.*


*/s/ Steven A. Reed*
Steven A. Reed
R. Brendan Fee
Melina R. DiMattio
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: +1.215.963.5000
Facsimile: +1.215.963.5001
steven.reed@morganlewis.com
brendan.fee@morganlewis.com
melina.dimattio@morganlewis.com

Wendy West Feinstein
MORGAN, LEWIS & BOCKIUS LLP
One Oxford Centre
Thirty-Second Floor
Pittsburgh, PA 15219-6401
Telephone: +1.412.560.7455
Facsimile: +1.412.560.7001
wendy.feinstein@morganlewis.com

*Counsel for Defendant*
*Glenmark Pharmaceuticals Inc., USA*


*/s/ Marguerite M. Sullivan*
Marguerite M. Sullivan (*pro hac vice*)
Latham & Watkins LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C., 20004
(202)-637-2200
marguerite.sullivan@lw.com

NON-PUBLIC VERSION - MDL 2724 – FILED UNDER SEAL
OUTSIDE COUNSEL EYES ONLY - SUBJECT TO PTO NO. 53

Anna M. Rathbun (*pro hac vice*)
Latham & Watkins LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C., 20004
(202)-637-2200
anna.rathbun@lw.com

*Attorneys for Defendant*
*G&W Laboratories, Inc.*


*/s/ Gerald E. Arth*
Gerald E. Arth
Ryan T. Becker
Nathan M. Buchter
FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103
Tel.: (215) 299-2000
Fax: (215) 299-2150
garth@foxrothschild.com
rbecker@foxrothschild.com
nbuchter@foxrothschild.com

George G. Gordon
Julia Chapman
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104-2808
Tel.: (215) 994-2382
Fax: (215) 655-2240
george.gordon@dechert.com
julia.chapman@dechert.com

*Counsel for Lannett Company, Inc*.


*/s/ Leiv Blad*
Leiv Blad
Zarema Jaramillo
Meg Slachetka
**LOWENSTEIN SANDLER LLP**
2200 Pennsylvania Avenue
Washington, DC 20037
Tel.: (202) 753-3800
Fax: (202) 753-3838

lblad@lowenstein.com
zjaramillo@lowenstein.com
mslachetka@lowenstein.com

*Counsel for Defendants*
*Lupin Pharmaceuticals, Inc. and David Berthold*


/s/ Chul Pak
Chul Pak
**WILSON SONSINI GOODRICH & ROSATI, PC**
1301 Avenue of the Americas 40th Floor
New York, NY 10019
Tel: (212) 497-7726
Fax: (212) 999-5899
cpak@wsgr.com

Seth C. Silber
Jeffrey C. Bank
**WILSON SONSINI GOODRICH & ROSATI, PC**
1700 K Street, NW Fifth Floor
Washington, DC 20006
Tel: (202) 973-8824
Fax: (202) 973-8899
ssilber@wsgr.com
jbank@wsgr.com

Adam K. Levin
Benjamin F. Holt
Justin W. Bernick
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, D.C. 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
adam.levin@hoganlovells.com
benjamin.holt@hoganlovells.com
justin.bernick@hoganlovells.com

*Counsel for Defendants Mylan Inc., Mylan Pharmaceuticals, Inc., UDL Laboratories, Inc., and Mylan N.V.*

NON-PUBLIC VERSION - MDL 2724 – FILED UNDER SEAL
OUTSIDE COUNSEL EYES ONLY - SUBJECT TO PTO NO. 53

*/s/ Robin D. Adelstein*
NORTON ROSE FULBRIGHT US LLP
Robin D. Adelstein
Mark A. Robertson
1301 Avenue of the Americas
New York, NY 10019-6022
Tel.: 212-318-3000
robin.adelstein@nortonrosefulbright.com
mark.robertson@nortonrosefulbright.com

*Attorneys for Defendants Oceanside Pharmaceuticals, Inc., Bausch Health Americas, Inc. (formerly known as Valeant Pharmaceuticals International), and Bausch Health US, LLC (formerly known as Valeant Pharmaceuticals North America LLC)*


*/s/ John E. Schmidtlein*
John E. Schmidtlein
Sarah F. Kirkpatrick
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile:  (202) 434-5029
jschmidtlein@wc.com
skirkpatrick@wc.com

*Counsel for Defendants Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc.*


*/s/ J. Clayton Everett, Jr.*
Scott A. Stempel
J. Clayton Everett, Jr.
Tracey F. Milich
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Phone: (202) 739-3000
Fax: (202) 739-3001
scott.stempel@morganlewis.com
clay.everett@morganlewis.com
tracey.milich@morganlewis.com

Harvey Bartle IV
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Phone: (215) 963-5000
Fax: (215) 963-5001
harvey.bartle@morganlewis.com

