IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL No. 2724<br>16-MD-2724<br><br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br><br>*Connecticut et al. v. Teva Pharmaceuticals USA Inc. Inc., et al.* | Individual Case No. 19-2407 |

**ORDER**

**AND NOW**, this 19th day of March 2021, upon consideration of the attached Stipulation for Plaintiff States to File a Consolidated Sur-Reply with respect to the Separate Motions to Dismiss Filed on November 2, 2020 by Defendants David Berthold, James Brown, Tracy Sullivan DiValerio, Marc Falkin, James Grauso, Konstantin Ostaficiuk, David Rekenthaler, and Richard Rogerson, it is hereby **ORDERED** that the Stipulation is **APPROVED**. With respect to the above Defendants' eight separate Motions to Dismiss filed on November 2, 2020, the States may file a consolidated sur-reply of up to 40 pages.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL No. 2724<br>16-MD-2724<br><br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br><br>*Connecticut et al. v. Teva Pharmaceuticals USA Inc. Inc., et al.* | Civil Action No.<br>2:19-cv-2407-CMR |

**STIPULATION FOR PLAINTIFF STATES TO FILE A CONSOLIDATED
SUR-REPLY WITH RESPECT TO THE SEPARATE MOTIONS TO
DISMISS FILED ON NOVEMBER 2, 2020 BY DEFENDANTS
DAVID BERTHOLD, JAMES BROWN, TRACY SULLIVAN DIVALERIO,
MARC FALKIN, JAMES GRAUSO, KONSTANTIN OSTAFICIUK,
<u>DAVID REKENTHALER, AND RICHARD ROGERSON</u>**

Pursuant to Local Rule 7.4, the undersigned counsel for Plaintiff States and for Defendants David Berthold, James Brown, Tracy Sullivan DiValerio, Marc Falkin, James Grauso, Konstantin Ostaficiuk, David Rekenthaler, and Richard Rogerson hereby stipulate that with respect to the above Defendants' eight separate Motions to Dismiss filed on November 2, 2020, the States may file a consolidated sur-reply of up to 40 pages.

**It is so stipulated.**

1

Dated: March 18, 2021

Respectfully Submitted,

| | |
|---|---|
| PLAINTIFF STATE OF CONECTICUT<br>WILLIAM TONG<br>ATTORNEY GENERAL | PLAINTIFF STATE OF IDAHO<br>LAWRENCE G. WASDEN<br>ATTORNEY GENERAL |

By: */s/ W. Joseph Nielsen*
    W. Joseph Nielsen
    Federal Bar No. ct20415
    Assistant Attorney General
    55 Elm Street
    P.O. Box 120
    Hartford, CT 06141-0120
    Tel: (860) 808-5040
    Fax: (860) 808-5391
    Joseph.Nielsen@ct.gov

**Liaison Counsel for the Plaintiff States**

By: */s/ John K. Olson*
    John K. Olson
    Deputy Attorney General
    Consumer Protection Division
    954 W. Jefferson Street, 2nd Floor
    P.O. Box 83720
    Boise, ID 83720-0010
    Tel: (208) 332-3549
    Fax: (208) 334-4151
    John.Olson@ag.idaho.gov

**Counsel for Plaintiff State of Idaho**

*/s/ Leiv Blad*
Leiv Blad
Lowenstein Sandler LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Tel: (202) 753-3800
lblad@lowenstein.com

**Counsel for Defendant David Berthold**

*/s/ Amy B. Carver*
Amy B. Carver
Welsh & Recker, P.C.
306 Walnut Street
Philadelphia, PA 19106
Tel: (215) 972-6430
abcarver@welshrecker.com

**Counsel for Defendant Tracy Sullivan DiValerio**

*/s/ Larry H. Krantz*
Larry H. Krantz
Krantz & Berman LLP
747 Third Avenue, 32nd Floor
New York, New York 10017
Tel: (212) 661-0009
lkrantz@krantzberman.com

**Counsel for Defendant James Brown**

*/s/ James A. Backstrom*
James A. Backstrom
1515 Market Street, Suite 1200
Philadelphia, PA 19102-1932
Tel: (215) 864-7797
jabber@backstromlaw.com

**Counsel for Defendant Marc Falkin**

3

| | |
|---|---|
| */s/ Robert E. Connolly*<br>Robert E. Connolly<br>Law Office of Robert Connolly<br>301 N. Palm Canyon Dr.<br>Palm Springs, CA 92262<br>Tel: (215) 219-4418<br>bob@reconnollylaw.com<br><br>**Counsel for James Grauso** | */s/ Sozi Pedro Tulante*<br>Sozi Pedro Tulante<br>Dechert LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19104<br>Tel: (215) 994-4000<br>sozi.tulante@dechert.com<br><br>**Counsel for Defendant David Rekenthaler** |
| */s/ David Schertler*<br>David Schertler<br>Schertler Onorato Mead & Sears, LLP<br>901 New York Avenue, N.W.<br>Suite 500 West<br>Washington, DC  20001<br>Tel: (202) 628-4199<br>dschertler@schertlerlaw.com<br><br>**Counsel for Defendant Konstantin Ostaficiuk** | */s/ David Reichenberg*<br>David Reichenberg<br>Cozen O'Connor P.C.<br>277 Park Avenue, 20th Floor<br>New York, NY 10172<br>Tel: (212) 883-4956<br>dreichenberg@cozen.com<br><br>**Counsel for Defendant Richard Rogerson** |