IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-md-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*The State of Connecticut, et al. v. Teva Pharmaceuticals USA, Inc., et al.* | HON. CYNTHIA M. RUFE<br><br>Individual Case No. 19-2407 |

**JOINT STIPULATION TO EXTEND PAGE LIMITATION**

Defendants and State Plaintiffs hereby agree, subject to the Court's approval, to extend the page limitation set forth in Local Rule of Civil Procedure 7.1 to a total of thirty-five (35) pages with respect to the sur-reply memorandum in opposition to Defendants' Joint Motion to Dismiss the Plaintiffs' State-Law Claims, filed November 2, 2020 (Dkt. 192).

**IT IS SO STIPULATED.**

APPROVED and SO ORDERED this 19th day of March 2021:

BY THE COURT

/s/ Cynthia M. Rufe

CYNTHIA M. RUFE, J.

Dated: March 18, 2021

| | |
|---|---|
| */s/ W. Joseph Nielsen* <br> W. Joseph Nielsen <br> Assistant Attorney General <br> 165 Capitol Avenue <br> P.O. Box 120 <br> Hartford, CT 06141-0120 <br> Tel: (860) 808-5040 <br> Fax: (860) 808-5391 <br> Joseph.Nielsen@ct.gov <br><br> **Liaison Counsel for the States** <br><br> */s/ Robert L. Hubbard* <br> Robert L. Hubbard <br> Assistant Attorney General <br> Office of the Attorney General <br> Antitrust Bureau <br> 28 Liberty St., 20th Floor <br> New York, NY 10005 <br> (212) 416-8267 <br> Robert.Hubbard@ag.ny.gov <br><br> **Counsel for State of New York** | */s/ Sheron Korpus* <br> Sheron Korpus <br> KASOWITZ BENSON TORRES LLP <br> 1633 Broadway <br> New York, NY 10019 <br> Tel: (212) 506-1700 <br> Fax: (212) 506-1800 <br> skorpus@kasowitz.com <br><br> */s/ Devora W. Allon* <br> Devora W. Allon <br> KIRKLAND & ELLIS LLP <br> 601 Lexington Avenue <br> New York, NY 10022 <br> Tel: (212) 446-5967 <br> Fax: (212) 446-6460 <br> devora.allon@kirkland.com <br><br> */s/ Chul Pak* <br> Chul Pak <br> WILSON SONSINI GOODRICH & ROSATI <br> Professional Corporation <br> 1301 Avenue of the Americas, 40th Fl. <br> New York, NY 10019 <br> Tel: (212) 999-5800 <br> Fax: (212) 999-5899 <br> cpak@wsgr.com <br><br> */s/ Sarah F. Kirkpatrick* <br> Sarah F. Kirkpatrick <br> WILLIAMS & CONNOLLY, LLC <br> 725 Twelfth Street, N.W. <br> Washington, D.C. 20005 <br> Tel: (202) 434-5958 <br> skirkpatrick@wc.com <br><br> **Defendants' Liaison Counsel** |