**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL 2724** <br> **16-MD-2724** |
| **THIS DOCUMENT RELATES TO:** <br><br> *United HealthCare Services, Inc. v. Sandoz, Inc., et al.* | **HON. CYNTHIA M. RUFE** <br><br> **Individual Case No. 20-6557** |

**ORDER**

**AND NOW**, this 1st day of April 2021, upon consideration of the attached Joint

Stipulation for Filing of Unredacted Version of United HealthCare Services, Inc.'s December 15,

2020 Complaint in the above-referenced action, it is hereby **ORDERED** that the Stipulation is

**APPROVED**.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____

**CYNTHIA M. RUFE, J**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| | HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br><br>*United HealthCare Services, Inc. v. Sandoz, Inc. et al.*, Case No. 2:20-cv-06557-CMR | |

**JOINT STIPULATION FOR FILING OF UNREDACTED VERSION OF**
**UNITED HEALTHCARE SERVICES, INC.'S DECEMBER 15, 2020 COMPLAINT**

WHEREAS, Plaintiff United HealthCare Services, Inc. ("United") filed a Complaint on December 15, 2020, in *United HealthCare Services, Inc. v. Sandoz, Inc.* ("United's December 15, 2020 Complaint"), Case No. 0:20-cv-02543 (D. Minn.), which was transferred by the United States Judicial Panel on Multidistrict Litigation on December 30, 2020 to the Eastern District of Pennsylvania, assigned Civil Action No. 2:20-cv-06557-CMR, and centralized for pretrial proceedings as part of *In re Generic Pharmaceuticals Pricing Antitrust Litigation*, Case No. 16-md-2724-CMR, MDL No. 2724;

WHEREAS, United's December 15, 2020 Complaint was filed in redacted form, including to protect some of the same information redacted from the Plaintiff States' June 10, 2020 Complaint in State of Connecticut et al. v. Sandoz, Inc. et al. (the "Plaintiff States' June 10, 2020 Complaint"), Civil Action No. 2:20-cv-03539-CMR;

WHEREAS, United informed the Court and the parties that it would file the unredacted version of its December 15, 2020 Complaint pursuant to the applicable MDL protective orders and procedures following the completion of the transfer of the action to this Court;

1

WHEREAS, on January 14, 2021, the Court entered an Order granting the Plaintiff States' unopposed Motion to Unseal Redacted Information in the Plaintiff States' June 10, 2020 Complaint (MDL Doc. No. 1652), and on January 27, 2021 the Clerk of the Court accordingly unsealed and placed on the public docket the full and unredacted version of the Plaintiff States' June 10, 2020 Complaint (Doc. No. 2 in Civil Action No. 20-3539);

WHEREAS, the parties have met and conferred concerning the additional redacted information (beyond that in the States' June 10, 2020 Complaint) contained in United's December 15, 2020 Complaint that should remain redacted from public view pursuant to the Protective Orders entered in these proceedings; and

WHEREAS, in light of the above, the Defendants to the action (Sandoz Inc.; Actavis Holdco US, Inc.; Actavis Elizabeth LLC; Actavis Pharma, Inc.; Amneal Pharmaceuticals, Inc.; Amneal Pharmaceuticals LLC; Aurobindo Pharma U.S.A., Inc.; Bausch Health Americas, Inc.; Bausch Health US, LLC; Fougera Pharmaceuticals Inc.; Glenmark Pharmaceuticals Inc., USA; G&W Laboratories, Inc.; Lannett Company, Inc.; Lupin Pharmaceuticals, Inc.; Mylan Inc.; Mylan Pharmaceuticals Inc.; Mylan N.V.; Perrigo New York, Inc.; Sun Pharmaceutical Industries, Inc.; Taro Pharmaceuticals U.S.A., Inc.; Teligent, Inc.; and Wockhardt USA LLC) (collectively, "Defendants") agree that United should be permitted to file new public and sealed versions of its December 15, 2020 Complaint in its respective action, only redacting and sealing select information as substantially narrowed by the parties.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, as follows:

1.     Within 14 days of approval by the Court of this Stipulation, United shall:

a.   file via ECF  a new public version of its December 15, 2020 Complaint in

Civil Action No. 2:20-cv-06557-CMR that un-redacts all previously

redacted information except for select personal identification information

contained at paragraphs 1282-1284 and 1287-1288; and

b.   file under seal a sealed version of its December 15, 2020 Complaint,

indicating in gray transparent highlighting the information in paragraphs

1282-1284 and 1287-1288 that remains redacted in the public version.

