IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| | HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | |

## ORDER

**AND NOW**, this 19th day of April 2021, upon consideration of the Motion of State Plaintiffs for Leave to File Brief in Response to the Special Master's Supplemental Fifth Report and Recommendation [MDL Doc. No. 1734], and Defendants' response thereto, it is hereby **ORDERED** that the Motion is **GRANTED**[1] as follows:

1. No later than **April 26, 2021**, State Plaintiff may file a brief, not to exceed 10 pages, in response to the Supplemental R&R;
2. No later than **May 5, 2021**, Defendants may file a response.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**

---

[1] By order dated February 26, 2021, the Court approved and adopted Special Master David H. Marion's Fifth Report and Recommendation to the Parties and Honorable Cynthia M. Rufe Regarding Defendants' Motion to Compel Discovery from the State of California [MDL Doc. No. 1677], to which no timely objections had been filed. The Order provided in part that Defendants could submit an application for sanctions no later than March 20, 2021, and that any such application was referred to Special Master Marion for a report and recommendation. On March 22, 2021, Special Master Marion filed a Supplemental Recommendation No. 5 [MDL Doc. No. 1720], recommending that sanctions be imposed upon the State of California and a hearing scheduled to determine the appropriate sanctions. Under PTOs 49 and 163, objections were due no later than April 5, 2021. The State of California timely filed its objections. The other State Plaintiffs have filed a motion seeking an additional seven days to file a 10-page brief in response to the Supplemental R&R, to "address issues . . . that we believe may implicate other states and plaintiffs aside from the State of California." MDL Doc. No. 1734 at 1. Defendants object, but request that if the motion is granted that the Court grant them leave to file respond. The Court will grant the State Plaintiffs' Motion and allow the filing of a brief, which must be limited to the sanctions issue in the Supplemental R&R.