IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL No: 2724<br>16-MD-2724<br><br>HON. CYNTHIA M. RUFE |

NOTICE OF FIRM NAME CHANGE

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that the Joseph Saveri Law Firm, Inc. has changed its name to Joseph Saveri Law Firm, LLP, effective April 13, 2021. The contact information for Steven N. Williams, counsel for Plaintiffs in the above-captioned action, is now:

Steven N. Williams
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1000
San Francisco, CA 94108
Phone: (415) 500-6800
swilliams@saverilawfirm.com

Dated: April 20, 2021

By:     /s/ Steven N. Williams
           Steven N. Williams

Steven N. Williams
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
Email:  swilliams@saverilawfirm.com

*Attorney for Self-Insured Schools of California*

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

Dated: April 20, 2021                    By:   */s/ Steven N. Williams*
                                                Steven N. Williams