April 28, 2021

The Honorable Cynthia M. Rufe
United States District Court
 for the Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street, Suite 12614
Philadelphia, PA

RE:     *In re: Generic Pharmaceuticals Pricing Antitrust Litigation*, MDL No. 2724

Dear Judge Rufe:

Pursuant to Local Rule 7.1, we write to respectfully request that the Court entertain oral argument on (1) *Plaintiff State of California's Objections to Special Master David H. Marion's Supplemental Recommendation No. 5 and Court Order Adopting Same (Dkt. 1698) Relating to Defendants' Application for Sanctions* (Dkt. 1735) and (2) *Plaintiff States' Objections to Special Master Marion's Supplemental Fifth Report and Recommendation* (Dkt. 1756). Full briefing will be submitted to the Court no later than May 10, 2021. As set forth in both Objections, the recommendation by the Special Discovery Master would affect not only California, but all Plaintiff States in this MDL. If the recommendation is adopted, it would have substantial adverse consequences for the management of this MDL, engendering additional discovery disputes, expense, delay, and burden for the parties, non-parties and the Court.

Given the critical importance of the issues presented, California and the State Plaintiffs respectfully request oral argument on their pending Objections.

                                                              Respectfully,

*/s/ Michael D. Battaglia*                                    */s/ Abigail U. Wood*
Michael D. Battaglia                                          Abigail U. Wood
Deputy Attorney General                                       Deputy Attorney General
California Office of the Attorney General                     Pennsylvania Office of Attorney General
455 Golden Gate Avenue, Suite 11000                           Phoenix Building
San Francisco, CA 94102                                       1600 Arch Street
(415) 510-3769                                                Philadelphia, PA 19102
Michael.Battaglia@doj.ca.gov                                  (717) 433-1755
                                                              awood@attorneygeneral.gov

*Attorney for Plaintiff State of California*

                                                              *Attorney for Plaintiff Commonwealth of Pennsylvania*

Hon. Cynthia M. Rufe
April 28, 2021
Page 2

cc: David H. Marion, Esquire (via email)
    Bruce P. Merenstein, Esquire (via email)
    Dan Regard (via email)
    Morgan S. Birch, Esquire (via email)