IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | MDL 2724<br>16-MD-2724<br><br>HON. CYNTHIA M. RUFE |

**PRETRIAL ORDER NO. 170**
**(ORAL ARGUMENT)**

**AND NOW**, this 30th day of April 2021, upon consideration of the request for oral argument [MDL Doc. No. 1757], it is hereby **ORDERED** that at the conclusion of the General Status Conference that will be held be videoconference on **June 10, 2021**, the Court will hear oral argument on the objections to Special Master David H. Marion's Supplemental Recommendation No. 5 [MDL Doc. No 1720].

It is further **ORDERED** that Lead and Liaison Counsel shall notify the Court of those attorneys who intend to present argument to the Court no later than one week before the scheduled argument.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**