**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL No. 2724<br>16-MD-2724<br><br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br>*ALL ACTIONS* | |

**[PROPOSED] ORDER ADOPTING SPECIAL MASTER DAVID H. MARION'S SUPPLEMENTAL RECOMMENDATION NO. 5**

**AND NOW**, this _____ day of _____, 2021, upon consideration of Special Master Marion's Supplemental Recommendation No. 5 (Dkt. 1720), the State of California's Objections (Dkt. 1735), the States' Objections (Dkt. 1756), and all responses and replies thereto, it is hereby **ORDERED** that all objections are **OVERRULED** and the Supplemental Recommendation is **ADOPTED AND APPROVED IN FULL**. It is further **ORDERED** that:

1. California is precluded from relying on any currently existing factual information that it may later attempt to produce, as well as any IQVIA or Analysource data, absent a showing of good cause.

2. California shall reimburse Par Pharmaceutical, Inc. ("Par") for the reasonable attorney's fees incurred by Par in connection with this dispute. Special Master Marion shall conduct a hearing to determine the amount of attorney's fees to which Par is entitled.

It is so **ORDERED.**

**BY THE COURT:**

_____
**HON. CYNTHIA M. RUFE**