IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL NO. 2724 |
| | 16-MD-2724 |
| THIS DOCUMENT RELATES TO: | HON. CYNTHIA M. RUFE |
| ALL ACTIONS | |

**DECLARATION OF BRIAN T. GILMORE, ESQUIRE,
IN SUPPORT OF DEFENDANTS' RESPONSE IN OPPOSITION TO
PLAINTIFF STATES' OBJECTIONS TO SPECIAL MASTER
DAVID H. MARION'S SUPPLEMENTAL RECOMMENDATION NO. 5**

I, BRIAN T. GILMORE, ESQ., hereby declare as follows:

1. I am attorney at the law firm of Williams & Connolly LLP. I am one of the counsel of record in the above-captioned action representing Defendant Par Pharmaceutical, Inc. ("Par"). I submit this declaration in support of Defendants' Response in Opposition to the States' Objections to Special Master Marion's Supplemental Recommendation No. 5.

2. Attached as Exhibit 1 is a true and correct copy of email communications between Rhode Island and Defendants dated August 12, 2020 through March 26, 2021.

\* \* \*

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: Washington, DC
May 5, 2021

_____
Brian T. Gilmore, Esq.