# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724 |
| THIS DOCUMENT RELATES TO: | 16-MD-2724 |
| *ALL ACTIONS* | HON. CYNTHIA M. RUFE |

## [PROPOSED] ORDER

**AND NOW**, this     day of    , 2021, upon consideration of the Special Master's Sixth Report & Recommendation, ECF 1751, and New York's Objections to that Report & Recommendation filed by the State of New York and the briefing in response thereto, it is hereby **ORDERED** and **DECREED** that the Special Master's Sixth Report & Recommendation is **REJECTED** and Defendants' motion to compel the New York Attorney General to identify custodians from New York State agencies is **DENIED**.

It is so **ORDERED**.

**BY THE COURT:**

_____

**CYNTHIA M. RUFE, J.**