IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL No. 2724<br>16-MD-2724<br><br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br>*ALL ACTIONS* | |

**[PROPOSED] ORDER ADOPTING SPECIAL MASTER DAVID H. MARION'S
SIXTH REPORT AND RECOMMENDATION**

**AND NOW**, this _____ day of _____, 2021, upon consideration of Special Master Marion's Report and Recommendation No. 6 (Dkt. 1751), the State of New York's Objections (Dkt. 1764), and all responses and replies thereto, it is hereby **ORDERED** that all objections are **OVERRULED** and the Report and Recommendation is **ADOPTED AND APPROVED IN FULL**. It is further **ORDERED** that:

1. Upon consideration of Certain Defendants' Motion to Compel, the State of New York's responses thereto, and Special Master David H. Marion's Sixth Report and Recommendation (R&R), it is hereby ordered that said R&R is approved as set forth herein.

2. Plaintiff State of New York, within fourteen (14) days from the date of this Order, shall disclose to the Defendants, in accordance with PTO No. 95: (1) Potential Custodians to be designated as Agreed Custodians; and (2) custodial and non-custodial Data Sources as to each New York State entity for which New York will seek to recover damages.

3. Within thirty (30) days from the date of this Order, Plaintiff State of New York shall produce relevant data and documents from Custodial and non-custodial sources as to each State agency for which New York seeks to recover damages.

4.       If there are particular problems or burdens imposed by this Order, Plaintiff State of New York may seek, in good faith, for good cause shown, and prior to expiration of the above deadlines, relief by application to the special masters who will work collectively depending on the circumstances and the nature of the grounds asserted therefore, to promptly resolve the issues asserted therein.

5.       Failure to comply with the terms hereof shall be grounds for objection to or preclusion of claim(s) for relief related to such failure.

It is so **ORDERED.**

**BY THE COURT:**

_____
**HON. CYNTHIA M. RUFE**