IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL NO. 2724 |
| | 16-MD-2724 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |
| | HON. CYNTHIA M. RUFE |

JOINT PROPOSED AGENDA FOR
JUNE 10, 2021 GENERAL STATUS CONFERENCE

Pursuant to Pretrial Order No. 164 (MDL Doc. No. 1708), Liaison Counsel hereby submit this proposed agenda of items to be brought before the Court via videoconference at the General Status Conference scheduled for Thursday, June 10, 2021, at 1:30 pm:

1. Status of bellwether schedule discussions;

2. DAP agenda item: Status of process for other bellwether selections

3. Oral argument on the objections to Special Master David H. Marion's Fourth Report and Recommendation Relating to Defendants' Motion to Compel Pennsylvania to Produce Certain Documents and Identify the Likely Source of Documents Related to Its Claims [MDL Doc. No 1460].

4. Oral argument on the objections to Special Master David H. Marion's Supplemental Recommendation No. 5 [MDL Doc. No 1720].

The State of New York has provided the following conference information for counsel wishing to participate by telephone:

866 394-2346
Code: 659 182 3682#

Dated: June 3, 2021                                          Respectfully submitted:

/s/ Roberta D. Liebenberg                           /s/ Dianne M. Nast
Roberta D. Liebenberg                                 Dianne M. Nast
FINE, KAPLAN AND BLACK, R.P.C.          NASTLAW LLC
One South Broad Street, 23rd Floor              1101 Market Street, Suite 2801

| | |
|---|---|
| Philadelphia, PA 19107<br>215-567-6565<br>rliebenberg@finekaplan.com | Philadelphia, PA 19107<br>215-923-9300<br>dnast@nastlaw.com |
| **Liaison and Lead Counsel for the End-Payer Plaintiffs** | **Liaison and Lead Counsel for the Direct Purchaser Plaintiffs** |
| */s/ W. Joseph Nielsen*<br>W. Joseph Nielsen<br>Assistant Attorney General<br>55 Elm Street<br>P.O. Box 120<br>Hartford, CT 06141-0120<br>Tel: (860)808-5040<br>Fax: (860)808-5033<br>Joseph.Nielsen@ct.gov | */s/ Jan P. Levine*<br>Jan P. Levine<br>PEPPER HAMILTON LLP<br>3000 Two Logan Square<br>Eighteenth & Arch Streets<br>Philadelphia, PA 19103-2799<br>Tel: (215) 981-4000<br>Fax: (215) 981-4750<br>levinej@pepperlaw.com |
| **Liaison Counsel for the States** | */s/ Sheron Korpus*<br>Sheron Korpus<br>KASOWITZ BENSON TORRES LLP<br>1633 Broadway<br>New York, NY 10019<br>Tel: (212) 506-1700<br>Fax: (212) 506-1800<br>skorpus@kasowitz.com |
| */s/ William J. Blechman*<br>William J. Blechman<br>KENNY NACHWALTER, P.A.<br>1441 Brickell Avenue<br>Suite 1100<br>Miami, FL 33131<br>Tel: (305) 373-1000<br>Fax: (305) 372-1861<br>wblechman@knpa.com | |
| | */s/ Devora W. Allon*<br>Devora W. Allon<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>Tel: (212) 446-5967<br>Fax: (212) 446-6460<br>devora.allon@kirkland.com |
| **Liaison Counsel for Direct Action Plaintiffs and Counsel for the Kroger Direct Action Plaintiffs** | |
| | */s/ Sarah F. Kirkpatrick*<br>Sarah F. Kirkpatrick<br>WILLIAMS & CONNOLLY, LLC<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005<br>Tel: (202) 434-5958<br>skirkpatrick@wc.com |

*/s/ Chul Pak*
Chul Pak
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Fl.
New York, NY 10019
Tel: (212) 999-5800
Fax: (212) 999-5899
cpak@wsgr.com

**Defendants' Liaison Counsel**