IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> *ALL ACTIONS* | MDL 2724 <br> 16-MD-2724 <br><br> HON. CYNTHIA M. RUFE |

**PRETRIAL ORDER NO. 175**
**(SPECIAL DISCOVERY MASTER FEES)**

**AND NOW**, this 21st day of June 2021, upon consideration of the application for fees and costs incurred by Special Discovery Master Bruce Merenstein for the months of April and May 2021, which was submitted to the Court and Liaison Counsel pursuant to Pretrial Order No. 49, and finding that the work, fees and costs reflected thereon are "reasonably necessary" for the fulfillment of the Special Discovery Master's duties, and without objection from counsel, it is hereby **ORDERED** that the application for fees and costs is **APPROVED** in full in the amount of $12,870. Plaintiffs and Defendants shall each make payment of their respective shares of the approved amount directly to the Special Discovery Master.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**