IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | HON. CYNTHIA M. RUFE |

**PRETRIAL ORDER NO. 177**
**(STATUS CONFERENCES)**

    **AND NOW**, this 23rd day of June 2021, it is hereby **ORDERED** that by agreement of counsel, the Leadership Status Conference scheduled for July 8, 2021, is **RESCHEDULED** and will be held on **July 29, 2021** at 1:30 PM. It is further **ORDERED** that additional Status Conferences will be held at 1:30 PM on the following dates:

    September 9, 2021    General Status Conference
    October 14, 2021    Leadership Status Conference

    At this time it is anticipated that these conferences will be held by videoconference and telephone, and not in person, until the Court determines that in-person conferences may resume. The conferences will proceed as follows:

1. Liaison Counsel shall file a joint proposed agenda no later than one week before each conference and notify the Court of additional counsel who wish to participate by videoconference.

2. Leadership Status Conferences are informal administrative meetings that are limited to the Court, Lead and Liaison Counsel, other counsel on the agenda, and the Special Masters.

3. General Status Conference are open to all counsel, the press, and members of the public, and will be transcribed by a court reporter.

4. Counsel who wish to participate in the General Status Conferences by telephone may use the telephone conference information that will be provided by the State of New York: 866-394-2346 (Code 659 182 3682#). Counsel who participate by telephone

shall notify Lead and Liaison counsel of this participation after the conference so that a list may be provided to the Court.

5. Due to limited capacity to view the videoconference of the General Status Conferences, those members of the press or public who seek to view the videoconference may notify the Court of this interest by email to Chambers_of_Judge_Cynthia_M_Rufe@paed.uscourts.gov within one week of the Conference, and accommodations will be made to the extent possible. Members of the press and public who wish to listen to the conference may use the telephone conference information that provided by the State of New York: 866-394-2346 (Passcode 659 182 3682#).

It is so **ORDERED.**

        **BY THE COURT:**

        **/s/ Cynthia M. Rufe**
        _____
        **CYNTHIA M. RUFE, J.**