IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | MDL 2724<br>16-MD-2724 |
| **IN RE: CLOBETASOL CASES**<br>**IN RE: CLOMIPRAMINE CASES**<br><br>**THIS DOCUMENT RELATES TO:** | HON. CYNTHIA M. RUFE |
| ***ALL END-PAYER PLAINTIFF CLOBETASOL CASES*** | 16-CB-27242 |
| ***ALL END-PAYER PLAINTIFF CLOMIPRAMINE CASES*** | 16-CM-27242 |

**ORDER**

**AND NOW**, this 28th day of July 2021, upon consideration of the attached Stipulation regarding answer deadlines, it is hereby **ORDERED** that the Stipulation is **APPROVED**.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br><br>IN RE: CLOBETASOL CASES<br>IN RE: CLOMIPRAMINE CASES | 16-CB-27242<br>16-CM-27242 |

**JOINT STIPULATION REGARDING ANSWER DEADLINES**

WHEREAS, on November 9, 2020, certain Defendants filed their *Joint Motion to Dismiss Certain State Law Claims and to Strike Certain Allegations in the Consolidated Amended End-Payer Class Action Complaints* ("Joint Motion"), in the above-captioned cases;[1]

WHEREAS, in Pretrial Order No. 171 (May 7, 2021), the Court selected the End-Payer Plaintiffs' Clobetasol and Clomipramine complaints as bellwether cases and directed the parties to, *inter alia*, submit proposed schedules to bring to trial the EPP complaints as to Clobetasol and Clomipramine;

WHEREAS, after meeting and conferring, the parties have agreed on an appropriate deadline for the filing of Answers in the above-captioned cases in the event the Court denies the Joint Motion in the relevant case(s);

It is hereby STIPULATED AND AGREED, by and among the undersigned counsel as follows:

---

[1] *See In re Clobetasol Cases*, 16-CB-27242, ECF 186 and *In re Clomipramine Cases*, 16-CM-27242, ECF 142. The Joint Motion was also filed in *In re Pravastatin Cases*, 16-PV-27242, ECF 173, but the EPP complaint as to Pravastatin is outside of the scope of the present stipulation.

1. Defendants shall file Answers in the above-captioned cases within 45 days of any Order denying the Joint Motion;

2. In the event the Court grants any aspect of the Joint Motion, within 14 days the parties shall meet and confer regarding whether a different deadline for Answers or other filings may be appropriate.

It is so **STIPULATED**.

| | |
|---|---|
| Dated: July 28, 2021 | Respectfully submitted, |
| /s/ Roberta D. Liebenberg<br>Roberta D. Liebenberg<br>FINE, KAPLAN AND BLACK, R.P.C.<br>One South Broad St., 23rd Fl.,<br>Philadelphia, PA 19107<br>Tel: (215) 567-6565<br>rliebenberg@finekaplan.com<br><br>**Lead and Liaison Counsel for the End-Payer Plaintiffs** | /s/ Jan P. Levine<br>Jan P. Levine<br>TROUTMAN PEPPER HAMILTON SANDERS<br>3000 Two Logan Square<br>Eighteenth & Arch Streets<br>Philadelphia, PA 19103-2799<br>Tel: (215) 981-4000<br>jan.levine@troutman.com<br><br>/s/ Sheron Korpus<br>Sheron Korpus<br>KASOWITZ BENSON TORRES LLP<br>1633 Broadway<br>New York, NY 10019<br>Tel: (212) 506-1700<br>skorpus@kasowitz.com<br><br>/s/ Devora W. Allon<br>Devora W. Allon<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>Tel: (212) 446-5967<br>devora.allon@kirkland.com<br>/s/ Chul Pak<br>Chul Pak<br>WILSON SONSINI GOODRICH & ROSATI<br>1301 Avenue of the Americas, 40th Fl.<br>New York, NY 10019 |

        Tel: (212) 999-5800
        cpak@wsgr.com

        */s/ Sarah F. Kirkpatrick*
        Sarah F. Kirkpatrick
        WILLIAMS & CONNOLLY, LLC
        725 Twelfth Street, N.W.
        Washington, D.C. 20005
        Tel: (202) 434-5958
        skirkpatrick@wc.com

        ***Defendants' Liaison Counsel***