# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL NO. 2724** |
| | **16-MD-2724** |
| **THIS DOCUMENT RELATES TO: ALL ACTIONS** | **HON. CYNTHIA M. RUFE** |

**JOINT PROPOSED AGENDA FOR**
**SEPTEMBER 9, 2021 GENERAL STATUS CONFERENCE**

Pursuant to Pretrial Order No. 177 (MDL Doc. No. 1795), Liaison Counsel hereby submit this proposed agenda of items to be brought before the Court via videoconference at the General Status Conference scheduled for Thursday, September 9, 2021, at 1:30 pm:

1. Status of DOJ Limited Stay of Discovery
2. Status of Bellwether Case Schedule Discussions
3. Status of Amendment to States' Dermatology Complaint
4. NY request for oral argument on New York's Objections to Special Master Marion's 6th Report and Recommendation
5. Status of Additional Bellwether Selection Process

The State of New York has provided the following conference information for counsel wishing to participate by telephone:

866 394-2346
Code: 659 182 3682#

Dated: September 2, 2021                        Respectfully submitted:

/s/ *Roberta D. Liebenberg*                     /s/ *Dianne M. Nast*
Roberta D. Liebenberg                           Dianne M. Nast
FINE, KAPLAN AND BLACK, R.P.C.                  NASTLAW LLC
One South Broad Street, 23rd Floor              1101 Market Street, Suite 2801

Philadelphia, PA 19107
215-567-6565
rliebenberg@finekaplan.com

**Liaison and Lead Counsel for the End-Payer Plaintiffs**

*/s/ W. Joseph Nielsen*
W. Joseph Nielsen
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel: (860)808-5040
Fax: (860)808-5033
Joseph.Nielsen@ct.gov

**Liaison Counsel for the States**

*/s/ William J. Blechman*
William J. Blechman
KENNY NACHWALTER, P.A.
1441 Brickell Avenue
Suite 1100
Miami, FL 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
wblechman@knpa.com

**Liaison Counsel for Direct Action Plaintiffs and Counsel for the Kroger Direct Action Plaintiffs**

Philadelphia, PA 19107
215-923-9300
dnast@nastlaw.com

**Liaison and Lead Counsel for the Direct Purchaser Plaintiffs**

*/s/ Jan P. Levine*
Jan P. Levine
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Tel: (215) 981-4000
Fax: (215) 981-4750
levinej@pepperlaw.com

*/s/ Sheron Korpus*
Sheron Korpus
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
skorpus@kasowitz.com

*/s/ Devora W. Allon*
Devora W. Allon
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-5967
Fax: (212) 446-6460
devora.allon@kirkland.com

*/s/ Sarah F. Kirkpatrick*
Sarah F. Kirkpatrick
WILLIAMS & CONNOLLY, LLC
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5958
skirkpatrick@wc.com

3

        */s/ Chul Pak*
        Chul Pak
        WILSON SONSINI GOODRICH & ROSATI
        Professional Corporation
        1301 Avenue of the Americas, 40th Fl.
        New York, NY 10019
        Tel: (212) 999-5800
        Fax: (212) 999-5899
        cpak@wsgr.com

        **Defendants' Liaison Counsel**