UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br><br>STATE OF CONNECTICUT, ET AL., V. AUROBINDO PHARMA. USA, INC, CIV. NO. 16-CV-02056 (D. CONN.) | 16-GL-27244 |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to Local Rule 5.1(c), the undersigned, Blake L. Harrop, of the Office of the Illinois Attorney General, hereby submits his Withdrawal of Appearance as counsel for Plaintiff State of Illinois. The State of Illinois's Assistant Attorney General Joseph B. Chervin will continue to represent the Plaintiff State of Illinois, and it will not be without representation in this matter.

Dated: September 22, 2021

                                   PLAINTIFF STATE OF ILLINOIS
                                   KWAME RAOUL
                                   ATTORNEY GENERAL

                 BY:     /s/ *Blake L. Harrop*
                           Blake L. Harrop
                           Chief, Antitrust Bureau
                           Office of the Illinois Attorney General
                           100 W. Randolph Street
                           Chicago, IL 60601
                           Tel: (773) 590-6929
                           Fax: (312) 814-4209
                           blake.harrop@ilag.gov

## **CERTIFICATION**

      I hereby certify that on February 27, 2018, I caused the foregoing Notice of Withdrawal of Appearance to be filed electronically with the Clerk of Court by using the CM/ECF system, which will serve a copy on all interested parties registered for electronic filing, and is available for viewing and downloading from the ECF system.

      /s/ Robert W. Pratt
Robert W. Pratt
Assistant Attorney General