# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL 2724**<br>**16-MD-2724** |
| **THIS DOCUMENT RELATES TO:**<br>*ALL ACTIONS* | **HON. CYNTHIA M. RUFE** |

## PRETRIAL ORDER NO. 183
## (STATUS CONFERENCES)

**AND NOW**, this 15th day of October 2021, it is hereby **ORDERED** that Status Conferences will be held at 1:30 PM on the following dates:

| | |
|---|---|
| November 18, 2021 | General Status Conference |
| December 9, 2021 | Leadership Status Conference |
| January 13, 2022 | General Status Conference |
| February 10, 2022 | Leadership Status Conference |

Conferences will be held by videoconference until the Court determines that in-person conferences may resume. The conferences will proceed as follows:

1. Liaison Counsel shall file a joint proposed agenda no later than one week before each conference and notify the Court of additional counsel who wish to participate by videoconference.

2. Leadership Status Conferences are informal administrative meetings that are limited to the Court, Lead and Liaison Counsel, other counsel on the agenda, and the Special Masters.

3. General Status Conference are open to all counsel, the press, and members of the public, and will be transcribed by a court reporter.

4. Connection information for General Status Conferences will be placed on the docket.

It is so **ORDERED.**

        **BY THE COURT:**

        **/s/ Cynthia M. Rufe**
        _____
        **CYNTHIA M. RUFE, J.**