**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | MDL 2724<br>16-MD-2724 |
| **THIS DOCUMENT RELATES TO:**<br><br>*ALL ACTIONS* | **HON. CYNTHIA M. RUFE** |

**ORDER**

**AND NOW**, this 2nd day of November 2021, upon consideration of the attached Joint Stipulation to Govern Briefing of Defendants' Objections to Special Master Marion's Seventh Report and Recommendation, it is hereby **ORDERED** that the Stipulation is **APPROVED**.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL No. 2724<br>Case No. 2:16-MD-02724 |
| | Hon. Cynthia M. Rufe |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | |

**JOINT STIPULATION TO GOVERN BRIEFING OF DEFENDANTS' OBJECTIONS TO SPECIAL MASTER MARION'S SEVENTH REPORT & RECOMMENDATION**

WHEREAS, on October 14, 2021, Special Master David. H. Marion issued his Seventh Report and Recommendation Dealing with Prioritizing and Scheduling Bellwether Discovery; Setting a Cut Off Date for Such Fact Discovery Separate from a Date for the MDL as a Whole; and Related Issues Raised by the Parties in Connection Therewith, MDL Doc. 1845 (the "7th R&R");

WHEREAS, on October 28, 2021, Defendants filed their Partial Objections to the 7th R&R, MDL. Doc. 1854 ("Defendants' Objections");

WHEREAS, in Pretrial Order No. 183 (MDL Doc. 1847), the Court scheduled a General Status Conference for November 18, 2021;

WHEREAS, after discussion, the State Attorneys General, End-Payer Plaintiffs, and Direct Purchaser Plaintiffs (collectively, "Bellwether Plaintiffs") and the objecting Defendants have agreed, subject to the Court's approval, to a schedule to govern the briefing of Defendants' Objections prior to the November 18, 2021 General Status Conference;

THEREFORE, it is hereby STIPULATED AND AGREED by the undersigned counsel, pursuant to Local Rule 7.4, that Bellwether Plaintiffs shall have until November 9, 2021 in which

to file their Response to Defendants' Objections, and Defendants may file a Reply thereto by November 16, 2021.

    IT IS SO STIPULATED.

Dated: November 2, 2021　　　　　　　　　　　　Respectfully submitted,

<u>/s/ Roberta D. Liebenberg</u>
Roberta D. Liebenberg
FINE, KAPLAN AND BLACK, R.P.C.
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
215-567-6565
rliebenberg@finekaplan.com

**Liaison and Lead Counsel for the End-Payer Plaintiffs**

<u>/s/ Dianne M. Nast</u>
Dianne M. Nast
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, PA 19107
215-923-9300
dnast@nastlaw.com

**Liaison and Lead Counsel for the Direct Purchaser Plaintiffs**

<u>/s/ W. Joseph Nielsen</u>
W. Joseph Nielsen
Assistant Attorney General
165 Capitol Avenue
Hartford, CT 06106
Tel: (860)808-5040
Fax: (860)808-5033
Joseph.Nielsen@ct.gov

**Liaison Counsel for the States**

<u>/s/ Jan P. Levine</u>
Jan P. Levine
TROUTMAN PEPPER HAMILTON SANDERS LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103
Tel: (215) 981-4000
Fax: (215) 981-4750
Jan.Levine@troutman.com

<u>/s/ Sheron Korpus</u>
Sheron Korpus
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
skorpus@kasowitz.com

<u>/s/ Devora W. Allon</u>
Devora W. Allon
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022

Tel: (212) 446-5967
Fax: (212) 446-6460
devora.allon@kirkland.com

 */s/ Sarah F. Kirkpatrick*
Sarah F. Kirkpatrick
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
Tel: (202) 434-5958
skirkpatrick@wc.com

*/s/ Chul Pak*
Chul Pak
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas, 40th Fl.
New York, NY 10019
Tel: (212) 999-5800
Fax: (212) 999-5899
cpak@wsgr.com

**Defendants' Liaison Counsel**