**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL 2724** <br> **16-MD-2724** <br><br> **HON. CYNTHIA M. RUFE** |
| **THIS DOCUMENT RELATES TO:** <br><br> *ALL ACTIONS* | |

## ORDER

**AND NOW**, this 15th day of November 2021, upon consideration of the unopposed motion of the End-Payer Plaintiffs, Indirect Reseller Plaintiffs, Kroger Direct Action Plaintiffs, and Direct Purchaser Plaintiffs regarding the production of documents by non-party T-Mobile [MDL Doc. No. 1861], and as T-Mobile has been served with subpoenas pursuant to Federal Rule of Civil Procedure 45, and as there have been no objections, it is hereby **ORDERED** that the Motion is **GRANTED**. T-Mobile shall produce records responsive to Subpoenas A-429, A-430, A-909, and A-949, forthwith.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**