UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL No. 2724<br>Case No. 2:16-MD-2724<br><br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to Local Rule 5.1(c), the undersigned, Tracey F. Milich, of the law firm Morgan, Lewis & Bockius LLP, hereby withdraws her appearance as one of the attorneys of record for Defendants Perrigo Company plc and Perrigo New York, Inc. ("Perrigo") in the above-captioned MDL and related cases. Perrigo is currently represented by other counsel of record who shall continue their appearances.

Dated:  December 22, 2021          Respectfully submitted,

                                                    /s/ Tracey F. Milich
                                                  Tracey F. Milich, Esq. (Pa. ID No. 316753)
                                                  MORGAN, LEWIS & BOCKIUS LLP
                                                  1111 Pennsylvania Avenue, NW
                                                  Washington, DC 20004
                                                  Telephone: (202) 739-3000
                                                  Facsimile: (205) 739-3001

**CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2021, I caused a true and correct copy of the foregoing NOTICE OF WITHDRAWAL OF APPEARANCE to be filed electronically with the Clerk of Court by using the CM/ECF system which will serve a copy on all interested parties registered for electronic filing and is available for viewing and downloading from the ECF system.

*/s/ Tracey F. Milich*
Tracey F. Milich, Esq.