**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | MDL No. 2724<br>Case No. 2:16-MD-02724 |
| **THIS DOCUMENT RELATES TO:** | Hon. Cynthia M. Rufe |
| ***ALL ACTIONS*** | |

**DEFENDANTS' RESPONSE IN SUPPORT OF**
**INTERVENOR UNITED STATES OF AMERICA'S**
**MOTION FOR A LIMITED STAY OF DISCOVERY**

For the reasons set forth in the Court's February 9 and May 7, 2021 Orders, (ECF Nos. ECF Nos. 1679-80, 1769), the Defendants' position as set forth in the Parties August 31, 2021 Joint Submission, (ECF No. 1816), and certain Defendants' motions, (ECF Nos. 1536, 1537, 1578, 1615, 1622, 1636, 1668, 1731),[1] Defendants respectfully request that the Court continue the narrowly tailored stay implemented through Pretrial Order ("PTO") No. 181, (ECF No. 1820), and grant Intervenor United States of America's Motion for a Limited Stay of Discovery, (ECF No. 1908).

---

[1] Furthermore, by joining here, certain indicted defendants do not waive any objections previously raised in the criminal matter to DOJ's characterization of the scope of the government's evidence in the criminal cases. *See, e.g.*, Motion at 7 (characterizing dermatology complaint as inclusive of "many of the same products named in the indictments").

Dated:  January 3, 2022

/s/ Jan P. Levine
Jan P. Levine
TROUTMAN PEPPER HAMILTON SANDERS
LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, Pennsylvania 19103
Tel.: (215) 981-4714
Fax: (215) 359-1606
jan.levine@troutman.com

/s/ Devora W. Allon
Devora W. Allon
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Tel.: (212) 446-4800
Fax: (212) 446-4900
devora.allon@kirkland.com

/s/ Sheron Korpus
Sheron Korpus
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, New York 10019
Tel.: (212) 506-1700
Fax: (212) 506-1800
skorpus@kasowitz.com

/s/ Sarah F. Kirkpatrick
Sarah F. Kirkpatrick
WILLIAMS  &  CONNOLLY
LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel.: (202) 434-5000
Fax: (202) 434-5029
skirkpatrick@wc.com

/s/ Chul Pak
Chul Pak
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Tel.: (212) 999-5800
Fax: (212) 999-5899
cpak@wsgr.com

**Defense Liaison Counsel**