# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | MDL No. 2724<br>Civil Action No. 16-md-02724-CMR |
| **THIS DOCUMENT RELATES TO:**<br><br>THE STATE OF CONNECTICUT, et al.<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC., et al. | HON. CYNTHIA M. RUFE<br><br>Civil Action No. 19-cv-02407-CMR |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly withdraw my appearance on behalf of Defendant David Rekenthaler in the above-captioned action. David Rekenthaler is currently represented by other counsel who shall continue their appearances.

Dated: January 10, 2022

Respectfully submitted,

*/s/ Ellen Ratigan*
Ellen Ratigan (PA 319149)
Dechert LLP
BNY Mellon Center
1735 Market Street, Suite 200
Philadelphia, PA 19103
Tel: (215) 994-2100
Fax: (215) 655-2100
ellen.ratigan@dechert.com

## **CERTIFICATE OF SERVICE**

I certify that the foregoing Withdrawal of Appearance was served on January 10, 2022, by the Court's electronic filing system to all counsel of record.

*/s/ Ellen Ratigan*
Ellen Ratigan