# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-md-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*The State of Connecticut, et al. v. Sandoz, Inc., et al.* | HON. CYNTHIA M. RUFE<br><br>Civil Action No.<br><br>2:20-cv-03539-CMR |

## JOINT STIPULATION TO EXTEND PAGE LIMITATION

Defendants and Plaintiff States hereby agree, subject to the Court's approval, to extend the page limitations set forth in Local Rule of Civil Procedure 7.1 to a combined total of one hundred and fifty (150) pages with respect to memoranda in opposition to Defendants' Joint Motions to Dismiss the States' Third Complaint, filed June 10, 2020 (Dkt. 1) and amended on September 9, 2021 (Dkt. 62).[1]

**IT IS SO STIPULATED.**

**SO ORDERED**:

**Dated: January 11, 2022**

**BY THE COURT**

/s/ Cynthia M. Rufe

**CYNTHIA M. RUFE, J.**

---

[1] The parties had previously agreed to an extension of pages of ninety five (95) pages for Defendants' memoranda in support of their motions and Plaintiffs' memoranda in opposition to the motions. *See* ECF 105. Plaintiffs have now requested additional pages for their opposition memoranda and Defendants agreed. The parties will discuss and propose for Court approval any requested page extensions for reply briefs prior to the applicable deadline for those briefs to be filed.

<table>
<tr><td>

*/s/ W. Joseph Nielsen*
W. Joseph Nielsen
Assistant Attorney General
165 Capitol Avenue
P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5040
Fax: (860) 808-5391
Joseph.Nielsen@ct.gov

*Liaison Counsel for the States*

*/s/ Robert L. Hubbard*
Robert L. Hubbard
Assistant Attorney General
Office of the Attorney General
Antitrust Bureau
28 Liberty Street, 20th Floor
New York, NY 10005
(212) 416-8267
Robert.Hubbard@ag.ny.gov

*Counsel for State of New York*


Dated: January 10, 2022

</td><td>

*/s/ Sheron Korpus*
Sheron Korpus
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700
skorpus@kasowitz.com

*/s/ Devora W. Allon*
Devora W. Allon
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-5967
devora.allon@kirkland.com

*/s/ Chul Pak*
Chul Pak
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Fl.
New York, NY 10019
Tel: (212) 999-5800
cpak@wsgr.com

*/s/ Sarah F. Kirkpatrick*
Sarah F. Kirkpatrick
WILLIAMS & CONNOLLY, LLC
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5958
skirkpatrick@wc.com

*/s/ Jan P. Levine*
Jan P. Levine
TROUTMAN PEPPER HAMILTON SANDERS LLP
3000 Two Logan Square
Philadelphia, PA 19103-2799
Tel: (215) 981-4000
jan.levine@troutman.com

*Defendants' Liaison Counsel*

</td></tr>
</table>