**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL NO. 2724**<br>**Case No. 16-md-2724-CMR**<br>**HON. CYNTHIA M. RUFE** |
| **THIS DOCUMENT RELATES TO:** | |
| *State Attorneys General Litigation* | **Civil Action No. 2:17-cv-03768** |
| *Ahold USA, Inc. et al. v. Actavis Holdco U.S., Inc. et al.* | **Civil Action No. 2:18-cv-02641** |
| *1199SEIU National Benefit Fund, et al v. Actavis Holdco US, Inc. et al* | **Civil Action No. 2:18-cv-02401** |
| *West Val Pharmacy, et al v. Actavis Holdco U.S., Inc., et al* | **Civil Action No. 2:18-cv-02533** |
| *The Kroger Co., et al. v. Actavis Holdco U.S., Inc., et al* | **Civil Action No. 2:18-cv-00284** |
| *Marion Diagnostic Center, LLC, et al. v. McKesson Corp., et al* | **Civil Action No. 2:18-cv-04137** |
| *Humana Inc. v. Actavis Elizabeth, LLC, et al.* | **Civil Action No. 2:18-cv-03299** |
| *All Doxycycline Actions* | **Civil Action No. 2:16-dx-27240** |
| *All Glyburide Actions* | **Civil Action No. 2:16-gl-27240** |
| *All Propranolol Actions* | **Civil Action No. 2:16-pp-27240** |

## <u>NOTICE OF WITHDRAWAL OF APPEARANCE</u>

TO THE CLERK OF THE COURT:

 Nicholas V. Albu respectfully notifies the Court of his withdrawal as counsel for

defendant Heritage Pharmaceuticals, Inc. in the MDL and for all cases listed in the above

caption.

DATED:  January 12, 2022                    Respectfully submitted,

_/s/ Nicholas V. Albu_
Nick Albu
The Albu Firm PLLC
40834 Graydon Manor Lane
Leesburg, VA 20175
Mobile (703) 850-9561
Fax (703) 783-5748
nick@albufirm.com

*Counsel for Defendant Heritage*
*Pharmaceuticals Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2022, I caused a copy of the foregoing to be filed through this Court's CM/ECF filer system, which will serve a notice of electronic filing on all registered users, including counsel of record for all parties.

_/s/Nicholas V. Albu_
Nicholas V. Albu