IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| | HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | |

**ORDER**

**AND NOW**, this 14th day of January 2022, after the General Status Conference held on January 13, 2022, it is hereby **ORDERED** that no later than **January 18, 2022**, counsel shall submit to the Court for *in camera* review any proposed redactions to be made before the transcript of the conference is filed so that the transcript complies with the Court's earlier orders concerning information to be kept under seal.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**