## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL No. 2724<br>Civil Action No. 16-md-02724-CMR<br><br>Hon. Cynthia M. Rufe |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | |

## WITHDRAWAL OF APPEARANCE

**TO THE CLERK OF COURT:**

Kindly withdraw the appearance of Deborah A. Elman on behalf of End-Payer Plaintiffs in the above captioned action. Ms. Elman is no longer with Grant & Eisenhofer P.A. Plaintiff continues to be represented by Grant & Eisenhofer P.A.

>　*/s/ Robert G. Eisler*
>　Robert G. Eisler
>　PA Attorney I.D. No. 56698
>　GRANT & EISENHOFER P.A.
>　123 Justison Street
>　Wilmington, Delaware 19801
>　Tel: (302) 622-7000
>　Fax: (302) 622-7100
>　reisler@gelaw.com
>
>　*Attorneys for Plaintiff St. Paul*
>　*Electrical Workers' Health Plan*

Dated: January 19, 2022