**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | MDL No. 2724 <br> Civil Action No. 16-md-02724-CMR |
| **THIS DOCUMENT RELATES TO:** | HON. CYNTHIA M. RUFE |
| THE STATE OF CONNECTICUT, et al. | Civil Action No. 19-cv-02407-CMR |
| v. | |
| TEVA PHARMACEUTICALS USA, INC., et al. | |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF COURT:

Kindly withdraw my appearance on behalf of Defendant David Rekenthaler in the above-captioned action.  David Rekenthaler is currently represented by other counsel who shall continue their appearances.

Dated:  February 2, 2022

Respectfully submitted,

*/s/ Jeffrey Masters*
Jeffrey Masters (PA 322439)
jeffrey.masters@dechert.com
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 994-4000
Fax: (215) 994-2222

## **CERTIFICATE OF SERVICE**

I certify that on February 2, 2022, I served a true and correct copy of the foregoing document to all counsel of record via ECF.

*/s/ Jeffrey Masters*
Jeffrey Masters