IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL NO. 2724<br><br>16-MD-2724<br><br>HON. CYNTHIA M. RUFE |

**JOINT PROPOSED AGENDA FOR
FEBRUARY 10, 2022 LEADERSHIP STATUS CONFERENCE**

Pursuant to Pretrial Order No. 183 (MDL Doc. No. 1847), Liaison Counsel hereby submit this joint proposed agenda of items to be brought before the Court via videoconference at the Leadership Status Conference scheduled for Thursday, February 10, 2022 at 1:30 pm:

1.  Status of parties' discussions regarding the non-Bellwether schedule

The Court shall provide videoconference information and related instructions to Liaison Counsel and the Special Masters via email.

Dated: February 3, 2022                                 Respectfully submitted:

*/s/ Roberta D. Liebenberg*                             */s/ Dianne M. Nast*
Roberta D. Liebenberg                                    Dianne M. Nast
FINE, KAPLAN AND BLACK, R.P.C.                           NASTLAW LLC
One South Broad Street, 23rd Floor                       1101 Market Street, Suite 2801
Philadelphia, PA 19107                                   Philadelphia, PA 19107
215-567-6565                                             215-923-9300
rliebenberg@finekaplan.com                               dnast@nastlaw.com

**Liaison and Lead Counsel for the**                    **Liaison and Lead Counsel for the**
**End-Payer Plaintiffs**                                **Direct Purchaser Plaintiffs**


*/s/ W. Joseph Nielsen*                                  */s/ Jan P. Levine*
W. Joseph Nielsen                                        Jan P. Levine
Assistant Attorney General                               TROUTMAN PEPPER HAMILTON
165 Capitol Ave.                                         SANDERS LLP
Hartford, CT 06106                                       3000 Two Logan Square

Tel: (860) 808-5040
Fax: (860) 808-5391
Joseph.Nielsen@ct.gov

**Liaison Counsel for the States**

*/s/ William J. Blechman*
William J. Blechman
KENNY NACHWALTER, P.A.
1441 Brickell Avenue
Suite 1100
Miami, FL 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
wblechman@knpa.com

**Liaison Counsel for Direct Action Plaintiffs and Counsel for the Kroger Direct Action Plaintiffs**

Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Tel: (215) 981-4000
Fax: (215) 981-4750
levinej@Troutman.com

*/s/ Sheron Korpus*
Sheron Korpus
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
skorpus@kasowitz.com

*/s/ Devora W. Allon*
Devora W. Allon
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-5967
Fax: (212) 446-6460
devora.allon@kirkland.com

*/s/ Sarah F. Kirkpatrick*
Sarah F. Kirkpatrick
WILLIAMS & CONNOLLY, LLC
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5958
skirkpatrick@wc.com

*/s/ Chul Pak*
Chul Pak
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Fl.
New York, NY 10019
Tel: (212) 999-5800
Fax: (212) 999-5899
cpak@wsgr.com

**Defendants' Liaison Counsel**