IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | HON. CYNTHIA M. RUFE |

**PRETRIAL ORDER NO. 193**
**(STATUS CONFERENCES)**

**AND NOW**, this 8th day of February 2022, upon consideration of the proposed agenda, and after consultation with and without objection from Lead and Liaison Counsel, it is hereby **ORDERED** that the Leadership Status Conference scheduled for February 10, 2022, is **POSTPONED** until March 10, 2022. Status Conferences will be held at 1:30 PM on the following dates:

| | |
|---|---|
| March 10 | Leadership Status Conference |
| April 14 | General Status Conference |
| May 12 | Leadership Status Conference |
| June 9 | General Status Conference |

The conferences will be held by videoconference and telephone until the Court determines that in-person conferences may resume. The conferences will proceed as follows:

1. Liaison Counsel shall file a joint proposed agenda no later than one week before each conference and notify the Court of additional counsel who wish to participate by videoconference.

2. Leadership Status Conferences are informal administrative meetings that are limited to the Court, Lead and Liaison Counsel, other counsel on the agenda, and the Special Masters.

2

3. General Status Conference are open to all counsel, the press, and members of the public, and will be transcribed by a court reporter.

4. Those who wish to participate in the General Status Conferences by telephone may use the telephone conference information provided by the State of New York: 866-394-2346 (Code 659 182 3682#).

It is so **ORDERED.**

                                      **BY THE COURT:**

                                      **/s/ Cynthia M. Rufe**

                                      _____
                                      **CYNTHIA M. RUFE, J.**