UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | HON. CYNTHIA M. RUFE |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 5.1(c), the undersigned, Michael D. Battaglia, of the Office of the California Attorney General, hereby submits his Withdrawal of Appearance as counsel for Plaintiff State of California. Plaintiff State of California continues to be represented by attorneys from the Competition Unit of the Healthcare Rights and Access Section of the Office of the California Attorney General.

Dated: February 23, 2022

                                      PLAINTIFF STATE OF CALIFORNIA
                                      ROB BONTA
                                      ATTORNEY GENERAL

BY:   /s/ Michael D. Battaglia
           Michael D. Battaglia
           Deputy Attorney General
           CA Bar No.: 290464
           Office of the California Attorney General
           455 Golden Gate Avenue, Suite 11000
           San Francisco, CA 94102
           Tel: (415) 510-3769
           Fax: (415) 703-5480
           Email: Michael.Battaglia@doj.ca.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2022, I caused the foregoing Notice of Withdrawal of Appearance to be filed electronically with the Clerk of Court by using the CM/ECF system, which will serve a copy on all interested parties registered for electronic filing, and is available for viewing and downloading from the ECF system.

/s/ Michael D. Battaglia
Michael D. Battaglia
Deputy Attorney General
STATE OF CALIFORNIA
OFFICE OF THE ATTORNEY GENERAL