IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*The State of Connecticut, et al. v. Sandoz, Inc. et al.* | MDL NO. 2724<br>16-MD-2724<br><br>HON. CYNTHIA M. RUFE<br><br>Civil Action No.<br>2:20-cv-03539-CMR |

## NOTICE OF ERRATA

Plaintiff State of Arizona has determined that two exhibits filed with the *Plaintiff States' Memorandum in Opposition to Defendants' Joint Motion to Dismiss the State Attorneys General's Amended Third Complaint* [Doc. 148] either contain incorrect Arizona-specific legal authorities or omit the relevant Arizona legal authority. The State of Arizona submits this Notice of Errata to modify those exhibits with the applicable legal authorities. The following Exhibits are modified as follows:

On Exhibit 1 [Doc. 148-1], the following row is deleted:

| State | State Law Claim Challenged by Defendants | Authority for the Application of the *Nullum Tempus* Doctrine |
|---|---|---|
| ~~Arizona~~ | ~~Arizona Consumer Fraud Act~~ | ~~Ariz. Revised Statutes Section 44-1522; AZ's state-law consumer claims are not subject to any statute of limitations but AZ's state-law antitrust claims are subject to a 4-year statute of limitations.~~ |

and replaced with:

| State | State Law Claim Challenged by Defendants | Authority for the Application of the *Nullum Tempus* Doctrine |
|---|---|---|
| **Arizona** | Arizona State Uniform Antitrust Act | *Trimble v. Am. Sav. Life Ins. Co.*, 733 P.2d 1131, 1137-39 (Ariz. App. 1986) (reaffirming longstanding application of *nullum tempus* doctrine to all claims except where the Legislature expressly declares otherwise); Ariz. Rev. Stat. § 44-1410 (only applying 4-year limitations period to claims for civil penalties and monetary damages and not mentioning claims for injunctive or equitable relief). |

On Exhibit 4 [Doc. 148-4], the following row is added:

| State | State Antitrust Law Claim Challenged by Defendants | Authority that the State Antitrust Law Generally Follows Federal Antitrust Law |
|---|---|---|
| **Arizona** | Arizona State Uniform Antitrust Act | Ariz. Rev. Stat. § 44-1412 |

Dated: February 24, 2022

Respectfully Submitted,
PLAINTIFF STATE OF ARIZONA
MARK BRNOVICH
ATTORNEY GENERAL

By:   /s/ Robert A. Bernheim
Robert A. Bernheim
Unit Chief Counsel
Consumer Protection & Advocacy Section
400 W. Congress St., Ste. S-215
Tucson, AZ 85701
Tel: (520) 628-6507
Fax: (520) 628-6532
Robert.Bernheim@azag.gov

CERTIFICATE OF SERVICE

I hereby certify that, on this 24th day of February, 2022, the foregoing Notice of Errata was filed and served electronically upon all registered counsel via the Court's CM/ECF system.

/s/ Robert A. Bernheim
Robert A. Bernheim