IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| | HON. CYNTHIA M. RUFE |
| **THIS DOCUMENT RELATES TO:** | Civil Action No. |
| *1199SEIU National Benefit Fund v. Actavis Holdco U.S., Inc.* | 19-cv-6011 |
| *César Castillo, Inc. v. Actavis Holdco U.S., Inc.* | 20-cv-0721 |
| *Cigna Corp. v. Actavis Holdco U.S., Inc.* | 20-cv-2711 |
| *County of Albany v. Actavis Holdco U.S., Inc.* | 21-cv-1875 |
| *County of Westchester v. Actavis Holdco U.S., Inc.* | 21-cv-4474 |
| *CVS Pharmacy Inc. v. Actavis Elizabeth, LLC* | 20-cv-6310 |
| *Harris County v. Teva Pharm. USA, Inc.* | 20-cv-2296 |
| *Health Care Serv. Corp. v. Actavis Elizabeth, LLC* | 19-cv-5819 |
| *Humana Inc. v. Actavis Elizabeth, LLC* | 19-cv-4862 |
| *Humana Inc. v. Actavis Elizabeth, LLC* | 20-cv-6303 |
| *J M Smith Corp. v. Actavis Holdco U.S., Inc.* | 20-cv-4370 |
| *Molina Healthcare, Inc. v. Actavis Elizabeth, LLC* | 20-cv-0695 |
| *MSP Recovery Claims, Series LLC v. Actavis Elizabeth, LLC* | 20-cv-0231 |
| *Reliable Pharmacy v. Actavis Holdco U.S., Inc.* | 19-cv-6044 |
| *Rite Aid Corp. v. Actavis Holdco U.S., Inc.* | 20-cv-3367 |

| | |
|---|---|
| *United Healthcare Servs., Inc. v. Teva Pharm. USA, Inc.* | 19-cv-5042 |
| *Walgreen Co. v. Actavis Holdco U.S., Inc.* | 20-cv-6258 |
| *Winn-Dixie Stores, Inc. v. Actavis Holdco U.S., Inc.* | 20-cv-6290 |

## ORDER

**AND NOW**, this 28th day of February 2022, it is hereby **ORDERED** that the motion of defendants (1) Alvogen, Inc.; (2) Camber Pharmaceuticals, Inc.; (3) Hikma Labs, Inc. f/k/a Roxane Laboratories, Inc. and West-Ward Columbus Inc. f/k/a Boehringer Ingelheim Roxane, Inc.; (4) Jubilant Cadista Pharmaceuticals, Inc.; (5) Strides Pharma, Inc.; and (6) Torrent Pharma Inc. for leave to file a Joint Memorandum in excess of 15 pages with electronically filed appendices in excess of 50 pages is **GRANTED**. The Court accepts the Memorandum of Law in Support of Newly Added Defendants' Joint Motion to Dismiss on Limitations Grounds and its Appendices filed in the above-referenced actions

It is so **ORDERED**.

                                            **BY THE COURT:**
                                            /s/ **Cynthia M. Rufe**
                                            _____
                                            **Cynthia M. Rufe, J.**