# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL NO. 2724 |
| | 16-MD-2724 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |
| | HON. CYNTHIA M. RUFE |

## JOINT PROPOSED AGENDA FOR
## MARCH 10, 2022 LEADERSHIP STATUS CONFERENCE

Pursuant to Pretrial Order No. 193 (MDL Doc. No. 1957), Liaison Counsel hereby submit this joint proposed agenda of items to be brought before the Court via videoconference at the Leadership Status Conference scheduled for Thursday, March 10, 2022 at 1:30 pm:

1. Status of parties' discussions regarding the non-Bellwether schedule

2. Plaintiffs' Agenda Item: Procedural permissibility of "Newly Added Defendants'" motions to dismiss under existing Court Orders.

    a. Defendants' position is that this item is inherently substantive and not appropriate for a Leadership Status Conference. It is also premature. Plaintiffs can alert the Court to any purported permissibility issues in any papers that Plaintiffs submit in opposition to the motions to dismiss, and the Court can decide whether to hear argument once all interested parties have had the opportunity to weigh in.

The Court shall provide videoconference information and related instructions to Liaison Counsel and the Special Masters via email.

Dated: March 3, 2022                                    Respectfully submitted:

/s/ Roberta D. Liebenberg                               /s/ Dianne M. Nast
Roberta D. Liebenberg                                   Dianne M. Nast
FINE, KAPLAN AND BLACK, R.P.C.                          NASTLAW LLC
One South Broad Street, 23rd Floor                      1101 Market Street, Suite 2801
Philadelphia, PA 19107                                  Philadelphia, PA 19107
215-567-6565                                            215-923-9300
rliebenberg@finekaplan.com                              dnast@nastlaw.com

**Liaison and Lead Counsel for the End-Payer Plaintiffs**

*/s/ W. Joseph Nielsen*
W. Joseph Nielsen
Assistant Attorney General
165 Capitol Ave.
Hartford, CT 06106
Tel: (860) 808-5040
Fax: (860) 808-5391
Joseph.Nielsen@ct.gov

**Liaison Counsel for the States**

*/s/ William J. Blechman*
William J. Blechman
KENNY NACHWALTER, P.A.
1441 Brickell Avenue
Suite 1100
Miami, FL 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
wblechman@knpa.com

**Liaison Counsel for Direct Action Plaintiffs and Counsel for the Kroger Direct Action Plaintiffs**

**Liaison and Lead Counsel for the Direct Purchaser Plaintiffs**

*/s/ Jan P. Levine*
Jan P. Levine
TROUTMAN PEPPER HAMILTON SANDERS LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Tel: (215) 981-4000
Fax: (215) 981-4750
levinej@Troutman.com

*/s/ Sheron Korpus*
Sheron Korpus
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
skorpus@kasowitz.com

*/s/ Devora W. Allon*
Devora W. Allon
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-5967
Fax: (212) 446-6460
devora.allon@kirkland.com

*/s/ Sarah F. Kirkpatrick*
Sarah F. Kirkpatrick
WILLIAMS & CONNOLLY, LLC
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5958
skirkpatrick@wc.com

*/s/ Chul Pak*
Chul Pak
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Fl.

New York, NY 10019
Tel: (212) 999-5800
Fax: (212) 999-5899
cpak@wsgr.com

**Defendants' Liaison Counsel**