IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*ALL END-PAYOR ACTIONS* | HON. CYNTHIA M. RUFE |

**MOTION TO AMEND PRETRIAL ORDER NO. 6**

The undersigned counsel respectfully move this Court for an Order amending Pretrial Order No. 6 appointing leadership of the End-Payor Class ("Leadership Order") to substitute DiCello Levitt Gutzler for Labaton Sucharow LLP as the firm affiliated with Gregory Asciolla, who was appointed to the Plaintiffs' Steering Committee for the End-Payor Class ("PSC") by the Court on November 28, 2016. (ECF No. 84).

Since that time, and at the direction of Lead Counsel, Mr. Asciolla has managed the case and workload on a day-to-day basis on behalf of Labaton, overseeing his litigation team and working closely and effectively with Lead Counsel and the other members of the PSC. He has been intimately involved in all aspects of this litigation, diligently fulfilling the duties and responsibilities described and authorized by the Court in its Leadership Order. Mr. Asciolla is completely familiar with all of the law, facts and issues of the case.

On March 7, 2022, Mr. Asciolla joined the law firm DiCello Levitt Gutzler as a partner.[1] Mr. Asciolla now respectfully moves to amend the Leadership Order to reflect his new firm affiliation. This motion is supported by lead counsel Roberta Liebenberg of Fine Kaplan and Black, R.P.C., and by Labaton Sucharow, as well as the plaintiff with whom Mr. Asciolla and

---

[1] For additional information about DiCello Levitt Gutzler, see https://dicellolevitt.com.

Labaton filed their original case, UFCW Local 1500 Welfare Fund. Additionally, the other attorneys principally working on the case, Robin van der Meulen, Karin Garvey, Jonathan Crevier, and Veronica Bosco are also joining DiCello Levitt and will continue to work on this litigation. Thus, Mr. Asciolla and DiCello Levitt, together with his established team and based on their demonstrated commitment to the case, will continue to fulfill their responsibilities and obligations in the best interests of the End-Payor Class as a member of the PSC.

For these reasons, counsel respectfully request that this Court amend its Leadership Order to substitute Dicello Levitt Gutzler as the firm affiliation of PSC member Gregory Asciolla.

Dated: March 7, 2022                             Respectfully submitted,

*/s/ Gregory S. Asciolla*
Gregory S. Asciolla
Karin E. Garvey
Robin A. van der Meulen
Jonathan Crevier
Veronica Bosco
**DICELLO LEVITT GUTZLER**
One Grand Central Place
60 East 42nd Street, Suite 2400
New York, NY 10165
Telephone: (646) 933-1000
gasciolla@dicellolevitt.com
kgarvey@dicellolevitt.com
rvandermeulen@dicellolevitt.com
jcrevier@dicellolevitt.com
vbosco@dicellolevitt.com

*[Proposed] Plaintiffs' Steering Committee for the Proposed End-Payor Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2022, I caused the foregoing Motion to Amend Pretrial Order No. 6 to be filed electronically with the Clerk of the Court using the CM/ECF system, which will serve a copy on all interested parties registered for electronic filing and is available for viewing and downloading from the ECF system.

                                                         */s/ Gregory S. Asciolla*
                                                       Gregory S. Asciolla