### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*ALL END-PAYOR ACTIONS* | HON. CYNTHIA M. RUFE |

### [PROPOSED] ORDER

Having considered the Motion for an Order amending Pretrial Order No. 6 (ECF No. 84) appointing leadership for the proposed class ("Leadership Order") to substitute DiCello Levitt Gutzler for Labaton Sucharow LLP as the firm affiliated with Gregory Asciolla, who was appointed to the Plaintiffs' Steering Committee ("PSC") for the End-Payor Class,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion for an Order amending the Court's Leadership Order is granted, and DiCello Levitt Gutzler shall be substituted for Labaton Sucharow LLP as the firm affiliation of PSC member Gregory Asciolla in this Action.

**IT IS SO ORDERED**.

Dated: _____, 2022

_____
HON. CYNTHIA M. RUFE
UNITED STATES DISTRICT JUDGE