# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | MDL 2724<br>16-MD-2724 |
| | **HON. CYNTHIA M. RUFE** |
| **THIS DOCUMENT RELATES TO:** | Civil Action No. |
| *1199SEIU National Benefit Fund v. Actavis Holdco U.S., Inc.* | **19-6011** |
| *César Castillo, Inc. v. Actavis Holdco U.S., Inc.* | **20-0721** |
| *Cigna Corp. v. Actavis Holdco U.S., Inc.* | **20-2711** |
| *County of Albany v. Actavis Holdco U.S., Inc.* | **21-1875** |
| *County of Westchester v. Actavis Holdco U.S., Inc.* | **21-4474** |
| *CVS Pharmacy Inc. v. Actavis Elizabeth, LLC* | **20-6310** |
| *Harris County v. Teva Pharm. USA, Inc.* | **20-2296** |
| *Health Care Serv. Corp. v. Actavis Elizabeth, LLC* | **19-5819** |
| *Humana Inc. v. Actavis Elizabeth, LLC* | **19-4862** |
| *Humana Inc. v. Actavis Elizabeth, LLC* | **20-6303** |
| *J M Smith Corp. v. Actavis Holdco U.S., Inc.* | **20-4370** |
| *Molina Healthcare, Inc. v. Actavis Elizabeth, LLC* | **20-695** |
| *MSP Recovery Claims, Series LLC v. Actavis Elizabeth LLC* | **20-231** |
| *Reliable Pharmacy v. Actavis Holdco U.S., Inc.* | **19-6044** |
| *Rite Aid Corp. v. Actavis Holdco U.S., Inc.* | **20-3367** |

| | |
|---|---|
| *United Healthcare Servs., Inc. v. Teva Pharm. USA, Inc.* | 19-5042 |
| *Walgreen Co. v. Actavis Holdco U.S., Inc.* | 20-6258 |
| *Winn-Dixie Stores, Inc. v. Actavis Holdco U.S., Inc.* | 20-6290 |

## ORDER

**AND NOW** this 10th day of March 2022, after a Leadership Conference held this date, it is hereby **ORDERED** that all litigation on the Newly-Added Defendants' Motions to Dismiss and the Private Plaintiffs' Motion to Deny or Hold in Abeyance the Motions to Dismiss is temporarily **STAYED** until further Order of the Court. Counsel for the involved parties are directed to confer and no later than **March 17, 2022**, shall file status reports as to whether an agreement has been reached on a schedule for the Motions to Dismiss, and if not, setting forth the parties' positions on scheduling.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**