# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL No. 2724<br>16-MD-2724 |
| **THIS DOCUMENT RELATES TO:**<br>*Direct Purchaser Class Plaintiffs' Actions* | HON. CYNTHIA M. RUFE |

## ORDER

**AND NOW**, this 16th day of March 2022, upon consideration of Direct Purchaser Class Plaintiffs' Unopposed Motion for Leave to File a Brief in Excess of Fifteen Pages and to Electronically File in Excess of Fifty Pages, it is hereby **ORDERED** that the Motion is **GRANTED**.

It is further **ORDERED** that Direct Purchaser Class Plaintiffs may file a memorandum of law of no more than 55 pages in support of Direct Purchaser Class Plaintiffs' Motion for an Order: (1) Preliminarily Certifying a Settlement Class; (2) Granting Preliminarily Approval of the Sun-Taro Settlement Agreements; (3) Appointing Settlement Class Counsel; (4) Appointing a Claims Administrator and Escrow Agent; (5) Approving the Form and Manner of Notice to the Class; (6) Preliminarily Approving the Plan of Allocation; and (7) Scheduling a Fairness Hearing.

It is further **ORDERED** that Direct Purchaser Class Plaintiffs may electronically file the Motion, Memorandum and related attachments in excess of 50 cumulative pages but not to exceed 275 pages collectively.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**