IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL No. 2724<br>Case No. 2:16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br>*Direct Purchaser Class Plaintiffs' Actions* | HON. CYNTHIA M. RUFE |

**DIRECT PURCHASER CLASS PLAINTIFFS' MOTION FOR AN ORDER:
(1) CERTIFYING A SETTLEMENT CLASS;
(2) GRANTING PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENTS;
(3) APPOINTING SETTLEMENT CLASS COUNSEL;
(4) APPOINTING A CLAIMS ADMINISTRATOR AND ESCROW AGENT;
(5) APPROVING THE FORM AND MANNER OF NOTICE TO THE SETTLEMENT CLASS; (6) PRELIMINARILY APPROVING THE PLAN OF ALLOCATION; AND
(7) SCHEDULING A FAIRNESS HEARING**

Pursuant to Federal Rule of Civil Procedure 23, Direct Purchaser Class Plaintiffs César Castillo, LLC, FWK Holdings, LLC, Rochester Drug Cooperative, Inc., and KPH Healthcare Services, Inc. a/k/a Kinney Drugs, Inc. ("Settling Plaintiffs") respectfully move for entry of the proposed Order submitted herewith which provides for:

1. Certification of the Settlement Class;

2. Preliminary approval by the Court of proposed Settlement Agreements between Settling Plaintiffs and Defendant Sun Pharmaceutical Industries, Inc. and its affiliates (Caraco Pharmaceutical Laboratories, Ltd., Mutual Pharmaceutical Company, Inc., and URL Pharma, Inc.), and Defendant Taro Pharmaceuticals U.S.A., Inc. ("Settling Defendants");

3. Appointment of Settlement Class Counsel for the Settlement Class;

4. Appointment of A.B. Data, Ltd. as the Claims Administrator and The Huntington National Bank as the Escrow Agent;

5. Approval of the proposed form and manner of notice to the Settlement Class;

6. Preliminary approval of the Plan of Allocation;

7. The establishment of a proposed schedule leading up to and including the Fairness Hearing.

In support of this motion, Settling Plaintiffs rely upon the accompanying memorandum in support and exhibits thereto, and the Declaration of Dianne M. Nast, dated March 16, 2022, and exhibits thereto.

|  |  |
|---|---|
| March 16, 2022 | Respectfully submitted,<br><br>*/s/ Dianne M. Nast*<br>Dianne M. Nast<br>NASTLAW LLC<br>1101 Market Street, Suite 2801<br>Philadelphia, Pennsylvania 19107<br>(215) 923-9300<br>dnast@nastlaw.com<br><br>*Lead and Liaison Counsel*<br>*for Direct Purchaser Plaintiffs* |

| | |
|---|---|
| David F. Sorensen<br>BERGER MONTAGUE PC<br>1818 Market Street, Suite 3600<br>Philadelphia, Pennsylvania 19103<br>(215) 875-3000<br>dsorensen@bm.net | Thomas M. Sobol<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>55 Cambridge Parkway, Suite 301<br>Cambridge, Massachusetts 02142<br>(617) 482-3700<br>tom@hbsslaw.com |
| Robert N. Kaplan<br>KAPLAN FOX & KILSHEIMER LLP<br>850 Third Avenue<br>New York, New York 10022<br>(212) 687-1980<br>rkaplan@kaplanfox.com | Linda P. Nussbaum<br>NUSSBAUM LAW GROUP, PC<br>1211 Avenue of the Americas, 40th Floor<br>New York, New York 10036<br>(917) 438-9189<br>lnussbaum@nussbaumpc.com |
| Michael L. Roberts<br>ROBERTS LAW FIRM P.A.<br>20 Rahling Circle<br>Little Rock, Arkansas 72223<br>(501) 821-5575<br>mikeroberts@robertslawfirm.us | |

*Direct Purchaser Plaintiffs' Steering Committee*