**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL No. 2724<br>Case No. 2:16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*Direct Purchaser Class Plaintiffs' Actions* | HON. CYNTHIA M. RUFE |

**DIRECT PURCHASER CLASS PLAINTIFFS' UNOPPOSED MOTION TO FILE
UNDER SEAL EXHIBITS A AND F TO THEIR MOTION FOR AN ORDER:
(1) CERTIFYING A SETTLEMENT CLASS;
(2) GRANTING PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENTS;
(3) APPOINTING SETTLEMENT CLASS COUNSEL;
(4) APPOINTING A CLAIMS ADMINISTRATOR AND ESCROW AGENT;
(5) APPROVING THE FORM AND MANNER OF NOTICE TO THE
SETTLEMENT CLASS;
(6) PRELIMINARILY APPROVING THE PLAN OF ALLOCATION; AND
(7) SCHEDULING A FAIRNESS HEARING**

Pursuant to Rule 5.2(d) of the Federal Rules of Civil Procedure, and Local Rules 5.1.2(7) and 5.1.5, Direct Purchaser Class Plaintiffs César Castillo, LLC, FWK Holdings, LLC, Rochester Drug Co-Operative, Inc., and KPH Healthcare Services, Inc. a/k/a Kinney Drugs, Inc., by and through their undersigned counsel, respectfully move this Court for an Order granting leave to file under seal Exhibits A and F to their Motion for an Order: (1) Certifying a Settlement Class; (2) Granting Preliminary Approval of Settlement Agreements; (3) Appointing Settlement Class Counsel; (4) Appointing a Claims Administrator and Escrow Agent; (5) Approving the Form and Manner of Notice to the Settlement Class; (6) Preliminarily Approving the Plan of Allocation; and (7) Scheduling a Fairness Hearing ("Preliminary Approval Motion"). Settling Defendants Sun Pharmaceutical Industries, Inc. and its affiliates (Caraco Pharmaceutical

Laboratories, Ltd., Mutual Pharmaceutical Company, Inc., and URL Pharma, Inc.) and Taro Pharmaceuticals U.S.A., Inc. consent to the relief sought in this motion.

Exhibit A of the Preliminary Approval Motion (Declaration of Dianne M. Nast) contains the Settlement Agreements with each Settling Defendant. Exhibit D to the Settlement Agreements contains the Net Sales of Settling Defendants. The Settling Defendants have designated that information as Protected Material pursuant to the Protective Order. *See* Pretrial Order No. 195 ¶ 5. Pursuant to Paragraph 9.2 of Pretrial Order No. 7, DPPs have redacted such Protected Material and are required to file Plaintiffs' Exhibit A under Seal.

Exhibit F of the Preliminary Approval Motion (Declaration of Jeffrey J. Leitzinger, Ph.D. Regarding Certification of the Sun-Taro Settlement Class) contains confidential data and references to data that have been designated as Protected Material pursuant to the Protective Order, and confidential IMS/IQVIA data. *See* Pretrial Order No. 195 ¶ 5. Pursuant to Paragraph 9.2 of Pretrial Order No. 7, DPPs have redacted such Protected Material and are required to file Plaintiffs' Exhibit F under seal.

Pursuant to the Court's March 25, 2020 Standing Order (In re Temporary Close of the James A. Byrne U.S. Courthouse in Philadelphia), and the March 25, 2020 Notice to Filers of Hard Copy Documents to Resubmit Electronically posted on the Court's website, Plaintiffs have submitted unredacted PDF versions of Plaintiffs' Exhibits A and F to the Clerk's office.

Contemporaneously with this Motion, Plaintiffs have filed via ECF a redacted public version of Plaintiffs' Exhibits A and F.

A proposed Order is attached hereto.

March 16, 2022                                       Respectfully submitted,

                                                     */s/ Dianne M. Nast*
                                                     Dianne M. Nast

NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, Pennsylvania 19107
(215) 923-9300
dnast@nastlaw.com

*Lead and Liaison Counsel*
*for Direct Purchaser Plaintiffs*

David F. Sorensen
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103
(215) 875-3000
dsorensen@bm.net

Thomas M. Sobol
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, Massachusetts 02142
(617) 482-3700
tom@hbsslaw.com

Robert N. Kaplan
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue
New York, New York 10022
(212) 687-1980
rkaplan@kaplanfox.com

Linda P. Nussbaum
NUSSBAUM LAW GROUP, PC
1211 Avenue of the Americas, 40th Floor
New York, New York 10036
(917) 438-9189
lnussbaum@nussbaumpc.com

Michael L. Roberts
ROBERTS LAW FIRM P.A.
20 Rahling Circle
Little Rock, Arkansas 72223
(501) 821-5575
mikeroberts@robertslawfirm.us

*Direct Purchaser Plaintiffs' Steering Committee*