### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL No. 2724<br>Case No. 2:16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*Direct Purchaser Class Plaintiffs' Actions* | HON. CYNTHIA M. RUFE |

### [PROPOSED] ORDER

**AND NOW**, this _____ day of _____, 2022, upon consideration of Direct Purchaser Class Plaintiffs' Unopposed Motion to Seal Exhibits A and F to their Motion for an Order: (1) Certifying a Settlement Class; (2) Granting Preliminary Approval of Settlement Agreements; (3) Appointing Settlement Class Counsel; (4) Appointing a Claims Administrator and Escrow Agent; (5) Approving the Form and Manner of Notice to the Settlement Class; (6) Preliminarily Approving the Plan of Allocation; and (7) Scheduling a Fairness Hearing [Doc. No. _____ ], **IT IS HEREBY ORDERED** that Direct Purchaser Class Plaintiffs' Motion is **GRANTED**.

It is **FURTHER ORDERED** that Direct Purchaser Class Plaintiffs' Exhibits A and F to their Motion for an Order: (1) Preliminarily Certifying a Settlement Class; (2) Granting Preliminarily Approval of Settlement Agreements; (3) Appointing Settlement Class Counsel; (4) Appointing a Claims Administrator and Escrow Agent; (5) Approving the Form and Manner of Notice to the Class; (6) Preliminarily Approving the Plan of Allocation; and (7) Scheduling a Fairness Hearing shall be **PLACED UNDER SEAL** by the Clerk of Court.

It is so **ORDERED**.

BY THE COURT:

_____
CYNTHIA M. RUFE, J.