## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | No.: 2:16-md-2724<br><br>**NOTICE OF WITHDRAWAL** |

NOW COMES, David Reichenberg of Cozen O'Connor, as Counsel for Defendant Richard Rogerson, and hereby requests that he be withdrawn as Counsel of Record for Defendant. Calli Padilla and Stephen A. Miller of Cozen O'Connor will continue to represent Defendant Richard Rogerson as will Mark Jacobson whose appearance is being filed contemporaneously with this Notice.

COZEN O'CONNOR

By: /s/ David Reichenberg
David Reichenberg
3WTC, 175 Greenwich Street
55th Floor
New York, NY 10007
Telephone: 212-509-9400
Facsimile: 212-509-9492
dreichenberg@cozen.com

Dated: March 30, 2022            Counsel for Defendant, Richard Rogerson

LEGAL\57263291\1

2

**CERTIFICATE OF SERVICE**

      I, David Reichenberg hereby certify that I served a copy of the foregoing Entry of Appearance on March 30, 2022 upon counsel of record via the court's electronic filing system.

      COZEN O'CONNOR

      By:   /s/ David Reichenberg
            David Reichenberg