IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | HON. CYNTHIA M. RUFE |

### ORDER

**AND NOW**, this 12th day of April 2022, upon consideration of Special Master David H. Marion's Ninth Report and Recommendation [MDL Doc. No. 1958], and upon the representation of counsel that the parties resolved the issue discussed in the R&R, and as that resolution is reflected in the stipulated second modified protective order entered as Pretrial Order No. 195 [MDL Doc. No. 1976], it is hereby **ORDERED** that the Ninth R&R is **CLOSED** pursuant to agreement of the parties.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**