IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | MDL 2724<br>16-MD-2724<br><br>HON. CYNTHIA M. RUFE |

**PRETRIAL ORDER NO. 202**
**(PLAINTIFFS' STEERING COMMITTEES)**

**AND NOW**, this 14th day of April 2022, upon consideration of the unopposed Motion to Amend Pretrial Order No. 6 [MDL Doc. No. 1985], which the Court construes as a Motion to Amend Pretrial Order Nos. 21 and 42, it is hereby **ORDERED** that the Motion is **GRANTED**, and the law firm of DiCello Levitt Gutzler is substituted as the law firm affiliated with Gregory Asciolla, Esquire on the End-Payer Plaintiffs' Steering Committee ("PSC"). As there have been other amendments over time, the Court sets forth below the current composition of each PSC.

**Direct Purchaser Plaintiffs PSC:**

| | |
|---|---|
| Dianne M. Nast, Esquire<br>*and the law firm of*<br>Nast Law LLC<br>1101 Market Street, Suite 2801<br>Philadelphia, PA  19107<br>(215) 923-9300<br>dnast@nastlaw.com<br>**Lead and Liaison Counsel** | Robert N. Kaplan, Esquire<br>*and the law firm of*<br>Kaplan Fox & Kilsheimer LLP<br>850 Third Avenue, 14th Floor<br>New York, NY  10022<br>(212) 687-1980<br>rkaplan@kaplanfox.com |

| | |
|---|---|
| Linda P. Nussbaum, Esquire<br>*and the law firm of*<br>Nussbaum Law Group<br>1211 Avenue of the Americas, 40th Floor<br>New York, NY 10036<br>(917) 438-9102<br>lnussbaum@nussbaumpc.com | Michael L. Roberts, Esquire<br>*and the law firm of*<br>Roberts Law Firm, P.A.<br>20 Rahling Circle, P.O. Box 241790<br>Little Rock, AR 72223<br>(501) 821-5575<br>mikeroberts@robertslawfirm.us |
| Thomas M. Sobol, Esquire<br>*and the law firm of*<br>Hagens Berman Sobol Shapiro LLP<br>55 Cambridge Parkway, Suite 301<br>Cambridge, MA 02142<br>(617) 482-3700<br>tom@hbsslaw.com | David F. Sorensen, Esquire<br>*and the law firm of*<br>Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br>(215) 875-3000<br>dsorensen@bm.net |

**End-Payer Plaintiffs PSC:**

| | |
|---|---|
| Roberta Liebenberg, Esquire<br>*and the law firm of*<br>Fine, Kaplan and Black, R.P.C.<br>One South Broad Street, 23rd Floor<br>Philadelphia, PA 19107<br>(215) 567-6565<br>rliebenberg@finekaplan.com<br>**Lead and Liaison Counsel** | Gregory S. Asciolla, Esquire<br>*and the law firm of*<br>DiCello Levitt Gutzler<br>One Grand Central Place<br>60 East 42nd Street, Suite 2400<br>New York, NY 10165<br>(646) 933-1000<br>gasciolla@dicellolevitt.com |
| Michael M. Buchman, Esquire<br>*and the law firm of*<br>Motley Rice LLC<br>600 Third Avenue, Suite 2101<br>New York, NY 10016<br>(212) 577-0040<br>mbuchman@motleyrice.com | Elizabeth J. Cabraser, Esquire<br>*and the law firm of*<br>Lieff Cabraser Heimann & Bernstein LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>(415) 956-1000<br>ecabraser@lchb.com |
| James R. Dugan, II, Esquire<br>*and the law firm of*<br>The Dugan Law Firm, APLC<br>365 Canal Street, Suite 1000<br>New Orleans, LA 70130<br>(504) 648-0180<br>jdugan@dugan-lawfirm.com | Jayne A. Goldstein, Esquire<br>*and the law firm of*<br>Miller Shah, LLP<br>1625 N. Commerce Pkwy Suite 320<br>Fort Lauderdale, FL 33326<br>(954) 903-3170<br>jagoldstein@millershah.com |

| | |
|---|---|
| Mindee J. Reuben, Esquire<br>*and the law firm of*<br>Lite DePalma Greenberg & Afanador, LLC<br>1835 Market Street, 27th Floor<br>Philadelphia, PA  19103<br>(267) 314-7980<br>mreuben@litedepalma.com | Joseph R. Saveri, Esquire<br>*and the law firm of*<br>Joseph Saveri Law Firm, Inc.<br>555 Montgomery Street, Suite 1210<br>San Francisco, CA  94111<br>(415) 500- 68000<br>jsaveri@saverilawfirm.com |
| Dena C. Sharp, Esquire<br>*and the law firm of*<br>Girard Sharp LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>(415) 981-4800<br>dsharp@girardsharp.com | Heidi M. Silton, Esquire<br>*and the law firm of*<br>Lockridge Grindal Nauen P.L.L.P.<br>100 Washington Avenue South<br>Suite 2200<br>Minneapolis, MN  55401<br>(612) 339-6900<br>hmsilton@locklaw.com |
| Bonny E. Sweeney, Esquire<br>*and the law firm of*<br>Hausfeld LLP<br>600 Montgomery St., Suite 3200<br>San Francisco, CA  94111<br>(415) 633-1908<br>bsweeney@hausfeld.com | Adam J. Zapala, Esquire<br>*and the law firm of*<br>Cotchett, Pitre & McCarthy, LLP<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>(650) 697-6000<br>azapala@cpmlegal.com |

**Indirect Resellers PSC:**

| | |
|---|---|
| Jonathan W. Cuneo, Esquire<br>*and the law firm of*<br>Cuneo Gilbert & LaDuca, LLP<br>4725 Wisconsin Ave., NW Suite 200<br>Washington, DC 20016<br>(202) 789-3960<br>jonc@cuneolaw.com<br>**Lead Counsel** | Don Barrett, Esquire<br>*and the law firm of*<br>Barrett Law Group, P.A.<br>P.O. Box 927<br>404 Court Square North<br>Lexington, MS  39095<br>(662) 834-2488<br>dbarrett@barrettlawgroup.com |

| | |
|---|---|
| Shawn M. Raiter, Esquire<br>*and the law firm of*<br>Larson · King, LLP<br>2800 Wells Fargo Place, 30 E 7th Street<br>St. Paul, MN 55101<br>(651) 312-6500<br>sraiter@larsonking.com | Kendra E. Samson, Esquire<br>*and the law firm of*<br>Neal & Harwell, PLC<br>1201 Demonbreun Street, Suite 1000<br>Nashville, TN 37203<br>(615) 244-1713<br>ksamson@nealharwell.com |
| Jon A. Tostrud, Esquire<br>*and the law firm of*<br>Tostrud Law Group, P.C.<br>1925 Century Park East<br>Suite 2100<br>Los Angeles, CA 90067<br>(310) 278-2600<br>jtostrud@tostrudlaw.com | |

As previously ordered, the Court may adjust the size of the PSCs if necessary as the litigation proceeds. The appointments to the PSCs are of both the attorneys and the law firms. The Court expects that the leadership will provide opportunities for attorneys not named to the PSC, particularly less-senior attorneys, to participate meaningfully and efficiently in the MDL, including through participation in any committees within the PSC and in determining which counsel will argue any motions before the Court.

It is so **ORDERED**.

**BY THE COURT:**

**/s/ Cynthia M. Rufe**
_____
**CYNTHIA M. RUFE, J.**