IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF ZACHARY D. CAPLAN

PLEASE TAKE NOTICE that the appearance of Zachary D. Caplan on behalf of Direct Purchaser Plaintiffs is hereby withdrawn as he is leaving the firm of Berger Montague PC on May 6, 2022.  Direct Purchaser Plaintiffs will continue to be represented by other attorneys at Berger Montague PC and on the Direct Purchaser Plaintiffs PSC in this matter.

Dated: May 6, 2022　　　　　　　　By:　　*/s/ Zachary D. Caplan*
　　　　　　　　　　　　　　　　　　　　Zachary D. Caplan (Pa. I.D. #312522)
　　　　　　　　　　　　　　　　　　　　BERGER MONTAGUE PC
　　　　　　　　　　　　　　　　　　　　1818 Market Street
　　　　　　　　　　　　　　　　　　　　Suite 3600
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19103
　　　　　　　　　　　　　　　　　　　　Tel: (215) 875-3000

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2022, I caused to be served on all counsel of record via ECF, a true and correct copy of the Notice of Withdrawal of Appearance of Zachary D. Caplan on behalf of Direct Purchaser Plaintiffs.

*/s/ Zachary D. Caplan*
Zachary D. Caplan