IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*In re Clobetasol Cases (End-Payer)*<br>*In re Clomipramine Cases (End-Payer)*<br>*In re Pravastatin Cases (End-Payer)* | HON. CYNTHIA M. RUFE<br><br>16-CB-27242<br>16-CM-27242<br>16-PV-27242 |

**ORDER**

**AND NOW**, this 10th day of May 2022, upon consideration of the Joint Motion to Dismiss [Doc. No. 186 in 16-CB-27242; Doc. No. 142 in 16-CB-27242; Doc. No. 173 in 16-PV-27242] and the responses and replies thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**