## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | HON. CYNTHIA M. RUFE |

### NOTICE OF CHANGE OF ADDRESS

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that that effective May 2, 2022, the San Francisco office of Berman Tabacco has relocated. The new address is as follows:

425 California Street, Suite 2300
San Francisco, CA 94104

The firm's telephone and facsimile numbers will remain the same.

Dated: May 11, 2022              **BERMAN TABACCO**

By:   */s/ Christopher T. Heffelfinger*
         Christopher T. Heffelfinger

425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: cheffelfinger@bermantabacco.com

*Counsel for Plaintiffs*