**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL 2724**<br>**16-MD-2724** |
| **THIS DOCUMENT RELATES TO:**<br><br>*State Attorneys General Litigation* | **HON. CYNTHIA M. RUFE** |

**ORDER**

     **AND NOW**, this 12th day of May 2022, upon consideration of the attached Joint Stipulation on the Resolution between Plaintiff State of Florida and Defendants regarding the 12th Report and Recommendation, it is hereby **ORDERED** that the Joint Stipulation is **APPROVED**.

     It is so **ORDERED**.

                             **BY THE COURT:**

                             **/s/ Cynthia M. Rufe**
                             _____
                             **CYNTHIA M. RUFE, J.**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* |  |

**JOINT STIPULATION ON THE RESOLUTION BETWEEN PLAINTIFF STATE OF FLORIDA AND DEFENDANTS REGARDING THE 12TH REPORT AND RECOMMENDATION**

WHEREAS, on April 12, 2022, Special Master David Marion issued his Twelfth Report and Recommendation as to the States' Motion for Protective Order (Re RFP 68) (ECF No. 2050) ("12th R&R");

WHEREAS, the Plaintiff State of Florida and the Defendants have met and conferred to resolve the issues underlying the 12th R&R.

It is hereby stipulated and agreed, by the undersigned counsel, that Defendants' Request for Production No. 68 to be modified for Florida as follows:

Florida will search for and produce any reports, analyses, or studies (including any drafts and underlying data or documents that relate to such reports, analyses, or studies) relating to the price or supply of generical pharmaceutical products that meet one or more of the following conditions:

(1) Materials possessed and/or created by or for the Florida Office of the Attorney General ("OAG").

(2) Materials created by or for the Florida Office of Insurance Regulation.

(3) Florida will produce all pharmaceutical cost data from the Florida Prescription Drug Price Database stored on the OAG computer system.

    i.  Defendants reserve their right to seek additional data collected pursuant to the Florida All Payor Claims Database.

   ii.  Florida reserves its right to raise any and all objections to producing additional data, as stated in the immediately preceding paragraph, notwithstanding the 12th R&R.

(4) Florida will not rely on data from its All Payer Claims Database to inform the basis and amount of Florida's claims for relief in the above-captioned matter.

All documents collected and produced by Florida in response to RFP 68 shall be treated as target documents (also referred to as "go-gets") as defined by the ESI Protocol.

This stipulation resolves the States' Motion for Protective Order relating to RFP 68 as it applies to Florida and, with respect only to Florida, supersedes any order applicable to the Plaintiff States, generally, that might result from objections to the 12th R&R.

**IT IS SO STIPULATED.**

Dated: May 10, 2022

Respectfully submitted,

*/s/ Lizabeth A. Brady*
Lizabeth A. Brady
Director, Antitrust Division

Andrew H. Butler
Assistant Attorney General
Florida Office of the
   Attorney General
PL-01 The Capitol
Tallahassee, FL 32399
Tel: (850) 414-3833
andrew.butler@myfloridalegal.com

*Counsel for Plaintiff State of Florida*

*/s/ Chul Pak*
Chul Pak
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Tel: (212) 999-5800
Fax: (212) 999-5899
cpak@wsgr.com

*/s/ Devora W. Allon*
Devora W. Allon
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022

Tel: (212) 446-4800
Fax: (212) 446-4900
devora.allon@kirkland.com

/s/ Ryan T. Becker
Ryan T. Becker
Fox Rothschild LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103
Tel: (215) 299-2033
Fax: (215) 299-2150
rbecker@foxrothschild.com

/s/ Sarah F. Kirkpatrick
Sarah F. Kirkpatrick
Williams & Connolly LLP
725 Twelfth Street, NW
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
skirkpatrick@wc.com

/s/ Sheron Korpus
Sheron Korpus
Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
skorpus@kasowitz.com

/s/ Allison Tanchyk
Allison Tanchyk
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
Tel: (215) 963-5847
Fax: (215) 963-5001
allison.tanchyk@morganlewis.com

*Defense Liaison Counsel*