IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br>*State Attorneys General Litigation* | HON. CYNTHIA M. RUFE |

# ORDER

**AND NOW**, this 12th day of May 2022, upon consideration of the attached Joint Stipulation on the Resolution between Plaintiff State of Maine and Defendants regarding the 12th Report and Recommendation, it is hereby **ORDERED** that the Joint Stipulation is **APPROVED**.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |

**JOINT STIPULATION ON THE RESOLUTION BETWEEN PLAINTIFF STATE OF MAINE AND DEFENDANTS REGARDING THE 12TH REPORT AND RECOMMENDATION**

WHEREAS, on April 12, 2022, Special Master David Marion issued his Twelfth Report and Recommendation as to the States' Motion for Protective Order (Re RFP 68) (ECF No. 2050) ("12th R&R");

WHEREAS, the Plaintiff State of Maine and the Defendants have met and conferred to resolve the issues underlying the 12th R&R.

It is hereby stipulated and agreed, by the undersigned counsel, that Maine will satisfy Defendants' Request for Production No. 68 by searching for and producing reports, analyses, or studies relating to the price or supply of generic pharmaceutical products that meet one or more of the following conditions:

(1) Materials possessed and/or created by or for the Maine Office of the Attorney General;

(2) Materials created by or for the Maine Health Data Organization;

(3) Materials created by or for the Maine Prescription Drug Affordability Board;

(4) Materials created by or for the Maine's state-operated psychiatric hospitals (Dorothea Dix Psychiatric Center and Riverview Psychiatric Center);

(5) Materials created by or for Maine's Office of Employee Health & Wellness; and

(6) Materials received by the Maine Bureau of Insurance from PBMs pursuant to state reporting requirements.

Defendants reserve the right to seek drafts, underlying data, or other documents relating to such reports, analyses, or studies after reviewing the reports, analyses, and studies that Maine produces. Maine reserves its rights to object to the extent that Defendants seek drafts, underlying data, or other documents related relating to such reports, analyses, or studies. Maine agrees not to pursue any other objections reserved in the States' Motion for Protective Order relating to RFP 68. This Stipulation is intended to resolve the parties' dispute without addressing the merits of the States' Motion for Protective Order or any objections reserved therein.

All documents collected and produced by Maine in response to RFP 68 shall be treated as targeted documents (also referred to as "go-gets") as defined by the ESI Protocol.

This Stipulation resolves the States' Motion for Protective Order relating to RFP 68 as it applies to Maine and, with respect only to Maine, supersedes any order applicable to the Plaintiff States, generally, that might result from objections to the 12th R&R.

**IT IS SO STIPULATED.**

Dated: May 10, 2022                                    Respectfully submitted,

/s/ Christina M. Moylan                                /s/ Chul Pak
Christina M. Moylan                                    Chul Pak
Assistant Attorney General                             WILSON SONSINI GOODRICH & ROSATI
Office of the Maine Attorney                           1301 Avenue of the Americas, 40th Floor
General                                                New York, NY 10019
6 State House Station                                  Tel: (212) 999-5800
Augusta, ME 04333-0006                                 Fax: (212) 999-5899
Tel: (207) 626-8838                                    cpak@wsgr.com
Fax: (207) 624-7730
christina.moylan@maine.gov                             /s/ Devora W. Allon
                                                       Devora W. Allon
*Counsel for Plaintiff State of Maine*                 KIRKLAND & ELLIS LLP
                                                       601 Lexington Avenue
                                                       New York, NY 10022

Tel: (212) 446-4800
Fax: (212) 446-4900
devora.allon@kirkland.com

/s/ Ryan T. Becker
Ryan T. Becker
FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103
Tel: (215) 299-2033
Fax: (215) 299-2150
rbecker@foxrothschild.com

/s/ Sarah F. Kirkpatrick
Sarah F. Kirkpatrick
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
skirkpatrick@wc.com

/s/ Sheron Korpus
Sheron Korpus
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
skorpus@kasowitz.com

/s/ Allison Tanchyk
Allison Tanchyk
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Tel: (215) 963-5847
Fax: (215) 963-5001
allison.tanchyk@morganlewis.com

*Defense Liaison Counsel*