IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
| IN RE: PRAVASTATIN CASES | 16-PV-27242 |
| THIS DOCUMENT RELATES TO:<br><br>*ALL END-PAYER PLAINTIFF PRAVASTATIN CASES* | |

## ORDER

**AND NOW**, this 17th day of May 2022, upon consideration of the attached Stipulation regarding answer deadlines [MDL Doc. No. 2103], it is hereby **ORDERED** that the Stipulation is **APPROVED.**

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
| IN RE: PRAVASTATIN CASES | 16-PV-27242 |
| THIS DOCUMENT RELATES TO:<br><br>*ALL END-PAYER PLAINTIFF PRAVASTATIN CASES* | |

**JOINT STIPULATION REGARDING ANSWER DEADLINE**

WHEREAS, on November 9, 2020, certain Defendants filed their *Joint Motion to Dismiss Certain State Law Claims and to Strike Certain Allegations in the Consolidated Amended End-Payer Class Action Complaints* ("Joint Motion") in, *inter alia*, the above-captioned case;[1]

WHEREAS, on May 9, 2022, the court denied the Joint Motion;

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), the Defendants are required to file Answers to the End-Payer Plaintiffs' ("EPPs") Pravastatin complaint by May 23, 2022;

WHEREAS, pursuant to the July 28, 2021 Court-approved Stipulation, Defendants are required to file Answers to the EPPs' Clobetasol and Clomipramine complaints within 45 days of any Order denying the Joint Motion, or by June 24, 2022;[2]

---

[1] *See In re Pravastatin Cases*, 16-PV-27242, ECF 173. The Joint Motion was also filed *In re Clobetasol Cases*, 16-CB-27242, ECF 186 and *In re Clomipramine Cases*, 16-CM-27242, ECF 142.

[2] *See* ECF No. 1803.

WHEREAS, after meeting and conferring, the parties have agreed to extend the deadline for the filing of Answers to the Pravastatin complaint in the above-captioned case to June 24, 2022;

It is hereby STIPULATED AND AGREED, by and among the undersigned counsel that Defendants shall file Answers in the above-captioned case by June 24, 2022.

It is so **STIPULATED**.

| | |
|---|---|
| Dated: May 16, 2022 | Respectfully submitted, |
| /s/ Roberta D. Liebenberg<br>Roberta D. Liebenberg<br>FINE, KAPLAN AND BLACK, R.P.C.<br>One South Broad St., 23rd Fl.,<br>Philadelphia, PA 19107<br>Tel: (215) 567-6565<br>rliebenberg@finekaplan.com<br><br>**Lead and Liaison Counsel for the End-Payer Plaintiffs** | /s/ Alison Tanchyk<br>Alison Tanchyk<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br>Tel: (215) 963-5000<br>Fax: (215) 963-5001<br>alison.tanchyk@morganlewis.com<br><br>**Counsel for Teva Pharmaceuticals USA, Inc.**<br><br>s/ James W. Matthews<br>James W. Matthews<br>Katy E. Koski<br>John F. Nagle<br>FOLEY & LARDNER LLP<br>111 Huntington Avenue<br>Boston, Massachusetts 02199<br>Tel: (617) 342-4000<br>Fax: (617) 342-4001<br>jmatthews@foley.com<br>kkoski@foley.com<br>jnagle@foley.com<br><br>James T. McKeown<br>Elizabeth A. N. Haas<br>Kate E. Gehl<br>FOLEY & LARDNER LLP<br>777 E. Wisconsin Avenue<br>Milwaukee, WI 53202<br>Tel: (414) 271-2400 |

Fax: (414) 297-4900
jmckeown@foley.com
ehaas@foley.com
kgehl@foley.com

Steven F. Cherry
April N. Williams
Claire Bergeron
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Tel: (202) 663-6000
Fax: (202) 663-6363
steven.cherry@wilmerhale.com
april.williams@wilmerhale.com
claire.bergeron@wilmerhale.com

Terry M. Henry
Melanie S. Carter
BLANK ROME LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Tel: (215) 569-5644
Fax: (215) 832-5644

***Counsel for Apotex Corp***

*/s/Dimitra Doufekias*
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
Tel: (202) 887-1553
ddoufekias@mofo.com

***Counsel for Glenmark Pharmaceuticals Inc., USA***

*/s/ Leiv Blad*
Leiv Blad
Meg Slachetka
COMPETITION LAW PARTNERS
1101 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 742-4300

leiv@competitionlawpartners.com
meg@competitionlawpartners.com

*Counsel for Lupin Pharmaceuticals, Inc*

*/s/ Margaret A. Rogers*
Margaret A. Rogers
Saul P. Morgenstern
ARNOLD & PORTER KAYE SCHOLER LLP
250 W. 55th Street
New York, NY 10019
Tel: (212) 836-8000
Fax: (212) 836-8689
saul.morgenstern@arnoldporter.com
margaret.rogers@arnoldporter.com

Laura S. Shores
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue
Washington, DC 20001
Tel: (202) 942-5000
Fax: (202) 942-5999
laura.shores@arnoldporter.com

*Counsel for Sandoz Inc.*

*/s/ Jason R. Parish*
Jason R. Parish
Martin J. Amundson
BUCHANAN INGERSOLL & ROONEY PC
1700 K Street, NW
Washington, D.C. 20006
Tel: (202) 452-7900
jason.parish@bipc.com
martin.amundson@bipc.com

Bradley Kitlowski
BUCHANAN INGERSOLL & ROONEY PC
Union Trust Building
501 Grant Street
Pittsburgh, PA 15219
Tel: (412) 562-8800
bradley.kitlowski@bipc.com

*Counsel for Zydus Pharmaceuticals (USA) Inc.*