IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br>*State Attorneys General Litigation* | HON. CYNTHIA M. RUFE |

**ORDER**

**AND NOW**, this 19th day of May 2022, upon consideration of the attached Joint Stipulation on the Resolution between Plaintiff State of Idaho and Defendants regarding the 12th Report and Recommendation, it is hereby **ORDERED** that the Joint Stipulation is **APPROVED**.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |

**JOINT STIPULATION ON THE RESOLUTION BETWEEN PLAINTIFF STATE OF IDAHO AND DEFENDANTS REGARDING THE 12th REPORT AND RECOMMENDATION**

WHEREAS, on April 12, 2022, Special Master David Marion issued his Twelfth Report and Recommendation as to the States' Motion for Protective Order (Re RFP 68) (ECF No. 2050) ("12th R&R");

WHEREAS, on May 10, 2022, the State of Idaho, by its Attorney General Lawrence G. Wasden ("Idaho"), joined Certain States' Objection to Special Master David Marion's 12th R&R (ECF No. 2088);

WHEREAS, after further discussion, Idaho and Defendants have resolved the issues underlying the 12th R&R.

It is hereby stipulated and agreed, by the undersigned counsel, that Idaho will satisfy Defendants' Request for Production No. 68 by searching for and producing non-privileged reports, analyses, or studies (including drafts and underlying data or documents that relate to such reports, analyses, or studies) relating to the price or supply of generic pharmaceutical products that meet one or more of the following conditions:

(1) Materials possessed and/or created by or for the Idaho Office of the Attorney General;

(2) Materials possessed and/or created by or for the Idaho Department of Health and Welfare, Medicaid Division.

Idaho will not search for or produce documents possessed by any other governmental agency or entity in Idaho in response to RFP 68.

All documents collected and produced by Idaho in response to RFP 68 shall be treated as targeted documents (also referred to as "go-gets") as defined by the ESI Protocol.

This Stipulation is intended to resolve the parties' dispute without addressing the merits of the States' Motion for Protective Order relating to RFP 68.

Pursuant to this stipulation, Idaho withdraws its May 10, 2022, objection to the 12th R&R as to States' Motion for Protective Order relating to RFP 68.  This Stipulation resolves the States' Motion for Protective Order relating to RFP 68 as it applies to Idaho and, with respect only to Idaho, supersedes any order applicable to the Plaintiff States, generally, that might result from objections to the 12th R&R.

**IT IS SO STIPULATED.**

Dated: May 17, 2022

STATE OF IDAHO
LAWRENCE G. WASDEN
ATTORNEY GENERAL

By: */s/ John K. Olson*
    John K. Olson
    Deputy Attorney General
    Consumer Protection Division
    Office of the Idaho Attorney General
    954 W. Jefferson Street, 2nd Floor
    P.O. Box 83720
    Boise, Idaho 83720-0010
    Telephone: (208) 334-2424
    john.olson@ag.idaho.gov

*Counsel for Plaintiff State of Idaho*

Respectfully submitted,

| | |
|---|---|
| */s/ Chul Pak* | */s/ Allison Tanchyk* |
| Chul Pak | Allison Tanchyk |
| WILSON SONSINI GOODRICH & ROSATI | MORGAN, LEWIS & BOCKIUS LLP |
| 1301 Avenue of the Americas, 40th Floor | 1701 Market Street |
| New York, NY 10019 | Philadelphia, PA 19103 |
| Tel: (212) 999-5800 | Tel: (215) 963-5847 |
| Fax: (212) 999-5899 | Fax: (215) 963-5001 |
| cpak@wsgr.com | allison.tanchyk@morganlewis.com |
| | |
| */s/ Devora W. Allon* | *Defense Liaison Counsel* |
| Devora W. Allon | |
| KIRKLAND & ELLIS LLP | |
| 601 Lexington Avenue | |
| New York, NY 10022 | |
| Tel: (212) 446-4800 | |
| Fax: (212) 446-4900 | |
| devora.allon@kirkland.com | |

*/s/ Ryan T. Becker*
Ryan T. Becker
FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103
Tel: (215) 299-2033
Fax: (215) 299-2150
rbecker@foxrothschild.com

*/s/ Sarah F. Kirkpatrick*
Sarah F. Kirkpatrick
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
skirkpatrick@wc.com

*/s/ Sheron Korpus*
Sheron Korpus
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
skorpus@kasowitz.com