IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*State Attorneys General Litigation* | HON. CYNTHIA M. RUFE |

**ORDER**

**AND NOW**, this 19th day of May 2022, upon consideration of the attached Joint Stipulation on the Resolution between Plaintiff State of South Carolina and Defendants regarding the 12th Report and Recommendation, it is hereby **ORDERED** that the Joint Stipulation is **APPROVED**.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**

IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| | HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | |

**JOINT STIPULATION ON THE RESOLUTION BETWEEN PLAINTIFF STATE OF SOUTH CAROLINA AND DEFENDANTS REGARDING THE 12TH REPORT AND RECOMMENDATION**

WHEREAS, on April 12, 2022, Special Master David Marion issued his Twelfth Report and Recommendation as to the States' Motion for Protective Order (Re RFP 68) (ECF No. 2050) ("12th R&R");

WHEREAS, on May 9, 2022, the State of South Carolina ("South Carolina") filed Objections to the Special Master's Twelfth Report and Recommendation (ECF No. 2082);

WHEREAS, the Plaintiff State of South Carolina and the Defendants have met and conferred to resolve the issues underlying the 12th R&R.

It is hereby stipulated and agreed, by the undersigned counsel, that South Carolina will satisfy Defendants' Request for Production No. 68 by searching for and producing or facilitating the production of any reports, analyses, or studies (including any drafts and underlying data or documents that relate to such reports, analyses, or studies) relating to the price or supply of generic pharmaceutical products that meet one or more of the following conditions:

1. Materials possessed and/or created by or for the South Carolina Office of the Attorney General;

1

2. Materials described by the South Carolina Public Benefit Authority's counsel, Stephen Van Camp, in his 5/3/2022 email "Generic Drugs Antitrust Litigation PEBA Response to Production Request"; and

3. Materials described by the South Carolina Department of Health and Human Services' counsel, Byron Roberts, in his 5/3/2022 email "In Re: Generic Pharmaceuticals Pricing Antitrust Litigation."

All documents collected and produced by the South Carolina Attorney General's Office, the South Carolina Public Employee's Benefit Authority, or the South Carolina Department of Health and Human Services in response to RFP 68 shall be treated as targeted documents (also referred to as "go-gets") as defined by the ESI Protocol.

Pursuant to this Stipulation, South Carolina withdraws its May 9, 2022, objection to the 12th R&R. This Stipulation resolves the States' Motion for Protective Order relating to RFP 68 as it applies to South Carolina and, with respect only to South Carolina, supersedes any order applicable to the Plaintiff States, generally, that might result from objections to the 12th R&R.

**IT IS SO STIPULATED.**

Dated: May 18, 2022

*/s/ Clark Kirkland, Jr*
Clark Kirkland, Jr
Assistant Attorney General
Office of the Attorney General State of South Carolina
1000 Assembly Street
Columbia, SC 29201
Tel: (803) 734-0057
Fax: (803) 734-0097
ckirklandjr@scag.gov
*Counsel for Plaintiff State of South Carolina*

Respectfully submitted,

*/s/ Chul Pak*
Chul Pak
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Tel: (212) 999-5800
Fax: (212) 999-5899
cpak@wsgr.com

*/s/ Devora W. Allon*
Devora W. Allon
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800
Fax: (212) 446-4900
devora.allon@kirkland.com

*/s/ Ryan T. Becker*
Ryan T. Becker
FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103
Tel: (215) 299-2033
Fax: (215) 299-2150
rbecker@foxrothschild.com

*/s/ Sarah F. Kirkpatrick*
Sarah F. Kirkpatrick
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
skirkpatrick@wc.com

*/s/ Sheron Korpus*
Sheron Korpus
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
skorpus@kasowitz.com

*/s/ Allison Tanchyk*
Allison Tanchyk
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Tel: (215) 963-5847
Fax: (215) 963-5001
allison.tanchyk@morganlewis.com

*Defense Liaison Counsel*