IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL NO. 2724** <br> **16-MD-2724** |
| **THIS DOCUMENT RELATES TO:** <br> *ALL ACTIONS* | **HON. CYNTHIA M. RUFE** |

**JOINT PROPOSED AGENDA FOR**
**JUNE 9, 2022 GENERAL STATUS CONFERENCE**

Pursuant to Pretrial Order No. 193 (MDL Doc. No. 1957), Liaison Counsel hereby submit this joint proposed agenda of items to be brought before the Court via videoconference at the General Status Conference scheduled for Thursday, June 9, 2022 at 1:30 pm:

1. Status of Discussions Regarding Expiration of the Limited Stay of Discovery on July 17, 2022

Defense Liaison Counsel will provide a means for telephonic participation, which will be provided in a supplemental agenda before June 9.

Dated: June 2, 2022                     Respectfully submitted:

/s/ *Roberta D. Liebenberg*              /s/ *Dianne M. Nast*
Roberta D. Liebenberg                   Dianne M. Nast
FINE, KAPLAN AND BLACK, R.P.C.          NASTLAW LLC
One South Broad Street, 23rd Floor      1101 Market Street, Suite 2801
Philadelphia, PA 19107                  Philadelphia, PA 19107
215-567-6565                            215-923-9300
rliebenberg@finekaplan.com              dnast@nastlaw.com

**Liaison and Lead Counsel for the**    **Liaison and Lead Counsel for the**
**End-Payer Plaintiffs**                **Direct Purchaser Plaintiffs**

*/s/ W. Joseph Nielsen*
W. Joseph Nielsen
Assistant Attorney General
165 Capitol Ave.
Hartford, CT 06106
Tel: (860) 808-5040
Fax: (860) 808-5391
Joseph.Nielsen@ct.gov

**Liaison Counsel for the States**

*/s/ William J. Blechman*
William J. Blechman
KENNY NACHWALTER, P.A.
1441 Brickell Avenue
Suite 1100
Miami, FL 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
wblechman@knpa.com

**Liaison Counsel for Direct Action Plaintiffs and Counsel for the Kroger Direct Action Plaintiffs**

*/s/ Chul Pak*
Chul Pak
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Fl.
New York, NY 10019
Tel: (212) 999-5800
Fax: (212) 999-5899
cpak@wsgr.com

*/s/ Sheron Korpus*
Sheron Korpus
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
skorpus@kasowitz.com

*/s/ Devora W. Allon*
Devora W. Allon
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-5967
Fax: (212) 446-6460
devora.allon@kirkland.com

*/s/ Sarah F. Kirkpatrick*
Sarah F. Kirkpatrick
WILLIAMS & CONNOLLY, LLC
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5958
skirkpatrick@wc.com

*/s/ Ryan T. Becker*
Ryan T. Becker
FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103
Tel: (215) 299-2000
Fax: (215) 299-2150
rbecker@foxrothschild.com

*/s/ Alison Tanchyk*
Alison Tanchyk
MORGAN, LEWIS & BOCKIUS, LLP
600 Brickell Ave., Suite 1600
Miami, FL 33133
Tel: (305) 415-3444
Fax: (215) 963-5001
alison.tanchyk@morganlewis.com

**Defendants' Liaison Counsel**
