# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | MDL 2724<br>16-MD-2724<br><br>HON. CYNTHIA M. RUFE |
| **THIS DOCUMENT RELATES TO:**<br><br>*ALL ACTIONS* | |

### PRETRIAL ORDER NO. 205
### (DIAL-IN INFORMATION FOR
### JUNE 9, 2022 GENERAL STATUS CONFERENCE)

**AND NOW**, this 3rd day of June 2022, it is hereby **ORDERED** that the following dial-in information may be used to listen to the General Status Conference on June 9, 2022:

> Dial by your location:
> +1 669 254 5252 US (San Jose)
> +1 646 828 7666 US (New York)
> +1 551 285 1373 US
> +1 669 216 1590 US (San Jose)
> Meeting ID: 160 089 0740

Video participation is limited to Lead and Liaison Counsel, counsel for the United States, and the Special Masters; information for video connection will be provided by email.

It is so **ORDERED.**

**BY THE COURT:**

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**