IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br>*In re State Attorneys General Litigation* | HON. CYNTHIA M. RUFE<br><br>Case No. 17-3768 |

**ORDER**

**AND NOW**, this 7th day of June 2022, upon consideration of Defendants' Joint Motion to Dismiss Plaintiffs' Federal Law Claims for Lack of Standing [Doc. No. 74] and the responses, replies, and notices of supplemental authority, it is hereby **ORDERED** that:

1. Defendants' Motion to Dismiss is **GRANTED** to the extent that it seeks dismissal of Plaintiffs' claims for disgorgement under § 16 of the Clayton Act; and

2. The Motion is **DENIED** to the extent that it seeks dismissal of Plaintiffs' federal claims for injunctive relief as *parens patriae* under federal law.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**