IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL 2724**<br>**16-MD-2724**<br><br>**HON. CYNTHIA M. RUFE** |
| **THIS DOCUMENT RELATES TO:**<br><br>*ALL ACTIONS* | |

**PRETRIAL ORDER NO. 206**
**(STATUS CONFERENCES)**

**AND NOW**, this 8th day of June 2022, it is hereby **ORDERED** that Status Conferences will be held at 1:30 PM on the following dates:

| | |
|---|---|
| July 14, 2022 | Leadership Status Conference |
| August 11, 2022 | General Status Conference |
| September 8, 2022 | Leadership Status Conference |
| October 13, 2022 | General Status Conference |
| November 10, 2022 | Leadership Status Conference |
| December 8, 2022 | General Status Conference |

It is the Court's intention to hold the Leadership Status Conferences in person, health guidelines permitting. General Status Conferences will continue to be held remotely at this time. The conferences will proceed as follows:

1. Liaison Counsel shall file a joint proposed agenda no later than one week before each conference.

2. Leadership Status Conferences are informal administrative meetings that are limited to the Court, Lead and Liaison Counsel, other counsel on the agenda, and the Special Masters.

3. General Status Conference are open to all counsel, the press, and members of the public, and will be transcribed by a court reporter.

4. Connection information will be provided in advance of the General Status Conferences.

It is so **ORDERED.**

**BY THE COURT:**

/s/ **Cynthia M. Rufe**

_____
**CYNTHIA M. RUFE, J.**