IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br><br>HEALTH CARE SERVICE CORP.<br><br>v.<br><br>ACTAVIS ELIZABETH, LLC., et al. | No.: 19-CV-05819 |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Pursuant to Paragraph 7 of Pretrial Order No. 1 (No. 16-md-2724, Dkt. 2) and Paragraph 12 of Pretrial Order No. 33 (No. 16-md-2724, Dkt. 431), please enter the appearance of Thomas K. Griffith of Lowey Dannenberg, P.C. on behalf of the Plaintiff Health Care Service Corporation in the above-captioned matters.

Dated: June 13, 2022

Respectfully submitted,

LOWEY DANNENBERG, P.C.

 /s/Thomas K. Griffith
Thomas K. Griffith
44 South Broadway, Suite 1100
White Plains, NY  10601
Tel: (914) 997-0500
tgriffith@lowey.com

*Counsel for Plaintiff*
*Health Care Service*
*Corporation*

**CERTIFICATE OF SERVICE**

I, Thomas K. Griffith, hereby certify that on June 13, 2022, a true and correct copy of the foregoing NOTICE OF APPEARANCE was filed and served upon all counsel of record via the Court's Electronic Case Filing (ECF) system.

                                                             */s/Thomas K. Griffith*
                                                             Thomas K. Griffith