IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | MDL 2724<br>16-MD-2724 |
| **THIS DOCUMENT RELATES TO:**<br><br>*ALL ACTIONS* | HON. CYNTHIA M. RUFE |

## ORDER

**AND NOW**, this 21st day of June 2022, upon consideration of the attached Joint Stipulation regarding responses or objections to Rule 45 subpoenas, it is hereby **ORDERED** that the Stipulation is **APPROVED**.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | HON. CYNTHIA M. RUFE |

## JOINT STIPULATION ON PROVIDING THIRD PARTY RESPONSES

Any party in the MDL that receives a formal response or objection to a Rule 45 subpoena served by that party, including any production of documents, shall use best efforts to notify all other parties in the MDL of the formal response or objection within ten (10) business days of receipt and use best efforts to provide the response or objection to all other parties in the MDL within ten (10) business days of receipt. For the avoidance of doubt, meet-and-confer communications regarding the subpoena are beyond the scope of this stipulation.

It is so **STIPULATED**.

Dated: June 16, 2022

*/s/ Roberta D. Liebenberg*
Roberta D. Liebenberg
FINE, KAPLAN AND BLACK, R.P.C.
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
215-567-6565
rliebenberg@finekaplan.com

*Liaison and Lead Counsel for the End-Payer Plaintiffs*

*/s/ Dianne M. Nast*
Dianne M. Nast
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, PA 19107
215-923-9300
dnast@nastlaw.com

*Liaison and Lead Counsel for the Direct Purchaser Plaintiffs*

| | |
|---|---|
| */s/ W. Joseph Nielsen* | */s/ William J. Blechman* |
| W. Joseph Nielsen | William J. Blechman |
| Assistant Attorney General | KENNY NACHWALTER, P.A. |
| 165 Capitol Avenue | 1441 Brickell Avenue |
| | Suite 1100 |
| Hartford, CT 06106 | Miami, Florida 33131 |
| Tel: (860)808-5040 | Tel: (305) 373-1000 |
| Fax: (860)808-5033 | Fax: (305) 372-1861 |
| Joseph.Nielsen@ct.gov | E-mail: wblechman@knpa.com |
| | |
| *Liaison Counsel for the States* | *Liaison Counsel for Direct Action Plaintiffs and Counsel for the Kroger Direct Action Plaintiffs* |


*/s/ W. Joseph Nielsen*　　　　　　　　　　　　*/s/ William J. Blechman*
W. Joseph Nielsen　　　　　　　　　　　　　　William J. Blechman
Assistant Attorney General　　　　　　　　　　KENNY NACHWALTER, P.A.
165 Capitol Avenue　　　　　　　　　　　　　1441 Brickell Avenue
　　　　　　　　　　　　　　　　　　　　　　Suite 1100
Hartford, CT 06106　　　　　　　　　　　　　Miami, Florida 33131
Tel: (860)808-5040　　　　　　　　　　　　　Tel: (305) 373-1000
Fax: (860)808-5033　　　　　　　　　　　　　Fax: (305) 372-1861
Joseph.Nielsen@ct.gov　　　　　　　　　　　　E-mail: wblechman@knpa.com

*Liaison Counsel for the States*　　　　　　　*Liaison Counsel for Direct Action Plaintiffs and Counsel for the Kroger Direct Action Plaintiffs*

*/s/ Chul Pak*　　　　　　　　　　　　　　　*/s/ Sarah F. Kirkpatrick*
Chul Pak　　　　　　　　　　　　　　　　　　Sarah F. Kirkpatrick
Wilson Sonsini Goodrich & Rosati　　　　　　　Williams & Connolly LLP
1301 Avenue of the Americas, 40th Floor　　　　680 Maine Avenue, SW
New York, NY 10019　　　　　　　　　　　　Washington, DC 20024
Tel: (212) 999-5800　　　　　　　　　　　　　Tel: (202) 434-5000
Fax: (212) 999-5899　　　　　　　　　　　　　Fax: (202) 434-5029
cpak@wsgr.com　　　　　　　　　　　　　　skirkpatrick@wc.com

*/s/ Devora W. Allon*　　　　　　　　　　　　*/s/ Sheron Korpus*
Devora W. Allon　　　　　　　　　　　　　　Sheron Korpus
Kirkland & Ellis LLP　　　　　　　　　　　　Kasowitz Benson Torres LLP
601 Lexington Avenue　　　　　　　　　　　1633 Broadway
New York, NY 10022　　　　　　　　　　　　New York, NY 10019
Tel: (212) 446-4800　　　　　　　　　　　　　Tel: (212) 506-1700
Fax: (212) 446-4900　　　　　　　　　　　　Fax: (212) 506-1800
devora.allon@kirkland.com　　　　　　　　　skorpus@kasowitz.com

*/s/ Ryan T. Becker*　　　　　　　　　　　　*/s/ Allison Tanchyk*
Ryan T. Becker　　　　　　　　　　　　　　Allison Tanchyk
Fox Rothschild LLP　　　　　　　　　　　　Morgan, Lewis & Bockius LLP
2000 Market Street, 20th Floor　　　　　　　　1701 Market Street
Philadelphia, PA 19103　　　　　　　　　　　Philadelphia, PA 19103
Tel: (215) 299-2033　　　　　　　　　　　　　Tel: (215) 963-5847
Fax: (215) 299-2150　　　　　　　　　　　　Fax: (215) 963-5001
rbecker@foxrothschild.com　　　　　　　　　allison.tanchyk@morganlewis.com

*Defendants' Liaison Counsel*

So **ORDERED**:


_____　　　　**Date:**_____
　**CYNTHIA M. RUFE, J**