IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*Reliable Pharmacy v. Actavis Holdco U.S., Inc.* | HON. CYNTHIA M. RUFE<br><br>Individual Action No. 19-6044 |

## ORDER

**AND NOW**, this 22nd day of June 2022, upon consideration of Plaintiffs' unopposed Motion for Extension of Time to File Amended Complaint [Doc. No. 141 in Civil Action No. 19-6044], it is hereby **ORDERED** that the Motion is **GRANTED**.  Plaintiffs may file an amended complaint no later than **July 1, 2022**.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**