IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE<br>Civil Action Nos.<br>19-CV-2407<br>17-CV-3768<br>16-GL-27240<br>16-MD-2724 |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to Local Rule 5.1(c), the undersigned, Diane R. Hazel, hereby submits her Notice of Withdrawal of Appearance as counsel for Plaintiff State of Colorado in the above-captioned matters. Assistant Attorney General Carla J. Baumel will continue to represent the State of Colorado, which will not be without representation in this matter.

DATED: July 1, 2022

                                          Respectfully submitted,

                                          PHILIP J. WEISER
                                          Attorney General

                                          */s/ Diane R. Hazel*
                                          Diane R. Hazel (CO Bar No. 42954)
                                          First Assistant Attorney General, Antitrust
                                          Colorado Attorney General's Office
                                          Ralph L. Carr Colorado Judicial Center
                                          1300 Broadway, 7th Floor
                                          Denver, Colorado 80203
                                          Telephone: (720) 508-6231
                                          E-Mail: Diane.Hazel@coag.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE<br>Civil Action Nos.<br>19-CV-2407<br>17-CV-3768<br>16-GL-27240<br>16-MD-2724 |

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2022, I electronically filed the Notice of Withdrawal of Appearance with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

DATED: July 1, 2022

Respectfully submitted,

*/s/ Diane R. Hazel*
Diane R. Hazel (CO Bar No. 42954)
First Assistant Attorney General, Antitrust
Colorado Attorney General's Office
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 7th Floor
Denver, Colorado 80203
Telephone: (720) 508-6231
E-Mail: Diane.Hazel@coag.gov