# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | MDL 2724 <br> 16-MD-2724 <br><br> HON. CYNTHIA M. RUFE |
| **THIS DOCUMENT RELATES TO:** <br><br> *ALL ACTIONS* | |

## PRETRIAL ORDER NO. 209
## (JULY 14, 2022 LEADERSHIP STATUS CONFERENCE)

**AND NOW**, this 7th day of July 2022, upon consideration of a request by certain counsel to hold the July 14, 2022 Leadership Status Conference remotely rather than in person, it is hereby **ORDERED** that the request is **GRANTED**. The Court will provide remote connection information to counsel by email in advance of the conference.

It is so **ORDERED.**

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

**CYNTHIA M. RUFE, J.**