# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | MDL 2724<br>16-MD-2724 |
| | **HON. CYNTHIA M. RUFE** |
| **THIS DOCUMENT RELATES TO:**<br><br>*ALL ACTIONS* | |

## PRETRIAL ORDER NO. 210
### (CANCELING AUGUST 11, 2022 GENERAL STATUS CONFERENCE)

**AND NOW**, this 14th day of July 2022, after a Leadership Status Conference held this date, it is hereby **ORDERED** that the General Status Conference scheduled for August 11, 2022, is **CANCELED**. The conferences will resume in September according to the schedule set forth in Pretrial Order No. 206.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**