IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | HON. CYNTHIA M. RUFE |

**MOTION TO AMEND PRETRIAL ORDER NO. 6**

The undersigned counsel respectfully moves this Court for an Order amending Pretrial Order No. 202 appointing leadership of the End-Payer Class ("Leadership Order") to substitute Jeannine M. Kenney, a partner in Hausfeld LLP, as a member of the Plaintiffs' Steering Committee for End Payer Class ("PSC") in place of Bonny E. Sweeney of Hausfeld, who was appointed by the Court to the PSC, along with the law firm of Hausfeld LLP, on November 28, 2016. (PTO No. 6, ECF No. 84).

Ms. Sweeney is departing Hausfeld LLP and will be withdrawing as counsel of record in this action. Ms. Kenney has worked collegially and effectively with Ms. Sweeney in her role as a PSC member and with, and at the direction of, EPP Lead Counsel to actively and diligently prosecute the End-Payer Class claims, including developing EPPs' litigation strategy and managing litigation teams as assigned by Lead Counsel. As described in Hausfeld's application for appointment to leadership of the End-Payor Class (ECF No. 59-3), Ms. Kenney has extensive experience managing complex multi-district litigation against multiple defendants and has served in leadership capacities in other matters, including as Plaintiffs' Liaison Counsel in *In re National Football League Players' Concussion Injury Litigation*, MDL 2323 (E.D.P.A.). Since

1

submission of Hausfeld's leadership application in this MDL, Ms. Kenney was appointed as Plaintiffs' Co-Lead Counsel for the Financial Institution Class Plaintiffs in *In re Wawa Data Security Litigation*, No. 19-cv-6019 (E.D. Pa.) (Pratter, J.). She has knowledge of the law, facts, and issues in this Action, and is fully committed to, and capable of, carrying out the responsibilities described in the Court's Leadership Order.

This motion is supported by Lead Counsel Roberta Liebenberg of Fine, Kaplan and Black and Hausfeld LLP counsel of record in this MDL.

For these reasons, counsel respectfully request that the Court amend its Leadership Order to substitute Ms. Kenney for Ms. Sweeney as a member the PSC for the End-Payer Class Plaintiffs.

Dated: July 15, 2022

Respectfully submitted,

*/s/ Jeannine M. Kenney*
Jeannine M. Kenney
HAUSFELD LLP
325 Chestnut Street, Ste. 900
Philadelphia, PA 19106
Tel: (215) 985-3270
jkenney@hausfeld.com

Sathya Gosselin
HAUSFELD LLP
888 16th Street, N.W., Ste. 300
Washington, D.C. 20006
Tel: (202) 540-7201
sgosselin@hausfeld.com

Scott A. Martin
HAUSFELD LLP
33 Whitehall Street 14th Floor
New York, NY 10004.
Tel: (646) 357-1100
smartin@hausfeld.com

                                        Michael Lehman
                                        HAUSFELD LLP
                                        600 Montgomery Street, Ste. 3200
                                        San Francisco, CA 94111
                                        (415) 633-1908
                                        mlehman@hausfeld.com