IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | MDL 2724 <br> 16-MD-2724 |
| **THIS DOCUMENT RELATES TO:** <br><br> *Reliable Pharmacy v. Actavis Holdco, U.S., Inc.* | **HON. CYNTHIA M. RUFE** <br><br> Civil Action No. 19-6044 |

**ORDER**

**AND NOW**, this 18th day of July 2022, upon consideration of the Joint Stipulation to Extend the Deadline for Defendants to Respond to the IRP Plaintiffs' Complaint [Doc. No. 147 in Civil Action No. 19-6044], it is hereby **ORDERED** that the Stipulation is **APPROVED**.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**