UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | MDL No. 2724<br><br>16-MD-2724<br>HON. CYNTHIA M. RUFE<br><br>Civil Action Nos.<br>20-CV-03539<br>19-CV-2407<br>17-CV-3768<br>16-MD-2724 |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 5.l(c), the undersigned, Shereece Dendy-Sanders of the Office of the Nebraska Attorney General, hereby submits her Withdrawal of Appearance as counsel for Plaintiff State of Nebraska. Assistant Attorney General, Colin Snider, will continue to represent the Plaintiff State of Nebraska and it will not be without representation in this matter.

Dated: July 19, 2022.

                PLAINTIFF STATE OF NEBRASKA
                DOUGLAS J. PETERSON
                ATTORNEY GENERAL

BY:  /s/ Shereece Dendy-Sanders
       Shereece Dendy-Sanders #24638
       Assistant Attorney General
       2115 State Capitol
       Lincoln, NE 68509-8920
       Tel: (402) 471-1928
       Shereece.dendy-sanders@nebraska.gov

       Counsel for the State of Nebraska

CERTIFICATE OF SERVICE

      I hereby certify that on July 19, 2022, I caused the foregoing Notice of Withdrawal of Appearance to be filed electronically with the Clerk of Court by using the CM/ECF system which will serve a copy on all interested parties registered for electronic filing and is available for viewing and downloading from the ECF system.

      /s/ Shereece Dendy-Sanders
      Shereece Dendy-Sanders, #24638
      Assistant Attorney General