**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL 2724**<br>**16-MD-2724** |
| **THIS DOCUMENT RELATES TO:**<br>***ALL ACTIONS*** | **HON. CYNTHIA M. RUFE** |

**ORDER**

**AND NOW**, this 19th day of July 2022, upon consideration of the attached Joint Stipulation to Govern Disputes Relating to the Expiration of PTO 200's Limited Stay of Discovery, it is hereby **ORDERED** that the Stipulation is **APPROVED**.

It is so **ORDERED.**

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

______________________________
**CYNTHIA M. RUFE, J.**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br>*ALL ACTIONS* | HON. CYNTHIA M. RUFE |

**JOINT STIPULATION TO GOVERN DISPUTES RELATING TO THE EXPIRATION OF PTO 200'S LIMITED STAY OF DISCOVERY**

WHEREAS, on July 17, 2022, the limited stay of discovery governed by paragraphs 3 through 9 of Pretrial Order No. 200 (MDL Doc. 1820) expired;

WHEREAS, as described in recent filings, there remain disputes between Plaintiffs and the United States Department of Justice ("DOJ") concerning whether certain aspects of the limited stay should continue beyond July 17, 2022;[1]

WHEREAS, during the July 14, 2022 Leadership Status Conference, the Court directed Plaintiffs and the United States Department of Justice ("DOJ") to make simultaneous submissions on July 22, 2022 concerning their respective positions on whether paragraphs 7 through 9 of PTO 200 should continue pending the resolution of DOJ's forthcoming motion to continue those and other aspects of PTO 200 until the conclusion of the related criminal trials[2] ("DOJ's Forthcoming Motion to Stay");

[1] *See* Plaintiffs' Statement Concerning the Expiration of the Limited State Pursuant to Pretrial Order No. 200 (MDL Doc. 2154); Intervenor United States of America's Motion for Scheduling Order and Response to Plaintiffs' July 1 Statement (MDL Doc. 2159) ("DOJs' Scheduling Motion").

[2] *United States v. Aprahamian*, No. 20-CR-00064 (E.D. Pa.); *United States v. Teva Pham. USA, Inc. and Glenmark Pharm. Inc., USA*, No. 20-CR-00200.

WHEREAS, during the July 14, 2022 Leadership Status Conference, the Court requested that the DOJ file its Forthcoming Motion to Stay by the end of July;

WHEREAS, pursuant to Local Rule 7.1(c), by July 19, 2022, Plaintiffs are required to respond to DOJ's Scheduling Motion, which concerns overlapping issues as will be covered in the July 22, 2022 submissions;

WHEREAS, on July 19, 2022, DOJ submitted to the Court a list of nine individuals ("Disputed Witnesses") for which DOJ intends to seek a Court Order via DOJ's Forthcoming Motion to Stay that would stay their depositions through the conclusion of the related criminal trials;

WHEREAS, following the July 14, 2022 Leadership Status Conference, Plaintiffs and the DOJ have agreed, subject to Court approval, on a process for resolving their disputes covered by DOJ's Scheduling Motion, the July 22, 2022 submissions, and DOJ's Forthcoming Motion to Stay;

THEREFORE, it is hereby STIPULATED AND AGREED by the undersigned counsel, pursuant to Local Rule 7.4, that:

1. On July 22, 2022, Plaintiffs and DOJ will make separate and simultaneous submissions of no more than fifteen (15) pages concerning whether the following provisions of PTO 200 should continue until the Court resolves DOJ's Forthcoming Motion to Stay:

a. the last sentence of paragraph 7 of PTO 200 ("The proposed discovery shall be stayed pending resolution of the dispute."); and

b. paragraphs 8 and 9 of PTO 200.

2. DOJ agrees to extend Plaintiffs' deadline to respond to DOJ's Scheduling Motion until July 22, 2022, provided that Plaintiffs' response to DOJ's Scheduling Motion is contained within Plaintiffs' submission on July 22, 2022, described in Paragraph 1 above.

3. Except for DOJ's request to continue the disputed provisions of paragraphs 7 through 9 of PTO 200 pending the resolution of DOJ's Forthcoming Motion to Stay, DOJ agrees, in light of the Court's guidance at the July 14, 2022 Leadership Status Conference, to withdraw all other aspects of DOJ's Scheduling Motion without prejudice.

4. Plaintiffs and DOJ agree that the July 22, 2022 simultaneous submissions will constitute the close of briefing on DOJ's Scheduling Motion.

5. Plaintiffs agree to abide by paragraphs 7 through 9 until the Court resolves the issue presented in Paragraph 1 above.

6. Concerning DOJ's Forthcoming Motion to Stay, Plaintiffs and DOJ have agreed on the following briefing schedule:

a. No later than **July 29, 2022**, DOJ shall file its Motion;

b. No later than **August 12, 2022**, Plaintiffs shall file their Response;

c. No later than **August 19, 2022**, DOJ shall file its Reply; and

d. No later than **August 26, 2022**, Plaintiffs shall file their Sur-reply

7. Consistent with paragraph 6 of PTO 200, Plaintiffs may schedule and notice depositions of the Disputed Witnesses. However, Plaintiffs shall not depose any Disputed Witness before the Court resolves the DOJ's Forthcoming Motion to Stay.

IT IS SO STIPULATED.

Dated: July 19, 2022

Respectfully submitted,

*/s/ Roberta D. Liebenberg*
Roberta D. Liebenberg
FINE, KAPLAN AND BLACK, R.P.C.
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
215-567-6565
rliebenberg@finekaplan.com

**Liaison and Lead Counsel for the End-Payer Plaintiffs**

*/s/ Dianne M. Nast*
Dianne M. Nast
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, PA 19107
215-923-9300
dnast@nastlaw.com

**Liaison and Lead Counsel for the Direct Purchaser Plaintiffs**

*s/ William J. Blechman*
William J. Blechman, Esquire
KENNY NACHWALTER, P.A.
1441 Brickell Avenue
Suite 1100
Miami, Florida 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
E-mail: wblechman@knpa.com

**Liaison Counsel for Direct Action Plaintiffs and Counsel for the Kroger Direct Action Plaintiffs**

*/s/ Peter Gil-Montllor*
Jonathan W. Cuneo
Peter Gil-Montllor
**CUNEO, GILBERT & LADUCA LLP**
4725 Wisconsin Ave., NW Suite 200

*/s/ W. Joseph Nielsen*
W. Joseph Nielsen
Assistant Attorney General
165 Capitol Avenue
Hartford, CT 06106
Tel: (860)808-5040
Fax: (860)808-5033
Joseph.Nielsen@ct.gov

**Liaison Counsel for the States**

*/s/ Matthew R. Huppert*
Matthew R. Huppert
Arianna Markel
Trial Attorneys
U.S. DEPARTMENT OF JUSTICE
ANTITRUST DIVISION
450 Fifth Street NW
Washington, DC 20530
(202) 812-1853
matthew.huppert@usdoj.gov
arianna.markel@usdoj.gov

**Counsel for Intervenor United States of America**

Washington, DC 20016
202-789-3960
jonc@cuneolaw.com

**Lead Counsel for the Indirect Reseller Plaintiffs**