IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | MDL No. 2724<br>Case No. 2:16-MD-02724<br><br>Hon. Cynthia M. Rufe |

## NOTICE OF *EX PARTE*, *IN CAMERA* FILING

Intervenor United States of America hereby provides notice of the *ex parte*, *in camera* filing of the Declaration of Emma Burnham, which will be delivered to chambers today.

Dated: July 29, 2022

Respectfully submitted,

/s/ *Arianna Markel*
Matthew R. Huppert
Arianna Markel
Trial Attorneys
U.S. DEPARTMENT OF JUSTICE
ANTITRUST DIVISION
450 5th Street NW
Washington, D.C. 20530
Tel: (202) 476-0383
matthew.huppert@usdoj.gov
arianna.markel@usdoj.gov

*Counsel for Intervenor United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2022, I caused a copy of the foregoing to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access this filing through the Court's system, and notice of this filing will be sent to these parties by operation of the Court's electronic filing system.

                                           */s/ Arianna Markel*
                                           Arianna Markel
                                           *Counsel for Intervenor United States of America*