IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br>*State Attorneys General Litigation* | HON. CYNTHIA M. RUFE |

**ORDER**

**AND NOW**, this 1st day of August 2022, upon consideration of the attached Joint Stipulation on the Resolution between Plaintiff State of Vermont and Defendants regarding the 12th Report and Recommendation, it is hereby **ORDERED** that the Joint Stipulation is **APPROVED**.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |

**JOINT STIPULATION ON THE RESOLUTION BETWEEN PLAINTIFF STATE OF VERMONT AND DEFENDANTS REGARDING THE TWELFTH REPORT AND RECOMMENDATION**

WHEREAS, on April 12, 2022, Special Master David Marion issued his Twelfth Report and Recommendation as to the States' Motion for Protective Order (Re RFP 68) (ECF No. 2050) ("12th R&R");

WHEREAS, the Plaintiff State of Vermont and Defendants have met and conferred to resolve the issues underlying the 12th R&R.

It is hereby stipulated and agreed, by the undersigned counsel, that Vermont will satisfy Defendants' Request for Production No. 68 by searching for and producing reports, analyses, or studies relating to the price or supply of generic pharmaceutical products that meet one or more of the following conditions:

(1) Materials possessed and/or created by or for the Office of the Vermont Attorney General;

(2) Materials created by or for the Department of Vermont Health Access;

(3) Materials created by or for the Green Mountain Care Board;

(4) Materials created by or for Vermont's state-operated hospitals;

(5) Materials created by or for the Vermont Department of Corrections;

(6) Materials created by or for the Vermont General Assembly;

(7) Materials created by or for the Office of the Vermont State Auditor; and

(8) Materials received by the Department of Financial Regulation and/or the Green Mountain Care Board from PBMs pursuant to state reporting requirements.

Defendants reserve the right to seek drafts, underlying data, or other documents relating to such reports, analyses, or studies after reviewing the reports, analyses, and studies that Vermont produces. Vermont reserves its rights to object to the extent that Defendants seek drafts, underlying data, or other documents related relating to such reports, analyses, or studies. Vermont agrees not to pursue any other objections reserved in the States' Motion for Protective Order relating to RFP 68. This Stipulation is intended to resolve the parties' dispute without addressing the merits of the States' Motion for Protective Order or any objections reserved therein.

All documents collected and produced by Vermont in response to RFP 68 shall be treated as targeted documents (also referred to as "go-gets") as defined by the ESI Protocol.

This Stipulation resolves the States' Motion for Protective Order relating to RFP 68 as it applies to Vermont and, with respect only to Vermont, supersedes any order applicable to the Plaintiff States, generally, that might result from objections to the 12th R&R.

**IT IS SO STIPULATED.**

Dated: August 1, 2022                                        Respectfully submitted,

*/s/ Jill S. Abrams*                                              */s/ Chul Pak*
Jill S. Abrams                                                    Chul Pak
Director, Consumer and Antitrust Division        WILSON SONSINI GOODRICH & ROSATI
109 State Street                                                 1301 Avenue of the Americas, 40th Floor
Montpelier, Vermont 05609                              New York, NY 10019
Tel: (802) 828-1106                                            Tel: (212) 999-5800
jill.abrams@vermont.gov                                   Fax: (212) 999-5899
                                                                          cpak@wsgr.com

*Counsel for Plaintiff State of Vermont*

                                                                          */s/ Devora W. Allon*
                                                                          Devora W. Allon
                                                                          KIRKLAND & ELLIS LLP
                                                                          601 Lexington Avenue
                                                                          New York, NY 10022

Tel: (212) 446-4800
Fax: (212) 446-4900
devora.allon@kirkland.com

*/s/ Ryan T. Becker*
Ryan T. Becker
FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103
Tel: (215) 299-2033
Fax: (215) 299-2150
rbecker@foxrothschild.com

*/s/ Sarah F. Kirkpatrick*
Sarah F. Kirkpatrick
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
skirkpatrick@wc.com

*/s/ Sheron Korpus*
Sheron Korpus
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
skorpus@kasowitz.com

*/s/ Allison Tanchyk*
Allison Tanchyk
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Tel: (215) 963-5847
Fax: (215) 963-5001
allison.tanchyk@morganlewis.com

*Defense Liaison Counsel*

3