IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | HON. CYNTHIA M. RUFE<br>ASSOCIATED CASES:<br>2:2016GL27240<br>2:2016DX27240 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 5.1(c), the undersigned, Devin M. Laiho, of the State of Colorado Office of the Attorney General, hereby submits his Withdrawal of Appearance as counsel for Plaintiff State of Colorado in the above-captioned matter. Carla J. Baumel of the Colorado Office of the Attorney General will continue to represent Plaintiff State of Colorado which will not be without representation in this matter.

DATED: August 5, 2022

                                               PHILIP J. WEISER
                                               Attorney General

                                             /s/ Devin M. Laiho
                                             DEVIN M. LAIHO, 32272*
                                             Senior Assistant Attorney General
                                             Attorneys for State of Colorado

                                             Ralph L. Carr Colorado Judicial Center
                                             1300 Broadway, 7th Floor
                                             Denver, Colorado  80203

Telephone: (720) 508-6000

FAX: (720) 508-6040
E-Mail: Devin.Laiho@coag.gov
*Counsel of Record

## CERTIFICATE OF SERVICE

      I hereby certify that on August 5, 2022, I electronically filed the Withdrawal of Appearance of Devin M. Laiho with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

      /s/ Devin M. Laiho
      DEVIN M. LAIHO, 32272*
      Senior Assistant Attorney General
      Attorneys for State of Colorado