UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br><br>STATE OF CONNECTICUT, ET AL., V. SANDOZ, INC. ET AL., CIV. NO. 20-CV-00802 (D. CONN.) | 16-GL-27244 |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 5.1(c), the undersigned, Joseph B. Chervin, of the Office of the Illinois Attorney General, hereby submits his Withdrawal of Appearance as counsel for Plaintiff State of Illinois. The State of Illinois' Assistant Attorney General Brian M. Yost will continue to represent the Plaintiff State of Illinois, and it will not be without representation in this matter.

Dated:  August 29, 2022

                                        PLAINTIFF STATE OF ILLINOIS
                                        KWAME RAOUL
                                        ATTORNEY GENERAL

                            BY:    /s/ *Joseph B. Chervin*
                                        Joseph B. Chervin
                                        Assistant Attorney General, Antitrust Bureau
                                        Office of the Illinois Attorney General
                                        100 W. Randolph Street
                                        Chicago, IL 60601
                                        Tel: (872) 276-3596
                                        Fax: (312) 814-4209
                                        joseph.chervin@ilag.gov

**CERTIFICATION**

      I hereby certify that on August 29, 2022, I caused the foregoing Notice of Withdrawal of Appearance to be filed electronically with the Clerk of Court by using the CM/ECF system, which will serve a copy on all interested parties registered for electronic filing, and is available for viewing and downloading from the ECF system.

      /s/ *Joseph B. Chervin*
      Joseph B. Chervin
      Assistant Attorney General