# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | MDL No. 2724<br>16-MD-2724<br><br>HON. CYNTHIA M. RUFE |
| **THIS DOCUMENT RELATES TO:**<br><br>*ALL END-PAYER ACTIONS* | Civil Action Nos.<br>18-cv-2401<br>19-cv-6011<br>16-AL-27240<br>16-AL-27242<br>16-AM-27240<br>16-AM-27242<br>16-BC-27240<br>16-BC-27242<br>16-BZ-27240<br>16-BZ-27242<br>16-CB-27240<br>16-CB-27242<br>16-CM-27240<br>16-CM-27242<br>16-DS-27240<br>16-DS-27242<br>16-DG-27240<br>16-DG-27242<br>16-DV-27240<br>16-DV-27242<br>16-DX-27240<br>16-DX-27242<br>16-EC-27240<br>16-EC-27242<br>16-FL-27240<br>16-FL-27242<br>16-LV-27240<br>16-LV-27242<br>16-LD-27240<br>16-LD-27242<br>16-PV-27240<br>16-PV-27242<br>16-PP-27240<br>16-PP-27242<br>16-UR-27240<br>16-UR-27242 |

## NOTICE OF CHANGE OF LAW FIRM AFFILIATION

TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Jeffrey B. Gittleman, counsel for End Payor Plaintiffs, in the above-captioned matters, is no longer affiliated with the law firm of Barrack, Rodos & Bacine. Mr. Gittleman is now affiliated with the law firm of Pogust Goodhead, LLC. All pleadings and other papers should be served on Mr. Gittleman at:

> Jeffrey B. Gittleman
> **Pogust Goodhead, LLC**
> 161 Washington Street
> Suite 250
> Conshohocken, PA 19428
> Telephone: (610) 941-4204
> Facsimile: (610) 941-4245
> Email: jgittleman@pogustgoodhead.com

Mr. Jeffrey A. Barrack and Chad A. Carder remain affiliated with the law firm Barrack, Rodos & Bacine and will continue as counsel for End Payor Plaintiffs.

> Respectfully submitted,
>
> /s/ Jeffrey B. Gittleman
> **POGUST GOODHEAD, LLC**
> Jeffrey B. Gittleman
> 161 Washington Street
> Suite 250
> Conshohocken, PA 19428
> Telephone: (610) 941-4204
> Facsimile: (610) 941-4245
> jgittleman@pogustgoodhead.com
>
> ***Counsel For End Payor Plaintiffs***

Dated: September 8, 2022

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 8th day of September 2022, I caused a true and foregoing Notice of Change of Law Firm Affiliation to be filed electronically with the Clerk of Court by using the CM/ECF system which served a copy on all interested parties registered for electronic filing and is available for viewing and downloading from the ECF system.

/s/ Jeffrey B. Gittleman
**POGUST GOODHEAD, LLC**
Jeffrey B. Gittleman
161 Washington Street
Suite 250
Conshohocken, PA 19428
Telephone: (610) 941-4204
Facsimile: (610) 941-4245
jgittleman@pogustgoodhead.com

*Counsel For End Payor Plaintiffs*