IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | HON. CYNTHIA M. RUFE |

# ORDER

**AND NOW**, this 13th day of September 2022, upon consideration of Special Master David H. Marion's Thirteenth Report and Recommendation ("R&R") [MDL Doc. No. 2198], to which no objections have been filed it is hereby **ORDERED** that the Thirteenth R&R is **APPROVED** and **ADOPTED** as set forth herein:

1. Caremark shall produce all data for the relevant time period reflecting prescription drug purchases and payments processed by Caremark, covering products at issue in the EPPs' and Plaintiff States' bellwether cases, on or before **September 22, 2022**.

2. Caremark shall produce all data for the relevant time period reflecting prescription drug purchases and payments processed by Caremark, covering products at issue in the non-bellwether cases, on or before **October 14, 2022**.

3. Caremark shall produce data reflecting the amounts it paid to pharmacies related to prescription drug sales covering products at issue in the EPPs' and Plaintiff States' bellwether cases, and the non-bellwether cases, on or before **October 14, 2022**.

4. Any party's request for production of Caremark's contracts with pharmacies and with Caremark's third-party payor clients shall be deferred until such party

submits to the Special Master a showing of a particularized need for the production, and Caremark is given the opportunity to respond with a particularized showing of unreasonable burden of such production or demonstration of undue threat to competition or need for confidentiality or other objection to such production.

It is so **ORDERED.**

**BY THE COURT:**

**/s/ Cynthia M. Rufe**
_____
**CYNTHIA M. RUFE, J.**