# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | MDL 2724 <br> 16-MD-2724 <br><br> **HON. CYNTHIA M. RUFE** |
| **THIS DOCUMENT RELATES TO:** <br><br> *State Attorneys General Litigation* | |

## ORDER

**AND NOW,** this 27th day of September 2022, upon consideration of the attached Joint Stipulation on the Resolution between Plaintiff States and Defendants Regarding the Depositions of State Agencies and Their Employees, it is hereby **ORDERED** that the Joint Stipulation is **APPROVED.**

**IT IS SO ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

_____

**CYNTHIA M. RUFE, J.**

**IN THE UNITED STATES COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL 2724**<br>**16-MD-2724** |
| | **HON. CYNTHIA M. RUFE** |
| **THIS DOCUMENT RELATES TO:**<br><br>*ALL ACTIONS* | |

**JOINT STIPULATION BETWEEN PLAINTIFF STATES AND DEFENDANTS REGARDING THE DEPOSITIONS OF STATE AGENCIES AND THEIR EMPLOYEES**

WHEREAS, certain U.S. states and territories, through their respective attorneys general (the "State Plaintiffs"), have brought suits that have been included in this MDL (Civ. Nos. 17-3768, 19-2407 and 20-3539);

WHEREAS, certain of the State Plaintiffs have brought claims on behalf of certain agencies and entities of their respective states or territories (the "State Agencies");

WHEREAS, pursuant to Pre-Trial Order No. 158 (ECF #1688), State Plaintiffs Agree that Defendants are permitted to take depositions of the State Agencies on whose behalf a State seeks to support its proprietary damage claims under Fed. R. Civ. P. 30(b)(1) and 30(b)(6);

WHEREAS, the State Plaintiffs maintain that the State Agencies are not parties to the litigation and they do not have control of the State Agencies or their employees, while Defendants disagree with the State Plaintiffs' position;

WHEREAS, the parties desire to proceed in an expedient fashion with depositions of the State Agencies and their employees, notwithstanding the above-mentioned dispute.

It is hereby stipulated and agreed, by the undersigned counsel, that:

1.      State Plaintiffs expressly reserve all rights to object, in advance, to any deposition testimony on the grounds that the testimony elicited is improper under Fed. R. Civ. P. 30(b)(6). To the extent that a State Plaintiff does not make such an argument, or if any such objections are overruled by the Court, that State Plaintiff will not challenge the admissibility of any deposition testimony on the grounds that the State Agency is a non-party and therefore such testimony is not admissible under Fed. R. Civ. P. 32(a)(3) or Fed. R. Evid. 801(d)(2), or under any similar rule or law;

2.      State Plaintiffs expressly reserve all rights to object, in advance, to any deposition testimony of any current or former State Agency employee on the grounds that such testimony is improper under Fed. R. Civ. P. 30(b)(1).  To the extent that a State Plaintiff does not make such an argument, or if any such objections are overruled by the Court, that State Plaintiff will not challenge the admissibility of the testimony taken on the grounds that the testimony is not that of a party's employee or agent for the purposes of Fed. R. Evid. 801(d)(2)(D), or any similar rule or law.

3.      This stipulation is entered into without prejudice to any other rights the State Plaintiffs may have, and State Plaintiffs expressly reserve all rights to object to any deposition testimony taken of any State Agency or any current or former State Agency employee on any other grounds not specifically identified in this Stipulation.

For the avoidance of doubt, this stipulation is without prejudice to the parties' positions as to whether the State Agencies are parties to this MDL, or whether the State Agencies and their employees are under the control of the State Plaintiffs.

**IT IS SO STIPULATED.**

Dated: September 15, 2022

*/s/ W. Joseph Nielsen*
W. Joseph Nielsen
Assistant Attorney General
165 Capitol Avenue
P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5040
Fax: (860) 808-5391
Joseph.Nielsen@ct.gov

*Liaison Counsel for the States*
*/s/ Chuk Pak*
Chul Pak
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Tel: (212) 999-5800
Fax: (212) 999-5899
cpak@wsgr.com


*/s/Devora W. Allon*
Devora W. Allon
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800
Fax: (212) 446-4900
devora.allon@kirkland.com

*/s/ Ryan T. Becker*
Ryan T. Becker
FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor Philadelphia, PA 19103
Tel: (215) 299-2033
Fax: (215) 299-2150
rbecker@foxrothschild.com

*/s/ Allison Tanchyk*
Allison Tanchyk
MORGAN, LEWIS & BOCKIUS LLP 1701 Market Street
Philadelphia, PA 19103
Tel: (215) 963-5847
Fax: (215) 963-5001
allison.tanchyk@morganlewis.com

*/s/ Sheron Korpus*
Sheron Korpus
KASOWITZ BENSON TORRES LLP 1633 Broadway
New York, NY 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
skorpus@kasowitz.com

*Defendants Liaison Counsel*