# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL 2724**<br>**16-MD-2724** |
| | **HON. CYNTHIA M. RUFE** |
| **THIS DOCUMENT RELATES TO:**<br><br>*ALL ACTIONS* | |

## PRETRIAL ORDER NO. 216
## (DIAL-IN INFORMATION FOR
## OCTOBER 13, 2022 GENERAL STATUS CONFERENCE)

**AND NOW**, this 4th day of October 2022, it is hereby **ORDERED** that the following

dial-in  information may be used to listen to the General Status Conference on **October 13, 2022**

**at 1:00 PM**:

> Dial by your location
>  +1 669 254 5252 US (San Jose)
> +1 646 828 7666 US (New York)
> +1 551 285 1373 US
> +1 669 216 1590 US (San Jose)
> Meeting ID: 161 375 6874

The Conference will be held in Courtroom 12A of the United States Courthouse, 601

Market Street, Philadelphia Pennsylvania. Lead and Liaison Counsel, counsel for the United

States, and the Special Masters who are unable to attend the conference in person may request by

email to participate by video.

It is so **ORDERED.**

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

_____

**CYNTHIA M. RUFE, J.**