UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br><br>*State of Connecticut, et al. v. Teva Pharmaceuticals USA, Inc., et al.,*<br><br>*State of Connecticut, et al. v. Sandoz, Inc., et al.* | No. 19-cv-02407<br><br>No. 20-cv-03539 |

**PLAINTIFF STATE OF GEORGIA'S NOTICE OF
VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff State of Georgia (the "State") by and through its undersigned counsel, voluntarily dismisses with prejudice all claims asserted in the above-referenced Actions by the State against Defendants Teva Pharmaceuticals USA, Inc., Actavis Holdco US Inc., Actavis Elizabeth LLC, Actavis Pharma, Inc., Ara Aprahamian, Maureen Cavanaugh, Marc Falkin, Kevin Green, Nisha Patel, Michael Perfetto, David Rekenthaler, and Richard Rogerson (each a "Defendant," collectively the "Defendants," and together with the State, the "Parties"). The State has named each Defendant in one or more of the above-referenced Actions. With this dismissal, the State will not hereafter commence any action arising out of the facts and circumstances alleged in this multidistrict litigation against any of the aforementioned Defendants. None of the Defendants has answered the complaints in the three above-referenced Actions, and no Party has served a motion for summary judgment. All Parties will bear their own costs, expenses, and attorneys' fees.

Dated: October 7, 2022

Respectfully submitted,

FOR PLAINTIFF STATE OF GEORGIA

CHRIS CARR, ATTORNEY GENERAL
STATE OF GEORGIA

By: /s/Charles Thimmesch
Charles Thimmesch
Department of Law
State of Georgia
40 Capitol Square, SW
Atlanta, Georgia 30334
Telephone: (404) 458-3626
Email: cthimmesch@law.ga.gov

**CERTIFICATE OF SERVICE**

I, Charles Thimmesch, hereby certify that on October 7, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to the attorneys of record registered with the CM/ECF System.

/s/Charles Thimmesch