**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL 2724**<br>**16-MD-2724**<br>**HON. CYNTHIA M. RUFE** |
| **THIS DOCUMENT RELATES TO:**<br>*State of Connecticut et al. v. Sandoz, Inc. et al.* | **Civ. Action No. 2:20-cv-03539** |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 5.1(c), the undersigned, Mark H.M. Sosnowsky, hereby submits his Withdrawal of Appearance as counsel for Defendant John Wesolowski in the above-captioned matter. Charles S. Leeper, Kenneth M. Vorrasi, and Alison M. Agnew will continue to represent Defendant John Wesolowski and he will not be without representation in this matter.

Dated: December 16, 2022

Respectfully submitted,

*/s/* Mark H.M. Sosnowsky
Mark H.M. Sosnowsky
FAEGRE DRINKER BIDDLE & REATH LLP
1500 K Street, NW, Suite 1100
Washington, DC 20005
Telephone: 202-354-1327
Facsimile: 202-842-8465
mark.sosnowsky@faegredrinker.com

*Counsel for Defendant John Wesolowski*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of December, 2022, a true and correct copy of the foregoing was filed and served electronically by the Court's CM/ECF system upon all registered users in this action.

*/s/ Mark H.M. Sosnowsky*
Mark H.M. Sosnowsky
