IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br><br>16-MD-2724<br><br>HON. CYNTHIA M. RUFE |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE COURT:

Please withdraw the appearance of Florence Bryan in the proceeding captioned above. Defendants Sandoz Inc. and Fougera Pharmaceuticals Inc. continue to be represented by Arnold & Porter Kaye Scholer LLP and its counsel of record.

Dated: December 28, 2022

Respectfully submitted,

*/s/ Florence Bryan*
Florence Bryan
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
+1 202-942-5931
Florence.Bryan@arnoldporter.com

*Attorney for Defendants Sandoz Inc. and Fougera Pharmaceuticals Inc.*

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2022 a true and correct copy of the foregoing Notice of Withdrawal of Appearance was served via the Court's electronic filing system upon all counsel of record in the above captioned action.

*/s/ Florence Bryan*
Florence Bryan