# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL NO. 2724 <br> 16-MD-2724 |
| THIS DOCUMENT RELATES TO: <br><br> All Actions filed by Plaintiff States | HON. CYNTHIA M. RUFE |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 5.1(c), the undersigned, Jennifer L. Foley, of the New Hampshire Department of Justice, Office of the Attorney General, hereby submits her Withdrawal of Appearance as counsel for Plaintiff State of New Hampshire in the above-captioned matter. Plaintiff State of New Hampshire remains represented by counsel of record Assistant Attorney General Alexandra C. Sosnowski at the New Hampshire Department of Justice, Office of the Attorney General and this Notice does not affect that representation.

Dated: January 3, 2023

                                            Respectfully Submitted,
                                            PLAINTIFF STATE OF NEW HAMPSHIRE
                                            JOHN FORMELLA
                                            ATTORNEY GENERAL

                              BY:     /s/ *Jennifer L. Foley*
                                                    Jennifer L. Foley
                                                    Senior Assistant Attorney General
                                                    NH Bar. No.: 10519
                                                    Consumer Protection & Antitrust Bureau
                                                    New Hampshire Department of Justice
                                                    33 Capitol Street
                                                    Concord, NH 03301
                                                    Tel: (603) 271-7987
                                                    Email: Jennifer.L.Foley@doj.nh.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2023, I caused the foregoing Notice of Withdrawal of Appearance to be filed with the Clerk of the Court by using the CM/ECF system which will serve a copy on all interested parties registered for electronic filing, and is available for viewing and downloading from the ECF system.

/s/ *Jennifer L. Foley*
Jennifer L. Foley (NH #10519)
Senior Assistant Attorney General