**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>Case No. 16-MD-2724-CMR |
| THIS DOCUMENT RELATES TO:<br>*ALL ACTIONS* | HON. CYNTHIA M. RUFE |

**[PROPOSED] ORDER APPROVING THE FIFTH REPORT AND RECOMMENDATION OF THE SPECIAL DISCOVERY MASTER**

**AND NOW**, this ____ day of _____ 2023, upon consideration of the Fifth Report and Recommendation of the Special Discovery Master as to the Priority of Questioning at Depositions of the Cooperating Witnesses [MDL Doc. No. 2301], and the briefing of the parties in connection therewith, it is hereby **ORDERED** that the Objections are **OVERRULED** and the Report and Recommendation is **ADOPTED**.

It is so **ORDERED**.

**BY THE COURT**

_____
**CYNTHIA M. RUFE, J.**

US 173096249