IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL No: 2724<br>16-MD-2724<br><br>HON. CYNTHIA M. RUFE |
| **THIS DOCUMENT RELATES TO:**<br><br>**ALL ACTIONS** | |

### NOTICE OF CHANGE OF FIRM AFFILATION

Notice is hereby given that the undersigned is now affiliated with the law firm of Joseph Saveri Law Firm, LLP, and the undersigned states the following:

1. The undersigned was previously affiliated with the firm known as Saveri & Saveri, Inc.

2. The undersigned formerly affiliated with Saveri & Saveri, Inc. has now become affiliated with Joseph Saveri Law Firm, LLP.

3. New contact information for the undersigned is:

JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1000
San Francisco, CA 94108
Phone: (415) 500-6800
czirpoli@saverilawfirm.com

Dated: January 18, 2023         By:      /s/ Cadio Zirpoli
                                     CADIO ZIRPOLI

                                Joseph R. Saveri (pro hac vice)
                                Steven N. Williams (pro hac vice)
                                Cadio Zirpoli (pro hac vice)
                                **JOSEPH SAVERI LAW FIRM, LLP**
                                601 California Street, Suite 1000
                                San Francisco, California 94108
                                Telephone: (415) 500-6800
                                Facsimile: (415) 395-9940
                                Email:  jsaveri@saverilawfirm.com
                                        swilliams@saverilawfirm.com
                                        czirpoli@saverilawfirm.com

                                *Attorney for Self-Insured Schools of California*

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

Dated: January 18, 2023                             By:     */s/ Cadio Zirpoli*
                                                                        CADIO ZIRPOLI