IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL 2724**<br>**16-MD-2724** |
| | **HON. CYNTHIA M. RUFE** |
| **THIS DOCUMENT RELATES TO:**<br><br>*ALL ACTIONS* | |

**PRETRIAL ORDER NO. 226**
**(CANCELING FEBRUARY 9, 2023 GENERAL STATUS CONFERENCE)**

**AND NOW**, this 8th day of February, 2023, it is hereby **ORDERED** that the General Status Conference scheduled for February 9, 2023, is **CANCELED**. The conferences will resume in March according to the schedule set forth in Pretrial Order No. 221.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**