IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL NO. 2724<br>Case No. 16-MD-2724-CMR<br>HON. CYNTHIA M. RUFE |
| *THIS DOCUMENT RELATES TO:*<br><br>*State of Connecticut, et al. v. Aurobindo Pharma USA, Inc., et al.*<br><br>*The Kroger Co., et al. v. Actavis Holdco U.S., Inc., et al.* | <br><br>Case No. 2:17-CV-03768-CMR<br><br><br>Case No. 2:18-CV-00284-CMR |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Rule 5.1(c), the undersigned, Seth A. Goldberg of Duane Morris LLP, hereby withdraws his appearance as one of the attorneys of record for Aurobindo Pharma USA, Inc. ("Aurobindo") in the above-captioned matters. Aurobindo is currently represented by other counsel of record who shall continue their appearances.

Dated:  February 9, 2023

Respectfully submitted,

/s/ Seth A. Goldberg
Seth A. Goldberg (PA 92478)
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196
P: 215.979.1175
F: 215.689.2198
SAGoldberg@duanemorris.com

DM1\13849690.1

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2023, the undersigned filed the foregoing Notice of Withdrawal of Appearance via the Court's CM/ECF system, which sent notice to all counsel of record in this action.

Dated: February 9, 2023                                     */s/ Seth A. Goldberg*
                                                                                Seth A. Goldberg

DM1\13849690.1