IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | HON. CYNTHIA M. RUFE |

## ORDER

**AND NOW**, this 13th day of February 2023, upon consideration of the attached Joint Stipulation Between End-Payer Plaintiffs, the States, Direct-Action Plaintiff Humana and Non-Party Aetna Regarding the 15th Report and Recommendation of Special Master David H. Marion, it is hereby **ORDERED** that the Joint Stipulation is **APPROVED**. It is further **ORDERED** that Special Master David H. Marion's Fifteenth Report and Recommendation Attempting to Resolve a Document Production Dispute Between the EPPs and Aetna and Humana Insurance Companies [MDL Doc. 2348] is **CLOSED**.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**

1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL No. 2724<br>16-md-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | HON. CYNTHIA M. RUFE |

### JOINT STIPULATION BETWEEN END-PAYER PLAINTIFFS, THE STATES, DIRECT-ACTION PLAINTIFF HUMANA AND NON-PARTY AETNA REGARDING THE 15TH REPORT AND RECOMMENDATION OF SPECIAL MASTER DAVID H. MARION

WHEREAS, on February 2, 2023, Special Master David H. Marion issued his Fifteenth Report and Recommendation Attempting to Resolve a Document Production Dispute Between the EPPs and Aetna and Humana Insurance Companies (ECF No. 2348) ("15th R&R");

WHEREAS, EPPs, the States, Direct Action Plaintiff Humana and Non-Party Aetna have met and conferred concerning the 15th R&R;

WHEREAS, End-Payer Plaintiffs, Aetna, and Humana maintain their respective positions with respect to the factors that contributed to the timing of Aetna's and Humana's data productions;

WHEREAS, Aetna and Humana have represented in good faith that producing their respective claims data by the recommended deadlines in the 15th R&R is not technologically feasible;

WHEREAS, End-Payer Plaintiffs in these specific circumstances accept Aetna and Humana's representation about the current status of their productions, and maintain that this stipulation has no precedential effect whatsoever as to any other data production issues in this MDL;

WHEREAS, based on Aetna's and Humana's representations and the parties' desire to

avoid further litigation of the matter;

It is hereby stipulated and agreed that Aetna and Humana shall produce their claims data according to the following schedule:

| Date for Production | |
|---|---|
| February 24, 2023 | Sample data set |
| March 9, 2023 | Parties to complete discussions re sample |
| March 28, 2023 | Production of data on EPPs' bellwether drugs (Clobetasol and Clomipramine) |
| April 28, 2023 | Production of data on States' 49 bellwether drugs, and non-bellwether drugs |

**IT IS SO STIPULATED.**

Dated: February 10, 2023                                    Respectfully submitted,

*/s/ Laura Mummert*
Laura Mummert
LOWEY DANNENBERG, P.C.
One Tower Bridge
100 Front Street, Suite 520
West Conshohocken, Pennsylvania 19428
Tel: 215-399-4770
LMummert@lowey.com

Peter D. St. Phillip
Thomas Skelton
LOWEY DANNENBERG, P.C.
44 South Broadway, Suite 1100
White Plains, New York 10601
Tel. 914-997-0500
PStPhillip@lowey.com
TSkelton@lowey.com

*Counsel for Aetna Inc. and Direct-Action Plaintiff Humana, Inc.*

*/s/ Robert L. Hubbard*
Robert L. Hubbard
Assistant New York Attorney General
28 Liberty Street, 20th floor

*/s/ Roberta D. Liebenberg*
Roberta D. Liebenberg
FINE, KAPLAN AND BLACK, R.P.C.
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
215-567-6565
rliebenberg@finekaplan.com

*Lead Counsel for the End-Payer Plaintiffs*

New York, N.Y. 10005-1495
212 416-8267
Robert.Hubbard@ag.ny.gov

*Counsel for State Plaintiffs*

3