IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br>*In re State Attorneys General Litigation* | HON. CYNTHIA M. RUFE<br><br>Individual Case No. 20-3539 |

**ORDER**

**AND NOW**, this 27th day of February 2023, upon consideration of the motions and the responses and replies thereto, and for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that:

1. The Motion to Dismiss of Defendants Actavis Holdco U.S. Inc., Actavis Elizabeth LLC and Actavis Pharma, Inc. [Doc. No. 113] is **GRANTED in part and DENIED in part**. The Motion is **GRANTED** as to the claims concerning Methylphenidate HCL ER tablets in Count 5. The Motion is otherwise **DENIED**.

2. The Motion to Dismiss of Defendant Lannett Company, Inc. [Doc. No. 114] is **DENIED**.

3. The Motion to Dismiss of Defendant Bausch Health Americas, Inc. and Baush Health US, LLC [Doc. No. 115] is **DENIED**.

4. The Motion to Dismiss of Defendant Sun Pharmaceutical Industries, Inc. [Doc. No. 116] is **GRANTED in part and DENIED in part**. The Motion is **GRANTED** as to the claims concerning Methylphenidate HCL ER, as Plaintiff has withdrawn those claims. The Motion is otherwise **DENIED**.

5.  The Motion to Dismiss of Defendant John Wesolowski [Doc. No. 117] is **DENIED**.

6.  The Motion to Dismiss of Defendant Michael Perfetto [Doc. No. 118] is **DENIED**.

7.  Defendants' Joint Motion to Dismiss Plaintiffs' Federal-Law Claims [Doc. No. 119] is **GRANTED in part and DENIED in part**. Defendants' Motion to Dismiss is **GRANTED** to the extent that it seeks dismissal of Plaintiffs' claims for disgorgement under § 16 of the Clayton Act; and the Motion is **DENIED** to the extent that it seeks dismissal of Plaintiffs' federal claims for injunctive relief as *parens patriae* under federal law.

8.  Defendants' Joint Motion to Dismiss on Statute of Limitations Grounds [Doc. No. 121] is **DENIED**.

9.  The Motion to Dismiss of Defendants Mylan, Inc. and Mylan Pharmaceuticals, Inc. [Doc. No. 122] is **DENIED**.

10. Defendants' Joint Motion to Dismiss the Overarching Conspiracy Claims [Doc. No. 123] is **DENIED**.

11. The Motion to Dismiss of Defendants Amneal Pharmaceuticals LLC and Amneal Pharmaceuticals, Inc. [Doc. No. 124] is **DENIED**.

12. The Motion to Dismiss of Defendant Pfizer Inc. [Doc. No. 125] is **DENIED**.

13. The Motions for Leave to File Excess Pages [Doc. Nos. 161, 171] are **GRANTED**.

It is so **ORDERED.**

BY THE COURT:
/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**