IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL NO. 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | HON. CYNTHIA M. RUFE |

**JOINT PROPOSED AGENDA FOR
MARCH 9, 2023 LEADERSHIP STATUS CONFERENCE**

Pursuant to Pretrial Order No. 221 (MDL Doc. No. 2277), Liaison Counsel hereby submit this joint proposed agenda of items to be brought before the Court at the Leadership Status Conference scheduled for Thursday, March 9, 2023 at 1:30 pm:

1. Status of Discovery and Potential Impact on Discovery and Bellwether Schedules

The Court has provided videoconference information and related instructions via email.

Dated: March 2, 2023                     Respectfully submitted:

/s/ Roberta D. Liebenberg
Roberta D. Liebenberg
FINE, KAPLAN AND BLACK, R.P.C.
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
215-567-6565
rliebenberg@finekaplan.com

**Liaison and Lead Counsel for the
End-Payer Plaintiffs**

/s/ W. Joseph Nielsen
W. Joseph Nielsen
Assistant Attorney General
165 Capitol Ave.
Hartford, CT 06106
Tel: (860) 808-5040
Fax: (860) 808-5391
Joseph.Nielsen@ct.gov

/s/ Dianne M. Nast
Dianne M. Nast
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, PA 19107
215-923-9300
dnast@nastlaw.com

**Liaison and Lead Counsel for the
Direct Purchaser Plaintiffs**

/s/ Chul Pak
Chul Pak
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Fl.
New York, NY 10019
Tel: (212) 999-5800
Fax: (212) 999-5899

**Liaison Counsel for the States**

*/s/ William J. Blechman*
William J. Blechman
KENNY NACHWALTER, P.A.
1441 Brickell Avenue
Suite 1100
Miami, FL 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
wblechman@knpa.com

**Liaison Counsel for Direct Action Plaintiffs and Counsel for the Kroger Direct Action Plaintiffs**

cpak@wsgr.com

*/s/ Sheron Korpus*
Sheron Korpus
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
skorpus@kasowitz.com

*/s/ Devora W. Allon*
Devora W. Allon
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-5967
Fax: (212) 446-6460
devora.allon@kirkland.com

*/s/ Sarah F. Kirkpatrick*
Sarah F. Kirkpatrick
WILLIAMS & CONNOLLY, LLC
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5958
skirkpatrick@wc.com

*/s/ Ryan T. Becker*
Ryan T. Becker
FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103
Tel: (215) 299-2000
Fax: (215) 299-2150
rbecker@foxrothschild.com

*/s/ Alison Tanchyk*
Alison Tanchyk
MORGAN, LEWIS & BOCKIUS, LLP
600 Brickell Ave., Suite 1600
Miami, FL 33133
Tel: (305) 415-3444
Fax: (215) 963-5001
alison.tanchyk@morganlewis.com

**Defendants' Liaison Counsel**