## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL No. 2724<br>Case No. 2:16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*Direct Purchaser Class Plaintiffs' Actions* | HON. CYNTHIA M. RUFE |

### AMENDED DECLARATION OF ERIC J. MILLER REGARDING (A) DISSEMINATION OF THE NOTICE AND (B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS, IF ANY, RECEIVED TO DATE

I, Eric J. Miller, hereby declare and state as follows:

1.     I am a Senior Vice President with A.B. Data, Ltd. ("A.B. Data"). I am fully familiar with the facts contained herein based upon my personal knowledge, and if called as a witness, could and would testify competently thereto. I submit this amended declaration at the request of Settlement Class Counsel in connection with the above-captioned action (the "Action").

2.     A.B. Data was appointed by the Court in its Order dated May 11, 2022: (1) Certifying a Settlement Class; (2) Granting Preliminary Approval of Settlement Agreements; (3) Appointing Settlement Class Counsel; (4) Appointing a Claims Administrator and Escrow Agent; (5) Approving the Form and Manner of Notice to the Settlement Class; (6) Preliminarily Approving the Form and Manner of Notice to the Settlement Class; and (7) Scheduling a Fairness Hearing (the "Preliminary Approval Order") to serve as claims administrator for the direct purchaser class settlements in this case. ECF No. 2093. A.B. Data's duties in this case include administering the distribution of notice of the settlement to class members. I am

submitting this declaration to advise the Court of A.B. Data's activities concerning distribution of notice and the results.

### **Direct Mail Notice**

3.      A.B. Data obtained from Settlement Class Counsel a listing of 697 potential Settlement Class members developed from a number of sources, including transactional data produced by the defendants in discovery. Settlement Class Counsel performed research to locate mailing addresses for these potential Settlement Class members.  Where a potential Settlement Class member had multiple locations, each of the addresses was captured and included in the mailing database.  In addition, A.B. Data supplemented the list with additional mailing addresses through review of A.B. Data's own records from other direct purchaser pharmaceutical appointments and further independent research.

4.      As a result of these efforts, A.B. Data obtained the identity and office addresses of 680 potential Settlement Class members and a total of 1,624 mailing addresses for the 680 entities. A.B. Data and Settlement Class Counsel were not able to locate a mailing address for the remaining 17 potential Settlement Class members because the potential Settlement Class members were no longer in business or the name of the entity was incomplete so the actual entity could not be located.

5.       On June 24, 2022, A.B. Data arranged for the mailing of the Long Form Notice (the "Notice") to all 680 potential Settlement Class members. The Notice was also mailed to the additional addresses for certain Settlement Class

members. On the same day, A.B. Data posted the Notice on www.GenericDrugsDirectPurchaserSettlement.com, the website created for this litigation. A copy of the Notice is attached hereto as **Exhibit A**.

6.      In sum, A.B. Data caused 1,585 Notices to be mailed to potential Settlement Class members.  If all mailings to a potential Settlement Class member were returned as undeliverable as addressed by the United States Postal Service, A.B. Data performed additional research to locate an updated address or determine if the potential Settlement Class member was no longer in existence.   Where an updated address was located, A.B. Data promptly remailed the Notice to the updated address.

7.      On August 17, 2022, A.B. Data received from Settlement Class Counsel a listing of 62 additional potential Settlement Class member with 168 mailing addresses.  A.B. Data loaded these records to the mailing database.  On August 26, 2022, A.B. mailed a copy of the Notice to each of the 168 addresses included in the  additional mailing list.

## Media Notice

8.      To supplement direct notice efforts, beginning on June 24, 2022, A.B. Data caused digital banner ads to appear on The Pink Sheet website for a period of 30 days.  The Pink Sheet reaches over 3,000 of the world's leading pharmaceutical, contract research organizations (CROs), medical technology, biotechnology and healthcare service providers, including the top 50 global pharma and top 10 CROs. These ads appeared on both desktop and mobile formats. 39,997 impressions have

been delivered through the conclusion of the media notice on July 21, 2022. A sample of the digital banner and newsfeed ads are attached as **Exhibit B**.

9.      A.B. Data also caused the Short Form Notice to be published in *The Wall Street Journal* on June 24, 2022. A copy is attached hereto as **Exhibit C**.

## News Media

10.      On June 24, 2022, A.B. Data disseminated a news release via Business Wire to announce the Settlements. This news release distributed via Business Wire went to the news desks of approximately 10,000 newsrooms, including those of print, broadcast, and digital websites across the United States. A copy of the news release is attached as **Exhibit D**.

## Website and Telephone

11.      To assist potential Settlement Class members in understanding the terms of the Settlements and their rights, A.B. Data established a case-specific toll-free telephone number (877-315-0583), email address (info@GenericDrugsDirectPurchaserSettlement.com), and a case-specific website (www. GenericDrugsDirectPurchaserSettlement.com).

12.      On June 24, 2022, A.B. Data established a case-specific toll-free telephone number with an interactive voice response ("IVR") system which provided summary information to frequently asked questions. This also provided callers the opportunity to speak with a live customer support representative. In addition, A.B. Data has received emails to the email address established for this matter.

13.     On June 24, 2022, A.B. Data established a case-specific website, www.GenericDrugsDirectPurchaserSettlement.com. The website address appeared on the Notice and the newswire. The website includes case-specific information, including relevant deadlines and downloadable versions of the Notice, Settlement Agreements, Preliminary Approval Order, and other relevant documents. To date, the website has had 747 visitors.

14.     On August 10, 2022, A.B. Data received copies of the: (1) Proposed Order Granting Motion for Order Pursuant to Paragraph 26 of the Court's May 11, 2022 Order; (2) Declaration of Dianne M. Nast in Support of Motion for Order Pursuant to Paragraph 26 of the Court's May 21, 2022 Order; (3) Exhibit 1 to Motion for an Order Pursuant to Paragraph 26 of the Court's May 11, 2022 Order; (4) Memorandum of Law in Support of Motion for an Order Pursuant to Paragraph 26 of the Court's May 11, 2022 Order; and (5) Motion for Order Pursuant to Paragraph 26 of the Court's May 11, 2022 Order.  A.B. Data posted these documents to the case-specific website the same day.

15.     On September 14, 2022, the Court entered an Order Extending the Deadline to Object to or Request Exclusion from the Sun and Taro Settlement Class and Rescheduling the Fairness Hearing (the "September Order"). On September 16, 2022, A.B. Data posted the September Order along with an update advising visitors of the updated objection and exclusion deadlines and the rescheduled Fairness Hearing date and time.

## **Requests for Exclusion and Objections**

16.     The Court's September Order required any Settlement Class member requesting exclusion from the Settlement Class to postmark such a request on or before January 10, 2023. As of the date of this Declaration, A.B. Data has received copies of ten requests for exclusion on behalf of 371 entities, many of which may not be direct purchasers (only 33 of the 371 entities seeking exclusion were identified as potential Settlement Class Members based on Defendants' transactional data).

17.     Seven of the ten letters came from counsel for Direct Action Plaintiffs and seek the exclusion of 224 entities that appear to be subsidiaries and affiliates of 10 different Direct Action Plaintiffs. However, only 30 of these 224 Direct Action Plaintiff entities were identified as potential Settlement Class Members based on Defendants' transactional data.

18.     The remaining three letters identified 147 entities that appear to be hospital systems, healthcare centers, and retail pharmacies. However, only three of these 147 entities were identified as potential Settlement Class Members based on Defendants' transactional data. Therefore, based on Defendants' transactional data, it appears that only 33 of 759 potential Settlement Class Members have requested to opt-out, and the bulk of those are Direct Action Plaintiffs that I understand have brought individual claims. Annexed hereto as **Exhibit E** is a list of the entities which have requested exclusion from the Settlement although many of them may not be direct purchasers from a defendant as indicated thereon.

19.     Under the Court's September Order, the postmark deadline for a Settlement Class member to object to the settlement was January 10, 2023. The Notice directs members of the Settlement Class to mail their objection to Clerk of the United States District Court for the Eastern District of Pennsylvania with copies to Settlement Class Counsel and Settling Defendants' Counsel.  As of the date of this Declaration, A.B. Data has not been notified of any objections.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 1, 2023.

_____
Eric J. Miller

# EXHIBIT A

<u>IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

# If you purchased one or more of the Named Generic Drugs listed in Appendix A to this Notice *directly* from any of the pharmaceutical manufacturer Defendants listed in Appendix B to this Notice at any time from May 1, 2009 until December 31, 2019, you could get a payment from a class action settlement.

*A federal court authorized this Notice. This is not a solicitation from a lawyer.*

The purpose of this Notice is to alert you of two proposed settlements in a Lawsuit brought by Direct Purchasers ("Settling Direct Purchaser Plaintiffs" or "DPPs") of certain generic drugs (the "Named Generic Drugs"). The Lawsuit is a group of direct purchaser class actions coordinated under the civil docket *In re: Generic Pharmaceuticals Pricing Antitrust Litigation*, Case No. 2:16-MD-02724 (E.D. Pa.). The Lawsuit claims that generic drug manufacturers violated antitrust laws, harming competition and causing Settlement Class Members to overpay for the Named Generic Drugs. The Settling Defendants deny liability as alleged in the Lawsuit. The Court has not decided who is right. No trial has been held or scheduled.

- Two settlements have been reached between the DPPs and the Settling Defendants: (1) a proposed settlement with Sun Pharmaceutical Industries, Inc. and its affiliates Caraco Pharmaceutical Laboratories, Ltd., Mutual Pharmaceutical Company, Inc., and URL Pharma, Inc.; and (2) a proposed settlement with Taro Pharmaceuticals U.S.A., Inc. (together, the "Settlements"). Settling Defendants are alleged to have violated the antitrust laws relating to the sale of the Named Generic Drugs. <u>The proposed Settlements do not resolve any of the claims of the Settlement Class against the remaining Defendants. The Lawsuit against the remaining Defendants is ongoing.</u> **<u>The Named Generic Drugs are listed in Appendix A and the Defendants are listed in Appendix B</u>**.

- The Court has certified a Settlement Class comprised of:

> All persons or entities, and their successors and assigns, that directly purchased one or more of the Named Generic Drugs from one or more Defendants in the United States and its territories and possessions, at any time during the period from May 1, 2009 until December 31, 2019.

> Excluded from the Settlement Class are Defendants and their present and former officers, directors, management, employees, subsidiaries, or affiliates, judicial officers and their personnel, and all governmental entities.

- The Court has preliminarily approved the proposed Settlements between the Settling Direct Purchaser Plaintiffs and Settling Defendants. To resolve the DPPs' claims against Settling Defendants, the proposed Settlements will provide for the following payments by Settling Defendants: (1) $17,357,000 payment by Sun Pharmaceutical Industries, Inc. and its affiliates Caraco Pharmaceutical Laboratories, Ltd., Mutual Pharmaceutical Company, Inc. and URL Pharma, Inc. and (2) $67,643,000 payment by Taro Pharmaceuticals U.S.A., Inc. These payments, collectively $85,000,000, will comprise the "Settlement Fund." The Settlement Fund may be reduced by up to $10 million or increased to a maximum of $105 million under certain circumstances as explained in the Settlement Agreements. As discussed below, attorneys' fees, expenses, and service awards may be deducted from these amounts with Court approval, and after deduction of attorneys' fees, expenses and service awards, the remaining amount of the Settlement Fund is referred to as the "Net Settlement Fund".

- The Court has scheduled a hearing to decide whether to approve the Settlements, the plan for allocating the Net Settlement Fund to Settlement Class Members, any requests by the attorneys for reimbursement of expenses out of the Settlement Fund, payment of service awards to the Settling Direct Purchaser Plaintiffs, and any request to hold a portion of the Settlement Fund in escrow for potential payment of attorneys' fees at a later date, with Court approval (the "Final Fairness Hearing"). The Final Fairness Hearing is scheduled for December 13, 2022, at 1:30 p.m. EST, before Judge Cynthia M. Rufe at the United States District Court for the Eastern District of Pennsylvania, Courtroom 12-A, 601 Market Street, Philadelphia, PA 19106.

**YOUR LEGAL RIGHTS ARE AFFECTED WHETHER YOU ACT OR DO NOT ACT, SO PLEASE READ THIS NOTICE CAREFULLY.**

2

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **WHEN YOU RECEIVE A CLAIM FORM, PROMPTLY COMPLETE AND RETURN IT** | You do not need to do anything now to retain your right to stay in the Settlement Class and/or seek a share of the proposed Settlements. If the Court decides to give the proposed Settlements Final Approval and you are a Settlement Class Member, then you will need to complete, sign, and return a Claim Form to obtain a share of the proposed Settlements.

If you received a Notice in the mail, a Claim Form will be mailed to you at a later date. While we anticipate using Defendants' sales data to show eligible purchases, if such information or data is not available from Defendants, you may be asked to provide information or data showing your eligible purchases.

