**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL NO. 2724** |
| | **16-MD-2724** |
| **THIS DOCUMENT RELATES TO:** | |
| *Direct Purchaser Class Plaintiffs' Actions* | **HON. CYNTHIA M. RUFE** |

## ORDER APPROVING DPPS' PLAN OF ALLOCATION

**AND NOW**, this 9th day of March 2023, upon consideration of the unopposed Motion of Direct Purchaser Class Plaintiffs for Final Approval of (1) the Sun and Taro Settlements and (2) the Plan of Allocation [MDL Doc. No. 2344], Direct Purchaser Plaintiffs' Proposed Plan of Allocation for the Settlement Class [MDL Doc. No. 2010-7] ("DPPs' Plan of Allocation") and the Declaration of Jeffrey J. Leitzinger Ph.D. Related to Proposed Allocation Plan [MDL Doc. No. 2010-9], and after a hearing held on March 8, 2023, in open court, and the settlements having been approved by separate Order, it is hereby **ORDERED** that DPPs' Plan of Allocation is **APPROVED**.

It is so **ORDERED**.

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

_____

**CYNTHIA M. RUFE, J.**