IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL NO. 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | HON. CYNTHIA M. RUFE |

**JOINT PROPOSED AGENDA FOR
APRIL 11, 2023 GENERAL STATUS CONFERENCE**

Pursuant to Pretrial Order No. 221 (MDL Doc. No. 2277) and Pretrial Order No. 230 (MDL Doc. 2404), Liaison Counsel hereby submit this joint proposed agenda of items to be brought before the Court at the General Status Conference scheduled for Tuesday, April 11, 2023 at 1:30 pm in Courtroom 12-A, United States Courthouse, Philadelphia, PA:

1. Status of Discovery and Bellwether Scheduling Discussions

2. Oral argument on the United States' Motion to Clarify or, in the Alternative, Amend the Modified Protective Order [MDL Doc. No. 2372]

The following dial-in information may be used to listen to the conference:

Dial by your location
+1 669 254 5252 US (San Jose)
+1 646 828 7666 US (New York)
+1 646 964 1167 US (US Spanish Line)
+1 551 285 1373 US
+1 669 216 1590 US (San Jose)
+1 415 449 4000 US (US Spanish Line)
Meeting ID: 160 626 6776

Dated: April 4, 2023

/s/ Roberta D. Liebenberg
Roberta D. Liebenberg
FINE, KAPLAN AND BLACK, R.P.C.
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
215-567-6565
rliebenberg@finekaplan.com

**Liaison and Lead Counsel for the End-Payer Plaintiffs**

/s/ W. Joseph Nielsen
W. Joseph Nielsen
Assistant Attorney General
165 Capitol Ave.
Hartford, CT 06106
Tel: (860) 808-5040
Fax: (860) 808-5391
Joseph.Nielsen@ct.gov

**Liaison Counsel for the States**

/s/ William J. Blechman
William J. Blechman
KENNY NACHWALTER, P.A.
1441 Brickell Avenue
Suite 1100
Miami, FL 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
wblechman@knpa.com

**Liaison Counsel for Direct Action Plaintiffs and Counsel for the Kroger Direct Action Plaintiffs**

Respectfully submitted:

/s/ Dianne M. Nast
Dianne M. Nast
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, PA 19107
215-923-9300
dnast@nastlaw.com

**Liaison and Lead Counsel for the Direct Purchaser Plaintiffs**

/s/ Chul Pak
Chul Pak
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Fl.
New York, NY 10019
Tel: (212) 999-5800
Fax: (212) 999-5899
cpak@wsgr.com

/s/ Sheron Korpus
Sheron Korpus
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
skorpus@kasowitz.com

/s/ Devora W. Allon
Devora W. Allon
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-5967
Fax: (212) 446-6460
devora.allon@kirkland.com

/s/ Ryan T. Becker
Ryan T. Becker
FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103

Tel: (215) 299-2000
Fax: (215) 299-2150
rbecker@foxrothschild.com

*/s/ Alison Tanchyk*
Alison Tanchyk
MORGAN, LEWIS & BOCKIUS, LLP
600 Brickell Ave., Suite 1600
Miami, FL 33133
Tel: (305) 415-3444
Fax: (215) 963-5001
alison.tanchyk@morganlewis.com

**Defendants' Liaison Counsel**