IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| | HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | |

## ORDER

**AND NOW** this 12th day of April 2023, upon consideration of the Motion to Intervene for Limited Purpose filed by Commonwealth of Pennsylvania Departments of Human Services, Aging, Corrections, and Military and Veterans Affairs [MDL Doc. No. 2406], it is hereby **ORDERED** that the Motion is **REFERRED** to Special Master David Marion for a Report and Recommendation. It is further **ORDERED** that any responses and replies to the Motion shall be filed on the MDL docket.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**