**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL 2724**<br>**16-MD-2724** |
| **THIS DOCUMENT RELATES TO:**<br><br>***ALL ACTIONS*** | **HON. CYNTHIA M. RUFE** |

**ORDER**

**AND NOW,** this 12th day of April 2023, upon consideration of the attached Joint Stipulation Concerning Protocol for Conferences during Certain Depositions, which incorporates the informal recommendation of the Special Discovery Master, it is hereby **ORDERED** that the Joint Stipulation is **APPROVED.**

**IT IS SO ORDERED.**

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

**CYNTHIA M. RUFE, J.**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL No. 2724<br>Case No. 2:16-MD-02724 |
| THIS DOCUMENT RELATES TO:<br>*ALL ACTIONS* | Hon. Cynthia M. Rufe |

**JOINT STIPULATION CONCERNING**
**PROTOCOL FOR CONFERENCES DURING CERTAIN DEPOSITIONS**

WHEREAS, Cooperating Witnesses ("CWs") 1 and 4 have expressed a concern that their deposition testimony may have criminal implications, given their status as cooperating witnesses in this Multi-District Litigation ("MDL") and the existence of parallel criminal proceedings; and

WHEREAS, the aforementioned concerns may cause CWs 1 and 4 to want to consult with their counsel during their deposition testimony; and

WHEREAS, in light of precedent in this District and practice to date in this Multi-District Litigation limiting conferences between deponents and counsel during depositions – specifically, *Hall v. Clifton Precision*, 150 F.R.D. 525 (E.D. Pa. 1993) – CW-1 and CW-4 moved to permit, during breaks and recesses of their depositions, communications with their own counsel concerning the subject matter of the deposition for the purpose of seeking and receiving legal advice relating to the criminal proceedings, and for those communications to remain protected by the attorney-client privilege; and

WHEREAS, CWs 1 and 4 and the Defendants brought the issue to Special Master Merenstein, who on January 17, 2023 issued an informal report and recommendation; and

WHEREAS, CWs 1 and 4 and the Defendants (each a "Party" and collectively the "Parties") have agreed to accept the informal report and recommendation, subject to, in light of *Hall*, the Court issuing an Order confirming the recommended protocol; and

WHEREAS, the stipulated order below duplicates Special Discovery Master Merenstein's informal report and recommendation verbatim; and

WHEREAS, the Parties have further agreed that recesses that extend beyond overnight (*i.e.*, for a day or longer) shall be treated the same as an overnight recess; and

WHEREAS, the Parties reserve all rights in connection with any matter not addressed by Special Discovery Master Merenstein in connection with the above-described discovery dispute.

NOW THEREFORE, pursuant to Local Rule 7.4(b), the Parties hereby stipulate to the following:

1. Counsel for CW-1 and CW-4 is prohibited from consulting with the deponent, except to determine whether a privilege should be asserted, during any break or recess in the witnesses' depositions other than any overnight recess.

2. Counsel for CW-1 and CW-4 may consult with the deponent during any overnight recess regarding the potential criminal implications of the deponent's testimony.

3. Upon resumption of a deposition after an overnight recess, questioning counsel may inquire of the deponent regarding any consultation with counsel in order to place on the record that the witness consulted with counsel and to establish the subject-matter and nature of any such discussions, but may not inquire into the specifics of any privileged communications.

IT IS SO STIPULATED.

Dated: April 11, 2023

Respectfully submitted,

*/s/ Adam Cohen*
Adam Cohen
WALDEN MACHT & HARAN LLP
250 Vesey Street, 27th Floor
New York, New York 10281
O: (212) 335-2037
F: (212) 335-2040
acohen@wmhlaw.com

*Attorney for CW-1 and CW-4*

*/s/ Zachary M. Johns*
J. Gordon Cooney, Jr.
Alison Tanchyk
John J. Pease, III
William T. McEnroe
Zachary M. Johns
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5000
(215) 963-5001 (fax)
gordon.cooney@morganlewis.com
alison.tanchyk@morganlewis.com
john.pease@morganlewis.com
william.mcenroe@morganlewis.com
zachary.johns@morganlewis.com

Amanda Robinson
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 739-3000
(202) 739-3001 (fax)
amanda.robinson@morganlewis.com

