# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION : : : : **This Document Relates To:** : : ALL ACTIONS : : : : | MDL No. 2724 No. 16-MD-2724 Hon. Cynthia M. Rufe |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that Bruce P. Merenstein hereby withdraws his appearance as Special Master in this MDL.

Respectfully submitted,

/s/ Bruce P. Merenstein
Bruce P. Merenstein
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103
(215) 751-2249
bmerenstein@schnader.com

April 28, 2023