# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | MDL No. 2724<br>16-MD-2724<br><br>HON. CYNTHIA M. RUFE |
| **THIS DOCUMENT RELATES TO:**<br><br>*THESE END-PAYER ACTIONS* | Civil Action Nos.<br>18-cv-2401<br>16-AL-27240<br>16-AL-27242<br>16-AM-27240<br>16-AM-27242<br>16-BC-27240<br>16-BC-27242<br>16-BZ-27240<br>16-BZ-27242<br>16-CB-27240<br>16-CB-27242<br>16-CM-27240<br>16-CM-27242<br>16-DS-27240<br>16-DS-27242<br>16-DG-27240<br>16-DG-27242<br>16-DV-27240<br>16-DV-27242<br>16-DX-27240<br>16-DX-27242<br>16-EC-27240<br>16-EC-27242<br>16-FL-27240<br>16-FL-27242<br>16-LV-27240<br>16-LV-27242<br>16-LD-27240<br>16-LD-27242<br>16-PV-27240<br>16-PV-27242<br>16-PP-27240<br>16-PP-27242<br>16-UR-27240<br>16-UR-27242 |

## STIPULATION FOR DISMISSAL OF
## <u>END-PAYER PLAINTIFF UNITE HERE HEALTH</u>

IT IS HEREBY STIPULATED AND AGREED that all claims asserted by End-Payer Plaintiff Unite Here Health in the above-captioned actions be and hereby are dismissed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own attorney's fees and costs. This voluntary dismissal is made without prejudice to Unite Here Health's rights as an absent class member of the proposed classes or any certified classes.

With this dismissal, Unite Here Health agrees that it will not hereafter commence any action arising out of the facts and circumstances alleged in this litigation against any Defendant in this litigation, or otherwise seek to serve as a plaintiff or class representative on behalf of the End-Payer Plaintiff classes in this litigation.

Defendants agree that Unite Here Health has no further discovery obligations and that they will not seek any discovery from Unite Here Health in this litigation.

It is so STIPULATED.

Dated: May 9, 2023

<u>/s/ Roberta D. Liebenberg</u>
Roberta D. Liebenberg
FINE, KAPLAN AND BLACK, R.P.C.
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
215-567-6565
rliebenberg@finekaplan.com

**Liaison and Lead Counsel for the End-Payer Plaintiffs**

<u>/s/ Adam J. Zapala</u>
Cotchett Pitre & McCarthy LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
650-697-6000
azapala@cpmlegal.com

**Counsel for Unite Here Health**

<u>/s/ Chul Pak</u>
Chul Pak
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Fl.
New York, NY 10019
Tel: (212) 999-5800
Fax: (212) 999-5899
cpak@wsgr.com

<u>/s/ Sheron Korpus</u>
Sheron Korpus
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
skorpus@kasowitz.com

*/s/ Devora W. Allon*
Devora W. Allon
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-5967
Fax: (212) 446-6460
devora.allon@kirkland.com

*/s/ Alison Tanchyk*
Alison Tanchyk
MORGAN, LEWIS & BOCKIUS, LLP
600 Brickell Ave., Suite 1600
Miami, FL 33133
Tel: (305) 415-3444
Fax: (215) 963-5001
alison.tanchyk@morganlewis.com

**Defendants' Liaison Counsel**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served on this 9th day of May, 2023 on all counsel of record via the Court's CM/ECF system.

/s/ Roberta D. Liebenberg
Roberta D. Liebenberg
