IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | MDL 2724<br>16-MD-2724<br><br>HON. CYNTHIA M. RUFE |

PRETRIAL ORDER NO. 235
(AMENDING PRETRIAL ORDER NO. 213 AS TO DEFENSE LIAISON COUNSEL)

**AND NOW**, this 10th day of May 2023, the Court having granted the Motion of Ryan T. Becker and the law firm of Fox Rothschild LLP to Withdraw as Defense Liaison Counsel, it is hereby **ORDERED** that the following counsel are Defense Liaison Counsel:

| | |
|---|---|
| Chul Pak, Esquire<br>*and the law firm of*<br>Wilson Sonsini Goodrich & Rosati, PC<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY  10019<br>(212) 999-5800<br>cpak@wsgr.com<br>**Lead Liaison Counsel** | Sheron Korpus, Esquire<br>*and the law firm of*<br>Kasowitz Benson Torres LLP<br>1633 Broadway<br>New York, NY  10019<br>(212) 506-1700<br>skorpus@kasowitz.com |
| Devora W. Allon, Esquire<br>*and the law firm of*<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>(212) 446-5967<br>devora.allon@kirkland.com | Alison Tanchyk, Esquire<br>*and the law firm of*<br>Morgan, Lewis & Bockius, LLP<br>600 Brickell Avenue, Suite 1600<br>Miami, FL 33131-3075<br>(305) 415-3444<br>alison.tanchyk@morganlewis.com |

Liaison counsel are authorized to perform all necessary administrative functions, including receiving orders and notices from the Court on behalf of Defendants, preparing and transmitting copies of such orders and notices to counsel for Defendants, and the performance of

other tasks as determined by the Court.  Liaison counsel are required to maintain complete files with copies of all documents served upon them in hard copy or electronic form, and to make such files available to counsel for Defendants upon request.

It is so **ORDERED**.

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

_____
**CYNTHIA M. RUFE, J.**