IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | HON. CYNTHIA M. RUFE |

**ORDER**

**AND NOW**, this 20th day of June 2023, upon consideration of the attached Joint Stipulation regarding the deposition of Armando Kellum, it is hereby **ORDERED** that the Stipulation is **APPROVED**.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | HON. CYNTHIA M. RUFE |

## JOINT STIPULATION

### (STIPULATED ORDER REGARDING THE DEPOSITION OF ARMANDO KELLUM)

WHEREAS, Armando Kellum, former employee of Sandoz, Inc. ("Sandoz"), is a defendant in certain cases that are part of the *In re Generic Pharmaceuticals Pricing Antitrust Litigation*, 16-MD-2724 (E.D. Pa.) multi-district litigation ("MDL"), including Civil Action No. 20-3539, one of the bellwether cases in the MDL;

WHEREAS, pursuant to Pretrial Order No. 234 (Dkt. 2443), the current schedule for the bellwether cases contemplates that fact discovery shall be completed by October 2, 2023;

WHEREAS, Plaintiffs in MDL 2724 have requested to schedule a deposition of Mr. Kellum in May 2023, pursuant to Pretrial Order No. 158 (Dkt. 1688);

WHEREAS, Mr. Kellum is a defendant in a federal criminal case captioned *United States v. Armando Kellum*, No. 20-cr-00065 (E.D. Pa.), and is awaiting sentencing, which is currently scheduled for December 5, 2023;

WHEREAS, plaintiffs in the MDL have cited to Mr. Kellum's guilty plea and the criminal information in *United States v. Armando Kellum*, No. 20-cr-00065 (E.D. Pa.) as relevant to their allegations;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, as follows:

1. The MDL 2724 deposition of former Sandoz employee Armando Kellum shall take place in September 2023 or as soon as practicable thereafter.

2. To the extent that Mr. Kellum asserts his Fifth Amendment right against self-incrimination in such deposition, he may do so without prejudice to his ability to later withdraw the invocation of that right.

3. Nothing in this stipulation shall impair or foreclose plaintiffs' right to seek any relief otherwise permitted by law or the Court's Pretrial Orders, including but not limited to an adverse inference instruction based on Mr. Kellum's assertion of his Fifth Amendment right against self-incrimination, or to seek or oppose a second deposition of Mr. Kellum if he later withdraws his invocation of that right.

4. This stipulation is without prejudice to any party's right to seek an additional extension or other modification of the foregoing deadlines, by stipulation or otherwise.

IT IS SO STIPULATED.

Dated:  June 13, 2023

/s/ Roberta D. Liebenberg
Roberta D. Liebenberg
FINE, KAPLAN AND BLACK R.P.C.
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
215-567-6565
rliebeberg@finekaplan.com

**Liaison and Lead Counsel for End-Payer Plaintiffs**

/s/ Erica S. Weisgerber
Erica S. Weisgerber
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, NY 10001
212-909-6000
eweisgerber@debevoise.com

Edward D. Hassi
DEBEVOISE & PLIMPTON LLP
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
202-383-8000
thassi@debevoise.com

Catherine Redlich
Driscoll & Redlich
110 West 40th St., Suite 1900
New York, NY 10018

/s Dianne M. Nast
Dianne M. Nast
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, PA 19107
212-923-9300
dnast@nastlaw.com

**Liaison and Lead Counsel for the Direct Purchaser Plaintiffs**

212-986-4030
credlich@driscollredlich.com

**Counsel for Armando Kellum**

/s/ W. Joseph Nielsen
W. Joseph Nielsen
Assistant Attorney General
165 Capitol Ave.
Hartford, CT 06106
860-808-5040
Joseph.nielsen@ct.gov

**Liaison Counsel for Plaintiff States**

/s/ William J. Blechman
William J. Blechman, Esquire
KENNY NACHWALTER, P.A.
1441 Brickell Avenue, Suite 1100
Miami, FL 33131
305-373-1000
wblechman@knpa.com

**Counsel for the Kroger Direct Actions Plaintiffs and Liaison Counsel for DAP**