**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL 2724**<br>**16-MD-2724** |
| | **HON. CYNTHIA M. RUFE** |
| **THIS DOCUMENT RELATES TO:** | |
| ***ALL ACTIONS*** | |

**PRETRIAL ORDER NO. 244**
**(STATUS CONFERENCES)**

**AND NOW**, this 19th day of July 2023, it is hereby **ORDERED** that Status Conferences will be held on the following dates and times:

> **September 5, 2023 at 2:00 p.m**. (General Status Conference)
> **October 19, 2023 at 1:30 p.m.** (Leadership Status Conference)
> **November 16, 2023 at 1:30 p.m.** (General Status Conference)
> **December 14, 2023 at 1:30 p.m.** (Leadership Status Conference)

The conferences will proceed as follows:

1.      Liaison Counsel shall file a joint proposed agenda no later than one week before each conference.

2.      General Status Conferences will be held in Courtroom 12-A and are open to all counsel, the press, and members of the public. Audio connection information will be provided on the docket for General Status Conferences for those unable to attend in person, if permitted by Judiciary policy. General Status Conference will be transcribed by a court reporter, and the transcript will be placed on the docket.

3.      Leadership Status Conferences are informal administrative meetings that are limited to the Court, Lead and Liaison Counsel, other counsel on the agenda, and the Special Masters, and are not transcribed. The Court will determine whether a Leadership Status Conference will be held in person or by video conference.

It is so **ORDERED.**

**BY THE COURT:**
**/s/ Cynthia M. Rufe**
_____
**CYNTHIA M. RUFE, J.**