**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL 2724** <br> **16-MD-2724** |
| **THIS DOCUMENT RELATES TO:** <br><br> *ALL ACTIONS* | **HON. CYNTHIA M. RUFE** |

**PRETRIAL ORDER NO. 246
(REFERRAL TO SPECIAL DISCOVERY MASTER)**

**AND NOW**, this 7th day of August 2023, it is hereby **ORDERED** that Defendant Ara Aprahamian's Motion to Modify Protective Order [Doc. No. 2511] is **REFERRED** to Special Discovery Master Lawrence Stengel for a report and recommendation.

It is so **ORDERED.**

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

_____

**CYNTHIA M. RUFE, J.**