**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | HON. CYNTHIA M. RUFE |

**ORDER**

**AND NOW**, this 11th day of September 2023, the parties having agreed on a briefing schedule regarding Special Master Marion's Seventeenth Report and Recommendation, and the objections thereto, it is hereby **ORDERED** that:

1.  Defendants' response is due on or before September 18, 2023;

2.  The reply is due on or before September 26, 2023; and

3.  Defendants' sur-reply is due on or before October 2, 2023.

It is so **ORDERED.**

BY THE COURT:

**/s/ Cynthia M. Rufe**
_____
**CYNTHIA M. RUFE, J.**