IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL NO. 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | HON. CYNTHIA M. RUFE |

**JOINT PROPOSED AGENDA FOR**
**FEBRUARY 8, 2024 GENERAL STATUS CONFERENCE**

Pursuant to Pretrial Order No. 254 [MDL Doc. No. 2744], Liaison Counsel hereby submit this joint proposed agenda of items to be brought before the Court at the General Status Conference scheduled for Thursday, February 8, 2024 at 1:30 pm in Courtroom 12-A, 601 Market Street, Philadelphia, Pennsylvania:

1. Status of Bellwether Proceedings

2. Status of Non-Bellwether Discovery and Litigation Schedule

3. Status of AG Discovery

4. Status of Motion for Leave to Amend and Supplement Certain EPP Complaints [MDL Doc. No. 2787] and other pending and forthcoming Motions for Leave to Amend

Dated: February 1, 2024                                    Respectfully submitted:

*/s/ Dianne M. Nast*                                       */s/ Chul Pak*
Dianne M. Nast                                             Chul Pak
NASTLAW LLC                                                WILSON SONSINI GOODRICH & ROSATI
1101 Market Street, Suite 2801                             Professional Corporation
Philadelphia, PA 19107                                     1301 Avenue of the Americas, 40th Fl.
215-923-9300                                               New York, NY 10019
dnast@nastlaw.com                                          Tel: (212) 999-5800
                                                           Fax: (212) 999-5899
**Liaison and Lead Counsel for the**                       cpak@wsgr.com
**Direct Purchaser Plaintiffs**

/s/ *Roberta D. Liebenberg*
Roberta D. Liebenberg
FINE, KAPLAN AND BLACK, R.P.C.
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
215-567-6565
rliebenberg@finekaplan.com

**Liaison and Lead Counsel for the End-Payer Plaintiffs**

/s/ *W. Joseph Nielsen*
W. Joseph Nielsen
Assistant Attorney General
165 Capitol Ave.
Hartford, CT 06106
Tel: (860) 808-5040
Fax: (860) 808-5391
Joseph.Nielsen@ct.gov

**Liaison Counsel for the States**

/s/ *William J. Blechman*
William J. Blechman
KENNY NACHWALTER, P.A.
1441 Brickell Avenue
Suite 1100
Miami, FL 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
wblechman@knpa.com

**Liaison Counsel for Direct Action Plaintiffs and Counsel for the Kroger Direct Action Plaintiffs**

/s/ *Sheron Korpus*
Sheron Korpus
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
skorpus@kasowitz.com

/s/ *Devora W. Allon*
Devora W. Allon
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-5967
Fax: (212) 446-6460
devora.allon@kirkland.com

/s/ *Alison Tanchyk*
Alison Tanchyk
MORGAN, LEWIS & BOCKIUS, LLP
600 Brickell Ave., Suite 1600
Miami, FL 33133
Tel: (305) 415-3444
Fax: (215) 963-5001
alison.tanchyk@morganlewis.com

**Defendants' Liaison Counsel**