**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL 2724** <br> **16-MD-2724** |
| | **HON. CYNTHIA M. RUFE** |
| **THIS DOCUMENT RELATES TO:** <br><br> ***ALL ACTIONS*** | |

**PRETRIAL ORDER NO. 260
(DIAL-IN INFORMATION FOR
FEBRUARY 8, 2024 GENERAL STATUS CONFERENCE)**

    **AND NOW**, this 5th day of February 2024, it is hereby **ORDERED** that the following

dial-in information may be used to listen to the General Status Conference on **February 8, 2024**

**at 1:30 PM**:

             Telephone:   **1-866-434-5269**
             Passcode:    **357-9586#**

    All calls are to be muted except for those addressing the Court. The Conference will be

held in Courtroom 12A of the United States Courthouse, 601 Market Street, Philadelphia,

Pennsylvania.

    It is so **ORDERED.**

                        **BY THE COURT:**

                        **/s/ Cynthia M. Rufe**
                        _____
                        **CYNTHIA M. RUFE, J.**