IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*Direct Purchaser Plaintiffs' Actions* | **HON. CYNTHIA M. RUFE** |

## ORDER

**AND NOW**, this 13th day of February 2024, upon consideration of Direct Purchaser Plaintiffs' ("DPPs") Unopposed Motions for Leave to File Under Seal with regard to the Motions for Preliminary Approval of Settlements, it is hereby **ORDERED** that the Motions [MDL Doc. Nos. 2784, 2785, and 2786] are **PROVISIONALLY GRANTED.**[1] The Court will determine at the Final Approval Hearings whether the material should be unsealed.

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**

---

[1] The requested redactions are limited to one exhibit in each motion that shows the names of the customers and the net sales to those customers. The parties seek to have the material sealed due to the proprietary nature of the information, citing the relevant protective orders in this case.