# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL No. 2724** <br> **16-MD-2724** |
| **THIS DOCUMENT RELATES TO:** <br> *ALL ACTIONS* | **HON. CYNTHIA M. RUFE** |

## ORDER

**AND NOW**, this 14th day of February 2024, upon consideration of Special Master Lawrence F. Stengel's Third Formal Report and Recommendation ("Third R&R"), filed on January 12, 2024 [MDL Doc. No. 2773], and no timely objections having been filed thereto by any party, it is hereby **ORDERED** that the Third R&R is **APPROVED and ADOPTED**. It is further **ORDERED** that Plaintiff State of Louisiana shall comply with RFP 68 by **February 26, 2024**, or the Court will entertain a motion from Defendants for sanctions.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**