IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL No. 2724<br>Case No. 2:16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*Direct Purchaser Plaintiffs' Actions* | HON. CYNTHIA M. RUFE |

**DIRECT PURCHASER PLAINTIFFS'**
**UNOPPOSED MOTION FOR LEAVE TO**
**<u>FILE MEMORANDA OF LAW IN EXCESS OF FIFTEEN PAGES</u>**

Pursuant to this Court's Policies and Procedures (September 2021) and Local Rule of Civil Procedure 7.1, Direct Purchaser Plaintiffs ("DPPs") César Castillo, LLC, FWK Holdings, LLC, Rochester Drug Co-Operative, Inc., and KPH Healthcare Services, Inc. a/k/a Kinney Drugs, Inc., by and through their undersigned counsel, respectfully move this Court for leave to exceed the fifteen (15) page limit on Memoranda of Law for an anticipated motion which shall seek preliminary approval of DPPs' proposed settlement with Sandoz Inc. and Fougera Pharmaceuticals Inc. ("Settling Defendants"). DPPs have conferred with counsel for Settling Defendants and confirmed that Settling Defendants do not oppose this relief. A proposed Order is attached hereto.

Dated: March 11, 2024

Respectfully submitted,

/s/ Dianne M. Nast
Dianne M. Nast
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, Pennsylvania 19107
(215) 923-9300
dnast@nastlaw.com

*Lead and Liaison Counsel*
*for Direct Purchaser Plaintiffs*

David F. Sorensen
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103
(215) 875-3000
dsorensen@bm.net

Robert N. Kaplan
KAPLAN FOX & KILSHEIMER LLP
800 Third Avenue, 38th Floor
New York, New York 10022
(212) 687-1980
rkaplan@kaplanfox.com

Michael L. Roberts
ROBERTS LAW FIRM P.A.
1920 McKinney Ave., Suite 700
Dallas, Texas 75201
(501) 821-5575
mikeroberts@robertslawfirm.us

Thomas M. Sobol
HAGENS BERMAN SOBOL SHAPIRO LLP
1 Faneuil Hall Sq, 5th Floor
Boston, MA 02109
(617) 482-3700
tom@hbsslaw.com

Linda P. Nussbaum
NUSSBAUM LAW GROUP, PC
1133 Avenue of the Americas, 31st Floor
New York, New York 10036
(917) 438-9189
lnussbaum@nussbaumpc.com

*Direct Purchaser Plaintiffs' Steering Committee*