## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:  GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL 2724** <br> **16-MD-2724-CMR** <br><br> **HON. CYNTHIA M. RUFE** |
| **THIS DOCUMENT RELATES TO:** <br><br> *The Kroger Co., et al. v. Actavis Holdco U.S. Inc. et al.* | **Individual Case No. 18-284** |

## ORDER

AND NOW, this 14th day of March 2024, upon consideration of the Motion to Amend [Doc. No. 230 in Civil Action No. 18-284] and the responses thereto, and as discussed at the General Status Conference on February 8, 2024,  it is hereby **ORDERED** that the Motion is **GRANTED** *nunc pro tunc*. It is further **ORDERED** that the Motions to Dismiss [Doc. Nos. 74, 75, 76, 77, 78, 79, 81, 82, 86, 87, 90, 91, 92, and 95 in Civil Action No. 18-284] and the Motion for Leave to File a Motion for Leave to Amend [Doc. No. 196 in Civil Action No. 18-284] are **DISMISSED as moot**.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____

CYNTHIA M. RUFE, J.