# IN THE UNITED STATES COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| | HON. CYNTHIA M. RUFE |
| **THIS DOCUMENT RELATES TO:**<br><br>*ALL ACTIONS* | |

**PRETRIAL ORDER NO. 262**
**(AMENDING PRETRIAL ORDER NO. 257**
**AS TO SCHEDULE OF PROCEEDINGS IN THE**
**PLANITIFF STATES BELLWETHER CASES)**

**AND NOW,** this 14th day of March 2024, upon agreement of the affected parties pursuant to the attached stipulation, and with regard to the Bellwether Cases only, it is hereby **ORDERED** that deadlines for the Bellwether Cases set forth in Pretrial Order No. 257 [MDL Doc. No. 2759] and before that Pretrial Order Nos. 122 [MDL Doc. No. 1362] and 234 [MDL Doc. No. 2234] (and previously set forth in Pretrial Order No. 217 [MDL Doc. No. 224] and before that Pretrial Order No. 188 [MDL Doc. No. 1901]) are **AMENDED** as to the State Plaintiffs' Bellwether case, which is plead in the "Dermatology" Complaint filed in *Connecticut et al. v. Sandoz, Inc. et al.*, E.D. Pa. No. 2:20-CV-03539 (Sep. 9, 2021) ("State Plaintiffs' Bellwether Case"), as follows:

1. Depositions of the State Plaintiffs' experts shall be completed no later than April 5, 2024.

2. Defendants shall serve all expert reports and file *Daubert* motions as to State Plaintiffs' experts no later than April 26, 2024.

3. Depositions of the Defendants' experts shall be completed no later than July 12, 2024.

4. State Plaintiffs' shall serve all rebuttal expert reports and file responses to Defendants' *Daubert* motions as to State Plaintiffs' experts, and *Daubert* motions as to Defendants' experts no later than August 2, 2024.

5. Depositions of the State Plaintiffs' rebuttal experts, if any, shall be completed no later than August 30, 2024.

6. Defendants shall file responses in opposition to State Plaintiffs' *Daubert* motions no later than September 13, 2024.

7. All motions for summary judgment shall be filed no later than September 23, 2024.

8. Responses to a motion for summary judgment shall be filed 60 days after the motion is filed, *i.e.*, no later than November 22, 2024.

9. Replies to motions for summary judgment shall be filed by the first Court day 30 days after the response is filed, *i.e.*, no later than December 23, 2024.

Deadlines not appearing above but established by Pretrial Order 234 shall continue in effect unchanged, even if related to the State Plaintiffs' Bellwether Case.  This order has no effect as to deadlines in Bellwether cases other than the State Plaintiffs' Bellwether Case.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

**CYNTHIA M. RUFE, J.**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> *ALL ACTIONS* | MDL 2724 <br> 16-MD-2724 <br> HON. CYNTHIA M. RUFE |

**STIPULATION REGARDING LIMITED EXTENSION OF
STATE BELLWETHER DEADLINES**

**WHEREAS**, the State Plaintiffs served their experts' reports in their Bellwether Case, *Connecticut et al. v. Sandoz, Inc. et al.*, E.D. Pa. No. 2:20-CV-03539 (Sep. 9, 2021), in compliance the applicable Pretrial Order No. 257 [MDL Doc. No. 2759] on January 12, 2024 and before that Pretrial Order, No. 234 [MDL Case No. 2443], on November 1, 2023;

**WHEREAS**, the State Plaintiffs and Defendants have continued to coordinate on the backup data in the reliance materials in compliance with paragraph 6 of the applicable Pretrial Order, No. 122 [MDL Case No. 1362];

**WHEREAS,** the State Plaintiffs served the Second Amended Expert Report of Frederick Warren-Boulton and the materials on which he relied on February 20, 2024;

**WHEREAS**, the State Plaintiffs and the Defendants recognize additional time is and has been needed to finalize and to replicate the reliance materials, and propose to make limited amendments to the schedule for the Bellwether Cases in a way that preserves the time originally granted under Pretrial Order Nos. 122, 234 and 257, for each of the deadlines;

**WHEREAS**, State Plaintiffs and Defendants have agreed to a short, approximately 30-day extension of relevant deadlines for the State Plaintiffs' Bellwether Case, as reflected in the accompanying proposed pretrial order;

**WHEREAS**, the proposed amendments to Pretrial Order Nos. 234 and 257, which set forth the current case schedule for the Bellwether Cases, do not affect any deadlines established for the class Plaintiffs' Bellwether Cases.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and among the undersigned counsel, that the Court may enter the attached proposed Pretrial Order amending deadlines in the State Plaintiffs' Bellwether Case.

**IT IS SO STIPULATED.**

Dated: March 1, 2024                              Respectfully submitted,

*/s/ Joseph Nielsen*
W. Joseph Nielsen
Assistant Attorney General, State of Connecticut
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
(860) 808-5040
Joseph.Nielsen@ct.gov

*Liaison Counsel for the Plaintiff States*

*/s/ Chul Pak*
Chul Pak
WILSON SONSINI GOODRICH & ROSATI PC
1301 Avenue of the Americas, 40th Fl. New York, NY 10019
Tel: (212) 999-5800
Fax: (212) 999-5899
cpak@wsgr.com

*/s/ Sheron Korpus*
Sheron Korpus
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
skorpus@kasowitz.com

*/s/ Devora W. Allon*
Devora W. Allon
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-5967
Fax: (212) 446-6460
devora.allon@kirkland.com

*/s/ Alison Tanchyk*
Alison Tanchyk
MORGAN, LEWIS & BOCKIUS, LLP
600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
Tel: (305) 415-3444
Fax: (305) 415-3001
alison.tanchyk@morganlewis.com

*Defendants' Liaison Counsel*