IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | HON. CYNTHIA M. RUFE |

# ORDER

**AND NOW,** this 25th day of April 2024, upon consideration of the attached Joint Stipulation Regarding Rule 30(b)(6) Deposition of Taro Pharmaceuticals U.S.A., Inc., it is hereby **ORDERED** that the Joint Stipulation is **APPROVED.**

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL NO. 2724 16-MD-2724 |
| THIS DOCUMENT RELATES TO: *ALL ACTIONS* | HON. CYNTHIA M. RUFE |

**STIPULATION REGARDING TRANSCRIPT OF**
**RULE 30(b)(6) DEPOSITIONOF TARO PHARMACEUTICALS U.S.A., INC.**

WHEREAS, on July 18 and 19, 2023, End-Payer Plaintiffs, Indirect-Reseller Plaintiffs, the States, and Direct Action Plaintiffs ("Stipulating Plaintiffs") took the deposition of Defendant Taro Pharmaceuticals U.S.A., Inc. ("Taro") pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure;

WHEREAS, on September 19, 2023, Stipulating Plaintiffs submitted a motion to the Special Masters (the "Motion") seeking to compel additional Rule 30(b)(6) testimony from Taro directed to Topics 12 and 15 of Stipulating Plaintiffs' Rule 30(b)(6) notice to Taro;

WHEREAS, on October 13, 2023, Stipulating Plaintiffs requested the deposition of Taro Chief Executive Officer Uday Baldota pursuant to Pretrial Order No. 158 (the "Request");

WHEREAS, Stipulating Plaintiffs and Taro (the "Parties") have reached an agreement to strike certain Taro Rule 30(b)(6) testimony in order to resolve the Motion and through which Stipulating Plaintiffs will withdraw the Request;

1

NOW THEREFORE, in view of the foregoing, the Parties hereby agree and stipulate as follows:

1. The following lines from the transcript of the Taro Rule 30(b)(6) deposition (the "Testimony") shall be stricken from the discovery record:

- 465:19 – 466:22
- 470:7 – 486:6
- 488:1 – 491:7
- 492:1 – 493:14
- 498:24 – 505:16
- 513:18 – 519:2
- 567:20 – 572:5
- 572:24 – 578:5

2. The Testimony shall not be used for any current or future purpose, by Taro or Stipulating Plaintiffs, in the civil actions in MDL No. 2724, including but not limited to in support of or in connection with fact discovery, expert discovery, dispositive motion practice, or trial.

3. Both the Testimony and the balance of the transcript of the Taro Rule 30(b)(6) deposition, and all exhibits therefrom, remain subject to the Second Modified Protective Order (PTO 195) and any successor protective order.

4. Stipulating Plaintiffs agree to withdraw the Motion and the Request, but reserve the right to reinstate the Motion and/or Request, or otherwise pursue additional discovery directed to Topics 12 and 15 of Stipulating Plaintiffs' Rule 30(b)(6) notice to Taro, should Taro use or seek to use the Testimony for any purpose in the civil actions in MDL No. 2724.

5. This Stipulation shall apply only to the Testimony, the Motion, and the Request. All other rights and objections available to the Parties are expressly reserved.

IT IS SO STIPULATED this 18th day of April, 2024.

| | |
|---|---|
| */s/ Roberta D. Liebenberg*<br>Roberta D. Liebenberg<br>FINE, KAPLAN AND BLACK, R.P.C.<br>One South Broad Street, 23rd Floor<br>Philadelphia, PA  19107<br>215-567-6565<br>rliebenberg@finekaplan.com<br><br>*Lead and Liaison Counsel for the*<br>*End-Payer Plaintiffs* | */s/ Christian E. Hudson*<br>Christian E. Hudson<br>CUNEO, GILBERT & LADUCA LLP<br>4725 Wisconsin Ave. NW, Suite 200<br>Washington, DC  20016<br>202-789-3960<br>Christian @cuneolaw.com<br><br>*Lead Counsel for the*<br>*Indirect Reseller Plaintiffs* |
| */s/ William J. Blechman*<br>William J. Blechman<br>KENNY NACHWALTER, P.A.<br>1441 Brickell Avenue, Suite 1100<br>Miami, Florida 33131<br>(305) 373-1000<br>wblechman@knpa.com<br><br>*Counsel for the Kroger Direct Actions*<br>*Plaintiffs and Liaison Counsel for DAPs* | */s/ W. Joseph Nielsen*<br>W. Joseph Nielsen<br>Assistant Attorney General<br>State of Connecticut<br>165 Capitol Ave.<br>Hartford, CT  06106<br>(860) 808-5040<br>Joseph.Nielsen@ct.gov<br><br>*Liaison Counsel for the States*<br><br>*/s/ Christopher P. Wilson*<br>John M. Taladay<br>Christopher P. Wilson<br>JoAnna Adkisson<br>BAKER BOTTS LLP<br>700 K St NW<br>Washington, DC 20001<br>Telephone: (202) 639-7700<br>Facsimile: (202) 639-7890<br>john.taladay@bakerbotts.com<br>christopher.wilson@bakerbotts.com<br>joanna.adkisson@bakerbotts.com<br><br>Lauri A. Kavulich<br>CLARK HILL PLC<br>2001 Market St, Suite 2620<br>Philadelphia, PA 19103 |

Telephone: (215) 640-8500
Facsimile: (215) 640-8501
lkavulich@clarkhill.com

Lindsay S. Fouse
CLARK HILL PLC
301 Grant St, 14th Floor
Pittsburgh, PA 15219
Telephone: (412) 394-7711
Facsimile: (412) 394-2555
lfouse@clarkhill.com

*Counsel for Defendant Taro Pharmaceuticals U.S.A., Inc.*