**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **2:16-md-2724-CMR** |
| | **MDL No. 2724** |
| **THIS DOCUMENT RELATES TO:** | **HON. CYNTHIA M. RUFE** |
| *Humana Inc. v. Actavis Elizabeth, LLC, et al.*, No. 18-03299 *Humana Inc. v. Actavis Elizabeth LLC, et al.*, No. 19-04862 *Humana Inc. v. Actavis Elizabeth, LLC, et al.*, No. 20-06303 *Health Care Service Corp. v. Actavis Elizabeth, LLC, et al.*, No. 19-05819 *Molina Healthcare, Inc. v. Actavis Elizabeth, LLC, et al.*, No. 20-00695 | |

**NOTICE OF WITHDRAW OF APPEARANCE OF THOMAS M. SKELTON
AS COUNSEL OF RECORD**

PLEASE TAKE NOTICE that, pursuant to Local Rule 5.1(c), Thomas M. Skelton is no longer counsel of record for Plaintiffs Humana, Inc., Molina Healthcare, Inc., and Health Care Service Corp. ("Plaintiffs") in the above-captioned matter as he has retired from the law firm of Lowey Dannenberg, P.C. ("Lowey"). The undersigned and Lowey will remain as counsel of record for the Plaintiffs.

Dated: May 20, 2024

Respectfully submitted,

/s/ *Laura Mummert*
Laura Mummert
LOWEY DANNENBERG, P.C.
One Tower Bridge
100 Front Street, Suite 520
West Conshohocken, PA 19428
215-399-4770
lmummert@lowey.com

*Attorney for Plaintiff Humana, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2024, a true and correct copy of the foregoing Notice of Withdrawal of Appearance of Thomas M. Skelton as Counsel of Record is being served via the Court's electronic filing system upon all counsel of record in the above captioned action.


/s/ *Laura Mummert*
Laura Mummert