IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | MDL 2724<br>16-MD-2724<br><br>HON. CYNTHIA M. RUFE |

**PRETRIAL ORDER NO. 275**
**(STATUS CONFERENCES)**

**AND NOW**, this 13th day of June 2024, it is hereby **ORDERED** that status conferences will be held as follows:

**September 12, 2024 at 1:30 p.m. (Leadership Status Conference)**

**October 10, 2024 at 1:30 p.m. (General Status Conference)**

**November 14, 2024 at 1:30 p.m. (Leadership Status Conference)**

**December 12, 2024 at 1:30 p.m. (General Status Conference)**

Leadership Status Conferences are informal administrative meetings limited to the Court, Lead and Liaison Counsel, other counsel on the agenda, and the Special Masters, and will not be transcribed. The Court will determine whether the Leadership Status Conference will be held in person or by video conference.

General Status Conferences are held in Courtroom 12-A and are open to all counsel, the press, and members of the public, and are transcribed by a court reporter. The following dial-in information may be used to listen to the General Status Conferences, with all calls muted except for those addressing the Court:

**Telephone: 1-866-434-5269**
**Passcode:   357-9586#**

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**