**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL No. 2724 Case No. 2:16-MD-2724 |
| THIS DOCUMENT RELATES TO: *Direct Purchaser Plaintiffs' Actions* | HON. CYNTHIA M. RUFE |

**NOTICE OF FILING OF OPT-OUT REPORT FOR
DPPS' SANDOZ SETTLEMENT**

Pursuant to Paragraph 20 of this Court's June 26, 2024 Order granting preliminary approval to Direct Purchaser Plaintiffs' ("DPPs") Sandoz Settlement [MDL Doc. No. 3021], DPPs hereby provide notice of filing the attached Declaration of Eric J. Miller Regarding (A) Dissemination of the Notice and (B) Report on Request for Exclusion and Objections, If Any, Received to Date for DPPs' Sandoz Settlement.

Dated: October 29, 2024

Respectfully submitted,

Dianne M. Nast
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, Pennsylvania 19107
(215) 923-9300
dnast@nastlaw.com

*Lead and Liaison Counsel
for Direct Purchaser Plaintiffs*

David F. Sorensen
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103
(215) 875-3000
dsorensen@bm.net

Thomas M. Sobol
HAGENS BERMAN SOBOL SHAPIRO LLP
1 Faneuil Hall Sq., 5th Floor
Boston, Massachusetts 02109
(617) 482-3700
tom@hbsslaw.com

Robert N. Kaplan
KAPLAN FOX & KILSHEIMER LLP
800 Third Avenue, 38th Floor
New York, New York 10022
(212) 687-1980
rkaplan@kaplanfox.com

Linda P. Nussbaum
NUSSBAUM LAW GROUP, PC
1133 Avenue of the Americas, 31st Floor
New York, New York 10036
(917) 438-9189
lnussbaum@nussbaumpc.com

Michael L. Roberts
ROBERTS LAW FIRM P.A.
1920 McKinney Ave., Suite 700
Dallas, Texas 75201
(501) 821-5575
mikeroberts@robertslawfirm.us

*Direct Purchaser Plaintiffs' Steering Committee*