IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| | HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO: | |
| *1199SEIU National Benefit Fund v. Sandoz Inc.* | Individual Action No. 24-4894 |

# ORDER

**AND NOW**, this 23rd day of December 2024, upon consideration of the attached Joint Stipulation Regarding Defendants' Deadline to Respond to the Complaint in the above-captioned case, it is hereby **ORDERED** that the Stipulation is **APPROVED**.

It is further **ORDERED** that Defendants' deadline to respond to the Complaint is **STAYED** until further Order of Court pending settlement.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____
CYNTHIA M. RUFE, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>1199SEIU NATIONAL BENEFIT FUND *et al.,* on behalf of themselves and all others similarly situated,<br><br>                                  Plaintiffs,<br>    vs.<br>SANDOZ INC., *et al.*,<br><br>                                 Defendants. | Civil Action No. 2:24-cv-04894<br><br>**HON. CYNTHIA M. RUFE** |

**JOINT STIPULATION REGARDING
DEFENDANTS' DEADLINE TO RESPOND TO THE COMPLAINT**

WHEREAS, Defendants Sandoz Inc., Sandoz Group AG, Sandoz AG, and Novartis AG's (collectively, "Defendants") deadline to respond to Plaintiffs' Complaint is currently January 6, 2025. *See* ECF No. 6.

WHEREAS, on December 16, 2024, Plaintiffs and Sandoz Inc. reached a settlement agreement resolving all claims the Plaintiffs bring in this action and related claims in *In re Generic Pharmaceuticals Pricing Antitrust Litigation*, MDL No. 16-md-2724 (E.D. Pa.) ("the *Generics* MDL"), subject to Court approval;[1]

WHEREAS, under the settlement agreement, in connection with their motion for preliminary approval of the settlement,[2] Plaintiffs will ask the Court to stay this action and thereafter will ask the Court to dismiss it entirely upon final approval of the settlement;

WHEREAS, Plaintiffs expect to present the settlement agreement in the *Generics* MDL for preliminary approval on or before February 14, 2025, which is after the current deadline for

---

[1] The settlement agreement's release covers all Defendants in this proceeding.
[2] Specific to this action, Plaintiffs will seek a limited exception of the stay that would permit Plaintiffs to file a proof of service as to Defendant Sandoz Group AG in this proceeding.

1

Defendants' deadline to respond to the Complaint in this action;

WHEREAS, in the interest of conserving the resources of the parties and this Court and in view of the parties' resolution of this action, the parties have stipulated to a stay of Defendants' deadline to respond to the Complaint;

It is hereby **STIPULATED AND AGREED** by and among the undersigned counsel, on behalf of their respective clients, as follows:

1. Defendants' deadline to respond to Plaintiffs' Complaint is **STAYED**.

**IT IS SO STIPULATED**

Dated: December 23, 2024

Respectfully submitted:

/s/ *Roberta D. Liebenberg*
Roberta D. Liebenberg
FINE, KAPLAN AND BLACK, R.P.C.
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
215-567-6565
rliebenberg@finekaplan.com

**Counsel for Plaintiffs**

/s/ *David Fioccola*
Christopher Ondeck
PROSKAUER ROSE LLP
1001 Pennsylvania Ave., NW
Suite 600 South
Washington, DC 20004
Tel: (202) 416-5865
Fax: (202) 416-6899
condeck@proskauer.com

Grant Esposito
David Fioccola
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
gesposito@proskauer.com
dfioccola@proskauer.com

**Counsel for Defendant Sandoz Inc.**