IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br>*ALL ACTIONS* | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The undersigned hereby withdraws as counsel for Defendants Par Pharmaceutical, Inc., Endo Pharmaceuticals Inc., Generics Bidco I, LLC, and Par Pharmaceuticals Companies, Inc., which will continue to be represented by Sarah Kirkpatrick of Williams & Connolly LLP.

Dated: January 9, 2025

Respectfully submitted,

/s/ Brian T. Gilmore
Brian T. Gilmore
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC 20024
Tel: (202) 434-5707
Fax: (202) 434-5029
bgilmore@wc.com

*Counsel for Par Pharmaceutical, Inc., Endo Pharmaceuticals Inc., Generics Bidco I, LLC, and Par Pharmaceuticals Companies, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 9, 2025, the foregoing Notice was served on all counsel of record via ECF.  Pursuant to Local Rule 5.1.2(8)(b), I further certify that the foregoing document is available for viewing and downloading on ECF.


                                                                                          _/s/ Brian T. Gilmore_
                                                                                       Brian T. Gilmore