IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION<br><br>THIS DOCUMENT APPLIES TO:<br><br>*Reliable Pharmacy v. Actavis Holdco U.S., Inc.* | MDL NO. 2724<br>16-md-2724<br><br><br>Individual Action No. 19-6044 |

## ORDER

**AND NOW**, this 3rd day of February 2025, upon consideration of Distributor Defendants' Motions to Dismiss [Doc. No. 151 in Civil Action No. 19-6044], and the responses and replies thereto, and for the reasons set forth in the accompanying Opinion, it is hereby **ORDERED** that the Motion is **GRANTED**. The claims against AmerisourceBergen Drug Corp. ("ABDC"), H.D. Smith, LLC, Cardinal Health, Inc., The Harvard Drug Group, LLC, McKesson Corp., and Red Oak Sourcing, LLC are **DISMISSED with prejudice**.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
**CYNTHIA M. RUFE, J.**