**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL 2724**<br>**16-MD-2724**<br>**HON. CYNTHIA M. RUFE** |
| **THIS DOCUMENT RELATES TO:**<br><br>*IRP ACTIONS* | |

<u>**NOTICE OF FILING OF OPT-OUT REPORT FOR IRPS' APOTEX SETTLEMENT**</u>

Pursuant to Paragraph 7 of this Court's September 4, 2024 Order Approving the Form and Manner of Notice of the Indirect Reseller Plaintiffs' ("IRPs") Apotex Settlement to the Settlement Class [MDL Doc. No. 3082], IRPs hereby provide notice of filing the attached Declaration of Cameron R. Azari, Esq. Regarding Implementation and Adequacy of Notice Program for IRPs' Apotex Settlement.

Dated: February 6, 2025

Respectfully submitted,

*/s/ Christian Hudson*
Christian Hudson
**CUNEO, GILBERT, & LADUCA, LLP**
2445 M Street NW, Suite 704
Washington D.C. 20037
(202) 789-3960
Email: christian@cuneolaw.com

*Lead Counsel for Indirect Reseller Plaintiffs*