IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL NO. 2724<br>16-md-2724 |
| *IN RE: CLOBETASOL CASES* | EPP CASE: 16-CB-27242 |
| *IN RE: CLOMIPRAMINE CASES* | EPP CASE: 16-CM-27242 |
| THIS DOCUMENT APPLIES TO:<br>*EPP BELLWETHER ACTIONS* | |

## ORDER

**AND NOW**, this 12th day of February 2025, upon consideration of Defendants' Motion for Partial Reconsideration or in the alternative motion to Permit Certain Supplemental Reports [Doc. No. 355 in 16-CM-27242; Doc. No. 440 in 16-CB-27242] and the responses thereto, and for the reasons set forth in the accompanying Opinion, it is hereby **ORDERED** that the Motion for Partial Reconsideration is **GRANTED** in part as to a limited subset of Dr. Erin E. Trish's opinions on spread pricing and is otherwise **DENIED**. The Motion to Permit Certain Supplemental Reports is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
**CYNTHIA M. RUFE, J.**