IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL NO. 2724<br>16-MD-2724 |
| | HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | |

JOINT PROPOSED AGENDA FOR
MARCH 13, 2025 LEADERSHIP STATUS CONFERENCE

Pursuant to Pretrial Order No. 292 [MDL Doc. No. 3258], Liaison Counsel hereby submit this joint proposed agenda of items to be brought before the Court at the Leadership Status Conference scheduled for Thursday, March 13, 2025 at 1:30 pm:

1. Status of Pretrial Proceedings in the EPP and DPP Bellwether Cases

2. Status of Oral Argument Regarding Summary Judgment Motions in the EPP and DPP Bellwether Cases

3. Status of Scheduling Discussions for the IRP *Pravastatin* and *Humana I* Bellwether Cases

4. Status of Discussions Regarding Selection of Additional Bellwethers

Dated: March 6, 2025                                    Respectfully submitted:


*/s/ Dianne M. Nast*                              */s/ Chul Pak*
Dianne M. Nast                                    Chul Pak
NASTLAW LLC                                       WILSON SONSINI GOODRICH & ROSATI
1101 Market Street, Suite 2801                    Professional Corporation
Philadelphia, PA 19107                            1301 Avenue of the Americas, 40th Fl.
215-923-9300                                      New York, NY 10019
dnast@nastlaw.com                                 Tel: (212) 999-5800
                                                  Fax: (212) 999-5899

**Liaison and Lead Counsel for the Direct Purchaser Plaintiffs**

/s/ *Roberta D. Liebenberg*
Roberta D. Liebenberg
FINE, KAPLAN AND BLACK, R.P.C.
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
215-567-6565
rliebenberg@finekaplan.com

**Liaison and Lead Counsel for the End-Payer Plaintiffs**

/s/ *William J. Blechman*
William J. Blechman
KENNY NACHWALTER, P.A.
1441 Brickell Avenue
Suite 1100
Miami, FL 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
wblechman@knpa.com

**Liaison Counsel for Direct Action Plaintiffs and Counsel for the Kroger Direct Action Plaintiffs**

cpak@wsgr.com

/s/ *Sheron Korpus*
Sheron Korpus
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
skorpus@kasowitz.com

/s/ *Devora W. Allon*
Devora W. Allon
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-5967
Fax: (212) 446-6460
devora.allon@kirkland.com

/s/ *Alison Tanchyk*
Alison Tanchyk
MORGAN, LEWIS & BOCKIUS, LLP
600 Brickell Ave., Suite 1600
Miami, FL 33133
Tel: (305) 415-3444
Fax: (215) 963-5001
alison.tanchyk@morganlewis.com

**Defendants' Liaison Counsel**