# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL NO. 2724**<br>**16-md-2724** |
| *IN RE: CLOBETASOL CASES* | **DPP CASE: 16-CB-27241** |
| *IN RE: CLOMIPRAMINE CASES* | **DPP CASE: 16-CM-27241** |
| **THIS DOCUMENT APPLIES TO:**<br>*DPP BELLWETHER ACTIONS* | |

## ORDER

**AND NOW**, this 7th day of March 2025, upon consideration of the Motion for Class Certification [16-CM-27242: Doc. No. 84; 16-CB-27242: Doc. No. 134], as well as the responses and replies thereto, and after hearings and arguments held on December 18, 2024, and for the reasons set forth in the accompanying Opinion, it is hereby **ORDERED** that DPPs' motion is **GRANTED**.

In addition, the DPPs are directed to file exhibits to their motion for class certification in accordance with the Court's sealing order [16-CM-27242: Doc. No. 127; 16-CB-27242: Doc. No. 181].

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
**CYNTHIA M. RUFE, J.**