# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL INDIRECT RESELLER PLAINTIFF (IRP) ACTIONS | MDL 2724<br>16-md-2724<br>HON. CYNTHIA M. RUFE<br><br>CIVIL ACTIONS:<br>16-PV-27243<br>18-cv-2533<br>19-cv-6044 |

### SUPPLEMENTAL DECLARATION OF CAMERON R. AZARI, ESQ. REGARDING REQUESTS FOR EXCLUSION

I, Cameron R. Azari, Esq., hereby declare and state as follows:

1. My name is Cameron R. Azari, Esq. I have personal knowledge of the matters set forth herein, and I believe them to be true and correct.

2. I am a nationally recognized expert in the field of legal notice and have served as an expert in hundreds of federal and state cases involving class action notice plans.

3. I am a Senior Vice President of Epiq Class Action and Claims Solutions, Inc. ("Epiq") and the Director of Legal Notice for Hilsoft Notifications, a firm that specializes in designing, developing, analyzing, and implementing large-scale, un-biased, legal notification plans. Hilsoft Notifications is a business unit of Epiq. References to Epiq in this declaration include Hilsoft Notifications.

4. The facts in this declaration are based on my personal knowledge, as well as information provided to me by my colleagues in the ordinary course of my business at Epiq.

### OVERVIEW

5. This declaration provides an Amended Exclusion Report for the Apotex Settlement for *In re Generic Pharmaceuticals Pricing Antitrust Litigation*, Case No. 16-md-2724 in the United States District Court for the Eastern District of Pennsylvania. On August 30, 2024, I submitted my *Declaration of Cameron R. Azari, Esq. Regarding Notice Program* ("Notice Plan Declaration") which described the Notice Plan, detailed Hilsoft's class action notice experience,

and attached Hilsoft's *curriculum vitae*. I also provided my educational and professional experience relating to class actions and my ability to render opinions on overall adequacy of notice plans. On February 6, 2025, I executed my *Declaration of Cameron R. Azari, Esq. Regarding Implementation and Adequacy of Notice Program* ("Implementation Declaration") which detailed the successful implementation of the Notice Plan, provided administration statistics, and attached the original Exclusion Report.

### *Requests for Exclusion*

6. As detailed in my Implementation Declaration, the deadline to request exclusion from the Settlement was January 16, 2025.[1] In my Implementation Declaration, I report that as of February 4, 2025, Epiq had received **three** requests for exclusion and attached the Exclusion Report.

7. After my Implementation Declaration was filed with the Court, Epiq was made aware that a package with requests for exclusion dated January 15, 2025, was *not* delivered to Epiq to be processed and reported to the Court in my Implementation Declaration. Epiq partnered with Class Counsel and obtained a duplicate copy of the requests for exclusion from the attorney who sent the original missing package. Epiq is also in contact with the United States Postal Service ("USPS") who is conducting an investigation to determine why the package was not delivered to Epiq. The USPS is currently attempting to locate the missing package.

8. All facts indicate the requests for exclusion were made on time and in good faith and should be allowed. Class Counsel agree.

9. As of February 12, 2025, Epiq has received 153 total requests for exclusion (including the three previously reported to the Court in my Implementation Declaration and the 150 included in the missing request for exclusion package). The Amended Exclusion Report is included as **Attachment 1**.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 14, 2025.

_____
Cameron R. Azari, Esq.

---

[1] There was a typographical error in my Implementation Declaration. The deadline to request exclusion from the Settlement was January 16, 2025, not January 16, 2024.

# Attachment 1



*In Re Generic Pharmaceuticals Pricing Antitrust Litigation*
**Apotex Amended Exclusion Report**

