# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL No. 2724<br>Case No. 2:16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*Direct Purchaser Plaintiffs' Actions* | HON. CYNTHIA M. RUFE |

## FINAL ORDER AND JUDGMENT REGARDING
## DPPS' SANDOZ SETTLEMENT

**AND NOW**, this 17th day of March 2025, upon consideration of Direct Purchaser Plaintiffs' Motion for Final Approval of (1) Direct Purchaser Plaintiffs' Sandoz Settlement and (2) the Plan of Allocation [MDL Doc. No. 3163], and Direct Purchaser Plaintiffs César Castillo, LLC, FWK Holdings, LLC, Rochester Drug Cooperative, Inc., and KPH Healthcare Services, Inc. a/k/a Kinney Drugs, Inc. ("DPPs") and Defendants Sandoz Inc. and Fougera Pharmaceuticals Inc. ("Settling Defendants") having entered into a Settlement Agreement to fully and finally resolve the Settlement Class's claims against Settling Defendants,[1] and the Court having held a hearing in open court on March 17, 2025, it is hereby **ORDERED** that the Motion is **GRANTED** and:

    1.    The Preliminary Approval Order dated June 26, 2024 [MDL Doc. No. 3021] certified the following Settlement Class pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3):

> All persons or entities, and their successors and assigns, that directly purchased one or more of the Named Generic Drugs from one or more Current or Former

---

[1] Unless otherwise noted, the capitalized terms used in this Order have the same meanings as defined in the Settlement Agreement. *See* MDL Doc. No. 3010-3, Ex. A.

Defendants in the United States and its territories and possessions, at any time during the period from May 1, 2009 until December 31, 2019.

Excluded from the Settlement Class are Current and Former Defendants and their present and former officers, directors, management, employees, subsidiaries, or affiliates, judicial officers and their personnel, and all governmental entities.

2. Pursuant to Federal Rule of Civil Procedure 23, the Court finds that the Settlement Agreement between DPPs and Settling Defendants is fair, reasonable and adequate and approves the Settlement Agreement in its entirety.

3. The Court finds that the dissemination of the Notice via first-class mail, publication, and the establishment and maintenance of a dedicated website were implemented in accordance with the Order granting preliminary approval [MDL Doc No. 3021], and satisfies the requirements of Federal Rules of Civil Procedure 23(c)(2)(B) and 23(e), the United States Constitution and other applicable laws and rules, and constituted the best notice practicable under the circumstances.

4. The persons and entities identified in Exhibit A, which is attached hereto and incorporated by reference herein, have timely and validly requested exclusion from the Settlement Class, or have otherwise been permitted to seek exclusion by this Court, and are hereby excluded from the Settlement Class, are not bound by this Final Judgment, and may not make any claim or receive any benefit from the Settlement, whether monetary or otherwise. Said excluded persons and entities may not pursue any claims released under the Settlement Agreement on behalf of those who are bound by this Final Judgment. Each Settlement Class Member not appearing in Exhibit A is bound by this Final Judgment and will remain forever bound.

5. DPPs' claims against Settling Defendants are dismissed, with prejudice and in their entirety, and except as provided for in the Settlement Agreement, without costs, as to

Settling Defendants. This dismissal shall not affect, in any way, the rights of DPPs or members of the Settlement Class to pursue claims not released by the Settlement Agreement.

6.  DPPs and all members of the Settlement Class (on behalf of themselves and their respective past and present parents, subsidiaries, and affiliates, as well as their past and present general and limited partners, officers, directors, employees, agents, attorneys, servants, predecessors, successors, heirs, executors, administrators, and representatives) ("Releasors") agree to dismiss Settling Defendants (and its past and present parents (including Novartis AG and its subsidiaries), subsidiaries, divisions, affiliates, stockholders, and general or limited partners, as well as their past and present respective officers, directors, employees, trustees, insurers, agents, attorneys, and any other representatives thereof) (the "Releasees"), except that this release shall not apply to any present or former officer, director, employee, trustee, insurer, agent, attorney, or other representative of the Settling Defendants who does not cooperate with DPPs pursuant to the Cooperation Agreement and Paragraph 10 of the Settlement Agreement. And as further provided under Settlement Class Counsel's reservation of rights in Paragraph 14 of the Settlement Agreement, this Final Order and Judgment does not release any non-settling defendant's liability in the Action, nor does it absolve Settling Defendants' present or former officers, directors, employees, trustees, insurers, agents, attorneys, or other representatives from their duty to cooperate in discovery in their capacity as a current or former officer, director, employee, trustee, insurer, agent, attorney, or other representative for other, non-settling defendants. Subject to these exceptions and reservation of rights, the Releasees shall be completely released, acquitted, and forever discharged from any and all claims, demands, actions, suits, causes of action, whether class, individual, or otherwise in nature (whether or not any Settlement Class member has objected to the Settlement or makes a claim upon or

