IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL NO. 2724  16-MD-2724 |
| | HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:  *ALL ACTIONS* | |

**JOINT PROPOSED AGENDA FOR
APRIL 10, 2025 GENERAL STATUS CONFERENCE**

Pursuant to Pretrial Order No. 292 [MDL Doc. No. 3258], Liaison Counsel hereby submit this joint proposed agenda of items to be brought before the Court at the General Status Conference scheduled for Thursday, April 10, 2025 at 1:30 pm:

1. Status of Oral Argument Regarding Summary Judgment Motions in the EPP and DPP Bellwether Cases

2. Status of Scheduling Discussions for the IRP *Pravastatin* and *Humana I* Bellwether Cases

3. Status of Trial Structure for the EPP and DPP Bellwether Cases

4. Status of Additional Bellwether Selections

Dated: April 3, 2025                            Respectfully submitted:

*/s/ Dianne M. Nast*                            */s/ Chul Pak*
Dianne M. Nast                                   Chul Pak
NASTLAW LLC                                      WILSON SONSINI GOODRICH & ROSATI
1101 Market Street, Suite 2801                   Professional Corporation
Philadelphia, PA 19107                           1301 Avenue of the Americas, 40th Fl.
215-923-9300                                     New York, NY 10019
dnast@nastlaw.com                                Tel: (212) 999-5800
                                                 Fax: (212) 999-5899

**Liaison and Lead Counsel for the Direct Purchaser Plaintiffs**

/s/ *Roberta D. Liebenberg*
Roberta D. Liebenberg
FINE, KAPLAN AND BLACK, R.P.C.
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
215-567-6565
rliebenberg@finekaplan.com

**Liaison and Lead Counsel for the End-Payer Plaintiffs**

/s/ *William J. Blechman*
William J. Blechman
KENNY NACHWALTER, P.A.
1441 Brickell Avenue
Suite 1100
Miami, FL 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
wblechman@knpa.com

**Liaison Counsel for Direct Action Plaintiffs and Counsel for the Kroger Direct Action Plaintiffs**

cpak@wsgr.com

/s/ *Sheron Korpus*
Sheron Korpus
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
skorpus@kasowitz.com

/s/ *Devora W. Allon*
Devora W. Allon
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-5967
Fax: (212) 446-6460
devora.allon@kirkland.com

/s/ *Alison Tanchyk*
Alison Tanchyk
MORGAN, LEWIS & BOCKIUS, LLP
600 Brickell Ave., Suite 1600
Miami, FL 33133
Tel: (305) 415-3444
Fax: (215) 963-5001
alison.tanchyk@morganlewis.com

**Defendants' Liaison Counsel**