# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL NO. 2724<br>16-MD-2724 |
| *IN RE: CLOBETASOL CASES* | DPP CASE: 16-CB-27241<br>EPP CASE: 16-CB-27242 |
| *IN RE: CLOMIPRAMINE CASES* | DPP CASE: 16-CM-27241<br>EPP CASE: 16-CM-27242 |
| THIS DOCUMENT RELATES TO:<br>*DPP AND EPP BELLWETHER ACTIONS* | HON. CYNTHIA M. RUFE |

## THE BELLWETHER PARTIES' JOINT STIPULATION RELATED TO
## EPP *CLOMIPRAMINE* AND DPP *CLOBETASOL* CASES

WHEREAS, pursuant to Pretrial Order No. 294 (MDL Doc. 3282), the parties to the bellwether cases captioned above have been preparing these matters for trials to commence in August 2025;

WHEREAS, the Court's April 23, 2025 Order (MDL Doc. 3347) set two of the four cases for an August 4, 2025 trial pool, with the EPP *Clobetasol* case to begin August 4, 2025, and the DPP *Clomipramine* case to follow;

WHEREAS, the parties agree that focusing their pretrial preparations on the cases currently scheduled for trial – EPP *Clobetasol* and DPP *Clomipramine* – will maximize efficiency and conserve the resources of the parties and the Court;

WHEREAS, the parties agree that, subject to Court approval, adjournment of the pretrial schedule for EPP *Clomipramine* and DPP *Clobetasol* is appropriate to conserve the resources of the parties and the Court;

WHEREAS, the parties further agree that, subject to Court approval, in the absence of settlements after the initial set of trials or other direction from the Court, a deadline for resumption of pretrial preparations of the EPP *Clomipramine* and DPP *Clobetasol* cases is appropriate;

NOW THEREFORE, the undersigned Bellwether Parties hereby **STIPULATE AND AGREE** as follows:

1. Effective May 9, 2025, the deadlines in PTO 294 shall be adjourned for EPP *Clomipramine* and DPP *Clobetasol*, except as to proceedings relating to summary judgment, which shall continue for all four DPP/EPP bellwether cases.

2. Provided the parties to either EPP *Clomipramine* or DPP *Clobetasol* are unable to reach settlement, the pretrial activities required by PTO 294 shall resume for one or both cases with Motions on Disputed Legal Issues due **45 days** after the jury reaches a verdict in the Court's last trial of either EPP *Clobetasol* or DPP *Clomipramine*.

3. Provided one or both of EPP *Clomipramine* or DPP *Clobetasol* resumes pretrial activities as described above, the parties to that action or those actions will negotiate a revised pretrial schedule using the same time intervals provided in PTO 294 starting with Motions on Disputed Legal Issues, subject to adjustments that account for the Court's schedule (including available trial dates for EPP *Clomipramine* and/or DPP *Clobetasol*) and other appropriate considerations such as holidays.

4. For instance, events that will occur one week after the May 9, 2025 deadline for

Motions on Disputed Legal issues in EPP Clobetasol and DPP Clomipramine (*i.e.*, May 16, 2025 exchanges of objections to witness lists, motions for limited discovery on authenticity and admissibility for good cause shown, exchanges of objections and counter-designations, exchanges of drafts of stipulations of undisputed facts, and exchanges of drafts of jury instructions and verdict forms), would occur one week after the Motions on Disputed Legal Issues in EPP Clomipramine and DPP Clobetasol (*e.g.,* if Motions on Disputed Legal Issues are due on October 13, 2025, those other events are due on October 20, 2025).

**IT IS SO STIPULATED.**

Dated: May 9, 2025

*/s/ Dianne M. Nast*
Dianne M. Nast
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, PA 19107
(215) 923-9300
dnast@nastlaw.com

*Lead and Liaison Counsel for the Direct Purchaser Plaintiffs*

*/s/ Roberta D. Liebenberg*
Roberta D. Liebenberg
FINE, KAPLAN AND BLACK, R.P.C.
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
215-567-6565
rliebenberg@finekaplan.com

*Lead and Liaison Counsel for the End-Payer Plaintiffs*

*/s/ Seth A. Moskowitz*
Seth A. Moskowitz
Sheron Korpus
Seth Davis
David M. Max
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800
smoskowitz@kasowitz.com
skorpus@kasowitz.com
sdavis@kasowitz.com
dmax@kasowitz.com

*Counsel for Defendants Actavis Holdco U.S., Inc. and Actavis Pharma, Inc.*

**WILSON SONSINI GOODRICH & ROSATI, P.C.**

*/s/ Chul Pak*
Chul Pak
Michael Sommer
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329

3

Email: cpak@wsgr.com
Email: msommer@wsgr.com

Seth C. Silber
Jeffrey C. Bank
Wilson Sonsini Goodrich & Rosati, P.C.
1700 K Street NW, Fifth Floor
Washington, DC 20006
Telephone: (202) 973-8800
Facsimile: (866) 974-7329
Email: ssilber@wsgr.com
Email: jbank@wsgr.com

*Counsel for Mylan Defendants*

*/s/ Clifford Katz*
Clifford Katz
Damon Suden
**KELLEY DRYE & WARREN LLP**
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
ckatz@kelleydrye.com
dsuden@kelleydrye.com

*Counsel for Defendants Wockhardt USA LLC and Morton Grove Pharmaceuticals, Inc.*

*/s/ John M. Taladay*
John M. Taladay
Christopher P. Wilson
JoAnna Adkisson
**BAKER BOTTS LLP**
700 K Street NW
Washington, DC 20001
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
john.taladay@bakerbotts.com
christopher.wilson@bakerbotts.com
joanna.adkisson@bakerbotts.com

Lauri A. Kavulich
**CLARK HILL PLC**
2001 Market St, Suite 2620

Philadelphia, PA 19103
Telephone: (215) 640-8500
Facsimile: (215) 640-8501
lkavulich@clarkhill.com

Lindsay S. Fouse
**CLARK HILL PLC**
301 Grant St, 14th Floor
Pittsburgh, PA 15219
Telephone: (412) 394-7711
Facsimile: (412) 394-2555
lfouse@clarkhill.com

*Counsel for Defendant Taro Pharmaceuticals U.S.A., Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2025, a true and correct copy of the foregoing was served via CM/ECF upon all counsel of record.

Dated:  May 9, 2025                                                                                          */s/ Seth A. Moskowitz*