IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*All End-Payer Plaintiffs' Actions* | MDL No. 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |

### ORDER

**AND NOW,** this 27th day of May 2025, upon consideration of the attached stipulation, and Special Master Lawrence Stengel, to whom the matter has been referred, having approved the requested extension of time, it is hereby **ORDERED** that the stipulation is **APPROVED**. The deadline for Defendants Sandoz, Inc. and Fougera Pharmaceuticals (collectively, "Sandoz") and End-Payer Plaintiffs ("EPPs") to respond to the States' Motion to Intervene to Object to the Proposed Settlement between EPPs and Sandoz shall be **May 30, 2025**. The deadline for Alaska, Arizona, California, Colorado, Connecticut, Delaware, Georgia, Idaho, Illinois, Indiana, Iowa, Kansas, Maine, Maryland, Massachusetts, Michigan, Minnesota, Montana, Nevada, New Hampshire, New Jersey, New York, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, Rhode Island, Tennessee, Utah, Vermont, Virginia, Washington, West Virginia, Wisconsin, Wyoming, the Commonwealths of the Northern Mariana Islands and Puerto Rico, the Territory of the Virgin Islands, and the District of Columbia (collectively, the "States"), by and through their respective Attorneys General, to reply shall be **June 12, 2025**. The deadline for Sandoz and EPPs to file sur-replies shall be **June 25, 2025**.

It is so **ORDERED**.

BY THE COURT:
/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br>*All End-Payer Plaintiffs' Actions* | MDL No. 2724<br>16-MD-2724<br><br><br>HON. CYNTHIA M. RUFE |

**JOINT STIPULATION TO EXTEND THE DEADLINE FOR PARTIES AND STATES TO BRIEF THE STATES' MOTION TO INTERVENE**

The States of Alaska, Arizona, California, Colorado, Connecticut, Delaware, Georgia, Idaho, Illinois, Indiana, Iowa, Kansas, Maine, Maryland, Massachusetts, Michigan, Minnesota, Montana, Nevada, New Hampshire, New Jersey, New York, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, Rhode Island, Tennessee, Utah, Vermont, Virginia, Washington, West Virginia, Wisconsin, Wyoming, the Commonwealths of the Northern Mariana Islands and Puerto Rico, the Territory of the Virgin Islands, and the District of Columbia (collectively, the "States"), by and through their respective Attorneys General, and Defendants Sandoz, Inc. and Fougera Pharmaceuticals ("Sandoz") and the End-Payer Plaintiffs ("EPPs"), by and through the undersigned counsel, stipulate to the following, subject to the Court's approval:

WHEREAS, on February 14, 2025, the EPPs filed a motion seeking Preliminary Approval of their proposed Settlement with Sandoz, Case 2:16-md-02724-CMR, ECF 3253.

WHEREAS, on February 19, 2025, the Court granted preliminary approval of the proposed Settlement between the EPPs and Sandoz, Case 2:16-md-02724-CMR, ECF 3257;

1

WHEREAS, on May 9, 2025, the States filed a Motion to Intervene for the limited purpose of objecting to the EPPs' proposed Settlement with Sandoz, Case 2:16-md-02724-CMR, ECF 3380;

WHEREAS, on May 20, 2025, the Court referred the Motion to Intervene to Special Master Lawrence Stengel for a report and recommendation, Case 2:16-md-02724-CMR, ECF 3402;

WHEREAS, EPPs' and Sandoz's Response(s) to the States' Motion to Intervene are currently due on May 23, 2025;

WHEREAS, the States' Reply to any Response(s) is currently due on May 30, 2025;

WHEREAS, EPPs' and Sandoz's Sur-replies are currently due on June 9, 2025;

WHEREAS, May 24 to 26, 2025, is the Memorial Day holiday weekend;

It is hereby STIPULATED AND AGREED, by and between the undersigned parties hereto through their respective counsel, as follows:

1. The deadline for EPPs and Sandoz to file their Response(s) to States' Motion to Intervene is extended to May 30, 2025;

2. The deadline for the States to file their Reply to EPPs and Sandoz's Response(s) to States' Motion to Intervene is extended to June 12, 2025;

3. The deadline for EPPs and Sandoz to file their Sur-replies is extended to June 25, 2025;

4. This stipulation does not affect any other case deadlines.

It is so **STIPULATED**.

Dated: May 21, 2025

**STATE OF CALIFORNIA**
**ROB BONTA**
**ATTORNEY GENERAL**

By: /s/ *Mathew Simkovits*
Mathew Simkovits
Deputy Attorney General (SBN 351416)
Healthcare Rights and Access Section
California Office of the Attorney General
300 S. Spring St., Suite 1700
Los Angeles, CA 90013
Telephone: (781) 454-8580
Email: Mathew.Simkovits@doj.ca.gov

*Attorney for the State of California*


By: /s/ *Roberta D. Liebenberg*
Roberta D. Liebenberg
Paul Costa
**FINE, KAPLAN AND BLACK, R.P.C.**
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
Telephone: (215) 567-6565
rliebenberg@finekaplan.com
pcosta@finekaplan.com

*Lead Counsel for the End-Payer Plaintiffs*


By: /s/ *Matthew Kent*
Matthew Kent
Alston & Bird LLP
1201 W Peachtree St NE #4900
Atlanta, GA 30309
matthew.kent@alston.com

*Attorney for Sandoz, Inc. and Fougera Pharmaceuticals*