IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL NO. 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br>*All End-Payer Plaintiffs' Actions* | HON. CYNTHIA M. RUFE |

### END-PAYER PLAINTIFFS' MOTION FOR
### FINAL APPROVAL OF SANDOZ SETTLEMENT AND PLAN OF ALLOCATION

Pursuant to Federal Rule of Civil Procedure 23(e)(1)(B), End-Payer Plaintiffs 1199SEIU Greater New York Benefit Fund; 1199SEIU Licensed Practical Nurses Welfare Fund; 1199SEIU National Benefit Fund; 1199SEIU National Benefit Fund for Home Care Workers; American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan; American Federation of State, County and Municipal Employees District Council 47 Health & Welfare Fund; City of Providence, Rhode Island; Detectives Endowment Association of the City of New York; Hennepin County; Louisiana Health Service & Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana; Philadelphia Federation of Teachers Health and Welfare Fund; Self-Insured Schools of California; Sergeants Benevolent Association of the Police Department of the City of New York Health and Welfare Fund; UFCW Local 1500 Welfare Fund; Uniformed Fire Officers Association Family Production Plan Local 854; and United Food & Commercial Workers and Employers Arizona Health & Welfare Trust; Nina Diamond; Ottis McCrary; Valerie Velardi; and Robby Johnson (collectively, the "EPPs"), respectfully move for entry of the Proposed Order submitted herewith providing for: (1) final

approval of the proposed Settlement Agreement between EPPs and Defendants Sandoz Inc. and Fougera Pharmaceuticals (collectively, "Sandoz"); (2) final certification of the EPP Sandoz Settlement Class; and (3) final approval of EPPs' proposed Plan of Allocation.

In support of this Motion, Settling Plaintiffs rely upon the accompanying Memorandum of Law, the Declaration of Eric J. Miller, the Declaration of Matthew D. Kent, and the exhibits thereto.

Sandoz does not oppose this motion.

Dated: July 8, 2025                                                  Respectfully submitted,


                                                                     /s/ Roberta D. Liebenberg
                                                                     Roberta D. Liebenberg
                                                                     FINE, KAPLAN AND BLACK R.P.C.
                                                                     One South Broad Street, 23rd Floor
                                                                     Philadelphia, Pennsylvania 19107
                                                                     (215) 567-6565
                                                                     rliebenberg@finekaplan.com

                                                                     *Lead and Liaison Counsel for End-Payer Plaintiffs*