IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL No. 2724<br>16-MD-2724 |
| *IN RE: CLOBETASOL CASES*<br>*IN RE: CLOMIPRAMINE CASES* | DPP CASE: 16-CB-27241<br>DPP CASE: 16-CM-27241 |
| THIS DOCUMENT RELATES TO:<br><br>*DIRECT PURCHASER PLAINTIFFS' BELLWETHER ACTIONS* | HON. CYNTHIA M. RUFE |

**NOTICE OF FILING OF OPT-OUT REPORT FOR
DIRECT PURCHASER PLAINTIFFS' *CLOBETASOL* AND *CLOMIPRAMINE* CLASSES**

Pursuant to Paragraph 7 of this Court's April 23, 2025 Order Approving the Form and Manner of Notice and Appointing Notice Administrator [MDL Doc. No. 3349] and Paragraph 5 of this Court's June 21, 2025 Order Approving The Bellwether Parties' Joint Stipulation Related to a Stay of Proceedings Pending Rule 23(f) Appeals [MDL Doc. No. 3478], Direct Purchaser Plaintiffs ("DPPs") hereby provide notice of filing the attached Declaration of Eric J. Miller Regarding (A) Dissemination of the Notice and (B) Report on Requests for Exclusion and Objections, If Any, Received to Date for DPPs' *Clobetasol* and *Clomipramine* Classes.

Dated: July 15, 2025

Respectfully submitted,

/s/ Dianne M. Nast

Dianne M. Nast
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, Pennsylvania 19107
(215) 923-9300
dnast@nastlaw.com

*Lead and Liaison Counsel
for Direct Purchaser Plaintiffs*

| | |
|---|---|
| David F. Sorensen<br>BERGER MONTAGUE PC<br>1818 Market Street, Suite 3600<br>Philadelphia, Pennsylvania 19103<br>(215) 875-3000<br>dsorensen@bm.net | Thomas M. Sobol<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1 Faneuil Hall Sq., 5th Floor<br>Boston, Massachusetts 02109<br>(617) 482-3700<br>tom@hbsslaw.com |
| Robert N. Kaplan<br>KAPLAN FOX & KILSHEIMER LLP<br>800 Third Avenue, 38th Floor<br>New York, New York 10022<br>(212) 687-1980<br>rkaplan@kaplanfox.com | Linda P. Nussbaum<br>NUSSBAUM LAW GROUP, PC<br>1133 Avenue of the Americas, 31st Floor<br>New York, New York 10036<br>(917) 438-9189<br>lnussbaum@nussbaumpc.com |
| Michael L. Roberts<br>ROBERTS LAW FIRM P.A.<br>1920 McKinney Ave., Suite 700<br>Dallas, Texas 75201<br>(501) 821-5575<br>mikeroberts@robertslawfirm.us | |

*Direct Purchaser Plaintiffs' Steering Committee*