IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL No. 2724<br>Case No. 2:16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*Direct Purchaser Plaintiffs' Actions* | HON. CYNTHIA M. RUFE |

**DIRECT PURCHASER PLAINTIFFS' MOTION FOR AN ORDER
WITH RESPECT TO THE GLENMARK SETTLEMENT:
(1) CERTIFYING A SETTLEMENT CLASS;
(2) GRANTING PRELIMINARY APPROVAL OF THE SETTLEMENT AGREEMENT;
(3) APPOINTING SETTLEMENT CLASS COUNSEL;
(4) APPOINTING A CLAIMS ADMINISTRATOR AND ESCROW AGENT;
(5) APPROVING THE FORM AND MANNER OF
NOTICE TO THE SETTLEMENT CLASS;
(6) GRANTING PRELIMINARY APPROVAL OF THE PLAN OF ALLOCATION; AND
<u>(7) SCHEDULING A FAIRNESS HEARING</u>**

Pursuant to Federal Rule of Civil Procedure 23, Direct Purchaser Plaintiffs' César Castillo, LLC, FWK Holdings, L.L.C., Rochester Drug Co-Operative, Inc., and KPH Healthcare Services, Inc. a/k/a Kinney Drugs, Inc. (collectively, the "Settling Plaintiffs") respectfully move for entry of the Proposed Order submitted herewith providing for:

(1) Certification of the Settlement Class;

(2) Preliminary approval of the proposed Settlement Agreement between Settling Plaintiffs and Defendants Greenstone LLC and Pfizer Inc. ("Settling Defendants");

(3) Appointment of Settlement Class Counsel for the Settlement Class;

(4) Appointment of A.B. Data, Ltd. as the Claims Administrator and The Huntington National Bank as the Escrow Agent;

(5) Approval of the proposed form and manner of Notice to the Settlement Class;

(6) Preliminary approval of the Plan of Allocation;

(7)     The establishment of a proposed schedule leading up to and including the Fairness hearing.

In support of this Motion, Settling Plaintiffs rely upon the accompanying Memorandum of Law and exhibits and declarations thereto.

Dated: August 18, 2025

Respectfully submitted,

_____
Dianne M. Nast
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, Pennsylvania 19107
(215) 923-9300
dnast@nastlaw.com

*Lead and Liaison Counsel
for Direct Purchaser Plaintiffs*

David F. Sorensen
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103
(215) 875-3000
dsorensen@bm.net

Thomas M. Sobol
HAGENS BERMAN SOBOL SHAPIRO LLP
1 Faneuil Hall Square, 5th Floor
Boston, Massachusetts 02109
(617) 482-3700
tom@hbsslaw.com

Robert N. Kaplan
KAPLAN FOX & KILSHEIMER LLP
800 Third Avenue, 38th Floor
New York, New York 10022
(212) 687-1980
rkaplan@kaplanfox.com

Linda P. Nussbaum
NUSSBAUM LAW GROUP, PC
1133 Avenue of the Americas, 31st Floor
New York, New York 10036
(917) 438-9189
lnussbaum@nussbaumpc.com

Michael L. Roberts
ROBERTS LAW FIRM US, PC
1920 McKinney Ave., Suite 700
Dallas, Texas 75201
(501) 821-5575
mikeroberts@robertslawfirm.us

*Direct Purchaser Plaintiffs' Steering Committee*