# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

# If you purchased one or more of the Named Generic Drugs listed in Appendix A to this Notice _directly_ from any of the pharmaceutical manufacturer Defendants or former Defendants (listed in Appendix B to this Notice) at any time from May 1, 2009 until December 31, 2019, you could get a payment from a class action settlement.

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

You were previously sent three separate notices about settlements that Direct Purchasers ("Settling Direct Purchaser Plaintiffs" or "DPPs") of certain generic drugs (the "Named Generic Drugs") reached with: (1) Sun Pharmaceuticals Industries, Inc ("Sun") and Taro Pharmaceuticals U.S.A. Inc ("Taro"); (2) Apotex Corp. ("Apotex), Breckenridge Pharmaceutical Inc. ("Breckenridge"), and Heritage Pharmaceuticals Inc., Emcure Pharmaceuticals Ltd. and Satish Mehta ("Heritage"); and (3) Sandoz Inc. and Fougera Pharmaceuticals Inc. ("Sandoz"). The purpose of this fourth notice is to alert you of two additional proposed settlements in a Lawsuit brought by Settling Direct Purchaser Plaintiffs.

The Lawsuit is a group of direct purchaser class actions coordinated under the civil docket *In re Generic Pharmaceuticals Pricing Antitrust Litigation*, Case No. 2:16-MD-02724 (E.D. Pa). The Lawsuit claims that generic drug manufacturers violated antitrust laws, harming competition and causing Settlement Class Members to overpay for the Named Generic Drugs. The Settling Defendants deny liability as alleged in the Lawsuit. The Court has not decided who is right. No trial has been held.

- Two additional settlements have been reached between the DPPs and the Settling Defendants: (1) a proposed settlement with Settling Defendants Greenstone LLC and Pfizer Inc. ("Greenstone and Pfizer") and (2) a proposed settlement with Glenmark Pharmaceutical Inc. ("Glenmark"). Settling Defendants are alleged to have violated the antitrust laws relating to the sale of the Named Generic Drugs.

- <u>The proposed settlements do not resolve any of the claims of the DPPs against the remaining Defendants. The Lawsuit against the remaining Defendants is ongoing.</u> **<u>The Named Generic Drugs are listed in Appendix A, and the Current and Former Defendants are listed in Appendix B</u>**.

1

- The Court has certified a Settlement Class comprised of:

    All persons or entities, and their successors and assigns, that directly purchased one or more of the Named Generic Drugs from one or more Current or Former Defendants in the United States and its territories and possessions, at any time during the period from May 1, 2009 until December 31, 2019.

    Excluded from the Settlement Class are Current and Former Defendants and their present and former officers, directors, management, employees, subsidiaries, or affiliates, judicial officers and their personnel, and all governmental entities.

- The Court has preliminarily approved the proposed Settlements between the Settling Direct Purchaser Plaintiffs and the respective Settling Defendants.

- To resolve DPPs' claims against Settling Defendants, the proposed Settlements will provide for the following payments by Settling Defendants resulting in: (1) a $33,000,000 payment from Greenstone and Pfizer to be paid after preliminary approval and (2) two separate payments totaling $37,750,000 from Glenmark (*i.e.,* $11,100,000 to be paid after preliminary approval and $26,650,000 to be paid on or before April 1, 2026). These payments, collectively, $70,750,000, will comprise the "Settlement Fund." The Settlement Fund may be reduced by up to $8,490,000 (to $62,260,000) or increased by a maximum of $17,655,662.50 (to $88,405,662.50) under certain circumstances as explained in the Settlement Agreements. As discussed below, expenses and service awards, as well as a set-aside for a future request for attorneys' fees, may be deducted from these amounts, with Court approval.

- Settling Direct Purchaser Plaintiffs have also held in escrow over $1,846,000 from bankrupt Defendant Mallinckrodt Inc. and its affiliates ("Mallinckrodt") and which is continually accruing interest. Settling Direct Purchaser Plaintiffs intend to distribute the funds from this bankruptcy ("Mallinckrodt monies") to members of these Settlement Classes in the same manner and in conjunction with the distribution of the Settlement Fund. Settling Direct Purchaser Plaintiffs do not intend to seek expenses, service awards, or a set-aside for a future request for attorneys' fees from the Mallinckrodt monies.

- The Court has scheduled a hearing to decide whether to approve the Settlements, the plan for allocating the Settlement Funds to Settlement Class Members, any requests by the attorneys for reimbursement of expenses out of the Settlement Fund, payment of service awards to the Settling Plaintiffs, and any request by attorneys for payment of attorneys' fees, (the "Final Fairness Hearing"). The Final Fairness Hearing is scheduled for \_\_\_\_, 2026, at \_:\_\_ p.m. ET, before Judge Cynthia M. Rufe at the United States District Court for the Eastern District of Pennsylvania, Courtroom 12-A, 601 Market Street, Philadelphia, PA 19106.

    YOUR LEGAL RIGHTS ARE AFFECTED WHETHER YOU ACT OR DO NOT ACT,
    SO PLEASE READ THIS NOTICE CAREFULLY

| YOUR LEGAL RIGHTS AND OPTIONS IN THESE SETTLEMENTS | |
|---|---|
| **WHEN YOU RECEIVE A CLAIM FORM, PROMPTLY COMPLETE AND RETURN IT** | You do not need to do anything now to retain your right to stay in the Settlement Classes and/or seek a share of the proposed Settlements. If the Court decides to give the proposed Settlements Final Approval and you are a Settlement Class Member in any of the Settlement Classes, then you will need to complete, sign and return a Claim Form to obtain a share of the proposed Settlement(s). <br><br> If you received a Notice in the mail, a Claim Form will be mailed to you at a later date. <br><br> If you <u>did not</u> receive a Notice in the mail and you think you are a potential Settlement Class Member, please identify yourself by letter or email to the following address: *In re: Generic Pharmaceuticals Pricing Antitrust Litigation* – Direct Purchasers, c/o A.B. Data, Ltd., P.O. Box 173095, Milwaukee, WI 53217. <br><br> Email: info@GenericDrugsDirectPurchaserSettlement.com. <br><br> You will be asked to provide information or data proving that you are a member of a Settlement Classes. You also may be asked to provide data showing your eligible purchases. |
| **EXCLUDE YOURSELF FROM THE SETTLEMENT CLASSES** | You may choose to exclude yourself, or "opt-out," from any of the two Settlement Classes. If you choose to exclude yourself from either Settlement, you will not be bound by any decision in this Lawsuit relating to that Settling Defendant. This is the only option that allows you to ever be part of any lawsuit (other than this Lawsuit) against the Settling Defendants relating to the legal claims against the Settling Defendants in this case. |
| **STAY IN THE LAWSUIT BUT OBJECT TO THE SETTLEMENT** | If you remain in any Settlement Class and you object to any part of the proposed Settlement, you may write to the Court about why you do not like the proposed Settlement. |
| **GET MORE INFORMATION** | If you would like to obtain more information about the Lawsuit or the Settlement, you can send questions to the lawyers or Claims Administrator identified in this notice and/or ask to attend the hearing at which the Court will evaluate the proposed Settlement. |

*These rights and options –* **and the deadlines to exercise them** *– are explained in this notice.*

3

TABLE OF CONTENTS

| WHAT THIS NOTICE CONTAINS |
|---|

**BASIC INFORMATION** ......................................................................................... **PAGE 5**
    1. Why did I get this notice?
    2. What is this lawsuit about?
    3. What is a class action?
    4. Why are there Settlements?

**WHO IS IN THE SETTLEMENT CLASSES AND SETTLEMENTS**……………….. **PAGE 6**
    5. Am I part of the Settlement Classes?
    6. Can I Request to be excluded from the Settlement Classes?
    7. What happens if I do nothing?

**THE SETTLEMENTS' BENEFITS** ………………...................................................... **PAGE 8**
    8. What do the Settlements provide?
    9. How can I get a payment from the Settlements?
    10. When would I get my payment and how much would it be?

**THE LAWYERS REPRESENTING THE SETTLEMENT CLASSES** ……………... **PAGE 10**
    11. Do I have a lawyer in this case?
    12. How will the lawyers be paid?

**OBJECTING TO THE SETTLEMENTS** ……………................................................ **PAGE 11**
    13. How do I tell the Court that I don't like the Settlements?

**THE COURT'S FAIRNESS HEARING** ………………........................................... **PAGE 12**
    14. When will the Court decide whether to approve the Settlements?
    15. Do I have to attend the hearing?
    16. May I speak at the hearing?

**GETTING MORE INFORMATION** ……………….................................................. **PAGE 13**
    17. How do I get more information?

