IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL No. 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>*Humana Inc. v. Actavis Elizabeth, LLC* | Civil Action No. 18-3199 |

PRETRIAL ORDER NO. 306
(PRETRIAL SCHEDULE FOR *HUMANA I* BELLWETHER CASE)

**AND NOW**, this 28th day of August 2025, upon consideration of the proposed schedules [Doc. No. 3564], it is hereby **ORDERED** that the Court sets forth the following schedule of proceedings for *Humana I* Bellwether Case:

| Date | Description |
|---|---|
| September 12, 2025 | Defendants to Answer Complaint (without prejudice to Motions to Dismiss) |
| October 1, 2025 | Close of Fact Discovery |
| November 7, 2025 | Plaintiffs' Expert Reports due |
| December 12, 2025 | Completion of Depositions of Plaintiffs' Experts |
| December 22, 2025 | Defendants' Expert Reports due |
| January 30, 2026 | Completion of Depositions of Defendants' Experts |
| February 6, 2026 | Plaintiffs' Experts' Rebuttal Reports due |
| February 27, 2026 | Completion of Depositions of New Rebuttal Experts |
| March 6, 2026 | Summary Judgment Motions due |
| April 6, 2026 | Responses to Summary Judgment Motions due |
| April 20, 2026 | Replies in support of Summary Judgment Motions due |

| Date | Description |
|---|---|
| June 4, 2026 | Oral argument on Summary Judgment Motions at 10:30 AM in Courtroom 12-A, United States Courthouse, 601 Market Street, Philadelphia, PA |
| June 8, 2026 | Deadline to move for limited discovery on authenticity and admissibility for good cause shown<br><br>Exchange initial deposition designations and exhibit lists<br><br>Exchange initial witness lists, with witnesses the parties "will call" or "may call" and whether parties will seek to present any witnesses by remote testimony or video deposition |
| June 15, 2026 | Deadline to oppose limited discovery on authenticity and admissibility<br><br>Exchange drafts of jury instructions and verdict forms<br><br>Exchange drafts of stipulations of undisputed facts |
| June 22, 2026 | Exchange objections to initial exhibit and witness lists and deposition designations and counter-designations |
| June 26, 2026 | Exchange objections to jury instructions and verdict forms<br><br>Exchange topics for motions in limine |
| July 7, 2026 | Second exchange of exhibit lists and objections<br><br>Exchange drafts of jury questionnaire and voir dire<br><br>Resolve any disputes about page limits and format for motions in limine, and submit to the Court a joint stipulation or competing proposed Orders<br><br>Exchange drafts of pretrial memoranda to ensure consistent templates and formatting<br><br>Second exchange of stipulations of undisputed facts |

| Date | Description |
| --- | --- |
| July 15, 2026 | Exchange objections to deposition designations and counter-designations<br><br>Second exchange of jury instructions and verdict forms with further edits<br><br>Exchange further refined witness lists, identifying witnesses the party "will call" or "may call" and whether parties will seek to present any witnesses by remote testimony or video deposition |
| July 22, 2026 | Completion of all limited evidentiary pretrial discovery on authenticity and admissibility to be complete absent a showing of good cause<br><br>Exchange second drafts of jury questionnaire and voir dire<br><br>Filing motions in limine (parties may raise new motion in limine issues not previously disclosed for good cause) |
| July 29, 2026 | Exchange objections to counter-counter deposition designations<br><br>Exchange FRE 1006 exhibits |
| August 5, 2026 | Final submission of exhibit lists (except FRE 1006 exhibits), with unresolved objections<br><br>Final submission of joint and contested jury instructions and verdict forms<br><br>Final submission of joint and contested questions for jury questionnaires & voir dire<br><br>Final submission of pretrial memos<br><br>Final submission of stipulation of undisputed facts |
| August 12, 2026 | Exchange objections to FRE 1006 exhibits<br><br>File oppositions to motions in limine |

| Date | Description |
|---|---|
| August 17, 2026 | Final submission of deposition designations with unresolved objections<br><br>Final submission of FRE 1006 exhibits, with unresolved objections<br><br>Final submission of witness lists with unresolved objections |
| August 25, 2026 | Final pretrial conference at 10:30 AM in Courtroom 12-A, United States Courthouse, 601 Market Street, Philadelphia, PA |
| September 8-9, 2026 | Jury selection |
| September 14, 2026 | Exchange opening statement demonstratives 24 hours in advance of trial |
| September 15, 2026 | Trial begins (trial to conclude no later October 22, 2026) |

It is so **ORDERED**.

**BY THE COURT:**

/s/ Cynthia M. Rufe

_____

**CYNTHIA M. RUFE, J.**