IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL NO. 2724 <br><br> 16-MD-2724 |
| THIS DOCUMENT RELATES TO: <br><br> *All End-Payer Plaintiffs' Actions* | HON. CYNTHIA M. RUFE |

**END-PAYER PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE MEMORANDUM OF LAW IN EXCESS OF FIFTEEN PAGES**

 Pursuant to this Court's Policies and Procedures (updated November 2024) and Local Rule of Civil Procedure 7.1, End-Payer Plaintiffs ("EPPs"), by and through their undersigned counsel, respectively move this Court for leave to exceed the fifteen (15) page limit on Memorandum of Law for an anticipated motion which shall seek final approval of EPPs' proposed settlement with Heritage Pharmaceuticals Inc., Emcure Pharmaceuticals Ltd., and Satish Mehta (collectively, "Heritage"). EPPs have conferred with counsel for Heritage and have confirmed that Heritage does not oppose this relief. A proposed Order is attached hereto.

Dated: September 22, 2025         Respectfully submitted,

                   */s/ Roberta D. Liebenberg*
                   Roberta D. Liebenberg
                   FINE, KAPLAN AND BLACK, R.P.C.
                   One South Broad Street, 23rd Floor
                   Philadelphia, PA 19107
                   Telephone: (215) 567-6565
                   rliebenberg@finekaplan.com

                   *Lead and Liaison Counsel for End-Payer Plaintiffs*