# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL NO. 2724**<br>**16-MD-2724**<br>**HON. CYNTHIA M. RUFE** |
| **THIS DOCUMENT RELATES TO:**<br><br>***All End-Payer Plaintiffs' Actions*** | |

## FINAL ORDER AND JUDGMENT REGARDING
## EPPS' SANDOZ SETTLEMENT

**AND NOW**, this 26th day of September 2025, upon review and consideration of End-Payer Plaintiffs' ("EPPs")[1] Motion for Final Approval of Sandoz Settlement and Plan of Allocation [MDL Doc. No. 3520], and for the reasons set forth in the Court's Memorandum Opinion, it is hereby **ORDERED** that the motion is **GRANTED** as follows:

1.    All capitalized terms used in this Final Order and Judgment shall have the same

---

[1] EPP named Plaintiffs are 1199SEIU Greater New York Benefit Fund; 1199SEIU Licensed Practical Nurses Welfare Fund; 1199SEIU National Benefit Fund; 1199SEIU National Benefit Fund for Home Care Workers; American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan; American Federation of State, County and Municipal Employees District Council 47 Health & Welfare Fund; City of Providence, Rhode Island; Detectives Endowment Association of the City of New York; Hennepin County; Louisiana Health Service & Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana; Philadelphia Federation of Teachers Health and Welfare Fund; Self-Insured Schools of California; Sergeants Benevolent Association of the Police Department of the City of New York Health and Welfare Fund; UFCW Local 1500 Welfare Fund; Uniformed Fire Officers Association Family Production Plan Local 854; and United Food & Commercial Workers and Employers Arizona Health & Welfare Trust; Nina Diamond; Ottis McCrary; Valerie Velardi; and Robby Johnson. On September 22, 2025, EPPs filed a statement noting the death of Plaintiff Nina Diamond. *See* Doc. No. 224 in Action No. 16-DG-27242.

meanings as set forth in the Settlement Agreement submitted to the Court.[2]

2.      On February 19, 2025, the Court entered an Order in which it, *inter alia*, preliminarily approved the Settlement and Plan of Allocation, preliminarily certified the Settlement Class for settlement purposes only, appointed Settlement Class Representatives, appointed Settlement Class Counsel, directed Notice to Settlement Class Members, appointed Huntington Bank as Escrow Agent, and appointed A.B. Data, Inc. as Notice Administrator (the "Preliminary Approval Order").[3]

3.      On July 23, 2025, the Court held a Final Fairness Hearing to consider whether the Settlement and Plan of Allocation should be finally approved under Rule 23(e)(2) as fair, reasonable and adequate.

4.      The Court has reviewed EPPs' Motion and the terms and conditions set forth in the Settlement Agreement, including all exhibits thereto, and finds that the Settling Parties entered into the Settlement Agreement in good faith and that the Settlement is fair, reasonable and adequate under Rule 23 of the Federal Rules of Civil Procedure. The Court finds that the Settlement is in full compliance with all requirements of the Federal Rules of Civil Procedure, the Class Action Fairness Act, and the United States Constitution (including the Due Process Clause).

5.      The Court finds that the Settlement was negotiated at arm's-length; that there was sufficient discovery; that the Parties and counsel were knowledgeable about the facts relevant to EPPs' claims and the potential risks of continued litigation; and that the Parties were represented by highly capable counsel with substantial experience in class action and antitrust litigation.

---

[2] MDL Doc. No. 3253-2.

[3] MDL Doc. No. 3257.

6.      The Court also specifically considered the factors set forth in Rule 23(e)(2) and the *Girsh* factors, including the complexity, expense and likely duration of litigation of the litigation; the favorable reaction of the Settlement Class; the stage of the proceedings; the risks of establishing liability, damages and class certification; and the range of reasonableness of the Settlement in light of the best possible recovery and attendant risks of litigation.[4] The Court finds that the Rule 23(e)(2) factors and the *Girsh* factors weigh in favor of approving the Settlement.

7.      The Court finds that the dissemination of Notice as set forth in the Declaration of Eric J. Miller was in compliance with the Court's Preliminary Approval Order, and that the notice that has been given constitutes due, adequate and sufficient notice; was the best notice practicable under the circumstances; and satisfies Federal Rule of Civil Procedure 23(e) and due process.

8.      A full opportunity has been offered to Settlement Class Members to object to or opt out of the Settlement and to participate in the Final Fairness Hearing.

9.      No class member objected to the Settlement. Nonetheless, the Court has carefully considered the objections made by certain insurers as to opt-out procedures, and the position of certain states, through their attorneys general, as *amici curiae*.

10.     Sandoz properly and timely notified the appropriate officials of the Settlement pursuant to the Class Action Fairness Act.[5] More than 90 days have elapsed since Sandoz provided notice of the Settlement pursuant to CAFA.

11.     Pursuant to Rule 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure, the Court grants final class certification, for settlement purposes only, of the Settlement Class that it

---

[4] *Girsh v. Jepson*, 521 F.2d 153, 157 (3d Cir. 1975).

[5] 28 U.S.C. § 1715.

preliminarily certified in its Preliminary Approval Order. The Court finds that the requirements of Rule 23 are satisfied, solely for the purpose of effectuating the Settlement, as follows:

    a. Pursuant to Rule 23(a)(1), the Court determines that the members of the Settlement Class are so numerous that their joinder before the Court would be impracticable;

    b. Pursuant to Rule 23(a)(2), the Court determines that there are questions of law and fact that are common to the Settlement Class;

    c. Pursuant to Rule 23(a)(3), the Court determines that the Settlement Class Representatives' claims are typical of the claims of the Settlement Class Members;

    d. Pursuant to Rule 23(a)(4), the Court determines that Settlement Class Representatives and Settlement Class Counsel have fairly and adequately represented the interests of the Settlement Class;

    e. Pursuant to Rule 23(b)(3), the Court determines that common questions of law and fact predominate over questions affecting any individual Settlement Class Member;

    f. Pursuant to Rule 23(b)(3), the Court determines that a class resolution provides a fair and efficient method for settling the Settlement Class's claims and is superior to other available methods; and

    g. Pursuant to Rule 23(b)(3), the Court determines that the Settlement Class is ascertainable.

12.    The Court confirms the appointment of the named EPPs as Settlement Class Representatives.

13.    The Court confirms the appointment of Roberta D. Liebenberg and the law firm of Fine, Kaplan and Black, R.P.C., One South Broad Street, 23rd Floor, Philadelphia, PA 19107 as Settlement Class Counsel.

14.    The persons and entities identified in Exhibit A, which is attached hereto and incorporated by reference herein, have timely and validly requested exclusion from the Settlement Class, or have otherwise been permitted to seek exclusion by this Court, and are hereby excluded from the Settlement Class, are not bound by this Final Judgment, and may not make any claim or receive any benefit from the Settlement, whether monetary or otherwise. Said excluded persons and entities may not pursue any claims released under the Settlement Agreement on behalf of those who are bound by this Final Judgment. Each Settlement Class Member not appearing in Exhibit A is bound by this Final Judgment and will remain forever bound.

15.    The Court grants final approval of the Plan of Allocation as being fair, reasonable, adequate, and in the best interest of the Settlement Class.  The Court further finds that the Plan of Allocation treats class members equitably relative to each other as required by Federal Rule of Civil Procedure 23(e)(2)(D).

16.    Accordingly, the Court hereby grants EPPs' Motion for Final Approval of Sandoz Settlement and Plan of Allocation.

17.    The Court hereby dismisses the EPP Actions as to Sandoz, on the merits, with prejudice and in their entirety, and except as provided for in the Settlement Agreement, without costs or attorneys' fees recoverable under 15 U.S.C. § 15(a), as to Sandoz. This dismissal shall not affect, in any way, the rights of EPPs or members of the Settlement Class to pursue claims not released by the Settlement Agreement.

18.     The EPP Releasors (as defined in Section I.H. of the Settlement Agreement) have released, acquitted and forever discharged the Sandoz Releases (as defined in Section I.R. of the Settlement Agreement) from all Released Claims (as defined in Section I.Q. of the Settlement Agreement) arising out of or relating to the Conduct (as defined in Section I.B. of the Settlement Agreement). All terms of the release and covenant not to sue set forth in Section VI of the Settlement Agreement, and the definitions set forth in Sections I.B., I.H., I.R. and I.Q., of the Settlement Agreement, are hereby incorporated into this Order.

19.     This Final Judgment does not settle or compromise any claims by EPPs or the Settlement Class against any person or entities other than the Released Parties, and all rights against any other Defendant or any other person or entity are specifically reserved.

20.     The finality of this Final Order and Judgment shall not be affected by any order entered regarding the Settlement Class Counsel's motion for an award of attorneys' fees and reimbursement of expenses and/or any order entered regarding the Service Awards to the Settlement Class Representatives, which shall be considered separate from this Final Order and Judgment.

21.     The Court shall retain continuing and exclusive jurisdiction over the Settlement and this Order, including the administration and consummation of this Settlement.

22.     Pursuant to Federal Rule of Civil Procedure 54(b) there is no just reason for delay, and the Court hereby directs the entry of this Final Judgment of dismissal forthwith as to Sandoz. This Final Approval Order shall be final and immediately appealable.

It is so **ORDERED**.

**BY THE COURT:**

 /s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**

# EXHIBIT A

# (and Sub-Exhibits A-1 to A-31)

**EXHIBIT A**

**Individuals and Entities That Have Submitted Valid Requests for Exclusion
From the Sandoz Settlement Class**

<u>**Consumer Opt-Outs**</u>

1.  Lisa Spencer

<u>**Third-Party Payer Opt-Outs**</u>

1.  Albany County Health Plan

2.  AmeriHealth Caritas Health Plan

3.  Central Painting & Sandblasting, Inc.

4.  Chenango County, New York

5.  Citation Oil & Gas Corp.

6.  City of Fort Lauderdale, Florida

7.  City of Lorain, Ohio

8.  City of Mobile, Alabama

9.  City of Poughkeepsie, New York

10. City of Warren, Ohio

11. County of Allegany, NY

12. County of Cattaraugus, New York

13. County of Chemung, New York

14. County of Clinton, New York

15. County of Cortland, New York

16. County of Erie, New York

17. County of Essex, New York

18. County of Franklin, New York

19. County of Fulton, Georgia

20. County of Fulton, New York

21. County of Herkimer, New York

22. County of Lewis, New York

23. County of Livingston, New York

24. County of Madison, New York

25. County of Monroe, New York

26. County of Montgomery, New York

27. County of Nassau, New York

28. County of Niagara, New York

29. County of Oneida, New York

30. County of Onondaga, New York

31. County of Osceola, Florida

32. County of Oswego, New York

33. County of Otsego, New York

34. County of Shelby, Tennessee

35. County of Steuben, New York

36. County of Westchester, New York

37. County of Yates, New York

38. General Motors LLC

39. Greene County, New York

40. Illinois Public Risk Fund

41. Independent Health Association, Inc.

42. Independent Health Benefits Corporation

43. Keystone Family Health Plan

44. Lowe's Companies, Inc.

45. MagnaCare Insurance a/k/a Brighton Health Plan Solutions, LLC f/k/a MagnaCare
    Administrative Services, LLC

46. Mayo Clinic

47. Municipal Employee Benefits Consortium Health Trust, New York

48. Public Employer Risk Management Association, Inc.

49. Target Corporation

50. Town of Amherst, New York

51. Wisconsin Counties Association Group Health Trust

52. The Albertsons Companies, Inc. entities set forth in Exhibit A-1

53. The American Airlines, Inc. entities set forth in Exhibit A-2

54. The Aramark Services, Inc. entities set forth in Exhibit A-3

55. The Centene Corporation entities set forth in Exhibit A-4

56. The H-E-B Grocery Company L.P. entities set forth in Exhibit A-5

57. The J M Smith Corporation entities set forth in Exhibit A-6

58. The Kroger Co. entities set forth in Exhibit A-7

59. The Lumen Technologies entities set forth in Exhibit A-8

60. The Molina Healthcare, Inc. entities set forth in Exhibit A-9

61. The RTX Corporation entities set forth in Exhibit A-10

62. The Southwest Airlines Co. entities set forth in Exhibit A-11

63. The United HealthCare Services, Inc. entities set forth in Exhibit A-12

64. The UPMC entities set forth in Exhibit A-13

65. The US Foods, Inc. entities set forth in Exhibit A-14

66. The Walgreen Co. entities set forth in Exhibit A-15

67. The Wellmark, Inc. entities set forth in Exhibit A-16

68. AmeriSource Bergen Drug Corporation with respect to generic drugs that it purchased from the Walgreen Co. entities in Exhibit A-13

69. Cardinal Health, Inc. with respect to generic drugs that Cardinal Health, Inc. purchased from the Albertsons Companies, Inc. entities in Exhibit A-1, and with respect to generic drugs that Cardinal Health, Inc. purchased from the Kroger Co. entities in Exhibit A-7

70. The Aetna, Inc. entities set forth in Exhibit A-17[1]

---

[1] The ASO Clients of Aetna, Inc. remain in the Sandoz Settlement Class and are not among the valid opt-outs listed herein.

71. The Independence Blue Cross, LLC entities set forth in Exhibit A-18[2]

72. The Blue Cross and Blue Shield of Florida, Inc. entities set forth in Exhibit A-19
    **and** the Blue Cross and Blue Shield of Florida, Inc. ASO Clients set forth in Exhibit A-20[3]

73. The Blue Cross and Blue Shield of Kansas City entities set forth in Exhibit A-21
    **and** the Blue Cross and Blue Shield of Kansas City ASO Clients set forth in Exhibit A-22[4]

74. BlueCross BlueShield of Tennessee, Inc.
    **and** the BlueCross BlueShield of Tennessee, Inc. ASO Clients set forth in Exhibit A-23[5]

75. The Cigna Group entities set forth in Exhibit A-24
    **and** the Cigna Group ASO Clients set forth in Exhibit A-25[6]

76. Health Care Service Corporation
    **and** the Health Care Service Corporation ASO Clients set forth in Exhibit A-26[7]

77. Horizon Healthcare Services, Inc. d/b/a Horizon Blue Shield of New Jersey
    **and** the Horizon Healthcare Services, Inc. ASO Clients set forth in Exhibit A-27[8]

78. The Humana Inc. entities set forth in Exhibit A-28
    **and** the Humana Inc. ASO Clients set forth in Exhibit A-29[9]

79. Blue Cross and Blue Shield of Alabama
    **and** the Blue Cross and Blue Shield of Alabama ASO Clients set forth in Exhibit A-30.[10]

---

[2] The ASO Clients of Independence Blue Cross remain in the Sandoz Settlement Class and none are among the valid opt-outs listed herein.

[3] ASO Clients of Blue Cross and Blue Shield of Florida, Inc. that are not listed in Exhibit A-20 remain in the Sandoz Settlement Class and are not among the valid opt-outs listed herein.

[4] ASO Clients of Blue Cross and Blue Shield of Kansas City that are not listed in Exhibit A-22 remain in the Sandoz Settlement Class and are not among the valid opt-outs listed herein.

[5] ASO Clients of BlueCross BlueShield of Tennessee, Inc. that are not listed in Exhibit A-23 remain in the Sandoz Settlement Class and are not among the valid opt-outs listed herein.

[6] ASO Clients of Cigna that are not listed in Exhibit A-25 remain in the Sandoz Settlement Class and are not among the valid opt-outs listed herein.

[7] ASO Clients of Health Care Service Corporation that are not listed in Exhibit A-26 remain in the Sandoz Settlement Class and are not among the valid opt-outs listed herein.

[8] ASO Clients of Horizon Healthcare Services, Inc. that are not listed in Exhibit A-27 remain in the Sandoz Settlement Class and are not among the valid opt-outs listed herein.

[9] ASO Clients of Humana Inc. that are not listed in Exhibit A-29 remain in the Sandoz Settlement Class and are not among the valid opt-outs listed herein.

80. Blue Cross and Blue Shield of South Carolina

**and** the Blue Cross and Blue Shield of Alabama ASO Clients set forth in Exhibit A-31.[11]

---

[10] ASO Clients of Blue Cross and Blue Shield of Alabama that are not listed in Exhibit A-30 remain in the Sandoz Settlement Class and are not among the valid opt-outs listed herein.

[11] ASO Clients of Blue Cross and Blue Shield of South Carolina that are not listed in Exhibit A-31 remain in the Sandoz Settlement Class and are not among the valid opt-outs listed herein.

**EXHIBIT A-1**

**The Albertsons Companies, Inc. Entities**

**That Have Submitted Valid Requests for Exclusion
From the Sandoz Settlement Class**

1.  Albertsons

2.  Albertson's, Inc.

3.  Albertsons LLC

4.  Albertsons Companies LLC

5.  Albertsons Companies, Inc.

6.  Albertsons Market

7.  Acme Markets

8.  American Stores Company

9.  American Drug Stores

10. Andronico's

11. Andronico's Community Markets

12. Balducci's Food Lover's Markets

13. Company Amigos United

14. Carr-Gottstein Foods Co.

15. Dominick's

16. Dominick's Finer Foods, LLC

17. Extreme Value

18. Extreme Value Centers

19. Foods Pavilion

20. Genuardi's

21. Genuardi's Family Markets LP

22. Haggen

23. Haggen Food & Pharmacy

24. Jerseymaid Milk Products

25. Jewel Foods

26. Jewel Foods, Inc.

27. Jewel Food Stores

28. Jewel-Osco Pharmacy

29. Kings Food Markets

30. Lawrence Brothers

31. Lawrence Brothers Co.

32. Lawrence Brothers Pharmacy

33. Lucerne Foods, Inc.

34. Lucky Stores (Utah locations)

35. Market Street

36. New Albertson's Inc.

37. New Albertsons L.P.

38. Osco Drugs

39. Pak 'N Sav

40. Paul's Market

41. Pavilions Place Randall's

42. Randall's Food & Drugs LP

43. Raley's of New Mexico

44. Safeway

45. Safeway Inc.

46. Safeway Food & Drug

47. Sav-On Drug

48. Shaw's Supermarkets, Inc.

49. Simon David

50. Star Market

51. Super Saver Foods

52. The Vons Companies, Inc.

53. Tom Thumb Food & Drugs

54. United Express

55. United Supermarkets

56. United Supermarkets, LLC

57. Vons

58. Vons Grocery Company

**EXHIBIT A-2**

**The American Airlines, Inc. Entities**

**That Have Submitted Valid Requests for Exclusion
From the Sandoz Settlement Class**

1. American Airlines, Inc.

2. American Airlines Group Inc.

3. US Airways, Inc.

4. US Airways Group, Inc.

**EXHIBIT A-3**

**The Aramark Services, Inc. Entities**

**That Have Submitted Valid Requests for Exclusion
From the Sandoz Settlement Class**

1. Aramark Services, Inc.

2. Aramark Corporation

3. Aramark Uniform Services

**EXHIBIT A-4**

**The Centene Corporation Entities**

**That Have Submitted Valid Requests for Exclusion
From the Sandoz Settlement Class**

1. Absolute Total Care, Inc.

2. AcariaHealth Pharmacy #11, Inc.

3. AcariaHealth Pharmacy #12, Inc.

4. AcariaHealth Pharmacy #13, Inc.

5. AcariaHealth Pharmacy #14, Inc.

6. AcariaHealth Pharmacy #26, Inc.

7. AcariaHealth Pharmacy, Inc.

8. AcariaHealth, Inc.

9. Access Medical Acquisition, LLC

10. Access Medical Group of Florida City, LLC

11. Access Medical Group of Hialeah, LLC

12. Access Medical Group of Kendall, LLC

13. Access Medical Group of Lakeland, LLC

14. Access Medical Group of Lauderdale Lakes, LLC

15. Access Medical Group of Margate, LLC

16. Access Medical Group of Miami, LLC

17. Access Medical Group of North Miami Beach, LLC

18. Access Medical Group of Opa-Locka, LLC

19. Access Medical Group of Pembroke Pines, LLC

20. Access Medical Group of Perrine, LLC

21. Access Medical Group of Riverview, LLC

22. Access Medical Group of Tampa II, LLC

23. Access Medical Group of Tampa III, LLC

24. Access Medical Group of Tampa, LLC

25. Access Medical Group of Westchester, LLC

26. Agate Resources, Inc.

27. Ambetter Health of Florida, Inc.

28. Ambetter Health of Louisiana, Inc.

29. Ambetter Health of Texas, Inc.

30. Ambetter of Magnolia Inc.

31. Ambetter of North Carolina, Inc.

32. Ambetter of Peach State Inc.

33. American Progressive Life and Health Insurance Company of New York

34. Arizona Biodyne, Inc.

35. Arkansas Health & Wellness Health Plan, Inc.

36. Arkansas Total Care, Inc.

37. AWC of Syracuse, Inc.

38. Bankers Reserve Life Insurance Company of Wisconsin

39. Bridgeway Health Solutions of Arizona, Inc.

40. Buckeye Community Health Plan, Inc.

41. Buckeye Health Plan Community Solutions, Inc.

42. California Health and Wellness Plan

43. Carolina Complete Health, Inc.

44. Celtic Insurance Company

45. Cenpatico Behavioral Health, LLC

46. Centene Corporation

47. Centene Europe Financing Company Limited

48. Centene Foundation

49. Centene Institute for Advanced Health Education, LLC

50. Centene International Financing Company Limited

51. Centene Management Company LLC

52. Centene Pharmacy Services, Inc.

53. Centene Venture Company Alabama Health Plan, Inc.

54. Centene Venture Company Florida

55. Centene Venture Company Illinois

56. Centene Venture Company Indiana, Inc.

57. Centene Venture Company Kansas

58. Centene Venture Company Tennessee

59. Centene Venture Insurance Company Texas

60. Comprehensive Health Management, LLC

61. Coordinated Care Corporation

62. Coordinated Care of Washington, Inc.

63. Delaware First Health Complete, Inc.

64. Delaware First Health, Inc.

65. DeNova Collaborative Health, LLC

66. District Community Care, Inc.

67. Envolve Benefit Options, Inc.

68. Envolve Dental IPA of New York, Inc.

69. Envolve Dental of Florida, Inc.

70. Envolve Dental of Texas, Inc.

71. Envolve Dental, Inc.

72. Envolve Pharmacy IPA, LLC

73. Envolve Total Vision, Inc.

74. Envolve Vision Benefits, Inc.

75. Envolve Vision IPA of New York, Inc.

76. Envolve Vision of Florida, Inc.

77. Envolve Vision of Texas, Inc.

3

78. Envolve Vision, Inc.

79. Envolve, Inc.

80. Foundation Care LLC

81. Granite State Health Plan, Inc.

82. Hallmark Life Insurance Company

83. Harmony Health Plan, Inc.

84. Health Net Community Solutions of Arizona, Inc.

85. Health Net Community Solutions, Inc.

86. Health Net Federal Services, LLC

87. Health Net Health Plan of Oregon, Inc.

88. Health Net Life Insurance Company

89. Health Net Life Reinsurance Company

90. Health Net of Arizona, Inc.

91. Health Net of California, Inc.

92. Health Net, LLC

93. Healthy Washington Holdings, Inc.

94. HHS Texas Management, L.P.

95. HHS Texas Management, L.P.

96. HLM Strategic Investment Fund, L.P.

97. Home State Health Plan, Inc.

98. Homescripts.Com, LLC

99. Human Affairs International of California

100.    Illinois Health Practice Alliance, LLC

101.    Integrated Mental Health Services

102.    Interpreta, Inc.

103.    Iowa Total Care, Inc.

104.    Lifeshare Management Group, LLC

4

105.    Louisiana Healthcare Connections, Inc.

106.    Magellan Behavioral Health of Florida, Inc.

107.    Magellan Behavioral Health of New Jersey, LLC

108.    Magellan Behavioral Health of Pennsylvania, Inc.

109.    Magellan Behavioral Health Systems, LLC

110.    Magellan Behavioral of Michigan, Inc.

111.    Magellan Capital, LLC

112.    Magellan Cares Foundation, Inc.

113.    Magellan Complete Care of Louisiana, Inc.

114.    Magellan Federal, Inc.

115.    Magellan Financial Capital, LLC

116.    Magellan Health QIO, LLC

117.    Magellan Health Services of California, Inc. - Employer Services

118.    Magellan Health, Inc.

119.    Magellan Healthcare Provider Group, Inc.

120.    Magellan Healthcare, Inc.

121.    Magellan HRSC, Inc.

122.    Magellan Integration LLC

123.    Magellan Life Insurance Company

124.    Magellan Provider Services of CA, P.C.

125.    Magellan Provider Services, P.A.

126.    Magellan Providers of Texas, Inc.

127.    Magnolia Health Plan Inc.

128.    Magnolia Joint Venture Holding Company, Inc.

129.    Managed Health Network

130.    Managed Health Services Insurance Corp.

131.    Meridian Health Plan of Illinois, Inc.

132.    Meridian Health Plan of Michigan, Inc.

133.    Meridian Management Company, LLC

134.    MeridianRx, LLC

135.    MHH Healthcare, L.P.

136.    MHN Services, LLC

137.    Nebraska Total Care, Inc.

138.    Network Providers, LLC

139.    Novasys Health, Inc.

140.    Oklahoma Complete Health, Inc.

141.    One Care by Care1st Health Plan of Arizona, Inc.

142.    Peach State Health Plan, Inc.

143.    Penn Marketing America, LLC

144.    Pennsylvania Health & Wellness, Inc.

145.    Premier Marketing Group, LLC

146.    Presonyx, Inc.

147.    QCA Health Plan, Inc.

148.    Qualchoice Life and Health Insurance Company, Inc.

149.    Quartet Health Holdings, Inc.

150.    RI Health & Wellness, Inc.

151.    SelectCare of Texas, Inc.

152.    SilverSummit Healthplan, Inc.

153.    Social Health Bridge LLC

154.    Social Health Bridge Trust

155.    Sunflower State Health Plan, Inc.

156.    Sunshine Health Community Solutions, Inc.

157.    Sunshine State Health Plan, Inc.

158.    Sunshine State Health Plan, Inc.

159.    Superior HealthPlan, Inc.

160.    Trillium Community Health Plan, Inc.

161.    U.S. IPA Providers, Inc.

162.    UAM Agent Services Corp.

163.    Universal American Financial Services, Inc.

164.    WellCare Health Insurance Company of America

165.    WellCare Health Insurance Company of Kentucky, Inc.

166.    WellCare Health Insurance Company of New Hampshire, Inc.

167.    WellCare Health Insurance Company of New Jersey, Inc.

168.    WellCare Health Insurance Company of Oklahoma, Inc.

169.    WellCare Health Insurance Company of Washington, Inc.

170.    WellCare Health Insurance of Arizona, Inc.

171.    WellCare Health Insurance of Connecticut, Inc.

172.    WellCare Health Insurance of Hawaii, Inc.

173.    WellCare Health Insurance of New York, Inc.

174.    WellCare Health Insurance of North Carolina, Inc.

175.    WellCare Health Insurance of Tennessee, Inc.

176.    WellCare Health Insurance of the Southwest, Inc.

177.    WellCare Health Plans of Massachusetts, Inc.

178.    WellCare Health Plans of Missouri, Inc.

179.    WellCare Health Plans of New Jersey, Inc.

180.    WellCare Health Plans of Rhode Island, Inc.

181.    WellCare Health Plans of Vermont, Inc.

182.    WellCare National Health Insurance Company

183.    WellCare of Alabama, Inc.

184.    WellCare of California, Inc.

185.    WellCare of Connecticut, Inc.

186.  WellCare of Georgia, Inc.

187.  WellCare of Illinois, Inc.

188.  WellCare of Maine, Inc.

189.  WellCare of Missouri Health Insurance Company, Inc.

190.  WellCare of New Hampshire, Inc.

191.  WellCare of North Carolina, Inc.

192.  WellCare of South Carolina, Inc.

193.  WellCare of Texas, Inc.

194.  WellCare of Washington, Inc.

195.  WellCare Prescription Insurance, Inc.

196.  Western Sky Community Care, Inc.

197.  Worlco Management Services, Inc.

**EXHIBIT A-5**

**The H-E-B Grocery Company L.P. Entities**

**That Have Submitted Valid Requests for Exclusion
From the Sandoz Settlement Class**

1. H-E-B

2. H.E. Butt Grocery Company

3. H.E. Butt Grocery Company L.P.

4. Central Market

**EXHIBIT A-6**

**The J M Smith Corporation Entities**

**That Have Submitted Valid Requests for Exclusion
From the Sandoz Settlement Class**

1. J M Smith Corporation

2. J M Smith

3. Smith Drug Company

4. Smith Drug

5. Burlington Drug Company

6. Burlington Drug

**EXHIBIT A-7**

**The Kroger Co. Entities**

**That Have Submitted Valid Requests for Exclusion
From the Sandoz Settlement Class**

1. Kroger

2. The Kroger Co.

3. Kroger Limited Partnership I

4. Kroger Limited Partnership II

5. KRGP Inc.

6. Kroger Texas L.P.

7. The Kroger Co. of Michigan

8. Baker's

9. City Market

10. Copps Food Center

11. Dillon

12. Dillon Companies, Inc.

13. FMJ, Inc.

14. Food 4 Less

15. Food 4 Less Holdings, Inc.

16. Fred Meyer

17. Fred Meyer, Inc.

18. Fred Meyer Jewelers, Inc.

19. Fred Meyer Stores, Inc.

20. Fry's

21. Gerbes

22. Harris Teeter

23. Harris Teeter, Inc.

24. Harris Teeter, LLC

25. Healthy Options, Inc.

26. Home Chef

27. Jay C Food Stores

28. Junior Food Stores of West Florida, Inc.

29. Kessel

30. Kessel Food Markets, Inc.

31. King Soopers

32. Kiosk Medicine Kentucky, LLC

33. Mariano's Fresh Market

34. Matthews Property 1, LLC

35. Metro Market

36. Owen's

37. Owen's Supermarket

38. Pick 'n Save

39. Pay Less Super Markets

40. Peyton's

41. Peyton's Fountain

42. Peyton's Mid-South Company

43. Peyton's Northern

44. Peyton's Pheonix

45. Peyton's-Southeastern, Inc.

46. Postal Prescription Services

47. QFC

48. Ralphs

49. Ralphs Grocery Company

50. Roundy's Inc.

51. Ruler Foods

52. Scott's Foods

53. Scott's Pharmacy

54. Shop-Rite, LLC

55. Sunrise R&D Holdings, LLC

56. Sunrise Technology LLC

57. Smith's

58. Smith's Food & Drug Centers, Inc.

59. TLC Corporate Services LLC

**EXHIBIT A-8**

**The Lumen Technologies Entities**

**That Have Submitted Valid Requests for Exclusion
From the Sandoz Settlement Class**

1. Lumen Technologies, Inc.

2. Lumen Technologies Service Group, LLC

3. CenturyLink, Inc.

4. CenturyTel, Inc.

5. Embarq Corporation

6. Qwest Communications International Inc.

7. CenturyLink Finance Dept 2NE700

8. CenturyLink Employee Benefits Committee

**EXHIBIT A-9**

**The Molina Healthcare, Inc. Entities**

**That Have Submitted Valid Requests for Exclusion
From the Sandoz Settlement Class**

1.  Molina Healthcare, Inc.

2.  Molina Healthcare of California

3.  Molina Healthcare of Florida, Inc.

4.  Molina Healthcare of Illinois, Inc.

5.  Molina Healthcare of Kentucky, Inc.

6.  Molina Healthcare of Michigan, Inc.

7.  Molina Healthcare of Mississippi, Inc.

8.  Molina Healthcare of Missouri, Inc.

9.  Molina Healthcare of New Mexico, Inc.

10. Molina Healthcare of New York, Inc.

11. Molina Healthcare of Ohio, Inc.

12. Molina Healthcare of Puerto Rico, Inc.

13. Molina Healthcare of South Carolina, Inc.

14. Molina Healthcare of Texas, Inc.

15. Molina Healthcare of Utah, Inc.

16. Molina Healthcare of Virginia, Inc.

17. Molina Healthcare of Washington, Inc.

18. Molina Healthcare of Wisconsin, Inc.

**EXHIBIT A-10**

**The RTX Corporation Entities**

**That Have Submitted Valid Requests for Exclusion
From the Sandoz Settlement Class**

1. RTX Corporation f/k/a Raytheon Technologies Corporation, f/k/a United Technologies Corporation

2. Raytheon Company

3. Goodrich Corporation

4. Rockwell Collins, Inc.

**EXHIBIT A-11**

**The Southwest Airlines Co. Entities**

**That Have Submitted Valid Requests for Exclusion**
**From the Sandoz Settlement Class**

1. Southwest Airlines Co.

2. AirTran Airways, Inc.

3. AirTran Holdings LLC

**EXHIBIT A-12**

**The United HealthCare Services, Inc. Entities**

**That Have Submitted Valid Requests for Exclusion
From the Sandoz Settlement Class**

1. United HealthCare Services, Inc.

2. All Savers Insurance Company

3. All Savers Life Insurance Company of California

4. AmeriChoice of New Jersey, Inc.

5. Arizona Physicians IPA, Inc.

6. Care Improvement Plus of Texas Insurance Company

7. Care Improvement Plus South Central Insurance Company

8. Care Improvement Plus Wisconsin Insurance Company

9. Dental Benefit Providers of California, Inc.

10. Dental Benefit Providers of Illinois, Inc.

11. Golden Rule Insurance Company

12. Harken Health Insurance Company

13. Health Plan of Nevada, Inc.

14. MAMSI Life and Health Insurance Company

15. MD-Individual Practice Association, Inc.

16. Medica Health Plans of Florida, Inc.

17. Medica HealthCare Plans, Inc.

18. National Pacific Dental, Inc.

19. Neighborhood Health Partnership, Inc.

20. Nevada Pacific Dental

21. Optimum Choice, Inc.

22. Oxford Health Insurance, Inc.

23. Oxford Health Plans (CT), Inc.

24. Oxford Health Plans (NJ), Inc.

25. Oxford Health Plans (NY), Inc.

26. PacifiCare Life and Health Insurance Company

27. PacifiCare Life Assurance Company

28. PacifiCare of Arizona, Inc.

29. PacifiCare of Colorado, Inc.

30. PacifiCare of Nevada, Inc.

31. Peoples Health, Inc.

32. Physicians Health Choice of Texas, LLC

33. Preferred Care Partners, Inc.

34. Rocky Mountain Health Maintenance Organization, Incorporated

35. Rocky Mountain HealthCare Options, Inc.

36. Sierra Health and Life Insurance Company, Inc.

37. Symphonix Health Insurance, Inc.

38. UHC of California

39. Unimerica Life Insurance Company of New York

40. Unison Health Plan of Delaware, Inc.

41. UnitedHealthcare Benefits of Texas, Inc.

42. UnitedHealthcare Benefits Plan of California

43. UnitedHealthcare Community Plan of California, Inc.

44. UnitedHealthcare Community Plan of Georgia, Inc.

45. UnitedHealthcare Community Plan of Ohio, Inc.

46. UnitedHealthcare Community Plan of Texas, L.L.C.

47. UnitedHealthcare Community Plan, Inc.

48. UnitedHealthcare Insurance Company

49. UnitedHealthcare Insurance Company of Illinois

50. UnitedHealthcare Insurance Company of New York

51. UnitedHealthcare Insurance Company of the River Valley

52. UnitedHealthcare Insurance Designated Activity Company

53. UnitedHealthcare Integrated Services, Inc.

54. UnitedHealthcare Life Insurance Company

55. UnitedHealthcare of Alabama, Inc.

56. UnitedHealthcare of Arizona, Inc.

57. UnitedHealthcare of Arkansas, Inc.

58. UnitedHealthcare of Colorado, Inc.

59. UnitedHealthcare of Florida, Inc.

60. UnitedHealthcare of Georgia, Inc.

61. UnitedHealthcare of Illinois, Inc.

62. UnitedHealthcare of Kentucky, Ltd.

63. UnitedHealthcare of Louisiana, Inc.

64. UnitedHealthcare of Mississippi, Inc.

65. UnitedHealthcare of New England, Inc.

66. UnitedHealthcare of New Mexico, Inc.

67. UnitedHealthcare of New York, Inc.

68. UnitedHealthcare of North Carolina, Inc.

69. UnitedHealthcare of Ohio, Inc.

70. UnitedHealthcare of Oklahoma, Inc.

71. UnitedHealthcare of Oregon, Inc.

72. UnitedHealthcare of Pennsylvania, Inc.

73. UnitedHealthcare of Texas, Inc.

74. UnitedHealthcare of the Mid-Atlantic, Inc.

75. UnitedHealthcare of the Midlands, Inc.

76. UnitedHealthcare of the Midwest, Inc.

77. UnitedHealthcare of Utah, Inc.

78. UnitedHealthcare of Washington, Inc.

79. UnitedHealthcare of Wisconsin, Inc.

80. UnitedHealthcare Plan of the River Valley, Inc.

**EXHIBIT A-13**

**The UPMC Entities**

**That Have Submitted Valid Requests for Exclusion
From the Sandoz Settlement Class**

1.  UPMC Health Plan, Inc.

2.  UPMC Health Benefits, Inc.

3.  UPMC Health Coverage, Inc.

4.  UPMC Health Options, Inc.

5.  UPMC for You, Inc.

6.  UPMC Health Network, Inc.

7.  UPMC Work Alliance, Inc.

8.  WorkPartners National, Inc.

9.  Community Care Behavioral Health Organization

10. UPMC Benefit Management Services, Inc.

**EXHIBIT A-14**

**The US Foods, Inc. Entities**

**That Have Submitted Valid Requests for Exclusion
From the Sandoz Settlement Class**

1. US Foods, Inc.

2. U.S. Foodservice, Inc.

**EXHIBIT A-15**

**The Walgreen Co. Entities**

**That Have Submitted Valid Requests for Exclusion
From the Sandoz Settlement Class**

1.  Walgreen Company

2.  Walgreen

3.  Walgreens

4.  Walgreen Co.

5.  Alliance

6.  Alliance BMP

7.  Alliance Boots

8.  Alliance Healthcare

9.  Alliance Rx Walgreens Prime Pharmacy

10. Alliance Santé

11. Alliance UniChem

12. Bowen Development

13. Burrells

14. Burrells Limited

15. Cystic Fibrosis Services

16. Cystic Fibrosis Services Inc.

17. Cystic Fibrosis Services LLC

18. Duane Reade

19. Duane Reade, Inc.

20. Globe Stores

21. Green Hills Insurance

22. Happy Harry's

23. Happy Harry's Inc.

1

24. Happy Harry's Discount Drug Stores, Inc.

25. Infinity Infusion

26. Kerr Drug

27. May's Drug Stores

28. May's Drug Stores, Inc.

29. Medicenter

30. Med-X

31. Med-X Corporation

32. Prime Therapeutics Specialty Pharmacy

33. Prime Therapeutics Specialty Pharmacy LLC

34. Riviera Brands

35. S&W Pharmacy

36. S & W Pharmacy, Inc.

37. Super D. Drugs Acquisition Co.

38. Superior

39. Superior Holdings Limited

40. Superior Acquisitions Limited

41. Trinity Home Care

42. USA/Super D Franchising

43. USA Drug

**EXHIBIT A-16**

**The Wellmark, Inc. Entities**

**That Have Submitted Valid Requests for Exclusion
From the Sandoz Settlement Class**

1.  Wellmark, Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa

2.  Wellmark of South Dakota, Inc. d/b/a Blue Cross and Blue Shield of South Dakota

3.  Wellmark Health Plan of Iowa, Inc.

4.  Wellmark Value Health Plan, Inc.

5.  Wellmark Synergy Health, Inc.

**EXHIBIT A-17**

**The Aetna, Inc. Entities**

**That Have Submitted Valid Requests for Exclusion
From the Sandoz Settlement Class**

1.  Accendo Insurance Company

2.  Aetna Better Health Inc. (CT)

3.  Aetna Better Health Inc. (GA)

4.  Aetna Better Health Inc. (IL)

5.  Aetna Better Health Inc. (NJ)

6.  Aetna Better Health Inc. (NY)

7.  Aetna Better Health Inc. (OH)

8.  Aetna Better Health Inc. (PA)

9.  Aetna Better Health Inc. (TN)

10. Aetna Better Health of California Inc.

11. Aetna Better Health of Florida Inc.

12. Aetna Better Health of Kansas Inc.

13. Aetna Better Health of Kentucky Insurance Company

14. Aetna Better Health of Michigan Inc.

15. Aetna Better Health of Missouri LLC

16. Aetna Better Health of Nevada Inc.

17. Aetna Better Health of North Carolina Inc.

18. Aetna Better Health of Oklahoma Inc.

19. Aetna Better Health of Texas Inc.

20. Aetna Better Health of Washington, Inc.

21. Aetna Better Health, Inc. (LA)

22. Aetna Dental Inc. (NJ)

23. Aetna Dental Inc. (TX)

24. Aetna Dental of California Inc.

25. Aetna Health and Life Insurance Company

26. Aetna Health Inc. (FL)

27. Aetna Health Inc. (GA)

28. Aetna Health Inc. (LA)

29. Aetna Health Inc. (ME)

30. Aetna Health Inc. (NJ)

31. Aetna Health Inc. (NY)

32. Aetna Health Inc. (PA)

33. Aetna Health Inc. (TX)

34. Aetna Health Insurance Company

35. Aetna Health of California Inc.

36. Aetna Health of Iowa Inc.

37. Aetna Health of Michigan Inc.

38. Aetna Health of Ohio Inc.

39. Aetna Health of Utah Inc.

40. Aetna HealthAssurance Pennsylvania, Inc.

41. Aetna Insurance Company of Connecticut

42. Aetna Life Insurance Company

43. Aetna Risk Assurance Company of Connecticut Inc.

44. Allina Health and Aetna Insurance Company

45. American Continental Insurance Company

46. Banner Health and Aetna Health Insurance Company

47. Banner Health and Aetna Health Plan Inc.

48. Continental Life Insurance Company of Brentwood, Tennessee

49. Coventry Health and Life Insurance Company

50. Coventry Health Care of Illinois, Inc.

51. Coventry Health Care of Kansas, Inc.

52. Coventry Health Care of Missouri, Inc.

53. Coventry Health Care of Nebraska, Inc.

54. Coventry Health Care of Virginia, Inc.

55. Coventry Health Care of West Virginia, Inc.

56. Coventry Health Plan of Florida, Inc.

57. First Health Life & Health Insurance Company

58. Group Dental Service of Maryland, Inc.

59. Health and Human Resource Center, Inc.

60. Health Re, Inc.

61. HealthAssurance Pennsylvania, Inc.

62. IlliniCare Health Plan, Inc.

63. Innovation Health Insurance Company

64. Innovation Health Plan, Inc.

65. MHNet Life and Health Insurance Company

66. SilverScript Insurance Company

67. Texas Health + Aetna Health Insurance Company

68. Texas Health + Aetna Health Plan Inc.

**EXHIBIT A-18**

**The Independence Blue Cross, LLC Entities**

**That Have Submitted Valid Requests for Exclusion
From the Sandoz Settlement Class**

1. Independence Blue Cross, LLC

2. Independence Hospital Indemnity Plan, Inc.

3. AmeriHealth HMO, Inc.

4. AmeriHealth Ins. Co. of New Jersey

5. Keystone Health Plan East, Inc.

6. QCC Insurance Company

7. InterCounty Hospitalization Plan, Inc.

8. Inter-County Health Plan, Inc.

**EXHIBIT A-19**

**The Blue Cross and Blue Shield of Florida, Inc. Entities**

**That Have Submitted Valid Requests for Exclusion
From the Sandoz Settlement Class**

1.  Blue Cross and Blue Shield of Florida, Inc. d/b/a Florida Blue

2.  Florida Medicare, Inc. f/k/a Health Options, Inc.

3.  Triple-S Salud, Inc.

4.  Florida Health Care Plans

**EXHIBIT A-20**

**The Blue Cross and Blue Shield of Florida, Inc. ASO Clients**

**For Which Blue Cross and Blue Shield of Florida, Inc. Has Submitted Valid Requests for Exclusion From the Sandoz Settlement Class**

1. Environmental Consulting Tech

2. First Federal Bank

3. Citrus County

4. Citrus County School Board

5. The City of Ocala

6. City of Gainesville

7. Global Travel Marketing

8. Anderson Columbia

9. Mullet's Aluminum Products

10. Stenner Pump Company

11. OFAB Inc.

12. Marion County Employees

13. The School Board of Marion County

14. Putnam County

15. Therapy Management Corporation

16. GA Food Services Inc.

17. The Energy Authority Inc.

18. Native Sun Natural Foods #3

19. Exactech

20. The Dingman Group Inc.

21. ASO LLC

22. On Top of the World Communities

23. Biotest Pharmaceuticals Corp.

24. City of St. Cloud

25. City of Ocoee

26. Lake County Sheriff's Office

27. The City of Palm Beach Gardens

28. City of Palm Coast

29. Lifestream Behavioral Center

30. Southeastern Integrated Medical Professional Liability Corporation

31. Capital City Bank Group Inc.

32. Diocese of Pensacola/Tallahassee

33. Diocese of St. Augustine

34. City of Mount Dora

35. People's First Properties

36. P.A.E.C Washington County School Board

37. The School Board of Bay County

38. Santa Rosa County School Board

39. CHHJ Franchising LLC

40. Martin County BOCC

41. Pasco Sheriff's Office

42. Hernando County Sheriff's Office

43. Taylor County School District

44. Jackson County Hospital

45. Jackson County School Board

46. City of Jacksonville

47. Novitas Solutions

48. American Sugar Refining Inc.

49. American Electrical

50. Escambia BOCC

51. Escambia County Sheriff's Office

52. School Board of Lake County Florida

53. Incepture

54. City of Lake Mary

55. Highlands County BOCC

56. JEA

57. David Lawrence Mental Health

58. United Airlines

59. Fort Pierce Utilities Authority

60. Collier Health Services Inc.

61. Redlands Christian Migrant

62. Hospice of Southwest Florida

63. Maher Chevrolet Inc.

64. Porpoise Pool & Patio

65. City of Bradenton

66. Citizens Property Insurance Company

67. City of Cape Coral

68. Radiology Regional Center

69. School District of Indian River County

70. Treasure Coast Community

71. City Electric Supply Company

72. The School District of Sumter County

73. School Board of Polk County

74. Pasco County School Board

75. Trinity Baptist Church

76. Cancer Specialist of North Florida

77. North Collier Fire Control and Rescue

78. Vinik Sports Group LLC

79. LFC Management Service Inc.

80. Artis Naples

81. City of Sanford

82. North Florida Surgeons

83. Plumbers and Pipefitters Welfare Fund of Local 719

84. Availity LLC

85. Florida Virtual School

86. Clay Electric Cooperative (Clay Electric Retiree Plan)

87. Von Weise

88. Clay County BOCC

89. Comp Options

90. The Moorings Park Institute

91. Pen Air Federal Credit Union

92. Prison Rehab Industries & Diversified Enterprises

93. Vineyards Country Club

94. Flagler College Inc.

95. MCASF Local 725 Health and Welfare Trust

96. Bay Haven Charter Academy Inc.

97. Lake County BOCC

98. Sheriff's Office Law 0252

99. City of Oviedo

100.    Lynch Management

101.    Raven Transport

102.    Tropical Financial Credit Union

103.    Sumter Electric Cooperative, Inc.

104.    Coastal Forest Resources Company

105.    UFHCF

106.    Diagnostic Clinic Med Group PA

107.    Lake Medical Imaging and Breast Center, LLC

108.    Omni Healthcare Inc.

109.    Seminole County BOCC

110.    Citizens First Bank

111.    Allen Systems Group Inc.

112.    Mapei Corporation

113.    Okaloosa County Sheriff's Office

114.    City of Niceville

115.    E-One, Inc.

116.    Florida Firefighters Ins Trust

117.    Signature Payroll Services LLC

118.    Tallahassee Memorial Healthcare

119.    NCH Healthcare System

120.    The Villages Charter School

121.    TPH Holdings LLC

122.    Town of Jupiter

123.    Superior Uniform Group

124.    St. Lucie Co Fire District

125.    St. Lucie County BOCC

126.    Jacobs Technology

127.    Sandestin Golf & Beach Resort

128.    Florida Bankers Association

129.    First Coast Service Optionsf

130.    Alliance Entertainment LLC

131.    4 Rivers Smokehouse

132. Resof LLC

133. Compson Associates Inc.

134. Maltz Jupiter

135. Royal Palm Improvement Association

136. Southern Waste Systems

137. Duval County Public Schools

138. Pasco County Board of County Commissioners

139. Sarasota County School Board

140. Levy County School Board

141. Hernando County Employees

142. Southwest Florida Water Management

143. The Lewis Bear Company

144. Suwannee County Board of Public

145. Royal Caribbean Cruises LTD

146. Eastern Florida State College

147. Nammo Perry Inc.

148. S Porath

149. Island Air Conditioning LLC

150. Indian River City BOCC

151. Mainline Information Systems

152. HEICO Aerospace Corporation

153. Lakeview Center Inc.

154. Jacksonville University

155. Regeneration Technologies

156. William Wallace Enterprises

157. L D Millins Lumber Co.

158. City of Venice

159.    Keys Aqueduct Authority

160.    City of Port St. Lucie

161.    Swisher Intl. Inc.

162.    Lynn University

163.    The Sarasota Manatee Jewish Federation

164.    Baptist Health System

165.    Rowe Architects Incorporated

166.    Body Central Corporation

167.    SW Ingredients Holdings, LLC

168.    Innuvo Inc.

169.    Fluid Metal Works

170.    Novitas

171.    Diversified Service Options

172.    Align Networks

173.    Diploma Holdings Inc.

174.    Ringling College of Art

175.    Florida Roads Contracting

176.    Miami Jewish Health Systems

177.    Aerodyne Industries LLC

178.    Stoneridge Country Club

179.    Indian River Medical Center

180.    Flagler Hospital Inc.

181.    Calhoun County School Board

182.    CES Holdings, Inc.

183.    Accesso LLC

184.    T&T Construction Management Group

185.    FDC Print

186. Phase Three

187. Bay Colony Community Association

188. Jacobsen Manufacturing

189. J.P.O.F.F.H.I.T.

190. The Ware Group

191. Parc, Inc.

192. AVSL Management Inc.

193. Shore to Shore Title

194. Solid Consulting Engineers Inc.

195. Boca Flasher

196. TT of NAS

197. Community Foundation for Palm Beach & Martin Counties

198. Bari Millwork and Supply

199. Hanley Center Foundation

200. Mack & Schuhle

201. Kolter Consulting Services

202. Orlando Orthopaedic Center MD

203. Banyan Golf Club of Palm Beach

204. BCBSF Employee Group (FCSRMCs)

     a. Florida State College at Jacks

     b. Seminole State College

     c. Northwest FL State College

     d. College of Central Florida

     e. Chipola College

     f. Daytona State College

     g. Florida Southwestern State College

     h. The College of the Florida Key

i.   Gulf Coast State College

j.   Indian River State College

k.   Lake Sumter State College

l.   State College of Florida Manatee

m.  North Florida College

n.   Pasco-Hernando State College

o.   Pensacola State College

p.   Polk State College

q.   St. John's River State College

r.   St. Petersburg College

s.   Santa Fe College

t.   South Florida State College

u.   Tallahassee Community College

v.   Valencia Community College

w.  Palm Beach State College

**EXHIBIT A-21**

**The Blue Cross and Blue Shield of Kansas City Entities**

**That Have Submitted Valid Requests for Exclusion
From the Sandoz Settlement Class**

1. Blue Cross and Blue Shield of Kansas City

2. Blue-Advantage Plus of Kansas City, Inc.

3. Missouri Valley Life and Health Insurance Company

**EXHIBIT A-22**

**The Blue Cross and Blue Shield of Kansas City ASO Clients**

**For Which Blue Cross and Blue Shield of Kansas City Has Submitted Valid Requests for Exclusion From the Sandoz Settlement Class**

1. Etc. Institute

2. Dave's Diesel Service Inc.

3. Children's Mercy Summit Ped.

4. Gill Studios Inc.

5. Olathe School District

6. Lucet

7. Clipper Distributing Co LLC

8. PCG

9. Lindt & Sprungli North America

10. Fellowship Of Christian Athletes

11. American Academy of Family

12. Anesthesia Associates of Kansas City, P.A.

13. Lathrop GPM LLC

14. Mattie Rhodes Memorial Society

15. St. Joseph School District

16. Developing Potential Inc.

17. Kirkland Woods And Martinsen LLP

18. Hallcon Crew Transport Inc

19. Central Baptist Theological

20. Unified School District No. 500

21. Partnership For Regional

22. Shamrad Metal Fabricators Inc.

23. Weber Inc.

24. City of Archie

25. The City of Adrian

26. Mid America Arts Alliance

27. Bonner Springs School Dist.

28. Prism Real Estate Services LLC

29. Ryan Lawn And Tree Inc.

30. Johnson County Imaging Center

31. Myers Brothers of Kansas City

32. Reliable Mechanical Services

33. Black And McDonald

34. Gerson Companies

35. Hoefer Welker, LLC

36. Brewery Emperial

37. McCormick Distilling

38. US Engineering

39. Dimensional Innovations

40. Cross Manufacturing, Inc.

41. Central States Beverage Co.

42. Compass Health Inc.

43. Shick Solutions Inc.

44. Outreach International

45. E2e LLC

46. Chicken N Pickle LLC

47. Bolder Industries Maryville

48. Axiom Impressions, LLC

49. LM2 Construction Consulting

50. MII Management Group Inc.

51. Automated Motion Inc.

52. Nail Alliance Usa Inc.

53. MMD Inc.

54. Osba Employee Benefits Tr.

55. Cornerstone Dermatology

56. KC Testing and Engineering

57. Selectquote Inc.

58. Cass Regional Medical Center

59. Netstandard

60. DMC Service

61. Riega Foods LLC

62. Jims Tire Service Inc.

63. Dollar Burns Becker

64. City Of Sedalia

65. Kids TLC

66. Nickel And Suede

67. S And S Electrical Contracting

68. Diagnostic Technology Consultants

69. Resolve Counseling Wellness

70. Complete Technology Services

71. Kanbes Markets

72. Dickinson Financial

73. Milbank Manufacturing Company

74. Walsworth Publishing

75. Novel Place Management LLC

76. Health Forward Foundation

77. SE3 LLC

78. Al Stevens Construction LLC

79. Aviation Fabricators Inc.

80. City Of Kearney

81. Mallin Companies Inc.

82. Driverdo LLC DBA Draiver

83. Mies Family Foods

84. Wholesale Batteries

85. Ideker Inc.

86. Levic LLC DBA Levic Plastics

87. Shield Casework

88. Commenco

89. The Other Place

90. Scott Halvorson Ford LLC

91. M And S Electric

92. Kc Truss And Panel

93. Page McNaghten Associates Inc.

94. Johnston Burkholder Associates

95. 10 D Inc.

96. Parks Cabinet Shop Inc.

97. Zephyr Manufacturing Co.

98. Assured Quality Title

99. Agriculture Future of America

100.    Posty Cards Inc.

101.    Integrity Management

102.    Miami R1 School District

103.    True Level Investments Inc.

104.    Greg Bair Track Hoe Service

4

105.    Hertzog Meat Co.

106.    Lock Warehouse Inc.

107.    Excite Pharma Services

108.    Filtronetics

109.    Texas Novachem Corporation

110.    Curtin Property Company

111.    Excel Tool And Manufacturing

112.    Psychiatry Associates of KC

113.    Syntech Research Inc.

114.    Adams Cable Equipment

115.    Foster Heating and Air Cond.

116.    Decker Construction Services

117.    Do Rite Construction

118.    Drexel Technologies Inc.

119.    Zres Management Inc.

120.    Metro Spine

121.    Engaged Companies

122.    Innovaprep LLC

123.    Bilt Industries

124.    Classic Parts of America

125.    Cameron Cooperative Elevator

126.    Tarrants And Company LLC

127.    Digital Design

128.    Village Pediatrics

129.    Ambrose Sales Inc.

130.    Pulse Design Group

131.    Artclass Admin LLC

132.  Guesa Usa II

133.  Convoy Systems LLC

134.  Engenious Design LLC

135.  BKSR Logistics

136.  Kaw Services Inc.

137.  Professional Anesthetic Care

138.  Westland Landscape Co Inc

139.  Blue Valley Tractor

140.  Gkw Group LLC

141.  Landmark Manufacturing Corp

142.  Gibbens Drake Scott Inc.

143.  Starport Technologies

144.  Superior Vend All Inc.

145.  American Equipment

146.  Active Logic Labs LLC

147.  High Tech Tool

148.  Convergence Partners Inc.

149.  Dentistry For Children

150.  Center For Human Services

151.  American Box Company

152.  Midwest Medical Consultants

153.  Dale Brothers

154.  American Reloading LLC

155.  Huston Contracting

156.  TV Masters

157.  Ally Energy Solutions LLC

158.  Ideal Tool And MFG

159.   E And M Enterprises

160.   Alpha Omega Geotech

161.   Lebaron Ramos Law Firm LLC

162.   Shatto Milk Company

163.   Brady Enterprises Inc.

164.   Dexter Magnetic Technologies

165.   Intermodal Marketing Inc.

166.   Dada LLC Dba Tri State Ford

167.   PHB Realty Dba Better Homes

168.   Butler National Corporation

169.   Andrew County Ambulance Dist.

170.   Hamilton RII School District

171.   Superior Moving and Storage

172.   Roth Hereford Farms of Mo Inc.

173.   Johnson County Dermatology

174.   Seniorcare Homes

175.   Barry Wright Construction

176.   Kraft Tank Co.

177.   Americas Call Center

178.   Compdme LLC

179.   Grapevine Designs

180.   Re Pedrotti Co Inc.

181.   Crane Construction Company

182.   Sturgis Materials

183.   Al J Mueller Construction

184.   Northland Regional Ambulance

185.   Affinis Corp

186.  Austins Bar and Grill

187.  HL Restoration

188.  Global Tank Leasing LLC

189.  Sab Construction LLC

190.  Oddo Property Management LLC

191.  Horn Aylward And Bandy LLC

192.  Pyramid Pipe and Supply

193.  Jim Raysik Inc.

194.  Cabinets By King LLC

195.  General Mill Machine Shop

196.  Kaw Valley Companies

197.  Slagle Fence

198.  Tigris Specialty Construction

199.  Allen Industries LLC

200.  Plumbing Plus Inc.

201.  Metro Interiors

202.  Cokingtin Eye Center

203.  Pro Vending Inc.

204.  Christopher Elbow Chocolates

205.  Beerman Heating and Cooling

206.  Salvus TG

207.  Quality Plumbing Inc.

208.  Radiology Specialists

209.  Saline County Ambulance Dist. 3

210.  Henry M Adkins and Son Inc.

211.  Kornis Electric Supply Inc.

212.  Falcon Fire Protection Inc.

213. Lawn And Leisure of LS

214. Jewel Exim Inc.

215. Schutte Lumber Company LLC

216. Outdoor Living Solutions Corp.

217. Hovey Williams LLP

218. Kc Waste Containers

219. Value Grocers LLC

220. Discover Vision Centers

221. CSD Credit Union

222. Regal Distributing Co.

223. Pinnacle Staffing

224. WLX LLC

225. ECG Properties LLC

226. Double C Industries Inc.

227. Eye Management

228. Monster Tree Service

229. Holt County MO

230. FMA Animal Hospital

231. Hannas Handiworks LLC

232. Softek Solutions Inc.

233. Equity Jet Inc.

234. Lucky International

235. Surgical Care of Independence

236. RavenII

237. Wholesale And Specialty

238. Industrial Lumber Co.

239. Lone Jack Fire Protection Dist.

240.    Community Options

241.    Community Recreation

242.    Embassy Properties

243.    Branched Out LLC

244.    Sethmar Transportation

245.    Morrow Willnauer Church LLC

246.    Air Power Consultants

247.    Optx Communications LLC

248.    Insite Group Inc.

249.    Ferguson Computer Services Inc.

250.    Kansas City Deck Supply

251.    Filger And Jones Enterprises

252.    Bennett Eye Care Midwest

253.    Show Me Ethanol LLC

254.    Medical Surgical Eye Care PA

255.    Chief Heating and Cooling Inc.

256.    E3 XPS

257.    Bank Of Labor

258.    Pella Products of Kansas City

259.    The Builders Association of KC

260.    National WWI Museum

261.    Big Brothers Big Sisters of KC

262.    Strategic Value Solutions

263.    9018 Enterprises LLC

264.    Village Of Claycomo

265.    Leisure World Pool and Hearth

266.    Dmdp Undercar Repair Inc.

267.    Rebellis Group LLC

268.    Westside Family Church

269.    Upper Room KC

270.    Global Response Team LLC

271.    Midwest Coffee Trading

272.    Caci Communications LLC

273.    Starport Technologies LLC

274.    Joenic Steel LLC

275.    Heartland Inc Dba Larche

276.    Friends Of Montessori Assoc.

277.    Silver Eagle Auto Mall

278.    Pemco Inc.

279.    Cass Way LLC

280.    Blue Cross Blue Shield of KC

281.    1st Street Graphics

282.    Healthcare Performance Group Inc.

283.    Chamber Of Commerce Greater KC

284.    Rent All Equipment Inc.

285.    Kansas City Public Schools

286.    Family Investment Center Inc.

287.    Metz Banking Company

288.    Preferred Lightning

289.    Harrisonville Family Medicine Inc.

290.    Craig Grain Supply Inc.

291.    Second Harvest Community Food Bank

292.    Shoreline Fiberglass Repair

293.    Sumner Greub Hulet Schwicht P.C.

294.  Abilities LLC

295.  Norbrook Inc.

296.  Dr Michael De Priest MD

297.  Litigation Insights

298.  All States Marketing

299.  Quest Diagnostics Clinical Laboratories Inc.

300.  Actuarial Resources Corp.

301.  Local Workforce Investment

302.  Delta Sweeping Co.

303.  Lafayette County Truck

304.  ACR Sedalia

305.  Nevada Medical Clinic LLC

306.  Obermiller Construction Serv.

307.  Gilman City R- Iv School

308.  Plattsburg Medical Clinic

309.  Scientific Plastics Co. Inc.

310.  Johnston Burkholder Associates

311.  Suture Express Inc.

312.  Freedom Cycles, Inc.

313.  SMB Medical Billing Corp

314.  The Logistics Store LLC

315.  Economy Express Trucking Inc.

316.  Pinnacle Venture Investments

317.  Pettijohn Auto

318.  Card Compliant

319.  Page Communications LLC

320.  Cabinets Counters and More Inc.

321.    VPR Creative Group Inc.

322.    Consumers Oil Company

323.    Aeromotive Inc.

324.    Union Station

325.    River Ridge Developments

326.    Hickerson's Cable Installation

327.    Warsaw Lincoln Ambulance

328.    Investorshub.Com

329.    J S Ventures Dba Parts Unltd.

330.    Richardson Comm Group Inc.

331.    Pulse Transportation Services

332.    Ecto Development Corporation

333.    Cowgirl R VI

334.    Genesis School

335.    Amplifi Vascular Inc.

336.    SFS Architecture

337.    Coleman Industrial Construction

338.    Arts Council Metropolitan KC

339.    Leas Truck Service LLC

340.    Sponge Company Inc.

341.    Johnson Co Central Dispatch

342.    Metro Asphalt Inc.

343.    Control Service Company Inc.

344.    Walter W Ross

345.    Pettis County Health Center

346.    QM Power Inc.

347.    Polysource LLC

348.   North Mercer R-III

349.   Teds Trash Service Inc.

350.   Tabco Inc.

351.   Quality Cable Systems Inc.

352.   Jack Mcintosh And Co Inc.

353.   Xander E Solutions Inc.

354.   Eiberger Inc.

355.   Kansas City Psychiatric Group

356.   Saepio Technologies Inc.

357.   Roscoe C1 School

358.   Midwest Emergency Medical Serv.

359.   SCD Probiotics Holding LLC

360.   Dean Operations

361.   Micro Comm Inc.

362.   Mar-Con Marketing Concepts Inc.

363.   Earlystart

364.   Bradco Inc.

365.   American Hereford Association

366.   Davis Paint Company

367.   Stuppy Incorporated

368.   Mid America Merchandising Inc.

369.   Logic Inc.

370.   Norborne R VIII School Dist.

371.   Scobee Powerline Const LLC

372.   Medical Billing Associates LLC

373.   House of Rocks

374.   Livingston County

375. PC DP LLC

376. Taliaferro & Browne Inc

377. Ae Tools Holdings LLC

378. Ibiden Ceram Inc.

379. Hovey Williams LLP

380. Walker Towel and Uniform

381. Zenitel Inc.

382. Andres Bollier LTD

383. Midwest Home Health Care

384. Express Scale Parts Inc.

385. Diversity Placement Services

386. The Women's Healthcare Group

387. Radiator Depot

388. The Uhlmann Company

389. Country Club Bank

390. Henry Kraft Inc.

391. Kc Willow Creek LLC

392. Auburn Pharmacy

393. City Of Overland Park

394. Liberty Aggregates LLC

395. Westglen Gastrointestinal

396. Construction Solutions

397. Continental Disc Corporation

398. LPG Ventures Inc.

399. EWC State Line Shopping Center

400. Gresham And Son Transport

401. Restless Spirits Distilling Co.

402.  Regal Distributing Co.

403.  Connect Care Hospitalists LLC

404.  Meierotto Jewelers

405.  Tip N Ring

406.  Kansas City Country Club

407.  Char Bar

408.  Adams Gabbert And Associates

409.  Hawaiian Bros LLC

410.  Water Org

411.  Kearney Trust

412.  Southern Platte Fire District

413.  Industrial Hardware Distrib.

414.  JRA LLC

415.  Acs Services Inc.

416.  R Jain Corporation

417.  Site 1001 Inc.

418.  American Midwest Fleet Sltns.

419.  Straub Construction

420.  Reed Automotive Group

421.  Sams Turf LLC

422.  Donovans Service Inc.

423.  Pishny Real Estate Services

424.  Midwest Gi Health LLC

425.  Newcore Technology Group

426.  Made In KC

427.  City of Lexington

428.  Eagle Fluid Power Inc.

429.   Chris Shipley Excavating

430.   Ditzfeld Transfer

431.   Heritage Biologics

432.   Mid Cities Motor Freight Inc.

433.   RavenII

434.   Tricom Technical Services

435.   El Centro Inc.

436.   Biomicrobics

437.   Cingulate Therapeutics

438.   Priority U

439.   Dahmer Powertrain Inc.

440.   Cosentinos Food Stores

441.   Kansas City Skin and Cancer

442.   Preferred Contracting Systems

443.   MRM

444.   Northland Women's Healthcare

445.   Kjo Media LLC

446.   J Rieger and Company

447.   The Tiehen Group Inc.

448.   Daviess County

449.   Allegiant Networks LLC

450.   Walz Tetrick Advertising

451.   American Access Industries

452.   Superior Moving and Storage

453.   PPS Industries

454.   Hennessy Companies

455.   Spaces Inc.

456.    Umstattd Investments Inc.

457.    Johnson County Community Health

458.    Bruner Contracting Co. LLC

459.    Radford Media LLC

460.    Sprague Excavating Co Inc.

461.    Clarkson Construction Company

462.    Helix Architecture and Design

463.    Acadental Inc.

464.    Midwest Oral And Maxillofacial

465.    MMT Technology Inc.

466.    Wabash Forwarding Inc.

467.    K Building Specialties

468.    Continental Manufacturing

469.    ICG Inc

470.    Launch Development

471.    Morgan Contractors Inc

472.    Yoss Bros Inc.

473.    Randy Spalding Excavating

474.    Zutek LLC

475.    EMR Environmental

476.    After The Harvest

477.    Walnut Risk Management LLC

478.    Delasalle Education Center

479.    City Of Platte City

480.    Calhoun RVIII School District

481.    Scuola Vita Nuova

482.    Union Star RII School

483.    Adepto Medical LLC

484.    City Of Lawson MO

485.    Kansas City Steel Supply Inc.

486.    Schweiger Construction Co Inc.

487.    3T Design and Development LLC

488.    Motors Inc. LLC DBA Show Me RV

489.    Euro Tool Inc.

490.    Smith And Boucher Inc.

491.    Facial Surgery Group PC

492.    FC Industries Inc.

493.    Kansas City Braces and Kids

494.    C And R Manufacturing Inc.

495.    Alliance Nationwide Title

496.    Earth Contact Products

497.    Summit Care Inc.

498.    Woodmaster Tools Inc.

499.    Central Solutions

500.    Sunny Day Group LLC

501.    South Haven Baptist Church

502.    Bennett Eye Care Midwest LLC

503.    Coffelt Land Title

504.    NSPJ Architects PA

505.    Martz Bros Lawn Care Inc,

506.    Harrington Bros Inc.

507.    Johnson County Ambulance Dist.

508.    Front Porch Alliance

509.    Stackify LLC

510. St Joseph Youth Alliance

511. City Of Plattsburg

512. B And H Freight Line Inc.

513. Lees Summit Community Church

514. Ultrax Aerospace Inc.

515. Millennium International LLC

516. Encompass Idbo LLC

517. Crane Construction Company

518. Metcalf Discount Liquor

519. Lindan Auto Mechanical

520. Parnell Corporate Services US

521. Strange Music Inc.

522. HSC Industrial Coatings

523. Platform Ventures

524. Horizon Orthotic

525. Lintecum And Nickell

526. Specialty Industries of St. Joe

527. T And W Steel Co Inc

528. Rising Sun EPC

529. Serviam Care Network PBC

530. Point Clear Investments

531. Community Mortgage LLC

532. BNR Grille Two LLC

533. Midwestern Medical Inc.

534. Missouri Pressed Metals

535. Digital Aerolus Inc.

536. Acrisure DBA Hallier Benefit

537.   Kulinary Holdings LLC

538.   Mysidewalk Inc.

539.   RLM Underground

540.   City Of Bethany

541.   D And L Transport LLC

542.   Minder Plumbing Inc.

543.   Restoration Remediation Res

544.   Pettis County R XII

545.   Panel Systems Plus Inc.

546.   Affinity Mortgage

547.   Hudson Rix Elementary

548.   Apex Mechanical LLC

549.   CMC Foods Inc.

550.   Healthcare Revenue Group LLC

551.   Botanic Business Services

552.   Radsource Imaging Technologies

553.   Pleasant Valley Baptist Church

554.   Dugan Business LLC

555.   Mechanical Breakdown

556.   Custom Engineering Inc

557.   Specialized Home Care

558.   4M Enterprises

559.   Brogdon Machine Inc

560.   Reed Street Management LLC

561.   Spideroak

562.   Servant Foundation

563.   Johnson County Fire Dist. 1

564. City Of Lake Lotawana

565. Lending Standard

566. American Professional Staffing

567. Edelman And Thompson

568. Artco Casket Company

**EXHIBIT A-23**

**The BlueCross BlueShield of Tennessee, Inc. ASO Clients**

**For Which BlueCross BlueShield of Tennessee, Inc. Has Submitted Valid Requests for Exclusion From the Sandoz Settlement Class**

1. ABRH LLC

2. Acadia Healthcare Company Inc..

3. AccessTN

4. ADS Security LP

5. Advanced Diagnostics Imaging PC

6. AESC US LLC

7. Allison Transmission Inc.

8. Aluma-Form Inc.

9. American Bath Group

10. American HomePatient Inc.

11. American Ordnance LLC

12. Astec Industries Inc.

13. BPC Corporation

14. Baker Donelson Bearman Caldwell & Berkowitz LLC

15. Barnhart Crane & Rigging Co.

16. Bath Fitter Tennessee Inc.

17. Beaman Automotive Group

18. Belmont University

19. Big G Express Inc.

20. BLDR Holdings Inc.

21. Blevins Inc.

22. BlueCross BlueShield of Tennessee

23. BlueCross BlueShield of Tennessee - Special

24. Briarcrest Christian School System Inc

25. BTL Industries

26. Building Plastics Inc

27. Builtwell BANCORP

28. CalsonicKansei North America Inc

29. Captain D's LLC Group Benefits Plan

30. CareHere LLC

31. Caris Healthcare LP

32. Carlex Glass America LLC

33. Carlex Glass Company LLC

34. Carlex Glass of Indiana Inc.

35. Cash Express LLC

36. Cellular Sales of Knoxville Inc.

37. Centerstone of America

38. ChanceLight Inc.

39. Chattem Inc Health and Welfare Plan

40. Cherokee Distributing Company Inc.

41. Cherokee Health Systems

42. CHS Community Health Systems Inc.

43. Citizens Bank of Lafayette

44. Citizens National Bank Inc.

45. Citizens Tri County Bank

46. City Government of the City of Johnson City

47. City of Brentwood

48. City of Chattanooga

49. City of Cleveland

50. City of Cleveland/Cleveland Utilities

51. City of Columbia

52. City of Cookeville

53. City of Franklin

54. City of Jackson

55. City of Kingsport TN

56. City of La Vergne

57. City of Morristown

58. City of Murfreesboro

59. City of Springfield

60. City of Tullahoma

61. Civil Constructors LLC

62. Claiborne Co Hosp & Nursing Home Employee Health

63. Claiborne County Board of Education

64. Clarksville-Montgomery County

65. Clinton Utilities Board

66. Coca Cola Bottling Works of Tullahoma

67. Coeur Inc.

68. Columbia Power and Water Systems

69. Commercial Furniture Group Inc.

70. Cookeville Regional Medical Center

71. Co-op Health and Welfare Plan & Trust

72. Correct Care Solutions LLC

73. Covenant College

74. Covenant Physician Partners

75. Covenant Surgical Partners Inc.

76. Covenant Transport Inc.

77. CoverKids

78. CoverTN

79. CPQ Colorchrome Inc.

80. CraftWorks Restaurants & Breweries Group Inc.

81. CreditCorp

82. Cumberland Medical Center Employee Medical Plan

83. Cumberland River Hospital

84. Curae Health Inc.

85. DACCO Inc.

86. Danny Herman Trucking Inc.

87. Darling Ingredients Inc.

88. Davidson Transit Organization

89. Delek US Holdings and Subsidiaries

90. Dement Construction Co LLC/Delta Contracting Co

91. DET Distributing Company

92. Dexter Hospitality Inc.

93. Dialysis Clinic Inc.

94. Diamond G Employee Benefit Plan

95. Distributing Services Employee Benefit Plan

96. Diversicare Group Benefit Plan

97. Dollar General Corporation

98. DTR Tennessee Inc.

99. Dufresne Spencer Group

100.    Earl Swensson Associates Inc.

101.    East Tennessee Children's Hospital

102.    Eastman Chemical Company

103.    EMJ Corporation

104.    England Inc.

105.    Enterprise Employee Benefits Trust

106.    EnTrans International LLC

107.    Envolve Client Services Group LLC

108.    EPB

109.    Erlanger Health System

110.    Evolve Bank & Trust Welfare Benefits Plan

111.    Evolve Financial Group Inc.

112.    Express Financial Services LLC

113.    FB Financial Corporation

114.    Ficom Group Inc.

115.    First Farmers and Merchants Bank

116.    First Volunteer Corporation

117.    FirstFleet Inc.

118.    Flexible Technologies Inc.

119.    Florim USA Inc.

120.    Fogelman Properties LLC

121.    Forbo Americ Services Inc Health and Welfare Plan

122.    FP Urgent Care LLC

123.    Frontier Health

124.    Games Workshop Retail Inc.

125.    Gastroenterology Center of the Mid-South

126.    Genco Stamping & Manufacturing Company

127.    General Shale Inc.

128.    Gibson County Government

129.    Goodwill Industries of Middle Tennessee Inc.

130.    Graceway Pharmaceuticals LLC

131.    Granges Americas Inc.

132.    Greene County Government

133.    Greeneville Light and Power System

134.    Griffin Technology LLC

135.    H & M Construction Co Inc.

136.    H B Fuller Adhesives

137.    Hamblen County Government

138.    Hamilton County Department of Education

139.    Hardwick Clothes

140.    Haynes Bros Lumber Co

141.    Health Services Management Group LLC

142.    Helen Ross McNabb Center Inc.

143.    Heritage Medical Associates

144.    Highline Aftermarket Acquisition LLC

145.    Highline Warren LLC

146.    Highways Inc.

147.    Holland & Knight LLP

148.    Hollingsworth Oil Co. Inc.

149.    Holston Conference of UMC

150.    Holston Medical Group PC

151.    Home Federal Bank of TN

152.    Howard Baer Inc.

153.    Hughston Clinic Orthopaedics

154.    Ideal Clamp Products Inc.

155.    Identity Group Holdings Corp.

156.    Independent Healthcare Properties LLC

157.    Institutional Wholesale Co. Inc.

158.    ISR Group Inc.

159.    Jackson Energy Authority

160.    Jeffrey Chain LP

161.    JH Apparel Holdings LLC

162.    JNJ Express Inc.

163.    Johnson City Schools

164.    Johnson Electric North America Holding Inc.

165.    Jones Management Services Inc.

166.    Kasai North America Inc.

167.    Key Rehabilitation Inc.

168.    Kilgore Flares Company LLC

169.    Knoxville TVA Employees Credit Union

170.    Kordsa Inc.

171.    Kyowa America Corporation

172.    Laughlin Memorial Hospital Health Care Plan

173.    LEDIC Management Group LLC

174.    Legility LLC

175.    Leonard Companies Health Plan

176.    Life Care Centers of America Assoc Benefit Trust

177.    Life Care Centers of America Associates Benefit Tr

178.    LifeWay Christian Resources

179.    Lincoln County Health System

180.    Lincoln Memorial University

181.    Lipscomb University

182.    Lucite International Welfare Benefits Plan

183.    Lumina Foods LLC

184.    M & M Industries Inc

185.    Madison County

186.    Magotteaux Inc.

187.    Malibu Boats LLC

188.    Marelli North America Inc.

189.    Maremont

190.    Maury Regional Hospital

191.    Meharry Medical College

192.    Middle Tennessee Natural Gas Utility District

193.    Miller Industries Inc.

194.    Mitsubishi Chemical America Inc.

195.    Monroe County Government

196.    Mountain Electric Cooperative Inc.

197.    Mullican Flooring

198.    Nashville Metro Government

199.    Nashville Wire Products

200.    National Health Corporation

201.    National Pen Co. LLC

202.    Navarro Research and Engineering Inc.

203.    Nemak USA Inc.

204.    nexAir LLC

205.    Nissan North America Inc.

206.    NN Inc

207.    Norandal/Corporate & Newport

208.    North American Stamping Group (NASG)

209.    Nyrstar Clarksville

210.    Oak Ridge Associated Universities

211.    One Bank

212.    One GI LLC

213. OrthoTennessee

214. Parthenon Metal Works LLC

215. PathGroup

216. Peterbilt of Knoxville Inc.

217. Pinnacle Agriculture Distribution Inc.

218. Pinnacle Financial Partners Inc.

219. Pioneer Credit Company

220. PlayCore Wisconsin Inc.

221. Plumbers & Pipefitters Local No 572 Health & Welf

222. Plumbers and Steamfitters Local Union No 43 Health

223. PML Inc.

224. Presbyterian Homes of Tennessee Inc.

225. Propex Furnishing Solutions Inc.

226. Propex Operating Company LLC

227. Provision Health Partners LLC

228. QEP Co Inc.

229. QHCCS LLC

230. Quality Home Health

231. Regional One Health

232. RegionalCare Hospital Partners

233. Rehab Employee Services LLC

234. Restoration Healthcare LLC

235. Results Physiotherapy

236. RGI & Affiliates Employee Benefits Plan

237. Ring Container Technologies LLC

238. Ritchey Automotive

239. Robertson County Government

240.  Rockford Manufacturing Company

241.  Roman Catholic Diocese of Nashville

242.  Rural Health Services Consortium Inc.

243.  Sandusky Newspapers Inc.

244.  Scepter Inc.

245.  Semmes Murphey Clinic

246.  Senior Care Associates LLC/Morning Pt Sr Living

247.  Sequatchie Concrete Service

248.  Sevier County Electric System

249.  Sevier County Government

250.  Sevier County Tennessee Group Benefit Plan

251.  Siskin Hospital for Physical Rehabilitation

252.  Six Rivers Media LLC

253.  Skyline Transportation Inc.

254.  SL Tennessee LLC

255.  Smile Direct Club LLC

256.  SOFHA Employment Services Inc.

257.  Solutia Inc a subsidiary of Eastman Chemical Com

258.  SouthEast Bank

259.  Southeastern Health Facilities Inc.

260.  Southern Towing Company LLC

261.  Standard Candy Company Inc.

262.  Stansell Electric Company Inc.

263.  Star Transportation Inc.

264.  State of Franklin Healthcare Associates PLLC

265.  Stepherson's Inc.

266.  Stowers Machinery Corporation

10

267.  Sullivan County Employees - Retiree Plan

268.  SumiRiko Tennessee Inc.

269.  Sumner County Board of Education

270.  Sumner County Government Self Insurance Board

271.  SunCrest Healthcare

272.  Surgery Partners Inc.

273.  TBHC Delivers

274.  Tennessee Valley Federal Credit Union

275.  Tepro Inc.

276.  The Cosby Harrison Company LLC

277.  The Health Center at Standifer Place

278.  The University of the South

279.  TLD Logistics Services Inc.

280.  TN Tennessee LLC

281.  Tom James Company

282.  Tosh Farms

283.  Touchstone Medical Imaging LLC

284.  Town of Greeneville

285.  Tractor Supply Company Medical Plan

286.  TRH Health Insurance Company

287.  TruckPro LLC

288.  Turner Holdings LLC

289.  Tusculum University Health and Welfare Plan

290.  Tutco Inc.

291.  Twin City Dealerships

292.  Union Service Industries Inc.

293.  Union University

294.    Unipres NA Inc.

295.    Unipres USA

296.    Unipres USA Inc.

297.    United Furniture Workers Insurance Fund

298.    United Furniture Workers Staff

299.    Universal Lighting Technologies

300.    University Health System Inc.

301.    Vanguard Healthcare Services LLC

302.    Venture Express Inc.

303.    Verso Corporation

304.    Vestal Manufacturing Enterprises Inc.

305.    Video Gaming Technologies Inc.

306.    Volunteer Energy Cooperative

307.    Wakefield & Associates LLC

308.    Wakefield and Associates Inc.

309.    Walker Die Casting Inc.

310.    Waller Lansden Dortch & Davis LLP

311.    Washington County Government

312.    West Fraser Inc.

313.    Western Express Inc.

314.    White & Assoc/First Citizens Natl Bk Emp Ben Plan

315.    White & Associates Insurance

316.    Williamson Medical Center

317.    Wright Medical Technology Inc.

318.    Yates Services LLC

319.    Yorozu America Corporation

320.    Zycron Inc.

**EXHIBIT A-24**

**The Cigna Group Entities**

**That Have Submitted Valid Requests for Exclusion
From the Sandoz Settlement Class**

1.  The Cigna Group (f/k/a Cigna Corp.)

2.  Accredo Health Group, Inc.

3.  CuraScript, Inc.

4.  ESI Mail Pharmacy Service, Inc.

5.  Express Scripts, Inc.

6.  Express Scripts Pharmaceutical Procurement LLC

7.  Express Scripts Pharmacy, Inc.

8.  Lynnfield Drug, Inc.

9.  Lynnfield Compounding Center, Inc.

10. Priority Healthcare Corporation

11. Priority Healthcare Distribution, Inc.

12. Specialty Products Acquisitions, LLC

13. Cigna HealthCare of California, Inc.

14. Tel-Drug, Inc.

15. Tel-Drug of Pennsylvania, LLC

16. HealthSpring Pharmacy of Tennessee, LLC

17. HealthSpring Pharmacy Services, LLC

18. Bravo Health Pennsylvania Inc.

19. Bravo Health Mid-Atlantic Inc.

20. Cigna Health and Life Insurance Company

21. Cigna HealthCare of Arizona, Inc.

22. Cigna HealthCare of California, Inc.

23. Cigna HealthCare of Colorado, Inc.

24. Cigna HealthCare of Connecticut, Inc.

25. Cigna HealthCare of Florida, Inc.

26. Cigna HealthCare of Georgia, Inc.

27. Cigna HealthCare of Illinois, Inc.

28. Cigna HealthCare of Indiana, Inc.

29. Cigna HealthCare of Maine, Inc.

30. Cigna HealthCare of Massachusetts, Inc.

31. Cigna HealthCare of Mid-Atlantic, Inc.

32. Cigna HealthCare of New Hampshire, Inc.

33. Cigna HealthCare of New Jersey, Inc.

34. Cigna HealthCare of North Carolina, Inc.

35. Cigna HealthCare of Pennsylvania, Inc.

36. Cigna HealthCare of South Carolina, Inc.

37. Cigna HealthCare of St. Louis, Inc.

38. Cigna HealthCare of Tennessee, Inc.

39. Cigna HealthCare of Texas, Inc.

40. Cigna HealthCare of Utah, Inc.

41. HealthSpring of Florida, Inc.

42. HealthSpring Life & Health Insurance Company, Inc.

43. Medco Containment Insurance Company of New York

44. Medco Containment Life Insurance Company

**EXHIBIT A-25**

**The Cigna Group ASO Clients**

**For Which the Cigna Group Has Submitted Valid Requests for Exclusion From the Sandoz Settlement Class**

1. 1 Alliance Geomatics, LLC
2. 1000Bulbs.com
3. 1000th Man Enterprises, Inc. dba Partitions
4. 1010DATA SERV
5. 10-4 SYSTEMS INC
6. 11:11 Systems, Inc.
7. 11TH HOUR SEA
8. 12 OAKS MANAG
9. 1220 COLLINS AVENUE, INC DBA THE WEBSTER
10. 1248 Management, LLC
11. 14W ADMINISTRATIVE SERVICES LLC
12. 180one Degrees, LLC
13. 1888 Mills LLC
14. 1st Electric Contractors
15. 1ST FINANCIAL
16. 1ST LIGHT ENERGY INC.
17. 1st Mile LLC
18. 1ST RATE US H
19. 1ST SECURITY BANK
20. 20/20 Financial Consulting, Inc.
21. 212 Loans, LLC
22. 22nd Century Technologies
23. 22ND Century Technologies, Inc.

24. 24/7 CUSTOMER, INC.

25. 24A Hospitality Partners dba AHFP, Bevinco

26. 24M TECHNOLOGIES, INC.

27. 2929 Entertainment, LP

28. 2ND WATCH, INC.

29. 3 BEARS, INC.

30. 3 Corners Oilfield Services, LLC

31. 3 Kings Environmental, Inc.

32. 3 TWENTY-THREE PERSONNEL, LLC.

33. 300BRAND, INC.

34. 314e Corporation

35. 360 Enterprises Inc. dba Digital Current

36. 360 Sheet Metal Products

37. 360 Zollo Solutions Consulting LLC

38. 361 Capital LLC

39. 365 OPERATING COMPANY LLC

40. 37 Building Products, Ltd

41. 3BM1 MANAGEME

42. 3DE National, LLC

43. 3DEGREES GROU

44. 3dna Corp dba NationBuilder

45. 3Fish, Inc.

46. 3MD INC

47. 3S Network Inc.

48. 3SHAPE, INC.

49. 3TIER ENVIRONMENTAL FORECAST GROUP INC.

50. 3XLOGIC, INC.

51. 4 Degrees Real Estate

52. 4 S TECHNOLOG

53. 48FORTY SOLUTIONS, LLC

54. 4C Energy Services LLC

55. 4C INSIGHTS, INC.

56. 4CS OF PASSAI

57. 4EARTH FARMS

58. 4Front Advisors, LLC

59. 4R SYSTEMS, INC.

60. 4Refuels US, LLC

61. 4TH SOURCE, I

62. 5:15 Capital Management, LLC

63. 546869 Holdings, LLC DBA Angel Management

64. 5G STUDIO COLLABORATIVE LLC

65. 5Lights, LLC

66. 5MILES LLC

67. 5N Plus Semiconductors

68. 6G Wellhead, LLC

69. 71 CONSTRUCTION

70. 8 Koi, Inc.

71. 80 WYTHE LLC

72. A & E TELEVISION NETWORKS

73. A & J CONSULTING ENGINEERING SERVICES, P.C.

74. A & K ENERGY

75. A & L Valve and Fitting, LP

76. A & M (2015) LLC

77. A & M ROSENTH

78. A Budget Tree Service, Inc.

79. A C SYSTEMS, INC.

80. A GALLO & COMPANY, SUBSIDIARIES OF STAR DISTRIBUTO

81. A GREATER AUSTIN DEVELOPMENT COMPANY, LTD.

82. A Star Heat and Air, Inc.

83. A Team Leasing, LLC

84. A TEAM LEASING, LLC.

85. A Team Professional Associates, Inc.

86. A&A MACHINE&

87. A&D ENGINEERING

88. A&D FIRE SPRI

89. A&R Aviation Services Inc.

90. A&T Chevrolet, Inc.

91. A&T Welding/Ponderosa Flowtesting

92. A. Brooks Roofing, Inc.

93. A. Harold and Associates, LLC

94. A. KINGSBURY & CO. DBA MODERN MEDICAL SYSTEMS CO

95. A. L. HELMCAMP INC.

96. A. SANTINI MOVING & STORAGE CO.

97. A. VERNON ALLEN BUILDER, INC.

98. A.B. Design Group, LLC

99. A.C. MOORE, INC.

100.    A.C. SCHULTES INC.

101.    A.D. MARBLE &

102.    A.H. HARRIS & SONS, INC.

103.    A.J. KIRKWOOD

104.    A.J. Rod Company LTD

105. A.J.D. HOLDING COMPANY

106. A.L. SOLUTION

107. A.M. BEST COMPANY

108. A.M. CASTLE & CO.

109. A.M. Haire Manufacturing & Service Corp.

110. A.M. PEISCH & COMPANY, LLP

111. A.T. KEARNEY, INC.

112. A.T. STILL UNIVERSITY OF HEALTH SCIENCES

113. A/Z CORPORATION

114. A1 BODY & GLA

115. A-1 EXPRESS DELIVERY SERVICE, INC.

116. A-1 TECHNOLOGY, INC.

117. A10 Networks, Inc.

118. A9.COM, INC.

119. AAA Drilling Foundation

120. AAA SERVICES, INC.

121. AAA WATERPROOFING, INC.

122. AADCO MEDICAL, INC.

123. AAIM EMPLOYERS' ASSOCIATION

124. AALBERTS INTEGRATED PIPING SYSTEMS AMERI

125. AAM, LLC

126. AAO-HNSF

127. AAP AUTOMATIO

128. AAP Automation, Inc.

129. AAR OF NORTH CAROLINA, INC.

130. AAREN LABORATORIES LLC

131. AARP, INC. DBA JOHNSTONE SUPPLY OF ATLANTA

132.   AASKI TECHNOL

133.   A-B Petroleum, Inc.

134.   AB STAFFING SOLUTIONS LLC

135.   Abacus Information Technology LLC

136.   Abacus Software Division, Inc.

137.   ABBEY CARPET

138.   ABC Cutting Contractors of Atlanta, Inc.

139.   ABC LEGAL SERVICES, INC.

140.   ABCO DIECASTE

141.   ABCO ELECTRICAL CONSTRUCTION & DESIGN, LLC

142.   ABEL & SCHAFE

143.   ABEL CINE TEC

144.   ABI COMPANIES, INC.

145.   ABILENE MOTOR EXPRESS, INC.

146.   Abilis Solutions Corp.

147.   ABILITY DYNAMICS, LLC

148.   ABM Lanier Hunt Airport Parking ATL

149.   ABODA

150.   ABON PHARMACEUTICALS, LLC

151.   ABP CORPORATION

152.   ABRAMS AIRBOR

153.   ABRAMS AIRBORNE MANUFACTURING

154.   ABS SOUTHEAST, LLC

155.   Absalon Consult LLC

156.   Absolute Dental Management LLC

157.   AC BEVERAGE, INC.

158.   AC CONTROLS COMPANY, INC.

159.    AC KLEM

160.    ACA Products, Inc.

161.    Academics, Arts and Action Charter Academies

162.    ACADEMY DEL SOL, INC.

163.    ACADEMY FOR G

164.    ACADEMY OF OUR LADY OF PEACE

165.    ACADEMY OF THE HOLY NAMES

166.    ACADEMY ROOFI

167.    ACC DISTRIBUTORS, INC.

168.    ACC Landscape Services

169.    ACCEL MANAGEMENT CO. INC.

170.    Accelerate Learning, Inc.

171.    ACCELERATE PARTNERS, INC.

172.    ACCELERON, IN

173.    ACCELLION USA

174.    Accellos, Inc.

175.    Accelo

176.    Accent Electrical Services Corp.

177.    Accent Graphics, Inc.

178.    Accent Packaging, Inc.

179.    ACCENTS & INTERIORS, INC.

180.    ACCESS AGENCY

181.    ACCESS CONTROL SYSTEMS, LLC

182.    ACCESS DATA C

183.    ACCESS DATA NETWORK SOLUTIONS, INC.

184.    ACCESS INTELLIGENCE

185.    Access Physicians Management Services Organization

186.    ACCESS POINT INC.

187.    ACCESS SCIENC

188.    ACCION TEXAS, INC.

189.    ACCLAIM TECHNICAL SERVICES, INC

190.    Accolade Healthcare

191.    ACCOLITE WORK

192.    ACCOMMODATION

193.    ACCONDA, INC.

194.    ACCOR MANAGEMENT US INC.

195.    Accord Financial, Inc.

196.    ACCOUNT PROS, INC.

197.    ACCOUNTABILLT, LLC

198.    ACCREDITED LOCK & DOOR HARDWARE CO

199.    Accrete Construction, LLC

200.    ACCRUENT, LLC.

201.    ACCSCIENT LLC

202.    Accu Temp Refrigeration, Inc.

203.    ACCUCODE, INC.

204.    ACCUDYNE SYSTEMS, INC.

205.    Accufab, Inc.

206.    ACCUFORM MANUFACTURING, INC.

207.    ACCURA SYSTEM

208.    ACCURATE BACK

209.    Accurate Chemical Acquisition, Inc.

210.    ACCUSOFT CORP

211.    ACCUTEC BLADES, INC.

212.    ACE ASPHALT OF ARIZONA, INC.

213.  ACE CELLULAR,

214.  Ace Computers

215.  ACE ELECTRONICS, INC

216.  ACE Endico Corp.

217.  ACE Furniture & TV, Inc.

218.  Ace Hardware

219.  Ace Hardware of Chattanooga, Inc. dba Elder's Ace Hardware

220.  ACE IMAGEWEAR

221.  ACE INDUSTRIES, INC.

222.  ACE INFO SOLUTIONS

223.  ACE INFO SOLUTIONS,LLC

224.  Ace Plumbing, Heating & Electrical, Inc

225.  Ace Pump Corporation

226.  ACE VENDING, INC.

227.  ACE WORLD COMPANIES LTD

228.  ACERTA PHARMA LLC

229.  ACES A/C SUPPLY, INC.

230.  ACG, LLP

231.  ACH CHILD & FAMILY SERVICES

232.  ACH FOAM TECHNOLOGIES, INC.

233.  ACHATES POWER

234.  ACHIEVE FINANCIAL CREDIT UNION, INC.

235.  ACHIEVEMENT ASSET MANAGEMENT LLC

236.  ACI INTERNATI

237.  ACI Mechanical & HVAC Sales

238.  ACI SERVICES, INC.

239.  ACM CORPORATION

240.    ACM LLP

241.    ACME BARRICAD

242.    ACME CONSTRUCTION SUPPLY CO.

243.    Acme Delivery Services, Inc. dba Acme Distribution

244.    Acme Electric Motor Inc

245.    ACME FINISHIN

246.    Acme Industrial Company

247.    ACME PAPER & SUPPLY COMPANY, INC.

248.    ACME SCENIC & DISPLAY

249.    ACME WIRE PRO

250.    Acme Wire Products Co., Inc.

251.    ACMT, INC.

252.    A-Com Technologies LLC

253.    A-COMPANY

254.    ACON LABORATORIES, INC.

255.    ACOPIA, LLC

256.    ACORDA THERAPEUTICS, INC.

257.    Acorn Petroleum, Inc.

258.    ACORNS GROW I

259.    Acoustical Services Corporation

260.    ACP Sales West, LLC

261.    ACQUIA, INC.

262.    ACR SUPPLY CO

263.    ACRILEX INC.

264.    ACRISURE LLC

265.    ACRT SERVICES, INC.

266.    ACSYS, INC. D

267.    ACT LIGHTING, INC.

268.    ACTELIS NETWORKS, INC.

269.    ACTENVIRO

270.    ACTION AIR SY

271.    Action Box Co., Inc.

272.    ACTION BOX COMPANY, INC.

273.    Action Direct LLC dba Redpoint Contracting

274.    ACTION ENVIRONMENTAL GROUP

275.    Action Inc.

276.    ACTION PACT

277.    ACTION TIRE C

278.    ACTIUM JET HO

279.    ACTIVE NETWORK, LLC

280.    Active Park LLC dba Prospect Park

281.    ACTIVE WEBSITE LLC DBA BOOJ

282.    ACTIVEHOURS,

283.    ACTS AVIATION SECURITY, INC.

284.    Acucote Inc

285.    ACUFF & ASSOCIATES, INC.

286.    ACUMEN SOLUTIONS, INC.

287.    ACUPATH LABORATORIES INC.

288.    ACURA OF LYNNWOOD

289.    ACZ LABORATORIES, INC.

290.    AD ART, INC.

291.    AD RESULTS ME

292.    AD TECH EXPOSITIONS, LLC

293.    ADA Architects, Inc.

294. ADA CARBON SOLUTIONS, LLC

295. ADA Motors, Inc.

296. Adams County Communications Center, Inc

297. ADAMS EXTRACT & SPICE LLC

298. ADAMS GROUP, INC.

299. ADAMS LITHOGRAPHING COMPANY

300. ADAMS MAGNETIC PRODUCTS CO.

301. ADAMS Management Services Corporation

302. Adams Trucking & Supply, Inc.

303. Adapt to Solve, Inc.

304. ADAPX, INC.

305. ADC LTD NM

306. ADCOMM DIGITEL

307. Addison Construction Co.

308. Addison County Home Health & Hospice, Inc.

309. Addison Foods, Inc.

310. A-DEC, INC.

311. AdEdge Water Technologies, LLC

312. A-Del Construction, Inc.

313. ADELANTE HEALTHCARE, INC.

314. ADELPHI UNIVERSITY

315. Adelphia Graphic Systems

316. Adept Life Science LLC

317. Aderas, Inc.

318. ADERO, INC.

319. ADINSTRUMENTS, INC.

320. ADLER INDUSTRIAL SERVICES, INC.

321.    ADLER REAL ES

322.    ADMILL MACHINE CO., LLC

323.    ADMINWORKS, I

324.    ADOBE

325.    ADOBE DRYWALL

326.    ADOLFSON & PETERSON CONSTRUCTION

327.    ADOPT A FAMILY OF THE PALM BEACHES

328.    Adperio, Inc.

329.    Adrenaline, LLC

330.    ADS-MYERS, INC.

331.    Adsync Technologies, Inc.

332.    ADURO, INC.

333.    ADVAIYA, INC.

334.    Advance Electrical & Industrial Supply

335.    ADVANCE FABRICATION & MEASUREMENT LLC

336.    ADVANCE FINANCIAL ADMINISTRATION, LLC

337.    ADVANCE FINANCIAL SERVICES DBA HARPETH

338.    ADVANCE HOUSI

339.    ADVANCE TANK & CONSTRUCTION COMPANY

340.    Advance Technological Radiology, P.A.

341.    ADVANCED ASSE

342.    Advanced Audio Visual, Inc. dba Advanced Staging Productions

343.    ADVANCED CELL DIAGNOSTICS, INC.

344.    ADVANCED CIRC

345.    ADVANCED CIRCUITS INC.

346.    Advanced Classroom Technologies

347.    ADVANCED COLOR SYSTEMS, INC.

348.   ADVANCED COMFORT SOLUTIONS, INC.

349.   ADVANCED CONCEPTS AND TECHNOLOGIES INTERNATIONAL

350.   ADVANCED CONCRETE SURFACES, LTD.

351.   Advanced Contracting Group, LLC

352.   Advanced Control Solutions, LLC

353.   ADVANCED DATA

354.   Advanced Data and Network Solutions, Inc.

355.   Advanced Development Concepts LLC

356.   Advanced Electrical & Motor Controls, LLC

357.   ADVANCED ELECTRONIC SYSTEMS INTEGRATORS, LLC

358.   ADVANCED EMIS

359.   ADVANCED ENGI

360.   ADVANCED ENGINE MANAGEMENT, INC.

361.   ADVANCED ENT

362.   ADVANCED FACI

363.   Advanced Fire and Security, Inc.

364.   ADVANCED FIXT

365.   ADVANCED GREEN INNOVATIONS, LLC

366.   Advanced Integrated Technologies, LLC

367.   Advanced Interior Electronics, Inc.

368.   ADVANCED MANA

369.   Advanced Medical Management and Consulting

370.   Advanced Microgrid Solutions, Inc.

371.   ADVANCED NETWORK MANAGEMENT, INC.

372.   Advanced Oilfield Services, Inc.

373.   ADVANCED POWER CONTROL, INC.

374.   ADVANCED PROTECTION TECHNOLOGIES, INC.

375.   ADVANCED RADIOLOGICAL IMAGING

376.   ADVANCED RECOVERY SYSTEMS, LLC

377.   Advanced Structural Technologies, Inc.

378.   ADVANCED SYST

379.   ADVANCED SYSTEMS GROUP

380.   ADVANCED TECH

381.   ADVANCED TECHNICAL CERAMICS COMPANY

382.   Advanced Technical Networks & Manufacturing, Inc.

383.   ADVANCED TECHNOLOGY GROUP, INC.

384.   ADVANCED TECHNOLOGY SERVICES GROUP, LLC

385.   ADVANCED TECHNOLOGY, INC.

386.   ADVANCED TESTING TECHNOLOGIES, INC.

387.   ADVANCED TURB

388.   ADVANSIX INC.

389.   ADVANTAGE BANK

390.   ADVANTAGE BENEFITS COMPANY

391.   Advantage Benefits Company, LLC

392.   ADVANTAGE CRE

393.   Advantage Credit, Inc.

394.   Advantage Engineers, LLC

395.   Advantage Midstream Equity Partners, LLC

396.   Advantage SCI, LLC

397.   Advantage Self Storage Property LLC

398.   Advantage Surveillance, LLC

399.   Advantis Credit Union

400.   ADVANTOR SYSTEMS CORPORATION

401.   ADVENIR LIVIN

15

402.    ADVENIR REAL ESTATE MANAGEMENT

403.    Adventure Dental

404.    ADVENTURE SPO

405.    ADVERTISING CONCEPTS, INC. DBA ADCON SIGNS

406.    ADVISORYCLOUD

407.    AEC Group, LLC

408.    AEC, Inc.

409.    AEGIS PUBLICATIONS, LLC

410.    AERGO SOLUTIO

411.    AERIA GAMES & ENTERTAINMENT, INC.

412.    Aerin Medical, Inc.

413.    AERION CORPOR

414.    AERIS COMMUNI

415.    AERO 3, INC.

416.    AERO DYNAMIX, INC.

417.    Aero Electronics Systems, Inc.

418.    AERO GLOBAL LOGISTICS

419.    Aero Group Holdings, LLC

420.    AERO PRECISION LLC

421.    Aero Simulation, Inc.

422.    Aero Tech Manufacturing Inc.

423.    AeroGo Inc

424.    AEROLINEAS ARGENTINAS S.A.

425.    AERONAVDATA

426.    AERONET, INC.

427.    AERONIX, INC.

428.    Aerosol Monitoring & Analysis, Inc.

429.  Aerospace Quality Research and Development

430.  Aerospace Testing Laboratory, Inc.

431.  AEROTECH MACHINING, INC.

432.  AEROTERM US, INC.

433.  AEROTURBINE, INC.

434.  AESCULAPIAN MANAGEMENT CO, LLC

435.  AET INC., LIMITED

436.  AETHON ENERGY

437.  AETIUS RESTAU

438.  AEVEX AEROSPA

439.  AFD GROUP LLC

440.  AFFILIATED HOSPITALISTS PLC

441.  AFFILIATED PATHOLOGISTS MEDICAL GROUP, INC.

442.  AFFILIATED RADIOLOGISTS S.C.

443.  AFFILIATED SANTE GROUP, INC.

444.  AFFIRMA CONSULTING

445.  AFM & SAG-AFTRA IPRD FUND

446.  AFP 104 CORP.

447.  AFREN USA, IN

448.  AFS TECHNOLOGIES HOLDINGS, INC.

449.  After Hours Appliance Repair/DBA/PFS

450.  AFX INC.

451.  A-G GEOPHYSICAL PRODUCTS, INC.

452.  AG POWER EQUIPMENT CO.

453.  AG PRODUCTION ENTERPRISES, INC.

454.  AG World Group Inc

455.  AG&E ASSOCIAT

456. AG&E HOLDINGS INC.

457. AGA INSTITUTE

458. AGAMA SOLUTIONS INC.

459. AGDATA

460. AGE INDUSTRIES, LTD.

461. AGEISS, INC.

462. AGGREGATE MACHINERY CO INC VALLEY EQUIPMENT CO INC

463. AGGREGATE RESOURCE DRILLING, LLC

464. AGGREKO, LLC

465. Agile Delivery Services, LLC

466. Agile Group, LLC

467. Agile Mind Educational Holdings, Inc.

468. AgileBits USA Inc DBA 1Password

469. AGILETHOUGHT,

470. Agilis Group, Inc.

471. AGILITY CLINICAL, INC.

472. Agility Energy, Inc.

473. AGILITY RECOVERY SOLUTIONS, INC.

474. AGILON HEALTH

475. Agio, Inc.

476. AGM CONTAINER

477. AGNES SCOTT COLLEGE

478. Agnoli, Barber & Brundage, Inc.

479. AGP, LLC dba American Gas Products

480. AGPM, LLC.

481. AGRATI INC.

482. AGREEYA SOLUT

483.   AGREN-BLANDO COURT REPORTING

484.   AGRI STATS, I

485.   AGRI-EXOTIC TRADING COMPANY INC

486.   AGS VERMONT,

487.   AGUIRE INTERNATIONAL, INC.

488.   AGXPLORE INTERNATIONAL, LLC

489.   AHI SUPPLY, LP

490.   AHM/GREENVILLE - NORTH METRO

491.   AHMUTY, DEMER

492.   AHP OPERATION

493.   AIA HOLDINGS, INC.

494.   Aid to Adoption of Special Kids Arizona

495.   AID TO THE DEVELOPMENTALLY DISABLED, INC.

496.   AII, INC.

497.   AIMBRIDGE EMPLOYEE BENEFITS CORPORATION

498.   Aimmune Therapeutics, Inc.

499.   AINCO INVESTMENTS, INC.

500.   AINSWORTH GAM

501.   AIPHONE CORPORATION

502.   AIR ACADEMY FEDERAL CREDIT UNION

503.   Air Cargo Transport Services

504.   AIR CARGO TRANSPORT SERVICES INC.

505.   AIR CLEANING TECHNOLOGIES, INC.

506.   AIR COMFORT

507.   AIR COMFORT, INC.

508.   AIR DRILLING

509.   AIR ELECTRO,

510. AIR FORCE ACA

511. AIR FORCE AID SOCIETY, INC.

512. AIR GENERAL, INC.

513. Air New Zealand Ltd.

514. Air Performance Service of Central Texas, LLC

515. Air Resource Specialists, Inc.

516. AIR RUTTER INTERNATIONAL, LLC DBA ALERION AVIATION

517. AIR TECHNIQUES, INC.

518. AIR TRACTOR, INC.

519. AIR TRAVEL MARKETING SERVICES, INC.

520. AIRBUS AMERICAS, INC.

521. AIRBUS HELICOPTERS, INC.

522. Airbus U.S. Florida 2, LLC

523. AIR-CONDITIONING, HEATING, AND REFRIGERATION

524. AIRCRAFT SERVICES GROUP, INC.

525. Aircraft Technical Publishers

526. Airforce Turbine Service LTD

527. Airgain, Inc.

528. AIRLINE TRAINING CENTER ARIZONA, INC.

529. AIR-O FASTENERS INC.

530. Airobotics, Inc.

531. AIRPUSH, INC.

532. AIR-RITE HEATING & COOLING

533. Airship AI, Inc.

534. AIRSTREAM ADVENTURES NORTHWEST LLC

535. AIRSTRON, INC.

536. AirSure Limited LLC

537. AIRTEC, INC.

538. AIRTIGHT NETWORKS, INC.

539. AIRWAY SHEET METAL CO., INC

540. AIT Bioscience

541. Aixtron, Inc.

542. AJC INTERNATI

543. AJINOMOTO ANIMAL NUTRITION NORTH AMERICA

544. AJINOMOTO FOODS NORTH AMERICA, INC.

545. AJINOMOTO HEALTH & NUTRITION NA

546. AJP ENTERPRISES, LLC

547. AK ENVIRONMEN

548. AKATA GLOBAL

549. AKCA, INC.

550. AKDO INTERTRADE, INC.

551. AKER BIOMARIN

552. AKERUE INDUSTRIES LLC DBA KAY HOME PRODUCTS

553. AKG Services

554. AKIBA ACADEMY OF DALLAS

555. AKIBA YAVNEH

556. AKIN GUMP STRAUSS HAUER & FELD LLP

557. Akoya Biosciences, Inc.

558. AKRF, INC.

559. Akrimax Pharmaceuticals, LLC

560. AKS ENGINEERING & FORESTRY LLC

561. Aktivax, Inc. dba Aktiv Pharma Group

562. Akvarr, Inc.

563. AL Baucom, Inc.

564.    A-L SERVICES, INC.

565.    ALA, LLC dba Architectural Lighting Alliance

566.    Aladdin Equipment Company

567.    ALAMANCE COUNTY GOVERNMENT

568.    Alameda Wholesale Nursery Inc

569.    Alamo Crane Services, Inc.

570.    Alamo Industries, Inc. dba Alamo Auto Supply

571.    ALAMO INTERME

572.    ALAMO PRESSURE PUMPING, LLC

573.    Alan Manes Machine, Inc.

574.    ALARM TECH SOLUTIONS, LLC

575.    ALASKA NATIVE

576.    Alaska Neurology Center, LLC

577.    Alation Inc.

578.    ALBA WHEELS UP INTERNATIONAL, INC.

579.    ALBANESE CONFECTIONERY GROUP

580.    Albert Frei & Sons

581.    ALBERT S. SMYTH CO., INC.

582.    Alberta Capital Investments, LLC

583.    ALBOURNE AMER

584.    Albrecht Foods

585.    ALBRECHT GROUP LLC D.B.A. BODLEY GROUP

586.    ALBUQUERQUE COUNTRY CLUB

587.    Albuquerque Plumbing, Heating and Cooling Inc.

588.    ALCO MANAGEME

589.    ALCOA CONCRETE CONSTRUCTION COMPANY, INC.

590.    Alcock and Associates, P.C.

591. Alcon Construction, Inc.

592. Alcotek, Inc.

593. ALCUIN SCHOOL

594. Alden Padfield, Inc. dba Quality Tire Company

595. Alder Construction Company

596. ALDER TECHNOL

597. ALDI INC.

598. Aldinger Company

599. ALDO U.S., INC.

600. ALDRIDGE ELEC

601. ALDRIDGE PITE LLP

602. ALEGEUS TECHN

603. ALEGIS ENTERPRISES, INC.

604. ALEN USA LP/WHITE CAP INC.

605. Alertus Technologies, LLC

606. ALEX C FERGUSSON LLC.

607. Alexander Group

608. ALEXANDER MANN SOLUTIONS CORPORATION

609. ALEXION PHARMACEUTICALS, INC

610. ALEXZA PHARMA

611. ALFA TECH CONSULTING ENGINEERS, INC.

612. ALFALFA'S MARKET, INC.

613. ALFARO LTD DBA MESA VIEW MEDICAL GROUP

614. Alfiniti Inc.

615. Alfredo Trucking Inc

616. ALGAR/THE DISPLAY CONNECTION INC.

617. ALH MANAGEMEN

23

618.    ALIBABA.COM, INC.

619.    ALICE + OLIVI

620.    ALICE AND OLIVIA, LLC

621.    ALICK'S HOME MEDICAL EQUIPMENT, INC.

622.    ALICO, INC.

623.    Alida (US) Inc.

624.    AlienVault, Inc.

625.    Align Communications, Inc.

626.    Alindus, Inc.

627.    ALION SCIENCE AND TECHNOLOGY CORPORATION

628.    ALIPAY US, INC.

629.    ALL AMERICAN

630.    All American Marine, Inc.

631.    All American Moving Group, LLC

632.    All American Relocation, Inc.

633.    ALL AROUND RO

634.    ALL COPY PROD

635.    ALL CRAFT FAB

636.    All Environmental Inc.

637.    All Fab Inc.

638.    ALL FAB PRECISION SHEETMETAL, INC.

639.    ALL IN JETS L

640.    ALL ISLAND MEDIA, INC.

641.    ALL MOBILE VI

642.    ALL NEW AGAIN LLC

643.    ALL ONE GOD F

644.    All Packaging Company

645.    All Phase Electric & Maintenance Inc

646.    ALL PHASE LANDSCAPE

647.    ALL PHASE RES

648.    ALL POINTS PACKAGING & DISTRIBUTION, INC.

649.    ALL SAFE INDUSTRIAL SERVICES, INC.

650.    ALL SAINTS' E

651.    ALL SEASON MOVERS, INC.

652.    ALL SEASONS RESORT LODGING

653.    All Source Apparel LLC

654.    ALL STAR CORRUGATED

655.    All Things Media, LLC

656.    ALL VALLEY HO

657.    ALL WALL CONTRACTING, INC.

658.    All Waste, Inc.

659.    ALL WORLD MACHINERY SUPPLY, INC.

660.    All-American Fire Equipment

661.    Allata, LLC

662.    Allcable

663.    Allcable Holdings, Inc.

664.    ALLCLEAR

665.    ALLCONNECT , INC.

666.    Allegiance Consulting, Inc.

667.    Allegiance Industries Electrical LLC

668.    Allegient Defense, Inc.

669.    ALLEGIS ADVISOR GROUP

670.    ALLEGRO CORPO

671.    ALLEGRO MICROSYSTEMS LLC

672.   ALLEN CONSTRU

673.   ALLEN CORPORA

674.   ALLEN HARRISO

675.   ALLEN LUMBER COMPANY, INC.

676.   ALLEN PLUMBING & HEATING, INC.

677.   ALLEN THEATRES, INC.

678.   ALLEN, DYER, DOPPELT, ET AL

679.   Allen-Chase Foundation dba Eaglebrook School

680.   ALLENDALE NUR

681.   ALLERGY ASSOCIATES

682.   Alleviant, LLC (f/k/a Infusion Centers of America)

683.   Alliance Benefit Group-Rocky Mountain

684.   ALLIANCE BUS

685.   Alliance Construction Solutions

686.   ALLIANCE FOR

687.   Alliance for a Healthier Generation

688.   Alliance for Choice in Education

689.   Alliance for Multispecialty Research, LLC

690.   ALLIANCE GEOTECHNICAL GROUP, INC

691.   ALLIANCE GROU

692.   Alliance Health Systems, LLC

693.   ALLIANCE HEAT

694.   ALLIANCE LIFE SCIENCES CONSULTING GROUP

695.   Alliance of Professionals and Consultants, Inc.

696.   Alliance Partners LLC

697.   ALLIANCE RADIOLOGY, P.A.

698.   ALLIANCE RESIDENTIAL, LLC.

699.    ALLIANCE SPACESYSTEMS, LLC

700.    ALLIANT ASSET

701.    ALLIED BUILDING PRODUCTS LLC

702.    Allied Fire & Safety Equipment

703.    ALLIED FIRE & SAFETY EQUIPMENT CO., INC.

704.    ALLIED HIGH TECH PRODUCTS, INC.

705.    ALLIED INDUSTRIAL EQUIPMENT CORPORATION

706.    ALLIED MANAGEMENT RESOURCES, INC.

707.    ALLIED MODULAR BUILDING SYSTEMS, INC.

708.    ALLIED MORTGA

709.    ALLIED MORTGAGE GROUP, INC.

710.    Allied Packaging Corporation

711.    ALLIED SPECIALTY PRECISION

712.    ALLIED STEEL

713.    Allied Steel Buildings, Inc.

714.    ALLING HENNING ASSOCIATES, INC. (AHA!)

715.    ALLISON & HAINEY, INC. DBA CONCRETE CORING COMPANY

716.    ALLMETAL, INC.

717.    ALLNUTT FUNERAL SERVICE

718.    AlloSource

719.    ALLOY BELLOWS & PRECISION WELDING, INC.

720.    Alloy Carbide Company

721.    ALLOY FABRICATORS, INC.

722.    Alloy Precision Technologies

723.    ALL-PRO FASTENERS, INC.

724.    ALLSAINTS USA LIMITED

725.    ALLSHRED, INC

726.    ALLSTAR FINANCIAL GROUP, INC.

727.    All-Star Transportation, Inc.

728.    ALLSTATE SALE

729.    All-Tech, Inc

730.    Alltown Bus Service, Inc.

731.    ALLTRANS PORT SERVICES, INC.

732.    ALLURE CARE M

733.    ALLVUE SYSTEM

734.    ALLWEST TESTING & ENGINEERING, LLC

735.    ALLWORLD PROJ

736.    ALLYN INTERNA

737.    ALM INVESTMENTS, LLC

738.    ALMA REALTY C

739.    ALMAR SALES CO.

740.    ALOGENT CORPORATION

741.    Alpha and Omega Semiconductor, Inc.

742.    Alpha and Omega Semiconductors

743.    ALPHA BUILDIN

744.    ALPHA FOODS C

745.    ALPHA FURNITURE LLC

746.    ALPHA OMEGA B

747.    ALPHA PROFESSIONAL TOOLS INC.

748.    ALPHA RECOVERY CORP

749.    Alpha Transport, Inc.

750.    AlphaPrint, Inc.

751.    Alphonso Inc.

752.    ALPI U.S.A.,

753.  ALPINE AIR EXPRESS

754.  ALPINE ELECTR

755.  ALPINE ENGINEERING, INC.

756.  ALPINE RESOURCES LLC

757.  Alpine Taxi-Limo, Inc.

758.  ALPINE WASTE & RECYCLING

759.  ALRAY CAR PAR

760.  AL'S FORMAL WEAR OF

761.  ALSAY INC.

762.  ALTA VISTA CENTER FOR AUTISM DBA FIREFLY AUTISM

763.  ALTANA

764.  ALTEC PRODUCTS, INC.

765.  ALTEGRIS SERV

766.  ALTERNATE PERSPECTIVES, INC.

767.  Alternative Brands

768.  ALTERNATIVE ELDER LIVING, INC.

769.  ALTERNATIVE M

770.  ALTERYX, INC.

771.  AlTi Global Holdings, LLC

772.  Altia Acquisition Corporation

773.  ALTIRA, INC.

774.  ALTISOURCE SOLUTIONS, INC.

775.  Altitude Energy Partners LLC

776.  ALTO PHARMACY

777.  ALTRIA CLIENT SERVICES LLC - HOURLY

778.  ALTRIA CLIENT SERVICES LLC - NON-VEBA

779.  ALTRIA CLIENT SERVICES LLC - SALARY

780.  ALTRIA CLIENT SERVICES LLC- HRLY RET VEB

781.  ALTRUM GROUP INC.

782.  ALTSCHOOL

783.  Altura Centers for Health

784.  ALTURA COMMUNICATION SOLUTIONS, LLC

785.  Altura Homes, LP

786.  Altus Consulting Corporation

787.  Aluma Tower Company

788.  ALVARADO MANAGEMENT LTD., CO.

789.  ALVARIA

790.  ALVIN & COMPANY, INC.

791.  ALVIN AILEY DANCE FOUNDATION, INC.

792.  ALVORD TAYLOR, INC.

793.  ALZHEIMER'S ASSOCIATION

794.  AM Construction LLC

795.  AM&G WATERPRO

796.  AMADEUS CONSULTING GROUP, INC.

797.  Amalgamated Token Services, Inc.

798.  AMAREX LLC, AMAREX CLINICAL RESEARCH

799.  AMARR COMPANY

800.  Amazing Life Foundation

801.  Amber Steel Fabrication Inc.

802.  AMBIT GROUP,

803.  AMBRIT ENGINEERING CORPORATION

804.  AMC ENGINEERS

805.  AMCO PRECISION TOOLS, INC.

806.  AMDOCS - ACTIX, INC.

807.  AMDOCS BCS, INC.

808.  AMDOCS BCSV, INC.

809.  AMDOCS HORIZONS, INC.

810.  AMDOCS IT SERVICES, LLC

811.  AMDOCS PUERTO RICO, LLC

812.  AMDOCS QPASS, INC.

813.  AMDOCS SOFTWARE TECHNOLOGIES, INC.

814.  AMDOCS SYSTEMS, INC.

815.  AMDOCS, INC.

816.  AMEC E&I HOLDING CO

817.  AMEN CLINICS

818.  Ameramax Consulting LLC

819.  AMERANT BANK, N.A.

820.  AMERIBEST HOM

821.  AMERICAN & EFIRD LLC

822.  AMERICAN & EFIRD, INC.

823.  American Academy

824.  American Appliance Group Inc.

825.  AMERICAN ARMORED TRANSPORT, INC.

826.  AMERICAN ASSO

827.  AMERICAN ASSOCIATED PHARMACIES

828.  American Association for Marriage & Family Therapy

829.  American Association for Respiratory Care

830.  AMERICAN AUTOMOBILE ASSOCIATION

831.  American Autowire, Inc.

832.  AMERICAN BEVERAGE MARKETERS

833.  AMERICAN BLOCK COMPANY

31

834.    American Boiler Services, Inc.

835.    AMERICAN BOLT

836.    AMERICAN BOOK COMPANY

837.    AMERICAN CASEIN COMPANY

838.    AMERICAN CEDA

839.    AMERICAN CENTURY SERVICES, LLC

840.    AMERICAN CITY BUSINESS JOURNALS, INC.

841.    American College of Cardiology

842.    American Compliance Technologies, Inc

843.    American Construction & Engineering

844.    AMERICAN CONSTRUCTORS

845.    AMERICAN CRUISE LINES, INC.

846.    AMERICAN DAIRY DBA IMAC

847.    American Development Corporation

848.    AMERICAN EAGL

849.    AMERICAN ELECTRONICS, INC.

850.    AMERICAN ENTERPRISE INSTITUTE

851.    AMERICAN EXTERIORS LLC

852.    AMERICAN FENCE AND SECURITY COMPANY, INC

853.    American Fibertek, Inc.

854.    AMERICAN FIDELITY CORPORATION

855.    AMERICAN FINA

856.    AMERICAN FIRE

857.    AMERICAN FIRE TECHNOLOGIES, LLC

858.    American Flux & Metal, LLC

859.    American Forest Management

860.    AMERICAN FORK CITY

861. AMERICAN FUELS & PETROCHEMICAL MANUFACTURERS ASSOC

862. AMERICAN FUTU

863. AMERICAN GREE

864. AMERICAN HARDWOOD INDUSTRIES LLC

865. AMERICAN HEALTH LAWYERS ASSOCIATION

866. AMERICAN HEALTHCARE INVESTORS, LLC

867. AMERICAN HEATING AND COOLING, INC.

868. AMERICAN HERI

869. AMERICAN HOUS

870. AMERICAN HUMANE ASSOCIATION

871. American Independent Companies, Inc.

872. American Industrial Heat Transfer, Inc.

873. American Industries, Inc.

874. AMERICAN INFOSOURCE LP

875. AMERICAN INTE

876. AMERICAN INTEGRITY INSURANCE GROUP

877. AMERICAN KIDNEY FUND

878. AMERICAN LAMP

879. AMERICAN LAND LEASE, INC

880. AMERICAN LEATHER HOLDINGS, LLC

881. AMERICAN LEGION

882. American Licorice Company

883. AMERICAN LINEHAUL CORPORATION

884. AMERICAN LODGING CORPORATION

885. AMERICAN LOGISTICS COMPANY, LLC

886. AMERICAN LOUVER COMPANY

887. AMERICAN LUBE

888.   AMERICAN MARINE CORPORATION

889.   American Meadows, Inc.

890.   American Mechanical Services

891.   American Medical Communication, Inc.

892.   AMERICAN MEDICAL GROUP, INC

893.   American Metalcraft, Inc.

894.   AMERICAN MULTI-CINEMA, INC.

895.   American Nuclear Insurers

896.   AMERICAN NUTRITION, INC. DBA ALPHIA

897.   American Outdoor Brands, Inc.

898.   AMERICAN PACKING AND GASKET

899.   AMERICAN PARA

900.   American Philanthropic, LLC

901.   AMERICAN PILEDRIVING EQUIPMENT

902.   AMERICAN PODIATRIC MEDICAL ASSOCIATION

903.   AMERICAN PORT

904.   AMERICAN PROC

905.   AMERICAN PRODUCTIVITY & QUALITY CENTER

906.   AMERICAN PUBLIC WORKS ASSOCIATION

907.   AMERICAN REFR

908.   American Registry for Internet Numbers, Ltd

909.   AMERICAN RENAL MANAGEMENT LLC

910.   AMERICAN RESIDENTIAL PROPERTIES OP, LP

911.   American Road Management, Inc.

912.   AMERICAN ROOFING SUPPLY, INC.

913.   AMERICAN SENTINEL UNIVERSITY, INC.

914.   American Service Finance Corp.

915.  AMERICAN SERVICES TECHNOLOGY, INC.

916.  American Signal Company

917.  American Simmental Association

918.  AMERICAN SOCI

919.  AMERICAN SOCIETY OF COMPOSERS, AUTHORS A

920.  AMERICAN SOCIETY OF RADIOLOGIC TECHNOLOGISTS

921.  American Steel and Aluminum Co., Inc.

922.  AMERICAN SURVEYING & MAPPING, INC.

923.  American Tack & Hardware Co. Inc.

924.  American Telecommunications, Inc.

925.  AMERICAN TEST CENTER, INC.

926.  AMERICAN TIRE DISTRIBUTORS, INC.

927.  AMERICAN TITLE SERVICES

928.  AMERICAN TOOL

929.  AMERICAN TOWER CORPORATION

930.  AMERICAN TRAFFIC SOLUTIONS, INC.

931.  American Vulkan Corporation

932.  American West Construction LLC

933.  AMERICA'S GARDENING RESOURCE

934.  America's Growth Capital, LLC

935.  AMERICA'S TES

936.  Americase, LLC

937.  AMERICHEM, INC.

938.  AMERICO SERVICES, INC.

939.  AMERICOLOR, L

940.  Americom Technology, Inc.

941.  Amerifab, Inc.

942. AMERIFLOW WAT

943. AMERIGUARD SE

944. AMERIKOOLER,

945. AMERISOURCE FUNDING, INC.

946. AMERIT FLEET SOLUTIONS

947. AMERITAC, INC

948. AMERIVET PART

949. AMFABSTEEL, INCORPORATED

950. AMG Resources Corporation

951. AMG TECHNOLOGY INVESTMENT GROUP LLC

952. Amiee Lynn Inc

953. AMITA HEALTH ADVENTIST MIDWEST HEALTH

954. AMITA HEALTH ALEXIAN BROTHERS HEALTH SYS

955. AMITA PRESENCE HLTH ALEXIAN BRO HLTH SYS

956. AMITRON, INC.

957. AMNESTY INTERNATIONAL

958. AMP COMMUNICATIONS, LLC

959. Amped I, LLC

960. AMPERE COMPUT

961. Amplion Clinical Communications, Inc.

962. AMPORTS

963. AMPRO INDUSTRIES, INC.

964. AMPRO PRODUCTS, INC.

965. AMPRO SYSTEMS, INC.

966. AMQUIP CRANE

967. AMS INVESTMENT GROUP LP

968. Amsel Research & Consulting LLC

969.   AMSTERDAM HOS

970.   AMSTERDAM NURSING HOME CORP. (1992)

971.   Amtech Systems, Inc.

972.   AmTex Machine Products, Inc.

973.   AMTEX SYSTEMS, INC.

974.   AMTEX-NMS, INC. D/B/A SOUTHEAST MODULAR MFG

975.   AMVETS NATIONAL SERVICE FOUNDATION INC.

976.   Amyris, Inc.

977.   Anacapri Foods

978.   ANACOMP, INC.

979.   ANA-DATA CONSULTING, INC.

980.   ANAGH TECHNOL

981.   ANALYSTS, INC.

982.   ANALYTICAL LA

983.   ANASTASIA BEV

984.   Anatolia Tile & Stone

985.   AnaVation LLC

986.   ANAZCO TRUCKING COMPANY, INC.

987.   ANB-PTSMA Holdings, Inc.

988.   Ancel Glink, P.C.

989.   Anchor Brewing Company, LLC

990.   ANCHOR FABRICATION, LLC

991.   Anchor Innovation, Inc.

992.   ANCHOR TOTALHR, LLC

993.   ANCHORFREE, INC

994.   ANCILLARY ADV

995.   ANCO INSURANCE MANAGERS, INC.

996.   AndCo Consulting

997.   ANDE Corporation

998.   ANDELA, INC.

999.   ANDELL INC.

1000.  ANDERSEN, TAT

1001.  ANDERSON & HO

1002.  ANDERSON COMPANIES

1003.  ANDERSON COUNTY

1004.  ANDERSON EQUIPMENT COMPANY

1005.  ANDERSON MASON DALE ARCHITECTS

1006.  Anderson Mikos Architects, ltd

1007.  ANDERSON RANCH ARTS CENTER

1008.  ANDREW WOMMAC

1009.  ANDREWS DISTRIBUTING COMPANY OF NORTH TE

1010.  ANDROMEDA SYSTEMS INCORPORATED

1011.  Andron Stainless Corporation

1012.  ANESTHESIA AS

1013.  ANESTHESIA ASSOCIATES OF BELLEVILLE, LTD

1014.  ANESTHESIA PARTNERS

1015.  ANESTHESIA SERVICES ASSOC., PLLC DBA CPS

1016.  ANESTHESIOLOGY ASSOCIATES OF BORO PARK

1017.  ANGEL FIRE RESORT OPERATIONS, LLC

1018.  ANGEL FOOD, LLC

1019.  ANGEL L. REYES & ASSOCIATES PC

1020.  ANGEL OAK COMPANIES

1021.  ANGEL VIEW, I

1022.  ANGELES COMPOSITE TECHNOLOGIES, INC.

1023. ANGELS OF CAR

1024. ANGLIN REICHM

1025. ANGUS CHEMICAL COMPANY

1026. ANHEUSER-BUSCH

1027. ANHEUSER-BUSCH COMPANIES, INC.

1028. ANHEUSER-BUSCH EMPLOYEES' CREDIT UNION

1029. Anidjar And Levine, PA

1030. Animal Birth Control of Tucson

1031. ANIMAL CARE, P.C.

1032. Ankle & Foot Center of Tampa Bay

1033. Ankrom Moisan Associated Architects,

1034. ANNAMS SYSTEMS CORPORATION

1035. ANNAPOLIS EAR, NOSE, THROAT & ALLERGY ASSOCIATES,

1036. ANNE ARUNDEL BROADBAND COMPANY

1037. Anodyne Medical Device, Inc.

1038. ANOMALI INCOR

1039. ANONYOME LABS, INC.

1040. ANOTHER BURNS COMPANY

1041. Anpesil, LLC

1042. ANRITSU INFIV

1043. ANRO, Inc.

1044. Ansaldobreda, Inc.

1045. ANSCHUTZ CORPORATION

1046. ANSELL GRIMM & AARON, PC

1047. ANT FARM II, LLC.

1048. Antares Acquisition, LLC

1049. Antares Group

1050.   Anterra Management Corporation

1051.   Anthony & Sons Bakery, Inc.

1052.   Anthony & Sons Italian Bakery Inc

1053.   ANTHONY TIMBERLANDS, INC.

1054.   ANTHONY WILDE

1055.   ANTHRAPER INVESTMENTS/ENTERPRISES INC.

1056.   ANTICIMEX, INC.

1057.   ANTLERS CONDOMINIUM ASSOCIATION

1058.   ANTON CABINETRY CO

1059.   Antonia Fire Protection District

1060.   ANUVIA PLANT

1061.   ANYPERK, INC.

1062.   AOA MANAGEMEN

1063.   AOC SOLUTIONS, INC.

1064.   AP Shale Logistics Managementco LLC

1065.   APA - THE ENG

1066.   APAC SALE GRO

1067.   APACHE JUNCTION FIRE DISTRICT

1068.   APC PAPER COMPANY, INC.

1069.   APCNA Holdings, LLC

1070.   APCO GRAPHICS

1071.   APE TRANSPORT

1072.   APERIA SOLUTIONS

1073.   APEX

1074.   APEX ANALYTIX LLC

1075.   Apex Billing Solutions, LLC

1076.   APEX COMPANIES, LLC

1077. APEX COMPUTER

1078. APEX COVANTAGE, LLC

1079. Apex Design, PC

1080. APEX INDUSTRI

1081. APEX INSURANCE HOLDINGS, INC.

1082. Apex Integrated Systems, LLC

1083. APEX LABORATO

1084. Apex Laboratories, LLC

1085. Apex Sales and Marketing Inc

1086. APEX TRANSPORTATION INC.

1087. Apex Transportation, Inc.

1088. Apgar Trans LLC dba Apgar Bros

1089. Apogee Engineering, LLC

1090. Apogee Integration, LLC

1091. APOLLO AVIATI

1092. Appalachian Agency for Senior Citizens

1093. Appalachian District Health Department

1094. Appalachian Mountain Community Health Centers

1095. APPALACHIAN PARENT ASSOC.

1096. APPCO PHARMA

1097. AppExtremes, LLC

1098. APPIA, INC.

1099. APPLE REHAB WEST, LLC

1100. Apple Rock Advertising & Promotions, Inc.

1101. APPLEJACK WINE & SPIRITS

1102. APPLIANCE PAR

1103. ApplianceSmart Inc.

1104.   APPLICATION CONSULTING GROUP, INC.

1105.   APPLICATION SPECIALTIES, INC.

1106.   Applied Aerodynamics, Inc.

1107.   APPLIED BEHAV

1108.   APPLIED CLINI

1109.   APPLIED COMPO

1110.   APPLIED COMPUTING TECHNOLOGIES, INC.

1111.   APPLIED DEFENSE SOLUTIONS

1112.   APPLIED ENGIN

1113.   APPLIED FINISH SYSTEMS, LLC

1114.   APPLIED TECHNICAL SERVICES, INC.

1115.   APPLIED TECHNICAL SYSTEMS, INC.

1116.   Applied Training Systems, Inc.

1117.   APPLIED VOICE & SPEECH TECHNOLOGIES, INC.

1118.   AppliedVR, Inc.

1119.   APPLIKON BIOTECHNOLOGY, INC.

1120.   AppLogic Networks OpCo, LLC

1121.   APPLOVIN CORPORATION

1122.   Approach Management Services Inc

1123.   APPROVED FIRE PROTECTION COMPANY, INC.

1124.   APPSIAN

1125.   APPSPACE, INC.

1126.   APPTRICITY CORPORATION

1127.   APRENDAMOS IN

1128.   Aprima Medical Software

1129.   APT Management, LLC

1130.   APTARA, INC.

1131.   APTARGROUP, INC.

1132.   APTEAN

1133.   APTERYX, INC. DBA ARAPAHOE AERO

1134.   APTIFY CORPORATION

1135.   Aqreva, LLC

1136.   AQSEPTENCE GROUP

1137.   AQUA DERMATOLOGY MANAGEMENT, LLC

1138.   Aqua Metals, Inc

1139.   AQUA SOLUTION

1140.   Aqua Star (USA) Corp.

1141.   AquaChile, Inc.

1142.   AquaGuard Foundation Solutions

1143.   AQUA-HOT HEATING SYSTEMS, INC.

1144.   AQUAMAR INTER

1145.   AQUANIMA

1146.   AquaPhoenix Scientific, Inc.

1147.   AQUATECH CORP

1148.   AQUENT LLC

1149.   AQUINAS COMPANIES, LLC

1150.   AQUITY SOLUTIONS, LLC

1151.   ARA Food Corp.

1152.   ARAGON GROUP/DANIA JAI-ALAI

1153.   ARAMSCO, INC.

1154.   Arapahoe Basin Ski Area

1155.   ARAPAHOE ROOF

1156.   Arapahoe Roofing & Sheet Metal, Inc.

1157.   ARBON STEEL & SERVICE COMPANY, INC.

1158.   ARBONNE INTERNATIONAL

1159.   ARBOR OCCUPATIONAL MEDICINE

1160.   Arbor Properties, Inc.

1161.   ARBORGEN, INC.

1162.   ARBRE GROUP HOLDINGS

1163.   ARC Developers, Inc.

1164.   ARCA

1165.   Arcadia Development Company

1166.   ARCADIS U.S., INC.

1167.   Arcata Associates, Inc.

1168.   ARCHBRIGHT

1169.   ARCHERDX, INC.

1170.   ARCHIMEDES PHARMA US, INC.

1171.   ARCHITECTS COLLABORATIVE, INC.

1172.   Architects Orange, LLP

1173.   Architectural Concepts LLC

1174.   Architectural Elements LLC

1175.   Architectural Glass & Aluminum Co Inc

1176.   Architectural Window Manufacturing Corp.

1177.   Architekton, Inc

1178.   ARCHIVE SYSTE

1179.   Archuleta County

1180.   ARCHULETA SCHOOL DISTRICT 50JT

1181.   ARCLIN USA, INC.

1182.   ArCom Systems, Inc.

1183.   ARCOSA, INC.

1184.   ARCTIC ENERGY SERVICES, LLC

1185. Arctic Industries, LLC

1186. ARCTIC SNOW A

1187. ARCTIC TRANSPORTATION SERVICES

1188. ARD II Operating LLC

1189. ARDELYX, INC.

1190. ARDENT GLOBAL, LLC

1191. ARDENT MANAGEMENT CONSULTING

1192. ARDMORE AUTOMOTIVE, INC. DBA ARMEN CHEVROLET

1193. Ardmore Residential Inc

1194. Area Heating & Cooling, Inc.

1195. AREA RESOURCES FOR INDIVIDUALIZED SERVICES, INC.

1196. ARES SECURITY

1197. ARETE DEVELOP

1198. ARETT SALES CORP.

1199. AREVO MANAGEM

1200. Argent Capital Management, LLC

1201. ARGENTECH SOLUTIONS, INC.

1202. ARGO PRODUCTS COMPANY, INC.

1203. Argo Real Estate, LLC

1204. ARGUS CONSULT

1205. ARIA SYSTEMS,

1206. ARIOSA & COMPANY, LLC

1207. ARIOSA DIAGNOSTICS, INC.

1208. Aristeia Capital, LLC

1209. Ari-Tex Electric LLC

1210. ARIZONA AFO, INC.

1211. ARIZONA ARTHRITIS & RHEUMATOLOGY ASSOCIATES

1212.  ARIZONA BEVERAGES USA LLC

1213.  ARIZONA CANNING COMPANY, LLC

1214.  ARIZONA CARDINALS FOOTBALL CLUB LLC

1215.  Arizona Chamber of Commerce and Industry

1216.  ARIZONA COMMU

1217.  Arizona Digestive Health, PC

1218.  ARIZONA EDUCATION ASSOCIATION

1219.  ARIZONA FASTE

1220.  Arizona Home Care LLC

1221.  ARIZONA HUMANE SOCIETY

1222.  ARIZONA MACHINERY LLC, DBA STOTZ EQUIPME

1223.  Arizona Manufacturing & Embroidery, Inc.

1224.  ARIZONA PIPE TRADE HEALTH AND WELFARE

1225.  ARIZONA PRECISION SHEET METAL, INC.

1226.  ARIZONA PRIMARY CARE PHYSICIANS, LLC

1227.  Arizona Restaurant Supply, Inc.

1228.  ARIZONA SHOWE

1229.  Arizona Sports Foundation dba Fiesta Bowl

1230.  ARIZONA TILE, LLC

1231.  ARIZONA UROLOGY SPECIALISTS, PLLC

1232.  Arjobex America, Inc.

1233.  ARKIVE INFORMATION MANAGEMENT, LLC

1234.  ARKOS FIELD SERVICES LP

1235.  ARLINGTON BAPTIST MINISTRIES

1236.  ARLINGTON COUNTY GOVERNMENT

1237.  ARLINGTON COUNTY SCHOOL BOARD

1238.  Arlington Machine & Tool Company

1239. ARLINGTON ORTHOPEDIC ASSOCIATES, P.A.

1240. ARMADA WATER ASSETS, INC.

1241. ARMADACORP CAPITAL, LLC.

1242. Armature Studio, LLC

1243. ARMED FORCES

1244. Armoloy of Illinois

1245. ARMOUR ENTERPRISES

1246. ARMSTRONG CON

1247. ARMSTRONG OIL

1248. ARMSTRONG PHA

1249. Armstrong Pharmaceuticals, Inc.

1250. ARMSTRONG TEASDALE LLP

1251. Arneg, LLC

1252. ARNET PHARMAC

1253. ARNOLD BROS, INC.

1254. Arnold Magnetics Corporation

1255. Arnold Steel Company Inc.

1256. ARNOLD'S FABRICATING & MACHINE, INC.

1257. ARNTZEN CORPORATION

1258. Arock Services, LLC

1259. ARONSON-CAMPBELL INDUSTRIAL SUPPLY, INC.

1260. Arper USA, Inc.

1261. ARQUITECTONICA INTERNATIONAL CORPORATION

1262. ARRAY

1263. Array BioPharma Inc.

1264. ARRAY NETWORK

1265. ARRAY PHOTONI

1266.  ARRAY TECHNOLOGIES, INC.

1267.  ARRAYENT, INC.

1268.  Arrow Concrete Products, Inc.

1269.  ARROW ELECTRONICS

1270.  ARROW EXTERMINATORS, INC.

1271.  ARROW MOVING & STORAGE CO INC

1272.  ARROW SENIOR LIVING MANAGEMENT, LLC

1273.  ARROWEYE SOLUTIONS, INC.

1274.  ARROWHEAD TRANSFER INC.

1275.  ARROWMAKER GR

1276.  ARROWPOINT TECHNOLOGIES, INC.

1277.  ARS, INC.

1278.  ARSEAL TECHNO

1279.  ART SUPPLY ENTERPRISES dbaMacPherson's

1280.  ARTECH, INC.

1281.  ARTEL, LLC

1282.  ARTEMIS HEALT

1283.  ARTESYN EMBEDDED TECHNOLOGIES, INC.

1284.  ARTHROSURFACE INCORPORATED

1285.  ARTICULATE GLOBAL, INC.

1286.  ARTISAN CINEMA AND SOUND, LLC

1287.  ARTIVION, INC.

1288.  ARUBA NETWORKS

1289.  ARUZE GAMING

1290.  ARVADA CENTER FOR ARTS & HUMANITIES

1291.  Arwood Machine Corporation

1292.  A'S MATCH DYEING CO., INC.

1293.   ASA APPLE, INC.

1294.   Asahi Refining Florida, LLC

1295.   Asakura Robinson Company, LLC

1296.   ASBESTOS WORKERS LOCAL 2

1297.   ASCEND ANALYTICS, LLC

1298.   ASCENDANT CAP

1299.   Ascendigo Autism Services, Inc.

1300.   Ascendo Resources LLC

1301.   ASCENSION

1302.   ASCENT CONSTRUCTION

1303.   Ascent Management, LLC

1304.   ASCENT SOLAR

1305.   ASCENT, LLC

1306.   Ascent360, Inc.

1307.   ASET PARTNERS CORPORATION

1308.   ASG SOLUTIONS

1309.   ASHBY & GEDDES, P.A.

1310.   ASHEVILLE REGIONAL AIRPORT AUTHORITY

1311.   ASHLEY MANOR LLC

1312.   Ashley Stewart Inc.

1313.   Ashton Gardens LLC

1314.   ASHTON-GOODMAN PROPERTIES

1315.   ASI BUSINESS SOLUTIONS, LTD

1316.   ASI CONSTRUCTION LLC

1317.   ASI CONSTRUCTORS, INC.

1318.   ASI Government

1319.   ASI SYSTEM INTEGRATION, INC

1320.  ASIA BANK, N.A.

1321.  Asia Chemical Corp., Inc.

1322.  ASIA TV USA L

1323.  ASIAN AMERICA

1324.  ASIAN AMERICAN HEALTH COALITION

1325.  ASM AFFILIATES, INC.

1326.  ASML US, LLC

1327.  ASOCIACION DE

1328.  ASPECT CONSULTING, LLC

1329.  ASPECT MANAGE

1330.  ASPEN ACADEMY

1331.  ASPEN ART MUSEUM

1332.  ASPEN ATHLETI

1333.  ASPEN CONTRAC

1334.  Aspen Country Day School

1335.  ASPEN COUNTRY DAY SCHOOL, INC.

1336.  ASPEN ELECTRONICS MANUFACTURING, INC.

1337.  ASPEN HOMES OF COLORADO, INC.

1338.  ASPEN SCHOOL DISTRICT

1339.  ASPEN SKIING COMPANY

1340.  ASPEN SQUARE CONDOMINIUM ASSOCIATION, INC.

1341.  ASPEN VIEW ACADEMY, INC.

1342.  ASPIRE FEDERAL CREDIT UNION

1343.  ASPIRE FINANC

1344.  ASPIRE HEALTH

1345.  ASPIRE LIVING & LEARNING, INC.

1346.  ASR COMPANIES

1347. ASRC INDUSTRIAL SERVICES, LLC

1348. ASSE INTERNATIONAL, INC.

1349. ASSEMBLEON AMERICA, INC.

1350. Assemi Group, Inc.

1351. ASSET INTERNA

1352. ASSET INVENTORIES, INC.

1353. ASSET MANAGEM

1354. ASSET VALUATION AND MARKETING INC

1355. ASSETMARK FINANCIAL HOLDINGS, INC.

1356. ASSIA

1357. ASSISTEDCARE MANAGEMENT GROUP, INC.

1358. ASSOC. IN NEPHROLOGY

1359. ASSOCIATED AD

1360. Associated Allergists & Asthma Specialists

1361. Associated Building Specialties, Inc.

1362. ASSOCIATED CONSTRUCTION & ENGINEERING, INC.

1363. ASSOCIATED CREDIT UNION OF TEXAS

1364. Associated Fire Protection, Inc.

1365. ASSOCIATED GE

1366. Associated Heating & Air Conditioning, Inc

1367. ASSOCIATED HOTELS, LLC

1368. ASSOCIATED PIPE LINE CONTRS

1369. ASSOCIATED PR

1370. ASSOCIATED RECREATION COUNCIL

1371. ASSOCIATED THERMOFORMING INC.

1372. ASSOCIATED TI

1373. ASSOCIATED TIME INSTRUMENTS COMPANY, INC.

1374.   Associated Veterinary Specialists LTD PC

1375.   ASSOCIATES IN

1376.   ASSOCIATES IN MEDICINE & SURGERY, LLC.

1377.   Association Health Care Management

1378.   ASSOCIATION OF INTERNATIONAL CERTIFIED P

1379.   ASSOCIATION OF MARYLAND PILOTS

1380.   ASSOCIATION OF PERIOPERATIVE REGISTERED NURSES

1381.   ASSOCIATION RESOURCE GROUP, INC.

1382.   ASSURANCE MEDIA, LLC

1383.   ASSURANCE SOF

1384.   ASSURANCEAMER

1385.   Assure Holdings Corp.

1386.   ASSURED ENVIR

1387.   Astadia, Inc.

1388.   ASTALDI CONST

1389.   Asterlab Advisors LLC

1390.   ASTEX PHARMAC

1391.   ASTIR IT SOLU

1392.   ASTREYA PARTN

1393.   ASTRON CONSUL

1394.   ASTRUM SOLAR, INC.

1395.   ASTUTE MEDICAL, INC.

1396.   ASURION

1397.   ASUS COMPUTER

1398.   AT DAWN MANAGEMENT, INC.

1399.   At Last Sportswear, Inc.

1400.   ATAC CORPORATION

1401. ATANE ENGINEERS, ARCHITECTS AND LAND SUR

1402. ATC ACQUISITI

1403. ATCHISON ENTERPRISES, INC.

1404. ATCPC of Ohio LLC

1405. ATD Precision Manufacturing, LLC

1406. Atec, Inc.

1407. ATECH LOGISTI

1408. A-Tech Systems, Inc.

1409. ATELIER TEN U

1410. ATG STORES

1411. ATG USA

1412. Atheria Law P.C.

1413. ATHLETES' PERFORMANCE, INC. DBA EXOS

1414. Athlos Academy

1415. ATI INDUSTRIAL AUTOMATION

1416. ATI, Inc.

1417. ATIBA HOLDING

1418. ATIGEO CORPOR

1419. ATKORE RMCP,

1420. ATL INTERNATI

1421. ATLANTA AIRLINES TERMINAL CORPORATION

1422. ATLANTA BONDED WAREHOUSE CORPORATION

1423. Atlanta Center for Reproductive Medicine

1424. ATLANTA COMMERCIAL TIRE, INC.

1425. ATLANTA CONVE

1426. ATLANTA DENTA

1427. ATLANTA ENERG

1428. ATLANTA FINE HOMES SOTHEBY'S INTERNATIONAL REALTY

1429. Atlanta Fuel

1430. Atlanta Girls' School

1431. Atlanta Gynecology & Obstetrics

1432. ATLANTA HARDW

1433. ATLANTA INTERNATIONAL SCHOOL

1434. ATLANTA KITCH

1435. ATLANTA KITCHEN EQUIPMENT, INC.

1436. ATLANTA SUPER

1437. Atlanta's Reliable Roofing

1438. ATLANTIC BUIL

1439. Atlantic Building Components and Services Inc.

1440. ATLANTIC CAPI

1441. ATLANTIC COAST MORTGAGE, LLC

1442. Atlantic Digital, Inc.

1443. ATLANTIC HOUS

1444. Atlantic Investment Company

1445. ATLANTIC IRRI

1446. ATLANTIC OIL COMPANY

1447. ATLANTIC PACIFIC EQUIPMENT, INC.

1448. ATLANTIC PACIFIC EQUIPMENT, LLC

1449. ATLANTIC PACIFIC MORTGAGE CORPORATION

1450. Atlantic Recycling Group, LLC.

1451. Atlantic Residential

1452. Atlantic Solutions Group Inc DBA Empire Workforce Solutions

1453. ATLANTIC TRACK & TURNOUT CO.

1454. ATLANTIC WIRELESS COMMUNICATIONS, INC.

1455. ATLANTIC ZEISER

1456. ATLANTIS COMPUTING

1457. ATLAS AIR WORLD WIDE HOLDINGS

1458. ATLAS DEVELOP

1459. Atlas FRM LLC

1460. ATLAS LIFT TECH, INC.

1461. Atlas Precision, Inc.

1462. ATLAS PREPARA

1463. Atlas Preparatory School, Inc.

1464. Atlas Real Estate Group, LLC

1465. Atlas Surveying, Inc.

1466. ATLAS VINEYAR

1467. Atlatl Software, Inc.

1468. Atlona Inc

1469. Atomic Communications, LLC

1470. ATR AMERICAS, INC.

1471. ATRILOGY SOLUTIONS GROUP, INC.

1472. ATRIUM LLP

1473. ATRIUM LTS

1474. ATRIUM STAFFI

1475. ATS DIESEL PERFORMANCE

1476. ATS Logistics, Inc.

1477. AttainX, Inc.

1478. ATTENSITY AMERICAS, INC.

1479. ATTILA SERVICES INC.

1480. ATTIVO NETWOR

1481. ATTRACTION SUPPORT SERVICES, LLC.

1482. AUA ENGLEWOOD, L.L.C.

1483. AUBREY SILVEY ENTERPRISES

1484. Aubuchon Homes, Inc.

1485. AUBURN SCHOOL DISTRICT EMPLOYEE BENEFITS TRUST

1486. AUBURN YOUTH RESOURCES

1487. AUCTION BROAD

1488. AUDINA HEARIN

1489. AUDIO VISUAL

1490. AUDIOCODES IN

1491. AUDIOLEAF SCH

1492. AUGUSTA CONCRETE BLOCK COMPANY

1493. AUGUSTA READY

1494. AUGUSTINE CONSULTING, INC.

1495. AUGUSTINE INS

1496. Augustine Plumbing L.C.

1497. AUI, INC.

1498. AUNT BERTHA, A PUBLIC BENEFIT CORPORATION

1499. AURAL CARE HE

1500. Auriga Polymers Inc

1501. AURIONPRO SOLUTIONS, INC.

1502. AURORA MID-AT

1503. AURORA ORGANI

1504. AURORA TECHNOLOGIES, INC.

1505. Ausland Group

1506. AUSLEY ASSOCIATES, INC.

1507. Austell Natural Gas System

1508. AUSTIN CHRONICLE CORPORATION

1509. Austin Foam Plastics, Inc.

1510. AUSTIN HARDWO

1511. AUSTIN INDUSTRIES, INC.

1512. Austin Machine Co.

1513. AUSTIN OUTDOOR, LLC

1514. AUSTIN WALDOR

1515. Authentic8 Inc.

1516. Auto Action Group

1517. AUTO AIR EXPO

1518. Auto Auction Services Corporation

1519. Auto Collision Experts, LLC

1520. AUTO EUROPE, LLC

1521. Auto Experts USA LLC

1522. Auto Meter Products, Inc.

1523. AUTO RESCUE S

1524. Auto Resources Inc. dba Byrider

1525. AUTO TRANSPOR

1526. AUTO TRIM OF DENVER

1527. Auto Wheel and Rim Service Co., Inc.

1528. AutoBase, Inc.

1529. AUTO-CHLOR SYSTEM, INC.

1530. AUTOCRAFT INVESTMENTS, INC.

1531. AutoGravity Corporation

1532. Autohaus West, Inc.

1533. Automatan, LLC

1534. AUTOMATED BUILDING SYSTEMS, INC.

1535. AUTOMATED COL

1536. AUTOMATED INS

1537. AUTOMATED MER

1538. AUTOMATED SYSTEMS OF TACOMA, LLC

1539. Automatic Feed Co.

1540. Automatic Leasing Service, Inc.

1541. AUTOMATION &

1542. Automation & Control Inc.

1543. AUTOMATION & ELECTRONICS, INC.

1544. Automation Anywhere, Inc.

1545. AUTOMATIONDIR

1546. Automile, Inc.

1547. AUTOMOTIVE FA

1548. AUTOMOTIVE LIGHTING

1549. AUTOMOTIVE PARTS DISTRIBUTION INTERNATIONAL, LLC

1550. AUTOMOTIVE TECHNOLOGIES, INC.

1551. AUTONOMIC TECHNOLOGIES, INC.

1552. AUTONOMOUS SO

1553. AUTOSALES INCORPORATED DBA SUMMIT RACING

1554. AUTOSOFT, INC.

1555. Autosport Inc.

1556. AUTOTASK

1557. AUTRY GRADING, INC.

1558. AVACEND, INC.

1559. AVADIM HOLDIN

1560. AVAIR, INC.

1561. Avalo Therapeutics, Inc.

1562. AVANGATE INC DBA 2CHECKOUT

1563.  Avant Datacomm Solutions, Inc.

1564.  AVANT HEALTHCARE PROFESSIONALS

1565.  AVANT HEALTHCARE PROFESSIONALS, LLC

1566.  AVANT, LLC

1567.  Avanti Windows & Doors, LLC

1568.  AVANZAR

1569.  AVATAR CORPORATION

1570.  AVDB GROUP LC

1571.  AVELLA OF DEER VALLEY INC.

1572.  AVENDRA, LLC

1573.  AVENT, INC. DBA AS AVANOS MEDICAL, INC.

1574.  AVENTIV TECHNOLOGIES

1575.  Aventus Enterprise, LLC. DBA Aventus Health

1576.  AVENUE 81, IN

1577.  AVERITT EXPRESS, INC.

1578.  AVERO SOFTWAR

1579.  Avers Machine & Manufacturing, Inc.

1580.  AVERTIUM, LLC

1581.  Avery Technical Resources, Inc.

1582.  AVEVA INC.

1583.  AVI, Inc.

1584.  AVIACODE, INC

1585.  AVIAN

1586.  AVIATION EXTERIORS LOUISIANA,

1587.  AVIATION SYST

1588.  AVIATION WEST CHARTERS LLC DBA ANGEL MEDFLIGHT

1589.  Aviatrix, Inc.

1590.  AVID DESIGN, INC.

1591.  AVID TECHNOLOGY, INC.

1592.  AVIDEX INDUSTRIES, LLC

1593.  AVIDXCHANGE, INC.

1594.  AVIDYNE CORPO

1595.  AVILES ENGINEERING CORPORATION

1596.  AVINGER INC.

1597.  AVIO Consulting, LLC

1598.  AVIONICA, INC.

1599.  AVISTA TECHNOLOGIES, INC.

1600.  AVITA MEDICAL

1601.  AVITECTURE, I

1602.  AVITUS, INC.

1603.  AVJET CORPORATION

1604.  AVL Growth Partners, LLC

1605.  AVM, L.P.

1606.  AVMAC, LLC

1607.  Avmar Systems

1608.  AVMEDIA, INC.

1609.  AVMET APPLICATIONS, INC.

1610.  AVON, TOWN & BOARD OF EDUCATION

1611.  AVONDA AIR SYSTEMS, INC.

1612.  Avondale Automotive, Inc.

1613.  Avow Hospice, Inc.

1614.  AVP TECHNOLOGY, LLC

1615.  Avra Valley Fire District

1616.  AVTech Services, Inc. dba AV-Tech Media Solutions

1617.   AVURE TECHNOL

1618.   Avventis Inc.

1619.   AW INDUSTRIES

1620.   AW NORTH CAROLINA, INC.

1621.   AWAS AVIATION SERVICES, INC.

1622.   AWD MANAGEMENT SERVICES INC.

1623.   AWESOME OFFIC

1624.   AWL Industries, Inc.

1625.   AXA Rosenberg Group, LLC

1626.   Axcent Networks, Inc.

1627.   AXELON SERVICES CORPORATION

1628.   AXENS NORTH AMERICA, INC.

1629.   AXIA ACQUISIT

1630.   AXIAL HEALTHC

1631.   AXIAL NETWORKS INC

1632.   AXIO RESEARCH

1633.   AXIOM CONSTRUCTION & CONSULTING

1634.   AXIOM CORPORATION

1635.   AXIOM MEMORY SOLUTIONS, LLC

1636.   AXIOM PROFESSIONALS, LLC

1637.   Axioma, Inc.

1638.   AXIS ENTERPRISES, INC. DBA AXIS PROMOTIONS

1639.   Axis Healthcare Partners, LLC

1640.   AXIS SPECIALTY U.S. SERVICES, INC.

1641.   AXISPOINT TEC

1642.   AXOGEN CORPORATION

1643.   AXS GROUP LLC

1644.  AXSEUM, INC.

1645.  AXSIUM GROUP LIMITED

1646.  Axus Technology, LLC

1647.  AXXIOM MANUFA

1648.  Axxiom Manufacturing Inc.

1649.  Ayers Saint Gross, Inc.

1650.  Ayla Networks

1651.  AZ Crown Investments, LLC

1652.  AZIMUTH CUSTOM EXTRUSIONS, LLC

1653.  AZIMUTH INCORPORATED

1654.  AZIMUTH TECHNOLOGY, LLC

1655.  AZ-JS LLC dba Johnstone Supply of Arizona

1656.  Azmark Aerosystems

1657.  AZT Technology, LLC

1658.  AZTEC CONSTRUCTION CO., INC.

1659.  AZUL SYSTEMS,

1660.  AZURE FARMS, INC.

1661.  AZURE MIDSTREAM PARTNERS GP, LLC

1662.  B & B Beverage Co.

1663.  B & B SPECIAL

1664.  B & B Welding, Inc.

1665.  B & F SERVICES COMPANY, LLC

1666.  B & G INDUSTRIES LTD

1667.  B & H SECURITIES, INC.

1668.  B & M ROOFING OF COLORADO, INC.

1669.  B & N AEROSPA

1670.  B G FOODS, INC.

1671.  B- Stock Solutions, LLC

1672.  B&B APPLIANCE CO., INC.

1673.  B&F CONTRACTING, INC.

1674.  B&F ELECTRIC

1675.  B&F ELECTRIC MOTORS LLC

1676.  B&G EQUIPMENT COMPANY

1677.  B&L EQUIPMENT RENTALS, INC.

1678.  B&N Grading, Inc.

1679.  B&R PLASTICS, INC.

1680.  B&R REPAIR, I

1681.  B&S Enterprises Inc of Hertford N.C.

1682.  B&T Transportation, Inc.

1683.  B. P. GREER RECYCLING, INC.

1684.  B.J. Terroni Company, Inc.

1685.  B.W. MITCHUM TRUCKING COMPANY, INC.

1686.  B.W. WILSON P

1687.  B3 GROUP, INC

1688.  B3 SOLUTIONS,

1689.  BA HOLDINGS D

1690.  BABCOCK & KING, INC.

1691.  BABOLAT VS NO

1692.  Babor Cosmetics America Corp

1693.  BACAR CONSTRU

1694.  BACCARAT, INC

1695.  Bach Composite Colorado, Inc.

1696.  Bachman Machine Company

1697.  Bachman Paving and Excavating

63

1698. Backblaze Inc.

1699. Backbone Group, LLC

1700. BACKSTAGE, LL

1701. BAD DRAGON ENTERPRISES. INC.

1702. Badger ToyotaLift

1703. BAE SYSTEMS, INC.

1704. Baebies, Inc.

1705. Baerlocher Production USA, LLC

1706. BAG BAZAAR, L

1707. BAIDU USA LLC

1708. Bailey and Galyen, Attorneys at Law

1709. Bailey Brand Consulting

1710. BAILEY ENTERPRISES, INC.

1711. Bailey Veterinary Clinic, P.C.

1712. Baily International of Atlanta

1713. Bain Medina Bain, Inc.

1714. BAIRD & WARNER, INC.

1715. BAKER & MCKENZIE GLOBAL SERVICES LLC.

1716. BAKER & MCKENZIE LLP

1717. Baker & O'Brien, Inc.

1718. BAKER BARRIOS ARCHITECTS, INC.

1719. Baker Bearing Company Inc.

1720. BAKER BOATS, INC.

1721. BAKER DISTRIBUTING CORPORATION

1722. Baker Paint & Contracting Co., Inc.

1723. Baker Utility Supply Corporation

1724. BAKER, KEENER, & NAHRA, LLP

1725.   BAKERY EXPRESS-MID ATLANTIC, INC.

1726.   BAKERY NOUVEAU

1727.   BALCOM AGENCY LLC

1728.   BALEMET RECYC

1729.   BALENTINE LLC

1730.   BALFOUR SENIOR CARE LLC

1731.   BALL CORPORATION

1732.   Ballard Marine Construction, LLC

1733.   BALLARD'S FARM SAUSAGE

1734.   Ballou Fire Systems, LLC

1735.   BALMORAL RACING CLUB INC.

1736.   BALOIAN PACKI

1737.   BALSAM BRANDS

1738.   BALTIMORE STEEL ERECTORS, LLC

1739.   BALTIMORE SYM

1740.   Bambeco, Inc.

1741.   BAMCO, INC.

1742.   BANA, INC.

1743.   BANACOL MARKETING CORPORATION

1744.   BANC 3, INC.

1745.   BANCO INDUSTR

1746.   BANCO INTERNACIONAL DE COSTA RICA

1747.   BANCO PICHINC

1748.   Bancroft Construction Company

1749.   BANK 34

1750.   Bank of Charles Town

1751.   BANK OF HOPE

1752. Bank of New Jersey

1753. BANK OF SULLIVAN

1754. Bankcard Services

1755. BANKERS HEALT

1756. BANKRATE, INC.

1757. BANKS COUNTY BOARD OF COMMISSION

1758. BANNER QUALIT

1759. BANNUM, INC.

1760. BANYAN PARTNE

1761. Banyan Treatment Centers

1762. BAPTIST HEALTH SOUTH FLORIDA

1763. BAPTIST INTERNATIONAL MISSIONS, INC.

1764. BAR ARCHITECTS

1765. BAR S SERVICES, INC.

1766. BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP

1767. BARBEQUE HOLDINGS, LLC

1768. Barber-Nichols, LLC

1769. Barcelona Equipment, Inc.

1770. Bare Associates International, Inc.

1771. BARGAIN BARN, INC.

1772. BARGHAUSEN CONSULTING ENGINEERS, INC.

1773. BARKWOOD, INC

1774. BARLEANS ORGANIC OILS, LLC

1775. BARLETTA ENGINEERING

1776. BARLEY WATER

1777. Barlo, Inc. dba Interstate Roofing

1778. Barnes Construction Company

1779.  Barnes Electric Company

1780.  Barnes Electrical Contracting

1781.  BARNES INTERNATIONAL, INC.

1782.  BARNETT ADMINISTRATIVE SERVICES, INC.

1783.  Barnett Kirkwood Koche Long & Foster, P.A.

1784.  Barnett's Towing, LLC

1785.  BARNEY'S PUMPS, INC.

1786.  Baron & Budd, PC

1787.  BARON MANAGEM

1788.  BARR Credit Services, Inc.

1789.  Barraco and Associates, Inc.

1790.  BARRETT WOODYARD & ASSOCIATES, INC.

1791.  BARRETTE OUTDOOR LIVING, INC.

1792.  BARRICADE LITES, INC.

1793.  BARRICK GOLD OF NORTH AMERICA, INC.

1794.  Barrier Reef Pools LLC

1795.  BARRINGTON ME

1796.  BARRIOS TECHNOLOGY, LTD.

1797.  BARRONS ENTERPRISES, INC.

1798.  Barry Goldwater Institute for Public Policy Research

1799.  Barry Walter Sr. CO.

1800.  BARRY-WEHMILLER COMPANIES, INC.

1801.  BARSAN GLOBAL

1802.  Barthelemy Group, LLC

1803.  Bartimaeus by Design, Inc.

1804.  BARTLETT LEARNING CENTER, INC

1805.  BARTON CONTRACTING CORPORATION

1806. Barton Partners Architects Planners, Inc

1807. BARUCH S. BLU

1808. BAS Walls & Ceilings, LLC

1809. BASA RESOURCE

1810. BASF CORPORATION - UNION RETIREES

1811. BASF Fuel Cell, Inc

1812. Basic Commerce and Industries, Inc.

1813. Basic Food Group

1814. BASIC INDUSTRIES, LTD.

1815. Basinger Leggett

1816. BASIS EDUCATIONAL GROUP, LLC

1817. BASS UNDERWRI

1818. BASSHAM TRUST

1819. BATALLURE BEA

1820. Batallure Beauty, LLC

1821. BATAVIA, INC.

1822. Batchelder & Collins, Inc.

1823. Bates Group LLC

1824. BATES WHITE, LLC

1825. BATTERY BUILD

1826. BATTLE RESOURCE MANAGEMENT, INCORPORATED

1827. Battlespace, Inc.

1828. Bauer Equity Partners

1829. BAUER FOUNDAT

1830. Baum Wine Imports

1831. BAUMANN SPRINGS USA, INC.

1832. Bavarian Nordic Inc.

1833.   BAXANO SURGICAL, INC.

1834.   BAY AREA GENERAL CRANE SERVICE COMPANY

1835.   BAY BANK

1836.   BAY DYNAMICS,

1837.   Bay Federal Credit Union

1838.   BAY LAUREL CORPORATION

1839.   BAYCO PRODUCTS

1840.   Bayfield School District 10-JTR

1841.   BAYFIRST NATI

1842.   BAYONET & BLACK HORSE GOLF COURSE

1843.   BAYOU WELL SERVICES, LLC

1844.   Bayshore Concrete LLC DBA Bayshore Construction Company

1845.   BAYSWATER EXPLORATION & PRODUCTION LLC

1846.   Bayswater Management Company, LP

1847.   BAYTOWN ACE MACHINE, LTD.

1848.   BayWa r.e. Solar Systems LLC

1849.   Bayway Lincoln Mercury Inc.

1850.   BBAM LLC

1851.   BBB Tank Services, LLC

1852.   BBC Distribution Corp.

1853.   BBC INTERNATIONAL, LLC

1854.   BBC LAW, LLP

1855.   BBD, LLP

1856.   BBFM Inc.

1857.   BBG, Inc.

1858.   BBJ RENTALS, INC.

1859.   BBMK Contracting, LLC

1860. BBN CONSULTIN

1861. BBS ENTERPRIS

1862. BC Surf and Sport

1863. BC TIRE SERVI

1864. BCB Homes, Inc.

1865. BCC CORPORATION

1866. BCCK ENGINEERING, INC.

1867. BCER ENGINEERING, INC.

1868. BCN Telecom, Inc

1869. BCS INTERNATIONAL CORPORATION D/B/A ROYAL FOOD

1870. BCS, INCORPORATED

1871. BCTGM ATLANTIC HEALTH AND WELFARE FUND

1872. BDC ADVISORS,

1873. Beach Cities Orthopedics

1874. BEACH POINT C

1875. BEACHNER GRAIN, INC.

1876. BEACON COMMUNICATIONS, LLC

1877. Beacon Comprehensive Loss Recovery, LLC

1878. BEACON GROUP,

1879. BEACON HEALTH OPTIONS

1880. Beacon Healthcare Communications

1881. BEACON INDUST

1882. BEACON MARITI

1883. BEACON MEDICAL SERVICES

1884. BEACON SALES ACQUISITION, INC.

1885. BEACON TRANSPORT, LLC

1886. BEACON'S CLOS

1887.   BEAIRD HARRIS & CO.

1888.   BEAMONE, LLC

1889.   BEAM'S CONTRA

1890.   Bear Contracting, LLC

1891.   BEAR LAKE COMMUNITY HEALTH CENTERS, INC.

1892.   Bear Lake Memorial Hospital

1893.   Bear Media Group Inc.

1894.   BEAR RIVER VA

1895.   BEARDSLEY GROUP, LLC

1896.   Bearing & Drive Systems, Inc.

1897.   BEARING, BELT & CHAIN INC. DBA NAPA AUTO PARTS

1898.   Beatha Agency, Inc.

1899.   Beatport, LLC

1900.   BEATRICE KELLER CLINIC, P.C.

1901.   BEATS ELECTRO

1902.   BEATS MUSIC

1903.   Beattie Padovano, LLC

1904.   Beatty & Wozniak, P.C.

1905.   BEAUFORT MEMORIAL HOSPITAL

1906.   Beauty Industry Group OpCo, LLC

1907.   Beautylish, Inc.

1908.   Beaver Motors, Inc.

1909.   Beaver Valley Supply Co., Inc.

1910.   Beaverton Foods Inc.

1911.   BEAZER HOMES USA, INC.

1912.   BEC GROUP, IN

1913.   BECHT ENGINEE

1914.  BECHT ENGINEERING CO

1915.  Beck Building Company

1916.  BECK REDDEN,

1917.  BECKER DESIGNED, INC.

1918.  BECKERLE CONSULTANTS, INC.

1919.  Becket & Lee, LLP

1920.  BECKET FAMILY OF SERVICES

1921.  BECKWITH ELEC

1922.  BECO Inc.

1923.  Beco Management, Inc.

1924.  Beco, Inc.

1925.  Becon, Inc.

1926.  BECTON DICKINSON

1927.  BEDFORD CITY SCHOOL DISTRICT

1928.  Bedford Nissan Inc.

1929.  BEDFORD ROAD

1930.  BEE Builders Supply, Inc.

1931.  BEECH HOME CARE

1932.  BEECHWOOD HOTEL GROUP, LLC

1933.  BEEPI, INC.

1934.  Beer & Slabaugh, Inc.

1935.  BEESON HARDWARE COMPANY, INC.

1936.  BEGGARS BANQU

1937.  BEHAVIOR FRONTIERS, LLC.

1938.  BEHAVIORAL HEALTHCARE, INC.

1939.  Behrens and Associates

1940.  Behrmann Company

1941. BEI ELECTRONICS, LLC D/B/A BROADCAST ELECTRONICS

1942. BEITZEL CORPORATION

1943. Bejac Corporation

1944. BEL FUSE

1945. BEL FUSE INC.

1946. BELAIR INSTRUMENT COMPANY, LLC

1947. Belair Road Supply Company, Inc.

1948. Belco Technologies Corporation

1949. BELFAIR PROPERTY OWNER'S ASSOCIATION, INC.

1950. Belfint, Lyons & Shuman, P.A.

1951. BelFlex Staffing Network, LLC

1952. Belgrade State Bank

1953. BELL & MCCOY,

1954. BELL ATM SERVICE INC

1955. BELL BROTHERS OIL COMPANY, INC.

1956. Bell Flavors & Fragrances, Inc.

1957. BELL LITHO, INC.

1958. Bella Fresh Phoenix, LLC

1959. BELLA INSULTIONS, INC. DBA ECOFOAM/INSULUTIONS

1960. BELLAIR EXPEDITING SERVICE,INC

1961. BELLAVANCE BEVERAGE CO., INC.

1962. Bellavance Trucking, Inc.

1963. BELLE MEADE COUNTRY CLUB

1964. BELLE MEADE PLANTATION

1965. BELLETETES INC.

1966. BELLEVUE AUTO REBUILD, INC.

1967. Bellhop, Inc.

1968. BELLICUM PHAR

1969. BELLINGHAM EAR NOSE & THROAT & FACIAL SURGERY, INC

1970. Bellmar International Investments LLC

1971. BELL-MARK SALES COMPANY, INC.

1972. Bellmont Cabinets

1973. BELMAR PHARMA

1974. BELTWAY INTER

1975. BEMAS CONSTRUCTION

1976. beMatrix USA, LLC

1977. Bemes, Inc.

1978. BEMO USA CORPORATION

1979. BEN ARCHER HEALTH CENTER, INC.

1980. BEN DYER ASSO

1981. Ben Hill Roofing

1982. Ben Parker Company, Inc.

1983. Ben Taylor Inc.

1984. Benchmark Capital Holdings Co., L.L.C.

1985. BENCHMARK CON

1986. BENCHMARK ELE

1987. BENCHMARK LANDSCAPES, LLC

1988. Benchmark Sales Agency, Inc.

1989. BENCHWORKS, INC.

1990. BENDER MEDICAL GROUP, INC.

1991. BENEDICTINE CONVENT OF PERPETUAL ADORATION

1992. BENEFIT ADMINISTRATION COMPANY, LLC

1993. BENEFIT COMME

1994. Benefit Consultants Group Inc.

1995. BenefitHub, Inc.

1996. BENEFITS AND

1997. BENEPAY TECHNOLOGIES, LLC

1998. Benjamin Supply

1999. BENNETT WAGNER & GRODY

2000. BENNETT, BRIC

2001. BENOIT ELECTRIC

2002. BENOIT ELECTRIC, INC.

2003. BENOURE, INC.

2004. Benson Industries LLC

2005. BENSON WOODWORKING CO., INC.

2006. Bentley Architects + Engineers, Inc.

2007. BENTLEY WELDING, INC.

2008. BENTLY ENTERPRISES, LLC

2009. BENTON COUNTY

2010. BENVENUE MEDICAL

2011. BENZ SANITATION, INC.

2012. BERDING & WEI

2013. BEREAN CHRISTIAN STORES ENDEAVOR, LLC

2014. Berg Capital Corporation

2015. Berg Hill Greenleaf Ruscitti

2016. BERGEN FUNERAL SERVICE INC.

2017. Berger and Burrow Enterprises, Inc.

2018. BERGER COMMERCIAL REALTY CORP

2019. BERGER ENGINEERING COMPANY

2020. Berglund Construction Company

2021. BERKEL & COMPANY CONTRACTORS, INCORPORAT

2022.  BERKELEY BOWL PRODUCE, INC.

2023.  Berkeley County Public Service Sewer District

2024.  BERKELEY EDUCATIONAL SERVICES OF NJ INC.

2025.  BERKELEY LIGHTS, INC.

2026.  BERKELEY PREP

2027.  BERKSHIRE HATHAWAY AUTOMOTIVE INC.

2028.  BERKSHIRE RESIDENTIAL INVESTMENTS

2029.  Berlin Patten Ebling, PLLC

2030.  Berlin's Restaurant Supply, Inc.

2031.  BERLITZ CORPORATION

2032.  BERMAN HOPKIN

2033.  BERMAN HOPKINS WRIGHT & LAHAM, CPA'S AND ASSOCIATE

2034.  Berrodin Co.

2035.  BERTHOD MOTORS, INC.

2036.  BERTRAM ASSOC

2037.  BERTRAM CAPITAL MANAGEMENT, LLC

2038.  BES TECHNOLOG

2039.  BESCAST, Inc.

2040.  BEST CABINETS COMPANY, INC.

2041.  BEST CIRCUIT

2042.  BEST CUTTING

2043.  BEST DEAL FOOD COMPANY, INC.

2044.  BEST MEDICAL

2045.  BEST PLUMBING SPECIALTIES, INC.

2046.  BEST PLUMBING SUPPLY INC.

2047.  Best Practice Associates, LLC DBA Federal Advisory Partners

2048.  BEST SECURITY

2049.  BEST SIGN SYSTEMS, INC.

2050.  BEST TRANSPOR

2051.  BEST USA LOGISTICS, INC.

2052.  Best Value Technology, Inc.

2053.  Bestway (USA), Inc.

2054.  BESTWAY CONCRETE COMPANY

2055.  Best-Way Trucking Service, Inc.

2056.  Beta Technologies

2057.  BETACOM INCOR

2058.  BETANCES HEALTH CENTER

2059.  BETCO SCAFFOLDS

2060.  BETH MEDRASH

2061.  BETH SHOLOM LIFECARE COMMUNITY

2062.  Beth Torah Adath Yeshurun

2063.  Bethany Medical Center

2064.  Bethel Farms, LLLP.

2065.  BETHEL MILLS, INC.

2066.  BETHESDA COMM

2067.  BETHESDA COUN

2068.  BETHESDA PROJ

2069.  Better Business Bureau of North Central Texas

2070.  Better Cable Systems, Inc.

2071.  Better Place Forests Co

2072.  BETTERMENT LL

2073.  BetterUp, Inc.

2074.  BETTIS ASPHALT & CONSTRUCTION, INC.

2075.  BEVERAGE DISTRIBUTORS, INC.

2076. Beverly Steel, Inc.

2077. BEYOND FINANC

2078. BEYONDFAITH HOMECARE & REHAB, LLC

2079. BFE ACQUISITION SUB II, LLC

2080. BFP PLUMBING SERVICES, INC. DBA DOCTOR FIX-IT

2081. BHC, Inc.

2082. BI HR SERVICE

2083. BI NUTRACEUTICALS, INC.

2084. Biagi, Chance, Cummins, London, Titzer, Inc.

2085. BIAS CORPORATION

2086. BIBBENTUCKERS, LLC

2087. BIBLE BAPTIST CHURCH OF KISSIMMEE, INC.

2088. Bible Electric, Inc

2089. BIBLE ELECTRIC, INC.

2090. Bibler Masonry Contractors, Inc.

2091. Biddle & Brown Fence Co, LLC

2092. BIDPAL, INC.

2093. BIG BANG ENTERPRISES

2094. BIG BROTHERS

2095. BIG BROTHERS BIG SISTERS LONE STAR

2096. Big Creek Resources LLC

2097. Big Hollow School District #38

2098. BIG HORN BASIN BONE & JOINT LLC

2099. BIG HORN CO-OPERATIVE MARKETING ASSOCIATION

2100. Big Horn County

2101. Big Horn Enterprises, Inc.

2102. Big Horn Tire, Inc.

2103.  BIG HUGE GAMES, INC.

2104.  Big Machine Records

2105.  Big Nerd Ranch LLC

2106.  BIG R HOLDING

2107.  BIG R MANUFAC

2108.  BIG R STORES OF GREELEY

2109.  BIG RED F MANAGEMENT COMPANY, LLC

2110.  Big River Rubber & Gasket Co., Inc.

2111.  Big Sky Brewing Company

2112.  Big Sky ID Corp

2113.  Big Sky RV Enterprises Inc.

2114.  BIG SPACESHIP

2115.  BIG STATE LOGISTICS, INC.

2116.  Big Switch Networks, Inc.

2117.  BIG TIME PROD

2118.  Big West Oilfield Services

2119.  BIG Y FOODS, INC.

2120.  BiggerPockets, Inc.

2121.  BIGGS, KOFFORD & CO, PC DBA BIGGSKOFFORD, PC

2122.  BIGHORN AIRWAYS, INC.

2123.  Bighorn Construction and Reclamation, LLC

2124.  Bighorn Medical Center

2125.  Bighorn Motors, Inc DBA Bighorn Toyota

2126.  BIGTICK, LLC

2127.  BIJ Motors Coral Gables LLC

2128.  BIL-JIM CONST

2129.  BILL BARRETT

2130. BILL CLARK HOMES OF GREENVILLE, LLC

2131. BILL CLARK TRUCK LINE, INC.

2132. BILL RAY NISS

2133. BILL YOUNG PR

2134. Billing, Cochran, Lyles, Mauro & Ramsey, P.A.

2135. BILLINGSLEY P

2136. Billups, LLC

2137. Biltmore Trucking Inc.

2138. BiltRite Corporation

2139. BILZIN SUMBERG BAENA PRICE & AXELROD LLP

2140. BIN INSURANCE

2141. BINC Delaware dba Brokk, Inc.

2142. BINGHAM EQUIPMENT COMPANY

2143. BINKLEY & BARFIELD, INC.

2144. BINSWANGER ENTERPRISES, LLC

2145. BIO HUMA NETICS, INC.

2146. BIO-BOTANICA

2147. BIOCARE MEDIC

2148. BIOCONTROL SYSTEMS, INC.

2149. Bioderm, Inc. DBA Bravida Medical

2150. BIOENERGY DEV

2151. BIOFUEL ENERGY CORP.

2152. BIOIQ, INC.

2153. BIOKYOWA

2154. BIOMASS ONE, LP

2155. BIOMEDICAL RESEARCH INSTITUTE

2156. BIO-MICROBICS, INC.

2157. BION, inc.

2158. BIONIX DEVELOPMENT CORPORATION

2159. BIO-NUTRITION

2160. BioPlus Specialty Pharmacy

2161. Bioquell, Inc.

2162. BioreclamationIVT

2163. BioSolutia, Inc.

2164. BioVid Corporation

2165. BIRGE & HELD

2166. BIRITE RESTAURANT SUPPLY DISTRIBUTORS, INC.

2167. BIRLA CARBON USA

2168. BIRLASOFT INC.

2169. Birner Group

2170. BIRS, Inc.

2171. Bishco LLC

2172. BISHOP GADSDEN EPISCOPAL RETIREMENT COMMUNITY

2173. Bishop-McCann, LLC

2174. BISON RIDGE CONSTRUCTION, LLC

2175. BISSETT NURSERY CORPORATION

2176. BITGLASS, INC

2177. BITLY, INC.

2178. Bitswave, Inc.

2179. BITTERSWEET, INC.

2180. BITZER US, INC.

2181. Bixby Electric, Inc.

2182. BIZNET SOFTWARE, INC.

2183. BJB ELECTRIC, LP.

2184.  BJG ELECTRONICS, INC.

2185.  BJ'S WHOLESALE CLUB, INC.

2186.  BKCO, INC.

2187.  BL COMPANIES, INC.

2188.  BLACK & DECKER

2189.  Black Diamond Advanced Technology, LLC

2190.  BLACK DIAMOND CAPITAL MANAGEMENT, LLC.

2191.  BLACK DIAMOND VIDEO, INC.

2192.  BLACK EQUIPMENT COMPANY, INC.

2193.  Black River Electric Cooperative, Inc.

2194.  BLACK RIVER FOREST PRODUCTS, INC.

2195.  BLACK ROOFING, INC.

2196.  Black Spoke LLC

2197.  Blackburn's Hubcaps & Wheels, Inc.

2198.  Blackhawk Molding Company, Inc.

2199.  BLACKLIDGE EMULSIONS, INC.

2200.  BLACKMAN & SLOOP, CPAS, P.A.

2201.  BLACKSMITH OT

2202.  BLACKSTONE CO

2203.  Blackstone Consulting Group, LLC

2204.  BLACKSTONE GA

2205.  Blackwood Associates, Inc.

2206.  BLADE ENERGY PARTNERS

2207.  BLADOW ENTERPRISES INC.

2208.  BLAINE CONSTR

2209.  BLAINE TECH S

2210.  Blair Hotels Inc.

2211.  BLAIR OAKS R-II SCHOOL DISTRICT

2212.  Blake & Pendleton, Inc.

2213.  BLAKE ENTERPRISES DBA RELIABLE FINANCE COMPANY

2214.  BLANCO ELECTR

2215.  Blankenberger Brothers, Inc.

2216.  BLASINGAME, BURCH, GARRARD & ASHLEY, P.C.

2217.  BLAST-ONE INTERNATIONAL

2218.  BLAZEGUARD PA

2219.  BLAZER ELECTRIC SUPPLY MANAGEMENT COMPANY

2220.  BLEAKLEY PLATT & SCHMIDT

2221.  Blenheim Capital Management LLC

2222.  Bleyhl Farm Service, Inc.

2223.  BLH Technologies, Inc.

2224.  Blink Charging Co.

2225.  BLINK HEALTH,

2226.  Blinker, Inc.

2227.  BLINQ MEDIA

2228.  BLOCK INDUSTR

2229.  BLOOD BANK OF

2230.  BLOODWORKS NORTHWEST

2231.  BLOOM ENGINEERING COMPANY INC.

2232.  BLOOM TOWNSHIP HIGH SCHOOL DISTRICT #206

2233.  BLOOMFIELD TOWNSHIP

2234.  BLOOMREACH, INC.

2235.  BLOOMSBURY PU

2236.  BLOUNT CONTRACTING INC.

2237.  BLR AEROSPACE, LLC

2238. BLUE BEACON INTERNATIONAL, INC.

2239. Blue Canyon Technologies

2240. Blue Chip Exterminating, Inc.

2241. BLUE HILL AT STONE BARNS, LLC

2242. BLUE JAY COMM

2243. BLUE LINE PROTECTION GROUP, INC.

2244. BLUE MATTER,

2245. BLUE MOON DIG

2246. BLUE MOUNTAIN ARTS, INC.

2247. BLUE MOUNTAIN HOSPITAL

2248. Blue Nile Inc.

2249. BLUE PEAKS DE

2250. Blue Raven Solar Holdings, LLC

2251. Blue Ridge Copier, Inc. dba Ethos Technologies

2252. Blue Ridge Mountain EMC

2253. BLUE RIDGE PARTNERS MANAGEMENT CONSULTING, LLC

2254. Blue Sky Resource Solutions, Inc.

2255. BLUE STAR INFOTECH AMERICA, INC.

2256. BLUE VALLEY R

2257. BLUE WOLF GROUP LLC D/B/A MONDO

2258. BLUEBEAM, INC

2259. BLUECREST

2260. BLUEFIN, LLC

2261. BlueModus Inc.

2262. Bluepoint Solutions

2263. BLUEPRINT ROBOTICS, INC.

2264. BLUEWATER ENERGY SOLUTIONS, INC.

2265.  BLUEWATER FEDERAL SOLUTIONS, INC.

2266.  Bluewater Learning, Inc.

2267.  Blue-White Industries, Ltd

2268.  BLUFF HOLDING

2269.  Bluff Manufacturing, Inc.

2270.  BLUFFTON TOWNSHIP FIRE DISTRICT

2271.  BLUSKY RESTORATION CONTRACTORS, INC.

2272.  Bluware, Inc.

2273.  BLYTHECO, INC.

2274.  BMA AMERICA, INC.

2275.  BMC

2276.  BMC Management LLC

2277.  BMG Commercial, Inc.

2278.  BMI Financial Group, Inc.

2279.  BMK Americas, LLC.

2280.  BMT Commercial USA, Inc.

2281.  BMT Scientific Marine Services Inc

2282.  BMW OF MANHAT

2283.  BMW OF NORTH AMERICA, LLC

2284.  BNA LLC

2285.  B'Nai Torah Congregation

2286.  BNBT BUILDERS, INC.

2287.  BNBUILDERS, INC.

2288.  BNI Global LLC

2289.  BOA TECHNOLOGY INC.

2290.  BOARD OF EDUCATION OF ALLEGANY COUNTY

2291.  BOARD OF WATER WORKS OF PUEBLO, CO

2292.   BOARDVANTAGE, INC.

2293.   BOARDWALK AUTO CENTER, INC.

2294.   Boat People SOS, Inc.

2295.   Bob O'Link Golf Club

2296.   BOB TURNER'S FORD COUNTRY DBA POWER FORD

2297.   Bobbie Jessie, LLC dba JES Tech

2298.   BOBBY Q

2299.   BOBST GROUP NORTH AMERICA. INC.

2300.   BOCA AIRCRAFT

2301.   BOCA GROVE GOLF & TENNIS CLUB

2302.   BOCA THEATER

2303.   BOCA WEST MASTER ASSOCIATION, INC.

2304.   BOCKS BOARD P

2305.   BODAN AKSAN IA, LLC & GROUP W AKSAN IA, LLC

2306.   BODDIE-NOELL ENTERPRISES, INC.

2307.   BODELL CONSTR

2308.   BODEN STORE FIXTURES, INC.

2309.   BODY CONTOUR CENTERS, LLC

2310.   BODYCOTE INTERNATIONAL, INC.

2311.   BODYPOINT, INC.

2312.   BOECORE, INC.

2313.   BOEING DISTRIBUTION, INC.

2314.   BOGOTA SAVING

2315.   BOHANNAN-HUSTON, INC.

2316.   BOHN AND DAWS

2317.   Bold Production Services, LLC

2318.   BOLDER HEALTHCARE SOLUTIONS

2319.  BOLLARE, INC.

2320.  BOLLHOFF, INC.

2321.  BOLT INSURANC

2322.  BOLTON MEDICA

2323.  Bolton Partners, Inc.

2324.  BombBomb Inc

2325.  BOMMARITO AUTOMOTIVE GROUP

2326.  BON VENTURE S

2327.  BON WORTH, INC.

2328.  BONANNO CONCEPTS INC.

2329.  BOND AUTO PAR

2330.  BONDED FILTER

2331.  BONDEE ENTERPRISES INC.

2332.  Bondurant, Mixson & Elmore LLP

2333.  BONGO INTERNATIONAL, LLC

2334.  BONITA BAY CLUB, INC.

2335.  Bonita Bay Community Association, Inc.

2336.  BONITA PACKAGING PRODUCTS, INC.

2337.  Bonita Springs Fire and Rescue

2338.  BONITRON, INC.

2339.  BONITZ, INC.

2340.  BONLAND INDUSTRIES

2341.  Bonness, Inc.

2342.  BONO CARE, LL

2343.  Bonset America Corporation

2344.  BONTEN MEDIA GROUP INC.

2345.  Bonus Tech, Inc.

2346.  BOOST MEDICAL, LLC

2347.  Boosted, Inc.

2348.  BOOTH CREEK R

2349.  BOOTH LAND AN

2350.  BOREAS HOLDINGS, INC

2351.  BORGWARNER INC.

2352.  BORLA PERFORM

2353.  BORN GROUP, I

2354.  BORNE HOLDING

2355.  BOROUGH OF NEW MILFORD

2356.  BORREGO SOLAR

2357.  BORSIGHT, INC.

2358.  BOSTON PRIVATE FINANCIAL HOLDINGS, INC.

2359.  Botta's Concrete Construction Corp

2360.  BOTTLE ROCKET LLC

2361.  BOTTOMLINE TECHNOLOGIES, INC.

2362.  Boucher & James, Inc.

2363.  BOULDER ASSOCIATES ARCHITECTS

2364.  Boulder Associates, A Professional Corporation

2365.  BOULDER COMMUNITY HEALTH

2366.  BOULDER HEAVY INDUSTRIES DBA IMM

2367.  BOULDER MUNIC

2368.  BOULDER SCIENTIFIC COMPANY

2369.  BOULDER VALLEY SCHOOL DISTRICT RE-2

2370.  BOULDERCENTRE

2371.  BOURBON BROTHERS HOLDING CORPORATION

2372.  Boutique Air Inc

2373.   BOVIE MEDICAL CORPORATION

2374.   BOVIS, KYLE, BURCH & MEDLIN, LLC

2375.   BOWE SYSTEC N

2376.   BOWEN INDUSTRIAL CONTRACTORS, INC.

2377.   BOWL NEW ENGLAND, INC.

2378.   Bowline Energy LLC

2379.   Bowling Management Associates

2380.   BOWMAN BARRETT & ASSOCIATES

2381.   Bowman Hollis Manufacturing, Inc.

2382.   BOX ELDER COUNTY

2383.   BOXX MODULAR HOLDINGS, INC.

2384.   Boxx Modular, Inc.

2385.   Boyd Technologies, Inc.

2386.   Boyer Coffee Company, Inc.

2387.   Boyles Brand Holdings, LLC

2388.   Boys & Girls Clubs of Greater Kansas City

2389.   BOYS & GIRLS CLUBS OF KING COUNTY

2390.   Boys & Girls Homes of North Carolina, Inc.

2391.   BOYS AND GIRLS CLUB OF GREATER SCOTTSDALE

2392.   B-P TRUCKING,

2393.   BPA WORLDWIDE, INC.

2394.   BPG BIO INC

2395.   BPI PACKAGING

2396.   BPO USA LLC

2397.   BPR Rico Manufacturing, Inc

2398.   BR Masonry Holdings, L.P.

2399.   BR PRINTERS, INC.

2400. Bracalente's Manufacturing Co., Inc.

2401. BRAD FRANCIS COMPANY LOS LUNAS LLC

2402. BRADENTON COUNTRY CLUB INC.

2403. BRADLEY COMPA

2404. BRADLEY PETROLEUM, INC.

2405. Bradway Trucking Inc.

2406. BRADY TRUCKING, INC.

2407. BRAG INVESTME

2408. BRAINPOP LLC

2409. BRAINYAK, INC. DBA GUTCHECK

2410. Brake Specialists, Inc.

2411. BRAMAN MANAGEMENT ASSOCIATION

2412. BRAMASOL, INC.

2413. BRAMBLES USA, INC

2414. BRANCH MEDICA

2415. Brand Growth, Inc.

2416. BRAND INSTITU

2417. BRAND VALUE A

2418. BrandAlliance, LLC

2419. BRANDLESS, IN

2420. Brandon Technology Consulting, Inc.

2421. BRANDYOURSELF.COM, INC.

2422. BRANDYWINE AU

2423. BRANER USA, INC.

2424. Branford Filtration

2425. BRANIC INTERNATIONAL REALTY CORP

2426. Branson School District

2427.  BRAWNER BUILD

2428.  BRAXTON SCIENCE AND TECHNOLOGY GROUP

2429.  BRAY AND COMP

2430.  BRAY INTERNAT

2431.  BRAY WHALER, INC.

2432.  BRAYS ISLAND PLANTATION COLONY, INC.

2433.  BRAZORIA COUNTY CONSERVATION & RECLAMATION DIST.#3

2434.  BRAZORIA DRAINAGE DISTRICT NO. 4

2435.  BRAZOS VALLEY

2436.  BRAZOS VALLEY WOMEN'S CENTER

2437.  BRC Real Estate Corporation dba BRC Multifamily

2438.  Bread Loaf Corporation

2439.  BREAKTHRU BEVERAGE MISSOURI LLC

2440.  BREAKWATER EN

2441.  Breckenridge Building Center, Inc.

2442.  BREEDLOVE,DENNIS, & ASSOC.

2443.  BREG, INC.

2444.  Bremen Bowdon Investment Company

2445.  Bremerton Bottling Co., Inc. DBA Bridge 2 Bridge

2446.  BRENAU UNIVERSITY

2447.  BRENHAM WHLSE GROCERY CO, INC.

2448.  BREVARD COUNTY BOCC, FL

2449.  BRHACO, LLC DBA DRIVER'S EDGE

2450.  BRI CORP USA

2451.  BRIAD WENCO L.L.C.

2452.  Brian Bounds, L.C.

2453.  BRICE COMPANY

2454. BRICKSIMPLE

2455. Bridge and Tunnel Restaurant Group, LLC

2456. BRIDGE HOSPITALITY, LLC

2457. BRIDGE PROPERTY MANAGEMENT

2458. Bridger Crane & Rigging, LLC

2459. BRIDGER VALLEY ELECTRIC ASSOCIATION, INC.

2460. BRIDGES CONSULTING, INC.

2461. BRIDGEVINE, INC.

2462. BRIDGFORD FOODS CORPORATION

2463. BRIEN WATER WELLS

2464. BRIERLEY & PA

2465. BRIERLEY ASSO

2466. Brigadoon Financial, Inc.

2467. BRIGHT START, LLC.

2468. BrightEdge Technologies, Inc.

2469. Brightmont Academy

2470. BRIGHTON CROM

2471. BRIGHTON FIRE RESCUE DISTRICT

2472. BRIGHTON-BEST INTERNATIONAL, INC

2473. BRIGHTSTAR WIRELESS, INC.

2474. BRIGHTTALK, INC.

2475. BRIGHTVIEW LANDSCAPES, LLC

2476. Brillio, LLC

2477. BRILLSTEIN EN

2478. BRINKMAN CONS

2479. BRINSON AUTO GROUP

2480. Brintons U.S. Axminster, Inc.

2481. BRISTLECONE,

2482. BRISTOL CITY AND BOE

2483. BRISTOL COMPRESSORS INTERNATIONAL, LLC

2484. BRITELINE EXT

2485. BRITE-O-MATIC MANUFACTURING, INC.

2486. British American Rubber Company, LLC

2487. BRITISH BROADCASTING CORPORATION

2488. BRIVO SYSTEMS

2489. Broad Management Group, LLC

2490. BROADLEAF COMMERCE, LLC.

2491. BROADPOINT, INC.

2492. BROADVISION, INC.

2493. BROADWAY HOLD

2494. BROCK AND COMPANY, CPAS P.C.

2495. Brock Built Homes

2496. BROCK FARMS I

2497. BROCKETTE/DAVIS/DRAKE, INC.

2498. Brodeur & Coville, LLC dba Brodeur Partners

2499. BROKEN ARROW INCORPORATED

2500. BROKERAGE UNLIMITED, INC.

2501. BROKERPRICEOPINION.COM, INC. DBA FIRST VALUATION

2502. BROKERS LOGISTICS, LTD.

2503. BROMIUM, INC.

2504. Broniec Associates, Inc.

2505. BRONSON POINT MANAGEMENT LLC

2506. BROOK & WHITTLE, LTD

2507. BROOKLINE FURNITURE

2508.  BROOKLYN BEDDING LLC

2509.  BROOKLYN IRON WORKS, INC.

2510.  Brooks Berry Haynie & Associates

2511.  Brooks Courier Service, Inc.

2512.  BROOKS INTERN

2513.  Brooks-Howell Home

2514.  BROOKS-HUFF TIRE CO., INC.

2515.  BROOKSIDE EQU

2516.  BROOKSIDE EQUIPMENT SALES, INC.

2517.  BROOKWOOD COMMUNITY CHURCH

2518.  BROTHERS WASTE SERVICES, INC.

2519.  BROUGHER INC. (DBA FORGE USA)

2520.  BROWARD COLLEGE

2521.  BROWARD FACTORY SERVICE

2522.  BROWARD MOTOR SPORTS

2523.  BROWN & HALEY

2524.  Brown Bag Marketing, Inc.

2525.  Brown Brothers Plumbing and Heating Co. Inc.

2526.  Brown Contracting Inc

2527.  BROWN DISTRIBUTING COMPANY, LLC

2528.  BROWN PAPER TICKETS, LLC

2529.  BROWN RUDNICK LLP

2530.  BROWN, GOLDST

2531.  BROWN'S COMPOUNDING CENTER, INC.

2532.  BROWN'S OF BE

2533.  BROWZ, LLC

2534.  Brox Industries, Inc.

2535. BRSI, LP

2536. BRUDERER MACHINERY, INC.

2537. BRULIN HOLDING COMPANY, INC.

2538. BRUNELLO CUNC

2539. Brunswick Bank & Trust Company Inc

2540. BRUNSWICK-GLYNN COUNTY JOINT WATER & SEWER COMMISS

2541. Brunton Outdoor Incorporated

2542. BRUSCO TUG & BARGE, INC.

2543. Brush School District RE-2J

2544. Bryan Construction

2545. Bryan Enterprises

2546. Bryan Health & Rehabilitation

2547. BRYANT RE, LLC DBA BRYANT REAL ESTATE

2548. BRYANT-DURHAM ELECTRIC

2549. BSI Companies, Inc.

2550. BSI CONSTRUCTORS INC

2551. BSMC, LLC dba Brookside Inn

2552. BT Construction, Inc.

2553. BTC Electronic Components, Inc.

2554. BTC, INC.

2555. B-Tec Solutions, Inc.

2556. BUBBA GUMP SHRIMP CO. RESTAURANTS, INC.

2557. Bubbles Enterprises Ltd.

2558. BUCH CONSTRUCTION, INC.

2559. BUCHANAN & EDWARDS, INC.

2560. Buchanan Pump Service & Supply Company, Inc.

2561. BUCHER AEROSPACE CORPORATION

2562.  BUCKEYE WELDING SUPPLY CO.

2563.  BUD K WORLDWIDE, INC.

2564.  Budd Baer Inc.

2565.  BUDD LARNER PC

2566.  BUDDY'S NEWCO, LLC

2567.  Buddy's Plant Plus

2568.  BudK Worldwide, Inc.

2569.  BUDROVICH CONTRACTING CO., INC.

2570.  Budweiser of Asheville, Inc.

2571.  Buehler Moving and Storage Co.

2572.  BUESING CORP.

2573.  Buff Enterprises, LLC

2574.  Buffalo Americas, Inc.

2575.  BUFFALO EXCHANGE, LTD.

2576.  Buffalo Group Holdings, LLC.

2577.  Buffalo Restoration, Inc.

2578.  BUFFALO RESTORATION, LLC

2579.  Buggsi Hospitality Group LLC

2580.  BUILD, LLC

2581.  Builders Choice, Inc.

2582.  BUILDERS HARD

2583.  BUILDER'S SOU

2584.  Builder's Source, Inc.

2585.  BUILDERS WAREHOUSE, INC.

2586.  BUILDING SERVICES GROUP, LLC

2587.  Building Zone Industries, LLC

2588.  BuildingReports.Com, Inc.

2589.  BUILDON, INC.

2590.  Built by Newport

2591.  BULKMATIC TRANSPORT COMPANY

2592.  BULLDOG ENERGY CORP.

2593.  BULLDOG MACHINE & PRODUCTION SERVICES, LLC

2594.  Bullington Construction, Inc.

2595.  BULLOCH FABRICATING, INC.

2596.  Bullpen Strategy Group, Inc.

2597.  BULOW HOLDING

2598.  Bulwark Exterminating, LLC

2599.  BUNCH BUSINESS SERVICES LLC

2600.  Bungalow Living, Inc.

2601.  BUPA WORLDWID

2602.  BURCHMAN, TER

2603.  BURCKHARDT CO

2604.  Burdette, Koehler, Murphy & Associates, Inc.

2605.  BURDG DUNHAM & ASSOCIATES CONSTRUCTION CORP

2606.  BURGERBUSTERS INC.

2607.  Burgess Construction Consultants, Inc.

2608.  Burgos Group, LLC

2609.  Burke Gibson, LLC

2610.  Burke Hospice & Palliative Care, Inc

2611.  Burkert Contromatic Corp.

2612.  BURKERT FLUID CONTROL SYSTEMS

2613.  BURKETT ENTERPRISES, INC.

2614.  BURKS BEVERAGE, LP

2615.  BURLINGTON HOUSING AUTHORITY

2616.   BURLINGTON LABORATORIES, INC.

2617.   BURLINGTON SCHOOL DISTRICT RE6

2618.   BURLINGTON, CITY OF

2619.   BURNCO TEXAS LLC

2620.   Burness Communications Inc

2621.   Burns Chevrolet Cadillac Inc.

2622.   BURNS, FIGA & WILL, P.C.

2623.   BURON, INC. D

2624.   Burris Company Inc.

2625.   BURTCO ENTERPRISES, INC

2626.   BURTON SNOWBOARDS

2627.   BURWELL INDUSTRIES, INC.

2628.   Burwood Group, Inc.

2629.   BUSE INDUSTRI

2630.   Busek Co. Inc.

2631.   BUSHWACKER, INC.

2632.   BUSHWOOD HOLD

2633.   Business & Decision, North America (PA), Inc.

2634.   BUSINESS & ENGINEERING SYSTEMS CORPORATION

2635.   Business Control Systems, LP

2636.   BUSINESS ENVIRONMENTS

2637.   BUSINESS FOR SOCIAL RESPONSIBILITY

2638.   Business Intelligence Associates, Inc.

2639.   Business Machine Technologies, Inc.

2640.   BUSINESS TELECOMMUNICATIONS SERVICES

2641.   BUSINESS WIRE

2642.   BUSKE DISTRIBUTION SERVICES

2643.   BUSTER'S BARBECUE

2644.   BUSY, LLC

2645.   BUTLER WOODCRAFTERS, INC.

2646.   Butler, Buckley, Deets, Inc.

2647.   BUTLER-MACDONALD, INC.

2648.   BUTTERNUT MOUNTAIN FARM

2649.   Butts County Water & Sewer Authority

2650.   BuyAssociation, LLC

2651.   BUYKEN METAL PRODUCTS, INC.

2652.   BW HVAC OPERA

2653.   BY ENTERPRISES DBA STERLING HEALTHCARE SERVICES

2654.   BY LIGHT PROFESSIONAL IT SERVICES LLC

2655.   BYERS ENGINEERING COMPANY

2656.   Byers Precision Fabricators, Inc.

2657.   BYERS SCHOOL DISTRICT 32J

2658.   BYK USA INC.

2659.   BYK-GARDNER USA

2660.   BYL Risk Management, LLC

2661.   BYRD COOKIE COMPANY OF SAVANNAH, LLC

2662.   Byrne Construction Services

2663.   C & A MARKETI

2664.   C & C COMMUNICATIONS, LLC DBA CC COM

2665.   C & E Stone Masonry, LLC

2666.   C & S SWEEPING SERVICES, INC.

2667.   C & T Durham Trucking Company

2668.   C & Y TRANSPORTATION

2669.   C Ball Ventures LLC

2670.  C H MARTIN COMPANY

2671.  C Lazy U Ranch Operations, Inc.

2672.  C- Level Consultants

2673.  C&C Transload LLLP

2674.  C&G Managed Companies

2675.  C&K MARKET, INC

2676.  C&W Acquisition, LLC

2677.  C. A. Litzler Co., Inc.

2678.  C. A. RASMUSS

2679.  C. Abbonizio Contractors, Inc.

2680.  C. Cretors & Co.

2681.  C. R. METAL PRODUCTS, INC.

2682.  C. STEINWEG

2683.  C. TERRY HUNT INDUSTRIES, INC.

2684.  C.A REDING COMPANY, INC.

2685.  C.A.C. INDUST

2686.  C.A.R.S. PROT

2687.  C.C. JOHNSON & MALHOTRA, P.C.

2688.  C.E. Precision Assemblies, Inc.

2689.  C.F. ELECTRIC, INC.

2690.  C.H. GUENTHER & SON, LLC

2691.  C.L. Burks Construction

2692.  C.O. BUILDINGS & MANUFACTURING, INC.

2693.  C.R.T.S., INC.

2694.  C7 Holdings Corp dba Coal City Cob and DFW Tanking Cleaning

2695.  C85 Group, LLC

2696.  CA GLOBAL

2697.  CABARRUS COUNTY GOVERNMENT

2698.  CABLE AUDIT ASSOCIATES, INC. DBA MEDIA AUDITS INTE

2699.  Cablecraft Motion Controls LLC

2700.  CABOT HOSIERY MILLS, INC.

2701.  CABRERA CAPITAL MARKETS, LLC

2702.  CACHE BANK & TRUST

2703.  Cache Employment and Training Center

2704.  CACIQUE FOODS

2705.  CACTUS COMMUNICATIONS INC.

2706.  CACTUS TRANSPORT, INC.

2707.  CADDICK UTILI

2708.  CADE DRILLING LLC

2709.  CADE DRILLING, LLC

2710.  CADENCE ENVIRONMENTAL ENERGY INC.

2711.  CADET MANUFAC

2712.  Caduceus Occupational Medicine

2713.  CAE Integrated, LLC

2714.  CAFE RIO, INC

2715.  Cafe's Inc.

2716.  CAHILL GORDON & REINDEL LLP

2717.  Caiman Consulting Corp.

2718.  Cain Food Industries, Inc.

2719.  CAIN MILLWORK, INC.

2720.  CAIN WATTERS & ASSOCIATES, PLLC

2721.  CAKEBREAD CEL

2722.  CAL FRESCO /

2723.  CAL-AM PROPERTIES, INC.

2724. CALAMP WIRELESS NETWORKS CORPORATION

2725. CALCON MUTUAL MORTGAGE LLC DBA ONETRUST HOME LOANS

2726. CALEDONIAN-RECORD PUBLISHING COMPANY, INC.

2727. CALENDLY, LLC

2728. Caler, Donten, Levine, Cohen, Porter & Veil, P. A.

2729. CALHOUN COUNTY

2730. CALI CARTING

2731. Caliber Living, LLC

2732. Caliber Management, LLC

2733. Caliber Packaging Group, LLC

2734. CALIBRE CPA G

2735. CALIFORNIA BANK OF COMMERCE

2736. CALIFORNIA BO

2737. CALIFORNIA COMMUNICATION ACCESS FOUNDATION

2738. CALIFORNIA CR

2739. CALIFORNIA EA

2740. CALIFORNIA TO

2741. California Waste Recovery Systems, LLC

2742. California Wood Recycling, Inc. dba

2743. CALIX, INC.

2744. CALL HENRY, INC.

2745. CALL ONE, INC.

2746. Call-Em-All, Inc. dba Text-Em-All

2747. CALLFIRE, INC.

2748. CALLISTO INTEGRATION, INC.

2749. CallTower, Inc. dba CallTower

2750. CALMONT BEVERAGE COMPANY, INC.

2751.  CALNET, INC.

2752.  CALSIGI, LLC

2753.  CALSTAR

2754.  Calumet Testing Services

2755.  CALVARY BAPTI

2756.  CALVERT MECHANICAL SYSTEMS, INC.

2757.  CALVERT SYSTEMS ENGINEERING, INCORPORATED

2758.  CALYPTO DESIGN SYSTEMS, INC.

2759.  CAM ENVIRONMENTAL SERVICES

2760.  CAMBATA AVIATION INTERNATIONAL LLC DBA STARPORT

2761.  CAMBIUM LEARNING GROUP, INC.

2762.  CAMBRIDGE CORPORATE SERVICES

2763.  CAMBRIDGE INTERNATIONAL HOLDING COMPANY,

2764.  Cambridge Real Estate Services

2765.  CAMBRIDGE SPA

2766.  Cambridge Tegrity Operating Co

2767.  CAMBRO MANUFA

2768.  Camcorp, Inc.

2769.  Camden on Gauley Medical Center Inc.

2770.  Camelback Academy

2771.  Camelback Spring Training, LLC

2772.  CAMELOT NURSE

2773.  CAMELOT SERVICES, INC.

2774.  CAMEO GLOBAL,

2775.  CAMERON COUNTY DRAINAGE DISTRICT NO. 1

2776.  CAMERON-COLE,

2777.  CAM-HELD ENTE

2778.  CAMILLUS HOUSE, INC.

2779.  Camouflaj, LLC

2780.  Camp Precast Concrete Products, Inc.

2781.  Campbell & Company, LP

2782.  CAMPBELL FITTINGS

2783.  Campbell Group Associates, LLC

2784.  CAMPBELL OIL

2785.  CAMPBELL UNIVERSITY, INCORPORATED

2786.  CampGroup, LLC

2787.  CAMPHILL SPECIAL SCHOOL

2788.  CAMPOS EPC, LLC

2789.  CANAAN MANAGE

2790.  CANADIAN SOLA

2791.  Canal Cartage Company

2792.  CANAL INSURANCE COMPANY

2793.  CANAM MINERAL

2794.  CANCER GENETICS INC

2795.  CANCER TREATMENT CENTERS OF AMERICA GLOB

2796.  Candid Litho Printing Ltd

2797.  CANDID LITHO PRINTING LTD.

2798.  CANDID PARTNERS, LLC

2799.  Caneel Bay Resort

2800.  CANIDAE CORPORATION

2801.  Canine Companions for Independence, Inc.

2802.  CANLIS, INC.

2803.  CANNON OIL AND GAS WELL SERVICE, INC.

2804.  Canoe Brook Country Club

2805. CANON NANOTEC

2806. CAN'T LIVE WITHOUT IT INC. DBA S'WELL BOTTLE

2807. CANTATA HEALTH, LLC

2808. CANTERBURY CONSULTING, INC.

2809. Cantoni, LP

2810. CANVAS CREDIT UNION

2811. Canvas Technology, Inc.

2812. CANVAS, INC.

2813. CANYON BAKEHO

2814. CANYON DISTRIBUTING COMPANY

2815. CANYON HEIGHTS ACADEMY

2816. CANYON PARTNE

2817. CANYON RANCH

2818. Canyon State Credit Union

2819. CANYON STATE ELECTRIC CO., INC.

2820. CAP Commission of the Lancaster Fairfield County Area, Inc.

2821. Cap Yarns, LLC

2822. Capable Controls, Inc.

2823. CAPACITY COVE

2824. CAPANO MANAGEMENT COMPANY

2825. CAPCOM

2826. Cape Fear Country Club, Inc.

2827. CAPGEMINI AMERICA, INC.

2828. Capintec, Inc.

2829. CAPITAL ASSOCIATED INDUSTRIES, INC.

2830. CAPITAL BANK

2831. Capital Business Systems, Inc.

2832.  CAPITAL CITY SURGERY CENTER, LLC

2833.  Capital Community Bank

2834.  CAPITAL CONSULTANTS MANAGEMENT CORP

2835.  CAPITAL DIGESTIVE CARE

2836.  Capital Distributing LLC

2837.  Capital For Change, Inc.

2838.  CAPITAL GROUP

2839.  CAPITAL INSTITUTIONAL SERVICES, INC (CAPIS)

2840.  Capital Institutional Services, Inc.

2841.  CAPITAL MEDIC

2842.  CAPITAL POWER OPERATIONS (USA) INC.

2843.  CAPITAL PROCESSING NETWORK, LLC

2844.  CAPITAL ROYALTY, L.P.

2845.  CAPITAL SCHOO

2846.  Capital Southwest Corporation

2847.  Capital Waste Services LLC

2848.  CAPITAL WEALTH ADVISORS, INC.

2849.  CAPITOL CITY HONDA

2850.  Capitol Companies, Inc.

2851.  CAPITOL LIGHT

2852.  CAPITOL SPRINKLER CONTRACTING, INC.

2853.  Cappadonna Electrical Contractors, Inc.

2854.  CAPPS RENT A CAR, INC.

2855.  Capri at the Pointe Rehab

2856.  CAPROCK ACADEMY

2857.  CAPSTONE COMM

2858.  Capstone Mechanical, LLC

2859. Capstone Solutions Inc.

2860. CAPTURE 3D, I

2861. Capuchin Franciscan Order of California

2862. Capway Automation, Inc.

2863. Car Concepts LLC

2864. Caravan Health, Inc.

2865. Carbon County Counseling Center

2866. CARBON COUNTY HOLDING COMPANY

2867. Carbon Energy Corporation

2868. Carbon Express Inc

2869. Carbon Five Inc

2870. CARBON, INC.

2871. CARBONITE, INC.

2872. CARBONLITE IN

2873. CARDCONNECT

2874. Cardiac Associates, P.C.

2875. CARDIAC STUDY CENTER, INC. P.S.

2876. CARDINAL BUSES

2877. CARDINAL CULINARY SERVICES, LLC

2878. CARDINAL DISTRIBUTING COMPANY, LLC

2879. CARDINAL LOGISTICS MANAGEMENT CORPORATIO

2880. CARDINAL METALWORKS, INC.

2881. CARDINAL SERVICE MANAGEMENT

2882. Cardinal Title Group LLC

2883. CARDINALE AUTOMOTIVE GROUP

2884. Cardiology Consultants, P.A.

2885. CardioVascular Associates of Mesa

2886. CARDIVA MEDICAL, INC.

2887. CARD-MONROE C

2888. CARDNO EMERGING MARKETS USA, LTD.

2889. Care & Share, Inc. dba Care & Share

2890. Care Concepts dba Wilkes Senior Village

2891. CARE FINDERS TOTAL CARE LLC

2892. CARE TO CARE,

2893. CAREALL MANAGEMENT, LLC

2894. CARECENTRIX, INC.

2895. CareCloud Inc.

2896. CAREER PATH TRAINING CORP.

2897. CAREFREE COMMUNITIES, INC.

2898. CAREFREE HOMES II LP

2899. CareHive Inc.

2900. CAREINGTON INTERNATIONAL CORP

2901. CAREMETX LLC

2902. CAREMOUNT MEDICAL, P.C.

2903. CarePlus Ambulance Service, Inc.

2904. CareSave Technologies, Inc

2905. CAREXM, LLC

2906. CAREZONE, INC

2907. CARGO SALES INC.

2908. CARGOLUX AIRL

2909. CARIBBEAN AIRLINES LIMITED

2910. CARIBBEAN RESTAURANT CONCEPTS LICENSING, LLC

2911. Carient Heart & Vascular, PC

2912. Caring Places Management, LLC

2913.  CARIS SCIENCE, INC.

2914.  CARISBROOK TECHNOLOGY SERVICES, LLC

2915.  CARISK PARTNE

2916.  CARL F. EWIG, INC.

2917.  Carl Owen Construction, LLC

2918.  CARL STAHL SA

2919.  Carley Corporation

2920.  CARLISLE CORPORATION

2921.  CARLISLE PROPERTY MANAGEMENT, INC

2922.  CARLISLE, LLC

2923.  Carlisle, McNellie, Rini, Kramer & Ulrich Co., LPA

2924.  CARLO'S BAKERY INC.

2925.  CARLSON CAPIT

2926.  CARLSON ENVIRONMENTAL CONSULTANTS, P.C.

2927.  CARLSON TESTING, INC.

2928.  Carlton Industries Corporation

2929.  CARMEL CATHOLIC HIGH SCHOOL

2930.  CARNEGIE ENDO

2931.  CARNIVAL CORPORATION

2932.  Caroba Plastics, Inc.

2933.  Carol Crane Rigging & Lifting Technology, Inc.

2934.  CAROL KING LANDSCAPE MAINTENANCE, INC.

2935.  Carolina Behavioral Care, P.A.

2936.  Carolina Bone & Joint, PA

2937.  Carolina Contracting Solutions, LLC

2938.  CAROLINA CUSTOM BOOTH CO.

2939.  Carolina Digestive Health Associates, P.A.

2940. Carolina Environmental Systems, Inc.

2941. Carolina Fitness Equipment, LLC

2942. CAROLINA FOODS, INC.

2943. CAROLINA HANDLING, LLC

2944. CAROLINA MATERIAL HANDLING SERVICES

2945. Carolina Outreach, LLC

2946. CAROLINA RESTORATION SERVICES OF NORTH CAROLINA, I

2947. CAROLINA THERAPY SERVICES, INC

2948. CAROLINA TREE CARE, INC.

2949. CAROLINAS PATHOLOGY GROUP, P.A.

2950. CARPENTERS' & MILLWRIGHTS' HEALTH

2951. CARPENTER'S ROOFING & SHEET METAL

2952. Carr & Ferrell LLP

2953. Carr Auto Group

2954. CARR PROPERTIES

2955. CARROLL COMMUNITY COLLEGE

2956. Carroll Companies, Inc.

2957. CARROLL COMPANY

2958. CARROLL COUNT

2959. CARROLL COUNTY BOARD OF COMMISSIONERS

2960. Carroll Daniel Construction Co.

2961. CARROLL ELECT

2962. CARROLL MANAG

2963. CARSEY-WERNER, LLC

2964. CARSON CORPORATION

2965. Cartamundi USA

2966. CARTER & ASSO

2967.  CARTER COUNTY

2968.  Carteret Management Corporation

2969.  Caruso Turley Scott, Inc.

2970.  CARVER MACHINE WORKS, INC.

2971.  Carwil, LLC.

2972.  CARWILE MECHA

2973.  Cary Compounds LLC

2974.  Cary Street Partners Financial LLC

2975.  Casanova Publicidad, LLC

2976.  Cascade Bicycle Club

2977.  Cascade Bridge, LLC

2978.  CASCADE DESIGNS, INC.

2979.  CASCADE ENERGY, INC.

2980.  CASCADE GASKET & MANUFACTURING CO.

2981.  Cascade Hardwood Group, LLC

2982.  CASCADE MEDICAL CENTER

2983.  Cascade Microtech, Inc.

2984.  Cascade Windows 1

2985.  Cascade Windows 2

2986.  Cascade Windows 3

2987.  Cascades Healthcare

2988.  Cascades Retirement Properties dba Cascades of Tuc

2989.  CASCADIA METALS DBA NAP STEEL

2990.  CASCO Diversified Corporation

2991.  CASE DESIGN/REMODELING, INC.

2992.  CASE MEDICAL

2993.  CASESTACK, INC.

2994.   CaseWorthy, Inc.

2995.   CASEY PROFESS

2996.   CASHWELL APPLIANCE PARTS, INC.

2997.   CASIS

2998.   CASPARI, INC.

2999.   CASPCA

3000.   Casper Electric, Inc

3001.   Casper Medical Imaging PC

3002.   Casper Stolle Quarry & Contracting Co., Inc.

3003.   CASSENA CARE

3004.   CASSONE LEASI

3005.   Cast Transportation, Inc.

3006.   CASTLE MANAGEMENT, LLC

3007.   CASTLE OIL CO

3008.   CATALYST CARD COMPANY

3009.   CATALYST OILFIELD SERVICES LLC

3010.   Catalyst Repository Systems, Inc.

3011.   CATALYTE, INC

3012.   CATAMOUNT CON

3013.   CATAMOUNT CONSTRUCTORS, INC.

3014.   CATAPULT LEARNING, LLC

3015.   CATAPULT SOLU

3016.   CATAPULT SPOR

3017.   CATARACT STEEL INDUSTRIES

3018.   CATER TO YOU

3019.   CATHAY PACIFIC AIRWAYS LIMITED

3020.   Cathedral Energy Services Inc.

3021.  Cathedral Home for Children

3022.  Cathedral Services, Inc.

3023.  CATHOLIC CHAR

3024.  CATHOLIC DIOCESE OF ARLINGTON

3025.  CATIC FINANCI

3026.  CATO INSTITUT

3027.  CATOOSA COUNTY BOC

3028.  CATTERTON MGMT CO., LLC D/B/A CATTERTON PARTNERS

3029.  CAVEO LLC

3030.  CAVETT, TURNER & WYBLE, LLP

3031.  Cawley Partners

3032.  CAYCE COMPANY, INC

3033.  CAYENNE EXPRE

3034.  CAYENNE MEDICAL

3035.  CAYMUS VINEYA

3036.  Cazier Enterprises, Inc

3037.  C-B GEAR & MA

3038.  CB&I

3039.  CBBC Bank

3040.  CBBC OPCO LLC

3041.  CBN SECURE TECHNOLOGIES, INC.

3042.  CBS Arcsafe, LLC

3043.  CBS STUDIOS,

3044.  CBSR Services, Inc. dba Traemand

3045.  CBT Manufacturing Co., Inc.

3046.  CBX

3047.  CC ENTERPRISES

3048. CC GAMING LLC

3049. CC WELLNESS,

3050. CCA FOODS MAN

3051. CCA INDUSTRIES INC

3052. CCBSS/ BSNA LLC

3053. CCG HOWELLS, LLC

3054. CCI HEALTH &

3055. CCPI, Inc.

3056. CCR II, LLC

3057. CCT PLASTICS, INC.

3058. CCT WIRELESS INC.

3059. CCX CORPORATI

3060. CCY ARCHITECTS, LTD.

3061. CDA STRUCTURES, INC.

3062. CDATA Software, Inc.

3063. CDB Corporation

3064. CDG ENGINEERS

3065. CDI USA, Inc.

3066. CDK PERFORATING, LLC

3067. CDMM CORP DBA WORKPLACE RESOURCE

3068. CDP Enterprises, Inc.

3069. CDR Maguire, Inc.

3070. CE Smith Company, Inc.

3071. CE3, INC

3072. CED INVESTIGATIVE TECHNOLOGIES, INC.

3073. CEDA International, Inc.

3074. CEDAR FAIR, L.P.

3075. Cedar Farms Co., Inc.

3076. CE-DFW, Inc.

3077. CEE KAY SUPPLY, INC.

3078. CELCITE MANAG

3079. Celerity Consulting Group, Inc.

3080. CELERO SERVIC

3081. CELGENE CORPORATION

3082. CELL CULTURE

3083. Celtic Marketing Food Brokers, Inc.

3084. CELTIC PROPERTY MANAGEMENT, LLC

3085. CELULARITY IN

3086. CELY CONSTUCT

3087. Cement Industries, Inc.

3088. Cement Masons Health Fund

3089. Cemrock Landscapes, Inc.

3090. CENEGENICS, LLC

3091. CENEXEL CLINI

3092. CENLAR CAPITAL CORPORATION

3093. CenseoHealth, LLC

3094. CENTAUR TECHNOLOGY, INC.

3095. CENTAURI HEALTH SOLUTIONS, INC.

3096. Centauri Specialty Insurance

3097. CENTENE CORPORATION

3098. Centennial Academy

3099. CENTENNIAL LENDING, LLC

3100. CENTENNIAL MANAGEMENT, INC.

3101. CENTENNIAL MENTAL HEALTH CENTER, INC.

3102.  Centennial Resource Production, LLC

3103.  Centennial School District R-1

3104.  Center for Head Injury Services

3105.  Center for Healthcare Strategies, Inc

3106.  CENTER FOR HU

3107.  CENTER FOR HUMAN DEVELOPMENT

3108.  CENTER FOR PO

3109.  CENTER FOR TH

3110.  CENTER GREENHOUSE, INC

3111.  CENTERBROOK ARCHITECTS & PLANNERS, LLP

3112.  CENTERLINE MANUFACTURING LTD.

3113.  CENTERLINE SO

3114.  CenterOak Adviser, L.P.

3115.  Centerpoint Construction Corp.

3116.  CENTERPOINTE BEHAVIORAL HEALTH SYS, LLC

3117.  Centers for Gastroenterology, P.C.

3118.  CENTINEL BANK OF TAOS

3119.  Central Coast VNA & Hospice, Inc.

3120.  CENTRAL COLLISION MANAGEMENT CORP.

3121.  CENTRAL COUNTY FIRE AND RESCUE

3122.  CENTRAL DYNAM

3123.  CENTRAL FIBER LLC

3124.  CENTRAL FLORI

3125.  CENTRAL FLORIDA BEHAVIORAL HEALTH NETWORK INC.

3126.  Central Florida Pathology Associates, P.A.

3127.  CENTRAL FLORIDA RESTAURANTS, INC.

3128.  Central Freight Management, LLC

116

3129.  Central Indiana Community Foundation, Inc.

3130.  CENTRAL INK CORPORATION

3131.  Central Irrigation Supply, Inc.

3132.  CENTRAL JERSE

3133.  CENTRAL JERSEY BLOOD CENTER, INC.

3134.  CENTRAL LIFT MAINTENANCE GROUP, LLC

3135.  CENTRAL MOTIVE POWER, INC.

3136.  Central Moving & Storage, Inc.

3137.  CENTRAL OHIO CONTRACTORS INC

3138.  Central Oregon Collective

3139.  CENTRAL PARK

3140.  Central Pony Express, Inc.

3141.  CENTRAL STATE

3142.  Central States Enterprises, LLC

3143.  CENTRAL TRUCK & DIESEL, INC

3144.  Central Valley Ag Grinding, Inc.

3145.  CENTRAL VALLEY FIRE DISTRICT

3146.  CENTRAL VALLEY MACHINE

3147.  Central Willamette Credit Union

3148.  CENTRALSQUARE TECHNOLOGIES, LLC

3149.  CENTREVILLE LAYTON SCHOOL

3150.  Centri Business Consulting, LLC

3151.  CENTRIFY CORP

3152.  Centripetal Networks, Inc.

3153.  CENTURIA CORPORATION

3154.  CENTURY BANK

3155.  CENTURY CARE MANAGEMENT

3156. Century Die Company, LLC

3157. CENVEO CORPORATION

3158. CEPHALOPOD MEDIA LLC

3159. Ceramic Tile Supply Co. dba Bath,Kitchen &Tile Co

3160. CEREAL INGRED

3161. CERES DESIGN & ARBORSCAPE, LLC

3162. Cerity Partners

3163. CERTAIN, INC.

3164. Certent, Inc.

3165. CERTIFIED FOLDER DISPLAY SERVICE

3166. CERTIFIED PIP

3167. CERTIFIED PLA

3168. CERTIFIED PRESSURE TESTING, LLC

3169. Certified Technical Experts, Inc.

3170. CERTIFIEDSAFE

3171. CESARE, INC.

3172. CETANE ENERGY, LLC

3173. CF REAL ESTATE SERVICES, LLC

3174. CFG HEALTH NETWORK

3175. CFG Systems, Inc.

3176. CFM COMPANY

3177. CFM HEATING & COOLING, INC.

3178. CFS BRANDS LLC

3179. CFSC SHARED SERVICES LLC

3180. CGI TECHNOLOGIES AND SOLUTIONS, INC.

3181. CGRS, INC.

3182. CH YARBER CONSTRUCTION

3183. CHA CONSULTING, INC.

3184. Chaban Wellness, LLC

3185. CHAD-NIC MANAGEMENT SERVICES, LLC

3186. CHADWICK STEINKIRCHNER DAVIS & CO., P.C.

3187. CHAINIQ US, INC.

3188. CHAKRABARTI MANAGEMENT CONSULTANCY, INC.

3189. Chalk & Gibbs, Inc.

3190. Challenge to Excellence Charter School

3191. CHALLENGER ENTERPRISES

3192. Challenger Group

3193. CHAMBERLAIN MACHINE, INC.

3194. Champion Acquisition LLC

3195. Champion Concrete Pumping, Inc.

3196. CHAMPION MANU

3197. Champion Manufacturing Inc.

3198. Champion Oil Field Service, Inc.

3199. Champion Optical Network Engineering, LLC

3200. Champion Painting Specialty Services Corporation

3201. CHAMPION PRECAST, INC.

3202. CHAMPION REAL ESTATE SERVICES, INC.

3203. Champions Cinco Pipe & Supply, LLC

3204. Champions School of Real Estate, LTD.

3205. Champlain Chocolate Co dba Lake Champlain Chocolat

3206. CHAMPLAIN COLLEGE

3207. CHAMPLAIN HOUSING TRUST, INC.

3208. Champlain Investment Partners, LLC

3209. Champlain Investments Inc.

3210. CHAMPLAIN OIL CO./COCO MART

3211. Champlain Valley Dispensary

3212. Champlain Valley Dispensary, Inc.

3213. CHAMPLAIN VALLEY EQUIPMENT, INC.

3214. CHANCELIGHT, INC.

3215. CHANEL, INC.

3216. CHANGE HAPPENS

3217. CHAPEL VALLEY LANDSCAPE CO.

3218. CHARDON LABORATORIES, INC.

3219. Chariot Transit Inc.

3220. Charity Network, LLC

3221. CHARLES A KLEIN AND SONS, INC.

3222. Charles D Lowder, Inc.

3223. CHARLES G. KOCH FOUNDATION

3224. CHARLES H. GR

3225. CHARLES IFERGAN COIFFURES, LTD

3226. Charles Products, LLC

3227. Charles W. Davidson Co.

3228. Charleston Collegiate School

3229. Charleston Shoe Company, LLC

3230. Charleston Southern University

3231. CHARLESTON WATER SYSTEM

3232. Charlestown Paving and Excavating, Inc.

3233. CHARLEY'S CON

3234. CHARLOTTE BEHAVIORAL HEALTH CARE, INC.

3235. CHARLOTTE COUNTY BOARD OF COMMISSIONERS

3236. Charlotte Regional Business Alliance

3237. Charlotte Symphony Orchestra Society, Inc.

3238. CHARLOTTE'S W

3239. CHARLOTTESVIL

3240. CHARON SHARED SERVICES LLC

3241. CHARTBOOST, INC.

3242. CHARTER BAKING COMPANY, INC.

3243. CHARTER GLOBAL, INC.

3244. CHARTER OAK HEALTH CENTER, INC.

3245. Chartspan Medical Technologies, Inc.

3246. CHARTWELL PARTNERS LLC

3247. CHARTWELL STAFFING SERVICES

3248. CHASE COLLEGI

3249. Chase Environmental Group, Inc.

3250. CHASE PRODUCTS COMPANY

3251. CHASTAIN-SKIL

3252. Chateau Residence Club dba Chateau Beaver Creek

3253. CHATEAU RETIR

3254. CHATSWORTH WATER WORKS COMMISSION

3255. Chattanooga Emergency Medicine, PLLC

3256. Chattanooga Shooting Supplies, Inc.

3257. Chavez Grieves Consulting Engineers, Inc.

3258. CHAYCE CORPOR

3259. CHC Wellbeing

3260. CHCRR

3261. CHECKERS DRIVE-IN RESTAURANTS, INC.

3262. Checkers Industrial Products, Inc.

3263. CHEETAH MEDIC

3264.  Chelar Tool & Die, Inc.

3265.  CHELTEN HOUSE PRODUCTS, INC.

3266.  CHEM CLEAN RESOURCES, LLC

3267.  CHEM PROCESSING, INC.

3268.  CHEMBIO DIAGN

3269.  CHEMBULK MARITIME USA, LLC

3270.  CHEMCOTE, INC.

3271.  Chemex Global, Inc.

3272.  Chemic Engineers & Constructors, Inc.

3273.  CHEMICAL CONTAINERS, INC.

3274.  CHEMICALS INCORPORATED

3275.  CHEMISTRY & INDUSTRIAL HYGIENE, INC.

3276.  CHEMJECT INTE

3277.  CHEMO INTERNATIONAL INC.

3278.  CHENEY BROTHERS, INC.

3279.  CHENEY OFS DBA BARI BEEF INTERNATIONAL

3280.  CHENMED LLC

3281.  CHERINGAL ASSOCIATES, INC.

3282.  Cherokee, Inc.

3283.  CHERRY BEKAERT ADVISORY LLC

3284.  CHERRY CREEK BROADCASTING LLC

3285.  Cherry Creek Insurance Agency, Inc.DBA CCIG

3286.  CHERRY STIX L

3287.  Chesapeake NetCraftsmen

3288.  CHESAPEAKE RESEARCH REVIEW, LLC

3289.  CHESAPEAKE SHIPBUILDING CORP

3290.  CHESAPEAKE SPRINKLER COMPANY, INC.

3291.  CHESHIRE TOWN AND PUBLIC SCHOOLS

3292.  Chewning & Wilmer, Inc.

3293.  CHEYENNE COUNTY SCHOOL DISTRICT RE-5

3294.  CHEYENNE FREIGHTLINER

3295.  CHEYENNE HEALTH & WELLNESS DBA HEALTHWORKS

3296.  CHEYENNE VILL

3297.  CHG HEALTHCARE SERVICES

3298.  CHICAGO BEHAVIORAL HOSPITAL

3299.  CHICAGO CONVENTION & TOURISM BUREAU DBA CHOOSE

3300.  CHICAGO FIRE

3301.  CHICAGO HORTICULTURAL SOCIETY

3302.  CHICAGO PAINTERS & DEC. WELFARE FUND

3303.  CHICAGO PAINTERS AND DECORATORS WELFARE

3304.  CHICO HEALTHCARE & WELLNESS CENTRE, LP

3305.  CHIEF ARCHITECT INC.

3306.  Chief Container Company, Inc.

3307.  CHIEF FIRE SY

3308.  CHILD ADVOCAT

3309.  CHILD CARE RE

3310.  Child Care Resources Inc.

3311.  CHILD CARE SE

3312.  CHILD CRISIS

3313.  CHILD DEVELOPMENT CENTER OF NATRONA COUNTY, INC.

3314.  Child Development Center, Inc.

3315.  Child Development Services of Fremont County, Inc.

3316.  Child Health Corporation of America

3317.  CHILD, INC.

3318.  CHILDERS TRUCKING, INC.

3319.  CHILDHAVEN

3320.  Children of America, Inc

3321.  CHILDREN'S AP

3322.  CHILDREN'S CA

3323.  CHILDREN'S CHOICE LEARNING CENTERS, INC.

3324.  Children's Eye Physicians, PC

3325.  CHILDREN'S HO

3326.  CHILDREN'S HOME NETWORK

3327.  CHILDRESS KLEIN PROPERTIES, INC.

3328.  CHILLICOTHE R

3329.  Chilton Yambert Porter LLP

3330.  CHIME TECHNOL

3331.  CHIMERA SECUR

3332.  CHINA AIRLINES, LTD.

3333.  Chiorino America, Inc.

3334.  CHIRICAHUA CO

3335.  CHIRON TECHNOLOGY SERVICES, INC.

3336.  Chisholm Lumber & Supply Co., Inc.

3337.  C-HIT

3338.  Chloe and Isabel, Inc.

3339.  Choctaw Construction Services, LLC

3340.  Choice Aviation LLC

3341.  CHOICE ELECTRIC CORP.

3342.  CHOICE EXPLORATION, INC.

3343.  Choice Food Groups

3344.  CHOICE HEALTH MANAGEMENT SERVICES LLC

3345.  CHOICE HOTELS INTERNATIONAL, INC.

3346.  Choozle, Inc.

3347.  Chopra Global

3348.  CHOPT CREATIVE SALAD COMPANY LLC

3349.  CHOPTANK TRANSPORT, INC.

3350.  CHRIS CRAFT CORPORATION

3351.  CHRIST CHAPEL BIBLE CHURCH

3352.  Christ Church United Methodist, Inc.

3353.  Christ Community Church of Tucson Incorporated

3354.  Christ Fellowship Church, Inc.

3355.  Christensen Building Group, LLC

3356.  Christian Brothers Institute of California

3357.  CHRISTIAN BUILDING MATERIALS

3358.  CHRISTIAN COP

3359.  Christian Family Services dba The Bair Foundation

3360.  Christian Relief Services Charities, Inc.

3361.  CHRISTIE'S INC.

3362.  CHRISTOPHER B MILLER DVM DBA MILLER & ASSOCIATES

3363.  christopher consultants, ltd

3364.  CHRIST'S CHURCH OF THE VALLEY, INC.

3365.  CHROMADEX ANALYTICS, INC.

3366.  CHROMALOX, INC.

3367.  ChromaScape, LLC

3368.  CHROMATIC TECHNOLOGIES, INC.

3369.  CHROME MACHINE & CASTING, INC.

3370.  Chronos Solutions

3371.  CHRONTEL, INC.

3372. Chrysalis Academy LLC

3373. CHS EMPLOYMEN

3374. CHS Plumbing Arizona

3375. Chuck Latham Associates, Inc.

3376. CHUCK OLSON CHEVROLET, INC.

3377. CHUCK'S HEATING AND AIR CONDITIONING, INC.

3378. CHUGACH GOVERNMENT SOLUTIONS, LLC

3379. CHURCH OF GOD

3380. CHURCH OF THE

3381. Church of the Apostles of Atlanta

3382. Church of the Incarnation

3383. CIBAO MEAT PRODUCTS INC.

3384. CIC GROUP, INC.

3385. CICERONE HEAL

3386. CICI ENTERPRISES, LP & JMC DISTRIBUTION

3387. CID RESOURCES

3388. CID'S FOOD MARKET INC

3389. CIFC Asset Management, LLC

3390. CIGNA COMPANIES

3391. CIGNA COMPANIES - CA DSA

3392. CIGNA VOLUNTARY

3393. CIGNEX DATAMATICS, INC.

3394. CIGNITI INC

3395. CIH PROPERTIE

3396. CII TECHNOLOGY SOLUTIONS, INC.

3397. CIMA TELECOM,

3398. Cimarex Energy Co.

3399.  Cimarron Software Services, Inc.

3400.  Cimbar Resources Inc

3401.  CIMCO RESOURCES

3402.  CINCINNATI FINANCIAL CORPORATION

3403.  CINER RESOURCES CORPORATION

3404.  CINNAMON HILLS YOUTH CRISIS CENTER

3405.  CINTEX WIRELESS LLC

3406.  CIOX HEALTH, LLC

3407.  CIPHER TECH SOLUTIONS, INC.

3408.  Cirata

3409.  Circle B Measurement & Fabrication, LLC

3410.  Circle Graphics, Inc.

3411.  Circle Metal Specialties, Inc.

3412.  CIRCLE MOTORSPORT, INC.

3413.  CIRCLE OF CARE OF PASSAIC COUNTY

3414.  CIRCLE Z PRESSURE PUMPING, LLC

3415.  CIRCUIT BREAKER SALES CO., INC

3416.  CIRCULAR EDGE

3417.  CIRCULAR TECHNOLOGIES

3418.  CIRESON LLC

3419.  CIRRUS LOGIC, INC.

3420.  CIRRUS10 LLC

3421.  CIRTEC MEDICA

3422.  Ciruli Brothers, L.L.C.

3423.  CISCO SYSTEMS, INC.

3424.  CISNEROS CORP

3425.  CIT Electronics

3426.  CITADEL COMMU

3427.  CITADEL CONTRACTORS, INC.

3428.  CITATION OIL & GAS CORP.

3429.  CITE ARMORED INC

3430.  CitiChurch International, Inc DBA City of Grace

3431.  CITIROOF CORP

3432.  CITIUSTECH INC.

3433.  Citizant, Inc.

3434.  Citizen Access Residential Resources

3435.  Citizen Cider

3436.  CITIZEN PRINTING CO., INC.

3437.  Citizens Bank of Florida

3438.  Citizens of the World Charter Schools KC

3439.  CITNALTA CONS

3440.  CITY FIRST MO

3441.  CITY FURNITURE, INC.

3442.  CITY LIGHT & POWER, INC.

3443.  City of Alamosa

3444.  CITY OF AMERI

3445.  CITY OF ARCHD

3446.  CITY OF ARVADA

3447.  CITY OF ATHENS, TENNESSEE

3448.  CITY OF AURORA

3449.  City of Avondale Estates

3450.  CITY OF BELLA VISTA, ARKANSAS

3451.  City of Bellaire

3452.  CITY OF BELLV

3453.  CITY OF BERKELEY

3454.  City of Boiling Spring Lakes

3455.  CITY OF BOLIVAR

3456.  CITY OF BONHA

3457.  CITY OF BONITA SPRINGS

3458.  City of Bowdon

3459.  CITY OF BROOK

3460.  CITY OF BURLINGTON, VT

3461.  City of Camilla

3462.  CITY OF CARROLLTON

3463.  CITY OF CASA GRANDE

3464.  CITY OF CAYCE

3465.  CITY OF CEDAR

3466.  CITY OF CENTE

3467.  CITY OF CENTRAL CITY

3468.  CITY OF CLEARWATER

3469.  CITY OF CLEMSON

3470.  CITY OF CLERMONT

3471.  City of Clovis

3472.  City of Clute

3473.  CITY OF COCOA

3474.  CITY OF COLLE

3475.  CITY OF COLLEGE STATION

3476.  CITY OF COLUMBIA

3477.  CITY OF CONROE

3478.  CITY OF CORAL SPRINGS

3479.  CITY OF CRAWFORDSVILLE

3480. City of Cuthbert GA

3481. City of Dacono

3482. CITY OF DANBURY

3483. CITY OF DAYTO

3484. CITY OF DEBAR

3485. CITY OF DEERFIELD BEACH

3486. CITY OF DELRAY BEACH

3487. CITY OF DYERSBURG

3488. CITY OF EASLEY

3489. CITY OF EL CAMPO

3490. CITY OF ELLISVILLE

3491. City of Ely

3492. City of Fayetteville

3493. City of Fellsmere

3494. CITY OF FENTO

3495. CITY OF FRISCO

3496. CITY OF FT. O

3497. CITY OF GAFFNEY

3498. City of Glendale

3499. City of Golden

3500. CITY OF GOODYEAR

3501. CITY OF GRAHAM

3502. CITY OF GREELEY

3503. CITY OF GREENVILLE

3504. CITY OF HARTFORD

3505. CITY OF HAZELWOOD

3506. CITY OF HIGH POINT

3507.  CITY OF HIGHL

3508.  CITY OF HINESVILLE

3509.  CITY OF HOLLYWOOD, FL

3510.  CITY OF HOUSTON

3511.  CITY OF HUMBL

3512.  CITY OF HURST

3513.  CITY OF HUTCHINS

3514.  CITY OF INDEPENDENCE, MISSOURI

3515.  CITY OF IRVING

3516.  CITY OF KATY

3517.  CITY OF KENNESAW

3518.  CITY OF KISSIMMEE

3519.  CITY OF LAKEWOOD

3520.  City of Las Animas

3521.  CITY OF LAWRENCEVILLE

3522.  CITY OF LEAGUE CITY

3523.  CITY OF LEWISVILLE

3524.  CITY OF LIGONIER

3525.  CITY OF LITTLETON

3526.  City of Lyons

3527.  City of Macedonia

3528.  CITY OF MANIT

3529.  CITY OF MARION

3530.  City of Mauldin

3531.  CITY OF MCKINNEY

3532.  CITY OF MIAMI

3533.  CITY OF MIAMI BEACH

3534.  City of Mills

3535.  CITY OF MOAB

3536.  CITY OF MONTE VISTA

3537.  CITY OF MT. J

3538.  CITY OF NAPLES

3539.  CITY OF NAPPANEE

3540.  City of Nashville

3541.  CITY OF NORCROSS

3542.  CITY OF NORTH PORT

3543.  CITY OF OLATHE, KANSAS

3544.  CITY OF PALM BAY

3545.  CITY OF PEACHTREE CITY

3546.  CITY OF PEARLAND

3547.  City of Pelham

3548.  CITY OF PERTH AMBOY

3549.  CITY OF PHOENIX

3550.  City of Pickens

3551.  CITY OF RAEFORD

3552.  CITY OF RAYMO

3553.  CITY OF RICHLAND

3554.  CITY OF RICHMOND

3555.  City of Rockledge

3556.  CITY OF ROCKMART

3557.  CITY OF ROCKWALL

3558.  City of Rocky Ford

3559.  City of Ruidoso Downs

3560.  CITY OF SANDY SPRINGS

3561.  CITY OF SANTA FE

3562.  CITY OF SARASOTA

3563.  CITY OF SATELLITE BEACH

3564.  CITY OF SCOTTSDALE

3565.  CITY OF SEVIERVILLE

3566.  CITY OF SHERIDAN

3567.  CITY OF SOUTH HOUSTON

3568.  CITY OF SPRIN

3569.  City of St. John

3570.  CITY OF ST. PETERS MISSOURI

3571.  CITY OF STAMFORD

3572.  CITY OF STATESVILLE

3573.  CITY OF STOCKBRIDGE

3574.  CITY OF STRUTHERS

3575.  CITY OF STUART

3576.  CITY OF SUGAR LAND

3577.  CITY OF SUNNY

3578.  CITY OF TAMARAC

3579.  CITY OF TEGA CAY

3580.  CITY OF TEXAS CITY

3581.  CITY OF THOMASVILLE

3582.  CITY OF TITUSVILLE

3583.  CITY OF TONKAWA

3584.  CITY OF TRINIDAD

3585.  City of Troy

3586.  CITY OF TUCSON

3587.  CITY OF UNIVERSITY PARK

3588.  CITY OF VENUS

3589.  CITY OF WADSW

3590.  CITY OF WATERBURY

3591.  CITY OF WEST

3592.  City of West Columbia

3593.  CITY OF WESTMINSTER

3594.  CITY OF WHITE

3595.  City of Wilmer

3596.  CITY OF WILTON MANORS

3597.  CITY OF WINDER

3598.  CITY OF WINTER PARK

3599.  City of Woodland Park

3600.  City of York

3601.  CITY OPTICAL COMPANY, INC.

3602.  CITY PARKS FOUNDATION

3603.  CITY WIDE MECHANICAL, INC.

3604.  CITYGATE NETWORK

3605.  CITYNET LLC

3606.  CityServiceValcon, LLC

3607.  CITYTEAM MINISTRIES

3608.  Citywide Banks of Colorado, Inc.

3609.  CITYWIDE HOME LOANS, A UTAH CORPORATION

3610.  CITYWIDE TITLE CORPORATION

3611.  Civana Management, LLC

3612.  CIVIC ENGINEE

3613.  CIVIC ENTERTA

3614.  CIVICSOLAR, INC.

3615.  CIVIL & ENVIRONMENTAL CONSULTANTS INC.

3616.  CIVIL ENGINEERING SERVICES DBA CIVIL SCIENCE

3617.  Civil Mechanical, Inc.

3618.  CIVIL TOWN OF

3619.  CivilSurv Design Group, Inc.

3620.  CIVILTEC ENGI

3621.  CIVITAS RESOURCES, INC.

3622.  CJ ADVERTISING

3623.  CJ AMERICA INC.

3624.  CJ AUTO PARTS INC.

3625.  CJ AUTOMOTIVE INDIANA LLC

3626.  CJ LOMBARDO

3627.  CJS Services, Inc. dba Global Collision

3628.  CK MECHANICAL PLUMBING & HEATING INC.

3629.  CKJ Transport of North Texas

3630.  CKJ TRUCKING, LP

3631.  CKTFM&P Law

3632.  CL SMITH COMPANY

3633.  CL SUPPORT SE

3634.  CLADDAGH DEVELOPMENT GROUP,LLC

3635.  CLAIRVOYANT LLC

3636.  CLAMPITT PAPER CO. OF DALLAS, LTD.

3637.  CLARABRIDGE,

3638.  CLAREITY SECURITY LLC

3639.  CLAREMONT FOO

3640.  CLARENCE DAVI

3641.  CLARENCE DAVIDS AND CO

3642.  CLARI, INC.

3643.  Clarify Health Solutions, Inc.

3644.  CLARINS USA, INC.

3645.  CLARION MORTGAGE CAPITAL, INC.

3646.  CLARITY LLC

3647.  CLARITY MANAGEMENT, LP

3648.  CLARITY MEDIA GROUP, INC.

3649.  Clarizen, Inc.

3650.  CLARK GRAVE VAULT COMPANY

3651.  CLARKS LANDING MARINA OPERATIONS, INC.

3652.  CLARK'S MARKE

3653.  Clarus Commerce

3654.  CLASSIC AVIATION HOLDINGS, LLC

3655.  Classic Brands, LLC

3656.  Classic City Utility, Inc.

3657.  Classic Exhibits, Inc.

3658.  Classic Express Inc

3659.  CLASSIC SHEET

3660.  CLASSONE EQUIPMENT, INC.

3661.  CLASSPASS INC

3662.  CLAUSEN MILLER, PC

3663.  Clay County Board of Commissioners

3664.  CLAY PLATTE FAMILY MEDICINE CLINIC, P.C.

3665.  Clayton Corporation

3666.  CLAYTON HEALTH SYSTEMS, INC.

3667.  CLC Associates, Inc.

3668.  CLC RESTAURANTS, INC.

3669. CLCI Services, LLC

3670. CLEAN AIR CON

3671. Clean Energy Collective

3672. CLEAN UNIFORM COMPANY

3673. Clean Up Group International, Inc.

3674. CLEAN WATER ACTION

3675. CleanSlate Centers, Inc.

3676. CLEAR CREEK COUNTY

3677. Clear Creek Skiing Corporation

3678. Clear Home, Inc.

3679. CLEAR LAM PACKAGING INC.

3680. CLEAR PEAK HOLDINGS, LLC

3681. CLEAR WATER PRODUCTS LLC

3682. CLEARCALL SOLUTIONS, LLC

3683. ClearChoiceMD, LLC

3684. ClearEdge IT Solutions, LLC

3685. CLEARONE ADVANTAGE, LLC

3686. CLEARPLAN LLC

3687. CLEARPOINT IN

3688. ClearStory Data Inc.

3689. Clearview Business Intelligence, LLC

3690. Clearwater Services Incorporated

3691. Clemtex II Inc.

3692. Clemtex II, DBA Clemtex

3693. CLEOPATRA RESOURCES, LLC

3694. CLERK OF THE CIRCUIT COURT COMPTROLLER

3695. CLEVELAND BROTHERS

3696. CLEVELAND DIE & MANUFACTURING COMPANY

3697. CLEVELAND METROPARKS

3698. CLEVER TRAINI

3699. CLICKFOX ,INC

3700. CLIF BAR & COMPANY

3701. CLIFFORD PAPE

3702. CLIFFORD W. ESTES CO., INC.

3703. CLIFFWATER LLC

3704. CLIFTON STEEL COMPANY

3705. Climate Engineering Truck & Trailer Refrigeration

3706. CLIMATEC, LLC

3707. CLINE CELLARS

3708. Cline Design Associates, PA.

3709. CLINICAL CARE OPTIONS, LLC

3710. CLINICAL INNOVATION, LLC

3711. CLINICAL REFERENCE LABORATORY, INC.

3712. Clinical Services Corporate Operations, Inc.

3713. ClinicalMind, LLC

3714. CLINTON FOUNDATION

3715. Clinton Medical Clinic, Inc.

3716. CLIO HOLDINGS, LLC

3717. Clipper Petroleum, Inc.

3718. Clive Daniel Home Holdings, LLC

3719. CLK MANAGEMENT CORP.

3720. CLOCK SPRING COMPANY, L.P

3721. CLONDALKIN FLEXIBLE PACKAGING

3722. CLOSINGCORP I

3723. Cloud Elements, Inc.

3724. Cloud Hub IT Solutions Inc.

3725. CLOUD IMPERIU

3726. CLOUD SOFTWARE GROUP, INC.

3727. Cloud9 Discovery LLC dba CloudNine

3728. CLOUDBLUE TECHNOLOGIES, INC.

3729. CLOUDFLARE, I

3730. CLOUDGENIX

3731. cloudIT, LLC

3732. CloudPassage

3733. Cloudreach, Inc.

3734. CLOVER INTERN

3735. CLOVER SYSTEM

3736. CLUB MANAGEMENT SERVICES, INC.

3737. CLUB ONE, INC

3738. Clutch Holdings LLC

3739. CLX COMMUNICA

3740. CLYDE & CO US

3741. CLYDE BERGEMANN POWER GROUP AMERICAS, INC.

3742. CM RETAIL MANAGEMENT, INC.

3743. CMC AMERICAS, INC.

3744. CMC Group, LLC.

3745. CME Corporation

3746. CME Wire & Cable, Inc.

3747. CME WIRE AND CABLE, INC.

3748. CML SECURITY, LLC

3749. CMP Metals, Inc

3750.   CMP Pharma, Inc.

3751.   CMS Environmental Solutions LLC

3752.   CMS North America, Inc.

3753.   CN RENOVATION CO INC.

3754.   CN Wire Corp

3755.   CNA NATIONAL WARRANTY CORPORATION

3756.   CNK Capital Management, L.L.C.

3757.   CNL FINANCIAL GROUP, INC.

3758.   CO ARCHITECTS INC.

3759.   COALITION FOR

3760.   COAST TO COAST LOGISTICS, LLC

3761.   COASTAL CARRI

3762.   Coastal Flow Measurement, Inc.

3763.   COASTAL HOTEL GROUP, LLC

3764.   Coastal Resources, Inc.

3765.   COASTAL SECUR

3766.   COASTAL SPECIALTY FOREST PRODUCTS

3767.   COASTAL SPRAY

3768.   Coastal Wire Company, Inc.

3769.   COATINGS APPLICATION AND WATERPROOFING

3770.   Coatue Management LLC

3771.   COBIZ FINANCIAL INC.

3772.   COBRE VALLEY COMM. HOSPITAL

3773.   Cobro Ventures, Inc.

3774.   COCA-COLA BEVERAGES NORTHEAST, INC.

3775.   COCA-COLA CONSOLIDATED, INC.

3776.   Cochrane & Company

3777. COCKRELL INTERESTS LLC

3778. CODA RESOURCES LTD.

3779. CODA Resources, LTD

3780. CODEBABY CORP

3781. CODECO, INC

3782. CODEL ENTRY SYSTEMS CORP.

3783. CODILIS & STA

3784. CODY LABORATORIES, INC.

3785. COENTERPRISE,

3786. COEUR D'ALENE TRACTOR CO.

3787. COG HILL GOLF & COUNTRY CLUB

3788. Cogent Bank

3789. COGHLAN KUKANKOS LLC

3790. COGNITIVE MEDICAL SYSTEMS, INC.

3791. COGNIZANT TECHNOLOGY SOLUTIONS

3792. COHEN & COMPANY LTD

3793. COHEN, SEGLIA

3794. COHEN, WEISS

3795. COIN ACCEPTORS, INC.

3796. Cokebusters USA Inc.

3797. Coker Group Holdings, LLC

3798. COKINOS, BOSIEN AND YOUNG

3799. COLARELLI CONSTRUCTION

3800. COLART AMERICAS, INC.

3801. COLD FRONT DISTRIBUTION, LLC

3802. Cold Technology Inc.

3803. Coldstream Country Club

3804. COLE ENGINEER

3805. COLE INTERNATIONAL USA, INC.

3806. CollabraLink Technologies, Inc.

3807. COLLAGEN MATR

3808. Collection Professionals, Inc.

3809. COLLECTION XI

3810. COLLECTIONCENTER,INC

3811. COLLECTIONS M

3812. College Achieve Central Charter School

3813. COLLEGE AVENU

3814. COLLEGE PRO PAINTERS

3815. COLLEGE TRACK NATIONAL

3816. COLLIERS, BEN

3817. Collin County MHMR dba LifePath Systems

3818. Collinear Networks, Inc.

3819. COLLINGTON EPISCOPAL LIFE CARE COMMUNITY

3820. COLLINS & LAC

3821. COLLINS BUILD

3822. Collins Holdings LLC

3823. COLONIAL CARE GROUP

3824. Colonial Chemical, Inc.

3825. COLONIAL PIPELINE COMPANY

3826. COLOR IMAGE, INC.

3827. Color Of Change

3828. Color Star Growers, Inc.

3829. COLORADO ALLE

3830. COLORADO BALLET COMPANY

3831. Colorado Bank & Trust of La Junta

3832. Colorado Bankers Life Insurance Company

3833. Colorado Chautauqua Association

3834. Colorado Community Church

3835. Colorado Container Corporation

3836. COLORADO COUNTER TOPS, INC.

3837. Colorado Credit Union

3838. COLORADO DESI

3839. COLORADO EARL

3840. Colorado Education Association

3841. COLORADO FINISHING TRADES H&W FUND

3842. Colorado Fusion Soccer Club, Inc.

3843. COLORADO HEALTH NETWORK, INC.

3844. COLORADO HEART & VASCULAR, PC

3845. COLORADO HI-TECH SOLUTIONS

3846. COLORADO HOSPITAL ASSOCIATION

3847. COLORADO HOUSING AND FINANCE AUTHORITY

3848. Colorado Import Motors dba Pedersen Toyota, dba Pedersen Volvo Cars

3849. Colorado Iron and Metal, Inc

3850. Colorado Legal Services

3851. COLORADO LIGHTING, INC.

3852. COLORADO LINING INTERNATIONAL

3853. COLORADO MILLS LLC

3854. COLORADO ORTHOPEDIC CONSULTANT

3855. Colorado Otolaryngology Associates, LLC

3856. COLORADO POOLSCAPES, INC.

3857. COLORADO POWE

3858.  COLORADO PRECAST CONCRETE, INC

3859.  COLORADO PREVENTION CENTER

3860.  COLORADO PRODUCT SERVICES

3861.  COLORADO RETAIL VENTURES SERVICES, LLC

3862.  COLORADO ROCKIES BASEBALL CLUB

3863.  COLORADO RURAL HEALTH CENTER

3864.  COLORADO SEAMLESS GUTTERS

3865.  COLORADO SPRINGS HOUSING AUTHORITY

3866.  Colorado Springs Orthopaedic Group

3867.  COLORADO SPRINGS UTILITIES

3868.  Colorado Springs World Arena

3869.  Colorado State University-Global Campus

3870.  COLORADO STON

3871.  Colorado Structures, Inc. dba CSI Construction Co.

3872.  COLORADO STUDIOS

3873.  Colorado Surgical Affiliates, LLC

3874.  COLORADO SURGICAL SERVICE

3875.  COLORADO TIMBER RESOURCES, LLC

3876.  COLORADO UNDERGRND, DBA DITCH WITCH OF THE ROCKIES

3877.  COLORADO WEST EMERGENCY ROOM PHYSICIANS

3878.  Colorado West Otolaryngologists, PC

3879.  COLORAMA WHOLESALE NURSERY

3880.  COLORCO, INC.

3881.  Colorescience

3882.  COLORS EDGE, INC.

3883.  COLORVISION INTERNATIONAL,INC.

3884.  Coloscapes Concrete, Inc.

3885.  Colson Hicks Eidson, P.A.

3886.  COLT ENERGY

3887.  COLUMBIA ANESTHESIA GROUP, P.S.

3888.  Columbia Cascade Company

3889.  Columbia Cons Corp

3890.  Columbia County Health District #1

3891.  COLUMBIA FOREST PRODUCTS

3892.  COLUMBIA PROP

3893.  Columbiana Boiler Company, LLC

3894.  COLUMBINE COU

3895.  COLUMBINE FORD, INC.

3896.  COLUMBUS CLINIC, P.C.

3897.  COLUMBUS ELECTRIC COOPERATIVE, INC.

3898.  COLUMBUS EQUIPMENT COMPANY

3899.  COLUMBUS HOSP

3900.  COLUMBUS MANAGEMENT, INC.

3901.  COLUMBUS MCKINNON CORPORATION

3902.  COLUMBUS MEDI

3903.  Column Technologies, LLC

3904.  COLUMN5 CONSULTING, LLC

3905.  Colusa Medical Center, LLC

3906.  COLUSA REGIONAL MEDICAL CENTER, INC.

3907.  COLWILL ENGINEERING, INC.

3908.  COMAU LLC

3909.  COMBINED TRANSPORT, INC.

3910.  COMBS INDUSTR

3911.  Comcap Management LLC

3912. COMCAST CABLE COMM. MGMT, UNIVERSAL ORL.

3913. COMET INDUSTRIES, INC.

3914. COMFORT BRIDGE DBA CARE SYNERGY

3915. COMGRAPHICS, INC.

3916. COMMACK UNION FREE SCHOOL DISTRICT 10

3917. COMMAND CENTER INC.

3918. Commando, LLC

3919. COMMDEX CONSU

3920. Commercial & Industrial Piping, Inc.

3921. Commercial Air Systems

3922. COMMERCIAL CREAMERY COMPANY

3923. Commercial Credit Group Inc.

3924. COMMERCIAL PL

3925. Commercial Printers, Inc.

3926. Commercial Storefront Services, Inc.

3927. COMMERCIAL WAREHOUSE & CARTAGE, INC.

3928. COMMODORE CON

3929. Commodore Construction Group, Inc.

3930. Common Ground Culinary

3931. Common Sense Inspection, Inc.

3932. COMMONWEALTH

3933. Commonwealth Dairy LLC

3934. COMMONWEALTH FIRE PROTECTION COMPANY

3935. Communicare Technology, Inc. dba Pulsara

3936. COMMUNICATION INFRASTRUCTURE CORP.

3937. COMMUNICATIONS ENGINEERING, INC.

3938. COMMUNICATIONS STRATEGY GROUP, INC.

3939. Communications Venture Corporation dba Indigital

3940. Communities In Schools of Tennessee

3941. COMMUNITY ACTION CORPORATION

3942. COMMUNITY ACTION PARTNERSHIP OF STRAFFORD COUNTY

3943. COMMUNITY ACTION TEAM, INC.

3944. COMMUNITY AGAINST VIOLENCE

3945. COMMUNITY BANK OF FLORIDA

3946. COMMUNITY BRANDS HOLDCO, LLC

3947. COMMUNITY COU

3948. COMMUNITY COUNSELING SERVICE

3949. COMMUNITY ELDERCARE SERVICES, LLC

3950. Community Entry Services

3951. COMMUNITY FIR

3952. COMMUNITY FOODBANK OF NEW JERSEY

3953. Community Foundation for Greater Atlanta, Inc

3954. Community Health Center of Central Wyoming, Inc.

3955. COMMUNITY HEALTH CENTERS OF PINELLAS, INC.

3956. Community Health Partners

3957. COMMUNITY HEALTH SERVICES OF LAMOILLE VALLEY

3958. COMMUNITY HOS

3959. COMMUNITY HOSPICE OF TUSCARAWAS CO.

3960. Community Investors, Inc.

3961. COMMUNITY LAB

3962. COMMUNITY LEA

3963. COMMUNITY LEG

3964. COMMUNITY LINK, INC.

3965. COMMUNITY LIVING ASSOCIATION

147

3966. Community National Bank

3967. COMMUNITY REACH CENTER

3968. Community Rehab Associates, Inc.

3969. Community Resources and Housing Development Corp

3970. COMMUNITY SCHOOL OF NAPLES

3971. COMMUNITY SPECIALISTS, L.P.

3972. COMMUNITY UNI

3973. COMMUNITY YOUTH SERVICES

3974. Commure

3975. COMP DRUG

3976. COMPANION SECURITY GROUP, LLC

3977. COMPARENETWORKS, INC

3978. COMPASS CHRISTIAN CHURCH

3979. Compass Construction Management Inc.

3980. Compass Group Management, LLC

3981. Compass High School, Inc.

3982. Compass Laboratory Services, LLC

3983. COMPASS SYSTE

3984. COMPASS, INC.

3985. COMPASS...FOR LIFELONG DISCOVERY

3986. Compeat, Inc.

3987. COMPETENTIA

3988. COMPETITION CAMS, INC.

3989. Competitive Innovations, LLC

3990. Complete Aluminum General Building Contractors, Inc.

3991. COMPLETE BUSI

3992. Complete Cleaning Company, Inc.

3993.  Complete Home Health Care, LLC

3994.  COMPLETE LANDSCULPTURE OF TEXAS, LP

3995.  COMPLETE MEDICAL HOMECARE, INC.

3996.  Complete Merchant Solutions, LLC

3997.  Complete Network Support LLC

3998.  Complete Parachute Solutions, Inc.

3999.  COMPONENTS DISTRIBUTORS, INC.

4000.  Composite Cooling Solutions, LP

4001.  COMPOUND PHOTONICS US CORPORATION

4002.  Comprehensive Clinical Development

4003.  COMPREHENSIVE COMPUTER CONSULTING, INC. DBA 3CI

4004.  Comprehensive Engineering Services, Inc.

4005.  COMPREHENSIVE INTERVENTIONAL CARE

4006.  COMPREHENSIVE MENTAL HEALTH SERVICES, INC.

4007.  COMPRESSION LEASING SERVICES

4008.  Compressor Engineering Corp

4009.  COMPUBILL SYS

4010.  Compudata Products, Inc dba CPI One Point

4011.  COMPUNET, INC.

4012.  COMPUTACENTER US INC.

4013.  Computer Aided Technology, LLC

4014.  COMPUTER CONC

4015.  COMPUTER GENERATED SOLUTIONS, INC.

4016.  Computer Global Solutions, Inc.

4017.  COMPUTER GUIDANCE CORPORATION

4018.  COMPUTER INFORMATION CONCEPTS, INC.

4019.  COMPUTER PROJ

4020.   Computer Solutions, Inc.

4021.   COMPUTER TECHNOLOGIES U.S.A. LLC

4022.   Computer Technologies USA, LLC

4023.   COMPUTER WORLD SERVICES CORP.

4024.   COMPUTER WORLD SERVICES, CORP.

4025.   COMPUTERS UNLIMITED

4026.   COMPUTEX TECH

4027.   COMPUTRONIX (

4028.   Compuware Corp.

4029.   ComRent International, LLC

4030.   COMSOURCE MANAGEMENT INC.

4031.   Comstock Holding Companies, Inc.

4032.   Comstock Resources, Inc.

4033.   CONATUS CAPITAL MANAGEMENT, L.P.

4034.   CONCENTRIC ADVISORS INC.

4035.   CONCENTRIX CORPORATION

4036.   Concept Consulting LLC

4037.   Concept Plastics

4038.   Concept Systems Inc.

4039.   CONCEPT TECHN

4040.   CONCERTO HEAL

4041.   CONCESSIONS INTERNATIONAL, LLC

4042.   CONCISE FABRI

4043.   Concord Engineering & Surveying, Inc.

4044.   CONCORD GENERAL MUTUAL INSURANCE COMPANY

4045.   CONCORD MUSIC

4046.   CONCORD RIG SERVICES LLC

4047.  CONCORDE CAREER COLLEGES, INC.

4048.  CONCORDE, INC.

4049.  CONCORDIA HEALTH PLAN

4050.  CONCORDIA LEARNING CENTER

4051.  CONCRETE CONC

4052.  Concrete Equipment & Supply, LLC

4053.  CONCRETE EXPRESS, INC

4054.  CONCRETE SYSTEM, INC.

4055.  Concrete Works of Colorado, Inc.

4056.  CONCURRENT RE

4057.  CONCUT, INC.

4058.  Condit Exhibits, LLC

4059.  Conditioned Air Company of Naples, LLC

4060.  Condon Tobin Sladek Thornton PLLC

4061.  CONDON, O'MEARA, MCGINTY, & DONNELLY LLP

4062.  CONDON-JOHNSO

4063.  CONDUMEX, INC

4064.  Conejos County

4065.  CONFERENCE TE

4066.  ConferenceDirect LLC

4067.  CONFIRMIT, INC.

4068.  Confluence Builders, LLC

4069.  CONFLUENCE ENERGY, LLC

4070.  Confluence Investment Management LLC

4071.  CONFLUENT STRATEGIES, LLC

4072.  Confluent, Inc.

4073.  CONFUCIUS PHARMACY, INC.

4074. CONGOLEUM ACQ

4075. CONGRESS MEDI

4076. CONIFER SPECIALTIES, INC.

4077. CONITEX SONOC

4078. CONKLIN METAL INDUSTRIES, INC.

4079. Connect Financial Software Solutions

4080. CONNECTICUT ONLINE COMPUTER CENTER

4081. CONNECTSOLUTI

4082. Connell Resources, Inc.

4083. Connelly School of the Holy Child

4084. CONNEXTA, LLC

4085. CONNOLLY GALLAGHER LLP

4086. CONNOR BUILDI

4087. Connvertex Technologies

4088. CONOR PACIFIC

4089. CONRAD COMPANY, THE

4090. CONRAD N. HIL

4091. Conservancy for Cuyahoga Valley National Park

4092. Consolidated Children's Apparel

4093. CONSOLIDATED EDISON COMPANY OF NEW YORK

4094. CONSOLIDATED INVESTMENT GROUP, LLC

4095. Consolidated Management of Greenville Inc.

4096. CONSOLIDATED STAFFING, INC.

4097. CONSOLIDATED TRADING LLC

4098. CONSOLIDATED UTILITY DISTRICT OF RUTHERFORD COUNTY

4099. CONSOLIDATED WELLSITE SERVICES

4100. CONSTELLATION SOFTWARE ENGINEERING CORP.

4101.  CONSTRUCTION

4102.  Construction 70, Inc.

4103.  CONSTRUCTION INDUSTRY WELFARE FUND

4104.  Construction One, Inc.

4105.  CONSTRUCTION TRADES SERVICES, INC.

4106.  CONSTRUCTIVE PARTNERSHIP UNLIMITED

4107.  CONSULATE GEN

4108.  Consulting Engineer Services Inc.

4109.  CONSULTIS FUN

4110.  Consultis Funding, Inc.

4111.  Consultnet

4112.  CONSULTNET, LLC

4113.  Consumer Adjustment Company, Inc.

4114.  CONSUMER CELLULAR, INC.

4115.  CONSUMER CRUS

4116.  Consumer Education Services, Inc.

4117.  Consumer Justice Center Inc.

4118.  CONSUMER LINK

4119.  CONSUMER PROD

4120.  Consumer Sales Solutions, LLC

4121.  CONTAINER RECOVERY, INC.

4122.  Container Salvage Company, Inc.

4123.  Contango Oil & Gas Company

4124.  Contec Americas Inc.

4125.  Contemporary Contractors, Inc.

4126.  CONTEMPORARY SERVICES CORPORATION

4127.  CONTENT CRITICAL, LLC

4128.  CONTINENTAL COMMUNITIES

4129.  CONTINENTAL DATALABEL, INC.

4130.  Continental Divide Electric Cooperative

4131.  CONTINENTAL ENERGY SERVICES, LLC

4132.  CONTINENTAL ENVELOPE

4133.  Continental Finance Company LLC

4134.  Continental Flooring Company

4135.  Continental Property Management LLC

4136.  CONTINENTAL RESOURCES, INC.

4137.  CONTINENTAL V

4138.  Continuum Affiliates, LLC

4139.  Continuum Company

4140.  CONTINUUM HEALTH MANAGEMENT, LLC

4141.  Continuum Packing Solutions, LLC

4142.  CONTRACT FREIGHTERS, INC. (CFI)

4143.  CONTRACTOR MA

4144.  CONTRACTORS REGISTER, INC.

4145.  CONTRAST SECU

4146.  CONTRAVEST MA

4147.  Control Concepts, Inc.

4148.  CONTROL POINT CORPORATION

4149.  CONTROL PRODU

4150.  CONTROL SOUTHERN, INC.

4151.  CONTROL TECHNOLOGIES, INC.

4152.  CONTROLLED FL

4153.  CONTROLLED PRODUCTS SYSTEMS GROUP, INC.

4154.  CONVATEC INC.

154

4155.  Convercent, Inc.

4156.  CONVERGENCE ACCELERATION SOLUTIONS

4157.  CONVERGENCE TECHNOLOGY CONSULTING, LLC

4158.  CONVERT2MEDIA, LLC

4159.  CONVEY HEALTH SOLUTIONS

4160.  CONVEYOR HANDLING COMPANY, INC.

4161.  CONVEYORS, INC.

4162.  Conviso, Inc.

4163.  CONVIVA, INC.

4164.  Conway & Owen, Inc.

4165.  COOK FAMILY ENTERPRISES, LLC DBA MASSAGE ENVY

4166.  COOK MARTIN POULSON, P.C.

4167.  COOKIEBAKER, LLC DBA TWINSTAR BAKERY

4168.  COOK-ILLINOIS CORP.

4169.  COOL AIR MECHANICAL LLC

4170.  COOLERADO CORPORATION

4171.  COOLFIRE STUDIOS, LLC

4172.  COOPER AERIAL

4173.  COOPER HEATIN

4174.  Cooper Mechanical Services, Inc.

4175.  COOPERATIVE AGRICULTURAL PRODUCERS, INC.

4176.  COOPERSURGICAL, INC.

4177.  COOPERVISION, INC.

4178.  Coperion Corporation

4179.  COPIC TRUST

4180.  Copper Cane, LLC

4181.  Copper Spring Ranch, LLC

4182. COPPER STATE

4183. COPPER STATE BOLT & NUT CO.

4184. COPPERSMITH BROCKELMAN PLC

4185. Copperstate Farms Management, LLC

4186. COPYLITE PRODUCTS CORPORATION

4187. Coral Academy of Science Reno

4188. CORAL GABLES

4189. Corbett Inc.

4190. CORBIN PACIFIC, INC.

4191. CORBINS SERVI

4192. CORCEPT THERA

4193. CORDANT HEALTH SOLUTIONS, LLC

4194. CORDILLERA CORPORATION AND AFFILIATED COMPANIES

4195. CORDILLERA METRO DISTRICT

4196. Core & Main LP

4197. Core Communication LLC

4198. CORE Dental Partners, LLC

4199. Core Insulation Contractors, LLC

4200. CORE NUTRITION, LLC

4201. CORE PROFESSI

4202. Core Secure LLC

4203. CoreCard Software Inc.

4204. CORECOMMODITY

4205. COREGISTICS/ IAM ACQUISITION, LLC

4206. COREL, INC.

4207. CORELIGHT, IN

4208. CORESITE

4209. CORE-TECH WIRELINE SERVICES, LLC

4210. CoreView USA, Inc.

4211. CORIANDER WOOD DESIGNS, INC.

4212. CORINTH COCA-COLA BOTTLING WORKS INC

4213. CORMATRIX CARDIOVASCULAR, INC.

4214. CorneaGen

4215. CORNELIA NIXON DAVIS, INC

4216. CORNELLA BROTHERS INC

4217. CORNER MANAGE

4218. Cornerstone Apartment Services, Inc.

4219. CORNERSTONE APPAREL, INC. DBA PAPAYA CLOTHING

4220. CORNERSTONE BUSINESS MGMT.

4221. CORNERSTONE C

4222. CORNERSTONE CAPITAL BANK, SSB

4223. Cornerstone Chapel

4224. Cornerstone Christian Academy for Learning

4225. Cornerstone Consulting Group, LLC

4226. CORNERSTONE DEFENSE, INC.

4227. CORNERSTONE ONDEMAND

4228. CORNERSTONE ORTHOPAEDICS AND SPORTS MEDICINE

4229. CORNERSTONE PROGRAMS

4230. Cornerstone Prosthetics & Orthotics

4231. CORNERSTONE SYSTEMS, INC.

4232. CORNERSTONE UNITED, INC

4233. Coronado Steel

4234. CORPAC STEEL

4235. Corporate Building Services, Inc

4236. CORPORATE COFFEE SYSTEMS LLC

4237. CORPORATE FIT

4238. Corporate Flight International

4239. CORPORATE IMA

4240. Corporate Insight, Inc.

4241. CORPORATE TEC

4242. Corporate Translation Services

4243. CORPORATE VIS

4244. CORR TECH, INC.

4245. Corra Technology Inc

4246. CORR-JENSEN, INC.

4247. Corrosion Resistant Alloys, LP

4248. Corrugated Replacements, Inc.

4249. Corsair Memory, Inc.

4250. Corserva, Inc.

4251. CORTLAND HOLDINGS, LLC

4252. Corundum Holdings, Inc.

4253. Corwin Beverage Co.

4254. CORY PACKAGING, INC.

4255. COSANTI ORIGINALS

4256. COSENTINO NORTH AMERICA, INC.

4257. COSM, INC.

4258. COSO OPERATING COMPANY

4259. COSP LAW, PL

4260. COSTELLO, INC.

4261. COSTROTTA CON

4262. Costume Gallery Holdings, LLC

4263.  Cotopaxi School District RE 3

4264.  COTT SYSTEMS, INC.

4265.  COTTLEVILLE COMMUNITY FIRE PROTECTION DISTRICT

4266.  COTTON & COMPANY

4267.  Cottonwood Capital Management, Inc.

4268.  COTTONWOOD DE TUCSON

4269.  COTTONWOOD FI

4270.  COTTRELL INC.

4271.  COTY INC.

4272.  COUGAR DRILLING SOLUTIONS USA INC.

4273.  Coughlin Company

4274.  COULEE MEDICAL CENTER

4275.  COULTER AUTOMOTIVE GROUP

4276.  COUNCIL TOOL COMPANY

4277.  COUNSELING SERVICE OF ADDISON COUNTY, INC.

4278.  Country Club of Charleston

4279.  Country Club of Columbus

4280.  COUNTRY DOCTOR COMMUNITY CLINIC

4281.  Country Fresh Holdings, LLC

4282.  COUNTRY HOME PRODUCTS, INC.

4283.  COUNTY OF BOULDER, STATE OF COLORADO

4284.  COUNTY OF CHESHIRE

4285.  COUNTY OF EL PASO SCHOOL DISTRICT 2 - HA

4286.  COUNTY OF LOUDOUN, VIRGINIA

4287.  COUNTY OF MON

4288.  COUNTY OF MONTEZUMA DBA MANCOS SCHOOL DISTRICT RE-

4289.  COUNTY OF PLATTE

4290.  COUNTY OF PRINCE GEORGE

4291.  COUNTY OF RIO GRANDE CONSOLIDATED SCHOOL DIST. #8

4292.  COUNTY OF WILSON

4293.  COUNTY OF YORK VIRGINIA

4294.  COUPON CABIN HOLDINGS, LLC

4295.  COURISTAN, INC.

4296.  Course5 Intelligence PVT LT

4297.  COURSERA, INC

4298.  Courtesy Automotive Group, Inc

4299.  COURTLAND HARDWARE INC.

4300.  Courtyard Gardens Rehabilitation

4301.  Courtyard Properties

4302.  Cove Property Management LP

4303.  COVENANT

4304.  COVENANT COLLEGE

4305.  Covenant House of Florida

4306.  COVENANT RISK MANAGEMENT, LLC

4307.  COVENANT SERV

4308.  COVENANT SERVICES WORLDWIDE, LLC.

4309.  COVEO SOFTWAR

4310.  Covex LLC

4311.  COVINGTON & BURLING LLP

4312.  COVINGTON RET

4313.  Covington Water District

4314.  COWABUNGA, IN

4315.  COWBOY DODGE, INC.

4316.  Cowboy State Trucking

4317. COWETA COUNTY BOARD OF COMMISSIONERS

4318. Cowperwood Employee Services

4319. Cowtan & Tout, Inc.

4320. Cowtown Redi Mix, Inc.

4321. Cox Subscriptions, Inc.

4322. COXWELLS, INC. DBA COXREELS

4323. COYNE PUBLIC

4324. CP Commercial Holdings LLC

4325. CP COMMUNICAT

4326. CP COMPANY

4327. CP&Y, INC.

4328. CPC Construction LLC

4329. CPCneutek

4330. CPF RECOVERY WAYS HOLDINGS, LLC

4331. CPI DAYLIGHTI

4332. CPI PACKAGING, INC.

4333. CPMC, LLC

4334. CPS Professional Services, LLC

4335. CPSG PARTNERS

4336. CQG, INC.

4337. CQUENTIA NGS,

4338. CR Fitness LP

4339. CR Mrig Company dba Academic Impressions

4340. CRA, INC.

4341. CRABEL OPERATIONS, LLC

4342. CRAFT RESTAURANTS, LTD

4343. CRAFTMARK BAK

4344.  CRAFTSMEN TRANSPORTATION SERVICES, LLC

4345.  Crafty Beaver Home Center No 1

4346.  CRAIG SWAPP & ASSOCIATES

4347.  Craigslist, Inc.

4348.  CRAMER ROSENTHAL MCGLYNN, LLC

4349.  CRANEWARE, IN

4350.  CRANFILL, SUMNER & HARTZOG L.L.P.

4351.  CRAVATH, SWAINE & MOORE LLP

4352.  Crawford Grading & Pipeline, Inc.

4353.  CRAWFORD STEEL COMPANY, INC.

4354.  Crawford Technologies USA Inc.

4355.  Crazy Cousins, Inc.

4356.  CRC Construction, Inc.

4357.  CREAM-O-LAND DAIRIES, LLC

4358.  CREATE ADVERT

4359.  CREATION TECHNOLOGIES INC.

4360.  Creative Business Solutions, Inc.

4361.  CREATIVE CENT

4362.  CREATIVE CHILDREN'S ACADEMY DBA QUEST ACADEMY

4363.  CREATIVE CIRCLE, LLC

4364.  Creative Electronics & Software, Inc.

4365.  CREATIVE FOOD

4366.  CREATIVE MACHINES, INC.

4367.  CREATIVE MANAGEMENT SERVICES, LLC

4368.  Creative Sign Designs, LLC

4369.  CREATIVE SPA MANAGEMENT

4370.  Creative Systems and Consulting, LLC

4371.   CREATIVITY FOR RENT, LLC DBA ENGRAIN

4372.   CREATURE, LLC

4373.   CREDIBLE WIRELESS, INC.

4374.   Credit Union Loan Source, LLC

4375.   CREDIT UNION MORTGAGE ASSOCIATION, INC.

4376.   Credit Union of Atlanta

4377.   CREDIT UNION OF COLORADO

4378.   CREDIT UNION WEST

4379.   CREDITSAFE US

4380.   Credo Construction, Inc

4381.   Credo Semiconductor, Inc.

4382.   CRES MANAGEMENT, LLC

4383.   CRESCEND TECHNOLOGIES, LLC

4384.   CRESCENT COMMUNITIES, LLC

4385.   Crescent Homes, LLC

4386.   CRESCENT POINT ENERGY U.S. CORP

4387.   CRESCENT REAL ESTATE EQUITIES, LLC

4388.   Crescent Systems, Inc.

4389.   CREST INVESTM

4390.   Crestline Investors, Inc.

4391.   Crestmont Country Club, Inc.

4392.   CRESTMONT MANAGEMENT

4393.   CRESTONE GROUP, LLC

4394.   CRESTRON ELECTRONICS, INC.

4395.   CRESTTEK, LLC

4396.   Crestwood Behavioral Health, Inc.

4397.   CRESTWOOD METAL CORP.

4398. Creter Vault Corporation

4399. CRI ADVANTAGE INC.

4400. CRIDER HEALTH CENTER, INC

4401. CriminalRecordCheck.com, Inc.

4402. CRIMSON WINE

4403. CRISDEL GROUP

4404. CRISTAL METALS, INC.

4405. CRITEO CORPOR

4406. Critical Care & Pulmonary Consultants

4407. CRITICAL CARE, PULMONARY AND SLEEP

4408. Critical Path Institute

4409. Critical Power Tower Services

4410. CRITICAL PROCESS SYSTEMS GROUP

4411. Critigen, LLC

4412. CRITIQUE, INC

4413. Crittenden EMS LLC

4414. Croft Production Systems, Inc.

4415. Cronin Group Holdings, LLC

4416. CRONUS TECHNOLOGY, INC.

4417. CROOKED STAVE

4418. CROOM CONSTRU

4419. CROSS COUNTRY HEALTHCARE, INC.

4420. CROSS COUNTY

4421. CROSS INTERNATIONAL, INC.

4422. Cross Pointe The Church at Gwinnett Center

4423. Cross Timbers Surgery Center, L.P.

4424. Crossbeam Investments, LLP

4425. CrossCheck, Inc.

4426. CROSSCHX, INC.

4427. CROSSFIRE, LL

4428. CROSSFIT, INC.

4429. CROSSOVER HEALTH MANAGEMENT SERVICES, INC.

4430. CrossRidge Precision, Inc.

4431. CROSSROADS BIBLE CHURCH

4432. CROSSROADS CO

4433. Crouse and Associates Insurance Brokers, Inc.

4434. CROWDER CONSTRUCTORS, INC.

4435. CROWDTWIST, INC.

4436. Crowley County School District

4437. CROWLEY'S YACHT YARD LAKESIDE, LLC

4438. Crown & Caliber, LLC

4439. CROWN AUTO DE

4440. CROWN BEVERAGES, INC.

4441. Crown Distributors, LLC

4442. Crown Packaging/Polycon Industries

4443. Crown Products and Services, Inc.

4444. Crown Relocations

4445. CROWN SUPPLY COMPANY

4446. CRP Industries Inc.

4447. CRS HARDWARE CORP

4448. CRS Solutions Intermediate, LLC

4449. Cruise Ventures, Inc.

4450. Crump-Reese Motor /CRC Auto Group

4451. Crunchy Data Solutions, Inc.

4452.  CRUTCHFIELD CORPORATION

4453.  Crux Subsurface

4454.  CRW Corp.

4455.  CRYE AMERICAN

4456.  CRYOFAB, INC.

4457.  Crystal Lake Rehabilitation and Care Center

4458.  CRYSTAL OF AMERICA, INC.

4459.  CRYSTAL RIVER RANCH CO. LLP

4460.  CRYSTAL ROCK HOLDINGS, INC.

4461.  CRYSTAL SPRINGS COUNTRY CLUB

4462.  Crystal Springs Print Works, Inc.

4463.  CS PRECISION MANUFACTURING, INC.

4464.  CS&P TECHNOLOGIES, LP

4465.  CSA CONSTRUCT

4466.  CSA Group

4467.  CSC SERVICE WORKS

4468.  CSCI, LLC

4469.  CSDVRS, LLC

4470.  CSE FEDERAL C

4471.  CSG CONSULTANTS, INC.

4472.  CSHQA, Inc.

4473.  CSI INTERNATI

4474.  CSI-GLOBALVCARD, LLC

4475.  CSS Payroll Co. LP

4476.  CSS STUDIOS LLC

4477.  CSTK, INC.

4478.  CT LOWNDES &

4479.  CTAP, LLC

4480.  CTD, INC. (CH

4481.  CTI, INC.

4482.  CTIA - THE WIRELESS ASSOCIATION

4483.  CTIA-THE WIRE

4484.  CTR MANAGEMENT, INC.

4485.  CTS Engineering, Inc.

4486.  CTSI-CES FACILITY SERVICES, LLC.

4487.  CTT Inc

4488.  CTVS

4489.  CU ATM SERVICES, LLC

4490.  CUATRO LLC DBA ACCESS MEDICARE

4491.  CUBIC TECHNOL

4492.  CUCINA! CUCIN

4493.  CULBERTSON COMPANY OF VIRGINIA

4494.  CULINARY SERVICES GROUP, LLC

4495.  Cullari Carrico, LLC

4496.  Cullum Development, Inc.

4497.  CULTURAL ARTS ACADEMY CHARTER SCHOOL

4498.  CULTURAL EXPERIENCES ABROAD

4499.  Culver Equipment, LLC

4500.  CUMBERLAND ADVISORS, INC.

4501.  CUMBERLAND CO

4502.  CUMBERLAND COUNTY HEALTH SYSTEM, INC.

4503.  CUMBERLAND HE

4504.  CUMBERLAND IN

4505.  CUMBERLAND VALLEY MANOR, INC.

4506. Cummings Construction Corp

4507. CUNNINGHAM FIRE PROTECTION DISTRICT

4508. Cuny & Guerber, Inc.

4509. Cura CS LLC

4510. Curaleaf NJ, Inc.

4511. Curant Health

4512. CURESEARCH FOR CHILDREN'S CANCER

4513. CURRITUCK COUNTY

4514. CURT MANUFACTURING, LLC.

4515. Curtain Wall Design & Consulting, Inc.

4516. CURTIS INDUST

4517. Curtis Kindred Inc.

4518. CURTIS MABERRY FARM INCORPORATED

4519. CURTIS, MALLET-PREVOST, COLT

4520. CURTISS-WRIGHT CORPORATION

4521. CURVATURE, INC.

4522. CUSTOM ALLOY CORPORATION

4523. Custom America, Inc.

4524. CUSTOM BILT H

4525. CUSTOM BLENDING, INC

4526. Custom Computer Cables of America, Inc.

4527. Custom Control Concepts, LLC

4528. Custom Decorators, Incorporated

4529. CUSTOM DREDGE WORKS, INC.

4530. CUSTOM ECOLOGY, INC.

4531. CUSTOM ENVIRO

4532. CUSTOM FIBERGLASS INC.

4533. CUSTOM GOODS,

4534. Custom Grading, Inc.

4535. CUSTOM INSTRUMENTATION SERVICES, INC.

4536. CUSTOM LEASIN

4537. Custom Machining Corporation

4538. Custom Machining Services, Inc.

4539. CUSTOM MICROWAVE INC. DBA CMI

4540. Custom Microwave, Inc.

4541. CUSTOM MOLDERS GROUP, LLC

4542. Custom Personalization Solutions, LLC

4543. Custom Steel Fabricators, Inc.

4544. CUSTOM STORAGE INC. DBA CSTOR

4545. CUSTOM WELDING OF HOBBS, INC.

4546. Customer Engineering Services, LLC

4547. CUSTOMFORM TRANSPORTATION

4548. CUSTOMINK, LLC.

4549. CUSTOMIZED DISTRIBUTION SERVICES, INC.

4550. CUSTOMIZED DISTRIBUTION, LLC

4551. CUTANEA LIFE

4552. CUTERA, INC.

4553. CUTISCARE LLC

4554. Cutler Group, LP

4555. CUTRALE CITRUS JUICES USA, INC.

4556. Cutrale Farms, Inc.

4557. Cutrubus Motors Group

4558. CUTTING EDGE STEEL, INC.

4559. Cuzdey, Ehrmann, Wagner, Stine, Sansalone & Bobe

4560.  CV TOOL COMPANY, INC.

4561.  CVC CAPITAL PARTNERS ADVISORY (US) INC.

4562.  CVC CREDIT PARTNERS, LLC

4563.  CVO HOLDING C

4564.  CVS SYSTEMS, INC.

4565.  CW & Sons Infrastructure, Inc.

4566.  CW CONSTRUCTION & DEVELOPMENT, LLC

4567.  CWIS LLC

4568.  CWPM, LLC

4569.  CXLOYALTY

4570.  CY RESEARCH, INC.

4571.  CYANCO HOLDIN

4572.  Cyber Defense Labs LLC

4573.  CYBERA, INC.

4574.  CYBERDATA TEC

4575.  CYBERDEFENSES, INC.

4576.  CYBERSCOUT

4577.  CYBERTRAILS, LLC

4578.  Cybrary, Inc.

4579.  CYCLE EXPRESS DBA NATIONAL POWERSPORT AUCTIONS

4580.  CYCLE GEAR, I

4581.  Cyclone Land Development

4582.  CyFIR LLC

4583.  CYIENT INC.

4584.  Cyma Builders and Construction Managers

4585.  Cymer, LLC

4586.  CYNERGY SYSTEMS, INC.

4587.   Cynosure Technologies, LLC

4588.   CYONE, INC.

4589.   CYPRESS COMMU

4590.   Cypress Creek Emergency Medical Services Associati

4591.   CYPRESS CREEK EMS

4592.   Cypress Creek Pest Control

4593.   Cyprus, Inc.

4594.   CYTOMEDIX, INC.

4595.   CYTOSORBENTS

4596.   CZ-USA

4597.   D & D ELECTRI

4598.   D & D Group LTD

4599.   D & D MANAGEMENT D.B.A. GRAND FOOD CENTER

4600.   D & J Construction, Inc.

4601.   D and D Group, Ltd.

4602.   D J Neff Enterprises, Inc dba Neff & Associates

4603.   D M S HOLDINGS, INC. DBA HEALTHSMART INTERNATIONAL

4604.   D&A Mattress Inc.

4605.   D&A MCRAE INC.

4606.   D&D Motors, Inc.

4607.   D&D Plumbing, Inc.

4608.   D&E STEEL SERVICES, INC.

4609.   D&H UNITED FUELING SOLUTIONS, INC.

4610.   D&L ELECTRIC

4611.   D&V, Inc. dba D&V Autobody

4612.   D. BERTOLINE

4613.   D. E. SHAW & CO., L.P.

4614.  D. R. Reynolds Company, Inc.

4615.  D.A. INC.

4616.  D.R. HORTON, INC.

4617.  D.T. Chicagoland Express, Inc. dba CXI Trucking

4618.  D.W. MORGAN C

4619.  D.W. Transport & Leasing Inc.

4620.  D4D TECHNOLOGIES, LLC

4621.  DA Schoggin, Inc. dba Techlight

4622.  DAC VISION INCORPORATED

4623.  D'Addario Industries, Inc.

4624.  DAEGIS INC.

4625.  Dahle/Meyer Imports, L.L.C

4626.  Dahlgren Industrial Inc.

4627.  DAHLGREN LOGGING, INC.

4628.  DAIDO CORPORA

4629.  DAIICHI SANKYO, INC.

4630.  DAILY INCHES, INC. DBA KAPOST

4631.  DAILY MUSE INC.

4632.  DairyWay Transport Inc.

4633.  DAISY BRAND, LLC

4634.  DAIWA CAPITAL MARKETS AMERICA INC.

4635.  Dakota Management Company, Inc.

4636.  DALCO INDUSTRIES INC

4637.  DALE HOLDINGS, INC.

4638.  DALEY ACQUISI

4639.  Dallas 1 Corporation

4640.  Dallas Athletic Club

4641. Dallas Black Dance Theatre, Inc.

4642. DALLAS CASA

4643. DALLAS DOOR &

4644. Dallas Door & Supply Co.

4645. Dallas Lighthouse for the Blind

4646. Dallas Medical Center

4647. DALLAS MUSEUM

4648. Dallas Petroleum Club

4649. DALLAS SECURI

4650. DALLESPORT FOUNDRY

4651. Dalton Truck Inc

4652. Daly Computers, Inc.

4653. Daly Seven, Inc.

4654. DAn Solutions, Inc.

4655. DANA INNOVATI

4656. DANA TRANSPORT, INC.

4657. DANAHER CORPORATION (ACTIVES)

4658. DANAHER CORPORATION (RETIREES)

4659. DANBURY PUBLIC SCHOOLS

4660. Danby Products Inc.

4661. DANCKER, SELLEW & DOUGLAS INC.

4662. DANIA ENTERTAINMENT CENTER

4663. DANIEL DEFENSE, INC.

4664. DANIEL ISLAND ASSOCIATES, LLC

4665. DANIELI CORPORATION

4666. Daniels Fund

4667. DAN-LOC BOLT & GASKET

4668.   DANONE NORTH AMERICA

4669.   DANSK INVESTMENT GROUP, INC.

4670.   Danson Construction LLC

4671.   Dansons USA Inc.

4672.   Dansons, Inc

4673.   DANZEISEN DAIRY LLC

4674.   DAQ ELECTRONI

4675.   DARE FOODS INCORPORATED

4676.   Dare Foods, Inc.

4677.   Darex, LLC

4678.   Daria Metal Fabricators, Inc.

4679.   DARI-MART STORES, INC.

4680.   Darkblade Systems, LLC

4681.   Darktrace, Inc.

4682.   Darling Industries, Inc.

4683.   DARLING INGREDIENTS INC.

4684.   DARRAN FURNIT

4685.   DARRAN Furniture Industries, Inc.

4686.   DAS VENTURES LLC DBA THATCHER TECHNOLOGY GROUP

4687.   DASCO Supply, LLC

4688.   D'ASIGN SOURCE LLC

4689.   DASSAULT FALCON JET CORP.

4690.   Data Age Business Systems, Inc.

4691.   DATA COMMUNIQUE, INC.

4692.   DATA EXCHANGE

4693.   DATA FLOW SYSTEMS

4694.   DATA MAIL, INC.

4695.   DATA MANAGEMENT ASSOCIATES OF BREVARD

4696.   DATA MEANING SERVICES GROUP, INC.

4697.   DATA PARADIGM, INC.

4698.   Data Processing Solutions Inc.

4699.   DATA SEARCH NY, INC DBA TRAKAMERICA

4700.   DATA SYSTEMS & TECHNOLOGY

4701.   Data Tech Inc.

4702.   DATA TRANSFOR

4703.   Data Warehouse Labs, Inc.

4704.   DATA WORKS INCORPORATED

4705.   Databricks, Inc.

4706.   DataCore Software Corporation

4707.   DATA-CORE SYSTEMS, INC.

4708.   DataDirect Networks, Inc.

4709.   DataFirst Corporation

4710.   Datalysis LLC

4711.   DataMax System Solutions, Inc.

4712.   DATAMETRIX, INC.

4713.   DATAMYX, LLC

4714.   DataNet IT

4715.   DATAONLINE, LLC

4716.   DATASHIELD, LLC

4717.   Datasoft, Inc.

4718.   DataSpan Holdings, Inc.

4719.   DATASYS CONSULTING & SOFTWARE INC.

4720.   Datasys Consulting and Software Inc.

4721.   DATAVOX, INC.

4722. DATCU

4723. DATERA, INC.

4724. Datrium, Inc.

4725. DAVE CARTER & ASSOCIATES, INC.

4726. Dave, Inc.

4727. David Allen Enterprises dba Flatirons Practice

4728. DAVID BOLAND, INC.

4729. David Brown Santasalo USA Inc

4730. DAVID DRYE COMPANY, LLC

4731. DAVID EVANS ENTERPRISES, INC.

4732. DAVID H. FELL

4733. DAVID LAWRENCE MENTAL HEALTH CENTER, INC.

4734. DAVID OPPENHEIMER & COMPANY, LLC

4735. DAVID SUTHERLAND LLC

4736. David W. Bergquist, PLLC

4737. Davidoff of Geneva USA, Inc.

4738. Davidson Media Group, LLC

4739. DAVIDSON SURFACE/AIR, INC.

4740. Davidson Water, Inc.

4741. Davidson, Doyle & Hilton, LLP

4742. Davidson's Inc

4743. Davie Construction Company

4744. DAVIS DESIGN SOLUTIONS LLC DBA DAVIS

4745. DAVIS DEVELOPMENT, INC.

4746. Davis Industries, Inc.

4747. DAVIS MILES MCGUIRE GARDNER, PLLC

4748. DAVIS POLK

4749.  Davis, Pickren, Seydel & Sneed, LLC

4750.  DAVITA INC.

4751.  DAVLAN ENGINEERING, INC.

4752.  Daw Construction Group, LLC

4753.  Daws, Inc.

4754.  DAYBREAK EXPRESS, INC.

4755.  DAYMARK RECOVERY SERVICES, INC.

4756.  DAYTON CORRUGATED PACKAGING

4757.  DBA CONSTRUCT

4758.  DBC IRRIGATION SUPPLY

4759.  DBI BEVERAGE INC.

4760.  DBJJDM Enterprises, LLC dba WyoTech

4761.  DBK CONCEPTS,

4762.  DBSPECTRA, INC.

4763.  DCI International, LLC

4764.  DCI TECHNOLOGY SERVICES, LLC

4765.  DCM

4766.  DCM DATA SYSTEMS

4767.  DCR Workforce, Inc.

4768.  DCS MONTESSORI CHARTER SCHOOL

4769.  DCT Overhead, LLC

4770.  DD Oil Company, Inc.

4771.  DDP DMO SUPER

4772.  DDSEP, LLC

4773.  DDSports, Inc.

4774.  DE BEAUBIEN,

4775.  De La Salle High School of Concord, Inc.

4776. De Wilde and Basinger, Inc DBA Select Impressions

4777. DEAD RIVER COMPANY

4778. Dealers Supply & Lumber Company LLC

4779. DEALERS SUPPLY COMPANY

4780. DealersLink

4781. Dean Evans & Associates, Inc.

4782. DEAN SUPPLY COMPANY, INC.

4783. DEAN TECHNOLOGY, INC.

4784. DeAngelis Diamond Construction, LLC

4785. Dean's Pest Control, Inc. dba Deans Services

4786. DeBlois Electric, Inc.

4787. DEBOURGH MFG

4788. DECISION LENS

4789. DECISION TECH

4790. DECKER AUTO GLASS

4791. DECO RECOVERY

4792. DECOTIIS, FIT

4793. DECYPHER TECHNOLOGIES, INC.

4794. DEDICATED LOG

4795. Dedicated, LLC

4796. DEE CEE LABORATORIES, INC.

4797. Deep Imaging Technologies, Inc.

4798. DeepMap Inc

4799. DEEPWOOD VET CLINIC, INC.

4800. Deer Trail School District 26J

4801. DEERE AND AULT CONSULTANTS, INC.

4802. DEERFIELD DISTRIBUTING, INC.

4803.  DEERFIELD MANAGEMENT COMPANY

4804.  DEFENSE GROUP INC

4805.  Defero LLC

4806.  DEFIBTECH, LL

4807.  Defined Logic, LLC

4808.  DEFORD LUMBER CO., LTD.

4809.  DEGAN CONSTRU

4810.  Degan Construction, LLC

4811.  Deibel Laboratories

4812.  DEIST INDUSTRIES, INC.

4813.  DeJana Truck & Utility Equipment

4814.  DeJarnett Sales, Inc.

4815.  Dekker Vacuum Technologies, Inc.

4816.  DEKORON UNITH

4817.  DEKRA NORTH AMERICA

4818.  DEL DEVELOPMENT CORPORATION

4819.  DEL PIERO, LL

4820.  DEL-AIR

4821.  DELAWARE BRICK COMPANY

4822.  DELAWARE EXPRESS CO.

4823.  Delaware North America, LLC

4824.  DELAWARE STANDARDBRED OWNERS ASSOCIATION

4825.  DELAWIE

4826.  DELFIN GROUP USA, LLC

4827.  DELHI, INC.

4828.  DELHUR INDUSTRIES, INC

4829.  DELI PARTNERS, LLC

4830. Deli Star Corporation

4831. DELI-TIME, LLC

4832. DELIVERY LIMITED, LLC

4833. DELLINGER, INC.

4834. DELMAR INTERN

4835. DEL-NAT TIRE CORPORATION

4836. Delsey Luggage, Inc.

4837. DELTA AMBULANCE CORPORATION

4838. DELTA CARD SERVICES INC.

4839. DELTA CAREER EDUCATION CORPORATION

4840. DELTA COMPUTE

4841. DELTA ELECTRO

4842. Delta Mechanical, Inc.

4843. DELTA METALS

4844. Delta Metals Co., Inc.

4845. Delta Outsource Group, Inc.

4846. DELTA SYSTEMS ENGINEERING, INC.

4847. Deltec Homes, Inc

4848. DELUXE CORPORATION

4849. DELVIOM, LLC

4850. Demase Warehouse Systems, Inc.

4851. DEMATTEI WONG

4852. DEMATTEO MONNESS LLC

4853. DENALI FOODS,

4854. DENCO SALES CO

4855. DenCol Supply

4856. Denmar Services, Inc.

4857. Den-Mat Holdings, LLC

4858. DENODO TECHNO

4859. DENOVO SOLUTI

4860. DENSO PERSONNEL SERVICE AMERICA, INC.

4861. Dental Intelligence, Inc.

4862. DENTAL SERVICE

4863. DENTAL WHALE,

4864. DEN-TEX CENTR

4865. Dentologie P.C.

4866. Denton County ESD # 1

4867. DENTON HOUSE DESIGN STUDIO

4868. Denver Art Museum

4869. DENVER ARTHRITIS CLINIC

4870. DENVER BOTANIC GARDENS, INC.

4871. DENVER BRONCOS TEAM, LLC

4872. DENVER CENTER FOR THE

4873. DENVER CHILDREN'S HOME

4874. DENVER CHRISTIAN SCHOOLS

4875. DENVER COMMERCIAL BUILDERS, INC.

4876. DENVER COMMUNITY CREDIT UNION

4877. DENVER CORRID

4878. DENVER GLOBAL PRODUCTS, INC.

4879. Denver Intermodal Express

4880. DENVER INVESTMENT ADVISORS, LLC

4881. DENVER JEWISH DAY SCHOOL

4882. DENVER REGION

4883. Denver Research Institute

4884.  Denver Sports Performance

4885.  DENVER VAIL ORTHOPEDICS

4886.  DENVER WATER

4887.  DENVER WHOLESALE FLORISTS

4888.  DENVER ZOOLOGICAL FOUNDATION

4889.  DenWest Restaurants Inc.

4890.  DENYSE COMPAN

4891.  DEPENDABLE PA

4892.  DePrince, Race & Zollo, Inc.

4893.  DERECKTOR SHI

4894.  Derema Group, Inc.

4895.  DERIVE POWER, LLC

4896.  DERMATRAN HEALTH SOLUTIONS, LLC

4897.  Derrevere Stevens Black & Cozad

4898.  DERRYBERRY'S

4899.  DeSales Community Development

4900.  DES-CASE CORPORATION

4901.  Descours & Cabaud Inc and Subs

4902.  DESERET LABORATORIES, INC.

4903.  DESERT ACADEMY AT SANTA FE DBA DESERT ACADEMY

4904.  DESERT CHAMPIONS LLC

4905.  DESERT CHRISTIAN SCHOOLS

4906.  DESERT DE ORO FOODS, INC.

4907.  DESERT EXTRUSION CORPORATION

4908.  Desert Heights Charter Schools

4909.  DESERT IMAGING SERVICES, LP

4910.  DESERT MOUNTAIN CLUB, INC.

4911. DESERT MOUNTAIN CORPORATION

4912. Desert Ready Mix, LLC

4913. DESERT REFINED PRODUCTS TRANSPORT, INC.

4914. Desert States Contracting, Inc. dba J&W Excavating

4915. DESERT VALLEY PEDIATRICS, LTD

4916. DESERT VIEW CONSTRUCTION, INC.

4917. DESERT VIEW FAMILY MEDICINE

4918. DESIGN DISTRI

4919. Design District Management, Inc.

4920. Design Foundry, LLC

4921. DESIGN HOUSE KITCHENS & APPLIANCES, LLC

4922. DESIGN INTERA

4923. DESIGN SCIENC

4924. DESIGN SPACE

4925. DESIGN WORKSHOP,INC.

4926. DESIGNERS' PR

4927. DesignLine Corporation

4928. DesignPoint Solutions Inc

4929. DESIGNS FOR V

4930. DESIMONE CONSULTING ENGINEERING GROUP

4931. DESTINATION SERVICES CORPORATION

4932. DESTINATION W

4933. DESTINY TRANSPORTATION, INC.

4934. DET DISTRIBUTING

4935. Detail Design Inc.

4936. DETDSP INC.

4937. DETECTOR TECH

4938.  DETROIT ENGIN

4939.  DETROIT FORMING, INC.

4940.  DETYENS SHIPYARDS, INC

4941.  DeVault Operations, LLC

4942.  Devault Packing Company, Inc. dba Devault Foods

4943.  DEVELOPMENT C

4944.  DEVELOPMENT SPECIALISTS, INC.

4945.  DEVELOPMENTAL DISABILITIES ASSOCIATION OF NJ INC.

4946.  DEVENNEY GROUP, LTD., ARCHITECTS

4947.  Devetry Inc.

4948.  Devin Oil Company Inc

4949.  DEVINE MILLIMET & BRANCH PA

4950.  DeVita & Associates, Inc.

4951.  DevNW

4952.  DEVOE CONTRAC

4953.  DEVON BANK

4954.  Devs Foods 2 LLC

4955.  Devwire Consulting, LLC

4956.  DEW CONSTRUCTION CORP.

4957.  DEWALCH TECHN

4958.  DEWHIRST & DOLVEN, LLC

4959.  DEWIND CO.

4960.  DEWITT AND AS

4961.  Dexter Magnetic Technologies, Inc.

4962.  DEYOUNG MFG., INC.

4963.  DFC HOLDING,

4964.  DFJ MANAGEMEN

4965.  DFP, Inc. dba Ferrell Mittman

4966.  DFS GOURMET SPECIALTIES, INC.

4967.  DGC ENVIRONME

4968.  DGSE COMPANIES, INC.

4969.  DHC USA INC.

4970.  DHILLON MANAGEMENT COMPANY, LLC

4971.  DHPC TECHNOLO

4972.  D'HUY ENGINEE

4973.  DI OVERNITE I

4974.  DIA ASSOCIATE

4975.  DIA Associates LLC

4976.  DIABLO MEDIA LLC

4977.  DIAGNOSTIC AND INTERVENTIONAL SPINAL CARE

4978.  DIAGNOSTIC RA

4979.  DIALOG TELECOMMUNICATIONS, INC.

4980.  Dialysis Associates

4981.  Diamond B Operating LLC

4982.  DIAMOND BILLIARD PRODUCTS, INC.

4983.  DIAMOND CARPE

4984.  DIAMOND CELLOPHANE PRODUCTS

4985.  DIAMOND CHEMI

4986.  Diamond Electric, Inc

4987.  DIAMOND LINE DELIVERY SYSTEMS, INC.

4988.  DIAMOND MACHINE WERKS, INC.

4989.  DIAMOND MOUNTAIN CENTERS LP

4990.  DIAMOND OIL & GAS, LLC

4991.  DIAMOND PAINTING, LLC

4992.  DIAMOND PRODUCTS LIMITED

4993.  DIAMOND T SER

4994.  Diamond T Services, Inc.

4995.  DIAMOND TECHNOLOGIES, INC.

4996.  Diamond Wipes International

4997.  Diana Food, Inc.

4998.  Dias Management Inc

4999.  Diaz Wholesale & MFG. CO., Inc.

5000.  DIBBLE & ASSOCIATES CONSULTING ENGINEERS, INC.

5001.  DICAR, INC.

5002.  DICARLO DISTRIBUTORS, INC.

5003.  DICKENS QUALI

5004.  DICKERSON DISTRIBUTORS

5005.  DiDi Research America, LLC

5006.  DIDION ORF RECYCLING, INC.

5007.  DIESEL DISPLAYS, LLC

5008.  DIE-TECH INDUSTRIES, INC.

5009.  Dietzler Construction Corporation

5010.  Diffbot Technologies Corp.

5011.  DIG INN RESTA

5012.  DIGESTIVE CARE OF EVANSVILLE, PC

5013.  DIGICOMM INTERNATIONAL, INC.

5014.  DIGICON CORPORATION

5015.  DIGI-DATA CORPORATION

5016.  DIGIMAGINATION, LLC

5017.  DIGIPEN (USA) CORPORATION

5018.  DIGIPULSE TECHNOLOGIES INC.

5019. DIGITAL AIR C

5020. DIGITAL ARCHI

5021. Digital Check Corp.

5022. DIGITAL COLOR

5023. Digital Dental

5024. Digital Design Corporation

5025. DIGITAL FORTRESS, INC.

5026. DIGITAL GAMING CORPORATION

5027. DIGITAL GLOBE SERVICES, INC.

5028. DIGITAL HANDS

5029. DIGITAL LIGHTWAVE, INC.

5030. DIGITAL MAP P

5031. DIGITAL PROSPECTORS CORP.

5032. DIGITECH COMP

5033. DIGITECH SYSTEMS

5034. DIGITEL CORPORATION

5035. Dillard Construction, Inc.

5036. DILLEY & SOLOMAN LOGGING, INC.

5037. DILLON CORPORATE SERVICES, INC., DBA CRESA DALLAS

5038. DILMAR OIL COMPANY, INC.

5039. DIMAGI, INC.

5040. DIMENSIONAL COMMUNICATIONS, INC.

5041. Dimex, LLC.

5042. Dine Development Corporation

5043. DINE ONE

5044. DineIn Fresh, Inc. DBA Plated

5045. DINEINFRESH, INC. DBA PLATED

5046. DINEX EMISSION, INC.

5047. DIONNE ENTERPRISES, INC.

5048. Dire Wolf Digital, LLC

5049. DIRECT CHASSISLINK INC.

5050. DIRECT SERVICES, INC.

5051. DIRECT TRANSPORT SERVICES INC.

5052. DIRECT VET MARKETING

5053. Disabled Citizens Alliance For Independence, Inc.

5054. DISCO HI-TEC

5055. DISCO HI-TEC AMERICA, INC.

5056. DISCOVERY CHURCH INC.

5057. DISCOVERY EDUCATION, INC.

5058. DISCOVERY NAT

5059. DISCOVERY PAR

5060. DISH ONE SATELLITE, LLC

5061. Dismas House of St. Louis

5062. DISNEY WORLDWIDE SERVICES, INC.

5063. Dispersive Networks, Incorporated

5064. DISPLAY DEVICES, INC.

5065. DISPLAY SOURC

5066. DISTIL NETWORKS

5067. DISTINCTIVE CUSTOM CABINETRY, INC.

5068. DISTINGUISHED GROUP LLC

5069. DISTRIBUTED S

5070. DISTRIBUTION MANAGEMENT CORP.

5071. DITCH WITCH OF CENTRAL AND SOUTH FLORIDA

5072. Ditch Witch of Charlotte, Inc.

5073.   DITCH WITCH SALES, INC.

5074.   DITTMAR COMPA

5075.   DIVERS SUPPLY CO., INC.

5076.   DIVERSE TECHNOLOGIES CORPORATION

5077.   DIVERSIFIED BUILDERS, INC.

5078.   DIVERSIFIED C

5079.   Diversified Electric & Controls

5080.   Diversified Machine Systems, LLC

5081.   DIVERSIFIED PROTECTION SYSTEMS INC

5082.   DIVERSIFIED RADIOLOGY OF COLORADO, PC

5083.   Diversified Systems, Inc.

5084.   Diversified Technology Consultants, Inc.

5085.   DIVERSIFIED TRANSFER & STORAGE INC.

5086.   DIVERSIFIED TRUST COMPANY INC.

5087.   Diversified Utility Services LLC

5088.   Diversified Woodcrafts, Inc.

5089.   Divine Savior Church and Academy

5090.   DIVINE SAVIOR LUTHERAN CHURCH AND ACADEMY, INC.

5091.   DIXIE CONVERT

5092.   Dixie Diamond Manufacturing, Inc.

5093.   Dixie Lawn Service, Inc.

5094.   DixieLand Energy, LLC

5095.   DIXON BROS., INC.

5096.   Dixxon Supply, LLC

5097.   DIZZION, INC.

5098.   DJ SIMMONS, INC./TWIN STARS, LTD.

5099.   DJ'S SNOWPLOWING & MAINTENANCE, INC.

5100.  DK DRILL 1 MANAGEMENT CO. LLC

5101.  DK Drill I Management Company, LLC

5102.  DKS ASSOCIATES

5103.  DLC MANAGEMEN

5104.  DLF USA Inc

5105.  DLH HOLDINGS CORP.

5106.  DLH HOLDINGS, CORP.

5107.  DLH Solutions

5108.  DLR RESTAURANTS, LLC.

5109.  DM ACQUISITIO

5110.  DM BOWMAN, INC.

5111.  DM Luxury, LLC

5112.  DMT AUTOMOTIVE ENTERPRISES, INC.

5113.  DMT SOLUTIONS GLOBAL CORP DBA BLUECREST

5114.  DN TANKS, INCORPORATED

5115.  DNA ELECTRONI

5116.  DNATA US INFL

5117.  DNF, Inc. T/A Suburban Kitchens

5118.  DO IT BEST CORP.

5119.  DOBIL LABORATORIES, INC.

5120.  DOC MAINTENANCE, INC.

5121.  DOCOMO INNOVA

5122.  DOCS GLOBAL,

5123.  DOCTORS MAKING HOUSECALLS

5124.  DOCUFREE CORPORATION

5125.  DOCUMENT SOLU

5126.  DOCUMENT TECHNOLOGIES LLC D/B/A EPIQ

5127.  DocuVault Delaware Valley, LLC

5128.  DODSON GLOBAL

5129.  DOE-ANDERSON,

5130.  DOGGETT CONST

5131.  DOHERTY ENTERPRISES, INC.

5132.  Dohn Construction, Inc.

5133.  DOLAN NW, LLC

5134.  DOLBY LABORATORIES, INC.

5135.  Dollamur LP

5136.  DOLLAR DAYS INTERNATIONAL, INC

5137.  Dolores County

5138.  Dolphin Research Center, Inc.

5139.  DOLPHINS PLUS BAYSIDE, INC.

5140.  DOMAIN CAPITA

5141.  Domenico Transportation Co.

5142.  DOMINION ELECTRIC SUPPLY COMPANY, INC.

5143.  DOMINION VOTI

5144.  DOMINO DATA L

5145.  DOMINO MANAGEMENT SERVICES, LLC

5146.  Domo Chemicals US, Inc.

5147.  Don Brown Chevrolet, Inc.

5148.  DON BURDEN & ASSOCIATES, INC.

5149.  Don Coffey Company

5150.  Don G. Averill Trucking, Inc.

5151.  Don Wood Plumbing Company, Inc.

5152.  DONALDSON INTERIORS

5153.  DONATO, BROWN

5154.  DONE WELL TRA

5155.  Donegal Construction Corporation

5156.  Donley Service Center

5157.  DONOVAN BROTHERS

5158.  Doodad Printing, LLC dba Doodad

5159.  DOOLEY AND MACK CONSTRUCTORS OF GEORGIA INC.

5160.  Dooley Oil, Inc./Dooley Transport, Inc.

5161.  DOOR COMPONEN

5162.  DOOR TO DOOR

5163.  DOOSAN HF CONTROLS CORPORATION

5164.  DOOSAN HYDRO TECHNOLOGY, LLC

5165.  DORAL BANK

5166.  DORA'S NATURA

5167.  DORE & WHITTIER ARCHITECTS, INC.

5168.  Dornbracht Americas Inc.

5169.  DORSETT INDUSTRIES, LP

5170.  Dorsey Pictures, LLC

5171.  Dosh Holdings, Inc.

5172.  DOSKOCIL MANUFACTURING COMPANY, INC.

5173.  DOT HILL SYST

5174.  Double Diamond Distillery LLC

5175.  Double Eagle Natural Resources LP

5176.  DOUBLE GOOD

5177.  Double H Manufacturing Corporation

5178.  Double H Tennessee, LLC

5179.  Double P Grading, Inc.

5180.  Double TT Transport LLC

5181.   DOUD BTS

5182.   DOUGLAS COUNT

5183.   DOUGLAS EXPLORATION, LLC

5184.   DOUGLAS MOTOR

5185.   DOVEDALE SALE

5186.   DOVER DODGE

5187.   DOVER-PHILA

5188.   DOWLING AARON INCORPORATED

5189.   DOWNEAST OUTFITTERS, INC.

5190.   Downey & Cleveland, LLP

5191.   Downhole Innovations, LLC

5192.   DOWNS RACHLIN MARTIN PLLC

5193.   DOWNTOWN PHOENIX PARTNERSHIP, INC.

5194.   Downtown Phoenix, Inc.

5195.   DOWNTOWN TEMPE AUTHORITY, INC.

5196.   DOXIMITY, INC

5197.   DOXON MOTORS, INC.

5198.   DOXON MOTORS, INC. DBA DOXON TOYOTA OF AUBURN

5199.   DOYLE DUPONT,

5200.   Doyle Equipment Manufacturing Co.

5201.   Doyle Sims & Sons Trucking, Inc.

5202.   DP INCORPORATED GENERAL CONTRACTORS

5203.   DP INDUSTRIAL, INC.

5204.   DP2P INC.

5205.   DP3 ARCHITECTS, LTD

5206.   DPM MANAGEMENT, INC.

5207.   DPR CONSTRUCTION

5208. DPRA

5209. DR JAYS.COM INC

5210. D-R MEDIA AND

5211. DR. JAMES DOB

5212. DR. PHIL SHOW

5213. DRAEGER'S SUPERMARKETS, INC.

5214. Draffin & Tucker, LLP

5215. DraftPros, LLC

5216. Drahota Commercial, LLC

5217. DRAKE COOPER, INC.

5218. Draper Hotel Holdings, LLC

5219. DreamSpring

5220. Dreisbach Enterprises, Inc.

5221. DREISILKER ELECTRIC MOTORS, INC.

5222. DREW CHARTER

5223. DREW ECKL & FARNHAM, LLP

5224. DREW UNIVERSITY

5225. DrFirst, Inc.

5226. DRG EMPLOYER, LLC

5227. DRGINVEST EMP

5228. DRIFTWOOD HOSPITALITY MANAGEMENT, LLC

5229. DRIFTWOOD HOSPITALITY MGMT

5230. Driggers Engineering Services, Inc.

5231. DRILL TECH DR

5232. DRIVE TRAIN INDUSTRIES, INC.

5233. DRIVEN BRANDS, INC.

5234. Driven Solutions

5235. DRIVER HOLDINGS, LLC

5236. DRM, Inc.

5237. Drom International Inc.

5238. Drummac, Inc.

5239. DRY SYSTEMS T

5240. DRYCO CONSTRU

5241. DRYMALLA CONS

5242. DRYNACHAN LLC D.B.A. ADVANCE HEALTH

5243. DRYWALL INTERIORS, LP

5244. Drywall Specialties, Inc.

5245. DS Dental Management, LLC

5246. DS PIPE & STEEL SUPPLY, LLC.

5247. DSFEDERAL, INC.

5248. DS-IQ, INC.

5249. DSS Fire, Inc

5250. DSSV, Inc. dba Brightwheel

5251. DT SWISS, INC.

5252. DT Water, LLC

5253. DTC Energy Group, LLC

5254. DTIQ TECHNOLO

5255. DTJ DESIGNS, INC.

5256. DTX INC.

5257. DUAL COMMERCIAL LLC

5258. Duarte Design, Inc.

5259. DUARTE, INC.

5260. DUBLIN CONSTRUCTION COMPANY, INC.

5261. DuBois & King, Inc.

5262.   DUCATI NORTH AMERICA

5263.   Ducey's Electric Inc.

5264.   DUCHESNE COUNTY

5265.   Duckett Creek Sewer District

5266.   DUCOOL USA, I

5267.   DUCTS UNLIMITED MECHANICAL SYSTEMS

5268.   DUCWORKS, INC.

5269.   DUDEK

5270.   DUDLEY VENTUR

5271.   DUECKER RUBBER, INC.

5272.   DUERST MACHINE WORKS

5273.   DUFERCO STEEL INC.

5274.   DUFFORD & BRO

5275.   DUFFY CRANE, INC. DBA DUFFY CRANE & HAULING, INC.

5276.   DUFRESNE SPENCER GROUP, LLC

5277.   DUKE EQUIPMEN

5278.   Duke School

5279.   DUNA USA, Inc.

5280.   DUNAWAY ASSOCIATES L.P.

5281.   DUNBAR ARMORED, INC.

5282.   DUNCAN CHANNO

5283.   Duncan's Auto Sales, Inc.

5284.   DUNCAN-PARNELL, INC.

5285.   DUNCAN-WILLIAMS, INC.

5286.   DUNCASTER, INC.

5287.   DUNDEE CITRUS GROWERS

5288.   Dunebrook, Inc.

5289. DUNHAM & ASSO

5290. DUNKIN & BUSH, INC.

5291. DUNLAP & MAGE

5292. Dunlays Management Services LLC

5293. Dunlop Aircraft Tyres, Inc.

5294. Dunn and Associates, Inc.

5295. DUNN HEAT EXCHANGERS, INC.

5296. Dunn's Floor Covering

5297. Dunrite Excavation, Inc.

5298. DUPLICATION SERVICES INC.

5299. Duquesne Fund Services LLC

5300. DUQUESNE UNIVERSITY OF THE HOLY SPIRIT

5301. Durable Specialties, Inc.

5302. Dura-Lift, Inc.

5303. DURAMAX MARINE LLC

5304. Durango Motor Company, Inc.

5305. DURANGO MOUNTAIN RESORT

5306. DURANGO ORTHOPEDIC ASSOCIATES, P.C.

5307. DURASERV CORP.

5308. DURHAM COCA-COLA BOTTLING COMPANY/CLASSIC FOOD

5309. Durham Convention & Visitors Bureau

5310. Durham County ABC Board

5311. DURO-LIFE CORPORATION

5312. DURON SYSTEMS, INC.

5313. Durotech, Inc.

5314. DURR MEGTEC, LLC

5315. DUTY FREE AMERICAS, INC.

5316. DUVAL ASPHALT PRODUCTS, INC.

5317. DVF Studio, LLC.

5318. DVL Group, Inc.

5319. DVMD LLC, DBA IntelliTec College

5320. DWD International, LLC

5321. DWELL MEDIA,

5322. DWG & ASSOCIATES, INC.

5323. DWK LIFE SCIENCES, LLC.

5324. DWM ASSET MANAGEMENT, LLC

5325. DYCK O'NEAL, INC.

5326. DYKHUIS DRILLING CORP.

5327. Dymotek Corporation

5328. DYNA PAK CORPORATION

5329. Dynalabs, LLC

5330. DYNAMARK MONITORING, INC.

5331. DYNAMIC AIRWAYS, LLC

5332. Dynamic Animation Systems, Inc.

5333. Dynamic Brands, LLC

5334. DYNAMIC CAMPU

5335. DYNAMIC COMPUTING (DCS) CORPORATION

5336. DYNAMIC DESIGN AND MANUFACTURING, INC.

5337. DYNAMIC ENGINEERING CONSULTANTS, P.C

5338. Dynamic Fitness Management, LTD.

5339. DYNAMIC MACHINE & FABRICATION CORPORATION

5340. DYNAMIC MATERIALS CORPORATION

5341. DYNAMIC PRODUCTS, INC.

5342. DYNAMIC RESOU

5343. DYNAMIC SIGNAL, INC.

5344. Dynamis, Inc.

5345. DYNAMO SOFTWA

5346. Dynamo Specialty Distributing LLC

5347. Dynapac North America, LLC

5348. DYNAVAX TECHN

5349. DYNCORP INTERNATIONAL, LLC

5350. DYNCORP INTERNATIONAL, LLC (NON-VEBA)

5351. DYNOMAX INC

5352. DYONYX, L.P.

5353. DYSTAR L. P.

5354. E & B OILFIELD SERVICES, INC

5355. E & E CO., LT

5356. E & T PLASTICS MANUFACTURING CO., INC.

5357. E BUSINESS IN

5358. E Entities, LLC

5359. E GLUCK CORPO

5360. E SOURCE COMPANIES, LLC

5361. E Technologies Group, LLC.

5362. E&B NATURAL RESOURCES MANAGEMENT CORP

5363. E&S INTERNATI

5364. E. & J. GALLO WINERY

5365. E. L. HARVEY & SONS, INC.

5366. E. L. Mustee & Sons, Inc.

5367. E. SAM JONES DISTRIBUTOR, INC.

5368. E. Schneider Enterprises, Inc.

5369. E.C. BARTON & COMPANY

5370.  E.C. FENNELL,

5371.  E.E. Schenck Company

5372.  E.F. WALL & ASSOCIATES, INC.

5373.  E.G.O. NORTH AMERICA, INC.

5374.  E.J. WELCH CO

5375.  E.O. WOOD COMPANY, INC.

5376.  E.R. JAHNA MANAGEMENT, INC.

5377.  E2 OPTICS, LLC

5378.  E2I, INC.

5379.  E2OPEN, LLC

5380.  E3 ELECTRIC, LTD.

5381.  E-470 PUBLIC HIGHWAY AUTHORITY

5382.  E4H Environments for Health, LLC

5383.  E-9 CORPORATI

5384.  EA HEALTH CORPORATION

5385.  EAB GLOBAL, INC.

5386.  EAC, INC.

5387.  EAD Management Services, Inc.

5388.  EADS SOCATA NORTH AMERICA, INC

5389.  EAGLE BEVERAGE & ACCESSORY PRODUCTS, LLC

5390.  EAGLE COUNTY GOVERNMENT

5391.  Eagle Creek Renewable Energy, LLC

5392.  Eagle Environmental, Inc.

5393.  EAGLE EYE NETWORKS, INC.

5394.  EAGLE HILL SC

5395.  Eagle Ranch Academy Inc.

5396.  EAGLE RAY, INC.

5397.  EAGLE RIVER FIRE PROTECTION DISTRICT

5398.  EAGLE RIVER W

5399.  EAGLE ROCK DISTRIBUTING COMPANY, LLC

5400.  EAGLE SYSTEMS, INC.

5401.  EAGLE TRANSPORT CORPORATION

5402.  EAGLE:XM LLC

5403.  EAGLE'S LANDI

5404.  Eagles Landing

5405.  EAHEART INDUS

5406.  EAI Technologies LLC

5407.  EAPT-BIS-VERT

5408.  EAR NOSE & TH

5409.  EARL G. GRAVE

5410.  Earlbeck Corporation

5411.  Earlens Corporation

5412.  Early, Cassidy & Schilling, LLC

5413.  EARNEST PRODU

5414.  Earnhardt Grading, Inc.

5415.  EARTH BUILDER

5416.  EARTH CARE, INC.

5417.  EARTH ENTERPRISES, INC. DBA WASTE-NOT RECYCLING

5418.  Earth Services & Abatement, Inc.

5419.  EarthBalance Corporation

5420.  EARTHJUSTICE

5421.  Earthmovers, Inc.

5422.  EARTHQUAKES SOCCER LLC

5423.  Earthstone Operating LLC

5424.  EARTHWORKS, INC.

5425.  EAS Professionals, Inc.

5426.  EAST 91ST STREET CHRISTIAN CHURCH

5427.  EAST ALTON SCHOOL DISTRICT 13

5428.  EAST BALT, INC.

5429.  EAST BAY TIRE

5430.  East Carolina Mechanical, LLC

5431.  East Cedar Creek Fresh Water Supply District

5432.  EAST CENTRAL BOCES

5433.  EAST CHICAGO

5434.  East Coast Migrant Head Start Project

5435.  EAST COAST ORTHOTIC & PROSTHETIC CORPORATION

5436.  East Coast Power & Gas, LLC.

5437.  EAST DUBUQUE NITROGEN GP, LLC

5438.  EAST END DISA

5439.  EAST FORK FIRE PROTECTION DISTRICT

5440.  EAST HARTFORD HOUSING AUTHORITY

5441.  East Texas Professional Credit Union

5442.  East Valley Golf, Ltd DBA Revegetation Services

5443.  EAST WEST PARTNERS CLUB MANAGEMENT COMPANY, INC.

5444.  EAST WEST PARTNERS, INC.

5445.  EASTER SEALS MIDWEST

5446.  Easter Seals UCP North Carolina & Virginia, Inc.

5447.  Easter Seals, Inc.

5448.  EASTERN ALUMINUM SUPPLY, INC.

5449.  Eastern Aviation Fuels, Inc.

5450.  EASTERN BUSINESS FORMS, INC.

5451.   EASTERN COLOR

5452.   EASTERN COLORADO SERVICES

5453.   EASTERN CONNECTICUT HEALTH & MEDICAL COO

5454.   EASTERN CONST

5455.   EASTERN CT HEALTH INSURANCE PROGRAM

5456.   EASTERN POULT

5457.   Eastern Quality Foods

5458.   EASTERN RIO BLANCO METRO RECREATION AND PARK DIST

5459.   EASTERN SHEET METAL &PLATE WORK, INC.

5460.   Eastern Waste Systems

5461.   EASTLAKE COMMUNITY CHURCH

5462.   Easton & Porter Group LLC

5463.   Easton Arts Academy Elementary Charter School

5464.   EASTPORT HOLDINGS, LLC

5465.   EASTRIDGE CHRISTIAN ASSEMBLY

5466.   Easy Dynamics Corporation

5467.   EASY RX PAD,

5468.   EASY SOLUTIONS ENTERPRISES CORP

5469.   Eat Fit Go Healthy Foods, LLC

5470.   EATON METAL P

5471.   EBAGS

5472.   Ebara Pumps Americas Corporation

5473.   EBCO, INC. DBA LA-Z-BOY FURNITURE GALLERIES

5474.   EBEN EZER LUT

5475.   EBER CONNECTICUT DBA SLOCUM & SONS, INC.

5476.   Eberle Communications Group, Inc.

5477.   EBERL'S CLAIM SERVICE, INC.

5478.  EBI CONSULTING

5479.  EC RESTAURANTS (U.S.) CORP.

5480.  eCapital

5481.  ECG MANAGEMEN

5482.  ECHELON CORPORATION

5483.  Echo Canyon Pipeline Holdings, LLC

5484.  ECHO GEOPHYSICAL CORPORATION

5485.  ECHO MOLDING

5486.  ECHO VISION INC.

5487.  Echodyne Corp

5488.  ECI VENUES

5489.  ECK & GLASS I

5490.  ECLC OF NEW J

5491.  ECLIPSE RECREATIONAL VEHICLES, INC.

5492.  Eclypses, Inc.

5493.  ECO MATERIAL TECHNOLOGIES INC.

5494.  ECOAST SALES SOLUTIONS DBA ECOAST MARKETING

5495.  ECOCION, INC.

5496.  Eco-Cycle, Inc.

5497.  Ecofibre USA, Inc.

5498.  EcoGen, Inc.

5499.  ECON ONE RESEARCH, INC

5500.  Econocaribe Consolidators, Inc.

5501.  Econ-O-Check Corporation

5502.  Economic Development Partnership of NC, Inc.

5503.  ECONOMY CASH & CARRY, INC.

5504.  Ecopetrol USA, Inc.

5505.  EcoprintQ, Inc.

5506.  E-Corp

5507.  Ecosave Inc.

5508.  EcoSense Lighting

5509.  EcoServices, LLC

5510.  ECOVATE INC.

5511.  ECOVYST CATALYST TECHNOLOGIES, LLC

5512.  ECU WORLDWIDE

5513.  ED BELL INVES

5514.  ED HICKS IMPORTS, LTD.

5515.  ED MITCHELL, INC.

5516.  EDC OF DENVER, LLC

5517.  EDDIES RESTAU

5518.  EDEN ROCK COMMUNICATIONS, LLC

5519.  Edge Business Systems

5520.  Edge by Ascential

5521.  Edge Capital Group

5522.  EDGE CONTRACT

5523.  EDGE ENDO, LLC

5524.  Edge Excavation, Inc.

5525.  EDGE THERAPEUTICS

5526.  Edges Electrical Group

5527.  EDGEWATER FEDERAL SOLUTIONS, INC.

5528.  EDGEWATER TECHNICAL ASSOCIATES, LLC

5529.  Edgewood Companies

5530.  EDGEWOOD HOLDING CORPORATION

5531.  Edgewood Manor, Inc.

5532.   EDGEWOOD PROPERTIES

5533.   EDIBLE BRANDS, LLC & AFFILIATED COMPANIES

5534.   EDISONLEARNING, INC.

5535.   EDITORIAL PROJECTS IN EDUCATION

5536.   EDM INTERNATIONAL, INC.

5537.   EDMINSTER HIN

5538.   Edmodo, Inc.

5539.   EDMONSON ELECTRIC, INC.

5540.   EDMUND A. GRA

5541.   EDNOVATE, INC.

5542.   EDUCATION MANAGEMENT SOLUTIONS, LLC.

5543.   EDUCATIONAL OPPORTUNITIES FOR

5544.   EDUCATIONAL SERVICE CENTER OF NORTHEAST

5545.   EDUCATORS 4 E

5546.   EDUPRIZE SCHOOLS, LLC.

5547.   EDUSERVE, INC.

5548.   EDWARDS WOOD PRODUCTS, INC.

5549.   EE&G MANAGEMENT SERVICES, LLC

5550.   EEFC, Inc.

5551.   EEPB, PC

5552.   EF Johnson Technologies, Inc.

5553.   EFFEM CORP DB

5554.   EFFICIENCY MECHANICAL II, INC.

5555.   Efficient Capital Management, LLC

5556.   EFG CAPITAL INTERNATIONAL

5557.   EG Munoz Construction LLC

5558.   EGC ENTERPRIS

5559.  EGEN SOLUTIONS, INC.

5560.  EGG STRATEGY, INC.

5561.  EGGELHOF, INC.

5562.  EGNYTE, INC.

5563.  EGR, INC.

5564.  eGroup Holding Company, LLC

5565.  EGS, Inc.

5566.  EHDD ARCHITECTURE

5567.  EHDL, Inc.

5568.  EHRLICH MOTORS, INC.

5569.  EHS TECHNOLOG

5570.  EI PARTNERS,

5571.  EICHLEAY, INC.

5572.  EIIA, INC.

5573.  EIMC, LLC

5574.  EINFOCHIPS, I

5575.  EINSTEIN HR, INC.

5576.  Eisen Group LLC

5577.  EISNER ADVISORY GROUP, LLC

5578.  EJCM, LLC

5579.  Ekato Corporation

5580.  EKF MANAGEMENT CORPORATION

5581.  EKJ Enterprises, LLC

5582.  Eklipse Resources, LLC

5583.  EKLUND'S APPLIANCE & TV

5584.  EKS GROUP, LLC

5585.  EL AD US HOLD

5586.  EL CAMINO MACHINE & WELDING

5587.  EL PASEO MEXICAN RESTAURANT

5588.  El Paso County Emergency Services District #2

5589.  El Paso Glass Company, Inc.

5590.  EL PASO INDEPENDENT SCHOOL DISTRICT

5591.  EL PASO ORTHO

5592.  EL POMAR FOUNDATION

5593.  EL SOL CONTRA

5594.  ELAHI ENTERPRISES INC DBA AKORBI

5595.  Elan Sleep, LLC

5596.  Elarbee, Thompson, Sapp & Wilson, LLP

5597.  ELASTICSEARCH, INC.

5598.  Elation Health, Inc.

5599.  ELAUT USA, INC.

5600.  Elbert School District #200

5601.  ELBURN COOP

5602.  ELCON, INC.

5603.  Elder Construction, Inc.

5604.  Eldora Enterprises, LLC dba Eldora Mountain Resort

5605.  Eldorado Trading Co II Inc

5606.  Electra Information Systems, Inc.

5607.  ELECTRA LINK,

5608.  Electric Cities of Georgia, Inc

5609.  ELECTRIC POWER RESEARCH INSTITUTE, INC.

5610.  ELECTRICAL CO

5611.  Electrical Connection, Inc.

5612.  Electrical Contractors Inc.

5613.   Electrical Controls & Maintenance, Inc.

5614.   ELECTRI-FLEX COMPANY

5615.   ELECTRO MECHA

5616.   Electro Savings Credit Union

5617.   ELECTRO-MECHANICAL CORPORATION

5618.   ELECTROMET CORPORATION

5619.   ELECTRO-METHO

5620.   ELECTRONIC ARTS INC.

5621.   ELECTRONIC FU

5622.   Electronic Knowledge Interchange, Inc.

5623.   ELECTRONIC PA

5624.   ELECTRONIC WA

5625.   Electrosoft Services, Inc.

5626.   ELEKTROBIT AUTOMOTIVE AMERICAS INC.

5627.   Element 84, Inc.

5628.   ELEMENT FLEET CORPORATION

5629.   ELEMENT MATERIALS TECHNOLOGY HOLDINGS US

5630.   ELEMENT SERVICES, LLC

5631.   ELEMENT SOLUTIONS INC

5632.   ELEMENTIUM INC.

5633.   Elementum Ltd.

5634.   ELEPHANT INSURANCE SERVICES

5635.   ELESIENNA LLC

5636.   ELEVATE ENERGY

5637.   Elevated Life Tribe, LLC

5638.   ELEVATED MANAGEMENT CO, LLC

5639.   Elevated Matters LLC dba DayBlink Consulting

5640. ELEVATED OUTC

5641. ELEVATED STRUCTURAL DECKS, INC.

5642. Elevation LLC

5643. ELEVATION SOLAR, LLC

5644. Eleven LLC

5645. ELGi Compressors USA, Inc.

5646. ELGIN INDUSTR

5647. ELI GLOBAL

5648. ELICC Americas Corporation

5649. ELIC-ENGLISH LANGUAGE INSTITUTE IN CHINA

5650. ELI'S WESTERN

5651. ELITE BRANDS OF COLORADO

5652. ELITE DAILY, INC.

5653. ELITE MANAGEM

5654. ELITE PACIFIC

5655. Elite Properties of America, Inc.

5656. Elite Wines Imports

5657. EliteJets.com, LLC

5658. ELIXIR MEDICAL CORPORATION

5659. ELIZABETH SET

5660. Elk Country Motels, Inc.

5661. Elk Creek Forest Products

5662. Elk Operating Services, LLC

5663. ELKAY PLASTIC

5664. ELKCO Properties

5665. ELKINS MOUNTAIN SCHOOL

5666. Ellab, Inc.

5667. Eller Residential, Inc.

5668. ELLEVATION, I

5669. ELLICOTT DRED

5670. ELLINGTON MAN

5671. ELLIOTT BAY DESIGN GROUP

5672. ELLIOTT HOMES, INC.

5673. ELLIOTT MANAGEMENT CORPORATION

5674. ELLIS BROTHERS MANAGEMENT CO.

5675. ELLIS COFFEE

5676. Ello, PBC

5677. ELLSWORTH ELECTRIC, INC.

5678. ELLUCIAN CAMP

5679. ELM STREET DE

5680. ELMINGTON PRO

5681. Elrod Electrical Service, Inc.

5682. Eltron Research & Development, Inc.

5683. ELWARD CONSTRUCTION COMPANY

5684. Elyria Public Library

5685. EM BUSINESS HOLDINGS, INC.

5686. EM PRINTING,

5687. Emailage Corporation

5688. E-Markets, Inc.

5689. Embark Consulting, LLC

5690. Embark Trucks Inc.

5691. EMBASSY OF BELGIUM

5692. EMBASSY OF THE STATE OF KUWAIT

5693. E-MC ELECTRICAL, INC.

5694.   EMCO CHEMICAL DISTRIBUTORS, INC.

5695.   EMD Specialty Material, LLC DBA Arlon EMD.

5696.   EMEDEX, LLC

5697.   Emerald Isle Landscaping Inc.

5698.   EMERGENCY MEDICAL

5699.   Emergency Medicine Associates, P.C.

5700.   EMERGENCY PHYSICIANS INTEGRATED CARE, LLC

5701.   EMERGYS CORPORATION

5702.   EMERSON ECOLOGICS, LLC

5703.   Emerson Resources, Inc

5704.   EMI INDUSTRIES, LLC

5705.   EMI TECHNOLOGIES, INC.

5706.   EMIDS TECHNOLOGIES

5707.   EMIL NORSIC & SON, INC.

5708.   EMINESS TECHNOLOGIES, INC.

5709.   EMJAY ENGINEERING AND CONSTRUCTION CO., INC.

5710.   EMM GROUP

5711.   EMMI PHYSICIAN SERVICES, INC.

5712.   EMORY HILL REAL ESTATE SERVICES, INC.

5713.   Empereon Marketing, LLC

5714.   EMPIRE GOLF M

5715.   EMPIRE PETROLEUM PARTNERS, LLC

5716.   Empire Pump Corporation

5717.   EMPIRE STAPLE

5718.   EMPIRE TODAY LLC

5719.   EMPLOYBRIDGE HOLDING COMPANY

5720.   EMPLOYEE OWNED HOLDINGS, INC

5721. Employer Benefits Consulting, LLC

5722. EMPLOYMENT SO

5723. EMPOWER CES,

5724. Empower College Prep

5725. EMPOWER PROFESSIONALS, INC.

5726. EMPYREAN CAPI

5727. EMR, Inc.

5728. EMS Management LLC

5729. EMS SOFTWARE, INC.

5730. EMSL ANALYTIC

5731. EMT Residential

5732. EN MASSE ENTERTAINMENT

5733. Enchanted Garden Landscape Inc.

5734. Enchanted Rock Management LLC

5735. enChoice, Inc.

5736. ENCISION INC.

5737. ENCOMPASS DIGITAL MEDIA, INC.

5738. ENCOMPASS ENERGY SERVICES, LLC

5739. Encompass Health Services LLC

5740. ENCOMPASS MEDICAL PARTNERS

5741. Encompass Medical Partners, LLC

5742. ENCOMPASS NORTHWEST

5743. ENCOMPASS SUP

5744. ENCOMPASS SUPPLY CHAIN SOLUTIONS, INC.

5745. ENCOMPASS TEC

5746. ENCON UNITED COMPANY

5747. Encore Architects PLLC

5748.  Encore Companies, LLC

5749.  ENCORE ELECTRIC, INC.

5750.  Encore Music, Inc.

5751.  Encore Networks, Inc.

5752.  Encore Recycling, LLC

5753.  ENDEAVOR AIR

5754.  ENDEMOL USA,

5755.  Endgame, Inc.

5756.  ENDLESS PURSUIT CORP.

5757.  ENDOCHOICE, I

5758.  Endoscopy Development Company, LLC

5759.  Endot Industries, Inc.

5760.  ENDURA PRODUCTS, INC.

5761.  Endura Ventures LLC

5762.  ENDURACARE ACUTE CARE SERVICES, LLC

5763.  ENDURANCE REHAB

5764.  Enduring Resources, LLC

5765.  ENEOS Xplora USA Limited

5766.  ENERG2 TECHNOLOGIES, INC.

5767.  Energera America Inc.

5768.  ENERGES SERVI

5769.  Energes Services, LLC

5770.  ENERGY ALLOYS, LLC

5771.  ENERGY DISTRIBUTION PARTNERS, LLC

5772.  ENERGY FISHIN

5773.  Energy Keepers, Inc.

5774.  Energy Outreach Colorado

5775.   ENERGY PLANNI

5776.   Energy Resource Center

5777.   Energy Savers Insulation dba ES Solar

5778.   ENERGY WORLDNET, INC.

5779.   EnergyLogic

5780.   Enerplus Resources (USA) Corporation

5781.   Enesco, LLC

5782.   ENFIELD TOWN & BOARD OF EDUCATION

5783.   ENFORCEMENT VIDEO LLC DBA WATCHGUARD VIDEO

5784.   enfoTech & Consulting, Inc.

5785.   ENGAGEPOINT

5786.   Enghouse Interactive

5787.   Engine Distributors, Inc.

5788.   Engine Power Source, Inc.

5789.   ENGINE SHOP L

5790.   ENGINEERED ABRASIVES INC

5791.   ENGINEERED CONTROLS INTERNATIONAL, LLC

5792.   ENGINEERED FLOORS, LLC

5793.   ENGINEERED SERVICES, INC.

5794.   Engineering & Terminal Services, L.P.

5795.   ENGINEERING ANALYTICS, INC.

5796.   ENGINEERING CONSULTING SERVICES, LTD.

5797.   ENGINEERING EMPLOYEES SERVICES CORP.

5798.   Engineering Unlimited

5799.   ENGINEERING W

5800.   ENGINEERING/REMEDIATION RESOURCES GROUP, INC.

5801.   Engineers Construction, Inc.

5802.   ENGINETECH, INC.

5803.   England Trading Company, LLC dba Industry West

5804.   ENGLANDER DZI

5805.   Englander Transportation Inc.

5806.   ENGLE MARTIN & ASSOCIATES INC.

5807.   ENGLERT, INC.

5808.   Englewood Area Fire Control

5809.   ENGLEWOOD LAB, LLC

5810.   ENGLISH COLOR

5811.   English Feedlots, Inc.

5812.   English One Teaching Services, Inc.

5813.   English Sewage Disposal, Inc.

5814.   ENGSTROM, LIPSCOMB, & LACK

5815.   ENI USA R&M CO. INC.

5816.   Enki Health Services, Inc.

5817.   ENNEAD ARCHIT

5818.   ENNIS-FLINT, INC.

5819.   ENOVITY, INC.

5820.   Enowa LLC

5821.   Enrichment Services Program Incorporated

5822.   ENSIGN UNITED STATES DRILLING INC.

5823.   ENSINGER SPECIAL POLYMERS, INC.

5824.   ENSINGER, INC.

5825.   ENSITE USA, I

5826.   ENSPECT, INC.

5827.   ENSTAR (US) INC.

5828.   ENSTAR (US), INC.

5829.  ENT FEDERAL C

5830.  ENTECH CONSUL

5831.  ENTEGRIS, INC.

5832.  Enterprise Information, LLC.

5833.  Enterprise Integration, Inc.

5834.  Enterprise Solutions & Management dba ESM

5835.  ENTERTAINMENT

5836.  ENTIA, LLC

5837.  ENTISYS SOLUTIONS, INC.

5838.  ENTRADA, INC.

5839.  ENTRANCE CONSULTING SERVICES, INC.

5840.  Entre Computer Solutions

5841.  Entre Technology Services, LLC

5842.  Entrepix, Inc.

5843.  ENTREPRENEURIAL VENTURES INC DBA PARROT CELLULAR

5844.  Entrinsik, Inc.

5845.  ENVIRO TECH C

5846.  ENVIRONETICS

5847.  Environment 1, Inc.

5848.  ENVIRONMENTAL CHEMICAL CORP

5849.  ENVIRONMENTAL DIMENSION, INC

5850.  ENVIRONMENTAL PEST SERVICE, LLC

5851.  ENVIRONMENTAL QUALITY RESOURCES

5852.  Environmental Seeds West, LLC dba Granite Seed Company, L&H Seeds, Bruce Seed Farm, Northwest Seed

5853.  Environmental Services, Inc.

5854.  Environmental Tree and Design, Inc.

5855. ENVIROSERVE

5856. ENVIROTECH ME

5857. ENVIROTECH SE

5858. Envirotech Services, Inc.

5859. ENVISION ENERGY USA LTD.

5860. Envision Home Health, LLC

5861. ENVISION MANAGEMENT, LLC

5862. EnvisionWare

5863. Enza Zaden North America, Inc.

5864. EOC HUMAN CAP

5865. EOI Service Company, Inc.

5866. EPAM SYSTEMS, INC.

5867. EPARTMENT COMMUNITIES, LLC

5868. Epcon Partners, Inc.

5869. EPEOPLE TECHN

5870. Epes Logistics Services, Inc.

5871. EPIC IMAGING, PC

5872. EPIC INDUSTRIAL, INC.

5873. EPIC School

5874. EPIC SYSTEMS

5875. EPIC TECH, LL

5876. EPICURE FOODS CORPORATION

5877. EPICUREAN CATERING, LLC

5878. EPICUREAN FINE FOODS, INC.

5879. Epilog Denver Colorado, USA

5880. EPIMED INTERNATIONAL, INC.

5881. Epiphany Healthcare Data Management, LLC

5882. EPISERVER, INC.

5883. EPI-USE AMERICA, INC.

5884. EPKO INDUSTRIES, INC.

5885. EPL AMERICA, LLC

5886. EPL FEED, LLC

5887. Epoch Universal, Inc.

5888. EPOCH.COM, LLC

5889. EPOCS MANUFACTURING INC.

5890. EPPS AIR SERV

5891. EPR Properties

5892. EPS, INC.

5893. Equal Opportunity Schools

5894. EQUIFAX INC.

5895. equiliem

5896. EQUINIX, INC.

5897. EQUINOX FUND

5898. Equipment Source, Inc.

5899. EQUITY ADMINISTRATIVE SERVICES, INC.

5900. Equity Prime Mortgage, LLC

5901. EQUITY SERVICES, INC

5902. EQUITY-LEAGUE HEALTH TRUST FUND

5903. ERB EQUIPMENT

5904. ERESEARCH TECHNOLOGY, INC.

5905. eResources LLC

5906. ERGOFLEX SYST

5907. ERI Group

5908. Ericjon World Wide Holdings Inc

5909. ERICKSON FRAMING AZ, LLC

5910. ERICKSON IMMI

5911. ERICKSON'S FLOORING

5912. ERIE MANAGEME

5913. Erie Neighborhood House

5914. ERMI, INC.

5915. ERNEST GALLO CLINIC AND RESEARCH CENTER

5916. Ernie Ball, Inc.

5917. ERO RESOURCES

5918. ERoad

5919. ERP ANALYSTS, INC.

5920. ERROL L. MONT

5921. ERS INVESTMENTS, LLC

5922. Erwin Utilities

5923. eRx Network, LLC

5924. ES3

5925. ESC ENGINEERING, INC.

5926. Escada US Subco, LLC

5927. ESCO CONSTRUC

5928. ESCO GROUP LLC

5929. ESET LLC dba ESET North America

5930. ESHRAGHI'S NURSERIES, LLC

5931. ESI/Employee Solutions, LP

5932. ESILICON CORPORATION

5933. ESPORTIA INTERNATIONAL, INC.

5934. ESS TECHNOLOG

5935. ESSCOE, LLC

5936. ESSENTIAL CABINETRY HOLDINGS, INC.

5937. ESSENTIAL POW

5938. Essential Products, Inc.

5939. Essentium, Inc.

5940. ESSENTRA HOLDING COMPANY

5941. ESSEX INDUSTR

5942. ESSI LLC

5943. ESTATE MOTORS, INC.

5944. ESTECH SYSTEMS, INC

5945. ESTENSON LOGISTICS, LLC

5946. ESTES EXPRESS LINES

5947. ESTES HEATING & AIR CONDITIONING INC.

5948. Estes McClure & Associates, Inc

5949. Estes Park Medical Center

5950. Estes, Ingram, Foels & Gibbs, P.A.

5951. ETACTICS INC

5952. ETAILZ, INC.

5953. ETD DISCOUNT

5954. ETD Discount Tire Centers, Inc.

5955. Eternal Beverages Inc.

5956. ETHICAL PRODU

5957. Ethisphere, LLC

5958. Ethos Event Collective

5959. Etico Construction Group LLC

5960. ETKIN JOHNSON GROUP LLC

5961. Eton Corporation

5962. Eugene A-1 Coupling & Hose, Inc.

5963. EUGENE TRUCKING INC.

5964. EULEN AMERICA

5965. Eureka Multifamily Group, LP

5966. EUREKA REHABILITATION AND WELLNESS CENTER

5967. Euroleather, Inc.

5968. EUSTIS CABLE ENTERPRISES LTD

5969. EUSTIS CABLE ENTERPRISES, LTD.

5970. EV GROUP, INC.

5971. EVAN-MOOR CORPORATION

5972. EVB, LLC

5973. EVELYN RUBENSTEIN JEWISH COMMUNITY CENTER

5974. Event Promotion Supply dba EPS- Doublet

5975. EVENT RENTS, INC.

5976. EVENTUS SOLUTIONS GROUP, LLC.

5977. EVEO, INC.

5978. EVER ENERGY,

5979. EVERCOMMERCE

5980. EverDriven Technologies, LLC

5981. EVEREST GLOBAL, INC.

5982. Everest Realty Group

5983. EVEREST REINSURANCE COMPANY

5984. EVERETT ENGIN

5985. EVERGLADES HO

5986. EVERGREEN CAI

5987. Evergreen Eye Center, Inc. P.S.

5988. EVERGREEN FIRE & SECURITY

5989. EVERGREEN FIRE PROTECTION DISTRICT

5990.  EVERGREEN INDUSTRIAL, LTD

5991.  EVERGREEN MANAGEMENT LLC

5992.  EVERGREEN METROPOLITAN

5993.  Evergreen National Bank

5994.  EVERGREEN NORTH AMERICA INDUSTRIAL SERVI

5995.  EVERGREEN PARK & RECREATION DISTRICT

5996.  Evergreen Prosthetics & Orthotics LLC

5997.  Evergreen Recycling Solutions LLC

5998.  Evergreen Restaurant Group, LLC

5999.  Evergreen School District #50

6000.  Evergreene Architectural Arts

6001.  EVERGY, INC.

6002.  EVERGY, INC. - KEY RETIREES

6003.  EVERGY, INC. - MANAGEMENT RETIREES

6004.  EVERGY, INC./WESTAR ENERGY, INC.

6005.  EVERGY, INC/WOLF CREEK NUCLEAR OPERATING

6006.  EVERLANE, INC

6007.  Everlaw, Inc.

6008.  EVERS CONSTRU

6009.  EVERSANA

6010.  Eversight, Inc.

6011.  EVERSOURCE ENERGY SERVICE COMPANY

6012.  EVERSPIN TECH

6013.  Everts Air Fuel, Inc.

6014.  EVERWEAR, INC.

6015.  EVERYTOWN FOR

6016.  EVIDON, INC.

6017.  eVisit, Inc.

6018.  EVO CORPORATION

6019.  EVO SOLUTIONS LLC

6020.  Evoke at Entrada, LLC

6021.  Evolis, Inc.

6022.  Evolution Building Systems

6023.  EVOLUTION DIGITAL, LLC

6024.  Evolution Midstream, LLC.

6025.  EVOLUTION US,

6026.  EVOLVE VACATI

6027.  EVOLVER, INC.

6028.  EVRY USA Corporation

6029.  EVS, LTD

6030.  EWC FRANCHISE

6031.  EWING IRRIGATION PRODUCTS, INC.

6032.  EXACT TOOL & DIE, INC.

6033.  EXACTO, INC.

6034.  Exadel, Inc.

6035.  Excel Aircraft dba Excel Mulching

6036.  EXCEL TRUST, L.P.

6037.  Excell Electrical Contractors Inc.

6038.  Excelsior Medical Corporation

6039.  EXCELSIOR YOUTH CENTERS, INC.

6040.  EXCEPTIONAL S

6041.  EXCITE CREDIT

6042.  Excitera Inc

6043.  Exclusive Elevations

6044.  Exclusive Networks USA, Inc.

6045.  EXDO MANAGEME

6046.  EXECUTIVE CEL

6047.  EXEGISTICS, INC.

6048.  Exemplary Logistics

6049.  EXETER FINANCE CORP

6050.  EXETER GOVERNMENT SERVICES, LLC

6051.  EXETER PROPERTY GROUP, LLC

6052.  EXHIBIT ARTS, LLC

6053.  EXIGO OFFICE, INC.

6054.  Exovations of Atlanta, LLC

6055.  EXPANDED TECH

6056.  EXPEDITED TRAVEL, LLC

6057.  EXPEDITION WATER SOLUTIONS COLORADO LLC

6058.  Expel, Inc.

6059.  Experience Momentum, Inc.

6060.  Experient Group, Inc.

6061.  Experigreen Management, LLC

6062.  EXPION, LLC

6063.  Expleo Technology USA, Inc. dba Trissential

6064.  EXPLORER VAN CO., INC.

6065.  Exploring, Inc.

6066.  Exposition Sales and Design Inc

6067.  EXPRESS AUTO RECYCLERS, LLC

6068.  EXPRESS MANAGEMENT HOLDINGS, LLC

6069.  EXTECH BUILDI

6070.  EXTERIOR MAIN

6071.  EXTREME NETWORKS, INC.

6072.  Extreme Wireline, Inc.

6073.  EXUDE BENEFIT

6074.  EXXONMOBIL

6075.  EY Parker Logistics

6076.  EYA, LLC

6077.  EYE ASSOCIATES OF COLORADO SPRINGS

6078.  EYE CENTERS OF FLORIDA PA

6079.  EYE CLINIC OF FAIRBANKS

6080.  EYE CONSULTANTS OF ATLANTA

6081.  Eye Management, Inc.

6082.  EYE PHYSICIAN

6083.  Eyecare Plus PC

6084.  EYECARE SERVICES PARTNERS MANAGEMENT LLC

6085.  EyeHealth Northwest, P.C.

6086.  EYELEVEL, INC.

6087.  EYM Group, Inc.

6088.  EYRE BUS TOUR

6089.  Eywa Pharma Inc.

6090.  E-Z Excavating

6091.  EZ SOLUTIONS

6092.  EZE TRUCKING

6093.  F & ME CONSULTANTS, INC.

6094.  F and F Construction Company

6095.  F&F DISTRIBUT

6096.  F&M Electric Supply Co., Inc.

6097.  F. A. ROHRBACH, INC.

6098.  F.E.I., INC.

6099.  F.L. ROBERTS & COMPANY, INC.

6100.  F.T.C. Services, Inc.

6101.  F+W MEDIA, INC.

6102.  FA Davis Company

6103.  FAAC INTERNAT

6104.  FABER ASSOCIATES, INC.

6105.  FabFitFun

6106.  Fabrication Specialists of Alton IL

6107.  Fabrication Technologies, Inc.

6108.  FABRICLEAN SUPPLY, INC

6109.  FACILICON, INC

6110.  FACILITECH DB

6111.  FACILITY SERV

6112.  FACTORY DESIGN LABS, LLC.

6113.  FADDUOL, CLUFF, HARDY & CONAWAY PC

6114.  FAHRNEY-KEEDY MEMORIAL HOME,

6115.  FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPIL

6116.  Fairacres Manor

6117.  Fairbanks Partners, LLC dba Orlando Neurosurgery

6118.  FAIRBANKS SCALES INC.

6119.  Fairchild Freight, LLC

6120.  FAIRCHILD SEMICONDUCTOR INTERNATIONAL, I

6121.  FAIRFAX COUNTY GOVERNMENT

6122.  FAIRFAX IMAGING, INC.

6123.  FAIRFIELD & W

6124.  Fairfield & Woods, P.C.

6125. FAIRFIELD COUNTY HUNT CLUB, INC.

6126. FAIRFIELD INDUSTRIES INCORPORATED

6127. Fairfield-Maxwell Ltd.

6128. FAIRHOLME CAPITAL MANAGEMENT

6129. FAIRMONT HERITAGE PLACE, FRANZ KLAMMER

6130. FAIRMONT PITTSBURGH

6131. Fairmont Supply Company

6132. FAIRMOUNT FIRE PROTECTION DISTRICT

6133. FAIRPOINT COMMUNICATIONS, INC.

6134. FAIRVIEW INVESTMENT SERVICES, LLC

6135. Fairview Oddfellows Home of Connecticut

6136. FAIRWARNING T

6137. FAIRWAY GREEN, INC.

6138. FAISON

6139. FAISON OFFICE PRODUCTS, INC.

6140. FAITH ASSEMBLY OF GOD

6141. Faith Bible Chapel International

6142. FAITH GROUP, LLC

6143. FAITH HOPE AND CHARITY,INC.

6144. FAITH REFORMED CHURCH, INC.

6145. FALCON DRILLING COMPANY LLC

6146. FALCON ENGINEERING CO, LLC

6147. Falcon Engineering, Inc.

6148. FALCON HOLDIN

6149. FALCON SEABOARD SERVICES, LLC

6150. FALLER DAVIS

6151. FAM Construction, LLC

6152.  Families and Communities Together Inc.

6153.  FAMILY & CHIL

6154.  FAMILY CHRISTIAN HEALTH CENTER

6155.  FAMILY FOCUS

6156.  FAMILY FOCUS,

6157.  FAMILY HEALTH INTERNATIONAL

6158.  FAMILY INTERVENTION SERVICES INC.

6159.  Family Physicians of Greeley, LLP

6160.  FAMILY PRESERVATION COMMUNITY SERVICES, INC.

6161.  Family Restaurants, Inc.

6162.  FAMILY SERVICES NETWORK OF NEW YORK, INC.

6163.  FAMILY SOLUTIONS, INC

6164.  FANATICS, INC.

6165.  FANCH COMMUNICATIONS INC

6166.  FANHATTAN HOLDING CORPORATION

6167.  Fanning Harper Martinson Brandt & Kutchin, P.C.

6168.  Far Bank Enterprises

6169.  FAR MORE PROPERTIES DBA MOTORCARS ACURA

6170.  FARASON CORP

6171.  FARECOMPARE, LP

6172.  FAREHARBOR HO

6173.  FARM BOY MEATS OF EVANSVILLE, INC.

6174.  FARM SHARE, INC.

6175.  FARMER & IRWI

6176.  FARMERS & MERCHANTS BANK OF LONG BEACH

6177.  Farmington Central CUSD #265

6178.  FARMINGTON DISPLAYS, INC.

6179. FARMINGTON PUBLIC SCHOOLS

6180. FARMINGTON WOODS MASTER ASSOCIATION

6181. FARO LOGISTICS SOLUTIONS, INC.

6182. FARRELL DISTRIBUTING CORPORATION

6183. FARRELL-CALHO

6184. Farren International LLC

6185. Fasetto, INC.

6186. FASTLY, INC.

6187. FASTSIGNS INTERNATIONAL, INC.

6188. FATHER JOE'S

6189. FATHERS OF ST. CHARLES

6190. FATPIPE, INC.

6191. FAULTLESS LINEN

6192. FAVOR TECHCONSULTING, LLC

6193. FBAC

6194. FBC Chemical Corporation

6195. FBO Company

6196. FBR & CO.

6197. FBS CONSULTING, LLC

6198. FCER, LLC

6199. FCI CONSTRUCT

6200. FCL GRAPHICS,

6201. FCS Construction, LP

6202. FCT ASSEMBLY INC.

6203. FDG Inc

6204. FEAST FOODS, LLC

6205. FEATHER PETROLEUM COMPANY

6206.  FEDERAL DEFENDER SERVICES OF EASTERN TENNESSEE, IN

6207.  Federal Fruit & Produce Co.

6208.  FEDERAL HOME LOAN BANK OF NEW YORK

6209.  Federal Machinery & Equipment Company

6210.  FEDERAL MANAGEMENT PARTNERS, INC.

6211.  FEDERAL RESOU

6212.  Federal Resources Corporation

6213.  FEDERATION OF

6214.  FEDEX CORPORATION (LEGACY)

6215.  FEDEX CUSTOM CRITICAL

6216.  FEDEX CUSTOM CRITICAL RETIREES

6217.  FEDEX EXPRESS RETIREES

6218.  FEDEX FREIGHT, INC.

6219.  FEDEX GROUND RETIREES

6220.  FEED MORE, INC.

6221.  FEEDZAI, INC.

6222.  FEFA, LLC

6223.  FEI.COM, INC. DBA: FEI SYSTEMS AND QMX S

6224.  Fein, Such, Kahn & Shepard, P.C.

6225.  FEIZY IMPORT

6226.  Feldhake PT, Ltd. dba Specialized Physical Therapy, Inc.

6227.  Feldhake PT., Ltd.

6228.  FELDMAN, KRAMER, & MONACO, P.C.

6229.  FELIX CHAVEZ & SON CONST.

6230.  FELLOWSHIP OF CATHOLIC UNIVERSITY STUDEN

6231.  FELSBURG HOLT

6232.  Felten Group Inc

6233. Femwell Group Health, Inc.

6234. FENCE SYSTEMS NW, INC. DBA ECONOMY FENCE CENTER

6235. Feniex Industries Inc

6236. FENNEMORE CRAIG, P.C.

6237. FENTRESS ARCH

6238. FENWICK & WEST LLP

6239. FERGUSON CONSTRUCTION COMPANY, INC.

6240. Ferguson Consulting, Inc.

6241. Ferguson Family Enterprises

6242. FERGUSON FOREST PRODUCTS, INC.

6243. FERREIRA CONSTRUCTION COMPANY, INC.

6244. FERRER & POIROT GP DBA FERRER, POIROT & WANSBROUGH

6245. Ferriot, Inc.

6246. FERROTEC ( USA ) CORPORATION

6247. FERTITTA ACQU

6248. FESTO CORPORATION

6249. FETTE COMPACTING AMERICA, INC.

6250. FFC, LLC DBA

6251. FFEC Wealth Partners

6252. FFI HOLDINGS,

6253. FGI INDUSTRIE

6254. FHE USA LLC

6255. FI Consulting, Inc.

6256. FIABILA USA, INC.

6257. Fiasco Enterprises, Inc. dba Energy Transport

6258. FIBER BOND CO

6259. FIBER BY-PRODUCTS, CORP.

6260. Fiber Network Solutions, Inc.

6261. Fibrant, LLC

6262. Fibrix, LLC

6263. FIDATO PARTNE

6264. Fiddler's Elbow Golf and Country Club,

6265. Fidelity Direct Mortgage

6266. FIDELITY PAPER & SUPPLY CORP.

6267. Fiducial, Inc.

6268. FIELD AEROSPACE, INC.

6269. Field Geo Services, Inc.

6270. FIELDPOINT PR

6271. Fieldstone Properties I, LLC

6272. FIELDSTONE PROPERTIES I, LLC.

6273. FIELDTECH AVIONICS & INSTRUMENTS, INC.

6274. FIERA CAPITAL

6275. FIESTA RESTAURANT GROUP, INC.

6276. FIF UTAH LLC

6277. Figg

6278. Figma, Inc.

6279. FIKE CORPORATION

6280. FIKSU, INC.

6281. FilConn Inc.

6282. FileTek, Inc.

6283. Filevine, Inc.

6284. FILM MUSICIAN

6285. FILMLA, INC.

6286. FILMTRACK, IN

6287. FIL-TEC, INC.

6288. Filters Fast,LLC

6289. FIMER RENEWABLE ENERGY SOLUTIONS LLC

6290. FINANCEWARE H

6291. FINANCIAL AID

6292. Financial Business and Consumer Solutions, Inc.

6293. Financial Independence Group, LLC

6294. FINANCIAL INDUSTRY COMPUTER SYSTEMS

6295. FINANCIAL RES

6296. FINCA INTERNATIONAL

6297. Finco Holding Company, LLC dba The Equitable Finance Company

6298. FINISHED BASEMENT INC, DBA FINISHED BASEMENT COMPA

6299. FINN PARTNERS, INC.

6300. Finnish American Village

6301. Finster Courier, Inc. DBA Elite Express

6302. FINTHRIVE, INC.

6303. FinTrust Capital Partners, LLC

6304. FIRE & LIFE SAFETY AMERICA, INC.

6305. FIRE & POLICE PENSION ASSOCIATION OF COLORADO

6306. FIRE ENGINEERING COMPANY, INC.

6307. FIRE PROTECTI

6308. FIRECOM, INC.

6309. FIREFIGHTERS

6310. FIREFLY STORE SOLUTIONS

6311. FIREHOUSE LTD

6312. FIREPLACE PRODUCTS US, INC.

6313. Firetrace USA, LLC

6314.  FIRMENICH INCORPORATED

6315.  FIRST ALAMOGORDO BANCORP OF NEVADA, INC.

6316.  FIRST AMERICAN PAYMENT SYSTEMS

6317.  FIRST ARIZONA TITLE AGENCY, LLC

6318.  First Baptist Church of Colleyville

6319.  FIRST CHOICE LOAN SERVICES, INC.

6320.  FIRST CHOICE NEUROLOGY

6321.  FIRST CLASS SERVICES INC

6322.  First Colonies Anesthesia Associates

6323.  FIRST COMMAND FINANCIAL SERVICES

6324.  FIRST DIRECT LENDING, LLC

6325.  FIRST ENVIRON

6326.  FIRST FINANCIAL FEDERAL CREDIT UNION

6327.  First Florida Industries, Inc.

6328.  FIRST HOPE BA

6329.  First Housing Development Corporation of Florida

6330.  FIRST INDUSTR

6331.  First Leads, Inc.

6332.  First Liberty Institute dba First Liberty

6333.  First Liberty National Bank

6334.  FIRST MONTGOM

6335.  FIRST NATIONAL BANK OF

6336.  First National Bank of Estes Park

6337.  First National Bank of Hugo

6338.  First National Bank of Huntsville

6339.  FIRST NATIONAL BANK OF LAS ANIMAS

6340.  FIRST NATIONAL BANK OF WINNSBORO

6341. FIRST NATIONAL BANK TRINIDAD

6342. First Northern Bank of Wyoming

6343. FIRST OPTION MORTGAGE, LLC

6344. FIRST PRESBYT

6345. FIRST PRESBYTERIAN CHURCH

6346. First Presbyterian Church of Colorado Springs

6347. FIRST QUADRAN

6348. FIRST QUALITY MANAGEMENT, INC.

6349. First Redeemer Church

6350. FIRST RESERVE

6351. FIRST SAVINGS MORTGAGE CORPORATION

6352. FIRST STATE B

6353. FIRST STATE T

6354. FIRST TECH FEDERAL CREDIT UNION

6355. FIRST TRUST PORTFOLIOS, LP

6356. FIRST WATCH R

6357. FIRST WATCH RESTAURANTS, INC.

6358. FIRST WESTERN

6359. FIRSTBANK HOLDING COMPANY

6360. FIRSTCASH, INC.

6361. FIRSTLIGHT

6362. FirstLight Home Care Franchising, LLC

6363. FirstOnSite USA Holdings, Inc.

6364. FiscalNote, Inc.

6365. FISCHER CONNE

6366. FISHER & PHILLIPS LLP

6367. Fisher Auto Group, Inc.

6368.   Fisher Auto, Inc.

6369.   FisherBroyles LLP

6370.   FISK UNIVERSITY

6371.   FISKE INC. DB

6372.   FITCH GROUP INC.

6373.   FI-TEK LLC

6374.   Fitness Anywhere LLC dba TRX Training

6375.   FITTINGS UNLIMITED, INC.

6376.   FITZGERALD ASSOCIATES ARCHITECTS

6377.   FIUS Distributors LLC dba Furniture For Life

6378.   FIVE BELOW, INC.

6379.   Five Keys Schools and Programs

6380.   FIVE STAR SHE

6381.   FIVE TOWNS COLLEGE

6382.   FJA-US, INC.

6383.   FJC Security Services, Inc.

6384.   FKP ARCHITECTS, INC.

6385.   FKQ MARKETING, INC.

6386.   FL AVIATION

6387.   FL BC HOLDINGS, LLC . DBA SYNERGY EQUIPMENT

6388.   FL W COAST AUTO, LLC DBA WESLEY CHAPEL TOYOTA

6389.   Flagler Medical Associates, P.A.

6390.   FLAGLERCE HOL

6391.   FLAGPOLES, IN

6392.   Flagship Bioscience, Inc.

6393.   Flare Industries, LLC dba Aereon

6394.   FLATHEAD INDUSTRIES

6395.  FLATIRON CONSTRUCTION CORP.

6396.  FLATIRONS COMMUNITY CHURCH, INC.

6397.  FLATIRONS IMPORTS, INC.

6398.  FLATIRONS, INC.

6399.  Flatland Holdings, Inc. dba RK Pump & Supply

6400.  FLECO INDUSTRIES, INC.

6401.  FLEET FINANCI

6402.  Fleet Sales West, LLC

6403.  FLEET STREET LTD.

6404.  FLEETWASH, INC.

6405.  FLEMING, NOLEN & JEZ, L.L.P.

6406.  Fletcher-Reinhardt Company

6407.  FLEX LEASING POWER & SERVICE, LLC

6408.  Flexe, Inc.

6409.  FLEXFIT LLC

6410.  FLEXIAL CORPORATION

6411.  FLEXIBILITY AND COMPANY LLC

6412.  FLEXSTEEL PIPELINE TECHNOLOGIES, INC

6413.  FLIGHTSAFETY DEFENSE CORPORATION

6414.  FLIGHTSAFETY INTERNATIONAL

6415.  FLIGHTSAFETY TEXTRON AVIATION TRAINING

6416.  FlightWorks, Inc.

6417.  FLINT HYDRAULICS, INC.

6418.  FLOOD BROTHER

6419.  FLOQAST, INC.

6420.  FLORAL SUPPLY SYNDICATE

6421.  FLORATINE PRO

6422. FLORIDA AQUASTORE

6423. FLORIDA ASSOC

6424. FLORIDA DRAWB

6425. Florida Family Insurance Company

6426. FLORIDA INSURANCE SERVICES, INC.

6427. FLORIDA KEYS MOSQUITO CONTROL DISTRICT

6428. FLORIDA MEDICAL CLINIC, LLC.

6429. FLORIDA ORTHOPAEDIC INSTITUTE

6430. FLORIDA RELIA

6431. Florida Safety Contractors, Inc.

6432. FLORIDA SERVICE PAINTING, INC.

6433. FLORIDA STAINLESS FABRICATORS, INC.

6434. FLORIDA SUCCESS MANAGEMENT GROUP, LLC

6435. Florida Turbine Technologies, Inc.

6436. FLORIDA WATER PRODUCTS, INC.

6437. floridacentral Credit Union

6438. Florio, Perrucci, Steinhardt & Cappelli, LLC

6439. Florissant Medical Investors, LLC dba HealthBridge

6440. FLORISSANT VALLEY FIRE

6441. FLO-TECH, LLC

6442. FLO-TITE, INC.

6443. FLOW CONTROL INDUSTRIES, INC.

6444. FLOW POLYMERS, LLC.

6445. FLOW SCIENCE, INC.

6446. Flowhub Holdings, Inc.

6447. Floyd Brace Company, Inc.

6448. FLOYD COUNTY GOVERNMENT

6449.  FLOYD HEALTHCARE MANAGEMENT, INC.

6450.  FLOYD PETERSON COMPANY

6451.  FLP, LLC

6452.  Fluent Inc.

6453.  FLUID PRO, LLC

6454.  FLUVANNA COUN

6455.  FLX Energy Services LLC

6456.  FLYNN ARCHITECTURAL FINISHES, INC.

6457.  FLYNT AMTEX, INC.

6458.  FM HOME LOANS

6459.  FM Home Loans, LLC

6460.  FM: SYSTEMS, INC.

6461.  FMH Material Handling Solutions, Inc.

6462.  FMHC Corporation

6463.  FMI CORPORATI

6464.  FMS FINANCIAL

6465.  FMT SJ LLC

6466.  FNS, INC.

6467.  FNY CAPITAL M

6468.  Focke & Co., Inc.

6469.  Focus Services, LLC

6470.  Focus Staff Services, LLC

6471.  FOCUS, Inc.

6472.  Focused Support LLC

6473.  FOCUSVISION W

6474.  Fogel Services, Inc.

6475.  FOH, Inc.

6476.  FOLCOMER EQUIPMENT CORPORATION

6477.  FOLIO DYNAMIC

6478.  Fomo Products, Inc.

6479.  FONTAINEBLEAU DEVELOPMENT, LLC

6480.  FONTBONNE UNIVERSITY

6481.  FOOD SCIENCES CORPORATION

6482.  FOOD SERVICE SALES AND MARKETING ASSOCIATES, INC.

6483.  FOOD WARMING EQUIPMENT COMPANY, INC

6484.  FoodCorps, Inc.

6485.  Foods In Season, Inc.

6486.  FoodScience Corporation

6487.  FoodServiceWarehouse.com, LLC

6488.  FoodState, Inc.

6489.  FOOTBALL NORTHWEST LLC

6490.  FOOTHILLS ENERGY SERVICES INC.

6491.  Foothills Surgery Center, LLC

6492.  Force Marketing

6493.  FORCEPOINT LLC

6494.  FORCEX, INC.

6495.  FORD & HARRISON LLP

6496.  FORD HOTEL SUPPLY COMPANY, INC.

6497.  Ford Iroquois Public Health Department

6498.  FORDE CONSTRU

6499.  FORE AERO HOLDINGS, LLC

6500.  Fore Property Company

6501.  Forefront Telecare, Inc.

6502.  FORELL/ELSESS

6503.  FOREMOST MANAGEMENT, INC.

6504.  FORERUNNER TE

6505.  Foresight Technologies, Inc.

6506.  FORESIGHT-CYPRESS, LTD.

6507.  Forest Management, Inc.

6508.  FOREST PROPERTIES MANAGEMENT, INC.

6509.  FORESTDALE, INC.

6510.  FORFEITURE SUPPORT ASSOCIATES

6511.  FORGED COMPON

6512.  FORKLIFT SYST

6513.  Formaspace Technical Furniture

6514.  Formation Capital, LLC

6515.  FORMATION, IN

6516.  FORMLABS, INC.

6517.  FORMOSA PLASTICS CORPORATION, U.S.A.

6518.  FORNEY INDUSTRIES, INC.

6519.  Forrest Tire Company, Inc.

6520.  FORS MARSH GROUP

6521.  Forsgren Associates, Inc.

6522.  Forshaw Inc

6523.  Forsyth Country Club

6524.  FORSYTH COUNTRY DAY SCHOOL

6525.  FORSYTH COUNTY BOARD OF COMMISSIONERS

6526.  FORT BEND CEN

6527.  Fort Bend County Municipal Utility District #25

6528.  FORT COLLINS WOMEN'S CLINIC P.C.

6529.  FORT COLLINS YOUTH CLINIC, P.C.

6530. FORT HILL CON

6531. Fort Loudoun Electric Cooperative

6532. FORT MOJAVE SERVICES II, LLC

6533. FORT MYERS BROADCASTING CO

6534. Fort Worth Area Habitat for Humanity, Inc dba Trinity Habitat for Humanity

6535. FORT WORTH BO

6536. Fort Worth Carrier Corporation

6537. Fortenberry & Ricks, LLC

6538. Forthea, LLC

6539. FORTINET, INC.

6540. Fortis Private Bank

6541. FORTNER, BAYENS, LEVKULICH & GARRISON, P.C.

6542. FORTRESS BUIL

6543. Fortress Information Security LLC

6544. FORTUNEBUILDE

6545. Forum Architecture & Interior Design, Inc.

6546. FORWARD AIR CORPORATION, INC.

6547. FORZA EDUCATI

6548. Forza Group, Inc.

6549. Foss Enterprises

6550. Fossett Paving Co., LLC

6551. FOSSIL GROUP, INC.

6552. Foster Corporation

6553. FOSTER MOORE US, LLC

6554. FOSTER, GRAHA

6555. FOSTER-CAVINE

6556. FosterThomas, Inc.

6557.  FOULGER-PRATT

6558.  Foundation Capital, LLC

6559.  Foundation Constructors, Inc.

6560.  Foundation for Economic Education

6561.  Founders Professional, LLC

6562.  FOUNTAIN VALL

6563.  FOUNTAIN VALLEY ELECTRICAL, LLC

6564.  Four Corners Community Bank

6565.  FOUR CORNERS PETROLEUM

6566.  Four Directions LLC

6567.  FOUR M CAPITAL, LLC

6568.  FOUR PEAKS BREWING COMPANY

6569.  FOUR PEAKS LA

6570.  FOUR STAR DRYWALL

6571.  FOUR STAR FABRICATORS, INC.

6572.  FOUR STAR PAVING, LLC

6573.  Four Winds Health LLC dba Wellstreet Urgent Care

6574.  FOUR WINDS INTERACTIVE, LLC

6575.  FOURSIGHT CAPITAL, LLC

6576.  FOURSQUARE LA

6577.  FOURTH WALL R

6578.  FOWLER EQUIPMENT CO. INC.

6579.  Fox Appliance Parts of Atlanta, Inc.

6580.  FOX FACTORY, INC.

6581.  FOX MANAGEMENT REHABILITATION SERVICES,

6582.  FOX RESTAURANT CONCEPTS

6583.  Fox Smith LLC

6584.  FOX TELECOM LLC

6585.  FOX THEATRE,

6586.  FOXHOLE TECHNOLOGY, INC.

6587.  FP Asphalt and Crack Sealing, Inc

6588.  FP Steel Management, Inc.

6589.  FP1 Strategies LLC

6590.  FPC Holdings, Inc.

6591.  FPX, LLC

6592.  FRACTAL ANALY

6593.  FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP

6594.  Frakes Engineering, Inc.

6595.  FRALEY & COMPANY, INC.

6596.  FRANCESCA'S R

6597.  FRANCISCO PARTNERS MGMT LLC

6598.  FRANDSEN RADIO GROUP

6599.  FRANGLO, LTD

6600.  FRANK & JIMMI

6601.  FRANK L. BLUM CONSTRUCTION CO.

6602.  FRANKE USA HOLDING, INC.

6603.  Frankel Family Trust dba Management Support

6604.  Franklin D. Azar & Associates, PC

6605.  Frank-Lin Distillers Products, Ltd.

6606.  FRANKLIN ELECTRIC CO., INC.

6607.  FRANKLIN PROD

6608.  FRANKLIN TRAI

6609.  Franklin Valve, LP

6610.  Franklins Management of Cleveland, LLC

6611.  Frank's Detail, Inc.

6612.  FRANKSTON PAC

6613.  FRASCA FOOD AND WINE

6614.  FRASER OPTICS LLC

6615.  Frash Inc.

6616.  Frasier Meadows Manor, Inc. dba Frasier

6617.  Frazee Ivy Davis PLC

6618.  FRAZER RYAN GOLDBERG & ARNOLD, LLP

6619.  FRAZIER & DEETER, LLC

6620.  FRAZIER INDUSTRIAL COMPANY

6621.  FREAR CONSULTING, INC.

6622.  Fred Emich Company, Inc.

6623.  FREDERICK COUNTY BANK

6624.  FREDERICK DERR & CO

6625.  FREE PRESS, I

6626.  FREE STREAM MEDIA DBA SAMBA TV

6627.  FREEBORDERS, INC.

6628.  FREEDMAN SEATING COMPANY

6629.  FREEDOM FIRE PROTECTION, LLC

6630.  Freedom Fire Protection. LLC

6631.  Freedom Fuels USA Inc.

6632.  Freedom Profit Recovery, Inc

6633.  FreeFlight Acquisitions Corp.

6634.  FREELAND CHEV

6635.  Freeman & Curiel Engineers, LLP

6636.  FREEMANWHITE, INC.

6637.  FREEMYER INDUSTRIAL PRESSURE

6638. FREEPOINT COMMODITIES LLC

6639. FREESE JOHNSO

6640. FREESTONE CAP

6641. FREEWAY MOTORS INC.

6642. FreightCenter, Inc.

6643. FREMONT BREWING

6644. Fremont Motor Companies

6645. FREMONT SANIT

6646. FRENCH AMERIC

6647. FRENCH'S SHOES AND BOOTS

6648. FRESCA FARMS LC

6649. FRESCA FOODS, INC.

6650. FRESENIUS MEDICAL CARE HOLDINGS, INC.

6651. FRESH EXPRESS

6652. FRESH EXPRESS SALINAS

6653. Fresh Foods of Washington, Inc.

6654. FRESH IDEAS MANAGEMENT, LLC

6655. FRESH PRODUCE SPORTSWEAR, INC

6656. FRESHEDGE, LLC

6657. FREUND CONSTRUCTION

6658. Frey Moss Structures, Inc

6659. FRHI HOTELS & RESORTS (U.S.) INC.

6660. Frias Properties of Aspen, LLC

6661. FRIEDMAN FLEISCHER & LOWE LLC

6662. FRIEDMAN INDUSTRIES, INC.

6663. FRIEDMAN RECY

6664. FRIEDMANS' PREMIER SYSTEM INC., DBA IPROMO

247

6665. FRIENDEMIC, L

6666. FRIENDS OF CHILDREN AND FAMILIES

6667. FRIENDS OF KEXP

6668. FRIENDS OF TH

6669. FRIENDS OF THE ORPHANS

6670. Friendship Village of Columbus Ohio Inc.

6671. FRIJOLES RESTAURANTS, INC.

6672. FRIST CAPITAL

6673. FRITZ INDUSTRIES, INC.

6674. FrogSlayer, LLC

6675. Front Range Biosciences Inc.

6676. Front Range Energy, LLC

6677. Front Range Restaurant Management Inc dba Hot Corner Concepts

6678. FRONT RANGE ROOFING SYSTEMS

6679. Front Range Roofing Systems, LLC

6680. Front Range Steel, Inc.

6681. FRONT RANGE STONE INC

6682. FRONT RANGE W

6683. Frontapp, Inc.

6684. FRONTENAC BANK

6685. FRONTERA STRATEGIES LP

6686. FRONTIER ACADEMY

6687. Frontier Asset Management LLC

6688. FRONTIER COMMUNICATIONS

6689. Frontier Communities

6690. Frontier Fire Protection, LLC

6691. FRONTIER LOGISTICS, LP

6692.  FRONTIER MECHANICAL, INC.

6693.  FRONTLINE PERFORMANCE GROUP, LLC.

6694.  Frontline Technology Solutions, LLC dba TravelTab

6695.  FROSS ZELNICK LEHRMAN & ZISSU

6696.  FROST & SULLIVAN

6697.  FROST LIGHTING CO OF IL, INC.

6698.  Frost Lighting Inc.

6699.  Frost-Arnett Company

6700.  Frosty Tops LLC dba OHSO Brewery

6701.  Fruition Growth LLC

6702.  FRUTAROM USA INC

6703.  FRW Partnership

6704.  FRY'S ELECTRONICS, INC.

6705.  FSA NETWORK, INC.

6706.  FSC PEDIATRIC

6707.  FT MEDIA HOLDINGS, LLC

6708.  FT. WORTH SYMPHONY ORCHESTRA

6709.  FTN Associates, Ltd.

6710.  FTS International, LLC

6711.  FUJIFILM HOLDINGS AMERICA CORP

6712.  FUJIFILM MEDICAL SYSTEMS USA, INC.

6713.  FUJIKOKI AMERICA, INC.

6714.  FUJIPOLY AMERICA CORPORATION

6715.  FUJITEC AMERICA, INC.

6716.  Fulcrum BioEnergy, Inc.

6717.  Fulcrum Energy Services, LLC DBA Triple L, Inc.

6718.  Fulcrum, LLC

6719. Fulfill

6720. Fulghum Fibres, Inc.

6721. FULL CIRCLE SOLUTIONS, INC.

6722. Full Color, Inc.

6723. FULL SPECTRUM ANALYTICS, INC.

6724. FULL SWING GO

6725. FULL VISIBILI

6726. FULLBEAUTY BRANDS, INC.

6727. FULLCONTACT, INC.

6728. FULLERTON ENGINEERING CONSULTANTS, INC.

6729. Fulton Academy of Science and Technology

6730. Fun Factory Candy Company LLC

6731. FUN SPOT OF F

6732. FUNCTION ENGINEERING

6733. Functional Remedies, LLC

6734. FUNDING CIRCLE USA, INC.

6735. Funny or Die, Inc.

6736. Furbish Company, LLC

6737. FURMAN UNIVERSITY

6738. Furniture Distributors, Inc. TA Kimbrell's Furnitu

6739. FURNITURELAND SOUTH, INC.

6740. FURTHER, LLC DBA FURTHER ENTERPRISE SOLUTIONS

6741. FURY MANAGEMENT, INC.

6742. FUSE DESIGN,

6743. Fuse, Inc. dba Fuse

6744. FUSE, LLC

6745. FUSION PERFORMANCE MARKETING, LLC

250

6746. Fusion Recruiting Labs, Inc.

6747. Fusion Rehab Services, LLC

6748. FUSION SPECIALTIES, INC.

6749. FUTRON CORPORATION

6750. FUTURE SANITATION, INC.

6751. Future Skys, Inc.

6752. FUTURE US

6753. FUTURELOGIC

6754. FUTURES INDUSTRY ASSOCIATION INC.

6755. FUTUREWEI TECHNOLOGIES, INC.

6756. Futurity First Financial Corporation

6757. FUZION FIELD

6758. FX4B, LLC.

6759. Fyzical, LLC

6760. G & G Distribution, Inc.

6761. G & H Tool & Die, Inc.

6762. G & Z TRANSPORT, LLC

6763. G BAR M CORPO

6764. G Proulx, LLC

6765. G&B Oil Company, Inc DBA G&B Energy

6766. G&C Automotive Distributors dba World Trading

6767. G&D Chillers, Inc.

6768. G&H Contracting, Inc.

6769. G&R AUTO WRECKS, INC

6770. G&W EQUIPMENT, INC.

6771. G. Stone Motors, Inc.

6772. G.A.L. Manufacturing Corp.

6773.  G.F. PUHL COM

6774.  G.JOANNOU CYCLE COMPANY, INC.

6775.  G.L. Morris Enterprises, Inc.

6776.  G.P. & W., INC. DBA CENTER OIL COMPANY

6777.  G.R. ROBERT C

6778.  G.S. PRECISION, INC.

6779.  G2 Holdings Corp, dba Components Direct

6780.  G2 Ops, Inc.

6781.  G2G Management Group LLC

6782.  G2SF, INC.

6783.  GA Telesis, LLC

6784.  Gabi Personal Insurance Agency, Inc.

6785.  GABLES ENGINEERING, INC.

6786.  GABRIEL BROS.

6787.  GABRIEL BROTH

6788.  GABRIEL BROTHERS, INC.

6789.  GAC R&D Center Silicon Valley Inc

6790.  GACO WESTERN,

6791.  GAEDEKE GROUP

6792.  GAGEMAKER, LP

6793.  GAGOSIAN GALL

6794.  Gaia Botanicals, LLC dba Bluebird Botanicals

6795.  GAIA INTERNATIONAL

6796.  GAIA REAL EST

6797.  Gainey Hotel Co. L.L.C.

6798.  Gainsight, Inc.

6799.  GALACTIC PERFORMANCE SOLUTIONS LLC

6800. Galactic Performance Solutions, LLC

6801. Galaxy I Technologies, Inc.

6802. GALCO-APPLIED PRODUCT SOLUTIONS LLC.

6803. Galiso, Inc.

6804. Gallagher Evelius & Jones LLP

6805. Gallagher Transport International, Inc.

6806. GALLAGHER, FLYNN & COMPANY

6807. GALLEGOS SANITATION, INC.

6808. GALLO GLASS

6809. Galloway & Company, Inc.

6810. GALORATH, INC

6811. GALVESTON COUNTY WCID #1

6812. Galvion Ballistics, Ltd.

6813. GAMACHE & MYERS, P.C.

6814. GAMCO INVESTORS, INC.

6815. Game Creek Video, LLC.

6816. Gamefly, Inc

6817. Gametime United, Inc.

6818. Gamigo US, Inc.

6819. GAMING CAPITAL GROUP, LLC

6820. GAMMA ENGINEERING INC

6821. GAMTEX INDUST

6822. GANDARA MENTAL HEALTH CENTER

6823. GANZ U.S.A., LLC.

6824. GAR PRODUCTS

6825. GAR, LLC dba Student Choice High School

6826. GARAGE DOOR S

6827.  GARAN INCORPORATED

6828.  GARBANZO MEDITERRANEAN GRILL, LLC

6829.  GARDEN FRESH GENERAL, INC. DBA GARDEN FRESH MARKET

6830.  GARDEN FRESH RESTAURANTS LLC

6831.  Garden Homes Management Corp.

6832.  GARDEN OF THE GODS CLUB AND RESORT AND AFFILIATED

6833.  Garden State Tile Distributors, Inc.

6834.  GARDIEN SERVI

6835.  Gardner-Gibson, Inc

6836.  Gared Holdings, LLC

6837.  Garfield & Hecht, P.C.

6838.  GARFIELD COUN

6839.  GARGOYLE GRANITE & MARBLE, INC.

6840.  GARLICH PRINTING COMPANY

6841.  GARNET USA LLC

6842.  GARRETT BRANDS LLC

6843.  GARRETT COUNTY MEMORIAL HOSPITAL, DBA GA

6844.  GARRETT MECHANICAL, INC.

6845.  GARTNER, INC.

6846.  GARVEY'S OFFI

6847.  GARVEY'S OFFICE PRODUCTS

6848.  Gary & Leo's Inc

6849.  GARY COMMUNITY INVESTMENT COMPANY

6850.  GARY PLATT MANUFACTURING, LLC

6851.  GARY SANITARY

6852.  GAS SOUTH, LLC

6853.  Gas Transmission Systems, Inc.

6854.   GASFRAC INC.

6855.   GASLLC

6856.   GASSER & SONS, INC.

6857.   Gastroenterology Associates, PA

6858.   Gatch Electrical Contractors, Inc.

6859.   GATE GOURMET, INC.

6860.   Gatelink USA Inc.

6861.   Gateway Bobcat LLC

6862.   GATEWAY COUNS

6863.   Gateway Fellowship LLC

6864.   GATEWAY INDUS

6865.   Gateway Industrial Power

6866.   GATEWAY PERSONNEL SERVICES, INC.

6867.   GATEWAY PREPARATORY ACADEMY

6868.   GATEWAY SECUR

6869.   GATEWAY SECURITY, INC.

6870.   Gateway Solutions, Inc.

6871.   GAUSS MANAGEM

6872.   GAVS TECHNOLOGIES NORTH AMERICA, INC.

6873.   Gay Construction Company

6874.   Gay Men's Health Crisis

6875.   GAZELLE TRANS

6876.   GB SHADES, LLC DBA GOODWIN BROTHERS SHADES & SPECI

6877.   GBC

6878.   GBS LINENS

6879.   GC Corp

6880.   GC PIVOTAL, LLC DBA GLOBAL CAPACITY

6881. GC WEN MGMT C

6882. GC&E SYSTEMS

6883. GCA SAVVIAN, INC. DBA GCA

6884. GCE INTERNATI

6885. gCommerce Solutions, LLC

6886. GCP APPLIED TECHNOLOGIES INC.

6887. GDB INTERNATI

6888. GDS Link, LLC

6889. GeBBS Consulting

6890. GEBO CERMEX USA INC.

6891. GED Integrated Solutions, Inc.

6892. GEE AUTOMOTIVE HOLDINGS, LLC

6893. GEE GROUP INC

6894. GEIGER & PETE

6895. GEIGER PUMP & EQUIPMENT COMPANY

6896. GEISSLER'S SUPERMARKET, INC.

6897. Gem Asset Acquisition, LLC

6898. GEM CAPITAL, LP

6899. GEM INSURANCE AGENCIES, LP

6900. GEM PROPERTY MANAGEMENT LLC

6901. Gem, Inc.

6902. GEMCO CONSTRU

6903. GEMINI COMMUN

6904. Gemini Resources Group, LLC

6905. GEMINI ROSEMONT PROPERTY MANAGEMENT LLC

6906. GEN3 CONSTRUCTION LLC

6907. GENCOR INDUSTRIES, INC.

6908.  GENCORP TECHN

6909.  GENE BURTON AND ASSOCIATES, INC.

6910.  GENE LYNN ELECTRIC, INC.

6911.  GENEDX HOLDINGS CORP.

6912.  Genelco, Inc.

6913.  GENEOS WEALTH

6914.  GENERA CORPORATION

6915.  General Automatic Transfer Company

6916.  GENERAL AVIAT

6917.  GENERAL BODY

6918.  General Distributing

6919.  GENERAL DYNAMICS- BIW

6920.  GENERAL DYNAMICS CORPORATION

6921.  GENERAL HOTEL

6922.  GENERAL INSULATION CO., INC.

6923.  GENERAL INSURANCE SERVICES, INC.

6924.  GENERAL METAL COMPANY, INC.

6925.  General Plasma, Inc.

6926.  GENERAL PLASTICS & COMPOSITES

6927.  General Reliance Corp

6928.  GENERAL SECRETARIAT OF THE ORGANIZATION

6929.  GENERAL SHALE BRICK, INC.

6930.  General Sheet Metal Works, Inc.

6931.  GENERAL TOOL, INC.

6932.  GENERAL TOOLS

6933.  Generant Company, Inc.

6934.  GENERATION TUX

6935.   Generation X Ventures, LLC

6936.   GENERATIONAL

6937.   GENERON IGS, INC.

6938.   GENESEE WESTER, INC DBA METALCRAFT INDUSTRIES, INC

6939.   GENESIS DIAMONDS LLC

6940.   GENESIS GROUP, INC.

6941.   GENESIS INCORP

6942.   GENESIS PURE

6943.   GENEVA SOFTWARE, INC.

6944.   GENEWIZ, LLC

6945.   GENICA CORPOR

6946.   GENMARK AUTOM

6947.   Genoa Hugo School District #113

6948.   GENOA TOWNSHIP

6949.   Genome Medical, Inc and Genome Medical Services

6950.   GENPRO INC.

6951.   GenSunriseCreek LLC dba Montage Creek

6952.   GeoCorp, Inc.

6953.   GEODE CAPITAL MANAGEMENT, LLC

6954.   GEODYNAMICS, INC.

6955.   Geographics, Inc.

6956.   GEOKON, LLC

6957.   Geological Resources, Inc.

6958.   GEON PERFORMANCE SOLUTIONS, LLC.

6959.   GEORGE DELALLO COMPANY, INC.

6960.   George R Ruhl & Son, Inc.

6961.   George S. Hall, Inc.

6962. George Sink, P.A. Injury Lawyers

6963. GEORGE T. SANDERS CO.

6964. GEORGE T. WELDON CONSTRUCTION, LLC

6965. George/McKenna Electrical Contractors, Inc

6966. Georgeco, Inc.

6967. Georgia Anesthesiologists, LLC

6968. Georgia Automobile Dealers Association

6969. GEORGIA BIOMASS, LLC

6970. GEORGIA CLINIC PC

6971. Georgia Credit Union Affiliates

6972. Georgia Dermatology & Skin Cancer Center, LLC

6973. GEORGIA JET LLC

6974. Georgia Legal Services Program, Inc.

6975. GEORGIA O'KEEFFE MUSEUM

6976. Georgia Tech Foundation, Inc.

6977. GEOSTRUCTURES

6978. GEOSYNTEC CONSULTANTS, INC.

6979. GEOTECH ENVIRONMENTAL EQUIPMENT, INC.

6980. GeoTechnologies, Inc., P.A.

6981. GEOTRACE TECH

6982. GERALD H. PHI

6983. GERBER SCIENTIFIC LLC

6984. Gerber/Taylor Capital Advisors LP

6985. GERDES HENRICHSON LTD., LLP

6986. GERMAN MOTORS

6987. GESIPA FASTENERS

6988. Get Sales, Inc

6989. GetUWired, Inc.

6990. GEVO, INC.

6991. GF MIDWEST, I

6992. G-Force & Associates, Inc.

6993. G-Force Services, Inc.

6994. GFX INTERNATI

6995. GG at CR, LLC

6996. GH Management of Washington P.S.

6997. GHILOTTI BROS., INC.

6998. GHOST EMPLOYER ORGANIZATION, LLC

6999. GHPhipps Construction Companies

7000. GHWBB, LLC

7001. GI ALLIANCE MANAGEMENT, LLC

7002. GI Consultants

7003. GIA Publications, Inc.

7004. GIANT CEMENT HOLDING, INC.

7005. Gibbs & Cox, Inc.

7006. GIBSON & ASSOCIATES, INC.

7007. Gibson Products LP

7008. Gibson Products, Inc.

7009. GIBSON TECHNICAL SERVICES, INC

7010. Gila River Indian Community DBA Rawhide Western Town and Steakhouse

7011. Gilbert Christian Schools

7012. GILBERT CONTRACTING, INC.

7013. GILD, INC.

7014. GILFORD SECURITIES INCORPORATED

7015. Gillette Steel Center

7016. Gilpin County School District RE-1

7017. GINGER.IO

7018. GIORGIO GORI

7019. Giorgios Hospitality Group

7020. Gipe Associates, Inc.

7021. GIRARDI & KEESE LAW FIRM (CONFIDENTIAL NAME)

7022. GIRARDI'S TOWING, INC.

7023. Girl Scouts Heart of New Jersey

7024. GIRLS PREPARA

7025. Giroud Tree & Lawn

7026. GIULIANO'S DELICATESSEN, INC.

7027. Give & Go Prepared Foods (USA)

7028. GIVE AND GO P

7029. GIVE KIDS THE

7030. GIVELIFY, LLC

7031. GK DEVELOPMENT, INC.

7032. GLACIER BREWHOUSE

7033. GLACIER CONSTRUCTION CO., INC.

7034. GLACIER MANAGEMENT ASSOCIATES, LLC

7035. Glacier Precast Concrete

7036. Gladhill Tractor Mart, Inc.

7037. GLADLY SOFTWA

7038. Gladney Center

7039. Glam Media, Inc.

7040. GLANKLER BROW

7041. GLASER ENERGY GROUP, INC.

7042. GLASS CASTLE OF NJ CORP D/B/A GLASS CASTLE

7043.   GLASS DYNAMICS, INC.

7044.   GLASS SYSTEMS, INC.

7045.   GLASSPOINT SO

7046.   GLAZIER HOLDINGS, LLC

7047.   GLAZ-TECH IND

7048.   Glebar Company, Inc.

7049.   Glemco, Inc.

7050.   GLENARBOR GOL

7051.   Glenmoor Country Club

7052.   GLENRO, INC.

7053.   Glenstone Foundation

7054.   GLENWOOD MEDI

7055.   Glenwood Medical Associates, P.C.

7056.   GLENWOOD SPRINGS FORD, INC.

7057.   Glenwood Tramway, LLC

7058.   GLIDEFAST CON

7059.   Global 714 Holdings, LLC

7060.   GLOBAL AEROSPACE TECHNICAL SUPPORT, INC.

7061.   GLOBAL BODY A

7062.   GLOBAL CONSULTING INTERNATIONAL, INC.

7063.   GLOBAL CONVER

7064.   GLOBAL DATA M

7065.   Global Dental Science, LLC

7066.   Global Diagnostic Services, Inc.

7067.   GLOBAL DIVING & SALVAGE, INC.

7068.   GLOBAL EDGE S

7069.   GLOBAL EMPIRE

7070. GLOBAL EMPLOYMENT SOLUTIONS, INC.

7071. GLOBAL ENERGY EFFICIENCY HOLDINGS, INC.

7072. Global Franchise Group

7073. Global Granite & Marble, LLC

7074. Global Impact

7075. Global InfoTek, Inc.

7076. Global Infrastructure Management LLC

7077. GLOBAL INTEGRATED SECURITY (USA) INC.

7078. GLOBAL KNOWLEDGE TRAINING LLC

7079. GLOBAL MANAGEMENT SYSTEMS, INC.

7080. GLOBAL MEDICAL IMAGING, LLC

7081. GLOBAL MOTORS

7082. Global Parts Network, LLC

7083. GLOBAL PERFORMANCE WINDOWS

7084. GLOBAL PRINTI

7085. Global Research Analytics, LLC

7086. GLOBAL RESOURCE SOLUTIONS, INC.

7087. GLOBAL RESPON

7088. GLOBAL SOLAR ENERGY, INC.

7089. GLOBAL SOLUTIONS NETWORK, INC.

7090. GLOBAL STEERI

7091. Global Technical Systems (GTS)

7092. GLOBAL UPRISI

7093. GLOBAL VACATION NETWORK

7094. GLOBAL WATER MANAGEMENT, LLC/DBA FATHOM

7095. Global Wingspan, LLC

7096. GLOBAL WIRELE

7097.   GLOBALFOUNDRIES U.S. INC.

7098.   GLOBALTECH, INC.

7099.   GLOBE AIR CARGO, INC.

7100.   GLOBE CORPORATION

7101.   GLOBE DIE CUT

7102.   GLOBE WIRELESS, LLC

7103.   GLOBITECH INC

7104.   GLOOKO, INC.

7105.   Glosten, Inc.

7106.   GLOUCESTER COUNTY SCHOOL BOARD

7107.   GLOVIS America, Inc.

7108.   GLOWPOINT, INC.

7109.   GLYNLYON, INC

7110.   GM JOHNSON COMPANIES, INC.

7111.   GM NAMEPLATE, INC.

7112.   GM2 ASSOCIATES, INC.

7113.   GMA Garnet USA, Corp.

7114.   GMB PARTNERS

7115.   GMT Auto Sales Inc.

7116.   GNAP, LLC

7117.   GO Car Wash Management Corp

7118.   GO KIDS, INC.

7119.   GOAL INVESTME

7120.   GoAmericaGo Beverages, LLC

7121.   GOBALTO, INC.

7122.   GOBINS, INC.

7123.   GOBLE & ASSOC

7124. GODFREY TRUCKING

7125. GODISH.COM LLC DBA THE GO SOLUTION

7126. Goelzer Industries, Inc.

7127. Goff Davis Machine LLC

7128. GOLD COAST EAGLE DISTRIBUTING

7129. GOLD EAGLE CO.

7130. Gold Rush Hotel & Casino

7131. GOLD STANDARD ENTERPRISES, INC

7132. Gold Synergy Operations LLC

7133. Gold Systems, Inc.

7134. GOLDCORP USA, INC.

7135. GOLDEN AUTO,

7136. GOLDEN CORRAL CORPORATION

7137. GOLDEN CORRAL RESTAURANT

7138. GOLDEN EMPIRE MFG., INC. DBA GEM BUILDINGS

7139. Golden Gait Trailers & RV, LLC

7140. GOLDEN SAND RIVER CALIFORNIA CORPORATION

7141. GOLDEN SANDS

7142. GOLDEN STATE CAFE, INC.

7143. GOLDEN TECHNO

7144. Golden Van Lines, Inc.

7145. GOLDER ASSOCIATES USA INC.

7146. GOLDIN PEISER & PEISER, LLP

7147. Golding Transport

7148. GOLD'S HOLDING CORP

7149. GOLDSTEIN AND BURTON

7150. GOLDWIND USA, INC.

7151.  Goley Holdco, LLC

7152.  Goley, Inc.

7153.  GOLF & SKI WAREHOUSE

7154.  GOLFTEC MANAG

7155.  GOLFTEC MANAGEMENT LLC

7156.  Gomez Construction Company

7157.  GOMPERS HABILITATION CENTER

7158.  Gong & Gong Company dba Food 4 Less

7159.  GONOODLE, INC

7160.  Gonzales Consulting Services, Inc.

7161.  GOOD CLOTHING, INC. DBA G- STAGE

7162.  GOOD DAY PHARMACY

7163.  GOOD EGGS, INC.

7164.  GOOD ROADS AU

7165.  GOOD SPORTS,

7166.  GOOD SPORTSMAN MARKETING, LLC

7167.  Goodale & Barbieri

7168.  GOODE REFRIGERATION

7169.  Goodfellow Corporation

7170.  GOODIER COSMETICS, LLC

7171.  GOODWAY GROUP LLC

7172.  GOODWILL INDU

7173.  GOODWILL INDUSTRIES OF CENTRAL ARIZONA,

7174.  GOODWILL INDUSTRIES UPSTATE/MIDLANDS SC

7175.  GOODWILL OF COLORADO

7176.  GOODWIN COLLE

7177.  GOORIN BROTHE

7178.   Goosehead Insurance Agency

7179.   GOPALCO, INC.

7180.   GOPRO, INC.

7181.   Gordini USA, Inc.

7182.   GORDON CTY BD OF COMMISSIONERS

7183.   GORDON ELECTRIC SUPPLY

7184.   Gordon Parks Elementary

7185.   GORDON REES SCULLY MANSUKHANI LLP

7186.   Gordon US, LLC

7187.   GORDON-DARBY, INC.

7188.   GORDON'S SPECIALTIES, INC.

7189.   Goree Architects, Inc.

7190.   GORHAM SCHAFF

7191.   Gorilla Group, Inc.

7192.   GORMAN ROOFING SERVICES, INC

7193.   GORRONDONA &

7194.   Gorsuch Ltd.

7195.   GOSH ENTERPRISES

7196.   Goshen County Wyoming

7197.   Goshen Valley Foundation, Inc.

7198.   GOSPEL FOR ASIA, INC.

7199.   Goss Foundations, Inc.

7200.   GOSS INTERNATIONAL AMERICAS, LLC

7201.   GOTTSCHE REHAB CENTER

7202.   GOULD INVESTO

7203.   GOULD INVESTORS, INC.

7204.   GOULSTON TECH

7205. Gourmet Kitchens, Inc.

7206. GOVERNMENT OF AUSTRALIA (A- BASED)

7207. GOVIG & ASSOCIATES, INC.

7208. GOVPLACE, INC.

7209. GOWER CORPORA

7210. GP Group of Companies, LLC

7211. GP Transportation Co dba GP Transco

7212. GPB WASTE NY, LLC.

7213. GPS SOURCE INC.

7214. GPW AND ASSOCIATES, INC.

7215. GR ENERGY SERVICES MANAGEMENT, LP

7216. GRABER CONSTRUCTION, INC.

7217. GRACE BEAUTY

7218. GRACE CHRISTIAN CHURCH, INC.

7219. Grace Community Church

7220. GRACE FAMILY

7221. GRACE INDUSTR

7222. GRACEKENNEDY

7223. GRACO FISHING AND RENTAL TOOLS, INC.

7224. GRACON LLC

7225. GRADUATION ALLIANCE

7226. Graduation Solutions LLC

7227. GRAEBEL COMPANIES, INC

7228. GRAFTECH INTERNATIONAL HOLDINGS INC.

7229. GRAHAM GOLF CARS INC.

7230. GRAHAM LUNDBERG PESCHEL, PS

7231. GRAHAM OLESON OF COLORADO, INC.

7232.  GRAIL, LLC

7233.  GRAINGER COMPANIES DBA GRAINGER HONDA

7234.  GRAMEEN AMERI

7235.  GRANADA SCHOOL DISTRICT RE-1

7236.  GRAND CANYON EDUCATION, INC.

7237.  GRAND CANYON TITLE AGENCY, INC.

7238.  GRAND COUNTY

7239.  GRAND COUNTY - UT

7240.  GRAND HOMES O

7241.  GRAND JUNCTION HOUSING AUTHORITY

7242.  GRAND LODGE OF A.F & A.M OF MARYLAND MASONIC HOMES

7243.  Grand Mountain Bank, FSB

7244.  GRAND PRIX MOTOR SPORTS

7245.  Grand+Benedicts, Inc.

7246.  GRANDVISION USA RETAIL HOLDING CORPORATI

7247.  Granger Genetics, LLC

7248.  GRANITE BROADCASTING LLC

7249.  Granite Contracting LLC

7250.  GRANITE GROUP INSURANCE TRUST

7251.  Granite Peak Development Management Inc

7252.  GRANITE PRECAST INC.

7253.  GRANITE PUBLICATIONS, INC.

7254.  Granite Shore Power LLC

7255.  Granite Solutions Groupe, Inc.

7256.  GRANT SHEET M

7257.  GRANT, KONVALINKA & HARRISON, P.C.

7258.  GRANULES USA,

7259. Granville Homes, Inc.

7260. Graphic Equipment Corporation

7261. GRAPHIC PRODUCTS

7262. GRAPHICS AND INDUSTRIAL CIRCUITS, LTD

7263. GRAPHIQ INC.

7264. GraphTec, Inc.

7265. GRAPPONE MANAGEMENT CO., INC.

7266. GRASPA CONSULTING, INC.

7267. GRASSI & CO.

7268. GRASSY CREEK, LLC

7269. GRAVES ELECTR

7270. Gravis Law PLLC

7271. GRAVITAS TECH

7272. GRAVITY ENTER

7273. GRAY MATTER S

7274. GRAYCO PARTNE

7275. GRAYCO PROPER

7276. GrayCourt Capital, LLC dba The Pet Loss Center

7277. GRAYHAIR SOFTWARE INC.

7278. GRC Nevada, Inc.

7279. GREAT AMERICAN SNACKS

7280. GREAT BAY DISTRIBUTORS, INC.

7281. GREAT BAY ENERGY LLC

7282. Great Circle Ventures, LLC

7283. Great Divide Brewing Company

7284. Great Falls Transit District

7285. Great Harvest Franchising, Inc.

7286. GREAT HEALTHW

7287. GREAT HEARTS ACADEMIES

7288. GREAT LAKES AVIATION

7289. GREAT LAKES PETROLEUM TRANSPORTATION, LLC

7290. GREAT LAKES PLUMBING & HEATING CO.

7291. Great Point Partners, LLC

7292. GREAT WESTERN BUILDING MATERIALS

7293. GREAT WESTERN CO., LLC

7294. GREAT WESTERN DINING SERVICE, INC.

7295. GREAT WESTERN ERECTORS

7296. GREAT WESTERN INSURANCE COMPANY

7297. Greater Brighton Fire Protection District

7298. Greater Houston Interventional

7299. GREATER LAFAYETTE PUBLIC TRANSPORTATION CORP.

7300. GREATER SEATTLE CONCRETE

7301. GREATER THAN ONE, INC.

7302. GREE INTERNATIONAL, INC.

7303. GREELEY AND HANSEN LLC

7304. Green Brook Pontiac-GMC, Inc.

7305. Green Hills Memorial Park

7306. GREEN HILLS SOFTWARE, INC.

7307. GREEN HOUSE DATA, INC.

7308. GREEN KEY OF DELAWARE, LLC

7309. Green Lake Jewelry Works

7310. GREEN MOUNTAIN COLLEGE

7311. GREEN MOUNTAIN ELECTRIC SUPPLY, INC.

7312. GREEN MOUNTAIN PIPELINE SERVICES, INC.

7313.   GREEN MOUNTAIN POWER CORPORATION

7314.   GREEN PLANET

7315.   GREEN RIDE CO INC DBA GREEN RIDE COLORADO SHUTTLE

7316.   Green Thumb Management, LLC

7317.   GREEN VALLEY ASSOCIATION

7318.   GREENBELT HOMES, INC.

7319.   Greenberg, Grant & Richards Inc.

7320.   Greenberg, Grant & Richards, Inc.

7321.   GREENBERRY INDUSTRIAL

7322.   Greener Pasture Compassion Center LLC dba Verde Natural

7323.   GREENE'S ENERGY SERVICES, INC.

7324.   GREENHOUSE SO

7325.   Greenix Holdings LLC

7326.   Greenlight Financial Technology, Inc.

7327.   Greenline Service Corporation

7328.   GREENPOINT-TX

7329.   GreenRubino

7330.   GREENSBORO CO

7331.   GREENSBORO DA

7332.   GREENSFELDER, HEMKER & GALE P.C.

7333.   GREENSPUN COMPANIES

7334.   GREENSPUN CORPORATION

7335.   GREENSPUN MEDIA GROUP

7336.   GREENSPUN MEDIA GROUP, LLC

7337.   GREENSTONE MANAGEMENT, LLC

7338.   Greenville Country Club

7339.   GREENVILLE UTILITIES COMMISSION

7340. GREENWAVE REA

7341. GREENWAY HEALTH, LLC

7342. GREENWAY HOME SERVICES, LLC

7343. GREENWICH AEROGROUP

7344. GREENWICH HOU

7345. GREENWICH STREET COMMERCIAL MORTGAGE, LLC

7346. GREENWOOD COMMUNITIES AND RESORTS, INC.

7347. GREENWOOD FABRICATING & PLATING, LLC

7348. GREENWOOD PEDIATRICS, P.C.

7349. GREENZONE SOLUTIONS, INC.

7350. GREER COMMISSION OF PUBLIC WORKS

7351. GREER INDUSTRIES, INC.

7352. GREER TANK AND WELDING, INC.

7353. GREGORY ELECTRIC, INC.

7354. GREGORY PACKA

7355. GREG'S WELDIN

7356. GREINER BIO-ONE NORTH AMERICA, INC

7357. GREINER BIO-ONE NORTH AMERICA, INC.

7358. GREINER ELECTRIC LLC

7359. GREKA

7360. Grelen Nursery, Inc.

7361. Grenadier Investments, LLC

7362. GREYHOUND LINES, INC.

7363. GREYHOUND/ ATU

7364. GREYLOCK MANAGEMENT CORPORATION

7365. Greystone Properties, LLC

7366. GREYSTONE TECHNOLOGY GROUP, INC.

7367.  GREYSTONE, INC.

7368.  GREYTHORN, INC.

7369.  GRID Networks LLC

7370.  Gridiron IT Solutions LLC

7371.  GRIFFIN & HOWE INC.

7372.  Griffin Gear, Inc.

7373.  GRIFFIN'S PROPANE, INC.

7374.  GRIFFIS GROUP

7375.  GRILLED SANDWICHES, LLC

7376.  GRIMCO, INC.

7377.  Grimm, Vranjes & Greer, LLP

7378.  GRINDER & HAIZLIP CONSTRUCTION COMPANY INC.

7379.  GRINDER, TABER & GRINDER, INC.

7380.  GRISHAM CORPORATION

7381.  GRIT Energy Services, Inc.

7382.  Gritter Francona, Inc.

7383.  GRM Facilities Management, Inc.

7384.  GRMS IT CONSULTING INC

7385.  GROELLE & SALMON, P.A.

7386.  GROENEVELD LU

7387.  GROM ASSOCIATES, INC.

7388.  Groninger & Co., Inc.

7389.  GROSVENOR CAP

7390.  GROSVENOR INDUSTRIES, LLC

7391.  GROUND SERVIC

7392.  GROUND UP ROAD CONSTRUCTION, INC

7393.  GROUNDLINK HO

7394.  Groundwater Solutions, Inc

7395.  GROUP 1 AUTOMOTIVE

7396.  GROUP 970

7397.  GROUP HOLDINGS AVIATION LLC

7398.  GROUP NINE ME

7399.  Group One Trading, LP

7400.  GROUP14 ENGINEERING, INC.

7401.  GROUP360, INC. D/B/A WE ARE ALEXANDER

7402.  GROUPE SEB USA / ALL-CLAD

7403.  GROUPER ACQUISITION COMPANY, LLC

7404.  Grouse Mountain Environmental Consultants, LLC

7405.  GROVE BANK &

7406.  GROVE MEDICAL, INC.

7407.  GROVE RESOURCE SOLUTIONS, INC.

7408.  GROW FINANCIAL FEDERAL CREDIT UNION

7409.  Grow, Inc.

7410.  Growers Holdings, Inc.

7411.  Growing Child Pediatrics

7412.  GrowthPlay

7413.  Groz-Beckert USA, Inc.

7414.  GRS TALENT MANAGEMENT SOLUTIONS

7415.  GRUBBS NISSAN MID-CITIES, LTD

7416.  GRUEN ASSOCIATES

7417.  GS1 GO GSMP, INC.

7418.  GSE DYNAMICS, INC.

7419.  GSF PROPERTIE

7420.  GSF USA, INC.

7421. GSI ENVIRONMENTAL INC.

7422. GSI TECHNOLOG

7423. GSI, Inc.

7424. GSP Marketing Technologies, Inc.

7425. GSS Infotech CT Inc.

7426. G-Style Transport, LLC

7427. GT Global Staffing, Inc/Westmoreland GTGS JV

7428. GTG AUTOMATIO

7429. GTI-Clinic Illinois Holdings, LLC

7430. GTUIT, LLC

7431. GUADALUPE SCH

7432. GUARANTEE INSURANCE GROUP, INC.

7433. Guaranteed Supply Company

7434. GUARANTY BANCORP

7435. Guardian Companies, Inc.

7436. GUARDIAN DRUG CO

7437. GUARDIAN FIRE PROTECTION SERVICES

7438. GUARDIAN FUEL

7439. GUARDIAN NAVI

7440. GUARDS & SECURITY LOCAL 1412 WELFARE FUND

7441. GUEST COUNTS HOSPITALITY LLC

7442. Guidacent, Inc.

7443. Guidance in Giving, Inc.

7444. GUIDANCE SOLUTIONS, INC.

7445. GUIDEBOOK INC

7446. GUIDEHOUSE DIGITAL LLC

7447. Guidepoint Global

276

7448.  GUIDESPARK, I

7449.  Guilford Child Development

7450.  Gulf Coast Express Carriers

7451.  GULF COAST HEALTH CENTER, INC.

7452.  GULF COAST LIMESTONE, INC.

7453.  GULF COAST MACHINE & SUPPLY

7454.  GULF COAST WATER AUTHORITY

7455.  GULF HARBOUR GOLF AND COUNTRY CLUB

7456.  Gulf Manufacturing LLC

7457.  GULF STREAM M

7458.  GULF WINDS INTERNATIONAL, INC.

7459.  GULFEAGLE SUPPLY

7460.  Gullett & Associates, Inc.

7461.  GULLEY GREENHOUSE, INC.

7462.  GUNBARREL MANAGEMENT SERVICES,

7463.  Gunite Specialists, Inc.

7464.  Gunnison Consulting Group, Inc.

7465.  GUNSIGHT CONSTRUCTION COMPANIES, LLC

7466.  Gunslinger Customs, Inc.

7467.  Gunster, Yoakley & Stewart, P.A.

7468.  GUNTHER INTERNATIONAL PS

7469.  GUNTON CORPORATION

7470.  GUNZE USA COR

7471.  GUSHER OIL FIELD SERVICES LLC

7472.  GUSTAVE A. LARSON COMPANY

7473.  GUSTO

7474.  GUY BROWN, LL

7475.  GUYAN INTERNATIONAL INC. DBA PERMCO

7476.  Guzik Technical Enterprises

7477.  GVI, INC.

7478.  GVW GROUP, LLC

7479.  GW Mechanical Inc.

7480.  GWINNETT CLIN

7481.  GWP Midstream Holdco, LLC

7482.  GWYNNIE BEE, INC.

7483.  GYM SOURCE, INC.

7484.  H & G Systems LP

7485.  H & H PROPELLER SERVICES, INC

7486.  H & W Electrical Corporation

7487.  H & W TRUCKING COMPANY, INC.

7488.  H + L ARCHITECTURE, LTD

7489.  H&H Electrical Contractors, Inc.

7490.  H&H Medical Corporation

7491.  H&K TRUCKING, LLC

7492.  H&M HENNES & MAURITZ L.P.

7493.  H&M MECHANICAL CONSTRUCTORS, INC.

7494.  H&R MACHINE, INC.

7495.  H&S PROPERTIES DEVELOPMENT CORPORATION

7496.  H&T BATTERY COMPONENTS

7497.  H&T Waterbury, Inc.

7498.  H. A. Folsom & Associates, Inc.

7499.  H. BECK, INC.

7500.  H. BETTI INDU

7501.  H.J. RUSSELL & COMPANY

7502.  H.K. Griffith, Inc.

7503.  H.L. Flake Security Hardware

7504.  H.P. Cadwallader, Inc.

7505.  H.S. Pine Ridge, LLC

7506.  H.U.S. Strategic Marketing Inc.

7507.  H.W. Herrell Distributing Company

7508.  H.W. KAUFMAN FINANCIAL GROUP INC.

7509.  H2 ENTERPRISES, LLC

7510.  H2 Hospitalist Group, LLC

7511.  H20 Clinical LLC. dba Firma Clinical Research

7512.  H2TRONICS, INC.

7513.  H5 Data Centers, LLC

7514.  HABCO Industries, LLC

7515.  HABITAT FOR H

7516.  HABITAT FOR HUMANITY INTERNATIONAL INC.

7517.  Habitat for Humanity of Collier County, Inc.

7518.  Habitat for Humanity of Greater Greensboro

7519.  HAEMATOLOGIC TECHNOLOGIES, INC

7520.  Hagens Berman Sobol Shapiro LLP

7521.  HAHL, INC.

7522.  Hahn & Clay Holding Company

7523.  HAHN BROS., INC.

7524.  Hahn Systems, LLC

7525.  HAHN-MASON AIR SYSTEMS, INC.

7526.  HAIER AMERICA

7527.  HAIGHTS CROSS COMMUNICATIONS INC

7528.  HAIR CLUB FOR

7529.   HAIRFIELD VAULT COMPANY, INC.

7530.   HAKKASAN USA,

7531.   Hal Bone Enterprises, LLC

7532.   Hal McBride Car Sales, Inc.

7533.   Halco Industries, LLC

7534.   Halco Lighting Technologies

7535.   Halcyon Home, LLC

7536.   HALE FARMS, I

7537.   HALEX CORPORATION

7538.   Haley Construction dba ResCon Group

7539.   HALFAKER & AS

7540.   HALIFAX SECUR

7541.   HALKER CONSULTING LLC

7542.   HALKEY-ROBERT

7543.   Hall & Evans, L.L.C.

7544.   HALL COUNTY BOARD OF COMMISSIONERS

7545.   HALLAM ASSOCIATES INC

7546.   Halley Engineering Contractors, Inc.

7547.   HALLIDAY PRODUCTS, INC

7548.   Hall-Irwin Corporation

7549.   HALLORAN & SA

7550.   HALO BRANDED SOLUTIONS, INC.

7551.   HALSEY FOODSERVICE

7552.   HALVIK CORP

7553.   HAMILTON BEACH BRANDS, INC.

7554.   Hamilton Construction

7555.   HAMILTON COUNTY DEPARTMENT OF EDUCATION

7556. HAMILTON COUNTY GOVERNMENT

7557. HAMILTON FARM GOLF CLUB LLC

7558. HAMILTON USA

7559. HAMLIN & BURT

7560. HAMMER & HAND

7561. HAMMERHEAD HO

7562. HAMMERLUND CONSTRUCTION, LLC

7563. HAMMERSMITH MANAGEMENT, INC.

7564. HAMMERTON, IN

7565. Hammond Electronics, Inc.

7566. HAMMOND'S CANDIES

7567. HAMPSHIRE COM

7568. HAMPTON CITY SCHOOLS

7569. HAMPTON JITNE

7570. HAMPTON RESOURCES, INC.

7571. HAMPTON ROADS SANITATION DISTRICT

7572. HAMRA MANAGEMENT COMPANY, LLC

7573. Hamstra Heating & Cooling, Inc.

7574. Hancock and Sons Construction, Inc.

7575. HANCOCK, DANIEL, JOHNSON & NAGLE, P.C.

7576. Hand Surgery Associates, P.C.

7577. HAND UP HOMES FOR YOUTH WEST, INC.

7578. HANDEX CONSUL

7579. HANDSHAKE CORP.

7580. Handtmann, Inc.

7581. HANESBRANDS INC.

7582. HANJIN LOGISTICS, INC.

7583.  HANK WILLIAMS, INC.

7584.  HANKOOK TIRE

7585.  HANLEY INDUSTRIES, INC.

7586.  Hanna, Campbell & Powell, LLP

7587.  Hanover Direct, Inc

7588.  Hans Rudolph, Inc.

7589.  HANSEN CONSTR

7590.  HANSEN CONSTRUCTION, INC.

7591.  Hansen HVAC & Plumbing Services, Inc.

7592.  HANSEN LOGGING, LLC

7593.  HANSEN RANCHES

7594.  HANSON EQUIPM

7595.  Hanson Professional Corporation DBA Hanson & Co. CPAs

7596.  HANSON TRUSS, INC.

7597.  Hanwha Q Cells USA, Inc

7598.  HARALSON COUNTY

7599.  Harbor America Holdings Inc.

7600.  HARBOR BANKSHARES CORPORATION

7601.  HARBOR PACIFIC BOTTLING INC.

7602.  HARBOUR RIDGE

7603.  HAR-BRO

7604.  Har-Bro, Inc.

7605.  HARDIE'S FRUI

7606.  HARDIN-SIMMONS UNIVERSITY

7607.  HARD'S MARINE SERVICE, LTD.

7608.  Hardware Sales Inc.

7609.  HARDWARE SPEC

7610. Hardy Chevrolet, Inc.

7611. HARDY DIAGNOS

7612. HAREN HOLDING

7613. HARKINS ADMINISTRATIVE SERVICES, INC.

7614. Harkness Furniture

7615. Harlan Global Manufacturing, LLC

7616. Harlem United Community AIDS Center

7617. HARLEY DAVIDSON FINANCIAL SERVICES, INC.

7618. HARMAN MANAGEMENT CORPORATION

7619. HARMLESS HARVEST, INC.

7620. Harmony Gardens, Inc.

7621. HARPER CONTRACTING INC DBA HARPER PRECAST

7622. Harper Mechanical Contractors, LLC

7623. HARPO INC

7624. HARRELL'S AUTOMOTIVE, INC.

7625. HARRIMAN CONSTRUCTION, INC.

7626. HARRIS CONSTR

7627. HARRIS COUNTY AND HARRIS COUNTY FLOOD

7628. HARRIS COUNTY RENTALS, LLC DBA TEXAS STATE RENTALS

7629. HARRIS KOCHER ENGINEERING GROUP, INC.

7630. HARRIS PUBLICATIONS, INC.

7631. HARRIS TEETER SUPERMARKETS, INC.

7632. HARRISON CONCRETE CONSTRUCTION, INC.

7633. HARRISON DESIGN ASSOCIATES, INC.

7634. HARRISON GROUP

7635. HARRISON GROUP, INC.

7636. HARRISON POULTRY, INC

7637.   Harrison Properties, LLC

7638.   HARRISON WESTERN CONSTRUCTION CORPORATION

7639.   HARRY WARREN

7640.   HARSCO CORPORATION

7641.   Harsh International, Inc.

7642.   Hart Care Center, Inc.

7643.   Hart Howerton Partners, Ltd.

7644.   Hart Mechanical, Inc.

7645.   HARTE AUTO GR

7646.   HARTFORD TOYO

7647.   HARTMAN BROTHERS, INC

7648.   HARTUNG GLASS INDUSTRIES

7649.   HARTWAY MANAGEMENT

7650.   HARTWIG, INC.

7651.   HARVEST BIBLE CHAPEL

7652.   Harvest Christian Fellowship

7653.   HARVEST MEAT COMPANY, INC

7654.   HARVEST MERCANTILE CO., DBA JOE'S REAL BBQ

7655.   Harvest Power Community Development Group, Inc.

7656.   HARVEST PROPE

7657.   HARVEST RICE,

7658.   HARVEY NASH,

7659.   HARVEY'S PLUMBING & HEATING

7660.   HASELDEN CONSTRUCTION, INC.

7661.   HASKELL & WHITE, LLP

7662.   HASTINGS & CHIVETTA ARCHITECTS, INC.

7663.   Hat Labs, Inc.

7664. HATCH ASSOCIATES CONSULTANTS, INC.

7665. Hatfield, Inc.

7666. HATHAWAY CONS

7667. HAVEN HOUSE,

7668. Haven Manufacturing Indiana

7669. Havenly, Inc.

7670. HAWE North America, Inc.

7671. Hawk Research Laboratories, LLC

7672. HAWK RIDGE SYSTEMS, LLC

7673. HAWK TECHNICA

7674. Hawke Aerospace Group, LLC

7675. Haws Corporation

7676. Hawx Services, LLC

7677. Haxtun Hospital District

7678. Haxtun School District

7679. HAYDEN PRODUCTS, LLC

7680. HAYDON BUILDING CORP

7681. HAYDON CORPORATION

7682. Hayes and Stolz Industrial Manufacturing Company

7683. HAYES MEDICAL

7684. HAYES, JAMES & ASSOCIATES, INC.

7685. HAYMAN-WOODWA

7686. HAYNES CONSTR

7687. Haynie & Company

7688. HB BOYS, L.C.

7689. HB Construction, Inc.

7690. HB Management Group, Inc.

7691.  HBA INTERNATI

7692.  HBD INDUSTRIES, INC.

7693.  HBI GROUP, IN

7694.  HBS Systems, Inc.

7695.  HC MANVEL, IN

7696.  HCENTIVE, INC.

7697.  HCI Group, Inc.

7698.  HCI HUMAN CAPITAL INSTITUTE, INC.

7699.  HCSS Employer Inc

7700.  HCT PACKAGING

7701.  HCW Biologics Inc.

7702.  H-CYTE MANAGE

7703.  HD Hotels, LLC D/B/A Stamford Marriott

7704.  HD PARTNERS 2

7705.  HDJ Design Group, PLLC.

7706.  HDNET, LLC

7707.  Headhunter, Inc

7708.  HEADSPACE, INC.

7709.  HEALTH COMPLE

7710.  Health Decisions, Inc.

7711.  HEALTH FIDELI

7712.  Health Information Associates, Inc.

7713.  Health Insurance Innovations Inc.

7714.  HEALTH LYNKS,

7715.  HEALTH PLUS MANAGEMENT, LLC

7716.  HEALTH QUALIT

7717.  HEALTH SERVIC

7718.  HEALTH STRATEGIES GROUP, INC.

7719.  HEALTHAXIS GR

7720.  HEALTHAXIS,LL

7721.  HealthCare Appraisers, Inc.

7722.  Healthcare Associates in Medicine P.C.

7723.  HEALTHCARE CONSULTANTS, INC DBA NEWBORN NURSES

7724.  HEALTHCARE MANAGEMENT LLC

7725.  Healthcare Packaging US Inc.

7726.  Healthcare Receivable Specialists Inc

7727.  HealthCare Support Staffing, Inc.

7728.  HEALTHFRONT, P.C.

7729.  HEALTHGRADES, INC.

7730.  HEALTHMARKETS, INC.

7731.  HEALTHONE DBA THE COLORADO HEALTH FOUNDATION

7732.  HEALTHPLEX, INC.

7733.  HealthRight, LLC

7734.  HEALTHSMART MANAGEMENT SERVICES ORGANIZATION, INC.

7735.  HealthTrackRx

7736.  HEALTHTRIO, LLC

7737.  HEALTHTRONICS GROUP, L.P.

7738.  HEALTHTRONICS, INC.

7739.  HEARING LAB TECHNOLOGY, LLC

7740.  HEARNE STEEL COMPANY, INC.

7741.  Hearsay Social, Inc.

7742.  HEARST

7743.  HEARST TELEVISION, INC.

7744.  Heart and Mind Strategies, LLC

7745.  Heart of Texas Healthcare System

7746.  Heart Surgeons of Kansas City, Inc.

7747.  HEARTFLOW, INC.

7748.  HEARTHSTONE QUALITY HOME HP

7749.  Heartland Acoustics & Interiors

7750.  Heartland Communities

7751.  Heat Waves Hot Oil Service, LLC

7752.  HEATH CONSULTANTS INCORPORATED

7753.  Heath Tecna, Inc.

7754.  HEAVY HAMMER, INC.

7755.  Heckler & Frabizzio, P.A.

7756.  HedgeHog Electric, LLC

7757.  HEDGESERV COR

7758.  Hedrick Brothers Construction Co., Inc.

7759.  HEI HOTELS & RESORTS

7760.  Heico Fasteners Inc.

7761.  HEIDELBERG USA, INC.

7762.  HEIDELL, PITTONI, MURPHY & BACH, LLP

7763.  HEIL BUILDERS INC

7764.  HEILIND ELECTRONICS, INC.

7765.  HEIN & ASSOCIATES LLP

7766.  HEINEKEN USA, INC.

7767.  HEINFELD MEEC

7768.  Hei-Tek Automation, LLC

7769.  HELAC CORPORATION

7770.  HELENA AGRI-ENTERPRISES, LLC

7771.  HELICOPTER ASSOCIATION INTERNATIONAL

7772. HELIFLITE SHA

7773. HELIQWEST INTERNATIONAL, INC.

7774. Helix Business Solutions, LLC

7775. HELIX ENERGY SOLUTIONS GROUP, INC.

7776. Hellebusch Tool & Die, Inc.

7777. HELLMAN & FRI

7778. HELLO LABS, INC.

7779. HELM BANK USA

7780. Helm Services, Inc.

7781. Helmes, Inc. dba New Tradition Homes

7782. Hemisphere GNSS (USA) lnc.

7783. HEMMERSBACH U

7784. HEN OF THE WOOD, LLC

7785. Hendee Enterprises, Inc.

7786. HENDERSON ENGINEERING CO. INC.

7787. Henderson International LLC

7788. HENDERSON WHEEL & TRAILER SUPPLY, INC.

7789. Henderson, Franklin, Starnes & Holt, PA

7790. HENDERSON, HU

7791. Hendrick Construction, Inc.

7792. HENLEY ENTERPRISES, INC.

7793. Henry County R-I School District

7794. Henry Production, Inc.

7795. Henry Technologies, Inc.

7796. HENRYBUILT

7797. HENSEL PHELPS CONSTRUCTION CO.

7798. HENSLEY LAMKIN RACHEL, INC.

7799.   HEPCO, INC.

7800.   Hepworth-Pawlak Geotechnical Inc

7801.   HERAEUS INCORPORATED

7802.   HERB OLITSKY

7803.   Herbal Brands, Inc.

7804.   Hercules Holdings, LLC

7805.   HERCULES MANUFACTURING COMPANY

7806.   HERCULES REAL

7807.   Herd Co.

7808.   HEREFORD INSU

7809.   HERITAGE ACADEMY, INC.

7810.   HERITAGE AVIATION, INC.

7811.   HERITAGE DIST

7812.   HERITAGE FEEDERS, L.P.

7813.   HERITAGE GOLF GROUP, INC.

7814.   HERITAGE HAULING, INC

7815.   HERITAGE HEAL

7816.   HERITAGE HEALTHCARE SERVICES, INC.

7817.   HERITAGE PETROLEUM LLC

7818.   Heritage Trucking, Inc.

7819.   Heritage Werks, Inc.

7820.   Heritage Wine Cellars LTD

7821.   Herman Seekamp, Inc. DBA Clyde's Delicious Donuts

7822.   Hermanson Company, LLP

7823.   HERMITAGE INN REAL ESTATE HOLDING COMPANY, LLC

7824.   HERNDON PRODUCTS, INC.

7825.   HERON PEST CONTROL INC. DBA HERON HOME & OUTDOOR

7826.  Herrera Environmental Consultants, Inc.

7827.  HERRERO BUILD

7828.  Herring Impact Group, LLC

7829.  HERTRICH FAMILY OF AUTOMOBILE DEALERSHIPS

7830.  Hertz Investment Group, LLC

7831.  Herzog-Meier Auto Center

7832.  Hess Pumice Products, Inc.

7833.  HETTICH AMERICA LP

7834.  Heuberger Motors, Inc.

7835.  HEUCOTECH LIMITED

7836.  HEWITT ARCHITECTS, INC.

7837.  HFMM LLC

7838.  HGH ELECTRIC

7839.  HHP Inc.

7840.  HHS Technology Group LLC

7841.  Hibco Plastics, Inc.

7842.  HICKMAN MILLS C-1 SCHOOL DISTRICT

7843.  HICKMAN, WILLIAMS & COMPANY

7844.  Hickman's Egg Ranch, Inc.

7845.  HICKOK & BOARDMAN

7846.  Hicks Electric & Utility Supply

7847.  HICO, LLC

7848.  HIDDEN VALLEY COMPANIES, INC.

7849.  HIELAN MANAGEMENT, LLC

7850.  HIELAN RESTAURANT PAYROLL

7851.  HIG SERVICES, INC.

7852.  High Availability Storage Systems, Inc.

7853. High Brew Coffee, Inc.

7854. HIGH BRIDGE ASSOCIATES, INC. AND WORK MANAGEMENT

7855. High Country Beverage Corp.

7856. HIGH COUNTRY BEVERAGE CORP. DBA HIGH COUNTRY BEVER

7857. High Country Executive Search, Inc.

7858. HIGH IMPACT SIGN & DESIGN, LLC

7859. HIGH LINER FOODS (USA), INCORPORATED

7860. High Lonesome Ranch, LLC

7861. HIGH MOUNTAIN INSPECTION SERVICES, INC.

7862. HIGH PERFORMANCE TECHNOLOGIES, LLC

7863. HIGH PLAINS BANK

7864. High Point Academy

7865. HIGH TECH MAN

7866. HIGH TECH TOOL

7867. HIGH VELOCITY HOSPITALITY, LLC

7868. HIGH VOLTAGE, INC.

7869. HIGHER GROUND

7870. HIGHERVISIBIL

7871. HIGHLAND ASSOCIATES, LTD.

7872. Highland Care Center Inc

7873. Highland Laboratories

7874. HIGHLAND PACK

7875. HIGHLAND THREADS, INC.

7876. Highland United Methodist Church

7877. HIGHLANDS COUNTY BOARD OF COUNTY COMMISS

7878. HIGHLANDS RANCH COMMUNITY ASSOCIATION, INC.

7879. Highnoon Ventures, LLC

7880.  HIGHPLAINS MARKETING SERVICES, INC.

7881.  HIGHPOINT RESOURCES

7882.  HIGHPOINT SOLUTIONS, LLC

7883.  HIGHSTREET IT SOLUTIONS, LLC

7884.  HIGHT ENTERPRISES, LTD.

7885.  HIGHTOWER COMMUNICATIONS, INC.

7886.  HIGHVAC CORPORATION

7887.  HIGHWAY TOLL

7888.  HIGHWAYS & SK

7889.  HIGHWIRE PRESS, INC.

7890.  Highwire Public Relations, Inc.

7891.  HIGHWOODS PROPERTIES, INC.

7892.  Higier Allen & Lautin, P.C.

7893.  Hilbers Inc.

7894.  HILDEBRAND CONCRETE CONSTRUCTION, LLC

7895.  Hill Construction Services of Charleston, Inc.

7896.  Hill Enterprises, DBA Hill Petroleum

7897.  Hill School of Fort Worth, Inc

7898.  HILLER LLC

7899.  Hiller Plumbing, Heating & Cooling

7900.  Hillis-Carnes Engineering Associates, Inc.

7901.  HILLSBOROUGH COUNTY BOARD OF COUNTY COMM

7902.  HILLSBOROUGH TRANSIT AUTHORITY (HART)

7903.  HILLSTONE RESTAURANT GROUP, INC.

7904.  Hilltop Residential, LLC

7905.  HILLWOOD DEVELOPMENT COMPANY, LLC

7906.  HILLWOOD MUSEUM AND GARDENS FOUNDATION

7907.   Hilo Maintenance Systems, Inc.

7908.   HILTON DISPLAYS, INC

7909.   HI-MARK CONCRETE, INC

7910.   Himoinsa Power Systems Inc.

7911.   HIMS CONSULTING GROUP, INC.

7912.   Hines & Associates

7913.   HINES NUT COMPANY

7914.   HINT, INC.

7915.   Hinton, Burdick, Hall & Spilker, PLLC

7916.   HIRAM COLLEGE

7917.   HIRANI ENGINEERING AND LAND SURVEYING, P.C.

7918.   Hi-Rel Products, LLC

7919.   HIRO & CO, IN

7920.   Hiro & Co., dba Sushi Den

7921.   HIRSH PRECISION PRODUCTS, INC.

7922.   HIRSHLEIFER'S

7923.   HIRSHORN ZUCKERMAN DESIGN GROUP

7924.   HISCO PUMP INC.

7925.   HI-SPEED INDUSTRIAL SERVICES, INC.

7926.   HISTOPATHOLOG

7927.   Historic Tours of America, Inc.

7928.   Hitchcock, Inc.

7929.   Hi-Tech Electric, Inc.

7930.   HI-TECH, INC.

7931.   HiTide Manufacturing Group, LLC

7932.   HITOUCH BUSIN

7933.   HIVELOCITY VENTURES

7934.  Hiya, Inc.

7935.  HLADKY CONSTRUCTION INC.

7936.  Hladky Construction, Inc.

7937.  HLH ASSOCIATES

7938.  HLW International LLP

7939.  HM WALLACE, INC.

7940.  HMB PROFESSIONAL ENGINEERS,INC

7941.  HMF EXPRESS, LLC

7942.  HMM (AMERICA)

7943.  HMT Associates, Inc.

7944.  HN PRECISION

7945.  HNN ASSOCIATES LLC

7946.  HOAG MEMORIAL HOSPITAL PRESBYTERIAN

7947.  HOBAN & ASSOC

7948.  HOBE'S COUNTRY HAMS, INC.

7949.  Hobi International, Inc

7950.  HOCHBERG PREP

7951.  Hodges-Mace

7952.  HOEHNE SCHOOL DISTRICT

7953.  HOEKSTRA TRANSPORTATION, LLC

7954.  HOER EXCAVATION & CONSTRUCTION CO, INC

7955.  Hoffer Flow Controls, Inc.

7956.  HOFFMAN & HOFFMAN, INC

7957.  Hoffman Landscapes, Inc.

7958.  HOFFMAN LEWIS

7959.  HOGAN ACTION

7960.  HOGAN REAL ESTATE SERVICES

7961.   HOGSALT MANAG

7962.   HOHBACH-LEWIN, INC.

7963.   HOIST & CRANE SYSTEMS, INC.

7964.   HOJ Innovations, Inc

7965.   HOJEIJ BRANDE

7966.   HOK GROUP, INC.

7967.   HOLA TV US, LLC.

7968.   HOLABIRD & ROOT LLC

7969.   Holbrook Asphalt Company, LLC

7970.   HOLD BROTHERS, INC.

7971.   HOLE IN ONE HOLDINGS, LLC

7972.   HOLE MONTES, INC.

7973.   Hole Products, LLC dba Hole Products

7974.   Holes Incorporated

7975.   HOLIDAY CHEVROLET, L.L.C. DBA STARLING CHEVROLET

7976.   HOLISTIC INDU

7977.   HOLLAND & KNIGHT LLP

7978.   HOLLAND ACQUISITIONS, INC. DBA HOLLAND SERVICES

7979.   Holland Pools & Spas, Inc.

7980.   HOLLANDER STORAGE & MOVING

7981.   HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON

7982.   HOLLINGSWORTH OIL COMPANY, INC.

7983.   Hollomon-Brown Funeral Home, Inc.

7984.   HOLLY MEDICINAL SERVICES LLC DBA THE CLINIC

7985.   HOLLY MTN. ENTERPRISES, INC.

7986.   HOLLY RIDGE CENTER

7987.   HOLMAN'S USA, LLC

7988.  Holmes Oil Company, Inc.

7989.  Holsman Healthcare LLC

7990.  Holy Protection Mary Byzantine Catholic Eparchy

7991.  Holy Trinity High School

7992.  Homax Oil Sales, Inc.

7993.  HOME CAREGIVE

7994.  Home Express Delivery Services, LLC dba Temco Logi

7995.  HOME HEALTH A

7996.  HOME MEDICAL EQUIPMENT SPECIALISTS

7997.  HOME MERIDIAN INTERNATIONAL, INC.

7998.  HOME STATE BANK, N.A.

7999.  Home Water Solutions, LLC

8000.  HOMECARE HOMEBASE

8001.  HOMECARE MARY

8002.  Homee, Inc.

8003.  HOME-GROWN INDUSTRIES OF GEORGIA, INC.

8004.  Homeowners Financial Group USA, LLC

8005.  HOMERUN ELECT

8006.  HOMESERVE USA CORP

8007.  HomeSmart Services, LLC

8008.  Hometown Grocery, LLC

8009.  HOMEWARD BOUND

8010.  Honc Industries, Inc.

8011.  Honeyville, Inc.

8012.  Hongkun USA Real Estate Development LLC

8013.  HONNEN EQUIPM

8014.  HONOR TECHNOLOGY, INC.

8015.   HonorBridge

8016.   HOOD RIVER DISTILLERS

8017.   Hood River Supply Association

8018.   HO'OLAULIMA G

8019.   HOOVER & STRONG, INC.

8020.   HOOVER FOODS

8021.   Hop-A-Jet Worldwide Jet Charter, Inc.

8022.   HOPDODDY BURGER BAR, INC.

8023.   HOPE INDUSTRI

8024.   HOPE INTERNATIONAL

8025.   Hope Valley Country Club

8026.   HopeWay Foundation

8027.   HOPKINS & CARLEY

8028.   HOPTO, INC.

8029.   HORACK, TALLEY, PHARR & LOWNDES, PA

8030.   HORIZON ACTUA

8031.   HORIZON AG PR

8032.   HORIZON CHRIS

8033.   HORIZON CHRISTIAN FELLOWSHIP NORTH COUNTY

8034.   HORIZON COMMU

8035.   Horizon Drywall, Inc.

8036.   Horizon Environmental Services, Inc.

8037.   Horizon Eye Care, P.A.

8038.   HORIZON FINANCIAL MANAGEMENT

8039.   HORIZON MEDIA, INC.

8040.   HORIZON REALTY ADVISORS, LLC

8041.   HORIZON SNACK FOODS

8042.  HORIZON TERMI

8043.  HORIZONS SPECIALIZED SERVICES

8044.  HORN USA, INC

8045.  HORNE MANAGEM

8046.  HORNERXPRESS

8047.  HORSLEY BRIDGE PARTNERS, LLC

8048.  Horton Capital Properties, LLC DBA Kindred Homes

8049.  HORTON LEES B

8050.  HORTONWORKS, INC.

8051.  HOSANNA

8052.  Hose & Rubber Supply, Inc.

8053.  HOSE MASTER, LLC

8054.  HOSHINO USA INC

8055.  HOSHIZAKI AMERICA, INC.

8056.  HOSPICE AND PALLIATIVE CARE OF GREENSBORO, INC.

8057.  HOSPICE OF ALAMANCE-CASWELL FOUNDATION, INC.

8058.  Hospice of Saint John Foundation Inc

8059.  Hospice of Surry County, Inc.

8060.  HOSPICE OF THE FLORIDA KEYS

8061.  HOSPICE OF THE VALLEY

8062.  Hospice of Wake County, Inc.

8063.  HOSPITALISTS

8064.  HOSPITALITY SERVICES NORTH AMERICA

8065.  Hossley Lighting Associates

8066.  HOSTING SERVICES, INC.

8067.  HOSTWAY CORPORATION

8068.  Hot Iron, Inc.

8069.  Hot Shot Services

8070.  HOT SPRINGS COUNTY MEMORIAL HOSPITAL

8071.  HOTCHKIS & WILEY CAPITAL MANAGEMENT

8072.  HOTEL 1000, LLC

8073.  HOTEL APPRAISALS LLC

8074.  HOTEL SANTA FE

8075.  HOTTA LIESENBERG SAITO LLP

8076.  HOUGHTON INTERNATIONAL INC.

8077.  HOUGHTON MIFFLIN HARCOURT PUBLISHING CO.

8078.  Hourglass Management Corporation

8079.  HOUSATONIC RAILROAD COMPANY

8080.  HOUSE OF BRICK TECHNOLOGIES

8081.  HOUSE OF CLEAN

8082.  HOUSE OF FARA, INC.

8083.  HOUSE OF RAEFORD FARMS, INC.

8084.  HOUSE OF RUTH MARYLAND, INC.

8085.  House Spirits Distillery LLC dba Westward Whiskey

8086.  Houser Transport, Inc.

8087.  HOUSEVALUES, INC.

8088.  HOUSING AUTHO

8089.  Housing Authority of Columbus Georgia

8090.  HOUSING AUTHORITY OF LOVELAND

8091.  Housing Authority of Maricopa County

8092.  Housing Authority of the City of Everett

8093.  HOUSING AUTHORITY OF THE CITY OF HIGH POINT

8094.  HOUSING AUTHORITY OF THE CITY OF KEY WEST

8095.  Housing Authority of the City of Key West, FL

8096.   HOUSING CATALYST

8097.   HOUSING RESOURCES OF WESTERN COLORADO

8098.   Housing Trust Group, LLC

8099.   Houska Automotive Services, Inc.

8100.   HOUSTON AREA SAFETY COUNCIL, INC.

8101.   HOUSTON CENTER VALVE & FITTING LP DBA SWAGELOK CEN

8102.   HOUSTON CHRIS

8103.   Houston Distributing Company, Inc.

8104.   Houston Endowment Inc.

8105.   Houston Foods, Inc.

8106.   Houston Housing Authority

8107.   HOUSTON INTERNATIONAL INSURANCE GROUP, LTD.

8108.   Houston Mechatronics Inc.

8109.   Houston Medical Records

8110.   Houston Municipal Employees Pension

8111.   HOUSTON MUSEUM OF NATURAL SCIENCE

8112.   Houston NFL Holdings, L.P. dba Houston Texans

8113.   HOUSTON POLIC

8114.   HOUSTON SPCA

8115.   HOUSTON-PASAD

8116.   HOUZZ INC.

8117.   HOVDE GROUP, LLC

8118.   HOWARD ENERGY EMPLOYEE BENEFIT TRUST

8119.   HOWARD HUGHES CORPORATION CO., LLC

8120.   HOWARD L. NAT

8121.   HOWARD P. FAI

8122.   HOWARD PRECISION METALS, INC.

8123.   HOWARD UNIVERSITY AND HOSPITAL

8124.   HOWCO METALS MANAGEMENT LLC

8125.   HOYER Global (USA), Inc.

8126.   Hoyle, Tanner & Associates, Inc.

8127.   HP INC.

8128.   HP PIPING SOL

8129.   HPC WIRELESS

8130.   HPG, LLC dba Reverba

8131.   HPM CORPORATION

8132.   HPM, Inc.

8133.   HPP MANAGEMENT LLC DBA HIGH PLAINS JOURNAL

8134.   HPS, Inc.

8135.   HRC FertilityManagement, LLC

8136.   HRG GROUP, INC.

8137.   HRI HOLDINGS,

8138.   HRL COMPLIANCE SOLUTIONS, INC.

8139.   HRMD MANAGEME

8140.   HRONIS, INC.

8141.   HRP Associates, Inc.

8142.   HRS TRANSPORT, INC.

8143.   HS Trucking

8144.   HSC ACQUISITI

8145.   HSC BUILDERS & CONSTRUCTION MANAGERS

8146.   HSS Inc dba Harry's Roadhouse

8147.   HSS Site Services

8148.   HTG MOLECULAR DIAGNOSTICS, INC.

8149.   HTI Polymer, Inc.

8150.   HTI Technology & Industries, Inc.

8151.   HTI, LLC

8152.   Huawei Technologies USA, Inc.

8153.   HUB CITY MEDIA

8154.   Hub Pen Company, LLC

8155.   HUB RESTAURANT, LLC

8156.   HUDDLE INC

8157.   Hudiburg Auto Group

8158.   Hudson Auto Source

8159.   Hudson Grove Property Management

8160.   HUDSON MERIDI

8161.   Hudson Partnership Care Management

8162.   Hudson Paving, Inc.

8163.   HUERFANO CNTY HSP DIST DBA SPANISH

8164.   Huerfano Las Animas Area Council of Governments

8165.   Huerfano School District RE-1

8166.   HUFFT PROJECTS, LLC

8167.   HUGH CHATHAM MEMORIAL HOSPITAL, INC

8168.   Hughes Performance

8169.   HUGHESLEAHYKA

8170.   HUGO BOSS USA, INC.

8171.   HUISH OUTDOOR

8172.   HUKARIASCENDENT, INC

8173.   Hull Property Group, LLC

8174.   HUMACYTE, INC

8175.   HUMAN INTERES

8176.   HUMAN RESOURCE CERTIFICATION INSTITUTE

8177. HUMAN RESOURCE MANAGEMENT LLC

8178. HUMAN RESOURCE TRAINING, INC.

8179. HUMAN RIGHTS

8180. HUMAN TOUCH HOME HEALTH CARE

8181. HUMANE SOCIET

8182. HUMANE SOCIETY OF THE PIKES PEAK REGION

8183. HUMAX USA, INC.

8184. HUMBLE ENTERP

8185. Hummingbird Wholesale

8186. Humphries Poli Architects, P.C.

8187. HUNEEUS VINTN

8188. HUNGER MOUNTAIN COOP

8189. Hunger Mountain Cooperative, Inc.

8190. HUNGRY HORSE ENGINEERING, INC.

8191. HUNT COMPANIES, LLC

8192. HUNT ELECTRIC SUPPLY COMPANY

8193. HUNT PACIFIC

8194. HUNTER BUILDI

8195. HUNTER CONTRACTING CO.

8196. HUNTER DOUGLAS INC.

8197. Hunter-Davisson, Inc.

8198. HUNTING ENERGY SERVICES, INC.

8199. HUNTING ENERGY SERVICES, LLC

8200. Huntingdon Council of Co-Owners, The

8201. HUNTINGTON HOMES, INC.

8202. HUNTSVILLE MEMORIAL HOSPITAL

8203. Hurst & Associates, Inc

8204.  HUSKY INJECTION MOLDING SYSTEMS, INC.

8205.  HUSTON BUICK

8206.  Hutchens Petroleum Corporation

8207.  Hutton Communications, Inc.

8208.  HUVEPHARMA, I

8209.  HYATT FAMILY FACILITIES

8210.  HYCOMP, INC.

8211.  HYCROFT MININ

8212.  HYDE ENGINEER

8213.  HYDE PARK, INC.

8214.  HYDRA POWER S

8215.  Hydracore, LLC

8216.  HYDRO ALUMINUM METALS USA, LLC

8217.  HYDRO SERVICE & SUPPLIES, INC.

8218.  HYDRO SYSTEMS, INC.

8219.  Hydrofera, LLC

8220.  Hydrometrics, Inc.

8221.  Hydrozonix, LLC

8222.  HYGRADE BUSINESS GROUP INC

8223.  HYLA, INC.

8224.  Hyman Brand Hebrew Academy, Inc.

8225.  HYPERBARIC & WOUNDCARE, INC. DBA INNOVATIVE HEALIN

8226.  Hypergiant Industries

8227.  HYPERTHERM, INC.

8228.  HZO, INC.

8229.  I am Excellence LLC

8230.  I Will Teach You To Be Rich Inc.

8231. I&I Sling, Inc.

8232. I. HALPER PAPER AND SUPPLIES, INC.

8233. I.E. ELECTRIC, INC.

8234. I.G.E.S.

8235. I2 SYSTEMS, I

8236. I28 TECHNOLOGIES CORPORATION

8237. IAC Industries

8238. IAFF LOCAL 587 HEALTH INSURANCE TRUST

8239. IAS LOGISTICS DFW, LLC CORP. DBA PINNACLE LOGISTICS

8240. IBC AIRWAYS

8241. IBERIA LAE SA OPERADORA CO

8242. IBEW LOCAL 640

8243. IBEW LOCAL 613

8244. IBEW LOCAL 728 FAMILY HEALTHCARE FUND

8245. IBEX OUTDOOR CLOTHING, LLC

8246. IBG LLC

8247. IBISWORLD, INC.

8248. IBJ Media

8249. IBM Private LTD

8250. IBOTTA, INC.

8251. iBridge Solutions, LLC

8252. ICA Northeast, Inc.

8253. Icare Industries, Inc.

8254. ICARE MANAGEM

8255. ICC Group

8256. ICD Intermediate Holdco 2, LLC

8257. ICHNOS SCIENC

8258.  ICIX NORTH AMERICA, INC.

8259.  ICL AMERICAS LLC

8260.  ICM CONVERSIO

8261.  ICON BURGER ACQUISITION LLC DBA SMASHBUR

8262.  Icon Metalcraft, Inc.

8263.  I-CON Systems Holdings, LLC

8264.  ICON VOICE NETWORKS, LLC

8265.  iconectiv, LLC

8266.  ICONSOFT INC.

8267.  iControl Systems USA LLC

8268.  ICRACKED INC.

8269.  ICS Nett, Inc.

8270.  ICSYNERGY INTERNATIONAL, LP

8271.  ICV SOLUTIONS, INC. DBA BEDROC

8272.  ICWUSA.COM, Inc.

8273.  ID STUDIO 4,

8274.  ID Technologies, LLC

8275.  ID.me, Inc.

8276.  IDAHO GASTROENTEROLOGY ASSOCIATES

8277.  IDAHO TRUCK SPECIALTIES DBA COBALT TRUCK EQUIPMENT

8278.  IDD Aerospace Corporation

8279.  IDEA ENTITY C

8280.  IDEA NUOVA, INC

8281.  IDEAL BOX CO.

8282.  IDEAL HOME LOANS LLC

8283.  IDEAL IMAGE DEVELOPMENT CORPORATION

8284.  IDEALAB

8285. IDECO, INC.

8286. IDENTITYMINE, INC.

8287. IDENTROPY INC

8288. IDENTRUST, INC.

8289. Idera Pharmaceuticals, Inc

8290. IDG Services, Inc.

8291. IDI FABRICATI

8292. IDLife, LLC

8293. Idol Minds, LLC

8294. IDS ENGINEERING GROUP, INC.

8295. IDS GROUP, IN

8296. IDS REAL ESTATE GROUP

8297. IEEE

8298. IES ENGINEERS

8299. IEX GROUP, INC.

8300. IFCO SYSTEMS US, LLC

8301. IFM Restoration Inc.

8302. IFS NORTH AMERICA, INC.

8303. IGENICA, INC.

8304. IGLESIA NI CRISTO (CHURCH OF CHRIST)

8305. IGNITE MEDIA

8306. Ignite Media Solutions, LLC

8307. Igo Oil Field Services, Inc.

8308. IGT Technologies Inc.

8309. IHC Construction Services, LLC

8310. IHI POWER SERVICES, CORP.

8311. IHR, INC. DBA MIKE WARD INFINITI

8312. iii International, LLC dba THREE

8313. IKONIX USA

8314. I-LEAD Charter School, Inc.

8315. ILG, LLC

8316. Illegal Pete's, Inc.

8317. ILLFONIC LLC

8318. ILLINOIS GAMING INVESTORS, LLC

8319. ILLUMIO, INC.

8320. Illumiti Corp.

8321. ILLY CAFFE NO

8322. IMAGE BROADBAND, INC.

8323. IMAGE PROJECTIONS WEST, INC.

8324. IMAGE SOURCE, INC.

8325. IMAGELINK

8326. IMAGES FLOORING, INC.

8327. ImageWorks Display & Marketing Group, Inc.

8328. IMAGINE COLOR SERVICE

8329. IMAGINE COMMUNICATIONS CORP.

8330. IMAGINE ENTERTAINMENT

8331. IMAGINE LEARNING, INC.

8332. Imagine More Services Corp.

8333. Imagine Nation Books, LLC

8334. Imagine Solutions, Inc.

8335. Imaging Endpoints II LLC

8336. Imaging Healthcare Specialists

8337. IMAGIX DENTAL MANAGEMENT

8338. IMC COMPANIES, LLC

8339.  IMC RESORT SERVICES, INC.

8340.  IMEDX, INC.

8341.  Imet Alloys Inc

8342.  IMEX America Corporation

8343.  IMG College, LLC

8344.  IMG LEARFIELD TICKET SOLUTIONS

8345.  IMG-CROWN ENE

8346.  IMGE, LLC

8347.  IMIMOBILE

8348.  Immanuel Campus of Care

8349.  IMMERSION CONSULTING LLC

8350.  IMMERSION COR

8351.  Immokalee Water & Sewer District

8352.  IMMUCOR INC.

8353.  Impact Branding and Design, LLC

8354.  Impact Environmental Consulting, Inc.

8355.  Impact Financial Systems, Inc.

8356.  IMPACT FULFILLMENT SERVICES, INC.

8357.  IMPACT HEALTH

8358.  IMPACT INSTRUMENTATION, INC.

8359.  IMPACT MAKERS, INC.

8360.  Impact Support Services

8361.  Imperative Care, Inc.

8362.  Imperial Brands

8363.  Imperial Brown, Inc.

8364.  Imperial Ornamental Metal Co., Inc.

8365.  IMPERIAL PARKING, (US) LLC

8366.   IMPERIAL PARKING, (US) LLC - (RPS)

8367.   Impossible Foods Inc.

8368.   IMPOWER, INC.

8369.   IMS Heating & Air, Inc.

8370.   IN GOOD SPIRI

8371.   IN ZONE HOLDINGS, INC.

8372.   IN2ITIVE, LLC

8373.   INALFA ROOF SYSTEMS, INC.

8374.   INBERG-MILLER ENGINEERS

8375.   INCADENCE STRATEGIC SOLUTIONS CORPORATION

8376.   INCAPITAL HOLDINGS

8377.   Incentive Marketing, Inc. dba IMI Agency

8378.   Incentive Technology Group, LLC

8379.   Incident IQ, LLC

8380.   INCISIVE RWG, INC.

8381.   Incito School

8382.   INDECOMM HOLD

8383.   INDEGENE, INC.

8384.   INDEPENDENCE REHAB, INC

8385.   INDEPENDENT ADMINISTRATIVE SERVICES LLC

8386.   INDEPENDENT DIALYSIS FOUNDATION, INC.

8387.   INDEPENDENT POWER, INC.

8388.   INDEPENDENT PROJECT ANALYSIS, INC.

8389.   INDEX CORPORATION

8390.   INDEX SYSTEMS

8391.   INDIAN CREEK CHRISTIAN CHURCH

8392.   Indian Creek Country Club, Inc.

8393.  INDIAN CREEK EXPRESS, LLC

8394.  Indian Industries, LLC

8395.  INDIAN MOUNTAIN SCHOOL, INC.

8396.  INDIAN PEAKS

8397.  Indian River County Habitat for Humanity, Inc.

8398.  INDIANA CARTON COMPANY, INC.

8399.  Indiana Reclamation & Excavating, Inc.

8400.  INDIANA REPERTORY THEATRE, INC.

8401.  INDIANA SUGARS INCORPORATED

8402.  Indianapolis Neighborhood Housing Partnership

8403.  Indigo Beam, LLC

8404.  Indigo Real Estate Services, Inc.

8405.  Indigo Wild

8406.  Indio Technologies, Inc.

8407.  INDIVIOR, INC.

8408.  Indo Desert, LLC

8409.  INDONESIAN IMPORTS DBA THE SAK BRAND GROUP

8410.  Indora Solutions LLC

8411.  INDU LLC

8412.  Industrial Aid

8413.  Industrial Air, Inc.

8414.  INDUSTRIAL BATTERY & CHARGER, INC.

8415.  INDUSTRIAL BATTERY PRODUCTS, INC.

8416.  Industrial Bolt & Supply, Inc.

8417.  Industrial Brush Corporation

8418.  INDUSTRIAL CHEMICALS CORP.

8419.  Industrial Cooling Corp.

8420.  Industrial Disposal Services Inc.

8421.  Industrial Distribution Corporation, Inc.

8422.  INDUSTRIAL ENCLOSURE CORPORATION

8423.  Industrial Flow Solutions Operating LLC

8424.  Industrial Forklifts, Inc.

8425.  INDUSTRIAL IND.

8426.  Industrial Injection Services, Inc.

8427.  INDUSTRIAL METAL FAB, INC.

8428.  INDUSTRIAL PERFORMANCE GROUP INC

8429.  INDUSTRIAL PIPE FITTINGS LLC DBA PLASSON USA

8430.  Industrial Piping Systems, Inc.

8431.  Industrial Project Innovation, LLC

8432.  Industrial Quality Services, Inc.

8433.  INDUSTRIAL SCREEN & MAINTENANCE INC.

8434.  INDUSTRIAL SCREEN & MAINTENANCE, LLC

8435.  Industrial Services Enterprises Incorporated

8436.  Industrial Smoke & Mirrors, Inc.

8437.  INDUSTRIAL SOAP COMPANY

8438.  INDUSTRIAL TECH SERVICES, INC.

8439.  Industrial Truck & Equipment, LLC

8440.  Industrial Welding & Supply Co., Inc.

8441.  INDUSTRYBUILT SOFTWARE LTD.

8442.  INDY IMAGING, INC.

8443.  InEight, Inc.

8444.  Ineo Holdings, LLC

8445.  INFECTIOUS DISEASE RESEARCH INSTITUTE

8446.  Infectious Disease Services of Georgia, P.C.

8447. INFINEON TECHNOLOGIES AMERICAS CORP.

8448. INFINEX INVES

8449. INFINISOURCE CONSULTING SOLUTIONS INC.

8450. INFINITE AEGI

8451. INFINITE MASS INC.

8452. INFINITE PERI

8453. Infinite Resource Solutions LLC

8454. Infinite Wellness Center

8455. Infiniti HR LLC

8456. Infiniti Labs, Inc.

8457. INFINITIVE INC.

8458. INFINITY BEHA

8459. Infinity Contractors International, LTD

8460. Infinity Fasteners, Inc.

8461. INFINITY HOME COLLECTION

8462. Infinity Power & Controls, LLC

8463. INFINITY SYSTEMS ENGINEERING, LLC

8464. INFINITY SYSTEMS, INC.

8465. INFINITY TECH GROUP

8466. INFINITY TRAD

8467. INFLECTION ENERGY LLC

8468. INFOBAHN SOFTWORLD, INC.

8469. INFOBLOX FEDERAL INC.

8470. INFOBLOX, INC.

8471. Infogroup Northwest, LLC

8472. Infomatics Corp.

8473. INFOR (US), LLC

8474. Inform, Inc.

8475. INFORMATION MANAGEMENT RESOURCES, INC.

8476. INFORMATION MANAGEMENT SERVICES, LLC

8477. INFORMATION SERVICES GROUP

8478. INFORMATION TECHNOLOGY COALITION, DBA IT

8479. INFORMATION TECHNOLOGY COALITION, INC.

8480. INFORMATION TECHNOLOGY ENGINEERING CORPORATION

8481. InfoSight Corporation

8482. INFOSTRETCH CORPORATION

8483. Infotech Prism, LLC dba CirrusLabs

8484. INFOTRAX SYSTEMS

8485. InfoVista Corporation

8486. INFOWAVE SYST

8487. INFOZEN, INC.

8488. INFRASTRUCTURE ENGINEERS, INC.

8489. Infrastructure Solutions Group, Inc.

8490. ING CLARION

8491. ING FINANCIAL SERVICES LLC

8492. INGARDIA BROT

8493. INGENIA POLYMERS, INC.

8494. Ingenio, LLC

8495. INGENIOUS MED

8496. INGENUS PHARMACEUTICALS, LLC

8497. INGERSOLL MACHINE TOOLS, INC.

8498. Ingham & Company

8499. INGOMAR PACKI

8500. INGRAIN, INC.

315

8501.  INGRAM ENTERTAINMENT INC

8502.  INITIATIVE FO

8503.  INJOY BIRTH & PARENTING EDUCATION

8504.  Injury Finance

8505.  Ink Publishing

8506.  Inkling Systems, Inc.

8507.  INLAND STAR DIST. CENTERS,INC.

8508.  INLAND TARP & COVER

8509.  INLAND TELEPHONE COMPANY

8510.  INLAND VALLEY HUMANE SOCIETY & SPCA

8511.  INLAND WELDING AND SUPPLY DBA A-L COMPRESSED GASES

8512.  INLINE PLASTICS CORP.

8513.  Inly School, Inc.

8514.  INMAR, INC.

8515.  inMediata

8516.  INMOBI, INC.

8517.  INNERSPEC TECHNOLOGIES, INC.

8518.  Innitech, LLC

8519.  INNO CLINICAL OUTCOMES, LLC

8520.  Innoflight, Inc.

8521.  Inno-Pak, LLC.

8522.  INNOSPEC FUEL SPECIALTIES LLC

8523.  INNOV8 PARTNE

8524.  Innova Environmental Engineering, LLC

8525.  INNOVA GLOBAL

8526.  Innovasis, Inc.

8527.  INNOVATE CORP

8528.   INNOVATIONS F

8529.   Innovations Group, Inc.

8530.   INNOVATIONS INC

8531.   INNOVATIVE COSMETIC CONCEPTS, LLC

8532.   INNOVATIVE CREATIONS, INC.

8533.   Innovative Defense Technologies, LLC

8534.   INNOVATIVE FOTO

8535.   INNOVATIVE INFORMATION TECHNOLOGIES INC

8536.   Innovative Mechanical Systems

8537.   Innovative Medical Device Solutions

8538.   INNOVATIVE PACKAGING, INC.

8539.   INNOVATIVE PL

8540.   INNOVATIVE PO

8541.   Innovative Reasoning, LLC

8542.   Innovative Service Solutions dba ISS Mechanical

8543.   INNOVATIVE TECHNOLOGY PARTNERSHIPS, LLC

8544.   Innovative Textiles

8545.   Innovative Therapy Concepts LLC

8546.   Innovative Tooling and Accessories, Inc.

8547.   INNOVATIVE TU

8548.   INNOVATIVE YACHT BUILDERS, LLC

8549.   INNOVIM, LLC

8550.   INNOVISS, INC.

8551.   INNOVO

8552.   INOVA GEOPHYSICAL

8553.   INOVEX INFORMATION SYSTEMS, INC.

8554.   INOVIO Pharmaceuticals, Inc.

8555.  INPOWERED, INC.

8556.  INPWR, INC.

8557.  In-Q-Tel, Inc.

8558.  InquisIT, LLC

8559.  INROADS, INC.

8560.  Insaco Incorporated

8561.  INSCO INDUSTRIES, INC.

8562.  Inscripta Inc.

8563.  INSERSO CORPORATION

8564.  INSERV, Inc.

8565.  In-Shape Solutions, LLC

8566.  INSIDE OUT SOLUTIONS, LLC

8567.  INSIDE TRACK,

8568.  InsideRE, LLC

8569.  INSIDEVIEW TECHNOLOGIES, INC.

8570.  Insight Capital Investments

8571.  INSIGHT EQUITY MANAGEMENT COMPANY

8572.  INSIGHT LIGHTING, INC.

8573.  Insight Lighting, LLC.

8574.  INSIGHT PRODUCT DEVELOPMENT,

8575.  INSIGHT SOURC

8576.  Insight, LLC

8577.  INSITE WIRELESS GROUP, LLC

8578.  InSpec Facility Group, Inc.

8579.  Inspirage LLC

8580.  INSPIRATION FIELD

8581.  INSPIRE DEVELOPMENT CENTERS

8582.  INSPIRE ENERG

8583.  Inspired eLearning, LLC

8584.  INSPIRIA, INC

8585.  INSPIRING US, LLC

8586.  Inspiritus Inc.

8587.  INSTEEL INDUSTRIES, INC

8588.  INSTITUTE FOR BUILDING TECHNOLOGY AND SAFETY

8589.  INSTITUTE FOR CHILD & FAMILY HEALTH, INC.

8590.  INSTITUTE FOR CORPORATE PRODUCTIVITY

8591.  Institute for Functional Medicine

8592.  INSTITUTE OF NUCLEAR POWER OPERATIONS

8593.  INSTITUTIONAL FINANCIAL MARKETS, INC.

8594.  Institutional Foods Packing DBA Leahy- IFP

8595.  INSTITUTIONAL VENTURE MANAGEMENT XIV LLC

8596.  Instrotek, Inc.

8597.  INSTRUMENT MARKETING, INC.

8598.  INSULATION FABRICATORS, INC.

8599.  Insurance Institute for Business & Home Safety

8600.  INSURANCE PRO

8601.  INSURANCE SERVICES OFFICE

8602.  INSURANCE TECHNOLOGIES CORP.

8603.  INSUREZONE, INC

8604.  INSYS GROUP, INC.

8605.  INSYS THERAPEUTICS, INC.

8606.  INT Technologies LLC

8607.  INTARCIA THERAPEUTICS, INC.

8608.  Intec Communications, LLC

8609.  Intec Services, Inc.

8610.  Intech Equipment & Supply, LLC

8611.  Intecrowd LLC

8612.  INTECSEA, INC.

8613.  Integra Business Systems, Inc.

8614.  INTEGRA PARTNERS, LLC

8615.  INTEGRAL AD SCIENCE, INC.

8616.  Integrate.com, Inc.

8617.  INTEGRATED AIRLINE SERVICES

8618.  Integrated Axis Technology Group, LLC

8619.  INTEGRATED DIRECT MARKETING, LLC

8620.  INTEGRATED FOOD SERVICE

8621.  INTEGRATED GL

8622.  INTEGRATED HE

8623.  INTEGRATED HEALTH MANAGEMENT SERVICES, LLC

8624.  INTEGRATED HEALTHCARE MANAGEMENT

8625.  Integrated Machinery Solutions

8626.  Integrated Metal Components, Inc.

8627.  INTEGRATED METAL PRODUCTS, INC.

8628.  INTEGRATED ON

8629.  INTEGRATED PETROLEUM TECHNOLOGIES, INC.

8630.  INTEGRATED RESOURCES, INC.

8631.  Integrated Security Solutions, Inc.

8632.  Integrated Security Technologies, Inc.

8633.  Integrated Silicon Solution, Inc. (ISSI)

8634.  Integrated Solutions Management

8635.  INTEGRATED WATER SERVICES INC.

8636.   INTEGRATING

8637.   INTEGRATION APPLIANCE, INC.

8638.   INTEGREON GLO

8639.   INTEGRICHAIN, INC.

8640.   Integrio Technologies

8641.   Integris Solutions, LLC

8642.   INTEGRITY BAN

8643.   INTEGRITY CONSULTING SOLUTIONS, LLC

8644.   INTEGRITY ELECTRICAL SOLUTIONS, LLC

8645.   INTEGRITY FIRST FINANCIAL GROUP, INC.

8646.   Integrity Implants Inc.

8647.   INTEGRITY ORTHOTIC LABORATORIES, INC.

8648.   Integrity Pipeline Services, Inc.

8649.   INTEGRITY TEN

8650.   INTEGRITY TEST LABS

8651.   Integrity Traffic, LLC DBA Integrity Traffic, LLC

8652.   Integrity Trucking

8653.   Integrity Wireline, LLC

8654.   INTEGRUS ARCHITECTURE, P.S.

8655.   INTEGRUS HOLDINGS, INC.

8656.   INTELEPEER CL

8657.   INTELISOL, INC.

8658.   INTELLECTECHS, INC.

8659.   INTELLIBRIDGE, INC.

8660.   INTELLIGENT ACCESS SYSTEMS OF NORTH CAROLINA, LLC

8661.   Intelligent Software Solutions, Inc.

8662.   INTELLIGENT WAVES LLC

8663.  INTELLINET CO

8664.  INTELLISOURCE COLORADO, LLC

8665.  INTELLISWIFT SOFTWARE INC.

8666.  INTELLITEACH

8667.  Intelliteach, Inc.

8668.  INTELLITEC CO

8669.  Intellum, Inc.

8670.  Intelometry, Inc.

8671.  INTENTIONAL SOFTWARE CORPORATION

8672.  INTER MIAMI C

8673.  Inter Oceanic Holdings, LLC

8674.  INTERACTIVE B

8675.  INTERACTIVE COMMUNICATIONS INTL, INC.

8676.  INTERACTIVE L

8677.  Interactive Memories, Inc. dba Mixbook

8678.  Interactive Response Technologies, Inc.

8679.  INTERACTIVE T

8680.  INTER-AMERICAN DEVELOPMENT BANK

8681.  INTERANA, INC.

8682.  INTERCEPT YOU

8683.  INTER-COASTAL ELECTRONICS, INC.

8684.  INTERCONNECT

8685.  InterConnect Wiring, LLP

8686.  INTERCONTINENTAL CAPITAL GROUP INC

8687.  Intercos of America

8688.  Intercruises Shoreside & Port Services, Inc.

8689.  INTERCULTURAL FAMILY SERVICES, INC.

8690.  INTER-FAB, IN

8691.  INTERFAITH MI

8692.  Interfusecti, LLC dba 360 Smart Networks

8693.  INTERFYSIO, LLC

8694.  INTERGEN SERVICES, INC.

8695.  INTERGULF CORPORATION

8696.  INTERIM HEALTH CARE

8697.  INTERIM HEALTHCARE OF THE UPSTATE

8698.  INTERIOR ALTERATIONS, INC.

8699.  INTERIOR CONTRACTORS INCORPORATED, LLC

8700.  INTERIOR CRAFTS, INC.

8701.  INTERIOR ENVIRONMENTS, INC.

8702.  INTERIOR LOGIC GROUP, INC.

8703.  INTERLOC SOLUTIONS INC.

8704.  INTERMAP TECHNOLOGIES, INC.

8705.  INTERMATIC, INCORPORATED

8706.  INTERMEDIA TIME BUYING CORPORATION

8707.  Intermedia.net, Inc.

8708.  INTERMEX WIRE

8709.  INTERMOUNTAIN

8710.  INTERMOUNTAIN COLOR, INC. DBA

8711.  INTERMOUNTAIN CONSULTING GROUP

8712.  INTERMOUNTAIN DRILLING SUPPLY CORP

8713.  INTERMOUNTAIN ELECTRIC SERVICE, INC.

8714.  INTERMOUNTAIN INDUSTRIES, INC.

8715.  INTERMOUNTAIN LOCK AND SECURITY SUPPLY

8716.  INTERMOUNTAIN REA

8717.  InterNACHI

8718.  INTERNAL MEDICINE ASSOCIATES, LLC

8719.  INTERNATIONAL

8720.  INTERNATIONAL ACADEMY OF ATLANTIC CITY

8721.  INTERNATIONAL ACADEMY OF TRENTON

8722.  INTERNATIONAL AIDS VACCINE INITIATIVE INC.

8723.  INTERNATIONAL ASSET SYSTEMSU.S.A. LIMITED

8724.  International Coatings Company

8725.  INTERNATIONAL COSMETICS & PERFUMES, INC.

8726.  INTERNATIONAL DATA GROUP

8727.  INTERNATIONAL GRAINS & CEREAL LLC

8728.  INTERNATIONAL HUMAN RESOURCE DEVELOPMENT CORP

8729.  INTERNATIONAL LIMOUSINE SERVICE, INC.

8730.  International Medical Industries, Inc.

8731.  INTERNATIONAL MISSION BOARD

8732.  INTERNATIONAL PAPER

8733.  INTERNATIONAL PARTNERSHIP FOR MICROBICIDES

8734.  International School of Arizona

8735.  INTERNATIONAL SYSTEMS TECHNOLOGIES, INC.

8736.  INTERNATIONAL TECHNICAL COATINGS, INC

8737.  International Technologies Pro, LLC

8738.  International Test Solutions, Inc.

8739.  INTERNATIONAL TRANSPORTATION

8740.  INTERNET CREATIONS 2000, LLC

8741.  Internetwork Services, Inc.

8742.  INTEROPERABIL

8743.  INTERPACE BIO

8744.  INTERPHASE CORPORATION

8745.  INTERPLEX HOLDINGS INC.

8746.  INTERPORT MAI

8747.  Interra, Inc.

8748.  INTERSIL CORP

8749.  Intersoft Data Labs, Inc.

8750.  INTERSTATE EL

8751.  INTERSTATE GRATINGS, LLC

8752.  INTERSTATE PL

8753.  INTERSTATE RESOURCES, INC.D/B/A

8754.  INTERSTATE ROOFING, INC.

8755.  Interstate Truck Center LLC

8756.  INTERSTATE TRUCKSOURCE, INC.

8757.  INTERTEC CONS

8758.  INTERTECH PLASTIC, INC.

8759.  INTERVENTION,

8760.  INTERVENTIONAL PAIN MANAGEMENT & ORTHO-SPINE CENTE

8761.  INTERWORKS

8762.  INTEX CORP.

8763.  INTEX ELECTRI

8764.  INTOXIMETERS,

8765.  Intoximeters, Inc.

8766.  INTRACOM U.S.A., INC.

8767.  INTRADECO, INC.

8768.  INTRAEDGE, INC.

8769.  Intraworks, Inc.

8770.  INUNISON, INC.

8771.  Inuvo, Inc.

8772.  INVACARE CORPORATION

8773.  INVENTUS, LLC

8774.  Invicta Watch Company of America, Inc.

8775.  Invictus Account Management

8776.  INVITAE CORPORATION

8777.  INVO HEALTHCARE ASSOCIATES, LLC.

8778.  Inwood Consulting Engineers, Inc.

8779.  INXS, INC. MAGIC TOYOTA

8780.  IOA RE, INC.

8781.  IODINE SOFTWA

8782.  IOMEDIA INC.

8783.  I-ON INTERACT

8784.  ION MEDIA NET

8785.  Iota Networks LLC

8786.  Iowa Pacific Holdings, LLC

8787.  IP Commerce, Inc.

8788.  IP DataSystems, Inc.

8789.  IPACESETTERS, LLC

8790.  IPCAPITAL, INC.

8791.  IPEX USA, LLC

8792.  IPFS CORPORATION

8793.  IPLAY AMERICA, LLC

8794.  Ipro Tech, LLC

8795.  IPRO, INC.

8796.  IPVision, LLC

8797.  IPX Retirement

8798.  IQ BUSINESS GROUP, INC.

8799.  IQ CREDIT UNION

8800.  IQNAVIGATOR, INC.

8801.  IQUANTIFIED MANAGEMENT SERVICES, LLC., DBA IQMS

8802.  IR Management

8803.  IRADIMED CORPORATION

8804.  IRDETO USA, INC.

8805.  IRELAND STAPLETON PRYOR & PASCOE, PC

8806.  Ireland, Stapleton, Pryor & Pascoe, P.C.

8807.  IRHYTHM TECHN

8808.  IRIS SOFTWARE, INC.

8809.  IRISYS, LLC

8810.  IRMO FIRE DISTRICT

8811.  IRON & METALS

8812.  Iron Horse Flooring LLC dba PDL Designs

8813.  Iron Horse Pediatrics, LLC

8814.  IRON MOUNTAIN INFORMATION MANAGEMENT INC

8815.  IRON POINT PARTNERS, LLC

8816.  Ironclad, Inc.

8817.  IRONMARK, INC

8818.  IronNet Cybersecurity

8819.  IronRidge, Inc.

8820.  Ironwave Technologies LLC

8821.  IRONWOOD INDUSTRIES INC.

8822.  IRONWOOD INSURANCE SERVICES LLC.

8823.  Iroquois Pipeline Operating Company

8824.  IRRIGATION STATION, LLP

8825.　IRVINE SHADE & DOOR, INC.

8826.　Irving Gravel CO., Inc.

8827.　Irwin & Leighton, Inc

8828.　ISC, Inc.

8829.　ISE AMERICA, INC.

8830.　ISEC INC.

8831.　ISLAND ARCHITECTURAL WOODWORK, INC.

8832.　ISLAND KINETI

8833.　ISLAND LEASING CORPORATION

8834.　ISLAND OPERATING COMPANY, INC.

8835.　ISLANDWOOD

8836.　ISOMERIC PHARMACY SOLUTIONS, LLC

8837.　ISOMETRICS, INC.

8838.　ISONYX Systems LLC

8839.　ISP Automation, Inc.

8840.　ISRAEL DISCOUNT BANK OF NEW YORK

8841.　ISSPRO, INC.

8842.　IST Research Corporation

8843.　Isto Biologics

8844.　ISYS Incorporated dba ISYS Technologies

8845.　ISYSTEMS LLC

8846.　IT Cadre, LLC

8847.　IT Concepts, Inc.

8848.　IT KEYSOURCE

8849.　IT Works Recruitment Inc.

8850.　IT1 SOURCE, LLC

8851.　ITALENT CORPO

8852.  ITALGRANI U.S.A., INC.

8853.  ITEC Entertainment Corporation

8854.  ITELAGEN, INC

8855.  ITelagen, LLC

8856.  ITG COMMUNICATIONS, LLC

8857.  ITG TRANSPORT

8858.  Itineris NA, Inc.

8859.  ITN Energy Systems, Inc.

8860.  ITR CONCESSION COMPANY, LLC

8861.  ITS Maintenance, LLC

8862.  It's Never 2 Late, LLC

8863.  ITV US HOLDIN

8864.  IVALUA, INC.

8865.  IVANHOE CAMBRIDGE TRS INC.

8866.  IVEK Corporation

8867.  IVERIC bio, Inc.

8868.  IVERIFY.US, I

8869.  Ivins City

8870.  IVORY INVESTM

8871.  IWATA BOLT USA, INC.

8872.  IWORQ SYSTEMS

8873.  IXL LEARNING,

8874.  IXM Trading LLC

8875.  J & D BRUSH C

8876.  J & D Resources, LLC dba Aqua Science

8877.  J & L MACHINE COMPANY, INC.

8878.  J & L MEDICAL

8879.  J & M Steel Solutions, Inc.

8880.  J & P Auto Parts, Inc.

8881.  J & T Enterprises, Inc.

8882.  J Carroll Weaver, Inc.

8883.  J Houston Homes LLC

8884.  J HUTCHINS, I

8885.  J L ROGERS &

8886.  J MCGARVEY CONSTRUCTION COMPANY, INC

8887.  J P Donnelly Company Inc.

8888.  J&A SERVICES, LLC

8889.  J&B INTERNATIONAL TRUCKS, INC.

8890.  J&M FAMILY MANAGEMENT, LLC

8891.  J&M PLATING, INC.

8892.  J&M Premier Services, Inc.

8893.  J. A. Timmerman Cattle Company

8894.  J. Connor Consulting, Inc.

8895.  J. HERZOG & SONS, INC.

8896.  J. L. GADDY ENTERPRISES, INC.

8897.  J. PEREZ ASSO

8898.  J. Raymond Construction Corporation

8899.  J. SIMMONS GROUP, INC.

8900.  J.B. VENTURES

8901.  J.D. STREETT & CO., INC.

8902.  J.F. LOMMA, I

8903.  J.F. SHEA CO., INC.

8904.  J.I. KISLAK,

8905.  J.I.T. MANUFA

8906.  J.J. TAYLOR COMPANIES, INC.

8907.  J.L. HOUSTON COMPANY, INC.

8908.  J.M. Browning Trucking Inc

8909.  J.O. DELOTTO

8910.  J.P. INDUSTRIES, INC.

8911.  J.R. BUTLER,

8912.  J.R. FOUR LTD

8913.  J.R.C. BEVERA

8914.  J.S. HELWIG & SON, LLC

8915.  J.S. REDPATH

8916.  J.W. Cheatham, LLC

8917.  J3 ADVANCED ENGINEERING TECHNOLOGIES, INC.

8918.  J4 DEVELOPMEN

8919.  JABEZ HOLDINGS, INC. DBA ST FABRICATION

8920.  JACARANDA CLUB LLC

8921.  Jack B Henderson Construction Co., Inc.

8922.  Jack Cooper Transport Co., Inc.

8923.  JACK ENTERTAINMENT LLC

8924.  JACK GUTTMAN, INC. DBA BAKERY CRAFTS

8925.  JACK KEY MOTORS

8926.  Jack Palmer Foodservice, Inc.

8927.  JACK SERDAR PLUMBING, INC.

8928.  JACKEL

8929.  JACKOWAY TYERMAN

8930.  Jack's Tire & Oil Management Co., Inc.

8931.  Jack's Tire & Oil Management Company, Inc.

8932.  JACKSON COUNTY, GEORGIA

8933.  JACKSON ELECTRIC MEMBERSHIP CORPORATION

8934.  JACKSON FURNITURE INDUSTRIES, INC.

8935.  JACKSON IMMUNORESEARCH LABORATORIES, INC.

8936.  JACKSON LEWIS P.C.

8937.  JACKSON MAIN ARCHITECTURE P.S.

8938.  JACKSON SYSTEMS, LLC

8939.  Jackson White P.C.

8940.  JACKSON WWS, INC.

8941.  JACKSON, DEMARCO, TIDUS & PECKENPAUGH

8942.  JACOB PERLOW HOSPICE

8943.  JACOBS ENTERTAINMENT, INC.

8944.  JACOBS INVESTMENTS LLC. DBA COLORADO BORING, LLC

8945.  JACOBSON GLOBAL LOGISTICS, INC.

8946.  Jade Global, Inc.

8947.  Jade Opco, LLC

8948.  JADECO, INC.

8949.  JAE PROPERTIES, INC.

8950.  Jaeb Center for Health Research Foundation, Inc.

8951.  JAG MANAGEMEN

8952.  JAG RESOURCES, INC.

8953.  Jagged Peak Energy LLC

8954.  JALASKO NORTH, LLC.

8955.  Jaleo Management LLC

8956.  Jamberry Nails LLC

8957.  James A. Connors Associates, Inc.

8958.  JAMES C. HAILEY & CO.

8959.  JAMES CITY COUNTY

8960.  JAMES CORNER FIELD OPERATIONS, LLC

8961.  JAMES G. DAVIS CONSTRUCTION CORPORATION

8962.  James Gramm, LLC dba Safford Auto Group

8963.  James Irwin Charter Schools

8964.  JAMES L. JOHN

8965.  JAMES M. PLEASANTS COMPANY, INC.

8966.  James R Poshard & Son, Inc.

8967.  James R. Thompson, Inc.

8968.  JAMES RIVER MANAGEMENT COMPANY

8969.  James W. Buckley & Associates, Inc.

8970.  JAMES W. FOWLER, CO.

8971.  James, Cooke & Hobson, Inc.

8972.  JAMIL PACKAGING CORPORATION

8973.  JAMISON DOOR COMPANY

8974.  JANE STREET GROUP, LLC

8975.  JANEWAY LAW FIRM, PC

8976.  JANOME AMERICA, INC.

8977.  JANUS INTERNATIONAL GROUP, LLC

8978.  JARDON & HOWA

8979.  Jarrett Bay Boatworks

8980.  JARROW FORMUL

8981.  JARROW INDUST

8982.  Jarrow Industries, Inc.

8983.  Jarvis Surgical, Inc.

8984.  JAS D COLLIER & CO

8985.  JAS FORWARDING (USA), INC.

8986.  JASPER RIDGE PARTNERS, L.P.

8987. Jasper Wyman & Son

8988. Jasper, Inc.

8989. JAT CAPITAL MANAGEMENT LP

8990. JAVA PRODUCTI

8991. JAVAN ENGINEE

8992. Jawbone Health Hub

8993. JAX REFRIGERATION

8994. JAXON ENGINEE

8995. JAY CASHMAN,

8996. JAY PEAK PACI

8997. JAYA APPAREL

8998. Jaylor

8999. JAYPRO SPORTS, LLC

9000. Jazz Pharmaceuticals, Inc.

9001. JB Steel Erectors USA

9002. JBG ROSENFELD RETAIL PROPERTIES, LLC.

9003. JBH STEEL, LL

9004. JBI ELECTRICAL SYSTEMS, INC.

9005. JBX Express Logistics LLC

9006. JC/NB PROPERTY OWNERS, LLC

9007. JD FACTORS, LLC

9008. JD POWER

9009. JDA PARTNERS TECHNICAL SERVICES GROUP

9010. JDI DATA CORPORATION

9011. JDM GOLF LLC

9012. JED ROOT INC

9013. JEFFERIES LLC

9014. JEFFERSON COLLEGE

9015. Jefferson Gulf Coast Management, LLC

9016. JEMCO COMPONENTS & FABRICATION, INC.

9017. JEMEZ MOUNTAINS ELECTRIC COOPERATIVE, INC.

9018. JENCO, INC.

9019. Jenkins Electric Company

9020. Jenkins Plumbing Company, LLC

9021. JENNER'S POND INC.

9022. JENNINGS MANAGEMENT INC

9023. Jennings, Haug & Cunningham, LLP

9024. Jennings-Dill, Inc.

9025. JENOPTIK NORT

9026. Jensen Enterprises, Inc.

9027. JENSEN HUGHES

9028. JENSEN JEWELERS OF IDAHO, LLC

9029. Jensen's, Inc.

9030. JEROME STEVEN

9031. Jerry Ackerman Motor Company INC

9032. Jerry Durant Auto Group, Inc.

9033. JERRY PRESTON HAULING, INC.

9034. JERRY'S WELDING SERVICE, INC.

9035. JERSEY CITY C

9036. Jersey Wholesale Tire Corp.

9037. JESUIT CRISTO REY HIGH SCHOOL OF HOUSTON, INC.

9038. JESUIT HIGH SCHOOL OF TAMPA, INC.

9039. Jet Access Team Solutions

9040. JET AIRWAYS OF INDIA, INC.

9041.   JET CHEVROLET, INC.

9042.   JET EAST CORP

9043.   JET LOGISTICS

9044.   Jet Parts Engineering

9045.   Jet-Care International, Inc

9046.   JETRO HOLDINGS, LLC

9047.   JETSEAL, INC.

9048.   JETT EXPRESS INC.

9049.   Jett Pro Line Maintenance Corp

9050.   Jewish Community Center of Greater Kansas City

9051.   JEWISH COMMUNITY CENTERS OF DENVER

9052.   JEWISH COUNCIL FOR YOUTH SERVICES

9053.   JEWISH FEDERA

9054.   JEWISH SOCIAL

9055.   JF Dental Management LLC

9056.   JF Group Services, LLC

9057.   JF Wilkerson Contracting Company, Inc.

9058.   JFC Engineers & Surveyors

9059.   JFK MERIDIAN HOME CARE SERVICES, LLC

9060.   JFZ, Inc.

9061.   JG Finneran Associates

9062.   JG MANAGEMENT

9063.   JGC FOOD CO. LLC

9064.   JHL ENTERPRISES, INC. DBA JHL CONSTRUCTORS, INC.

9065.   JIA, INC.

9066.   Jiaherb Inc.

9067.   JIFFY STEAMER

9068.   JILLAMY INC.

9069.   JIM BLACK CON

9070.   Jim Black Construction, Inc.

9071.   Jim Butler Auto Group, LLC

9072.   JIM FISHER ROOFING & CONSTR., INC. DBA FISHER ROOF

9073.   Jim McKay Chevrolet, Inc

9074.   Jimmy Evans Company, LTD.

9075.   JIM'S BACKHOE SERVICE INC. DBA JBS PIPELINE

9076.   JINDAL FILMS AMERICAS LLC

9077.   JIT MANUFACTURING, INC.

9078.   JITTERBIT, IN

9079.   JJ CASSONE BAKERY, INC.

9080.   JJM Management Group

9081.   JJS OF ATLANTA LLC

9082.   JKC Automotive, Inc.

9083.   JKS Limousines, LLC

9084.   JL Darling Corporation

9085.   JL Gray Construction, Inc.

9086.   JL Marine Systems, Inc.

9087.   JL Tree Service, Inc.

9088.   JLB CONTRACTING, LP

9089.   JLM COUTURE, INC.

9090.   JLS AUTOMOTIV

9091.   JM FAMILY ENTERPRISES, INC.

9092.   JM Texas Companies LLC dba Eagle Railcar Services

9093.   JM Williams Contractors

9094.   JMA Information Technology, Inc.

9095.   J-MAC Completion Equipment, LLC

9096.   JMAC, INC.

9097.   JMB Insurance Agency, Inc.

9098.   JMEG/EAS HEALTH PLAN

9099.   JMGT LLC

9100.   JMI SPORTS, LLC

9101.   JMK AUTO SALE

9102.   JMP Heat Inc dba Lion Home Service

9103.   JMS MARINE SERVICES LLC

9104.   JN TRUCKING, INC.

9105.   Joachim-Plattin Ambulance District

9106.   JOAN SMITH ENTERPRISES DBA CA POOLS & LANDSCAPE

9107.   JobMatch, LLC

9108.   JOBSCIENCE, I

9109.   JOBVITE, INC.

9110.   Joby Aero, Inc

9111.   Joby Management, LLC

9112.   Joe Coffee

9113.   JOE EAST ENTERPRISES

9114.   Joe Holland Chevrolet

9115.   Joe W. Morgan, Inc. dba Henry Fligeltaub Co.

9116.   Jogue, Inc.

9117.   JOHANNA BEVERAGE

9118.   JOHN BAPST MEMORIAL HIGH SCHOOL

9119.   John Bowman, Inc. DBA JBI Construction

9120.   John D. Stephens, Inc.

9121.   John H. Kappus Company

9122.  JOHN HARDY USA, INC.

9123.  John J. Jerue Truck Broker, Inc.

9124.  JOHN JOHNSON

9125.  JOHN KAUTZ FARMS

9126.  John Megel Chevrolet

9127.  John Paras Furniture Company, Inc

9128.  JOHN S. JAMES CO.

9129.  JOHN W. MCDOU

9130.  JOHN WIESNER,

9131.  Johnny Londoff Chevrolet

9132.  JOHNS EASTERN COMPANY, INC.

9133.  JOHN'S ISLAND

9134.  JOHNSON & JOHNSON

9135.  JOHNSON & JOHNSON, INC.

9136.  JOHNSON & PACE INCORPORATED

9137.  Johnson Engineering, Inc.

9138.  JOHNSON EQUIPMENT COMPANY

9139.  JOHNSON MARQUEZ LEGAL GROUP, LLC

9140.  JOHNSON POWER LTD

9141.  Johnson Statewide Holdings, Inc.

9142.  Johnson-Laux Construction, LLC

9143.  Johnson's Corner, Inc.

9144.  Johnston's Service Company dba Key Personnel

9145.  JOIN

9146.  Joining Industries, Inc.

9147.  JOINT VENTURE

9148.  JON DON, LLC.

9149. Jon-Don, Inc.

9150. JONELL FILTRATION PRODUCTS INCORPORATED

9151. JONES AUTO GROUP LLLP

9152. JONES SIMKINS

9153. JONES, GRANGER, TRAMUTO & HALSTEAD

9154. Joram Corporation

9155. Jordan Ramis PC

9156. JOSEPH A. ROMANO PC

9157. Joseph Lamparelli, Inc. DBA Supreme Energy

9158. Joseph Ribkoff USA

9159. JOSEPH, GREENWALD & LAAKE, P.A.

9160. JOURNAL COMMUNICATIONS, INC.

9161. Joy Organics LLC

9162. JOYCE MANUFACTURING COMPANY

9163. JOYCE MEYER MINISTRIES

9164. JOYCE MOTOR C

9165. JP Smith Lumber Co., Inc.

9166. JPM Real Estate Services, Inc.

9167. JPM, Inc.

9168. JPMORGAN CHASE & CO.

9169. JR. DAVIS CONSTRUCTION COMPANY, INC.

9170. JRI Hospitality Management Inc

9171. JRL VENTURES

9172. JRL VENTURES DBA MARINE CONCEPTS

9173. JRM CONSTRUCT

9174. JS PROPERTIES

9175. JSC LAKEHIGHLANDS OPERATIONS LP.

9176. JSERRA CATHOL

9177. JSH PROPERTIES, INC.

9178. JSN MANAGEMENT, INC.

9179. JSR North America Holdings, Inc.

9180. JST Performance, LLC dba Rigid Industries

9181. J-Star Research, Inc.

9182. JT VAUGHN CONSTRUCTION COMPANY LLC

9183. JTB AMERICAS, LTD.

9184. JTEKT NORTH AMERICA CORPORATION

9185. JTEKT NORTH AMERICA, INC.

9186. Judge Warehousing LLC

9187. JUICE GENERAT

9188. JUKI AMERICA, INC.

9189. JULIETTE FOWL

9190. JULIETTE FOWLER HOMES, INC.

9191. Jumbo Foods, Inc.

9192. JumpCloud, Inc.

9193. JUMPSTART MED

9194. Junction Industries, LLC

9195. JUNEAU CONSTR

9196. Jungle Concepts, LLC

9197. JUNIPER NETWORKS, INC.

9198. Jurin Roofing Services, Inc.

9199. JUST DOUGH IT

9200. JUST ENERGY U.S. CORP.

9201. Justice Trucking Inc.

9202. JUUL Labs, Inc.

9203. JUWI, INC.

9204. JVCKENWOOD USA CORPORATION

9205. JVD CONSTRUCTION INC.

9206. JVIATION, INC.

9207. JVM REALTY CORPORATION

9208. JVW CORPORATI

9209. JW EYE ASSOCIATES DBA KEY WHITMAN EYE CENTER

9210. JX NIPPON CHEMICAL OF TEXAS INC.

9211. K & E Flatwork LLC

9212. K & H LLC DBA

9213. K & W UNDERGR

9214. K FRIESE & AS

9215. K Post Company

9216. K&M International, Inc. dba Wild Republic

9217. K&M SYSTEMS, INC.

9218. K. HOVNANIAN COMPANIES, L.L.C.

9219. K. W. INDUSTRIES, INC.

9220. K. Walter Service Corporation

9221. K.D. Timmons, Inc.

9222. K.D.D., INC.

9223. K.E. MCKAY'S MARKET OF COOS BAY, INC

9224. K.M.B., Inc.

9225. K2D DBA COLOR

9226. K3 LEARNING INC.

9227. KAASCO, INC.

9228. KABAT, SCHERT

9229. KABBALAH CENTRE INTERNATIONAL

9230. KADEL ENGINEERING CORPORATION

9231. Kaestle Boos Associates, Inc.

9232. KAHALA MANAGEMENT, LLC

9233. KAHN VENTURES, INC.

9234. Kahuna Ventures LLC

9235. Kahut Waste Services LLC

9236. KAI Design & Build Enterprises, LLC dba KAI Enterprises

9237. Kaibab Band of Paiute Indians

9238. Kainos Capital LP dba Kainos (TX) Capital LP

9239. Kairos Power LLC

9240. Kaiser Holdings F, LLC DBA Damerow Ford

9241. KALAN LP

9242. Kales Truck & Heavy Equipment Inc.

9243. KALLE USA

9244. KALTECH INTERNATIONAL, LLC

9245. KALTURA, INC.

9246. KALYPSO L.P.

9247. KAMPACK INCOR

9248. Kam-Way Transportation

9249. KANE COUNTY

9250. KANE RUSSELL COLEMAN & LOGAN PC

9251. KANLER, INC.

9252. Kansas City Downtown Hotel Group, LLC

9253. KANSAS CITY ELECTRICAL

9254. KANSAS CITY UNIVERSITY

9255. KAP PROJECT SERVICES, LTD

9256. Kapow Technologies, Inc.

9257.   KAPPUS PLASTIC COMPANY INC.

9258.   KAPSCH TRAFFI

9259.   Karat Inc.

9260.   Karber Corporation dba K CORP

9261.   KARECOR, INC.

9262.   KAREL MANUFACTURING INC.

9263.   KAREN KANE, INC.

9264.   Karl G Maeser Preparatory Academy

9265.   KARL KNAUZ MOTORS, INC.

9266.   KARNAK CORPOR

9267.   Karpinski Engineering Inc.

9268.   KARSUN SOLUTIONS LLC

9269.   Karway, Inc.

9270.   KASON CORPORATION

9271.   KASON INDUSTRIES, INC.

9272.   KASS SHULER,

9273.   Kassbohrer All Terrain Vehicles, Inc.

9274.   KASTEN MASONR

9275.   Katahdin Railcar Services, LLC

9276.   KATALYST DATA MANAGEMENT, LLC

9277.   KATZ HILLEL D

9278.   KAUFFMAN & ASSOCIATES, INC.

9279.   Kaufman & Robinson, Inc.

9280.   KAUFMAN STAIRS, INC.

9281.   KAUFMAN, ROSS

9282.   Kaw Services, Inc.

9283.   KAWA CAPITAL

9284.   KAWASAKI

9285.   KAY MANAGEMENT COMPANY, INC.

9286.   KAYCAN, LTD

9287.   KBA Lease Services, Inc

9288.   KBE BUILDING

9289.   KBL GROUP INTERNATIONAL LTD.

9290.   KBLA, INC. DBA BLAIRS MARKET

9291.   KC Transport, LLC

9292.   KCI HOLDINGS, INC.

9293.   KCP HOLDCO, I

9294.   KCP Metal Fabricators, Inc.

9295.   KDC Mechanical

9296.   KDCD Management LLC dba KD College Prep

9297.   KDG REAL ESTA

9298.   KDH Builders, LLC

9299.   KE DURASOL AWNINGS, INC.

9300.   KEARFOTT CORPORATION

9301.   Kearney, McWilliams & Davis, LLC

9302.   Kearny Bank

9303.   KEAST & HOOD

9304.   Keating Companies, LLC

9305.   KEB HANA BANK

9306.   KEDRION BIOPHARMA INC.

9307.   KEDRION SPA

9308.   KEECO, LLC

9309.   KEEL POINT LLC

9310.   KEESEN LANDSCAPE MANAGEMENT, INC.

9311.  KEHOE DESIGNS

9312.  KELBY MEDIA G

9313.  Keller Lumber Co.

9314.  KELLES TRANSP

9315.  KELLEY EQUIPMENT COMPANY OF FLORIDA, INC.

9316.  KELLEY UUSTAL, PLC

9317.  KELLIHER SAMETS LTD DBA KELLIHER SAMETS VOLK

9318.  KELLOGG & KIMSEY INC.

9319.  KELLOGG SUPPLY, INC.

9320.  KELLSTROM DEF

9321.  KELLSTROM MAT

9322.  KELLTON TECH, INC.

9323.  Kelly Rentals, Inc. dba Aarons

9324.  Kelly Spicers Inc.

9325.  Kelly, Clough, Bucher and Assoc., Inc.

9326.  KEM KREST, LLC

9327.  KEMCO OF BURLINGTON

9328.  Kemco Systems CO, LLC.

9329.  KEMPER NORTHWEST INC.

9330.  KEN BETTRIDGE DISTRIBUTING, INC.

9331.  KEN CARYL GLA

9332.  Ken Caryl Glass, Inc.

9333.  Ken Ellegard-Peoria, Inc. dba Arrowhead Honda

9334.  KEN GARNER MA

9335.  KEN WILSON FO

9336.  Kenai Drilling Limited

9337.  KENCO

9338.  KENCO MANAGEMENT SERVICES LLC

9339.  Kendall Presbyterian Church

9340.  KENDRICK PAINT & BODY SHOP INC.

9341.  KENESIS MANAGEMENT COMPANY, LLC

9342.  KENNEBUNK SAVINGS BANK

9343.  KENNEDY ASSOCIATES/ARCHITECTS INC.

9344.  Kennedy Capital Management, Inc

9345.  KENNEDY CHILDS P.C.

9346.  KENNEDYS CMK

9347.  Kennelwood Village, Inc.

9348.  KENSEAL CONSTRUCTION PRODUCTS OF MARYLAND, INC.

9349.  KENSICO CAPITAL MANAGEMENT CORP.

9350.  Kent Corporation

9351.  Kent Excavating, Inc.

9352.  KENT INTERNAT

9353.  KENTWOOD, LLC

9354.  KENWOOD GOLF & COUNTRY CLUB

9355.  KENWOOD USA CORPORATION

9356.  KEPPEL LETOUR

9357.  KERIO TECHNOLOGIES, INC.

9358.  Kerkering, Barberio & Co.

9359.  Kernodle Clinic, Inc.

9360.  KERSTEN TRAILER SALES, INC.

9361.  KESSINGTON, L

9362.  KETER

9363.  KEVIN M EHRINGER ENTERPRISES INC. DBA DATA CENTER

9364.  Kevry Corp.

9365. KEWAUNEE SCIENTIFIC CORP.

9366. KEY BUSINESS SOLUTIONS, INC.

9367. Key Glass, Inc.

9368. KEY MANAGEMENT COMPANY OF MISSOURI, LLC

9369. KEYENCE CORPORATION OF AMERICA

9370. Keyhole Software LLC

9371. KEYMARK ENTERPRISES, LLC

9372. KEYMARK, INC

9373. KEYS ENERGY SERVICES

9374. KEYS FEDERAL CREDIT UNION

9375. KEYS SANITARY SERVICE

9376. Keystone Constructors, Inc.

9377. Keystone Corporate Services, LLC

9378. Keystone Plastics, Inc.

9379. Keystone Technologies, LLC

9380. Keywell Metals, LLC

9381. KEYWORDS INTERNATIONAL, INC.

9382. KF MECHANICAL LLC

9383. K-FIVE CONSTR

9384. KGI WIRELESS,

9385. KHAFRA ENGINEERING CONSULTANTS, INC.

9386. KHAN ACADEMY INC.

9387. KHOROS, LLC

9388. KHOSLA VENTURES, LLC

9389. KHS&S CONTRAC

9390. Ki Charter Academy

9391. KI INDUSTRIES

9392.  KIBLER CONSTRUCTION COMPANY, INC.

9393.  KIBO SOFTWARE

9394.  Kid Glove Service, Inc.

9395.  Kidney Care & Transplant Services of New England, PC

9396.  Kids After Hours Child Care Centers

9397.  KIDS' CORPS, INC.

9398.  Kieffer & Co, Inc

9399.  KIERAN TIMBER

9400.  KIHOMAC, INC.

9401.  KIK Underground, LLC

9402.  Kilgore Energy, LLC dba Nerd Power

9403.  KILPATRICK TOWNSEND & STOCKTON LLP

9404.  KIMAL LUMBER

9405.  Kimble Applications

9406.  KIMLEY-HORN & ASSOCIATES, INC.

9407.  KIMRE, INC.

9408.  KIND LOVE, LLC

9409.  Kindred Restaurant LLC

9410.  KINESTRAL TEC

9411.  KINETIC ENERGY SERVICES, LLC

9412.  KINETICA DB,

9413.  Kinetics Equipment Solutions Group, Inc.

9414.  KINETIX, LLC

9415.  KinetX, Inc.

9416.  King & George, LLC

9417.  KING & SPALDING LLP

9418.  KING AUTO GROUP

9419. King Expedited Services

9420. King Machine, LLC

9421. King Pinn Well Service

9422. King Retail Solutions, Inc.

9423. KING SUPPLY

9424. KING SUPPLY C

9425. King Systems, LLC.

9426. KING VENTURES, INC.

9427. KINGDOM ANIMALIA DBA HOURGLASS COSMETICS

9428. KINGFISHER SYSTEMS, INC.

9429. King's Ridge Christian School, Inc.

9430. KINGS, QUEENS, AND JACKS LLC

9431. Kingsbury Companies LLC

9432. Kingsley Associates

9433. Kingstowne Lawn Care, Inc.

9434. KINGSWOOD OXF

9435. Kinkaid Civil Construction, LLC

9436. KINKISHARYO I

9437. KINLY, INC.

9438. KINSLEY POWER SYSTEMS

9439. KINTETSU WORLD EXPRESS (U.S.A.), INC.

9440. KIOSK INFORMA

9441. KIPLING STREET ACADEMY

9442. KIPP CHARLOTTE

9443. KIRBY ELECTRIC INC

9444. Kirby-Midco, Inc.

9445. KIRKLAND CONSTRUCTION LLLP

9446. Kirkland Construction, L.L.L.P.

9447. KIRKLAND'S, INC., AND SUBSIDIARIES

9448. KIRK-RUDY, INC.

9449. Kirksville R-III School System

9450. KIRKWOOD OIL & GAS

9451. KISER HARRISS CHEMICAL DISTRIBUTION CENTERS, INC.

9452. Kissack Water & Oil Service, Inc.

9453. KISSACK WATER AND OIL

9454. KiteRocket LLC

9455. KITSAP CREDIT UNION

9456. Kitty Hawk Kites, Inc.

9457. Kivu Consulting, Inc.

9458. Kixeye, Inc.

9459. KJ SUPERMARKE

9460. KJ4-MANAGEMENT LLC DBA KENT'S MARKET

9461. Klas Government, Inc.

9462. Klass Time, LTD

9463. Klausner Trading USA, Inc.

9464. KLDISCOVERY

9465. Klean Kanteen

9466. Klein Park & Lowe, PL

9467. KLEINER PERKI

9468. KLIEMANN BROTHERS HEATING AND AIR CONDITIONING INC

9469. Klingberg Family Centers

9470. KLOECKNER METALS CORPORATION

9471. KLOVER SEPA

9472. KM Homes, LLC

9473. K-M INDUSTRIES HOLDING CO.,INC.

9474. KM MACHINE CO., INC.

9475. KMK Insulation, Inc.

9476. KMS FINANCIAL SERVICES, INC.

9477. KMTEX, LLC

9478. KNAPP LOGISTICS AUTOMATION, INC.

9479. Knight Electronics, Inc.

9480. Knight Piesold & Co

9481. KNIGHT PIESOLD AND COMPANY

9482. Knight Waste Services

9483. KNIGHTED SERV

9484. KNIGHTS APPAREL, INC.

9485. Knights Companies, Inc.

9486. KNIGHTS OF COLUMBUS

9487. KNIGHTSBRIDGE HUMAN CAPITAL MANAGEMENT, INC.

9488. KNITTING FACTORY ENTERTAINMENT

9489. KNOCKAWAY, IN

9490. KNOTEL, INC.

9491. KNOWLEDGE ACA

9492. KNOWLEDGE MAN

9493. Knowledge Synergy Strategies, LLC

9494. KNOWLEDGENET

9495. KNOWLEDGENT GROUP, INC.

9496. Knowles Enterprises, LLC

9497. KNS Group, LLC

9498. KOBELCO CONST

9499. KOBIE MARKETI

9500.  KOCH MECHANICAL, INC.

9501.  KOCHAVA, INC.

9502.  KODIAK BP LLC

9503.  KODIAK OIL & GAS (USA), INC.

9504.  KOETTER FIRE

9505.  KOGOK CORPORATION

9506.  Koh Young America Inc.

9507.  KOHLBERG KRAVIS ROBERTS & CO.

9508.  KOIS BROTHERS

9509.  KOKI HOLDINGS

9510.  KOKOPELLI PROPERTY MANAGEMENT

9511.  Kolbe Striping, Inc

9512.  KOLBUS AMERICA, INC.

9513.  KOLDER, INC.

9514.  KOLMAC CLINIC

9515.  Komline-Sanderson Corp.

9516.  KOMODO HEALTH

9517.  KONG COMPANY, LLC

9518.  KONGREGATE IN

9519.  KONGSBERG AUTOMOTIVE, INC.

9520.  KONIAG, INC.

9521.  KONICA MINOLTA BUSINESS SOLUTIONS U.S.A.

9522.  KONISTO COMPANIES LLC

9523.  KOOLTRONIC, INC.

9524.  KOONS FORD OF

9525.  KORE FEDERAL, INC.

9526.  KORF CONTINENTAL

9527.  KORF MOTORS, LLC DBA KORF CONTINENTAL STERLING

9528.  KORG USA, INC

9529.  KORN FERRY

9530.  Kornerstone Credit LLC

9531.  Koro International, LLC

9532.  KOSH SOLUTIONS LLC

9533.  KOSH SOLUTIONS, LLC

9534.  KOSMO MACHINE, INC.

9535.  KOWALSKI CONSTRUCTION INC

9536.  KPI PARTNERS INC.

9537.  KPM EXCEPTIONAL LLC

9538.  KPRS CONSTRUCTION SERVICES, INC.

9539.  KRAFT & KENNE

9540.  Kraft Chemical Company

9541.  KRAFT HEINZ FOODS COMPANY

9542.  Kramer & Frank, P.C.

9543.  Kratos S2

9544.  KRCI LLC

9545.  KRIEGER & STEWART, INCORPORATED

9546.  KRINOS FOODS

9547.  KRISPY KREME DOUGHNUT CORPORATION

9548.  Kristen Distributing Co.

9549.  KRJA Systems Inc, dba Maptek

9550.  KROSSOVER INTELLIGENCE, INC.

9551.  KRUMLAND COMPANY, LLC

9552.  KRYPTON SOLUTIONS, LLC

9553.  Kryterion Inc.

9554. KSA LIGHTING

9555. KSG DISTRIBUTING INC

9556. KSJ & ASSOCIATES, INC.

9557. KSL MEDIA, IN

9558. KSOLV CHEMICA

9559. K-SOLV, LP

9560. KT&G USA CORP

9561. KTA GROUP, INC.

9562. KTB FLORIDA SPORTS ARENA, LLC

9563. KTR CORPORATI

9564. KUALI, INC. DBA KUALICO

9565. KUBICKI DRAPER, PA

9566. KUBIK MALTBIE, INC.

9567. KUBOTA MANUFACTURING OF AMERICA CORP.

9568. Kuck Baxter Immigration LLC

9569. Kuck Mechanical Contractors LLC

9570. Kuck Mechanical Contractors, LLC

9571. KUEHNE + NAGEL INC.

9572. Kuhlmann Design Group, Inc.

9573. KUMAR & ASSOCIATES, INC.

9574. Kumho Tire USA, Inc.

9575. KUNDERT MOTORS, INC.

9576. KUPPER ENGINEERING, INC.

9577. KURARAY AMERICA, INC.

9578. Kureha America, Inc.

9579. KURIYAMA OF AMERICA

9580. KUSTOM SEATING UNLIMITED, INC.

9581. Kutta Technologies, Inc.

9582. KWAI INC. DBA

9583. KWIK GOAL, LT

9584. KWS MANUFACTU

9585. KYNECT, LTD

9586. Kynetec USA, Inc.

9587. KYOCERA DOCUM

9588. KYOCERA Document Solutions

9589. KYZEN CORPORA

9590. KZ MGT INC.

9591. L & H COMPANY, INC.

9592. L & M COMPANIES, INC.

9593. L & M FABRICA

9594. L&L Motor Co, Inc.

9595. L. E. SAUER MACHINE CO.

9596. L.A. BURDICK CHOCOLATES, INC.

9597. L.A.T Sportswear, Inc. dba LAT Apparel

9598. L.B.K. Investments, Inc. dba 5 STAR Event Services

9599. L.E. SCHWARTZ & SON, INC.

9600. L.F. JENNINGS

9601. L.G. Barcus & Sons, Inc.

9602. L.H. GAULT & SON, INC.

9603. L.P.R. CONSTRUCTION CO.

9604. L.V. THOMPSON

9605. L2, INC.

9606. LA CASA DE DON PEDRO

9607. LA CLINICA DE FAMILIA, INC.

9608. LA Financial Federal Credit Union

9609. La Luz del Mundo

9610. LA MESA RV CE

9611. LA PORTE COUNTY PUBLIC LIBRARY

9612. LA6721, LLC

9613. LAB CRAFTERS,

9614. LABOR FINDERS

9615. LABORIE MEDICAL TECHNOLOGIES, CORP.

9616. LABREE'S BAKERY

9617. LabSolutions, LLC

9618. LABVANTAGE SO

9619. Ladco, Inc.

9620. LADELLE INVESTMENT CO., INC.

9621. LADIES PROFES

9622. LADY'S ISLAND - ST. HELENA FIRE DISTRICT

9623. LAFAYETTE 148, INC.

9624. LAFAYETTE PARISH SHERIFF'S OFFICE

9625. LAFRANCE CORP

9626. LAGRANGE GROC

9627. Lagz Corporation

9628. Lahlouh, Inc.

9629. Laing Companies dba Industrial

9630. LAIRD & PARTN

9631. LAIRD NORTON

9632. Lake Cable of Indiana, LLC

9633. LAKE CHAMPLAIN TRANSPORTATION COMPANY

9634. LAKE CHAMPLAIN WALDORF SCHOOL

9635. LAKE ERIE ELECTRIC, INC.

9636. Lake Forest Graduate School of Management

9637. LAKE HIGHLAND

9638. Lake Management Services, L.P.

9639. LAKE MISSION VIEJO ASSOCIATION

9640. LAKE WORTH DR

9641. Lakeland Hills Family YMCA Association Inc

9642. LAKERIDGE PAVING CO., LLC

9643. LAKESHORE CLINIC

9644. LAKEWAY CONTAINER, INC.

9645. LAKEWOOD ELECTRIC COMPANY, INC.

9646. LAMACAR, INC. DBA KELLI'S GIFT SHOP SUPPLIERS

9647. LAMB Partners

9648. Lambda Legal Defense and Education Fund

9649. LAMB-STAR ENG

9650. Lamb-Star Engineering, LP

9651. Lamell Lumber Corporation

9652. Lamoille County Mental Health Services, Inc.

9653. LAMP,RYNEARSON & ASSOCIATES, INC.

9654. Lance Smith Inc. dba Vermont Sports Car

9655. LANCER FINANCIAL GROUP, INC.

9656. LANCOPE, INC.

9657. LAND DESIGN CONSULTANTS, INC.

9658. LAND O'FROST, INC.

9659. Landau Associates, Inc.

9660. LANDEC CORPORATION

9661. LANDER MEDICAL CLINIC P.C.

9662.  LANDINGS CREDIT UNION

9663.  LANDMARK BUILDERS OF THE TRIAD, INC.

9664.  Landmark Christian School

9665.  Landmark Construction Services, Inc.

9666.  LANDMARK CONSTRUCTION, INC.

9667.  LANDMARK CREDIT UNION

9668.  LANDMARK EQUI

9669.  Landmark Industries Inc

9670.  Landmark Mfg. Corp.

9671.  Landmark Recovery and Senior Living

9672.  LANDMARK WORL

9673.  LANDON SCHOOL CORPORATION

9674.  LANDOVER CORP

9675.  Landtech, Inc.

9676.  LANE GORMAN TRUBITT, PLLC

9677.  LANE INDUSTRIES INC.

9678.  Laney Group, Inc.

9679.  LANGE MECHANICAL SERVICES, LP

9680.  Langer Biomechanics, Inc

9681.  LANGER ELECTRIC

9682.  LANGHAM CREEK MACHINE WORKS

9683.  Lanigan, Ryan, Malcolm & Doyle, PC

9684.  LANMOR SERVIC

9685.  LANPHERE ENTERPRISES, INC.

9686.  LANSING TRADE GROUP

9687.  LANTZ BOGGIO ARCHITECTS, P.C.

9688.  LANVIN INC.

9689.  LARAMIE COUNTY SCHOOL DISTRICT 2

9690.  LARAMIE GM AU

9691.  LARAMIE GM AUTO CENTER INC DBA LARAMIE AUTO CENTER

9692.  LARAWAY YOUTH & FAMILY SERVICES, INC.

9693.  Laraway Youth and Family Services, Inc.

9694.  LARIAT DIESEL CORP DBA LARIAT INTERNATIONAL TRUCKS

9695.  LARIMER CENTER FOR MENTAL

9696.  Lark Inn, LP

9697.  LARKBURGER OF COLORADO, LLC DBA LARKBURGER

9698.  LAROUCHE YOUTH LLC

9699.  LARRY YOUNG P

9700.  Larsen's Ace Hardware

9701.  Las Cumbres Community Services

9702.  LASER SPINE INSTITUTE, LLC

9703.  LASER TECHNOL

9704.  Laser Technologies, Inc.

9705.  LASERCYCLE US

9706.  Lasermasters, LLC dba LMI Solutions

9707.  LASERWORDS U.S., INC.

9708.  LASKO PRODUCTS, INC.

9709.  Last Mile Logistics, LLC

9710.  LASTLINE, INC

9711.  Latch Systems, Inc.

9712.  LATEX FOAM INTERNATIONAL LLC

9713.  LATHAM EXCAVATION

9714.  LATHAM, SHUKE

9715.  LAUFER GROUP

9716.  LAUGHING OUT LOUD, LLC

9717.  Launch Media Solutions, LLC

9718.  LAUNCHSQUAD,

9719.  LAURA BUICK GMC, INC.

9720.  LAURA GELLER

9721.  LAUREATE EDUCATION, INC.

9722.  LAUREL AGGREG

9723.  Laurita Excavating, Inc.

9724.  Lauson Drilling Services, Inc.

9725.  Lauth Group

9726.  LAVACA CATTLE CO

9727.  LAVINE, LOFGREN, MORRIS & ENGELBERG LLP

9728.  Lavitt Group, Inc.

9729.  Law Offices of Stephenson, Acquisto & Colman

9730.  LAWLER FOODS, LTD.

9731.  LAWN DOCTOR,

9732.  LAWSON CONSTR

9733.  Layer 3 Communications, LLC

9734.  LAYERS, LLC D

9735.  LBK SERVICES, INC.

9736.  LBP MANUFACTURING LLC

9737.  LC Corporate LLC

9738.  LC Integrated Systems, Inc.

9739.  LCG Associates, Inc.

9740.  LCG Facades

9741.  LDI MECHANICA

9742.  LDI SERVICES CORP./AUDIO- DIGEST FOUNDATION

9743.  LE PEEP RESTAURANTS

9744.  Lead Products Company, Inc.

9745.  LEAD PUBLIC SCHOOLS, LLC

9746.  Leader Evaporator Co. Inc.

9747.  Leader Evaporator Company, Inc.

9748.  Leaders Credit Union

9749.  Leading Pharma

9750.  LeadMD, Inc.

9751.  LEANIN' TREE, INC.

9752.  LEANPLUM, INC.

9753.  LEAPFROG SERVICES

9754.  LearningMate Solutions Inc

9755.  LEARNQUEST, INC.

9756.  LeaseQuery, LLC

9757.  LEASING ASSOCIATES SERVICE, INC.

9758.  Leavitt Tube Company, LLC

9759.  LEBANON CUSD #9

9760.  LEBENTHAL HOLDINGS, LLC

9761.  LECTRA USA, I

9762.  LED SOURCE, LLC

9763.  LEE & HAYES PLLC

9764.  Lee Air Conditioners, Inc.

9765.  LEE COMPANY

9766.  LEE COUNTY SHERIFF'S OFFICE

9767.  Lee Financial Company, LLC

9768.  Lee Johnson Chevrolet

9769.  Lee's Foodservice Parts & Repair, Inc.

9770. LEED FABRICATION SERVICE, INC.

9771. LEEDOM MANAGE

9772. LEEDS WEST GR

9773. Leeds West, Inc.

9774. LEESAR, INC.

9775. LEESBURG SOUTHERN ELECTRIC

9776. LEEVERS SUPERMARKETS, INC.

9777. Leeward Management Services, LLC

9778. LEGACY ASSET HOLDINGS, LLC

9779. Legacy Bank

9780. Legacy Energy Services

9781. LEGACY FARMERS COOPERATIVE

9782. LEGACY MANAGEMENT GROUP

9783. Legacy Partners, Inc.

9784. Legacy Traditional School-Nevada, Inc.

9785. LEGACY TREATM

9786. Legal Aid Society

9787. LEGAL DIRECTORIES PUBLISHING COMPANY

9788. Legal Interpreting Services DBA LIS Solutions

9789. Legal Services of Eastern Missouri, Inc.

9790. Legend Communications of Wyoming, LLC

9791. LEGEND SERVICES INC

9792. LEGEND SOLAR

9793. Legend Technical Services, Inc.

9794. LEGENDS FURNI

9795. Legends Mechanical LLC.

9796. LEGRAND NORTH AMERICA

9797. Lehigh Fluid Power, Inc

9798. LEHMAN DEALER

9799. Lehman-Smith + McLeish, PLLC

9800. LEI Companies, Inc.

9801. LEISURE CONCEPTS, INC.

9802. Leisure Village Association

9803. LEISURE VILLAGE ASSOCIATION INC.

9804. LEIXIR HOLDIN

9805. LEK SECURITIES CORPORATION

9806. Lemay Fire Protection District

9807. LEMNATURE AQU

9808. Len Stoler, Inc.

9809. LENA POPE HOME, INC.

9810. LENAPE VALLEY FOUNDATION

9811. LENBROOK SQUARE FOUNDATION, INC.

9812. Lendbuzz Inc.

9813. LENDER'S CONS

9814. LENFAM MANAGE

9815. LENG D'OR USA, INC.

9816. LENOX COMMUNITY SCHOOL DISTRICT

9817. Lenox Financial Mortgage Corp

9818. LENSAR, INC.

9819. LENSRENTALS.C

9820. Lentz Cabinets & Associates LLC

9821. LEO J SHAPIRO & ASSOCIATES, LLC DBA SHAPIRO+RAJ

9822. LEO PHARMA INC.

9823. LEON ROSS DRILLING & CONSTRUCTION, INC.

9824.   LEONARD GREEN

9825.   LEONI MANAGEM

9826.   LEOPOLD & ASS

9827.   LeoStella LLC

9828.   LERCH BATES, INC.

9829.   LESSING'S, INC.

9830.   Lester R. Summers, Inc.

9831.   LETO ENTERPRISES LLC

9832.   LETTERKENNY

9833.   LEVAN GROUP 1

9834.   LEVEL 10 CONSTRUCTION

9835.   Level 10 Construction, LP

9836.   LEVEL A UNDER

9837.   LEVEL5, LLC

9838.   LEVELS BEYOND INC.

9839.   LEVEMENTUM LLC

9840.   LEVENTHAL, BROWN & PUGA P.C.

9841.   Leverage Information Systems Inc

9842.   LEVIN GROUP,

9843.   LEVINE LEICHTMAN CAPITAL PARTNERS, INC.

9844.   LEVITON, DIAZ & GINOCCHIO

9845.   LEVVEL, LLC

9846.   LEWIS & CLARK COMMUNITY COLLEGE DISTRICT

9847.   LEWIS AND LEWIS INC. DBA CAMEO CLUB

9848.   Lewis Cabinet Specialties Group, LLC

9849.   Lewis Color Lithographers, Inc.

9850.   LEWIS ENGINEERING, INC

9851. Lewis Floors and Home.

9852. LEWIS KAPPES

9853. LEWIS PAPER I

9854. LEWIS ROCA ROTHGERBER CHRISTIE LLP

9855. Lewis Systems and Service Co., Inc.

9856. Lewisburg Electric System

9857. LEWISBURG PRINTING COMPANY, INC.

9858. Lewisburg Water & Wastewater

9859. LEXICON TECHNOLOGIES, INC.

9860. LEXINGTON COR

9861. LEXINGTON PARTNERS L.P.

9862. LEXTRON, INC.

9863. Lexus of Wesley Chapel

9864. LEYDEN ENERGY, INC.

9865. LF MANUFACTURING, INC.

9866. LF SPORTSWEAR, INC.

9867. LG DEVELOPMENT GROUP LLC

9868. LG ELECTRONICS MIAMI, INC.

9869. LG OPERATING COMPANY LLC DBA LEON CAPITAL GROUP

9870. LGC GROUP, INC.

9871. LHC, Inc.

9872. LHM ADM BEN, INC.

9873. LHS PRODUCTIO

9874. LIBERTAS SCHOOL

9875. LIBERTY ACQUI

9876. LIBERTY BANK

9877. LIBERTY BROADBAND CORPORATION

9878. Liberty Common School

9879. LIBERTY EDUCATIONAL MINISTRIES, INCORPORATED

9880. LIBERTY ELECTRIC, LLC

9881. LIBERTY INFRASTRUCTURE, LLC

9882. LIBERTY MEDIA CORPORATION

9883. Liberty Ministries, Inc.

9884. LIBERTY OILFI

9885. LIBERTY SYNER

9886. LIFE ADJUSTME

9887. Life Extension Foundation Buyers Club, Inc.

9888. LIFE GENERATIONS HEALTHCARE LLC

9889. LIFE LINE AMBULANCE SERVICE, INC.

9890. LIFE QUOTES,

9891. LIFECENTER NORTHWEST

9892. LIFELINC CORP

9893. LIFELINK FOUNDATION, INC.

9894. LIFENET HEALTH

9895. LIFEOMIC, INC

9896. LIFEQUEST

9897. Lifescape Associates, Inc. dba Lifescape Colorado

9898. LIFESCRIPT, INC.

9899. LIFESTART WELLNESS NETWORK

9900. LIFESTYLE FLO

9901. LIFETIME BRANDS, INC

9902. LIFETIME FINANCIAL ALLIANCE, LLC

9903. LIFEWAY CHRISTIAN RESOURCES OF SBC

9904. LIFEWORKS US INC.

9905.  Lift Atlanta, Inc.

9906.  LIFT OFF DISTRIBUTION, LLC

9907.  LIFT, INC.

9908.  Liftable Media Inc

9909.  LIGHT INDUSTRIES SERVICES CORPORATION

9910.  LIGHT SOURCES, INC.

9911.  LIGHT WAVE DENTAL MANAGEMENT, LLC

9912.  Lightbeam Health Solutions, Inc.

9913.  LIGHTHOUSE DOCUMENT SOLUTIONS

9914.  Lighthouse Document Technologies, Inc.

9915.  LIGHTHOUSE INDUSTRIES, INC.

9916.  LIGHTING ASSOCIATES, INC.

9917.  Lighting Unlimited Inc

9918.  LIGHTNIN' PRODUCTION RENTALS, INC.

9919.  Lightning Logistics

9920.  LIGHTNING TRANSPORTATION INC

9921.  LIGHTNING VENTURES, INC.

9922.  Lightserve Corporation

9923.  Lightspeed Logistics LLC

9924.  LIGHTSTEP, IN

9925.  LiLac Communications Inc.

9926.  LILAC MOTOR C

9927.  LILLY & ASSOCIATES INTERNATIONAL

9928.  LIM COLLEGE

9929.  LIMA REFINING COMPANY

9930.  LIME ENERGY COMPANY

9931.  Limestone College

9932. LIMESTONE COUNTY WATER AND SEWER AUTHORITY

9933. LIMON PUBLIC SCHOOLS

9934. LINCOLN COMMUNITY HEALTH CENTER, INC.

9935. LINCOLN COMMUNITY HOSPITAL AND NURSING HOME

9936. Lincoln Manufacturing, Inc.

9937. LINCOLN PROPERTY COMPANY

9938. LINDBLAD EXPEDITIONS INC.

9939. Lindquist LLP

9940. Linearizer Technology, Inc.

9941. LINEQUEST, LLC

9942. Liner Shoes, Inc.

9943. Liner, Ward, & Shobe DDS, PA dba Southern Dental A

9944. LINET AMERICA

9945. LINET AMERICAS, INC

9946. Linford Contract Glazing, LLC dba LCG Facades

9947. Link Global Ventures, LLC

9948. Link Support Center LTD

9949. LINKEX, INC.

9950. LINKS OF LOND

9951. LINQUEST CORPORATION

9952. Linton's Mechanical Services, Inc.

9953. LINUX ACADEMY

9954. Lionakis

9955. LIONBRIDGE TECHNOLOGIES, LLC

9956. Lionel LLC

9957. LIONEL THERIAULT, INC.

9958. LIONEL, LLC

9959. LIPMAN BROTHE

9960. LIPMAN BROTHERS, LLC

9961. LIPMAN FAMILY FARMS

9962. LIPMAN HEARNE, INC

9963. LIPSCOMB UNIVERSITY

9964. LIQUID MEASUR

9965. LIQUID WASTE HOLDINGS DBA ACCURATE WASTE SYSTEMS

9966. LIQUIDAGENTS HEALTHCARE, LLC

9967. LIQUIDIA TECHNOLOGIES, INC.

9968. LIQUIDWARE LABS, INC.

9969. LISBON VALLEY MINING CO., LLC

9970. LIST INDUSTRI

9971. LITHOGRAPHICS

9972. LITHOTYPE

9973. LITMUS7 SYSTE

9974. LITTAU HARVESTER, INC.

9975. LITTLE BEAVER

9976. LITTLE BIRD HR, INC.

9977. LITTLE BROTHER'S BAKERY, LLC

9978. LITTLE GENERAL STORES, INC.

9979. LITTLE GRINGO

9980. LITTLEJOHN MA

9981. LITTLETON EQUINE MEDICAL CENTER

9982. LITTLETON LAR

9983. LIVEACTION

9984. LiveDO USA, Inc.

9985. LIVENGRIN FOU

9986. LIVERS BRONZE CO.

9987. LIVEWORLD, INC.

9988. Livex Lighting Inc

9989. Livongo Health, Inc.

9990. LKCM WM DISTRIBUTION, LLC DBA WILSON MOHR

9991. LLOYD PEST CONTROL

9992. LMK RESOURCES INC.

9993. LMT ONSRUD LP

9994. Load To Ride Transportation, LLC.

9995. LOAN SIMPLE,

9996. LOANWISE FINA

9997. LOCAL 360 MEDIA, INC.

9998. LOCAL GOVERNMENT INSURANCE TRUST

9999. LOCAL WASTE SERVICES, LLC

10000. Locati Architects LLC

10001. LOCATION3 MEDIA, INC.

10002. Lock Trucking, Inc.

10003. LOCKHART GEOPHYSICAL COMPANY

10004. LOCKHEED MARTIN

10005. Lockwood Identity, Inc.

10006. LODERS CROKLAAN USA LLC

10007. LODOR ENTERPRISES, INC. DBA COMMERCE GRINDING

10008. LOEB & LOEB,

10009. LOGAN DEVELOPERS, INC.

10010. Logan Equity Group LLC

10011. LOGAN GROUP L

10012. LOGAN'S ROADHOUSE, INC.

10013. Logic Controls, Inc.

10014. LOGIC DATASYSTEMS INC. DBA LOGICDATA

10015. LOGIC HEALTHCARE, LLC

10016. LOGIC SUPPLY, INC.

10017. LOGICAL DESIGN SOLUTIONS, INC.

10018. LOGICMONITOR,

10019. LOGICWORKS SYSTEMS CORPORATION

10020. Logik Systems, Inc. dba Logikcull

10021. Logis Tech, Inc.

10022. LOGISTICS 202

10023. Logos Research Systems, Inc.

10024. Lohmiller & Company

10025. LOHR DISTRIBUTING COMPANY

10026. LoJac, LLC

10027. Lokal Homes, LLC.

10028. LONDEN INSURANCE GROUP, INC.

10029. Lone Star Aerospace, Inc.

10030. LONE STAR CIR

10031. LONE STAR CONSOLIDATED FOODS

10032. LONE STAR RAI

10033. LONE WOLF REA

10034. Long Animal Hospital and Emergency Center

10035. LONG ISLAND UNIVERSITY

10036. LONG ISLAND V

10037. Long View Systems Corporation (USA)

10038. Longbow Research, LLC

10039. LONGO ELECTRICAL- MECHANICAL, INC.

10040. Longstock II, LLC

10041. Longview Coffee Co. of NJ Inc.

10042. LOOKER DATA S

10043. LOOMIS INTERNATIONAL, INC.

10044. LOOP, LLC

10045. LOOPUP LLC

10046. LOOS & CO., INC.

10047. LOR, INC.

10048. Lorain Glass Company Inc

10049. LORAIN METROPOLITAN HOUSING AUTHORITY

10050. Lorber, Greenfield & Polito, LLP

10051. LORD AECK SAR

10052. Lorenz & Kopf, LLP

10053. Lorway Companies, LLC

10054. LOS ALTOS FOO

10055. LOS NINOS SERVICES, INC.

10056. LOTTE CHEMICA

10057. LOTTE HOTEL NEW YORK PALACE, LLC

10058. LOUIS BERGER, INC.

10059. LOUIS N ROTHBERG & SON INC

10060. Louis Poulsen USA Inc.

10061. LOUISBURG COL

10062. Louisburg Unified School District 416

10063. LOVELAND CLAS

10064. LOVELAND CLASSICAL SCHOOLS

10065. Loveland Logistics LLC

10066. Loveland Ready Mix Concrete, Inc.

10067. LOVETT, INC.

10068. Loving Pets Corporation

10069. LOVITT & TOUCHE', INC.

10070. Low Country Case & Millwork, Inc.

10071. Low VA Rates

10072. Lowe Engineers, LLC

10073. LOWE GRAHAM JONES PLLC

10074. LOWER HOLDING COMPANY

10075. Lower Manhattan Dialysis Center, Inc.

10076. LOWIS & GELLEN LLP

10077. Lowndes Advocacy Resource Center (LARC)

10078. LOYOLA UNIVERSITY MARYLAND

10079. LPFWC

10080. LRICO SERVICES, LLC

10081. LRN CORPORATION

10082. LRP PUBLICATI

10083. LRXD, INC.

10084. LS SOLUTIONS

10085. LS3P ASSOCIATES LTD.

10086. LSGF Management LLC

10087. LT ENVIRONMEN

10088. LTC GLOBAL, I

10089. LTIMINDTREE LIMITED

10090. LTS

10091. LUBING SYSTEMS, LP

10092. Lucid USA, Inc.

10093. LUCIDWORKS, I

10094. LUCK STONE CORPORATION

10095. LUCKY DOG EQUIPMENT, INC. DBA PET PROS

10096. Lucky Dog, LLC

10097. LUCKY'S MARKET

10098. Lucy's Tire, Inc.

10099. LUDOMADE, INC

10100. LUFT ENTERPRISES LLC

10101. LUFTHANSA GERMAN AIRLINES

10102. LUKOIL PAN AMERICAS, LLC.

10103. LUMBEE TRIBE OF NORTH CAROLINA

10104. LUMBER LIQUIDATORS, INC

10105. Lumen Learning, LLC

10106. Lumencor, Inc.

10107. LUMICOR, INC.

10108. LUMINA FOUNDA

10109. Luminaire, LLC

10110. LUMINAR TECHNOLOGIES, INC.

10111. Lumitec, LLC

10112. LUMMUS SUPPLY

10113. Lum's Auto Center, Inc.

10114. Luna Roasters

10115. LUND FAMILY CENTER, INC.

10116. Lundahl Building Systems, Inc.

10117. LURIE CHILDREN'S

10118. Luscombe Engineering, Inc.

10119. LUSH COSMETICS LLC

10120. Lutco, Inc.

10121. LUTHERAN COMMUNITY SERVICES

10122. LUTHERAN HS ASSOCIATION OF NASSAU/SUFFOLK COUNTIES

10123. LUTHERAN SOCIAL SVCS

10124. LUTHERAN SUNSET MINISTRIES

10125. Lux Enterprises, Inc.

10126. LUX PRODUCTS CORPORATION

10127. Lux Vending, LLC

10128. LUXCO, INC.

10129. LUXESPHERE HO

10130. Luzerne County Transportation Authority

10131. LVM SYSTEMS, INC.

10132. LYDALL, INC.

10133. LYDECKER, LEE

10134. Lynch Mykins Structural Engineers, PC

10135. LYNCH OIL COM

10136. Lyndon Institute, Inc.

10137. Lynker Corporation

10138. LYNN TILLOTSON PINKER & COX, LLP

10139. Lynnwood Automotive dba Mercedes Benz of Lynnwood

10140. LYNX GROUP

10141. LYONESS AMERICA, INC.

10142. LYONS CONSULTING GROUP, LLC

10143. Lyons Logistics

10144. Lyssy & Eckel, Inc.

10145. Lytho, Inc.

10146. M & A Technology, Inc.

10147. M & M MANAGEMENT

10148. M & M MERCHANDISERS, INC.

10149. M & M WELL SERVICE, LLC

10150. M & R CONCRETE, INC.

10151. M & S Engineering, LLC

10152. M A Metal Company, Inc.

10153. M Auger Enterprise Inc.

10154. M CON, LLC

10155. M HOLLAND & SONS CONSTRUCTION, INC.

10156. M&A Holdings Co., LLC DBA Camden Yards Steel Co.

10157. M&M ELECTRIC SERVICE, INC.

10158. M&M Refrigeration Inc.

10159. M&R TRUCKING, INC.

10160. M&W Distribution Services, Inc

10161. M. A. Concrete Construction, Inc.

10162. M. A. MORTENSON COMPANY

10163. M. EAGLES TOOL WAREHOUSE, INC.

10164. M. MANAGEMENT, INC.

10165. M. SPIEGEL &

10166. M.A.C. MEDICAL, INC.

10167. M.B. JONES OIL CO., INC.

10168. M.C. Velar Construction Corp.

10169. M.C., LLC

10170. M.D. Fence Company, Inc. dba Metro

10171. M.E.Wilson Company, LLC

10172. M.J. Sheridan of Texas, Inc.

10173. M.S. HOWELLS & CO.

10174. M.T. LANEY COMPANY, INC

10175. M+D PROPERTIE

10176. M3 CONSTRUCTION, LLC

10177. M3 MIDSTREAM

10178. M3 USA CORPOR

10179. MAALT, LP

10180. MABEY INC.

10181. MAC & MASSEY, LLC

10182. MAC Panel Company

10183. MAC Property Management, LLC

10184. Mac Texas Realty Group

10185. MACARTHUR MEDICAL CENTER, PLLC

10186. MACAYO RESTAURANTS, LLC

10187. MacBeath Hardwood Company, Inc.

10188. MACFADDEN PUBLISHING, INC.

10189. MACFARLANE GROUP

10190. MacFarlane Partners Investment Management LLC

10191. Mach Robin, LLC

10192. MACH7 TECHNOLOGIES, INC.

10193. MACHINE LABORATORY, LLC

10194. MACHINE SPECI

10195. Machine Technology Inc.

10196. Machinists, Inc.

10197. MACK TRUCK SALES OF CHARLOTTE

10198. MACKENZIE ENG

10199. Mackey Mitchell Architects, P.C.

10200. MACOM TECHNOLOGY SOLUTIONS, INC.

10201. Macon Road Baptist School

10202. MACRO INTEGRATION SERVICES

10203. MACROSYS, LLC

10204. MACY'S, INC.

10205. MAD APPAREL, INC.

10206. Maddox Industries, Inc.

10207. MADISON HIGHL

10208. MADISON HOLDINGS INC.

10209. MADISON HOTEL LLC

10210. MADISON INDUS

10211. MADISON MARQUETTE

10212. Madison Marquette Retail Services, LLC

10213. Madison Polymeric Engineering, Inc.

10214. MADWIRE, LLC

10215. MAESTRO HEALTHCARE TECHNOLOGY, INC.

10216. MAESTRO TECHNOLOGIES, INC.

10217. MAGELLAN AEROSPACE, BETHEL, INC

10218. MAGIC CITY ENTERPRISES

10219. MAGIC LEAP INC. AND SUBSIDIARIES

10220. MAGID GLOVE & SAFETY MANUFACTURING LLC

10221. MAGNA ENERGY

10222. MAGNA-POWER ELECTRONICS INC

10223. MAGNESS INVESTMENT GROUP

10224. MAGNETI MARELLI EXHAUST SYSTEMS NORTH AM

10225. MAGNETI MARELLI HOLDING

10226. MAGNETI MARELLI POWERTRAIN USA LLC

10227. MAGNETI MARELLI SUSPENSION USA, LLC

10228. MAGNETIC & PENETRANT SERVICES CO., INC.

10229. MAGNETIC MEDIA ONLINE

10230. Magnetic Metals Corporation

10231. Magno Seed, LLC

10232. MAGNOLIA LODG

10233. Magnolia Oil & Gas Operating LLC

10234. MAGNOLIA PLUM

10235. Magnum Engineering, Inc.

10236. MAGNUM STEEL WORKS, INC.

10237. MAGNUM TOOL COMPANY, INC.

10238. Magnuson Transport LLC

10239. MAGSEIS FF, L

10240. Maguire Automotive Group

10241. MAHARAM FABRIC CORPORATION

10242. MAHINDRA TRAC

10243. MAHLE INDUSTRIES, INCORPORATED

10244. MAHNKE AUTO B

10245. Mahnke Auto Body, Inc.

10246. MAHOGANY RUN, INC. DBA SUN DEVIL AUTO

10247. Mahon & Rutledge Appraisal Group

10248. MAHONEY LIMITED PARTNERSHIP

10249. Maicom Solutions LLC

10250. Maiden Global Servicing Company LLC

10251. MAIER, MARKEY

10252. MAIL CENTERS PLUS, LLC

10253. MAILGUN TECHN

10254. Maillis Strapping Systems USA, Inc.

10255. MAIN AUTO BODY, INC.

10256. MAIN LINE BROADCASTING LLC

10257. MAIN LINE EMERGENCY MEDICINE ASSOCIATES LLC

10258. Main Steel Polishing Company, Inc.

10259. MAIN STREET R

10260. Mainlining America, LLC

10261. Maintenance and Reliability Technologies, Inc.

10262. MAINTENANCE DESIGN GROUP, LLC

10263. MAINTENX MANA

10264. Majestic Marble & Glass Company

10265. Majestic Terminal Services

10266. MAJOR BRANDS, INC.

10267. MAJOR FOOD GR

10268. MajorKey Technologies LLC

10269. Make-A-Wish Foundation of America

10270. Makena Capital Management LLC

10271. MAKERBOT INDU

10272. Makro Technologies, Inc.

10273. Makson Incorporated

10274. MALAYSIA AIRLINES

10275. MALEMA ENGINEERING CORPORATION

10276. MALLFINDER NETWORK, LLC DBA PLACEWISE MEDIA

10277. Malm Electrical Contractors, Inc.

10278. MALNATI ORGANIZATION

10279. MAM-A INC.

10280. MAMMEN GLASS & MIRROR, INC.

10281. MANAGEMENT & ENGINEERING TECHNOLOGY

10282. Management Concepts

10283. MANAGEMENT PLANNING, INC.

10284. MANAGEMENT SCIENCE ASSOCIATES, INC.

10285. MANAGEMENT SERVICES, INC.

10286. MANARA ACADEMY

10287. MANAU CUTLERY

10288. MANCHESTER PA

10289. Mandell Jewish Community Center

10290. MANDIANT, INC.

10291. MANGANARO MID

10292. Mango Custom Cabinets Inc

10293. MANGROVE EMPLOYER SERVICES, INC.

10294. MANHARD CONSULTING, LTD.

10295. MANHATTAN BEER DISTRIBUTORS, LLC

10296. MANHATTAN LIFE GROUP, INC.

10297. Manhattan Plumbing & Heating

10298. MANILDRA MILLING

10299. Mann-Hill Sonic

10300. Manroland Inc.

10301. MANROLAND GOS

10302. Mansfield Hall LLC

10303. MANSFIELD STRUCTURAL

10304. MANTRA TELECOM, INC.

10305. Manweiler Transports, Inc.

10306. MAP Communications, Inc.

10307. MAP ROYALTY, INC.

10308. MAPBOX, INC.

10309. MAPES & SPROWL STEEL, LTD.

10310. MAPLE LEAF FARM ASSOCIATES, INC

10311. Maplecrest Auto Group

10312. MAPONICS, LLC

10313. MAPR TECHNOLOGIES, INC.

10314. Mapsys, Inc.

10315. MAQ LLC DBA MAQ SOFTWARE

10316. Mar Mac Manufacturing Co., Inc.

10317. Marathon Consulting, LLC

10318. MARATHON HEALTH, INC.

10319. Marathon TS, Inc.

10320. MARBLE SYSTEMS INC.

10321. MARC HOLDINGS

10322. MARC REALTY,

10323. MARC Research

10324. MARC USA/PITTSBURGH, INC.

10325. Marcal Paper

10326. Marcari, Russotto, Spencer & Balaban, P.C.

10327. March Associates Construction, Inc.

10328. MARCH OF DIMES FOUNDATION

10329. MARCHEX, INC.

10330. Marcolin U.S.A. Eyewear Corp.

10331. MARCRES MFG. INC.

10332. MARCZYK FINE FOODS, INC.

10333. MAREX NORTH AMERICA, LLC

10334. MarginPoint

10335. MARGLEN INDUSTRIES, INC.

10336. MARIAH MEDIA INC.

10337. MARIANO'S RESTAURANT ARLINGTON, INC.

10338. MARICH CONFEC

10339. MARICOPA COUNTY

10340. Marie Selby Botanical Gardens

10341. MARIETTA DERM

10342. MARIN SOFTWAR

10343. MARINE MANAGE

10344. MARINE MASTER

10345. MARINE TRANSP

10346. MARINER WEALTH ADVISORS, LLC

10347. Mariners Church

10348. Marinex Construction, Inc.

10349. Marini Diesel Inc.

10350. Marion & Polk Schools Credit Union

10351. MARIST SCHOOL

10352. Marito Sports Cars, Inc.

10353. Mark 1 Restoration Service, Inc

10354. Mark Enterprises LLC

10355. MARK G. MILLER INC.

10356. MARK MAGRANN & ASSOCIATES

10357. Mark Michaels, Inc. DBA MMI

10358. Mark Rite Lines Equipment Company, Inc.

10359. MARK YOUNG CO

10360. MARKET BASKET

10361. MARKET EXPRESS SOLUTIONS, LLC

10362. MARKET TRACK,

10363. MARKET TRACK, LLC DBA NUMERATOR

10364. Marketime Foods, Inc.

10365. MARKETING ALTERNATIVES, INC.

10366. MARKETING MANAGEMENT, INC.

10367. Marketing Partner Services LLC

10368. Marketplace Events, LLC

10369. MarketSphere Group, LLC

10370. MARKETWISE SOLUTIONS, LLC

10371. MARKHAM NORTO

10372. MARKO FOAM PRODUCTS

10373. MARKON, INC.

10374. Marks Brothers, Inc.

10375. MARK'S CARD SHOPS, INC.

10376. Marks Machine Co., Inc.

10377. MARKSNELSON, LLC.

10378. MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC

10379. MARLABS, INC.

10380. MARLYNDEN, INC.

10381. Marmara Accounting and Management Services

10382. MARONDA, INC.

10383. MAROON CREEK CLUB

10384. MAROUS BROTHE

10385. MARQUEE BROADCASTING, INC.

10386. MARQUETTE MANAGEMENT, INC.

10387. MARQUETTE TRANSPORTATION COMPANY, LLC

10388. Marquis Software Solutions

10389. MARQUIS WHO'S

10390. MARRAKESH MOROCCAN RESTAURANT LLC

10391. MARRICK MEDIC

10392. MARRIOTT INTERNATIONAL, INC.

10393. MARS ELECTRIC

10394. Mars Electric, LLC

10395. MARS HILL CHU

10396. MARSH & MCLEN

10397. MARSHALL ASSO

10398. Marshall Pottery Inc. dba Deroma USA

10399. Marsico Capital Management, LLC.

10400. Marsy's Law for All, LLC

10401. MARTA

10402. Martek Global Services, Inc.

10403. MAR-TEK INDUSTRIES, INC.

10404. MARTIN & JONE

10405. Martin Brothers Construction Co, Inc.

10406. Martin Chevrolet-Buick, Inc.

10407. MARTIN FEDERAL CREDIT UNION

10408. Martin Methodist College

10409. Martin Starnes & Associates, CPAs, PA

10410. MARTIN UAV LL

10411. Martin's Specialty Sausage Co., Inc.

10412. MARTINES PALMEIRO CONSTRUCTION, LLC

10413. Martis Camp Club

10414. MARUICHI AMERICAN CORPORATION

10415. MARUICHI LEAVITT PIPE & TUBE, LLC

10416. Maruichi Oregon Steel Tube, LLC

10417. MARUTHI TECHNOLOGIES LLC DBA ANBLICKS

10418. MARVIC CORP.

10419. Marx Okubo Associates Ltd.

10420. MARXAIRE, INC.

10421. MARY ANN LIEB

10422. MARYLAND HEIG

10423. MARYLAND MECH

10424. MARYLAND OVERPAK CORPORATION

10425. MARYVILLE CON

10426. MAS US Holdings, Inc.

10427. MASCOMA SAVINGS BANK

10428. MASE MEBANE S

10429. Mason Corporation

10430. MASONIC GRAND LODGE OF OREGON

10431. MASON-MCDUFFIE REAL ESTATE, INC.

10432. MASPETH FEDERAL SAVINGS & LOAN ASSOCIATION

10433. MASPETH WELDI

10434. MASSACHUSETTS

10435. MASSAGE ENVY

10436. Massage Envy Franchising, LLC

10437. MASSEY SERVICES, INC.

10438. Mastagni Holstedt, A Professional Corporation

10439. MASTER BUILDERS SOLUTIONS

10440. Master Machine, Inc.

10441. Master Machining, Inc.

10442. MASTER MAGNETICS, INC.

10443. Master Petroleum Co., Inc.

10444. MASTER POWER

10445. Master Power Systems Inc.

10446. MASTER, SIDLOW & ASSOCIATES, P.A.

10447. MASTERPIECE M

10448. Matan Holdings, Inc.

10449. Matchpoint Solutions Inc

10450. MATEJCIC-CARR INC DBA MCI CORES

10451. MATERIAL IN MOTION, INC.

10452. MATERNAL FETA

10453. MATHENY MOTOR TRUCK COMPANY

10454. MATIX Corporation

10455. Matlacha Pine Island Fire Control District

10456. MATLINPATTERS

10457. MATRIX GROUP INTL.

10458. MATRIX PROVIDERS, INC.

10459. Matrix Structural Engineers, Inc.

10460. MATRIXX SOFTW

10461. MATSON, INC.

10462. MATT CONSTRUC

10463. Mattco Manufacturing

10464. Matternet, Inc.

10465. MATTERPORT, INC.

10466. MATTHEW G. NORTON CO.

10467. Matthews Holdings Southwest, Inc.

10468. MATTHEWS INTE

10469. MATTHEWS, CAR

10470. MAU Workforce Solutions

10471. Maul Foster & Alongi, Inc.

10472. Mauna Kea Technologies Inc.

10473. MAVEN MANAGEMENT LLC

10474. Mavens Komodo Health LLC

10475. Maverick Boat Group, Inc.

10476. MAVI JEANS, I

10477. Mavin Construction, LLC

10478. MAX Cycles CT, LLC

10479. Max Management II, LLC

10480. MAX PLANCK FLORIDA CORP.

10481. MAXIMGROUP

10482. MAXIMUM COMFORT POOL & SPA

10483. MAXIMUS REAL

10484. MAXION WHEELS U.S.A. LLC.

10485. MAXPOINT INTE

10486. MAXPOST PRODU

10487. Maxtec, LLC

10488. Maxwell Electrical Services Inc.

10489. MAXWELL HUMAN

10490. MAXWELL PRODUCTS, INC.

10491. Maxx North America Services USA, LTD

10492. MAXZONE VEHIC

10493. MAYBAR MANAGE

10494. MAYCO MANUFACTURING, LLC

10495. Maydar Solutions LLC

10496. MAYFAIR MANAG

10497. Mayfield Electric Company

10498. MAYFIELD FUND LLC

10499. Mayo Aviation, LLC

10500. MAYO HEALTHCARE, INC.

10501. MAYO MANUFACT

10502. MAYTAG AIRCRAFT CORPORATION

10503. MAZDA NORTH AMERICAN OPERATIONS

10504. MAZZETTI, NASH, LIPSEY, BURCH, INC.

10505. MB Industries, Inc.

10506. MBF INDUSTRIE

10507. MBI, INC.

10508. MBL Technologies, Inc.

10509. MBO America Co. LTD

10510. MBO PARTNERS, INC.

10511. Mc Gowan Builders Incorporated

10512. MC MANAGEMENT, LLC

10513. MCA FABRICATION, INC.

10514. MCA, POLYESTER FILM DIVISION

10515. MCACONNECT, LLC

10516. McAdams Wright Ragen, Inc.

10517. MCBRIDE RESEA

10518. McCall Handling Co.

10519. McCandless International Trucks of

10520. MCCARTHY HOLDINGS, INC.

10521. MCCARTHY, LEBIT, CRYSTAL & LIFFMAN CO LPA

10522. McCarthy, Lebit, Crystal & Liffman Co., L.P.A.

10523. McChrystal Group, LLC

10524. MCCLASKEY GAMING

10525. MCCLINTON ENERGY GROUP

10526. McClure Bulk Transport, Inc.

10527. MCCLURE ENGIN

10528. MCCOM INC DBA

10529. MCCOMB INDUSTRIES, LLLP

10530. MCCONNELL & J

10531. McCoy Global USA Inc.

10532. McCoy Grading, Inc.

10533. McCoy Group Inc.

10534. MCCOY SALES CORPORATION

10535. MCCRAE MANAGEMENT & INVESTMENTS, LTD.

10536. MCCREE PERSONNEL, INC.

10537. MCCRORY CONSTRUCTION COMPANY, LLC

10538. MCCUMBER WELL SERVICE, INC.

10539. McCurley Integrity Dealerships, LLC

10540. MCCUTCHEON AP

10541. MCDADE-WOODCOCK, INC.

10542. MCDONALD AUTOMOTIVE GROUP

10543. MCDONALD TECHNOLOGIES INTERNATIONAL, INC.

10544. McDonald York Building Company

10545. MCDONNELL INVESTMENT MANAGEMENT, LLC

10546. MCDOWELL PACKAGING & ADVERTISING CO., INC.

10547. MCEVOY OIL COMPANY

10548. McFarland-Dyer & Associates, Inc.

10549. McGarvin-Moberly Construction Company

10550. MCGEE COMPANY

10551. MCGILL ENGINEERING INC.

10552. MCGUIREWOODS LLP

10553. MCHALE & MCHALE LANDSCAPE DESIGN, INC.

10554. MCIC Vermont, LLC

10555. MCKEE RISK MANAGEMENT, INC.

10556. MCKEE WALLWORK CLEVELAND LLC

10557. MCKENNEY'S INC.

10558. McKenzie River Corporation

10559. MCKENZIE SPOR

10560. MCKILLICAN AMERICAN, INC.

10561. McKinley Carter Wealth Services, Inc

10562. MCKINLEY COMPANIES LLC

10563. MCKINLEY EQUIPMENT CORPORATION

10564. MCKISSACK & MCKISSACK OF WASHINGTON

10565. MCLENDON HARDWARE

10566. MCM GENERAL CONTRACTORS, INC.

10567. MCMAHON ASSOC

10568. MCMAHON CONTRACTING

10569. McMahon Truck Centers

10570. McMichael & Gray, P.C.

10571. MCMURRY READY MIX CO.

10572. MCNALLY INDUS

10573. MCNALLY INDUSTRIES DBA SUN COUNTRY INDUSTRIES

10574. MCNAMARA LAW FIRM

10575. McNamee Hosea

10576. MCNEIL SALES

10577. MCNEILL HOTEL COMPANY, LLC

10578. MCNETT CORPORATION

10579. MCP SERVICES LLC

10580. MCR OIL TOOLS

10581. MCRAE INDUSTRIES, INC.

10582. MCREL, INC.

10583. MCS

10584. MCS INDUSTRIE

10585. MCS OF TAMPA INC.

10586. MCS Services, Inc.

10587. MCWATERS, INC.

10588. MCWHINNEY REAL ESTATE SERVICES, INC.

10589. MCWILLIAMS FORGE COMPANY

10590. MD Fence Co, Inc. dba Metro Fence

10591. MDC HOLDINGS, INC.

10592. MDLIVE, INC.

10593. MDM SERVICES

10594. MDP Management, LLC

10595. MDS WINGS LP

10596. MEAD O'BRIEN, INC.

10597. MEADEN PRECISION MACHINED PRODUCTS COMPANY

10598. Mechanical Labor Solutions

10599. Mechanical Partners, Inc.

10600. Mechanical Solutions Construction, Inc.

10601. MECHANICAL SY

10602. Mechanical Systems & Services, Inc.

10603. MECKLENBURG COUNTY

10604. MECKLER BULGER & TILSON LLP

10605. MECO of Atlanta, Inc.

10606. Med Communications

10607. MED PRO BILLI

10608. MEDABLE, INC.

10609. Medac Holdings LLC

10610. MEDALLION FIN

10611. MEDALLION INSTRUMENTATION SYSTEMS, LLC

10612. Medart, Inc.

10613. MEDDATA, INC.

10614. MEDEFIL, INC.

10615. Med-El Corp.

10616. MEDELEZ, INC.

10617. MEDEXCEL USA, INC.

10618. MEDIA BREAKAW

10619. MEDIA GROUP OF AMERICA HOLDINGS, LLC

10620. MEDIA MOSAIC, INC.

10621. MEDIA RIGHTS

10622. MEDIACURRENTINTERACTIVE SOLUTIONS LLC DBA.

10623. Mediagrif

10624. Mediant Communications Inc.

10625. MEDIAOCEAN, LLC

10626. MEDICAL CENTE

10627. MEDICAL CONSULTANTS NETWORK, LLC.

10628. MEDICAL IMAGING NORTHWEST, LLP

10629. MEDICAL INSTILL TECHNOLOGIES

10630. Medical Management Associates Inc.

10631. MEDICAL MANAGEMENT SERVICES, INC.

10632. MEDICAL ONCOLOGY ASSOCIATES

10633. Medical Records Corporation of Maryland

10634. MEDICAL SIMUL

10635. MEDICAL SOLUT

10636. MEDICAL UNDERWRITERS OF CALIFORNIA

10637. MEDICALODGES, INC.

10638. Medicine-On-Time, LLC

10639. MEDICOMP, INC

10640. MEDIEVAL TIMES USA, INC.

10641. MEDIGAIN, LLC

10642. MediLogix, LLC

10643. MEDIN TECHNOL

10644. MEDISOLV, INC

10645. MEDLEY CAPITAL LLC

10646. Medley Pharmacy, Inc.

10647. MEDLOGIX, LLC

10648. Medlytix LLC

10649. MEDMANAGEMENT, INC.

10650. MEDPRO GROUP INC.

10651. MEDQUEST ASSOCIATES, INC.

10652. Medrio, Inc.

10653. MEDSITE HOLDINGS, LLC

10654. MEDSOURCE HOL

10655. MEDSPEED, LLC

10656. MEDTRX HEALTH

10657. MEDVAL SCIENT

10658. Meeks + Partners Co.

10659. MEETHA VENTURES LLC

10660. Mega Granite & Marble

10661. MEGA OPERATIO

10662. MegaPath Corporation

10663. MEGASTAR FINA

10664. MEHLVILLE SCHOOL DISTRICT

10665. Mehta and Associates, Inc.

10666. MEI Electrical Contractors and Systems Integrators

10667. MEI, LLC

10668. MEIER CLINICS FOUNDATION

10669. Meisner Electric, Inc.

10670. Mel Clark, Inc.

10671. MEL MANAGEMEN

10672. Meland Budwick

10673. Meli Orthopedics

10674. Mellanox Technologies, Inc.

10675. MEL'S WATER SERVICE

10676. Meltech Corporation

10677. MELTON & MELT

10678. MELVIN SIMON & ASSOCIATES, INC.

10679. MemberClicks, LLC

10680. Members Choice Credit Union

10681. MEMC LLC

10682. MEMJET US SERVICES, INC.

10683. MEMORY CARE AMERICA, LLC

10684. Memphis Academy of Science & Engineering

10685. MEMPHIS CHILDREN'S CLINIC, PLLC

10686. Memphis City Cartage, Inc.

10687. Memphis Delta Preparatory Charter School, Inc.

10688. Memphis Grizzlies Preparatory Charter School, Inc.

10689. Memphis Light Gas & Water

10690. MEMPHIS SCHOO

10691. MEMSQL, INC.

10692. MEN OF STEEL

10693. MENAUL SCHOOL

10694. MENDEL BIOTECHNOLOGY, INC.

10695. MENLO ACQUISITION CORPORATION

10696. MENLO COLLEGE

10697. MENLO SCHOOL

10698. Menlo, Inc

10699. MENSHEN PACKAGING USA, INC.

10700. MENTAL HEALTH CENTER OF DENVER

10701. MENTAL HEALTH COOPERATIVE, INC.

10702. MEP ENGINEERING, INC.

10703. MEPHISTO, INC

10704. Meraki, Inc.

10705. MERCADIEN GRO

10706. MERCARI, INC.

10707. MERCED FACULTY ASSOCIATES MEDICAL GROUP, INC.

10708. Mercedes-Benz of Gilbert

10709. MERCHANT E-SO

10710. MERCHANTS AUTOMOTIVE GROUP, INC.

10711. MERCHANTS GRO

10712. Merchants Information Solutions, Inc.

10713. Mercury Financial LLC

10714. MERCURY SYSTE

10715. MERCURYGATE INTERNATIONAL, INC.

10716. MERCY HOUSING, INC.

10717. MEREDITH-WEBB PRINTING COMPANY, INC.

10718. MERGERMARKET,

10719. MERGON CORPORATION

10720. Meridian Associates, Inc.

10721. MERIDIAN BEHAVIORAL HEALTH SERVICES, INC.

10722. MERIDIAN BRICK LLC

10723. Meridian Business Advisers, LLC

10724. MERIDIAN ENTERPRISES CORPORATION

10725. MERIDIAN INSTITUTE

10726. MERIDIAN REST

10727. MERIEUX NUTRISCIENCES CORPORATION

10728. MERIT DIAMOND

10729. MERIT ENERGY COMPANY

10730. MERIT MEDICAL SYSTEMS, INC.

10731. MERITDIRECT,

10732. Merkur Gaming US, LLC

10733. MERL INC., DBA HOAGLAND PHARMACY

10734. Merlinos & Associates Inc

10735. Merola Sales Company Inc.

10736. MEROLA SALES COMPANY, INC.

10737. Merrell Bros., Inc.

10738. MERRILL, INCORPORATED

10739. Merritt Companies, LLC

10740. MERRITT GROUP, INC.

10741. Merritt Island Air & Heat, Inc.

10742. MERS/MO GOODWILL INDUSTRIES

10743. MESA FULLY FORMED, L.L.C.

10744. Mesa Natural Gas Solutions LLC

10745. Mesa Production LLC

10746. MESA UNIFIED SCHOOL DISTRICT #4

10747. MESA YOUTH SERVICES DBA MESA COUNTY PARTNERS

10748. MESO SCALE DIAGNOSTICS, LLC

10749. MESOBLAST, IN

10750. MESSAGE SYSTEMS, INC.

10751. Messner Reeves LLP

10752. METACLOUD, INC.

10753. METAL BUILDIN

10754. METAL CUTTING

10755. METAL EXCHANGE CORPORATION

10756. Metal Form Manufacturing Co

10757. METAL MAGIC, INC.

10758. Metal Processing Corporation

10759. METAL SALES MANUFACTURING CORPORATION

10760. Metal Seal Precision

10761. Metalico, Inc.

10762. METALLIX REFINING INC.

10763. METALLIZED CA

10764. METALS & MATERIALS ENGINEERS, LLC

10765. METALS FABRICATION COMPANY

10766. Metals Treatment Technologies, LLC

10767. METAL-WELD SPECIALTIES, INC.

10768. Metaswitch Networks Corporation

10769. METCALF ARCHA

10770. Met-Cap Management LLC

10771. METCO

10772. METHFESSEL & WERBEL, P.C.

10773. Method Studio

10774. METHODIST THEOLOGICAL SCHOOL IN OHIO

10775. Metis Technology Solutions

10776. Metova Federal, LLC

10777. METRIC THEORY

10778. MetricStream, Inc.

10779. METRO BOBCAT, INC.

10780. Metro Community Provider Network

10781. Metro Contract Services Corp.

10782. METRO DENVER

10783. Metro Emergency Physicians

10784. METRO FIRE & SAFETY EQUIPMENT CO., INC.

10785. METRO FIRE EQUIPMENT, INC.

10786. Metro Green Recycling, LLC

10787. Metro Health Foundation of NH, Inc.DBA Golden Vie

10788. METRO- I.L.A. FRINGE BENEFIT FUND

10789. METRO MARKET

10790. METRO MIX, LLC

10791. METRO PARKS, SERVING SUMMIT COUNTY

10792. METRO READY MIX, LLC

10793. METRO SITE SERVICES, LLC

10794. METRO STATE FIRE, INC.

10795. Metro West Anesthesia Group

10796. Metro West Fire Protection District

10797. METRONATIONAL CORPORATION

10798. METROPOLIS EMPLOYEE SERVICES, LLC

10799. Metropolitan Air Compressor Co., Inc

10800. METROPOLITAN GOVERNMENT OF NASHVILLE AND

10801. METROPOLITAN JEWISH GERIATRIC FOUNDATION

10802. METROPOLITAN JEWISH HEALTH SYSTEM

10803. METROPOLITAN JEWISH HEALTH SYSTEM, INC.

10804. METROPOLITAN JEWISH HOME CARE INC.

10805. METROPOLITAN NASHVILLE PUBLIC SCHOOLS

10806. METROPOLITAN PATHOLOGISTS PC

10807. METROPOLITAN PLANT

10808. METROPOLITAN ST. LOUIS SEWER DISTRICT

10809. METROPOLITAN WATER DISTRICT OF SALT LAKE & SANDY

10810. METS CHARTER SCHOOL

10811. METSCHOOLS, L

10812. Metuchen Pharmaceuticals LLC

10813. Metyx USA, Inc.

10814. MEXICHEM FLUOR, INC.

10815. MEYER FOODS G

10816. MEYER JABARA LLC

10817. MFCP, INC.

10818. MFG Chemical, LLC

10819. M-FILES, INC.

10820. MFP BASEBALL LLC DBA NASHVILLE SOUNDS

10821. MGAGE, LLC

10822. MGC CONTRACTORS, INC.

10823. MGD, INC. DBA THE GARIBALDI COMPANY

10824. MGF US Inc.

10825. MGT of America, LLC.

10826. MHA Petroleum Consultants LLC

10827. MHC DEVELOPME

10828. MHS Legacy Group, Inc.

10829. MHT PARTNERS, LP

10830. Mi Escuelita Preschool

10831. MI Prime Logistics LLC

10832. MIAMI ASSOCIATION OF REALTORS, INC.

10833. MIAMI BEACH RESORT OWNER LLC

10834. MIAMI-DADE COUNTY PUBLIC SCHOOLS

10835. MICELLE BIOPH

10836. Michael Andrews Audio Visual Services Inc.

10837. MICHAEL ANGELO'S GOURMET FOODS

10838. Michael J. Valente Contracting, Inc.

10839. Michael K. Swim Consulting Engineer, Inc. DBA SSC

10840. MICHAEL PAGE

10841. MICHAEL THOMA

10842. Michigan Commercial Insurance Mutual

10843. MICHON, INC.

10844. MicLee Management Group, LLC

10845. MICORP CUSTOM AUTO AND TRUCK, LLC

10846. MICRO METALS, INC.

10847. MICROAIRE SURGICAL INSTRUMENTS, LLC.

10848. MICROBAC LABORATORIES, INC.

10849. MICROBLEND, INC.

10850. MICRODESK, INC.

10851. MicroDose Therapeutx Inc.

10852. MICROFLEX, INC.

10853. MicroLumen, Inc.

10854. MICROMO ELECTRONICS, INC.

10855. MICRON PHARMAWORKS, INC.

10856. Micronics Filtration Holdings, Inc.

10857. MICROPACT GLOBAL, INC.

10858. MICROPORT ORTHOPEDICS INC.

10859. MICRO-TRONICS

10860. Microwave Transmission Systems, Inc.

10861. MICROWAY SYST

10862. Mid America Pet Food

10863. MID COLUMBIA PRODUCERS, INC.

10864. Mid Oregon Credit Union

10865. MID SOUTH BUILDING SUPPLY, INC.

10866. Mid South Prestress, LLC

10867. Mid Valley Metals LLC

10868. MID-AMERICA APARTMENTS, L.P.

10869. MID-AMERICA OVERSEAS

10870. MIDAS HOSPITALITY, LLC

10871. MID-ATLANTIC

10872. MIDATLANTIC ENGINEERING PARTNERS, LLC

10873. Mid-Atlantic Equine Medical Center

10874. MID-ATLANTIC FEDERAL CREDIT UNION

10875. Mid-Atlantic Intermediate, LLC

10876. MID-COLUMBIA

403

10877. MID-CONTINENT

10878. MIDCOUNTRY BANK

10879. MIDCOUNTRY FINANCIAL CORP.

10880. Middleburg Management

10881. MIDDLEBURY COLLEGE

10882. MIDDLESEX COUNTY JOINT HEALTH INSURANCE

10883. MIDDOUGH INC.

10884. MIDLAND ENTERPRISES, INC.

10885. MIDLAND METAL PRODUCTS COMPANY

10886. MIDLAND RAILWAY SUPPLY, INC

10887. MIDLAND SCIEN

10888. Midlands Authority for Conventions, Sports & Tourism

10889. MID-OHIO PIPELINE CO INC

10890. MID-SOUTH AG

10891. MID-SOUTH PULMONARY SPECIALISTS, P.C.

10892. MID-SOUTH SUBCNTRCS INC DBA MID-SOUTH ROOF SYSTEMS

10893. MID-SOUTH TRANSPORTATION MANAGEMENT, INC

10894. MidState Electric of Ocala, LLC

10895. MIDSTATE MECHANICAL, INC.

10896. Mid-Tennessee Bone & Joint Clinic, P.C.

10897. MIDTOWN EDUCATIONAL FOUNDATION

10898. Midtown Home Improvements

10899. MIDWAY HOLDIN

10900. MIDWAY SERVICES COMPANY

10901. Midwest Cargo Systems, Inc.

10902. MIDWEST FASTENERS

10903. MIDWEST FLOOR COVERINGS, INC.

10904. Midwest Independent Bancshares, Inc.

10905. Midwest Industrial Rubber, Inc.

10906. Midwest Integrated Companies, Inc.

10907. MID-WEST MATE

10908. MIDWEST MERCH

10909. MIDWEST MORTG

10910. MID-WEST NEW MEXICO COMMUNITY ACTION PROGRAM

10911. MIDWEST PUBLIC RISK OF KANSAS, INC.

10912. MIDWEST PUBLIC RISK OF MISSOURI

10913. Midwest Publishing, Inc.

10914. Midwest Wrecking Co. of Texas, Inc.

10915. MIDWESTERN SERVICES, INC.

10916. MII MANAGEMENT GROUP, INC.

10917. Mike Collins & Associates, Inc.

10918. MIKE MAROONE

10919. MIKE'S CAMERA

10920. MIKRON CORPORATION DENVER

10921. MILAN LUMBER COMPANY LLC

10922. MILE HI CORPO

10923. MILE HIGH LAB

10924. MILENDER WHIT

10925. Miles Fiberglass

10926. MILESTONE DISTRIBUTORS, INC.

10927. Milestone Utility Services, Inc.

10928. MILESTONE, INC.

10929. MILFORD PIPE & SUPPLY

10930. MILITARY CAR

10931. MILL BROTHERS LANDSCAPE & NURSERY, INC.

10932. MILL MAN STEEL

10933. MILLAR, INC.

10934. MILLARD COUNT

10935. MILLENNIUM COMMUNICATIONS GRP.

10936. MILLENNIUM CORPORATE SOLUTIONS, LLC

10937. Millennium IV, Inc.

10938. Millennium Management, Inc.

10939. MILLENNIUM PA

10940. MILLENNIUM ST

10941. MILLER & LONG CO., INC.

10942. MILLER & MILO

10943. MILLER COOPER & CO., LTD

10944. Miller Engineering Company

10945. Miller Fabrication

10946. MILLER FABRICATION, LLC

10947. MILLER GLOBAL

10948. MILLER INDUSTRIES

10949. MILLER MOTORC

10950. Miller Paint Co., Inc.

10951. MILLER REFRIG

10952. Miller Shingle Company, LLC

10953. MILLER-HFI,LLC

10954. MILLER-REMICK

10955. Millers First Insurance Company

10956. Miller's Guild / Lakehouse

10957. MILLHILL CHIL

10958. Milligan Lawless, P.C.

10959. MILLS AUTOMOTIVE GROUP, LLC.

10960. Mills Marine & Ship Repair, LLC

10961. MILLSTADT CCSD 160

10962. MILONE & MACBROOM, INC.

10963. MILROSE CONSU

10964. MILTEC CORP

10965. MILTEC CORPOR

10966. MILTON CAT

10967. Milton Martin Honda

10968. MIMCO, INC.

10969. MIMEDX GROUP, INC.

10970. Mims Distributing Company, Inc.

10971. MINALEX CORPORATION

10972. MINAMI TAMAKI LLP

10973. Mind Over Machines, Inc.

10974. Mindcrest Inc.

10975. Mindgrub Technologies, LLC

10976. Mindjet, Inc.

10977. MINDRAY DS USA INC.

10978. MINERVA PROJECT INC

10979. MINGLEDORFF'S INC

10980. Miniat Holdings LLC

10981. MINICO INSURANCE AGENCY, LLC

10982. Mining Equipment Ltd.

10983. MINTEC, INC.

10984. MINTZER SAROWITZ ZERIS LEDVA & MEYERS L.L.P.

10985. MINUTEKEY, INC.

10986. MINUTEMAN INTERNATIONAL, INC.

10987. MIO FRONTIERS

10988. MIRABEL GOLF

10989. MIRABITO HOLDINGS, INC.

10990. Miracle Ford, Inc.

10991. Miracle Hill Ministries

10992. MIRACORP, INC

10993. MIRAE ASSET G

10994. Miramar Financial Holdings LLC

10995. MIRAMAR TECHNOLOGIES, INC.

10996. Miramax Film NY, LLC

10997. MIRANTIS, INC.

10998. MIRATECH GROU

10999. Miromar Development Corp & Affiliated

11000. MISONIX, INC.

11001. MISSIO NEXUS

11002. Mission Critical Systems LLC.

11003. MISSION HILLS CHURCH

11004. Mission Lane LLC

11005. MISSION RANCH, INC.

11006. MISSION YOGURT, INC.

11007. Missionary Servants of the Most Blessed Trinity

11008. MISSIONARY SOCIETY ST. PAUL

11009. MISSISSIPPI METHODIST SENIOR SERVICES

11010. Mississippi Productions, Inc.

11011. Missoula Bone & Joint, LLC

11012. Missouri Analytical Laboratories, Inc.

11013. MISSOURI EDUCATORS UNIFIED HEALTH PLAN

11014. MISSOURI JACK, LLC

11015. MISSOURI SOUTHERN STATE UNIVERSITY

11016. Missouri Valley Community Action Agency

11017. Mistica Foods, LLC

11018. Mitchell Industrial Tire Company

11019. MITCHELL INTERNATIONAL, INC.

11020. Mitchell Sales Agency, Inc.

11021. MITEK SYSTEMS

11022. MITRATECH HOL

11023. MITSUBISHI FUSO TRUCK OF AMERICA, INC.

11024. MITSUBISHI HEAVY INDUSTRIES AMERICA, INC

11025. MITSUBISHI POLYESTER FILM, INC.

11026. MITSUI SEIKI

11027. Mittler Corporation

11028. MIW Distribution, LLC

11029. MIXPANEL, INC

11030. MIXPO, INC.

11031. Miyoshi America, Inc.

11032. MIZUHO BANK, LTD

11033. Mizuno USA, Inc.

11034. MJ GROUP HOLD

11035. MJH SHARED SE

11036. MJH SHARED SERVICES, LLC

11037. MJS DESIGNS,

11038. MK Acquisitions dba Mountain Khakis

11039. MK Weeden Construction Inc.

11040. MKG PRODUCTIONS, INC.

11041. MKGCS, LLC

11042. ML FASHION GR

11043. ML GROUP LOGI

11044. MLB RESIDENTI

11045. MLC Theming, Inc.

11046. MLD MORTGAGE INC.

11047. MLH Salude - Gwinnett LLC

11048. MLT SYSTEMS LLC

11049. MM Hotel Management DBA Garden City Hotel

11050. MM PACKAGING

11051. MMDI, INC.

11052. MMJ AMERICA, INC.

11053. MMX TRANSPORTATION, INC.

11054. MNCL, INC.

11055. MNS Engineers, Inc

11056. MO ALLIANCE F

11057. Moab Lodging, Inc.

11058. MOB SCENE, LLC

11059. Mobile Canning Systems

11060. MOBILE CLIMATE CONTROL CORP.

11061. MOBILE IRON, INC.

11062. MOBILE MANAGEMENT CO., INC.

11063. MOBILE MINI, INC.

11064. Mobile Now Inc.

11065. MobileCause, Inc.

11066. MOBILEFUSE

11067. MobileHelp, LLC

11068. MobileMoney, Inc.

11069. MOBILENET SERVICES, INC.

11070. MOBILEREV

11071. MOBILITY ELEVATOR & LIFT CO, INC.

11072. MOBLEY PLANT COMPANY

11073. MOCKLER BEVERAGE COMPANY

11074. MODEL LINEN, INC.

11075. MODERA WEALTH MANAGEMENT, LLC

11076. MODERN BIOMED

11077. Modern Building Systems, Inc.

11078. Modern Controls, Inc.

11079. MODERN DOOR & EQUIPMENT SALES, INC.

11080. MODERN ELECTR

11081. Modern Italian Bakery of West Babylon, Inc.

11082. Modern Message Inc.

11083. MODERN PROCESS EQUIPMENT CORPORATION

11084. Modern Woodcrafts, LLC

11085. MODERNIZING M

11086. MODMARKET LLC

11087. Modulant, Inc

11088. MODUTECH MARINE, INC.

11089. MOELIS & COMPANY HOLDINGS LP

11090. Mohawk Spring Corporation

11091. MOHENIS SERVI

11092. MO-KAN IRONWORKERS WELFARE FUND

11093. MOL (AMERICAS) LLC.

11094. Molecular Products, Inc.

11095. MOLSON COORS BEVERAGE COMPANY

11096. MOLTZ CONSTRU

11097. Momentum Management, Inc.

11098. MOM'S ORGANIC MARKET, INC.

11099. MONARCH ENVIR

11100. MONARCH INVES

11101. Monarch Midstream LLC

11102. MONARCH PRODUCTS COMPANY

11103. MONCLER USA

11104. MONDEE, INC.

11105. Mondo & Sons Inc. - DBA Petschl's Quality Meats

11106. Monetate, Inc.

11107. Moneyhun Equipment Sales & Service

11108. MONGODB

11109. Mongolian Concepts, LLC.

11110. Monico Alloys, Inc.

11111. Monigle Associates, Inc.

11112. MONIN, INC.

11113. Monitise

11114. MONITRONICS INTERNATIONAL, INC. DBA BRIN

11115. MONMOUTH OCEAN HOSPITAL SERVICES CORP.

11116. MONOPRICE, IN

11117. MONROE COUNTY MEDICAL CENTER

11118. MONSIEUR TOUT

11119. MONSIGNOR BOJNOWSKI MANOR, INC.

11120. MONSTER WORLDWIDE, INC.

11121. MONTANA CONSERVATION CORPS

11122. Montana Hydraulics Industries

11123. Montana Instruments Corporation

11124. Montana Legal Services Association

11125. MONTANA MIGRANT COUNCIL

11126. Montana Peterbilt LLC

11127. Monterey Bay Homes, LLC

11128. Monterey Credit Union

11129. MONTEREY PENINSULA ENGINEERING

11130. Montessori Community School

11131. MONTEZUMA COU

11132. Montgomery County ESD #3

11133. MONTICELLO AC

11134. MONTICELLO AS

11135. MONTROSE ENVIRONMENTAL GROUP, INC.

11136. Montrose Molders

11137. MONTROSE RESTAURANT ASSOCIATES, INC.

11138. MONUMENT ACAD

11139. MONUMENT CHEVROLET

11140. Monument Homebuilders, Inc.

11141. MONUMENT REAL

11142. MOOD APPAREL

11143. Moody Construction & Sons, Inc.

11144. MOODY INSURANCE AGENCY, INC.

11145. MOODY NATIONAL MANAGEMENT COMPANY

11146. MOODY-PRICE, L.L.C.

11147. Moody's Market, Inc.

11148. MOON LAKE ELECTRIC ASSOCIATION, INC.

11149. Moon Valley Nursery, Inc

11150. MOORE & SCARRY ADVERTISING

11151. MOORE & VAN ALLEN PLLC

11152. MOORE DISPOSAL, INC.

11153. MOORE HEATING, A/C & REFRIG.

11154. Moore Iacofano Goltsman, Inc.

11155. MOORE RUBLE YUDELL

11156. MOORE STEPHENS LOVELACE, P.A.

11157. Moore Stephens Tiller, LLC

11158. Moorefield Construction, Inc.

11159. MOP-CLOYES

11160. MOPS International

11161. Moran Environmental Recovery, LLC

11162. MORA-SAN MIGUEL ELECTRIC COOPERATIVE, INC.

11163. Moravian Home, Inc dba Salemtowne

11164. Morehart Murphy Regional Auto Center

11165. MOREHOUSE COLLEGE

11166. MOREHOUSE SCHOOL OF MEDICINE INC.

11167. Moreno Companies LLC

11168. MORGAN ADHESIVES COMPANY, LLC DBA MACTAC

11169. MORGAN AND MORGAN, P.A.

11170. MORGAN COUNTY BOARD OF COMMISSION

11171. MORGAN CREEK CAPITAL MANAGEMENT, LLC

11172. MORGAN JEWELERS OF SALT LAKE CITY, INC.

11173. MORGAN STANLEY DOMESTIC HOLDINGS, INC.

414

11174. MORGANTON PRE

11175. MORLEY MOSS INC.

11176. MORNING CALM MANAGEMENT, LLC

11177. MORNING CHEER, INC.

11178. MORNING FRESH

11179. MORNING FRESH FARMS

11180. Morningstar Corporation

11181. MORNINGSTAR SENIOR MANAGEMENT, LLC

11182. Morphe LLC

11183. MORRIS & ASSOCIATES, INC.

11184. Morris Animal Foundation

11185. MORRIS ELEMEN

11186. MORRIS EXPORT

11187. MORRIS GROUP, INC.

11188. MORRIS MANNING & MARTIN, LLP

11189. MORRIS MULTIMEDIA

11190. MORRIS, NICHO

11191. MORRIS-JENKINS CO., INC.

11192. MORRISON & FOERSTER LLP

11193. MORRISON EXPRESS CORPORATION

11194. MORRISON INDUSTRIES

11195. MORRISON TEXTILE MACHINERY

11196. MORRISTOWN UTILITIES COMMISSION

11197. MORSE COMMUNICATIONS, INC.

11198. Mortar and Pestle, LLC

11199. MORTGAGE BROKERS SERVICES, INC.

11200. MORTGAGE CADE

11201. Morton Consulting

11202. MORTON ELECTR

11203. Mosaic Consulting Group, LLC

11204. MOSAIC FASHIONS US LTD

11205. MOSAIC TECHNOLOGIES GROUP, INC.

11206. Mosby Building Arts, LTD

11207. Mose and Garrison Siskin Memorial Foundation, Inc. d/b/a/ Siskin Children's Institute

11208. MOSER ENERGY

11209. MOSES WEITZMAN HEALTH SYSTEM

11210. MOSITES RUBBER COMPANY, INC.

11211. MOSS & ASSOCIATES, LLC

11212. MOTHER MURPHY

11213. Mother Murphy's Laboratories, Inc.

11214. MOTHERBOARD EXPRESS COMPANY DBA MBX SYSTEMS

11215. Mothership Glass, LLC

11216. Motion Control, Inc.

11217. MOTION REALITY, INC.

11218. MOTION RECRUITMENT PARTNERS LLC

11219. MOTIONPOINT C

11220. Motley's Auctions, Inc.

11221. Motor and Equipment Manufacturers Association

11222. MOTOR CONTROL

11223. MOTREX, LLC

11224. MOTT MACDONALD GROUP, INC.

11225. MOUNT CONSTRU

11226. Mount Paran Church of God North, Inc.

11227. Mount Paran Church of God, Inc.

11228. MOUNT VERNON

11229. MOUNTAIN AIR MECHANICAL, INC

11230. Mountain Aviation, Inc.

11231. MOUNTAIN BEVE

11232. MOUNTAIN BOARD OF COOPERATIVE EDUCATIONAL SERVICES

11233. MOUNTAIN CHEV

11234. Mountain Construction Company

11235. MOUNTAIN HAUS OF VAIL

11236. Mountain Health Center

11237. Mountain High Tree Service, Inc.

11238. MOUNTAIN MAN WELDING AND FABRICATION, INC.

11239. Mountain Medical Physicians Specialists, PC

11240. Mountain Mud Service & Supply, Inc.

11241. MOUNTAIN PEAK BUILDERS, LLC

11242. MOUNTAIN PRODUCTS L.P.

11243. Mountain Projects Community Action Agency

11244. MOUNTAIN RANGE RESTAURANTS LLC

11245. MOUNTAIN ROLL-OFFS, INC.

11246. Mountain State Software Solutions, LLC

11247. MOUNTAIN STATES EMPLOYERS COUNCIL

11248. MOUNTAIN STATES PIPE & SUPPLY CO.

11249. MOUNTAIN SUPPLY & SERVICE, LLC.

11250. MOUNTAIN VALLEY BANK

11251. MOUNTAIN VIEW

11252. MOUNTAIN VIEW FIRE PROTECTION DISTRICT DBA MVFPD

11253. MOUNTAIN WEST INDUSTRIAL, LLC

11254. MOUNTAIN WEST INSURANCE & FINANCIAL SERVICES, LLC

11255. Mountainland Head Start, Inc.

11256. MountainView Capital Holdings, LLC

11257. Mountz, Inc.

11258. MOVADO GROUP INC.

11259. MOVE LOOT, INC.

11260. MOVEMENT MORTGAGE, LLC

11261. Moventas Gears, Inc.

11262. MOVEON.ORG

11263. Movius Interactive Corporation

11264. Movoto, LLC

11265. Mowi Ducktrap, LLC

11266. MOWI USA, INC

11267. MOWREY ELEVAT

11268. MOXA MANAGEMENT INC.

11269. MOYE, O'BRIEN

11270. MOZ, INC.

11271. Mozley, Finlayson & Loggins LLP

11272. MP2 ENTERPRISES, LLC

11273. MPARTICLE, IN

11274. MPay, Inc.

11275. MPC HOLDINGS,

11276. MPEG LA, LLC

11277. MPG OPERATIONS LLC

11278. MPHASIS BFL LIMITED

11279. MPHASIS CORPORATION

11280. MPLT Healthcare, LLC

11281. MPOWER SOFTWARE SERVICES

11282. MR SYSTEMS, INC.

11283. MR. YOUTH, LLC

11284. MRCT

11285. MRIO, Inc. dba Moody Rambin

11286. MRM CONSTRUCTION SERVICES, INC.

11287. MRP LLC

11288. MRS. FIELDS ORIGINAL COOKIES, INC.

11289. MS ELECTRONICS LLC

11290. MSA MANAGEMENT COMPANIES, LLC

11291. MSA SECURITY

11292. MSA SYSTEMS INTEGRATION, INC.

11293. MSC MARKETING & TECHNOLOGY, INC.

11294. MSD CAPITAL,

11295. MSD TRANSPORTATION, INC.

11296. MSE Express America Inc.

11297. MSGI Corporation

11298. MSI Tec, Inc.

11299. MSN PHARMACEU

11300. MSS DESERT RIDGE, LLC DBA PITA JUNGLE

11301. MSS SERVICES, INC.

11302. MSW RESEARCH, INC.

11303. MT INVESTIGATIONS LLC DBA TERRIER CLAIMS SERVICES

11304. MT. BAKER ROOFING, INC.

11305. MT. BAKER VAPOR LLC

11306. MT. MCKINLEY BANK

11307. MT. PARAN CHR

11308. Mt. Shasta Spring Water Company, Inc.

419

11309. MTC DISTRIBUTING

11310. MTC Holsters, LLC

11311. MTD AMERICA LTD

11312. MTECH MECHANI

11313. MTNT, LTD

11314. MTS LOGISTICS

11315. MTS SERVICES,

11316. MTSI, INC

11317. MUELLER PROST LC

11318. Muenster Milling Co. Inc.

11319. MUIR-CHASE PLUMBING CO., INC.

11320. Mulberry Management Corporation

11321. MULCARE PIPELINE SOLUTIONS, INC.

11322. Mullally Distributing Company, Inc.

11323. MULLER ENGINEERING COMPANY, INC.

11324. MULLER TECHNO

11325. Mullet's Aluminum Products, Inc.

11326. Multi Image Group, Inc.

11327. MULTI-COUNTY CORRECTIONAL CENTER

11328. MULTIFAMILY SELECT, INC.

11329. Multiply Media, LLC

11330. MultiSeal, Inc.

11331. MULTI-SERVICE

11332. Multnomah University

11333. MUNCK WILSON

11334. MUNDT ENERGY

11335. Mundt Energy Services LLC

11336. MUNICIPAL CREDIT UNION

11337. MUNN'S SALES & SERVICE, INC.

11338. MUNRO HOLDINGS, INC.

11339. MUNSON BUFFAL

11340. MURATA MACHINERY USA HOLDINGS, INC.

11341. Murco Wall Products, Inc.

11342. MURCOR, INC.

11343. Murex Management

11344. MUREX PETROLEUM CORPORATION

11345. MURFREESBORO

11346. MURFREESBORO MEDICAL CLINIC, PA

11347. MURPHY & GRANTLAND P.A.

11348. MURPHY & SONS, INC.

11349. MURPHY MACHINE PRODUCTS, INC.

11350. MURPHY WALL P

11351. MURPHY-HARPST

11352. MURRAY & STAFFORD, INC.

11353. MURRAYSMITH,

11354. MURRELLS INLET GARDEN CITY FIRE DISTRICT

11355. Murtis Taylor Human Services System

11356. MUSE, STANCIL & CO.

11357. Music Associates of Aspen, Inc.

11358. Music Audience Exchange, Inc.

11359. MUSIC CITY FIRE SPRINKLER, LLC

11360. Music Will

11361. MUSS DEVELOPM

11362. Mustang Gas Compression, LLC

11363. MUSTANG MACHINERY COMPANY, LLC

11364. Mutz Motors LTD Partnership dba Lakeland Automall

11365. MUZAK, LLC

11366. MV MANAGEMENT

11367. MV MANAGEMENT XI

11368. MV TRANSPORTATION, INC.

11369. MW CONSULTING ENGINEERS, P.S.

11370. MW LOGISTICS, LLC

11371. MWRE, INC.

11372. MXD GROUP, INC.

11373. MXI EXPRESS, INC.

11374. MY FIT FOODS

11375. MY FIT FOODS PAYROLL, LLC

11376. MY VEST

11377. Myers & Co., Architectural Metals

11378. MYERS AUTO GR

11379. MYERS ENGINEERING, INC

11380. MYON, LLC

11381. MYOVANT SCIEN

11382. MYREX INDUSTR

11383. MYRIAD SUPPLY COMPANY

11384. Myron L Company

11385. Myrtle Beach Chamber of Commerce

11386. Myrtle Cruz

11387. MYRTLE ROSE, LLC DBA MAXWELL'S

11388. Mystery Creek Resources, Inc

11389. myStrength, Inc.

11390. Mythic, Inc.

11391. MZ BERGER & CO., INC.

11392. MZA Associates Corporation

11393. N.E.C.A.- I.B.E.W. LOCAL 480 H & W FUND

11394. Nabtesco Aerospace, Inc.

11395. NAEGELI TRANSPORTATION, INC.

11396. NAI HIFFMAN ASSET MANAGEMENT, LLC

11397. NAILL SERVICES, INC.

11398. NALCO FAB-TECH LLC

11399. NAMASTE SOLAR ELECTRIC, INC.

11400. Namco USA Inc.

11401. NAMELY, INC.

11402. NANOLAB TECHN

11403. NANOPHASE TECHNOLOGIES CORPORATION

11404. Nanoracks, LLC

11405. NANOSYN, INC.

11406. NANOTRONICS I

11407. Napa Recycling & Waste Services, LLC

11408. NAPERVILLE DE

11409. NAPLES GOLF A

11410. NAPPA INVESTM

11411. NARSTCO, INC.

11412. Narwhal Met LLC

11413. NASCO

11414. NASDAQ, INC.

11415. NASHVILLE ARE

11416. NASHVILLE CHRISTIAN SCHOOLS, INC.

11417. NASHVILLE RUB

11418. N-ASK INCORPORATED

11419. NAT. ASSOC. S

11420. NATERA, INC.

11421. NATGUN CORPORATION

11422. NATIONAL ASSE

11423. NATIONAL ASSOC OF INS COMMISSIONERS

11424. NATIONAL ASSOCIATION OF EXPERT ADVISORS, INC.

11425. NATIONAL ASSOCIATION OF FEDERAL CREDIT UNIONS

11426. NATIONAL AUTO

11427. NATIONAL AUTO INSPECTIONS, LLC DBA CARCHEX

11428. National Autotech, Inc. dba City Garage

11429. NATIONAL AVIA

11430. NATIONAL BEER WHOLESALERS ASSOCIATION, INC.

11431. NATIONAL BOARD FOR PROFESSIONAL TEACHING STANDARDS

11432. NATIONAL BOARD OF CHIROPRACTIC

11433. NATIONAL BRONZE & METALS, INC.

11434. NATIONAL BRONZE AND METALS, INC.

11435. National Cable & Telecommunications Association

11436. NATIONAL CARD

11437. NATIONAL CARP

11438. National Carpet Inc

11439. NATIONAL CART CO.

11440. National Cattlemen's Beef Association

11441. National Coatings, Inc.

11442. NATIONAL COMMUNICATIONS SERVICES, INC.

11443. NATIONAL CONG

424

11444. National Corporate Housing, Inc.

11445. NATIONAL CRED

11446. National Default Servicing Corporation

11447. NATIONAL DESIGN & TRADE, LLC

11448. NATIONAL ELECTRIC SUPPLY CO./NICOR INC

11449. NATIONAL ELECTRICAL MANUFACTURERS ASSOCIATION

11450. NATIONAL EQUI

11451. National EWP, Inc.

11452. NATIONAL FEDERATION OF INDPT BUSINESS

11453. NATIONAL FIELD REPRESENTATIVES, INC.

11454. National Fire & Safety, Inc.

11455. NATIONAL GEOGRAPHIC SOCIETY

11456. National Home Insurance Company

11457. NATIONAL HOSPITALITY SERVICES, LLC

11458. NATIONAL INST OF BLDG SCIENCES

11459. NATIONAL INSTITUTE ON MONEY IN STATE POLITICS

11460. NATIONAL INSTRUMENTS CORPORATION

11461. NATIONAL IPA

11462. NATIONAL JETS

11463. NATIONAL K WO

11464. NATIONAL LAW

11465. NATIONAL LIFE INSURANCE COMPANY

11466. NATIONAL MANAGEMENT

11467. National Math + Science Initiative

11468. NATIONAL MENTOR HOLDINGS LLC

11469. National Molding, LLC

11470. NATIONAL MUSEUM OF WILDLIFE ART OF THE UNITED

11471. NATIONAL OILWELL VARCO, L.P.

11472. NATIONAL PARK

11473. NATIONAL PAYROLL MANAGEMENT, COMPANY

11474. National Philanthropic Trust

11475. NATIONAL PIPE HANGER COMPANY CORPORATION

11476. National Potato Promotion Board dba Potatoes USA

11477. NATIONAL PROD

11478. NATIONAL REAL

11479. National Recreation and Park Association

11480. NATIONAL RENAL CARE, LLC

11481. NATIONAL RESTAURANT SUPPLY CO., INC.

11482. National Rifle Association of America,

11483. NATIONAL ROOFERS HEALTH FUND

11484. NATIONAL STRENGTH & CONDITIONING ASSOC

11485. NATIONAL SWIT

11486. National Switchgear Systems, Inc.

11487. National Technology Transfer, Inc.

11488. NATIONAL TREN

11489. NATIONAL UNDE

11490. National University College

11491. NATIONAL VEHICLE PROTECTION SERVICES

11492. NATIONAL WAST

11493. NATIONAL WRECKING COMPANY

11494. National Write Your Congressman, Inc.

11495. Nation's Best Sports, Inc.

11496. Nations Direct Mortgage LLC

11497. Nation's Finest

11498. NATIONWIDE MEDICAL, INC.

11499. NATIONWIDE PL

11500. Nationwide Property & Appraisal Services, LLC

11501. Nationwide Studios, Inc.

11502. Nationwide Title Clearing, Inc.

11503. Native American Bank, NA

11504. Native American Connections

11505. Native Contractors Inc.

11506. NATIVE ROOTS

11507. Natsoft Corporation

11508. Natural Alternatives for Life, LLC dba Green Tree Medicinals

11509. NATURAL AMERI

11510. NATURAL ENCOUNTERS, INC.

11511. Natural Immunogenics Corp.

11512. Natural Power Sources LLC dba Suntuity

11513. Natural Resources Consulting Engineers

11514. NATURAL RESOURCES TRANSPORTATION

11515. Natural Soda LLC

11516. NATUREBOX, IN

11517. NATURENER USA, LLC

11518. NATURE'S CHOICE CORPORATION/RELIABLE WOOD PRODUCTS

11519. Naturipe Farms, LLC

11520. NATWEST MARKETS SECURITIES INC.

11521. Naumann/Hobbs Material Handling Corp II., Inc.

11522. Nauto, Inc.

11523. Nava Public Benefit Corp

11524. NAVAJO MANUFA

11525. NAVAL SYSTEMS, INC.

11526. NAVEX GLOBAL, INC.

11527. NAVIEN AMERIC

11528. NAVIEN, INC.

11529. Naviga Inc.

11530. NAVIGATE CORPORATION

11531. Navigator Schools

11532. NAVILLUS TILE

11533. Navitas Business Consulting, Inc.

11534. Navjoy Consulting Services, Inc.

11535. Navy Marine Corps Relief Society

11536. Navy-Marine Corps Relief Society

11537. NAYLOR & BREEN BUILDERS, INC.

11538. Nazarene Bible College

11539. NAZZARENO ELE

11540. NCCI HOLDINGS, INC.

11541. NCEES

11542. NCGS, Inc.

11543. nDivision Services Inc.

11544. NDT GLOBAL, L

11545. Nearpod, Inc.

11546. Nebraska Warehouse Company

11547. NEC ADVANCE N

11548. NED DAVIS RES

11549. NEFF POWER, INC.

11550. Nehemiah Security Inc.

11551. NEHRING ELECTRICAL WORKS COMPANY

11552. NEIGHBORHOOD ASSISTANCE CORP OF AMERICA

11553. Neighborhood Improvement Project, Inc.

11554. Neighborhood Ventures, LLC

11555. NEIGHBORS AND ASSOCIATES, INC.

11556. Neil H. Daniels, Inc.

11557. NELCO CONTRACTORS, INC.

11558. NELLIGAN SPORTS MARKETING, INC.

11559. NELSEN STEEL & WIRE L.P.

11560. Nelson & Pope, Engineers & Surveyors

11561. Nelson Partners

11562. NELSON PIPELINE CONSTRUCTORS,

11563. NELSON WORLDWIDE, INC.

11564. NEMA, Inc.

11565. Neo Prism Solutions, LLC

11566. NEOLOGY INC.

11567. NEOPHOTONICS

11568. NEORA, LLC

11569. NEOS THERAPEU

11570. NEOSHO SCHOOL DISTRICT

11571. NEOTECH SOLUTIONS INC.

11572. NEOTRACT, INC

11573. NEOVERA INC.

11574. NEPCON LLC

11575. NEPHRON PHARMACEUTICALS CORPORATION

11576. Nerel Corporation dba Wheat Ridge Cyclery

11577. NESBITT CONTRACTING CO., INC.

11578. NESCO, LLC

11579. Neshaminy Creek Brewing Co.

11580. NetBiz, Inc. (and DocLogic, LLC)

11581. NetDocuments Software, Inc.

11582. NETFLIX, INC.

11583. Netmarble US, Inc.

11584. netMercury, Inc.

11585. NETPACE, INC.

11586. Nets Companies, LLC

11587. NETSTRUCTURES, INC.

11588. NETSYNC NETWORK SOLUTIONS

11589. NETTWERK RECORDS INCORPORATED

11590. NETWOLVES NETWORK SERVICES, LLC

11591. NETWORK COMPU

11592. NETWORK CONTROLS & ELECTRIC, INC

11593. Network Depot LLC

11594. NETWORK INNOV

11595. Networked Energy Services Corporation

11596. NETWORKING FOR FUTURE, INC.

11597. Networks Unlimited, Inc.

11598. NeuAnalytics

11599. NEUMAN & ESSER GROUP

11600. NEUMAYER EQUIPMENT COMPANY

11601. NeuralIQ, Inc

11602. NEURONETICS, INC.

11603. Neutral Posture, Inc.

11604. NEUWIRTH MOTO

11605. Nevada Auto Dealership Investments, LLC

11606. Nevada Railroad Materials, Inc.

11607. NEVAKAR, LLC

11608. NEVER SUMMER INDUSTRIES, INC.

11609. NEVERSOFT ENTERTAINMENT

11610. NEVRO CORP.

11611. New Athens Community Unit School District 60

11612. New Benchmark, LLC dba Never Give Up Youth Healing Center

11613. NEW BERN HOUSING AUTHORITY

11614. New Birth Missionary Baptist Church, Inc.

11615. NEW BRUNSWICK BOARD OF EDUCATION

11616. NEW BRUNSWICK INTERNATIONAL, INC.

11617. New Canaan Community YMCA, Inc.

11618. NEW CANAAN PUBLIC SCHOOLS

11619. NEW CENTURY S

11620. NEW CHAPTER, INC.

11621. NEW CLASSROOMS INNOVATIONS PARTNERS, INC.

11622. NEW CONCEPTS

11623. New England Infrastructure, Inc.

11624. New England Kurn Hattin Homes

11625. New England Oil Company, Inc.

11626. NEW ENGLAND SMALL TUBE CORPORATION

11627. New England Tree Experts, Inc.

11628. NEW ENGLAND TRUCK SALES AND SERVICES, INC.

11629. New England Wood Pellet, LLC

11630. NEW ENGLAND WOODEN WARE CORPORATION

11631. NEW ENTERPRISE STONE & LIME CO., INC.

11632. NEW HAMPSHIRE

11633. NEW HORIZONS

11634. New Jersey Anesthesia Group, PA

11635. NEW JERSEY BASKETBALL, LLC

11636. New Jersey Cancer Care, P.A

11637. NEW LEADERS

11638. NEW LIFE CHEMICAL & EQUIPMENT INC.

11639. NEW LIFECARE MANAGEMENT SERVICES LLC

11640. New Meridian Corporation

11641. NEW MEXICO EDUCATORS FEDERAL CREDIT UNION

11642. NEW MILFORD TOWN AND BOARD OF EDUCATION

11643. NEW NURSERY H

11644. NEW ORLEANS-BATON ROUGE

11645. New Page Companies

11646. NEW REGENCY PRODUCTIONS, INC.

11647. NEW REZ LLC

11648. NEW SOCIAL VE

11649. NEW SOUTH CON

11650. New Summit Charter Academy

11651. NEW TALCO ENT

11652. New West Companies

11653. NEW WINCUP HOLDINGS, INC.

11654. NEW WORLD STA

11655. NEW WORLD STAINLESS, LLC.

11656. NEW YORK ACAD

11657. New York Center for Child Development

11658. NEW YORK COMMUNITY BANCORP, INC.

11659. NEW YORK CRUI

11660. NEW YORK DRESS ONLINE, LLC

11661. New York Forwarding Services Inc.

11662. NEW YORK LABE

11663. NEW YORK PUBLIC INTEREST RESEARCH GROUP, INC.

11664. NEW YORKER MANAGEMENT COMPANY, INC.

11665. NEWARK LEGACY CHARTER SCHOOL

11666. Newcastle Properties, Inc.

11667. NEWCOMB AND COMPANY

11668. NEWELL BRANDS, INC.

11669. NEW-INDY CONTAINERBOARD, LLC

11670. NEWLINK GLOBAL ENGINEERING COR

11671. NEWLY WEDS FOODS, INC.

11672. NEWMARK MERRILL COMPANY, LLC

11673. NEWMARKET CORPORATION

11674. NEWMEDIA SOLUTIONS, INC.

11675. Newport News Redevelopment & Housing Authority

11676. NEWPORT SAND & GRAVEL CO., INC. HEALTH PLAN

11677. Newristics, LLC

11678. Newsco International Energy Services USA, Inc.

11679. NEWSMAX MEDIA

11680. NewSpace, Inc.

11681. NEWSPAPERS OF NEW ENGLAND, INC.

11682. NEWTECH ELECT

11683. Newterra, Inc.

11684. NEWTON INSTRUMENT COMPANY

11685. NEWTON RUNNIN

11686. NEWTOWN VETER

11687. NEXCOMMUNICATIONS, INC.

11688. NEXEN TIRE AMERICA, INC.

11689. NexGen Data Systems Inc

11690. NEXIDIA INC.

11691. NEXREV, INC.

11692. NexRev, LLC

11693. Next Generation Construction & Environmental LLC

11694. Next Level Church, Inc.

11695. Nextdoor, Inc.

11696. NEXTECH SYSTE

11697. NEXTGXDX

11698. Nextmune US, LLC

11699. NEXTSOURCE IN

11700. NEXUS CORPORATION

11701. NEXUS SYSTEMS

11702. NFE Management LLC.

11703. NFI Apartment Management, LLC

11704. NFL FLEX

11705. NFL FORMER PLAYER LIFE IMPROVEMENT PLAN

11706. NFL PLAYER INSURANCE PLAN

11707. NFM LENDING,

11708. NFP Voluntary Benefit Trust

11709. NFR Energy LLC

11710. NG Advantage LLC

11711. NGAGE-US, LLC

11712. NGC TRANSMISSION EQUIPMENT (AMERICA), INC.

11713. NGK CERAMICS USA, INC.

11714. NGM INSURANCE COMPANY

11715. NHI Billing Services, Inc.

11716. NHN Global, Inc.

11717. NHST Global USA Inc.

11718. NIAGARA CONSE

11719. Niantic, Inc.

11720. NICE SYSTEMS, INC.

11721. Nicholas Consolidated, Inc.

11722. Nicholas Holdings, LLC

11723. Nichols Architects, Inc.

11724. NICHOLS ELECTRIC, INC.

11725. NICHOLS TILLA

11726. NICHOLSON CONSTRUCTION COMPANY

11727. Nick Barbieri Trucking LLC

11728. NICK DAVIDSON

11729. Nickell Company, LLC

11730. NICKELL MOULDING CO., INC.

11731. NICKLE ELECTRICAL COMPANIES, INC.

11732. NICKUM HOLDINGS, INC.

11733. NICUSA, INC.

11734. Nidec Instruments (America) Corporation

11735. Nielsen, Merksamer, Parrinello, Gross &

11736. NIELSON CONSTRUCTION

11737. NIEMAN PRINTING, INC.

11738. Night Owl SP, LLC

11739. NIGHTINGALE REALTY, LLC

11740. Nigro Karlin Segal & Feldstein, LLP

11741. NIKKEI CONCERNS

11742. NIKKISO AMERICA INC.

11743. NIMBL Worldwide, Inc.

11744. NIMBLERX

11745. NIMMER TURF AND TREE FARM, INC.

11746. NINTEX USA, INC.

11747. NIO USA

11748. NISSIN FOODS (USA) CO., INC

11749. Nitco, INC

11750. NITE IZE, INC.

11751. NITROcrete, LLC

11752. Nitta Gelatin NA, Inc.

11753. Nittany Paper Mills, LLC

11754. NITTO AMERICAS, INC.

11755. NITTO COMPANIES

11756. NLP, LLC

11757. NLV FINANCIAL CORPORATION

11758. NLYTE SOFTWAR

11759. NMP ENGINEERI

11760. NMS LABS

11761. NMSIELC, LLC

11762. NNI CONSTRUCTION CO

11763. NNV Operations 1, Inc

11764. NOAH WEBSTER SCHOOLS-MESA

11765. NOBILIS OPERA

11766. NOBLE AMERICAS EMERALD CORP

11767. NOBLE CAPITAL

11768. NOBLE COMMUNICATIONS CO.

11769. NOBLE ENERGY, INC.

11770. NOBLE ROYALTIES, INC.

11771. NOBLES FARMS, INC.

11772. NOBLESVILLE SCHOOLS

11773. Noel Painting of the USA, LLC.

11774. NOFFSINGER MANUFACTURING, INC.

11775. NOGALES PRODU

11776. NOHO HOSPITALITY, LLC

11777. NOKIA USA, IN

11778. Nokian Tyres, Inc.

11779. Nolan Brothers Inc. dba Chattanooga Tent Company

11780. NOLAND SALES

11781. NOLATO GW, INC.

11782. Nolij Consulting, LLC

11783. Noltex Truss Gatesville, Inc.

11784. NONGSHIM AMER

11785. NonstopDelivery, Inc.

11786. NOOM, INC.

11787. Noonan Limited Partnership

11788. Nor1, Inc.

11789. NORCON GLOBAL MANAGEMENT & CONSULTING, LLC

11790. NORDIC CONTRA

11791. Noregon Systems, Inc.

11792. NORITZ AMERIC

11793. NORKOL CONVERTING CORP.

11794. Norlift of Oregon, Inc.

11795. NORM REEVES,

11796. NORMAN EQUIPM

11797. NORMAN S. WRIGHT CO.

11798. NORMANDY REAL ESTATE MANAGEMENT, LLC

11799. NORQUIST SALVAGE CORPORATION

11800. NORRIS DESIGN

11801. Norris Precision Manufacturing Inc.

11802. NORRIS PRECISION MFG., INC.

11803. NORTECH WASTE, LLC

11804. NORTH AMERICAN CLIENT SERVICES, INC.

11805. NORTH AMERICAN DERIVATIVES EXCHANGE, INC.

11806. North American Electric, Inc.

11807. North American Electric, Inc.

11808. North American Pipeline Services LLC

11809. North American Security, Inc.

11810. North American Trailer, LLC

11811. North American University

11812. NORTH ATLANTA SURGICAL ASSOCIATES

11813. NORTH ATLANTIC INDUSTRIES, INC.

11814. NORTH BAY FORD-LINCOLN MERCURY

11815. North Big Horn Hospital District

11816. North Carolina Eye, Ear, Nose & Throat, P.A.

11817. North Carolina Justice Center

11818. North Carolina Nephrology, PA

11819. NORTH COAST ELECTRIC COMPANY

11820. North Coast Opportunities, Inc.

11821. NORTH CONEJOS SCHOOL DISTRICT RE 1-J

11822. NORTH COUNTRY HOSPITAL

11823. North County Fire & Rescue Fire Protection Distric

11824. North East Community Action Corporation

11825. North East Regional Board of Dental Examiners

11826. NORTH GEORGIA

11827. North Georgia Electric Membership Corp.

11828. NORTH GEORGIA ELECTRIC MEMBERSHIP CORPORATION

11829. NORTH JERSEY FRIENDSHIP HOUSE, INC.

11830. NORTH JERSEY ORTHOPAEDIC SPECIALISTS, P.A.

11831. North Metro Fire Rescue District

11832. NORTH OGDEN CITY

11833. NORTH PARK SCHOOL DISTRICT R- 1

11834. NORTH PARK TRANSPORTATION COMPANY

11835. NORTH PLATTE PHYSICAL THERAPY, INC.

11836. North Range Behavioral Health

11837. North Santiam Paving Co.

11838. NORTH SHORE FARMS HOLDINGS

11839. North Star Casteel Products, Inc.

11840. NORTH STATE ACCEPTANCE, LLC

11841. North State Mechanical, Inc.

11842. North Texas Contracting, Inc.

11843. North Texas District Council Assemblies of God

11844. North Texas Ductworks, LLC

11845. NORTH TEXAS EPITAXY LLC

11846. NORTH TEXAS HEALTH CARE LAUNDRY COOPERATIVE ASSOC.

11847. North Texas Preferred Health Partners

11848. NORTH WEST HANDLING

11849. NORTHBAY, LLC.

11850. Northdown Industries, Inc.

11851. Northeast Ambulance and Fire Protection District

11852. NORTHEAST FOODS

11853. Northeast Kingdom Community Action, Inc.

11854. Northeast Laboratory Services Inc

11855. NORTHEAST ORT

11856. NORTHEAST RAD

11857. NORTHEAST TIRE MOLD, INC.

11858. NORTHERN BUILDING PRODUCTS, INC.

11859. NORTHERN COCHISE COMMUNITY HOSPITAL, INC.

11860. NORTHERN COLO

11861. NORTHERN COLORADO ANESTHESIA PROFESSIONALS, PLLC.

11862. Northern Colorado Traffic Control, Inc.

11863. NORTHERN ENGINEERING

11864. NORTHERN FRUI

11865. NORTHERN HOSPITAL OF SURRY COUNTY

11866. Northern Imports, Inc

11867. NORTHERN KARE FACILITIES, INC.

11868. NORTHERN LEAS

11869. Northern Lights, Inc.

11870. NORTHERN LITH

11871. Northern Sales Company, Inc.

11872. Northern Virginia Family Service

11873. NORTHFIELD BANK

11874. NORTHMOOR COUNTRY CLUB

11875. Northridge Preparatory School

11876. NORTHROP GRUMMAN CORPORATION

11877. NORTHROP GRUMMAN INNOVATION SYSTEMS

11878. NORTHSHORE TE

11879. Northstar Communications Inc

11880. NORTHSTAR GROUP SERVICES, INC.

11881. NORTHSTAR MANUFACTURING, LLC

11882. NorthStone Country Club, LLC

11883. Northwest Acute Care Specialists, PC

11884. NORTHWEST ASPHALT, INC.

11885. Northwest Bank

11886. Northwest Christian School

11887. NORTHWEST COL

11888. NORTHWEST COLORADO BOCES DBA NW BOCES

11889. NORTHWEST ENFORCEMENT INC.

11890. NORTHWEST EQUIPMENT SALES, INC.

11891. NORTHWEST EXTERMINATING CO., INC.

11892. Northwest Fire District

11893. Northwest Fourslide

11894. NORTHWEST FUEL SYSTEMS

11895. Northwest Georgia Paving, Inc.

11896. NORTHWEST GROUP INC.

11897. Northwest Harvest/EMM

11898. NORTHWEST HOSPITALITY GROUP

11899. NORTHWEST INDIANA COMMUNITY ACTION CORPORATION

11900. NORTHWEST INDUSTRIAL SERVICES

11901. NORTHWEST MULTIPLE LISTING SERVICES

11902. NORTHWEST PROTECTIVE SERVICE

11903. Northwest Steel & Pipe, Inc.

11904. NORTHWEST STEEL FABRICATION

11905. Northwest Tank & Environmental Services Inc.

11906. NORTHWEST TER

11907. NORTHWIND ENTERPRISES, INC. T/A ATLANTIC

11908. NORTHWOOD CLU

11909. NORWEST ENGINEERING INC.

11910. NORWOOD LIFE

11911. NOR'WOOD LIMITED, INC.

11912. NORWOOD MANAG

11913. NOTAR HOSPITALITY

11914. NOTRE DAME ACADEMY

11915. Nouveau Eyewear

11916. NOUVEAU TECHNOLOGY SERVICES, LP

11917. Nouveau Vente, Inc. DBA JDF Associates

11918. NOVA CORP

11919. NOVA GROUP SERVICES

11920. Nova Molecular Technologies, Inc.

11921. NOVA Rubber Company LLC

11922. Nova Wildcat Amerock, LLC

11923. Novacoast, Inc.

11924. NOVARE GROUP SERVICES, INC.

11925. NovaSignal

11926. NOVASOURCE PO

11927. NOVATEC, INC.

11928. NOVATI TECHNOLOGIES, INC.

11929. Novation, Inc.

11930. NOVATO DISPOSAL SERVICE, INC.

11931. Novedea-Colaberry

11932. NOVEL IRON WORKS INC.

11933. NOVEMBAL

11934. Novetus Engineering LLC

11935. NOVOGRADAC & COMPANY LLP

11936. NOVOSAD ENTERPRISES, LLC

11937. NOVUS BIOLOGI

11938. NOVUS PARTNERS, INC.

11939. NOVUS SYSTEMS, INC.

11940. NOW CFO - Outsourced Associates Staffing LLC.

11941. NRC Electronics, Inc.

11942. NRK of New Jersey Inc.

11943. NRP INVESTMENTS LLC

11944. NS CONTROLS, INC.

11945. NSA Industries

11946. NSL ANALYTICAL SERVICES, INC.

11947. NSPIRE HEALTH, INC.

11948. NT Manufacturing, LLC/Nor-Tech

11949. NT WINDOW, IN

11950. NTALIFE MANAGEMENT, INC.

11951. NTENT, INC.

11952. NTH DEGREE, I

11953. NTHDEGREE TECHNOLOGIES WORLDWIDE, INC.

11954. Ntiva, Inc.

11955. Ntl Investment Ctr for Seniors Housing and Care

11956. NTS Amega West USA, INC

11957. NTT CENTERSTANCE, INC.

11958. NTT CLOUD COM

11959. NTVI FEDERAL, INC.

11960. Nu Look Home Design Investment, LLC

11961. Nu-Calgon, Wholesaler Inc.

11962. NUCFIL LLC DBA NFT

11963. NUCLEA BIOTECHNOLOGIES, INC.

11964. Nuclear Care Partners, LLC

11965. NUCOR CORPORATION

11966. NUERA TRANSPORT, INC.

11967. NUESTRO QUESO, LLC

11968. Nueterra Capital, LLC

11969. NUFERN

11970. NuHarbor Security Inc.

11971. NUMA TOOL COM

11972. NUMBERSONLY, INC.

11973. Nu-Meat Technology Inc. DBA Friedrich Metal Prod

11974. Numerica Corporation

11975. NUMERIFY, INC.

11976. Nuna Incorporated

11977. nuOnosys Inc

11978. NURU INTERNATIONAL

11979. NUTRAMAX LABORATORIES, INC.

11980. Nutrition Center, Inc.

11981. Nutshell Marketing Services, LLC

11982. NUVECTRA CORPORATION

11983. NuVista Federal Credit Union

11984. Nuvoton Technology Corporation America

11985. NUWAVE SOLUTIONS, LLC

11986. NUZINC HOLDING PARTNERS LLP

11987. NVE BANK

11988. NVE, INC.

11989. NVELO, INC.

11990. NVGP

11991. NVIDIA CORPORATION

11992. NVMS, Inc.

11993. NW BEND BOATS, LLC

11994. NXL CONSTRUCTION SERVICES, INC.

11995. NXTHERA, INC.

11996. NYK GROUP AMERICAS INC

11997. NYP Corp

11998. NYSMITH SCHOO

11999. NYTEC, INC.

12000. O. C. SEACRETS, INC.

12001. O.P.E.N. AMERICA, INC. DBA OPENWORKS

12002. O'Keefe Drilling Company Inc.

12003. OAK CANYON MANUFACTURING, INC.

12004. Oak Grove Technologies, LLC

12005. OAK HILL ADVISORS LP

12006. OAK HILL CAPITAL MANAGEMENT LLC

12007. Oak Hotels, Inc.

12008. Oak Leaf Management Company, Inc.

12009. OAK PARK COUNTRY CLUB

12010. OAK RIDGE INDUSTRIES

12011. Oak Ridge Industries, LLC

12012. Oakcrest Lumber, Inc.

12013. OAKLAND PHARMACY, INC.

12014. Oakmont Management Group

12015. Oakwood Bank

12016. OAKWOOD HOMES, LLC

12017. OAKWOOD SYSTEMS GROUP, INC.

12018. OASIS REFRESHMENT SYSTEMS, INC.

12019. OASYS, Inc.

12020. OB/GYN AFFILI

12021. OBAND SURGERY

12022. OBHC, Inc dba One Hour Heating & Air Conditioning

12023. OBJECTIVE SYS

12024. Objectstream, Inc.

12025. O'Brien and Company, LLC

12026. O'BRIEN INDUSTRIAL HOLDINGS, LLC

12027. OBSERVEPOINT, INC.

12028. OBSERVINT TEC

12029. OBSIDIAN ENTERTAINMENT, INC.

12030. OBSTETRICAL & GYNECOLOGICAL ASSOCIATES, PLLC

12031. OCCIPITAL, IN

12032. Ocean 5 Enterprises LLC

12033. OCEAN CONSERVANCY

12034. OCEAN GARDEN PRODUCTS, INC.

12035. OCEAN MEDIA, LLC

12036. OCEAN NETWORK EXPRESS

12037. OCEANSIDE TEN MANAGEMENT INC

12038. OCG, Inc.

12039. OCI ASSOCIATE

12040. OCI ENTERPRISES, INC.

12041. Oconee Valley Healthcare

12042. OCP North America, Inc.

12043. OCTAGON SYSTEMS CORPORATION

12044. OCULUS, INC.

12045. OCWEN FINANCIAL CORPORATION

12046. Odebrecht Construction, Inc.

12047. ODELL BREWING

12048. Odell Brewing Company

12049. ODESSA ENTERPRISES, INC.

12050. ODYSEA AQUARIUM, LLC

12051. ODYSSEY ENTERPRISES, INC.

12052. ODYSSEY GROUP HOLDINGS, INC

12053. Odyssey Information Services, Inc.

12054. ODYSSEY MEDICAL TECHNOLOGIES, LLC

12055. OEC FREIGHT (NY), INC.

12056. OECONNECTION LLC

12057. O'FALLON FIRE

12058. OFF MADISON AVE, LLC

12059. OFF THE WALL

12060. OFFEN PETROLEUM, INC.

12061. OFFICE ALLY,

12062. OFFICE ENVIRO

12063. OFFICE OF DISTRICT ATTORNEY 18TH JUDICIAL

12064. OFFICE OF THE D.A. 5TH J.D.

12065. Offix LC

12066. OGC Management, LLC

12067. OGCI INC. DBA PETROSKILLS, LLC.

12068. OGDEN MURPHY WALLACE, PLLC

12069. OGDEN WEBER COMMUNITY ACTION PARTNERSHIP, INC

12070. OGI PC AGGREGATOR PLLC

12071. OGLE SCHOOL MANAGEMENT, LLC

12072. OhEmJ'ai, LLC

12073. OHIO BUSINESS MACHINES LLC

12074. OHIO COUNTY HOSPITAL

12075. Ohio Medical, LLC

12076. OHIO ORDNANCE WORKS, INC.

12077. OHIO STAR FORGE CO

12078. OHIO VALLEY SUPPLY CO.

12079. Ohlins USA, Inc.

12080. OIL FIELD DEV

12081. OJO Labs, Inc.

12082. O'Kelley & Sorohan, Attorneys at Law, LLC

12083. OKINUS, INC.

12084. OKLAND MANAGEMENT CORPORATION

12085. Okuno International, Inc.

12086. OLAM HOLDINGS PARTNERSHIP

12087. Old Chatham Golf Club

12088. Old Tucson Company

12089. OLD WARSON COUNTRY CLUB

12090. OLDS PRODUCTS COMPANY OF IL

12091. OLEEN PINNACLE HEALTHCARE CONSULTING, LLC

12092. OLEKSA ENTERPRISES, INC.

12093. OLER RELO ONE LTD

12094. OLEUMTECH COR

12095. OLHAUSEN BILLIARDS

12096. Oliver Gospel Mission

12097. Oliver Manufacturing Company, Inc.

12098. OLIVER MARKETING INC.

12099. Olon Industries Inc (US)

12100. OLSEN ELECTRIC

12101. OLSON ENGINEE

12102. OLSON PRECAST

12103. Olympia Sports Acquisitions, LLC

12104. OLYMPIC AMBULANCE SERVICE, INC.

12105. OLYMPIC FOUNDRY, INC.

12106. OMADA INTERNATIONAL, LLC

12107. Omar D. Blair Charter School

12108. Ombud, Inc.

12109. O'MEARA FORD

12110. O'Meara Ford Center, Inc. dba O'Meara Ford

12111. Omega Alpha Academy

12112. OMEGA ELECTRIC CONSTRUCTION CO., INC.

12113. OMEGA INDUSTRIES, INC.

12114. OMEGA OPTICAL INC.

12115. OMEGA OPTICAL, INC.

12116. OMELET, LLC

12117. OMERS ADMINIS

12118. OMG Holdings, LLC

12119. OMIMEX RESOURCES, INC.

12120. OMNI AIR INTERNATIONAL, INC.

12121. OMNI CABLE CORPORATION

12122. OMNI DALLAS CONVENTION CENTER HOTEL

12123. OMNI HOTELS MANAGEMENT CORPORATION

12124. Omni International

12125. OMNI PROMOTIONAL LLC

12126. OMNI SYSTEMS, INC.

12127. OMNICOM GROUP INC. - BBDO

12128. OMNICOM GROUP INC. - DAS

12129. OMNICOM GROUP INC. - DDB

12130. OMNICOM GROUP INC. - OMCGRP

12131. OMNICOM GROUP INC. - OMD

12132. OMNICOM GROUP INC. - OMG

12133. OMNICOM GROUP INC. - PHD

12134. OMNICOM GROUP INC. - TBWA

12135. OMNIFAB, LLC

12136. OMNILIFE, USA, INC.

12137. OMNILIFT INC.

12138. OMNINET PROPE

12139. OMNISYS, LLC

12140. OMNITRACS, LLC

12141. ON AUK MOR

12142. ON DECK CAPITAL, INC.

12143. On Point Hospitality Co. dba Cactus Restaurants

12144. On Point Logistics, Inc.

12145. ON TIME TRUCK

12146. ON YOUR MARK,

12147. OnAsset Intelligence, Inc.

12148. Oncology & Radiation Associates, P.A

12149. ONCOLOGY CONS

12150. ONCOLOGY CONSULTANTS, P.A.

12151. ONCOLOGY SERV

12152. ONDOT SYSTEMS, INC.

12153. One Call Concepts Locating Services, Inc.

12154. ONE FEDERAL SOLUTION CORPORATION

12155. ONE MARKET DA

12156. ONE ON ONE PH

12157. ONE PARKING,

12158. ONE TECHNOLOGIES, L.P.

12159. ONE TOUCH DIRECT, LLC

12160. ONEDA CORPORA

12161. ONEHOPE, INC.

12162. O'Neil Hagaman, LLC

12163. O'NEIL PRINTI

12164. ONELOGIN

12165. ONEPATH SYSTEMS, LLC

12166. ONESOURCE BUI

12167. ONESTAFF MEDICAL, LLC

12168. Onion River Cooperative d/b/a City

12169. Online Care Group, P.C.

12170. Online Enterprises Inc.

12171. ONLINE TECH S

12172. ONLY IT CONSULTING, LLC

12173. OnPoint Medical Group

12174. ONPREM SOLUTI

12175. ONSITE INNOVATIONS, INC.

12176. ON-SITE MANAG

12177. ONSITE OCCUPATIONAL HEALTH & SAFETY

12178. ONSITE PARTNERS, INC.

12179. Onsite Safety, Inc.

12180. Onslow County Partnership for Children

12181. ONTRAPORT, INC.

12182. Onu Logistics

12183. ONWENTSIA CLUB

12184. ONYX HEALTHCA

12185. ONYX HEALTHCARE, INC., DBA ONYX M.D.

12186. OOBE Apparel Design Group

12187. OP TERRA ENER

12188. OPA MANAGEMEN

12189. OPEN MARKET, INC.

12190. Open Options, L.P.

12191. OPEN ROAD FILMS, LLC

12192. OPEN SCAN TECHNOLOGIES, INC.

12193. OPEN SOLUTION

12194. Open Source Robotics Corporation

12195. OPEN SYSTEMS INTEGRATORS, INC.

12196. Open Technology Group

12197. OPENET TELECOM INC.

12198. OPENING CEREM

12199. OPENMAIL, LLC

12200. OPERA SOFTWARE

12201. OPERA SOLUTIO

12202. Operation Kindness

12203. OPERATIVE MED

12204. OPES ADVISORS, INC.

12205. OPHIR CORPORATION

12206. OPIS MANAGEMENT RESOURCES, LLC - DBA OPI

12207. OPOLIS DEO LL

12208. OPPENHEIMER & CO. INC.

12209. OPPORTUNITIES

12210. Opportunity Connections

12211. OPPORTUNITY FINANCIAL LLC

12212. Ops Plus, Inc.

12213. OPT 1, INC.

12214. OPTANIX, INC.

12215. OptaSense, Inc.

12216. OPTECONN GP,

12217. OPTEX SYSTEMS, INC.

12218. Optical & Telecommunication Solutions, Inc.

12219. Opticon, Inc.

12220. OPTIMA HEALTH

12221. Optima Vidis LLC

12222. Optimal Design Co

12223. OPTIMO INFORM

12224. OPTIMUM HEALT

12225. OPTIMUM SOLUTIONS, INC.

12226. OPTIMUS HEALTH CARE, INC.

12227. OPTISCAN BIOMEDICAL CORPORATION

12228. OPTIV SECURITY INC.

12229. OPTOMA TECHNOLOGY, INC.

12230. OPTUS, INC.

12231. OPUS BANK

12232. OPUS CAPITAL GROUP LLC

12233. OPUS GLOBAL,

12234. OPVHHJV DBA P

12235. ORALABS, INC.

12236. ORANGE BAKERY

12237. ORANGE BUSINESS SERVICES HOLDINGS U.S.,

12238. ORANGE COUNTY BCC SURVIVOR DIVISION

12239. Orange County Board of County Commissioners

12240. ORANGE COUNTY BOCC

12241. ORANGE COUNTY CLERK OF COURTS

12242. ORANGE COUNTY COMPTROLLER

12243. Orange County Erectors, Inc.

12244. ORANGE COUNTY IDMTID

12245. ORANGE COUNTY METROPLAN

12246. ORANGE COUNTY OBT DEVELOPMENT

12247. ORANGE COUNTY PROPERTY APPRAISER

12248. ORANGE COUNTY SHERIFF'S OFFICE

12249. ORANGE COUNTY SUPERVISOR OF ELECTIONS

12250. ORANGE COUNTY TAX COLLECTOR

12251. Orbis Operations LLC

12252. ORBIS TECHNOLOGIES, INC.

12253. Orbit Medical Inc.

12254. ORC INTERNATI

12255. Orchard View Farms, Inc.

12256. ORCHESTRATE H

12257. ORDERMYGEAR LLC

12258. OREGANO'S PIZZA BISTRO, INC.

12259. OREGON AIR REPS, INC.

12260. OREGON EYE SPECIALISTS, P.C.

12261. OREGON VINEYARD SUPPLY CO.

12262. OREXO US INC.

12263. Orgain, LLC

12264. ORGANIC AVENU

12265. ORGANICALLY GROWN COMPANY

12266. ORIGENE TECHNOLOGIES, INC.

12267. ORIGIN POINT

12268. ORIGINAL PROD

12269. ORIGINATE, INC.

12270. ORIGINS BEHAVIORAL HEALTH

12271. ORIN USA, INC.

12272. ORION ADMINISTRATIVE SERVICES, INC.

12273. Orion Career Works

12274. ORION HEALTHC

12275. Orion Homes LLC

12276. ORION INDUSTRIES

12277. ORION JET CEN

12278. ORION REAL ESTATE SERVICES, INC.

12279. ORION SYSTEMS INTEGRATORS

12280. ORLANDO BATHING SUIT, LLC DBA EVERYTHING BUT WATER

12281. ORLANDO BUSINESS TELEPHONE SYSTEMS, INC.

12282. Orlando Clinical Research Center, Inc.

12283. ORLANDO FOOT

12284. ORLANDO REGIONAL REALTOR ASSOCIATION, INC.

12285. ORLEANS HOMEBUILDERS, INC.

12286. ORNL FEDERAL CREDIT UNION

12287. ORNR SERVICES COMPANY LLC

12288. O'Rourke & Sons, Inc

12289. ORR PROTECTION

12290. ORRICK, HERRINGTON & SUTCLIFFE LLP

12291. Orsid Realty Corp.

12292. ORTHO FLORIDA LLC

12293. ORTHOATLANTA, LLC

12294. ORTHOCAROLINA, PA

12295. OrthoColorado, LLC

12296. ORTHOMERICA P

12297. ORTHOPAEDIC SOLUTIONS MANAGEMENT

12298. ORTHOPAEDIC SPECIALTY INSTITUTE

12299. Orthopaedics of Steamboat Springs, P.C.

12300. Orthopedic & Fracture Clinic, PC

12301. ORTHOPEDIC INSTITUTE OF NEWPORT BEACH, LP

12302. Orthopedic Physicians Anchorage, Inc.

12303. ORTHOTEXAS PHYSICIANS AND SURGEONS, PLLC

12304. ORTHOTIC & PROSTHETIC LAB, INC.

12305. ORTHOTIC HOLD

12306. ORTHOVIRGINIA, INC.

12307. OSBORN & BARR

12308. OSBORNE & LITTLE, INC.

12309. OSBORNE WOOD

12310. OSCAR MANAGEMENT CORPORATION

12311. Oscar Orduno, Inc.

12312. OSF MEDICAL G

12313. OSHA LIANG LLP

12314. OSISOFT, LLC

12315. Osmosis, LLC.

12316. OSPREY PACKS,

12317. OSW Equipment & Repair, LLC.

12318. OTC GLOBAL HO

12319. O'TECH CORPOR

12320. OTECO, INC.

12321. Otero County

12322. OTIS IT, INC

12323. OTSUKA AMERICA PHARMACEUTICAL, INC.

12324. OTTEN, JOHNSO

12325. OTTER PRODUCTS, LLC

12326. OttLite Technologies

12327. OTTO ENVIROMENTAL SYSTEMS NORTH AMERICA

12328. OUR LADY OF GOOD COUNSEL HIGH SCHOOL

12329. OURAY COUNTY SCHOOL DISTRICT R-1

12330. OURAY SILVER MINES, INC.

12331. OURAY SPORTSW

12332. Ouster, Inc.

12333. OUTBOX SYSTEM

12334. OUTDOOR VOICE

12335. Outerstuff, Ltd

12336. OUTREACH, INC

12337. OUTSET MEDICA

12338. OUTSIDE INTER

12339. Outsource, Inc.

12340. Ouzinkie Native Corporation

12341. Ovation Plumbing, Inc.

12342. Overdrive Logistics, Inc.

12343. Overdrive Marketing Communications, LLC

12344. Overhead Door Company of Casper, Inc.

12345. OVERLAKE CHRISTIAN CHURCH

12346. OVERSEAS SERVICE CORP.

12347. OVERTON CHICAGO GEAR

12348. OVINTIV USA INC.

12349. OWEN-ADAMS, INC. DBA OVERHEAD DOOR COMPANY DALLAS

12350. OWENS HARKEY & ASSOCIATES, LLC

12351. Owens Telecom Services, Inc.

12352. OWL, INC.

12353. OXFORD CONSTRUCTION CO

12354. Oxford Enterprises Management LLC

12355. OXFORD GLOBAL RESOURCES, LLC

12356. OXFORD HOUSE,

12357. OZ ARCHITECTURE A PARTNERSHIP

12358. P & J MACHINI

12359. P & N MACHINE CO, INC.

12360. P & R FASTENE

12361. P O Shipping Agency (USA), Inc.

12362. P&F USA, Inc.

12363. P&G Manufacturing

12364. P. SCOTT LOWERY LAW, P.C.

12365. P.C. MARY'S, INC.

12366. P.J. FITZPATRICK, INC.

12367. P.M.G. PUBLIS

12368. P.R.O. Building Systems, Inc.

12369. P.T. INTERNATIONAL CORP.

12370. P/KAUFMANN, INC.

12371. P2S ENGINEERING, INC.

12372. P4 Hospitality LLC.

12373. P97 Network, Inc.

12374. PACE AIR FREI

12375. PACE ENGINEER

12376. PACE Engineers

12377. Pace Properties, Inc.

12378. PACIFIC ARCHITECTS AND ENGINEERS LLC

12379. Pacific Architectural Wood Products, LLC

12380. PACIFIC COAST TRANSPORTATION AND SANTA BARBARA FRE

12381. PACIFIC COMMUNITY DESIGN

12382. PACIFIC CREST CUSTOM CABINETRY

12383. Pacific Energy Concepts LLC

12384. PACIFIC INTEGRATED HANDLING, INC.

12385. PACIFIC LIVIN

12386. Pacific Market International, LLC

12387. PACIFIC MOBILE STRUCTURES, INC.

12388. PACIFIC NORTHERN, INC.

12389. PACIFIC NORTHWEST FARMERS COOPERATIVE

12390. Pacific Nutritional Foods, Inc.

12391. Pacific Peninsula Group

12392. Pacific Pier, Inc.

12393. PACIFIC PILE & MARINE, LP

12394. PACIFIC PROJECT MANAGEMENT SERVICES, LLC

12395. PACIFIC RADOMES, INC.

12396. PACIFIC RIDGE

12397. PACIFIC RIM MECHANICAL

12398. Pacific Rim Ventures, dba The Proactive Group, Inc

12399. PACIFIC SEAFOOD

12400. Pacific Software Publishing, Inc.

12401. Pacific Surveying & Engineering Services, Inc.

12402. PACIFIC TOOL, INC.

12403. PACIFIC TRUST BANK

12404. PACIFIC UNION

12405. PACIFICA REAL ESTATE SERVICES, INC.

12406. Pacifica, LLC

12407. PACIFICAP PROPERTIES GROUP, LLC

12408. PACIFICO MARPLE LLC

12409. PACKAGING MACHINERY MANUFACTURERS INSTITUTE, INC.

12410. PACKARD, INC.

12411. PacketFabric, Inc

12412. Packrite, LLC

12413. PACMOORE PRODUCTS, INC.

12414. Pacon Manufacturing Corp

12415. PacWest Machinery, LLC

12416. Pad Print Machinery of Vermont, Inc.

12417. PADRE ASSOCIATES, INC.

12418. PAGE 1 SOLUTIONS LLC

12419. PAGE ONE CONSULTANTS, INC.

12420. Pagosa Area Water & Sanitation District

12421. PAIDEIA SCHOOL, INC.

12422. Paidion Research, Inc.

12423. PAIN D'AVIGNO

12424. PAINE HAMBLEN LLP

12425. PAINE'S, INC.

12426. PAINT APPLICATOR CORP OF AMERICA DBA PACOA

12427. PAJ, Inc.

12428. PAJARITO SCIENTIFIC CORP.

12429. Pak-Lite, Inc.

12430. PALADIN CONSULTING, INC.

12431. PALADINA HEALTH MEDICAL GROUP PC

12432. PALADINA HEALTH, LLC.

12433. Palatial Concrete Ltd

12434. PALITTO CONSULTING SERVICES, INC.

12435. PALLADIUM PARTNERS LLC

12436. Palladium Real Estate Services LLC

12437. PALLETIZED TRUCKING INC.

12438. PALM BEACH AG

12439. PALM BEACH HOUSING AUTHORITY

12440. PALM BEACH MA

12441. PALM BEACH TA

12442. PALM COAST DATA LLC

12443. PALM RESTAURANT

12444. PALMA SCHOOL

12445. PALMER BROTHERS PAINTING CONTRACTORS, INC.

12446. PALMER ELECTR

12447. Palmetto Air & Water Balance Inc.

12448. PALMETTO AUTOMATIC SPRINKLER COMPANY, INC. (PASCO)

12449. Palmetto Battery Specialists, Inc.

12450. PALMIERI, TYLER, WIENER, WILHELM & WALDRON LLP

12451. PALO VERDE HEMATOLOGY ONCOLOGY, LTD

12452. PALOMA ENERGY

12453. Paloma Partners Management Company

12454. Palomar Modular Buildings LLC

12455. PALP INC. DBA EXCEL PAVING COMPANY

12456. Pals A Chrysalis Health Company

12457. PamTen Inc.

12458. PAN AM FLIGHT

12459. PAN AMERICAN

12460. Pan American Silver

12461. PAN AMERICAN TOOL CORP

12462. PANASONIC ENERGY CORPORATION OF AMERICA

12463. Panattoni Development Company, Inc.

12464. PANCON CORPORATION

12465. Paneve LLC

12466. Pangaia Partners

12467. Panhandle Home Health, Inc.

12468. PANOLAM INDUSTRIES INTERNATIONAL, INC.

12469. PANORAMA ORTHOPEDICS AND SPINE CENTER

12470. PANTECH WIRELESS, INC.

12471. PANTHEON VENT

12472. PanTheryx, Inc.

12473. Paonia, Inc.

12474. PAPA MURPHY'S

12475. Paparazzi Accessories

12476. PAR PLUMBING

12477. PAR Plumbing Co., Inc.

12478. PAR TECHNOLOGY CORPORATION

12479. PARADIGM INFO TECH, INC.

12480. Paradigm Info. Tech, Inc.

12481. PARADIGM LABS, LLC

12482. PARADIGM PRECISION, A DPG COMPANY

12483. PARADYME MANAGEMENT, INC.

12484. Paragon Legal Group LLC

12485. PARAGON SPORT

12486. PARAGON VISION COMPANY LLC

12487. PARAGON VISION SCIENCES, INC.

12488. Parallax Volatility Advisers, L.P.

12489. PARALLEL

12490. PARALLEL WIRELESS, INC.

12491. PARAMETRIC SO

12492. Paramount Construction, LLC

12493. PARAMOUNT DIE COMPANY, INC.

12494. Paramount Equity Mortgage Inc.

12495. Paramount Export Company

12496. PARAMOUNT PLA

12497. Paramount Staffing Perm LLC

12498. PARAQUAD, INC.

12499. PARCHMENT INC

12500. Pardes Jewish Day School

12501. PARDUE ASSET MANAGEMENT CO.

12502. Parenti & Raffaelli, LTD

12503. Paris Corporation of NJ

12504. PARISH OIL CO., INC.

12505. PARK CITY ENTERTAINMENT

12506. PARK CITY GROUP, INC.

12507. PARK COMMUNIT

12508. Park County School District RE2

12509. PARK PLACE BEHAVIORAL HEALTHCARE

12510. Park Place Communities Management

12511. Park Ridge Country Club

12512. PARK SUPPLY OF AMERICA, INC.

12513. Parkdale America, LLC

12514. PARKE COX TRUCKING CO., INC.

12515. PARKEON, INC.

12516. Parker Institute for Cancer Immunotherapy

12517. PARKER STAFFI

12518. Parker-Migliorini International, LLC

12519. PARKHUB

12520. Parkline, Inc.

12521. Parkside Financial Bank & Trust

12522. Parkside Lending, LLC

12523. PARKSON CORPO

12524. PARKWAY PRODUCTS, LLC

12525. PARKWAY PROPE

12526. PARMAN SERVIC

12527. Parraid, LLC

12528. Parrish Construction Group, Inc.

12529. Parrish Tire Company

12530. PARROTT, INC.

12531. PARRY'S PIZZE

12532. PARS ENVIRONM

12533. PARS GROUP LLC

12534. PARSEC FINANCIAL MANAGEMENT, INC.

12535. Participant Media, LLC

12536. PARTNER ASSESSMENT CORPORATION, D.B.A.

12537. PARTNER CREDI

12538. PARTNER FUSION INC

12539. PARTNERS IN CARE HOSPICE

12540. PARTNERS IN LEADERSHIP, INC.

12541. PARTNERS INFO

12542. PARTNERSHIP FOR CHILDREN OF ESSEX

12543. PARTS SERVICE LLC

12544. PARTS WHOLESA

12545. PARTUSCH PLUMBING & HEATING

12546. PARTY CITY HOLDINGS, INC.

12547. PASE CONTRACTING, INC.

12548. PASON SYSTEMS USA CORP.

12549. Passaic Rubber Company

12550. Passarella & Associates, Inc.

12551. PASSPORT HEAL

12552. Pasta Pomodoro Inc.

12553. PASTERNACK TILKER ZIEGLER WALSH STANTON & ROMANO

12554. PAT A PETERS MD PA

12555. Pat Munger Construction Company, Inc.

12556. Pate Construction Co., Inc.

12557. Patel Consultants Corporation

12558. PATELLA WOODWORKING

12559. Pathfinder Inspection & Field Services, LLC

12560. PATHWAY SENIOR LIVING, LLC

12561. PATHWAYS HOSPICE

12562. PATIENTMATTERS, LLC.

12563. PATNER CONSTRUCTION, INC.

12564. PATRA CORPORATION

12565. PATREON

12566. PATRICK HAYES ARCHITECTURE

12567. Patrick Henry Creative Promotions, Inc.

12568. Patrick O'Connor & Associates, LP

12569. PATRIOT BANK

12570. PATRIOT CONST

12571. PATRIOT DISPOSAL

12572. PATRIOT ENVIR

12573. PATRIOT FIRE PROTECTION, INC.

12574. Patriot Growth Insurance Services, LLC

12575. Patriot Ready Mixed Concrete, LLC

12576. PATTERN ENERG

12577. PATTERN ENERGY GROUP

12578. PATTERSON HORTH, INC.

12579. PATTILLO CONSTRUCTION CORPORATION

12580. PATTONAIR USA, INC.

12581. Paul Ash Management Company, LLC

12582. PAUL H. GESSW

12583. Paul Machenry & Co, Inc.

12584. PAULSCORP, LL

12585. Paulson Investment Company, LLC

12586. PAUMAC TUBING, LLC

12587. Pavement Maintenance, Inc.

12588. Pavillon International

12589. PavXpress, Inc.

12590. PAW Materials, Inc.

12591. PAWNEE LEASING CORPORATION

12592. PAX VENTURES LLC

12593. PAX8, INC.

12594. PAYMENT AMERICA SYSTEMS, INC.

12595. Paymentus Group, Inc.

12596. Payne Air Conditioning & Heating, Inc.

12597. PayneCrest Electric, Inc.

12598. PAYPRO CORPORATION

12599. PAYPROTEC,OREGON, LLC DBA SECURUS PAYMENTS

12600. PAYREEL, INC.

12601. PAYROLL NETWORK

12602. PAYZONE DIRECTIONAL SERVICES, INC.

12603. PB & J Restaurants, Inc.

12604. PB2 Foods, Inc.

12605. PBMARES, LLP

12606. PBS Contractors, LLC

12607. PC Transport, Inc.

12608. PCA Management

12609. PCB Bank

12610. PCC CHEMAX, INC.

12611. PCC STRUCTURALS, INC.

12612. PCCAB

12613. PCC-Chemax, Inc.

12614. PCCR USA, INC.

12615. PCE GROUP, INC.

12616. PCI Enterprises Inc.

12617. PCI INDUSTRIES, INC.

12618. PCI NITROGEN, LLC

12619. PCI STRATEGIC MANAGEMENT, LLC

12620. PCM SERVICES

12621. PCS RETIREMEN

12622. PCS Structural Solutions Inc.

12623. PCS WIRELESS, LLC

12624. PCT INTERNATIONAL, INC.

12625. PD SYSTEMS, INC.

12626. PDC MSO LLC

12627. PDDS Buyer, LLC. dba Planet DDS

12628. PDF SOLUTIONS

12629. PDQ Systems Inc dba CPR Electric

12630. PDS ENGINEERING & CONSTRUCTION, INC.

12631. PDS TECH, INC.

12632. PEACE RIVER CENTER FOR PERSONAL DEVELOPM

12633. PEACH TRADER DBA A CITY DISCOUNT

12634. Peachtree Golf Club

12635. Peachtree Protective Covers, Inc.

12636. PEAK AMERICAN

12637. Peak Brewing Co.

12638. PEAK CAMPUS MANAGEMENT, LLC

12639. PEAK DENTAL SERVICES, LLC

12640. PEAK ENERGY OPERATING #2, LLC

12641. PEAK ONE SURGERY CENTER, LLC

12642. PEAK RELIABILITY

12643. PEAK RESOURCES, INC.

12644. Peak Wellness Center, Inc.

12645. PEAKSWARE LLC

12646. PEARCE SERVIC

12647. PEARL CORPORATION

12648. PEARL RIVER TECHNOLOGIES, LLC

12649. PEARLMAN, BORSKA & WAX, LLP

12650. Pearson Kent McKinley Raaf Engineers LLC

12651. PECAN DELUXE CANDY COMPANY

12652. PECK BROTHERS

12653. PECKAR & ABRAMSON, P.C.

12654. PECO PALLET, INC.

12655. PECZUH PRINTING COMPANY

12656. PEDERSEN TOYOTA-SCION-VOLVO

12657. Pediatric Associates of Charlottesville PLC

12658. Pediatric Associates Prof LLC

12659. PEDIATRIC DEN

12660. PEDIATRIC GRO

12661. PEDIATRIC SERVICES OF FL, INC.

12662. PEDIATRIC THE

12663. PEDIATRICS PLUS HOLDINGS, LLC

12664. Pee Dee Pathology Associates, Inc.

12665. Peek Travel, Inc.

12666. PEER ASSISTANCE SERVICES, INC.

12667. PEERLESS BEVE

12668. PEERLESS ELECTRONICS INC.

12669. PEERLESS TYRE CO

12670. Peermusic III, Ltd.

12671. PEF DEBT., IN

12672. PEG BANDWIDTH SERVICES, LLC

12673. PEGASUS STEEL, LLC

12674. Pegasus Support Services, LLC

12675. PEGASUS TRANS

12676. PEGASUSTSI, I

12677. PEGASYSTEMS INC.

12678. PEIRSONPATTER

12679. Pelican Marsh Golf Club, Inc.

12680. Pella Mid-Atlantic, Inc

12681. PELOTON INTERACTIVE, INC

12682. Peloton Land Solutions, Inc.

12683. Pelton Shepherd Industries, Inc.

12684. PEM AMERICA INC.

12685. PENCO ELECTRI

12686. PendleCo, LLC

12687. PENDULUM INVESTMENTS

12688. Penex, Ltd. dba Johnstone Supply Co.

12689. PENHALL COMPANY

12690. Peninsula Engineering Inc.

12691. PENKHUS MOTOR COMPANY

12692. Penn, Schoen and Berland Associates, LLC

12693. Pennbridge Lodging Corp.

12694. PENNDEL MENTA

12695. PENN-MAR HUMAN SERVICES

12696. Pensam Management Services, Inc.

12697. Pensar Development, Inc.

12698. PENSERRA FINA

12699. PENSION PLAN

12700. Pension Plan Specialists, PC

12701. PENSKE TRUCK LEASING CO. L.P.

12702. PENTEK INCORPORATED

12703. Pentel Drywall, Inc.

12704. Pentius, Inc.

12705. PENTLAND USA

12706. PENTON MEDIA, INC.

12707. PENTWATER CAP

12708. PEOPLE TECHNOLOGY & PROCESSES LLC.

12709. PEOPLEADMIN

12710. PEOPLECARE LLC DBA PEOPLECARE HEALTH SERVICES

12711. PeopleFirm LLC

12712. PEOPLES BANK

12713. PEOPLE'S COMPUTER COMPANY

12714. PEOPLES FEDERAL CU

12715. PEOPLES NATIONAL BANK COLORADO

12716. Peoples Trust Company of St. Albans

12717. PEOPLE'S UNITED BANK, N.A.

12718. PEOPLESTRATEGY INC.

12719. PEPPER CONTRACTING SERVICES, INC.

12720. PEPPER FAMILY PARTNERSHIP LTD

12721. Pepper Tank & Contracting Co.

12722. PEPPERL+FUCHS, INC.

12723. PEPSI COLA DECATUR, LLC

12724. PERCEPTYX, IN

12725. PEREGRINE GROUP, LLC

12726. PEREIRA & O'D

12727. PERENNIAL PRO

12728. PERFECT SENSE

12729. PERFECTION MOTOR CAR LTD

12730. PERFORMANCE COMPANIES, LP

12731. Performance Construction Group, LLC

12732. PERFORMANCE DOOR AND HARDWARE, INC.

12733. Performance Friction Corporation

12734. PERFORMANCE H

12735. PERFORMANCE MARKETING GROUP, INC.

12736. PERFORMANCE MOTORSPORT MANAGEMENT, LTD

12737. PERFORMANCE RESTAURANT

12738. PERFORMANCE SOFTWARE CORPORATION

12739. Performance Technology Partners, LLC

12740. PerformLine, Inc.

12741. PERFUMANIA HOLDINGS, INC.

12742. Peritus Inc

12743. PERLECTRIC, INC.

12744. Perley Halladay Associates, Inc.

12745. PERMAL GROUP

12746. PERMIAN FORD LINCOLN, INC.

12747. PERNIX THERAP

12748. PEROULIS BROS

12749. PERRY CORP.

12750. Perry Homes Utah, Inc.

12751. PERRY HOMES, LLC

12752. PERRY SUPPLY CO., INC.

12753. PERSISTENT SY

12754. PERSON CENTER

12755. PERSON COUNTY GOVERNMENT

12756. Person County Group Homes, Inc.

12757. PERSONAL CAPI

12758. PERSONNEL DATA SYSTEMS, INC.

12759. PES Structural Engineers Inc

12760. PESSIN KATZ LAW, P.A.

12761. Pester USA Inc

12762. PET PALACE ENTERPRISES, LLC

12763. PETER MANGONE, INC.

12764. PETER PAUL EL

12765. PETER PIPER,

12766. PETERBILT OF ATLANTA, LLC

12767. PETERBOROUGH RETIREMENT COMMUNITY AT UPLAND FARM D

12768. Peters & Associates Inc.

12769. PETERS & ASSOCIATES, INC.

12770. PETERSON MANUFACTURING, INC.

12771. Peterson Russell Kelly Livengood PLLC

12772. Peterson's LLC

12773. PETE'S RV

12774. PETRA CHEMICAL COMPANY

12775. PETRI ELECTRIC, INC.

12776. PETRO WEST, INC.

12777. PETROCHEM INSULATION, INC.

12778. Petrofuels Group

12779. PETROLEUM EQU

12780. PETROLEUM FIELD SERVICES, LLC.

12781. PETROLEUM GEO-SERVICES, INC.

12782. PETRUS TRUST COMPANY, LTA

12783. Petzl America, Inc.

12784. PEVCO SYSTEMS INTERNATIONAL, INC.

12785. PEXCO, LLC

12786. Peyton School District #23Jt

12787. PEZ CANDY, IN

12788. PFCEC Inc.

12789. Pfister Energy, Inc.

12790. PFISTER MAINT

12791. PFM HEALTH SC

12792. PFP INDUSTRIES, LLC

12793. PFS GROUP

12794. PG EXHIBITS, INC

12795. PG Long Floorcovering & PG Long Carpet Cleaning

12796. PGT TRUCKING, INC

12797. PH FINANCIAL

12798. PHALCON, LTD.

12799. PHARMA MEDICA RESEARCH INC

12800. PHARMA TECH INDUSTRIES

12801. PHARM-OLAM INTERNATIONAL LTD.

12802. PHARM-OLAM, L

12803. PHAROS MARINE AUTOMATIC POWER INC.

12804. PHASE DYNAMICS, INC.

12805. PHELPS COUNTY

12806. PHELPS INDUSTRIES, LLC

12807. PHENIX RESEARCH PRODUCTS

12808. PHENOM PEOPLE

12809. PHH Investments LTD, dba RAA

12810. PHILADELPHIA

12811. Philadelphia Medical Management Co LLC

12812. Philip Rosenau Co., Inc.

12813. PHILLIPS AND JOHNSTON

12814. PHILLIPS INFRASTRUCTURE HOLDINGS, INC.

12815. PHILLIPS MANA

12816. PHILLIPS PLUMBING & MECHANICAL, INC.

12817. Phlexglobal, Inc.

12818. Phoenix American Incorporated

12819. PHOENIX CENTRAL LABORATORY

12820. PHOENIX FINANCIAL GROUP

12821. Phoenix Financial LLC

12822. PHOENIX LOGIS

12823. PHOENIX MEDIA NETWORK, INC.

12824. Phoenix Physicians, LLC

12825. Phoenix Protective Corporation

12826. PHOENIX PUMPS, INC.

12827. PHOENIX RENOVATION CORP.

12828. PHOENIX RISIN

12829. PHOENIX STEEL

12830. Phoenix Steel Service, Inc.

12831. Phoenix Technologies LTD.

12832. PHOENIX TELECOM NC, LLC

12833. PHOENIX TEXTI

12834. Phoenix Welding Supply

12835. Phoenix Welding Supply Co.

12836. PHONOSCOPE ENTERPRISES GROUP LLC

12837. PHONOSCOPE LIGHT WAVE

12838. PHOSEON TECHNOLOGY

12839. PHOTO FILE, INC.

12840. PHYSICIANS CARE ALLIANCE, LLC (PCA SKIN)

12841. PHYSICIANS GROUP MANAGEMENT, INC.

12842. PHYSICIANS HE

12843. PHYSICIANS IMMEDIATE CARE, LLC

12844. PHYSICIANS IN

12845. PHYTEL, INC.

12846. Pickens Contracting, Inc.

12847. PICKENS COUNTY BOARD OF COMMISSIONERS

12848. PICKERING CORTS & SUMMERSON, INC.

12849. PICO DIGITAL, INC.

12850. PICO NATIONAL NETWORK

12851. PICOSECOND PULSE LABS

12852. Picture Rocks Fire District

12853. PIE CONSULTING & ENGINEERING, INC.

12854. PIECE MANAGEM

12855. Pieces Technologies, Inc.

12856. Piedmont Cancer Institute, P.C.

12857. PIEDMONT CMG LLC

12858. PIEDMONT HEALTHCARE, INC.

12859. Piedmont Maintenance and Services of Roxboro, Inc.

12860. Piedmont Payment Services

12861. Pieper Bancorp Inc.

12862. PIEPER HOUSTO

12863. Pierce Sloan Kennedy & Early LLC

12864. PIERLESS FISH CORP

12865. PIKE BREWING COMPANY

12866. Pikes Peak Direct Marketing dba Chef's

12867. PIKES PEAK LI

12868. PIKES PEAK STEEL

12869. PILATUS BUSIN

12870. PILECO, INC.

12871. PILGRIM QUALITY SOLUTIONS, INC.

12872. Pillar Commercial, LLC

12873. PILLSBURY WINTHROP SHAW PITTMAN LLP

12874. PILOT FIBER,

12875. PIMA FEDERAL CREDIT UNION

12876. PINAL COUNTY FEDERAL CREDIT UNION

12877. PINARD WASTE SYSTEMS CO., INC.

12878. Pine Valley Country Club Inc.

12879. PINELAND FARMS NATURAL MEATS, INC.

12880. PINELLAS COUNTY HOUSING AUTHORITY

12881. PING IDENTITY CORPORATION

12882. PINGORA ASSET MANAGEMENT

12883. PINKS Bakery Seattle, Inc.

12884. Pinnacle Architectural Lighting, Inc.

12885. Pinnacle Capital Mortgage Corporation

12886. PINNACLE CARE

12887. Pinnacle Charter School

12888. PINNACLE CLIMATE TECHNOLOGIES

12889. PINNACLE COMM

12890. PINNACLE CONS

12891. PINNACLE FREIGHT SYSTEMS, INC.

12892. PINNACLE III, LLC

12893. PINNACLE INDU

12894. PINNACLE MACHINE HOLDINGS, LLC

12895. PINNACLE MEDI

12896. PINNACLE MEDICAL PARTNERS

12897. PINNACLE MORTGAGE GROUP, INC.

12898. Pinnacle Physical Therapy

12899. PINNACLE TREATMENT CENTERS

12900. Pioneer Centres Holding Company

12901. PIONEER ENERGY INC

12902. PIONEER INDUSTRIAL CORPORATION

12903. PIONEER LANDSCAPE CENTERS INC

12904. PIONEER OIL COMPANY, INC.

12905. PIONEER PREPARATORY SCHOOL

12906. PIONEER PRESS OF GREELEY, INC.

12907. Pioneer Technical Services, Inc.

12908. Pioneer Valley Photovoltaics Cooperative, Inc.

12909. PIONEER WORKS

12910. PIPE INDUSTRY HEALTH & WELFARE FUND OFCO

12911. Pipe Renewal Service Management, Inc

12912. PIPECO SERVICES, INC.

12913. PIPELINE CONTROLS & SERVICES, INC.

12914. PIPELINE HEAL

12915. PIPELINE HEALTH HOLDINGS LLC

12916. PIPELINE STRA

12917. Pipeline Utilities, Inc.

12918. Pipeline Video Inspection, LLC dba AIMS Companies

12919. Piper Communication Services, Inc.

12920. Piper Fire Protection, Inc.

12921. PIRCHER, NICHOLS & MEEKS

12922. Pirkey Barber PLLC

12923. Pistol Creek Company

12924. PITCH, INC.

12925. PITNEY BOWES, INC.

12926. PITRE, INC. DBA PITRE BUICK GMC

12927. Pitt County ABC Board

12928. PIVITAL, INC.

479

12929. PIVOTLINK COR

12930. PIXAR

12931. PIZZA HUT OF MARYLAND, INC.

12932. PIZZA PROPERTIES, INC.

12933. PJ Helicopters, Inc.

12934. PJ MECHANICAL

12935. PJC INVESTMEN

12936. PK CONSTRUCTION, LLC

12937. PK MANAGEMENT INC.

12938. PKF O'CONNOR DAVIES

12939. PLACE OF HOPE, INC.

12940. Plaid Inc.

12941. Plainfield Country Club

12942. PLAINS MEDICAL CENTER, INC.

12943. PLAINVIEW GRO

12944. PLAN4DEMAND SOLUTIONS, INC.

12945. PLANALYTICS, INC.

12946. PLANAR SYSTEMS, INC.

12947. Planet Fitness Management

12948. PLANET FITNESS MANAGEMENT LLC

12949. PLANET FITNESS MANAGEMENT, INC.

12950. PLANET PAYMEN

12951. Planet Technologies, Inc.

12952. PLANETARY RESOURCES DEVELOPMENT CORP.

12953. Planetary Science Institute

12954. PLANGRID INC

12955. PLANISWARE US

12956. PLANNED COMPA

12957. Planned Parenthood of the Rocky Mountains, Inc

12958. Planned Parenthood SBVSLO, Inc.

12959. PLANSOURCE FINANCIAL SERVICES, INC.

12960. PLANT AUTOMATION SERVICES, INC.

12961. Plant Maintenance Services, LLC

12962. PLASMA SURGICAL, INC.

12963. PLASTIC TECHNOLOGIES OF VT DBA SHELBURNE PLASTICS

12964. Plastimayd LLC

12965. Platform Management Company, LLC

12966. PLATFORM RESOURCES

12967. Platinum Underground, LLC

12968. PLATTE RIVER

12969. Platte River Academy

12970. Platte River Medical Clinic LLC

12971. Platte River Networks, Inc.

12972. Playground Global, LLC

12973. PlayMaker CRM, Inc. dba PlayMaker Health

12974. PLAZA HC HOLDING COMPANY, LLC DBA PLAZA HEALTHCARE

12975. PLC CHARTER SCHOOLS

12976. PLEASANTON GA

12977. Plex, Inc.

12978. PLEXSYS INTERFACE PRODUCTS, INC.

12979. Plexus Installations, Inc.

12980. Pluggin Along, LLC

12981. Plumb Enterprises, LLC dba Plumbers

12982. PLUMBERS & PIPEFITTERS LOCAL 123

12983. PLUMBERS & PIPEFITTERS LOCAL 693

12984. PLUMBING & PIPEFITTING INDUSTRY H AND W

12985. Plumbing Medic Inc. DBA Plumbing & AC Medic

12986. PLUMBLINE SERVICES, INC.

12987. Plummers, Inc. dba Scandinavian Designs

12988. Plus3 IT Systems, LLC

12989. PLUTO CORPORATION

12990. PLX TECHNOLOG

12991. PLZ CORP

12992. PM Salt Lake LLC dba Real Property Management Wasa

12993. PM SERVICES COMPANY

12994. PMA Photometals of Arizona, Inc.

12995. PMAB, LLC dba Meduit

12996. PMB SERVICES,

12997. PMC Commercial Interiors, Inc.

12998. PMC GROUP INC

12999. PMG WORLDWIDE, LLC

13000. PMI GLOBAL SERVICES INC

13001. PMI KYOTO PAC

13002. PMT GROUP INC

13003. Pneu-Mech Systems Mfg. Inc.

13004. PNGA/WSGA/THE HOME COURSE

13005. PNW ENTERPRISES, LLC DBA NEW YORK KIDS CLUB

13006. PODESTA GROUP, INC.

13007. Podiatric Physicians of Arizona, P.C.

13008. PODIATRY ASSOCIATES OF INDIANA

13009. PODS ENTERPRISES, LLC

13010. Poettker Construction Company

13011. POGGENPOHL U.S., INC.

13012. Point Five Windows & Doors, Inc.

13013. Point It, Inc.

13014. Point Monitor Corporation

13015. POINT72, L.P.

13016. Pointe Property Group, Inc.

13017. POKITDOK INC.

13018. Polamer Precision, Inc.

13019. Polar Field Services, Inc.

13020. POLARIS ASSOC

13021. Polaris Automation, Inc.

13022. Polaris Aviation Solutions LLC

13023. POLARIS MANUFACTURING

13024. POLE TO WIN AMERICA, INC.

13025. POLEN CAPITAL

13026. POLISH AND SL

13027. POLISHED METALS LIMITED, INC.

13028. POLK COUNTY G

13029. Polly

13030. POLU KAI SERV

13031. POLYGUARD PRODUCTS, INC.

13032. POLYJOHN ENTERPRISES CORP.

13033. Polymer Dynamix, LLC

13034. Polymer Logistics Inc

13035. POLYMER RESOURCES, LTD.

13036. POLYQUEST, IN

13037. POLYSCIENCES,

13038. POLYSYSTEMS, INC.

13039. POLYTEC, INC.

13040. POLY-TECH INDUSTRIAL, INC.

13041. POLYTYPE AMERICA CORPORATION

13042. POLYZEN, INC.

13043. POMEROY ELECT

13044. POMS & ASSOCIATES INSURANCE BROKERS, LLC

13045. PONCE DE LEON FEDERAL BANK

13046. PONDSCO FACIL

13047. POOL COVER CORP./DBA LOOP LOC

13048. POP, INC.

13049. POPPELL INVESTMENT COMPANY DBA TWIN CITY TOYOTA

13050. PopSockets, LLC

13051. Porcaro Stolarek Mete Partners, LLC

13052. Porchlight Real Estate Group, LLC

13053. Porges, Hamlin, Knowles & Prouty P.A.

13054. PORPOISE POOL & PATIO INC

13055. PORSCHE BUSINESS SERVICE, INC.

13056. PORT PARTIES LTD.

13057. Porta-Fab Corporation

13058. PORTCO CORPORATION DBA PORTCO PACKAGING

13059. Porter & Howard, Inc.

13060. PORTER HEDGES

13061. Porter W. Yett Company, Inc.

13062. PORTERS NECK COUNTRY CLUB

13063. Porters Neck Village

13064. PORTFOLIO EVALUATIONS, INC.

13065. PORTFOLIO MED

13066. PORTFOLIO, IN

13067. PORTICO PROPE

13068. PORTICO, INC.

13069. Portland Disposal & Recycling, Inc.

13070. Portland Energy Conservation Incorporated

13071. PORTLAND PLAC

13072. Portland Real Estate Solutions LLC

13073. PORTOLA HOTEL & SPA (FORMERLY CUSTOM HOUSE HOTEL CO.)

13074. PORZIO, BROMBERG & NEWMAN, P.C.

13075. Positec Tool Corporation

13076. POSITIVE PROMOTIONS, INC.

13077. Posner Industries, Inc.

13078. Possehl Connector Services SC, Inc.

13079. POST MODERN C

13080. Potra Law Firm LLC

13081. POTTER CONCRETE LTD

13082. POUDRE VALLEY AIR

13083. POULOS & BENN

13084. POULSBO RV

13085. Poway Auto Group dba Jamar Holdings Ltd

13086. POWDER COATING SPECIALTIES

13087. Powder Keg, Inc.

13088. Powell Electronics Inc

13089. POWER AUTO GROUP

13090. POWER COMPONENT SYSTEMS, INC.

13091. Power Electronics USA, Inc.

13092. POWER MOTIVE CORPORATION

13093. POWER PARTNERS , INC.

13094. POWER PRODUCT SERVICES

13095. POWER PRODUCTS SYSTEMS, LLC

13096. POWER SERVICE, INC.

13097. Power Service/TCM

13098. POWER SERVICES COMPANY

13099. POWER SYSTEMS MFG., LLC

13100. POWER ZONE EQUIPMENT, INC.

13101. POWERHOUSE RE

13102. POWERS BROWN

13103. POWERS PET EM

13104. POWERS PRODUCTS COMPANY

13105. POWERSCHOOL G

13106. POWERSCHOOL LLC

13107. Powerscreen Texas, Inc.

13108. POWERSECURE, INC.

13109. POWER-SONIC C

13110. POWERTHERM CO., INC.

13111. Powerview Solutions LLC

13112. PPG INDUSTRIES

13113. PPM SERVICES, INC.

13114. PPM Technologies Holdings, LLC

13115. PPS InfoTech, LLC

13116. Practice Strategies LLC

13117. PRACTICE VELOCITY SERVICES GROUP, LLC

13118. Praemittias, Inc.

13119. PRAETORIAN DIGITAL

13120. Prairie Electric, Inc.

13121. PRANASLEEP LL

13122. PRATT STREET HC MANAGEMENT, INC.

13123. PRC Environmental Inc.

13124. PRECEPT BRANDS, LLC

13125. PRECIGEN INC.

13126. PRECISION AVI

13127. PRECISION BUSINESS SOLUTIONS, INC.

13128. PRECISION COMPONENT INDUSTRIES, LLC.

13129. PRECISION CONTRACT MANUFACTURING, INC.

13130. Precision Die and Stamping, Inc.

13131. PRECISION FOU

13132. PRECISION GLO

13133. PRECISION GRAPHICS

13134. Precision Heavy Haul, Inc.

13135. PRECISION MACHINED PRODUCTS, LLC

13136. Precision Personnel, Inc.

13137. Precision Pharmacy Management LLC

13138. PRECISION PLA

13139. PRECISION PRA

13140. Precision Products of Asheville, Inc.

13141. Precision Resources, LLC

13142. PRECISION SCIENCE, INC.

13143. PRECISION SERVICE MTR, INC.

13144. PRECISION SYS

13145. PRECISION TAS

13146. PRECISION WELL SERVICE, INC.

13147. Precision, LLC

13148. PREFERRED CARE PARTNERS MANAGEMENT GROUP, LP

13149. PREFERRED CARTAGE SERVICES

13150. Preferred Dermatology Partners, Inc.

13151. PREFERRED ELECTRIC CO. INC.

13152. Preferred Engineering, LP

13153. PREFERRED FREEZER SERVICES

13154. PREFERRED HOTEL GROUP, INC.

13155. Preferred Medical Products, Inc.

13156. PREFERRED PAR

13157. PREFERRED PUMP & EQUIPMENT, L.P.

13158. PREFERRED TEC

13159. PREGEL AMERICA, INC.

13160. PREMACO, INC.

13161. PREMIER COACH CO., INC.

13162. PREMIER DEALER SERVICES, INC.

13163. PREMIER DENTISTRY, INC.

13164. PREMIER FAMIL

13165. PREMIER INK SYSTEMS INC.

13166. PREMIER LIVING & REHAB CENTER, LLC

13167. Premier Logistics Solutions

13168. PREMIER MANUF

13169. PREMIER MANUF

13170. PREMIER OILFIELD EQUIPMENT CO.

13171. PREMIER PARKI

13172. Premier South, LLC

13173. Premier Trailers, LLC

13174. Premier Truss, LLC

13175. PREMIER WORKS

13176. PREMIER YARN DYERS INC.

13177. PREMIER, INC

13178. Premiere Communications & Consulting, Inc.

13179. PREMIERE GLOBAL SERVICES, INC.

13180. PREMIO FOODS, INC.

13181. Premise Data Corporation

13182. Premise One, LLC

13183. PRESBYTERIAN COMMUNITIES & SERVICES

13184. Presbyterian Homes of Georgia, Inc.

13185. PRESBYTERIAN SCHOOL

13186. PRESBYTERIAN SCHOOL

13187. PRESCIENT DEVELOPMENT

13188. Prescott Precision Die, Inc.

13189. PRESENCE OF IT LLC

13190. PRESIDENTIAL BROKERAGE, INC.

13191. PRESIDIO COMP

13192. Presidio Global LLC

13193. PRESIDIO LLC

13194. Pressman Toy Corp dba Goliath

13195. PRESTAGE FARMS, INC. & AFFILIATES

13196. PRESTIGE BREA

13197. PRESTIGE MAIN

13198. PRESTIGE MANA

13199. Preston Hollow Capital, LLC

13200. PRESTON ROAD PHARMACY, INC.

13201. PRESTONWOOD BAPTIST CHURCH, INC.

13202. Pre-Tech Plastics, Inc.

13203. PRETIUM EMPLO

13204. PRETIUM ENTER

13205. PRETIUM PACKAGING, LLC

13206. PRETIUM PACKAGING, LLC

13207. Prevalent, Inc.

13208. PREVENTIVE PEST CONTROL

13209. PREZIO HEALTH INC.

13210. PRGX USA, INC.

13211. PRICE INDUSTRIES, INC.

13212. PRICE TRANSFE

13213. PRICESMART, INC.

13214. PRIDE SOLVENTS & CHEMICAL CO. OF NY

13215. PRIDEROCK CAP

13216. PRIDES CORNER FARMS, INC.

13217. PRIESTS FOR LIFE INC.

13218. PRIMA EXPRESS INC.

13219. PRIMARY HEALTH CARE CENTER OF DADE, INC.

13220. PRIMARY INTEGRATION, LLC

13221. PRIMARY SOURC

13222. PRIME 8 CONSULTING

13223. Prime Care Technologies, Inc.

13224. PRIME COLORAN

13225. Prime Construction Group, Inc.

13226. PRIME CONTROLS LP

13227. PRIME DELI CORPORATION

13228. Prime Dental Management, LLC

13229. PRIME HEALTHC

13230. PRIME SOLUTIONS, LLC

13231. PRIME STORAGE, LLC

13232. PRIME TIME PA

13233. PRIME TIME THERMOGRAPHICS INC. DBA BCT

13234. PRIMEPATH SER

13235. Primesoft Inc.

13236. PRIMETALS TECHNOLOGIES USA, LLC

13237. PrimeTime Logistics LLC

13238. PRIMITIVE LOG

13239. Primus Builders, Inc.

13240. PRIMUS METALS

13241. PRIMUS PHARMACEUTICALS INC.

13242. PRIMUS STERILIZER COMPANY, LLC

13243. PRIMUS TELECOMMUNICATIONSINC

13244. Prince Creek Advisors, LLC

13245. PRINCE LUMBER

13246. PRINCE OF PEACE ENTERPRISES, INC.

13247. PRINCETON DERMATOLOGY ASSOCIATES

13248. PRINCETON INT

13249. PRINCETON PRO

13250. PRINCETON TECTONICS INC

13251. Princeton Tool Inc.

13252. PRINCIPAL SER

13253. PRINTED PRODUCTS & SERVICES, LTD

13254. PRINTFLEX GRAPHICS, INC.

13255. PRINTOGRAPH,

13256. PRINTPACK INC.

13257. PRINTWEST INC.

13258. PRIORITY ONE

13259. Priority One Financial Services

13260. PRISM ELECTRIC, INC.

13261. PRITCHETT CON

13262. PRIVATE MINI STORAGE MANAGER, INC.

13263. Privoro, LLC

13264. Pro Access Systems, Inc.

13265. PRO CNC, INC.

13266. Pro Custom Painting, Inc.

13267. PRO FIELD SER

13268. PRO MACH, INC.

13269. PRO PERFORMAN

13270. Pro Plumbing, LLC

13271. PRO SAFETY SE

13272. PRO TAPES & SPECIALTIES, INC.

13273. Pro Tech Industries, Inc.

13274. Pro.com

13275. Proactive Technologies, Inc.

13276. Pro-Air Mechanical, Inc.

13277. PROAPTIV CORPORATION

13278. PROBE TECHNOLOGY SERVICES, INC.

13279. PROBITY, INC.

13280. PROCESS EQUIP

13281. Process Equipment & Controls

13282. ProcessUnity, Inc.

13283. PROCON & ASSO

13284. PROCOPY OFFICE SOLUTIONS, INC.

13285. PROCUREABILIT

13286. Procurri LLC

13287. PRODEA SYSTEMS, INC.

13288. Producers Equity Group

13289. PRODUCTION PATTERN & FOUNDRY INC.

13290. Productive Automated Systems Corporation

13291. Products Support, Inc.

13292. PROFESSIONAL

13293. PROFESSIONAL

13294. PROFESSIONAL

13295. PROFESSIONAL

13296. PROFESSIONAL

13297. Professional Alternatives of Houston, LLC

13298. PROFESSIONAL BIOGRAPHIES, LLC.

13299. Professional Consulting Services

13300. PROFESSIONAL FINANCE COMPANY

13301. Professional Finance Company, Inc.

13302. PROFESSIONAL HOME HEALTH CARE

13303. PROFESSIONAL IMAGING, INC.

13304. Professional Office Environments, Inc.

13305. Professional Piping Systems, LLC

13306. Professional Plumbing Group, Inc.

13307. PROFESSIONAL SALES ASSOCIATES

13308. Professional Turf Products, LP

13309. PROFIRE ENERGY, INC.

13310. PROGRAM DEVEL

13311. PROGRAMS MANAGEMENT ANALYTICS & TECHNOLOGIES, INC.

13312. PROGRESS RESIDENTIAL, LLC

13313. PROGRESS SOFTWARE CORPORATION

13314. Progress USA, Inc

13315. Progressive Dairy Solutions, Inc.

13316. Progressive Medical, Inc.

13317. Progressive Quality Care

13318. PROGRESSIVE R

13319. Progressive Service Company Holdings, Inc.

13320. PROGRESSIVE T

13321. PROGRESSIVE T

13322. PROGRESSIVE TRANSPORTATION SERVICES, INC.

13323. PROJECT AMISTAD

13324. PROJECT RESOURCES, INC.

13325. PROJECTION, INC.

13326. Proline Distributors, Inc.

13327. PROLINK SOLUTIONS, INC.

13328. Prologic ITS, LLC

13329. PROLOGUE, INC.

13330. PROMANTUS INC

13331. Promedia, Inc.

13332. PROMETHEUS ENERGY GROUP INC.

13333. PROMETHEUS GR

13334. PROMO SHOP, I

13335. PROMONTORY HEALTHCARE COMPANIES, LLC

13336. PROMOTIONAL PRODUCT ASSOCIATION INTERNATIONAL

13337. PROMOVE GEORGIA, LLC

13338. Pronix Inc.

13339. PROOF ADVERTI

13340. ProofID, Inc.

13341. PROOFPOINT, INC.

13342. Property Damage Appraisers, Inc.

13343. Property Management of Whites City, LLC

13344. PROPERTY RESOURCES CORPORATION

13345. PROPHET BRAND STRATEGY, INC.

13346. PROPPER MANUF

13347. PROREHAB, PC

13348. PROS, INC.

13349. PROSCI

13350. Prosegur Security USA

13351. PROSEP USA INC.

13352. PROSOURCE.IT,

13353. PROSOURCE/TOLIVER'S

13354. PROSPECT MANAGEMENT CO. II, L.L.C.

13355. PROSPECT MEDICAL HOLDINGS

13356. PROSPECT TRAN

13357. PROSPECT, INC

13358. PROSPER HOLDINGS INC.

13359. PROSPER MARKE

13360. Prosper Trading Academy LLC

13361. PROSPEROWARE,

13362. PROSTAR SERVICES, INC.

13363. Protech Solutions, Inc.

13364. PROTECTION ST

13365. Protecto Wrap Company

13366. ProtectWise, Inc.

13367. Protel, Inc.

13368. PROTERRA INC

13369. PROTOCHIPS, INC.

13370. PROTRIALS RES

13371. PROVAIL

13372. Proven Management

13373. PROVENANCE CO

13374. PROVEST LLC

13375. PROVIDENCE ANCHORAGE ANESTHESIA MEDICAL GROUP, PC

13376. PROVIDENCE CO

13377. Providence Preparatory School

13378. Provident Construction, Inc.

13379. PROVIDENT CONSTRUCTION, INC.

13380. PROVIDENT REALTY ADVISORS, INC.

13381. PROVING GROUND LLC DBA DRAGON ARMY

13382. Provision Health Partners, LLC

13383. Provo Steel & Supply Co. dba ProSteel

13384. PROWESS CONSULTING LLC

13385. PROXIMA INC. D/B/A NICKA K. NEW YORK

13386. Proximity Consultants, LLC

13387. Proximity Systems, Inc.

13388. PRWT Services - Florida LLC

13389. PRYOR CASHMAN

13390. PRYOR FLOOR CO., INC.

13391. Pryor Learning Solutions

13392. PSA Worldwide, LLC

13393. PSC BIOTECH C

13394. PSF Industries, Inc.

13395. PSI CONTROL SOLUTIONS

13396. PSI PAX, INC.

13397. PsiQuantum

13398. PT INTERMEDIATE HOLDINGS IV, LLC.

13399. PTC INC.

13400. PTC INC.

13401. PTG LOGISTICS

13402. PTI MARKETING TECHNOLOGIES, INC.

13403. PUBG SANTA MO

13404. Public Education and Business Coalition

13405. PUBLIC RADIO

13406. PUBLIC REPUTATION

13407. Public Sector Health Care Group

13408. Public Storage

13409. Public Television 19, Inc.

13410. Publication Printers Corporation

13411. PublicRelay, Inc.

13412. PUBLISHERS CI

13413. PUBLISHING CONCEPTS, INC.

13414. PUCKETT EMERGENCY MEDICAL SERVICES, INC.

13415. PUEBLO CITY &

13416. Pueblo City County Library District

13417. PUEBLO COMMUNITY HEALTH CENTER, INC.

13418. Pueblo Mechanical & Controls LLC

13419. Pueblo Rural Fire District

13420. Pueblo School for Arts and Sciences

13421. PUETZ EVERGREEN GOLF COURSE, INC.

13422. PUGET SOUND GASTROENTEROLOGY

13423. PUGH LUBRICANTS LLC

13424. PUGS, INC.

13425. PULASKI COUNT

13426. Pullin, Fowler, Flanagan, Brown & Poe, PLLC

13427. Pulmonology Associates, Inc.

13428. Puls Technologies Inc.

13429. PULSAR OPERAT

13430. Pulseworks, LLC

13431. Puma Services Inc DBA Puma Steel

13432. PUMA SERVICES INC DBA PUMA STEEL

13433. Pump Masters, LLC

13434. PUMP TECH, INC.

13435. PUMPING SYSTEMS, INC

13436. PURACAP PHARMACEUTICALS, LLC

13437. PURDUE PHARMA L.P.

13438. PURE BEAUTY FARMS INC.

13439. Pure Genius LLC DBA Brain Balance

13440. Pure Power Contractors LLC

13441. PURE STORAGE, INC

13442. PURE TECHNOLOGIES US, INC.

13443. PURETALK HOLDINGS, LLC

13444. Purgatoire Valley Construction

13445. PURONICS

13446. PURONICS, INC

13447. PURPLE STRATEGIES, INC.

13448. PURPOSE BUILT SCHOOLS Atlanta

13449. Pursuant Health, Inc.

13450. PURSUIT OF EXCELLENCE, INC.

13451. Putman Media, Inc.

13452. PUTNAM INVESTMENTS, INC.

13453. Putterman Scharck & Associates

13454. Putterman, Scharck & Associates, Inc.

13455. PYRAMEX SAFETY PRODUCTS, LLC

13456. PYRAMID CONSULTING, INC.

13457. PYRAMID HOTEL GROUP

13458. PYRAMID INCORPORATED

13459. Pyramid Precision Machine, Inc.

13460. PYRAMID TECHNOLOGY SOLUTIONS, INC.

13461. Pyramid Technology Solutions, Inc.

13462. Pyrolyx USA, Inc.

13463. PYROMET LLC

13464. Q ANALYSTS, L

13465. Q Factor LLC

13466. Q1 Media, Inc.

13467. Q2 SOLUTIONS

13468. QBI Holdings, LLC

13469. QCE LLC

13470. Q-CENTRIX LLC

13471. QDiscovery, LLC

13472. QED, INC.

13473. QFR SOLUTIONS LLC

13474. Qgistix, LLC

13475. QINTERRA TECHNOLOGIES INC.

13476. QK HOLDINGS L

13477. QK Holdings LLC

13478. QLIANCE MEDIC

13479. Q-Matic Corporation

13480. QOGNIFY INC.

13481. QRC Technologies

13482. QRI INTERNATIONAL, LLC

13483. QSI STELLAR MANAGEMENT GROUP, INC.

13484. QU POS, INC.

13485. QUAD CAPITAL

13486. QUAD, INC.

13487. QUADCO, INC.

13488. QUADIENT, INC.

13489. QUADRANGLE DEVELOPMENT CORPORATION

13490. QUADVEST LP

13491. Quail Distributing, Inc.

13492. QUAIL RUN ASSOCIATION, INC.

13493. QUAKER CHEMICAL COMPANY DBA QUAKER HOUGH

13494. QUAKER CITY C

13495. QUALFAB

13496. Qualis Group

13497. QUALITOR, INC.

13498. Quality Agg & Construction, Inc.

13499. QUALITY BUILDING SERVICES CORP

13500. QUALITY CARTAGE, INC.

13501. Quality Correctional Care

13502. QUALITY COUNTS, LLC

13503. Quality Craft Wood Works, Inc.

13504. QUALITY DEALE

13505. QUALITY ELECTRIC OF THE COASTAL CAROLINAS INC.

13506. QUALITY ELECTRICAL SYSTEMS, INC.

13507. QUALITY FABRI

13508. Quality Holdings, LLC

13509. QUALITY IRON

13510. QUALITY MACHINE & TOOL WORKS

13511. QUALITY PLUS SERVICES, INC.

13512. QUALITY POOL SUPPLY CO.

13513. QUALITY PRECAST, QB, R & R

13514. Quality Rail Service, Inc.

13515. QUALITY RESTA

13516. QUALITY SERVI

13517. QUALITY SHEET METAL & WELDING, INC.

13518. QUALITY SPRINKLER CO., INC.

13519. QUALITY STEEL

13520. QUALITY SWITCHGEAR, INC.

13521. QUALITY SYSTEMS, INC.

13522. QUALITY TECHNOLOGY SERVICES, LLC

13523. Quality Testing, Inc.

13524. QUALITY WELL & PUMP, LLC

13525. QUANTICMIND,

13526. QUANTLAB FINA

13527. QUANTLAB FINANCIAL, LLC

13528. QUANTROS, INC.

13529. QUANTUM CONTROLS, INC.

13530. QUANTUM MEDICAL RADIOLOGY, PC

13531. Quantum Valve and Oilfield Solutions, LLC

13532. QUANZ MOTORCAR COMPANY

13533. QUARK PHARMAC

13534. QUARK SOFTWARE, INC.

13535. QUARTERMOORE,

13536. QUARTUS ENGINEERING INCORPORATED

13537. QUATRIS HEALT

13538. QUATTRO DIRECT LLC

13539. Qubique Inc., DBA Plate IQ

13540. QUBOLE, INC.

13541. QUECHAN HOUSING AUTHORITY

13542. QUEEN CITY AUDIO, VIDEO & APPLIANCES

13543. QUEENS FLOWERS CORPORATION

13544. QUEENS UNIVERSITY OF CHARLOTTE

13545. Queenstown Bank of Maryland

13546. Quest Consultants LLC dba Aerstone

13547. QUEST INTEGRATED, LLC

13548. QUEST MEDICAL

13549. Quest Resource Management Group LLC

13550. QUEST SOFTWARE INC.

13551. QUEST TRANSPO

13552. QUEST, INC.

13553. Questex, LLC.

13554. Questionmark Corporation

13555. Quick Connectors, Inc.

13556. QUICK HOLDING

13557. Quick Left Inc.

13558. QUICK TECHNOL

13559. QUICKCOMM

13560. QUICKEN INC.

13561. Quicksilver Scientific, Inc.

13562. QUIDDITY ENGINEERING, LLC

13563. QUIJOSS, LLC

13564. QuikPak Logistics, LLC

13565. QUIKRETE INTERNATIONAL, INC.

13566. Quintess Collection, LLC

13567. QUINTEVENTS, LLC

13568. Quirch Foods, LLC

13569. QUONTIC BANK

13570. Quotelab, LLC DBA MediaAlpha

13571. QVT FINANCIAL

13572. QW Transport LLC

13573. Qwaltec, Inc

13574. R & A Enterprises of Carbondale, Inc.

13575. R & C ROOFING

13576. R & H MECHANICAL, LLC

13577. R + D CUSTOM AUTOMATION, INC.

13578. R CONSTRUCTION COMPANY

13579. R E Cupp Construction, LP

13580. R E MONKS CONSTRUCTION CO LLC

13581. R Investments

13582. R&B WHOLESALE

13583. R&D PIPELINE CONSTRUCTION INC.

13584. R&M FREIGHT, INC.

13585. R&M SHIP TECHNOLOGIES USA, INC.

13586. R&M WELDING, INC.

13587. R&O CONSTRUCTION COMPANY

13588. R&R ENGINEERS

13589. R&R SERVICES, INC.

13590. R. CHAPMAN CONSTRUCTION

13591. R. D. Clark & Sons Inc.

13592. R. F. JORDAN & SONS CONSTRUCTION, INC.

13593. R. 'N' R. HOL

13594. R. STAFFORD COMPANY, INC.

13595. R.A. NELSON & ASSOCIATES, INC.

13596. R.B. HINKLE CONSTRUCTION, INC.

13597. R.D. HERBERT

13598. R.E. Beckner Construction, Inc.

13599. R.E. Burns & Sons Co Inc.

13600. R.F. MAU COMPANY

13601. R.G. JOHNSON COMPANY, INC.

13602. R.G. Miller Engineers

13603. R.G. VANDERWEIL ENGINEERS, LLP

13604. R.H. Dupper Landscaping, Inc.

13605. R.I.T.A. CORPORATION

13606. R.J. Dunham and Company

13607. R.J.S. Logistics, Inc.

13608. R.K. MILES, INC.

13609. R.L. Armacost, Inc.

13610. R.L. WINSTON ROD COMPANY, INC.

13611. R.L.VALLEE, INC.

13612. R.M. DISTRIBUTORS, LLC DBA MALETIS BEVERAGE

13613. R.M. Dudley Construction Ltd.

13614. R.S. CRUM & COMPANY

13615. R.T. VANDERBILT HOLDING COMPANY, INC.

13616. R.T.C., INC.

13617. R.W. SPECIALTIES, INC.

13618. R.W. ZUKIN CORPORATION

13619. R1 Motors Inc.

13620. R2 LOGISTICS,

13621. R2C GROUP

13622. R2I HOLDINGS,

13623. R2R & D, LLC DBA SUPEROD

13624. RAAS INFOTEK

13625. RAB COMMUNICATIONS, INC.

13626. Rabun County Board of Commissioners

13627. RABUN COUNTY GOVERNMENT

13628. RAC TRANSPORT CO., INC.

13629. RACETRAC INC.

13630. RACHAS INC. D

13631. RACK ROOM SHOES, INC.

13632. RAD BUILD LLC.

13633. Rad Power Bikes

13634. RADAR MANAGEMENT, LLC

13635. RADCO MANAGEMENT, INC.

13636. RADCO RESIDEN

13637. Radian Generation LLC

13638. RADIANT GLOBA

13639. Radiant Logistics, Inc.

13640. RADIATE MEDIA HOLDING COMPANY

13641. RADIO FREE EUROPE/RADIO LIBERTY

13642. RADIO RECONNA

13643. RADIOLOGY & IMAGING CONSULTANTS PC

13644. Radiology Administrative Services, LLC.

13645. RADIOLOGY IMA

13646. RADIOLOGY LTD., PLC

13647. RADIUS GLOBAL

13648. RADIUS MEDIA

13649. Radix Metasystems, Inc.

13650. RADWARE, INC.

13651. RAEL & LETSON

13652. Rafael Vinoly Architects PC

13653. Rafco Properties, Inc.

13654. Raffa Financial Services, Inc.

13655. RAIDER EXPRESS, INC.

13656. Railroad Specialties, Inc.

13657. RAINBOW REALTY

13658. Rainbow Studios Phoenix Inc.

13659. Raine and Company LLC

13660. Raines Feldman LLP

13661. Rainmaker Digital Services, LLC

13662. RAISBECK ENGINEERING, INC.

13663. RAIT FINANCIA

13664. Raleigh Radiology Associates, Inc.

13665. Ralex Services, Inc.

13666. Ra-Lin & Associates, Inc.

13667. RALLY HEALTH,

13668. Raloid Corporation

13669. RALPH G. DEGLI OBIZZI & SONS, INC.

13670. RAM PRODUCTS,

13671. RAM REALTY AD

13672. RAMBLIN EXPRESS, INC.

13673. RAMBOLL US CONSULTING, INC.

13674. Ramco

13675. RAMCO CONSTRUCTION TOOLS, INC.

13676. RAMCO DIRECTIONAL DRILLING,INC

13677. RAMEY ENVIRON

13678. RAMPART AVIATION, LLC

13679. RAMPART PLUMB

13680. Ram-T Corporation

13681. RANCH OIL COMPANY, INC. DBA BELLAIRE OIL COMPANY

13682. Rancho Grande Cantina, Inc.

13683. RANCHO MISSION VIEJO, LLC

13684. RANCHO SOLANO

13685. RANCH-WAY FEEDS

13686. Rancocas Logistics LLC

13687. RAND CHEVROLET DBA WILLIAMS CHEVROLET - OLDSMOBILE

13688. RANDA SOLUTIO

13689. RANDALL MECHANICAL, INC.

13690. Randolph Southern School Corporation

13691. RANDSTAD NORTH AMERICA, INC.

13692. RANDY REED AUTOMOTIVE

13693. RANDY'S RING & PINION SERVICE INC.

13694. RANGER CONSTRUCTION COMPANY, INC.

13695. RANGER ENERGY SERVICES, LLC

13696. RANGER OFFSHORE, INC.

13697. RANGEWATER REAL ESTATE, LLC

13698. RANLIFE, INC.

13699. Rantec Power Systems Inc.

13700. RAPID PRODUCTION TOOLING, INC.

13701. RAPP HYDEMA U.S., INC.

13702. RAPTOR ENTERPRISES

13703. Raritan Building Services Corp.

13704. Ravenel Associates, Inc

13705. RAVENSBURGER NORTH AMERICA, INC.

13706. RAVENSWOOD SO

13707. Rawlings Sporting Goods Company, Inc

13708. Ray Angelini, Inc.

13709. RAY KLEIN, IN

13710. Ray Qualmann Marine Construction, Inc.

13711. RAY VARNER FORD, LLC

13712. RAY WALKER TRUCKING CO., INC.

13713. RAYMOND BUILDING SUPPLY

13714. RAY'S FLOORING SPECIALISTS

13715. Razor Technology LLC

13716. RBI Corporation

13717. RC & E, Inc.

13718. RC HEATH CONSTRUCTION CO. DBA HEATH CONSTRUCTION

13719. RC WILLEY HOME FURNISHINGS

13720. RCC Fabricators, Inc.

13721. RCC HOLDINGS,

13722. RCF MANAGEMEN

13723. RCG VENTURES I LLC

13724. RCI PROPERTIES

13725. RCI SYSTEMS, INC.

13726. RCR Management Group LLC

13727. RCT SYSTEMS,

13728. RCTENN, LLC

13729. RDP BARRICADE DBA COLORADO BARRICADE, LLC.

13730. RE Investment Company LLC

13731. RE/MAX Alliance

13732. RE/MAX INTERNATIONAL, INC.

13733. RE-1 Valley School District

13734. REACT ENVIRON

13735. REACTION BIOL

13736. READER'S WHOLESALE DISTRIBUTORS, LTD

13737. READING PARTNERS

13738. Ready 2 Go Logistics

13739. Ready Alliance Group

13740. Ready at Dawn Studios, LLC

13741. READY AUTO TR

13742. READY CABLE INC.

13743. READY FOODS, INC.

13744. READY OILFIELD SERVICE, INC.

13745. ReadyOne Industries

13746. REAGENT CHEMICAL & RESEARCH, INC.

13747. REAL FOUNDATION, INC.

13748. REAL GOODS SOLAR, INC.

13749. Real Property Holding

13750. RealManage, LLC

13751. REALSOURCE MANAGEMENT, LLC

13752. REAL-TIME INN

13753. REALTY & MORTGAGE CO.

13754. REALTY RESOUR

13755. REALTYSHARES,

13756. REAN CLOUD LL

13757. Reata Engineering & Machine Works, Inc.

13758. Rebecca Taylor Inc.

13759. REBEL ATHLETIC

13760. RECIPROCAL LABS DBA PROPELLER HEALTH

13761. Recon International

13762. RECONDITIONED SYSTEMS, INC.

13763. Recondo Technology

13764. RECONSERVE

13765. RECONSTRUCTION EXPERTS, INC.

13766. Recordati Rare Diseases, Inc.

13767. RECORDED BOOKS

13768. RECORDING INDUSTRY ASSOCIATION AMERICA

13769. RecordTrak

13770. Recovery Services

13771. RECURLY, INC.

13772. RECYCLE INC., EAST

13773. RECYCLING & DISPOSAL SERVICES, INC.

13774. Red Bird Farms Distribution Company

13775. RED CANARY, INC.

13776. RED CANOE CREDIT UNION

13777. RED CANYON SO

13778. Red Claw LLC

13779. Red Clay Consulting, Inc.

13780. RED GATE SOFTWARE, INC.

13781. RED HAT, INC.

13782. RED HEN BAKING COMPANY

13783. RED LION HOTEL CORPORATION

13784. Red Mesa Energy Services, LLC

13785. RED MONKEY FO

13786. RED RIBBON BAKESHOP, INC.

13787. RED ROCK FAMILY PRACTICE, PC

13788. RED ROCKS CHURCH

13789. RED SPOT PAINT & VARNISH COMPANY, INC.

13790. Red Stick Golf Club, Inc.

13791. RED TETTEMER INC.

13792. RED ZEBRA HOLDINGS, LLC

13793. Redapt, Inc.

13794. Redburn Tire Company

13795. REDCOM DESIGN AND CONSTRUCTION

13796. Redding Motor Company Inc. dba Metter Ford

13797. Redding Roofing Supply

13798. REDDIT

13799. Redemption Church

13800. Redevelopment Authority County of Cumberland

13801. Redfin Corporation

13802. REDFLEX TRAFFIC SYSTEM

13803. RedHill Biopharma, Inc

13804. REDHORSE CORP

13805. REDIFORM, INC.

13806. REDLAND COMPANY

13807. REDLANDS COMMUNITY HOSPITAL

13808. REDLATTICE, I

13809. REDLINE AUTOM

13810. REDLINE MECHANICAL, LLC

13811. Redline Pipeline, LLC

13812. Redox, Inc

13813. Redpoint Management LLC

13814. REDSCOUT LLC

13815. REDW LLC

13816. Redwitz, Inc.

13817. REDWOOD PLASTICS CORPORATION

13818. REDWOOD SOFTW

13819. REED GROUP MANAGEMENT LLC

13820. Reed Hurst Trucking, Inc.

13821. REED RUBBER PRODUCTS, INC.

13822. REEDER DISTRI

13823. REEDS JEWELERS, INC.

13824. REEDTMS LOGISTICS

13825. REEL FX, INC.

13826. Reese Henry & Company, Inc.

13827. REEVES HARDWA

13828. REEVES IMPORT

13829. Refined Technologies, Inc.

13830. REFLEK MANUFACTURING, INC.

13831. Reflex Media, Inc.

13832. REFRIGERATED SPECIALIST, INC.

13833. REFRIGERATION HARDWARE SUPPLY CORPORATION

13834. REFRIGERATION SUPPLIES DISTRIBUTOR

13835. REFUAH HEALTH

13836. REGAL BUSINESS MACHINES, INC.

13837. REGAL CINEMAS

13838. REGAL DECORATING & PAINT CENTER, INC.

13839. REGAL WEST CORP DBA REGAL LOGISTICS

13840. Regency Fibers LLC

13841. REGENCY LIGHT

13842. Regency Marketing, LLC.

13843. REGENCY PARTNERS, LLC

13844. REGENESIS BIOMEDICAL, INC.

13845. Regenicare Theraputics LLC dba Progenicare

13846. Regent Partners, LLC

13847. Regional Auto Center, Inc.

13848. REGIONAL CANCER CARE ASSOCIATES

13849. REGIONAL DISTRICT COUNCIL WELFARE TRUST

13850. Regional Health Properties, Inc.

13851. REGIONAL JUST

13852. Regional Land Surveyors

13853. REGIONAL SCHOOL DISTRICT 17

13854. Regional Transportation District

13855. REGIS TECHNOLOGIES, INC.

13856. REGISTERED PHYSICAL THERAPISTS, INC. DBA RPT

13857. REGS, LLC

13858. REGULATORY COMPLIANCE SERVICES, LLC

13859. REHAB ASSOCIATES OF COLORADO

13860. REHAB BUILDERS, INC.

13861. Rehabilitation and Visiting Nurse

13862. Rehkemper & Son, Inc.

13863. REI ENGINEERS

13864. REICH & TANG

13865. REICHARD BROT

13866. Reid Middleton, Inc.

13867. REID TRADITIONAL SCHOOLS

13868. REID-ASHMAN MANUFACTURING

13869. REIDY METAL R

13870. Reign Gardens Group LLC.

13871. Reiman Corp

13872. Reimbursement Concepts, Inc.

13873. Reindeer Logistics, Inc.

13874. Reinsurance Associates, Inc.

13875. Reintjes Capital Holdings Inc.

13876. RELATIENT, LL

13877. Relational Security Corporation DBA Galvanize

13878. Relevance Lab Inc

13879. Relevant Solutions, LLC

13880. RELEVENT PARTNERS LLC

13881. RELEX Solutions

13882. RELIABILITY &

13883. Reliable Drilling Fluids, LLC

13884. RELIABLE OFFI

13885. RELIABLE PAPER RECYCLING, INC.

13886. RELIANCE FIRS

13887. Reliance Wholesale, Inc.

13888. Reliant Drywall, Inc.

13889. RELIANT GROUP, INC.

13890. RELIANT RIBBON CORP.

13891. ReliaQuest, LLC

13892. RELIAS LEARNI

13893. RELIUS MEDICAL LLC

13894. REMA TIP TOP

13895. Remedial Construction Services, L.P.

13896. REMETRONIX ME

13897. REMIND101

13898. REMINGTON INDUSTRIES, INC.

13899. REMOTE TIGER, INC.

13900. REMPREX, LLC

13901. REMY COINTREA

13902. Renaissance Group, Inc.

13903. Renaissance Oasis Spas, Inc.

13904. Renaissance Planning Group, Inc.

13905. RENAISSANCE S

13906. Renascent, Inc.

13907. RENDINA DEVELOPMENT COMPANY OF AMERICA, LLC

13908. Renegade Technology, LLC

13909. RENESOLA AMER

13910. RENEW LIFE FORMULAS, INC.

13911. RENEWABLE FIBER, INC.

13912. RENEWAL BY ANDERSON & A CUT ABOVE EXTERIORS

13913. RENFRO STREET HOLDINGS LTD

13914. Renishaw Inc.

13915. RENMATIX, INC.

13916. RENNERT, VOGEL, MANDLER & RODRIGUEZ P.A.

13917. Renovation Masters, Inc.

13918. RENOVO SOLUTIONS, LLC

13919. RENRE NORTH A

13920. RENTACRATE EN

13921. RENTECH, INC.

13922. RENU CONTRACT

13923. REPLANET HOLD

13924. Replicon Software, Inc.

13925. REPORTING SYSTEMS, INC.

13926. REPUBLIC FINA

13927. REPUBLIC MANUFACTURING

13928. RePublic Schools Nashville

13929. REPUBLIC TESTING, LLC DBA REPUBLIC WELL TESTING

13930. REPUBLICAN NATIONAL COMMITTEE

13931. REQ WEST COAS

13932. RESA POWER, L

13933. RESCALE, INC.

13934. RESEARCH AFFILIATES, LLC

13935. Research Innovations Inc.

13936. Research Institute for Fragrance Materials, Inc.

13937. RESEARCH TECHNOLOGY INTERNATIONAL COMPANY

13938. RESIDENTIAL BANCORP

13939. Residential Systems Design Inc

13940. RESIDEO TECHNOLOGIES, INC.

13941. RESMED

13942. Resnick & Louis, P.C.

13943. Resolution Consulting LLC

13944. RESONANCE

13945. RESONATE NETWORKS, INC.

13946. RESORT AT THE MOUNTAIN

13947. RESORT DATA PROCESSING

13948. Resort Group, Inc.

13949. RESORT LODGIN

13950. Resorts Advantage Ltd, Inc.

13951. RESOURCE COLORADO

13952. RESOURCE INTL INC. DBA MISHIMOTO AUTOMOTIVE

13953. RESOURCE LABE

13954. RESOURCE LABEL GROUP, LLC

13955. Resource One Credit Union

13956. Resource Recycling Management

13957. RESOURCES FOR THE FUTURE

13958. ResourceTek, LLC

13959. RESTAURANT SE

13960. Restaurant.com

13961. Reston Anesthesia Associates

13962. Reston Radiology Consultants, PC

13963. Restoration East, LLC

13964. Resultant

13965. REsurety, Inc.

13966. RESURRECTION

13967. RETAIL CONCEPTS,INC.

13968. RETAIL GROUP

13969. Retail Imaging Management Group, Inc

13970. Retail Success, LLC

13971. Retail Systems INC

13972. RETERRO, INC.

13973. RETINA CARE SPECIALISTS, LLP

13974. RETIREMENT PLANNING SERVICES, INC.

13975. REVCHEM COMPO

13976. Revco Solutions

13977. Revcontent, LLC

13978. REVEILLE MANAGEMENT, LLC

13979. REVELS CONTRA

13980. REVENTION, IN

13981. Revenue Enterprises, LLC

13982. REVGEN PARTNE

13983. REVHEALTH LLC

13984. Revinate LLC

13985. Revision Eyewear, Ltd.

13986. Revision Military, Ltd.

13987. REVOLUTION IN

13988. REVOLUTION LIGHTING TECHNOLOGIES, INC.

13989. Revolution Recovery, LLC

13990. REVOLUTION TE

13991. REVOLUTION TECHNOLOGIES, LLC

13992. REW INVESTMEN

13993. Rewined LLC

13994. REX ENGINEERING

13995. REX OIL COMPANY, INC.

13996. REYES GROUP,

13997. REYNOLDS ASPHALT & CONSTRUCTION CO.

13998. Reynolds Polymer Technology, Inc.

13999. Reytec Construction Resources, Inc.

14000. RF Group, LLC DBA Mc Gowan's Heating & AC

14001. RF Installations

14002. RG Bank, a Savings & Loan Association

14003. RG GOSSELIN, INC.

14004. RG PARENT LLC DBA ROBERT GRAHAM

14005. RGA REINSURANCE COMPANY

14006. RGGD, INC. DBA CRYSTAL ART GALLERY

14007. RGL Associates, Inc.

14008. RGL FORENSICS

14009. RHA ARCHITECT

14010. Rhea & Kaiser Advertising, Inc.

14011. Rhea Medical Center

14012. Rhett's Trucking, LLC

14013. RHINO ASSEMBL

14014. RIBBON COMMUNICATIONS OPERATING COMPANY,

14015. RICCA CHEMICAL

14016. Rice Farmers Coop, Inc.

14017. RICE INSURANC

14018. RICH BURLINGTON HOTEL, LLC

14019. RICHARD A WEI

14020. RICHARD CARRIER TRUCKING, INC.

14021. Richard Chevrolet, Inc.

14022. RICHARD MEIER & PARTNERS ARCHITECTS LLP

14023. RICHARD O'BRIEN COMPANIES

14024. Richards Inc. d/b/a The Richards Group

14025. RICHARDS, WAT

14026. RICHARDSON OPERATING COMPANY

14027. RICHARDSON'S

14028. RICHARDS-WILBERT, INC.

14029. Richards-Wilcox, Inc.

14030. RICHEMONT NORTH AMERICA, INC.

14031. Richland Industries LLC

14032. Richmond Industries, Inc.

14033. RICHMOND PUBLIC SCHOOLS

14034. Rich's Towing & Service, Inc.

14035. RICONDO & ASSOCIATES, INC.

14036. RI-CORE INC.

14037. RIDDLE VILLAGE

14038. Ride Away Handicap Equipment

14039. RIDGEFIELD SU

14040. RIDGELINE MANAGEMENT COMPANY

14041. RIDGEMOOR COUNTRY CLUB

14042. RIDGEVIEW CLASSICAL SCHOOLS

14043. RIDGEVIEW CUSD#19

14044. RIEBES AUTO PARTS

14045. RIG TRANSPORT, LLC

14046. RIGEL PHARMAC

14047. RIGGS OIL COMPANY BLACK DIAMOND FOOD & GAS

14048. Right Traffic Management

14049. RIGHT! SYSTEMS, INC.

14050. RIGHTSCALE, INC.

14051. RIGHTSIDE GROUP LTD

14052. RIGIL CORPORA

14053. RIH ACQUISITIONS MS I, LLC - DBA RESORTS

14054. RIH ACQUISITIONS MS II, LLC - DBA BALLY

14055. Rim Tec Inc.

14056. RIMROCK HOLDI

14057. RINALDI PRINTING COMPANY

14058. RINNAI AMERICA CORPORATION

14059. RIO BLANCO COUNTY SCHOOL DISTRICT RE-4

14060. RIO ENERGY INTERNATIONAL, INC.

14061. RIO GRANDE HOSPITAL

14062. RIO GRANDE ME

14063. RIO GRANDE PACIFIC CORPORATION

14064. RIO TINTO AMERICA HOLDINGS, INC

14065. RIPLEY POWER & LIGHT CO.

14066. Ripple Foods, PBC

14067. Ripple LLC

14068. Risk Consulting Partners, LLC

14069. RISTKEN SOFTWARE SERVICES, LLC

14070. RITCHIE BROS AUCTIONEERS

14071. RITOCH-POWELL

14072. RITSEMA LAW LLC

14073. Ritsuko Lifts, LLC

14074. RITZ INSTRUMENT TRANSFORMERS, INC.

14075. River City Construction, Inc.

14076. RIVER HORSE L

14077. RIVER POINT F

14078. RIVER ROCK REAL ESTATE GROUP

14079. RIVERBED TECHNOLOGY, LLC

14080. RIVERFRONT RE

14081. RIVERHEAD MOT

14082. Riverhead Motors, Inc.

14083. RIVERON CONSU

14084. RiverRoad Waste Solutions, Inc.

14085. Rivers Plumbing and Electric, Inc.

14086. Riverside Assessments, LLC

14087. RIVERSIDE TEC

14088. RIVERSTONE RESOURCES LLC

14089. Rivertown Pediatrics PC

14090. RIVIERA BROAD

14091. Riviera Partners, LLC

14092. RIVKIN RADLER LLP

14093. RJ Kool Company

14094. RJ Taylor - Wyatt, LLC

14095. RJC, LLC

14096. RK ENVIRONMENTAL SERVICES, LLC

14097. RKAA Architects, Inc.

14098. RKS ASSOCIATES

14099. RLG INTERNATIONAL

14100. RLI CORP

14101. RLI SERVICES LLC

14102. RLMK, INC.

14103. RLP Mechanical Contractors, Inc.

14104. RM Bradley Management Corporation

14105. RMB Capital Management

14106. RMC DISTRIBUT

14107. RMC Research Corporation

14108. RMD MANAGEMENT, INC.

14109. RME GROUP HOL

14110. RME HOLDINGS & OPERATIONS, LLC

14111. RMGS, Inc.

14112. RMJ Electrical Contractors, Inc.

14113. RML AUTOMOTIVE

14114. RMO, INC.

14115. RMR MECHANICAL

14116. RMS Omega Technologies Group, Inc.

14117. RMT

14118. RMW ARCHITECT

14119. RMX GLOBAL LO

14120. ROA Management Holding, LLC

14121. ROAD & RAIL SERVICES, INC.

14122. ROAD CONSTRUCTION NORTHWEST, INC.

14123. Road Machinery LLC

14124. Road Runner Sports, Inc.

14125. ROADMARK CORPORATION

14126. ROBBIES MARINE ENTERPRISES, INC.

14127. ROBBINS MANUFACTURING COMPANY, INC.

14128. Robbins Maritime, Inc.

14129. ROBBINS-GIOIA, INC.

14130. Robert Charles Lesser & Co., LLC

14131. Robert D. Young Construction, Inc.

14132. ROBERT E. PORTER CONSTRUCTION CO., INC.

14133. ROBERT FOSS ELECTRIC, LLC

14134. ROBERT FOX, INC.

14135. ROBERT HALF INTERNATIONAL INC.

14136. Robert W. Chapman & Co.

14137. ROBERTS AIRCRAFT COMPANY

14138. ROBERTS COMMUNICATIONS NETWORK

14139. Roberts Ford, Inc., dba Legacy Ford Lincoln Mercury

14140. ROBERTSON FIRE PROTECTION DISTRICT

14141. Robertson Pools, Inc.

14142. ROBERTSON TAY

14143. ROBERTSON, AN

14144. ROBINETTE DEMOLITION, INC.

14145. ROBINETTE TRUCKING, INC.

14146. ROBINSON EXPORT IMP CORP DBA REICO KITCHEN & BATH

14147. ROBINSON MANUFACTURING COMPANY, INC.

14148. ROBINSON TAIT, PS

14149. Roblon US, Inc.

14150. ROBSON COMMUNITIES, INC.

14151. ROC Americas, Inc.

14152. ROCA USA, INC

14153. Roccor, LLC

14154. ROCHE BROS, INC

14155. Roche Constructors, Inc.

14156. ROCHESTER & A

14157. Rock City Mechanical, LLC

14158. ROCK COMMUNIT

14159. Rock Hard Cementing, LLC

14160. Rock Hill Coca Cola Bottling Company

14161. ROCK LANE MAN

14162. ROCK SPRINGS NATIONAL BANK

14163. Rock West Composites, Inc.

14164. ROCKDALE COUNTY BOARD OF COMMISSIONERS

14165. ROCKET LEARNI

14166. ROCKFORD BALL SCREW COMPANY

14167. ROCKINGHAM COUNTY

14168. ROCKLAND PARA

14169. ROCKPOINT GRO

14170. ROCKPORT HEALTHCARE SERVICES

14171. ROCKWOOD CAPITAL, LLC

14172. Rockwood Electric Utility

14173. Rocky Mountain Brake Supply, Inc.

14174. Rocky Mountain Classical Academy

14175. ROCKY MOUNTAIN COMMUNICATION SPECIALTIES

14176. ROCKY MOUNTAIN CYCLE PLAZA

14177. ROCKY MOUNTAIN DRYWALL, INC.

14178. ROCKY MOUNTAIN ELECTRIC, INC.

14179. ROCKY MOUNTAIN EXPRESS CORP

14180. ROCKY MOUNTAIN GASTROENTEROLOGY ASSOCIATES, PLLC

14181. Rocky Mountain Health Care Services

14182. ROCKY MOUNTAIN INFECTIOUS DISEASES, PC

14183. ROCKY MOUNTAIN INSTITUTE

14184. ROCKY MOUNTAIN JANITORIAL SPECIALISTS

14185. Rocky Mountain Natural Meats

14186. ROCKY MOUNTAIN OILFIELD WAREHOUSE

14187. Rocky Mountain Plumbing Hydroheat, Inc

14188. ROCKY MOUNTAIN PRIMARY CARE

14189. ROCKY MOUNTAIN RADIOLOGISTS PC

14190. Rocky Mountain Recycling, Inc.

14191. ROCKY MOUNTAIN SER JOBS FOR PROGRESS

14192. Rocky Mountain State Anesthesia Providers

14193. Rocky Mountain Steel, Inc.

14194. Rocky Mountain Transload, Inc.

14195. Rocky Mountain West Telecom, Inc.

14196. ROCKY MOUNTAIN WIRELINE SERVICE, INC.

14197. Rocky Road Remedies, LLC

14198. ROCKYOU, INC.

14199. RODE WELDING SERVICE, LLC

14200. RODEMYER CHRISTEL, INC.

14201. Rodgers Consulting, Inc.

14202. ROFIN-SINAR, INC.

14203. ROGERS AND SO

14204. ROGERS BENEFI

14205. Rogers Finishing, LLC dba Add Bac

14206. ROGERS MARVEL

14207. ROGERS, MORRI

14208. ROGUE VALLEY COUNTRY CLUB

14209. ROHM SEMICOND

14210. ROHO, INC.

14211. Rohrman Motors dba Tom Denchel Dealerships

14212. ROI HEALTHCAR

14213. ROKU, INC.

14214. Roland Technologies Group, Inc.

14215. ROLF C. HAGEN (USA) CORP.

14216. ROLLEASE, INC.

14217. ROLLED ALLOYS, INC.

14218. ROLLER DERBY SKATE CORP

14219. ROLLEX CORPORATION

14220. ROLLIN J. LOBAUGH, INC.

14221. ROLLING HILLS COUNTRY CLUB

14222. ROLLING PLAIN

14223. ROLYN COMPANIES, INC.

14224. ROMAC INDUSTRIES, INC.

14225. ROMACORP, INC

14226. ROMAN CATHOLIC DIOCESE OF GALLUP

14227. ROMAN CATHOLIC DIOCESE OF LEXINGTON

14228. ROMARK LABORA

14229. Romark LC

14230. ROME MCGUIGAN, P.C.

14231. ROMULUS, INC.

14232. RON CARTER AU

14233. RON TONKIN CHEVROLET CO.

14234. Ron Turley Associates, Inc.

14235. Rondell Homes Inc

14236. RONDO, INC.

14237. RONNIE & CATHY MATTHEWS, LTD

14238. Roof System of VA, Inc.

14239. ROOF TILE ADMINISTRATION, INC.

14240. ROOF TOPPERS, INC.

14241. ROOFERS MART, INC.

14242. Roofers Supply / Pappas Builders Supply

14243. ROOFSTOCK, IN

14244. ROONEY HOLDINGS, INC.

14245. ROOSEVELT CHA

14246. ROOSEVELT IRRIGATION DISTRICT

14247. ROOSEVELT MANAGEMENT CO, LLC

14248. ROOT9B TECHNOLOGIES, INC.

14249. root9B, LLC

14250. ROOTER SEWER SERVICE INC. DBA ROTO-ROOTER, R&R RES

14251. ROP Management, LLC

14252. Rope Partner, Inc.

14253. ROPPONGI TAHO

14254. Rosca Solutions

14255. Rose Community Foundation

14256. ROSE CONSTRUC

14257. ROSE HOLDINGS

14258. Rose Paving, LLC

14259. ROSE VILLA, INC.

14260. ROSEBUD MINING COMPANY

14261. Rosedale Federal Savings & Loan Association

14262. Roseland Management, LLC

14263. ROSELLE SAVINGS BANK

14264. ROSEMONT PROPERTY MANAGEMENT LLC

14265. Rosemount Management LLC

14266. Rosen Aviation, LLC

14267. ROSEN MATERIA

14268. ROSEN OF COLORADO, INC.

14269. ROSEN PUBLISHING GROUP INC.

14270. ROSEN, SAPPER

14271. ROSENFIELD RESTAURANTS

14272. ROSES SOUTHWEST PAPERS, INC.

14273. Rosetta Homes, LLC

14274. ROSLAND CAPITAL, LLC

14275. ROSS AERIAL EQUIPMENT LLC

14276. Ross Aluminum

14277. Ross Automatics LLC

14278. Ross Industries, Inc.

14279. ROSS INTERNAT

14280. ROSS PRINTING

14281. ROSSCO CRANE & RIGGING, INC.

14282. Rossi North America, Inc.

14283. ROSSLYN SYNDI

14284. ROSWELL BOOKBINDING

14285. ROSWELL FORD

14286. ROTH BROS., INC.

14287. ROTORCRAFT SERVICES GROUP

14288. RouteMatch Software, Inc.

14289. Routeware, Inc

14290. Row Management Ltd.

14291. Rowland + Broughton Architecture & Urban Design

14292. ROWLAND BROUGHTON ARCHITECTURE & URBAN DESIGN

14293. ROWLAND, INC.

14294. ROXITICUS GOLF CLUB, INC.

14295. ROY E. WHITEHEAD, INC.

14296. ROY JORGENSEN ASSOCIATES, INC.

14297. ROY LOMAS CARPET CONTRACTOR INC

14298. ROY MILLER FR

14299. Roy Umbarger & Sons, Inc.

14300. Royal Banks of Missouri

14301. ROYAL BATHS M

14302. Royal Dental Manufacturing, Inc.

14303. ROYAL HOLDINGS, INC.

14304. Royal Master Grinders, Inc.

14305. ROYAL METAL INDUSTRIES, INC.

14306. ROYAL REALTY CORP.

14307. ROYAL ROBBINS

14308. ROYAL WIRE PRODUCTS, INC.

14309. ROYALS, INC.

14310. ROYELL MANUFA

14311. RP SERVICES, LLC

14312. RPB Enterprises Inc dba Advantage Mechanical

14313. RPC CONTRACTING INC

14314. RPC Development Group,LLC

14315. RPM MACHINERY, LLC/HAGEMAN GROUP, LLC

14316. RPR PRODUCTS, INC.

14317. RPS GROUP, IN

14318. RQAW CORP

14319. RR INVESTMENTS INC., DBA MILLION AIR DALLAS

14320. RREMC, LLC.

14321. RS Braswell Co., Inc.

14322. RS SOFTWARE (INDIA) LIMITED

14323. RSA Films

14324. RSG FOREST PRODUCTS, INC.

14325. RSG SYSTEMS, INC.

14326. RSI ENTERPRIS

14327. RSI Kitchen & Bath

14328. RSI PARTNERS LLC

14329. RSM Company

14330. RSM ELECTRON POWER, INC.

14331. RSR Corporation

14332. RSR NORTH AMERICA CORP.

14333. RTH, Inc

14334. RTI INTERNATIONAL

14335. RTI INTERNATIONAL METALS, INC.

14336. RTL Networks, Inc.

14337. RTT USA, INC.

14338. RUBADUE WIRE COMPANY, INC.

14339. RUBBER AND PLASTICS, INC.

14340. RUBEN RESTAURANTS, INC.

14341. RUBENSTEIN AS

14342. RUBY CANYON DENTAL

14343. RUCKER RESTAURANT HOLDINGS, LLC

14344. Ruckus Wireless, Inc.

14345. RUDINGER ENTERPRISES INCORPORATED

14346. Rudolph Logistics North America Inc.

14347. Rudy's Markets, Inc.

14348. Ruel T. Stoessel, MD, PA

14349. RUG DOCTOR, LLC.

14350. RUGBY HOLDING

14351. RUGGED COUNTRY TANKLINES CORP.

14352. RUKERT TERMINALS CORP / BEACON STEVEDORING CORP

14353. RULON HARPER

14354. Rumbles Document Solutions LLC

14355. RUME, INC.

14356. RUMMEL CONSTRUCTION, INC.

14357. RUN ENERGY, LP

14358. RUN STUDIOS,

14359. RUNGE, INC

14360. RUPRECHT HART WEEKS & RICCIARDULLI, LLP

14361. RURAL UTAH CH

14362. RUSH DEVELOPMENT, INC.

14363. RUSH MANAGEMENT, INC.

14364. RUSH SURGICENTER L.P.

14365. RUSSELL FINEX INC.

14366. RUSSELL MARIN

14367. RUSSELL REYNOLDS ASSOCIATES

14368. RUSSELL ROOFING COMPANY INC.

14369. Rust Automation & Controls, Inc.

14370. RUTGERS CASUALTY INSURANCE COMPANY

14371. RUTHERFORD COUNTY BOARD OF TRUST

14372. RUTH'S HOSPITALITY GROUP, INC.

14373. Rutland Plastics, Inc.

14374. RV HORIZONS, INC.

14375. RW3 Technologies, Inc.

14376. RX SYSTEMS, INC.

14377. RXEDO, INC.

14378. RXR CO. PROPERTY MANAGEMENT, LLC

14379. RYAN HEALTH

14380. RYAN, SWANSON & CLEVELAND, PLLC

14381. RYDIN DECAL

14382. RYESON CORPORATION

14383. RYTHMOS INC.

14384. S & A COMPUTE

14385. S & B METAL P

14386. S & J Ford of Rock Springs DBA First Choice Ford

14387. S & K DISTRIBUTION, LLC.

14388. S & S AUTOMOT

14389. S & S Services Group, LLC

14390. S & S STEEL FABRICATION, INC.

14391. S and S Supplies & Solutions, Inc.

14392. S&B ENGINEERS AND CONSTRUCTORS, LTD.

14393. S&B PORTA-BOWL RESTROOMS

14394. S&B WILSON, I

14395. S&G FISH, LLC

14396. S&S Distributions LLC

14397. S&S Professional Services

14398. S&S WORLDWIDE, INC.

14399. S&W Seed Company

14400. S. ROTHSCHILD & COMPANY, INC.

14401. S.B.Inc. dba Sherman Bros Heavy Trucking

14402. S.E., INCORPORATED

14403. S.L.I. DESIGN

14404. S.M. WILSON & CO.

14405. S.R.C. CORPORATION DBA STEVE REGAN COMPANY

14406. S.S. Papadopulos & Associates, Inc.

14407. S.W. RODGERS COMPANY, INC.

14408. SA Piazza & Associates LLC

14409. SAAMA Technologies, LLC.

14410. SAATI Americas Corporation

14411. SABAL HOMES LLC

14412. SABArchitects

14413. Saber Forge LLC

14414. SABERT CORPORATION

14415. SABRA WANG &

14416. SAC Finance, Inc.

14417. SACRAMENTO RE

14418. Sacred Journey Hospice, Inc.

14419. Sacyr Construction USA, LLC

14420. SADA SYSTEMS,

14421. SADDLE BUTTE OPERATING, LLC

14422. SADDLEBROOK RESORT, INC.

14423. SADLER BROTHE

14424. SAE Institute Group,Inc.

14425. SAEXPLORATION, INC.

14426. SAFARI TELECO

14427. SAFARILAND, LLC

14428. Safe In Sound Hearing, LLC

14429. SAFE TECH, INC.

14430. SAFEGUARD SEL

14431. SAFE-STRAP COMPANY, LLC

14432. SAFETY RAILWAY SERVICE, L.P.

14433. SafetyCall International, LLC

14434. SAFETYNET WOR

14435. Safe-Way Garage Doors, LLC

14436. Saffe Property and Casualty, LP

14437. SAFILO USA, INC

14438. Sage Black Consulting & Contracting, LLC

14439. SAGE HOSPITALITY RESOURCES, LLC

14440. Sage Refined Products, Ltd.

535

14441. Sagebrush Church

14442. SAGER METAL STRIP CO LLC

14443. SAGICOR LIFE INSURANCE COMPANY

14444. SAGITEC SOLUTIONS, LLC

14445. SAH ENTERPRISES OR WHC/COC

14446. SAI360 INC.

14447. SAINT ANN'S HOME CORPORATION

14448. Saint Arnold Brewing Company

14449. SAINT AUBYN HOMES, LLC

14450. SAINT DOMINIC'S HOME

14451. Saint Edmond's Academy

14452. SAINT FRANCIS COMMUNITY SERVICES

14453. Saint Francis High School

14454. SAINT MARY'S SCHOOL

14455. SAINT MICHAEL'S COLLEGE

14456. SAINT-GOBAIN CORPORATION

14457. SAJAHTERA, INC

14458. SAK CONSTRUCT

14459. Salad Collective, LLC.

14460. SALAL CREDIT UNION

14461. SALANTER AKIB

14462. SALAS O'BRIEN

14463. SALEM HOLDING COMPANY

14464. SALES PERFORMANCE HOLDING CO.

14465. SALES TALK, L

14466. SalesFusion, Inc.

14467. SALIDA DEL SO

14468. SALIENT CRGT

14469. SALIENT SURGICAL TECHNOLOGIES, INC.

14470. Salinas Fire Fighters Association Local 1270

14471. SALINAS VALLE

14472. SALMON BROOK VETINARY HOSPITAL

14473. SALOMONE BROS

14474. SALON SERVICE

14475. SALSON LOGISTICS

14476. SAM HOUSTON ELECTRIC

14477. SAM LINDER, INC.

14478. SAM SCHMIDT MOTORSPORTS, LLC

14479. SAM SCHWARTZ

14480. SAMANAGE USA,

14481. SAMARITAN VILLAGE

14482. SAMBA HOLDING INC.

14483. SAMBA STAFF PLAN

14484. SAMCO CAPITAL MARKETS, INC.

14485. SAMMONS CORPORATION

14486. SAMORLANA, LLC. DBA AXIAL360

14487. Sam's Appliances and Furniture, LLC

14488. Samsill Corporation

14489. SAMSON ELECTRIC, INC.

14490. Samuel Klein & Company

14491. SAN CARLOS PA

14492. SAN ELIZARIO INDEPENDENT SCHOOL DISTRICT

14493. San Francisco C & C (dba Mel's Drive- In)

14494. SAN FRANCISCO FEDERAL CREDIT UNION

14495. SAN FRANCISCO PARKING, INC. (DBA CITY PARK AND SFO

14496. SAN FRANCISCO ZEN CENTER

14497. SAN JOSE MEDICAL GROUP, INC

14498. SAN JUAN CONS

14499. SAN LUIS VALL

14500. SAN MAR CHILDREN'S HOME

14501. San Mateo Credit Union

14502. SAN TAN AUTO PARTNERS LLC DBA SAN TAN FORD

14503. San Tan Behavioral Health Services LLC

14504. San Tan Montessori School, Inc.

14505. SANBORN MAP C

14506. Sand Cherry Associates, Inc.

14507. SAND TACO, INC.

14508. SANDENVENDO A

14509. Sanders & Parks, P.C.

14510. SANDERS/WINGO ADVERTISING INC.

14511. SANDERSON SAFETY SUPPLY

14512. Sanderson Stewart

14513. SANDIA OFFICE SUPPLY, INC.

14514. SANDRIDGE FOOD CORPORATION

14515. SANDSTONE CREEK CLUB

14516. SANDWICH SC LLC

14517. SANFORD SCHOOL DISTRICT 6-J

14518. Sangre de Cristo Hospice & Palliative Care

14519. Sanibel Captiva Community Bank

14520. SANICO INC.

14521. SANOVA DERMAT

14522. Sanpete Steel

14523. Sanrio, Inc.

14524. Santa Cruz Bicycles, LLC

14525. SANTA CRUZ SEASIDE COMPANY

14526. SANTA FE IMAGING, LLC

14527. SANTA FE IMPORTS

14528. SANTA FE PREPARATORY SCHOOL

14529. SANTA LUCIA PRESERVE COMPANY

14530. SANTA SWEETS, INC.

14531. SantaPaul Corp DBA LIMA Company

14532. SAN-TEC, INC.

14533. Santmyer Companies Inc

14534. SANYO MACHINE AMERICA

14535. Sapien, LLC

14536. Sapience Analytics Corp

14537. Sapphire Health Services

14538. Sapphire Ventures, LLC

14539. Sarasota Anesthesiologists, P.A.

14540. Sarasota Housing Authority

14541. SARCO INC.

14542. SARDINIA CONC

14543. SARGEANT BULKTAINERS, INC.

14544. SARGENT CORPORATION

14545. SARGENT ELECTRIC COMPANY

14546. SARGENT METAL FABRICATORS

14547. SAS GLOBAL CO

14548. SAS RESTAURANT VENTURES, INC.

14549. SASCO CHEMICAL GROUP, INC.

14550. Sashco, Inc.

14551. SASKEN TECHNO

14552. SASOL (USA) CORPORATION

14553. SATELLITE TOO

14554. Satellite Tool & Machine Co., Inc.

14555. Sathorn Corporation

14556. SATORI CAPITAL, LLC.

14557. Saul Mirowitz Jewish Community School

14558. SAUNDERS & AS

14559. Savannah Christian Preparatory School

14560. SAVANT CAPITAL, LLC DBA SAVANT CAPITAL MANAGEMENT

14561. SAVERS

14562. Savi Technology, Inc.

14563. SAVIN ENGINEE

14564. Saviynt, Inc.

14565. SAVIYNT/SECURONIX

14566. SAWGRASS MUTUAL INSURANCE

14567. Sawyer Plumbing, LLC

14568. SB ARCHITECTS

14569. SB GROUP US

14570. SB INVESTMENT

14571. SB OILFIELD SERVICES, LLC

14572. SBA ACQUISITI

14573. SBLI USA

14574. SBR MANAGEMENT, LLC

14575. SBR TECHNOLOGY

14576. SBS CISCO, IN

14577. SBS CREATIX,

14578. SBS WORLDWIDE

14579. SBSA, Inc.

14580. SCA EMPLOYEES OF MAXIMUS SERVICE, LLC

14581. SCADA PRODUCTS, LLC DBA EAGLE AUTOMATION

14582. Scale AI, Inc.

14583. Scaled Agile, Inc.

14584. SCALES INDUST

14585. SCARFF MOTORS

14586. SCC INC.

14587. SCD Information Technology, LLC

14588. Sceptre Hospitality Resources, LLC

14589. Schaller Auto World, Inc.

14590. SCHAUENBURG FLEXADUX CORP.

14591. Schaumburg Park District

14592. SCHELL & KAMPETER, INC. DBA DIAMOND PET

14593. Schenck Foods Co. Inc

14594. SCHENCK PROCESS LLC

14595. SCHENKEL & SH

14596. Schepps Management Company

14597. Scherer Design Group, LLC

14598. SCHIFFMAN'S I

14599. SCHILLING BROTHERS LUMBER & HARDWARE, INC.

14600. SCHIMENTI CON

14601. SCHIMENTI CONSTRUCTION COMPANY, LLC

14602. SCHINDLER ELEVATOR CORPORATION

14603. SCHIPPERS & CREW, INC.

14604. Schlichter Bogard & Denton, LLP

14605. SCHLOSSER SIGNS, INC.

14606. SCHLUMBERGER TECHNOLOGY CORPORATION

14607. SCHMITT-SUSSMAN ENTERPRISES, INC.DBA PFP

14608. Schmueser & Associates, LLC

14609. SCHNABEL ENGINEERING, INC

14610. Schneider Optical Machines, Inc.

14611. Schnitzer West, LLC

14612. SCHOELLER ARCA SYSTEMS, INC.

14613. SCHOOL BOARD OF HIGHLANDS COUNTY

14614. SCHOOL OF VISUAL ARTS LLC

14615. SCHOOLCARE

14616. SCHOOLOGY LLC

14617. SCHOTT NORTH AMERICA, INC.

14618. SCHOTTENSTEIN STORES CORPORATION

14619. Schouest, Bamdas, Soshea & BenMaier, PLLC

14620. SCHRADER OIL COnoco

14621. SCHREEDER, WHEELER & FLINT, LLP

14622. SCHROLL CABINETS INC.

14623. SCHULTE BUILDING SYSTEMS, L.P.

14624. SCHULTES PRECISION MANUFACTURING

14625. SCHULTHEIS & PANETTIERI LLP

14626. SCHULTZ INDUSTRIES, INC

14627. SCHUMACHER EU

14628. SCHUMACHER IN

14629. SCHWARTZ, JUNELL, GREENBERG & OATHOUT, L.L.P.

14630. Schwazze

14631. Schwob Building Company, LTD

14632. SCHWOB ENERGY SERVICES, LLC

14633. SCI BOX, LLC

14634. Science Interactive Group

14635. SCIENCELOGIC, INC.

14636. SCIENTIFIC CO

14637. SCIENTIFIC DESIGN COMPANY, INC.

14638. SCIENTIFIC GAMES CORPORATION

14639. SCIENTIFIC IN

14640. Scientific Learning Corporation

14641. SCIENTIFIC TECHNOLOGIES CORPORATION

14642. SCITON, INC.

14643. SCL HEALTH

14644. SCM GROUP NOR

14645. S-CON, INC.

14646. SCOOTERBUG IN

14647. Scope Anesthesia Of North Carolina, PLLC

14648. Scotlynn USA Division, Inc.

14649. SCOTT & REID GENERAL CONTRACTORS, INC.

14650. Scott Contracting LLC

14651. SCOTT INDUSTRIAL SYSTEMS

14652. SCOTT LOGISTICS CORP.

14653. SCOTT, PARNELL & ASSOCIATES, PC

14654. Scott's Liquid Gold, Inc.

14655. Scottsdale Bible Church

14656. Scottsdale Hangar One, LLC

14657. SCP Distribution, LLC

14658. SCRANTON GILLETTE COMMUNICATIONS, INC.

14659. SCS DIRECT, I

14660. SCS GLOBAL SE

14661. SCUF GAMING I

14662. SD IRELAND CONCRETE CONSTRUCTION CORPORATION

14663. SDII GLOBAL C

14664. SDK APARTMENTS

14665. SDM&R, INC. DBA SENN DUNN INSURANCE

14666. SDS INTERNATIONAL, INC.

14667. SDV Construction

14668. SDV CONSTRUCTION INC.

14669. Sea Ranch Club of Boca Association, Inc.

14670. SeaBay Building Group LLC

14671. Seabold Construction

14672. SEABROOK ISLA

14673. SEACOAST BANK

14674. Seacoast Utility Authority

14675. SEACRET DIREC

14676. Seafood Supply Company, LP

14677. SeaGate Management, LLC

14678. Seagull Scientific, Inc.

14679. Seagull Software, LLC

14680. SEAIR Transport Services, Inc.

14681. SEAKR ENGINEERING LLC

14682. SEAL AFTERMARKET PRODUCTS LLC

14683. Sealevel Systems, Inc.

14684. Sealing Agents Waterproofing

14685. Sealstrip Corporation

14686. SEALY OPERATING COMPANY III, INC.

14687. SEAMAN CORPORATION

14688. SEARCH

14689. Search Wizards Inc.

14690. SEARLE BROS CONSTRUCTION CO

14691. SEARLE BROS CONSTRUCTION CO.

14692. Sears Trostel Lumber Co.

14693. Seaside Bank and Trust

14694. SeaTec Consulting, Inc.

14695. Seatex LLC

14696. Seatrium Letourneau USA, Inc.

14697. SEATTLE CHRISTIAN SCHOOLS

14698. SEATTLE GENETICS, INC.

14699. SEATTLE GOURM

14700. SEATTLE KING COUNTY CONVENTION & VISITORS BUREAU

14701. SEATTLE METRICS, INC.

14702. SEATTLE METROPOLITAN CREDIT UNION

14703. SEATTLE PACIFIC UNIVERSITY

14704. Seattle's Union Gospel Mission

14705. SEBASTIAN CONSTRUCTION GROUP, LLC

14706. SEBIA, INC.

14707. SECHRIST INDU

14708. SECO ARCHITEC

14709. Second Harvest Food Bank of Central Florida, Inc.

14710. SECOND HARVEST FOOD BANK OF ORANGE COUNTY, INC.

14711. SECOND NATURE ENTRADA, LLC

14712. SECOND SIGHT

14713. SECRETARIAT A

14714. SECURADYNE SYSTEMS INTERMEDIATE, LLC.

14715. Secured Alliance, Inc.

14716. SecuriGence, LLC

14717. SECURITY ALARM FINANCING ENTERPRISES

14718. Security Equipment Supply, Inc.

14719. Security Equipment, Inc.(SEi)

14720. SECURITYPLUS FEDERAL CREDIT UNION

14721. Securonix, Inc.

14722. SEDA NORTH AM

14723. SEDGWICK PAYR

14724. SEDONA ROUGE HOTEL & SPA

14725. SEEBRIDGE MED

14726. Seed Intellectual Property Law Group

14727. Seeds, Inc

14728. SEEGARS FENCE COMPANY, INC.

14729. SEEKINS BENEFIT PLAN

14730. SEEKINS PRECISION, LLC

14731. Segars Group, LLC

14732. SEGUIN SERVICES

14733. SEH AMERICA, INC.

14734. SEI HOLDINGS

14735. SEIDEL & SHAW

14736. SEIKO INSTRUM

14737. Seiler LLP

14738. SEIPP & FLICK LLP

14739. SEIU HEALTH AND WELFARE FUND

14740. SEIU HEALTH CARE ACCESS TRUST

14741. Select Benefits Group, Inc. dba Dental Select

14742. SELECT DATA,

14743. SELECT DESIGN LTD, INC.

14744. Select Investment and Management Co.

14745. SELECT PEOPLE, INC.

14746. SELECT SIRES MIDAMERICA, INC.

14747. SELECTRANSPORTATION RESOURCES, LLC

14748. SELECTRONICS CORPORATION

14749. SELF-INSURANCE POOL OF GREATER KANSAS CI

14750. Semantic AI, Inc.

14751. SEMERSKY ENTERPRISES, INC.

14752. SEMI MOJO, IN

14753. SEMICONDUCTOR RESEARCH CORPORATION

14754. SEMILAB USA LLC

14755. SEMINOLE COUNTY PUBLIC SCHOOLS

14756. SEMINOLE ELECTRIC COOPERATIVE, INC.

14757. Semitorr, Inc.

14758. SEMPERMED USA

14759. Semple, Marchal & Cooper, LLP

14760. SEMS AND SPECIALS, INC.

14761. SENATE HOSPIT

14762. SendBird, Inc.

14763. SENDERRA RX PARTNERS, LLC

14764. SENDGRID, INC.

14765. SENECA FAMILY OF AGENCIES

14766. Senior Housing Options, Inc.

14767. SENIOR LIVING COMMUNITIES, LLC

14768. SENIORSPLUS

14769. SENN VISCIANO CANGES P.C.

14770. Sennebogen LLC

14771. SENNINGER IRR

14772. SENOX CORPORATION

14773. Sense Corp

14774. Sense Talent Labs, Inc.

14775. Sensei Ag Holdings, Inc.

14776. Sensenich Propeller Manufacturing, Co., Inc.

14777. SENSIBA SAN FILIPPO LLP

14778. Sensor Tower Inc

14779. SENSORWISE, I

14780. SENTARA HEALTHCARE MEDICAL

14781. SENTE MORTGAG

14782. Sentek Consulting, Inc. dba Sentek Global

14783. Sentia Wellness, Inc

14784. SENTIENT CORP

14785. SENTIENT ENERGY, INC.

14786. SENTIENT TECHNOLOGIES (USA) LLC

14787. SENTINEL SYSTEMS CORPORATION

14788. SENTRY DATA SYSTEMS, INC.

14789. SENVION USA CORP.

14790. SEOUL SHIK POOM, INC. DBA SEOUL TRADING USA

14791. SEOUL TRADING GROUP

14792. SEPAX TECHNOLOGIES, INC

14793. SEQUACHEE VAL

14794. SEQUIN, LLC

14795. SEQUOIA AUTOMATIC, INC.

14796. Sequoia Financial Group, LLC

14797. SEQUOIA RETAIL SYSTEMS

14798. SER ENTERPRISES INC

14799. SERC Reliability Corporation

14800. SERCK SERVICES, INC.

14801. SERENA & LILY, INC.

14802. SERENIC SOFTW

14803. Seretta Construction, Inc.

14804. SERODINO, INC.

14805. SERRALA SOLUT

14806. Sertifi, Inc.

14807. Service & Sales, Inc.

14808. SERVICE DISTRIBUTING INC.

14809. SERVICE FINAN

14810. SERVICE LINES, INC.

14811. Service Manager Products, LTD

14812. SERVICE METAL FABRICATING, INC.

14813. Service Titan

14814. SERVICETEC IN

14815. Servion Global Solutions Inc.

14816. SERV-I-QUIP, INC.

14817. SERVTECH, INC.

14818. SESAME COMMUNICATIONS, INC.

14819. SESCO Lighting, Inc.

14820. Sestra Systems, Inc

14821. SETON HALL UNIVERSITY

14822. SETTLEMENTONE

14823. Seven Automotive Investments III Inc DBA East Valley Nissan

14824. SEVEN BAR AVIATION, LLC

14825. Seven C's Maintenance Co., Inc.

14826. SEVEN SEAS INTERNATIONAL LLC

14827. SEVEN SPRINGS GOLF AND COUNTRY CLUB INC.

14828. SEVENTH GENERATION, INC.

14829. SEVENTH WAVE

14830. Sevier County

14831. Sev-Rend Corporation

14832. SEWON AMERICA, INC.

14833. SF EXPRESS

14834. SF MANAGER LL

14835. SFC Enterprises, Inc.

14836. SG BUSINESS S

14837. SGM Engineering, Inc.

14838. SGT, INC.

14839. SH Worldwide, LLC

14840. SHAC, LLC DBA

14841. Shadow Financial Systems, Inc

14842. SHADOW WOOD COUNTRY CLUB, INC

14843. SHAFER COMMER

14844. SHALE TECH IN

14845. SHALESTONE IN

14846. SHAMROCK PLUM

14847. Shamrock Plumbing LLC

14848. SHAMROCK TECHNOLOGIES, INC.

14849. Shannon Systems, LLC dba B2BGateway.net

14850. Shape Products, LLC

14851. SHARED RESOURCES, INC.

14852. SHARED TECHNOLOGIES INC.

14853. SharesPost, Inc.

14854. SHARETHIS INC.

14855. SHARETHROUGH, INC.

14856. SHARP ELECTRONICS CORPORATION

14857. SHARP MANUFACTURING COMPANY OF AMERICA

14858. SHARP TRANSPORTATION, INC.

14859. Sharps Compliance, Inc.

14860. Shasta Industries, Inc.

14861. SHAW + SCOTT, INC.

14862. SHAW CONSTRUCTION, LLC.

14863. SHAW SYSTEMS

14864. SHEA LABAGH DOBBERSTEIN, CPA, INC.

14865. SHEAFF BROCK

14866. SHEARER MANAGEMENT ASSOCIATES, INC.

14867. SHEARMAN & STERLING LLP

14868. SHEARON ENVIRONMENTAL DESIGN CO, INC.

14869. Shedrain Corporation

14870. Sheehan Partners LTD

14871. SheerTrans Solutions, LLC

14872. SHEET METAL SPECIALTIES, INC.

14873. SHEET METAL WORKERS LOCAL 25 NEW JERSEY

14874. SHELBURNE FARMS

14875. Shelburne Limestone Corporation

14876. Shelburne Museum, Inc.

14877. Shelby American Inc.

14878. SHELTER SYSTEMS LIMITED

14879. SHELTON CITY AND BOARD OF EDUCATION

14880. SHELTON STRUCTURES, INC.

14881. Shen Milsom & Wilke, LLC

14882. Shenandoah General Construction, LLC.

14883. Shenandoah Landscape Services, Inc.

14884. SHENKMAN CAPITAL MANAGEMENT, INC.

14885. SHEPARD EXPOSITION SERVICES, INC.

14886. SHEPHERD CENTER

14887. SHEPLEY BULFINCH RICHARDSON & ABBOTT, INC.

14888. Sheppard Motors

14889. Sheridan Ross P.C.

14890. SHERIDAN SENIOR CENTER

14891. SHERMAN & HOW

14892. Shermco Industries, Inc.

14893. SHERRARD & ROE, PLC

14894. SHERRILL INC.

14895. SHERWOOD LUMB

14896. SHIELD AIR SOLUTIONS, INC.

14897. Shields Business Solutions, Inc.

14898. SHIELDS CONSTRUCTION COMPANY, INC.

14899. SHIFAMED, LLC

14900. SHIFT TECHNOL

14901. SHIGETA AMERI

14902. SHILOH HOUSE

14903. Shiloh Village School District 85

14904. SHINE ELECTRICAL GROUP, LTD.

14905. Shinesty, Inc.

14906. SHINHAN BANK AMERICA, INC.

14907. Shintone USA, Inc.

14908. SHIONOGI INC.

14909. Shipman Fire Group, Inc.

14910. Shippers Preferred Express

14911. Shipt, Inc.

14912. SHOCKWAVE MED

14913. SHOE LAND GROUP, LLC

14914. ShootProof, LLC

14915. SHOPE ENTERPRISES, INC.

14916. SHOPKICK, INC.

14917. SHOPPA'S FARM SUPPLY, INC.

14918. SHOREACRES COUNTRY CLUB

14919. SHOREFRONT JEWISH GERIATRIC CENTER INC.

14920. SHORT HILLS AVIATION

14921. SHOWA MARINE, INC.

14922. SHOWCASE PUBL

14923. SHOWHAULER TRUCKS, INC.

14924. ShredFast, Inc.

14925. Shrieve Chemical Company

14926. SHRIMP IMPROVEMENT SYSTEMS, LLC

14927. Shumate Energy Technologies, Inc.

14928. SHUTTERFLY, LLC

14929. SI-BONE, INC.

14930. SIBONEY CONTRACTING CO.

14931. SICE, INC.

14932. SIDECAR INTERACTIVE, INC.

14933. SIDEL, INC.

14934. SIDEMAN & BANCROFT LLP

14935. SIDNEY B. BOWNE & SON, LLP

14936. SIDOTI & COMPANY, LLC

14937. Sidwell Air Freight, Inc.

14938. Sieh, Inc.

14939. SIENNA CORPOR

14940. SIERRA DETENT

14941. SIERRA FINANC

14942. SIERRA INSTRUMENTS, INC.

14943. SIERRA MONITOR CORPORATION

14944. SIERRA NEVADA CORPORATION

14945. Sifted LLC

14946. SIG SAUER, INC.

14947. SIGEL'S BEVERAGES, L.P.

14948. Sight Partners Physicians P.C.

14949. SIGHTLIFE

14950. Sigma Chi Fraternity

14951. SIGMA CORPORATION

14952. Sigma Design, Inc.

14953. SIGMA DESIGNS

14954. SIGMA MANAGEMENT 8, LLC DBA SIGMA PARTNERS

14955. SIGMA MARBLE & GRANITE, INC.

14956. SIGMA Piping Products

14957. Sigma Relocation Group, LLC

14958. SIGMANET, INC

14959. SIGMA-TAU HEALTHSCIENCE USA, INC.

14960. SIGMA-TAU PHARMACEUTICALS, INC.

14961. SIGNAL FINANC

14962. SIGNAL HILL LLC

14963. SIGNAL HILL SCHOOL DISTRICT #181

14964. SIGNALFX

14965. SIGNATURE BUS

14966. Signature Homes, Inc.

14967. Signature Retail Services, Inc.

14968. SIGNATURE TEC

14969. SIGNATURE THEATRE COMPANY, INC.

14970. Signavio, Inc.

14971. Signpost, Inc.

14972. SIGSBEE CHARTER SCHOOL, INC.

14973. SIGULER GUFF

14974. SIHLE INSURANCE GROUP, INC.

14975. SIKA CORPORATION

14976. SIKA SARNAFIL

14977. SILA SOLUTION

14978. SILA SOLUTIONS GROUP, INC.

14979. SILICON VALLEY DATA SCIENCE LLC

14980. Silicon Valley Mechanical, Inc.

14981. Silicon Valley Medical Development, LLC

14982. SILL-TERHAR M

14983. Silvaco, Inc

14984. Silvastar Forest Products, LLC

14985. Silver Creek Capital Management LLC

14986. SILVER CREEK SERVICES, INC.

14987. SILVER LAKE T

14988. SILVER OAK WI

14989. SILVER POINT CAPITAL, L.P.

14990. SILVER STANDARD U.S. SERVICES, INC.

14991. SILVER STAR INDUSTRIES, INC.

14992. SILVERADO SENIOR LIVING HOLDINGS, INC.

14993. SILVERLINE SERVICES LLC

14994. SILVERSEA CRU

14995. Silverstar Title, LLC DBA Sendera Title

14996. Silverware Inc

14997. Silvon Software

14998. SIMANCO III, INC.

14999. SIMC MANAGEMENT LLC

15000. SIMCORP USA,

15001. SIMILE CONSTRUCTION SERVICE, INC.

15002. SimIS, Inc.

15003. SIMMONS MANUFACTURING COMPANY

15004. SIMON GOLUB AND SONS, INC.

15005. Simon Pearce (US) Inc.

15006. SIMON PROPERTY GROUP

15007. SIMON WIESENTHAL CENTER, INC.

15008. SIMON, GREENSTONE, PANATIER, BARTLETT, P.C.

15009. SIMONIZ USA,

15010. SIMPLE MANAGE

15011. SIMPLESIGNAL, INC.

15012. SIMPLICITY CONSULTING INC.

15013. SIMPLIFY., INC.

15014. Simply Good Foods USA, Inc.

15015. SIMPLY HIRED,

15016. Simply Right Inc

15017. SIMPLY STORAG

15018. SIMPSON AND BROWN, INC.

15019. SIMPSON ELECTRIC COMPANY

15020. SIMPSON MATERIALS COMPANY, LLC

15021. Simpson Mechanical, Inc.

15022. Simpson Spence & Young

15023. Sims Crane & Equipment Company

15024. SIMSBURY, TOWN AND BOARD OF EDUCATION

15025. SIMTEC Silicone Parts, LLC

15026. SIMULMEDIA, INC.

15027. SING TAO NEWSPAPERS NEW YORK LTD.

15028. SINOPEC USA,

15029. SIOS TECHNOLO

15030. SIPI METALS C

15031. Siracusa Moving and Storage

15032. SIRONAHEALTH, INC.

15033. SISECAM CHEMICALS RESOURCES LLC

15034. SISTERS OF ST

15035. SITA CORP

15036. SITA INFORMATION NETWERKING COMPUTING US

15037. SITE CENTERS CORP.

15038. Site Design, Inc.

15039. Sitetracker, Inc.

15040. Siteworks, LLC

15041. SITEWORX, LLC

15042. SITO MOBILE SOLUTIONS, INC.

15043. SIWEL CONSULTING INC.

15044. SIX & MANGO E

15045. SIX CONTINENTS HOTELS, INC (IHG)

15046. SIX DIMENSIONS, INC.

15047. SIX FLAGS ENTERTAINMENT CORPORATION

15048. SIX ROBBLEES' INC.

15049. SixGen Inc.

15050. Sizeco Management Inc.

15051. SIZZLING PLATTER, LLC

15052. SJC Holdings, Inc. DBA Simplex

15053. SJH ENGINEERI

15054. SJL HOLDINGS,

15055. SJSIX LLC

15056. SK Hoff Construction

15057. Skagit Transportation, Inc.

15058. Ski Time Square Management Corporation

15059. SKIDAWAY HEAL

15060. SKINNY PINEAP

15061. SKIP HOP, INC.

15062. SKIVA INTERNATIONAL, INC.

15063. SKLAR KIRSH L

15064. SKOKIE COUNTR

15065. Skoloff & Wolfe

15066. Skutt Ceramic Products, Inc.

15067. SKY BLUE ENTERPRISES, INC.

15068. SKY CHEFS, INC.

15069. SKY CYLINDER TESTING, INC.

15070. SKY LEASE I,

15071. SKYBEAM LLC D

15072. Skybridge Delivery, LLC

15073. Skydio, Inc.

15074. SKYHILL FINAN

15075. SKYLINE ADVAN

15076. SKYLINE MANUFACTURING CORPORATION

15077. SKYLINE MECHANICAL, INC.

15078. SKYLINE PROPE

15079. Skyline Properties, Inc.

15080. Skyline Software Systems, Inc.

15081. Skyline Technology Solutions, LLC

15082. SKYLINE UROLOGY

15083. SKYLINE WINDO

15084. SKYMARK REFUELERS, LLC

15085. Skytech, Inc.

15086. SKYVIEW CONSTRUCTION & CRANE, LLC

15087. Skyward Management LLC

15088. Skyways, Ltd. d/b/a Jet 60

15089. SL MANAGEMENT

15090. SLACK TECHNOLOGIES, INC.

15091. SLALOM LLC

15092. SLATER MATSIL, LLP

15093. Slavin Residential, LLC

15094. Slayden Plumbing & Heating

15095. SLEEP EXPERTS

15096. Sleepable Sofas Ltd. of New Jersey

15097. SLICKDEALS, LLC.

15098. SLINGSHOT SPORTS LLC

15099. SLM WASTE & R

15100. SLMP, LLC.

15101. SLOAN SECURITY GROUP

15102. SLT GROUP VI,

15103. SMA, Inc.

15104. SMALL DOG ELE

15105. SMALL FACES CHILD DEVELOPMENT CENTER

15106. SMALLEY & COMPANY

15107. Smarsh, Inc.

15108. SMART CARPET,

15109. SMART CITY TELECOMMUNICATIONS LLC

15110. SMART DESIGN LLC

15111. SMART GRID SOLUTIONS, LLC

15112. SMART SYSTEMS

15113. SMART TECHNOLOGIES ULC

15114. SMARTBANK

15115. SmartComms LLC

15116. SmartEquip, Inc.

15117. SMARTFOCUS US, INC.

15118. SmartLam Enterprises NA, Inc.

15119. SMARTLINX SOLUTIONS LLC

15120. Smartplay International, Inc

15121. SMARTZIP ANALYTICS, INC.

15122. Smashing Boxes

15123. SMC - NORTHEA

15124. SMC AVIATION, INC.

15125. SMC PARTNERS, LLC

15126. SMERALDO RESTAURANT, INC.

15127. SMI IMAGING

15128. SMI SIGN SYSTEMS, INC.

15129. SMILE STARTERS

15130. SMILES DENTAL GROUP, PC

15131. SMITH & BURGESS LLC

15132. Smith & Jennings, Inc.

15133. SMITH & NEPHEW, INC.

15134. SMITH & WESSON BRANDS, INC.

15135. SMITH BROTHERS FARMS, INC

15136. SMITH CHEVROLET CO., INC.

15137. SMITH ENGINEE

15138. SMITH GAS FIELD SERVICES, LLC

15139. SMITH MANAGEMENT, LLC

15140. Smith Maritime, Inc.

15141. SMITH MECHANICAL, INC.

15142. Smith Phillips Lumber Co., Inc. dba Smith Phillips Building Supply

15143. SMITH TEMPORA

15144. SMITH VETERINARY HOSPITAL

15145. SMITH, CURRIE & HANCOCK LLP

15146. SMITH, GAMBRELL & RUSSELL, LLP

15147. Smith-O'Hara Enterprises Inc. dba Netco

15148. SMJ Corporate LLC dba Apex Design Build

15149. SMS GROUP

15150. SMS Precision Tech, LLC

15151. SMULE, INC.

15152. SMUTTYNOSE BREWING COMPANY, INC.

15153. SMYTHE VOLVO

15154. SNAPTRON, INC.

15155. SNEED SHIPBUILDING, INC.

15156. SNOE INC. MACHINING & WELDING

15157. Sno-engineering, Inc. dba SE Group

15158. SNOOZE IMPORT

15159. SNOW CHRISTENSEN & MARTINEAU P.C.

15160. Snow, Christensen & Martineau

15161. SNOWFLAKE INC.

15162. SNOYER SIGNS, LLC DBA BRAND IMAGING GROUP

15163. Snugz USA, Inc.

15164. SNYDER COHN, PC

15165. SO CAL PETROLEUM TRANSPORT, INC.

15166. SOAP Engineering, LLC

15167. SOAR CHARTER SCHOOL

15168. Socati Talent

15169. SOCIAL COMMUNICATIONS COMPANY, INC.

15170. SOCIAL NETWORKING TECHNOLOGY, INC (DBA SNT MEDIA)

15171. SOCIAL SOLUTI

15172. SOCIETY FOR HUMAN RESOURCE MANAGEMENT

15173. Society for Mining, Metallurgy & Exploration, Inc.

15174. SOCIETY OF NUCLEAR MEDICINE AND MOLECULAR IMAGING

15175. SOCIETY OF PETROLEUM ENGINEERS, INC.

15176. Socius Insurance Service, Inc.

15177. SOCORRO ELECTRIC COOPERATIVE, INC.

15178. SOCORRO INDEPENDENT SCHOOL DISTRICT

15179. Soderberg Masonry, Inc.

15180. SOENERGY INTE

15181. SOFT MACHINES

15182. SOFTEC SOLUTI

15183. SOFTSERVE, IN

15184. SOFTWARE PARADIGMS INTERNATIONAL, INC.

15185. SOH Dental Holdings, LLC

15186. SOIL-NAIL HOL

15187. SOJOURNER CEN

15188. Solace (US) Inc.

15189. SOLACE MEDS, LLC

15190. SOLACIUM HOLDINGS, LLC DBA INNERCHANGE

15191. SOLAERO TECHNOLOGIES CORP

15192. SOLAR INDUSTR

15193. SOLARIS FOUNDATION, INC.

15194. SOLCIUS LLC

15195. Soldier Hollow Charter School

15196. Sole Solutions Inc.

563

15197. SOLE SUPPORTS

15198. Solera Health, Inc.

15199. SOLERA HOLDINGS, INC.

15200. SolFocus, Inc.

15201. Solid Power Inc.

15202. SOLID SYSTEMS CAD SERVICES, INC.

15203. Solidiform Inc.

15204. SOLIDYN SOLUT

15205. SOLOMON AGENCY CORP.

15206. SOLOMON BUILD

15207. SOLOMON TRANSFORMERS LLC

15208. SOLON MACK CA

15209. SOLUGENIX COR

15210. SOLUS ALTERNATIVE ASSET MGMT, LP

15211. Solutelia, LLC

15212. SOLUTIONREACH, INC.

15213. SOLUTIONS MAN

15214. SOMA TECHNOLO

15215. Somahlution, Inc.

15216. SOMALOGIC, INC.

15217. SOMERSET CAPITAL GROUP, LTD.

15218. Somerset Hills Country Club

15219. Somerset Hills Learning Institute

15220. SOMERVELL COUNTY

15221. SOMETHING INKED, LLC

15222. SOMMER METALCRAFT CORPORATION

15223. Somont Oil Company Inc

15224. SOMOS IWT INC

15225. SONA BLW PRECISION FORGE, INC.

15226. SONATA SOFTWA

15227. SONAVATION, I

15228. SonderMind

15229. Sonic Systems International, Inc.

15230. SONIM TECHNOL

15231. SONITROL SECU

15232. Sonnedix USA Services Limited, Inc.

15233. Sonnen Inc.

15234. SONNENALP PROPERTIES, INC.

15235. Sonny's Enterprises, LLC

15236. SONOVA U.S. HEALTH & WELFARE PLAN

15237. Sonovision USA Inc.

15238. Sons of Norway

15239. Sontiq, Inc.

15240. SOOPER CREDIT UNION

15241. Sopris Engineering, LLC

15242. SORDONI CONST

15243. Sorensen Companies LLC

15244. Sorenson's Ranch School Inc.

15245. SOS Radial Tire Service Inc.

15246. SOS Well Services, LLC

15247. Sosmetal Products, Inc

15248. SOTEL SYSTEMS, LLC

15249. Sotera Wireless, Inc.

15250. SOUND BEVERAG

15251. SOUND FAMILY MEDICINE

15252. Sound Health Services, P.C.

15253. SOUND MANUFACTURING, INC.

15254. SOUND PACKAGING, LLC.

15255. SOUNDCLOUD IN

15256. Soundpath Health

15257. SOUNDS TRUE, INC.

15258. SOUNDVIEW PAPER CO

15259. SOUNDVIEW PAPER MILLS LLC

15260. Source Communications, LLP

15261. Source Environmental Inc dba AET Environmental Inc

15262. SOURCE INFOTECH INC.

15263. SOURCE NORTH AMERICA CORP.

15264. SOURCEAMERICA

15265. Sourcecode North America, Inc.

15266. SourceOne, Inc.

15267. SOURDOUGH EXP

15268. South Atlantic Hearing, LLC

15269. SOUTH BASIN PACKING LLC

15270. South Bay Circuits, Inc.

15271. SOUTH BIG HORN COUNTY HOSPITAL DISTRICT

15272. SOUTH BRONX O

15273. SOUTH CENTRAL

15274. SOUTH CHICAGO

15275. SOUTH COAST T

15276. SOUTH DADE EL

15277. SOUTH FLORIDA WATER MANAGEMENT DISTRICT

15278. South Granville Water and Sewer Authority

15279. SOUTH HILL COLLISION

15280. SOUTH KENT SCHOOL CORPORATION

15281. South Lane Mental Health Services

15282. SOUTH METRO FIRE RESCUE

15283. SOUTH METRO HOUSING OPTIONS

15284. SOUTH PACIFIC

15285. SOUTH RIVER P

15286. SOUTH ROUTT COUNTY SCHOOL DISTRICT RE-3

15287. South State, Inc.

15288. South Suburban Park and Recreation

15289. SOUTH TACOMA GLASS INC.

15290. South Texas College of Law Houston

15291. SOUTH TRAIL F

15292. South32 Hermosa Inc.

15293. SOUTHAM AND ASSOCIATES

15294. Southeast Christian School

15295. Southeast Cooler Corporation

15296. SOUTHEAST CORRECTIONS, LLC

15297. SOUTHEAST FROZEN FOODS COMPANY LP

15298. SOUTHEAST JACK, INC.

15299. SOUTHEAST NM COMMUNITY ACTION CORPORATION

15300. Southeast Painters, Inc.

15301. SOUTHEAST READI-MIX PRODUCTS INC.

15302. Southeast Restoration Group of Georgia, Inc

15303. SouthEast Valley Regional Association of REALTORS, Inc

15304. SOUTHEAST VEN

15305. SOUTHEASTERN

15306. Southeastern Building Corporation

15307. Southeastern Business Machines, Inc.

15308. Southeastern Community Action Partnership

15309. SOUTHEASTERN CONTAINER, INC.

15310. Southeastern Installation Inc

15311. SOUTHEASTERN IRON WORKERS

15312. SOUTHEASTERN MINERALS EMPLOYEE BENEFIT PLAN

15313. SOUTHEASTERN PAPERBOARD, INC.

15314. SOUTHEASTERN UNIVERSITY

15315. SOUTHERLAND INC.

15316. Southern A & E, LLC

15317. SOUTHERN ACQUISITIONS, LLC

15318. SOUTHERN AGRICULTURAL INSECTICIDES, INC

15319. SOUTHERN AIR, INC

15320. Southern Asphalt, Inc

15321. SOUTHERN AUTO

15322. Southern Bus & Mobility, Inc.

15323. SOUTHERN CALI

15324. SOUTHERN CALIFORNIA SOUND IMAGE, INC.

15325. SOUTHERN CHAMPION TRAY, LP

15326. Southern Colorado Auto and Truck Parts Co

15327. Southern Colorado Clinic P.C.

15328. Southern Concrete Products, Inc.

15329. Southern Cross Corporation

15330. Southern Enterprises, LLC

15331. SOUTHERN EXPERIENCE, LLC

15332. Southern Farm Supply, Inc.

15333. SOUTHERN FASTENERS AND SUPPLY, INC.

15334. SOUTHERN FIRST BANK, INC

15335. SOUTHERN GRAPHICS INC.

15336. Southern Hospitality Ventures dba Raising Cane's

15337. Southern Local School District

15338. SOUTHERN MANA

15339. SOUTHERN MANAGEMENT COMPANIES, LLC

15340. SOUTHERN MANAGEMENT CORPORATION

15341. SOUTHERN MARYLAND ELECTRIC COOPERATIVE

15342. Southern Pine Inspection Bureau, Inc.

15343. Southern Property LLC

15344. SOUTHERN UTE COMMUNITY ACTION PROGRAMS, INC.

15345. SOUTHERN WALL PRODUCTS, INC

15346. Southernmost Hotel

15347. SOUTHERNSUN ASSET MANAGEMENT, LLC

15348. SOUTHLAKE AUTO SALES, INC.

15349. SOUTHLAND CON

15350. Southport Services Group, LLC

15351. SOUTHSIDE BANCSHARES, INC

15352. SOUTHSTAR LLC

15353. SOUTHTECH ORT

15354. SouthTek Systems LLC

15355. SOUTHWEST ADAMS COUNTY FIRE PROTECTION DISTRICT #2

15356. SOUTHWEST AG, INC.

15357. Southwest Baking, LLC

15358. SOUTHWEST COLLEGE OF NATUROPATHIC MEDICINE

15359. SOUTHWEST CON

15360. Southwest Critical Materials, LLC

15361. SOUTHWEST ELE

15362. SOUTHWEST FLORIDA WATER MANAGEMENT DISTR

15363. SOUTHWEST GAL

15364. SOUTHWEST GEORGIA COMMUNITY ACTION COUNC

15365. SOUTHWEST GLASS AND GLAZING, INC.

15366. Southwest Hospitality Management LLC

15367. Southwest Machine Works, Inc.

15368. SOUTHWEST METALSMITHS, INC.

15369. SOUTHWEST REINSURE, INC.

15370. SOUTHWEST SOL

15371. SOUTHWEST SPINE & SPORTS, PC

15372. Southwest Spirits & Wine, LLC

15373. SOUTHWEST STEEL COIL, INC.

15374. SOUTHWEST TRANSPLANT ALLIANCE

15375. SOUTHWEST WOMEN'S CARE

15376. SOUTHWESTERN ASSEMBLIES OF GOD UNIVERSITY

15377. Southwestern Carpets, LLC

15378. SOUTHWESTERN EAR, NOSE, & THROAT ASSOCIATES, P.A.

15379. SOUTHWESTERN/GREAT AMERICAN, INC.

15380. Southwind Building Products, LLC

15381. Southworth International Group Inc.

15382. SOVEREIGN HEALTHCARE HOLDINGS, LLC

15383. Sovereign Property Management

15384. SOVOS COMPLIANCE LLC

15385. SP INVESTMENTS III, LLC

15386. SPACE COAST CREDIT UNION

15387. SPACE COAST FIRE AND SAFETY, INC.

15388. Space Florida

15389. SPACE HOLDCO, INC.

15390. Space Science Institute

15391. SPACE TELESCOPE SCIENCE INSTITUTE

15392. SpaceFitters, LLC

15393. Spacesaver Systems, Inc.

15394. SPAFINDER WELLNESS, INC.

15395. SPANG & COMPANY

15396. SPANISH PEAKS MENTAL HEALTH

15397. Spann Roofing & Sheet Metal, Inc.

15398. Spanning Cloud Apps

15399. SPANTECH SOFTWARE INC

15400. Sparefoot, Inc.

15401. SparkFun Electronics

15402. SPARKPLUG CAP

15403. Sparks Willson, P.C.

15404. Sparling Inc.

15405. SPARTAN COMPA

15406. Spartanburg SCHEDL Automotive System Service LP

15407. Spatial Front, Inc.

15408. SPC MANAGEMEN

15409. SPEAKING ROCK ENTERTAINMENT CENTER

15410. Speakworks, Inc.

15411. SPEAR PHYSICA

15412. SPEARS MANUFACTURING CO.

15413. SPEBSQSA, INC

15414. Special Aerospace Services LLC

15415. Special Applications Technology, Inc.

15416. SPECIAL CITIZ

15417. SPECIAL MATER

15418. SPECIAL OLYMP

15419. SPECIAL OLYMPICS NEW JERSEY, INC.

15420. SPECIAL PATROLMANS BENEVOLENT ASSOCIATION LOCAL 1

15421. SPECIALISTS IN PAIN MANAGEMENT, PC

15422. Specialized Automation Services, LLC

15423. Specialized Products Company

15424. SPECIALIZED R

15425. SPECIALTY ADH

15426. SPECIALTY CONSUMER SERVICES LP

15427. SPECIALTY METALS COMPANY, LLC.

15428. SPECIALTY PACKAGING, INC.

15429. Specialty RTP, Inc.

15430. SPECIALTY RX,

15431. Specific Diagnostics Inc

15432. SPECIFIED TECHNOLOGIES INC.

15433. SPECIFIED WOODWORKING CORP.

15434. SPECTRA BROADBAND INC

15435. Spectra Credit Union

15436. SPECTRIO, LLC

15437. Spectrix Analytical Services, LLC

15438. SPECTRONICS C

15439. Spectrum Catering

15440. SPECTRUM GENERAL CONTRACTORS

15441. SPECTRUM GEO INC.

15442. Spectrum Pharmaceuticals, Inc.

15443. SPECTRUM PLASTICS GROUP

15444. SPECTRUM RETIREMENT COMMUNITIES, LLC AND SUBSIDIAR

15445. Spectrum Software Technology Inc.

15446. SPECTRUM YOUTH & FAMILY SERVICES, INC.

15447. SPEEDLING, IN

15448. Speedy Gonzalez Construction, Inc.

15449. Speedy Novus Glass

15450. Spegal Plumbing, LLC

15451. SPEIR & ASSOCIATES ELECTRICAL CONTRACTORS, INC.

15452. SPELLMAN HARD

15453. Spellman Hardwoods, Inc.

15454. SPENCERS TV &

15455. SPENDRUP FAN COMPANY

15456. SPEYER LEGACY

15457. SPG INTERNATI

15458. SPHERO, INC.

15459. Spice House, LLC

15460. Spicer Rudstrom, PLLC

15461. SPIEGELWORLD CSC, LLC

15462. SPIERS NEW TE

15463. SPILLMAN TECHNOLOGIES, INC.

15464. SPIN SYSTEMS, INC.

15465. SPINDLETOP CENTER

15466. SPINEONE, INC

15467. SpineSmith Holdings, LLC dba Celling Biosciences

15468. SPIRAE LLC

15469. SPIRAL PIPE OF TEXAS, INC.

15470. SPIRAL SOLUTIONS AND TECHNOLOGIES, INC.

15471. SPIRAX SARCO, INC.

15472. Spire Global, Inc.

15473. SPIRE GROUP PC

15474. SPIRIT DELIVE

15475. Spiroflow Holdings, Inc.

15476. SPITZER INDUSTRIES, INC.

15477. SPLASHLIGHT LLC

15478. Splawn Belting, Inc.

15479. Split Software, Inc.

15480. SPO PARTNERS & CO.

15481. SPOHN ASSOCIA

15482. SPOK HOLDINGS, INC.

15483. SPOKANE HOUSING VENTURES

15484. Spokane Seed Company

15485. SPOKEO, INC.

15486. Sport Obermeyer, Ltd.

15487. SPORTS FACILI

15488. Sports Molding, Inc.

15489. SPORTSMEDICINE FAIRBANKS

15490. SPORTSMEDICINE GRANT & ORTHOPAEDIC ASSOCIATES, INC

15491. SPOTIFY USA INC.

15492. SPOTIFY USA, INC.

15493. SPOTTSWOOD COMPANIES

15494. SPOTTSWOOD COMPANIES, INC.

15495. SPRADLEY BARR FORD, INC.

15496. Spreadtrum Communications, USA

15497. SPREEMO, INC.

15498. SPRIG, INC.

15499. Spring Creek Ranch Club

15500. Spring Hills, LLC

15501. Spring Team

15502. Springfield Manufacturing, Inc.

15503. Springs & Sons Electrical Contractors LLC

15504. SPRINT INDUSTRIAL HOLDINGS, LLC.

15505. SPRINT SAND &

15506. Sprintz Furniture Showroom, Inc.

15507. SproutLoud Media Networks, LLC

15508. Sprung Instant Structures, Inc.

15509. Spunstrand, Inc.

15510. Spuntech Industries, Inc.

15511. SPUTTERING COMPONENTS, INC.

15512. SPYDERCO, INC.

15513. SPYDR OILFIEL

15514. Square One Distribution, Inc.

15515. SQUARETRADE,

15516. SQUARETWO FIN

15517. Squibb Taylor, Inc.

15518. SR TECHNOLOGI

15519. SRC COMPUTERS, INC.

15520. SRE Corporation

15521. SREE HOTELS

15522. SREE INFOTECH

15523. SRK CONSULTIN

15524. SRS ACQUIOM H

15525. SS White Burs, Inc

15526. SS WHITE BURS, INC.

15527. SS&C TECHNOLOGIES, INC.

15528. SSB Consulting Group, LLC

15529. SSB, INC.

15530. SSM HEALTH ST. LOUIS UNIVERSITY HOSPITAL

15531. SSMB Pacific Holding Company, Inc.

15532. SSP Innovations Holdings, LLC

15533. SSSI, Inc. d/b/a Songer Services

15534. SST Components, Inc.

15535. SST Energy Corporation

15536. ST LUCIE COUN

15537. St. Andrews Public Service District

15538. ST. AUGUSTINE COLLEGE

15539. ST. AUGUSTINE HIGH SCHOOL

15540. ST. AUGUSTINE PREPARATORY SCHOOL

15541. ST. BENEDICT'S EPISCOPAL DAY SCHOOL, INC.

15542. St. Charles City-County Library District

15543. St. Charles Park District

15544. ST. CLAIR FOODS, INC.

15545. St. Clair Technologies

15546. St. Clara's Manor

15547. St. Clement's Parish School

576

15548. ST. GEORGE EPISCOPAL SCHOOL

15549. ST. GEORGE'S

15550. ST. HELENS COMMUNITY FEDERAL CREDIT UNION

15551. ST. JOHN PROPERTIES, INC.

15552. ST. JOHNS SHI

15553. St. Joseph Transit, Inc.

15554. ST. JOSEPH'S ACADEMY

15555. St. Louis Altenheim

15556. ST. LOUIS ARC, INC.

15557. ST. LOUIS COMMUNITY COLLEGE

15558. ST. LOUIS COMMUNITY CREDIT UNION

15559. ST. LOUIS MEDICAL CLINIC PC

15560. ST. LOUIS SCOTT GALLAGHER, LLC

15561. St. Louis Screw & Bolt

15562. ST. LUKE'S UN

15563. St. Michael's High School

15564. St. Michael's, Inc.

15565. St. Nicholas Diocese in Chicago for the Ukrainians

15566. ST. PAUL CHRI

15567. ST. PAULS FIR

15568. ST. PAUL'S SCHOOL FOR GIRLS

15569. St. Pius X High School

15570. ST. STEPHEN'S EPISCOPAL SCHOOL

15571. ST. THOMAS HI

15572. ST. THOMAS HIGH SCHOOL

15573. ST. VIATOR HIGH SCHOOL

15574. ST. VINCENT GENERAL HOSPITAL DISTRICT

15575. ST.LOUIS COMP

15576. STACH & LIU, LLC D/B/A BISHOP FOX

15577. Stackpath Management, Inc.

15578. Stadia: New Church Strategies

15579. STADION MONEY MANAGEMENT, LLC

15580. STAFFING PLUS INC.

15581. STAFFORD COMMUNICATIONS

15582. STAFFORD LOGISTIC, INC. DBA CUSTOM ECOLOGY, INC.

15583. STAGE FRONT LIGHTING & THEATRICAL SUPPLY CO. INC.

15584. STAGECRAFT INDUSTRIES, INC.

15585. STAGWELL MARKETING GROUP, LLC

15586. STAMOS CAPITA

15587. STAMPTECH, INC.

15588. STAN BONHAM COMPANY INC. DBA RMT EQUIPMENT

15589. Standard Cognition

15590. STANDARD COMMUNICATIONS, INC.

15591. STANDARD CONCRETE PRODUCTS

15592. STANDARD MANGEMENT COMPANY

15593. Standard Pipe Services, LLC

15594. STANDARDBRED OWNERS ASSOCIATION WELFARE FUND

15595. STANDISH MANAGEMENT, LLC

15596. STANEK CONSTRUCTORS, INC.

15597. STANLEY BLACK & DECKER, INC.

15598. STANPAC USA LLC

15599. STANTON COUNTY HOSPITAL

15600. STAR CASES, L

15601. STAR CHILDREN

15602. STAR DISTRIBUTING

15603. STAR ELECTRIC

15604. Star Electric of Montana, Inc.

15605. STAR GROUP, L.P.

15606. STAR MARKET

15607. STAR MEDICAL,

15608. STAR PRECISION, LLC

15609. STAR THERMOPL

15610. Star USA Federal Credit Union

15611. Stara Technologies Corp

15612. StarCom Fiber LLC

15613. STARDOG UNION

15614. Starfall Education Foundation

15615. Stark Properties Inc dba Jones Petroleum Co.

15616. Stark Transportation, Inc.

15617. Starke County Government

15618. Starke Machine Company

15619. Stark's Inc.

15620. STARLING PHYSICIANS, P.C.

15621. STARLITE SIGN

15622. Starpoint Property Management, LLC

15623. Starrco Company, Inc.

15624. STARREZ, INC.

15625. START ELEVATOR, INC.

15626. Starwood Custom Homes LLC

15627. STARWOOD HEADQUARTERS, LLC.

15628. STARWOOD HOTELS & RESORTS WORLDWIDE, LLC

15629. STARWOOD RETA

15630. STARZ

15631. STATCO ENGINEERING & FABRICATORS, INC.

15632. STATE BAR OF ARIZONA

15633. State Beauty Supply of St Louis

15634. STATE DEPARTMENT FEDERAL CREDIT UNION

15635. STATE EMPLOYEES CREDIT UNION OF MARYLAND

15636. STATE INDUSTRIAL PRODUCTS

15637. STATE INDUSTRIAL PRODUCTS CORPORATION

15638. STATE SEAL COMPANY

15639. STATE SYSTEMS INC.

15640. State Theater of NJ

15641. STATE VOLUNTEER MUTUAL INSURANCE COMPANY

15642. STATESERV MEDICAL, LLC

15643. STATESIDE ASS

15644. Statesville Roofing & Building Restoration, Inc.

15645. Statewide Traffic Signal Company

15646. STATIC CONTROL COMPONENTS, INC.

15647. STATS LLC.

15648. STAYBRIGHT ELECTRIC OF COLORADO, INC.

15649. STC Management LLC ta Jiffy Lube

15650. STEADMED MEDICAL, LLC

15651. Steady Platform, Inc.

15652. STEAK 'N SHAKE INC.

15653. STEALTHBITS T

15654. Steed Dunnill Reynolds Bailey Stephenson LLP

15655. STEEL BUILDING COMPONENTS LLC

15656. STEEL ENCOUNT

15657. STEEL EQUIPMENT SPECIALISTS, LLC

15658. STEEL SUPPLY,

15659. Steel Supply, L.P.

15660. STEEL TECHNOLOGIES LLC

15661. STEELE BROS. HEATING, INC.

15662. STEELFAB, INC.

15663. STEELTECH BUI

15664. STEELWAVE, IN

15665. STEIN ERIKSEN LODGE OWNERS ASSOCIATION

15666. STEIN SPERLIN

15667. STEINBERG HAR

15668. STEINEN HOLDI

15669. Steiner Management Services, LLC

15670. STEINWAY CHILD & FAMILY SERVICES, INC

15671. Stella & Dot LLC

15672. STELLA MANAGEMENT CORP

15673. STELLAR CARE

15674. Stellar J Corporation

15675. STELLAR MANUFACTURING COMPANY

15676. STELLAR PRINT

15677. STELLAR PRINTING, INC.

15678. STELLAR US, LLC

15679. STELLARTECH R

15680. STELLARTECH RESEARCH CORPORATION

15681. STEMEDICA CELL TECHNOLOGIES, INC.

15682. Stephens Family Limited Partnership

15683. STEPHENS PNEUMATICS, INC./TANKHEADS, INC.

15684. STEPPING STONES HEALTHCARE SERVICES, LLC

15685. STEREN ELECTR

15686. STERILITE CORPORATION

15687. STERLING 5, I

15688. STERLING ATM

15689. Sterling ATM, Inc.

15690. STERLING AUTO GROUP

15691. Sterling Ethanol, LLC

15692. Sterling Fund Management, LLC

15693. Sterling Institutional Food Service, Inc.

15694. Sterling Payment Technologies, Inc.

15695. STERLING RETAIL SERVICES, INC

15696. STERN & EISEN

15697. STERNBERG LANTERNS, INC. DBA STERNBERG LIGHTING

15698. STERNE AGEE GROUP, INC.

15699. Steton Technology Group, Inc. dba RizePoint

15700. STETSON UNIVERSITY

15701. STEUART INVES

15702. STEVE AND KAT

15703. STEVEN WILLAN

15704. Stevens Construction, Inc.

15705. STEVENS COOPE

15706. Stevens Global Logistics Inc.

15707. STEW LEONARD'S

15708. Steward Advanced Materials LLC

15709. Steward Steel Inc.

15710. STEWART & STEVENSON LLC

15711. Stewart Builders, Inc.

15712. STEWART TUBULAR PRODUCTS, INC.

15713. STIBO SYSTEMS, INC.

15714. Stila Styles, LLC

15715. STILL HOPES EPISCOPAL RETIREMENT COMMUNITY

15716. Stillwater Capital Investments, LLC

15717. StimLabs, LLC

15718. STINE ENTERPRISES

15719. STINGLEY MANA

15720. Stingley Management, Inc.

15721. Stitch, Inc.

15722. STL International, DBA Teeter

15723. STL INTERNATIONAL, DBA TEETER, INC.

15724. STO CORP.

15725. STOCK CAR STE

15726. STOCK EQUIPMENT COMPANY, INC.

15727. STOCKBRIDGE CAPITAL GROUP, LLC

15728. Stokes Wagner

15729. STOLZE PRINTI

15730. Stone Age Interiors, Inc. dba Colorado Springs Marble & Granite, Inc.

15731. Stone Edge Countertops, LLC

15732. Stone Hill Wine Co., Inc. dba Stone Hill Winery

15733. STONE INDUSTR

15734. STONE PARTNERSHIP, INC.

15735. STONE STREET CAPITAL, LLC

15736. STONEBRIDGE HOSPITALITY

15737. STONEEAGLE INSURANCE SYSTEMS

15738. STONEEAGLE.COM

15739. STONEFIELD ENGINEERING AND DESIGN LLC

15740. STONEGATE SENIOR LIVING, LLC

15741. STONEHAM DRILLING CORPORATION

15742. STONELEIGH RE

15743. STONERIVER, INC.

15744. Stonetown Capital Group, LLC

15745. STONEX GROUP INC.

15746. Stonington Services LLC

15747. STORAGE & PRO

15748. STORAGECRAFT TECHNOLOGY CORPORATION

15749. STORIS, INC.

15750. STORM PRODUCTS, INC.

15751. STORM WATER S

15752. STOTLER HAYES

15753. STOTTLER HENKE ASSOCIATES, INC.

15754. STOUT RISIUS ROSS, INC.

15755. Strack, Incorporated

15756. STRAD OILFIELD SERVICES, INC.

15757. STRAND BOOK STORE INC.

15758. STRANGE ENGINEERING, INC.

15759. STRASBURG SCH

15760. STRATA ENERGY, INC.

15761. STRATA FUND SOLUTIONS, LLC

15762. STRATA INFORMATION GROUP

15763. Stratacent, Inc.

15764. STRATAGEM, P.C.

15765. Stratasan, LLC

15766. Strategen Systems, Inc.

15767. Strategic Alpha Inc.

15768. Strategic Connections, Inc.

15769. STRATEGIC CONSULTING SERVICES, INC.

15770. STRATEGIC CONTRACT RESOURCES, LLC

15771. STRATEGIC CS, LLC

15772. STRATEGIC EDUCATION, INC.

15773. Strategic Innovative Solutions, LLC

15774. Strategic Property Partners, LLC

15775. STRATEGIC VAL

15776. STRATEGIES 360

15777. Strategy Corps LLC

15778. STRATEGY CORPS, LLC

15779. STRATFORD AMERICAN CORPORATION

15780. STRATFORD UNIVERSITY, INC.

15781. Stratifyd, Inc

15782. Stratis Visuals, LLC

15783. Strativia, LLC

15784. STRATIX CORPORATION

15785. STRATOS MANAGEMENT SYSTEMS, INC. DBA NEXUS/STRATOS

15786. Stratosphere Technical Consulting, LLC

15787. Stratton & Bratt Landscapes, LLC

15788. Stratus Midco, Inc. dba Contegix

15789. STRATUS VIDEO HOLDING COMPANY

15790. STRAVA, INC.

15791. Stravos Education, LLC

15792. STREAM COMPAN

15793. Stream Logistics

15794. STREAM REALTY PARTNERS, LP

15795. Stresscrete Inc.

15796. STRIDE & ASSOCIATES, INC.

15797. STRIDE, INC.

15798. STRIVE CONSUL

15799. Strive Dental Management, LLC.

15800. Strive Dental Partners

15801. STRIVE LOGISTICS, LLC

15802. Strong Brews

15803. Strong Rock Christian School

15804. STRONG-BRIDGE LLC

15805. Strongmind, Inc.

15806. STROZ FRIEDBE

15807. STRUCTURAL & STEEL PRODUCTS, INC.

15808. STRUCTURAL AN

15809. STRUCTURAL AS

15810. Structural Design Group Inc

15811. STRUCTURAL GROUP, INC.

15812. STRUCTURAL INTEGRITY ASSOCIATES, INC.

15813. STRUCTURAL STEEL & PLATE FABRICATION CO.

15814. STRUCTURE MEDICAL LLC

15815. STRUKMYER LLC, DBA STRUKMYER MEDICAL

15816. Stryker & Company Inc

15817. STS Remodeling Corporation

15818. Stuckey Brothers Parts Company, Inc.

15819. Student Assistance Foundation

15820. Student Conservation Association

15821. STUDENT THERAPY, INC.

15822. Student Therapy, Inc. DBA STARS

15823. STUDENTSFIRST

15824. Studio PBA, Inc.

15825. STUDY.COM

15826. STUFF MEDIA LLC

15827. Stutzman, Bromberg, Esserman & Plifka, P.C.

15828. Styles Property Management, LLC

15829. SUBCOM, LLC

15830. Subex, Inc.

15831. Sublette Center, Inc.

15832. Submittable Holdings, Inc.

15833. SUBSEA SOLUTI

15834. SUBSTATION ADMINISTRATIVE SERVICES, LLC.

15835. Substation Concrete Services

15836. Substitute Teacher Service

15837. Suburban Wholesale Lighting

15838. SUBZERO CONSTRUCTORS, INC.

15839. SUFFIELD TOWN AND BOARD OF EDUCATION

15840. SUGAR MOUNTAIN CAPITAL

15841. Sugarboo Designs Inc.

15842. Sugaright LLC

15843. SUGIYO U.S.A.

15844. SUIT SUPPLY, INC.

15845. Sujnana Religious and Charitable Foundation

15846. SULLIVAN BRANDING, LLC

15847. Sullivan Goulette Wilson Ltd.

15848. SUMITOMO MITSUI BANKING CORPORATION

15849. Summa Emergency Associates, Inc. dba Academic

15850. Summer Scholars

15851. Summers Compton Wells LLC

15852. SUMMERS OF KOKOMO, INC.

15853. SUMMERS-TAYLOR, INC.

15854. SUMMIT AUTOMOTIVE PARTNERS, LLC

15855. SUMMIT CASING

15856. SUMMIT COMMUN

15857. Summit Consultants, Inc.

15858. Summit Contractors Group LLC

15859. Summit Electric Company

15860. Summit Group, LLC

15861. SUMMIT HANDLING SYSTEMS

15862. Summit Medical Center, LLC

15863. SUMMIT MEDICAL GROUP

15864. SUMMIT MINISTRIES, INC.

15865. SUMMIT OIL CO LLC

15866. SUMMIT PLASTICS, INC.

15867. Summit Real Estate Management, LLC

15868. SUMMIT SCHOOL DISTRICT RE-1

15869. Summit Solar Solutions, LLC

15870. SUMMIT SOLUTIONS OF COLORADO, LLC

15871. SUMMIT STEEL INC.

15872. Summit Technologies & Solutions, Inc.

15873. SUMMIT UTILITIES, INC.

15874. SUMMIT VENTURES NE, LLC

15875. SUMMITSTONE H

15876. SUMMITVIEW CH

15877. SUMMITWORKS TECHNOLOGIES INC.

15878. Summus, LLC

15879. SUMNER MANUFACTURING COMPANY, INC.

15880. Sun Capital Advisors, Inc.

15881. SUN COAST MED

15882. Sun Construction & Design Services, Inc.

15883. Sun Construction & Design Services, Inc. dba Sun Construction & Facility Services, Inc.

15884. SUN NUCLEAR CORPORATION

15885. Sun Path Products, Inc.

15886. SUN PRINT SOL

15887. SUN VALLEY LO

15888. Sun West Engineering, Inc.

15889. SUNAIR PRODUCTS, INC.

15890. SUNATION SOLA

15891. Sunbelt Marketing Investment Corp.

15892. SUNBELT POOLS

15893. Sunbelt Pools, Inc.

15894. SunChase Holdings, Inc.

15895. Suncoast Community Health Centers, Inc.

15896. SUNCOAST CREDIT UNION

15897. SunCommon

15898. SUNCOR ENERGY (U.S.A.) INC.

15899. Sundae, Inc.

15900. SUNDANCE CONS

15901. SUNDANCE GRAP

15902. Sundberg America, LLC.

15903. Sundesa, LLC

15904. SUNEDISON, INC.

15905. SUNERA LLC

15906. Sunhillo Corporation

15907. SUNLAND BUILDERS, INC.

15908. SUNLINE CONTR

15909. Sunmaster of Naples, Inc.

15910. SUNNEX US HOLDINGS INC

15911. Sunny Sky Products, LLC

15912. SUNNY VISTA L

15913. SUNPOWER CORPORATION

15914. SUNRISE BEACH CORPORATION

15915. SUNRISE CREDI

15916. Sunrise Futures

15917. SUNRISE MEDICAL (US) LLC

15918. SUNRISE PLAST

15919. SUNRISE SPORT

15920. SUNRUN INC.

15921. SUNSET FOOD M

15922. SUNSHINE MAKERS, INC.

15923. SUNSHINE SACH

15924. SUNSTATE EQUIPMENT COMPANY, LLC

15925. SUNTECH AMERI

15926. Suntech Building Systems, Inc.

15927. SUNWARD FINANCIAL CORPORATION

15928. SUNWEST BANK

15929. SUNWEST SUPPL

15930. SUNZ Holdings, LLC

15931. SUPER SACK BAG, INC. DBA BAG CORP

15932. SUPER VACUUM

15933. Super Vacuum Manufacturing Company, Inc.

15934. SUPERFLY NY FESTIVALS, LLC.

15935. Superior Air Parts, Inc.

15936. SUPERIOR BUCK

15937. Superior Building Systems

15938. SUPERIOR CONTROLS, INC.

15939. SUPERIOR DIST

15940. Superior Drilling Products, Inc.

15941. SUPERIOR FABRICATIONS, INC.

15942. SUPERIOR FAST FOODS, INC.

15943. Superior Financial Services, Inc.

15944. Superior Industrial Maintenance, LLC

15945. SUPERIOR LIVESTOCK AUCTION INC

15946. SUPERIOR PAVING CORPORATION

15947. SUPERIOR PERF. INC. DBA NATIONAL AGENTS ALLIANCE

15948. Superior Plumbing, Heating & Air, Inc.

15949. Superior Sheds, Inc.

15950. SUPERIOR TECHNICAL CERAMICS CORPORATION

15951. SUPERIOR TRAILER SALES CO.

15952. SUPERIOR TRANSPORTATION, INC.

15953. SUPERIOR UNIFORM GROUP, INC.

15954. SUPERPUMPER,

15955. SUPERSTITION

15956. Superstition Management Inc.

15957. SUPERVALU INC.

15958. SUPERVALU INC.

15959. Support Team Inc

15960. SUPPORT.COM

15961. SUPREME ELECTRICAL SERVICES, INC.

15962. Supreme Lobster & Seafood Company Inc.

15963. SUPREME SYSTEMS, INC.

15964. SURDEX CORPOR

15965. SUREFOOT L.C.

15966. SureShot Precision LLC dba Micropulse West

15967. SUREVOID PRODUCTS, INC.

15968. Surf Opco, LLC

15969. SURF STYLE RE

15970. Surface Equipment Corporation

15971. SURGENT MCCOY

15972. Surgical Associates N.W., Inc.

15973. Surgical Information Systems, LLC

15974. Surgical Specialists of Charlotte, P.A.

15975. SURGICAL SPECIALTY HOSPITAL OF ARIZONA

15976. SurgOne, PC

15977. SURTRONICS, INC.

15978. SURVEYMONKEY.COM, LLC

15979. SUSIECAKES HO

15980. SUSMAN GODFREY, LLP

15981. SUSS BUICK GMC INC.

15982. Sustainable Health, LLC

15983. Sustainable Restaurant Group

15984. SUTHERLAND PACKAGING, INC.

15985. SUTHERLANDGOL

15986. SUTTER'S MILL

15987. Sutton County Hospital District

15988. SUWANNEE VALL

15989. SUZUKI GARPHY

15990. SVI INTERNATIONAL, INC.

15991. SVK SYSTEMS, INC.

15992. SVTRONICS, INC

15993. SVZ USA Washington, Inc.

15994. SWAN ENERGY, INC.

15995. SWAN LOGISTICS, LLC

15996. Swanel Beverage Inc.

15997. Swanel Beverage, Inc.

15998. SWC TECHNOLOGY PARTNERS, LLC

15999. SWCA, INCORPORATED

16000. SWE Homes, L.P.

16001. Sweet Basil, Inc.

16002. SWEETLABS, INC.

16003. SWEETWATER COUNTY CHILD DEVELOPMENT CENTER

16004. Sweetwater County Child Developmental Center, Inc.

16005. SWEETWATER PARTNERS LLC DBA GOOD CHEMISTRY

16006. Sweetwater Pools, Inc.

16007. SWICKARD MANAGEMENT COMPANY

16008. SWIFT ENTERPRISES, LLC

16009. SWIFT TEXTILE

16010. Swimlane, Inc.

16011. SWINERTON INCORPORATED

16012. Swish White River LTD

16013. SWISS-AMERICA

16014. SWITCHBACK BREWING COMPANY

16015. SWK TECHNOLOG

16016. SWMG Productions, Inc.

16017. SWRG ACQUISITION CORP.

16018. SyApps, LLC

16019. SYB CONSTRUCTION COMPANY, INC.

16020. SYCAMORE BROK

16021. Sycamore International, Inc.

16022. SYDENSTRICKER

16023. SYDENSTRICKER FARM & LAWN, INC.

16024. SYFRETT FEED CO.

16025. SYLVAN R SHEMITZ DESIGNS, LLC

16026. SYMANTEC CORPORATION

16027. SYMBILITY SOLUTIONS CORP.

16028. SYMBIO LLC

16029. SYMBIOUN TECHNOLOGIES, INC

16030. SYMETRIX, INC.

16031. Symmetrix Solutions

16032. SYMPHONY COMM

16033. Symphony Talent

16034. SYMVIONICS, INC.

16035. SYNACK, INC.

16036. SYNAPSE DESIG

16037. Synapse Financial Technologies, Inc.

16038. Synaptic Advisory Partners

16039. SYNARC, INC.

16040. Synchrony Labs LLC

16041. SYNDERO, INC.

16042. SYNDETIX INCORPORATED

16043. SYNDIGO LLC

16044. SYNECHRON TECHNOLOGY

16045. Synergic Healthcare Solutions, LLC

16046. SYNERGISTIX,

16047. SYNERGIZE ENTERPRISE

16048. Synergy Billing, LLC

16049. Synergy Fine Wines

16050. SYNERGY HOLDINGS

16051. Synergy Medical Systems

16052. Synergy Settlement Services

16053. SYNERGY SOLUTIONS INC.

16054. SYNERGY SOLUTIONS, INC.

16055. Synergy Sports Technology, LLC

16056. SYNERLINK COR

16057. SYNTAX

16058. Sysazzle, Inc.

16059. SYSCO TECHNOL

16060. Syscom, Inc.

16061. Sysology LLC

16062. SYSTEM AUTOMATION CORPORATION

16063. SYSTEM ELECTRIC COMPANY

16064. System Logistics Corporation

16065. System of Systems Analytics, Inc.

16066. SYSTEM TECH INC.

16067. SYSTEMS DESIG

16068. SYSTEMS INTEG

16069. SYSTEMS INTEGRATION SOLUTIONS, INC.

16070. SYSTEMS INTEGRATORS LLC

16071. SYSTEMS PLANN

16072. SYSTEMS PLANNING AND ANALYSIS, INC.

16073. SYSTEMTEC, INC

16074. SYSTEMWARE, I

16075. T & G INDUSTRIES, INC

16076. T & M EQUIPMENT COMPANY, INC.

16077. T & M MANUFACTURING

16078. T & S HARDWOODS, INC.

16079. T BANCSHARES, INC./ TBANK, N.A.

16080. T&G CONSTRUCT

16081. T&L Lease Service LTD

16082. T&M PROTECTIO

16083. T&S Food Services II

16084. T&T CONSTRUCTION OF CENTRAL FLORIDA, INC.

16085. T.C. Jacoby & Company, Inc.

16086. T.E. PROPERTIES, INC.

16087. T.E. WALRATH TRUCKING, INC.

16088. T.Farese & Sons dba Direct Waste

16089. T.J. Westlake, LLC

16090. T.P. Howard's Plumbing Company Inc.

16091. T.W.U. - WESTCHESTER PRIVATE BUS LINES

16092. T2 Contracting, Inc.

16093. T2 Services, Inc.

16094. T3 COMPANIES LLC

16095. T3 Wireless LLC dba Connect Wireless

16096. TAB BOARDS IN

16097. TABLE XI PARTNERS LLC

16098. TABLEROCK LAN

16099. TABLESAFE, INC.

16100. Tachyon Technologies, LLC

16101. Tacoma Glass Manufacturing, Inc.

16102. TACOMA RUBBER STAMP, CO.

16103. TACOMBI HOLDI

16104. TACONIC CAPITAL ADVISORS L.P.

16105. Tactical Cleaning Acquisition, LLC dba Tactical Cleaning Company

16106. Tactical Medical Solutions, LLC

16107. Tactual Labs Co.

16108. TADICH GRILL, INC.

16109. TAG Employer Services

16110. Tag Manufacturing, Inc.

16111. TAG RESOURCES, LLC

16112. TAHOE SEASONS RESORT

16113. Tahoma Associates

16114. TAI PING CARPETS

16115. TAILWIND TECHNOLOGIES

16116. TAIT & ASSOCI

16117. TAIT COMMUNIC

16118. TAIYO PACIFIC PARTNERS LP

16119. TAKAOKAYA, US

16120. TAKE CHARGE AMERICA, INC.

16121. Takeuchi Mfg (US) Ltd

16122. TALA

16123. TALBOT COUNTY, MARYLAND

16124. TALEGEN HOLDINGS, INC.

16125. TALISKER MOUNTAIN INC.

16126. TALK WW PRODUCTION, INC.

16127. TALLWAVE, LLC

16128. TALYST INC.

16129. TALYST SYSTEMS, LLC

16130. TAM METAL PRODUCTS, INC.

16131. Tamarack Aerospace Group, Inc.

16132. TAMMEDIA LLC

16133. TAMPA TANK &

16134. TANCO ENGINEE

16135. Tandem Marketing, Inc.

16136. Tandem Theory, LLC

16137. TANENBAUM KEA

16138. TANGLEWOOD PROPERTY MANAGEMENT CO.

16139. Tango Management Consulting, Inc.

16140. Tango, Dickinson, Lorenzo, McDermott & McGee LLP

16141. TANIUM INC.

16142. TANK COMPONENTS, INC.

16143. Tank Design, Inc.

16144. TANNER, MAINSTAIN, BLATT, GLYNN & JOHNSON

16145. TAOS MOUNTAIN, INC.

16146. TAOS ORTHOPAEDIC INSTITUTE, PC

16147. TapHere Technology, LLC

16148. TAPINGO, INC.

16149. Taproot Solutions

16150. Tara Holdings (USA) Inc.

16151. Tara Plastics Corporation

16152. TARANA WIRELESS, INC.

16153. TARANTIN INDUSTRIES

16154. TARGET LABS, INC.

16155. TargetPath, LLC

16156. TARKETT FINANCE INC.

16157. Tarlton Corporation

16158. TARSCO BOLTED

16159. TAS ENVIRONMENTAL SERVICES L.P.

16160. TASCOSA MANAGEMENT, LLC. DBA GOOD LIFE SENIOR LIVI

16161. TASLIMI CONSTRUCTION COMPANY, INC.

16162. TASTE INC. DB

16163. Tata Steel (International) Americas Inc.

16164. Tatari, Inc.

16165. Tata's Natural Alchemy, LLC d/b/a Tata Harper

16166. TATE COMPUTER SYSTEMS, INC.

16167. TATE METALWORKS, INC

16168. TATONDUK OUTFITTERS LIMITED

16169. TAUCK, INC.

16170. TAVANT TECHNO

16171. TAWIL ASSOCIATES INC.

16172. TAX CREDIT CO., LLC

16173. TAXIOFFICE, LLC

16174. Taylor & Mathis, Inc.

16175. TAYLOR ASSOCIATES COMMUNICATIONS, INC.

16176. TAYLOR BROS CONSTRUCTION CO., INC.

16177. Taylor Chrysler Dodge, Inc.

16178. TAYLOR COUNTY BOARD OF COMMISSIONERS

16179. TAYLOR ELECTR

16180. Taylor Electric, Inc.

16181. TAYLOR KING F

16182. TAYLOR MEDIA CORP

16183. TAYLOR MORRISON, INC.

16184. TAYLORMADE GOLF COMPANY, INC.

16185. TAYLORS FIRE AND SEWER DISTRICT

16186. TB KAWASHIMA

16187. TBB GLOBAL LOGISTICS, INC.

16188. TBC CORPORATION

16189. TBC, INC.

16190. TBG Team, LLC. dba Baessler Homes

16191. TBK Materials, LLC

16192. TBM CONSULTING GROUP, INC.

16193. TC HEARTLAND, LLC DBA HEARTLAND FOOD PRODUCTS

16194. TC Trans Inc.

16195. TCB MANAGEMENT

16196. TCFI PF LLC

16197. TCG Holding Company dba Thomas Construction Group,

16198. TCG INTERESTS

16199. TCI Wealth Advisors, Inc.

16200. TCMI, INC.

16201. TCRI Energy Services, Inc.

16202. TD PRODUCTION, INC.

16203. TDI Management Group LLC

16204. TDP, INC., DBA VERGENT PRODUCTS INC.

16205. TD-X ASSOCIAT

16206. TDX CONSTRUCT

16207. TEACH ENTERPRISES HOLDINGS CORP.

16208. TEAGUE ELECTRIC CONSTRUCTION, INC.

16209. TEAGUE NALL AND PERKINS, INC.

16210. Teal Construction Company

16211. TEAM ALLOYS L

16212. TEAM OIL TOOL

16213. TEAM PEOPLE,

16214. Team Quality Services, Inc.

16215. Team Select Holdings, LLC

16216. Team Solutions Dental Lab, LLC

16217. TEAM TECHNOLO

16218. TEAMAMERICA, INC.

16219. TEAMLINX, LLLP

16220. TEAR A PART

16221. TECH ELECTRIC CORPORATION

16222. TECH MANUFACT

16223. TECH PLAN, INC

16224. TECHFLOW, INC

16225. TECHGENE SOLU

16226. TechINT Solutions Group, LLC

16227. TECHMAGIX INC.

16228. TECH-MAX MACHINE, INC.

16229. TECHNATOMY CORPORATION

16230. Technical Cable Applications

16231. TECHNICAL MOLDED PRODUCTS INC

16232. Technical Strategies, Inc.

16233. Technical Transportation, Inc.

16234. TECHNIFAX CORPORATION

16235. TECHNO-AIDE,

16236. Technocom, Inc.

16237. TECHNOGRAPHIX LLC, DBA MAY GROUP INTERNATIONAL

16238. TECHNOGYM USA

16239. TECHNOLOGY CU

16240. Technology Partners, LLC

16241. Technology Solutions Provider, Inc.

16242. TECHNOLOGY TRANSFER SERVICES, INC.

16243. TECHNOLOGY VENTURES

16244. TECHNOLOGY, AUTOMATION & MANAGEMENT, INC.

16245. TechPillars, Inc.

16246. TECHSTARS CENTRAL, LLC

16247. TECHTRON ENVIRONMENTAL, INC.

16248. Tecnica Group USA Corp.

16249. TECOGEN, INC.

16250. TECOMET, INC.

16251. TECORE, INC.

16252. TECPLOT, INC.

16253. Tecstone Granite

16254. TECTON CORPORATION

16255. TEEKAY MARINE

16256. Teel Construction, Inc.

16257. Teems Fabrication, Inc.

16258. TeeTurtle, LLC

16259. Teevin Bros Land & Timber Co\Logger Restaurant

16260. Tegeler & Associates

16261. Tegeler & Associates Inc

16262. Teigland, Franklin & Brokken, D.V.M.'s, Inc.

16263. TEJ, Inc. Arizona

16264. Tejas Production Services, Inc.

16265. TEKLINE ROOFING, LLC

16266. TekMasters, LLC

16267. TEKNOR APEX COMPANY

16268. TekStream Solutions, LLC

16269. TEKSYNAP CORP

16270. Tekwell Services, LLC

16271. TELAFORCE, LLC

16272. TELARUS, INC.

16273. TELCON LLC

16274. TELEBRANDS CO

16275. Telecommunications Contracting Company,

16276. Telecore, Inc.

16277. Telefonica USA

16278. TELESCOPE MAN

16279. Teletech Corp

16280. TELEVERDE, LL

16281. TELIASONERA INTERNATIONAL CARRIER, INC.

16282. TEL-INSTRUMEN

16283. TELIT WIRELESS SOLUTIONS, INC.

16284. TELLA TOOL & MANUFACTURING

16285. TELLURIDE ALP

16286. Telluride Medical Center

16287. TELLURIDE SCHOOL DISTRICT R-1

16288. TELLZA INC.

16289. TELMATE, LLC

16290. Telophase Corporation

16291. TELTECH COMMU

16292. TELVUE CORPORATION

16293. Telxius Cable USA, Inc

16294. TEMCON CONCRETE CONSTRUCTION CO

16295. TEMPCFO, INC.

16296. TEMPCO ELECTRIC HEATER CORPORATION

16297. Tempered Networks, Inc.

16298. TEMPLE SHOLOM

16299. Tempo Communications, Inc.

16300. Tempo Global Resources, LLC.

16301. TEMPO, INC.

16302. Temporary Accommodations, Inc.

16303. TEMPRESS PROD

16304. TENDER CORPOR

16305. TENEX HEALTH,

16306. TENICA and Associates, LLC

16307. Tenn South Distillery, LLC

16308. TENNESSEE BUN COMPANY, LLC

16309. Tennessee Distilling Group LLC

16310. TENNESSEE GALVANIZING INC.

16311. TENNESSEE ORTHOPAEDIC ALLIANCE, P.A.

16312. TENNESSEE VALLEY FEDERAL CREDIT UNION

16313. TENNIS CORPORATION OF AMERICA

16314. TENNSCO, LLC.

16315. TENSAR CORPORATION

16316. TENTHWAVE DIGITAL

16317. TEPCO CONTRACT GLAZING, INC.

16318. TEPCO LLC

16319. Tepcon Construction, Inc

16320. Tequipment

16321. TERADATA CORPORATION

16322. TERALOGICS, L

16323. TERATHINK CORPORATION

16324. Terawe Corporation

16325. TERMINAL CONSTRUCTION CORPORATION

16326. TERMINAL RAILROAD ASSOCIATION

16327. TERMINAL READY MIX, INC.

16328. Terra Academy, Inc.

16329. TERRA Engineering, Ltd.

16330. Terra Guidance, LLC

16331. Terra International Services, LLC

16332. TERRA NOVA NU

16333. TERRACON

16334. Terracor (USA) Inc.

16335. Terradatum, Inc.

16336. TERRA-GEN, LLC.

16337. Terralogic Solutions, Inc.

16338. Terraphase Engineering Inc.

16339. Terrapin Beer Company, LLC

16340. Terravita Golf Country Club

16341. TERRICA CORPORATION

16342. TERRIO PHYSICAL THERAPY & FITNESS

16343. TERROIR CAPITAL LLC

16344. TERRY DOWD LLC

16345. TERRY DOWD, INC.

16346. TERRY R. PITT CONSTRUCTION, INC.

16347. TERUMO BCT

16348. TESSITURA NET

16349. TESSLER & WEISS/PREMESCO, INC.

16350. TESTAN LAW, A

16351. TESTEQUITY LLC

16352. Tethis, Inc.

16353. Teton Data Systems, Inc.

16354. Texas A&M Concrete, LLC

16355. TEXAS BACK INSTITUTE OPERATIONS, INC

16356. TEXAS BAY CRE

16357. TEXAS DIGESTIVE DISEASE CONSULTANTS (TDD

16358. Texas Electric Company

16359. TEXAS HONING, INC.

16360. TEXAS INSTRUMENTS INCORPORATED

16361. TEXAS LEATHER TRIM, INC.

16362. Texas Management Division, Inc. dba TMD Staffing

16363. TEXAS MEDICAL CENTER

16364. Texas Medical Diagnostic, Inc.

16365. Texas Metal Equipment Co. LTD

16366. TEXAS PMW, INC.

16367. TEXAS PREMIER RESOURCES, LLC

16368. TEXAS RADIOLOGY ASSOCIATES LLP

16369. TEXAS ROADHOUSE MANAGEMENT CORP.

16370. TEXAS TERMINALS LP

16371. TEXAS TRANSEASTERN, INC.

16372. TEXAS VALVE & FITTING CO.

16373. Texas Visiting Nurse Service, Inc.

16374. TEXTILE MANAGEMENT ASSOCIATES

16375. TEXTILE RUBBER AND CHEMICAL COMPANY, INC

16376. TEXTRON INC.

16377. TEXTRON INC. DISCONTINUED OPERATIONS

16378. TEZAK HEAVY EQUIPMENT

16379. TFI TELEMARK

16380. TGS Management Company, LLC

16381. Thames Technology Holdings, Inc.

16382. Tharanco Group LLC

16383. THARP CABINET

16384. THARP CABINET COMPANY, LP

16385. Thayer Street Associates, Inc.

16386. The A. Johnson Co., LLC

16387. THE ABBEY OF

16388. THE ACADEMY GROUP, L.P.

16389. THE ACADEMY OF CHARTER SCHOOLS

16390. THE ACCESS GR

16391. THE ADIRONDACK GROUP

16392. The Admiral at the Lake

16393. The Affiliated Group, Inc.

16394. THE ALLEN COM

16395. THE AMERICAN ISRAEL PUBLIC AFFAIRS COMM

16396. The American Trade Group, Inc. DBA American Lumber

16397. THE AMSTERDAM AT HARBORSIDE

16398. THE ANDREWS O

16399. THE ARC OF BE

16400. THE ARC OF CA

16401. THE ARC OF NE

16402. The Arc of North Carolina, Inc.

16403. THE ARCANUM G

16404. The Arcticom Group, LLC

16405. THE ARIZONA S

16406. The Artificial Lawns Company

16407. The Aspen Country Day School, Inc.

16408. The Assistance Fund

16409. THE ASSOCIATION BENEFITS SOLUTION, LLC

16410. The Assurance Group, Inc.

16411. THE AUGUST JACKSON COMPANY

16412. THE BADDOUR CENTER, INC.

16413. THE BAILEY COMPANY, INC.

16414. THE BANK OF DENVER

16415. THE BANK OF NOVA SCOTIA

16416. THE BANKSHARE

16417. The Bannett Group, LTD

16418. THE BARNES FO

16419. THE BAY CLUBS

16420. THE BEGGARS BANQUET RECORDINGS USA INC

16421. The Bement School

16422. THE BENCHMARK

16423. The Benoit Group

16424. THE BERGE GROUP

16425. The Bergen Anesthesia Group PC

16426. THE BESSEMER GROUP

16427. THE BEVERAGE

16428. The Biltmore Hotel Limited Partnership DBA The Biltmore Hotel

16429. THE BIRCHES, LLC

16430. The Black Tux

16431. THE BMS ENTERPRISES, INC.

16432. The Boat House Group

16433. The Borough of Medford Lakes

16434. THE BRADFORD GROUP

16435. THE BRADLEY HOME FOR THE AGED

16436. THE BREAKERS PALM BEACH, INC.

16437. THE BRIDGE DI

16438. The Broadway Video Group, LLC.

16439. THE BROE GROUP

16440. The Brooks Group, Inc.

16441. THE BROUSSARD GROUP

16442. The Buckeye Stamping Co. dba Buckeye Shapeform

16443. THE BUCKNER COMPANY, INC.

16444. THE BURNETT C

16445. THE CAIN HOLDING GROUP, LLC

16446. THE CALDWELL PARTNERS INTERNATIONAL, LTD

16447. The Cape Group, LLC

16448. The Carian Group Corporation

16449. THE CARLSTAR GROUP, LLC

16450. THE CARLYLE GROUP EMPLOYEE CO., LLC

16451. THE CARY COMPANY

16452. THE CATHOLIC DIOCESE OF MEMPHIS

16453. THE CENTECH GROUP, INC.

16454. The Center for Head Injury Services

16455. The Center for Organizational Excellence

16456. THE CENTER FOR SALES STRATEGY, INC.

16457. The Center Houston

16458. THE CHANNEL C

16459. The Chapel Hill Country Club

16460. The Charter Management Group

16461. THE CHATEAU RESIDENCE CLUB

16462. THE CHEFS' WAREHOUSE

16463. The Chevy Chase Land Company of Montgomery County

16464. The Chilcote Company dba Tap Packaging and Design

16465. THE CHILD SCH

16466. THE CHILD SMI

16467. THE CHILDREN'

16468. The Children's Place Association

16469. THE CHRISTIAN BROTHERS OF J.K. MULLEN HIGH SCHOOL

16470. THE CIANBRO COMPANIES

16471. THE CITY OF BAY CITY

16472. THE CITY OF C

16473. THE CITY OF H

16474. The City of Rocky Ford

16475. THE CITY OF WEST PALM BEACH

16476. The Cleaning Guys LLC

16477. The Clear Companies

16478. THE CLIMATIC CORPORATION

16479. THE CMI GROUP

16480. THE COLLEGE OF WOOSTER

16481. THE COLOR RUN

16482. THE COLORADO COLLEGE

16483. THE COLORADO CYCLIST, INC

16484. THE COLORADO EDUCATION INITIATIVE

16485. THE COLORADO SPRINGS CHILD NURSERY CENTERS, INC.

16486. THE COLORADO SPRINGS SCHOOL

16487. THE COMMERCIAL GROUP, INC.

16488. The Common Fund for Non Profit Organizations

16489. The Complete Logistics Company

16490. THE COMTRAN GROUP, INC.

16491. The Conference Group, LLC

16492. The Construction Zone, Ltd.

16493. THE CONTAINER STORE, INC.

16494. THE CONVENT O

16495. THE CONVENTION NEWS COMPANY INC.

16496. THE CONVENTION STORE, INC.

16497. THE COOPER COMPANIES, INC.

16498. The Cooper Institute

16499. THE CORE INSTITUTE

16500. THE CORPORATE SOURCE, INC.

16501. The Cote Corporation

16502. The Council Tool Company, Inc.

16503. The Country Club at Castle Pines, Inc.

16504. THE COUNTY OF TAOS

16505. THE COVENANT HOUSE

16506. The Cruise Web, Inc.

16507. THE CSI COMPANIES, INC.

16508. The Dan Marino Foundation, Inc.

16509. The Danner Corporation

16510. THE DAVID GEFFEN COMPANY

16511. THE DAVIDSON

16512. THE DELPHIAN SCHOOL

16513. THE DENNIS GROUP, LLC

16514. THE DENVER ART MUSEUM

16515. THE DESCO GRO

16516. The Detering Company of Houston LP

16517. The Deuterman Law Group PA

16518. THE DIGITAL G

16519. THE DIMENSION GROUP I, LP

16520. The Diversified Utility Group, LLC

16521. THE DOCK DOCTORS

16522. The Dock Doctors, LLC

16523. THE DOW CHEMICAL COMPANY

16524. THE DUKE ENDOWMENT

16525. THE DUNES GOLF & BEACH CLUB

16526. The Dyson Corporation

16527. The Electronic Office of Asheville, Inc.

16528. THE ELEPHANT SANCTUARY IN TENNESSEE

16529. THE ELKRIDGE CLUB, INCORPORATED

16530. THE EMERALD GREEN GROUP, LLC

16531. THE EMF COMPANY, INC.

16532. THE EMMES COMPANY

16533. THE ENDURANCE INTERNATIONAL GROUP, INC.

16534. THE EPISCOPAL

16535. The Equity Project Charter School

16536. THE ESCAPE GA

16537. The Everist Company

16538. THE EXECU/SEARCH GROUP

16539. THE F.A. BARTLETT TREE EXPERT COMPANY

16540. THE FAY SCHOO

16541. THE FERNDALE

16542. THE FIRST ACADEMY

16543. THE FIRST NAT

16544. THE FISHER NATIONAL BANK

16545. THE FLIPPEN G

16546. THE FLOATING HOSPITAL INCORPORATED

16547. THE FOREST HI

16548. The Frank Lloyd Wright Foundation

16549. THE FRESH MARKET, INC.

16550. THE FRUTH GROUP, INC.

16551. The Furniture Guild, Inc.

16552. THE FUTURE PROJECT, INC.

16553. THE GART COMP

16554. THE GATEWAY COMPANY

16555. THE GLADES CO

16556. The Gladney Center for Adoption

16557. The Gledhill Road Machinery Company

16558. THE GOOD FOOD

16559. THE GOODWIN A

16560. THE GREAT PLAINS ANNUAL CONF OF THE UMC

16561. The Green Companies, Inc.

16562. THE GREENBRIER COMPANIES, INC.

16563. THE GREENE TURTLE FRANCHISING CORPORATION

16564. The Group, Inc. Real Estate

16565. THE GYM AT UN

16566. The Hacienda Company

16567. THE HADINGER COMPANY OF NAPLES

16568. THE HAND INSTITUTE COMPANIES

16569. The Hapa Group, Inc.

16570. THE HC COMPANIES, INC.

16571. THE HCI GROUP

16572. The Healing Lodge of the Seven Nations

16573. THE HEARST CORPORATION

16574. THE HENRY J. KAISER FAMILY FOUNDATION

16575. THE HERITAGE FOUNDATION

16576. The Hesse Companies

16577. The Hiller Companies

16578. The Homax Group, Inc.

16579. THE HOME DEPOT, INC.

16580. The Hotel Group Inc

16581. The Hotel Group Opportunity Fund

16582. The Housing Authority of the City of Daytona Beach

16583. THE HOUSING AUTHORITY OF THE COUNTY OF SALT LAKE

16584. The Humane Society of Tacoma & Pierce County

16585. THE HUNTER FAMILY OF COMPANIES

16586. THE I.GRACE C

16587. THE ICEBOX COOL STUFF, LLC

16588. THE INSTITUTE

16589. The Intelitech Group

16590. THE INTERNATI

16591. THE ISAACS GR

16592. The Ivy School

16593. THE JENNY ADA

16594. THE JERDE PARTNERSHIP

16595. The JFW Corporation

16596. THE JOHNSON GROUP, LLC.

16597. THE JONES COMPANY OF TENNESSEE, LLC

16598. THE KABBALAH CENTRE

16599. THE KARSTEN C

16600. The Kindezi Schools

16601. THE KING'S ACADEMY

16602. THE KNIGHTS OF COLUMBUS

16603. THE KROOT CORPORATION

16604. THE KUIKEN BROTHERS COMPANY

16605. The Kyjen Company, LLC

16606. THE LAKE DOCTORS, INC.

16607. The Laminate Company

16608. THE LANE PRESS, INC.

16609. THE LASALLE GROUP, INC.

16610. THE LAVIDGE C

16611. THE LETCO GROUP, LLC. DBA LIVING EARTH

16612. THE LEVY GROU

16613. The Lewer Agency, Inc.

16614. THE LEWIS GRO

16615. THE LEWIS GROUP LLC DBA LEWIS FOWLER, LLC

16616. THE LIGHTHOUSE FOR THE BLIND

16617. THE LIOCE GROUP

16618. THE LITTLE BROWN BOX PIZZA, LLC

16619. THE LOCKWOOD

16620. THE LOGAN SCHOOL FOR CREATIVE LEARNING, INC.

16621. THE LONG & FOSTER COMPANIES, INC.

16622. THE LOS ANGELES LAKERS, INC.

16623. THE LOSS PREV

16624. THE LUTHERAN

16625. The Maine Wood Treaters, Inc.

16626. THE MALOUF GROUP

16627. The Management Group Inc.

16628. The Manfredi Companies

16629. THE MANOR, INC.

16630. The Markets, LLC

16631. THE MARTIN COMPANIES, LLC D/B/A MARTIN VENTURES

16632. THE MARTIN GR

16633. The Masonry Center, Inc

16634. THE MATTRESS FIRM

16635. THE MCKISSACK

16636. THE MCLEAN COMPANY

16637. THE MEDCOM GR

16638. THE MEDICINES COMPANY

16639. The Mega Force Staffing Group, Inc.

16640. THE MELANSON COMPANY, INC.

16641. THE MERION CR

16642. The Methodist Home for Children, Inc.

16643. THE MIAMI FOUNDATION, INC.

16644. THE MIDDLEBY CORPORATION

16645. THE MILITARY ORDER OF THE PURPLE HEART, INC.

16646. THE MILLBURN CORPORATION

16647. The Milner Agency

16648. THE MIZAR HOL

16649. THE MLN COMPANY

16650. THE MOCHI ICE

16651. The Monte Vista Cooperative

16652. THE MOSSER CO

16653. THE NANZ COMP

16654. The Neenan Employees Holding Company,

16655. The Neiders Company, LLC

16656. THE NEMEROFF

16657. THE NEW FULTON FISH MARKET COOPERATIVE AT HUNTS PO

16658. THE NEW IEM,

16659. THE NEW MEXICAN INC.

16660. THE NICOTRA G

16661. The North Carolina Granite Corporation

16662. THE NORTH CAROLINA MUTUAL WHOLESALE DRUG COMPANY

16663. THE OAKRIDGE SCHOOL

16664. THE OLANDER COMPANY, INC.

16665. THE OLDE MECK

16666. THE ONE GROUP LLC

16667. THE ONECARE COMPANY

16668. THE OPICI GROUP LLC

16669. THE ORCUTT/WINSLOW LLLP

16670. THE ORTHOPEDIC CLINIC ASSOCIATION

16671. THE ORVIS COMPANY, INC.

16672. The Parker Skin & Aesthetic Clinic

16673. THE PARR COMPANY

16674. THE PARROTT GROUP INC.

16675. THE PARTY SOURCE

16676. The Pediatric Group

16677. THE PENN MUTUAL LIFE INSURANCE COMPANY

16678. THE PENRAY COMPANIES, INC.

16679. THE PHI GROUP

16680. THE PHOENIX C

16681. THE PHOENIX COMPANY OF CHICAGO

16682. THE PILLOW FACTORY

16683. THE PINE SCHO

16684. The Pittsburgh Foundation

16685. The Plastics Group, Inc.

16686. THE PLAZA

16687. The Pool Management Group, Inc.

16688. THE PORRETTA

16689. THE PORTER AC

16690. The Portsmouth Brewery, Inc.

16691. The Private Suite Holdings, LLC

16692. THE PRODUCE EXCHANGE

16693. The Professionals, LLC dba Integrated Security Group

16694. The Pros Closet

16695. The Prospective Group, Inc.

16696. THE PROTECTIO

16697. THE PROTECTION ENGINEERING GROUP, INC.

16698. THE QUEEN LAT

16699. THE RANCH AT DOVE TREE, LLC

16700. The Randall Powers Company

16701. The RBA Group, Inc.

16702. THE REALREAL,

16703. THE REASON FO

16704. THE RECORD JOURNAL PUBLISHING COMPANY

16705. THE REDEMPTOR

16706. The Regis School of The Sacred Heart

16707. THE REHAB DEP

16708. The Relentless Church

16709. THE RENAISSAN

16710. The Resource Exchange

16711. The Retail Connection, LP

16712. THE REYNOLDS AND REYNOLDS COMPANY

16713. THE RICHARDS GROUP

16714. THE RICHARDSO

16715. The Riley Kraus Group, LLC dba Maintenance Mart

16716. The Ritz-Carlton Yacht Collection

16717. THE ROBERT ALLEN DURALEE GROUP

16718. THE ROCK BROOK CONSULTING GROUP PA

16719. THE ROCKET SCIENCE GROUP LLC

16720. THE ROCKY MOUNTAIN YOUTH CLINICS

16721. The Romero Group LLC

16722. THE ROOMSTORES OF PHOENIX, LLC

16723. THE ROSS MANA

16724. THE ROSSI CORPORATION

16725. THE RUNNING S

16726. THE SAINT LOU

16727. THE SAVO GROUP

16728. THE SAWAYA LA

16729. THE SCHOOL BOARD OF BREVARD COUNTY

16730. The Schools of McKeel Academy

16731. THE SCOTTISH HOME

16732. THE SECOND CITY, INC.

16733. THE SECURITY TITLE GUARANTEE CORPORATION

16734. THE SEEING EYE

16735. The Service Company of Virginia, Inc.

16736. THE SHOPPING

16737. The Silversand Services, Inc.

16738. THE SIMON LAW FIRM, P.C.

16739. The Skinny Pancake Inc.

16740. The Solomon Foundation

16741. THE SPEAR GROUP, INC.

16742. The Spectrum Corporation

16743. The Sporn Company dba Perrywinkles

16744. THE STANDARD

16745. THE STATE BANK OF TEXAS

16746. THE STONE COLLECTION, LLC

16747. THE STROUSE C

16748. The Summit Church

16749. THE SUMMIT CHURCH, I

16750. THE SUNDT COMPANIES, INC.

16751. THE SWA GROUP

16752. The Swift Group Holdings, LLC.

16753. The Synergy Company

16754. The Systems Depot, Inc.

16755. THE TALBOTS, INC.

16756. The Technology House, LTD

16757. THE THRIVE NETWORK

16758. The Total Package Logistics

16759. THE TOWN OF B

16760. THE TOWN OF W

16761. THE TRUST FOR PUBLIC LAND

16762. THE TUSTIN GR

16763. The Tuxedo Club

16764. THE TWINS GROUP, INC.

16765. THE UNION LEA

16766. The United Synagogue of Conservative Judaism

16767. The University of Connecticut Foundation, Inc.

16768. THE UNIVERSITY OF OKLAHOMA

16769. THE UNIVERSITY OF VERMONT MEDICAL CENTER

16770. THE VALUE GROUP

16771. THE VANE BROTHERS COMPANY

16772. THE VENTURA GROUP, INC.

16773. THE VERMONT T

16774. THE VINCIT GROUP AND MEMBER COMPANIES

16775. THE W CORPORA

16776. THE W CORPORATION DBA VANTAGE COMPANY

16777. THE WAVECREST

16778. THE WESTCHESTER MEDICAL PRACTICE, P.C.

16779. THE WESTERN GROUP

16780. THE WESTERN STOCK SHOW ASSN

16781. The Western Sugar Cooperative, Inc.

16782. THE WESTERN UNION COMPANY

16783. THE WESTMINSTER SCHOOLS

16784. The Whitewind Company

16785. The Wilderness Society

16786. THE WILDS CHRISTIAN ASSOC INC

16787. The Willamette Valley Company

16788. The Willis Law Group

16789. THE WINDHAM FOUNDATION, INC.

16790. The Wine Enthusiast, Inc.

16791. The Wolf Agency, Inc.

16792. THE WOLF FIRM

16793. THE WOODLANDS

16794. THE WRIGHT GROUP, INC

16795. The Young Group

16796. THE ZIPPERTUBING COMPANY

16797. THEATER OF THE SEA, INC.

16798. THECO, A DIVISION OF TOM HAGAN ENTERPRISES

16799. THEMESOFT, INC

16800. THEO CHOCOLATE, INC.

16801. THERANOS, INC

16802. THERAPY ADMIN

16803. THERAPY FOR KIDS, INC. DBA GALLAGHER PEDIATRIC

16804. Theriault Sheet Metal, Inc.

16805. THERMA-FLITE INC.

16806. THERMAL ENERGY CORPORATION

16807. Thermal Environmental Systems, Inc.

16808. THERMAL TECH,

16809. THERMO ELECTRIC COMPANY, INC.

16810. THERMON INC

16811. Thermosystems, LLC.

16812. THIEME MEDICAL PUBLISHERS, INC.

16813. Think Goodness LLC.

16814. THINK UP GROU

16815. THINKCERCA

16816. ThinkWell, LLC

16817. THIRD BRIDGE (US) INC.

16818. THIRD FUTURE SCHOOLS

16819. Third Palm LLC

16820. THIRTEEN TWENTY LLC

16821. THISTLE GROUP

16822. THK ASSOCIATES, INC.

16823. THOMAS EDISON CHARTER SCHOOLS

16824. Thomas Foods International, USA

16825. Thomas MacLaren State Charter School

16826. THOMAS MECHANICAL, INC.

16827. THOMAS MOTORS, INC. DBA ADVANTAGE NISSAN

16828. THOMAS POLLART & MILLER LLC

16829. THOMAS PUBLISHING COMPANY LLC

16830. THOMAS SCIENTIFIC, LLC

16831. Thomas Supply Inc.

16832. Thomas Supply, Inc.

16833. Thomas W Umbach MD PC dba Blossom Bariatrics

16834. Thompson Creek Metals

16835. Thompson Flanagan

16836. THOMPSON HINE LLP VEBA

16837. Thompson Home Services LLC

16838. Thompson Law LLP

16839. Thompson, Price, Scott, Adams & Co.PA.

16840. THOMPSON, SIZEMORE, GONZALEZ & HEARING, P.A.

16841. Thompson, Sizemore, Gonzalez & Hearing, PA

16842. THOMPSONGAS LLC

16843. Thom's Transport Company, Inc.

16844. THOMSON REUTERS

16845. THORLABS, INC.

16846. THORNBURG INVESTMENT MANAGEMENT

16847. Thornhill Superstore & Group, Inc.

16848. THORNTON TOMASETTI, INC.

16849. Thought Logic Consulting

16850. THOUGHT STREA

16851. THOUGHTBOT, INC.

16852. ThoughtSpot Inc.

16853. Thoutt Bros Concrete Contractors Inc.

16854. Thouvenot, Wade & Moerchen, Inc. dba TWM, Inc.

16855. THRAILKILL AL

16856. THRALL ENTERPRISES, INC.

16857. THREDUP INC.

16858. THREDUP, INC.

16859. Three Atlanta, LLC

16860. THREE D, LLC

16861. THREE DIMENSIONAL RESOURCE PLANNING, LLC

16862. THREE FLOYDS BREWING, LLC

16863. Three J's Distributing, Inc.

16864. THREE WIRE SYSTEMS, LLC

16865. THRESHOLD GRO

16866. THRESHOLD PHA

16867. THRIFT INVESTMENT CORPORATION

16868. THRIFTY IRON WORKS, INC.

16869. THRIFTY SUPPL

16870. Thrive Communities

16871. THRIVE FARMERS INTERNATIONAL, INC.

16872. Thrive Holdings, LLC

16873. THRIVE Upstate

16874. THRYV HOLDINGS, INC.

16875. Thunder Mountain, Inc. dba Thunder Mountain Harley

16876. Thunderbolt Software dba Thunderbolt Logistics

16877. ThunderCat Technology, LLC

16878. THUNDERHEAD O

16879. THURCON PROPERTIES LTD

16880. THYSSENKRUPP AIRPORT SYSTEMS, INC.

16881. TI Communities HR, L.P.

16882. TIBBETTS LUMB

16883. TIBCO SOFTWARE INC.

16884. Tickmark, Inc.

16885. TIDEWATER EQUIPMENT COMPANY

16886. TIEDEMANN & COMPANY

16887. Tierra Environmental & Industrial Services

16888. TIFF ADVISORY SERVICES, INC.

16889. TIGER J, LLC

16890. TIGERLOGIC

16891. TIGG, LLC

16892. TILE REDI SAL

16893. Tile, Inc.

16894. Tiley Roofing, Inc.

16895. Tillery Chevrolet GMC, Inc./Tillery Buick GMC, LLC

16896. Tilson Machine, Inc.

16897. TILT Holdings, Inc.

16898. Tim Dahle Imports, Inc.

16899. Timber Ridge Treatment Center, Inc.

16900. TIMBERLAKE CHRISTIAN FELLOWSHIP

16901. TIMBERLINE BANK

16902. TIMBERLINE CH

16903. Timberline Drilling, Inc.

16904. TIMBERLINE HOSPITALITIES, LLC

16905. TIMBERLINE LANDSCAPING, INC.

16906. Timbers Club Homeowners Association

16907. TIMBERS RESORT MANAGEMENT, LLC

16908. TIMBERS, INC.

16909. TIMCO LOGISTICS SYSTEMS, INC.

16910. TIME INVESTMENT CORPORATION

16911. Tindale Oliver, Inc.

16912. TINDER WHOLESALE, LLC

16913. Tipp Distributors, Inc. dba Novamex

16914. TIPPECANOE CO. PUBLIC LIBRARY

16915. Tipping Point Solutions, Inc.

16916. TIPTON-ROSEMARK ACADEMY

16917. TIPTREE INC.

16918. TIRE DEN

16919. TIREHUB, LLC

16920. Tisinger Vance, P.C.

16921. TISSA ENTERPRISES, INC.

16922. Tissue Regenix Wound Care, Inc.

16923. TITAN MEDICAL

16924. Titan Metal Fabricators, Inc.

16925. Titan Mobile LLC

16926. Titan Production Equipment, LLC

16927. TITAN TRAILER MANUFACTURING, INC.

16928. TITANIA SOLUT

16929. TITANIUM FABRICATION CORPORATION

16930. Title Holding Company, LLC

16931. TITLE NINE SP

16932. Titus Group, Inc.

16933. TIVO INC

16934. TJM Trevose, LLC

16935. TKL Products Corp

16936. TKXS

16937. TLC Pipeline Construction

16938. TLC Tonerland LP

16939. TLC TONERLAND LP D/B/A TLC OFFICE SYSTEMS

16940. TLG/TLIG RESTAURANTS & TNL INC

16941. TLV Corporation

16942. TM BIER & ASSOCIATES, INC.

16943. TM HOLDINGS, INC.

16944. TM WIRELESS, INC.

16945. TMI INTERNATIONAL, LLC

16946. TMP INTERNATIONAL INC

16947. TMS, Inc.

16948. TMSA Inc. dba The Main Street Academy

16949. TMT Solutions, Inc.

16950. TN TRANSPORT, INC.

16951. TNEMEC COMPANY INCORPORATED

16952. TNN Manufacturing, Inc.

16953. TNT Door & Drawer, Inc.

16954. TNT FLEET SUPPLY, LLC

16955. TNT SALES GOLDEN, INC.

16956. Tobacco Industry Testing Laboratory, Inc.

16957. TOBAR, INC. DBA WHITMAN

16958. TOBIN & COLLINS, CPA PA

16959. TODAY'S GRAPHICS INC.

16960. TOEROEK ASSOCIATES, INC.

16961. Toeroek Associates, Inc.

16962. Tofel Dent Construction, LLC

16963. TOHONO O'ODHAM KI:KI ASSOCIATION

16964. TOK AMERICA

16965. TOKYO ELECTRON U.S. HOLDINGS, INC.

16966. TOLCO CORPORATION

16967. Toledo Metal Spinning Company

16968. TOLIVER'S CARPET ONE

16969. TOLLMAN SPRING COMPANY, INC.

16970. TOLMAN & WIKER INSURANCE SERVICES, LLC

16971. TOLMAR, INC.

16972. Tolsa USA Inc.

16973. TOM BARROW COMPANY

16974. Tom Brigman Contractors, Inc.

16975. TOM JAMES COMPANY

16976. Tom Sturgis Pretzels, Inc.

16977. Tomahawk Pipeline Construction, Inc

16978. Tomco Construction, Inc.

16979. TOMLINSON ENTERPRISES, INC.

16980. TOMMIE COPPER

16981. TOMPKINS INDU

16982. TOMRA OF NORTH AMERICA, INC.

16983. TOMRA Sorting, Inc.

16984. TONIC NIGHTLIFE GROUP

16985. TONN INVESTMENTS, LLC

16986. TONTO VERDE G

16987. Tony's Meats, Inc. dba Tony's Meats & Market

16988. TOOJAY'S MANAGEMENT LLC

16989. Tool Systems, Inc. DBA TSI Solutions

16990. Toolsgroup Inc.

16991. TOP FLIGHT AEROSTRUCTURES, INC.

16992. TOP LOGISTICS

16993. TOP POT DOUGHNUTS

16994. TOP RANK, INC.

16995. Top Tobacco LP

16996. Topar, Inc.

16997. Tops in Countertops, Inc.

16998. TOPS WELL SERVICES, LLC

16999. Topsoils, Inc. DBA United Recycling & Container

17000. TOPSVILLE, INC.

17001. TOPTAL, LLC

17002. TOPY AMERICA, INC.

17003. TORAY FLUOROFIBERS (AMERICA) INC.

17004. TORCON, INC.

17005. Torrent Consulting, LLC

17006. TORRENT TECHNOLOGIES, INC.

17007. TORRINGTON CITY AND BOARD OF EDUCATION

17008. TORUS US SERVICES, LLC

17009. TOSH FARMS

17010. TOSH FARMS

17011. TOTAL CIVIL CONSTRUCTION & ENGINEERING, LLC

17012. Total Concrete Services, Inc.

17013. TOTAL PLASTICS, INT'L

17014. Total Titanium, Inc.

17015. Total Video Products, Inc.

17016. TOTALLY CHOCOLATE, INC.

17017. TOTEM CONSTRUCTION COMPANY, INC.

17018. TOUCH DYNAMIC

17019. Touch International, Inc.

17020. Touchstone Bernays

17021. TOUCHSTONE MEDICAL IMAGING, LLC

17022. TOUCHTONE COMMUNICATIONS, INC.

17023. TOUGH MUDDER

17024. TOUSLEY BRAIN STEPHENS PLLC

17025. TOWER ADVERTISING PRODUCTS, INC.

17026. TOWER COMMUNI

17027. TOWER ENERGY

17028. TOWER INDUSTR

17029. TOWILL, INC.

17030. TOWING HOLDIN

17031. TOWN & COUNTR

17032. TOWN OF ANGIE

17033. TOWN OF APEX

17034. Town of Apple Valley

17035. TOWN OF BARGE

17036. Town of Bayfield

17037. TOWN OF BERLIN

17038. Town of Berthoud

17039. TOWN OF BLOOMFIELD AND BLOOMFIELD BOE

17040. TOWN OF BUTNER

17041. Town of Centerville

17042. Town of Clifton

17043. TOWN OF DAVIDSON

17044. Town of Dillon

17045. Town of Edenton

17046. Town of Elkin

17047. Town of Elon

17048. TOWN OF ESTES PARK

17049. Town of Evansville

17050. TOWN OF FLORENCE

17051. Town of Granby

17052. TOWN OF GYPSU

17053. TOWN OF HERTFORD

17054. Town of Huachuca City

17055. TOWN OF HUNTERSVILLE, INC.

17056. TOWN OF JUNO

17057. TOWN OF JUPITER

17058. TOWN OF KITTY HAWK

17059. TOWN OF LITTLE ELM

17060. TOWN OF LONG VIEW

17061. Town of Lookout Mountain Tennessee

17062. TOWN OF MANCHESTER AND MANCHESTER BOE

17063. TOWN OF MARANA

17064. TOWN OF MIAMI

17065. TOWN OF MILTON

17066. TOWN OF MINT HILL

17067. Town of Mocksville

17068. TOWN OF MONUM

17069. Town of North Topsail Beach

17070. Town of Pagosa Springs

17071. TOWN OF PALISADE

17072. TOWN OF PALM BEACH

17073. TOWN OF PARKE

17074. Town of Quartzsite

17075. TOWN OF SILER CITY

17076. TOWN OF SMYRNA

17077. TOWN OF SNOWM

17078. TOWN OF VAIL

17079. TOWN OF WAXHAW

17080. TOWN OF WELLINGTON

17081. TOWNEBANK

17082. TOWNLEY ENGIN

17083. TOWNSEND HEALTH SYSTEMS INC.

17084. TOWNSHIP OF EAST BRUNSWICK

17085. TOXICOLOGIC PATH. ASSOC., INC.

17086. TOYOTA OF GOL

17087. TOYOTA OF STA

17088. TPC ASSOCIATES, INC.

17089. TPG ARCHITECT

17090. TPM, Inc.

17091. TPS, LLC

17092. TQM Roofing Inc.

17093. TRACE 3

17094. TraceGains, Inc.

17095. TRACEGAINS, INC.

17096. Trackman, Inc.

17097. Traction on Demand

17098. TRADA, INC.

17099. TRADE SHOW SUPPLY

17100. TRADE SUPPLY

17101. Trademark Plumbing, LLC

17102. TRADEMARK PRO

17103. Tradepro, Inc.

17104. TRADERS GENERAL AGENCY, INC.

17105. TRADESTAR, INC.

17106. TRADESY, INC.

17107. TRADEWIND ENERGY, INC.

17108. TRADINGSCREEN

17109. TRADITIONAL M

17110. Traditions Health Care Inc.

17111. TRAFFIC CONTR

17112. TRAFFIC CONTROL PRODUCTS OF FLORIDA, INC.

17113. TRAFFIC LINES, INC.

17114. TRAFFIC PLANNING AND DESIGN

17115. TRAINING RESOURCES GROUP, INC.

17116. Tralongo Management

17117. TRAMCOR CORPORATION

17118. TRAMPOLINE PARKS, LLC AND GET AIR, LLC

17119. Transcend Security Solutions

17120. TRANSCOLD DIS

17121. TRANSCON ENVIRONMENTAL INC.

17122. Transcript Bulletin Publishing Company, Inc.

17123. TRANSDEV ON DEMAND, INC.

17124. Transervice Logistics, Inc.

17125. TRANSFERWISE,

17126. TRANSFIX, INC.

17127. Transform-X Inc.

17128. TRANS-GLOBAL SOLUTIONS, INC.

17129. TRANSMARINE N

17130. Transmark Logistics

17131. TRANSNETYX, INC.

17132. TRANSNORM SYS

17133. TRANSOL CORPORATION

17134. TransPak, Inc.

17135. TRANSPERFECT TRANSLATIONS INTERNATIONAL

17136. Transport Enterprise Leasing, LLC

17137. Transport Services, Inc.

17138. TRANSPORTATIO

17139. TRANSPORTATION PARTNERS & LOGISTICS, LLC

17140. Transportation Research Center Inc.

635

17141. Transtar Insurance Brokers, Inc.

17142. TransTek, Inc.

17143. Transtelco, Inc.

17144. TRANS-TRADE, INC.

17145. TRANSURBAN (USA) INC.

17146. Trans-Vac Systems LLC

17147. TRANS-WEST TE

17148. TRANSWEST, IN

17149. TranSwitch Corporation

17150. TRANSWORLD DIV. SERV.

17151. Transworld, Inc.

17152. TRANSZAP, INC

17153. Trantech Radiator Products, Inc.

17154. Trash Butler, LLC

17155. Traton, LLC

17156. TRAVALLIANCEM

17157. TRAVEL + LEISURE CO.

17158. TRAVELERS HAV

17159. TRAVELERS RES

17160. TRAVELEX CURRENCY SERVICES, INC.

17161. Travelopia

17162. TRAVELZOO INC.

17163. TRAVIS BODY &

17164. TRAVIS COUNTY WCID NO. 17

17165. TRAVISA VISA SERVICE

17166. TRAX HOLDINGS, INC.

17167. Trax Retail, Inc.

17168. TRAX USA

17169. TREASURE COAST IRRIGATION AND LANDSCAPE, LLC

17170. Treasure Island Foods Inc.

17171. TREAT AMERICA LIMITED

17172. TREBOL USA, LLC

17173. TRECOM SYSTEM

17174. Trecora Resources

17175. TREE TOWN USA, LTD.

17176. TREES, INC.

17177. Trehel Corporation

17178. TRELLANCE, IN

17179. TRELORA, INC.

17180. TREMONTON CITY CORPORATION

17181. TRENAM LAW

17182. Trench Shoring Systems, Inc

17183. Trenchless Crossings, Inc.

17184. TREND GROUP,

17185. TREND MANAGEMENT COMPANY

17186. TREND TECHNOLOGIES LLC

17187. TRENDSETTER E

17188. TRENTON COUNT

17189. TRESSA, INC.

17190. Tressler LLP

17191. Trevcon Construction Company, LLC.

17192. TREX COMMERCIAL PRODUCTS

17193. TREX COMPANY, INC.

17194. Trexie Management LLC

17195. Tri County Auto Force, Inc.

17196. TRI COUNTY CARE MANAGEMENT ORGANIZATION

17197. TRI DAL, LTD.

17198. Tri Scapes, Inc.

17199. TRI SOURCE PH

17200. TRI STAR FREIGHT SYSTEM, INC.

17201. TRI STAR INDUSTRIAL LLC

17202. TRI STATE CONSTRUCTION, LLC

17203. TRIAD COMMUNI

17204. TRIAD MATH AND SCIENCE ACADEMY

17205. TRIAD MECHANI

17206. TRIAD MEDIA S

17207. TRIAD WESTERN CONSTRUCTORS, INC.

17208. TRIALCARD INCORPORATED

17209. TRIALCARD INCORPORATED

17210. TrialScope, Inc.

17211. TRIANGLE FASTENER CORPORATION

17212. Tri-Angle Metal Fab

17213. TRIBECA AUTOMOTIVE INC.

17214. TRIBECA HEALT

17215. Tribeca Healthcare Management Company, LLC

17216. TRIBECA OVEN, INC.

17217. TRIBORO ADMIN

17218. TRIBOROUGH HO

17219. TRIBRIDGE PARTNERS, LLC

17220. TRIBUS AEROSP

17221. TriCab (USA) Inc

17222. TRICIDA, INC.

17223. TRICIRCLE PAV

17224. Tri-City Orthopaedic Clinic, PSC

17225. TRICOCI UNIVERSITY OF BEAUTY CULTURE, LLC

17226. TRICON GEOPHYSICS, INC.

17227. Tri-County Community Action Agency, Inc.

17228. TRI-COUNTY EL

17229. TRIDENT

17230. TRIDENT BUILDING SYSTEMS, INC.

17231. TRIDENT CAPIT

17232. Trident Transport LLC

17233. Trideum Corporation

17234. TRIFACTA INC.

17235. Trigger Energy, LLC

17236. TRIHYDRO CORPORATION

17237. TRI-KO, INC.

17238. TRILEAF CORPORATION

17239. Tri-Lift NJ, Inc.

17240. Trilliant Health, Inc.

17241. TRILLIANT NETWORKS, INC.

17242. TRILLIUM HEALTHCARE GROUP, LLC

17243. TRIMEDX

17244. TRIMEDX HOLDINGS, LLC

17245. TRINIDAD AREA HEALTH ASSN DBA MT. SAN RAFAEL HOSP

17246. Trinidad School District Number 1

17247. TRINISYS, LLC

17248. Trinity Christian Academy

17249. TRINITY GLASS INTERNATIONAL, INC.

17250. TRINITY REHAB, LLC

17251. Trinity Surfaces

17252. TRINSIC RESIDENTIAL SERVICES, LLC

17253. TRINTECH, INC

17254. TRIPLE C HOUSING, INC.

17255. TRIPLE CREEK ASSOCIATES, INC.

17256. Triple G Enterprises Inc.

17257. TRIPLE HS, IN

17258. Triple L., Inc.

17259. Triple R Electric, Inc.

17260. Triple S Building Center

17261. TRIPLEX, INC.

17262. TRI-POINT SERVICES, LLC

17263. Tripwire Interactive, LLC

17264. TRIREME MEDIC

17265. TRIS PHARMA, INC.

17266. TRIS USA, INC.

17267. TriSept Corporation

17268. TRISH MCEVOY

17269. TriSmart Solar LLC

17270. TRISTAR INC.

17271. TRISTAR PLAST

17272. Tri-State Bank of Memphis

17273. TRI-STATE COATING & MACHINE CO., INC.

17274. Tri-State Commodities, Inc.

17275. TRI-STATE DIS

17276. Tri-State Industries, Inc.

17277. TRI-STATE MANAGEMENT ASSOCIATES, INC.

17278. Tristate Roofing Inc.

17279. Tri-State Sprinkler Corporation

17280. Tri-State Vacuum and Rental LLC

17281. Tri-State Ventures, LLC dba CareFree Homes

17282. Triten Corporation

17283. TRITON CONSTRUCTION COMPANY, LLC

17284. TRIUMPH ENTERPRISES, INC.

17285. TRIYAR MANAGE

17286. TRK Enterprises, Inc.

17287. TRL Systems, Inc.

17288. TRM DBA SUPER

17289. Trodat USA, Inc.

17290. TROFHOLZ TECH

17291. TROLLCO, INC.

17292. TROPAR MANUFACTURING CO., INC.

17293. TROPICAL CHEE

17294. Tropics Software Technologies

17295. TROUTMAN PEPPER HAMILTON SANDERS LLP

17296. TROXELL COMMUNICATIONS, INC.

17297. Troy Construction, LLC

17298. TRS Group, Inc.

17299. TRUCK SERVICE, INC.

17300. Truckee Gaming, LLC

17301. Truckee Tahoe Lumber Company

17302. TRUCK-RAIL HANDLING, INC.

17303. TRUCKS ONLY SALES & LEASING

17304. TruckVault, Inc.

17305. True Capital Partners LLC

17306. TRUE HEALTH

17307. TRUE NORTH HE

17308. True North ITG, Inc.

17309. True North Management Services LLC

17310. TRUEBILL, INC

17311. Truelove & Maclean Incorporated

17312. TRUITT FAMILY FOODS, INC.

17313. TRULIA, INC.

17314. TRULINE CORPORATION

17315. Truline Corporation

17316. TRULINE CORPORATION

17317. TRULITE GLASS & ALUMINUM SOLUTIONS, LLC

17318. TRUMARK COMPA

17319. TRUMP PLAZA OF THE PALM BEACHES

17320. TRUMPF INC.

17321. Trung Do's Goldsmith Services, Inc.

17322. Trusona, Inc.

17323. TRUSSWAY HOLDINGS, INC.

17324. TRUST FOR CON

17325. Trust Healthcare Consulting Services

17326. Trusted Doctors, LLC

17327. TRUSTEES OF ALASKA PUBLIC

17328. TRUSTEES OF TRINITY COLLEGE

17329. TRUSTILE DOOR

17330. TRUSTON TECHNOLOGIES, INC.

17331. Try-Angle Food Brokers, Inc.

17332. TRYBA ARCHITECTS, INC.

17333. Tryco Machine Works, LTD

17334. TS Worldwide, LLC

17335. TSA PROCESSING

17336. TSC, INC.DBA FIVE STAR PHCEI

17337. TSG Ski & Golf, LLC

17338. TSGC Inc dba Industrial Fabricators of Corpus Chri

17339. TSI EXTERIOR WALL SYSTEMS, INC.

17340. TSI Tower Services Inc.

17341. TSI TOWER SERVICES, INC.

17342. TSL MARKETING

17343. TSMC NORTH AMERICA

17344. TSQ Systems Inc

17345. TTG, Inc.

17346. TTI Success Insights, LTD

17347. TTT Holding NA, Inc. dba Dietze & Schell Mfg Solut

17348. Tualatin Sleep Products dba Englander

17349. Tuba Group, Inc.

17350. TUBE SPECIALTIES COMPANY, INC.

17351. TUBES, INC.

17352. Tubular Textile Machinery, Inc.

17353. TUCANOS ACQUI

17354. Tucson Embedded Systems, Inc.

17355. Tucson Faith Christian Church, Inc.

17356. TUCSON FEDERA

17357. TUCSON FEDERAL CREDIT UNION

17358. Tucson Hebrew Academy, Inc.

17359. TUCSON WALDOR

17360. TUFF TORQ CORPORATION

17361. TUFFALOY PROD

17362. TUFTCO CORPORATION

17363. TUGGLE DUGGINS P.A.

17364. TUMAC LUMBER CO., INC.

17365. TUMBLEWEED CENTER FOR YOUTH DEVELOPMENT

17366. Tumeq LLC

17367. TuneIn, Inc.

17368. TUNGSTEN NETW

17369. Tunnel Radio of America, Inc.

17370. TUPPERWARE BRANDS CORPORATION

17371. Turbam, LLC

17372. Turbeville Insurance Agency, Inc.

17373. Turbine Engine Specialists, Inc.

17374. TURBINE LABS

17375. TURBINE TECHNOLOGY SERVICES CORPORATION

17376. TURF PRODUCTS CORPORATION

17377. Turing School of Software & Design

17378. Turk Manufacturing, Inc.

17379. TURNER COUNTY BOARD OF COMMISSIONERS

17380. TURNER MACHIN

17381. Turner Padget Graham & Laney PA

17382. Turning Point for God

17383. Turning Point Services, Inc.

17384. TurningPoint Healthcare Solutions, LLC

17385. TURNITIN LLC

17386. TURNTEC MANUFACTURING

17387. TURN-TECH, IN

17388. TUR-PAK FOODS, INC.

17389. TURTLE ENTERTAINMENT AMERICA, INC.

17390. TURTLE FUR COMPANY

17391. TUTTA BELLA NEAPOLITAN PIZZERIA

17392. TUTTLE CLICK AUTOMOTIVE GROUP

17393. TVET OPERATING PLLC DBA VITALPET

17394. TVF, INC.

17395. Twenty20 Solutions

17396. TWF HOLDING C

17397. TW-FITTING-NA, LLC

17398. TWIN CITY CONTAINER

17399. TWIN CONTRACT

17400. TWIN LIQUORS LP

17401. TWIN LIQUORS, LP

17402. TWIN MED, LLC

17403. TWIN PEAKS CH

17404. Twincraft, Inc.

17405. TwinStar Credit Union

17406. TWITTER, INC.

17407. TWO LABS HOLD

17408. TWO-TWENTY RECORDS MANAGEMENT LLC

17409. TYDENBROOKS

17410. TYGATE MOTEL CORPORATION

17411. Tylinter, Inc.

17412. TYNAN'S VOLKSWAGEN, INC.

17413. TYREE HOLDINGS CORP

17414. TYRRELL CHEVR

17415. Tysons Corner Children's Center

17416. TYTAN INTERNA

17417. Tyton Holdings, Inc.

17418. TZADIK PROPER

17419. U.S. Anti-Doping Agency

17420. U.S. CONFERENCE OF MAYORS

17421. U.S. ENGINE VALVE

17422. U.S. FIGURE SKATING ASSOCIATION

17423. U.S. GROUP CONSOLIDATOR, INC.

17424. U.S. INDUSTRIAL PIPING, INC.

17425. U.S. INSPECT

17426. U.S. MEAT EXPORT FEDERATION

17427. U.S. MICRO CORPORATION

17428. U.S. TRANSPOR

17429. U.S. UNDERWAT

17430. UATP MANAGEME

17431. UBEE INTERACT

17432. Ubicquia, Inc

17433. Ubique Group

17434. UBIQUS REPORTING, INC.

17435. UBTA-UBET Communications, Inc. dba STRATA Networks

17436. UCA GROUP, IN

17437. UCAR

646

17438. UCB, INC.

17439. UCH / HOTWIRE

17440. UDELL JEWELERS, INC. DBA LONDON JEWELERS

17441. UELS, LLC

17442. UFCW RETAIL EMPLOYEES & EMPLOYERS HEALTH

17443. UFP TECHNOLOGIES, INC.

17444. UGS America Sales, Inc.

17445. UH Clinical Associates, LLC

17446. UIL HOLDINGS CORPORATION

17447. Uintah County

17448. UiPath, Inc.

17449. ULINE, INC

17450. ULLIMAN SCHUTTE CONSTRUCTION,

17451. ULTIMATE PRECISION METAL PRODUCTS, INC.

17452. ULTRA STEAK,

17453. ULTRADENT PRODUCTS, INC.

17454. ULTRAMAIN SYSTEMS, INC.

17455. UMAR, Inc.

17456. UMB FINANCIAL CORPORATION

17457. UMBRA CUSCINETTI, INC.

17458. UMC GROUP (USA)

17459. UMGC VENTURES

17460. UMICORE USA INC

17461. UNANET, INC.

17462. UNBRIDLED SOL

17463. Unbridled Solutions, LLC

17464. UNDERGROUND ELEPHANT, INC.

17465. Underground Infrastructure Technologies, LLC

17466. Underground Safety Equipment, LLC

17467. Underground Services, Inc.

17468. Understood For All, Inc.

17469. UNDERWOOD BRO

17470. Underwood Bros., Inc dba AAA Landscape

17471. Ungerboeck Systems International and Ozark Yacht C

17472. UNICO PROPERTIES LLC

17473. Unicom Capital, LLC

17474. UNICORN CONSU

17475. UNICREDIT BANK AG NEW YORK BRANCH

17476. UNIFI AVIATION, LLC

17477. Unified Development, Inc.

17478. UNIFIED ENTER

17479. UNIFIED LOGIS

17480. Unified Services of Texas, LLC

17481. UNIFIED.AGENCY

17482. UNIFIRST CORPORATION

17483. UniFocus TX, LP

17484. UNIFY ENERGY SOLUTIONS LLC

17485. Unigene Laboratories, Inc.

17486. Unilog Content Solutions, LLC

17487. UNION BANKSHARES, INC.

17488. Union Beverage Packers, LLC

17489. Union Gospel Mission of Tarrant County, Inc.

17490. UNION PACKAGING, LLC.

17491. UNION PAVING & CONSTRUCTION CO., INC.

17492. Union Square Credit Union

17493. UNIPHORE TECH

17494. UNIPRESS CORPORATION

17495. UNIQUE COMPUTER SERVICES INC

17496. UNIQUIFY, INC.

17497. UNIRAC, INC.

17498. UNISORB, INC.

17499. Unistar-Sparco Computers, Inc.

17500. UNITECH CONSULTING, L.L.C. D/B/A CHAMELEON INTEGRA

17501. UNITED ALUMINUM CORPORATION

17502. UNITED AMERICAN STEEL CONSTRUCTORS, INC.

17503. UNITED AUTOMOBILE HOLDINGS, LLC

17504. UNITED BANK

17505. United Brass Works, Inc.

17506. United Business Technologies, Inc.

17507. United Cellular, Inc.

17508. UNITED CHEMI-CON, INC.

17509. United Comb & Novelty Corp

17510. UNITED COMPOS

17511. UNITED CONSTR

17512. United Construction Products, Inc.

17513. United Contractors Building Corp

17514. UNITED DAIRYMEN OF ARIZONA

17515. UNITED DATA T

17516. UNITED DIGESTIVE INTERMEDIATE HOLDINGS

17517. UNITED EDUCATORS MANAGEMENT COMPANY

17518. UNITED ELECTRIC POWER

17519. United Energy Workers Healthcare Corp.

17520. UNITED ENERTECH

17521. United Fast Food & Beverage Service Corp.

17522. UNITED FINANC

17523. UNITED FIRE PROTECTION CORPORATION

17524. UNITED GALVANIZING, INC.

17525. UNITED HOME C

17526. United Hospital Services, LLC

17527. UNITED IMAGING CONSULTANTS

17528. United Imaging Healthcare North America LLC

17529. United Imaging Healthcare North America, Inc.

17530. UNITED INFRASTRUCTURE GROUP, INC.

17531. UNITED INITIA

17532. UNITED INITIA

17533. UNITED MATERIALS, LLC.

17534. United Materials; llc

17535. UNITED MECHANICAL, INC.

17536. United Medical Corporation

17537. UNITED MEDICAL GROUP, LLC

17538. UNITED METHOD

17539. UNITED METHODIST HOMES, INC.

17540. United Neighborhood Health Services

17541. UNITED PLANNERS FINANCIAL SERVICES OF AMERICA

17542. UNITED PROPANE GAS COMPANY

17543. United Reprographic Supply, Inc.

17544. United Restoration & Preservation, Inc.

17545. UNITED SERVIC

17546. United Shutdown Safety (Texas), Inc.

17547. UNITED SKATES OF AMERICA

17548. UNITED STATES

17549. UNITED STATES

17550. UNITED STATES

17551. UNITED STATES

17552. UNITED STATES CARGO AND

17553. UNITED STATES OF AMERICA RUGBY FOOTBALL UNION, LTD

17554. United States of America Wrestling

17555. UNITED STATES SENATE FEDERAL CREDIT UNION

17556. United States Tape & Label Corporation

17557. UNITED STATES WELDING, INC.

17558. United Steel, Inc.

17559. UNITED STRUCT

17560. UNITED SUPPORT SOLUTIONS, INC.

17561. UNITED THERAPEUTICS CORPORATION

17562. UNITED TOOL &

17563. UNITED TUBE CORPORATION

17564. United Underwriters, Inc.

17565. United Valor Solutions, LLC

17566. United Valve, LP

17567. UNITED WAY OF

17568. United Way of Central Carolinas

17569. UNITED WAY OF FORSYTH COUNTY, INC

17570. United Way of Forsyth County, Inc.

17571. United Way of Greater Nashville

17572. UNITED WAY OF LARIMER COUNTY, INC.

17573. UNITED WAY OF PALM BEACH COUNTY, INC.

17574. United Way of Tarrant County

17575. Unitek Training

17576. UNI-TEMP REFRIGERATION, INC.

17577. UNITERS NORTH

17578. Uniters North America, LLC

17579. Unity Care NW

17580. Unity Railway Supply Co., Inc.

17581. UNIV OF ST. AUGUSTINE HEALTH SCIENCES

17582. UNIV. OF KS RESEARCH INSTITUTE, INC.

17583. UNIVAIR AIRCR

17584. UNIVERSAL CON

17585. UNIVERSAL DEBT & CREDIT, LLC.

17586. UNIVERSAL FOREST PRODUCTS, INC.

17587. UNIVERSAL INSURANCE HOLDINGS

17588. UNIVERSAL INSURANCE MANAGERS, INC.

17589. UNIVERSAL MAILING SERVICE INC

17590. Universal Medical Resources, Inc

17591. UNIVERSAL MINERALS INTERNATIONAL, INC.

17592. UNIVERSAL ORLANDO

17593. UNIVERSAL PACKAGING SYSTEMS, INC.

17594. UNIVERSAL SCR

17595. Universal Tea Company dba Stash Tea Company

17596. UNIVERSAL TENNIS MANAGEMENT, LLC

17597. UNIVERSAL WEATHER AND AVIATION, LLC

17598. UNIVERSAL WELL SERVICE HOLDINGS, INC.

17599. University Academy Charter High School Inc.

17600. UNIVERSITY CHILD DEVELOPMENT SCHOOL

17601. UNIVERSITY CITY CHILDREN'S CENTER

17602. UNIVERSITY EYE SPECIALISTS, PC

17603. UNIVERSITY MEDICAL GROUP

17604. UNIVERSITY MEDICAL PARTNERS, INC.

17605. UNIVERSITY OF LOUISVILLE STUDENT ATHLETE GROUP

17606. UNIVERSITY OF MAINE SYSTEM

17607. University of Mount Olive, Inc.

17608. UNIVERSITY OF RICHMOND

17609. UNIVERSITY OF ST. THOMAS

17610. UNIVERSITY PEDIATRIC ASSOC.

17611. University Presbyterian Church

17612. UNIVERSITY RADIOLOGY GROUP, LLC

17613. UNIVERSITY SCHOOLS

17614. UNIVERSITY TITLE COMPANY

17615. UNIWORLD GROU

17616. UNKUBED LLC

17617. UNLEADED SOFTWARE, INC.

17618. Unlimited Steel, Inc.

17619. UNUM

17620. UNX Industries, Inc.

17621. UP TO DATE LA

17622. Updike, Kelly & Spellacy, P.C.

17623. Upgrade Labs, Inc.

17624. UPPER BAY COUNSELING AND SUPPORT SERVICES, INC.

17625. UPRIVER, LLC

17626. Uproar PR LLC

17627. UPSIDE CONNEC

17628. UPSLOPE LLC D

17629. Upstate Senior Living, Inc.

17630. Upward Projects Holdings LLC

17631. Upward Unlimited

17632. UQM TECHNOLOGIES, INC.

17633. URBAN ARTS PARTNERSHIP

17634. URBAN ASSOCIA

17635. URBAN CHESTNU

17636. Urban Custom Homes dba USA Machine

17637. URBAN DADDY,

17638. Urban Farmer, Inc.

17639. URBAN FOREST PRODUCTS, LLC

17640. URBAN LAND INSTITUTE

17641. URBAN LTD.

17642. Urban Oil & Gas Group, LLC

17643. URBAN PEAK

17644. Urban Promise Ministries Inc

17645. URBAN RESOURC

17646. URBAN RETAIL PROPERTIES, LLC

17647. UR-ENERGY USA, INC.

17648. URETEK HOLDINGS, INC.

17649. Urgent Care Group, LLC

17650. URGENT CARE SERVICES GROUP, LLC

17651. URJANET, INC.

17652. UROLOGICAL ASSOCIATES OF SAVANNAH, PC

17653. UROLOGY ASSOCIATES, PC

17654. Urology of St. Louis, Inc.

17655. URSE DODGE/HONDA

17656. US Analytics Solutions Group LLC

17657. US AUTO SALES, INC.

17658. US Blades, LLC

17659. US CABLE CORPORATION

17660. US Digestive Health

17661. US DIGITAL ME

17662. US Green Fiber, LLC

17663. US TOWER SERVICES, INC.

17664. US TOY COMPANY

17665. US VINYL MANUFACTURING CORP

17666. US WHOLESALE

17667. USA Cycling, Inc.

17668. USA DUTCH INC.

17669. USA Industries, Inc.

17670. USA Tile & Marble Corporation

17671. USA TRUCKING, LLC

17672. USAC WA, LLC

17673. US-ANALYTICS SOLUTIONS GROUP, LLC

17674. USAT LLC

17675. USCB, INC.

17676. USEPPA INN AND DOCK COMPANY, LTD.

17677. USERZOOM, INC

17678. USG INSURANCE SERVICES, INC.

17679. USM BUSINESS

17680. USMD HOLDINGS, INC.

17681. UT&F HOLDINGS, LLC

17682. Utah Healthcare Institute

17683. Utah Ornamental and Iron Co., Inc.

17684. Ute Energy Management LLC

17685. UTE WATER CON

17686. UTEC SURVEY INC.

17687. UTILITY CONCIERGE, LLC

17688. UTILITY PARTNERS LLC

17689. UTILITY PARTNERS OF AMERICA LLC

17690. Utility Trailer Sales Company of Georgia, LLC

17691. UV Residential, LLC

17692. UWorld, LLC

17693. V. Ships USA LLC

17694. V.I.P. MORTGA

17695. V.L.S SYSTEMS, INC.

17696. V2 WINE GROUP

17697. V3Gate LLC

17698. Vacation Express USA Corp

17699. VACO HOLDINGS, LLC

17700. VACUUM TECHNOLOGIES, LLC DBA VACUTECH

17701. VAHL, INC.

17702. VAIL MOUNTAIN LODGE AND SPA

17703. VAIL MOUNTAIN SCHOOL

17704. Vail Racquet Club

17705. Vail Summit Orthopaedics, P.C.

17706. Vail Summit Orthopedics & Sports

17707. VAIL SYSTEMS INCORPORATED

17708. VAIL VALLEY FOUNDATION

17709. VAIL VALLEY JET CENTER

17710. Val Strough Cypress Coast Automotive Group

17711. VAL WARD CADI

17712. Val Ward Cadillac, Inc.

17713. VALADOR, INC.

17714. VALBRIDGE PROPERTY ADVISORS, INC.

17715. VALBRUNA STAINLESS, INC.

17716. VALCO INSTRUMENTS CO. INC.

17717. VALDEZ INTERNATIONAL CORPORATION

17718. Valdosta Anesthesia Associates c/oS.G.A. Medical

17719. Valiant Capital Management

17720. VALIANT COMMU

17721. VALIDATION TE

17722. VALLE LUNA, INC

17723. Valley Bank & Trust

17724. Valley Bank of Ronan

17725. Valley Chrome Plating, Inc.

17726. VALLEY CONTAINER, INC.

17727. VALLEY COUNTRY CLUB

17728. Valley Fibers Corporation dba WEBS

17729. Valley Forge Tape & Label Co., Inc.

17730. VALLEY IMPLEMENT & MOTOR CO. INC.

17731. VALLEY MACHINE SHOP, INC.

17732. VALLEY NATION

17733. VALLEY NATIONAL BANK

17734. Valley Park Fire Protection District

17735. VALLEY PROTEINS, LLC

17736. Valley Special Needs, Inc. dba Valley Community Se

17737. Valley Surgical Clinics, Ltd.

17738. VALLEY TELEPHONE COOPERATIVE, INC.

17739. VALLEY VIEW BUILDERS, INC. DBA VALLEY VIEW GRANITE

17740. VALLEY VISTA, LLC.

17741. Valley Wide Beverage Company

17742. VALMIERA GLASS USA CORP.

17743. VALOR CHRISTIAN SCHOOLS

17744. ValRos Solutions LLC

17745. VALTRONIC TECHNOLOGIES (USA), INC.

17746. VALUEMOMENTUM

17747. VALVTECHNOLOGIES, INC

17748. VALYTICS LLC

17749. VAN AM TOOL & ENGINEERING, LLC

17750. VAN DE POL ENTERPRISES, INC.

17751. Van Deusen & Associates, Inc.

17752. VAN DYK CONSTRUCTION, INC.

17753. Van Ewing Construction, Inc.

17754. VAN GILDER INSURANCE CORPORATION

17755. VAN MARCKE TRADE SUPPLY

17756. VAN NESS FELD

17757. Van Rooy Properties, Inc.

17758. VAN SON HOLLAND INK CORPORATION OF AMERICA

17759. VAN TILBURG, BANVARD & SODERBERGH, AIA

17760. van Zelm, Heywood & Shadford, Inc.

17761. VANCO PAYMENT

17762. Vanco Payment Solutions, Inc.

17763. VanDemark & Lynch, Inc.

17764. VANDIVIER MANAGEMENT, INC.

17765. VANGUARD ENER

17766. Vanguard International USA, Inc.

17767. VANGUARD NATIONAL TRAILER CORP

17768. VANGUARD PHARMA, LLC

17769. VANICK DIGITA

17770. Vann Engineering, Inc

17771. VANPORT WAREH

17772. VANPORT WAREHOUSING, INC.

17773. VANTACORE PAR

17774. VANTAGE CUSTOM CLASSICS, INC.

17775. Vantage Energy Services, Inc.

17776. VANTAGE HEALTH SYSTEM, INC.

17777. VANTAGE MEDIA, LLC

17778. VANTAGE MOBIL

17779. Vantage Point Title, Inc.

17780. VANTAGE TRAIL

17781. VANTIVA

17782. VanZandt Controls LLC

17783. VAPIANO USA

17784. Vapor Point, LLC

17785. VARIETY WHOLESALERS, INC.

17786. VariQ Corporation

17787. Varra Companies, Inc.

17788. VASOMEDICAL,

17789. Vatica Health, Inc.

17790. Vaughn's Plumbing & Heating Co

17791. VAUPELL HOLDINGS, INC.

17792. Vavrinek, Trine, Day & Co., LLP

17793. VBRICK SYSTEM

17794. VBZ Payroll Service, Inc.

17795. VCA CONSULTAN

17796. VCBO ARCHITEC

17797. VCC, LLC

17798. VCINITY, INC.

17799. vCom Solutions, Inc.

17800. VCOMMERCE HOL

17801. vCORE Technology Partners LLC

17802. VCU HEALTH SYSTEM

17803. VECTOR CAPITAL CORPORATION

17804. Vector Concepts, Inc.

17805. VECTOR MEDIA LLC

17806. VECTORWORKS,

17807. VECTRA NETWORKS

17808. Vedco, Inc

17809. VEECO INSTRUMENTS INC.

17810. Veem, Inc.

17811. Veetronix

17812. VEEX, INC.

17813. VEHICLE TRACKING SOLUTIONS LLC

17814. VEKA HOLDINGS, INC.

17815. VELCRO USA INC

17816. VELOCITY AERO

17817. VELOCITY CONS

17818. Velocity Global, LLC

17819. VELOCITY NETW

17820. VELODYNE LIDA

17821. VENABLES BELL

17822. VENAFI, INC.

17823. VENAXIS, INC.

17824. Vendamerica, Inc. dba Launch Wireless

17825. Vendasta

17826. VENDAVO, INC.

17827. VENEER CHIP TRANSPORT, INC.

17828. VENICE PIER G

17829. Vent-A-Hood LTD

17830. VENTERA CORPORATION

17831. VENTURE 3 SYSTEMS, LLC

17832. VENTURE CONSTRUCTION COMPANY

17833. Venture Energy Services, Inc.

17834. VENTURE GENERAL CONTRACTING LLC

17835. VENTURE PLASTICS, INC.

17836. VENTURE PROGR

17837. VENTUREHACKS, INC. DBA ANGELLIST

17838. VENTURI, INC.

17839. VENTURIS CAPI

17840. Venuetize, Inc.

17841. VER

17842. VERABANK

17843. VERACITY NETWORKS

17844. VERADIGM INC

17845. VERAN MEDICAL

17846. Verato, Inc.

17847. VERDAD REAL ESTATE, INC.

17848. VERDE VALLEY AMBULANCE CO.

17849. VERICORE, LLC.

17850. Veridic Solutions LLC

17851. VERIFY, INC.

17852. Verigon LLC

17853. VERINEXT

17854. VERIS, INC.

17855. VERISILICON,

17856. VeriSilicon, Inc.

17857. Veritas HHS, LLC

17858. VERITAS INVES

17859. Veritis Group, Inc.

17860. VERKADA, INC.

17861. VERMONT AEROSPACE

17862. Vermont Aerospace Industries, LLC.

17863. Vermont College of Fine Arts, Inc.

17864. VERMONT ELECTRIC POWER COMPANY

17865. VERMONT HARD CIDER COMPANY LLC

17866. VERMONT HEATING & VENTILATING

17867. VERMONT INFORMATION PROCESSING

17868. Vermont Law and Graduate School

17869. VERMONT MUTUAL INSURANCE COMPANY

17870. Vermont Packinghouse LLC

17871. Vermont Precision Tools, Inc.

17872. VERMONT PUBLIC RADIO

17873. VERMONT RAIL SYSTEM

17874. VERMONT STATE COLLEGES SYSTEM

17875. VERMONT STATE EMPLOYEES CREDIT UNION

17876. VERMONT STORE FIXTURE CORPORATION

17877. VERMONT SYSTE

17878. VERNALIS THERAPEUTICS, INC.

17879. VERNIS & BOWL

17880. VERNOR MATERIAL & EQUIPMENT CO.

17881. Vero Biotech Inc.

17882. Verona Marble Company, Inc.

17883. Verrex LLC

17884. VERSA INTEGRITY, INC.

17885. VERSA NETWORK

17886. VERSA PRODUCT

17887. Versalift East, LLC

17888. Versant Supply Chain, Inc.

17889. VERSA-TAGS, I

17890. Versatech, LLC

17891. VERTEC TOOL, INC.

17892. Vertex Energy, Inc.

17893. VERTICAL PHARMACEUTICALS, INC.

17894. VERTICAL SOLUTIONS, INC. DBA VSI PARYLENE

17895. VERTICE PHARM

17896. VERVE WIRELESS, INC.

17897. VERVEBA TELECOM LLC

17898. Veterans EZ Info, Inc.

17899. VETERINARY CLINICAL CARE, PLLC

17900. VETERINARY INFORMATION NETWORK, INC.

17901. VETERINARY SPECIALTY CENTER

17902. VetSource

17903. VETTER DEVELO

17904. VI ENGINEERING, LLC

17905. Via Merger Sub LLC

17906. Via Mobility Services

17907. VIAD CORP

17908. Viaero Wireless Technologies, Inc.

17909. VIAMERICAS CORP.

17910. VIBROMATIC COMPANY, INC.

17911. VICAL INCORPO

17912. VICE MEDIA INC.

17913. VICE MEDIA LLC

17914. Vico Construction Corporation

17915. VICO LOUISVIL

17916. VICTORIOUS, INC.

17917. VICTORS & SPOILS, INC.

17918. VICTORY CASINO CRUISES

17919. Victory Healthcare, LLC

17920. Victory Made, LLC

17921. VICTORY SIGN INDUSTRIES, LTD

17922. VIDARIS, INC.

17923. VIDEO WEST, I

17924. VIDEOLOGY, IN

17925. Viewmont Urology Clinic, P.A.

17926. VIEWPOST MANAGEMENT SERVICES, LLC

17927. ViewRay Technologies, Inc.

17928. VIFOR PHARMA,

17929. VIGO COAL COMPANY, INC.

17930. VIGO IMPORTIN

17931. VIGO INDUSTRI

17932. VIKING LIFE-S

17933. VIKING TERMIT

17934. VILLA GRANDE,

17935. VILLA LIGHTIN

17936. Village Capital & Investment, LLC

17937. VILLAGE COPIER, INC.

17938. VILLAGE MARKET, INC.

17939. Village Markets Limited

17940. VILLAGE OF GRAYSLAKE

17941. Village of Lordstown

17942. VILLAGE OF NO

17943. Village of Pinehurst

17944. VILLAGE OF RIVER GROVE

17945. VILLAGE OF VERNON HILLS

17946. VILLAGE PODIA

17947. Villalobos Concrete, Inc.

17948. VIMO, INC. DB

17949. VINCENT BENJA

17950. VINE MANAGEME

17951. Vinmar International, Ltd.

17952. VINMAR TRADE SOLUTIONS, LLC.

17953. VINSON MORTGAGE SERVICES, INC.

17954. Vintage Estate Homes, LLC

17955. VINTNERS DIST

17956. Violin Systems LLC

17957. VIONIC GROUP LLC

17958. VIP RUBBER &

17959. VIR BIOTECHNO

17960. VIRBAC CORPORATION

17961. VIRGIN HOTELS NORTH AMERICA, LLC

17962. VIRGINIA AIR DISTRIBUTORS, INC.

17963. Virginia Club Holdings, LLC

17964. VIRGINIA PREMIER HEALTH PLAN, INC.

17965. Virginia Spine Institute, PLC

17966. Virginia Supportive Housing

17967. Virginia Surgery Associates, PC

17968. VIRGINIA WASTE SERVICES, INC.

17969. VIRGINKAR & A

17970. VIRGO PUBLISH

17971. VIRIDIUN, LLC

17972. VIRTA HEALTH

17973. VIRTRA, INC.

17974. Virtual Instruments dba Virtana

17975. Virtual Role, LLC

17976. VirtualCFO, Inc.

17977. Virtuance, LLC

17978. VISA INC.

17979. VISCIRA, LLC, A DELAWARE LLC

17980. Viscount Properties II, LLC

17981. VISION ACE HA

17982. Vision Community Management LLC

17983. VISION FINANC

17984. VISION INTEGR

17985. VISION SERVICE PLAN

17986. Vision Transport, Inc.

17987. VISIONAMICS, INC.

17988. Visionary Integration Professionals LLC

17989. Visionary Technology Solutions, LLC. dba Viztech

17990. Visioneering Technologies, Inc.

17991. VISIONLINK, INC.

17992. VISIONWEB HOLDINGS, LLC

17993. VISIT ORLANDO

17994. VISITING NURS

17995. VISITING NURSE HEALTH SYSTEM, INC.

17996. VISTA CLINICA

17997. VISTA EQUITY

17998. VISTA HOST, I

17999. VISTA SCIENCES CORPORATION

18000. VISTANA SIGNATURE EXPERIENCES, INC.

18001. VISTAR EYE CE

18002. Visual BI Solutions, Inc.

18003. VISUAL DATA S

18004. VISUAL GRAPHI

18005. VISUAL SYSTEMS GROUP, INC.

18006. VITA CRAFT CO

18007. Vital Care EMS, Inc.

18008. Vital Fuel Systems, Inc.

18009. Vitality Works, Inc

18010. VITAMIN COTTAGE

18011. VITAMIN COTTAGE NATURAL FOODS MARKET, IN

18012. VITEK SOLUTIONS, INC.

18013. VITEX SYSTEMS, INC.

18014. VITOL INC.

18015. Vitra Biosciences, Inc.

18016. VITRUVIAN EXPLORATION II LLC

18017. Vitruvian Exploration, LLC

18018. Vitruvian Services, LLC

18019. VIVA CHICKEN

18020. VIVAX PROS LLC

18021. VIXXO CORPORA

18022. VIYA

18023. Vizuall Inc.

18024. VLK ARCHITECTS, INC.

18025. VLP HOLDING COMPANY, INC.

18026. VMS CONSTRUCTION COMPANY

18027. Voalte, Inc.

18028. Vogel Alcove

18029. VOICE MEDIA GROUP, INC.

18030. VoiceBase

18031. VOICEBOX TECHNOLOGIES

18032. VOICES FOR CH

18033. VOIDFORM PROD

18034. Volant Associates LLC

18035. VOLKE CONSULTING, LTD

18036. Volume Integration LLC dba NS2 Mission

18037. VOLUNTEER BEHAVIORAL HEALTH CARE SYSTEM

18038. Volunteer Materials

18039. VOLUNTEERS OF

18040. VOLUNTEERS OF AMERICA - DELAWARE VALLEY

18041. VOLUNTEERS OF AMERICA NORTHERN ROCKIES

18042. VOLUNTEERS OF AMERICA OF FLORIDA, INC.

18043. VOLUNTEERS OF AMERICA, INC.

18044. VOLUNTEERS OF AMERICA, INC. TEXAS

18045. VOLUSIA COUNTY GOVERNMENT

18046. Volver Investment Partners LLC

18047. VON ARDENNE North America, Inc.

18048. VON DREHLE CORPORATION

18049. VONAGE BUSINE

18050. VONAGE HOLDINGS CORP

18051. VONBERG VALVE, INC.

18052. Voodoo Doughnut, LLC

18053. VORMITTAG ASSOCIATES, INC.

18054. VORNADO REALTY TRUST

18055. Vose Technical Systems, Inc.

18056. VOSS BELTING & SPECIALTY CO.

18057. VOSS ELECTRIC COMPANY

18058. VOSS ENTERPRISES, INC.

18059. VOSS SCIENTIFIC, LLC

18060. Voss USA, Inc.

18061. VOXX INTERNATIONAL CORP.

18062. Voyage Healthcare, LLC

18063. VOYAGER EXPRESS, INC.

18064. VOYETRA TURTLE BEACH, INC.

18065. Voyles, LLC

18066. VP Record Distributors, Inc.

18067. VPI HOLDING CO. DBA SUCCESS PARTNERS

18068. VPI TECHNOLOGY GROUP

18069. VROOM ENGINEERING & MANUFACTURING, INC.

18070. VSA PARTNERS,

18071. VSC FIRE & SECURITY, INC.

18072. VSC Holdings LLC

18073. VSC HOLDINGS, INC.

18074. VSOLVIT, LLC

18075. VSS MEDICAL TECHNOLOGIES

18076. VT GROUP

18077. VTC ENTERPRISES

18078. VU ENTERPRISE, INC.

18079. Vulcan Machine, Inc.

18080. VULNERABILITY

18081. Vysnova Partners Inc

18082. W & D SPECIAL SERVICES, INC.

18083. W M WESTERN PROPERTIES, INC.

18084. W&W GLASS

18085. W&W Glass, LLC

18086. W&W SUPPLY COMPANY OF FLORIDA, INC.

18087. W. DOUGLASS D

18088. W. J. DEUTSCH & SONS, LTD.

18089. W. O. GRUBB STEEL ERECTION, INC.

18090. W. SILVER INC.

18091. W. SILVER REC

18092. W. T. GARDNER

18093. W.C. BRADLEY CO.

18094. W.C. INC.

18095. W.C.&D. Enterprises, Inc. DBA Walter Knoll Florist

18096. W.E. AUBUCHON CO., INC.

18097. W.E. O'Neil Construction Co. of Tennessee

18098. W.E. O'Neil Construction Company of Colorado

18099. W.E.M., Inc. dba Rollin' Oats Market & Cafe

18100. W.F. Wilson & Sons, Inc.

18101. W.G. Clark Construction Co

18102. W.H. Paige & Company, Inc.

18103. W.K. Dickson & Co., Inc.

18104. W.S. Badger Company Inc.

18105. W.S. Cumby, Inc.

18106. W.S. DARLEY &

18107. W.S. EMERSON COMPANY INC.

18108. W.T. BYLER CO., INC.

18109. W.W. WELLS MILLWORK LLC

18110. W.Y. INDUSTRIES, INC.

18111. W3GLOBAL, INC.

18112. WABASH AREA DEVELOPMENT INC

18113. WABASH COLLEGE

18114. WACHS VALVE AND HYDRANT SERVICES, LLC

18115. WaCo LLC

18116. Wade Clark Mulcahy, LLP

18117. Wade Hampton Fire & Sewer District

18118. Wadsworth Development Group, LLC

18119. WAFER RECLAIM SERVICES, LLC

18120. WAGNER EQUIPMENT

18121. WAH HUNG GROUP, INC.

18122. Wahoo Fitness LLC

18123. WAKE COUNTY GOVERNMENT

18124. WAKE ORTHODON

18125. WAKE ROBIN CO

18126. WAKEFIELD COUNTRY DAY SCHOOL, INC.

18127. WALASHEK INDU

18128. WALDEN FAMILY SERVICES

18129. WALDON, ADELMAN, CASTILLA, HIESTAND & PROUT

18130. WALDORF ASSOCIATION OF PORTLAND, INC.

18131. WALKER AUTOMOTIVE SUPPLY, INC

18132. WALKER COUNTY COMMISSIONER

18133. Walker County Water & Sewerage Authority

18134. WALKER ENGINEERING, INC.

18135. Walker Inspection, LLC

18136. Walker Manufacturing

18137. WALKER PRODUCTS, INC.

18138. Walking Mountains Science Center

18139. WALKMED INFUSION, LLC

18140. WALL STREET HOLDINGS GROUP INC.

18141. Wallick & Volk, Inc.

18142. Wallworks, Inc

18143. WALPOLE FEED

18144. Walsh & Associates, Inc.

18145. WALSH & WATTS, INC.

18146. WALSH HOSPITAL HEALTHCARE CENTER

18147. Walsh Trucking Co. LTD

18148. WALTER R MCDONALD & ASSOCIATES

18149. WALTERS & MAS

18150. WALTER'S PRECISION SERVICE, INC.

18151. Walters, Balido & Crain, L.L.P.

18152. WALTON BEVERAGE

18153. WALTON INTERNATIONAL GROUP (USA), INC.

18154. Walton Press, Inc.

18155. Walton Street Capital, LLC

18156. WAMAR TECHNOLOGIES LLC

18157. WANCO, INC.

18158. WanderJaunt, Inc.

18159. WANER CONSTRU

18160. WANXIANG AMERICA CORPORATION

18161. WAPITI OPERATING, LLC

18162. Warco Manufacturing Company Inc.

18163. WARCO, LLC BI

18164. WARD LEONARD

18165. WARD PETROLEUM CORPORATION

18166. WARD TRANSPORT & LOGISTICS

18167. WARE INDUSTRIES, INC.

18168. WAREHOUSE EMPLOYEES LOCAL 730 H&W FUND

18169. WAREHOUSE SOL

18170. Warming Trends, LLC

18171. WARMOTH GUITAR PRODUCTS, INC.

18172. Warner Babcock Institute for Green Chemistry, LLC

18173. WARNER FOOD MGMT, INC.

18174. WARNER UNIVERSITY, INC.

18175. Warranty Processing Company, Inc.

18176. WARREN BAPTIS

18177. WARREN PROPER

18178. WARSHAUER ELE

18179. Wartsila Voyage Americas, Inc.

18180. Warwick Mechanical Group

18181. WASATCH PHOTONICS, INC.

18182. Wasatch Premier Hospitality

18183. Wasatch Workforce, Inc.

18184. WASH DEPOT HOLDINGS, INC.

18185. WASH.IO, INC.

18186. WASHINGTON ALLOY CO

18187. WASHINGTON CENTER FOR PAIN MANAGEMENT

18188. WASHINGTON COUNTY PUBLIC SCHOOLS

18189. Washington Equipment Manufacturing Company, Inc.

18190. Washington Investment Company

18191. WASHINGTON MARINE CLEANING, LLC

18192. Washington Metal Fabricators, Inc.

18193. WASHINGTON METROPOLITAN AREA TRANSIT AUT

18194. WASHINGTON RE

18195. WASHINGTON SQ

18196. WASTE CONNECTIONS

18197. WASTE GAS FABRICATING COMPANY, INC.

18198. WATAUGA COUNT

18199. Water & Environmental Technologies, Inc

18200. WATER AUTHORITY OF DICKSON COUNTY

18201. WATER CO HOLDINGS LLC

18202. Water Employee Services Authority

18203. WATER RESEARCH FOUNDATION

18204. Water Systems Consulting, Inc.

18205. WATERBORNE EN

18206. WATERMAN BROA

18207. WATERMAN COMMUNITIES, INC.

18208. Watermark Capital, Inc.

18209. WATERMILL EXP

18210. Waterproofing & Construction Solutions, LLC

18211. WATERS & KRAUS, LLP

18212. WATERSHED ASSET MANAGEMENT, L.L.C.

18213. WATERSHED VENTURES, LLC

18214. WaterStreet Company

18215. WATERTOWN TOWN AND BOARD OF EDUCATION

18216. WATERWORKS INDUSTRIES INC.

18217. WATLOW ELECTRIC MANUFACTURING COMPANY

18218. Watson Furniture Group, Inc.

18219. WATTS WATER TECHNOLOGIES, INC.

18220. Wauna Federal Credit Union

18221. WAVEGUIDE CON

18222. WAYFAIR LLC

18223. Wayne Action Group for Economic Solvency, Inc.

18224. WAYNE AUTOMATION

18225. WAYNE COLEMAN CONSTRUCTION, INC.

18226. WAYNE DAVIS C

18227. WAYNE INDUSTRIES, INC.

18228. WAYNE MEMORIAL HOSPITAL

18229. WAYNE TRAIL TECHNOLOGIES, INC.

18230. Wayne Wiles Floorcoverings, Inc.

18231. WAYNE'S ELECTRIC, INC.

18232. WB PROPERTIES & CONSTRUCTION, LLC

18233. WB SERVICES, LLC

18234. WBT, LLC

18235. WCA USA, Inc.

18236. WCAX-TV

18237. WCM INDUSTRIES, INC.

18238. WDS, INC.

18239. WE Family Offices

18240. WE R WIRELESS

18241. WEALTHFRONT,

18242. WEALTHTOUCH, INC.

18243. WEAS ENGINEERING, INC

18244. Weatherby, Inc.

18245. Weatherly Operating

18246. WEATHERNEWS AMERICA, INC.

18247. Web Benefits Design Corporation

18248. WEB INDUSTRIE

18249. WEB INDUSTRIES, INC.

18250. WEBCOR BUILDERS

18251. WEBER BASIN WATER CONSERVANCY DISTRICT

18252. WEBER CARPET,

18253. Weber Motors Fresno, Inc.

18254. WEBLINC CORPO

18255. WebNX, Inc.

18256. WEBROOT INC.

18257. WEBSTER BANK, N.A.

18258. WEDGWORTH'S,

18259. WEDO TECHNOLOGIES AMERICAS, INC.

18260. WEGMANN USA,

18261. WEGMANS FOOD MARKETS, INC.

18262. WEICHERT CO.

18263. WEIFIELD GROU

18264. WEIHE CONSTRUCTION

18265. WEIL CERAMICS & GLASS, INC.

18266. Weiner Law Group LLP.

18267. WEINSTEIN MANAGEMENT CO., INC.

18268. WEIR'S FURNITURE VILLAGE, INC.

18269. WEISS INSTRUM

18270. WEISS-AUG COM

18271. WEITZMAN

18272. WELBY GARDENS COMPANY, INC.

18273. WELCH EQUIPMENT COMPANY, INC.

18274. WELD ADOLESCENT RESOURCES, INC.

677

18275. WELD COUNTY GOVERNMENT

18276. WELDMAC MANUF

18277. WELDON CONTRA

18278. WELDSTAR COMPANY

18279. WELFARE FUND OF LOCAL 274

18280. WELKER, INC.

18281. Well Water Solutions and Rentals

18282. WELLEX CORPOR

18283. Wellness Connections

18284. WELLS GLOBAL, LLC

18285. WELLS REAL ES

18286. Wells, Anderson & Race, LLC

18287. WELLSTAR HEALTH SYSTEM, INC.

18288. WELTMAN, WEINBERG & REIS CO., L.P.A.

18289. WELTMAN, WEINBERG & REIS CO.LPA

18290. WENCO INDUSTR

18291. Wend Colorado LLP

18292. WENDCO of Western PA, LLC.

18293. Wendel Family Dental Centre, P.S.

18294. Wendt & Sons Oilfield Service

18295. Wente Family Estates

18296. WENZEL DOWNHOLE TOOLS, US INC

18297. WERCS

18298. WERTS WELDING & TANK SERVICE, INC.

18299. WES Pharma Inc.

18300. WESBANCO BANK INC.

18301. Wesley International Academy

18302. WESLEYAN SCHOOL

18303. WESLEYAN UNIVERSITY

18304. WESPAC CONSTR

18305. Wessels Company

18306. WESSON ENERGY, INC.

18307. WEST BAY GOLF CLUB, INC.

18308. WEST CENTRAL MENTAL HEALTH

18309. West Central, Inc

18310. West Coast Medical Resources, LLC

18311. West Coast Metals

18312. West Coast Self Storage, LLC

18313. WEST COAST TURF

18314. WEST COMMUNITY CREDIT UNION

18315. WEST Consultants, Inc.

18316. WEST COUNTY EMS & FIRE PROTECTION

18317. West County Radiological Group, Inc

18318. West Dairy, Inc.

18319. West End Neighborhood House, Inc.

18320. WEST END REST

18321. WEST HARLEM G

18322. West Houston Infiniti, LTD

18323. WEST OAK LANE

18324. WEST OF EVERY

18325. West Palm Beach Housing Authority

18326. WEST RIDGE CHURCH, INC.

18327. WEST SIDE FED

18328. WEST STAR AVIATION, LLC

18329. West Texas Bulldog Oilfield Services, LLC

18330. West Union Bank

18331. WEST VIRGINIA ENGINEERING CO.

18332. WEST WILSON U

18333. WESTACO, INC.

18334. WestAir Gases & Equipment

18335. WESTBROOK OPS LLC

18336. WESTBROOK SER

18337. WESTCHESTER I

18338. WESTCO EXPRES

18339. WESTCOTT DOWN HOLE SERVICES, INC. DBA NATIVE NAVIG

18340. WESTERN ACADE

18341. WESTERN AUTOMOTIVE GROUP, LLC

18342. Western Container

18343. WESTERN CONVENIENCE STORES, INC

18344. WESTERN CULTURAL RESOURCE

18345. WESTERN DIESEL SERVICES, INC DBA CK POWER

18346. Western Disposal Services

18347. WESTERN DISTR

18348. WESTERN ECOSYSTEMS TECHNOLOGY, INC. DBA WEST, INC.

18349. Western Electrical Services, Inc.

18350. Western Engravers Supply, Inc.

18351. Western Express Transporters, Inc.

18352. WESTERN FILAM

18353. WESTERN FORGE AND FLANGE CO.

18354. WESTERN GOVERNORS UNIVERSITY

18355. Western Heritage Bank

18356. WESTERN HORTICULTURAL SERVICES

18357. WESTERN IMPLEMENT CO., INC.

18358. WESTERN MECHA

18359. Western Mechanical Contractors, Inc.

18360. WESTERN MEDICAL ASSOCIATES, P.C.

18361. Western Nephrology & Metabolic Bone Disease, P.C.

18362. Western Nephrology and Metabolic Bone Disease P.C.

18363. WESTERN ORTHOPEDICS AND SPORTS MEDICINE

18364. WESTERN PACIFIC BUILDING

18365. WESTERN PAPER DISTRIBUTORS, INC.

18366. WESTERN PLAINS ENERGY, LLC

18367. Western Pneumatics, Inc.

18368. WESTERN REFRACTORY CONSTRUCTION, INC.

18369. WESTERN REFRIGERATED FREIGHT SYSTEMS

18370. WESTERN REGIO

18371. Western Reserve Health Education, Inc.

18372. WESTERN SCHOOL OF SCIENCE AND TECHNOLOGY

18373. Western Slope Automotive Company

18374. Western Slope Iron & Supply, Inc.

18375. WESTERN STATES ARTS FEDERATION DBA WESTAF

18376. WESTERN STATES ASSET MANAGEMENT, INC.

18377. Western States Decking, Inc.

18378. Western States Reclamation, Inc.

18379. WESTERN STONE & METAL CORP.

18380. WESTERN TILE & MARBLE

18381. WESTERN TOWBOAT COMPANY

18382. Western Trading Company, Inc.

18383. WESTERN TRAILER CO.

18384. Western Transport Logistics, Inc.

18385. Western Transport, Inc.

18386. WESTERN TRANSPORTATION, INC.

18387. WESTERN UNITED ELECTRIC SUPPLY CORP.

18388. Western Valley Family Practice

18389. WESTERN WATER CONSULTANTS, INC.

18390. Western Water Consultants, Inc. dba WWC Engineering

18391. WESTERN WOOD PRESERVING CO.

18392. WESTEST, LLC.

18393. Westfall Group, Inc.

18394. WESTLAND DISTRIBUTING

18395. WESTMINSTER C

18396. Westminster Village

18397. WESTMINSTER, CITY OF

18398. WESTMORELAND BUILDERS, LLC

18399. WESTON ENTERPRISES, INC.

18400. WESTON SOLUTIONS, INC.

18401. WESTONE LABOR

18402. WESTPORT BOARD OF EDUCATION

18403. WESTPORT HOSPITALITY, LLC

18404. WESTREC PROPE

18405. Westrian Group, Inc.

18406. WESTROC OILFIELD SERVICE

18407. Westside Concrete Accessories Inc.

18408. WESTSIDE SUPE

18409. WESTSTAR MORTGAGE CORPORATION

18410. Westwood Advisory Services, Inc.

18411. Westwood Management Corp.

18412. WESTWOOD PRECISION, INC.

18413. Wet Noses Natural Dog Treat Co, LLC

18414. WEX INC.

18415. WEXFORD CAPIT

18416. Weyrich, Cronin & Sorra, LLC

18417. WFF Facility Services, Inc.

18418. WGSN, INC.

18419. Whalerock Industries LLC

18420. WHALEY FOODSERVICE, LLC.

18421. WHATABRANDS LLC

18422. Whatcom County Rural Library System

18423. WHATCOM EDUCATIONAL CREDIT

18424. WHATCOM FARMERS CO-OP

18425. Whatley Oil Company

18426. WHEAT RIDGE FIRE PROTECTION DISTRICT

18427. WHEELABRATOR GROUP, INC.

18428. WHEELABRATOR TECHNOLOGIES HOLDINGS INC.

18429. WHEELER TRIGG KENNEDY LLP

18430. WHELEN ENGINEERING COMPANY, INC.

18431. WHEMCO INC.

18432. WHIDBEY TELECOM

18433. WHIRLWIND SERVICES, INC.

18434. Whitaker Oil, Inc.

18435. WHITAKER SECURITIES LLC

18436. Whitby Ag Enterprises LLC

18437. WHITE AND STEELE, PC

18438. WHITE COFFEE

18439. White Dove Mattress LLC

18440. WHITE FLAME CONCEPTS, INC.

18441. WHITE MOUNTAIN OPERATING, LLC

18442. Whitebridge Pet Brands, LLC

18443. Whitehead Die Casting Company, Inc.

18444. Whiterock Manufacturing Solutions LLC

18445. WHITESIDE SCHOOL DISTRICT #115

18446. WHITESTONE HO

18447. WHITESTONE RE

18448. WHITETAIL ENTERPRISES, LLC

18449. Whitewood Industries, Inc.

18450. WHITLEY PENN LLP

18451. Whitlow Electric Service Company, Inc.

18452. WHITMAN CONSU

18453. Whitney Bailey Cox Magnani, LLC

18454. WHITSON LUMBE

18455. WHITSONS RESO

18456. Whittier Holdings

18457. Whole Hemp Company, LLC dba Folium Biosciences

18458. WHOLESALE BOUTIQUE, LLC

18459. WHOLESALE ELE

18460. WHOLESALE FLOORS, LLC

18461. Wholesome International, LLC

18462. WICKR INC.

18463. WIDGIX, LLC

18464. Wiegmann & Associates, Inc.

18465. WIELAND COPPER PRODUCTS, LLC

18466. Wi-Fi Alliance

18467. WIGGINS SCHOO

18468. WILBRAHAM & M

18469. WILBRAHAM, LAWLER & BUBA

18470. WILD WEST EXPRESS, INC.

18471. WILD WING CAFE NORTH CAROLINA

18472. Wildcat Renovation LLC

18473. WILDFIRE, LLC

18474. WILDFLOWER BR

18475. WILDFLOWER INTERNATIONAL, LTD.

18476. Wildstone Construction, LLC

18477. WildTangent, Inc.

18478. Wiles + Taylor & Co., P.C.

18479. WILEY SCHOOL DISTRICT RE-13JT

18480. WILHELMSEN CALLENBERG, INC.

18481. WILINE NETWOR

18482. WILKIN MANAGEMENT GROUP, INC.

18483. WILKINS RESEA

18484. WILKINSON BARKER KNAUER, LLP

18485. WILKINSON ELECTRIC, INC.

18486. Willamette Community Health Solutions

18487. Willamette Construction Services, Inc.

18488. Willamette Valley Rehabilitation Center

18489. Willcan Inc. dba Basic Ready Mix

18490. WILLIAM BEE R

18491. WILLIAM HENRY INC.

18492. William J Guarini, Inc

18493. William Morris Endeavor Entertainment, LLC

18494. William Nobbe & Co, Inc.

18495. WILLIAM WARRE

18496. WILLIAMS & FU

18497. WILLIAMS FIRE SPRINKLER COMPANY, INC.

18498. Williams Hart Boundas Easterby, LLP

18499. WILLIAMS INDU

18500. WILLIAMS ISLA

18501. Williams Last Mile Home Logistics LLC

18502. WILLIAMS WHOLESALE SUPPLY OF NASHVILLE, INC.

18503. WILLIAMS, MON

18504. Williams, Porter, Day & Neville, P.C.

18505. Williams, Porter, Day, & Neville, P.C.

18506. WILLIAMSON COUNTY GOVERNMENT

18507. Willingboro Veterinary Clinic, P.A

18508. WILLMAX CAPIT

18509. WILLMENG CONS

18510. WILLOUGHBY INDUSTRIES, INC.

18511. WILLOW CREEK

18512. WILLOW CREEK COMMUNITY CHURCH

18513. Willow Enterprises

18514. Willowcreek Management Co., LLC

18515. WILLOWS LODGE ASSOCIATES, LLC

18516. Wilshire Pacific Builders LLC

18517. WILSON & ASSOCIATES P.L.L.C.

18518. WILSON AUDIO SPECIALTIES, INC.

18519. WILSON COUNTY

18520. WILSON COUNTY GOVERNMENT

18521. Wilson Electronics, LLC

18522. WILSON ELSER MOSKOWITZ EDELMAN & DICKER

18523. Wilson Lewis, LLC

18524. WILSON MANAGE

18525. WILSON MEANY,

18526. WILTSHIRE & GRANNIS LLP

18527. Winbond Electronics Corporation America

18528. Winchester Metals, Inc.

18529. Wincore Windows Company, LLC

18530. WINDCREEK SERVICES, INC.

18531. WINDCREST ANI

18532. WINDERWEEDLE, HAINES, WARD & WOODMAN

18533. Windhorse Community Services, Inc.

18534. Windish Rv Center, Inc.

18535. WINDSOR CHART

18536. WINDSOR CIRCLE, INC.

18537. Windstar Club, Inc.

18538. Wing Shack Enterprises, Inc.

18539. Wingfield Nevada Group

18540. WINGS (WOMEN

18541. WINGS ACROSS

18542. WINKANDA MANAGEMENT LLC

18543. WINNCOM TECHN

18544. Winoa USA, Inc.

18545. WINONA PVD COATINGS, LLC

18546. WINSTON COLE,

18547. WINSTON LABORATORIES, INC.

18548. Winston Retail Solutions LLC

18549. WINTON CAPITA

18550. WIPOTEC-OCS, Inc.

18551. Wire Brothers, Inc.

18552. WIRELESS ADVANCED COMMUNICATIONS, INC.

18553. WIRELINE GROU

18554. WIRTGEN AMERI

18555. WISCONSIN PHYSICIANS SERVICES INS CORP

18556. WISE RECYCLING I, LLC

18557. WISENGINEERING LLC

18558. WISER SOLUTIO

18559. Wishnatzki, Inc.

18560. WISMETTAC ASIAN FOODS

18561. WISS & COMPANY

18562. WISSCO IRRIGATION, INC.

18563. WISTRON GREENTECH

18564. WITHERS TRANSFER & STORAGE OF CORAL GABLES INC.

18565. WITHERSPOON KELLEY

18566. WITHUMSMITH+BROWN

18567. WITTENBACH BUSINESS SYSTEMS, LLC

18568. Wittwer, Inc. dba Boulevard Home Furnishings

18569. WIX.COM, INC.

18570. Wizard International, Inc.

18571. WJH LLC

18572. WJK TEMPE AUT

18573. WLCW Holdings, dba Lumin8

18574. WM

18575. WMBE PAYROLLING, INC. DBA TCWGLOBAL

18576. WNET AND SUBSIDIARIES

18577. WNU LLC

18578. WOLD OIL PROPERTIES, LLC

18579. WOLF HALDENST

18580. Wolfe Homes

18581. Wolfe Industrial, Inc.

18582. WOLFE MECHANICAL CO., INC.

18583. Wolfers Inc.

18584. WOLFF MECHANICAL, INC.

18585. WOMACK MACHIN

18586. WOMEN AGAINST

18587. WOMEN'S CARE ENTERPRISES, LLC

18588. WOMEN'S CARE FLORIDA, LLP

18589. WOMEN'S HEALTH USA, INC.

18590. WOMEN'S SPECIALISTS OF NEW MEXICO, LTD.

18591. WOOD FIBER INTERMEDIATE HOLDINGS, INC.

18592. WOOD RODGERS,

18593. WOOD STONE CORPORATION

18594. WOODARD TECHNOLOGY & INVESTMENTS LLC

18595. WOODBINE SENIOR LIVING, LLC

18596. Woodbridge Home Exteriors, Inc.

18597. WOODBURY TECHNOLOGIES, INC.

18598. WOODCLIFF LAK

18599. WOODHAM & ASSOCIATES OF FLORIDA, LLC

18600. Woodies Enterprises, Inc.

18601. WOODLAND FOODS, LTD

18602. WOODLAND PARK ZOOLOGICAL SOCIETY

18603. WOODLAND TRADE COMPANY, INC.

18604. WOODMEN VALLE

18605. WOODRUFF & SO

18606. WOODS BAGOT A

18607. WOODS MACHINE

18608. Woods Mill Orthopedics, LTD.

18609. Woodstock Furniture Outlet, Inc.

18610. Woodward, Pires & Lombardo, PA

18611. WOODWORKER'S SUPPLY, INC.

18612. WOORI AMERICA

18613. Work Training Center for the Handicapped, Inc.

18614. WORK-A-HOLICS

18615. WORKBOARD, IN

18616. WORKDAY, INC.

18617. Workforce Development Board of the Treasure Coast

18618. Workforce Insight Inc.

18619. WORKFORCE SOLUTIONS BORDERPLEX

18620. WORKPOINTE, INC.

18621. WORKRISE TECH

18622. WORKSCAPES, I

18623. WORKSHARE TEC

18624. WORKSPACE DEVELOPMENT DBA OPENSQUARE

18625. WORKWELL OCCUPATIONAL MEDICINE, LLC

18626. World 50, Inc.

18627. WORLD ACCEPTANCE CORP

18628. World Data Solutions dba Restaurant Solutions

18629. World Education Services, Inc.

18630. WORLD FREIGHT

18631. World Insurance Associates, LLC

18632. WORLD LEARNING, INC.

18633. WORLD RADIO MISSIONARY FELLOWSHIP, INC.

18634. WORLD RELIEF CORPORATION

18635. WORLD TRIATHLON CORPORATION

18636. WORLD VISION INTERNATIONAL

18637. WORLD WIDE GROUP, LLC

18638. WORLDPAY US, INC.

18639. WORLDSTRIDES

18640. WORLDVU DEVELOPMENT, LLC

18641. WorldWest Limited Liability Company

18642. WORLDWIDE CHURCH OF GOD

18643. WORLDWIDE FLIGHT SERVICES, INC.

18644. WORLDWIDE LOGISTICS, LTD.

18645. WORLDWIDE MACHINERY LTD

18646. WORLDWIDE TECHSERVICES

18647. WORLDWIDE TUR

18648. WORMSER CORPO

18649. WORMSER CORPORATION

18650. WORSWICK GROU

18651. WOUDENBERG EN

18652. Wound Care Concepts, Inc.

18653. WOUND CARE SO

18654. WOVEN METAL PRODUCTS, INC.

18655. WPC Management Partners, LLC

18656. WPROMOTE LLC

18657. WPS GROUP, LL

18658. WR GROUP, INC.

18659. WR Newman and Associates Inc.

18660. Wray Community Hospital District

18661. WRG, LLC

18662. WRH REALTY SE

18663. WRIGHT & MORRISSEY, INC.

18664. WRIGHT BROTHERS THE BUILDING COMPANY

18665. Wright Close & Barger, LLP

18666. WRIGHT CONSTR

18667. WRIST NORTH AMERICA

18668. WRNS Studio

18669. WRPS III, LP

18670. WSAUDIOLOGY USA, INC.

18671. WSI Enterprises, Inc.

18672. WTS INTERNATIONAL

18673. WUHL SHAFMAN

18674. Wurkforce, Inc

18675. WURTH REVCAR FASTENERS, INC.

18676. WWIL Personnel dba Staffing Network, LLC

18677. WWR Management LLC

18678. WYATT SEAL, INC

18679. Wyatt Seal, Inc.

18680. WYCKOFF FARMS, INC.- MFP

18681. WYLIE STEEL FABRICATORS, INC.

18682. WYMAN-GORDON FORGINGS (CLEVELAND) INC.

18683. Wynnefield Properties Inc.

18684. Wynshop

18685. WYODAK ENERGY SERVICES, LLC

18686. WYOMING BANK & TRUST

18687. WYOMING BUILDING SUPPLY, INC.

18688. WYOMING CARDIOPULMONARY SERVICES, PC

18689. Wyoming Child and Family Development Inc.

18690. WYOMING COMMUNITY BANK

18691. WYOMING ETHANOL, LLC

18692. WYOMING HEALTH FAIRS

18693. WYOMING NORTHSTAR, INC.

18694. WYOMING OPERATING COMPANY, LLC

18695. Wyoming.com

18696. XACTLY CORPOR

18697. XAD, INC.

18698. XANITOS, INC.

18699. XAPT CORPORAT

18700. XBYTE TECHNOL

18701. XCAR INC

18702. Xceleration Partner, LLC

18703. XCERRA CORPORATION

18704. Xcite Media Group, LLC

18705. XELLIA PHARMACEUTICALS, INC.

18706. Xenco Laboratories, Inc.

18707. XENNSOFT LLC.

18708. XENOTECH, LLC

18709. XERO, INC.

18710. XIRRUS, INC.

18711. XL CONSTRUCTI

18712. XMS Solutions, Inc.

18713. XORIANT CORPO

18714. Xpansiv Data Systems, Inc.

18715. X-Ray Visions, Inc.

18716. XSELL Technologies, Inc.

18717. Xssentials, LLC

18718. Xtivia, Inc.

18719. XTS, INC.

18720. Xybion Corporation

18721. XYCARB CERAMICS U.S.A., INC.

18722. YACHT HARBOR

18723. Yadav Enterprises, Inc.

18724. YAHOO! INC.

18725. YAKULT U.S.A., INC.

18726. YAM MANAGEMENT, LLC

18727. YAMAICHI ELECTRONICS U.S.A., INC.

18728. YAMATO CORPORATION

18729. YANCEY'S FOOD SERVICE COMPANY

18730. Yangtze Memory Technologies, Inc

18731. Yanjan USA LLC

18732. YANMAR AMERICA CORPORATION

18733. Yarbrough Transfer Company

694

18734. Yard Truck Specialists, Inc.

18735. YAVNEH ACADEM

18736. Yeargin Potter Smith Construction, Inc.

18737. Yes Energy

18738. YESVIDEO, INC.

18739. YIPTV, INC.

18740. YMCA OF GREATER MIAMI

18741. YMCA OF MIDDLE TENNESSEE

18742. YMCA OF THE PIKES PEAK REGION

18743. YMF MEDIA, LL

18744. YODER MANAGEM

18745. Yoder's Building Supply, Inc.

18746. York Properties, Inc. Raleigh

18747. YORK UNITED,

18748. YOSHINOYA WEST, INC.

18749. Yost Gallagher Construction, LLC.

18750. YOTEL MANAGEM

18751. YOUGOV AMERIC

18752. Young Americans Christian School, Inc.

18753. YOUNG AMERICANS EDUCATION FOUNDATION

18754. YOUNG CONSTRUCTION COMPANY, LLC

18755. Young Consulting, Inc.

18756. YOUNG CONTRACTING/SE, INC.

18757. YOUNG CORPORATION

18758. YOUNG ELECTRIC SIGN COMPANY

18759. YOUNG HARRIS COLLEGE

18760. Young Holding, Inc.

18761. YOUNG INNOVATIONS, INC.

18762. YOUNG SERVICES, LLC

18763. YoungArts

18764. YOUNGER PARTNERS COMMERCIAL, LLC

18765. YOUNGSTOWN PIPE & SUPPLY, LLC

18766. Youngsville Academy Charter School

18767. YOUTH EMERGENCY SERVICES, INC.

18768. Youth Focus, Inc.

18769. Youth Haven, Inc.

18770. YPO, INC.

18771. Ytel, Inc.

18772. YUMA SCHOOL DISTRICT-1

18773. YUSEN TERMINALS LLC

18774. Z&M SHEET METAL, INC.

18775. Z, INC.

18776. Zabar's & Co., Inc.

18777. ZACHARY PIPER, LLC

18778. ZACKAT, INC.

18779. ZAGO MANUFACTURING COMPANY, INC.

18780. Zagster, Inc.

18781. ZAK Family Foods

18782. Zalbon Integration LLC

18783. Zantech IT Services, Inc.

18784. ZAPPROVED LLC

18785. ZARK PRODUCTIONS INC. DBA BEEF & BOARDS

18786. Zavanna Energy, LLC.

18787. ZAXBY'S HEALTH PLAN

18788. ZAYO GROUP, LLC

18789. ZaZa Hospitality, LLC

18790. ZBS LAW, LLP

18791. Z-Communications, Inc.

18792. ZDHF Holdings LLC

18793. ZEBBY SULECKI

18794. Zebra Pen Corp

18795. ZEBRA PEN CORP.

18796. ZECO Equipment, LLC

18797. ZEETOGROUP LLC

18798. ZELMAN HOLDIN

18799. ZENAIDO MARTINEZ JR. TRUCKING, LLC.

18800. ZENDESK, INC.

18801. Zeneth Technology Partners

18802. Zengistics, Inc.

18803. ZENITH TALENT CORPORATION

18804. Zensar Technologies, Inc.

18805. Zentis North America, LLC

18806. Zephyr Graf-x

18807. Zephyr Health Inc.

18808. Zero Six Consulting, LLC

18809. Zestron Corporation

18810. ZETTICS, INC.

18811. ZG CONSULTING, LLC

18812. ZIEHM ORTHOSC

18813. ZIFF DAVIS, LLC

18814. ZIMKOR LLC

18815. ZIMMER ROCKY MOUNTAIN INC.

18816. ZIMMERMAN EQUIPMENT COMPANY, INC.

18817. ZINC AHEAD INC.

18818. ZIO SERVICES,

18819. ZION CHRISTIA

18820. ZIONS BANCORPORATION

18821. Zipline International Inc.

18822. Z-MAN FISHING PRODUCTS, INC.

18823. Zobele USA, Inc.

18824. ZOCDOC, INC.

18825. Zodiac Enterprises, LLC

18826. ZONAR SYSTEMS

18827. ZONATHERM PRODUCTS, INC.

18828. ZONI LANGUAGE CENTER, INC.

18829. ZOOMER INC.

18830. ZOOX, INC.

18831. ZOUNDS HEARING, INC.

18832. ZRES Management, Inc.

18833. ZSPACE, INC.

18834. ZT EMPLOYMENT SERVICES, LLC

18835. Z-Tech, Inc. dba Z-Coil Footwear

18836. ZUFFA, LLC

18837. ZULTYS, INC.

18838. ZUMASYS, INC.

18839. ZUMBA FITNESS

18840. ZUMBA FITNESS, LLC

18841. Zwick Construction Company

18842. Zwush LLC

18843. ZXP TECHNOLOG

18844. ZYME SOLUTIONS, INC.

18845. ZymeFlow, Inc.

18846. Zymergen, Inc.

18847. ZyTech Engineering (USA) Inc./ZyTech Building Systems DFW, LP

**EXHIBIT A-26**

**The Health Care Service Corporation ASO Clients**

**For Which Health Care Service Corporation Has Submitted Valid Requests for Exclusion From the Sandoz Settlement Class**

1. AAR Corp.

2. Abilene MHMR dba Betty Hardwick Center

3. ABT Electronics, Inc.

4. Accentcare, Inc.

5. Adams Resources & Energy, Inc

6. Advario North America, LLC

7. Aegsi Holdings, LLC

8. Aethon Energy Operating LLC

9. AF Holding Company

10. Airswift

11. Aker Solutions Inc.

12. Akita Equipment Corp.

13. Akorn Operating Company LLC dba Akorn

14. Alamo Group USA, Inc.

15. Alp Lighting Components

16. Alverno Clinical Laboratories, LLC

17. Amarillo Independent School District

18. American Academy Of Orthopedic Surgeons

19. American Excelsior Company

20. American Litho, Inc.

21. American Valve & Hydrant

22. Americas Styrenics, LLC

23. Ameristar Perimeter Security USA, Inc.

24. Anacostia Rail Holdings

25. Andrews Independent School District

26. Animal Supply Company LLC

27. Apache Corporation

28. Applied Research Associates, Inc.

29. Applied Systems, Inc.

30. Archer Daniels Midland

31. Arcosa, Inc.

32. Arends Hogan Walker LLC

33. Arris Technology, Inc. And Its Subsidiaries A

34. Arthur J Gallagher (Illinois), LLC

35. Artisant Lane

36. Associa

37. ATC Drivetrain LLC

38. Atlantic Aviation Fbo, Inc

39. Atmos Energy Corporation

40. Atos It Solutions & Services, Inc.

41. Atwoods Distributing, L.P.

42. Austin Bank, Texas N.A.

43. Aytu Biopharma, Inc.

44. Azz Inc.

45. B.W.I. Companies, Inc.

46. Balfour Beatty Construction Group, Inc.

47. Balfour Beatty, LLC

48. Bancfirst Corporation

49. Bearcom Operating, LLC

50. Belvidere Community Unit School District #100

51. Ben Tire Distributors, Ltd.

52. Benchmark Electronics, Inc.

53. Berkshire Hathaway Automotive

54. Beusa Energy, LLC

55. Bishop Lifting Products, Inc

56. Blommer Chocolate Company

57. Bloomington Public School District 87

58. Bokf, Na

59. BPL Plasma, Inc.

60. Bretford Manufacturing

61. Brock Enterprises, LLC

62. Brook Furniture Rental

63. Brookshire Grocery Company

64. Brown Distributing Company, Ltd.

65. Brownsville Independent School District

66. Buckeye Pipe Line Services Company

67. C.L. Thomas Inc.

68. Cabinet Peaks Medical Center

69. Cactus Feeders, Inc.

70. Cactus Wellhead LLC

71. CAE USA Inc

72. Caliber Home Loans, Inc.

73. Campagna - Turano Bakery, Inc.

74. Cantex Continuing Care Network

75. Canutillo Independent School District

76. Carriage Services, Inc.

77. Cars.Com, LLC

78. Catalyst Corporate Federal Credit Union

79. Cc Industries

80. CCG Services, Inc.

81. CCS Medical, Inc.

82. CDW, LLC

83. Ceco Environmental Corp.

84. Central Steel And Wire

85. Cherokee Nation Tribal Government

86. Chickasaw Holding Company

87. Cinemark USA, Inc.

88. Cision Us, Inc.

89. Cit Trucks, LLC

90. Citizens Equity First Credit Union

91. City Of Dallas

92. City Of Farmington

93. City Of Galveston

94. City Of Garland

95. Delaware Nation Industries

96. City Of Great Falls

97. City Of Irving

98. City Of Laredo

99. City Of Las Cruces

100.    City Of Lubbock

101.    City Of Midwest City

102.    City Of Mission

103.    City Of Muskogee

104.    City Of Sweetwater

105. Cj Logistics America, LLC

106. Clover Environmental Solutions LLC

107. Clubcorp, Inc.

108. Cn Enterprises Health Plan

109. Commercial Metals Company

110. Community Healthcore

111. Community High School District 218

112. Comprehensive Breast Care Center Of Texas, In

113. Conner & Winters LLP

114. Connor Co.

115. Consolidated Electrical Distributors

116. Continental Cars, Inc.

117. Corporation Service Company

118. Coulter Companies, Inc

119. County Of Pecos

120. County Of Winkler

121. Cox Operating, LLC

122. Crane Independent School District

123. Crash Champions Holdings, LLC

124. Crescent Electric Supply Company, Inc

125. Crestwood Midstream Partners

126. Crossmark

127. Crystal City Isd

128. Curran Group, Inc.

129. D & W Fine Pack, LLC.

130. Dallas/Fort Worth International Airport Board

131. Dallasnews Corporation

132. Darling Ingredients, Inc.

133. Darr Equipment Co.

134. Daubert Industries, Inc.

135. David E. Harvey Builders, Inc.

136. Denton County Electric Cooperative, Inc. dba

137. Depaul University

138. Diamondback E&P LLC

139. Diasorin, Inc.

140. Digestive Health Associates Of Texas, P.A.

141. Diocese Of Austin

142. Diocese Of Brownsville

143. Dnv USA, Inc

144. Dohrn Transfer Company, LLC

145. Domtar

146. Domtar Corporation

147. Dona Ana County

148. Dril-Quip, Inc.

149. Dynata

150. Eagle Materials Inc.

151. Eastex Telephone Cooperative, Inc

152. Eastham Enterprises, Inc.

153. Echo Incorporated

154. Echo Maintenance, LLC

155. Elbit Systems Of America LLC

156. Elevate PFS Holdings, Inc.

157. Elliott Aviation, LLC

158. Elliott Electric Supply, Inc.

159. Empower People Corporation

160. Endeavor Energy Resources, LP

161. Enervest Employee Services, LLC

162. Englobal Corporation

163. Ensco International, Inc.

164. Ensign United States Drilling Inc

165. Entrust Solutions Group

166. Enverus

167. Environmental Systems Designs Inc

168. Epiroc North America Corp.

169. Equipment Depot, Inc.

170. Era Group Inc.

171. Estwing Manufacturing Company, Inc

172. Etech

173. Export Packaging Co., Inc. D/B/A Xpac

174. Fabricut, Inc.

175. Farmer Brothers Co.

176. Fesco, Ltd.

177. Fiesta Mart L.L.C.

178. Fill-Rite Company

179. Finastra USA Corporation

180. Flex-N-Gate LLC

181. Flowserve Corporation

182. Fona International, Inc.

183. Forefront Living

184. Fort Dearborn Company

185. Forum Energy Services, Inc

186.    Foxworth-Galbraith Lumber Co.

187.    Freeborn & Peters, LLP

188.    Fugro (USA) Holdings, Inc.

189.    Futaba North America Engineering & Marketing

190.    G & D Operating Holdings, LLC

191.    Gateway First Bank

192.    Genesis Energy LLC

193.    Gibson Applied Technology &Engineering (Texa)

194.    Glacier Bancorp, Inc.

195.    Glass Wholesalers, Inc.

196.    Global Medical Response Inc.

197.    Globe Life Inc

198.    Goodwill Industries Of San Antonio

199.    Great Lakes Dredge & Dock Company LLC

200.    Groendyke Transport, Inc.

201.    Grundfos Americas Corporation

202.    Gsc Enterprises, Inc.

203.    Guadalupe Valley Electric Cooperative, Inc.

204.    Guidehouse Inc.

205.    H.W. Lochner, Inc.

206.    Hanover R.S. Limited Partnership

207.    Hanson Professional Services, Inc.

208.    Happy State Bank

209.    Harlem Consolidated School District 122

210.    Harper System, Inc.

211.    Harte Hanks, Inc.

212.    Headco Industries, Inc.

213.   Health Care Service Corporation

214.   Hearing Lab Technology, LLC

215.   Heidrick & Struggles, Inc

216.   Hensley Industries, Inc.

217.   Heritage Capital Corporation

218.   Heritage-Crystal Clean LLC

219.   Hf Sinclair Corporation

220.   Hi Tech Electric, Inc.

221.   Highgate Hotels, LP

222.   Hill Country Community MHMR Centers D/B/A Hil

223.   Hilltop Holdings Inc.

224.   Hm Dunn Company, Inc

225.   Hms Holdings Corp.

226.   Hospital Systems

227.   Hth Hospice Holdings, LLC

228.   Hu-Friedy Mfg. Co., LLC

229.   Hunt Consolidated, Inc.

230.   Hydrochem PSC

231.   Ibp Holdings, Inc

232.   Ideal Industries, Inc.

233.   Independent Bank dba Independent Financial

234.   Ineos USA LLC

235.   Inform Diagnostics

236.   Ingersoll Cutting Tool Company, Inc.

237.   Ingram Readymix, Inc.

238.   Integer Holdings Corporation

239.   Intercontinental Terminals Company, LLC

240.  Interstate Battery Inc.

241.  J&J Worldwide Services

242.  Johnson Supply &Equipment Corporation

243.  JSW Steel (USA) Inc.

244.  Justin Brands, Inc.

245.  Justrite Manufacturing Company L.L.C.

246.  J-W Power Company

247.  Kahlig Auto Group Health Benefit Trust

248.  Kaneka North America LLC

249.  Kaneland Community Unit School District #302

250.  Kap Project Services, Ltd

251.  Kemper Sports Management, LLC

252.  Kent Moore Cabinets, LLC

253.  Kipp Texas

254.  Kirkland & Ellis LLP

255.  Klx Energy Services Holdings, Inc.

256.  La Joya Independent School District

257.  Lakes Regional Community Center

258.  Lawson Products, Inc.

259.  Learfield Communications Group Benefit Trust,

260.  Legal Aid Of Northwest Texas, Inc.

261.  Lewis Energy Group, L.P.

262.  LGG Industrial Holdings, Inc.

263.  Lhoist North America, Inc.

264.  Libertytown USA 2, Inc.

265.  Lion Star Nacogdoches Hospital, LLC dba Nacog

266.  Lja Engineering, Inc.

267.    LKQ Corporation

268.    Locke Lord LLP

269.    Lopez Foods, Inc.

270.    Los Fresnosconsolidated Isd

271.    Louisiana Energy Services LLC

272.    LSB Industries, Inc.

273.    Lubbock Regional MHMR Center

274.    Lufkin Industries

275.    Lutheran Social Services Of The South, Inc.

276.    Lyons Township Hs District #204

277.    Mac Haik Management, LLC

278.    Mammoth Energy Services, Inc. dba

279.    Martin Resource Management Corporation

280.    Mattr Us Inc.

281.    Mavenir Systems, Inc

282.    Maxim Integrated, Inc.

283.    Maxum Petroleum Operating Company dba Pilot T

284.    Mazzio's LLC

285.    Merit Energy Company, LLC

286.    Methode Electronics, Inc.

287.    Midland Independent School District

288.    Mitel (Delaware), Inc.

289.    Mizkan America Inc

290.    Monterey Coal Company, A Division Of Exxonmob

291.    Morningstar Inc

292.    Morsco, Inc.

293.    Mr. Bult's

294.    MRC Global (US) Inc.

295.    Munsch Hardt Kopf & Harr, P.C.

296.    Muscogee (Creek) Nation

297.    Muscogee Nationgaming Enterprises

298.    Nabors Industries, Inc.

299.    Nacco Natural Resources

300.    National Bankruptcy Services, LLC

301.    National Instruments Corporation

302.    National Insurance Crime Bureau

303.    Natural Gas Services Group, Inc.

304.    Navajo Nation Gaming Enterprise

305.    NCI Building Systems, Inc.

306.    NeaPCo Holdings LLC

307.    Nefab Companies, Inc.

308.    Neovia Logistics Services, LLC

309.    New Braunfels Utilities

310.    Nielsen & Bainbridge, LLC

311.    Nine Energy Service, LLC

312.    NNR Global Logistics USA Inc.

313.    Noble Research Institute, LLC

314.    North East Independent School District

315.    North Texas Municipal Water District

316.    NTN USA Corporation

317.    Nucor Corporation

318.    Nutex Health Inc.

319.    Nu-Way Transportation Services, Inc.

320.    Oceans Acquisition, Inc

321. Oil States International, Inc.

322. Oklahoma Blood Institute

323. Oklahoma City University

324. Old World Industries, LLC

325. Omni Environmental Solutions, Inc.

326. Opportunity Home San Antonio

327. Orion Engineered Carbons, LLC

328. Orland School District 135

329. Osi Industries, LLC

330. Ou Medicine, Inc.

331. Overhead Door Corporation

332. Par Petroleum LLC.

333. Patterson Uti Energy, Inc.

334. Patterson-Uti Energy, Inc.

335. Peerless Industries, Inc

336. Percheron Professional Services, LLC

337. Petrochoice Holdings, Inc

338. Phoenix Closures

339. Pioneer Natural Resource USA, Inc.

340. Pioneer Natural Resources USA, Inc.

341. Plh Constructors, Inc. aka Plh Group, Inc.

342. Pmc Hospital, LLC

343. Point Isabel Independent School District

344. Pon North America, Inc.

345. Populus Financial Group, Inc.

346. Powell Industries, Inc.

347. Pregis LLC

348.    Prime Communications, L.P.

349.    Primesource Building Products, Inc.

350.    Primoris Services Corporation

351.    Pro Petroleum

352.    Profrac Holdings Ii, LLC

353.    Public Utilities Board City Of Brownsville

354.    Puffer Sweiven LP

355.    Quanta Services Management Partnership, LP

356.    Quantix Scs, LLC

357.    Quarternorth Energy LLC

358.    Quiktrip Corporation

359.    Quintana Energy Services Inc.

360.    Radiology Associates, L.L.P.

361.    Ralco Holdings, Inc.

362.    Randolph-Brooks Federal Credit Union

363.    Ranger Energy Services, LLC

364.    Rcm Industries, Inc

365.    Realpage, Inc.

366.    Reeves County

367.    Regency Integrated Health Services, LLC

368.    Reliant Holdings, Ltd

369.    Reliant Pro Rehab, LLC dba Reliant Rehab

370.    Rescar Companies

371.    Revere Electric Supply Co.

372.    Rexel USA, Inc.

373.    Rimkus Consulting Group, Inc.

374.    Rinchem Company, LLC

375.  Rockford Park District

376.  Roman Catholic Diocese Of Dallas

377.  Ronin Capital, LLC & Affiliated Entities

378.  Rosecrance Health Network

379.  Round Rock Independent School District

380.  Round Rock Independent School District

381.  Rpm Living, LLC.

382.  RTC Industries, Inc.

383.  Rush Administrative Services, Inc.

384.  Ryan, LLC

385.  S&C Electric Company

386.  Sabine River Authority Of Texas

387.  Safeway Insurance Company

388.  San Antonio Shoe, Inc.

389.  San Benito Consolidated Independent School Di

390.  Saputo Cheese USA, Inc

391.  Sasser Family Holdings, Inc.

392.  SBBQ Operations, LLC dba Sadler's Smokehouse

393.  Schusterman Interests, LLC

394.  Sci Shared Resources, LLC.

395.  Scientific Drilling International

396.  Select Rehabilitation, LLC

397.  Sentinel Technologies

398.  Service Experts LLC

399.  Set Environmental, Inc.

400.  SG Administration, LP

401.  Sherwood Construction Co., Inc.

402.  Shintech, Inc.

403.  Sirius Computer Solutions

404.  Sonic Healthcare USA, Inc.

405.  Sonida Senior Living, Inc.

406.  South Plains Financial, Inc.

407.  Southern Methodist University

408.  Southland Holdings LLC

409.  Southwest Key Programs, Inc.

410.  Special Education Services, Inc.

411.  Special Metals LLC

412.  SRS Distribution, Inc.

413.  Starr County Memorial Hospital

414.  Stepan Company

415.  Stolt-Nielsen USA, Inc.

416.  Subsea 7 Us LLC

417.  Sulzer Us Holding, Inc.

418.  Summit Truck Group, LLC

419.  Sun Coast Resources, Inc.

420.  Sunstar Americas, Inc.

421.  Superior Bulk Logistics Inc

422.  Superior Graphite Company

423.  T Systems North America, Inc.

424.  Taos Health Systems, Inc. dba Holy Cross Hosp

425.  Team Car Care, LLC

426.  Teco-Westinghouse Motor Company

427.  Tegna Inc.

428.  Tempel Steel

429.    Texas Bank And Trust Co.

430.    Texas Community Bank, Na

431.    Texas Enterprises, Inc.

432.    Texas Hydraulics, Inc.

433.    Texas Lutheran University

434.    Texas Molecular Holdings, LLC

435.    Tforce Holdings USA Inc.

436.    TGI Friday's Inc.

437.    The Adam Corporation/Group

438.    The Boeing Group

439.    The Bosworth Company

440.    The Climate Controlgroup, Inc. And Subsidiar

441.    The College Of American Pathologists

442.    The Cramer-Krasselt Co

443.    The Crosby Group LLC

444.    The Glazing Employers & Glaziers Union Local

445.    The Heico Companies, LLC

446.    The Osage Nation & Osage Casinos

447.    The University Of Tulsa

448.    The Weir Group, Plc

449.    Third Coast Employee Services LLC

450.    Thompson, Coe, Cousins & Irons, L.L.P

451.    Timet

452.    Tinker Federal Credit Union

453.    TNT Crane & Rigging, Inc.

454.    Topsoe, Inc.

455.    Total Safety U.S., Inc.

456. Town Of Flower Mound

457. TPC Group, LLC

458. Transcanada USA Services, Inc. dba Tc Energy

459. Transdev Services, Inc.

460. Trans-Global Solutions, Inc.

461. Trend Micro, Inc.

462. Tri City Foods Inc

463. Trimac Active Inc.

464. Trouw Nutrition USA, LLC

465. Truck Centers Inc.

466. Tyler Technologies, Inc.

467. U.S. Anesthesia Partners Of Texas, P.A.

468. U.S. Physical Therapy, Inc.

469. U.S. Silica Holdings, Inc.

470. UCC Holdco, LLC dba UCC Environmental

471. Ulta Salon, Cosmetics And Fragrance, Inc.

472. United Biologics, LLC dba United Allergy Serv

473. United Petroleum Transports, Inc.

474. United Surgical Partners International, Inc.

475. United Vision Logistics

476. Upbound Group, Inc.

477. Usi Insurance Services, LLC

478. Valley View School District 365U

479. Vallourec Holdings, Inc.

480. Vedder Price P.C.

481. Veolia North America, LLC

482. Village Of Bolingbrook

483. Vizient, Inc.

484. W & T Offshore

485. Warren Equipment Company

486. Waste Connections Us, Inc.

487. Water Service Corporation

488. Wayland Baptist University

489. Weatherford International LLC

490. Weaver And Tidwell, L.L.P.

491. West Texas Rehabilitation Center

492. Whirlwind Steel Buildings, Inc.

493. Wilhelmsen Ships Services, Inc.

494. William C Shaddock Inheritor's Trust

495. Wilton Industries, Inc.

496. Winnebago County

497. Winston & Strawn

498. Wintrust Financial Corporation

499. Wisenbaker Builder Services, Inc.

500. WTG Corporate Services

501. X-Fab Texas, Inc.

502. X-Ray Associates Of Nm, PC

503. Yash Technologies, Inc.

504. Zah Group, Inc.

**EXHIBIT A-27**

**The Horizon Healthcare Services ASO Clients**

**For Which Horizon Healthcare Services Has Submitted Valid Requests for Exclusion From the Sandoz Settlement Class**

1. Association Master Trust

2. Atlantic Realty Development Corporation

3. Atlas Copco North America, Inc.

4. Brother International Corporation

5. City of Hackensack, New Jersey

6. Diocese of Paterson

7. Gellert Global Group

8. Hayward Industries, Inc.

9. Hill International, Inc.

10. Horizon Blue Cross Blue Shield of NJ Health Plan

11. iCIMS, Inc.

12. JM Manufacturing d/b/a JM Eagle

13. LG Electronics USA

14. Musculoskeletal Transplant Foundation

15. NJM Insurance Group

16. New Jersey Turnpike Authority

17. OceanFirst Bank N.A.

18. The Okonite Company, Inc.

19. Romark Logistics

20. Subaru of America, Inc.

21. Sun Chemical Corporation

22. Union County, New Jersey

**EXHIBIT A-28**

**The Humana Inc. Entities**

**That Have Submitted Valid Requests for Exclusion
From the Sandoz Settlement Class**

1. Humana Inc.

2. Arcadian Health Plan, Inc.

3. CarePlus Health Plans, Inc.

4. Cariten Health Plan Inc.

5. CHA HMO, Inc.

6. CompBenefits Insurance Company

7. Emphesys Insurance Company

8. Health Value Management, Inc. d/b/a ChoiceCare Network

9. Humana Benefit Plan of Texas, Inc.

10. Humana Benefit Plan of Illinois, Inc.

11. Humana Employers Health Plan of Georgia, Inc.

12. Humana Health Benefit Plan of Louisiana, Inc.

13. Humana Health Company of New York, Inc.

14. Humana Health Insurance Company of Florida, Inc.

15. Humana Health   Plan of California, Inc.

16. Humana Health Plan of Ohio, Inc.

17. Humana Health Plan of Texas, Inc.

18. Humana Health Plan, Inc.

19. Humana Insurance Company

20. Humana Insurance Company of Kentucky

21. Humana Insurance Company of New York

22. Humana Medical Plan of Michigan, Inc.

23. Humana Medical Plan of Pennsylvania, Inc.

24. Humana Medical Plan of Utah, Inc.

25. Humana Medical Plan, Inc.

26. Humana Pharmacy Solutions, Inc.

27. Humana Regional Health Plan, Inc.

28. Humana Wisconsin Health Organization Insurance Corporation

29. Humana Health Plans of Puerto Rico, Inc.

30. Humana Insurance of Puerto Rico, Inc.

**EXHIBIT A-29**

**The Humana Inc. ASO Clients**

**For Which Humana Inc. Has Submitted Valid Requests for Exclusion
From the Sandoz Settlement Class**

1. The Rawlings Company LLP

2. The Dow Chemical Company

**EXHIBIT A-30**

**The Blue Cross and Blue Shield of Alabama ASO Clients**

**For Which Blue Cross and Blue Shield of Alabama Has Submitted
Valid Requests for Exclusion From the Sandoz Settlement Class**

1.  A.C. Legg Packing Company

2.  A.F.C. Employees Welfare And Benefit Trust, Inc.

3.  Aaa Cooper Transportation

4.  Aar Corp.

5.  Academic Medical Group

6.  Acipco (American Cast Iron Pipe Company)

7.  Action Enterprise Holdings, LLC

8.  Addiction & Mental Health Services, LLC/Bradford

9.  Adtran, Inc.

10. Adtrav.

11. Advanced Dermatology And Cosmetic Surgery

12. Aerospace Coatings International, LLC

13. Airbus Americas, Inc

14. Airtek Construction, Inc.

15. Alabama Aircraft Industries, Inc.

16. Alabama Health Insurance Plan

17. Alabama Medical Group, P.C.

18. Alabama State University

19. Alabama West Florida Conference of The United

20. Alacare Home Health Services, Inc.

21. Alatrade Foods

22. Alfa Mutual Insurance Company

23. All In Credit Union

24. All Kids Children'S Health Insurance Program

25. All South Subcontractors

26. Alliance Compressors

27. Alliant Management Services dba Medical Center Bar

28. Alpha Pet, Inc.

29. Altec, Inc.

30. Alto Products Corporation

31. American Associated Pharmacies

32. American Equity Investment Life Insurance Company

33. American Family Care, LLC

34. American Proteins, Inc.

35. American Trim, L.L.C./Cullman Location

36. America'S First Federal Credit Union

37. America'S Thrift Stores

38. Amerisourcebergen Corporation

39. Archdiocese of Mobile

40. Ard Logistics, LLC

41. Arlington Holding Company LLC

42. Army Fleet Support, LLC

43. Aronov Realty Management, Inc. Financial Services

44. Ascension Health Smarthealth Medical Plan

45. Associated Grocers of The South, Inc.

46. Astronics Aes

47. Athens Convalescent Center, Inc.

48. Atherotech, Inc

49. Ati Tungsten Materials

50. Atlas Senior Living

51. Atrion Medical Products, Inc.

52. Ats Operating LLC

53. Attentus Healthcare.,LLC/ dba Troy Regional Medic

54. Attentus Moulton

55. Auburn University

56. Auburnbank

57. Austal USA

58. Auto Custom Carpets

59. Auto Investment Inc.

60. Automotive Aftermarket Association Southeast

61. Aviagen

62. Avion Solutions, Inc.

63. Axient LLC

64. Axletech International

65. B E & K, Incorporated

66. Bae Systems Southeast Shipyards

67. Baldwin County Commission

68. Ball Healthcare Services, Inc.

69. Bama Budweiser of Sylacauga, Inc.

70. Bank Independent

71. Baptist Health Services, Inc.

72. Baptist Health System

73. Basf Corporation

74. Belle Foods, LLC

75. Bender Shipbuilding & Repair Co., Inc.

76. Benteler Automotive Corporation

77. Berry Global Films, LLC

78. Best Health LLC

79. Bhm Plmbrs&Stmfttrs Local 91 Hlth&Wlfr Trust Fund

80. Bibb Medical Center

81. Biohorizons Implant Systems, Inc.

82. Birmingham Fastener & Supply, Inc.

83. Birmingham Jefferson County Transit Authority

84. Blue Cross And Blue Shield of Alabama

85. Board of Water And Sewer Commissioners

86. Books A Million

87. Borbet Alabama, Inc.

88. Bradley Arant Boult Cummings LLP Group Health Plan

89. Brasfield And Gorrie, Inc.

90. Brice Building Company, Inc.

91. Brick Acquisition Company dba Jenkins Brick Co

92. Brookwood Medical Center

93. Brown Precision, Inc.

94. Bruno'S Supermarket, LLC

95. Buchanan Timber & Forestry LLC

96. Buddy Moore Trucking, Inc.

97. Burford'S Tree Inc.

98. Burkes Mechanical, Inc.

99. Busche Enterprise Division, Inc.

100.    Bush Hog

101.    C A H Holdings, Inc.

102.    C R H North America, Inc.

103.    Caddell Construction Co. (De), LLC

104.    Cadence Bank

105. Cagle'S Inc.

106. Calhoun County Commission

107. Calista Corporation

108. Camber Corporation

109. Canfor Southern Pine, Inc.

110. Capstone Collegiate Communities, LLC

111. Capstone On-Campus Management, LLC

112. Capstone Real Estate Investments, LLC

113. Cardiology Associates of Mobile, Inc.

114. Care First, Inc.

115. Carr, Allison, Oliver & Sisson, P.C.

116. Carr, Riggs, & Ingram, LLC

117. Cb & S Bank

118. Cerro Wire LLC

119. Cgi Technologies And Solutions Inc

120. Cherokee County Health And Rehabilitation Center

121. City of Anniston

122. City of Athens

123. City of Auburn

124. City of Bay Minette

125. City of Birmingham

126. City of Dothan

127. City of Fairhope

128. City of Florence

129. City of Foley

130. City of Hoover

131. City of Huntsville

132.   City of Montgomery

133.   City of Muscle Shoals

134.   City of Northport

135.   City of Opelika

136.   City of Orange Beach

137.   City of Oxford

138.   City of Phenix City

139.   City of Prattville

140.   City of Sheffield

141.   City of Troy

142.   City of Tuscaloosa

143.   Clay County Health Care Authority

144.   Closetmaid LLC

145.   Cnhi, LLC

146.   Coastal Forest Resources

147.   Coca-Cola Bottling Company United, Inc

148.   Coleman American Companies

149.   Collinsville Nursing Home

150.   Colonial Properties Trust

151.   Colsa Corporation

152.   Columbia Southern University

153.   Command Alkon

154.   Community Health Management, Inc.

155.   Community Health Systems, Inc.

156.   Community Hospital

157.   Compass Bancshares, Inc.

158.   Complete Health

159. Construction Materials, Inc.

160. Construction Partners, Inc.

161. Contractor Service & Fabrication, Inc.

162. Cook'S Pest Control

163. Coosa Valley Medical Center

164. Coral Industries, Inc.

165. Cornerstone Detention Products, Inc.

166. Cottage Hill Nursery, Inc.

167. Crc Insurance Services, Inc.

168. Crest Energy Partners Gp, LLC

169. Crowne Management, LLC

170. Csc

171. Cu Employment, Inc.

172. Cullman County Commission

173. Cullman Regional Medical Center

174. Cumberland Plastic Systems

175. Custom Synthetic Fibers, LLC

176. Cvg Alabama, Inc.

177. D & F Equipment

178. Dale Medical Center

179. Daniel Corporation

180. Daseke, Inc.

181. Daxko, LLC

182. Dch Health System

183. Dealnews.Com, Inc.

184. Decatur Utilities

185. Decibel Research, Inc.

186.  Delaware North America LLC

187.  Deltacom, Inc.

188.  Diocese of Birmingham In Alabama/Religious

189.  Doster Construction Company, Inc.

190.  Dst Systems, Inc.

191.  Dunbarton Corporation

192.  Dunn Construction

193.  Dynetics, Inc.

194.  E B S C O Industries, Inc.

195.  E R C, LLC

196.  E. S. Robbins Corporation

197.  East Alabama Medical Center

198.  East Alabama Mental Health

199.  Education Corp of America And All Subsidiaries

200.  Egs, Electrical Group, LLC

201.  Electric Cooperatives Health Benefits Plan

202.  Electricfil Corporation

203.  Emerson Electric Company

204.  Encore Rehabilitation, Inc.

205.  Enduracare Acute Care Services, LLC

206.  Enduracare Therapy Management, Inc.

207.  Erp Compliant Coke, LLC

208.  Essex Crane Rental, Corp.

209.  Eternal Word Television Network, Inc.

210.  Evergreen Transport

211.  Evergreen Transportation, Inc.

212.  Evonik Corporation

213.    Express Oil Change, LLC

214.    Family Savings Credit Union

215.    Fastening Solutions, Inc.

216.    Faulkner University

217.    Ferroglobe USA Metallurgical Inc.

218.    First United Security Bank

219.    Five Star Credit Union

220.    Florida Health Science Ctr dba Tampa Gen Hospital

221.    Flowers Foods, Inc.

222.    Flowers Independent Distributors Welfare Trust

223.    Flowerwood Nursery

224.    Fortune Brands

225.    Frh, Gac, LLC

226.    G.A. West & Co., Inc.

227.    Gabriella White, LLC

228.    Ge Aerospace, Inc.

229.    General Dynamics Ordnance And Tactical Systems

230.    General Southern Industries, Inc.

231.    George H. Lanier Hospital And Health Services

232.    Gestamp Alabama, Inc.

233.    Gildan Activewear, Inc.

234.    Glidewell Specialties Foundry Company, Inc.

235.    Global Tel*Link Corporation

236.    Golden Flake Snack Foods, Inc.

237.    Goldkist, Inc.

238.    Goodwyn, Mills And Cawood, LLC

239.    Goss Electric Company, Inc.

240.    Gray Research, Inc.

241.    Great Southern Wood Preserving, Inc.

242.    Grede LLC

243.    Guaranty Association - Walter Coke

244.    Guaranty Association - Walter Energy

245.    Gulf Distributing Holdings, LLC

246.    Gvw Group

247.    H B & G Products

248.    H H Technologies, Inc.

249.    Hager Companies

250.    Hallmark Auto Group

251.    Hanceville Nursing Home

252.    Hanna Steel Corporation

253.    Hanwha Advanced Materials America LLC

254.    Hargrove And Associates

255.    Haynes Management Services, Inc.

256.    Healthcare Business Solutions, LLC (Hbs)

257.    Healthsouth Corporation

258.    Heritage Distribution Holdings LLC

259.    Hh Health System - Jackson, LLC

260.    Hh Health System - The Orthopaedic Center LLC

261.    Hibbett

262.    Hl Mando America Corporation

263.    Hl-A Company, Inc.

264.    Hm Operating Incorporated

265.    Hmr of Alabama

266.    Homeland Vinyl Products, Inc.

267.    Honda North America

268.    Horizon Shipbuilding

269.    Hornady Transportation, LLC

270.    Hs Automotive Alabama, Inc.

271.    Htpg, LLC

272.    Hunt Consolidated, Incorporated

273.    Huntsville Hospital

274.    Huntsville Rehabilitation Foundation, Inc.

275.    Huntsville Utilities

276.    Hyosung Holdings USA, Inc.

277.    I B E W Local 505

278.    Icahn Portfolio Group - Westpoint Home

279.    Ignite Fueling Innovation, Inc.

280.    In' Tech Medical Inc

281.    Indorama Ventures Sustainable Solutions, LLC

282.    Industrial Valve Sales & Service, LLC

283.    Industrial Warehouse Services, Inc.

284.    Infirmary Health System

285.    Inline Electric Supply Company

286.    Innisfree Hotel

287.    Insulators & Allied Workers Local 78 Health &

288.    Integrated Solutions For Systems, Inc.

289.    Intergraph Corporation

290.    Intermark Group, Inc.

291.    International Paper

292.    Inteva - Steel Settlement LLC

293.    Inteva Products, LLC

294.    Iron Mountain Solutions

295.    Iron Reassurance Company

296.    Iron Workers Local 92 Health & Welfare Fund

297.    Iss - Marine Services, Inc.

298.    Ivy Creek of Tallapoosa LLC

299.    J C C E O

300.    J.M. Family Enterprises, Inc.

301.    Jack'S Family Restaurants, Lp

302.    Jackson Hospital And Clinic, Inc.

303.    Jasper Forest Products, LLC

304.    Jcj Raleigh, LLC

305.    Jefferson County Commission

306.    Jhcc Holdings, LLC

307.    Jim Burke Automotive

308.    Joe Wheeler, E.M.C.

309.    Joy Global, Inc.

310.    Jvc America, Inc.

311.    Kaiser Aircraft Industries, Inc.

312.    Kaiser Aluminum Fabricated Products

313.    Kaya Associates, Inc.

314.    Kelley Health Holdings

315.    Keystone Foods LLC

316.    Kimber Mfg., Inc.

317.    Kinedyne

318.    Koch Foods

319.    Koch Foods of Alabama L.L.C.

320.    Kohler Company

321. Kratos Defense And Security Solutions, Inc.

322. Kth Leesburg Products, LLC

323. Kumi Manufacturing Alabama, LLC

324. Kykenkee, Inc.

325. L & L Services, Inc.

326. L G Electronics, Inc.

327. Lakeland Industries, Inc.

328. Lavender, Inc.

329. Lee Brass Acquisition, LLC

330. Lee Brass Foundry, LLC dba Lee Brass

331. Legacy Cabinets, Inc.

332. Legacy Holdings, Inc.

333. Liberty National Life Insurance Company

334. Limestone Nursing And Rehabilitation Center, LLC

335. Listerhill Employees Credit Union

336. Local Government Health Insurance Program

337. Lodgian, Inc.

338. M E S A Associates, Inc.

339. Madison County Commission

340. Main Street Checks

341. Mannington Mills, Inc.

342. Maples Industries, Inc.

343. Marathon Electrical Contractors, Inc.

344. Marmon Highway Technologies

345. Marshall County Commission

346. Marshall Durbin Food Corporation

347. Marshall Health Systems

348. Martin Advertising Inc.

349. Martin, Incoporated

350. Martinrea Tuscaloosa, Inc.

351. Max Credit Union

352. Mayer Electric Supply, Inc.

353. Mc - Ua Local 119 Health Plan

354. Mcgriff Tire Company, Inc.

355. Mcgriff, Seibels, & Williams, Inc.

356. Mckinney Communications Corp Formerly Satellites U

357. Mcwane, Inc.

358. Meadowcraft, Inc.

359. Medical West

360. Mercedes-Benz

361. Mercedes-Benz of Birmingham

362. Metals Solutions, LLC

363. Minebea Accesssolutions USA, Inc

364. Mitchell Grocery Corp.

365. Mitchell Plastics

366. Mobile Airport Authority

367. Mobile Community Action, Inc

368. Mobile County Commission

369. Mobile County Health Department

370. Mobile Fixture & Equipment Co., Inc.

371. Mobile Paint Manufacturing Company, Inc.

372. Modern American Recycling & Repair Services of Ala

373. Momentum Telecom, Inc.

374. Monarch Ceramic Tile, Inc.

375.    Monroe County Hospital

376.    Montgomery Cancer Center, LLC

377.    Montgomery Community Action Committee, Inc.

378.    Montgomery County Commission

379.    Montgomery Transport LLC

380.    Morgan County Commission

381.    Moriroku Tech North America Inc - Rainsville Plant

382.    Mount Vernon Mills

383.    Movie Gallery/Hollywood Grp Health And Dental Plan

384.    Mspark Media, LLC dba Mspark

385.    Mueller Co., LLC

386.    Mueller Co./Anvil Mueller Water Products/Us Pipe

387.    Mutual Savings Life Insurance Company

388.    Naphcare Us, Inc.

389.    National Bank of Commerce

390.    National Cement Company of Alabama

391.    National Coal of Alabama, Inc.

392.    National Copper, LLC dba National Copper And Smel

393.    National Packaging Co. Inc.

394.    Nelson Brothers, Inc.

395.    Neptune Technology Group Inc.

396.    Nextera Energy, Inc.

397.    Nhs Affiliated Companies

398.    Nidec Motor Corporation

399.    Noland Health Services

400.    North American On-Site

401.    North Baldwin Utilities

402.  Northstar Ems, Inc.

403.  Northwest Alabama Healthcare Authority

404.  Norwood Clinic, Inc.

405.  Nou System, Inc.

406.  Ntn Bower Corporation

407.  Nucor

408.  Olin Corp.

409.  Omaha Standard

410.  Oncology Specialties, Pc

411.  O'Neal Industries, Inc.

412.  Oral Arts Dental Lab, Inc.

413.  Osborn Transportation Company, Inc.

414.  Otelco & Affiliates

415.  Output Services Group, Inc.

416.  Oxbow Carbon And Minerals, LLC

417.  Pace Runners

418.  Palco Telecom Service, Inc.

419.  Paperworks Industries

420.  Parker & Son, Inc.

421.  Parker Towing Company, Inc.

422.  Parsons Corporation

423.  Pch Hotels And Resorts

424.  Peopletec

425.  Perdido Beach Resort

426.  Phifer, Incorporated

427.  Pickens County Medical Center, Inc.

428.  Plasman Corp, LLC

429.  Playcore Wisconsin, Inc.

430.  Plmbers & Stmfitters Local 498 Hlth & Welfare Fund

431.  Plumbers & Steamfitters Local Union 52

432.  Poarch Band of Creek Indians

433.  Powersouth Energy Cooperative

434.  Premier Medical Group, Inc.

435.  Premier Service Company, Inc.

436.  Preston Health Services

437.  Pro Health Group, Inc.

438.  Proassurance Group Services Corporation

439.  Process Barron

440.  Progress Rail Services

441.  Providence Hospital

442.  Proxsys

443.  Prystup Packaging Products

444.  Ps Logistics

445.  Psc Industries

446.  Pss/World Medical, Inc.,

447.  Public Education Employees Health Insurance Plan

448.  Qualico Steel Company, Inc.

449.  Quality of Life Health Services, Inc.

450.  Quantum Research International, Inc.

451.  R E H A U, Inc.

452.  R. E. Garrison Trucking

453.  R. L. Zeigler Company, Inc.

454.  Radiance Technologies, Inc.

455.  Ram Tool And Supply

456. Randall-Reilly, LLC

457. Ranger Land Systems, Inc.

458. Rchp, LLC

459. Red Diamond, Inc.

460. Redstone Federal Credit Union

461. Regional Paramedical Services

462. Regions Financial Corporation

463. Renasant Bank

464. Resortquest International, LLC

465. Resource Management Service, Inc.

466. Restore Management Company, LLC

467. Revere Control Systems

468. Rheem Manufacturing

469. River Birch Homes

470. Riverbend Mental Health Center

471. Riverside Refractories, Inc.

472. Robbie D. Wood, Inc.

473. Robbins LLC

474. Rob'T J. Baggett, Inc.

475. Rocktenn Cp, LLC

476. Royal Cup, Inc.

477. Royal Oldsmobile Royal Automotive

478. Russell Lands, Inc.

479. Russell Medical

480. Rx Benefits

481. S E A Wire And Cable, Inc.

482. Sabel Steel Service

483.    Safran USA, Inc.

484.    Samford Athletics Supplemental

485.    Samford University

486.    Samuel Associated Tube Group

487.    Sb Holding Corporation

488.    Sbjs PC dba Southern Bone And Joint Specialists

489.    Schmidt Wallace Healthcare Management Co., Inc.

490.    Science & Engineering Services, Inc.

491.    Scotch & Gulf Lumber, LLC

492.    Scotch Plywood Company, Inc.

493.    Scottsboro Utilities

494.    Sequel Tsi Holdings LLC

495.    Sequel Youth And Family Services, LLC Group Health

496.    Servis First Bank

497.    Servus Corporation

498.    Seven Restaurants, LLC

499.    Shawcor Inc

500.    Sheet Metal Workers Local Union 48

501.    Sheffield Utilities

502.    Shipt, Inc.

503.    Shook And Fletcher Services, LLC

504.    Shottenkirk Huntsville Shh, LLC

505.    Showa Best Glove, Inc.

506.    Simply Fashion Stores, Ltd

507.    Sims Bark & Soil, Inc.

508.    Sio2 Medical Products

509.    Sister Schubert'S Homemade Rolls, Inc.

510.    Sja, Inc.

511.    Snl Distribution Services Corporation

512.    Solutia

513.    Source Medical Solutions, Inc.

514.    South Dade Air Conditioning And Refrigeration, Inc

515.    Southeast Alabama Medical Center

516.    Southeast Health

517.    Southeastern Extrusion And Tool, Inc.

518.    Southeastern Food Merchandisers

519.    Southern Cal Transport, Inc.

520.    Southern Casearts, Inc.

521.    Southern Classic Food Group, L.L.C.

522.    Southern Company Services

523.    Southern Energy Homes, Inc.

524.    Southern Heat Exchanger Corporation

525.    Southern Medical Health Systems

526.    Southern Research Institute

527.    Southern Veterinary Partners, LLC

528.    Southland Tube, Inc.

529.    Spectrum Brands

530.    Sports Med Orthopaedic Specialists

531.    Spring Hill College

532.    St Engineering North America

533.    St. Vincent'S Health System

534.    Standard Furniture

535.    Starfish Holdings Inc.

536.    Starnes Davis Florie, LLP

537.    State of Alabama

538.    Steelcase Inc.

539.    Steward Machine Co., Inc.

540.    Stewart Lubricants & Service Co., Inc.

541.    Stillman College

542.    Strata-G Solutions, LLC

543.    Successehs

544.    Summit 7 Systems

545.    Sunbelt Golf Corporation

546.    Sunsouth LLC

547.    Superior Bank, Na.

548.    Supreme Beverage Company, Inc.

549.    Surgical Care Affiliates LLC

550.    Suttles Truck Leasing, LLC

551.    Swedish Match North America, Inc.

552.    Swift Lumber, Inc.

553.    Synovus Financial Corp.

554.    T. R. Miller Mill Co. Inc.

555.    Talladega/Clay/Randolph/Coosa Chldcre & Hdstrt Prg

556.    Te Connectivity

557.    Teklinks

558.    Teksouth Corporation

559.    Teledyne Technologies Incorporated

560.    The Aegis Technologies Group, Inc.

561.    The Blossman Companies, Inc.

562.    The Children'S Hospital of Alabama

563.    The Children'S Place

564.    The Colonial Bancgroup, Inc.

565.    The Cooper Group, Inc.

566.    The Dixie Group

567.    The Health Care Authority of The City of Anniston

568.    The Mcpherson Companies, Inc.

569.    The Onin Group

570.    The Orthopaedic Group, P.C.

571.    The School Board of Polk County

572.    The Traylor Group

573.    The University of Alabama

574.    The Water Works Board of The City of Birmingham

575.    The Westervelt Company

576.    Therapymanager, LLC

577.    Thermo Fisher Scientific

578.    Thompson Engineering Testing

579.    Thompson Tractor Company

580.    Threaded Fasteners, Inc.

581.    Tiffin Motor Homes, Inc.

582.    Tom Mcleod Software Corporation

583.    Tombigbee Healthcare Authority

584.    Toray Composite Materials America, Inc.

585.    Total System Services, Inc.

586.    Tribal Members of The Poarch Band of Creek Indians

587.    Trideum Corporation

588.    Trigreen Equipment LLC

589.    Tri-National, Inc

590.    Triton Management Group And Related Companies

591.    Triumph Group Inc.

592.    Troy Hospital Healthcare Authority dba Troy Region

593.    Troy University

594.    Trubridge

595.    Truckworx Kenworth

596.    Ts Tech Americas, Inc.

597.    Turenne & Associates

598.    Tuscaloosa County Commission

599.    Tuskegee University

600.    Tyonek Manufacturing Group

601.    Ua Athletics Supplemental Plan

602.    Unipres Alabama, Inc.

603.    United Ability, Inc.

604.    United Community Bank

605.    United States Pipe And Foundry Company, LLC

606.    United Way of Central Alabama Inc.

607.    University of Alabama At Birmingham

608.    University of South Alabama

609.    University of West Alabama

610.    Upstream Rehab dba Integrity Rehab Group

611.    Urs E&C Holdings, Inc.

612.    USA Hometown Experts, Inc.

613.    USAmeribank

614.    Valley Rubber, LLC

615.    Vantage Sourcing, LLC

616.    Volkert, Inc.

617.    Vulcan Materials Company

618. Vulcan, Inc.

619. W.L. Petrey Wholesale Co. Inc

620. Walgreens Mail Service, LLC

621. Walls Newspaper Consultants

622. Warren Averett Companies LLC

623. Water Wrks & Sanitary Sewer Bd of The City of Mtgy

624. Wayne Farms LLC

625. Waynes Pest Control Services, LLC

626. Wellborn Cabinet, Inc.

627. Wencor Group, LLC

628. Weyerhaeuser

629. Whitesell Group

630. Winston Housing Group LLC

631. Wiregrass Hospital & Nursing Home

632. Wkw North America Holding, Inc.

633. Wolverine Tube, Inc.

634. Wood Fruitticher Grocery Company, Inc.

635. Yates Constructors, LLC

636. Y-Tec Keylex Toyotetsu Alabama, Inc (Ykta)

637. Zf Chassis Modules (USA), Inc.

638. Zf North America

639. 7 General Contracting, Inc.

**EXHIBIT A-31**

**The Blue Cross and Blue Shield of South Carolina ASO Clients**

**For Which Blue Cross and Blue Shield of South Carolina Has Submitted Valid Requests for Exclusion From the Sandoz Settlement Class**

1. 2ND WIND HEATING & AIR

2. ACS TECHNOLOGIES GRP INC

3. ADVANCED AUTOMATION INC

4. AERODYNE INDUSTRIES LLC

5. AGENT OWNED REALTY COMPANY

6. AGY HOLDING CORP

7. AGY HOLDING CORP

8. AIKEN COUNTY

9. ALEX LEE INC

10. ALICE MANUFACTURING CO

11. AMERICAN FOAM AND FABRIC INC

12. AMICK FARMS LLC

13. AMPLIFIEDAG INC

14. ANDERSON CRANE & BRIDGE

15. ARAUCO NORTH AMERICA INC

16. ARTHUR STATE BANK

17. ASTENJOHNSON HEALTH & WELFARE

18. ATLAS TECHNOLOGIES INC

19. AUGUSTA NEWSPRINT COMPANY

20. AURIGA POLYMERS INC

21. AWL AUTOMATION LLC

22. BANKS CONSTRUCTION INC

23. BATTELLE SAVANNAH RIVER

24. BEACH HOLIDAYS LLC

25. BENEFITFOCUS.COM

26. BERRANG INC

27. BLACKBAUD INC

28. BLANCHARD MACHINERY COMPANY

29. BLUECROSS BLUESHIELD OF SC

30. BMW MANUFACTURING CO LLC

31. BOMMER INDUSTRIES INC

32. BOOMTOWN

33. BOYSEN USA LLC

34. BUFFETS INC DBA OVATION BRANDS

35. BUILDING SYSTEMS SOLUTIONS LLC

36. BURROUGHS & CHAPIN CO INC

37. CAMERON ASHLEY BUILDING P

38. CAMERON ASHLEY BUILDING PROD

39. CAPITAL VACATIONS LLC

40. CARE NET OF LANCASTER

41. CARGO LLC

42. CAROLINA CANNERS INC

43. CAROLINA IND SERVICES SUMTER

44. CAROLINA PRIDE FOODS INC

45. CATALYTIC IP INCORPORATED

46. CERAMTEC

47. CERAMTEC

48. CH MUELLER INC

49. CHANDLER CONSTRUCTION

50. CHAPPELL SMITH AND ARDEN

51. CHARLESTON SOUTHERN UNIVERSITY

52. CHF INDUSTRIES INC

53. CHRIST CHURCH EPISCOPAL SCHOOL

54. CHROMCRAFT REVINGTON INC

55. CITY OF CHARLESTON

56. CITY OF GREENVILLE

57. CITY OF NORTH MYRTLE BEACH

58. CITY OF ORANGEBURG

59. CITY OF ROCK HILL

60. CITY OF SPARTANBURG

61. CITY OF SUMTER

62. CLARENDON MEMORIAL HOSPITAL

63. CLEMSON EYE PA

64. CNTY COUNCIL OF BEAUFORT CNTY

65. COASTAL HEALTHCARE RESOURCES

66. COLUMBIA MUSEUM OF ART

67. COMPANION ASSOCIATES INC

68. CONSOLIDATED SYSTEMS INC

69. CONTINENTAL AUTOMOTIVE INC

70. CONTINENTAL TERMINALS

71. CONWAY NATIONAL BANK

72. COUNTYBANK

73. CR JACKSON INC

74. CREDIT CENTRAL LLC

75. D & W FINE PACK

76. DAA DRAEXLMAIER AUTOMOTIVE LLC

77. DAA DRAEXLMAIER AUTOMOTIVE OF

78. DENNYS INC

79. DEPT OF PUBLIC UTILITIES

80. DG GOLF MANAGEMENT LLC

81. EDENS REALTY INC

82. EDVENTURE

83. ELDECO INC

84. ELLIOTT DAVIS LLC

85. ESR MOTOR SYSTEMS

86. EVENING POST INDUSTRIES INC

87. FEHRER AUTOMOTIVE NA LLC

88. FIBERMARK NORTH AMERICA INC

89. FIRE AND DATA SYSTEMS

90. FIRST CITIZENS BANK & TRUST

91. FN AMERICA LLC

92. FOUNDERS FEDERAL CREDIT UNION

93. FREEMAN GAS & ELECTRIC CO INC

94. FURMAN UNIVERSITY

95. GALLIVAN, WHITE & BOYD, P

96. GALLIVAN, WHITE & BOYD, P

97. GASTROENTEROLOGY ASSOCIATES PA

98. GENERAL SYNOD ASSOC REFORMED

99. GIANT CEMENT HOLDING INC

100.    GLOBAL PROJECT MANAGEMENT

101.    GOODWILL IND OF UPSTATE MID SC

102.    GREENFIELD INDUSTRIES INC

103.    GUARDIAN BUILDING PRODUCTS INC

104.    HADDON HOUSE FOOD PRODUCTS INC

105. HAMMOND SCHOOL

106. HAMPTON HALL CLUB INC

107. HARTNESS INTERNATIONAL

108. HERITAGE HEALTHCARE LLC

109. HMR VETERANS SERVICES INC

110. HMR VETERANS SERVICES INC

111. HOGGE PRECISION

112. HORRY TELEPHONE COOPERATIVE

113. HUDSON MANAGEMENT GROUP

114. INDUSTRIAL PROJECT INNOVATION

115. INMAN MILLS

116. INSPIRIUM HEALTH, LLC

117. INTEGRATED SUPPORT SYSTEMS

118. INTERNATIONAL PLASTICS INC

119. ITEMA AMERICA INC

120. IVC TITAN JV LLC

121. J BANKS DESIGN GROUP INC

122. JDC MANAGEMENT LLC

123. JEAR LOGISTICS

124. JERVEY EYE GROUP P A

125. JEWELRY WAREHOUSE

126. JPS INDUSTRIES, INC.

127. JTEKT NORTH AMERICA CORP

128. JTEKT NORTH AMERICA CORP

129. KARALINA ENTERPRISES INC

130. KARNA

131. KARNA

132.    KEMET CORPORATION

133.    KEMET CORPORATION

134.    KEYSTONE CONSTRUCTORS INC

135.    KIAWAH RESORT ASSOCIATES LP

136.    KINGHORN INSURANCE AGENCY

137.    KION NORTH AMERICA CORPORATION

138.    KYOCERA AVX COMPONENTS CORP

139.    LEXINGTON MEDICAL CENTER

140.    LOWCOUNTRY SPECIALIS

141.    MACLEAN POWER LLC

142.    MANLEY GARVIN LLC

143.    MAU BMW

144.    MCLEOD HEALTH

145.    MEDICAL SERVICES OF AMERICA

146.    MIDLANDS ORAL

147.    MILES HOLDING COMPANY LLC

148.    MILLIKEN & COMPANY

149.    MINGHUA USA INC

150.    MOBILE COMMUNICATIONS AMERICA

151.    MONTAGE HOTELS & RESORTS, LLC

152.    MOTLEY RICE LLC

153.    MOUNT VERNON MILLS INC

154.    MOUNT VERNON MILLS INC

155.    NATIONAL BEVERAGE SCREEN PRINT

156.    NELSON MULLINS RILEY &

157.    NEW RIVER AUTO MALL LLC

158.    NEWBOLD CORPORATION

159.   NEWSPRING CHURCH

160.   NORTH AMERICAN RISK SERVI

161.   NOVANT HEALTH SC HOLDINGS

162.   NOVOLEX HOLDINGS LLC

163.   NUCOR CORPORATION

164.   NUTRAMAX LABORATORIES INC

165.   OGLETREE DEAKINS NASH SMOAK

166.   ONE WORLD TECHNOLOGIES,INC

167.   PACOLET MILLIKEN LLC

168.   PALMETTO HEALTH

169.   PARRISH & PARTNERS LLC

170.   PEARLSTINE DISTRIBUTORS INC

171.   PEOPLES FIRST INSURANCE

172.   PEOPLES UNDERWRITERS INC

173.   PHYSICIANS SERVICES OF SC LLC

174.   PIERCE ACRES & REALTY

175.   PIGGLY WIGGLY CAROLINA COMPANY

176.   PLASTIC OMNM AUTO EXT LLC

177.   POLYDECK SCREEN CORP

178.   POLYMER PROCESSING INC

179.   PROACTIVE MD

180.   PROAXIS EMPLOYMENT SERVICES

181.   QUOIZEL INC

182.   REC BOAT HOLDINGS

183.   RED VENTURES LLC

184.   REGIONAL UTILITY SERVICES INC

185.   RESURGENT CAPITAL SERVICES LP

186.   ROCK HILL COCA COLA COMPANY

187.   ROCK HILL TELEPHONE DBA

188.   ROCK OAK SERVICES GROUP LLC

189.   ROCKLAND INDUSTRIES INC

190.   ROECHLING AUTOMOTIVE USA,LLP

191.   SAFE PASSAGE INC

192.   SAGE AUTOMOTIVE INTERIORS

193.   SANDERS BROTHERS CONS CO INC

194.   SARGENT METAL FABRICATORS

195.   SAVANNAH RIVER REMEDIATION LLC

196.   SC FARM BUREAU EMPLOYEES

197.   SCANA CORPORATION

198.   SCBEBT

199.   SEA PINES RESORT

200.   SECURITY GROUP INC & ALL

201.   SELF REGIONAL HEALTHCARE

202.   SHEALY ELECTRICAL WHOLESALERS

203.   SID HARVEY INDUSTRIES INC

204.   SOFTBOX SYSTEMS INC

205.   SONEPAR MANAGEMENT US INC

206.   SOUTH STATE BANK

207.   SOUTHEASTERN FREIGHT LINES INC

208.   SOUTHERN ALUMINUM FOUNDRY

209.   SOUTHERN FIRST BANK

210.   SOUTHERN TANK TRANSPORT

211.   SPAN AMERICA

212.   SPARTANBURG STEEL HOLDINGS INC

213.   SPARTANBURG STEEL PRODUCTS

214.   SPARTANBURG WATER SYSTM & SSS

215.   SPECIALIZED RIGGERS & ERECTORS

216.   SPIRAX SARCO INC

217.   SPIRAX SARCO INC

218.   SPRINGFIELD LLC

219.   SPRINGS CREATIVE PRODUCTS GRP

220.   SRMC LLC

221.   SRNS LLC

222.   SRP FEDERAL CREDIT UNION

223.   STANADYNE OPERATING CO LLC

224.   STAUBLI CORPORATION

225.   STEEL HEDDLE INC (GTP)

226.   STEVENS AEROSPACE

227.   SURTECO NORTH AMERICA,INC

228.   SURTECO NORTH AMERICA,INC

229.   SURTECO NORTH AMERICA,INC.

230.   T & S BRASS AND BRONZE WORKS

231.   T D BANK N A

232.   TABLE 301

233.   TDS AUTOMATION

234.   TERMINIX SERVICE INC

235.   THE BEACH COMPANY

236.   THE DEE NORTON CHILDREN'S CTR

237.   THE HILB GROUP

238.   THE OKONITE COMPANY

239.   THE PROTESTANT EPISCOPAL CH IN

240.    THE REGIONAL MEDICAL CENTER

241.    THE RELIABLE AUTOMATIC

242.    THE SCHMIDT GROUP INC

243.    THE SPRINGS COMPANY

244.    THE YAHNIS COMPANY

245.    THOMAS & HOWARD COMPANY

246.    THOMPSON CONSTRUCTION GROUP

247.    THOMPSON INDUSTRIAL SVCS LLC

248.    TINDALL CORPORATION

249.    TORQTEK DESIGN & MFTG LLC

250.    TRIANGLE CONSTRUCTION CO INC

251.    TRULUCK CONSTRUCTION INC

252.    UCI MEDICAL AFFILIATES INC

253.    UPSTATE LUNG CRITICAL CARE SPC

254.    UTI INTEGRATED LOGISTICS INC

255.    VALLEN DISTRIBUTION INC

256.    VALLEN DISTRIBUTION INC

257.    VELUX GREENWOOD LLC

258.    VERMEER MV SOLUTIONS INC

259.    VITESCO TECHNOLOGIES USA LLC

260.    VOLUME SERVICES AMERICA INC

261.    WALDROP HOME SERVICES

262.    WALDROP INC

263.    WAREHOUSE SERVICES INC

264.    WELLMAN INC

265.    WESLEY COMMONS

266.    WHITE OAK MANOR

267.    WILBERT PLASTIC SERVICES

268.    WILBUR SMITH & ASSOCIATES INC

269.    WILLIAM BARNET & SON LLC

270.    WRIGHT INDUSTRIES INC

271.    WRS INC

272.    YH AMERICA SC LLC

273.    YMCA OF GREATER SPARTANBURG

274.    ZEUS COMPANY LLC