**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724<br><br><br>HON. CYNTHIA M. RUFE |
| This Document Relates to:<br><br>*Molina Healthcare Inc. v. Actavis Elizabeth LLC, et al.*<br>*Humana Inc. v. Actavis Elizabeth LLC, et al.*<br>*Humana Inc. v. Actavis Elizabeth LLC, et al.*<br>*Humana Inc. v. Actavis Elizabeth LLC, et al.* | 20-CV-00695<br>18-CV-03299<br>19-CV-04862<br>20-CV-06303 |

**PRETRIAL ORDER NO. 314
(DEFENDANTS' UNCONTESTED MOTION FOR LEAVE TO FILE BRIEF IN
EXELL OF TEN PAGES)**

**AND NOW**, this 23rd day of October 2025 it is hereby **ORDERED** that Defendants'

Uncontested Motion for Leave to File Brief in Excess of Ten Pages [20-cv-695, Doc. No.

299; 18-cv-3299, Doc. No. 385; 19-cv-4862, Doc. No. 268; 20-cv-6303, Doc. No. 184] is

**GRANTED** *nunc pro tunc*.

It is **ORDERED** that Defendants may file their Reply in Support of Defendants'

Motion to Disqualify Plaintiffs' Counsel and Law Firm up to 15 pages.

It is so **ORDERED.**

**BY THE COURT:**

/s/ Cynthia M. Rufe
_____

**Hon. Cynthia M. Rufe**