IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*All End-Payer Plaintiffs' Actions* | MDL NO. 2724<br><br>16-MD-2724<br><br>HON. CYNTHIA M. RUFE |

**END-PAYER PLAINTIFFS' MOTION FOR LEAVE TO FILE MEMORANDUM OF LAW IN EXCESS OF FIFTEEN PAGES**

Pursuant to this Court's Policies and Procedures and Local Rule of Civil Procedure 7.1, End-Payer Plaintiffs ("EPPs"), by and through their undersigned counsel, respectively move this Court for leave to exceed the fifteen (15) page limit on a Memorandum of Law for an anticipated Motion For Relief With Respect to False and Misleading Communications to Class Members by Claims Recovery Firms. Given the extensive number of materials that are discussed in the Memorandum, EPPs respectfully request that the Court enter the attached proposed Order.

Dated: November 11, 2025

Respectfully submitted,

*/s/ Roberta D. Liebenberg*
Roberta D. Liebenberg
FINE, KAPLAN AND BLACK, R.P.C.
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
Telephone: (215) 567-6565
rliebenberg@finekaplan.com

*Lead and Liaison Counsel for End-Payer Plaintiffs*