# EXHIBIT A

**Jessica D. Khan**

---

| | |
|---|---|
| **From:** | Steven Serck <sserck@gardner-webb.edu> |
| **Sent:** | Thursday, October 23, 2025 2:14 PM |
| **To:** | Roberta Liebenberg |
| **Subject:** | FW: Generic Pharmaceuticals/Insulin Pricing Antitrust Litigation Recovery (MDL 2724) |
| **Attachments:** | 2025 price fixing overview and pp.pdf; Generic price fixing drug list.pdf; Grossman and Kelly MDL Client Agreement MDL 2724 and 3080 Price Fixing.docx; Master Subrogation Agency Agreement rev 2.docx |

Roberta, I saw your firm's website information on this case as lead counsel for the end-payer plaintiffs.

We've received this solicitation and are wondering whether it's legit and/or whether we even need to have the assistance of a third party in order to obtain any recovery we might be entitled to.

Could you please advise?

Thank you.

**Steve Serck**
**University Counsel**
**Gardner-Webb University**
220 Webb Hall
P (704) 406-2707



---

**From:** Mark Hoffmann <MHoffman@lightwavesolutionsinc.com>
**Sent:** Thursday, October 23, 2025 11:43 AM
**To:** Sharon Hammonds <sfhammonds@gardner-webb.edu>
**Cc:** Steven Serck <sserck@gardner-webb.edu>
**Subject:** Generic Pharmaceuticals/Insulin Pricing Antitrust Litigation Recovery (MDL 2724)

Sharon, Steve,

My company, Lightwave Solutions, Inc. has been engaged to notify businesses with **self-insured** plans to participate in receiving recovery payments of $200-$480 per employee and dependent members monthly. The overall MDL covers a period of price increases for generic pharmaceuticals between 2012 and the present.

This lawsuit started with 40 State Attorneys General, the Department of Justice, and the FTC suing Big Pharma for collusion in overcharging for Pharmaceuticals. However, unlike class action lawsuits, this is a Multi-District Litigation where the law firm consortium cannot advertise or reach out to potential clients to sign up for this fund's payout. Therefore, they have outsourced this process. Lightwave has a relationship directly with the consortium of attorneys that is handling the Multi-District Litigation.

1

The total costs are 33% on a contingency fee arrangement.  Lightwave will act as the Subrogation Agent for you to be the liaison between you and the attorney consortium.  Attached are the attorney's agreement and our Subrogation Agency Agreement that allows us to work on your behalf with the attorney.  I suggest a call with you, your counsel, and the attorney as the next step.  The deadline to sign up for this is now December 1st, 2025.  The consortium believes the case is close to settlement, with $250,000,000 already offered for just 5 of the many hundreds of drugs involved, as an opening offer.  They will file a mass amendment to their complaint to list all new clients on that day, and that will be the last time that they are planning on amending the complaint to add new clients for generic drugs.  They would add you to the Insulin complaint separately, which will have a separate payout.

Please let me know when you would like to have a discussion and have your questions answered with the attorney.  Thank you.

Mark Hoffmann
Vice President
Lightwave Solutions, Inc.
704-409-2411
mhoffman@lightwavesolutionsinc.com
https://lightwavesolutionsinc.com/

