# EXHIBIT D

  Top Content    People    Learning    Jobs    Games    Get the app    Sign in    Join now

## David Grossman
National Mass Tort Litigation Advisor
West Islip, New York, United States · **Contact Info**
392 followers · 386 connections

See your mutual connections

- Revan Group MENA (Oman)
- Touro College Jacob D. Fuchsberg Law Center
- Websites

Join to view profile    Message

## About

Grossman & Kelly LLP is a national law firm distinguished for delivering robust legal support to institutions, municipalities, medical systems, and utilities. As a partner with over 19 years of experience, I collaborate with a diverse team to address complex legal challenges while fostering strong client relationships. My focus remains on providing personalized legal solutions by combining big firm capabilities with the accessibility of a small firm.

With expertise in environmental and civil litigation, appeals, and courts, I am dedicated to enhancing our firm's reputation for excellence in service. My mission is to empower clients by navigating intricate legal landscapes and offering strategic guidance tailored to their unique needs.

## Experience

 **Revan Group MENA (Oman)**
3 years 11 months

- **Business Owner**
  Jan 2023 - Present · 2 years 11 months
  Sohar, Al Batinah North Governorate, Oman

- **Company Owner**
  Jan 2022 - Oct 2025 · 3 years 10 months
  Sohar, Al Batinah North Governorate, Oman
  Project and infrastructure development in Oman and throughout GCC beginning with a fertilizer factory and a medical industrial park in the Sohar Free Zona

 **Partner**
Kelly & Grossman
Sep 2006 - Present · 19 years 3 months
Glen Head, New York
Trial attorney

 **Proprietor**
David Grossman & Assoc.
Aug 2013 - Present · 12 years 4 months



lowryservices.com
$93 Drain Cleaning Service - Same Day Services - Home Drain Clearing


## Other similar profiles

**Joseph Landy**
Partner at Lesser, Lesser, Landy & Smith, PLLC
Lake Worth, FL
 Connect

**Scott Smith**
Palm Beach Gardens, FL
 Connect

**David Oubre**
Greater Houston
 Connect

**Paul Kiesel**
Beverly Hills, CA
 Connect

**Craig A. Hoffman**
Partner at Mack, Tragos & Hoffman, Ltd.
Chicago, IL
 Connect

**Ricardo Martinez-Cid**
Miami, FL
 Connect

**Brenda Fulmer**
West Palm Beach, FL
 Connect

**Jon Pope**
30-Year Georgia Trial Lawyer Who Fights Big Insurance Companies, and Wins for...
Gainesville, GA
 Connect

**Katrina Sandifer Brown**
Managing Partner at Brown Bass & Jeter, PLLC
Jackson, MS
Connect




LINKEDIN
LinkedIn is better on the app
Don't have the app? Get it in the Microsoft Store.
Open the app


**Partner**
Grossman & Kelly LLP
Oct 2005 - Present · 20 years 2 months
West Islip, New York, United States
• Partner at Grossman & Kelly LLP, a national law firm specializing in providing robust legal support to institutions, municipalities, medical systems, and utilities.
• Fostered strong client relationships by delivering big firm power with small firm support, ensuring personalized legal solutions.
• Collaborated with a diverse team to navigate complex legal challenges, enhancing the firm's reputation for excellence in service.

**Company Owner**
Devan Global Medical Supply
Jan 2024 - Oct 2025 · 1 year 10 months
New York, United States


**owner Nightlife Magazine**
Nightlife Magazine
Jul 2023 - Oct 2025 · 2 years 4 months
Ronkonkoma New York
nightlifemag is covers celebrities, travel, sports leisure and entertainment


**Principal Global Earth USA**
Global Earth USA LLC
Oct 2020 - Oct 2025 · 5 years 1 month
New York, United States
Global Earth is a merger of teams and systems to manage and develop trade, finance and induatry

**Owner**
Nightlife Magazine Owner | Entertainment Journalism
Jan 2020 - Oct 2025 · 5 years 10 months
Ronkonkoma, New York, United States

**Sole Proprietor**
David Grossman & Assoc PLLC
Apr 1994 - Oct 2025 · 31 years 7 months
1 village plaza, Suite 401, Kings Park, NY 11754
Focusing on elder and nursing home abuse and medical neglect - handling most personal and corporate matters as well criminal and estates

**Partner**
Grossman & Flanagan
Dec 2012 - Aug 2013 · 9 months
Huntington, New York
Attorney for victims of medical neglect and elder abuse

**Partner**
Kelly, Grossman & Flanagan
Sep 2010 - Dec 2012 · 2 years 4 months
Hauppauge, New York
Trial attorney

**Partner**
Dalli, Marino , Kelly & Grossman
Sep 2009 - Sep 2010 · 1 year 1 month
Mineola, New York
Set up of a venture to target victoma of medical neglect and elder abuse

**Founding Partner**
Donahue, Grossman & Flanagan
Dec 2003 - Feb 2006 · 2 years 3 months

 Explore top content on LinkedIn
Find curated posts and insights for relevant topics all in one place.
[ View top content ]

Add new skills with these courses
 1h 10m — Running Live Events and Webinars with Microsoft Teams
 4h 13m — AWS Certified Cloud Practitioner (CLF-C02) Cert Prep
 22m — Talent Is Universal. Opportunity is Not
[ See all courses ]


LINKEDIN
LinkedIn is better on the app
Don't have the app? Get it in the Microsoft Store.
[ Open the app ]

Hauppauge, New York
Law firm for nursing home neglect victims

### Associate
Morgan & Morgan
Sep 2001 - Sep 2003 · 2 years 1 month
Tampa and Great Neck

### Associate
Easton & Clark
Jul 1996 - Sep 2001 · 5 years 3 months
Wantagh, New York
Personal injury associate and trial attorney

### Public defender
Legal aid society Nassau county
Dec 1994 - Jan 1996 · 1 year 2 months
Hempstead, New York

## Education

### Touro College Jacob D. Fuchsberg Law Center
Doctor of Law (JD) · Law
1991 - 1994
Moot court

### Stony Brook University
Ba cumLaude philosophy · Philosophy
1987 - 1991

### Suffolk County Community College
None · One semester after high school to come up with 'the plan'
1987 - 1987

## Projects

### Medical Industrial Park
-
Sohar Free-zone Industrial Park development plan

## Languages

### English
Native or bilingual proficiency

### spanish
Elementary proficiency

## Recommendations received

**Scott Stein**
"An Attorney everyone should have on call."

1 person has recommended David



Join now to view

View David's full profile

- See who you know in common
- Get introduced
- Contact David directly

Join to view full profile

© 2025  About  Accessibility  User Agreement  Privacy Policy  Your California Privacy Choices  Cookie Policy  Copyright Policy  Brand Policy  Guest Controls  Community Guidelines  Language



LINKEDIN

**LinkedIn is better on the app**
Don't have the app? Get it in the Microsoft Store.

Open the app