# EXHIBIT G



HOME    ABOUT US    PRACTICE AREAS    NEWS    CONTACT US    631.314.4996



Top Nursing Home Neglect Attorneys in New York

**Kelly & Grossman, LLP** is dedicated to successfully defending and protecting our clients legal rights.

Free Consultation

Personal Injury/
Civil Litigation

Have you or a loved one suffered medical malpractice? Were you injured as the result of a slip, trip or fall? Have you been injured or suffered losses related to a crisis such as the opioid epidemic or vaping which may qualify you for a class action suit?

**Let us help.**

Specializing in
Nursing Home Abuse
& Neglect Cases

Has an elderly spouse, parent or family member suffered injuries or bedsores? Have they become ill or died as the result of neglect? Have they been abused in a nursing home, hospital or other facility?

**Let us help.**



False Arrest/
Wrongful Conviction

Have you been falsely accused of a crime and/or subjected to the humiliation of arrest?

Have you been wrongfully
convicted of a crime?

**Let us help.**

# Dedicated.
# Determined.
## *We can help.*

The team at **Kelly & Grossman, LLP** is dedicated in providing care, compassion and capable legal services to all our clients.

Whether preparing a criminal defense or a personal injury lawsuit, **Kelly & Grossman, LLP** has the experience, expertise and determination needed to fight on your behalf. We will help you clearly understand your legal rights to faithfully defend

you and your loved ones. When you need experienced legal representation, we will work to recover the damages you are entitled to.

**Contact Us**

## Contact Info

1248 Montauk Highway
West Islip, NY 11795

info@kgkfirm.com

Tel: 631.314.4996

Fax: 516.686.6771

## Quick Links

Home

About Us

Practice Areas

News

Contact Us

Copyright 2021 Kelly & Grossman, LLP