# EXHIBIT H

631.815.2575 | 631.459.9241    david@davidgrossmanandassociates.com

**David Grossman & Associates**

Home    About Us    **Practice Areas**    News    Attorneys    Contact Us    **Free consultation**

## Practice Areas

🏠 Home  »  Practice Areas



## Antitrust: Insulin Price-Fixing

Diabetes continues to be one of the leading causes of death in the United States. Insulin is a medication used by millions of Americans to regulate their blood sugar levels and manage this disease. Since 2003, it is likely that you have purchased insulin and other diabetic medication from the insulin manufacturers through pharmacy benefit managers ("PBMs"), paying exorbitantly high prices due to the insulin pricing scheme. It is well known that the price range for insulin today can range from $300 to $700, despite costing manufacturers as little as $2 to produce. Our firm represents self-funded entities and Third-Party Administrators to recover amounts overcharged for Insulin and Generic Drugs by pharmaceutical companies. Our team works on a contingency basis so there is no outlay in financial risk for the clients. We hold seats on the executive committees in these litigations and are working with prestigious labor consultants. This is a winning formula designed to maximize recovery for our clients, as quickly as possible, while bothering them as little as possible.

## Antitrust: Generic Drug Price Fixing



Generic drugs were originally created to make healthcare affordable for Americans, as manufacturers would use the identical active pharmaceutical ingredient molecule as brand drugs at lower costs. After Congress enacted the Hatch Waxman Act in 1984, Americans enjoyed decades of low-priced generic drugs under a modern system of regulation, which facilitated and encouraged competition between drug manufacturers. Generic Drug Price fixing involves the years 2010 to the present with 40+ Pharmaceutical Company Defendants. Insulin Price fixing involves the years 2003 to the present with the defendants – Eli Lilly, Novo Nordisk, Sanofi, Express Scripts, CVS Caremark and OptumRx. Despite Congress's attempt to regulate the industry, generic drug companies eventually resorted to anticompetitive and collusive conduct to line their pockets. Our team has been together over 20 years and proudly offers to represent healthcare plans at no risk or up front cost to the plan. If for any unlikely reason there is no recovery the plan pays nothing to G&K. The drug manufacturers already plead guilty. The courts will soon decide on a final date for healthcare plans to file cases.



## Environmental case: PFAS

There is a serious situation our nation faces with its water supply, contamination with Perfluoroalkyl and Polyfluoroalkyl Substances (PFAS). It is terrifying how little is known about an environmental disaster we face in all 50 states. We are taking action in making claim for PFAS remediation, because almost 70 percent of the country has been contaminated with PFAS, including creation of many new superfund sites. We will pursue litigation for remediation funds from the parties responsible for damages in sufficient amount to permanently clean the contamination at each site. We will also help with obtaining funds from all available sources, including PFASWaterSettlement.com, where we can assist in maximizing and protecting all claims. The scope of the potential harm is complex, and we are offering professional representation to protect municipalities and Americans by holding the wrongdoers responsible and obtain compelling payment for necessary remediation. So far, we have

LautenbAte3 7 DavidiGrossrillack Associates

seen more than $30 billion in settlement funds allocated from four defendants in the ongoing multi-district litigation over the contamination of drinking water with toxic per- and polyfluoroalkyl substances ("PFAS") resulting from the widespread use of aqueous film-forming foam ("AFFF"). This historic class action settlement agreement resolves the claims of Public Water Systems across the country that have been impacted by actual or threatened contamination of their water systems with PFAS.

## **Social Media Harm**

All of the major social media companies rely on addictive algorithms and promote harmful content to increase engagement and keep users online as long as possible. The following companies are named in the social media addiction lawsuits: Meta Platforms: Meta is the owner of Facebook, Instagram, and WhatsApp. Through addictive algorithms and the promotion of harmful content, Facebook and Instagram lure young users into staying on their platforms for unhealthy lengths of time and continually checking their social media throughout the day. This is an opportunity for School Districts, innovative individuals and their families to act against certain social media bad actors. School districts throughout the nation have joined the litigation due to the increased resources they are having to invest in mental health professionals and other costs because of the harmful effects of social media. Our team of professionals and our partner support our communities and hold accountable to those who engage in civil wrongs. Plaintiffs allege that the social media companies owed a heightened duty of care because the complaints involve minors. According to the complaint, the social media companies knew or should have known that their products could cause harm, yet they failed to mitigate the risk of harm or warn users about the risk. Social media companies should be held accountable based on strict liability and negligence for the following:



✔️ Algorithms that promote compulsive use with never-ending feeds.

✔️ Lack of warnings when users are signing up or method to monitor and self-restrict length and frequency of use

✔️ Barriers to voluntarily deleting or deactivating accounts

✔ Lack of meaningful age verification processes or effective parental controls or monitoring mechanisms

✔ Lack of labels on filtered images and videos and Intrusive notification timing designed to lure users back to the platforms

**David Grossman & Associates**

Why delay, describe the task now and you will be surprised how quickly we will respond!

## Our Links

Home

About Us

Practice Areas

Contact Us

Antitrust: Insulin Price-Fixing

Antitrust: Generic Drug Price Fixing

Social Media Harm

Environmental Case: PFAS

## Get in Touch

(631) 815-2575

david@davidgrossmanandassociates.com

881 OCEAN DRIVE, UNIT 14H, KEY BISCAYNE, FLORIDA 33149

Copyright © 2025 All Rights Reserved