# EXHIBIT J



| Home | About me | Info. download | Contact |

# JUSTICE FOR YOU



**This is not a class action lawsuit**

**You must elect to participate in the lawsuit**

**NO RISK TO PARTICIPATE**



Read more...

### Reason for the Lawsuit

Insulin manufacturers Eli Lilly, Novo Nordisk, and Sanofi, in collaboration with the three largest PBMs - CVS Caremark, Express Scripts, and OptumRx, colluded to artificially inflate insulin prices by negotiating secret rebates in exchange for preferential placement on insurance formularies, effectively passing the increased costs onto patients through higher list prices. Generic Drug Manufacturers (over 40 of them) were involved in widespread collusion to inflate prices and artificially allocate market share. Collusion occurred through direct interactions between senior executives at industry events, trade shows, dinners, and other social gatherings. Prices of approximately 80 generic drugs, particularly those used for dermatological conditions, were allegedly inflated due to this collusion.

### Furthermore...

There are ongoing criminal cases against many companies and their former employees – with multiple indictments, various defendants pleading guilty to price fixing charges, deferred prosecution agreements being executed, over one billion dollars being paid in fines, and dozens of individuals invoking the Fifth Amendment to avoid incriminating themselves further.

@2025 Malleck Media, LLC