# EXHIBIT M

# Pharmaceutical Industry Overcharging Recovery Program

## You Were Overcharged. This is Your Opportunity to Recover Your Money!

If your company is self-insured and has 200+ healthcare plan members, **you may be owed hundreds of thousands — or even millions of dollars — in recovery funds,** from a historic legal settlement targeting **pharmaceutical industry corruption.**

### What Happened



Over **40 pharmaceutical companies** and **3 major Pharmacy Benefit Managers (PBMs)** were sued by multiple State Attorneys General, the FTC, and the DOJ. Allegations included Price Fixing, Collusion, Unfair & Deceptive Trade Practices, RICO Violations, and Breach of Contract.


(owns Aetna)


(owned by United Healthcare)


(owned by Cigna)

### The Recovery Opportunity



Up to $600 Billion Dollars in potential Recovery Funds are being made available for Self-Insured Plan Sponsors affected by the alleged anticompetitive, price fixing & collusive industry practices.

- Estimated damages of $200–$300 per employee, per year, going back up to 14 years
- Potential recovery: $1M+ for mid-size employers
- No upfront costs: PearlLogic works on contingency only
- Typical claim recovery time: 18 months (+/- 6 months)
- Allocation is on a First Come, First Served basis

### Possible Recovery Amount Example

| | | |
|---|---|---|
| Estimated damages of overpaying due to Pharma Industry **Anticompetitive, Price Fixing & Collusive** practices | = | ~$200 - $300+ Per Plan Member / Year |
| | | x |
| Total number of 'enrolled' Plan Members (**Employees + Dependents**), in Healthcare Plan | = | **600** Plan Members |
| | | x |
| Litigation "Look Back" Period | = | **14** Years |
| | = | ~$1.68M - $2.52M+ |

**Get your Recovery Claim in Queue as Soon as Possible!**



Potential Recovery Dollars vs Health Plan Employees: 200 → $840K, 500 → $2.1M, 1000 → $4.2M

Pearl Logic, Inc. | Reducing Healthcare Costs with Integrity | © 2025

**Real-World PBM Overcharging Examples**

| Drug | Health Care Plan Paid (PBM Price) | Cash Price Available At Local Pharmacies | % Overpaid (Over The Average Cash Price) |
|---|---|---|---|
| Teriflunomide | $10,239.69 | $52.76 avg | 19,302% markup |
| Imatinib | $16,398.17 | $202.05 avg | 8,017% markup |
| Abiraterone Acetate | $5,375.26 | $105.72 avg | 4,984% markup |

## No Risk, All Reward



This is a government-supported recovery program, not a class-action lawsuit.

- No legal exposure to your company
- No time-intensive commitment, just a few key steps to get started
- No upfront fees, PearlLogic works on contingency only
- No cost to your company unless we recover funds
- We are only compensated from your successful recovery

### The Simple Process to Recovery

1. Execute a Recovery Agreement
2. Complete a brief Pre-Qualification Questionnaire and Application
3. Schedule a short Attorney Discovery Meeting
4. Let our legal team handle the rest, including all claims submissions



## Let PearlLogic Be Your Advocate



PearlLogic is a trusted national leader in healthcare cost recovery and compliance. We bring integrity, insight, and legal expertise to ensure your claim is maximized with zero risk to you.

As the nation's trusted partner in health plan optimization and cost containment, PearlLogic brings decades of experience navigating complex healthcare economics and litigation processes.