# EXHIBIT N

# All activity

Posts | Comments | Videos | Images | More

---



**Christine L Anderson, MBA,...** • 3rd+  •  Follow  •••
Pearl Logic saves companies $100-$300 per empl...
Visit my website
3d •

Only 6 work days remain before the Pharma Claims Registration window closes.

If your organization is self-insured with 200+ plan members, you may be eligible to recover $200–$300+ per employee, per year from historic overcharges.

Contact me at Canderson@Pearllogic.com/954-829-7389

https://lnkd.in/eZ4CUhDQ

---

**Index of /**

faq.pharmarecoveryprogram.pearllogic.com

---

♥ 1

---



**Christine L Anderson, MBA,...** • 3rd+  •  Follow  •••
Pearl Logic saves companies $100-$300 per empl...
Visit my website
2w •

Only 16 workdays remain before the Pharmacy Claims Registration window closes.

If your organization is self-insured with 200+ plan members, you may be eligible to recover $200–$300+ per employee, per year from historic overcharges.

We've made the process simple — no meetings, no upfront costs.

🎥 Watch this short video to see how Pearl Logic's Pharmacy Recovery Program works:

https://lnkd.in/evCFTrkM

(If the link doesn't open, copy and paste it into your browser.)

Let's make these final days count — ensure your organization recovers what it's owed.

**Index of /**

v1020.pharmarecoveryprogram.pearllogic.com



**Christine L Anderson, MBA,...** 🔗 • 3rd+ • Follow
Pearl Logic saves companies $100-$300 per empl…
Visit my website
3w • Edited • 🌐

I'm reaching out because the law firm coordinating the Pharmacy Recovery Program has indicated it intends to finalize eligible claims by December 1, 2025. To be included in this settlement wave, there is a tight timeframe. Again, what we'll do (end-to-end, no upfront cost): Verify eligibility. Prepare and submit your documentation package to counsel before the stated deadline, no later than November 15, 2025. Manage all follow-ups through final settlement and disbursement. What we need from you this week: Indicative recovery (varies by plan): often based on historical spend and plan size. If the claim is filed after December 1, 2025, the recovery drops to roughly 10%. If you want your organization included in the current settlement batch, please use the link below:

Step 1 – Execute our Recovery Agreement. which can be accessed by contacting me at canderson@pearllogic.com

Step 2 – After both Parties have fully executed the Recovery Agreement, Employer Group will need to complete the Pre-Qualification Questionnaire

(PQQ).

Step 3 – After completing the Pre-Qualification, you will need to upload to the Pearl Logic secure site.

Step 4 – Execute the Attorney Retainer Agreement. (Which will follow once we finish steps 1-3 and submit them to the attorney firms). These links can be accessed by contacting me at canderson@pearllogic.com. Let us know if you have any questions.



 2     1 comment  1 repost

Like

Comment

Repost

Send

**Christine L Anderson, MBA,...** • 3rd+
Pearl Logic saves companies $100-$300 per empl...
Visit my website
1mo •

"Corporate overcharges distort markets and burden American employers. We are committed to ensuring restitution." — DOJ, Antitrust Division. Pearl Logic is working with the DOJ & FTC to help self-insured companies recover these funds. Contact Canderson@pearllogic.com for information for your company.

 3

Like

Comment

**Christine L Anderson, MBA,...** • 3rd+
Pearl Logic saves companies $100-$300 per empl...
Visit my website
1mo •

As fiduciaries, executives must safeguard plan assets. The DOJ, FTC, and 40+ State Attorneys General are pursuing recoveries for self-insured employers.

 Average recovery = $300–$400 per plan member, often millions.

 DOJ has stipulated a timeframe before the end of 2025.

👉 Precedent: The Generic Pharma Pricing Antitrust MDL delivered substantial recoveries.

👉 ⚠️ Failure to review may create fiduciary/ERISA compliance exposure.

📌 DOJ Statement: "Corporate overcharges distort markets and burden American employers. We are committed to ensuring restitution." — DOJ, Antitrust Division

Many leading employers are already engaged.

