# EXHIBIT P

 **Keith Anderson** · 3rd+   + Follow   ···
Pearl Logic / National Sales Director
3w · 🌐

If your company has more than 200 MEMBERS in a SELF-INSURED employer sponsored health plan, there are only ~75 days left to properly file a claim for monies you are ENTITLED to.

Number of members X $250+ per member X 14 year clawback = a huge unexpected windfall for all who file a claim!

 **Keith Anderson** · 3rd+   + Follow
Pearl Logic / National Sales Director
2mo · 🌐

# Executive Brief

## $600B+ Pharmaceutical & PBM Settlement – Significant Recovery Opportunity for Self-Insured Employers

### Who Should Act

Organizations that are self-insured with 200+ healthcare plan members (employees + dependents).

### The Opportunity

You may be entitled to hundreds of thousands—or even millions—of dollars in recovered funds from a federal and multi-state legal settlement involving 45+ pharmaceutical manufacturers and PBMs.

Pearl Logic has been selected to support claim verification in this $600B+ national enforcement action led by:
- 39 State Attorneys General
- Federal Trade Commission (FTC)
- U.S. Department of Justice (DOJ)

The case targets years of price-fixing and rebate manipulation that inflated employer prescription drug costs.

### Why It Matters

- Not a class action — this is an executive-directed recovery process
- Fulfills fiduciary duty to recover overpaid healthcare costs
- No impact on employee health benefits
- First-come, first-served — allocation is limited

### Key Facts

Estimated Recovery: $200–$300 per plan member
Lookback Period: Up to 14 years
Cost: $0 unless funds are recovered (contingency fee)
Payout Timeline: ~18 months (± 6 months)

### Our Role

Pearl Logic manages 100% of the process:
- Eligibility review
- Data collection
- Claim preparation & submission
- Liaison with settlement administrators

**Immediate Action**

Schedule a 15-minute Zoom to confirm eligibility.
📅 I can send you a Calendly link for quick booking.


**Thank you,**

**National Executive Director at Pearl Logic, Inc.**

Phone: 404-254-8373
Email: rcathey@pearllogic.com
Who is Pearl Logic: https://WhoIsPearlLogic.com
Website: http://PearlLogic.com
SHRM Business Partner and Member
Link to Book an Appointment
**Pearl LogicResourceGuide:** https://rcathey.pearllogic.com/



11/10/25, 8:57 AM
Pearl Logic to process claims for $650B drug settlement | Keith Anderson posted on the topic | LinkedIn

Case 2:16-md-02724-CMR    Document 3793-14    Filed 11/11/25    Page 5 of 7

     

Sign in    Register now

Top Content | People | Learning | Jobs | Games | Get the app

# Pearl Logic to process claims for $650B drug settlement

 This title was summarized by AI from the post below.



**Keith Anderson**
Pearl Logic / National Sales Director
3mo

Because of our expertise in healthcare cost recovery, Pearl Logic has been selected to assist in processing and verifying claims related to a landmark settlement involving 45+ Drug Manufacturers and PBMs.

This discreet $650B agreement — resulting from joint litigation by multiple State AGs, the FTC, and DOJ — addresses alleged price fixing and anticompetitive practices.

SELF-INSURED PLAN SPONSORS with over 200 members can file for recovery on a First-Come, First-Serve basis. The Average Estimated Damages are calculated as:

$200–$300 ( Based on Your Total Pharma Spend ) X Total Members (Employees & Dependents) X 14-Year Lookback.

https://lnkd.in/e8hWrTi8

11/10/25, 8:57 AM  Pearl Legic to process claims for $650B drug settlement | Keith Anderson posted on the topic | LinkedIn

Case 2:16-md-02724-CMR    Document 3793-14    Filed 11/11/25    Page 6 of 7



**Pharma Recovery Program**
flipsnack.com

👍 Like        💬 Comment        ➤ Share

To view or add a comment, **sign in**

329 followers

24 Posts

View Profile        ＋ Follow

## Explore content categories

PearlzLogic to process claims for $630B drug settlement | Keith Anderson posted on the topic | LinkedIn

Case 2:16-md-02724-CMR    Document 3793-14    Filed 11/11/25    Page 7 of 7

Career    Productivity    Finance    Soft Skills & Emotional Intelligence

Project Management    Education

Show more

LinkedIn  © 2025                                          About

Accessibility                                              User Agreement

Privacy Policy                                             Your California Privacy Choices

Cookie Policy                                              Copyright Policy

Brand Policy                                               Guest Controls

Community Guidelines                                       Language