# EXHIBIT O

# Executive Brief

## $600B+ Pharmaceutical & PBM Settlement – Significant Recovery Opportunity for Self-Insured Employers

### Who Should Act

Organizations that are self-insured with 200+ healthcare plan members (employees + dependents).

### The Opportunity

You may be entitled to hundreds of thousands—or even millions—of dollars in recovered funds from a federal and multi-state legal settlement involving 45+ pharmaceutical manufacturers and PBMs.

Pearl Logic has been selected to support claim verification in this $600B+ national enforcement action led by:
- 39 State Attorneys General
- Federal Trade Commission (FTC)
- U.S. Department of Justice (DOJ)

The case targets years of price-fixing and rebate manipulation that inflated employer prescription drug costs.

### Why It Matters

- Not a class action — this is an executive-directed recovery process
- Fulfills fiduciary duty to recover overpaid healthcare costs
- No impact on employee health benefits
- First-come, first-served — allocation is limited

### Key Facts

Estimated Recovery: $200–$300 per plan member
Lookback Period: Up to 14 years
Cost: $0 unless funds are recovered (contingency fee)
Payout Timeline: ~18 months (± 6 months)

### Our Role

Pearl Logic manages 100% of the process:
- Eligibility review
- Data collection
- Claim preparation & submission
- Liaison with settlement administrators

**Immediate Action**

Schedule a 15-minute Zoom to confirm eligibility.
📅 I can send you a Calendly link for quick booking.

**Thank you,**

**National Executive Director at Pearl Logic, Inc.**

Phone: 404-254-8373
Email: rcathey@pearllogic.com
Who is Pearl Logic: https://WhoIsPearlLogic.com
Website: http://PearlLogic.com
SHRM Business Partner and Member
Link to Book an Appointment
**Pearl LogicResourceGuide:** https://rcathey.pearllogic.com/

