# EXHIBIT R

Speak with a consultant **866.835.0675**   File by 11.15.2025 to **Claim Your Share**

TAKE ACTION



Home    Culture    Capabilities    Results    Contact

**This is Your Opportunity to Recover Your Money  |  11/15/2025 Deadline**

# Pharmaceutical Industry Overcharging Recovery Program

## $600 Billion Recovery Fund | File by November 15, 2025

If your company is self-insured, you may be entitled to a portion of a $600 billion national settlement. Plans with around 1,000 employees are averaging **$4 million in recoveries.**

**Start Your Recovery Process**

## What Happened?

Over 40 pharmaceutical companies and four major Pharmacy Benefit Managers (PBMs) were sued by multiple State Attorneys General, the FTC, and the DOJ. Allegations included price fixing, collusion, unfair and deceptive trade practices, RICO violations, and breach of contract.







Complimentary Evaluation






TAKE ACTION

Home    Culture    Capabilities    Results    Contact

# The Recovery Opportunity

Up to $600 Billion in potential Recovery Funds are being made available for Self-Insured Plan Sponsors affected by the alleged anticompetitive, price fixing & collusive industry practices.

Complimentary Evaluation →

Estimated damages of **$200–$300 per employee per year**, going back up to **14 years**

Potential recovery: **$1M+ for mid-size employers**

**No upfront costs**: Pearl Logic works on contingency only

Typical claim recovery time: **18 months (+/- 6 months)**

Allocation is on a **First Come, First Served** basis

# Potential Recovery Dollars

## Possible Recovery Amount Example

Estimated damages of overpaying due to Pharma Industry Anticompetitive, Price Fixing & Collusive practices





200 EMPLOYEES = $840K

500 EMPLOYEES = $2.1M

1000 EMPLOYEES = $4.2M

Complimentary Evaluation





TAKE ACTION

Home      Culture      Capabilities      Results      Contact

# How the System Was Rigged Against You

For over two decades, PBMs and drug manufacturers engaged in two illegal schemes:

PBMs demanded hidden, ever-increasing **"rebates"** in exchange for preferred drug placement — driving up costs for employers and employees alike.

Drug makers **inflated prices** to fund those rebates and secure top spots on formularies — even as production costs fell and generics remained unchanged.

### Real-World PBM Overcharging Examples

| Drug Name | Health Care Plan Paid PBM Price | Cash Price Available at Local Pharmacies | Percent Overpaid Over Average Cash Price |
|---|---|---|---|
| Teriflunomide | $10,239.69 | $52.76 avg | 19,302% markup |
| Imatinib | $16,398.17 | $202.05 avg | 8,017% markup |
| Abiraterone Acetate | $5,375.26 | $105.72 avg | 4,984% markup |

**The result? You paid drastically more than necessary — and now it's time to recover those overcharges.**

Complimentary Evaluation

# No Risk, All Reward

This is a government-supported recovery program, not a class-action lawsuit.

- No legal exposure to your company
- No time-intensive commitment — just a few key steps
- No upfront fees — PearlLogic works on contingency only
- No cost unless we recover funds
- We are only compensated from your successful recovery

# The Simple Process to Recovery

- Execute a Recovery Agreement
- Complete a brief Pre-Qualification Questionnaire and Application
- Schedule a short Attorney Discovery Meeting
- Let our legal team handle the rest, including all claims submissions



11/8/25, 8:14 PM                    Pharmaceutical Industry Overcharging Recovery Program - Hudson Planning Group




TAKE ACTION

Home    Culture    Capabilities    Results    Contact

# Let us be your advocate

We bring integrity, insight, and legal expertise to ensure your claim is maximized —
with zero risk to you.

Your Name

Phone Number

Email Address

Title/Company

Enrolled Employees

Privacy Policy    |    Notice of Privacy Practice                    ©2025 Acrutiv | Hudson Planning Group. All Rights Reserved.                    Powered by Agency Annex

