# EXHIBIT S

# Paul Costa

| | |
|---|---|
| **From:** | Gerry Blaum <gblaum@innovationprogramsllc.com> |
| **Sent:** | Thursday, November 6, 2025 4:52 PM |
| **To:** | Paul Costa |
| **Cc:** | Jim Blachek; Flip Steinour |
| **Subject:** | Very Important - Generic Drugs Case MDL 2724 |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hello Mr. Costa,

I am working with Pearl Logic to advise self-funded employers of their ability to opt-out of a class settlement case so as to allow individual claims for damages to proceed in the hope of damages recovery that will be greater than the share of a class settlement that may be offered because of MDL 2724. One of the groups I have been discussing this with is Lancaster Lebanon Intermediate Unit 13. Their solicitor spoke to the solicitor of another Intermediate Unit, who said they spoke to you and came away concerned that there may be some fraud involved with what we are doing.

I can't tell you how distressing that is to all of us associated with our efforts. It's very important to me personally and potentially to all the people I have been talking with to be aware of anything that is not proper and above board. Can you please either call me or respond to this email as soon as possible?

Thank you.

Gerry

**Gerald F. Blaum**
**484-818-1006 cell**
**gblaum@innovationprogramsllc.com**



*Data drives Knowledge, Decisions, & Results*

**www.innovationprogramsllc.com**

 Book time to meet with me

---

This e-mail, including attachments, may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately. Thank you.