# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | MDL 2724<br>16-MD-2724 |
| **THIS DOCUMENT RELATES TO:** | **HON. CYNTHIA M. RUFE** |
| *MSP Recovery Claims, Series LLC, et al. v. Actavis Elizabeth LLC, et al.* | Civil Action No. 20-231 |

## ORDER

**AND NOW**, this 13th day of November 2025, the Court hereby adopts the parties' Stipulation of Voluntary Dismissal [20-cv-231, Doc. No. 266]. The Clerk of Court is directed to **CLOSE** this case.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**