# AFFIDAVIT OF SERVICE

| Case:<br>2:16-MD-02724-CMR | Court:<br>In the United States District Court for the Eastern District of Pennsylvania | Job:<br>14572503 |
|---|---|---|
| Plaintiff / Petitioner:<br>IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | | Defendant / Respondent: |
| Received by:<br>Harris Investigations, LLC | | For:<br>Legal Consultants for Everyone, LLC |
| To be served upon:<br>Innovation Programs LLC c/o Gerald Blaum | | |

I, Kevin Sepulveda, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Innovation Programs LLC c/o Gerald Blaum, 26 Timberline Drive, Wyomissing, PA 19610
**Manner of Service:** Personal/Individual, Nov 12, 2025, 2:41 pm EST
**Documents:** Declaration of RDL ISO Motion for Relief with Respect to Flase and Misleading Commns to Class Members by Claims Recovery Firms with Exs. A-Q (Received Nov 12, 2025 at 9:48am EST), Motion for Relief with Respect to False and Misleading Commons to Class Members by Claims Recovery Firms with MOL ISO (Received Nov 12, 2025 at 9:48am EST), Letter to Innovation Programs and Blaum Motion (Received Nov 12, 2025 at 9:48am EST)

**Additional Comments:**
1) Successful Attempt: Nov 12, 2025, 2:41 pm EST at 26 Timberline Drive, Wyomissing, PA 19610 received by Innovation Programs LLC c/o Gerald Blaum. Age: 56; Ethnicity: Caucasian; Gender: Male; Weight: 215; Height: 5'9"; Hair: Brown; Eyes: Brown; Other: Went to stated address and personally handed paperwork to Gerald Blaum.

Kevin Sepulveda                Date 11/12/2025
ID # 1033

Harris Investigations, LLC
PO Box 304
Lansdale, Pa 19446
223-327-5280

*Subscribed and sworn to before me by the affiant who is personally known to me.*

Notary Public
Date 11/12/2025                Commission Expires

Commonwealth of Pennsylvania - Notary Seal
Danielle E. Herring, Notary Public
Schuylkill County
My commission expires January 10, 2029
Commission number 1042621
Member, Pennsylvania Association of Notaries