**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL NO. 2724 |
| | 16-MD-2724 |
| THIS DOCUMENT RELATES TO: | HON. CYNTHIA M. RUFE |
| *All End-Payer Plaintiffs' Actions* | |

**NOTICE REGARDING END-PAYER PLAINTIFFS'
MOTION FOR RELIEF WITH RESPECT TO FALSE
AND MISLEADING COMMUNICATIONS TO CLASS MEMBERS
BY CLAIMS RECOVERY FIRMS**

End-Payer Plaintiffs ("EPPs") hereby provide this Notice to apprise the Court of additional facts that have come to light since EPPs filed their November 11, 2025 Motion for Relief With Respect to False and Misleading Communications to Class Members By Claims Recovery Firms, MDL Doc. 3791 ("Motion"), and the Declaration of Roberta D. Liebenberg in support thereof, MDL Doc. 3793 ("Liebenberg Declaration").

*Service of the Motion and Liebenberg Declaration*

On November 11, 2025, the Motion and Liebenberg Declaration were placed in a ShareFile folder and served by email on each of the entities and individuals identified in paragraph 2 of the Motion, except Keith Anderson of Pearl Logic. On November 12, 2025, David Grossman, Esq. agreed in writing to accept service by email. Second Declaration of Roberta D. Liebenberg ¶¶ 4-5 ("Second Decl.").

As of today's date, EPPs have received ShareFile notifications indicating that the following individuals have either viewed or downloaded the Motion and Liebenberg Declaration: Gerry Blaum of Innovation Programs LLC; Nelson Griswold of Insurance Bottom Line; David

1

Grossman of Kelly & Grossman LLP; and Barry Rowley, Rocky Cathey, C. [Christine] Anderson, and Keith Anderson of Pearl Logic. Second Decl. ¶ 6.

The Motion and Liebenberg Declaration were also personally served on (1) Gerald F. Blaum of Innovation Programs (*see* Affidavit of Service, MDL Doc. 3803); (2) Mark Hoffman of Lightwave Solutions, Inc.; (3) Nelson Griswold of NextGen Benefits Network and Bottom Line Solutions, Inc.; and (4) Barry Rowley of Pearl Logic. Second Decl. ¶ 7.

The Motion and Liebenberg Declaration have been posted to the EPP Settlement Website along with the following text: "The claims process has not yet begun. The lawyers for the Classes have filed a motion with the Court about false and misleading solicitations, websites and social media posts by "claims recovery" firms. To view a copy of that motion, click HERE. Class members need not sign up with or pay a claims recovery firm in order to participate in the settlements. For authorized updates regarding claims, please register HERE." Second Decl. ¶ 8.

*Newly Discovered Solicitation Materials and Misrepresentations*

After EPPs filed the November 11, 2025 Motion, EPP Lead Counsel learned of another false and misleading solicitation being disseminated to class members, apparently by Pearl Logic, styled as an "Executive Update" regarding the "Pharmaceutical Industry Overcharging Recovery Program."(Second Decl. ¶ 10 and Ex. A). This document:

- Misleadingly includes a portion of the official court-approved Notice to EPPs regarding the Sun/Taro settlement that makes it appear that the solicitation itself is Court-approved:

2



- Offers class members three options: (i) opt out and get nothing; (ii) do nothing and participate in the class settlement; or (iii) "seek a recovery based on actual damages" by signing up with Pearl Logic. *Id.*

- Claims that opting out of the class settlement and signing up with Pearl Logic entails **"no cost and zero risk."** (emphasis in original).

- Claims that participating in the class settlement would lead to a recovery of only "**10-15 percent of the payment your organization could receive**" if it instead opted out and used the "law firm consortium that works with Pearl Logic." (emphasis in original).

