# EXHIBIT B

**Pharmacy Overpayment Recovery Estimate**

|   | Year | Employee Headcount | multiplier | Total members on Plan | Estimated per member recovery | Estimated recovery by year |
|---|------|-------------------:|-----------:|----------------------:|------------------------------:|---------------------------:|
| 1 | 2012 | **1,700** | 1.75 | 2975 | 250 | $ 743,750 |
| 2 | 2013 | **1,700** | 1.75 | 2975 | 250 | $ 743,750 |
| 3 | 2014 | **1,700** | 1.75 | 2975 | 250 | $ 743,750 |
| 4 | 2015 | **1,700** | 1.75 | 2975 | 250 | $ 743,750 |
| 5 | 2016 | **1,700** | 1.75 | 2975 | 250 | $ 743,750 |
| 6 | 2017 | **1,700** | 1.75 | 2975 | 250 | $ 743,750 |
| 7 | 2018 | **1,700** | 1.75 | 2975 | 250 | $ 743,750 |
| 8 | 2019 | **1,700** | 1.75 | 2975 | 250 | $ 743,750 |
| 9 | 2020 | **1,700** | 1.75 | 2975 | 250 | $ 743,750 |
| 10 | 2021 | **1,700** | 1.75 | 2975 | 250 | $ 743,750 |
| 11 | 2022 | **1,700** | 1.75 | 2975 | 250 | $ 743,750 |
| 12 | 2023 | **1,700** | 1.75 | 2975 | 250 | $ 743,750 |
| 13 | 2024 | **1,700** | 1.75 | 2975 | 250 | $ 743,750 |
| 14 | 2025 | **1,700** | 1.75 | 2975 | 250 | $ 743,750 |
|   | **Total** |   |   |   |   | $ **10,412,500** |

Please enter the estimated insured employee for each year and the calculator will do the rest