# EXHIBIT D

From: **larryd@pearllogic.com** <larryd@pearllogic.com>
Date: Wed, Oct 29, 2025 at 5:32 AM
Subject: Thank You ( ▮▮▮▮▮▮▮▮▮▮▮ )
To: ▮▮▮▮▮▮▮▮▮▮▮

Good morning, ▮▮▮

I wanted to thank you for taking the time on Monday to explore the Pharmaceutical Damage Recovery Program that is available to ▮▮▮▮▮▮▮▮▮▮▮

Below is our 3-Step process and some additional content for you to review. I also attached our brochure and the PQQ form associated with Step-2 below.

Please do not hesitate to reach out to me directly if there are any questions or a need for a second zoom meeting

**3 Step Process**

**Step 1 –** ▮▮▮▮▮▮▮▮▮▮▮ **and Pearl Logic to execute Recovery Agreement (link below)**

https://RecoveryAgreement.PearlLogic.com

*(If link doesn't open upon clicking, copy-and-paste link into your browser)*

**Step 2 -** ▮▮▮▮▮▮▮▮▮▮▮ **to complete 1-page questionnaire (Attached)**

After completing, the Pre-Qualification Questionnaire (PQQ) will need to be uploaded to:

https://Uploads.PearlLogic.com

*(If link doesn't open upon clicking, copy-and-paste link into your browser)*

Also, please let us know if you (or anyone else) would like to schedule a Zoom Meeting to step through this PQQ, so we can answer any questions.

**Step 3 – Pearl Logic to provide** ▮▮▮▮▮▮▮▮▮▮▮ **with a link to the Attorney Authorization/Retainer Agreement for review and execution ( $0 upfront cost/expense to Raytown C-2 School District). This link is provided after steps 1 and 2 are completed**

**Link to FAQ**

https://faq.pharmarecoveryprogram.pearllogic.com/

**Brief History (Pearl Logic)**

Pearl Logic is a 22-year-old cost containment company that has been offering a "Go-Forward Health-Care Plan Savings" solution to employer groups in the U.S. for many years. Showing employer groups how to reduce their "prescription" and "procedure" expenses is their core offering.

A mass tort attorney consortium that represents Multi District Litigation (MDL's) for the U.S. Government met with our leadership team at Pearl Logic over the summer and asked us to assist them with bringing awareness to the Pharmaceutical Damage Recovery Fund that is now available to employer groups that have more than 200 members ( employees + dependents) and that are self-insured. These funds were recently made available as a result of a hard fought 8-year litigation between the DOJ/FTC/AG's and the pharmaceutical players

Because Pearl Logic has been educating employer groups on healthcare plan savings techniques (including prescription drugs) for over 10 years, it was a natural fit for us to educate employer groups on how they can participate in this "Retroactive Damage Recovery Program" so they could receive monies owed to them for being overcharged for prescription drugs over the past 14 - 20 years

**Partial list of Employer Groups that have completed step 3 above**

Montage Health System  (3k members)
Kroger's Grocery (400k members)
Service Employees Int'l Union (SEIU) -2 mil members
International Brotherhood of Electrical Workers (IBEW) - 800k members
United Food and Commercial Workers Int'l Union – (1.2M members)
Salinas Valley Health System – (3k members)
Carteret Health Care (2k members)
Southwest Airlines (72k members)
State of Alabama (400k members)
O'Reilly Auto Parts (94k members)
General Motors (97k members)
Lowe's (300k members)
Target (400k members)
American Airlines (103k members)

Aramark Services (273k members)
Lumen Technologies (29k members )
RTX (185k members)
US Foods (28k members )

Larry DiGiovanni
Mobile:585-750-2473
Email: larryd@pearllogic.com
www.pearllogic.com



Get Outlook for Mac