# EXHIBIT E

Contact - REP

# Contact Us

Phone: **585-750-2473**

Email: **info@repinnovation.com**

  

...the boxes below.

Last Name

Email

Ext

(e)

☐ ...ation    ☐    ☐ Protect    ☐ Fintech    ☐ Other

Contact - REP

SUBMIT



| SOLUTIONS | ABOUT US | CONTACT US | Phone: | 585-750-2473 |
|---|---|---|---|---|
| | | | Email: | info@repinnovation.com |
| Healthcare | Our Story | TEAM | | |
| Education | Our Mission | | | |
| Security | Our History | ADVISOR LOG IN | | |
| Fintech | our Culture | | | |

© Copyright 2024 Rep Innovation. All Rights Reserved.

