# EXHIBIT G

This is a paid press release. Contact the press release distributor directly with any inquiries.

newsfile

# Superior Insurance Advisors Launches Midwest-Wide Employer Pharma-Funds Recovery Drive

Newsfile
October 23, 2025  1 min read

Gary, Indiana--(Newsfile Corp. - October 23, 2025) - Superior Insurance Advisors (SIA) today announced the launch of a Midwest-wide Employer Pharma-Funds Recovery Drive, a large-scale initiative helping employers, municipalities, and benefit trusts claim their share of the Department of Justice's $600 billion Pharma Overcharge Recovery Fund.

To view the full announcement, including downloadable images, bios, and more, click here.

**Key Takeaways:**

- Midwest-wide initiative helps employers claim share of $600 billion Pharma Overcharge Recovery Fund.
- Legal teams support recovery efforts for excess payments in drug pricing.
- Workshops educate on claim eligibility and filing strategies to restore healthcare stewardship.



*Click image above to view full announcement.*

**About Superior Insurance**

Superior Insurance Advisors has been successfully meeting the needs of our clients in all 50 states since 2005. Our dedicated agents specialize in healthcare solutions for individuals and families. But, we simply don't believe in the "one-size-fits-all" approach. We work with you to create individualized solutions. Our team is here to help our clients ask the right questions, identify their specific insurance demands and voice their concerns so we can best meet them.

Contacts:

Paul H. Flowers Jr.
844-513-5433
Paul@SuperiorInsuranceAdvisors.com

Source: Newsworthy.ai

To view the source version of this press release, please visit https://www.newsfilecorp.com/release/271596

View Comments

Terms and Privacy Policy    Privacy Dashboard

## Recommended Stories