# EXHIBIT H



# Exposing Big Pharma's $600B Secret Payout – Act Now to Claim Your Share

Paul H. Flowers Jr.
601 subscribers

Subscribe · 1 · Share · Downloaded

76 views  Streamed live on Oct 22, 2025  #Insulin #BigPharma #Healthcare

A shocking $600 billion is on the line for self-funded employers, and almost no one knows about it. Over 40 pharmaceutical companies and the 3 biggest pharmacy benefit managers have been accused of colluding to inflate drug prices – from insulin to everyday generics
moorebusinessresources.com
. After an 8-year legal battle, they've effectively agreed to pay back roughly $600 billion in overcharges to affected employers
moorebusinessresources.com
. This could mean millions of dollars refunded per employer (estimated $200–$300 per insured person per year, going back 14 years
moorebusinessresources.com
).

Who's eligible? Any organization with a self-funded health plan (even as few as ~200 employees) that paid for prescription drugs could qualify. This is a one-time chance to reclaim money stolen through inflated drug costs. Major insulin makers like Eli Lilly, Novo Nordisk, and Sanofi, along with large PBMs, allegedly hiked insulin prices in lockstep and shared secret rebates – a scheme so massive officials call it perhaps "the largest cartel case in U.S. history". And it's not just insulin – a separate lawsuit alleges hundreds of generic drugs were price-fixed, with some prices jacked up over 1,000%.

Why haven't you heard? Because Big Pharma doesn't want you to. This payout isn't automatic; they only pay if you file a claim. The industry is reportedly doing everything possible to keep this quiet – every unclaimed dollar is money they keep on their balance sheets. Time is running out: a federal judge has set January 15, 2026 as the deadline for insulin-related claims, and a cutoff for generic drug claims will follow soon after. Miss these deadlines, and your share of the recovery vanishes for good.

#BigPharma #DrugPrices #Insulin #Healthcare #SelfFunded #Justice