# EXHIBIT I

CLIENT RESULTS    ECG METHOD    ABOUT US    RESOURCES

 

# You Were Overcharged.
# You May Be Able to Recover Funds.

## Why Is This Important?

If your company is self-insured and has 200+ healthcare plan members, you may be owed hundreds of thousands — or even millions of dollars — in recovery funds.

## What Happened?

Over 40 pharmaceutical companies and three major Pharmacy Benefit Managers (PBMs) were sued by multiple State Attorneys General, the FTC, and the DOJ. Allegations included Price Fixing, Collusion, Unfair & Deceptive Trade Practices, RICO Violations, and Breach of Contract.



## The Recovery Opportunity

Up to $600 Billion Dollars in potential Recovery Funds are being made available for Self-Insured Plan Sponsors affected by the alleged anti-competitive, price fixing & collusive industry practices.

- Estimated damages up to $200–$300 per person, per year, going back up to 14 years.

- Potential recovery: $1M+ for mid-size employers

CLIENT RESULTS     ECG METHOD     ABOUT US     RESOURCES

Typical claim recovery time: 12-18 months



## Our Expertise

ECG is a trusted national leader in healthcare. We bring integrity, insight, and expertise to ensure your claim is maximized with zero risk to you. As the nation's trusted partner in health plan optimization and cost containment, ECG brings decades of experience navigating complex healthcare economics.

It is an honor to have been selected to assist in this project. Our role is to inform companies of the program and handle the referral process. All services are on a contingency basis.

## Want More Information? Contact Us Now

Name & Title *

Email Address *

Company Name *

Phone Number *

City/State* *

Submit My Request

**LOCATIONS**

**MO Location:**
231 S Bemiston Ave, Suite 800
St. Louis, MO 63105

**CONTACT US**

**OFFICE** • (314) 324-2113
**FAX** • 888.274.1538

**Email** • bill@ecgins.com



Sitemap

CLIENT RESULTS     ECG METHOD     ABOUT US     RESOURCES

**Joe** • 314.825.0944
**Robin** • robin@ecgins.com

About Us

Contact Us

Home

2025 © Employers. All rights reserved. Designed & Developed by Studio 2108