# EXHIBIT J



**Richard Giraldez**
October 30 at 12:13 PM ·

🚨 **BUSINESS OWNERS: $600 BILLION Pharma Settlement - Deadline Approaching!** 🚨

If your company has 200+ employees with health benefits, you may be owed MILLIONS from systematic pharmaceutical overcharging.

**THE PROOF:**
Big Pharma charged you 8,000-19,000% MORE than cash prices for the SAME medications your employees needed.

**YOUR POTENTIAL RECOVERY:**
💰 $200-$300 per employee/year (up to 14 years)
💰 Mid-size companies recovering $1M-$4M+
💰 ZERO upfront costs or risk
💰 Government-backed program

**⏰ DEADLINE: November 15, 2025**
**Allocation is FIRST-COME, FIRST-SERVED**

This isn't a lawsuit - it's recovering money that was STOLEN from your company through rigged pricing schemes.

**Don't let millions slip away while you "think about it."**

👉 **Claim your spot:**
[https://PharmaRecovery.Info](https://PharmaRecovery.Info)

📞 **Call now:** 833-379-9727

*The companies that act TODAY will be celebrating tomorrow. Will yours be one of them?*

#BusinessOwners #PharmaSettlement #Healthcare #BusinessRecovery #UrgentDeadline

Like    Comment    Share

Most relevant

**Dave Babins**
DEADLINEIS APPROACHING