# EXHIBIT K





Richard Giraldez

# Meeting About Pharmaceutical Overcharging Recovery

Select a Date & Time - Calendly



30 min



Web conferencing details provided upon confirmation.

This meeting is to provide information on the pending $600 Billion dollar Pharmaceutical Overcharging Recovery Case.

Select a Date & Time

November 2025

November is now displayed

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
| 26 | 27 | 28 | 29 | 30 | 31 | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 1 | 2 | 3 | 4 | 5 | 6 |

Time zone

Eastern Time - US & Canada
(9:10am)

Cookie settings