IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> *All End-Payer Plaintiffs' Actions* | MDL NO. 2724 <br> 16-MD-2724 <br> HON. CYNTHIA M. RUFE |

## ORDER REGARDING END-PAYER CLASS COUNSEL'S MOTION FOR ATTORNEYS' FEES AND EXPENSES AS TO HERITAGE AND APOTEX SETTLEMENT

**AND NOW**, this 19th day of November 2025, upon review and consideration of End-Payer Class Counsel's Motion for Attorneys' Fees and Expenses [MDL Doc. No. 3486], it is hereby **ORDERED** that the motion is **GRANTED** as follows:

1. End-Payer Class Counsel's request for attorneys' fees equaling one-third of the net settlement fund resulting from EPPs' settlement with Heritage Pharmaceuticals Inc., Emcure Pharmaceuticals Ltd., and Satish Mehta (the "Heritage Settlement Fund") and one-third of the net settlement fund resulting from EPPs' settlement with Apotex Corp. (the "Apotex Settlement Fund"), which the Court finds to be fair and reasonable and within the range of fees ordinarily awarded in this District and throughout the Third Circuit, is hereby **APPROVED**.

2. Lead Counsel for End-Payer Plaintiffs ("EPPs") may withdraw one-third of the net Heritage settlement fund as attorneys' fees. The net Heritage settlement fund shall be calculated by starting with the gross settlement fund of $10,000,000, adding accrued interest, and subtracting (a) the costs of notice and administration (not to exceed $250,000), (b) the

amount awarded by the Court for expenses in paragraph 5 below, and (c) the amount reserved for ongoing litigation expenses, as ordered by the Court in in paragraph 6 below.

3. Lead Counsel for EPPs may withdraw one-third of the net Apotex settlement fund as attorneys' fees. The net Apotex settlement fund shall be calculated by starting with the gross settlement fund of $48,000,000, adding accrued interest, and subtracting (a) any amounts required to be returned to Apotex under the provisions of the Apotex-EPP Settlement Agreement, (b) the costs of notice and administration (not to exceed $500,000), (c) the amount awarded by the Court for expenses in paragraph 5 below, and (d) the amount reserved for ongoing litigation expenses, as ordered by the Court in in paragraph 6 below.

4. Lead Counsel for EPPs shall allocate the attorneys' fees among all counsel representing EPPs based on Lead Counsel's evaluation of the contribution of such counsel to the prosecution and resolution of this litigation.

5. EPP Class Counsel's request for reimbursement of $808,470.29 in expenses, to be paid proportionally from the Heritage and Apotex Settlement Funds, is hereby **APPROVED**. Lead Counsel for EPPs may withdraw $139,391.59 from the Heritage Settlement Fund, and $669,078.86 from the Apotex Settlement Fund.

6. EPP Class Counsel's request for the reservation of $2,000,000 for the payment of ongoing litigation expenses, to be reserved proportionately from the Heritage and Apotex Settlement Funds is hereby **APPROVED**. $344,827.59 of the Heritage Settlement Fund and $1,655,172.41 of the Apotex Settlement Fund shall be reserved, and Lead Counsel for EPPs may withdraw from those reserved amounts as needed. Lead Counsel for EPPs shall maintain a detailed accounting of the amount and purpose of those expenses, and will make those details available to the Court upon request or in a future fee petition.

3

It is so **ORDERED**.

        **BY THE COURT:**

        **/s/ Cynthia M. Rufe**
        **CYNTHIA M. RUFE, J.**