IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL 2724**<br>**16-MD-2724**<br><br>**HON. CYNTHIA M. RUFE** |
| **THIS DOCUMENT RELATES TO:**<br><br>*ALL ACTIONS* | |

### ORDER

1. **AND NOW**, this 19th day of November 2025, upon consideration Unopposed Motion by Apotex Corp. for Leave to File Under Seal Certain Attachments [MDL Doc. No. 3799], it is hereby **ORDERED** that the motion is **DENIED**. The Movant may raise the matter with Discovery Master Stengel to whom the underlying motion [MDL Doc. 3800] has been referred.

2. **3800 and 3801**

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**