# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*ALL ACTIONS* | HON. CYNTHIA M. RUFE |

## Corrected ORDER

1.     **AND NOW**, this 20th day of November 2025, upon consideration of the Unopposed Motion by Apotex Corp. for Leave to File Under Seal Certain Attachments [MDL Doc. No. 3799], it is hereby **ORDERED** that the motion is **DENIED**. The Movant may raise the matter with Discovery Master Stengel to whom the underlying motion [MDL Doc. 3800] has been referred.

2.     All other matters relating to the motion to amend and withdraw the admissions shall be filed with Discovery Master Stengel.

3.     This order corrects that filed at [MDL Doc. 3823] on November 19, 2025.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**