**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL 2724**<br>**16-md-2724** |
| **THIS DOCUMENT RELATES TO:**<br><br>*All End-Payer Plaintiffs' Actions* | **HON. CYNTHIA M. RUFE** |

## ORDER

AND NOW, this 25th day of November 2025, it is hereby **ORDERED** that the hearing in this matter scheduled before the Honorable Cynthia M. Rufe on December 3, 2025 is **RESCHEDULED** to **December 3, 2025, at 11:00 a.m. in Courtroom 12A**, United States District Courthouse 601 Market Street, Philadelphia, PA 19106.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

CYNTHIA M. RUFE, J.