**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL NO. 2724**<br>**16-MD-2724** |
| **THIS DOCUMENT RELATES TO:**<br><br>***CVS Pharmacy, Inc. v. Actavis Elizabeth, LLC, et al.*** | **20-cv-6310**<br><br>**HON. CYNTHIA M. RUFE** |

**ORDER REGARDING CVS BELLWETHER CASE**

**AND NOW**, this 12th day of December 2025, upon review and upon consideration of the parties' submissions and the recommendation of the Special Master as to the litigation of the bellwether case styled as *CVS Pharmacy, Inc v. Actavis Elizabeth, LLC*, Civil Action No. 20-6310 (the "CVS Bellwether Case") it is hereby **ORDERED** that the CVS Bellwether Case shall proceed as follows:

1. Plaintiff CVS Pharmacy, Inc. ("CVS") shall, by no later than June 15, 2026, submit a proposal identifying (a) the generic pharmaceutical products that shall be at issue and (b) those defendants who shall be defendants in the CVS Bellwether Case. Contemporaneously with this submission, CVS shall also disclose whether it also seeks to include any additional conspiracy claims (on an individual drug basis) for any of the generic pharmaceutical products identified in its submission (the "CVS Proposal").

2. Defendants may submit a counterproposal to the CVS Proposal, if necessary, no later than June 29, 2026.

3. In the event that Defendants submit a counterproposal pursuant to Paragraph 2 of this Order, the Court will refer the parties' dispute to the relevant Special Master to facilitate a conference among CVS and Defendants to promptly resolve any such disputes.

4. All deadlines for the CVS Bellwether Case shall follow on from the October 16, 2026 deadline for the close of fact discovery in the CVS Bellwether Case that was set by Pretrial Order No. 300. Defendants shall promptly meet and confer with CVS to agree on a schedule for all pretrial deadlines in the CVS Bellwether Case once Defendants have agreed upon such a schedule in the *Cigna* and *Kroger* bellwether cases.

**BY THE COURT:**

/s/ Cynthia M. Rufe

**CYNTHIA M. RUFE, J.**