IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL NO. 2724<br><br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*All End-Payer Plaintiffs' Actions* | HON. CYNTHIA M. RUFE |

### ORDER REGARDING END-PAYER CLASS COUNSEL'S MOTION FOR ATTORNEYS' FEES AND EXPENSES AS TO SUN/TARO SETTLEMENT

**AND NOW,** this 23rd day of January 2026, upon review and consideration of End Payer Class Counsel's Motion for Attorneys' Fees, Expenses and Service Awards [MDL Doc. No. 3772], it is hereby **ORDERED** that the motion is **GRANTED** as follows:

1. End Payer Class Counsel's request for attorneys' fees equaling one-third of the net settlement fund resulting from EPPs' settlement with Sun Pharmaceuticals Industries, Inc. ("Sun"), and Taro Pharmaceuticals U.S.A., Inc. ("Taro") ("Sun/Taro" to refer to both entities) (the "Sun/Taro Settlement Fund"), which the Court finds to be fair and reasonable and within the range of fees ordinarily awarded in this District throughout the Third Circuit, is hereby **APPROVED**.

2. Lead Counsel for End Payer Plaintiffs ("EPPs") may withdraw one-third of the net Sun/Taro Settlement Fund as attorneys' fees. The net Sun/Taro Settlement Fund shall be calculated by starting with the gross settlement fund of $200,000,000 reduced by the Opt-Out Reduction (as set forth in Paragraph V of the EPP-Sun/Taro Settlement Agreement [MDL Doc.

No. 3630-9]),[1] adding accrued interest, and subtracting (a) the costs of notice and administration (not to exceed $750,000), (b) the amount awarded by the Court for expenses in paragraph 4 below, (c) the amount reserved for ongoing litigation expenses, as ordered by the Court in paragraph 5 below, and (d) the amount awarded by the Court for service awards in paragraph 6 below.

3. Lead Counsel for EPPs shall allocate the attorneys' fees among all counsel representing EPPs based on Lead Counsel's evaluation of the contribution of such counsel to the prosecution and resolution of this litigation.

4. EPP Class Counsel's request for reimbursement of $304,954.99 in expenses is hereby **APPROVED**.

5. EPP Class Counsel's request for the reservation of $3,000,000 for the payment of ongoing litigation expenses is hereby **APPROVED**. Lead Counsel for EPPs may withdraw from the reserved amount as needed. Lead Counsel for EPPs shall maintain a detailed accounting of the amount and purpose of those expenses, and will make those details available to the Court upon request or in a future fee petition.

6. EPP Class Counsel's request for the payment of service awards to the Settlement Class Representatives is hereby **APPROVED**. Lead Counsel for EPPs may withdraw $405,000 from the Sun/Taro Settlement Fund in order to pay an interim service award of $30,000 to each Third Party Payor Sun/Taro Settlement Class Representative and an interim service award of $5,000 to each Consumer Sun/Taro Settlement Class Representative.

---

[1] At the Final Approval Hearing and in EPPs' Motion for Final Approval [Doc. No. 3913-1] for the Sun/Taro Settlement, there was acknowledgement that the opt-outs to date would not be numerous enough to trigger any reduction.

It is so **ORDERED.**

**BY THE COURT:**

**/s/ Honorable Cynthia M. Rufe**

**HONORABLE CYNTHIA M. RUFE, J.**