IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*The Kroger Co. v. Actavis Holdco, et al.* | HON. CYNTHIA M. RUFE<br><br>Civil Action No. 18-284 |

PRETRIAL ORDER NO. 326
(SCOPE AND PRETRIAL SCHEDULE FOR THE *KROGER* BELLWETHER CASE)

**AND NOW**, this 30th day of January 2026, upon careful consideration of the parties' submissions and the recommendations of the Special Masters as to the scope and schedule of the above-captioned *Kroger* Bellwether Case, it is hereby **ORDERED** as follows:

1.      The *Kroger* Bellwether Case shall proceed against the Bellwether Defendants identified in footnote 1[1] for the Bellwether drugs identified in footnote 2.[2] The list of Bellwether Defendants and drugs named herein are subject to further order of removal by the Court.

2.      The Court sets forth the following schedule of proceedings for the *Kroger* Bellwether Case:

| DATE | DESCRIPTION |
|---|---|
| March 2, 2026 | Defendants to Answer Complaint (without prejudice to any outstanding motions to dismiss) |

---

[1] The Kroger Bellwether Defendants include Actavis, Aurobindo, Cadista, G&W, Glenmark, Greenstone, Heritage, Lannett, Lupin, Mayne, Mylan, Perrigo, Pfizer, Sandoz, Taro, Teva, Valeant, and Zydus.

[2] The Kroger Bellwether includes Kroger's overarching conspiracy and individual drug claims against the Kroger Bellwether Defendants related to all strengths and formulations of the following drugs: Adapalene, Amitriptyline, Amphetamine/ Dextroamphetamine, Baclofen, Benazepril HCTZ, Betamethasone Diproprionate (including augmented and CBD formulations), Carbamazepine, Chlorpromazine HCL, Ciclopirox, Clindamycin Phosphate, Clobetasol, Clomipramine, Clotrimazole, Desonide, Dexmethylphenidate HCL, Divalproex, Doxycycline Hyclate, Doxycycline DR, Econazole, Etodolac, Fluconazole tablets, Fluocinonide, Fluoxetine HCL tablets, Glyburide, Halobetasol, Ketoconazole, Leflunomide, Levothyroxine, Metformin ER, Methylphenidate, Methylprednisolone, Metronidazole, Nadolol tablets, Nystatin, Nystatin/Triamcinolone, Pravastatin, Prednisolone Acetate, Propranolol, Ranitidine HCL, Tobramycin, Triamcinolone Acetonide, and Valsartan HCTZ.

| June 5, 2026 | Plaintiffs' Expert Reports due |
|---|---|
| July 31, 2026 | Defendants' Expert Reports due |
| August 28, 2026 | Plaintiffs' Experts' Rebuttal Reports due |
| October 30, 2026 | Completion of Depositions for all experts |
| January 29, 2027 | Summary Judgment Motions due |
| February 26, 2027 | Responses to Summary Judgment Motions due |
| March 19, 2027 | Replies in Support of Summary Judgment Motions due |
| April 6, 2027 | Oral argument on Summary Judgment motions |
| April 30, 2027 | Deadline to move for limited discovery on authenticity and admissibility<br><br>Exchange initial deposition designations and exhibit lists<br><br>Exchange initial witness lists with witnesses the parties "will call" or "may call" and whether parties will seek to present any witnesses by remote testimony or video deposition |
| May 7, 2027 | Deadline to oppose limited discovery on authenticity and admissibility<br><br>Exchange drafts of jury instructions and verdict forms<br><br>Exchange drafts of stipulations of undisputed facts |
| May 14, 2027 | Exchange objections to initial exhibit and witness lists and deposition designations and counter-designations |
| May 21, 2027 | Exchange objections to jury instructions and jury forms<br><br>Exchange topics for motions in limine |
| June 2, 2027 | Second exchange of exhibit lists and objections<br><br>Exchange drafts of jury questionnaire and voir dire<br><br>Resolve any disputes about page limits and format for motions in limine, and submit to the Court a joint stipulation or competing proposed Orders<br><br>Exchange drafts of pretrial memoranda to ensure consistent templates and formatting<br><br>Second exchange of stipulations of undisputed facts |
| June 9, 2027 | Exchange objections to deposition designations and counter-designations<br><br>Second exchange of jury instructions and verdict forms with further edits |

| | Exchange further refined witness lists, identifying witnesses the party "will call" or "may call" and whether parties will seek to present any witnesses by remote testimony or video deposition |
|---|---|
| June 16, 2027 | Completion of all limited evidentiary pretrial discovery on authenticity and admissibility to be complete absent a showing of good cause<br><br>Exchange second drafts of jury questionnaire and voir dire<br><br>Filing motions in limine (parties may raise new motion in limine issues not previously discloses for good cause) |
| June 23, 2027 | Exchange objections to counter-counter deposition designations<br><br>Exchange FRE 1006 exhibits |
| July 2, 2027 | Final submission of exhibit lists (except FRE 1006 exhibits) with unresolved objections<br><br>Final submission of joint and contested questions for jury questionnaires & voir dire<br><br>Final submission of pretrial memos<br><br>Final submission of stipulation of undisputed facts |
| July 9, 2027 | Exchange objections to FRE 1006 exhibits<br><br>File oppositions to motions in limine |
| July 16, 2027 | Final submission of deposition designations with unresolved objections<br><br>Final submission of FRE 1006 exhibits with unresolved objections<br><br>Final submission of witness lists with unresolved objections |
| July 21, 2027 | Final pretrial conference |
| July 26-30, 2027 | Jury selection |
| August 2, 2027 | Exchange opening statement demonstratives 24 hours in advance of trial |
| August 3, 2027 | Trial begins |

It is so **ORDERED**.

**BY THE COURT**

**/s/ Cynthia M. Rufe**

_____

**CYNTHIA M. RUFE, J.**