LOWEY DANNENBERG

January 30, 2026

**VIA ELECTRONIC CASE FILING**

The Honorable Cynthia M. Rufe
United States District Court Judge
United States District Court for the Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street, Room 12614
Philadelphia, PA 19106-1714
Facsimile: (267) 299-5077

**Re: *In re Generic Pharmaceuticals Pricing Antitrust Litigation*, MDL 2724 (E.D. Pa.)**

Dear Judge Rufe:

We write on behalf of Plaintiff Humana Inc. to respectfully request that you summarily overrule as untimely Defendants' Objections To Special Master Stengel's Report And Recommendation Resolving Defendants' Motion To Disqualify Plaintiffs' Counsel And Law Firm. MDL Doc. 3994.

Under Rule 53 governing the appointment and procedures of Special Masters,[1] "[a] party may file objections to--or a motion to adopt or modify--the master's order, report, or recommendations **no later than 21 days after a copy is served**, unless the court sets a different time." Fed. R. Civ. Pro. 53(f)(2) (emphasis added). Under the Revised Special Master Protocol issued as Pretrial Order 163[2], this Court adopted the time parameters in 53(f)(2),

[1] Last amended in 1983, Rule 53(f)(2) has governed the time to object to Special Master Reports and Recommendations for forty-two years. Objecting Defendants' citation to Rule 72(a), MDL Doc. 3994 at 1, is both inapplicable and unavailing, as Rule 72 sets forth an even more egregiously expired deadline. Fed. R. Civ. Pro. 72(a) (directing that an objecting party "may serve and file" objections to a magistrate's "recommended disposition . . . [w]ithin ***14 days*** after being served with a copy of the recommended disposition." Fed. R. Civ. Pro. 72(a) (emphasis added). Judge Stengel is not now nor has ever been a Magistrate Judge. He is a retired Chief Judge of the U.S. District Court for the Eastern District of Pennsylvania.

[2] To the extent Defendants are purporting to follow PTO 49, *see* ECF No. 667 (E.D. Pa. Aug. 6, 2018), the guidance in PTO 163—clearly supersedes it.



www.lowey.com
44 South Broadway, Suite 1100, White Plains, NY 10601-4459 (p) 914-997-0500 (f) 914-997-0035
One Tower Bridge, 100 Front Street, Suite 520, West Conshohocken, PA 19428 (p) 215-399-4770 (f) 610-862-9777

stating that "[a]ny party or parties objecting to the Report and Recommendation shall file objections in accordance with Fed. R. Civ. Pro. 53(f)." MDL Doc. 1707 (E.D. Pa. Mar. 3, 2021).

On December 29, 2025 at 3:10 p.m., Elizabeth Ray counsel from Saxton & Stump served a formal Report and Recommendation, *see* Ex. A (R&R), on behalf of Special Master Lawrence Stengel via email on the movant Catherine Peterson (cpeterson@wsgr.com) of Wilson Sonsini Goodrich & Rosati (counsel for Mylan, moving on behalf of all Defendants), Joe Nielsen, myself, the all-plaintiffs email listserv, and the all-defendants email listserv (mdl2724alldeftsservice@groups.troutman.com). *See* Ex. B (service email). Thirty-one days later, and ten days past the applicable deadline, Defendants filed their Objections on January 29, 2026. MDL Doc. 3994.

As Defendants' filing is untimely, there is no reason for the Court nor the parties to undergo the burden of further briefing and ruling on Defendants' Objections to the Special Master's Report and Recommendation. Plaintiffs respectfully request that you summarily overrule the objections.

Respectfully submitted,

Peter St. Phillip
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, New York 10601
914-997-0500
PStPhillip@lowey.com

cc: All counsel of record (via ECF)