**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>No. 2:16-md-2724-CMR |
| This Document Relates to:<br><br>*Southwest Airlines Co. v. Actavis Holdco U.S., Inc. et al.* | No. 25-cv-02951 |

**ORDER**

AND NOW, this 20th day of February 2026, upon consideration of the Joint Motion to Correct the Docket in the above-captioned case, it is hereby **ORDERED** that the Motion is **GRANTED**.

1.  The Joint Memorandum of Law in Support of Defendants' Joint Motion to Dismiss the Amended Complaint as Untimely ("Corrected Memorandum") (Doc. 78) is deemed filed as of January 14, 2026;

2.  The Clerk of the Court is directed to remove Doc. 69-1 ("Original Memorandum") from the ECF Docket for Case No. 25-cv-2951 and, if necessary, replace it with a notice stating that the Joint Memorandum in Support of the Motion filed at Doc. 69 has been filed at Doc. 78;

3.  The Clerk of the Court is further directed to link the Corrected Memorandum (Doc. 78) to the Motion (Doc. 69) in the Court's ECF system; and

4.  The Parties are directed to provide any additional information or courtesy copies of filings that the Clerk's office requires to effectuate this Order.

**IT IS SO ORDERED**

**BY THE COURT:**

/s/ Cynthia M. Rufe
_____
CYNTHIA M. RUFE, J.