IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL No. 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br><br>*Humana Inc. v. Actavis Elizabeth, LLC* | Civil Action No. 18-3299 |

PRETRIAL ORDER NO. 329
(FIRST AMENDED PRETRIAL SCHEDULE FOR *HUMANA I* BELLWETHER)

**AND NOW**, this 2nd day of March 2026, upon consideration of the parties' Joint Stipulation Regarding Summary Judgment and *Daubert* Motions in *Humana I* Bellwether Case [MDL Doc. No. 4071], appended hereto as Attachment 1, it is hereby **ORDERED**:

1.      The page proposals in the attached Stipulation are **APPROVED**.

2.      The schedule of proceedings for the *Humana I* Bellwether is hereby **AMENDED** as follows:

| Date | Description |
|---|---|
| September 12, 2025 | Defendants to Answer Complaint (without prejudice to Motions to Dismiss) |
| October 1, 2025 | Close of Fact Discovery |
| November 7, 2025 | Plaintiffs' Expert Reports due |
| December 12, 2025 | Completion of Depositions of Plaintiffs' Experts |
| December 22, 2025 | Defendants' Expert Reports due |
| January 30, 2026 | Completion of Depositions of Defendants' Experts |
| February 6, 2026 | Plaintiffs' Experts' Rebuttal Reports due |
| February 27, 2026 | Completion of Depositions of New Rebuttal Experts |
| March 26, 2026 | Summary Judgment (and *Daubert*) Motions due |

| Date | Description |
|---|---|
| April 28, 2026 | Responses to Summary Judgment (and *Daubert*) Motions due |
| May 15, 2026 | Replies in support of Summary Judgment (and *Daubert*) Motions due |
| June 4, 2026 | Oral argument on Summary Judgment (and certain *Daubert*) Motions at 10:30 AM in Courtroom 12-A, United States Courthouse, 601 Market Street, Philadelphia, PA |
| June 8, 2026 | Deadline to move for limited discovery on authenticity and admissibility for good cause shown<br><br>Exchange initial deposition designations and exhibit lists<br><br>Exchange initial witness lists, with witnesses the parties "will call" or "may call" and whether parties will seek to present any witnesses by remote testimony or video deposition |
| June 15, 2026 | Deadline to oppose limited discovery on authenticity and admissibility<br><br>Exchange drafts of jury instructions and verdict forms<br><br>Exchange drafts of stipulations of undisputed facts |
| June 22, 2026 | Exchange objections to initial exhibit and witness lists and deposition designations and counter-designations |
| June 26, 2026 | Exchange objections to jury instructions and verdict forms<br><br>Exchange topics for motions in limine |
| July 7, 2026 | Second exchange of exhibit lists and objections<br><br>Exchange drafts of jury questionnaire and voir dire<br><br>Resolve any disputes about page limits and format for motions in limine, and submit to the Court a joint stipulation or competing proposed Orders<br><br>Exchange drafts of pretrial memoranda to ensure consistent templates and formatting<br><br>Second exchange of stipulations of undisputed facts |

| Date | Description |
|---|---|
| July 15, 2026 | Exchange objections to deposition designations and counter-designations<br><br>Second exchange of jury instructions and verdict forms with further edits<br><br>Exchange further refined witness lists, identifying witnesses the party "will call" or "may call" and whether parties will seek to present any witnesses by remote testimony or video deposition |
| July 22, 2026 | Completion of all limited evidentiary pretrial discovery on authenticity and admissibility to be complete absent a showing of good cause<br><br>Exchange second drafts of jury questionnaire and voir dire<br><br>Filing motions in limine (parties may raise new motion in limine issues not previously disclosed for good cause) |
| July 29, 2026 | Exchange objections to counter-counter deposition designations<br><br>Exchange FRE 1006 exhibits |
| August 5, 2026 | Final submission of exhibit lists (except FRE 1006 exhibits), with unresolved objections<br><br>Final submission of joint and contested jury instructions and verdict forms<br><br>Final submission of joint and contested questions for jury questionnaires & voir dire<br><br>Final submission of pretrial memos<br><br>Final submission of stipulation of undisputed facts |
| August 12, 2026 | Exchange objections to FRE 1006 exhibits<br><br>File oppositions to motions in limine |

