IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL NO. 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br><br>*Humana Inc. v. Actavis Elizabeth, LLC, et al.* | No. 18-cv-3299 |

## RULE TO SHOW CAUSE

**AND NOW**, this 12th day of March 2026, to enable the clear and efficient progression of the *Humana I* Bellwether case, the Court hereby enters this **RULE TO SHOW CAUSE** why the following motions—which were filed on February 21, 2019, and are listed as pending on the *Humana I* docket (18-cv-3299)—should not be dismissed as moot based upon Humana's filing of a Second Amended Complaint on April 1, 2019 [18-cv-3299, Doc. No. 109]. Any interested party in the above-captioned *Humana I* Bellwether case shall respond to this Order within **7 days**, or the motion(s) will be dismissed. This is not an order for additional briefing. Only a short statement will be accepted.

| Motion | Date Filed | Document Number in *Humana I* Docket (18-cv-3299) |
|---|---|---|
| Mayne Motion to Dismiss under Rule 12(b)(6) | 2/21/19 | [Doc. No. 66] |
| Lannett Motion to Dismiss under Rule 12(b)(6) | 2/21/19 | [Doc. No. 67] |
| Apotex Motion to Dismiss under Rule 12(b)(6) | 2/21/19 | [Doc. No. 68] |
| West-Ward Motion to Dismiss under Rule 12(b)(6) | 2/21/19 | [Doc. No. 69] |
| Glenmark Motion to Dismiss under Rule 12(b)(6) | 2/21/19 | [Doc. No. 70] |

| | | |
|---|---|---|
| Lupin Motion to Dismiss under Rule 12(b)(6) | 2/21/19 | [Doc. No. 72] |
| Breckenridge Motion to Dismiss under Rule 12(b)(6) | 2/21/19 | [Doc. No. 76] |
| Zydus Motion to Dismiss under Rule 12(b)(6) | 2/21/19 | [Doc. No. 77] |
| Perrigo New York Motion to Dismiss under Rule 12(b)(6) | 2/21/19 | [Doc. No. 80] |
| Teligent Motion to Dismiss under Rule 12(b)(6) | 2/21/19 | [Doc. No. 81] |
| Impax Laboratories Motion to Dismiss under Rule 12(b)(6) | 2/21/19 | [Doc. No. 82] |

It is so **ORDERED**.

**BY THE COURT**:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**

2