**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL NO. 2724 |
| | 16-MD-2724 |
| THIS DOCUMENT RELATES TO: | HON. CYNTHIA M. RUFE |
| ***Indirect Reseller Class Plaintiffs' Actions*** | Civil Actions: |
| ***West Val Pharmacy, et al. v. Actavis, et al.*** | 17-cv-3822/16-PP-27243 |
| ***West Val Pharmacy, et al. v. Actavis, et al.*** | 18-cv-2533 |
| ***Reliable Pharmacy, et al., v. Actavis, et al.*** | 19-cv-6044 |

## ORDER REGARDING FINAL FAIRNESS HEARING IRPS BRECKENRIDGE SETTLEMENT

**AND NOW,** this 1st day of April 2026, upon review and consideration of the Indirect Reseller Plaintiffs' ("IRPs") Motion for an Order Approving the Amendment To, Notice of, Allocation Plan for, and a Final Fairness Hearing Date for the IRPs' Breckenridge Settlement [MDL Doc. No. 4010; Doc. No. 23 in Civil Action 17-3822, Doc. No. 238 in Civil Action 18-2533, Doc. No. 363 in Civil Action 19-6044, Doc. No. 101 in Civil Action 16-PP-27243], it is hereby **ORDERED** as follows:

1.      This Order hereby incorporates by reference the definitions in the Settlement Agreement between IRPs and Defendant Breckenridge Pharmaceutical Inc. ("Settling Defendant") and all capitalized terms used and not otherwise defined herein shall have the meanings set forth in the Settlement Agreement.

2.      The Court approves the adjustment of the Settlement Class definition class exclusions, previously approved, by replacing "(d) all hospitals owned or operated by

government entities" with "(d) all hospitals owned or operated by federal government entities and any other government entities named as parties in this MDL or in related actions styled *Connecticut, et al. v. Sandoz, et al.*, No. 3:20-cv-00802 (D. Conn.), *Connecticut, et al. v. Aurobindo, et al.*, No. 3:16-cv-02056 (D. Conn.), and *Connecticut, et al. v. Teva, et al.*, No. 3:19-cv-00710 (D. Conn.)." The Settlement Class approved by this Court is defined as follows:

> All dispensers of drugs (including hospitals and independent pharmacies) in the United States and its territories that purchased one or more of the Drugs at Issue directly from distributor Defendants AmerisourceBergen Corp., Cardinal, Red Oak, Harvard, H.D. Smith, McKesson, Morris & Dickerson, or WBAD or their subsidiaries; and all dispensers of drugs (including hospitals and independent pharmacies) in the State Damages Jurisdictions that purchased one or more of the Drugs at Issue from any source other than the manufacturer Defendants from January 1, 2010 through the present.

> This class excludes:
> > (a) Defendants, their officers, directors, management, employees, subsidiaries, and affiliates;
>
> > (b) entities owed in part by judges or justices involved in this action or any members of their immediate families;
>
> > (c) all pharmacies owned or operated by publicly traded companies; and
>
> > (d) all hospitals owned or operated by federal government entities and any other government entities named as parties in this MDL or in related actions styled *Connecticut, et al. v. Sandoz, et al.*, No. 3:20-cv-00802 (D. Conn.), *Connecticut, et al. v. Aurobindo, et al.*, No. 3:16-cv-02056 (D. Conn.), and *Connecticut, et al. v. Teva, et al.*, No. 3:19-cv-00710 (D. Conn.).

3. The Court finds that the proposed claim form (attached as Exhibit 1 to the Hudson Declaration in support of the Allocation Plan Motion), and the proposed method of dissemination of notice to file the claim form as laid out in the Allocation Plan Motion satisfy the requirements of Rule 23(e) and due process, are otherwise fair and reasonable, and therefore are approved.

4. Settlement Class Counsel, through Epiq Systems, Inc., shall cause the short form notice substantially in the form attached in Exhibit 1 to the Declaration of Cameron R. Azari, Esq. Regarding Notice Program to be disseminated within 30 days following the date of the entry of this Order, and will, as quickly as possible, update the settlement website with the claim form.

5. The plan of allocation is approved pending final review during a fairness hearing.

6. Epiq Systems, Inc. is designated to be the Settlement Administrator and Claims Administrator for the Settlement.

7. A fairness hearing on final approval of the IRPs/Breckenridge Settlement shall be set for **November 17, 2026 at 11:00 a.m.** in Courtroom 12A of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

It is so **ORDERED.**

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

**CYNTHIA M. RUFE, J.**