**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION<br><br><br>THIS DOCUMENT RELATES TO:<br>*Humana Inc. v. Actavis Elizabeth et al.* | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE<br><br><br>Civil Action No.<br>18-CV-3299-CMR |

**O R D E R**

**AND NOW,** this 9th day of April, 2026, it is hereby **ORDERED** that the Epic

Pharma's Memorandum In Support of Epic Pharma's Motion For Summary Judgment [MDL

Doc. No. 4254; 18-cv-3299 Doc. No. 505] in support of Epic Pharma's Motion For Summary

Judgment [MDL Doc. No. 4193; Doc. No. 460 in 18-cv-3299] **SHALL** be deemed filed *nunc

pro tunc.*

The Memorandum In Support of Epic Pharma's Motion For Summary Judgment is

deemed filed as of March 26, 2026.

It is so **ORDERED**.

BY THE COURT:

**/s/ Cynthia M. Rufe, J.**

**CYNTHIA M. RUFE, J.**

1