**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL NO. 2724** |
| | **16-MD-2724** |
| **THIS DOCUMENT RELATES TO:** | **HON. CYNTHIA M. RUFE** |
| *ALL ACTIONS* | |

**PRETRIAL ORDER NO. 336**
**CASE MANAGEMENT ORDER REGARDING CERTIFICATIONS FOR PRIOR RULINGS AND ISSUE PRESERVATION**

**AND NOW,** this 9th day of April 2026, it is hereby **ORDERED** that, as of the date of this PTO, all motions and supporting briefs in this MDL shall contain a list of prior MDL rulings of this Court regarding the same issues raised or implicated by the motion. It is further **ORDERED** as follows:

1. References to prior rulings shall include the MDL docket and document number, as well as other dockets and document numbers, of the prior rulings for the relevant Memorandum Opinions and/or Orders.

2. If the requested relief seeks a result that differs from or is contrary to the prior ruling, the motion's supporting briefs shall state the basis for the requested difference.

3. If the reasons for raising the issue do not differ from those previously offered and rejected and are not based on new or different arguments or a change of law, the motion may include the prior, rejected legal argument by reference without repeating it and, thus, preserve the issue for possible appeal.

4. Counsel **SHALL** submit a certification along with the list of prior MDL rulings confirming that counsel have reviewed this Court's previous orders and opinions in this MDL to identify relevant or controlling opinions.

5. If counsel believes there are no such rulings, Counsel **SHALL** submit a certification that a review of the MDL has been conducted and there are no relevant rulings to the requested relief.

It is so **ORDERED.**

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

**CYNTHIA M. RUFE, J.**