**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL NO. 2724** |
| | **16-MD-2724** |
| **THIS DOCUMENT RELATES TO:** | **HON. CYNTHIA M. RUFE** |
| *ALL ACTIONS* | |

**PRETRIAL ORDER NO. 337**
**CASE MANAGEMENT ORDER REGARDING SUMMARY JUDGMENT, *DAUBERT*,
MOTIONS TO DISMISS, AND SIMILARLY SITUATED MOTIONS**

**AND NOW,** this 9th day of April 2026, it is hereby **ORDERED** that, as of the date of this order, not less than fourteen days prior to filing motions and supporting briefs for and against summary judgment, *Daubert* motions to exclude expert testimony, motions to dismiss, and similarly situated motions, parties likely to seek similar relief **SHALL** meet and confer with their co-parties to ascertain if they are raising similar or identical issues, and if so, determine how and if their motions can be consolidated or filed jointly. All motions and supporting briefs subject to this PTO **SHALL** include certification by counsel that they have complied with this PTO, the date a meet-and-confer occurred, and the parties to the meet-and-confer.

If counsel believes there are no co-parties with whom they must meet and confer, counsel **SHALL** submit a certification alongside any motion or supporting brief subject to this PTO that there are no such parties with whom to consolidate, jointly file, or streamline litigation.

It is so **ORDERED.**

**BY THE COURT:**

 **/s/ Cynthia M. Rufe**

**CYNTHIA M. RUFE, J.**