**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL NO. 2724**<br>**16-MD-2724**<br>**HON. CYNTHIA M. RUFE** |
| **THIS DOCUMENT RELATES TO:**<br><br>*ALL ACTIONS* | |

**PRETRIAL ORDER NO. 338
(SPECIAL DISCOVERY MASTER FEES)**

**AND NOW**, this 9th day of April, 2026, upon consideration of the applications for fees and costs incurred by Special Discovery Master Lawrence Stengel for the months of November through December 2025, which were submitted to the Court and Liaison Counsel pursuant to Pretrial Order No. 49, and finding that the work, fees and costs reflected thereon are "reasonably necessary" for the fulfillment of the Special Discovery Master's duties, and without objection from counsel, it is hereby **ORDERED** that the applications for fees and costs are **APPROVED** in full in the amount of $68,655.00. Plaintiffs and Defendants shall each make payment of their respective shares of the approved amount directly to the Special Discovery Master.

Plaintiff and Defendants are also **ORDERED** to pay their respective shares of the outstanding balance of fees to Special Master Stengel in the amount of $129,650.53 forthwith.

**BY THE COURT**:

**/s/ Cynthia M. Rufe**

_____

**CYNTHIA M. RUFE, J.**