# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724 16-md-2724-CMR |
| This Document Relates to: *American Airlines, Inc. et al. v. Actavis Holdco U.S., Inc., et al.* | Individual Case No. 24-1430 |

## ORDER

AND NOW, this 4th day of May, 2026, upon consideration of the six motions to dismiss filed individually and jointly by several Defendants, it is hereby ordered as follows:

- Sandoz AG's Motion to Dismiss, Doc. No. 46 is DENIED.

- Novartis AG's Motion to Dismiss, Doc. No. 48 is DENIED.

- Defendants' Joint Motion to Dismiss, Doc. No. 65 is DENIED in part. The motions of Emcure Pharmaceuticals and Strides Pharma, Inc. to dismiss the complaint are GRANTED. Plaintiffs are granted leave to file an amended complaint within the terms of the Court's memorandum no later than twenty-one days from the date of this order.

- Defendants' Joint Motion to Dismiss, Doc. No. 66 is DENIED.

- The Motion to Dismiss of Amneal Pharmaceutical Inc. and Amneal Pharmaceutical Plaintiffs' Bethanechol Chloride Claims, Doc. No. 76, is DENIED.

- The Motion of West-Ward Pharmaceuticals and Roxane to Dismiss, Doc. No. 81, is GRANTED without prejudice. Plaintiffs are granted leave to file an amended complaint within the terms of the Court's memorandum no later than twenty-one days from the date of this order.

- Mayne Pharma Inc.'s Motion to Dismiss, Doc No. 83 is DENIED.

- All parties who moved to seal the amended complaint, the motions to dismiss and related filings adjudicated in this memorandum opinion must how good cause for keeping them from public view within fourteen (14) days of the date of this order.

It is so **ORDERED**.

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

**CYNTHIA M. RUFE, J.**