IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| | HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO: | |
| Molina Healthcare, Inc. v. Actavis Elizabeth, LLC | No. 20-695 |
| Humana Inc. v. Actavis Elizabeth, LLC | No. 18-3299 |
| Humana Inc. v. Actavis Elizabeth LLC | No. 19-4862 |
| Humana Inc. v. Actavis Elizabeth LLC | No. 20-6303 |

**ORDER**

AND NOW, this 13th day of May, 2026, Defendants' motion to certify th

Court's March 9, 2026, order denying disqualification of Plaintiffs' counsel W. Joseph

Nielsen and the law firm of Lower Dannenberg P.C. for interlocutory appeal pursuant

to 28 U.S.C. 1292(b) will be DENIED.

It is so ORDERED.

May 13, 2026

BY THE COURT:

/s/ Cynthia M. Rufe

_____

CYNTHIA M. RUFE, J.