# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS** **PRICING ANTITRUST LITIGATION** | **MDL 2724** **16-MD-2724** |
| **THIS DOCUMENT RELATES TO:** | **HON. CYNTHIA M. RUFE** |
| *Humana Inc. v. Actavis Elizabeth LLC, et al.* | **2:18-cv-03299** |

## ORDER

AND NOW, this 26th day of May 2026, upon consideration of Defendants' Motion to Strike Portions of the Rebuttal Reports of W. David Bradford, William Vogt, and Richard Frank or, in the Alternative, for Leave to File Limited Reply Expert Reports in Response, [18-cv-03299, Doc. No. 432; 16-md-2724, Doc. No. 4163] the Plaintiff's opposition, and Defendants' reply, it is hereby ORDERED that the motion is DENIED.

It is so **ORDERED**.

**BY THE COURT:**

**/s/ Cynthia M. Rufe**
**CYNTHIA M. RUFE, J.**