## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL 2724** <br> **16-MD-2724** |
| | **HON. CYNTHIA M. RUFE** |
| **THIS DOCUMENT RELATES TO:** | |
| ***CVS Pharmacy, Inc. v. Actavis Elizabeth LLC, et al.*** | **20-CV-6310** |

## ORDER

**AND NOW**, this 11th day of June, 2026, upon consideration of the Plaintiff CVS Pharmacy, Inc.'s Motion to Compel Production of Documents[1] the response thereto, the Report and Recommendation of Special Master Lawrence F. Stengel, and the objections to the report[2] and the response to the objections[3] it is hereby

**ORDERED** that the Report and Recommendation to the Court Resolving Plaintiff CVS Pharmacy, Inc.'s, Motion To Compel Document Production[4] is Approved and Adopted.

---

[1] 20-cv-6310, Doc. No. 259.

[2] 20-cv-6310, Doc. No. 301.

[3] 20-cv-6310, Doc. No. 304.

[4] 20-cv-6310, Doc. No. 298.

It is **FURTHER ORDERED** that the Defendants shall respond to CVS Pharmacy, Inc.'s narrowed requests for production as to 50 additional drugs, and the Defendants shall meet and confer with the Plaintiff to resolve any open issues related to those requests.

It is **SO ORDERED.**

BY THE COURT:

____s/Cynthia M. Rufe, Hon._____
CYNTHIA M. RUFE, J.