# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-md-2724-CMR |
| This Document Relates to:<br><br>*American Airlines, Inc. et al. v. Actavis Holdco U.S., Inc., et al.* | Individual Case No.<br>24-1430 |

## ORDER

**AND NOW**, this 25th day of June 2026, upon consideration of Defendant Sandoz AGs' Motion to Reconsider the Court's Order Denying its Motion to Dismiss or, in the Alternative, Motion to Certify Order for Interlocutory Appeal Under 28 U.S.C. §1292(b),[1] Plaintiffs' response thereto,[2] and Sandoz AG's reply,[3] the motion is **DENIED** in full.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____

CYNTHIA M. RUFE, J.

---

[1] 24-cv-1430, Doc. No. 190.
[2] 24-cv-1430, Doc. No. 196.
[3] 24-cv-1430, Doc. No. 198.