**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL No. 2724<br>16-MD-2724<br>HON. CYNTHIA RUFE |
| THIS DOCUMENT RELATES TO:<br><br>*HUMANA INC. V. ACTAVIS ELIZABETH, LLC, ET AL.* | 18-cv-3299 |

**DEFENDANT TEVA PHARMACEUTICALS USA, INC.'S MOTION *IN LIMINE* TO PRECLUDE REFERENCES TO TEVA AS AN ISRAELI COMPANY**

Pursuant to Pretrial Order No. 340 (16-md-2724, Doc. 4570; 18-cv-3299, Doc. 685), Defendant Teva Pharmaceuticals USA, Inc. ("Teva") hereby moves under Federal Rules of Evidence 401, 402, and 403 to preclude Humana's counsel from making references in argument or questioning relating to the fact that Teva is an Israeli company (the "Motion"). In support of its Motion, Teva relies on the accompanying sealed Memorandum of Law in Support of this Motion, which is incorporated herein by reference.

Dated:   July 22, 2026

Respectfully submitted,

*/s/ Sheron Korpus*
Sheron Korpus
Seth A. Moskowitz
Seth Davis
KASOWITZ LLP
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800
skorpus@kasowitz.com
smoskowitz@kasowitz.com
sdavis@kasowitz.com

*Counsel for Defendant Teva Pharmaceuticals USA, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2026, I caused a copy of the foregoing to be filed through the Court's CM/ECF system, which will serve all counsel of record.

*/s/ Sheron Korpus*
Sheron Korpus