**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL NO. 2724**<br><br>**16-MD-2724**<br>**HON. CYNTHIA M. RUFE** |
| **THIS DOCUMENT RELATES TO:**<br><br>***Humana Inc. v. Actavis Elizabeth LLC, et al.*** | **18-CV-03299** |

**ORDER**

**AND NOW,** this 27th day of July 2026, upon consideration of Humana Inc.'s Motion for Partial Summary Judgment as to the Violation Element of Counts 16, 17, 20, 21, 22, 25, 31, 32, 35, 81, 82, 85 [MDL Doc. No. 4180; 18cv3299 Doc. No. 448], and the responses thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion is **GRANTED** as follows:

1. The Motion is **GRANTED** as to Counts 81, 82, and 85. Humana is granted partial summary judgment on the violation elements of its Sherman Antitrust Act and state antitrust law claims as to pravastatin against Teva Pharmaceuticals USA, Inc.
2. The Motion is **DISMISSED as moot** as to Sandoz Inc.
3. The Motion is **DISMISSED without prejudice** as to Glenmark Pharmaceuticals Inc. and Taro Pharmaceuticals USA, Inc.

It is so **ORDERED.**

**BY THE COURT:**

**/s/ Cynthia M. Rufe, J.**

**CYNTHIA M. RUFE, J.**