**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL NO. 2724**<br>**16-MD-2724**<br>**HON. CYNTHIA M. RUFE** |
| **THIS DOCUMENT RELATES TO:**<br>***Humana Inc. v. Actavis Elizabeth, LLC, et al.*** | **18-cv-3299** |

**ORDER**

**AND NOW,** this 28th day of July 2026, upon careful consideration of Defendants' joint motion to exclude the opinions and testimony of W. David Bradford, Ph.D. (the "Motion"), the responses and replies thereto, the reports of Dr. Bradford and Defendants' experts, the oral argument held on June 4, 2026, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion [18-cv-3299, Doc. No. 445; 16-md-2724, Doc. No. 4176] is **DENIED**.

It is so **ORDERED**.

**BY THE COURT**:

**/s/ Cynthia M. Rufe**

**CYNTHIA M. RUFE, J.**