IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL No. 2724 <br> 16-MD-2724 |
| | HON. CYNTHIA M. RUFE |
| This Document Relates to: <br><br> *Humana Inc. v. Actavis Elizabeth LLC, et al.* | 18-CV-03299 |

**HUMANA'S**
**PROPOSED VERDICT FORM[1]**

---

[1] *Humana reserves its rights to amend, supplement, modify, or withdraw the language set forth herein based on changed circumstances, including but not limited to additional settlements and resolutions of pending and forthcoming motions.*

**VERDICT FORM**

*SECTION A.1 - Baclofen*

1. Did the following Defendants participate in a conspiracy to raise or maintain prices or allocate customers for Baclofen?

   Lannett          YES _____          NO _____

   Teva             YES _____          NO _____

*(If your answer to Question 1 is "Yes" for at least one Defendant, proceed to Question 2. If your answer to Question 1 is "No" for all Defendants, go to Section A.4.)*

2. Did this conspiracy cause Humana to pay more for Baclofen than it would have paid without the conspiracy?

   YES _____          NO _____

*(If your answer to Question 2 is "Yes," proceed to Question 3. If your answer to Question 2 is "No," go to Section A.4.)*

3. What is your estimate of the total overcharge damages to Humana caused by the Baclofen conspiracy?

   Direct Purchase Damages:    $ _____(write in numbers)

   Indirect Purchase Damages:

       Group A States $ _____(write in numbers)

2

Group B States $ _____(write in numbers)

Group C States $ _____(write in numbers)

Group D States $ _____(write in numbers)

*(Proceed to Question 4.)*

4. Was the violation you found above for Baclofen flagrant?

YES _____          NO _____

*(Proceed to Question 5.)*

5. Was the violation you found above for Baclofen committed knowingly?

YES _____          NO _____

*(Proceed to Question 6.)*

6. Certain states allow you to determine a number by which any damages you awarded in those states will be multiplied. For those states, what multiplier (between 1 and 3) should apply?

Multiplier (between 1 and 3): _____

*SECTION A.2 – Benazepril HCTZ*

1. Did the following Defendant participate in a conspiracy to raise or maintain prices or allocate customers for Benazepril HCTZ?

Mylan                    YES _____                    NO _____

*(If your answer to Question 1 is "Yes" for at least one Defendant, proceed to Question 2. If your answer to Question 1 is "No" for all Defendants, go to Section A.5.)*

2. Did this conspiracy cause Humana to pay more for Benazepril HCTZ than it would have paid without the conspiracy?

YES _____                    NO _____

*(If your answer to Question 2 is "Yes," proceed to Question 3. If your answer to Question 2 is "No," go to Section A.5.)*

3. What is your estimate of the total overcharge damages to Humana caused by the Benazepril HCTZ conspiracy?

Direct Purchase Damages:    $ _____(write in numbers)

Indirect Purchase Damages:

    Group A States: $ _____(write in numbers)

    Group B States: $ _____(write in numbers)

    Group C States: $ _____(write in numbers)

Group D States: $ _____(write in numbers)

*(Proceed to Question 4.)*

4.  Was the violation you found above for Benazepril HCTZ flagrant?

YES _____          NO _____

*(Proceed to Question 5.)*

5.  Was the violation you found above for Benazepril HCTZ committed knowingly?

YES _____          NO _____

*(Proceed to Question 6.)*

6.  Certain states allow you to determine a number by which any damages you awarded in those states will be multiplied. For those states, what multiplier (between 1 and 3) should apply?

Multiplier (between 1 and 3): _____

*SECTION A.3 – Clobetasol*

1.  Did the following Defendant participate in a conspiracy to raise or maintain prices or allocate customers for Clobetasol?

