# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | : : : : : : | MDL NO. 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
| *CVS Pharmacy, Inc. v. Actavis Elizabeth LLC, et al.* | : : : | 20-CV-6310 |
| *County of Albany, et al. v. Actavis Holdco US, Inc., at al.* | : : : | 21-CV-1875 |
| *County of Westchester, et al. v. Actavis Holdco, US, Inc. et al.* | : : : | 21-CV-4474 |
| *Providence St. Joseph Health, et al. v. Actavis Holdco US, Inc., et al.* | : : : | 23-CV-3636 |
| *American Airlines, Inc. et al. v. Actavis Holdco, US, Inc. et al.* | : : : | 24-CV-1430 |
| *Walmart Inc. v. Actavis Elizabeth LLC, et al.* | : : : | 25-CV-1383 |
| *Southwest Airlines Co. v. Actavis Holdco, US, Inc. et al.* and | : : : | 25-CV-2951 |
| *AT&T Services, Inc., et al. v. Actavis Holdco US, Inc. et al.* | : | 25-CV-6772 |

## ORDER

**AND NOW**, this day of 10th, day of August, 2026, upon consideration of

Plaintiffs' Motion for Leave to File their Response to Nisha Patel's Objections to

Special Master Stengel's Report and Recommendation to Grant Plaintiffs' Motion to Compel Under Seal [MDL Doc. No 4806], it is hereby ORDERED that the Motion is DISMISSED as moot.[1]

It is **SO ORDERED.**

**BY THE COURT:**

**/s/ Hon. Cynthia M. Rufe**

_____

**HON. CYNTHIA M. RUFE, J.**

---

[1]Both Nisha Patel's objections to Special Master Stengel's Report and Recommendation and the Plaintiffs' response thereto were considered before the issuance of the order adopting the Report and Recommendation [MDL Doc. No. 4833].