**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL NO. 2724**<br>**16-MD-2724**<br>**HON. CYNTHIA M. RUFE** |
| **THIS DOCUMENT RELATES TO:**<br><br>***Humana Inc. v. Actavis Elizabeth, LLC, et al.*** | **18-cv-3299** |

**ORDER**

**AND NOW,** this 11th day of August 2026, upon careful consideration of Defendants' Motion to Exclude the Opinions and Testimony of William B. Vogt, Ph.D.; the responses and replies thereto; the after oral argument held on June 4, 2026; and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendants' motion to partially exclude the opinions of William B. Vogt, Ph.D. [18-cv-3299, Doc. No. 446; 16-md-2724, Doc. No. 4181] is **GRANTED in part** and **DENIED in part** as follows:

1. The motion to exclude is **GRANTED** to exclude (1) references to causation in paragraphs 6, 24, and 64 of his opening report and (2) damages estimates pertaining to Ohio and Indiana that are listed in Table 4 of his opening report.
2. The motion to exclude is **DENIED** in all other respects.

It is so **ORDERED**.

**BY THE COURT**:

**/s/ Cynthia M. Rufe, J.**

**CYNTHIA M. RUFE, J.**