**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724 16-MD-2724 |
| THIS DOCUMENT RELATES TO: | HON. CYNTHIA M. RUFE |
| *Humana Inc. v. Actavis Elizabeth, LLC, et al.* | 2:18-cv-03299 |

**STIPULATION RESOLVING TEVA PHARMACEUTICAL USA,
INC.'S MOTION *IN LIMINE* TO PRECLUDE REFERENCES TO
TEVA AS AN ISRAELI COMPANY**

Plaintiff Humana Inc. ("Humana") and Teva Pharmaceuticals USA, Inc. ("Teva"), by

and through the undersigned counsel, hereby stipulate to the following:

**WHEREAS,** Teva filed a motion in limine to preclude references to Teva as an Israeli

company (*see* ECF No. 797; MDL ECF No. 4755) (the "Motion");

**WHEREAS**, Humana and Teva wish to resolve the Motion;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and

among the undersigned counsel, that Humana's counsel will not make references in argument or

questioning relating to the fact that Teva is an Israeli company.  However, nothing in this

stipulation should limit in any way Humana's ability to use Teva documents at trial, including if

the fact that Teva is an Israeli company can be adduced from the document.

**IT IS SO STIPULATED.**

-1-

Dated: August 12, 2026

Respectfully submitted,

/s/ W. Joseph Nielsen
Peter D. St. Phillip, Jr.
W. Joseph Nielsen
Raymond P. Girnys
Noelle Ruggiero
Uriel Rabinovitz
Deborah Rogozinski
Alexis H. Castillo
Thomas Griffith
LOWEY DANNENBERG, P.C.
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel. (914) 997-0500
pstphillip@lowey.com
jnielsen@lowey.com
rgirnys@lowey.com
nruggiero@lowey.com
urabinovitz@lowey.com
drogozinski@lowey.com
acastillo@lowey.com
tgriffith@lowey.com

Matthew A. Cartwright
LOWEY DANNENBERG, P.C.
100 Front Street, Suite 520
West Conshohocken, PA 19428
mcartwright@lowey.com

Todd Schneider
J. Caleigh Macdonald
David D. Burnett
SCHNEIDER WALLACE COTTRELL KIM LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Tel. 415-421-7100
tschneider@schneiderwallace.com
jmacdonald@schneiderwallace.com
dburnett@schneiderwallace.com

Jason H. Kim
SCHNEIDER$^2$ WALLACE COTTRELL KIM LLP
300 S. Grand Ave., Suite 2700
Los Angeles, CA 90071
Tel. 415-421-7100
jkim@schneiderwallace.com

*Counsel for Plaintiff Humana Inc.*

/s/ Seth A. Moskowitz
Seth Davis
Sheron Korpus
Seth A. Moskowitz

KASOWITZ LLP
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800
skorpus@kasowitz.com
smoskowitz@kasowitz.com
sdavis@kasowitz.com
dmax@kasowitz.com

*Counsel for Teva Pharmaceuticals USA, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on August 12, 2026, with a copy of this document via the Court's CM/ECF System.

Respectfully submitted,

*/s/ Seth Moskowitz*
Seth Moskowitz