*Counsel for Defendant Perrigo New York, Inc.*


/s/ Ilana H. Eisenstein
DLA PIPER LLP (US)
Ilana H. Eisenstein
Ben C. Fabens-Lassen
1650 Market Street, Suite 5000
Philadelphia, PA 19103
Tel: (215) 656-3300
ilana.eisenstein@dlapiper.com
ben.fabens-lassen@dlapiper.com

Edward S. Scheideman
500 Eighth Street, NW
Washington, D.C. 20004
Tel: (202) 799-4000
edward.scheideman@dlapiper.com

*Counsel for Pfizer Inc. and Greenstone LLC*


*/s/ Saul P. Morgenstern*
Saul P. Morgenstern
Margaret A. Rogers
Kathryn L. Rosenberg
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
(212) 836-8000
(212) 836-8689 (fax)
saul.morgenstern@arnoldporter.com
margaret.rogers@arnoldporter.com
kathryn.rosenberg@arnoldporter.com

NON-PUBLIC VERSION - MDL 2724 – FILED UNDER SEAL
OUTSIDE COUNSEL EYES ONLY - SUBJECT TO PTO NO. 53

*/s/ Laura S. Shores*
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, D.C. 20001
(202) 942-5000
(202) 942-5999 (fax)
laura.shores@arnoldporter.com

*Attorneys for Defendants Sandoz Inc. and Fougera Pharmaceuticals Inc.*


*/s/ Erik T. Koons*
John M. Taladay
Erik T. Koons
Stacy L. Turner
Christopher P. Wilson
**BAKER BOTTS LLP**
700 K Street NW
Washington, DC 20001
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
john.taladay@bakerbotts.com
erik.koons@bakerbotts.com
stacy.turner@bakerbotts.com
christopher.wilson@bakerbotts.com

Lauri A. Kavulich
Ann E. Lemmo
**CLARK HILL PLC**
2001 Market St, Suite 2620
Philadelphia, PA 19103
Telephone: (215) 640-8500
Facsimile: (215) 640-8501
lkavulich@clarkhill.com
alemmo@clarkhill.com

Lindsay S. Fouse
**CLARK HILL PLC**
301 Grant St, 14th Floor
Pittsburgh, PA 15219
Telephone: (412) 394-7711
Facsimile: (412) 394-2555
lfouse@clarkhill.com

*Counsel for Defendants Sun Pharmaceutical Industries, Inc., and Taro Pharmaceuticals U.S.A., Inc.*


*/s/ Heather K. McDevitt*
Heather K. McDevitt
Bryan D. Gant
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
Tel.: (212) 819-8200
Fax: (212) 354-8113
hmcdevitt@whitecase.com
bgant@whitecase.com

*Counsel for Defendant Teligent, Inc.*


*/s/ J. Gordon Cooney, Jr.*
J. Gordon Cooney, Jr.
John J. Pease, III
Alison Tanchyk
William T. McEnroe
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103
Tel: (215) 963-5000
Fax: (215) 963-5001
jgcooney@morganlewis.com
john.pease@morganlewis.com
alison.tanchyk@morganlewis.com
william.mcenroe@morganlewis.com

Amanda B. Robinson
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel: (202) 739-3000
Fax: (202) 739-3001
amanda.robinson@morganlewis.com

*Counsel for Defendant Teva Pharmaceuticals USA, Inc.*

NON-PUBLIC VERSION - MDL 2724 – FILED UNDER SEAL
OUTSIDE COUNSEL EYES ONLY - SUBJECT TO PTO NO. 53

*/s/ Devora W. Allon*
Devora W. Allon, P.C.
Jay P. Lefkowitz, P.C.
Alexia R. Brancato
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-6460
devora.allon@kirkland.com
lefkowitz@kirkland.com
alexia.brancato@kirkland.com

*Counsel for Defendant Upsher-Smith Laboratories, LLC*

*/s/ Damon W. Suden*
William A. Escobar
Damon W. Suden
Clifford Katz
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Tel.: 212-808-7800
Fax: 212-808-7987
dsuden@kelleydrye.com

*Counsel for Defendant Wockhardt USA LLC and Morton Grove Pharmaceuticals, Inc.*

*/s/ Jason R. Parish*
Jason R. Parish
Martin J. Amundson
**BUCHANAN INGERSOLL & ROONEY PC**

1700 K Street, NW, Suite 300
Washington, DC 20006
Telephone: (202) 452-7900
Facsimile:  (202) 452-7989
jason.parish@bipc.com
martin.amundson@bipc.com

Bradley Kitlowski
**BUCHANAN INGERSOLL & ROONEY PC**

Union Trust Building
Pittsburgh, PA 15219
Telephone: (412) 562-8800
Facsimile:  (412) 562-1041
bradley.kitlowski@bipc.com