2.      The versions of United's December 15, 2020 Complaint to be filed pursuant to
this Stipulation shall not be considered to be amendments to the complaint for any purpose,
including under the Federal Rules of Civil Procedure and the Court's Pretrial Orders.

IT IS SO STIPULATED.

Dated: March 31, 2021

/s/ Judith A. Zahid
Judith A. Zahid
Eric W. Buetzow
ZELLE LLP
555 12th Street, Suite 1230
Oakland, CA 94607
JZahid@zelle.com
ebuetzow@zelle.com

Hamish P.M. Hume
Abby L. Dennis
BOIES SCHILLER FLEXNER LLP
1401 New York Ave, NW
Washington, D.C. 20005
Telephone: (202) 895-7580
hhume@bsfllp.com
adennis@bsfllp.com

Duane L. Loft
BOIES SCHILLER FLEXNER LLP
575 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-2300
dloft@bsfllp.com

**Counsel for United HealthCare Services, Inc.**

/s/ Saul P. Morgenstern
Saul P. Morgenstern
Margaret A. Rogers
Kathryn L. Rosenberg
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
(212) 836-8000
(212) 836-8689 (fax)
saul.morgenstern@arnoldporter.com
margaret.rogers@arnoldporter.com
kathryn.rosenberg@arnoldporter.com

Laura Shores
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, D.C. 20001
(202) 942-5000
(202) 942-5999 (fax)
laura.shores@arnoldporter.com

**Counsel for Sandoz Inc. and Fougera Pharmaceuticals Inc.**

/s/ Sheron Korpus
Sheron Korpus
Seth A. Moskowitz
Seth Davis
David M. Max
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800
skorpus@kasowitz.com
smoskowitz@kasowitz.com
sdavis@kasowitz.com
dmax@kasowitz.com

**Counsel for Actavis Elizabeth, LLC, Actavis Holdco U.S., Inc., and Actavis Pharma, Inc.**

/s/ Raymond A. Jacobson, Jr.
Raymond A. Jacobsen, Jr.
Paul M. Thompson (Pa. Bar No. 82017)
Lisa (Peterson) Rumin
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street, NW
Washington, D.C. 20001
Telephone: (202) 756-8000
rayjacobsen@mwe.com
pthompson@mwe.com
lrumin@mwe.com

Nicole L. Castle
MCDERMOTT WILL & EMERY LLP
340 Madison Avenue
New York, NY 10173
Telephone: (212) 547-5400
ncastle@mwe.com

**_Counsel for Amneal Pharmaceuticals, Inc. And
Amneal Pharmaceuticals LLC_**

/s/ _Wayne A. Mack_
Wayne A. Mack
Sean P. McConnell
Sarah O'Laughlin Kulik
DUANE MORRIS LLP
30 S. 17th Street
Philadelphia, PA 19103
Tel: (215) 979-1152
wamack@duanemorris.com
spmcconnell@duanemorris.com
sckulik@duanemorris.com

**_Counsel for Aurobindo Pharma USA, Inc._**

/s/ _Robin D. Adelstein_
Robin D. Adelstein
Mark A. Robertson
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, NY 10019-6022
Tel.: 212-318-3000
robin.adelstein@nortonrosefulbright.com
mark.robertson@nortonrosefulbright.com

5

***Counsel for Bausch Health Americas, Inc.
(formerly known as Valeant Pharmaceuticals
International), and Bausch Health US, LLC
(formerly known as Valeant Pharmaceuticals
North America LLC)***

*/s/ Steven A. Reed*
Steven A. Reed
R. Brendan Fee
Melina R. DiMattio
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: +1.215.963.5000
Facsimile: +1.215.963.5001
steven.reed@morganlewis.com
brendan.fee@morganlewis.com
melina.dimattio@morganlewis.com

Wendy West Feinstein
MORGAN, LEWIS & BOCKIUS LLP
One Oxford Centre
Thirty-Second Floor
Pittsburgh, PA 15219-6401
Telephone: +1.412.560.7455
Facsimile: +1.412.560.7001
wendy.feinstein@morganlewis.com