If you did not receive a Notice in the mail and you think you are a potential Settlement Class Member, please identify yourself by letter or email to the following addresses: *In re: Generic Pharmaceuticals Pricing Antitrust Litigation* – Direct Purchasers, c/o A.B. Data, Ltd., P.O. Box 173095, Milwaukee, WI 53217.

Email: info@GenericDrugsDirectPurchaserSettlement.com

You may be asked to provide information or data proving that you are a member of the Settlement Class. You also may be asked to provide data showing your eligible purchases if such data is not available from Defendants. |
| **EXCLUDE YOURSELF FROM THE SETTLEMENT CLASS** | You may choose to exclude yourself, or "opt out," from the Settlement Class. If you decide to exclude yourself, you will not be bound by any decision in this Lawsuit relating to the Settling Defendants. This is the only option that allows you to ever be part of any lawsuit (other than this Lawsuit) against the Settling Defendants relating to the legal claims against the Settling Defendants in this case. Copies of your election to exclude yourself must be sent to counsel listed in Section 13. |
| **STAY IN THE LAWSUIT BUT OBJECT TO THE SETTLEMENTS** | If you object to all or any part of the proposed Settlements, you may write to the Court about why you do not like the proposed Settlements. Copies of your objection must be sent to counsel listed in Section 13. |
| **GET MORE INFORMATION** | If you would like to obtain more information about the Lawsuit or the Settlements, you can send questions to the lawyers or Claims Administrator identified in this Notice and/or attend the hearing at which time the Court will evaluate the proposed Settlements. |

*These rights and options – **and the deadlines to exercise them** – are explained in this Notice.*

## TABLE OF CONTENTS

| WHAT THIS NOTICE CONTAINS |
| --- |

**BASIC INFORMATION** ...................................................................        **PAGE 5**

    1.  Why did I get this Notice?

    2.  What is this Lawsuit about?

    3.  What is a class action?

    4.  Why are there Settlements?

**WHO IS IN THE SETTLEMENT CLASS AND SETTLEMENTS** .................        **PAGE 6**

    5.  Am I part of the Settlement Class and the Settlements?

    6.  Can I request to be excluded from the Settlement Class?

    7.  What happens if I do nothing?

**THE SETTLEMENTS' BENEFITS** ...................................................        **PAGE 8**

    8.  What do the Settlements provide?

    9.  How can I get a payment from the Settlements?

    10. When would I get my payment and how much would it be?

**THE LAWYERS REPRESENTING THE SETTLEMENT CLASS** ................        **PAGE 10**

    11. Do I have a lawyer in this case?

    12. How will the lawyers be paid?

**OBJECTING TO THE SETTLEMENTS** ............................................        **PAGE 11**

    13. How do I tell the Court that I don't like the Settlements?

**THE COURT'S FAIRNESS HEARING** ............................................        **PAGE 12**

    14. When will the Court decide whether to approve the Settlements?

    15. Do I have to attend the hearing?

    16. May I speak at the hearing?

**GETTING MORE INFORMATION** ...................................................        **PAGE 13**

    17. How do I get more information?

# Basic Information

## 1. WHY DID I GET THIS NOTICE?

You received this Notice because, according to available data and documents, you may have purchased one or more Named Generic Drugs directly from one or more generic manufacturer Defendants listed on Appendix B, at some time from May 1, 2009 until December 31, 2019, and therefore you may be a member of the Settlement Class that was certified by the Court for purposes of the proposed Settlements. You may have received this Notice in error so you should confirm from your own records that you purchased one or more Named Generic Drugs directly from one or more generic manufacturer Defendants at some time from May 1, 2009 to December 31, 2019.

## 2. WHAT IS THIS LAWSUIT ABOUT?

The Lawsuit is a group of proposed class actions coordinated under the docket *In re: Generic Pharmaceuticals Pricing Antitrust Litigation*, Case No. 2:16-MD-02724. Judge Cynthia M. Rufe, of the United States District Court for the Eastern District of Pennsylvania (the "Court"), is overseeing the Lawsuit and the Settlements.

The Settling Direct Purchaser Plaintiffs allege that Defendants engaged in an unlawful scheme or schemes to fix, maintain, and stabilize prices, rig bids, and engage in market and customer allocation of the Named Generic Drugs in violation of federal antitrust laws. DPPs allege that this harmed competition and caused Settlement Class Members to overpay for the Named Generic Drugs.

All Defendants, including the Settling Defendants, deny that any Settlement Class Member is entitled to damages or other relief. All Defendants, including the Settling Defendants, deny liability as to DPPs' claims. The Settlements between Settling Direct Purchaser Plaintiffs and the Settling Defendants are not admissions of wrongdoing by any Defendant, including the Settling Defendants.

Following investigation of relevant facts, substantial fact discovery, and following arms'-length negotiations with the Settling Defendants, the Settling Direct Purchaser Plaintiffs, on behalf of the Settlement Class, entered into the Settlements with the Settling Defendants.

There has been no determination by the Court or a jury that the allegations against the Defendants or Settling Defendants have been proven or that, if proven, the conduct caused harm to any Settlement Class Members. No trial has been held or scheduled.

## 3. WHAT IS A CLASS ACTION?

In a class action, one or more people or entities called "Class Representatives" (in this case, César Castillo, LLC, FWK Holdings, LLC, Rochester Drug Cooperative, Inc., and KPH Healthcare Services, Inc.) sue on behalf of others who have similar claims (collectively, the "DPPs" or the "Settling Direct Purchaser Plaintiffs").

The DPPs and the entities on whose behalf they have sued together constitute the "Settlement Class" or "Settlement Class Members." Their attorneys are called "Settlement Class Counsel."

The companies that have been sued are called the "Defendants." In this case the Defendants are the 58 companies listed at the end of this Notice, in Appendix B.

In a class action lawsuit, one court resolves the issues for all Class Members, except for those who exclude themselves (*i.e.*, "opt out") from the Class. The Court, by order dated May 11, 2022, has determined that the Lawsuit between DPPs and the Settling Defendants can proceed as a class action for purposes of the proposed Settlements. A copy of the Court's order may be found at GenericDrugsDirectPurchaserSettlement.com.

Specifically, the Court has found that:

- The number of Settlement Class Members is so numerous that joining them all into one suit is impracticable.

- Members of the Settlement Class share common legal or factual issues relating to the claims in this case.

- The claims of the DPPs are typical of the claims of the rest of the Settlement Class.

- The DPPs will fairly and adequately protect the interests of the Settlement Class.

- The common legal questions and facts predominate over questions affecting only individual members of the Settlement Class, and this Lawsuit will be more efficient than individual lawsuits.

## 4. WHY ARE THERE SETTLEMENTS?

The Court has not decided in favor of the Settling Direct Purchaser Plaintiffs or Settling Defendants. Instead, both sides have agreed to the Settlements. Settling Direct Purchaser Plaintiffs and the Settling Defendants were preparing to proceed with the litigation and eventually go to trial, but they have now agreed to the proposed Settlements. By agreeing to the Settlements, the parties avoid the costs and uncertainty of additional discovery, motion practice, and an eventual trial, and if the Settlements are approved by the Court, Settlement Class Members will be eligible to receive a payment from the Settlements. The Settlements do not mean that any law was broken or that the Settling Defendants did anything wrong. The DPPs and Settlement Class Counsel believe that the proposed Settlements are fair, reasonable, and adequate and in the best interests of the Settlement Class.

# WHO IS IN THE SETTLEMENT CLASS AND SETTLEMENTS

## 5. AM I PART OF THE SETTLEMENT CLASS AND THE SETTLEMENTS?

You are part of the Settlement Class if you are a person or entity in the United States and its territories that purchased one or more Named Generic Drugs <u>directly</u> from one or more Defendants at any time from May 1, 2009 until December 31, 2019.

More specifically, on May 11, 2022, the Court certified the following Settlement Class:

> All persons or entities, and their successors and assigns, that directly purchased one or more of the Named Generic Drugs from one or more Defendants in the United States and its territories and possessions, at any time during the period from May 1, 2009 until December 31, 2019.

> Excluded from the Settlement Class are Defendants and their present and former officers, directors, management, employees, subsidiaries, or affiliates, judicial officers and their personnel, and all governmental entities.

The Named Generic Drugs and Defendants are listed at the end of this Notice, in Appendices A and B.

If you are not sure whether you are included in the Settlement Class, you may call or write to the lawyers in this case at the telephone numbers or addresses listed in Question 11 below. If you wish to exclude yourself from the Settlement Class, please refer to Question 6.

## 6. CAN I REQUEST TO BE EXCLUDED FROM THE SETTLEMENT CLASS?

Yes, the Court has set a deadline for requests for exclusion of September 23, 2022. To exclude yourself, you must send a letter via First-Class U.S. Mail saying you want to exclude yourself from the Direct Purchaser Lawsuit in *In re: Generic Pharmaceuticals Pricing Antitrust Litigation*, Case No. 2:16-MD-02724 (E.D. Pa.).

Mail the letter to:   Lead Counsel for Plaintiffs and counsel for Settling Defendants listed in Section 13 of this Notice.

Be sure to include your name, address, email address, telephone number, and your signature. **Your letter requesting exclusion must be postmarked no later than September 23, 2022.**

If you exclude yourself from the Settlement Class, you will not be legally bound by anything that happens in the Lawsuit between DPPs and the Settling Defendants, and you may be able to sue (or continue to sue) the Settling Defendants in the future about the legal issues in this case. If you exclude yourself from the Settlement Class so that you can start or continue your own lawsuit against the Settling Defendants, you should talk to your own lawyer immediately because your claims will be subject to a statute of limitations, which means that your claims may expire if you do not take timely action. You need to contact your own lawyer about this issue.

If you do not exclude yourself from the Settlement Class, and you have a valid claim, you can share in the Settlements, but you will not be able to start a lawsuit, continue a lawsuit, or be part of any other lawsuit against the Settling Defendants arising from the claims released as part of these Settlements, including claims brought in the case between DPPs and the Settling Defendants. All of the Court's orders in the case between DPPs and the Settling Defendants will apply to you and legally bind you. You will also be bound by the proposed Settlements between DPPs and the Settling Defendants if the Court grants Final Approval to the proposed Settlements and enters final judgment in the case between the DPPs and the Settling Defendants.

## 7. WHAT HAPPENS IF I DO NOTHING?

If you are a Settlement Class Member and you do nothing, you will remain in the Settlement Class and be eligible to participate in the Settlements as described in this Notice, if the Settlements are approved. **However, you will need to complete, sign, and return the Claim Form (once it is sent to you) in order to obtain a payment. It is anticipated that Defendants' sales data will be used to calculate Settlement Class Members' eligible purchases and** *pro rata* **share of the Net Settlement Fund, but if such data is not available from Defendants, then you may be asked to submit data showing your eligible purchases.** The date when the Claim Forms will be mailed has not yet been determined. You may check GenericDrugsDirectPurchaserSettlement.com for information regarding timing.  At a later date, the settlement website will also have a blank Claim Form available to download.

# THE SETTLEMENT BENEFITS

## 8. WHAT DO THE SETTLEMENTS PROVIDE?

The Settling Defendants have agreed to pay a total of $85,000,000 in cash (which may be reduced to $75,000,000 or increased to as much as $105,000,000 under certain circumstances as explained in the Settlements) to an interest-bearing escrow account ("Settlement Fund") for the benefit of the Settlement Class. This will come in the form of a $17,357,000 payment from Sun Pharmaceutical Industries, Inc. and its affiliates Caraco Pharmaceutical Laboratories, Ltd., Mutual Pharmaceutical Company, Inc. and URL Pharma, Inc.; and a $67,643,000 payment from Taro Pharmaceuticals U.S.A., Inc. The Settlement Fund shall be held in escrow pending finality of the Settlement Agreements. The Settling Defendants also agreed to provide substantial cooperation to the DPPs in the continued litigation against the remaining Defendants.

Settlement Class Counsel will apply to the Court no later than August 9, 2022, for reimbursement of past expenses and for future expenses not to exceed a total of $6.8 million, and service awards to the four Settling Direct Purchaser Plaintiffs of $20,000 each for their substantial services to the Settlement Class. The Settlements also provide for payment from the Settlement Fund of up to $500,000 in total (included within the $6.8 million figure) for the costs of giving notice to Settlement Class members and administering the Settlements and making distributions from the fund. In addition, Settlement Class Counsel will ask the Court to set aside up to one-third of the remaining Settlement Fund after any Court awarded reimbursed expenses, notice and settlement administration costs, and service awards to Settling Direct Purchaser Plaintiffs (plus accrued interest) for payment of attorneys' fees. Settlement Class Counsel will file a motion for an award of fees at a later appropriate time. For purposes of the objection and opt-out deadline of September 23, 2022, Settlement Class Members should assume that Settlement Class Counsel will seek attorneys' fees of up to one-third of what remains in the Settlement Fund after any Court-awarded reimbursed expenses, notice and settlement administration costs, and service awards to Settling Direct Purchaser Plaintiffs are deducted. Settlement Class Members will have the opportunity to review, and object to, Settlement Class Counsel's motion for attorneys' fees after it is filed and before the Court rules. All motions for expenses, attorneys' fees, and service awards shall be posted on the settlement website: GenericDrugsDirectPurchaserSettlement.com.