*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

*/s/ Sheron Korpus*
Sheron Korpus
Seth A. Moskowitz
Seth Davis
David M. Max
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
skorpus@kasowitz.com
smoskowitz@kasowitz.com
sdavis@kasowitz.com
dmax@kasowitz.com

*Counsel for Defendants Actavis Elizabeth, LLC, Actavis Holdco U.S., Inc., and Actavis Pharma, Inc.*

*/s/ Robin P. Sumner*
Robin P. Sumner
Michael J. Hartman
TROUTMAN PEPPER HAMILTON SANDERS LLP

*/s/ Robin D. Adelstein*
Robin D. Adelstein
Mark A. Robertson
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas

3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Tel. (215) 981-4000
Fax. (215) 981-4750

*Attorneys for Defendants Hikma Pharmaceuticals USA, Inc., Hikma Labs, Inc., West-Ward Columbus Inc., Amneal Pharmaceuticals, Inc., Amneal Pharmaceuticals LLC, Impax Laboratories, Inc., and Impax Laboratories, LLC*

New York, NY 10019-6022
Telephone: (212) 318-3000
Facsimile: (212) 408-5100
robin.adelstein@nortonrosefulbright.com
mark.robertson@nortonrosefulbright.com

*Counsel for Defendants Bausch Health Americas, Inc. (formerly known as Valeant Pharmaceuticals International), Bausch Health US, LLC (formerly known as Valeant Pharmaceuticals North America LLC), and Oceanside Pharmaceuticals, Inc.*

*/s/ Benjamin H. Diessel*
Benjamin H. Diessel
Jenny R. Chou
Emmett Gilles
WIGGIN AND DANA LLP
One Century Tower
265 Church Street
New Haven, CT 06510
Tel: (203) 498-4400
Fax: (203) 782-2889
bdiessel@wiggin.com
jchou@wiggin.com
egilles@wiggin.com

Nathan E. Denning
WIGGIN AND DANA LLP
437 Madison Avenue, 35th Floor
New York, NY 10022
Tel: (212) 551-2600
Fax (212) 551-2888
ndenning@wiggin.com

*Counsel for Defendant Aurobindo Pharma USA, Inc.*

*/s/ Stacey Anne Mahoney*
Stacey Anne Mahoney
Grant R. MacQueen
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178
Telephone: (212) 309-6000
Facsimile: (212) 309-6001
stacey.mahoney@morganlewis.com
grant.macqueen@morganlewis.com

*Counsel for Defendant Breckenridge Pharmaceutical, Inc.*

*/s/ James W. Matthews*
James W. Matthews
Katy E. Koski
John F. Nagle
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, Massachusetts 02199

*/s/ Steven E. Bizar*
Steven E. Bizar
John P. McClam
Tiffany E. Engsell
DECHERT LLP
Cira Centre
2929 Arch Street

Tel: (617) 342-4000
Fax: (617) 342-4001
jmatthews@foley.com
kkoski@foley.com
jnagle@foley.com

James T. McKeown
Elizabeth A. N. Haas
Kate E. Gehl
FOLEY & LARDNER LLP
777 E. Wisconsin Avenue
Milwaukee, WI 53202
Tel: (414) 271-2400
Fax: (414) 297-4900
jmckeown@foley.com
ehaas@foley.com
kgehl@foley.com

Steven F. Cherry
April N. Williams
Claire Bergeron
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Tel: (202) 663-6000
Fax: (202) 663-6363
steven.cherry@wilmerhale.com
april.williams@wilmerhale.com
claire.bergeron@wilmerhale.com

Terry M. Henry
Melanie S. Carter
BLANK ROME LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Tel: (215) 569-5644
Fax: (215) 832-5644
THenry@blankrome.com
MCarter@blankrome.com

*Counsel for Defendant Apotex Corp.*

Philadelphia, PA 19104
(215) 994-4000
steven.bizar@dechert.com
john.mcclam@dechert.com
tiffany.engsell@dechert.com

*Counsel for Citron Pharma LLC*

/s/ W. Gordon Dobie
W. Gordon Dobie
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, IL 60601
Tel: (312) 558-5600
Fax: (312) 558-5700
WDobie@winston.com

Irving Wiesen
LAW OFFICES OF IRVING L. WIESEN, P.C.
420 Lexington Avenue - Suite 2400
New York, NY 10170
Tel: (212) 381-8774
Fax: (646) 536-3185
iwiesen@wiesenlaw.com