| Number | Name |
|---|---|
| 1 | Evan's Drug Inc |
| 2 | CIBD Pharmacy |
| 3 | The Family Clinic |
| 4 | Albany Area Primary Health Care, Inc. |
| 5 | Allina Health System |
| 6 | Armstrong County Memorial Hospital, d/b/a ACMH Hospital |
| 7 | Astera Health, f/k/a Tri-County Health Care |
| 8 | Augusta Health Care, Inc., d/b/a/ Augusta Health |
| 9 | Avera Health |
| 10 | Baptist Health |
| 11 | Baxter County Hospital, Inc., d/b/a/ Baxter Regional Medical Center |
| 12 | Baystate Health, Inc. |
| 13 | Beaufort Jasper Hampton Comprehensive Health Services, Inc. |
| 14 | Berkshire Health Systems, Inc. |
| 15 | Billings Clinic |
| 16 | Broad Top Area Medical Centers, Inc. |
| 17 | Cape Cod Healthcare, Inc. |
| 18 | Care New England Health System, d/b/a Care New England |
| 19 | CaroMont Health, Inc. |
| 20 | CentraCare Health System |
| 21 | Central Texas Community Health Centers, d/b/a/ CommUnityCare |
| 22 | Collier Health Services, Inc., d/b/a Healthcare Network |
| 23 | Community Health Center of Snohomish |
| 24 | Confluence Health |
| 25 | Conway Regional Health System |
| 26 | Cook County Hospital District, d/b/a North Shore Health |
| 27 | Cook Hospital |
| 28 | Crusaders Central Clinic Association |
| 29 | Dallas County Medical Center |
| 30 | Delta Memorial Hospital |
| 31 | Douglas County Hospital, d/b/a Alomere Health |
| 32 | Drew Memorial Hospital, Inc., d/b/a/ Drew Memorial Health System |
| 33 | Duval's Pharmacy |
| 34 | East Boston Neighborhood Health Center Corporation |
| 35 | Ely-Bloomenson Community Hospital |
| 36 | Erie Family Health Center, Inc. |
| 37 | Essentia Health |



*In Re Generic Pharmaceuticals Pricing Antitrust Litigation*
**Apotex Amended Exclusion Report**

| Number | Name |
|---|---|
| 38 | Evangelical Community Health |
| 39 | Fairview Health Services |
| 40 | Fulton County Medical Center |
| 41 | Gillette Children's Specialty Healthcare |
| 42 | Glacial Ridge Health System |
| 43 | Granby Pharmacy, Inc., d/b/a Center Pharmacy |
| 44 | Great Lakes Bay Health Centers |
| 45 | Great Salt Plains Health Center, Inc. |
| 46 | Greater Lawrence Family Health Center |
| 47 | Health Partners of Western Ohio |
| 48 | HealthPoint |
| 49 | Hennepin Healthcare System, Inc. |
| 50 | Independence Health System |
| 51 | Intermountain Health Care, Inc. |
| 52 | International Community Health Services |
| 53 | Jackson-Madison County General Hospital District, d/b/a/ West Tennessee Healthcare |
| 54 | Kittson Healthcare |
| 55 | Knight Health Holdings LLC, d/b/a ScionHealth |
| 56 | Kootenai Hospital District |
| 57 | Lake Region Healthcare Corporation |
| 58 | Lakewood Health System |
| 59 | Lehigh Valley Health Network, Inc. |
| 60 | LifeCare Medical Center |
| 61 | Lifepoint Corporate Services, General Partnership |
| 62 | Lifespan Corporation |
| 63 | Logan Health |
| 64 | Longview Wellness Center, Inc., d/b/a Wellness Pointe |
| 65 | Lutheran Charity Association, d/b/a Jamestown Regional Medical Center |
| 66 | Madelia Health |
| 67 | Madison Health, f/k/a Madison Memorial Hospital |
| 68 | Madison Healthcare Services, d/b/a/ Madison Hospital |
| 69 | Main Line Health, Inc. |
| 70 | Marana Health Center, Inc. |
| 71 | Mary Rutan Hospital, d/b/a Mary Rutan Health |
| 72 | Mass General Brigham Incorporated |
| 73 | Mayo Clinic |
| 74 | MedCura Health, Inc. |



*In Re Generic Pharmaceuticals Pricing Antitrust Litigation*
**Apotex Amended Exclusion Report**