participates in the Settlement Fund, whether directly, representatively, derivatively or in any other capacity) that DPPs and the Settlement Class, or each of them, ever had, now has, or hereafter can, shall, or may have on account of, or in any way arising out of, any and all known and unknown, foreseen and unforeseen, suspected or unsuspected, actual, contingent, or joint and several, liquidated or unliquidated claims, injuries, damages, and the consequences thereof in any way arising out of, or relating in any way to, any of the claims in the Action, whether actual or alleged, from the beginning of the world up to the date of execution of the Settlement Agreement, including any conduct alleged, and causes of action asserted or that could have been alleged or asserted, based upon the allegations in the Action, relating to the Named Generic Drugs or other generic drugs that could have been named based on the facts alleged in the Action, including but not limited to those arising under any federal or state antitrust, unfair competition, unfair practices, price discrimination, unitary pricing, or trade practice law (the "Released Claims"). The release of Released Claims shall not preclude DPPs from pursuing any and all claims against other defendants for the sale of the Named Generic Drugs or other generic drugs sold by those defendants or their alleged co-conspirators. Nothing herein, and nothing in Paragraph 13 of the Settlement Agreement, shall release any claims (a) arising in the ordinary course of business between Releasors and the Releasees arising under Article 2 of the Uniform Commercial Code (pertaining to sales), other than claims based in whole or in part on any of the Released Claims; (b) for the indirect purchase of any of the Named Generic Drugs or any other generic drugs; (c) for negligence, breach of contract, bailment, failure to deliver, lost goods, damaged or delayed goods, breach of warranty, or product liability claims between any of the Releasees and any of the Releasors relating to any of the Named Generic Drugs or any other generic drugs, other than claims based in whole or in part on any of the Released Claims; (d) as

4

to any generic drug, including any of the Named Generic Drugs, that is currently the subject of any unrelated pending litigation against Settling Defendants that is not part of the Action; (e) as to any generic drug, including any of the Named Generic Drugs, that is, after the date of the Settlement Agreement, the subject of any unrelated litigation brought against Settling Defendants under federal or state antitrust laws or under RICO where the allegation is that generic competition was delayed (e.g., reverse payment, sham litigation, sham citizen petition, or "Walker Process" fraud cases) or otherwise reduced or impaired by alleged conduct other than that pled or based on the facts alleged in the DPPs' complaints in the Action; (f) for any claims of any type relating to any drugs other than the Named Generic Drugs, other than those pled or based on the facts alleged in the DPPs' complaints in the Action. DPPs and the Settlement Class shall not seek to establish liability against any Releasee based, in whole or in part, upon any of the Released Claims or conduct at issue in the Released Claims.

7. DPPs and each member of the Settlement Class hereby expressly waives and releases any and all provisions, rights, and benefits conferred by § 1542 of the California Civil Code, which reads:

> **SECTION 1542. GENERAL RELEASE–CLAIMS EXTINGUISHED.**
> **A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS THAT THE CREDITOR OR RELEASING PARTY DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE, AND THAT, IF KNOWN BY HIM OR HER, WOULD HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR OR RELEASED PARTY.**

DPPs and each member of the Settlement Class also hereby expressly waives and releases any and all provisions, rights, and benefits conferred by any law of any state or territory of the United States or other jurisdiction, or principle of common law, which is similar, comparable, or equivalent to § 1542 of the California Civil Code. DPPs and each member of the Settlement

Class may hereafter discover facts other than or different from those that it knows or believes to be true with respect to the claims that are the subject of this Paragraph, but DPPs and each member of the Settlement Class have agreed that as of the February 28, 2024, they expressly waive and fully, finally, and forever settle and release as to the Releasees all known or unknown, suspected or unsuspected, accrued or unaccrued, contingent or non-contingent claim that would otherwise fall within the definition of Released Claims, whether or not concealed or hidden, without regard to the subsequent discovery or existence of such different or additional facts. For the avoidance of doubt, DPPs and each member of the Settlement Class also hereby agrees that, they expressly waive and fully, finally, and forever settle and release any and all claims that would otherwise fall within the definition of Released Claims it may have against any of the Releasees under § 17200, *et seq.*, of the California Business and Professions Code or any similar, comparable, or equivalent provision of the law of any other state or territory of the United States or other jurisdiction, which claims are hereby expressly incorporated into the definition of Released Claims.