## BASIC INFORMATION

### 1. WHY DID I GET THIS NOTICE?

You received this notice because, according to available data and documents, you may have purchased one or more Named Generic Drugs directly from one or more generic manufacturer Defendants at some time from May 1, 2009 until December 31, 2019 and therefore you may be a member of the Settlement Classes that were certified by the Court for purposes of the proposed Settlements. You may have received this Notice in error and so you should confirm from your own records that you purchased one or more Named Generic Drugs directly from one or more generic manufacturer Defendants at some time from May 1, 2009 to December 31, 2019.

### 2. WHAT IS THIS LAWSUIT ABOUT?

The Lawsuit is a group of proposed class actions coordinated under the docket *In re Generic Pharmaceuticals Pricing Antitrust Litigation*, Case No. 2:16-MD-02724. DPPs' class action complaints are available at GenericDrugsDirectPurchaserSettlement.com. Judge Cynthia M. Rufe, of the United States District Court for the Eastern District of Pennsylvania (the "Court"), is overseeing the Lawsuit and the Settlement.

The Settling Direct Purchaser Plaintiffs allege that Defendants engaged in an unlawful scheme or schemes to fix, maintain and stabilize prices, rig bids, and engage in market and customer allocation of the Named Generic Drugs in violation of federal antitrust laws. DPPs allege that this harmed competition and caused Settlement Class Members to overpay for the Named Generic Drugs.

All Defendants, including the Settling Defendants, deny that any Settlement Class Member is entitled to damages or other relief. All Defendants, including the Settling Defendants, deny liability as to DPPs' claims. The Settlement between Settling Direct Purchaser Plaintiffs and the Settling Defendants is not an admission of wrongdoing by any Defendant, including the Settling Defendants.

Following investigation of relevant facts, substantial fact discovery, and following arms' length negotiations with the Settling Defendants, the Settling Direct Purchaser Plaintiffs, on behalf of the Settlement Class, entered into the Settlements with the Settling Defendants.

There has been no determination by the Court or a jury that the allegations against the Defendants or Settling Defendants have been proven or that, if proven, the conduct caused harm to any Settlement Class Members. No trial has been held or scheduled.

### 3. WHAT IS A CLASS ACTION?

In a class action, one or more people called "Class Representatives" (in this case, César Castillo, LLC, FWK Holdings, L.L.C., Rochester Drug Co-Operative, Inc., and KPH Healthcare Services, Inc.) sue on behalf of others who have similar claims (collectively, the "DPPs" or the "Settling Direct Purchaser Plaintiffs").

The DPPs and the entities on whose behalf they have sued together constitute the "Settlement Classes" or "Settlement Class Members." Their attorneys are called "Settlement Class Counsel."

The companies that have been sued are called the "Defendants." In this case the Current and Former Defendants are the 58 companies listed at the end of this Notice.

5

In a class action lawsuit, one court resolves the issues for all Class Members, except for those who exclude themselves (*i.e.*, "opt out") from the Class. The Court, by orders dated ▓▓▓▓▓,▓▓▓▓,▓▓▓▓▓, and ▓▓▓▓▓ 2026, has determined that the lawsuit between DPPs and the Settling Defendants can proceed as a class action for purposes of settlement. Copies of the Courts orders may be found at GenericDrugsDirectPurchaserSettlement.com.

Specifically, the Court has found that:

- The number of Settlement Class Members is so numerous that joining them all into one suit is impracticable.

- Members of the Settlement Classes share common legal or factual issues relating to the claims in this case.

- The claims of the DPPs are typical of the claims of the rest of the Settlement Classes.

- The DPPs and Settlement Class Counsel will fairly and adequately protect the interests of the Settlement Classes.

- The common legal questions and facts predominate over questions affecting only individual members of the Settlement Classes, and this Lawsuit will be more efficient than individual lawsuits.

### 4. WHY ARE THERE SETTLEMENTS?

The Court has not decided in favor of the Settling Direct Purchaser Plaintiffs or Settling Defendants. Instead, both sides have agreed to the Settlements. Settling Direct Purchaser Plaintiffs and the Settling Defendants were preparing to proceed with the litigation and eventually go to trial, but they have now agreed to the Settlements. By agreeing to the Settlements, the parties avoid the costs and uncertainty of additional discovery, motion practice, and an eventual trial, and if the Settlement is approved by the Court, Settlement Class Members will be eligible to receive a payment from these the Settlements. The Settlements do not mean that any law was broken or that the Settling Defendants did anything wrong. The DPPs and Settlement Class Counsel believe that the proposed Settlements are fair, reasonable, and adequate and in the best interests of the Settlement Classes.

## WHO IS IN THE SETTLEMENT CLASSES AND SETTLEMENTS

### 5. AM I PART OF THE SETTLEMENT CLASSES AND THE SETTLEMENTS?

You are part of the Settlement Classes if you are a person or entity in the United States and its territories that purchased one or more Named Generic Drugs <u>directly</u> from one or more Current or Former Defendants at any time from May 1, 2009 until December 31, 2019.

More specifically, on [date], the Court certified the Settlement Classes. The class definition for each of these Settlement Classes is the same:

> All persons or entities, and their successors and assigns, that directly purchased one or more of the Named Generic Drugs from one or more Current or Former Defendants in the United States and its territories and possessions, at any time during the period from May 1, 2009 until December 31, 2019.

6

Excluded from the Settlement Class are Current and Former Defendants and their present and former officers, directors, management, employees, subsidiaries, or affiliates, judicial officers and their personnel, and all governmental entities.

The Named Generic Drugs and Current and Former Defendants are listed at the end of this Notice.

If you are not sure whether you are included in these Settlement Classes, you may call or write to the lawyers in this case at the telephone numbers or addresses listed in Question 11 below. If you wish to exclude yourself from one or more of these Settlement Classes, please refer to Question 6.

### 6. CAN I REQUEST TO BE EXCLUDED FROM THE SETTLEMENT CLASSES?

Yes, the Court has set a deadline for requests for exclusion for \_\_\_\_\_, 2025. To exclude yourself, you must send a letter via first class U.S. mail saying you want to exclude yourself from the Direct Purchaser Lawsuit in *In re Generic Pharmaceuticals Pricing Antitrust Litigation*, Case No. 2:16-MD-02724 (E.D. Pa.). **You must identify which Settlement Class you wish to be excluded from. You may exclude yourself from one or both Settlement Classes.**

Mail the letter to: *In re: Generic Pharmaceuticals Pricing Antitrust Litigation* – Direct Purchasers, c/o A.B. Data, Ltd., P.O. Box 173095, Milwaukee, WI 53217.

<u>Be sure to include your name, address, email address, telephone number, and your signature</u>. **Your letter requesting exclusion must be postmarked no later than _____.**

If you exclude yourself from a Settlement Class, you will not be legally bound by anything that happens in the Lawsuit between DPPs and the Settling Defendant(s). This means that you may be able to sue (or continue to sue) the Settling Defendant(s) in the future about the legal issues in this case. If you exclude yourself from a Settlement Class so that you can start or continue your own lawsuit against one or more of the Settling Defendants, you should talk to your own lawyer immediately because your claims will be subject to a statute of limitations, which means that your claims will expire if you do not take timely action. You need to contact your own lawyer about this issue.

If you do not exclude yourself from the Settlement Classes, and you have a valid claim, you can share in the Settlements, but you will not be able to start a lawsuit, continue a lawsuit, or be part of any other lawsuit against the Settling Defendants arising from the claims released as part of these Settlements, including claims brought in the case between DPPs and the Settling Defendants. All of the Court's orders in the case between DPPs and the Settling Defendants will apply to you and legally bind you. You will also be bound by the proposed Settlements between DPPs and the Settling Defendants if the Court grants Final Approval to the proposed Settlements and enters final judgment in the case between DPPs and the Settling Defendants.

### 7. WHAT HAPPENS IF I DO NOTHING?

If you are a Settlement Class Member and you do nothing, you will remain in the Settlement Classes and be eligible to participate in the Settlements as described in this notice, if the Settlements are approved. However, you will need to complete, sign, and return the claim forms (once they are sent to you) in order to obtain payment. We do not know when the claim forms will be mailed. You should check GenericDrugsDirectPurchaserSettlement.com for information regarding timing. The website will also have a blank claim form for downloading.

## THE SETTLEMENTS' BENEFITS

### 8. WHAT DO THE SETTLEMENTS PROVIDE?

The Settling Defendants have agreed to pay a total of $70,750,000 in cash (which may be reduced to $62,260,000 or increased to as much as $88,405,662.50 under certain circumstances as explained in the Settlements) to an interest-bearing escrow account ("Settlement Fund") for the benefit of the Settlement Classes. The Settlement Fund shall be held in escrow pending finality of the Settlement Agreements. The Settling Defendants have also agreed to provide substantial cooperation to the DPPs in the continued litigation against the remaining Defendants.