📥 Email me: canderson@pearllogic.com



😊❤️ 2



**Christine L Anderson, MBA,...** 🔗 • 3rd+    Follow  ...
Pearl Logic saves companies $100-$300 per empl...
Visit my website
1mo • 🌐

Employers will be paying a lot more in healthcare costs, by almost 9% more per employee on average, for the same level of coverage, to provide health benefits for their workers. Even after cutting or changing their health care benefits, employers are facing the biggest price increase in 15 years, according to a new survey of more than 1,700 organizations by Mercer, a benefits consultancy. Employers can recover some of this money because of Pearl Logic. Pearl Logic has been selected to verify claims related to a landmark settlement involving 45+ Drug Manufacturers and PBMs. This agreement — resulting from joint litigation by multiple State AGs, the FTC, and DOJ — addresses alleged price fixing and anticompetitive practices.

SELF-INSURED PLAN SPONSORS with over 200 members can file for recovery. Estimated damages are calculated based on your data of enrolled employees and their dependents.

Organizations may be entitled to recover millions in overcharges from past prescription drug spending, with zero upfront cost.

This is part of a national legal settlement involving PBMs and drug manufacturers, supported by the FTC, DOJ, and 40+ State Attorneys General. Pearl Logic's Pharmaceutical Overcharging Recovery Program is available now to self-insured employers with 200+ enrolled employees or dependents. Recovery is based on actual plan size and historical claims, with most recoveries ranging from $300–$400+ per employee/dependent.

We've made the process simple:

- ✅ No risk – contingency-based recovery only

- ✓ 15-minute discovery meeting
- ✓ Fully managed claim submission

Please contact us to schedule a short, detailed presentation. During this session, we will go ahead and outline the process of preparing a custom



**Christine L Anderson, MBA,...** 🔗 • 3rd+     Follow     •••
Pearl Logic saves companies $100-$300 per empl...
Visit my website
1mo • 🌐

We are still #hiring! Know anyone who might be interested?

**Executive Ambassador**
Job by Anderson Family Consulting
United States (Remote)

View job

Like
Comment
Comment



**Christine L Anderson, MBA,...** 🔗 • 3rd+     Follow     •••
Pearl Logic saves companies $100-$300 per empl...
Visit my website
2mo • 🌐

Major employers & benefit funds are stepping up in the Generic Drug Price-Fixing MDL (No. 2724)—including Southwest Airlines, General Motors, Target, American Airlines, Aramark, Lumen Technologies, U.S. Foods, O'Reilly Automotive, 1199SEIU Benefit Funds, UFCW/IBEW health & welfare funds, and more. If your self-funded plan wants to evaluate eligibility, contact Christine Anderson: canderson@pearllogic.com



 1

Like

Comment

Repost

Send


Chief Executives | CEO, COO, CFO, CT...
Christine L Anderson, MBA, PhD candidate, CPIA, ...
Visit my website
2mo •

Join

Pearl Logic has been selected to verify claims related to a landmark settlement involving 45+ Drug Manufacturers and PBMs. This agreement — resulting from joint litigation by multiple State AGs, the FTC, and the DOJ — addresses alleged price fixing and anticompetitive practices.

SELF-INSURED PLAN SPONSORS with over 200 members can file for recovery on a first-come, first-served basis. Estimated damages are calculated based on your data of enrolled employees and their dependents.

Organizations may be entitled to recover millions in overcharges from past prescription drug spending — with zero upfront cost.

This is part of a national legal settlement involving PBMs and drug manufacturers, supported by the FTC, DOJ, and 40+ State Attorneys General.

Funds are finite and are being allocated on a first-come, first-served basis to claim your share.

Pearl Logic's Pharmaceutical Overcharging Recovery Program is available now to self-insured employers with 200+ enrolled employees or dependents. Recovery is based on actual plan size and historical claims, with most recoveries ranging from $300 to $ 400 or more per employee/dependent.

We've made the process simple:

- ✔ No risk – contingency-based recovery only
- ✔ 15-minute discovery meeting
- ✔ Fully managed claim submission

Please contact us to schedule a short, detailed presentation. During this session, we will outline the process of preparing a custom eligibility estimate for your organization and assist in gathering the necessary plan data for review.