- Estimates a recovery of $850,000 for a 200-member health plan, $3.5 million for a 1,000-member health plan, and $17.5 million for a 5,000-member health plan that signs up with

3

Pearl Logic. *Id.* It claims that, by contrast, participating in the Sun/Taro settlement would result in an average recovery of only $8,000. *Id*.

EPP Lead Counsel also recently learned of a spreadsheet entitled "Pharmacy Overpayment Recovery Estimate" that appears to have been disseminated by Pearl Logic (Second Decl. ¶ 11 and Ex. B). The spreadsheet shows a total recovery of $10,412,500 for an employer with 1,700 employees (Second Decl. Ex. B).

In addition, EPP Lead Counsel recently became aware of additional individuals sharing Pearl Logic's misleading information about the settlements and this litigation with class members, including Rocky Cathey, National Executive Director of Pearl Logic, Inc., and Larry DiGiovanni, who has a Pearl Logic e-mail address, larryd@pearllogic.com (Second Decl. ¶¶ 12-15 and Exs. C and D ). Mr. DiGiovanni appears to be affiliated with REP Innovation, whose website lists the same phone number appearing under Mr. DiGiovanni's Pearl Logic email address, (Second Decl. ¶ 14 & Ex. E). Via email, Mr. DiGiovanni solicited a class member to sign up for Pearl Logic's "Pharmaceutical Industry Overcharging Recovery Program." Mr. DiGiovanni's email makes the following misrepresentations:

> A mass tort attorney consortium that represents Multi District Litigation (MDL's) for the U.S. Government met with our leadership team at Pearl Logic over the summer and asked us to assist them with bringing awareness to the Pharmaceutical Damage Recovery Fund that is now available to employer groups that have more than 200 members ( employees + dependents) and that are self-insured. These funds were recently made available as a result of a hard fought 8-year litigation between the DOJ/FTC/AG's and the pharmaceutical players.

Second Decl. ¶ 13 and Ex. D. The e-mail falsely claims that numerous companies that are Direct Action Plaintiffs in the MDL have signed an "Attorney Authorization/Retainer Agreement" with Pearl Logic. Among the companies he falsely claims have signed up are Kroger (Civ. A. No. 18-cv-284), Southwest Airlines (Civ. A. No. 25-2951), and American Airlines (Civ. A. No. 1430). *See* Second Decl. ¶ 15 and Ex. D.

4

Finally, EPP Lead Counsel have learned that the following individuals and entities are also spreading misinformation about the *Generic Pharmaceuticals* MDL.

**Superior Insurance Advisors and Paul H. Flowers, Jr.**: Superior Insurance has engaged in a "Recovery Drive" to help "employers, municipalities, and benefit trusts in claiming reimbursement from the Department of Justice's $600 billion Pharma Overcharge Recovery Fund." Second Decl. ¶ 17 and Ex. F. An article based on the press release states:

- Paul H. Flowers, Jr. is leading the program. *Id.*

- "Flowers emphasized the urgency for employers to act, stating that those who fail to submit claims risk leaving millions of dollars unclaimed." *Id.*

- "Critical deadlines are rapidly approaching, with generic medication claims due by November 15, 2025 . . . ." *Id.*

- "National legal teams including Hagens Berman Sobol Shapiro LLP, Keller Rohrback LLP, and Pearl Logic LLC are supporting the recovery efforts." *Id.*

The Superior Insurance press release (Second Decl. Ex. G) states that:

- "Superior Insurance Advisors (SIA) today announced the launch of a Midwest-wide Employer Pharma-Funds Recovery Drive, a large-scale initiative helping employers, municipalities, and benefit trusts claim their share of the Department of Justice's $600 billion Pharma Overcharge Recovery Fund." Second Decl. ¶ 18 and Ex. G. It also provides contact information for Paul H. Flowers, Jr. *See id.*

Mr. Flowers also posted a video on his YouTube channel entitled "Exposing Big Pharma's $600B Secret Payout – Act Now to Claim Your Share." In this video, Mr. Flowers says that employers can recover $200-300 per insured person, going back fourteen years. He also warns that "[t]ime is running out." Second Decl. ¶ 19 and Ex. H.