| Date | Description |
|---|---|
| August 17, 2026 | Final submission of deposition designations with unresolved objections<br><br>Final submission of FRE 1006 exhibits, with unresolved objections<br><br>Final submission of witness lists with unresolved objections |
| August 25, 2026 | Final pretrial conference at 10:30 AM in Courtroom 12-A, United States Courthouse, 601 Market Street, Philadelphia, PA |
| September 8-9, 2026 | Jury selection |
| September 14, 2026 | Exchange opening statement demonstratives 24 hours in advance of trial |
| September 15, 2026 | Trial begins (trial to conclude no later October 22, 2026) |

It is so **ORDERED**.

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

_____

**CYNTHIA M. RUFE, J.**

4

# ATTACHMENT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL No. 2724<br><br>No. 18-cv-3299 |
| THIS DOCUMENT RELATES TO:<br><br>*Humana Inc. v. Actavis Elizabeth, LLC et al.* | Hon. Cynthia M. Rufe |

**JOINT STIPULATION REGARDING SUMMARY JUDGMENT AND
*DAUBERT* MOTIONS IN *HUMANA I* BELLWETHER CASE**

Plaintiff Humana Inc. and Bellwether Defendants, by and through the undersigned counsel, stipulate to the following, subject to the Court's approval:

WHEREAS, on August 28, 2025, the Court entered Pretrial Order No. 306 establishing the schedule of proceedings for the *Humana I* Bellwether case (ECF No. 3618) ("PTO 306");

WHEREAS PTO 306 does not establish a schedule for *Daubert* motions;

WHEREAS under PTO 306 the deadline to file summary judgment motions is set for March 6, 2026;

WHEREAS, as a result of various experts' and counsel' schedules, *see* Email from Raymond Girnys to Chambers of Judge Cynthia M. Rufe, "In re Generic Pharmaceuticals Pricing Antitrust Litigation, 16-md-2724 - Humana I Bellwether Expert Schedule (18-cv-3299)" (Nov. 21, 2025), as well as weather-related issues, the parties required extra time related to expert discovery;

WHEREAS counsel have met and conferred to discuss ways to efficiently manage the remaining expert discovery in addition to summary judgment briefing and *Daubert* briefing,

without altering the summary judgment oral argument date or any other non-summary judgment briefing related date established in PTO 306;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Plaintiff and Bellwether Defendants, as follows:

1.    The Parties shall brief certain *Daubert* motions on the same schedule as summary judgment motions. The parties anticipate that those *Daubert* motions will be related to issues arising in the summary judgment briefing. If necessary, the parties may file additional *Daubert* motions in connection with motions in limine on the schedule set forth in PTO No. 306.

2.    The deadline for summary judgment motions and related *Daubert* motions shall be March 26, 2026.

3.    The deadline for responses to the summary judgment motions and related *Daubert* motions shall be April 28, 2026.

4.    The deadline for replies in connection with  summary judgment motions and related *Daubert* motions shall be May 15, 2026.

5.    The page limit for Defendants' joint summary judgment briefs shall be 110 pages for the opening briefs, 110 pages for the opposition briefs, and 90 pages for the reply briefs. The parties shall use these pages as they deem appropriate, across briefs related to no more than five separate joint motions.

6.    The page limit for each individual Humana I bellwether Defendant summary judgment opening brief shall be 20 pages, plus five pages for each *Humana I* bellwether drug at issue for that individual Defendant. The page limit for the corresponding opposition and reply briefs shall be equal to the page limit of the opening brief.