    Actavis                    YES _____                    NO _____

*(If your answer to Question 1 is "Yes" for at least one Defendant, proceed to Question 2. If your answer to Question 1 is "No" for all Defendants, go to Section A.6.)*

2.  Did this conspiracy cause Humana to pay more for Clobetasol than it would have paid without the conspiracy?

    YES _____                    NO _____

*(If your answer to Question 2 is "Yes," proceed to Question 3. If your answer to Question 2 is "No," go to Section A.6.)*

3.  What is your estimate of the total overcharge damages to Humana caused by the Clobetasol conspiracy?

    Direct Purchase Damages:    $ _____(write in numbers)

    Indirect Purchase Damages:

        Group A States: $ _____(write in numbers)

        Group B States: $ _____(write in numbers)

        Group C States: $ _____(write in numbers)

Group D States: $ _____(write in numbers)

*(Proceed to Question 4.)*

4. Was the violation you found above for Clobetasol flagrant?

YES _____              NO _____

*(Proceed to Question 5.)*

5. Was the violation you found above for Clobetasol committed knowingly?

YES _____              NO _____

*(Proceed to Question 5.)*

6. Certain states allow you to determine a number by which any damages you awarded in those states will be multiplied. For those states, what multiplier (between 1 and 3) should apply?

Multiplier (between 1 and 3): _____

*SECTION A.4 – Clomipramine*

1. Did the following Defendant participate in a conspiracy to raise or maintain prices or allocate customers for Clomipramine?

Mylan                    YES _____                    NO _____

*(If your answer to Question 1 is "Yes" for at least one Defendant, proceed to Question 2. If your answer to Question 1 is "No" for all Defendants, go to Section A.7.)*

2. Did this conspiracy cause Humana to pay more for Clomipramine than it would have paid without the conspiracy?

YES _____                    NO _____

*(If your answer to Question 2 is "Yes," proceed to Question 3. If your answer to Question 2 is "No," go to Section A.7.)*

3. What is your estimate of the total overcharge damages to Humana caused by the Clomipramine conspiracy?

Direct Purchase Damages:    $ _____(write in numbers)

Indirect Purchase Damages:

Group A States: $ _____(write in numbers)

Group B States: $ _____(write in numbers)

Group C States: $ _____(write in numbers)

Group D States: $ _____(write in numbers)

*(Proceed to Question 4.)*

4. Was the violation you found above for Clomipramine flagrant?

YES _____            NO _____

*(Proceed to Question 5.)*

5. Was the violation you found above for Clomipramine committed knowingly?

YES _____            NO _____

*(Proceed to Question 6.)*

6. Certain states allow you to determine a number by which any damages you awarded in those states will be multiplied. For those states, what multiplier (between 1 and 3) should apply?

Multiplier (between 1 and 3): _____

*SECTION A.5 – Digoxin*

1. Did the following Defendants participate in a conspiracy to raise or maintain prices or allocate customers for Digoxin?

   Impax                  YES _____                  NO _____

   Lannett                YES _____                  NO _____


*(If your answer to Question 1 is "Yes" for at least one Defendant, proceed to Question 2. If your answer to Question 1 is "No" for all Defendants, go to Section A.9.)*


2. Did this conspiracy cause Humana to pay more for Digoxin than it would have paid without the conspiracy?

   YES _____                  NO _____

*(If your answer to Question 2 is "Yes," proceed to Question 3. If your answer to Question 2 is "No," go to Section A.9.)*


3. What is your estimate of the total overcharge damages to Humana caused by the Digoxin conspiracy?

   Direct Purchase Damages:   $ _____(write in

numbers)

   Indirect Purchase Damages:

   Group A States: $ _____(write in numbers)

   Group B States: $ _____(write in numbers)

   Group C States: $ _____(write in numbers)

Group D States: $ _____(write in numbers)

*(Proceed to Question 4.)*

4. Was the violation you found above for Digoxin flagrant?

    YES _____            NO _____

*(Proceed to Question 5.)*

5. Was the violation you found above for Digoxin committed knowingly?

    YES _____            NO _____

*(Proceed to Question 6.)*

6. Certain states allow you to determine a number by which any damages you awarded in those states will be multiplied. For those states, what multiplier (between 1 and 3) should apply?

    Multiplier (between 1 and 3): _____

*SECTION A.6 – Divalproex*

1.  Did the following Defendant participate in a conspiracy to raise or maintain prices or allocate customers for Divalproex?