*Counsel for Defendant Zydus Pharmaceuticals (USA) Inc.*

*/s/ G Robert Gage, Jr.*
G. Robert Gage, Jr.
Gage Spencer & Fleming LLP
410 Park Avenue
New York, NY 10022
(212) 768-4900
grgage@gagespencer.com

*Counsel for Defendant Ara Aprahamian*

*/s/ Larry H. Krantz*
Larry H. Krantz
Jerrold L. Steigman
KRANTZ & BERMAN LLP
747 Third Avenue, 32nd Floor
New York, NY 10017
(212) 661-0009
(212) 355-5009 (fax)
lkrantz@krantzberman.com
jsteigman@krantzberman.com

*Counsel for Defendant James Brown*

*/s/ Thomas H. Suddath, Jr.*
Thomas H. Suddath, Jr.
Anne E. Rollins
Thomas P. Reilly
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100

NON-PUBLIC VERSION - MDL 2724 – FILED UNDER SEAL
OUTSIDE COUNSEL EYES ONLY - SUBJECT TO PTO NO. 53

Philadelphia, PA 19103
tsuddath@reedsmith.com
arollins@reedsmith.com
treilly@reedsmith.com

Michael E. Lowenstein
REED SMITH LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
mlowenstein@reedsmith.com

*Counsel for Defendant Maureen Cavanaugh*


*/s/ James A. Backstrom*
James A. Backstrom
**JAMES A. BACKSTROM,
COUNSELLOR**
1515 Market Street, Suite 1200
Philadelphia, PA 19102-1932
Tel: (215) 864-7797
jabber@backstromlaw.com

*Counsel for Defendant Marc Falkin*


*/s/ Robert E. Connolly*
Robert E. Connolly
Law Office of Robert Connolly
301 N. Palm Canyon Ave.
Palm Springs, California 92262
Pennsylvania Bar No. 32341
bob@reconnollylaw.com
(215) 219-4418

*Counsel for James Grauso*


*/s/ Robert E. Welsh, Jr.*
Robert E. Welsh, Jr.
Alexandra Scanlon Kitei
**WELSH & RECKER, P.C.**
306 Walnut Street
Philadelphia, PA 19106
(215) 972-6430

(215) 972-6436 (fax)
rewelsh@welshrecker.com
akitei@welshrecker.com

*Counsel for Defendant Kevin Green*


*/s/ Jeffrey D. Smith*
Jeffrey D. Smith
Alice Bergen
DECOTIIS, FITZPATRICK, COLE &
GIBLIN, LLP
61 South Paramus Road
Paramus, New Jersey 07652
(201) 907-5228
jsmisth@decotiislaw.com
abergen@decotiislaw.com

*Attorneys for Defendant Robin Hatosy*


*/s/ Michael Gerard Considine*
Michael Gerard Considine
Laura Elizabeth Miller
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
(212) 574-1334
considine@sewkis.com
millerl@sewkis.com

*Attorneys for Defendant Jill Nailor*


*/s/ Bradley Love*
Bradley Love
Larry Mackey
Neal Brackett
Alyssa C. Hughes
**BARNES & THORNBURG LLP**
11 South Meridian Street
Indianapolis, IN 46204
(317) 236-1313
bradley.love@btlaw.com
larry.mackey@btlaw.com
neal.brackett@btlaw.com

alyssa.hughes@btlaw.com

*Counsel for Defendant Nisha Patel*


*/s/ Sozi Pedro Tulante*
Sozi Pedro Tulante
Jeffrey J. Masters
Carla G. Graff
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 994-4000
Fax: (215) 994-2222
sozi.tulante@dechert.com
jeffrey.masters@dechert.com
carla.graff@dechert.com

*Attorneys for Defendant David Rekenthaler*


*/s/ David Reichenberg*
David Reichenberg
COZEN O'CONNOR P.C.
277 Park Avenue, 20th Floor
New York, NY 10172
(212) 883-4956
dreichenberg@cozen.com

Stephen A. Miller
Calli Jo Padilla
COZEN O'CONNOR P.C.
1650 Market Street
Suite 2800
Philadelphia, PA 19103
(215) 665-6938
(215) 253-6777 (fax)
samiller@cozen.com
cpadilla@cozen.com

*Attorneys for Defendant Richard Rogerson*

NON-PUBLIC VERSION - MDL 2724 – FILED UNDER SEAL
OUTSIDE COUNSEL EYES ONLY - SUBJECT TO PTO NO. 53

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2021, a copy of the foregoing Certain Defendants' Submission Pursuant to PTO No. 157 Concerning Revised Bellwether Selection was served on counsel of record via the Court's CM/ECF system.

<i>/s/ Erik T. Koons</i><br>
Erik T. Koons