***Counsel for Glenmark Pharmaceuticals Inc.,
USA***

*/s/ Marguerite M. Sullivan*
Marguerite M. Sullivan (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C., 20004
(202)-637-2200
marguerite.sullivan@lw.com

Anna M. Rathbun (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C., 20004
(202)-637-2200
anna.rathbun@lw.com

*Counsel for G&W Laboratories, Inc.*

/s/ Gerald E. Arth
Gerald E. Arth
Ryan T. Becker
Nathan M. Buchter
FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103
Tel.: (215) 299-2000
Fax: (215) 299-2150
garth@foxrothschild.com
rbecker@foxrothschild.com
nbuchter@foxrothschild.com

George G. Gordon
Julia Chapman
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104-2808
Tel.: (215) 994-2382
Fax: (215) 655-2240
george.gordon@dechert.com
julia.chapman@dechert.com

*Counsel for Lannett Company, Inc.*

/s/ Leiv Blad
Leiv Blad
Zarema Jaramillo
Meg Slachetka
LOWENSTEIN SANDLER LLP
2200 Pennsylvania Avenue
Washington, DC 20037
Tel.: (202) 753-3800
Fax: (202) 753-3838
lblad@lowenstein.com
zjaramillo@lowenstein.com
mslachetka@lowenstein.com

*Counsel for Lupin Pharmaceuticals, Inc.*

/s/ Chul Pak
Chul Pak
WILSON SONSINI GOODRICH &
ROSATI, PC

7

1301 Avenue of the Americas 40th Floor
New York, NY 10019
Tel: (212) 497-7726
Fax: (212) 999-5899
cpak@wsgr.com

Seth C. Silber
Jeffrey C. Bank
WILSON SONSINI GOODRICH &
ROSATI, PC
1700 K Street, NW Fifth Floor
Washington, DC 20006
Tel: (202) 973-8824
Fax: (202) 973-8899
ssilber@wsgr.com
jbank@wsgr.com

**Counsel for Mylan Inc., Mylan
Pharmaceuticals, Inc., and Mylan N.V.**

/s/ J. Clayton Everett, Jr.
Scott A. Stempel
J. Clayton Everett, Jr.
Tracey F. Milich
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Phone: (202) 739-3000
Fax: (202) 739-3001
scott.stempel@morganlewis.com
clay.everett@morganlewis.com
tracey.milich@morganlewis.com

Harvey Bartle IV
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Phone: (215) 963-5000
Fax: (215) 963-5001
harvey.bartle@morganlewis.com

**Counsel for Perrigo New York, Inc.**

/s/ Erik T. Koons
John M. Taladay
Erik T. Koons
Stacy L. Turner

Christopher P. Wilson
BAKER BOTTS LLP
700 K Street NW
Washington, DC 20001
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
john.taladay@bakerbotts.com
erik.koons@bakerbotts.com
stacy.turner@bakerbotts.com
christopher.wilson@bakerbotts.com

Lauri A. Kavulich
Ann E. Lemmo
CLARK HILL PLC
2001 Market St, Suite 2620
Philadelphia, PA 19103
Telephone: (215) 640-8500
Facsimile: (215) 640-8501
lkavulich@clarkhill.com
alemmo@clarkhill.com

Lindsay S. Fouse
CLARK HILL PLC
301 Grant St, 14th Floor
Pittsburgh, PA 15219
Telephone: (412) 394-7711
Facsimile: (412) 394-2555
lfouse@clarkhill.com

***Counsel for Sun Pharmaceutical Industries, Inc.
and Taro Pharmaceuticals U.S.A., Inc.***

*/s/ Heather K. McDevitt*
Heather K. McDevitt
Bryan D. Gant
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
Tel.: (212) 819-8200
Fax: (212) 354-8113
hmcdevitt@whitecase.com
bgant@whitecase.com

***Counsel for Teligent, Inc.***

9

*/s/ Damon W. Suden*
William A. Escobar
Damon W. Suden
Clifford Katz
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Tel.: 212-808-7800
Fax: 212-808-7987
dsuden@kelleydrye.com

**Counsel for Wockhardt USA LLC**