If approved by the Court, the Net Settlement Fund, including accrued interest, (the Settlement Fund minus any court-awarded attorneys' fees, service awards and expenses) will be distributed to the Settlement Class Members who return valid and timely Claim Forms. The distribution will be made on a *pro rata* basis, consistent with each Settlement Class Member's aggregate weighted share of total Settlement Class purchases of the Named Generic Drugs from Defendants. In the event that data from Defendants is not available to calculate a Settlement Class Member's *pro rata* share, such Settlement Class Member will be required to submit data showing its relevant direct purchases as requested by the Claims Administrator. As a general matter, a claimant's *pro rata* share will be based on data from Defendants, and claimants will not be permitted to submit their own purchase data to contest these figures. This is because of the time and expense that would be involved in analyzing such additional data (expenses that would be paid out of the Settlement Fund itself), and because transaction data from Defendants is considered reliable. More information about how Settlement Class Members' shares will be calculated is available in the Plan of Allocation, on the settlement website: GenericDrugsDirectPurchaserSettlement.com.

In exchange, the litigation between the DPPs and the Settling Defendants will be dismissed with prejudice and Settling Defendants will be released by Settlement Class Members from all claims that have been brought or could have been brought concerning the subject matter of or acts, omissions, or other conduct alleged in Settling Direct Purchaser Plaintiffs' class action complaints.

Non-Settling Defendants are **not** part of the proposed Settlements between the DPPs and the Settling Defendants. DPPs' Lawsuit against the Non-Settling Defendants is continuing.

The Settlement Agreements provide that they may be terminated if, for example, the Court does not approve the Settlements or if Settlement Class Members with aggregate purchases above a certain amount opt out. If the Settlement Agreements are terminated, the Lawsuit will proceed against the Settling Defendants as if Settlements had not been reached.

The full text of the Settlement Agreements, including the releases, are available at GenericDrugsDirectPurchaserSettlement.com. This Notice is not meant to, and does not, alter the terms of the actual Settlement Agreements and associated releases.

## 9. HOW CAN I GET A PAYMENT FROM THE SETTLEMENTS?

If the Court grants Final Approval to the Settlements (*see* "The Court's Fairness Hearing" below) and any resulting appeals are resolved, the Court will approve a Plan of Allocation to distribute the Settlement Fund.

If you do not exclude yourself from the Settlement Class, you will need to submit a Claim Form to request your share of the Net Settlement Fund.

➢ If you received this Notice in the mail, a Claim Form will be sent to you automatically and you do not need to do anything at this time to be eligible to receive a payment from the Settlements. However, while we anticipate using Defendants' sales data for eligible purchases, if such data is not available from Defendants you may be required to submit data showing your eligible purchases.

➢ If you did not receive this Notice in the mail, and you think you are a potential Settlement Class Member, please identify yourself or your company by letter or email to the following addresses: *In re: Generic Pharmaceuticals Pricing Antitrust Litigation* – Direct Purchasers, c/o A.B. Data, Ltd., P.O. Box 173095, Milwaukee, WI 53217. Email: info@GenericDrugsDirectPurchaserSettlement.com. You must also include proof that you purchased at least one of the Named Generic Drugs during the period May 1, 2009 to December 31, 2019, directly from a Defendant. You may also be required to submit your purchase data showing all your eligible purchases if such data is not available from Defendants. At a later date when claim forms are mailed, a copy of the Claim Form will also be available at GenericDrugsDirectPurchaserSettlement.com.

## 10. WHEN WOULD I GET MY PAYMENT AND HOW MUCH WOULD IT BE?

When you get your payment depends on several matters, including whether and when the Court grants Final Approval of the Settlements. The Settlement Fund will be allocated to Settlement Class Members as soon as possible after the Court grants Final Approval of the Settlements.

You will not be responsible for calculating the amount you may be entitled to receive. The Plan of Allocation provides that you will be paid on a *pro rata* basis in proportion to how much of the Named Generic Drugs you purchased underlined directly from Defendants from May 1, 2009 through December 31, 2019. Generally, those with more purchases will get a higher recovery. If less than 100% of the Settlement Class submit Claim Forms, you could get a larger *pro rata* share.

If the proposed Settlements are given Final Approval, but there is an appeal of the Final Approval, the appeal could take several years to resolve. Any accrued interest on the Settlement Fund will be included, *pro rata*, in the amount paid to Settlement Class Members.

If you exclude yourself from the Settlement Class, which means that you are choosing not to be a part of the Settlement Class and the Settlements, then you will not receive a share of the Net Settlement Fund.

## The Lawyers Representing the Class

| **11. DO I HAVE A LAWYER IN THIS CASE?** |
| --- |

The Court appointed the counsel listed below as Settlement Class Counsel:

| | |
| --- | --- |
| Dianne M. Nast, Esq.<br>Joseph N. Roda, Esq.<br>NASTLAW LLC<br>1101 Market Street, Suite 2801<br>Philadelphia, PA 19107<br>(215) 923-9300<br>dnast@nastlaw.com<br>jnroda@nastlaw.com<br>***Lead Counsel for Plaintiffs*** | David F. Sorensen, Esq.<br>BERGER MONTAGUE PC<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>(215) 875-3000<br>dsorensen@bm.net |
| Robert N. Kaplan<br>KAPLAN FOX & KILSHEIMER LLP<br>850 Third Avenue<br>New York, NY 10022<br>(212) 687-1980<br>rkaplan@kaplanfox.com | Thomas M. Sobol, Esq.<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>55 Cambridge Parkway, Suite 301<br>Cambridge, MA 02142<br>(617) 482-3700<br>tom@hbsslaw.com |
| Linda P. Nussbaum<br>NUSSBAUM LAW GROUP, PC<br>1211 Avenue of the Americas, 40th Floor<br>New York, NY 10036<br>(917) 438-9189<br>lnussbaum@nussbaumpc.com | Michael L. Roberts<br>ROBERTS LAW FIRM P.A.<br>20 Rahling Circle<br>Little Rock, AR 72223<br>(501) 821-5575<br>mikeroberts@robertslawfirm.us |

| **12. HOW WILL THE LAWYERS BE PAID?** |
| --- |

The attorneys are not asking for fees at this time. However, they are asking that one-third of the Settlement Fund, after deduction of expenses and service awards, be held in escrow for a future fee application. Settlement Class Counsel will ask now as part of the Final Approval of these Settlements for reimbursement of expenses not to exceed a total of $6.8 million for payment of past and future expenses, including costs of administering these Settlements plus service awards in the amount of $20,000 for each of the four named plaintiffs.  If you decide not to exclude yourself from the Settlement Class, you will not have to pay these fees, costs, and expenses out of your own pocket. If the Court grants Settlement Class Counsel's requests, these amounts would be deducted from the Settlement Fund.

Any application by Settlement Class Counsel for reimbursement of expenses, service awards to the DPPs, and to hold up to a third of the Settlement Fund (net of any Court approved expenses, administration costs, and service awards to the Direct Purchaser Settling Plaintiffs) in escrow

for potential payment of attorneys' fees at a later date will be filed with the Court and made available for download and/or viewing on or before August 9, 2022, on GenericDrugsDirectPurchaserSettlement.com, as well as at the office of the Clerk of the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Philadelphia, PA 19106-1797, during normal business hours.

## OBJECTING TO THE SETTLEMENTS

### 13. HOW DO I TELL THE COURT THAT I DON'T LIKE THE SETTLEMENTS?

If you are a Settlement Class Member (and have not excluded yourself), you can object to all or any part of the proposed Settlements and/or the application to hold up to one-third of the Settlement Fund in escrow for later payment of attorneys' fees, for reimbursement of costs and expenses, and/or service awards to the Class Representatives. You can give reasons why you think the Court should not approve it. The Court will consider your views.

To object to the Settlements, you must send a letter via First-Class U.S. Mail saying that you object to the Settlements in the Direct Purchaser Lawsuit in *In re: Generic Pharmaceuticals Pricing Antitrust Litigation*, No. 2:16-MD-02724 (E.D. Pa.) with the following information:

- Your name, address, email address, and phone number, and the name, address, and phone number of your attorney, if you have one.

- Your signature.

- Case name and number:

  *In re: Generic Pharmaceuticals Pricing Antitrust Litigation*
  Case No. 2:16-MD-02724

  United States District Court for the Eastern District of Pennsylvania

- The specific reasons why you object to the Settlements or any part of them.

- All documents or writings that you want the Court to consider.

Mail the objection to the Clerk of the United States District Court for the Eastern District of Pennsylvania (address below) <u>with copies</u> to the individuals and addresses listed below:

| CLERK OF THE COURT | SETTLEMENT CLASS COUNSEL | SETTLING DEFENDANTS' COUNSEL |
|---|---|---|
| Clerk of Court, EDPA<br>601 Market Street<br>Philadelphia, PA 19106 | Dianne M. Nast<br>Joseph N. Roda<br>NastLaw LLC<br>1101 Market Street, Ste. 2801<br>Philadelphia, PA 19107<br>*Lead Counsel for Plaintiffs* | John Taladay<br>Baker Botts L.L.P.<br>700 K Street, N.W.<br>Washington, D.C. 20001 |

<u>**Your objection must be postmarked on or before September 23, 2022.**</u>

11

## The Court's Fairness Hearing

The Court will hold a hearing to decide whether to grant Final Approval to the Settlements and any requests for reimbursement of expenses, service awards, and a set aside for a future application for attorneys' fees ("Fairness Hearing"). You may attend and, if you have not excluded yourself from the Settlement Class, you may ask to speak, but you do not have to speak.

### 14. WHEN WILL THE COURT DECIDE WHETHER TO APPROVE THE SETTLEMENTS?

The Court has scheduled a Fairness Hearing on December 13, 2022, at 1:30 p.m. EST, at the United States District Court Eastern District of Pennsylvania, Courtroom 12-A, 601 Market Street, Philadelphia, PA 19106.

**The time and date of the Fairness Hearing may change without additional mailed notice. A notification will be placed on the settlement website. For updated information on the hearing, check GenericDrugsDirectPurchaserSettlement.com, or the Court docket in this case (for a fee) through the Court's Public Access to Court Electronic Records (PACER) system at https://pcl.uscourts.gov.**

At the Fairness Hearing, the Court will consider whether the Settlements are fair, reasonable, and adequate. The Court may also consider the requests by Settlement Class Counsel for a set aside for attorneys' fees, reimbursement of expenses, and payment of service awards. If there are objections, the Court will consider them at that time. After the hearing, the Court will decide whether to give Final Approval to the Settlements and the other requests. There is no specific date as to when these decisions will be issued.

Any judgment issued by the Court will be binding on the Settlement Class. The Settlements, if approved by the Court and once appeals, if any, are resolved, will release all claims of the Settlement Class in the class action against the Settling Defendants.

### 15. DO I HAVE TO ATTEND THE HEARING?

No. Settlement Class Counsel will answer any questions the Court may have. However, you are welcome to attend the hearing at your own expense. If you send an objection, you do not have to come to Court to talk about it. As long as you mailed your written objection on time, to the proper addresses, and it complies with the other requirements provided above, the Court will consider it. You also may pay your own lawyer to attend the hearing, but this is not necessary. Attendance is not necessary to receive your share of the Net Settlement Fund, if the Court approves the proposed settlements.

### 16. MAY I SPEAK AT THE HEARING?

You may ask the Court for permission to speak at the Fairness Hearing. To do so, you must send a letter via First-Class U.S. Mail saying that it is your "Notice of Intention to Appear in *In re: Generic Pharmaceuticals Pricing Antitrust Litigation*, No. 2:16-MD-02724 (E.D. Pa.)." Be sure to include your name, address, email address, telephone number, and your signature. Your Notice of Intention to Appear must be postmarked no later than September 23, 2022, and must be sent to the Clerk of the Court, to Settlement Class Counsel, and to Settling Defendants' Counsel at the addresses listed in Question 13 above.

You may not speak at the hearing if you excluded yourself as a Settlement Class Member or do not send a notice of intention to appear.

# GETTING MORE INFORMATION

**17. HOW DO I GET MORE INFORMATION?**

If you have questions about this case or want additional information, you may call or write to the lawyers listed in answer to Question 11 above, call 877-315-0583, or visit GenericDrugsDirectPurchaserSettlement.com. This Notice is only a summary of the proposed Settlements and is qualified in its entirety by the terms of the Settlement Agreements. Copies of the Settlement Agreements are on public file with the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Philadelphia, PA 19106. The Settlement Agreements are also available on the settlement website: GenericDrugsDirectPurchaserSettlement.com. You may also call the Claims Administrator at 877-315-0583 with questions.


PLEASE DO <u>NOT</u> TELEPHONE THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THE SETTLEMENTS OR THE CLAIMS PROCESS.