*Counsel for Defendant Ascend Laboratories, LLC*

/s/ Roger B. Kaplan
Roger B. Kaplan
Jason Kislin
Aaron Van Nostrand
GREENBERG TRAURIG, LLP
500 Campus Drive, Suite 400
Florham Park, NJ 07931
Tel: (973) 360-7900
Fax: (973) 295-1257
kaplanr@gtlaw.com
kislinj@gtlaw.com
vannostranda@gtlaw.com

Brian T. Feeney
GREENBERG TRAURIG, LLP
1717 Arch Street, Suite 400
Philadelphia, PA 19103
Tel: (215) 988-7812
Fax: (215) 717-5265
feeneyb@gtlaw.com

*Counsel for Defendant Dr. Reddy's Laboratories, Inc.*

/s/ Margaret A. Rogers
Margaret A. Rogers
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
Margaret.rogers@arnoldporter.com

Laura S. Shores
Saul P. Morgenstern
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue
Washington, DC 20001
Telephone: (202) 942-5000
laura.shores@arnoldporter.com
saul.morgenstern@arnoldporter.com

*Counsel for Defendants Sandoz Inc. and Fougera Pharmaceuticals Inc.*

/s/ J. Clayton Everett, Jr.
J. Clayton Everett, Jr.
William S.D. Cravens
Neaha P. Raol
Y. Frank Ren
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: +1.202.739.3000
Facsimile: +1.202.739.3001
clay.everett@morganlewis.com
william.cravens@morganlewis.com
neaha.raol@morganlewis.com
frank.ren@morganlewis.com

Molly R. Maidman
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA 02110
Telephone: +1.617.341.7996
Facsimile: +1.617.341.7701
molly.maidman@morganlewis.com

Harvey Bartle IV
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: +1.215.963.5000
Facsimile: +1.215.963.5001
harvey.bartle@morganlewis.com

*Counsel for Defendant Perrigo New York, Inc.*

*/s/ Dimitria Doufekias*
Dimitria Doufekias
Megan E. Gerking
Robert W. Manoso
Alexa Rae DiCunzolo
MORRISON & FOERSTER LLP
2100 L Street, NW Suite 900
Washington, DC 20037
Tel.: (202) 887-1500
Fax: (202) 887-0763
ddoufekias@mofo.com
mgerking@mofo.com
rmanoso@mofo.com
adicunzolo@mofo.com

Michael B. Miller
MORRISON & FOERSTER LLP
250 W 55th Street
New York, NY 10019
Tel.: (212) 468-8000
Fax: (212) 468-7900
mbmiller@mofo.com

*Counsel for Defendant Glenmark Pharmaceuticals, Inc., USA*

*/s/ John M. Taladay*
John M. Taladay
Erik T. Koons
Stacy L. Turner
Christopher P. Wilson
BAKER BOTTS LLP
700 K Street, NW
Washington, DC 20004
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
john.taladay@bakerbotts.com
erik.koons@bakerbotts.com
stacy.turner@bakerbotts.com
christopher.wilson@bakerbotts.com

Lauri A. Kavulich
Ann E. Lemmo
CLARK HILL PLC
2001 Market St, Suite 2620
Philadelphia, PA 19103
Telephone: (215) 640-8500
Facsimile: (215) 640-8501
lkavulich@clarkhill.com
alemmo@clarkhill.com

Lindsay S. Fouse
CLARK HILL PLC
301 Grant St, 14th Floor
Pittsburgh, PA 15219
Telephone: (412) 394-7711
Facsimile: (412) 394-2555
lfouse@clarkhill.com

*Counsel for Defendants Sun Pharmaceutical Industries, Inc. and Taro Pharmaceuticals U.S.A., Inc*

*<u>/s/ Ilana H. Eisenstein</u>*
Ilana H. Eisenstein
Whitney Cloud
Ben C. Fabens-Lassen
DLA PIPER LLP (US)
1650 Market Street, Suite 5000
Philadelphia, PA 19103
Telephone: (215) 656-3300
ilana.eisenstein@dlapiper.com
whitney.cloud@dlapiper.com
ben.fabens-lassen@dlapiper.com