| Number | Name |
|---|---|
| 75 | Meeker Memorial Hospital and Clinics |
| 76 | Memorial Hospital of Laramie County, d/b/a Cheyenne Regional Medical Center |
| 77 | Memorial Hospital of Sweetwater County |
| 78 | Memorial Sloan Kettering Cancer Center |
| 79 | Middlesex Health System, Inc., d/b/a Middlesex Health |
| 80 | MillCreek Community Hospital |
| 81 | Mille Lacs Health System |
| 82 | Montefiore Medical Center |
| 83 | Mount Nittany Health System |
| 84 | Mount Sinai Hospitals Group, Inc. |
| 85 | Murray County Medical Center |
| 86 | MVMEDSHOP, Inc., d/b/a/ Vineyard Scripts |
| 87 | Nationwide Children's Hospital |
| 88 | North Big Horn Hospital District |
| 89 | North Canyon Medical Center |
| 90 | North Memorial Health Care, d/b/a/ North Memorial Health |
| 91 | North Olympic Healthcare Network |
| 92 | Northern Itasca Hospital District, d/b/a Bigfork Valley |
| 93 | Northfield Hospitals + Clinics |
| 94 | Novant Health, Inc. |
| 95 | Nuvance Health |
| 96 | NYU Langone Hospitals |
| 97 | Ochsner Clinic Foundation |
| 98 | Olmsted Medical Center |
| 99 | Ortonville Area Health Services |
| 100 | Overlake Hospital Medical Center |
| 101 | PeaceHealth |
| 102 | Peak Vista Community Health Centers |
| 103 | Penn Highlands Healthcare |
| 104 | Perham Hospital District, d/b/a/ Perham Health |
| 105 | Pikeville Medical Center, Inc. |
| 106 | Providence St. Joseph Health |
| 107 | Pueblo Community Health Center, Inc. |
| 108 | Regional Health Services, d/b/a/ Glencoe Regional Health |
| 109 | Ridgeview Medical Center, Inc., d/b/a Ridgeview |
| 110 | River's Edge Hospital |
| 111 | Riverview Healthcare Association |



*In Re Generic Pharmaceuticals Pricing Antitrust Litigation*
**Apotex Amended Exclusion Report**

| Number | Name |
|---|---|
| 112 | Roanoke Chowan Community Health Center |
| 113 | Rutherford County Primary Care Clinics, Inc., d/b/a Primary Care & Hope Clinic |
| 114 | RWJBarnabas Health, Inc. |
| 115 | Salem Community Hospital, d/b/a/ Salem Regional Medical Center |
| 116 | Sanford |
| 117 | Select Medical Corporation |
| 118 | SGOH Acquisition, Inc., d/b/a/ Ozarks Community Hospital |
| 119 | Shasta Community Health Center |
| 120 | Shawnee Health Service and Development Corporation |
| 121 | Sleepy Eye Medical Center |
| 122 | St. Clair Health Corp., d/b/a St. Clair Health |
| 123 | St. Luke's Health Network, Inc., d/b/a St. Luke's University Health Network |
| 124 | St. Luke's Hospital of Duluth |
| 125 | St. Luke's Health System of Idaho |
| 126 | St. Thomas Community Health Center |
| 127 | Stamford Health, Inc. |
| 128 | Stigler Health & Wellness Center, Inc. |
| 129 | Syringa Hospital Districts, d/b/a/ Syringa Hospital & Clinics |
| 130 | The Chautauqua Center, Inc. |
| 131 | The Children's Hospital Corporation, d/b/a Boston Children's Hospital |
| 132 | The Children's Hospital of Philadelphia |
| 133 | The DCH Health Care Authority, d/b/a/ DCH Health System |
| 134 | The Guthrie Clinic |
| 135 | The New York and Presbyterian Hospital |
| 136 | The Regents of the University of Michigan on behalf of University of Michigan Health |
| 137 | Thomas Jefferson University, d/b/a/ Jefferson Health |
| 138 | Tri-Area Community Health |
| 139 | UC Health, LLC, d/b/a UC Health |
| 140 | UF Health (Shands Teaching Hospital and Clinics, Inc. and Shands Jacksonville Medical Center, Inc.) |
| 141 | UHS of Delaware, Inc. |
| 142 | UMass Memorial Care, Inc. |
| 143 | United Hospital District |
| 144 | University Health Systems of Eastern Carolina, d/b/a ECU Health |
| 145 | Upham's Corner Health Committee, Inc., d/b/a Upham's Corner Health Center |
| 146 | UPMC |
| 147 | Valley Health System |
| 148 | Valor Health |



*In Re Generic Pharmaceuticals Pricing Antitrust Litigation*
**Apotex Amended Exclusion Report**

| Number | Name |
|---|---|
| 149 | WakeMed, d/b/a WakeMed Health & Hospitals |
| 150 | Welia Health |
| 151 | Wellpath LLC |
| 152 | White River Health System, Inc., d/b/a/ White River Medical Center |
| 153 | Winona Health Services |