8. This Final Judgment does not settle or compromise any claims by DPPs or the Settlement Class against any person or entities other than the Released Parties, and all rights against any other Defendant or other person or entity are specifically reserved.

9. Without affecting the finality of this Final Judgment, the Court retains exclusive jurisdiction over the Action and the Settlement Agreement, including the administration, interpretation, consummation, and enforcement of the Settlement Agreement.

10. Pursuant to Federal Rule of Civil Procedure 54(b), the Court finds that there is no just reason for delay and hereby directs the entry of this Final Judgment of dismissal forthwith as to the Released Parties.

**BY THE COURT:**

**/s/ Cynthia M. Rufe**
_____
**CYNTHIA M. RUFE, J.**

# EXHIBIT A

## ENTITIES EXCLUDED FROM THE SETTLEMENT

1. Accredo Health Group, Inc.
2. Acme Markets
3. Advanced PCS
4. AdvanceRx Com Inc
5. Albany Area Primary Health Care, Inc.
6. Albertsons
7. Albertsons Companies LLC
8. Albertsons Companies, Inc.
9. Albertsons LLC
10. Albertsons Market
11. Albertsons, Inc.
12. Alliance
13. Alliance BMP
14. Alliance Boots
15. Alliance Healthcare
16. Alliance RX Walgreens Prime Pharmacy
17. Alliance Sante
18. Alliance UniChem
19. Allina Health System
20. American Drug Stores
21. American Stores Company
22. Andronico's
23. Andronico's Community Markets
24. Armstrong County Memorial Hospital, d/b/a ACMH Hospital
25. Astera Health, f/k/a Tri-County Health Care
26. Augusta Health Care, Inc., d/b/a Augusta Health
27. Avera Health
28. Baker's
29. Balducci's Food Lover's Markets
30. Baptist Health
31. Bartell Drug Company
32. Baxter County Hospital, Inc.; d/b/a Baxter Regional Medical Center
33. Baystate Health, Inc.
34. Beaufort Jasper Hampton Comprehensive Health Services, Inc.
35. Berkshire Health Systems, Inc.
36. Billings Clinic
37. Bi-Lo
38. Bi-Lo Holding Finance LLC
39. Bi-Lo Holding LLC
40. Bi-Lo LLC
41. Bi-Lo, LLC
42. Bowen Development

43. Bravo Health Mid-Atlantic Inc.
44. Bravo Health Pennsylvania Inc.
45. Broad Top Area Medical Centers, Inc.
46. Bruno's Supermarkets Incorporated
47. Burlington Drug
48. Burlington Drug Company
49. Burrells
50. Burrells Limited
51. Cape Cod Healthcare, Inc.
52. Care New England Health System, d/b/a Care New England
53. CaroMont Health System
54. Carr-Gottstein Foods Co.
55. CenterWell Pharmacy, Inc.
56. CentraCare Health System
57. Central Market
58. Central Texas Community Health Centers, d/b/a CommUnityCare
59. Cigna Corporation
60. Cigna Health and Life Insurance Company
61. Cigna HealthCare of Arizona, Inc.
62. Cigna HealthCare of California, Inc.
63. Cigna HealthCare of Colorado, Inc.
64. Cigna HealthCare of Connecticut, Inc.
65. Cigna HealthCare of Florida, Inc.
66. Cigna HealthCare of Georgia, Inc.
67. Cigna HealthCare of Illinois, Inc.
68. Cigna HealthCare of Indiana, Inc.
69. Cigna HealthCare of Maine, Inc.
70. Cigna HealthCare of Massachusetts, Inc.
71. Cigna HealthCare of Mid-Atlantic, Inc.
72. Cigna HealthCare of New Hampshire, Inc.
73. Cigna HealthCare of New Jersey, Inc.
74. Cigna HealthCare of North Carolina, Inc.
75. Cigna HealthCare of Pennsylvania, Inc.
76. Cigna HealthCare of South Carolina, Inc.
77. Cigna HealthCare of St. Louis, Inc.
78. Cigna HealthCare of Tennessee, Inc.
79. Cigna HealthCare of Texas, Inc.
80. Cigna HealthCare of Utah, Inc.
81. City Market
82. Collier Health Services, Inc., d/b/a Healthcare Network
83. Community Health Center of Snohomish
84. Company Amigos United
85. Confluence Health
86. Conway Regional Health System
87. Cook County Hospital District, d/b/a North Shore Health
88. Cook Hospital