Settlement Class Counsel will apply to the Court no later than _____ for reimbursement of past unreimbursed expenses and for future expenses not to exceed a total of $6,000,000, and service awards to the four Settling Plaintiffs of $20,000 each for their services to the Settlement Class. The Settlements also provide for payment of up to $500,000 in total for the costs of administering the Settlements and making distributions from the fund. In addition, Settlement Class Counsel will ask the Court for a set-aside for future payment of attorneys' fees. For purposes of the objection and opt-out deadline of __, Settlement Class Members should assume that Settlement Class Counsel will seek attorneys' fees of up to one-third of the net Settlement Fund to date, after expenses and service awards have been deducted and including interest (and including the Settlement Funds from DPPs' prior Settlements). Settlement Class Members will have the opportunity to review, and object to, Settlement Class Counsel's motion for attorneys' fees after it is filed and before the Court rules. All motions for expenses, attorneys' fees, and service awards shall be posted on the settlement website: GenericDrugsDirectPurchaserSettlement.com.

If approved by the Court, the Settlement Fund, minus any court-awarded fees and expenses to Settlement Class Counsel, costs of settlement notice and administration, and service awards to Settling Plaintiffs ("Net Settlement Fund") and the entirety of the Mallinckrodt monies will be distributed to the Settlement Class Members who return valid and timely Claim Forms. The distribution will be made on a *pro rata* basis, consistent with each Settlement Class Member's aggregate weighted share of total Settlement Class's purchases of the Named Generic Drugs from Defendants. In the event that data from Defendants is not available to calculate a Settlement Class Member's *pro rata* share, such Settlement Class Member will be required to submit data showing its relevant direct purchases as requested by the Claims Administrator. As a general matter, a claimant's *pro rata* share will be based on data from Defendants, and claimants will not be permitted to submit their own purchase data to contest these figures. This is because of the time and expense that would be involved in analyzing such additional data (expenses that would be paid out of the Settlement Fund itself), and because transaction data from Defendants is considered reliable. More information about how Settlement Class Members' shares will be calculated is available in the Plan of Allocation, on the settlement website: GenericDrugsDirectPurchaserSettlement.com.

In exchange, the litigation between the DPPs and the Settling Defendants will be dismissed with prejudice and Settling Defendants will be released by Settlement Class Members from all claims that have been brought or could have been brought concerning the subject matter of or acts, omissions, or other conduct alleged in Settling Direct Purchaser Plaintiffs' class action complaints available at GenericDrugsDirectPurchaserSettlement.com.

Non-Settling Defendants are **not** part of the proposed Settlements between the DPPs and the Settling Defendants. DPPs' Lawsuit against the Non-Settling Defendants is continuing.

The Settlement Agreements provide that they may be terminated if, for example, the Court does not approve the Settlements or if Settlement Class Members with aggregate purchases above a certain amount opt out. If the Settlement Agreements are terminated, the Lawsuit will proceed against the Settling Defendants as if the settlements had not been reached.

The full text of the Settlement Agreements, including the releases, are available at GenericDrugsDirectPurchaserSettlement.com. This notice is not meant to, and does not, alter the terms of the actual Settlement Agreements and associated releases.

### 9. HOW CAN I GET A PAYMENT FROM THE SETTLEMENTS?

If the Court grants Final Approval to the Settlement (*see* "The Court's Fairness Hearing" below) and any resulting appeals are resolved, the Court will approve a Plan of Allocation to distribute the Settlement Fund.

**If you do not exclude yourself from both Settlement Classes, you will need to submit a Claim Form to request your share of the Net Settlement Fund.**

- ➢ If you received this Notice in the mail, a Claim Form will be sent to you automatically and you do not need to do anything at this time to be eligible to receive a payment from the Settlements.

- ➢ If you did not receive this Notice in the mail, and you think you are a potential Settlement Class Member, please identify yourself or your company by letter or email to the following address: *In re: Generic Pharmaceuticals Pricing Antitrust Litigation* – Direct Purchasers, c/o A.B. Data, Ltd., P.O. Box 173095, Milwaukee, WI 53217. Email: info@GenericDrugsDirectPurchaserSettlement.com. You must also include proof that you purchased at least one of the Named Generic Drugs during the period May 1, 2009 to December 31, 2019 directly from a Current or Former Defendant. You may also be required to submit your purchase data showing all your eligible purchases. A copy of the Claim Form will also be available at GenericDrugsDirectPurchaserSettlement.com.

### 10. WHEN WOULD I GET MY PAYMENT AND HOW MUCH WOULD IT BE?

When you get your payment depends on several matters, including whether and when the Court grants Final Approval of the Settlements. The Net Settlement Fund and entirety of the Mallinckrodt monies will be allocated to Settlement Class Members as soon as possible after the Court grants Final Approval of the Settlements.

You will not be responsible for calculating the amount you may be entitled to receive. The Plan of Allocation provides that you will be paid on a *pro rata* basis in proportion to how much of the Named Generic Drugs you purchased <u>directly</u> from Current or Former Defendants from May 1, 2009 through December 31, 2019. Generally, those with more purchases will get a higher recovery. If less than 100% of the Settlement Class sends in claim forms, you could get a larger *pro rata* share. All Claimants who would receive less than a *pro rata* share of $25 total from the Settlements will receive $25 total from the Settlements.

If the proposed Settlements are given Final Approval, but there is an appeal of the Final Approval, the appeal could take several years to resolve. Any accrued interest on the Settlement Fund will be included, *pro rata*, in the amount paid to Settlement Class Members.

If you do decide to exclude yourself from one or more of the Settlement Classes, which means that you are choosing not to be a part of one or more of the Settlement Classes, then you will not receive a share that Settlement Class's portion of the Settlement Fund.

# THE LAWYERS REPRESENTING THE SETTLEMENT CLASSES

| 11. DO I HAVE A LAWYER IN THIS CASE? |
|---|

The Court appointed the counsel listed below as Settlement Class Counsel:

| | |
|---|---|
| Dianne M. Nast, Esq.<br>Joseph N. Roda, Esq.<br>NASTLAW LLC<br>1101 Market Street, Suite 2801<br>Philadelphia, Pennsylvania 19107<br>215-923-9300<br>dnast@nastlaw.com<br>jnroda@nastlaw.com | David F. Sorensen, Esq.<br>BERGER MONTAGUE PC<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>(215) 875-3000<br>dsorensen@bm.net |
| Robert N. Kaplan<br>KAPLAN FOX & KILSHEIMER LLP<br>800 Third Avenue<br>New York, New York 10022<br>(212) 687-1980<br>rkaplan@kaplanfox.com | Thomas M. Sobol, Esq.<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1 Faneuil Hall Square, 5th Floor<br>Boston, Massachusetts 02109<br>(617) 482-3700<br>tom@hbsslaw.com |
| Linda P. Nussbaum<br>NUSSBAUM LAW GROUP, PC<br>1133 Avenue of the Americas, 31st Floor<br>New York, New York 10036<br>(917) 438-9189<br>lnussbaum@nussbaumpc.com | Michael L. Roberts<br>ROBERTS LAW FIRM US, PC<br>1920 McKinney Ave., Suite 700<br>Dallas, Texas 75201<br>(501) 821-5575<br>mikeroberts@robertslawfirm.us |

| 12. HOW WILL THE LAWYERS BE PAID? |
|---|

The attorneys intend to ask the Court to set aside up to one-third of the Settlement Fund plus a proportionate amount of interest from these settlements for future requests for attorneys' fees. Settlement Class Counsel will also ask, as part of the Final Approval of these settlements, for an amount not to exceed $6,000,000 for reimbursement of past and future expenses, including costs of administering these settlements, plus service awards in the amount of $20,000 for each of the four named plaintiffs. If you decide not to exclude yourself from the Settlement Classes, you will not have to pay these fees, costs, and expenses out of your own pocket. If the Court grants Settlement Class Counsel's requests, these amounts would be deducted from the Settlement Fund.

Any application by Settlement Class Counsel for reimbursement of expenses, service awards, and attorneys' fees will be filed with the Court and made available for download and/or viewing on or before _____, 2025 on GenericDrugsDirectPurchaserSettlement.com, as well as at the

office of the Clerk of the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Philadelphia, PA 19106-1797, during normal business hours.

## OBJECTING TO THE SETTLEMENTS

### 13. HOW DO I TELL THE COURT THAT I DON'T LIKE THE SETTLEMENTS?

If you are a Settlement Class Member (and have not excluded yourself), you can object to all or any part of the proposed Settlements and/or the application for a set-aside for a future request for attorneys' fees, reimbursement of costs and expenses, and/or service awards to the Class Representatives. You can give reasons why you think the Court should not approve it. The Court will consider your views.