**Employers Consulting Group**: This entity has created a web page, https://ecgins.com/rx-recovery/, that states the following:

- **"What Happened?** Over 40 pharmaceutical companies and three major Pharmacy Benefit Managers (PBMs) were sued by multiple State Attorneys General, the FTC, and the DOJ. Allegations included Price Fixing, Collusion, Unfair & Deceptive Trade Practices, RICO Violations, and Breach of Contract." Second Decl. ¶ 20 and Ex. I.

- **"The Recovery Opportunity:** Up to $600 Billion Dollars in potential Recovery Funds are being made available for Self-Insured Plan Sponsors affected by the alleged anti-competitive, price fixing & collusive industry practices." *Id.*

- "Estimated damages up to $200–$300 per person, per year, going back up to 14 years" and "Potential recovery: $1M+ for mid-size employers." *Id.*

**Richard Giraldez of Remote Medical Solutions:** Mr. Giraldez made a Facebook post with the caption, "***BUSINESS OWNERS: $600 BILLION Pharma Settlement – Deadline Approaching!***" Second Decl. ¶ 21 and Ex. J. The post includes a link to make an appointment with Mr. Giraldez to discuss "information on the pending $600 Billion dollar Pharmaceutical Overcharging Recovery Case." He appears to work for Remote Medical Solutions. *See* Second Decl. Ex. K (Calendly link). Mr. Giraldez's Facebook post says:

- "**YOUR POTENTIAL RECOVERY**" is "$200-$300 per employee/year (up to 14 years" and "Mid-size companies recovering $1M-$4M+" Second Decl. ¶ 21 Ex. J.

- "Government-backed program" *Id.*

- There is a November 15 deadline, and "**\*\*Allocation is FIRST-COME, FIRST-SERVED\*\***" *Id.*

- "This isn't a lawsuit – it's recovering money that was STOLEN from your company through rigged pricing schemes." *Id.*

EPPs have served Mr. Flowers, Employers Consulting Group, and Mr. Giraldez with emailed copies of the Motion and Liebenberg Declaration. *See* Second Decl. ¶ 22. EPPs have received ShareFile notifications indicating that Mr. Flowers and Bill Schmaltz of Employers Consulting Group have either viewed or downloaded the Motion and Liebenberg Declaration. *Id.* ¶ 23.

EPPs respectfully submit these additional materials to the Court for its consideration in connection with the Motion.

***Supplemental Authority: Bartz v. Anthropic PBC***

EPPs recently learned of similar improper solicitations by a claims recovery firm in connection with the class settlement in *Bartz v. Anthropic PBC*, No. 3:24-cv-05417 (N.D. Cal.) ("*Anthropic*"). The *Anthropic* court held a hearing last week regarding ClaimsHero, a firm that has encouraged class members to opt out of a settlement in that case. In some instances, ClaimsHero is allegedly misleading *Anthropic* class members by implying that they are filing a claim, rather than opting out. During the hearing last week, Judge Alsup said it appears that the firm is "trying to trick people" for a "quick buck." At the end of the hearing, the court ordered ClaimsHero to submit to the court and class counsel all of its marketing materials associated with the opt-out effort. An evidentiary hearing is scheduled for November 25, 2025 to explore the details of ClaimsHero's campaign. *See* Second Decl. ¶ 24 and Ex. L.


Dated: November 18, 2025

Respectfully submitted,

*/s/ Roberta D. Liebenberg*

Roberta D. Liebenberg
FINE, KAPLAN & BLACK R.P.C.
One South Broad Street, 23rd Floor
Philadelphia, Pennsylvania 19107
(215) 567-6565
rliebenberg@finekaplan.com

*Lead and Liaison Counsel for End-Payer Plaintiffs*