2

7.      The page limit for Humana's affirmative summary judgment motion shall be 30 pages for the opening brief, 30 pages for each individual opposition brief for any *Humana I* bellwether Defendant implicated, and a reply brief by Humana of up to the same number of pages used in opposition by the implicated *Humana I* bellwether Defendants who oppose the motion.

8.      The page limit for the parties *Daubert* motions shall be 25 pages for the opening *Daubert* motion against any expert, 25 pages for opposition briefs to each *Daubert* motion, and 20 pages for reply briefs in support of each *Daubert* motion.

**IT IS SO STIPULATED.**

Dated: February 27, 2026                          Respectfully submitted,

<u>/s/ Raymond P. Girnys</u>                        <u>/s/ Jeffrey C. Bank</u>
Peter D. St. Phillip, Jr.                         Jeffrey C. Bank
W. Joseph Nielsen                                 Seth C. Silber
Raymond P. Girnys                                 WILSON SONSINI GOODRICH &
Alexis H. Castillo                                ROSATI
LOWEY DANNENBERG, P.C.                             1700 K Street, NW, 5th Floor
44 South Broadway, Suite 1100                     Washington, D.C. 20006
White Plains, NY 10601                            Telephone: (202) 973-8800
Tel. (914) 997-0500                               Facsimile: (866) 974-7329
pstphillip@lowey.com                              jbank@wsgr.com
jnielsen@lowey.com                                ssilber@wsgr.com
rgirnys@lowey.com
acastillo@lowey.com
                                                  Chul Pak
                                                  Michael Sommer
Todd Schneider                                    WILSON SONSINI GOODRICH &
SCHNEIDER[2] WALLACE COTTRELL KIM                 ROSATI
LLP                                               31 West 52nd Street, Fifth Floor
2000 Powell Street, Suite 1400                    New York, New York 10019
Emeryville, CA 94608                              Telephone: (212) 999-5800
Tel. 415-421-7100                                 Facsimile: (866) 974-7329
tschneider@schneiderwallace.com
                                                  cpak@wsgr.com
Jason H. Kim                                      msommer@wsgr.com

SCHNEIDER[2] WALLACE COTTRELL KIM
LLP
300 S. Grand Ave., Suite 2700
Los Angeles, CA 90071
Tel. 415-421-7100
jkim@schneiderwallace.com

*Counsel for Plaintiff Humana Inc.*

/s/ Sheron Korpus
Seth Davis
Sheron Korpus
Seth A. Moskowitz
David M. Max
KASOWITZ LLP
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800
skorpus@kasowitz.com
smoskowitz@kasowitz.com
sdavis@kasowitz.com
dmax@kasowitz.com

*Counsel for Defendants Actavis Elizabeth LLC, Actavis Holdco U.S., Inc., Actavis Pharma, Inc., and Teva Pharmaceuticals USA, Inc.*

/s/ Donald W. Hawthorne
Donald W. Hawthorne
CURTIS, MALLET-PREVOST, COLT &
MOSLE LLP
101 Park Avenue
New York, NY 10178
Telephone: 212-696-6949
dhawthorne@curtis.com

*Counsel for Defendant Breckenridge Pharmaceutical, Inc.*

*Counsel for the Mylan Defendants*

/s/ Mary Pat Brogan
Mary Pat Brogan
BAKER & HOSTETLER LLP
127 Public Square, Suite 2000
Cleveland, OH 44114-1214
Telephone: 216.621.0200
mbrogan@bakerlaw.com

Carlos F. Ortiz
Kayley B. Sullivan
BAKER & HOSTETLER LLP
45 Rockefeller Center
New York, NY 10111-0100
Telephone: 212.589.4200
cortiz@bakerlaw.com
kbsullivan@bakerlaw.com

*Counsel for Defendant Heritage Pharmaceuticals, Inc.*

/s/ Brian T. Feeney
Brian T. Feeney
GREENBERG TRAURIG, LLP
1717 Arch Street, Suite 400
Philadelphia, PA 19103
Telephone: (215) 988-7812
Facsimile: (215) 717-5265
Brian.feeney@gtlaw.com