    Mylan                    YES _____                    NO _____

*(If your answer to Question 1 is "Yes" for at least one Defendant, proceed to Question 2. If your answer to Question 1 is "No" for all Defendants, go to Section A.10.)*

2.  Did this conspiracy cause Humana to pay more for Divalproex than it would have paid without the conspiracy?

    YES _____                    NO _____

*(If your answer to Question 2 is "Yes," proceed to Question 3. If your answer to Question 2 is "No," go to Section A.10.)*

3.  What is your estimate of the total overcharge damages to Humana caused by the Divalproex conspiracy?

    Direct Purchase Damages:    $ _____(write in numbers)

    Indirect Purchase Damages:

    Group A States: $ _____(write in numbers)

    Group B States: $ _____(write in numbers)

    Group C States: $ _____(write in numbers)

Group D States: $ _____(write in numbers)

*(Proceed to Question 4.)*

4.  Was the violation you found above for Divalproex flagrant?

    YES _____          NO _____

*(Proceed to Question 5.)*

5.  Was the violation you found above for Divalproex committed knowingly?

    YES _____          NO _____

*(Proceed to Question 6.)*

6.  Certain states allow you to determine a number by which any damages you awarded in those states will be multiplied. For those states, what multiplier (between 1 and 3) should apply?

    Multiplier (between 1 and 3): _____

*SECTION A.7 – Doxycycline DR*

1. Did the following Defendants participate in a conspiracy to raise or maintain prices or allocate customers for Doxycycline DR?

Mayne           YES _____           NO _____

Mylan            YES _____           NO _____

*(If your answer to Question 1 is "Yes" for at least one Defendant, proceed to Question 2. If your answer to Question 1 is "No" for all Defendants, go to Section A.11.)*

2. Did this conspiracy cause Humana to pay more for Doxycycline DR than it would have paid without the conspiracy?

YES _____           NO _____

*(If your answer to Question 2 is "Yes," proceed to Question 3. If your answer to Question 2 is "No," go to Section A.11.)*

3. What is your estimate of the total overcharge damages to Humana caused by the Doxycycline DR conspiracy?

Direct Purchase Damages:  $ _____(write in numbers)

Indirect Purchase Damages:

       Group A States: $ _____(write in numbers)

       Group B States: $ _____(write in numbers)

       Group C States: $ _____(write in numbers)

Group D States: $ _____(write in numbers)

*(Proceed to Question 4.)*

4.  Was the violation you found above for Doxycycline DR flagrant?

YES _____          NO _____

*(Proceed to Question 5.)*

5.  Was the violation you found above for Doxycycline DR committed knowingly?

YES _____          NO _____

*(Proceed to Question 6.)*

6.  Certain states allow you to determine a number by which any damages you awarded in those states will be multiplied. For those states, what multiplier (between 1 and 3) should apply?

Multiplier (between 1 and 3): _____

*SECTION A.8 – Fluocinonide*

1. Did the following Defendants participate in a conspiracy to raise or maintain prices or allocate customers for Fluocinonide?

   Actavis                YES _____                NO _____

   Teva                   YES _____                NO _____

*(If your answer to Question 1 is "Yes" for at least one Defendant, proceed to Question 2. If your answer to Question 1 is "No" for all Defendants, go to Section A.13.)*

2. Did this conspiracy cause Humana to pay more for Fluocinonide than it would have paid without the conspiracy?

   YES _____                NO _____

*(If your answer to Question 2 is "Yes," proceed to Question 3. If your answer to Question 2 is "No," go to Section A.13.)*

3. What is your estimate of the total overcharge damages to Humana caused by the Fluocinonide conspiracy?

   Direct Purchase Damages:    $ _____(write in numbers)

   Indirect Purchase Damages:

       Group A States: $ _____(write in numbers)

       Group B States: $ _____(write in numbers)

       Group C States: $ _____(write in numbers)

16

Group D States: $ _____(write in numbers)

*(Proceed to Question 4.)*

4. Was the violation you found above for Fluocinonide flagrant?

YES _____          NO _____

*(Proceed to Question 5.)*

5. Was the violation you found above for Fluocinonide committed knowingly?

YES _____          NO _____

*(Proceed to Question 5.)*

6. Certain states allow you to determine a number by which any damages you awarded in those states will be multiplied. For those states, what multiplier (between 1 and 3) should apply?


Multiplier (between 1 and 3): _____

*SECTION A.9 – Levothyroxine*

1.  Did the following Defendants participate in a conspiracy to raise or maintain prices or allocate customers for Levothyroxine?