## APPENDIX A: NAMED GENERIC DRUGS

| Molecule Name | Form | Strength |
| --- | --- | --- |
| 1 ACETAZOLAMIDE | TABLET | 125MG |
| 1 ACETAZOLAMIDE | TABLET | 250MG |
| 1 ACETAZOLAMIDE ER | CAPSULE | 500MG |
| 2 ADAPALENE | CREAM | 0.10% |
| 2 ADAPALENE | GEL | 0.10% |
| 2 ADAPALENE | GEL | 0.30% |
| 3 ALBUTEROL | TABLET | 2MG |
| 3 ALBUTEROL | TABLET | 4MG |
| 4 ALCLOMETASONE DIPROPIONATE | CREAM | 0.05% |
| 4 ALCLOMETASONE DIPROPIONATE | OINTMENT | 0.05% |
| 5 ALLOPURINOL | TABLET | 100MG |
| 5 ALLOPURINOL | TABLET | 300MG |
| 6 AMANTADINE HCL | CAPSULE | 100MG |
| 7 AMILORIDE HCL/HCTZ | TABLET | 5MG;50MG |
| 8 AMITRIPTYLINE | TABLET | 100MG |
| 8 AMITRIPTYLINE | TABLET | 10MG |
| 8 AMITRIPTYLINE | TABLET | 150MG |
| 8 AMITRIPTYLINE | TABLET | 25MG |
| 8 AMITRIPTYLINE | TABLET | 50MG |
| 8 AMITRIPTYLINE | TABLET | 75MG |
| 9 AMMONIUM LACTATE | CREAM | 12% |
| 9 AMMONIUM LACTATE | LOTION | 12% |
| 10 AMOXICILLIN/CLAVULANATE | TABLET CHEWABLE | 200MG;28.5MG |
| 10 AMOXICILLIN/CLAVULANATE | TABLET CHEWABLE | 400MG;57MG |
| 11 AMPHETAMINE/DEXTROAMPHETAMINE (MAS) (ADDERALL) | TABLET | 10MG |
| 11 AMPHETAMINE/DEXTROAMPHETAMINE (MAS) (ADDERALL) | TABLET | 20MG |
| 11 AMPHETAMINE/DEXTROAMPHETAMINE (MAS) (ADDERALL) | TABLET | 30MG |
| 11 AMPHETAMINE/DEXTROAMPHETAMINE (MAS) (ADDERALL) | TABLET | 5MG |
| 11 AMPHETAMINE/DEXTROAMPHETAMINE ER (MAS) (ADDERALL) | CAPSULE | 10MG |
| 11 AMPHETAMINE/DEXTROAMPHETAMINE ER (MAS) (ADDERALL) | CAPSULE | 15MG |
| 11 AMPHETAMINE/DEXTROAMPHETAMINE ER (MAS) (ADDERALL) | CAPSULE | 20MG |
| 11 AMPHETAMINE/DEXTROAMPHETAMINE ER (MAS) (ADDERALL) | CAPSULE | 25MG |
| 11 AMPHETAMINE/DEXTROAMPHETAMINE ER (MAS) (ADDERALL) | CAPSULE | 30MG |
| 11 AMPHETAMINE/DEXTROAMPHETAMINE ER (MAS) (ADDERALL) | CAPSULE | 5MG |
| 12 ATENOLOL/CHLORTHALIDONE | TABLET | 100MG;25MG |
| 12 ATENOLOL/CHLORTHALIDONE | TABLET | 50MG;25MG |
| 13 ATROPINE SULFATE | SOLUTION | 1% |
| 14 BACLOFEN | TABLET | 10MG |
| 14 BACLOFEN | TABLET | 20MG |
| 15 BALSALAZIDE DISODIUM | CAPSULE | 750MG |
| 16 BENAZEPRIL HCTZ | TABLET | 10MG;12.5MG |
| 16 BENAZEPRIL HCTZ | TABLET | 20MG;12.5MG |
| 16 BENAZEPRIL HCTZ | TABLET | 20MG;25MG |
| 17 BETAMETHASONE DIPROPIONATE | CREAM | 0.05% |
| 17 BETAMETHASONE DIPROPIONATE | LOTION | 0.05% |

| | | |
|---|---|---|
| 17 BETAMETHASONE DIPROPIONATE | OINTMENT | 0.05% |
| 18 BETAMETHASONE DIPROPIONATE AUGMENTED | LOTION | 0.05% |
| 19 BETAMETHASONE DIPROPIONATE/CLOTRIMAZOLE | CREAM | 0.05%;1% |
| 19 BETAMETHASONE DIPROPIONATE/CLOTRIMAZOLE | LOTION | 0.05%;1% |
| 20 BETAMETHASONE VALERATE | CREAM | 0.10% |
| 20 BETAMETHASONE VALERATE | LOTION | 0.10% |
| 20 BETAMETHASONE VALERATE | OINTMENT | 0.10% |
| 21 BETHANECHOL CHLORIDE | TABLET | 10MG |
| 21 BETHANECHOL CHLORIDE | TABLET | 25MG |
| 21 BETHANECHOL CHLORIDE | TABLET | 50MG |
| 21 BETHANECHOL CHLORIDE | TABLET | 5MG |
| 22 BROMOCRIPTINE MESYLATE | TABLET | 2.5MG |
| 23 BUDESONIDE | SOLUTION | 0.25MG/2ML |
| 23 BUDESONIDE | SOLUTION | 0.5MG/2ML |
| 23 BUDESONIDE | SOLUTION | 1MG/2ML |
| 23 BUDESONIDE DR | CAPSULE | 3MG |
| 24 BUSPIRONE HCL | TABLET | 10MG |
| 24 BUSPIRONE HCL | TABLET | 15MG |
| 24 BUSPIRONE HCL | TABLET | 30MG |
| 24 BUSPIRONE HCL | TABLET | 5MG |
| 24 BUSPIRONE HCL | TABLET | 7.5MG |
| 25 BUTORPHANOL TARTRATE | SPRAY | 10MG/ML |
| 26 CAPECITABINE | TABLET | 150MG |
| 26 CAPECITABINE | TABLET | 500MG |
| 27 CAPTOPRIL | TABLET | 100MG |
| 27 CAPTOPRIL | TABLET | 12.5MG |
| 27 CAPTOPRIL | TABLET | 25MG |
| 27 CAPTOPRIL | TABLET | 50MG |
| 28 CARBAMAZEPINE | TABLET | 200MG |
| 28 CARBAMAZEPINE | TABLET CHEWABLE | 100MG |
| 28 CARBAMAZEPINE ER | TABLET | 100MG |
| 28 CARBAMAZEPINE ER | TABLET | 200MG |
| 28 CARBAMAZEPINE ER | TABLET | 400MG |
| 29 CARISOPRODOL | TABLET | 350MG |
| 30 CEFDINIR | CAPSULE | 300MG |
| 30 CEFDINIR | SOLUTION | 125MG/5ML |
| 30 CEFDINIR | SOLUTION | 250MG/5ML |
| 31 CEFPROZIL | TABLET | 250MG |
| 31 CEFPROZIL | TABLET | 500MG |
| 32 CEFUROXIME AXETIL | TABLET | 250MG |
| 32 CEFUROXIME AXETIL | TABLET | 500MG |
| 33 CELECOXIB | CAPSULE | 100MG |
| 33 CELECOXIB | CAPSULE | 200MG |
| 33 CELECOXIB | CAPSULE | 400MG |
| 33 CELECOXIB | CAPSULE | 50MG |
| 34 CEPHALEXIN (CEFALEXIN) | SOLUTION | 125MG/5ML |
| 34 CEPHALEXIN (CEFALEXIN) | SOLUTION | 250MG/5ML |
| 35 CHLORPROMAZINE HCL | TABLET | 100MG |

| | | |
|---|---|---|
| 35 CHLORPROMAZINE HCL | TABLET | 10MG |
| 35 CHLORPROMAZINE HCL | TABLET | 200MG |
| 35 CHLORPROMAZINE HCL | TABLET | 25MG |
| 35 CHLORPROMAZINE HCL | TABLET | 50MG |
| 36 CHOLESTYRAMINE | PACKET/ORAL SOLID | 4G |
| 36 CHOLESTYRAMINE | POWDER | 4G |
| 37 CICLOPIROX | CREAM | 0.77% |
| 37 CICLOPIROX | SHAMPOO | 1% |
| 37 CICLOPIROX | SOLUTION | 8% |
| 38 CIMETIDINE | TABLET | 200MG |
| 38 CIMETIDINE | TABLET | 300MG |
| 38 CIMETIDINE | TABLET | 400MG |
| 38 CIMETIDINE | TABLET | 800MG |
| 39 CLARITHROMYCIN ER | TABLET | 500MG |
| 40 CLINDAMYCIN PHOSPHATE | GEL | 1% |
| 40 CLINDAMYCIN PHOSPHATE | LOTION | 1% |
| 40 CLINDAMYCIN PHOSPHATE | SOLUTION | 1% |
| 40 CLINDAMYCIN PHOSPHATE | VAGINAL CREAM | 2% |
| 41 CLOBETASOL | CREAM | 0.05% |
| 41 CLOBETASOL | E CREAM | 0.05% |
| 41 CLOBETASOL | GEL | 0.05% |
| 41 CLOBETASOL | OINTMENT | 0.05% |
| 41 CLOBETASOL | SOLUTION | 0.05% |
| 42 CLOMIPRAMINE | CAPSULE | 25MG |
| 42 CLOMIPRAMINE | CAPSULE | 50MG |
| 42 CLOMIPRAMINE | CAPSULE | 75MG |
| 43 CLONIDINE ER | PATCH | 0.1MG/24HR |
| 43 CLONIDINE ER | PATCH | 0.2MG/24HR |
| 43 CLONIDINE ER | PATCH | 0.3MG/24HR |
| 44 CLOTRIMAZOLE | SOLUTION | 1% |
| 45 DESMOPRESSIN ACETATE | TABLET | 0.1MG |
| 45 DESMOPRESSIN ACETATE | TABLET | 0.2MG |
| 46 DESONIDE | CREAM | 0.05% |
| 46 DESONIDE | LOTION | 0.05% |
| 46 DESONIDE | OINTMENT | 0.05% |
| 47 DESOXIMETASONE | OINTMENT | 0.25% |
| 48 DEXMETHYLPHENIDATE HCL ER (DEXMETH ER) (FOCALIN) | CAPSULE | 15MG |
| 48 DEXMETHYLPHENIDATE HCL ER (DEXMETH ER) (FOCALIN) | CAPSULE | 20MG |
| 48 DEXMETHYLPHENIDATE HCL ER (DEXMETH ER) (FOCALIN) | CAPSULE | 40MG |
| 48  DEXMETHYLPHENIDATE HCL ER (DEXMETH ER) (FOCALIN) | CAPSULE | 5MG |
| 49  DEXTROAMPHETAMINE SULFATE (DEX SULFATE) | TABLET | 10MG |
| 49 DEXTROAMPHETAMINE SULFATE (DEX SULFATE) | TABLET | 15MG |
| 49 DEXTROAMPHETAMINE SULFATE (DEX SULFATE) | TABLET | 2.5MG |
| 49 DEXTROAMPHETAMINE SULFATE (DEX SULFATE) | TABLET | 20MG |
| 49 DEXTROAMPHETAMINE SULFATE (DEX SULFATE) | TABLET | 30MG |
| 49 DEXTROAMPHETAMINE SULFATE (DEX SULFATE) | TABLET | 5MG |
| 49 DEXTROAMPHETAMINE SULFATE (DEX SULFATE) | TABLET | 7.5MG |
| 49 DEXTROAMPHETAMINE SULFATE ER (DEX SULFATE ER) | CAPSULE | 10MG |