Edward S. Scheidman
DLA PIPER LLP (US)
500 Eighth Street, NW
Washington, DC 20004
Telephone: (202) 799-4000
Edward.scheideman@dlapiper.com

*Counsel for Defendant Pfizer Inc. and Greenstone, LLC*

*<u>/s/ Jay P. Lefkowitz</u>*
Jay P. Lefkowitz, P.C.
Devora W. Allon, P.C.
Alexia R. Brancato
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
(212) 909-3344
lefkowitz@kirkland.com
devora.allon@kirkland.com
alexia.brancato@kirkland.com

*Counsel for Defendant Upsher-Smith Laboratories, LLC*

*<u>/s/ Marguerite M. Sullivan</u>*
Marguerite M. Sullivan
Anna M. Rathbun
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
marguerite.sullivan@lw.com
anna.rathbun@lw.com

*Counsel for Defendant G&W Laboratories*

*<u>/s/ Damon W. Suden</u>*
William A. Escobar
Damon W. Suden
Clifford Katz
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7987
wescobar@kelleydrye.com
dsuden@kelleydrye.com
ckatz@kelleydrye.com

*Counsel for Defendant Wockhardt USA LLC*

*<u>/s/ Colin R. Kass</u>*
Colin R. Kass
Proskauer Rose LLP
1001 Pennsylvania Ave, NW
Suite 600 South
Washington, DC 20004
Telephone: (202) 416-6890
Facsimile: (202) 416-6899

*<u>/s/ Jason R. Parish</u>*
Jason R. Parish
BUCHANAN INGERSOLL & ROONEY PC
1700 K Street, NW
Washington, DC 20006
Telephone: (202) 452-7900
Fax: (202) 452-7989

ckass@proskauer.com

Bradley I. Ruskin
David A. Munkittrick
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
bruskin@proskauer.com
dmunkittrick@proskauer.com

Leiv Blad
Meg Slachetka
COMPETITION LAW PARTNERS
1101 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 742-4300
meg@competitionlawpartners.com
leiv@competitionlawpartners.com

*Attorneys for Lupin Pharmaceuticals, Inc.*

Bradley J. Kitlowski
BUCHANAN INGERSOLL & ROONEY PC
Union Trust Building
501 Grant Street
Pittsburgh, PA 15219
Telephone: (412) 562-8800
Fax: (412) 562-1041

*Counsel for Defendant Zydus Pharmaceuticals (USA) Inc.*

*/s/ Brian J. Smith*
Michael Martinez
Steven Kowal
Lauren Norris Donahue
Brian J. Smith
K&L GATES LLP
70 W. Madison St., Suite 3300
Chicago, IL 60602
Tel. 312-372-1121
Fax 312-827-8000
michael.martinez@klgates.com
steven.kowal@klgates.com
lauren.donahue@klgates.com
brian.j.smith@klgates.com

*Counsel for Defendant Mayne Pharma Inc.*

*/s/ Chul Pak*
Chul Pak
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
cpak@wsgr.com

Seth C. Silber
Jeffrey C. Bank
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street, NW, 5th Floor
Washington, D.C. 20006
Telephone: (202) 973-8800
Facsimile: (202) 973-8899
ssilber@wsgr.com
jbank@wsgr.com

Benjamin F. Holt

        Adam K. Levin
Justin W. Bernick
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
Telephone: (202) 637-5600
benjamin.holt@hoganlovells.com
adam.levin@hoganlovells.com
justin.bernick@hoganlovells.com

Jasmeet K. Ahuja
HOGAN LOVELLS US LLP
1735 Market Street, 23rd Floor
Philadelphia, PA 19103
Telephone: (267) 675-4600
jasmeet.ahuja@hoganlovells.com

*Counsel for Defendants Mylan Pharmaceuticals Inc. and Mylan Inc*

*/s/ L. Barrett Boss*
L. Barrett Boss
S. Rebecca Brodey
Thomas J. Ingalls
COZEN O'CONNOR P.C.
1200 19th Street NW, Suite 300
Washington, DC 20036
Telephone: (202) 912-4814
Facsimile: (866) 413-0172
bboss@cozen.com
rbrodey@cozen.com
tingalls@cozen.com

Peter M. Ryan
COZEN O'CONNOR P.C.
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Telephone: (215) 665-2130
Facsimile: (215) 701-2157
pryan@cozen.com

*Counsel for Defendant James Nesta*