89. Copps Food Center
90. Crusaders Central Clinic Association
91. CuraScript, Inc.
92. CVS Health Corp.
93. CVS Pharmacy, Inc.
94. Cystic Fibrosis Services
95. Cystic Fibrosis Services Inc.
96. Cystic Fibrosis Services LLC
97. Dallas County Medical Center
98. Delta Memorial Hospital
99. Dillon
100. Dillon Companies, Inc.
101. Dominick's
102. Dominick's Finer Foods, LLC
103. Douglas County Hospital, d/b/a Alomere Health
104. Drew Memorial Hospital, Inc., d/b/a Drew Memorial Health System
105. Duane Reade
106. Duane Reade, Inc.
107. Duval's Pharmacy, Inc.
108. East Boston Neighborhood Health Center Corporation
109. Eckerd
110. Ely-Bloomenson Community Hospital
111. Erie Family Health Center, Inc.
112. ESI Mail Pharmacy Service, Inc.
113. Essentia Health
114. Evangelical Community Health
115. Express Scripts Holding Company
116. Express Scripts Pharmaceutical Procurement LLC
117. Express Scripts Pharmacy, Inc.
118. Express Scripts, Inc.
119. Extreme Value
120. Extreme Value Centers
121. Fairview Health Services
122. FMJ, Inc.
123. Food 4 Less
124. Food 4 Less Holdings, Inc.
125. Foods Pavilion
126. Fred Meyer
127. Fred Meyer Jewelers, Inc.
128. Fred Meyer Stores, Inc.
129. Fred Meyer, Inc.
130. Fresco Y Mas
131. Fry's
132. Fulton county Medical Center
133. Genuardi's
134. Genuardi's Family Markets LP

3

135. Gerbes
136. Gillette Children's Specialty Healthcare
137. Glacial Ridge Health System
138. Globe Stores
139. Granby Pharmacy, Inc., d/b/a Center Pharmacy
140. Great Lakes Bay Health Centers
141. Great Salt Plains Health Center, Inc.
142. Greater Lawrence Family Health Center
143. Green Hills Insurance
144. H.E. Butt Grocery Company
145. H.E. Butt Grocery Company L.P.
146. Haggen
147. Haggen Food & Pharmacy
148. Happy Harry's
149. Happy Harry's Discount Drug Stores, Inc.
150. Happy Harry's Inc.
151. Harris Teeter
152. Harris Teeter, Inc.
153. Harris Teeter, LLC
154. Harveys
155. Health Partners of Western Ohio
156. HealthPoint
157. HealthSpring Life & Health Insurance Company, Inc.
158. HealthSpring of Florida, Inc.
159. HealthSpring Pharmacy of Tennessee, LLC
160. HealthSpring Pharmacy Services, LLC
161. Healthy Options, Inc.
162. H-E-B
163. Hennepin Healthcare System, Inc.
164. Home Chef
165. Humana Inc.
166. Humana Pharmacy, Inc.
167. Independence Health System
168. Infinity Infusion
169. Innoviant Pharmacy Inc.
170. Intermountain Health Care, Inc.
171. International Community Health Services
172. J M Smith
173. J M Smith Corporation
174. J.H. Harvey Co., LLC
175. Jackson-Madison County General Hospital District, d/b/a West Tennessee Healthcare
176. Jay C Food Stores
177. Jerseymaid Milk Products
178. Jewel Food Stores
179. Jewel Foods