To object to the Settlements, you must send a letter via first class U.S. mail saying that you object to the Settlements in the Direct Purchaser Lawsuit in *In re Generic Pharmaceuticals Pricing Antitrust Litigation*, No. 2:16-MD-02724 (E.D. Pa.) with the following information:

- Your name, address, and phone number and the name, address, and phone number of your attorney, if you have one.
- Your signature
- Case name and number:

    *In re Generic Pharmaceuticals Pricing Antitrust Litigation*
    Case No. 2:16-MD-02724

    United States District Court for the Eastern District of Pennsylvania

- The specific reasons why you object to the settlements or any part of them.
- All documents or writings that you want the Court to consider.

Mail the objection to the Clerk of the United States District Court for the Eastern District of Pennsylvania (address below) with copies to the individuals and addresses listed below:

| CLERK OF THE COURT | SETTLEMENT CLASS COUNSEL | SETTLING DEFENDANTS' COUNSEL |
|---|---|---|
| Clerk of Court, EDPA<br>601 Market Street<br>Philadelphia, PA 19106 | Dianne M. Nast<br>Joseph N. Roda<br>NastLaw LLC<br>1101 Market Street, Ste 2801<br>Philadelphia, PA 19107 | Ben C. Fabens-Lassen<br>DLA Piper LLP (US)<br>2000 Avenue of the Stars, Suite 400<br>Los Angeles, CA 90067<br><br>*Counsel for Greenstone and Pfizer*<br><br>Dimitra Doufekias<br>Rob Manoso<br>c/o Morrison & Foerster LLP<br>2100 L Street NW, Suite 900<br>Washington, DC 20037 |

|  |  | *Counsel for Glenmark* |
|--|--|--|

**Your objection must be postmarked on or before [Insert Date].**

## THE COURT'S FAIRNESS HEARING

The Court will hold a hearing to decide whether to grant Final Approval to the Settlements and any requests for reimbursement of expenses, service awards, and application for attorneys' fees ("Fairness Hearing"). You may attend and, if you have not excluded yourself from the Settlement Classes, you may ask to speak, but you do not have to.

### 14. WHEN WILL THE COURT DECIDE WHETHER TO APPROVE THE SETTLEMENT?

The Court has scheduled a Fairness Hearing on [Insert Date and Time], at the United States District Court Eastern District of Pennsylvania, Courtroom 12-A, 601 Market Street, Philadelphia, PA 19106.

**The time and date of the Fairness Hearing may change without additional mailed notice. For updated information on the hearing, you may check GenericDrugsDirectPurchaserSettlement.com, or the Court docket in this case, for a fee, through the Court's Public Access to Court Electronic Records (PACER) system at https://pcl.uscourts.gov.**

At the Fairness Hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate. The Court may also consider the requests by Settlement Class Counsel for a set-aside for a future request for attorneys' fees, as well as request for reimbursement of expenses and payment of service awards. If there are objections, the Court will consider them at that time. After the hearing, the Court will decide whether to give Final Approval to the Settlements and the other requests. It is unknown how long these decisions will take.

Any judgment issued by the Court will be binding on the Settlement Class. The Settlements, if approved by the Court and once appeals, if any, are resolved, will release all claims in the class action against the Settling Defendants.

### 15. DO I HAVE TO ATTEND THE HEARING?

No. Settlement Class Counsel will answer any questions the Court may have. However, you are welcome to attend the hearing at your own expense. If you send an objection, you do not have to come to Court to talk about it. If you mailed your written objection on time, to the proper addresses, and it complies with the other requirements provided above, the Court will consider it. You also may pay your own lawyer to attend the hearing, but this is not necessary. Attendance is not necessary to receive your share of the Net Settlement Fund.

### 16. MAY I SPEAK AT THE HEARING?

You may ask the Court for permission to speak at the Fairness Hearing. To do so, you must send a letter via first class U.S. mail saying that it is your "Notice of Intention to Appear in *In re Generic Pharmaceuticals Pricing Antitrust Litigation*, No. 2:16-MD-02724 (E.D. Pa.)." Be sure to include your name, address, email address, telephone number, and your signature. Your Notice of Intention to Appear must be postmarked no later than [Insert Date], and must be sent to the Clerk

of the Court, to Settlement Class Counsel, and to Settling Defendants' Counsel at the addresses listed in Question 13 above.

You may not speak at the hearing for a particular Settlement if you excluded yourself as a Settlement Class Member or do not send a notice of intention to appear.

## GETTING MORE INFORMATION

### 17. HOW DO I GET MORE INFORMATION?

If you have questions about this case or want additional information, you may call or write to the lawyers listed in answer to Question 11 above, call 877-315-0583, or visit GenericDrugsDirectPurchaserSettlement.com. This notice is only a summary of the proposed Settlements and is qualified in its entirety by the terms of the Settlement Agreements. Copies of the Settlement Agreements are on public file with the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Philadelphia, PA 19106. The Settlement Agreements are also available on the settlement website: GenericDrugsDirectPurchaserSettlement.com. You may also call the Claims Administrator at 877-315-0583 with questions.

PLEASE DO <u>NOT</u> TELEPHONE THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THE SETTLEMENT OR THE CLAIMS PROCESS

## APPENDIX A:  NAMED GENERIC DRUGS

| Molecule Name | Form | Strength |
|---|---|---|
| (1) | (2) | (3) |
| 1 ACETAZOLAMIDE | TABLET | 125MG |
| 1 ACETAZOLAMIDE | TABLET | 250MG |
| 1 ACETAZOLAMIDE ER | CAPSULE | 500MG |
| 2 ADAPALENE | CREAM | 0.1% |
| 2 ADAPALENE | GEL | 0.1% |
| 2 ADAPALENE | GEL | 0.3% |
| 3 ALBUTEROL | TABLET | 2MG |
| 3 ALBUTEROL | TABLET | 4MG |
| 4 ALCLOMETASONE DIPROPIONATE | CREAM | 0.05% |
| 4 ALCLOMETASONE DIPROPIONATE | OINTMENT | 0.05% |
| 5 ALLOPURINOL | TABLET | 100MG |
| 5 ALLOPURINOL | TABLET | 300MG |
| 6 AMANTADINE HCL | CAPSULE | 100MG |
| 7 AMILORIDE HCL/HCTZ | TABLET | 5MG;50MG |
| 8 AMITRIPTYLINE | TABLET | 100MG |
| 8 AMITRIPTYLINE | TABLET | 10MG |
| 8 AMITRIPTYLINE | TABLET | 150MG |
| 8 AMITRIPTYLINE | TABLET | 25MG |
| 8 AMITRIPTYLINE | TABLET | 50MG |
| 8 AMITRIPTYLINE | TABLET | 75MG |
| 9 AMMONIUM LACTATE | CREAM | 12% |
| 9 AMMONIUM LACTATE | LOTION | 12% |
| 10 AMOXICILLIN/CLAVULANATE | TABLET CHEWABLE | 200MG;28.5MG |
| 10 AMOXICILLIN/CLAVULANATE | TABLET CHEWABLE | 400MG;57MG |
| 11 AMPHETAMINE/DEXTROAMPHETAMINE (MAS) (ADDERALL) | TABLET | 10MG |
| 11 AMPHETAMINE/DEXTROAMPHETAMINE (MAS) (ADDERALL) | TABLET | 20MG |
| 11 AMPHETAMINE/DEXTROAMPHETAMINE (MAS) (ADDERALL) | TABLET | 30MG |
| 11 AMPHETAMINE/DEXTROAMPHETAMINE (MAS) (ADDERALL) | TABLET | 5MG |
| 11 AMPHETAMINE/DEXTROAMPHETAMINE ER (MAS) (ADDERALL) | CAPSULE | 10MG |
| 11 AMPHETAMINE/DEXTROAMPHETAMINE ER (MAS) (ADDERALL) | CAPSULE | 15MG |
| 11 AMPHETAMINE/DEXTROAMPHETAMINE ER (MAS) (ADDERALL) | CAPSULE | 20MG |
| 11 AMPHETAMINE/DEXTROAMPHETAMINE ER (MAS) (ADDERALL) | CAPSULE | 25MG |
| 11 AMPHETAMINE/DEXTROAMPHETAMINE ER (MAS) (ADDERALL) | CAPSULE | 30MG |
| 11 AMPHETAMINE/DEXTROAMPHETAMINE ER (MAS) (ADDERALL) | CAPSULE | 5MG |
| 12 ATENOLOL/CHLORTHALIDONE | TABLET | 100MG;25MG |
| 12 ATENOLOL/CHLORTHALIDONE | TABLET | 50MG;25MG |
| 13 ATROPINE SULFATE | SOLUTION | 1% |
| 14 BACLOFEN | TABLET | 10MG |
| 14 BACLOFEN | TABLET | 20MG |
| 15 BALSALAZIDE DISODIUM | CAPSULE | 750MG |
| 16 BENAZEPRIL HCTZ | TABLET | 10MG;12.5MG |
| 16 BENAZEPRIL HCTZ | TABLET | 20MG;12.5MG |
| 16 BENAZEPRIL HCTZ | TABLET | 20MG;25MG |
| 17 BETAMETHASONE DIPROPIONATE | CREAM | 0.05% |
| 17 BETAMETHASONE DIPROPIONATE | LOTION | 0.05% |
| 17 BETAMETHASONE DIPROPIONATE | OINTMENT | 0.05% |
| 18 BETAMETHASONE DIPROPIONATE AUGMENTED | LOTION | 0.05% |
| 19 BETAMETHASONE DIPROPIONATE/CLOTRIMAZOLE | CREAM | 0.05%;1% |
| 19 BETAMETHASONE DIPROPIONATE/CLOTRIMAZOLE | LOTION | 0.05%;1% |
| 20 BETAMETHASONE VALERATE | CREAM | 0.1% |
| 20 BETAMETHASONE VALERATE | LOTION | 0.1% |
| 20 BETAMETHASONE VALERATE | OINTMENT | 0.1% |
| 21 BETHANECHOL CHLORIDE | TABLET | 10MG |
| 21 BETHANECHOL CHLORIDE | TABLET | 25MG |
| 21 BETHANECHOL CHLORIDE | TABLET | 50MG |
| 21 BETHANECHOL CHLORIDE | TABLET | 5MG |
| 22 BROMOCRIPTINE MESYLATE | TABLET | 2.5MG |
| 23 BUDESONIDE | SOLUTION | 0.25MG/2ML |
| 23 BUDESONIDE | SOLUTION | 0.5MG/2ML |
| 23 BUDESONIDE | SOLUTION | 1MG/2ML |
| 23 BUDESONIDE DR | CAPSULE | 3MG |
| 24 BUSPIRONE HCL | TABLET | 10MG |
| 24 BUSPIRONE HCL | TABLET | 15MG |
| 24 BUSPIRONE HCL | TABLET | 30MG |
| 24 BUSPIRONE HCL | TABLET | 5MG |
| 24 BUSPIRONE HCL | TABLET | 7.5MG |
| 25 BUTORPHANOL TARTRATE | SPRAY | 10MG/ML |
| 26 CAPECITABINE | TABLET | 150MG |
| 26 CAPECITABINE | TABLET | 500MG |
| 27 CAPTOPRIL | TABLET | 100MG |
| 27 CAPTOPRIL | TABLET | 12.5MG |
| 27 CAPTOPRIL | TABLET | 25MG |
| 27 CAPTOPRIL | TABLET | 50MG |
| 28 CARBAMAZEPINE | TABLET | 200MG |
| 28 CARBAMAZEPINE | TABLET CHEWABLE | 100MG |
| 28 CARBAMAZEPINE ER | TABLET | 100MG |
| 28 CARBAMAZEPINE ER | TABLET | 200MG |
| 28 CARBAMAZEPINE ER | TABLET | 400MG |
| 29 CARISOPRODOL | TABLET | 350MG |
| 30 CEFDINIR | CAPSULE | 300MG |
| 30 CEFDINIR | SOLUTION | 125MG/5ML |