Roger B. Kaplan
Aaron Van Nostrand
GREENBERG TRAURIG, LLP
500 Campus Drive, Suite 400
Florham Park, NJ 07932
Telephone: 973.360.7900
Fax: 973.301.8410
kaplanr@gtlaw.com

4

vannostranda@gtlaw.com

*Counsel for Defendant Dr. Reddy's Laboratories, Inc.*

/s/ David Fioccola
Grant Esposito
David Fioccola
PROSKAUER ROSE LLP
Eleven Times Square New York, NY 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
gesposito@proskauer.com
dfioccola@proskauer.com

Christopher Ondeck
PROSKAUER ROSE LLP
1001 Pennsylvania Ave., NW
Suite 600 South
Washington, DC 20004
Telephone: (202) 416-5865
Facsimile: (202) 416-6899
ondeck@proskauer.com

*Counsel for Defendants Sandoz Inc. and Fougera Pharmaceuticals Inc.*

/s/ Devora W. Allon
Devora W. Allon, P.C.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
devora.allon@kirkland.com

*Counsel for Defendant Upsher-Smith Laboratories, LLC*

/s/ Robert W. Manoso
Robert W. Manoso
Dimitra Doufekias
Megan E. Gerking
MORRISON & FOERSTER LLP
2100 L Street, NW Suite 900
Washington, DC 20037
Telephone: (202) 887-1500
Facsimile: (202) 887-0763
rmanoso@mofo.com
ddoufekias@mofo.com
mgerking@mofo.com

Michael B. Miller
MORRISON & FOERSTER LLP
250 W 55th Street
New York, NY 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
mbmiller@mofo.com

*Counsel for Defendant Glenmark Pharmaceuticals Inc., USA*

/s/ George G. Gordon
George G. Gordon
Julia Chapman
Forrest Lovett
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104-2808
Telephone: (215) 994-2382
Facsimile: (215) 655-2240
george.gordon@dechert.com
julia.chapman@dechert.com
forrest.lovett@dechert.com

D. Brett Kohlhofer
Christie Boyden
DECHERT LLP
1900 K Street NW

5

Washington, D.C.
Telephone: (202) 261-3300
Facsimile: (202) 261-3333
d.brett.kohlhofer@dechert.com
christie.boyden@dechert.com

*Attorneys for Defendant Lannett Company, Inc.*

/s/ *J. Clayton Everett, Jr.*
J. Clayton Everett, Jr.
William S.D. Cravens
Y. Frank Ren
MORGAN, LEWIS & BOCKIUS
LLP 1111 Pennsylvania Avenue, NW
Washington, DC 20004 Telephone:
+1.202.739.3000 Facsimile:
+1.202.739.3001
clay.everett@morganlewis.com
william.cravens@morganlewis.com
frank.ren@morganlewis.com

Harvey Bartle IV
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103
Telephone: +1.215.963.5000
Facsimile: +1.215.963.5001
harvey.bartle@morganlewis.com

*Counsel for Defendants Perrigo New York, Inc. and Perrigo Company plc*

/s/ *Brian J. Smith*
Brian J. Smith
WILSON SONSINI GOODRICH &
ROSATI
1700 K Street, NW, 5th Floor
Washington, D.C. 20006
Telephone: (302)502-8417
brian.smith@wsgr.com

*Counsel for Defendant Mayne Pharma Inc.*

/s/ *Jason R. Parish*
Jason R. Parish
BUCHANAN INGERSOLL & ROONEY PC
1700 K Street, NW, Suite 300
Washington, D.C. 20006
Telephone: (202) 452-7900
Facsimile: (202) 452-7989
jason.parish@bipc.com

Bradley J. Kitlowski
BUCHANAN INGERSOLL & ROONEY PC
Union Trust Building
501Grant Street