    Lannett                    YES _____                    NO _____

    Mylan                      YES _____                    NO _____

*(If your answer to Question 1 is "Yes" for at least one Defendant, proceed to Question 2. If your answer to Question 1 is "No" for all Defendants, go to Section A.15.)*

2.  Did this conspiracy cause Humana to pay more for Levothyroxine than it would have paid without the conspiracy?

    YES _____                    NO _____

*(If your answer to Question 2 is "Yes," proceed to Question 3. If your answer to Question 2 is "No," go to Section A.15.)*

3.  What is your estimate of the total overcharge damages to Humana caused by the Levothyroxine conspiracy?

    Direct Purchase Damages:    $ _____(write in numbers)

    Indirect Purchase Damages:

        Group A States: $ _____(write in numbers)

        Group B States: $ _____(write in numbers)

        Group C States: $ _____(write in numbers)

18

Group D States: $ _____(write in numbers)

*(Proceed to Question 4.)*

4.  Was the violation you found above for Levothyroxine flagrant?

    YES _____            NO _____

*(Proceed to Question 5.)*

5.  Was the violation you found above for Levothyroxine committed knowingly?

    YES _____            NO _____

*(Proceed to Question 6.)*

6.  Certain states allow you to determine a number by which any damages you awarded in those states will be multiplied. For those states, what multiplier (between 1 and 3) should apply?

    Multiplier (between 1 and 3): _____

*SECTION A.10 – Lidocaine Ointment*

1. Did at least two Defendants participate in a conspiracy to raise or maintain prices or allocate customers for Lidocaine Ointment?

   YES _____          NO _____

*(If your answer to Question 1 is "Yes" for at least one Defendant, proceed to Question 2. If your answer to Question 1 is "No" for all Defendants, go to Section A.16.)*

2. Did this conspiracy cause Humana to pay more for Lidocaine Ointment than it would have paid without the conspiracy?

   YES _____          NO _____

*(If your answer to Question 2 is "Yes," proceed to Question 3. If your answer to Question 2 is "No," go to Section A.16.)*

3. What is your estimate of the total overcharge damages to Humana caused by the Lidocaine Ointment conspiracy?

   Direct Purchase Damages:    $ _____(write in numbers)

   Indirect Purchase Damages:

   Group A States: $ _____(write in numbers)

   Group B States: $ _____(write in numbers)

   Group C States: $ _____(write in numbers)

Group D States: $ _____(write in numbers)

*(Proceed to Question 4.)*

4.  Was the violation you found for Lidocaine Ointment flagrant?

YES _____          NO _____

*(Proceed to Question 5.)*

5.  Was the violation you found above for Lidocaine Ointment committed knowingly?

YES _____          NO _____

*(Proceed to Question 5.)*

6.  Certain states allow you to determine a number by which any damages you awarded in those states will be multiplied. For those states, what multiplier (between 1 and 3) should apply?

Multiplier (between 1 and 3): _____

*SECTION A.11 – Pravastatin*

1. Did the following Defendant participate in a conspiracy to raise or maintain prices or allocate customers for Pravastatin?

Teva                    YES _____                    NO _____

*(If your answer to Question 1 is "Yes" for at least one Defendant, proceed to Question 2. If your answer to Question 1 is "No" for all Defendants, go to Section A.19.)*

2. Did this conspiracy cause Humana to pay more for Pravastatin than it would have paid without the conspiracy?

YES _____                    NO _____

*(If your answer to Question 2 is "Yes," proceed to Question 3. If your answer to Question 2 is "No," go to Section A.19.)*

3. What is your estimate of the total overcharge damages to Humana caused by the Pravastatin conspiracy?

Direct Purchase Damages:    $ _____(write in numbers)

Indirect Purchase Damages:

Group A States: $ _____(write in numbers)

Group B States: $ _____(write in numbers)

Group C States: $ _____(write in numbers)

22

Group D States: $ _____(write in numbers)

*(Proceed to Question 4.)*

4.  Was the violation you found above for Pravastatin flagrant?

YES _____          NO _____

*(Proceed to Question 5.)*

5.  Was the violation you found above for Pravastatin committed knowingly?

YES _____          NO _____

*(Proceed to Question 6.)*

6.  Certain states allow you to determine a number by which any damages you awarded in those states will be multiplied. For those states, what multiplier (between 1 and 3) should apply?

Multiplier (between 1 and 3): _____

*SECTION A.12 – Propranolol*

1. Did the following Defendants participate in a conspiracy to raise or maintain prices or allocate customers for Propranolol?