| | | |
|---|---|---|
| 49 DEXTROAMPHETAMINE SULFATE ER (DEX SULFATE ER) | CAPSULE | 15MG |
| 49 DEXTROAMPHETAMINE SULFATE ER (DEX SULFATE ER) | CAPSULE | 5MG |
| 50 DICLOFENAC POTASSIUM | TABLET | 50MG |
| 51 DIGOXIN | TABLET | 0.125MG |
| 51 DIGOXIN | TABLET | 0.25MG |
| 52 DILTIAZEM HCL | TABLET | 120MG |
| 52 DILTIAZEM HCL | TABLET | 30MG |
| 52 DILTIAZEM HCL | TABLET | 60MG |
| 52 DILTIAZEM HCL | TABLET | 90MG |
| 53 DIPHENOXYLATE/ATROPINE | TABLET | 2.5MG;0.025MG |
| 54 DIVALPROEX ER | TABLET | 250MG |
| 54 DIVALPROEX ER | TABLET | 500MG |
| 55 DOXAZOSIN MESYLATE | TABLET | 1MG |
| 55 DOXAZOSIN MESYLATE | TABLET | 2MG |
| 55 DOXAZOSIN MESYLATE | TABLET | 4MG |
| 55 DOXAZOSIN MESYLATE | TABLET | 8MG |
| 56 DOXYCYCLINE HYCLATE | CAPSULE | 100MG |
| 56 DOXYCYCLINE HYCLATE | CAPSULE | 50MG |
| 56 DOXYCYCLINE HYCLATE | TABLET | 100MG |
| 56 DOXYCYCLINE HYCLATE DR | TABLET | 100MG |
| 56 DOXYCYCLINE HYCLATE DR | TABLET | 150MG |
| 56 DOXYCYCLINE HYCLATE DR | TABLET | 75MG |
| 56 DOXYCYCLINE MONOHYDRATE | TABLET | 100MG |
| 56 DOXYCYCLINE MONOHYDRATE | TABLET | 150MG |
| 56 DOXYCYCLINE MONOHYDRATE | TABLET | 50MG |
| 56 DOXYCYCLINE MONOHYDRATE | TABLET | 75MG |
| 57 DROSPIRENONE/ETHINYL ESTRADIOL (OCELLA) | TABLET | 3MG-0.02MG |
| 57 DROSPIRENONE/ETHINYL ESTRADIOL (OCELLA) | TABLET | 3MG-0.03MG |
| 58 ECONAZOLE | CREAM | 1% |
| 59 ENALAPRIL MALEATE | TABLET | 10MG |
| 59 ENALAPRIL MALEATE | TABLET | 2.5MG |
| 59 ENALAPRIL MALEATE | TABLET | 20MG |
| 59 ENALAPRIL MALEATE | TABLET | 5MG |
| 60 ENTECAVIR | TABLET | 0.5MG |
| 60 ENTECAVIR | TABLET | 1MG |
| 61 ESTRADIOL | TABLET | 0.5MG |
| 61 ESTRADIOL | TABLET | 1MG |
| 61 ESTRADIOL | TABLET | 2MG |
| 62 ESTRADIOL/NORETHINDRONE ACETATE (MIMVEY) | TABLET | 1MG-0.5MG |
| 63 ETHINYL ESTRADIOL/LEVONORGESTREL (PORTIA,JOLESSA) | TABLET | .02MG-0.1MG |
| 63 ETHINYL ESTRADIOL/LEVONORGESTREL (PORTIA,JOLESSA) | TABLET | .03MG-.15MG |
| 63 ETHINYL ESTRADIOL/LEVONORGESTREL (PORTIA,JOLESSA) | TABLET | .03MG-.15MG-.01MG |
| 63 ETHINYL ESTRADIOL/LEVONORGESTREL (PORTIA,JOLESSA) | TABLET | .02MG-0.1MG-.01MG |
| 63 ETHINYL ESTRADIOL/LEVONORGESTREL (PORTIA,JOLESSA) | TABLET | .02MG-.15MG;.025MG-.15MG;.03MG-.15MG;.01MG |
| 63 ETHINYL ESTRADIOL/LEVONORGESTREL (PORTIA,JOLESSA) | TABLET | .03MG-.05MG;.04MG-.075MG;.03MG-.125MG |
| 63 ETHINYL ESTRADIOL/LEVONORGESTREL (PORTIA,JOLESSA) | TABLET | .02MG-.09MG |
| 64 ETODOLAC | CAPSULE | 200MG |
| 64 ETODOLAC | CAPSULE | 300MG |

| | | |
|---|---|---|
| 64 ETODOLAC | TABLET | 400MG |
| 64 ETODOLAC | TABLET | 500MG |
| 64 ETODOLAC ER | TABLET | 400MG |
| 64 ETODOLAC ER | TABLET | 500MG |
| 64 ETODOLAC ER | TABLET | 600MG |
| 65 EXEMESTANE | TABLET | 25MG |
| 66 FENOFIBRATE | TABLET | 145MG |
| 66 FENOFIBRATE | TABLET | 48MG |
| 67 FLUCONAZOLE | TABLET | 100MG |
| 67 FLUCONAZOLE | TABLET | 150MG |
| 67 FLUCONAZOLE | TABLET | 200MG |
| 67 FLUCONAZOLE | TABLET | 50MG |
| 68 FLUOCINOLONE ACETONIDE | CREAM | 0.01% |
| 68 FLUOCINOLONE ACETONIDE | CREAM | 0.03% |
| 68 FLUOCINOLONE ACETONIDE | OINTMENT | 0.03% |
| 68 FLUOCINOLONE ACETONIDE | SOLUTION | 0.01% |
| 69 FLUOCINONIDE | CREAM | 0.05% |
| 69 FLUOCINONIDE | CREAM | 0.10% |
| 69 FLUOCINONIDE | E CREAM | 0.05% |
| 69 FLUOCINONIDE | GEL | 0.05% |
| 69 FLUOCINONIDE | OINTMENT | 0.05% |
| 69 FLUOCINONIDE | SOLUTION | 0.05% |
| 70 FLUOXETINE HCL | TABLET | 10MG |
| 70 FLUOXETINE HCL | TABLET | 15MG |
| 70 FLUOXETINE HCL | TABLET | 20MG |
| 70 FLUOXETINE HCL | TABLET | 60MG |
| 71 FLUTICASONE PROPIONATE | SPRAY | 50MCG |
| 72 FOSINOPRIL HCTZ | TABLET | 10MG;12.5MG |
| 72 FOSINOPRIL HCTZ | TABLET | 20MG;12.5MG |
| 73 GABAPENTIN | TABLET | 600MG |
| 73 GABAPENTIN | TABLET | 800MG |
| 74 GLIMEPIRIDE | TABLET | 1MG |
| 74 GLIMEPIRIDE | TABLET | 2MG |
| 74 GLIMEPIRIDE | TABLET | 4MG |
| 75 GLIPIZIDE/METFORMIN | TABLET | 2.5MG;250MG |
| 75 GLIPIZIDE/METFORMIN | TABLET | 2.5MG;500MG |
| 75 GLIPIZIDE/METFORMIN | TABLET | 5MG;500MG |
| 76 GLYBURIDE | TABLET | 1.25MG |
| 76 GLYBURIDE | TABLET | 2.5MG |
| 76 GLYBURIDE | TABLET | 5MG |
| 77 GLYBURIDE/METFORMIN | TABLET | 1.25MG;250MG |
| 77 GLYBURIDE/METFORMIN | TABLET | 2.5MG;500MG |
| 77 GLYBURIDE/METFORMIN | TABLET | 5MG;500MG |
| 78 GRISEOFULVIN | SUSPENSION (MICROSIZE) | 125MG/5ML |
| 79 HALOBETASOL PROPIONATE | CREAM | 0.05% |
| 79 HALOBETASOL PROPIONATE | OINTMENT | 0.05% |
| 80 HALOPERIDOL | TABLET | 0.5MG |
| 80 HALOPERIDOL | TABLET | 10MG |

| | | |
|---|---|---|
| 80 HALOPERIDOL | TABLET | 1MG |
| 80 HALOPERIDOL | TABLET | 20MG |
| 80 HALOPERIDOL | TABLET | 2MG |
| 80 HALOPERIDOL | TABLET | 5MG |
| 81 HYDROCODONE/ACETAMINOPHEN | TABLET | 325MG;10MG |
| 81 HYDROCODONE/ACETAMINOPHEN | TABLET | 325MG;5MG |
| 82 HYDROCORTISONE VALERATE | CREAM | 0.20% |
| 83 IRBESARTAN | TABLET | 150MG |
| 83 IRBESARTAN | TABLET | 300MG |
| 83 IRBESARTAN | TABLET | 75MG |
| 84 ISOSORBIDE DINITRATE | TABLET | 10MG |
| 84 ISOSORBIDE DINITRATE | TABLET | 20MG |
| 84 ISOSORBIDE DINITRATE | TABLET | 30MG |
| 84 ISOSORBIDE DINITRATE | TABLET | 5MG |
| 85 KETOCONAZOLE | CREAM | 2% |
| 85 KETOCONAZOLE | TABLET | 200MG |
| 86 KETOPROFEN | CAPSULE | 50MG |
| 86 KETOPROFEN | CAPSULE | 75MG |
| 87 KETOROLAC TROMETHAMINE | TABLET | 10MG |
| 88 LABETALOL HCL | TABLET | 100MG |
| 88 LABETALOL HCL | TABLET | 200MG |
| 88 LABETALOL HCL | TABLET | 300MG |
| 89 LAMIVUDINE/ZIDOVUDINE (COMBIVIR) | TABLET | 150MG;300MG |
| 89 LAMIVUDINE/ZIDOVUDINE (COMBIVIR) | TABLET | 300MG;150MG |
| 90 LATANOPROST | SOLUTION | 0.01% |
| 91 LEFLUNOMIDE | TABLET | 10MG |
| 91 LEFLUNOMIDE | TABLET | 20MG |
| 92 LEVOTHYROXINE | TABLET | 0.025MG |
| 92 LEVOTHYROXINE | TABLET | 0.05MG |
| 92 LEVOTHYROXINE | TABLET | 0.075MG |
| 92 LEVOTHYROXINE | TABLET | 0.088MG |
| 92 LEVOTHYROXINE | TABLET | 0.112MG |
| 92 LEVOTHYROXINE | TABLET | 0.125MG |
| 92 LEVOTHYROXINE | TABLET | 0.137MG |
| 92 LEVOTHYROXINE | TABLET | 0.15MG |
| 92 LEVOTHYROXINE | TABLET | 0.175MG |
| 92 LEVOTHYROXINE | TABLET | 0.1MG |
| 92 LEVOTHYROXINE | TABLET | 0.2MG |
| 92 LEVOTHYROXINE | TABLET | 0.3MG |
| 93 LIDOCAINE HCL | OINTMENT | 5% |
| 94 LIDOCAINE/PRILOCAINE | CREAM | 2.5%;2.5% |
| 95 LOPERAMIDE HCL | CAPSULE | 2MG |
| 96 MEPROBAMATE | TABLET | 200MG |
| 96 MEPROBAMATE | TABLET | 400MG |
| 97 METFORMIN (F) ER | TABLET | 1000MG |
| 97 METFORMIN (F) ER | TABLET | 500MG |
| 98 METHADONE HCL | TABLET | 10MG |
| 98 METHADONE HCL | TABLET | 5MG |

| | | |
|---|---|---|
| 99  METHAZOLAMIDE | TABLET | 25MG |
| 99  METHAZOLAMIDE | TABLET | 50MG |
| 100  METHOTREXATE | TABLET | 2.5MG |
| 101  METHYLPHENIDATE | TABLET | 10MG |
| 101  METHYLPHENIDATE | TABLET | 20MG |
| 101  METHYLPHENIDATE | TABLET | 5MG |
| 101  METHYLPHENIDATE ER | TABLET | 20MG |
| 102  METHYLPREDNISOLONE | TABLET | 4MG |
| 103  METRONIDAZOLE | CREAM | 0.75% |
| 103  METRONIDAZOLE | GEL | 0.75% |
| 103  METRONIDAZOLE | GEL | 1% |
| 103  METRONIDAZOLE | GEL VAGINAL | 0.75% |
| 103  METRONIDAZOLE | LOTION | 0.75% |
| 104  MOEXIPRIL HCL | TABLET | 15MG |
| 104  MOEXIPRIL HCL | TABLET | 7.5MG |
| 105  MOEXIPRIL HCL/HCTZ | TABLET | 15MG;12.5MG |
| 105  MOEXIPRIL HCL/HCTZ | TABLET | 15MG;25MG |
| 105  MOEXIPRIL HCL/HCTZ | TABLET | 7.5MG;12.5MG |
| 106  NADOLOL | TABLET | 20MG |
| 106  NADOLOL | TABLET | 40MG |
| 106  NADOLOL | TABLET | 80MG |
| 107  NAPROXEN SODIUM | TABLET | 275MG |
| 107  NAPROXEN SODIUM | TABLET | 550MG |
| 108  NEOMYCIN/POLYMYXIN/HYDROCORTISONE | SOLUTION | 3.5MG;10MU;1% |
| 109  NIACIN ER | TABLET | 1000MG |
| 109  NIACIN ER | TABLET | 500MG |
| 109  NIACIN ER | TABLET | 750MG |
| 110  NIMODIPINE | CAPSULE | 30MG |
| 111  NITROFURANTOIN/MACROCRYSTALLINE | CAPSULE | 100MG |
| 111  NITROFURANTOIN/MACROCRYSTALLINE | CAPSULE | 25MG |
| 111  NITROFURANTOIN/MACROCRYSTALLINE | CAPSULE | 50MG |
| 112  NORETHINDRONE/ETHINYL ESTRADIOL (BALZIVA) | TABLET | 0.4MG-0.035MG |
| 113  NORTRIPTYLINE HCL | CAPSULE | 10MG |
| 113  NORTRIPTYLINE HCL | CAPSULE | 25MG |
| 113  NORTRIPTYLINE HCL | CAPSULE | 50MG |
| 113  NORTRIPTYLINE HCL | CAPSULE | 75MG |
| 114  NYSTATIN | CREAM | 100MU |
| 114  NYSTATIN | OINTMENT | 100MU |
| 114  NYSTATIN | TABLET | 500MU |
| 115  NYSTATIN/TRIAMCINOLONE | CREAM | 0.10% |
| 115  NYSTATIN/TRIAMCINOLONE | OINTMENT | 0.10% |
| 116  OMEGA 3 ACID ETHYL ESTERS | CAPSULE | 1G |
| 117  OXAPROZIN | TABLET | 600MG |
| 118  OXYBUTYNIN CHLORIDE | TABLET | 5MG |
| 119  OXYCODONE/ACETAMINOPHEN | TABLET | 10MG;325MG |
| 119  OXYCODONE/ACETAMINOPHEN | TABLET | 5MG;325MG |
| 119  OXYCODONE/ACETAMINOPHEN | TABLET | 7.5MG;325MG |
| 120  OXYCODONE HCL | SOLUTION | 20MG/ML |