180. Jewel Foods, Inc.
181. Jewel-Osco Pharmacy
182. Junior Food Stores of West Florida, Inc.
183. Kerr Drug
184. Kessel
185. Kessel Food Markets, Inc.
186. King Soopers
187. Kings Food Markets
188. Kiosk Medicine Kentucky, LLC
189. Kittson Healthcare
190. Knight Health Holdings LLC, d/b/a ScionHealth
191. Kootenai Hospital District
192. KRGP Inc.
193. Kroger
194. Kroger Limited Partnership I
195. Kroger Limited Partnership II
196. Kroger Texas L.P.
197. Lake Region Healthcare Corporation
198. Lakewood Health System
199. Lawrence Brothers
200. Lawrence Brothers Co.
201. Lawrence Brothers Pharmacy
202. Lehigh Valley Health Network, Inc.
203. LifeCare Medical Center
204. Lifepoint Corporate Services, General Partnership
205. Lifespan Corporation
206. Logan Health
207. Longview Wellness Center, Inc., d/b/a Wellness Pointe
208. Lucerne Foods, Inc.
209. Lucky Stores (Utah locations)
210. Lutheran Charity Association, d/b/a Jamestown Regional Medical Center
211. Lynnfield Compounding Center, Inc.
212. Lynnfield Drug, Inc.
213. Madelia Health
214. Madison Health, f/k/a Madison Memorial Hospital
215. Madison Healthcare Services, d/b/a Madison Hospital
216. Main Line Health, Inc.
217. Marana Health Center, Inc.
218. Mariano's Fresh Market
219. Market Street
220. Mary Ruan Hospital d/b/a Mary Rutan Health
221. Mass General Brigham Incorporated
222. Matthews Property 1, LLC
223. Mayo Clinic
224. May's Drug Stores

225. May's Drug Stores, Inc.
226. Medco Containment Insurance Company of NY
227. Medco Containment Life Insurance Company
228. MedCura Health, Inc.
229. Medicenter
230. Med-X
231. Med-X Corporation
232. Meeker Memorial Hospital and Clinics
233. Memorial Hospital of Laramie County, d/b/a Cheyenne Regional Medical Center
234. Memorial Hospital of Sweetwater County
235. Memorial Sloan Kettering Cancer Center
236. Metro Market
237. Middlesex Health System, Inc., d/b/a Middlesex Health
238. Millcreek Community Hospital
239. Mille Lacs Health System
240. Montefiore Medical Center
241. Mount Nittany Health System
242. Mount Sinai Hospitals Group, Inc.
243. Murray County Medical Center
244. MVMEDSHOP, Inc., d/b/a Vineyard Scripts
245. Nationwide Children's Hospital
246. New Albertson's Inc.
247. New Albertsons L.P.
248. North Big Horn Hospital District
249. North Canyon Medical Center
250. North Memorial Health Care, d/b/a North Memorial Health
251. North Olympic Healthcare Network
252. Northern Itasca Hospital District, d/b/a Bigfork Valley
253. Northfield Hospitals + Clinics
254. Novant Health, Inc.
255. Nuvance Health
256. NYU Langone Hospitals
257. Ochsner Clinic Foundation
258. Olmsted Medical Center
259. Omnicare
260. OptumRx Group Holdings, Inc.
261. OptumRx Holdings, LLC
262. OptumRx, Inc.
263. Ortonville Area Health Services
264. Osco Drugs
265. Overlake Hospital Medical Center
266. Owen's
267. Owen's Supermarket
268. Pak 'N Sav
269. Paul's Market

270. Pavilions Place Randall's
271. Pay Less Super Markets
272. PeaceHealth
273. Peak Vista Community Health Centers
274. Penn Highlands Healthcare
275. Perham Hospital District, d/b/a Perham Health
276. Peyton's
277. Peyton's Fountain
278. Peyton's Mid-South Company
279. Peyton's Northern
280. Peyton's Pheonix
281. Peyton's-Southeastern, Inc.
282. Pick 'n Save
283. Pikeville Medical Center, Inc.
284. Postal Prescription Services
285. Prime Therapeutics Specialty Pharmacy
286. Prime Therapeutics Specialty Pharmacy LLC
287. Priority Healthcare Corporation
288. Priority Healthcare Distribution, Inc.
289. Providence St. Joseph Health
290. Pueblo Community Health Center, Inc.
291. QFC
292. Raley's of New Mexico
293. Ralphs
294. Ralphs Grocery Company
295. Randall's Food & Drugs LP
296. Regional Health Services, d/b/a Glencoe Regional Health
297. Ridgeview Medical Center, Inc., d/b/a Ridgeview
298. Rite Aid Corporation
299. Rite Aid Hdqtrs. Corp.
300. River's Edge Hospital
301. Riverview Healthcare Association
302. Riviera Brands
303. Roanoke Chowan Community Health Center
304. Roundy's Inc.
305. Ruler Foods
306. Rutherford County Primary Care Clinics, Inc., d/b/a Primary Care & Hope Clinic
307. RWJ Barnabas Health, Inc.
308. S & W Pharmacy, Inc.
309. S&W Pharmacy
310. Safeway
311. Safeway Food & Drug
312. Safeway Inc.
313. Salem Community Hospital, d/b/a Salem Regional Medical Center
314. Sam's Club