| # | Drug | Form | Strength |
|---|---|---|---|
| 30 | CEFDINIR | SOLUTION | 250MG/5ML |
| 31 | CEFPROZIL | TABLET | 250MG |
| 31 | CEFPROZIL | TABLET | 500MG |
| 32 | CEFUROXIME AXETIL | TABLET | 250MG |
| 32 | CEFUROXIME AXETIL | TABLET | 500MG |
| 33 | CELECOXIB | CAPSULE | 100MG |
| 33 | CELECOXIB | CAPSULE | 200MG |
| 33 | CELECOXIB | CAPSULE | 400MG |
| 33 | CELECOXIB | CAPSULE | 50MG |
| 34 | CEPHALEXIN (CEFALEXIN) | SOLUTION | 125MG/5ML |
| 34 | CEPHALEXIN (CEFALEXIN) | SOLUTION | 250MG/5ML |
| 35 | CHLORPROMAZINE HCL | TABLET | 100MG |
| 35 | CHLORPROMAZINE HCL | TABLET | 10MG |
| 35 | CHLORPROMAZINE HCL | TABLET | 200MG |
| 35 | CHLORPROMAZINE HCL | TABLET | 25MG |
| 35 | CHLORPROMAZINE HCL | TABLET | 50MG |
| 36 | CHOLESTYRAMINE | PACKET/ORAL SOLID | 4G |
| 36 | CHOLESTYRAMINE | POWDER | 4G |
| 37 | CICLOPIROX | CREAM | 0.77% |
| 37 | CICLOPIROX | SHAMPOO | 1% |
| 37 | CICLOPIROX | SOLUTION | 8% |
| 38 | CIMETIDINE | TABLET | 200MG |
| 38 | CIMETIDINE | TABLET | 300MG |
| 38 | CIMETIDINE | TABLET | 400MG |
| 38 | CIMETIDINE | TABLET | 800MG |
| 39 | CLARITHROMYCIN ER | TABLET | 500MG |
| 40 | CLINDAMYCIN PHOSPHATE | GEL | 1% |
| 40 | CLINDAMYCIN PHOSPHATE | LOTION | 1% |
| 40 | CLINDAMYCIN PHOSPHATE | SOLUTION | 1% |
| 40 | CLINDAMYCIN PHOSPHATE | VAGINAL CREAM | 2% |
| 41 | CLOBETASOL | CREAM | 0.05% |
| 41 | CLOBETASOL | E CREAM | 0.05% |
| 41 | CLOBETASOL | GEL | 0.05% |
| 41 | CLOBETASOL | OINTMENT | 0.05% |
| 41 | CLOBETASOL | SOLUTION | 0.05% |
| 42 | CLOMIPRAMINE | CAPSULE | 25MG |
| 42 | CLOMIPRAMINE | CAPSULE | 50MG |
| 42 | CLOMIPRAMINE | CAPSULE | 75MG |
| 43 | CLONIDINE ER | PATCH | 0.1MG/24HR |
| 43 | CLONIDINE ER | PATCH | 0.2MG/24HR |
| 43 | CLONIDINE ER | PATCH | 0.3MG/24HR |
| 44 | CLOTRIMAZOLE | SOLUTION | 1% |
| 45 | DESMOPRESSIN ACETATE | TABLET | 0.1MG |
| 45 | DESMOPRESSIN ACETATE | TABLET | 0.2MG |
| 46 | DESONIDE | CREAM | 0.05% |
| 46 | DESONIDE | LOTION | 0.05% |
| 46 | DESONIDE | OINTMENT | 0.05% |
| 47 | DESOXIMETASONE | OINTMENT | 0.25% |
| 48 | DEXMETHYLPHENIDATE HCL ER (DEXMETH ER) (FOCALIN) | CAPSULE | 15MG |
| 48 | DEXMETHYLPHENIDATE HCL ER (DEXMETH ER) (FOCALIN) | CAPSULE | 20MG |
| 48 | DEXMETHYLPHENIDATE HCL ER (DEXMETH ER) (FOCALIN) | CAPSULE | 40MG |
| 48 | DEXMETHYLPHENIDATE HCL ER (DEXMETH ER) (FOCALIN) | CAPSULE | 5MG |
| 49 | DEXTROAMPHETAMINE SULFATE (DEX SULFATE) | TABLET | 10MG |
| 49 | DEXTROAMPHETAMINE SULFATE (DEX SULFATE) | TABLET | 15MG |
| 49 | DEXTROAMPHETAMINE SULFATE (DEX SULFATE) | TABLET | 2.5MG |
| 49 | DEXTROAMPHETAMINE SULFATE (DEX SULFATE) | TABLET | 20MG |
| 49 | DEXTROAMPHETAMINE SULFATE (DEX SULFATE) | TABLET | 30MG |
| 49 | DEXTROAMPHETAMINE SULFATE (DEX SULFATE) | TABLET | 5MG |
| 49 | DEXTROAMPHETAMINE SULFATE (DEX SULFATE) | TABLET | 7.5MG |
| 49 | DEXTROAMPHETAMINE SULFATE ER (DEX SULFATE ER) | CAPSULE | 10MG |
| 49 | DEXTROAMPHETAMINE SULFATE ER (DEX SULFATE ER) | CAPSULE | 15MG |
| 49 | DEXTROAMPHETAMINE SULFATE ER (DEX SULFATE ER) | CAPSULE | 5MG |
| 50 | DICLOFENAC POTASSIUM | TABLET | 50MG |
| 51 | DIGOXIN | TABLET | 0.125MG |
| 51 | DIGOXIN | TABLET | 0.25MG |
| 52 | DILTIAZEM HCL | TABLET | 120MG |
| 52 | DILTIAZEM HCL | TABLET | 30MG |
| 52 | DILTIAZEM HCL | TABLET | 60MG |
| 52 | DILTIAZEM HCL | TABLET | 90MG |
| 53 | DIPHENOXYLATE/ATROPINE | TABLET | 2.5MG;0.025MG |
| 54 | DIVALPROEX ER | TABLET | 250MG |
| 54 | DIVALPROEX ER | TABLET | 500MG |
| 55 | DOXAZOSIN MESYLATE | TABLET | 1MG |
| 55 | DOXAZOSIN MESYLATE | TABLET | 2MG |
| 55 | DOXAZOSIN MESYLATE | TABLET | 4MG |
| 55 | DOXAZOSIN MESYLATE | TABLET | 8MG |
| 56 | DOXYCYCLINE HYCLATE | CAPSULE | 100MG |
| 56 | DOXYCYCLINE HYCLATE | CAPSULE | 50MG |
| 56 | DOXYCYCLINE HYCLATE | TABLET | 100MG |
| 56 | DOXYCYCLINE HYCLATE DR | TABLET | 100MG |
| 56 | DOXYCYCLINE HYCLATE DR | TABLET | 150MG |
| 56 | DOXYCYCLINE HYCLATE DR | TABLET | 75MG |
| 56 | DOXYCYCLINE MONOHYDRATE | TABLET | 100MG |
| 56 | DOXYCYCLINE MONOHYDRATE | TABLET | 150MG |
| 56 | DOXYCYCLINE MONOHYDRATE | TABLET | 50MG |
| 56 | DOXYCYCLINE MONOHYDRATE | TABLET | 75MG |
| 57 | DROSPIRENONE/ETHINYL ESTRADIOL (OCELLA) | TABLET | 3MG-0.02MG |
| 57 | DROSPIRENONE/ETHINYL ESTRADIOL (OCELLA) | TABLET | 3MG-0.03MG |
| 58 | ECONAZOLE | CREAM | 1% |
| 59 | ENALAPRIL MALEATE | TABLET | 10MG |
| 59 | ENALAPRIL MALEATE | TABLET | 2.5MG |
| 59 | ENALAPRIL MALEATE | TABLET | 20MG |
| 59 | ENALAPRIL MALEATE | TABLET | 5MG |