/s/ *Michael J. Hartman*
Robin P. Sumner
Michael J. Hartman
Melissa Hatch O'Donnell
TROUTMAN PEPPER LOCKE LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 981-4000
Facsimile: (215) 981-4750
robin.sumner@troutman.com
michael.hartman@troutman.com
melissa.odonnell@troutman.com

6

Pittsburgh, PA 15219
Telephone: (412) 562-8800
Facsimile: (412) 562-1041
bradley.kitlowski@bipc.com

*Attorneys for Defendants Impax Laboratories,*
*LLC, Impax Pharmaceuticals, Inc., and West-*
*Ward Pharmaceuticals Corp.*

Caroline B. Warren
BUCHANAN INGERSOLL & ROONEY PC
Carillon Tower
227 West Trade Street, Suite 600
Charlotte, NC 28202
Telephone: (704) 444-3371
Facsimile: (704) 444-3490
caroline.warren@bipc.com

*Counsel for Defendant Zydus*
*Pharmaceuticals (USA) Inc.*

/s/ Alan E. Schoenfeld
Alan E. Schoenfeld (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 937-7294
Facsimile: (212) 230-8888
alan.schoenfeld@wilmerhale.com

April N. Williams (*pro hac vice*)
Claire Bergeron (*pro hac vice*)
Derek A. Woodman (*pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
april.williams@wilmerhale.com
claire.bergeron@wilmerhale.com
derek.woodman@wilmerhale.com

*Counsel for Defendant Apotex Corp.*

/s/ Peter G. Siachos
Peter G. Siachos
Matthew G. Gallo
Nicholas R. Gex
GORDON REES SCULLY MANSUKHANI
LLP
677 King Street, Suite 450
Charleston, SC 29403
Telephone: (843) 714-25
psiachos@grsm.com
mgallo@grsm.com
ngex@grsm.com

Clair E. Wischusen
GORDON REES SCULLY MANSUKHANI
LLP
277 S. Washington Street, Suite 550
Alexandria, VA 22314
Telephone: (703) 650-7030
cwischusen@grsm.com

Hazel Mae Pangan
GORDON REES SCULLY MANSUKHANI
LLP
101 W. Broadway Suite 2000
San Diego, CA 92101
Telephone: (619) 230-7479
hpangan@grsm.com

7

*Attorneys for Defendant Epic Pharma, LLC*

*/s/ John M. Taladay*
John M. Taladay
Christopher P. Wilson
Edward W. Duffy
JoAnna B. Adkisson
Michael A. Munoz
BAKER BOTTS LLP
700 K Street NW
Washington, DC 20001
Telephone: (202) 639-7700
Facsimile: (202) 639-7890
john.taladay@bakerbotts.com
christopher.wilson@bakerbotts.com
ed.duffy@bakerbotts.com
joanna.adkisson@bakerbotts.com
michael.munoz@bakerbotts.com

Robert L. Maier
BAKER BOTTS LLP
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 408-2538
Facsimile: (212) 408-2501
robert.maier@bakerbotts.com

Matthew M. Hilderbrand
BAKER BOTTS LLP
401 South 1st Street
Suite 1300
Austin, TX 78704
Telephone: (512) 322-2500
Facsimile: (512) 322-3613
matthew.hilderbrand@bakerbotts.com

Lauri A. Kavulich
CLARK HILL PLC
2001 Market Street, Suite 2620
Philadelphia, PA 19103
Telephone: (215) 640-8500
Facsimile: (215) 640-8501
lkavulich@clarkhill.com

Lindsay S. Fouse
CLARK HILL PLC

8

301 Grant St, 14th Floor
Pittsburgh, PA 15219
Telephone: (412) 394-7711
Facsimile: (412) 394-2555
lfouse@clarkhill.com

*Counsel for Defendants Sun Pharmaceutical*
*Industries, Inc., Mutual Pharmaceutical*
*Company, Inc., Taro Pharmaceuticals*
*U.S.A., Inc. and Taro Pharmaceutical*