    Actavis                   YES _____                      NO _____

    Breckenridge           YES _____                      NO _____

    Mylan                    YES _____                      NO _____

    Teva                     YES _____                      NO _____


*(If your answer to Question 1 is "Yes" for at least one Defendant, proceed to Question 2. If your answer to Question 1 is "No" for all Defendants, go to Section A.20.)*


2. Did this conspiracy cause Humana to pay more for Propranolol than it would have paid without the conspiracy?

    YES _____                     NO _____

*(If your answer to Question 2 is "Yes," proceed to Question 3. If your answer to Question 2 is "No," go to Section A.20.)*


3. What is your estimate of the total overcharge damages to Humana caused by the Propranolol conspiracy?

    Direct Purchase Damages:     $ _____(write in

numbers)

    Indirect Purchase Damages:

        Group A States: $ _____(write in numbers)

Group B States: $ _____(write in numbers)

Group C States: $ _____(write in numbers)

Group D States: $ _____(write in numbers)

*(Proceed to Question 4.)*

4. Was the violation you found above for Propranolol flagrant?

   YES _____          NO _____

*(Proceed to Question 5.)*

5. Was the violation you found above for Propranolol committed knowingly?

   YES _____          NO _____

*(Proceed to Question 6.)*

6. Certain states allow you to determine a number by which any damages you awarded in those states will be multiplied. For those states, what multiplier (between 1 and 3) should apply?

   Multiplier (between 1 and 3): _____

*SECTION A.13 – Theophylline*

1. Did the following Defendant participate in a conspiracy to raise or maintain prices or allocate customers for Theophylline?

   Teva                    YES _____                    NO _____

*(If your answer to Question 1 is "Yes" for at least one Defendant, proceed to Question 2. If your answer to Question 1 is "No" for all Defendants, go to Section A.21.)*

2. Did this conspiracy cause Humana to pay more for Theophylline than it would have paid without the conspiracy?

   YES _____                    NO _____

*(If your answer to Question 2 is "Yes," proceed to Question 3. If your answer to Question 2 is "No," go to Section A.21.)*

3. What is your estimate of the total overcharge damages to Humana caused by the Theophylline conspiracy?

   Direct Purchase Damages:    $ _____(write in numbers)

   Indirect Purchase Damages:

   Group A States: $ _____(write in numbers)

   Group B States: $ _____(write in numbers)

   Group C States: $ _____(write in numbers)

26

Group D States: $ _____(write in numbers)

*(Proceed to Question 4.)*

4. Was the violation you found above for Theophylline flagrant?

YES _____        NO _____

*(Proceed to Question 5.)*

1. Was the violation you found above for Theophylline committed knowingly?

YES _____        NO _____

*(Proceed to Question 5.)*

5. Certain states allow you to determine a number by which any damages you awarded in those states will be multiplied. For those states, what multiplier (between 1 and 3) should apply?

Multiplier (between 1 and 3): _____

*SECTION B.1 – Overarching Conspiracy*

1.  Did the following Defendants participate in an overarching conspiracy to raise or
    maintain prices or allocate customers for the drugs at issue?

    | | | |
    |---|---|---|
    | Actavis | YES _____ | NO _____ |
    | Breckenridge | YES _____ | NO _____ |
    | Impax | YES _____ | NO _____ |
    | Lannett | YES _____ | NO _____ |
    | Mayne | YES _____ | NO _____ |
    | Mylan | YES _____ | NO _____ |
    | Teva | YES _____ | NO _____ |

*(If your answer to Question 1 is "Yes" for at least one Defendant, proceed to Question 2. If your answer to Question 1 is "No" for all Defendants, you may sign and date the verdict form)*

2.  Do you find that the Defendants fraudulently concealed their participation in the
    overarching conspiracy?

    YES _____          NO _____

*(If your answer to Question 2 is "No", proceed to Question 3.)*

3.  Was Humana on notice of the overarching conspiracy claim before the filing of the State
    Attorneys General's First Amended Complaint on October 1, 2017 in the District of
    Connecticut first publicly asserting an overarching conspiracy?

    YES _____          NO _____

29

*Please sign and date this verdict form.*

SO SAY WE ALL.

_____                    _____

Foreperson's Signature                                    Date