| | | |
|---|---|---|
| 120 OXYCODONE HCL | TABLET | 15MG |
| 120 OXYCODONE HCL | TABLET | 30MG |
| 121 PARICALCITOL | CAPSULE | 1MCG |
| 121 PARICALCITOL | CAPSULE | 2MCG |
| 121 PARICALCITOL | CAPSULE | 4MCG |
| 122 PAROMOMYCIN | CAPSULE | 250MG |
| 123 PERMETHRIN | CREAM | 5% |
| 124 PERPHENAZINE | TABLET | 16MG |
| 124 PERPHENAZINE | TABLET | 2MG |
| 124 PERPHENAZINE | TABLET | 4MG |
| 124 PERPHENAZINE | TABLET | 8MG |
| 125 PHENYTOIN SODIUM ER | CAPSULE | 100MG |
| 126 PILOCARPINE HCL | TABLET | 5MG |
| 127 PIROXICAM | CAPSULE | 10MG |
| 127 PIROXICAM | CAPSULE | 20MG |
| 128 POTASSIUM CHLORIDE ER | TABLET | 10MEQ |
| 128 POTASSIUM CHLORIDE ER | TABLET | 20MEQ |
| 128 POTASSIUM CHLORIDE ER | TABLET | 8MEQ |
| 129 PRAVASTATIN | TABLET | 10MG |
| 129 PRAVASTATIN | TABLET | 20MG |
| 129 PRAVASTATIN | TABLET | 40MG |
| 129 PRAVASTATIN | TABLET | 80MG |
| 130 PRAZOSIN HCL | CAPSULE | 1MG |
| 130 PRAZOSIN HCL | CAPSULE | 2MG |
| 130 PRAZOSIN HCL | CAPSULE | 5MG |
| 131 PREDNISOLONE ACETATE | SOLUTION/LIQUID EYE | 1% |
| 132 PREDNISONE | TABLET | 10MG |
| 132 PREDNISONE | TABLET | 1MG |
| 132 PREDNISONE | TABLET | 2.5MG |
| 132 PREDNISONE | TABLET | 20MG |
| 132 PREDNISONE | TABLET | 5MG |
| 133 PROCHLORPERAZINE | SUPPOSITORY | 25MG |
| 134 PROMETHAZINE | SUPPOSITORY | 12.5MG |
| 134 PROMETHAZINE | SUPPOSITORY | 25MG |
| 135 PROPRANOLOL | TABLET | 10MG |
| 135 PROPRANOLOL | TABLET | 20MG |
| 135 PROPRANOLOL | TABLET | 40MG |
| 135 PROPRANOLOL | TABLET | 60MG |
| 135 PROPRANOLOL | TABLET | 80MG |
| 135 PROPRANOLOL ER | CAPSULE | 120MG |
| 135 PROPRANOLOL ER | CAPSULE | 160MG |
| 135 PROPRANOLOL ER | CAPSULE | 60MG |
| 135 PROPRANOLOL ER | CAPSULE | 80MG |
| 136 RALOXIFENE HCL | TABLET | 60MG |
| 137 RANITIDINE HCL | CAPSULE | 150MG |
| 137 RANITIDINE HCL | CAPSULE | 300MG |
| 137 RANITIDINE HCL | TABLET | 150MG |
| 138 SILVER SULFADIAZINE | CREAM | 1% |

| | | |
|---|---|---|
| 139 SPIRONOLACTONE/HCTZ | TABLET | 25MG;25MG |
| 140 TACROLIMUS | OINTMENT | 0.03% |
| 140 TACROLIMUS | OINTMENT | 0.10% |
| 141 TAMOXIFEN CITRATE | TABLET | 10MG |
| 141 TAMOXIFEN CITRATE | TABLET | 20MG |
| 142 TEMOZOLOMIDE | CAPSULE | 100MG |
| 142 TEMOZOLOMIDE | CAPSULE | 140MG |
| 142 TEMOZOLOMIDE | CAPSULE | 180MG |
| 142 TEMOZOLOMIDE | CAPSULE | 20MG |
| 142 TEMOZOLOMIDE | CAPSULE | 250MG |
| 142 TEMOZOLOMIDE | CAPSULE | 5MG |
| 143 TERCONAZOLE | VAGINAL CREAM | 0.40% |
| 143 TERCONAZOLE | VAGINAL CREAM | 0.80% |
| 144 THEOPHYLLINE ER | TABLET | 100MG |
| 144 THEOPHYLLINE ER | TABLET | 200MG |
| 144 THEOPHYLLINE ER | TABLET | 300MG |
| 144 THEOPHYLLINE ER | TABLET | 400MG |
| 144 THEOPHYLLINE ER | TABLET | 450MG |
| 144 THEOPHYLLINE ER | TABLET | 600MG |
| 145 TIMOLOL MALEATE | GEL | 0.25% |
| 145 TIMOLOL MALEATE | GEL | 0.50% |
| 146 TIZANIDINE HCL | TABLET | 2MG |
| 146 TIZANIDINE HCL | TABLET | 4MG |
| 147 TOBRAMYCIN | SOLUTION | 300MG/5ML |
| 148 TOBRAMYCIN/DEXAMETHASONE | SOLUTION | 0.3;0.1% |
| 149 TOLMETIN SODIUM | CAPSULE | 400MG |
| 150 TOLTERODINE TARTRATE | TABLET | 1MG |
| 150 TOLTERODINE TARTRATE | TABLET | 2MG |
| 150 TOLTERODINE TARTRATE ER | CAPSULE | 2MG |
| 150 TOLTERODINE TARTRATE ER | CAPSULE | 4MG |
| 151 TRAZODONE HCL | TABLET | 100MG |
| 152 TRIAMCINOLONE ACETONIDE | CREAM | 0.03% |
| 152 TRIAMCINOLONE ACETONIDE | CREAM | 0.10% |
| 152 TRIAMCINOLONE ACETONIDE | CREAM | 0.50% |
| 152 TRIAMCINOLONE ACETONIDE | OINTMENT | 0.03% |
| 152 TRIAMCINOLONE ACETONIDE | OINTMENT | 0.10% |
| 152 TRIAMCINOLONE ACETONIDE | OINTMENT | 0.50% |
| 153 TRIAMTERENE/HCTZ | CAPSULE | 37.5MG;25MG |
| 153 TRIAMTERENE/HCTZ | TABLET | 37.5MG;25MG |
| 153 TRIAMTERENE/HCTZ | TABLET | 75MG;50MG |
| 154 TRIFLUOPERAZINE HCL | TABLET | 10MG |
| 154 TRIFLUOPERAZINE HCL | TABLET | 1MG |
| 154 TRIFLUOPERAZINE HCL | TABLET | 2MG |
| 154 TRIFLUOPERAZINE HCL | TABLET | 5MG |
| 155 URSODIOL | CAPSULE | 300MG |
| 156 VALSARTAN HCTZ | TABLET | 160MG;12.5MG |
| 156 VALSARTAN HCTZ | TABLET | 160MG;25MG |
| 156 VALSARTAN HCTZ | TABLET | 320MG;12.5MG |

| | | |
|---|---|---|
| 156 VALSARTAN HCTZ | TABLET | 320MG;25MG |
| 156 VALSARTAN HCTZ | TABLET | 80MG;12.5MG |
| 157 VERAPAMIL | TABLET | 120MG |
| 157 VERAPAMIL | TABLET | 80MG |
| 157 VERAPAMIL SR | CAPSULE | 120MG |
| 157 VERAPAMIL SR | CAPSULE | 180MG |
| 157 VERAPAMIL SR | CAPSULE | 240MG |
| 158 WARFARIN SODIUM | TABLET | 10MG |
| 158 WARFARIN SODIUM | TABLET | 1MG |
| 158 WARFARIN SODIUM | TABLET | 2.5MG |
| 158 WARFARIN SODIUM | TABLET | 2MG |
| 158 WARFARIN SODIUM | TABLET | 3MG |
| 158 WARFARIN SODIUM | TABLET | 4MG |
| 158 WARFARIN SODIUM | TABLET | 5MG |
| 158 WARFARIN SODIUM | TABLET | 6MG |
| 158 WARFARIN SODIUM | TABLET | 7.5MG |
| 159 ZOLEDRONIC ACID | IV CONCENTRATE | 4MG/5ML |
| 159 ZOLEDRONIC ACID | IV SOLUTION | 5MG/100ML |

## APPENDIX B: NAMED DEFENDANTS

1. Actavis Holdco U.S., Inc.
2. Actavis Pharma, Inc.
3. Actavis Elizabeth, LLC
4. Akorn Inc.
5. Alvogen Inc.
6. Amneal Pharmaceuticals, Inc.
7. Amneal Pharmaceuticals, LLC
8. Apotex Corp.
9. Ascend Laboratories, LLC
10. Aurobindo Pharma USA, Inc.
11. Bausch Health Americas, Inc.
12. Bausch Health US, LLC
13. Breckenridge Pharmaceutical, Inc.
14. Camber Pharmaceuticals Inc.
15. Citron Pharma LLC
16. Dava Pharmaceuticals, LLC
17. Dr. Reddy's Laboratories, Inc.
18. Epic Pharma, LLC
19. Fougera Pharmaceuticals Inc.
20. Generics Bidco I LLC
21. Glenmark Pharmaceuticals Inc., USA.
22. Greenstone LLC
23. G&W Laboratories, Inc.
24. Heritage Pharmaceuticals, Inc.
25. Hikma Labs, Inc.
26. Hikma Pharmaceuticals USA, Inc.
27. Hi-Tech Pharmacal Co., Inc.
28. Impax Laboratories, Inc.
29. Impax Laboratories, LLC
30. Jubilant Cadista Pharmaceuticals Inc.
31. Lannett Company, Inc.
32. Lupin Pharmaceuticals, Inc.
33. Mallinckrodt Inc.
34. Mayne Pharma Inc.
35. Morton Grove Pharmaceuticals, Inc.
36. Mylan Inc.
37. Mylan Pharmaceuticals Inc.
38. Oceanside Pharmaceuticals, Inc.
39. Par Pharmaceutical Companies, Inc.
40. Par Pharmaceutical, Inc.
41. Perrigo New York, Inc.
42. Pfizer, Inc.
43. Pliva, Inc.
44. Sandoz, Inc.
45. Sun Pharmaceutical Industries, Inc.
46. Taro Pharmaceuticals U.S.A., Inc.
47. Teligent Inc.
48. Teva Pharmaceuticals USA, Inc.
49. Torrent Pharma Inc.
50. UDL Laboratories, Inc.
51. Upsher-Smith Laboratories, Inc.
52. Valeant Pharmaceuticals International
53. Valeant Pharmaceuticals North America LLC
54. Versapharm, Inc.
55. West-Ward Columbus, Inc.
56. West-Ward Pharmaceuticals Corp.
57. Wockhardt USA LLC
58. Zydus Pharmaceuticals (USA), Inc.

# EXHIBIT B



# EXHIBIT C

THE WALL STREET JOURNAL.

Friday, June 24, 2022 | **B7**

ADVERTISEMENT

## The Marketplace

To advertise: 800-366-3975 or WSJ.com/classifieds

---

CLASS ACTIONS

**If you purchased certain named generic pharmaceutical drugs**
***directly*** **from certain pharmaceutical manufacturers**
**from May 1, 2009 through December 31, 2019,**
**your rights may be affected by proposed class action settlements.**

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

**What is the lawsuit about?** Two proposed settlements (the "Settlements") have been reached in a class action lawsuit ("the Lawsuit"), which alleges that Sun Pharmaceutical Industries, Inc. and its affiliates Caraco Pharmaceutical Laboratories, Ltd., Mutual Pharmaceutical Company, Inc., and URL Pharma, Inc., and Taro Pharmaceuticals U.S.A., Inc. (collectively "Settling Defendants") violated the federal antitrust laws by conspiring with other generic drug manufacturers to fix, maintain, and stabilize prices, rig bids, and engage in market and customer allocations of certain generic drugs (the "Named Generic Drugs"), causing direct purchasers of the Named Generic Drugs to pay more than they should have. The Settling Defendants deny liability as alleged in the Lawsuit. The Court has not decided who is right. The proposed Settlements do not resolve any of the claims of the Settlement Class against the remaining Defendants. The Lawsuit against the remaining Defendants is ongoing.