315. Samson Merger Sub, LLC
316. Sanford
317. Save-Rite
318. Sav-On Drug
319. Scott's Foods
320. Scott's Pharmacy
321. Select Medical Corporation
322. SGOH Acquisition, Inc., d/b/a Ozarks Community Hospital
323. Shands Jacksonville Medical Center, Inc.
324. Shands Teaching Hospital and Clinics, Inc.
325. Shasta Community Health Center
326. Shawnee Health Service and Development Corporation
327. Shaw's Supermarkets, Inc.
328. Shop-Rite, LLC
329. Simon David
330. Sleepy Eye Medical Center
331. Smith Drug
332. Smith Drug Company
333. Smith's
334. Smith's Food & Drug Centers, Inc.
335. Southeastern Grocers Inc.
336. Southeastern Grocers LLC
337. Specialty Products Acquisitions, LLC
338. St. Clair Health Corp., d/b/a St. Clair Health
339. St. Luke's Health Network, Inc., d/b/a St. Luke's University Health Network
340. St. Luke's Health System, Ltd.
341. St. Luke's Hospital of Duluth
342. St. Thomas Community Health Center
343. Stamford Health, Inc.
344. Star Market
345. Stigler Health & Wellness Center, Inc.
346. Sunrise R&D Holdings, LLC
347. Sunrise Technology LLC
348. Super D. Drugs Acquisition Co.
349. Super Saver Foods
350. Superbrand
351. Superior
352. Superior Acquisitions Limited
353. Superior Holdings Limited
354. Sweet Bay
355. Syringa Hospital Districts, d/b/a Syringa Hospital & Clinics
356. Tel-Drug of Pennsylvania, LLC
357. Tel-Drug, Inc.
358. The Chautauqua Center, Inc.

359. The Children's Hospital Corporation, d/b/a Boston Children's Hospital
360. The Children's Hospital of Philadelphia
361. The Cigna Group
362. The DCH Health Care Authority, d/b/a DCH Health System
363. The Guthrie Clinic
364. The Kroger Co
365. The Kroger Co. of Michigan
366. The New York and Presbyterian Hospital
367. The Regents of the University of Michigan on behalf of University of Michigan Health
368. The Vons Companies, Inc.
369. Thomas Jefferson University, d/b/a Jefferson Health
370. TLC Corporate Services LLC
371. Tom Thumb Food & Drugs
372. Tri-Area Community Health
373. Trinity Home Care
374. UC Health, LLC, d/b/a UC Health
375. UHS of Delaware, Inc.
376. UMass Memorial Care, Inc.
377. United Express
378. United HealthCare Services, Inc.
379. United Hospital District
380. United Supermarkets
381. United Supermarkets, LLC
382. University Health Systems of Eastern Carolina, d/b/a ECU Health
383. Upham's Corner Health Committee, Inc., d/b/a Upham's Corner Health Center
384. UPMC
385. USA Drug
386. USA/Super D Franchising
387. Valley Health System
388. Valor Health
389. Vons
390. Vons Grocery Company
391. WakeMed d/b/a WakeMed Health & Hospitals
392. Walgreen
393. Walgreen Co.
394. Walgreen Company
395. Walgreens
396. Walmart Inc.
397. Welia Health
398. Wellpath LLC
399. White River Health System, Inc., d/b/a White River Medical Center
400. Winn-Dixie Corporation
401. Winn-Dixie Logistics, Inc.

402. Winn-Dixie Procurement, Inc.
403. Winn-Dixie Stores, Inc.
404. Winona Health Services