15

| # | Drug | Form | Strength |
|---|------|------|----------|
| 60 | ENTECAVIR | TABLET | 0.5MG |
| 60 | ENTECAVIR | TABLET | 1MG |
| 61 | ESTRADIOL | TABLET | 0.5MG |
| 61 | ESTRADIOL | TABLET | 1MG |
| 61 | ESTRADIOL | TABLET | 2MG |
| 62 | ESTRADIOL/NORETHINDRONE ACETATE (MIMVEY) | TABLET | 1MG-0.5MG |
| 63 | ETHINYL ESTRADIOL/LEVONORGESTREL (PORTIA,JOLESSA) | TABLET | .02MG-0.1MG |
| 63 | ETHINYL ESTRADIOL/LEVONORGESTREL (PORTIA,JOLESSA) | TABLET | .03MG-.15MG |
| 63 | ETHINYL ESTRADIOL/LEVONORGESTREL (PORTIA,JOLESSA) | TABLET | .03MG-.15MG-.01MG |
| 63 | ETHINYL ESTRADIOL/LEVONORGESTREL (PORTIA,JOLESSA) | TABLET | .02MG-0.1MG-.01MG |
| 63 | ETHINYL ESTRADIOL/LEVONORGESTREL (PORTIA,JOLESSA) | TABLET | .02MG-.15MG;.025MG-.15MG;.03MG-.15MG;.01MG |
| 63 | ETHINYL ESTRADIOL/LEVONORGESTREL (PORTIA,JOLESSA) | TABLET | .03MG-.05MG;.04MG-.075MG;.03MG-.125MG |
| 63 | ETHINYL ESTRADIOL/LEVONORGESTREL (PORTIA,JOLESSA) | TABLET | .02MG-.09MG |
| 64 | ETODOLAC | CAPSULE | 200MG |
| 64 | ETODOLAC | CAPSULE | 300MG |
| 64 | ETODOLAC | TABLET | 400MG |
| 64 | ETODOLAC | TABLET | 500MG |
| 64 | ETODOLAC ER | TABLET | 400MG |
| 64 | ETODOLAC ER | TABLET | 500MG |
| 64 | ETODOLAC ER | TABLET | 600MG |
| 65 | EXEMESTANE | TABLET | 25MG |
| 66 | FENOFIBRATE | TABLET | 145MG |
| 66 | FENOFIBRATE | TABLET | 48MG |
| 67 | FLUCONAZOLE | TABLET | 100MG |
| 67 | FLUCONAZOLE | TABLET | 150MG |
| 67 | FLUCONAZOLE | TABLET | 200MG |
| 67 | FLUCONAZOLE | TABLET | 50MG |
| 68 | FLUOCINOLONE ACETONIDE | CREAM | 0.01% |
| 68 | FLUOCINOLONE ACETONIDE | CREAM | 0.025% |
| 68 | FLUOCINOLONE ACETONIDE | OINTMENT | 0.025% |
| 68 | FLUOCINOLONE ACETONIDE | SOLUTION | 0.01% |
| 69 | FLUOCINONIDE | CREAM | 0.05% |
| 69 | FLUOCINONIDE | CREAM | 0.1% |
| 69 | FLUOCINONIDE | E CREAM | 0.05% |
| 69 | FLUOCINONIDE | GEL | 0.05% |
| 69 | FLUOCINONIDE | OINTMENT | 0.05% |
| 69 | FLUOCINONIDE | SOLUTION | 0.05% |
| 70 | FLUOXETINE HCL | TABLET | 10MG |
| 70 | FLUOXETINE HCL | TABLET | 15MG |
| 70 | FLUOXETINE HCL | TABLET | 20MG |
| 70 | FLUOXETINE HCL | TABLET | 60MG |
| 71 | FLUTICASONE PROPIONATE | SPRAY | 50MCG |
| 72 | FOSINOPRIL HCTZ | TABLET | 10MG;12.5MG |
| 72 | FOSINOPRIL HCTZ | TABLET | 20MG;12.5MG |
| 73 | GABAPENTIN | TABLET | 600MG |
| 73 | GABAPENTIN | TABLET | 800MG |
| 74 | GLIMEPIRIDE | TABLET | 1MG |
| 74 | GLIMEPIRIDE | TABLET | 2MG |
| 74 | GLIMEPIRIDE | TABLET | 4MG |
| 75 | GLIPIZIDE/METFORMIN | TABLET | 2.5MG;250MG |
| 75 | GLIPIZIDE/METFORMIN | TABLET | 2.5MG;500MG |
| 75 | GLIPIZIDE/METFORMIN | TABLET | 5MG;500MG |
| 76 | GLYBURIDE | TABLET | 1.25MG |
| 76 | GLYBURIDE | TABLET | 2.5MG |
| 76 | GLYBURIDE | TABLET | 5MG |
| 77 | GLYBURIDE/METFORMIN | TABLET | 1.25MG;250MG |
| 77 | GLYBURIDE/METFORMIN | TABLET | 2.5MG;500MG |
| 77 | GLYBURIDE/METFORMIN | TABLET | 5MG;500MG |
| 78 | GRISEOFULVIN | SUSPENSION (MICROSIZE) | 125MG/5ML |
| 79 | HALOBETASOL PROPIONATE | CREAM | 0.05% |
| 79 | HALOBETASOL PROPIONATE | OINTMENT | 0.05% |
| 80 | HALOPERIDOL | TABLET | 0.5MG |
| 80 | HALOPERIDOL | TABLET | 10MG |
| 80 | HALOPERIDOL | TABLET | 1MG |
| 80 | HALOPERIDOL | TABLET | 20MG |
| 80 | HALOPERIDOL | TABLET | 2MG |
| 80 | HALOPERIDOL | TABLET | 5MG |
| 81 | HYDROCODONE/ACETAMINOPHEN | TABLET | 325MG;10MG |
| 81 | HYDROCODONE/ACETAMINOPHEN | TABLET | 325MG;5MG |
| 82 | HYDROCORTISONE VALERATE | CREAM | 0.2% |
| 83 | IRBESARTAN | TABLET | 150MG |
| 83 | IRBESARTAN | TABLET | 300MG |
| 83 | IRBESARTAN | TABLET | 75MG |
| 84 | ISOSORBIDE DINITRATE | TABLET | 10MG |
| 84 | ISOSORBIDE DINITRATE | TABLET | 20MG |
| 84 | ISOSORBIDE DINITRATE | TABLET | 30MG |
| 84 | ISOSORBIDE DINITRATE | TABLET | 5MG |
| 85 | KETOCONAZOLE | CREAM | 2% |
| 85 | KETOCONAZOLE | TABLET | 200MG |
| 86 | KETOPROFEN | CAPSULE | 50MG |
| 86 | KETOPROFEN | CAPSULE | 75MG |
| 87 | KETOROLAC TROMETHAMINE | TABLET | 10MG |
| 88 | LABETALOL HCL | TABLET | 100MG |
| 88 | LABETALOL HCL | TABLET | 200MG |
| 88 | LABETALOL HCL | TABLET | 300MG |
| 89 | LAMIVUDINE/ZIDOVUDINE (COMBIVIR) | TABLET | 150MG;300MG |
| 89 | LAMIVUDINE/ZIDOVUDINE (COMBIVIR) | TABLET | 300MG;150MG |
| 90 | LATANOPROST | SOLUTION | 0.005% |
| 91 | LEFLUNOMIDE | TABLET | 10MG |
| 91 | LEFLUNOMIDE | TABLET | 20MG |
| 92 | LEVOTHYROXINE | TABLET | 0.025MG |
| 92 | LEVOTHYROXINE | TABLET | 0.05MG |