**Who is included?** The Court certified a Settlement Class that includes all persons or entities, and their successors and assigns, that directly purchased one or more of the Named Generic Drugs from one or more Defendants in the United States and its territories and possessions, at any time during the period from May 1, 2009 through December 31, 2019. Excluded from the Settlement Class are Defendants and their present and former officers, directors, management, employees, subsidiaries, or affiliates, judicial officers and their personnel, and all governmental entities. The Settlement Agreements listing the Named Generic Drugs and Defendants are available on the settlement website: GenericDrugsDirectPurchaserSettlement.com. The Settlement Agreements also are on public file with the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Philadelphia, PA 19106 in the case *In re: Generic Pharmaceuticals Pricing Antitrust Litigation*, Case No. 2:16-MD-02724.

**What do the Settlements provide?** The proposed Settlements provide for the following payments by Settling Defendants: (1) $17,357,000 payment by Sun Pharmaceutical Industries, Inc. and its affiliates Caraco Pharmaceutical Laboratories, Ltd., Mutual Pharmaceutical Company, Inc., and URL Pharma, Inc. and (2) $67,643,000 payment by Taro Pharmaceuticals U.S.A., Inc. These payments (collectively $85,000,000) will comprise the total "Settlement Fund." The Settlement Fund may be reduced by up to $10 million or increased to a maximum of $105 million under certain circumstances as explained in the Settlement Agreements. In addition, the attorneys who have worked on the Lawsuit for the Settlement Class will seek Court approval to pay expenses, attorneys' fees of up to one-third of the Settlement Fund, including interest, after expenses (and service awards) are deducted, and service awards for the class representatives (or named plaintiffs) out of the Settlement Fund. Any motion for expenses and service awards and to set aside one-third of the remaining Settlement Fund (plus accrued interest) for payment of attorneys' fees will be posted on the settlement website GenericDrugsDirectPurchaserSettlement.com once they are filed on August 9, 2022. Settlement Class Counsel will file a motion for an award of fees at a later appropriate time.

The calculations of the dollar amount that each Settlement Class Member that submits a Claim Form will be paid from the Settlement Fund is set forth in the Plan of Allocation, which also is available on GenericDrugsDirectPurchaserSettlement.com.

**What are your options?** If you are a Settlement Class Member and you do nothing, you will remain in the Settlement Class and be eligible to participate in the Settlements as described in this notice, if the Settlements are approved. However, you will need to complete, sign, and return the Claim Form (once it is sent to you) in order to obtain a payment. It is anticipated that Defendants' sales data will be used to calculate Settlement Class Members' eligible purchases and *pro rata* share of the Net Settlement Fund, but if such data is not available from Defendants then you may be required to submit data showing your eligible purchases. We do not know when the Claim Forms will be mailed. You should check GenericDrugsDirectPurchaserSettlement.com for information regarding timing. If you *did not* receive a Notice in the mail, and you think you are a potential Settlement Class Member, please identify yourself or your company by letter to the following address: *In re: Generic Pharmaceuticals Pricing Antitrust Litigation* – Direct Purchasers, c/o A.B. Data, Ltd., P.O. Box 173095, Milwaukee, WI 53217, or send an email to info@GenericDrugsDirectPurchaserSettlement.com, or call 877-315-0583. You may be required to submit proof of a qualifying purchase to establish that you are a member of the Settlement Class. Claimants may also be required to submit purchase data as part of the claims process. As a Settlement Class Member, unless you opt out of the Settlements, you will be bound by all orders and judgments of the Court.

In addition, you may request exclusion from (or opt out of) the Settlements and may object to the Settlements if you do not opt out. Instructions for opting out or objecting can be found in the publicly-available case file and website, as described above. You must mail your request to opt out or your objection by September 23, 2022. The Court will hold a Fairness Hearing on **December 13, 2022 at 1:30 p.m. EST** to decide whether to approve the Settlements and any requests for fees, expenses, and service awards for the class representatives. The Court will also consider a Plan of Allocation for distributing the Settlement Fund to Settlement Class Members. If there are objections, the Court will consider them at the hearing. You do not need to attend the hearing. If you wish to appear at the hearing, you must file a "Notice of Intention to Appear" with the Court and you may hire your own attorney to appear in Court for you at your own expense.

**For more information:** Go to the website: GenericDrugsDirectPurchaserSettlement.com or call 877-315-0583 for more information on the Settlements, the Lawsuit, and your potential rights and options related to the Settlements. The website includes, for example, a list of the generic drugs that you would have had to purchase and a list of the generic drug manufacturers that you would have had to purchase ***directly*** from in order to be eligible for a payment.

# EXHIBIT D



# Direct Purchaser Plaintiffs Announce Settlements in In Re Generic Pharmaceutical Pricing Antitrust Litigation.

**NastLaw LLC Announces if you purchased certain named generic pharmaceutical drugs _directly_ from certain pharmaceutical manufacturers from May 1, 2009 through December 31, 2019, your rights may be affected by proposed class action settlements.**

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

June 24, 2022 05:16 PM Eastern Daylight Time

PHILADELPHIA--(BUSINESS WIRE)--**What is the lawsuit about?** Two proposed settlements (the "Settlements") have been reached in a class action lawsuit ("the Lawsuit"), which alleges that Sun Pharmaceutical Industries, Inc. and its affiliates Caraco Pharmaceutical Laboratories, Ltd., Mutual Pharmaceutical Company, Inc., and URL Pharma, Inc., and Taro Pharmaceuticals U.S.A., Inc. (collectively "Settling Defendants") violated the federal antitrust laws by conspiring with other generic drug manufacturers to fix, maintain, and stabilize prices, rig bids, and engage in market and customer allocations of certain generic drugs (the "Named Generic Drugs"), causing direct purchasers of the Named Generic Drugs to pay more than they should have. The Settling Defendants deny liability as alleged in the Lawsuit. The Court has not decided who is right. The proposed Settlements do not resolve any of the claims of the Settlement Class against the remaining Defendants. The Lawsuit against the remaining Defendants is ongoing.

**Who is included?** The Court certified a Settlement Class that includes all persons or entities, and their successors and assigns, that directly purchased one or more of the Named Generic Drugs from one or more Defendants in the United States and its territories and possessions, at any time during the period from May 1, 2009 through December 31, 2019. Excluded from the Settlement Class are Defendants and their present and former officers, directors, management, employees, subsidiaries, or affiliates, judicial officers and their personnel, and all governmental entities. The Settlement Agreements listing the Named Generic Drugs and Defendants are available on the settlement website: GenericDrugsDirectPurchaserSettlement.com. The Settlement Agreements also are on public file with the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Philadelphia, PA 19106 in the case *In re: Generic Pharmaceuticals Pricing Antitrust Litigation*, Case No. 2:16-MD-02724.

**What do the Settlements provide?** The proposed Settlements provide for the following payments by Settling Defendants: (1) $17,357,000 payment by Sun Pharmaceutical Industries, Inc. and its affiliates Caraco Pharmaceutical Laboratories, Ltd., Mutual Pharmaceutical Company, Inc., and URL Pharma, Inc. and (2) $67,643,000 payment by Taro Pharmaceuticals U.S.A., Inc. These payments (collectively $85,000,000) will comprise the total "Settlement Fund." The Settlement Fund may be reduced by up to $10 million or increased to a maximum of $105 million under certain circumstances as explained in the Settlement Agreements. In addition, the attorneys who have worked on the Lawsuit for the Settlement Class will seek Court approval to pay expenses, attorneys' fees of up to one-third of the Settlement Fund, including interest, after expenses (and service awards) are deducted, and service awards for the class representatives (or named plaintiffs) out of the Settlement Fund. Any motion for expenses and service awards and to set aside one-third of the remaining Settlement Fund (plus accrued interest) for payment of attorneys' fees will be posted on the settlement website GenericDrugsDirectPurchaserSettlement.com once they are filed on August 9, 2022. Settlement Class Counsel will file a motion for an award of fees at a later appropriate time.

The calculations of the dollar amount that each Settlement Class Member that submits a Claim Form will be paid from the Settlement Fund is set forth in the Plan of Allocation, which also is available on GenericDrugsDirectPurchaserSettlement.com.

**What are your options?** If you are a Settlement Class Member and you do nothing, you will remain in the Settlement Class and be eligible to participate in the Settlements as described in this notice, if the Settlements are approved. However, you will need to complete, sign, and return the Claim Form (once it is sent to you) in order to obtain a payment. It is anticipated that Defendants' sales data will be used to calculate Settlement Class Members' eligible purchases and *pro rata* share of the Net Settlement Fund, but if such data is not available from Defendants then you may be required to submit data showing your eligible purchases. We do not know when the Claim Forms will be mailed. You should check GenericDrugsDirectPurchaserSettlement.com for information regarding timing. If you *did not* receive a Notice in the mail, and you think you are a potential Settlement Class Member, please identify yourself or your company by letter to the following address: *In re: Generic Pharmaceuticals Pricing Antitrust Litigation* – Direct Purchasers, c/o A.B. Data, Ltd., P.O. Box 173095, Milwaukee, WI 53217, or send an email to info@GenericDrugsDirectPurchaserSettlement.com, or call 877-315-0583. You may be required to submit proof of a qualifying purchase to establish that you are a member of the Settlement Class. Claimants may also be required to submit purchase data as part of the claims process. As a Settlement Class Member, unless you opt out of the Settlements, you will be bound by all orders and judgments of the Court.

In addition, you may request exclusion from (or opt out of) the Settlements and may object to the Settlements if you do not opt out. Instructions for opting out or objecting can be found in the publicly-available case file and website, as described above. You must mail your request to opt out or your objection by September 23, 2022. The Court will hold a Fairness Hearing on **December 13, 2022 at 1:30 p.m. EST** to decide whether to approve the Settlements and any requests for fees, expenses, and service awards for the class representatives. The Court will also consider a Plan of Allocation for distributing the Settlement Fund to Settlement Class Members. If there are objections, the Court will consider them at the hearing. You do not need to attend the hearing. If you wish to appear at the hearing, you must file a "Notice of Intention to Appear" with the Court and you may hire your own attorney to appear in Court for

you at your own expense.

**For more information:** Go to the website: GenericDrugsDirectPurchaserSettlement.com or call 877-315-0583 for more information on the Settlements, the Lawsuit, and your potential rights and options related to the Settlements. The website includes, for example, a list of the generic drugs that you would have had to purchase and a list of the generic drug manufacturers that you would have had to purchase *directly* from in order to be eligible for a payment.

Contacts

Dianne M. Nast, Esq.

Joseph N. Roda, Esq.

(215) 923-9300

# EXHIBIT E

***In re: Generic Pharmaceuticals Pricing Antitrust Litigation,***
**Case No: 2:16-MD-02724 (E.D. Pa.)**

## Exclusion Requests

1. Accredo Health Group, Inc.
2. Acme Markets
3. Albany Area Primary Health Care, Inc.
4. Albertson's, Inc.
5. Albertsons
6. Albertsons Companies LLC
7. Albertsons Companies, Inc.
8. Albertsons LLC
9. Albertsons Market
10. Alliance
11. Alliance BMP
12. Alliance Boots
13. Alliance Healthcare
14. Alliance Rx Walgreens Prime Pharmacy
15. Alliance Santé
16. Alliance UniChem
17. Allina Health System
18. American Drug Stores
19. American Stores Company
20. Andronico's
21. Andronico's Community Markets
22. Augusta Health Care, Inc., d/b/a Augusta Health
23. Avera Health
24. Baker's
25. Balducci's Food Lover's Markets
26. Baptist Health
27. Baxter County Regional Hospital, Inc., d/b/a Baxter Regional Medical Center
28. Baystate Health, Inc.
29. Beaufort-Jasper-Hampton Comprehensive Health Services, Inc.
30. Berkshire Health Systems
31. Billings Clinic
32. Bowen Development
33. Bravo Health Mid-Atlantic Inc.
34. Bravo Health Pennsylvania Inc.
35. Broad Top Area Medical Center, Inc.
36. Burlington Drug
37. Burlington Drug Company
38. Burrells
39. Burrells Limited

*In re: Generic Pharmaceuticals Pricing Antitrust Litigation,*
Case No: 2:16-MD-02724 (E.D. Pa.)