| # | Drug | Form | Strength |
|---|------|------|----------|
| 92 | LEVOTHYROXINE | TABLET | 0.075MG |
| 92 | LEVOTHYROXINE | TABLET | 0.088MG |
| 92 | LEVOTHYROXINE | TABLET | 0.112MG |
| 92 | LEVOTHYROXINE | TABLET | 0.125MG |
| 92 | LEVOTHYROXINE | TABLET | 0.137MG |
| 92 | LEVOTHYROXINE | TABLET | 0.15MG |
| 92 | LEVOTHYROXINE | TABLET | 0.175MG |
| 92 | LEVOTHYROXINE | TABLET | 0.1MG |
| 92 | LEVOTHYROXINE | TABLET | 0.2MG |
| 92 | LEVOTHYROXINE | TABLET | 0.3MG |
| 93 | LIDOCAINE HCL | OINTMENT | 5% |
| 94 | LIDOCAINE/PRILOCAINE | CREAM | 2.5%;2.5% |
| 95 | LOPERAMIDE HCL | CAPSULE | 2MG |
| 96 | MEPROBAMATE | TABLET | 200MG |
| 96 | MEPROBAMATE | TABLET | 400MG |
| 97 | METFORMIN (F) ER | TABLET | 1000MG |
| 97 | METFORMIN (F) ER | TABLET | 500MG |
| 98 | METHADONE HCL | TABLET | 10MG |
| 98 | METHADONE HCL | TABLET | 5MG |
| 99 | METHAZOLAMIDE | TABLET | 25MG |
| 99 | METHAZOLAMIDE | TABLET | 50MG |
| 100 | METHOTREXATE | TABLET | 2.5MG |
| 101 | METHYLPHENIDATE | TABLET | 10MG |
| 101 | METHYLPHENIDATE | TABLET | 20MG |
| 101 | METHYLPHENIDATE | TABLET | 5MG |
| 101 | METHYLPHENIDATE ER | TABLET | 20MG |
| 102 | METHYLPREDNISOLONE | TABLET | 4MG |
| 103 | METRONIDAZOLE | CREAM | 0.75% |
| 103 | METRONIDAZOLE | GEL | 0.75% |
| 103 | METRONIDAZOLE | GEL | 1% |
| 103 | METRONIDAZOLE | GEL VAGINAL | 0.75% |
| 103 | METRONIDAZOLE | LOTION | 0.75% |
| 104 | MOEXIPRIL HCL | TABLET | 15MG |
| 104 | MOEXIPRIL HCL | TABLET | 7.5MG |
| 105 | MOEXIPRIL HCL/HCTZ | TABLET | 15MG;12.5MG |
| 105 | MOEXIPRIL HCL/HCTZ | TABLET | 15MG;25MG |
| 105 | MOEXIPRIL HCL/HCTZ | TABLET | 7.5MG;12.5MG |
| 106 | NADOLOL | TABLET | 20MG |
| 106 | NADOLOL | TABLET | 40MG |
| 106 | NADOLOL | TABLET | 80MG |
| 107 | NAPROXEN SODIUM | TABLET | 275MG |
| 107 | NAPROXEN SODIUM | TABLET | 550MG |
| 108 | NEOMYCIN/POLYMYXIN/HYDROCORTISONE | SOLUTION | 3.5MG;10MU;1% |
| 109 | NIACIN ER | TABLET | 1000MG |
| 109 | NIACIN ER | TABLET | 500MG |
| 109 | NIACIN ER | TABLET | 750MG |
| 110 | NIMODIPINE | CAPSULE | 30MG |
| 111 | NITROFURANTOIN/MACROCRYSTALLINE | CAPSULE | 100MG |
| 111 | NITROFURANTOIN/MACROCRYSTALLINE | CAPSULE | 25MG |
| 111 | NITROFURANTOIN/MACROCRYSTALLINE | CAPSULE | 50MG |
| 112 | NORETHINDRONE/ETHINYL ESTRADIOL (BALZIVA) | TABLET | 0.4MG-0.035MG |
| 113 | NORTRIPTYLINE HCL | CAPSULE | 10MG |
| 113 | NORTRIPTYLINE HCL | CAPSULE | 25MG |
| 113 | NORTRIPTYLINE HCL | CAPSULE | 50MG |
| 113 | NORTRIPTYLINE HCL | CAPSULE | 75MG |
| 114 | NYSTATIN | CREAM | 100MU |
| 114 | NYSTATIN | OINTMENT | 100MU |
| 114 | NYSTATIN | TABLET | 500MU |
| 115 | NYSTATIN/TRIAMCINOLONE | CREAM | 0.1% |
| 115 | NYSTATIN/TRIAMCINOLONE | OINTMENT | 0.1% |
| 116 | OMEGA 3 ACID ETHYL ESTERS | CAPSULE | 1G |
| 117 | OXAPROZIN | TABLET | 600MG |
| 118 | OXYBUTYNIN CHLORIDE | TABLET | 5MG |
| 119 | OXYCODONE/ACETAMINOPHEN | TABLET | 10MG;325MG |
| 119 | OXYCODONE/ACETAMINOPHEN | TABLET | 5MG;325MG |
| 119 | OXYCODONE/ACETAMINOPHEN | TABLET | 7.5MG;325MG |
| 120 | OXYCODONE HCL | SOLUTION | 20MG/ML |
| 120 | OXYCODONE HCL | TABLET | 15MG |
| 120 | OXYCODONE HCL | TABLET | 30MG |
| 121 | PARICALCITOL | CAPSULE | 1MCG |
| 121 | PARICALCITOL | CAPSULE | 2MCG |
| 121 | PARICALCITOL | CAPSULE | 4MCG |
| 122 | PAROMOMYCIN | CAPSULE | 250MG |
| 123 | PERMETHRIN | CREAM | 5% |
| 124 | PERPHENAZINE | TABLET | 16MG |
| 124 | PERPHENAZINE | TABLET | 2MG |
| 124 | PERPHENAZINE | TABLET | 4MG |
| 124 | PERPHENAZINE | TABLET | 8MG |
| 125 | PHENYTOIN SODIUM ER | CAPSULE | 100MG |
| 126 | PILOCARPINE HCL | TABLET | 5MG |
| 127 | PIROXICAM | CAPSULE | 10MG |
| 127 | PIROXICAM | CAPSULE | 20MG |
| 128 | POTASSIUM CHLORIDE ER | TABLET | 10MEQ |
| 128 | POTASSIUM CHLORIDE ER | TABLET | 20MEQ |
| 128 | POTASSIUM CHLORIDE ER | TABLET | 8MEQ |
| 129 | PRAVASTATIN | TABLET | 10MG |
| 129 | PRAVASTATIN | TABLET | 20MG |
| 129 | PRAVASTATIN | TABLET | 40MG |
| 129 | PRAVASTATIN | TABLET | 80MG |
| 130 | PRAZOSIN HCL | CAPSULE | 1MG |
| 130 | PRAZOSIN HCL | CAPSULE | 2MG |
| 130 | PRAZOSIN HCL | CAPSULE | 5MG |