### Exclusion Requests

40.  Butler Health System
41.  Cape Cod Healthcare, Inc.
42.  Care New England
43.  CaroMont Health, Inc.
44.  Carr-Gottstein Foods Co.
45.  CentraCare Health
46.  Central Market
47.  Central Texas Community Health Centers, d/b/a CommUnityCare
48.  Children's Hospital of Philadelphia
49.  Cigna Corporation
50.  Cigna Health and Life Insurance Company
51.  Cigna HealthCare of Arizona, Inc.
52.  Cigna HealthCare of California, Inc.
53.  Cigna HealthCare of Colorado, Inc.
54.  Cigna HealthCare of Connecticut, Inc.
55.  Cigna HealthCare of Florida, Inc.
56.  Cigna HealthCare of Georgia, Inc.
57.  Cigna HealthCare of Illinois, Inc.
58.  Cigna HealthCare of Indiana, Inc.
59.  Cigna HealthCare of Maine, Inc.
60.  Cigna HealthCare of Massachusetts, Inc.
61.  Cigna HealthCare of Mid-Atlantic, Inc.
62.  Cigna HealthCare of New Hampshire, Inc.
63.  Cigna HealthCare of New Jersey, Inc.
64.  Cigna HealthCare of North Carolina, Inc.
65.  Cigna HealthCare of Pennsylvania, Inc.
66.  Cigna HealthCare of South Carolina, Inc.
67.  Cigna HealthCare of St. Louis, Inc.
68.  Cigna HealthCare of Tennessee, Inc.
69.  Cigna HealthCare of Texas, Inc.
70.  Cigna HealthCare of Utah, Inc.
71.  City Market
72.  Collier Health Services, Inc., d/b/a Healthcare Network
73.  Community Health Center of Snohomish County
74.  Company Amigos United
75.  Confluence Health
76.  Conway Regional Health System
77.  Cook County Hospital District, d/b/a North Shore Health
78.  Cook Hospital

***In re: Generic Pharmaceuticals Pricing Antitrust Litigation,***
**Case No: 2:16-MD-02724 (E.D. Pa.)**

### Exclusion Requests

79.  Copps Food Center
80.  Crusaders Central Clinic Association
81.  CuraScript, Inc.
82.  CVS Health Corp.
83.  CVS Pharmacy, Inc.
84.  Cystic Fibrosis Services
85.  Cystic Fibrosis Services Inc.
86.  Cystic Fibrosis Services LLC
87.  Dallas County Medical Center
88.  DCH Health System
89.  Delta Memorial Hospital
90.  Dillon
91.  Dillon Companies, Inc.
92.  Dominick's
93.  Dominick's Finer Foods, LLC
94.  Douglas County Hospital, d/b/a Alomere Health
95.  Drew Memorial Hospital, Inc., d/b/a Drew Memorial Health System
96.  Duane Reade
97.  Duane Reade, Inc.
98.  Duval Pharmacy
99.  East Boston Neighborhood Health Center
100. Ely-Bloomenson Community Hospital
101. Erie Family Health Centers
102. ESI Mail Pharmacy Service, Inc.
103. Essentia Health
104. Evangelical Community Hospital
105. Excela Health
106. Express Scripts Holding Company
107. Express Scripts Pharmaceutical Procurement LLC
108. Express Scripts Pharmacy, Inc.
109. Express Scripts, Inc.
110. Extreme Value
111. Extreme Value Centers
112. Fairview Health Services
113. FMJ, Inc.
114. Food 4 Less
115. Food 4 Less Holdings, Inc.
116. Foods Pavilion
117. Fred Meyer

*In re: Generic Pharmaceuticals Pricing Antitrust Litigation,*
Case No: 2:16-MD-02724 (E.D. Pa.)

**Exclusion Requests**

118. Fred Meyer Jewelers, Inc.
119. Fred Meyer Stores, Inc.
120. Fred Meyer, Inc.
121. Fry's
122. Fulton County Medical Center
123. Genuardi's
124. Genuardi's Family Markets LP
125. Gerbes
126. Gillette Children's Specialty Healthcare
127. Glacial Ridge Health System
128. Glencoe Regional Health Services, d/b/a Glencoe Regional Health
129. Globe Stores
130. Granby Pharmacy, Inc., d/b/a Center Pharmacy
131. Great Lakes Bay Health Centers
132. Great Salt Plains Health Center, Inc.
133. Greater Lawrence Family Health Center
134. Green Hills Insurance
135. Guthrie Hospitals
136. H.E. Butt Grocery Company
137. H.E. Butt Grocery Company L.P.
138. Haggen
139. Haggen Food & Pharmacy
140. Happy Harry's
141. Happy Harry's Discount Drug Stores, Inc.
142. Happy Harry's Inc.
143. Harris Teeter
144. Harris Teeter, Inc.
145. Harris Teeter, LLC
146. HC Pharmacy Central, Inc.
147. Health Partners of Western Ohio
148. HealthPoint
149. HealthSpring Life & Health Insurance Company, Inc.
150. HealthSpring of Florida, Inc.
151. HealthSpring Pharmacy of Tennessee, LLC
152. HealthSpring Pharmacy Services, LLC
153. Healthy Options, Inc.
154. H-E-B
155. Hennepin Healthcare System, Inc.
156. Home Chef

***In re: Generic Pharmaceuticals Pricing Antitrust Litigation,***
Case No: 2:16-MD-02724 (E.D. Pa.)

### Exclusion Requests

157. Humana Inc.
158. Humana Pharmacy, Inc.
159. Infinity Infusion
160. International Community Health Services
161. J M Smith
162. J M Smith Corporation
163. Jay C Food Stores
164. Jerseymaid Milk Products
165. Jewel Food Stores
166. Jewel Foods
167. Jewel Foods, Inc.
168. Jewel-Osco Pharmacy
169. Junior Food Stores of West Florida, Inc.
170. Kessel
171. Kessel Food Markets, Inc.
172. King Soopers
173. Kings Food Markets
174. Kiosk Medicine Kentucky, LLC
175. Kittson Healthcare
176. Kootenai Hospital District, an Idaho Public Hospital District, d/b/a Kootenai Health
177. KRGP Inc.
178. Kroger
179. Kroger Limited Partnership I
180. Kroger Limited Partnership II
181. Kroger Texas L.P.
182. Lake Region Healthcare
183. Lakewood Health System
184. Lawrence Brothers
185. Lawrence Brothers Co.
186. Lawrence Brothers Pharmacy
187. Lehigh Valley Health System
188. LifeCare Medical Center
189. Lifespan Corporation
190. Logan Health
191. Longview Wellness Center, Inc., d/b/a Wellness Pointe
192. Lucerne Foods, Inc.
193. Lucky Stores (Utah locations)
194. Lutheran Charity Association, d/b/a Jamestown Regional Medical Center

***In re: Generic Pharmaceuticals Pricing Antitrust Litigation,***
Case No: 2:16-MD-02724 (E.D. Pa.)

## Exclusion Requests

195. Lynnfield Compounding Center, Inc.
196. Lynnfield Drug, Inc.
197. Madelia Health
198. Madison Health (formerly Madison Memorial Hospital)
199. Madison Healthcare Services, d/b/a Madison Hospital
200. Main Line Health
201. Marana Health Center, Inc.
202. Mariano's Fresh Market
203. Market Street
204. Mary Rutan Hospital
205. Mass General Brigham Incorporated
206. Matthews Property 1, LLC
207. Mayo Clinic (requested exclusion from the Taro settlement only)
208. May's Drug Stores
209. May's Drug Stores, Inc.
210. Medco Containment Insurance Company of NY
211. Medco Containment Life Insurance Company
212. MedCura Health Inc. (formerly Oakhurst Medical Centers, Inc.)
213. Medicenter
214. Med-X
215. Med-X Corporation
216. Meeker Memorial Hospital and Clinic
217. Memorial Hospital of Laramie County, d/b/a Cheyenne Regional Medical Center
218. Memorial Hospital of Sweetwater County
219. Memorial Sloan Kettering Cancer Center
220. Metro Market
221. Middlesex Health
222. Millcreek Community Hospital
223. Mille Lacs Health System
224. Montefiore Medical Center
225. Mount Nittany Health System
226. Murray County Medical Center
227. New Albertson's Inc.
228. New Albertson's L.P.
229. NewYork-Presbyterian
230. North Memorial Health
231. North Olympic Healthcare Network
232. North Valley Health Center

### *In re: Generic Pharmaceuticals Pricing Antitrust Litigation,*
Case No: 2:16-MD-02724 (E.D. Pa.)

### Exclusion Requests

233. Northern Itasca Hospital District, d/b/a Bigfork Valley
234. Northfield Hospitals + Clinics
235. Novant Health, Inc.
236. Nuvance Health
237. NYU Langone Hospitals
238. Ochsner Health
239. Olmsted Medical
240. Omnicare
241. OptumRx Group Holdings, Inc.
242. OptumRx Holdings, LLC
243. OptumRx, Inc.
244. Ortonville Area Health Services
245. Osco Drugs
246. Overtake Hospital Medical Center
247. Owen's
248. Owen's Supermarket
249. Ozarks Community Hospital
250. Pak 'N Sav
251. Paul's Market
252. Pavilions Place Randall's
253. Pay Less Super Markets
254. PeaceHealth
255. Peak Vista Community Health Centers
256. Penn Highlands Healthcare
257. Perham Health
258. Peyton's
259. Peyton's Fountain
260. Peyton's Mid-South Company
261. Peyton's Northern
262. Peyton's Phoenix
263. Peyton's-Southeastern, Inc.
264. Pick 'n Save
265. Pikeville Medical Center, Inc.
266. Postal Prescription Services
267. Prime Therapeutics Specialty Pharmacy
268. Prime Therapeutics Specialty Pharmacy LLC
269. Priority Healthcare Corporation
270. Priority Healthcare Distribution, Inc.
271. Providence St. Joseph Health

*In re: Generic Pharmaceuticals Pricing Antitrust Litigation*,
Case No: 2:16-MD-02724 (E.D. Pa.)

### Exclusion Requests

272. Pueblo Community Health Center, Inc.
273. QFC
274. Raley's of New Mexico
275. Ralphs
276. Ralphs Grocery Company
277. Randall's Food & Drugs LP
278. Ridgeview Medical Center
279. Rite Aid Corporation
280. Rite Aid Hdqtrs. Corp.
281. River's Edge Hospital
282. Riverview Healthcare Association
283. Riviera Brands
284. Roanoke Chowan Community Health Center
285. Roundy's Inc.
286. Ruler Foods
287. Rutherford County Primary Care Clinic, Inc., d/b/a Primary Care & Hope Clinic
288. RWJBarnabas Health
289. S&W Pharmacy
290. S&W Pharmacy, Inc.
291. Safeway
292. Safeway Food & Drug
293. Safeway Inc.
294. Sanford Health
295. Sav-On Drug
296. Scott's Foods
297. Scott's Pharmacy
298. Select Medical
299. Shands Jacksonville Medical Center, Inc.
300. Shands Teaching Hospital and Clinics, Inc.
301. Shasta Community Health Center
302. Shaw's Supermarkets, Inc.
303. Shawnee Health Service and Development Corporation
304. Shop-Rite, LLC
305. Simon David
306. Sleepy Eye Medical Center
307. Smith Drug
308. Smith Drug Company
309. Smith's Food & Drug Centers, Inc.

***In re: Generic Pharmaceuticals Pricing Antitrust Litigation,***
Case No: 2:16-MD-02724 (E.D. Pa.)

### Exclusion Requests

310. Smith's
311. South Big Horn County Hospital District, d/b/a Three Rivers Health
312. Specialty Products Acquisitions, LLC
313. St. Clair Health Corporation
314. St. Luke's Hospital of Duluth
315. St. Luke's University Health Network
316. St. Thomas Community Health Center
317. Stamford Health, Inc.
318. Star Market
319. Stigler Health & Wellness Center, Inc.
320. Sunrise R&D Holdings, LLC
321. Sunrise Technology LLC
322. Super D. Drugs Acquisition Co.
323. Super Saver Foods
324. Superior
325. Superior Acquisitions Limited
326. Superior Holdings Limited
327. Swift County-Benson Health Services
328. Syringa Hospital Districts
329. Tel-Drug of Pennsylvania, LLC
330. Tel-Drug, Inc.
331. The Chautauqua Center, Inc.
332. The Children's Hospital Corporation, d/b/a Boston Children's Hospital
333. The Kroger Co.
334. The Kroger Co. of Michigan
335. The Mount Sinai Hospitals Group, Inc.
336. The Vons Companies, Inc.
337. Thomas Jefferson University
338. TLC Corporate Services LLC
339. Tom Thumb Food & Drugs
340. Tri-Area Community Health
341. Tri-County Health Care
342. Trinity Home Care
343. UC Health
344. UHS of Delaware, Inc.
345. UM Health
346. UMass Memorial Health
347. United Express
348. United HealthCare Services, Inc.

***In re: Generic Pharmaceuticals Pricing Antitrust Litigation,***
**Case No: 2:16-MD-02724 (E.D. Pa.)**

### Exclusion Requests

349. United Hospital District, Inc.
350. United Supermarkets
351. United Supermarkets, LLC
352. University Health Systems of Eastern Carolina, Inc., d/b/a ECU Health
353. Upham's Corner Health Committee, Inc.
354. UPMC (University of Pittsburgh Medical Center)
355. USA Drug
356. USA/Super D Franchising
357. Valley Health
358. Valor Health
359. Vineyard Scripts
360. Vons
361. Vons Grocery Company
362. WakeMed Health & Hospital
363. Walgreen
364. Walgreen Co.
365. Walgreen Company
366. Walgreens
367. Welia Health
368. Wellpath LLC
369. West Tennessee Healthcare
370. White River Health System, Inc., d/b/a White River Medical Center
371. Winona Health Services