| # | Drug | Form | Strength |
|---|------|------|----------|
| 131 | PREDNISOLONE ACETATE | SOLUTION/LIQUID EYE | 1% |
| 132 | PREDNISONE | TABLET | 10MG |
| 132 | PREDNISONE | TABLET | 1MG |
| 132 | PREDNISONE | TABLET | 2.5MG |
| 132 | PREDNISONE | TABLET | 20MG |
| 132 | PREDNISONE | TABLET | 5MG |
| 133 | PROCHLORPERAZINE | SUPPOSITORY | 25MG |
| 134 | PROMETHAZINE | SUPPOSITORY | 12.5MG |
| 134 | PROMETHAZINE | SUPPOSITORY | 25MG |
| 135 | PROPRANOLOL | TABLET | 10MG |
| 135 | PROPRANOLOL | TABLET | 20MG |
| 135 | PROPRANOLOL | TABLET | 40MG |
| 135 | PROPRANOLOL | TABLET | 60MG |
| 135 | PROPRANOLOL | TABLET | 80MG |
| 135 | PROPRANOLOL ER | CAPSULE | 120MG |
| 135 | PROPRANOLOL ER | CAPSULE | 160MG |
| 135 | PROPRANOLOL ER | CAPSULE | 60MG |
| 135 | PROPRANOLOL ER | CAPSULE | 80MG |
| 136 | RALOXIFENE HCL | TABLET | 60MG |
| 137 | RANITIDINE HCL | CAPSULE | 150MG |
| 137 | RANITIDINE HCL | CAPSULE | 300MG |
| 137 | RANITIDINE HCL | TABLET | 150MG |
| 138 | SILVER SULFADIAZINE | CREAM | 1% |
| 139 | SPIRONOLACTONE/HCTZ | TABLET | 25MG;25MG |
| 140 | TACROLIMUS | OINTMENT | 0.03% |
| 140 | TACROLIMUS | OINTMENT | 0.1% |
| 141 | TAMOXIFEN CITRATE | TABLET | 10MG |
| 141 | TAMOXIFEN CITRATE | TABLET | 20MG |
| 142 | TEMOZOLOMIDE | CAPSULE | 100MG |
| 142 | TEMOZOLOMIDE | CAPSULE | 140MG |
| 142 | TEMOZOLOMIDE | CAPSULE | 180MG |
| 142 | TEMOZOLOMIDE | CAPSULE | 20MG |
| 142 | TEMOZOLOMIDE | CAPSULE | 250MG |
| 142 | TEMOZOLOMIDE | CAPSULE | 5MG |
| 143 | TERCONAZOLE | VAGINAL CREAM | 0.4% |
| 143 | TERCONAZOLE | VAGINAL CREAM | 0.8% |
| 144 | THEOPHYLLINE ER | TABLET | 100MG |
| 144 | THEOPHYLLINE ER | TABLET | 200MG |
| 144 | THEOPHYLLINE ER | TABLET | 300MG |
| 144 | THEOPHYLLINE ER | TABLET | 400MG |
| 144 | THEOPHYLLINE ER | TABLET | 450MG |
| 144 | THEOPHYLLINE ER | TABLET | 600MG |
| 145 | TIMOLOL MALEATE | GEL | 0.25% |
| 145 | TIMOLOL MALEATE | GEL | 0.5% |
| 146 | TIZANIDINE HCL | TABLET | 2MG |
| 146 | TIZANIDINE HCL | TABLET | 4MG |
| 147 | TOBRAMYCIN | SOLUTION | 300MG/5ML |
| 148 | TOBRAMYCIN/DEXAMETHASONE | SOLUTION | 0.3;0.1% |
| 149 | TOLMETIN SODIUM | CAPSULE | 400MG |
| 150 | TOLTERODINE TARTRATE | TABLET | 1MG |
| 150 | TOLTERODINE TARTRATE | TABLET | 2MG |
| 150 | TOLTERODINE TARTRATE ER | CAPSULE | 2MG |
| 150 | TOLTERODINE TARTRATE ER | CAPSULE | 4MG |
| 151 | TRAZODONE HCL | TABLET | 100MG |
| 152 | TRIAMCINOLONE ACETONIDE | CREAM | 0.025% |
| 152 | TRIAMCINOLONE ACETONIDE | CREAM | 0.1% |
| 152 | TRIAMCINOLONE ACETONIDE | CREAM | 0.5% |
| 152 | TRIAMCINOLONE ACETONIDE | OINTMENT | 0.025% |
| 152 | TRIAMCINOLONE ACETONIDE | OINTMENT | 0.1% |
| 152 | TRIAMCINOLONE ACETONIDE | OINTMENT | 0.5% |
| 153 | TRIAMTERENE/HCTZ | CAPSULE | 37.5MG;25MG |
| 153 | TRIAMTERENE/HCTZ | TABLET | 37.5MG;25MG |
| 153 | TRIAMTERENE/HCTZ | TABLET | 75MG;50MG |
| 154 | TRIFLUOPERAZINE HCL | TABLET | 10MG |
| 154 | TRIFLUOPERAZINE HCL | TABLET | 1MG |
| 154 | TRIFLUOPERAZINE HCL | TABLET | 2MG |
| 154 | TRIFLUOPERAZINE HCL | TABLET | 5MG |
| 155 | URSODIOL | CAPSULE | 300MG |
| 156 | VALSARTAN HCTZ | TABLET | 160MG;12.5MG |
| 156 | VALSARTAN HCTZ | TABLET | 160MG;25MG |
| 156 | VALSARTAN HCTZ | TABLET | 320MG;12.5MG |
| 156 | VALSARTAN HCTZ | TABLET | 320MG;25MG |
| 156 | VALSARTAN HCTZ | TABLET | 80MG;12.5MG |
| 157 | VERAPAMIL | TABLET | 120MG |
| 157 | VERAPAMIL | TABLET | 80MG |
| 157 | VERAPAMIL SR | CAPSULE | 120MG |
| 157 | VERAPAMIL SR | CAPSULE | 180MG |
| 157 | VERAPAMIL SR | CAPSULE | 240MG |
| 158 | WARFARIN SODIUM | TABLET | 10MG |
| 158 | WARFARIN SODIUM | TABLET | 1MG |
| 158 | WARFARIN SODIUM | TABLET | 2.5MG |
| 158 | WARFARIN SODIUM | TABLET | 2MG |
| 158 | WARFARIN SODIUM | TABLET | 3MG |
| 158 | WARFARIN SODIUM | TABLET | 4MG |
| 158 | WARFARIN SODIUM | TABLET | 5MG |
| 158 | WARFARIN SODIUM | TABLET | 6MG |
| 158 | WARFARIN SODIUM | TABLET | 7.5MG |
| 159 | ZOLEDRONIC ACID | IV CONCENTRATE | 4MG/5ML |
| 159 | ZOLEDRONIC ACID | IV SOLUTION | 5MG/100ML |

## APPENDIX B:  NAMED DEFENDANTS

1. Actavis Holdco U.S., Inc.
2. Actavis Pharma, Inc.
3. Actavis Elizabeth, LLC
4. Akorn Inc.
5. Alvogen Inc.
6. Amneal Pharmaceuticals, Inc.
7. Amneal Pharmaceuticals, LLC
8. Apotex Corp.
9. Ascend Laboratories, LLC
10. Aurobindo Pharma USA, Inc.
11. Bausch Health Americas, Inc.
12. Bausch Health US, LLC
13. Breckenridge Pharmaceutical, Inc.
14. Camber Pharmaceuticals Inc.
15. Citron Pharma LLC
16. Dava Pharmaceuticals, LLC
17. Dr. Reddy's Laboratories, Inc.
18. Epic Pharma, LLC
19. Fougera Pharmaceuticals Inc.
20. Generics Bidco I LLC
21. Glenmark Pharmaceuticals Inc., USA.
22. Greenstone LLC
23. G&W Laboratories, Inc.
24. Heritage Pharmaceuticals, Inc.
25. Hikma Labs, Inc.
26. Hikma Pharmaceuticals USA, Inc.
27. Hi-Tech Pharmacal Co., Inc.
28. Impax Laboratories, Inc.
29. Impax Laboratories, LLC
30. Jubilant Cadista Pharmaceuticals Inc.
31. Lannett Company, Inc.
32. Lupin Pharmaceuticals, Inc.
33. Mallinckrodt Inc.
34. Mayne Pharma Inc.
35. Morton Grove Pharmaceuticals, Inc.
36. Mylan Inc.
37. Mylan Pharmaceuticals Inc.
38. Oceanside Pharmaceuticals, Inc.
39. Par Pharmaceutical Companies, Inc.
40. Par Pharmaceutical, Inc.
41. Perrigo New York, Inc.
42. Pfizer, Inc.
43. Pliva, Inc.
44. Sandoz, Inc.
45. Sun Pharmaceutical Industries, Inc.
46. Taro Pharmaceuticals U.S.A., Inc.
47. Teligent Inc.
48. Teva Pharmaceuticals USA, Inc.
49. Torrent Pharma Inc.
50. UDL Laboratories, Inc.
51. Upsher-Smith Laboratories, Inc.
52. Valeant Pharmaceuticals International
53. Valeant Pharmaceuticals North America LLC
54. Versapharm, Inc.
55. West-Ward Columbus, Inc.
56. West-Ward Pharmaceuticals Corp.
57. Wockhardt USA LLC
58. Zydus Pharmaceuticals (USA), Inc.

19