# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br><br>*Humana Inc. v. Actavis Elizabeth, LLC, et al.* | HON. CYNTHIA M. RUFE<br><br>2:18-cv-03299 |

**DECLARATION OF NOELLE RUGGIERO IN SUPPORT OF PLAINTIFF HUMANA INC.'S OPPOSITION TO (1) TRIAL DEFENDANTS' OMNIBUS JOINT MOTIONS *IN LIMINE*, (2) TEVA PHARMACEUTICALS USA, INC.'S MOTION *IN LIMINE* TO PRECLUDE EVIDENCE AND ARGUMENT CONCERNING TEVA'S DEFERRED PROSECUTION AGREEMENT, AND (3) LANNETT COMPANY, INC.'S MOTION *IN LIMINE* TO PRECLUDE HUMANA FROM INTRODUCING EVIDENCE OF LANNETT'S NEW CORPORATE OWNERSHIP**

I, Noelle Ruggiero, hereby declare, as follows:

1. Attached as **Opposition Ex. 1** is a true and correct copy of excerpts of the transcript of the deposition of Erika Jensen, February 10, 2026.

2. Attached as **Opposition Ex. 2** is a true and correct copy of the Declaration of Katarzyna Kozaczuk, U.S. Department of Justice Antitrust Division, May 18, 2026.

3. Attached as **Opposition Ex. 3** is a true and correct copy of excerpts of the transcript of the deposition of Christopher Bihari, June 1, 2023.

4. Attached as **Opposition Ex. 4** is a true and correct copy of excerpts of the transcript of the deposition of Anthony Thomassey, July 18, 2023.

5. Attached as **Opposition Ex. 5** is a true and correct copy of excerpts of the Memorandum of Interview for the United States Postal Service Office of Inspector General for Kevin Green, September 17, 2019 (GreenK2019-09-17-Redacted-001).

6. Attached as **Opposition Ex. 6** is a true and correct copy of a Lannett email from M. Allen to J. Adams, et al., December 5, 2013, Bates number LANNETT-CT-0000986.

7. Attached as **Opposition Ex. 7** is a true and correct copy of a Heritage email from L. Short to S. Cadigan, et al., January 15, 2015, Bates number HER-AS-000002655.

8. Attached as **Opposition Ex. 8** is a true and correct copy of a Sandoz email from A. Kellum to C. Pak, et al., May 1, 2013, Bates number SDZMDL-003359704, Plaintiffs' Deposition Exhibit 2501.

9. Attached as **Opposition Ex. 9** is a true and correct copy of a Rising email from P. Krauthauser, August 6, 2014, Bates number RISING-DOJ-0000089, Plaintiffs' Deposition Exhibit 2527.

10. Attached as **Opposition Ex. 10** is a true and correct copy of a 1006 Phone Record Summary of calls for Armando Kellum, Plaintiffs' Deposition Exhibit 10888.

11. Attached as **Opposition Ex. 11** is a true and correct copy of the Expert Report of Stacy M. Arruda, February 27, 2026.

12. Attached as **Opposition Ex. 12** is a true and correct copy of excerpts of the transcript of the deposition of Nisha Patel, August 14, 2024.

13. Attached as **Opposition Ex. 13** is a true and correct copy of excerpts of the transcript of the deposition of Robert Hoffman, July 27, 2022.

14. Attached as **Opposition Ex. 14** is a true and correct copy of excerpts of the transcript of the deposition of David Rekenthaler, April 9, 2025.

15. Attached as **Opposition Ex. 15** is a true and correct copy of excerpts of the transcript of the deposition of James Nesta, September 29, 2022.

16. Attached as **Opposition Ex. 16** is a true and correct copy of excerpts of the transcript of the deposition of Susan Knoblauch, July 26, 2022.

17. Attached as **Opposition Ex. 17** is a true and correct copy of a Lannett email from A. Bedrosian to J. Farber, October 24, 2013, Bates number LANNETT-CT-0238293.

18. Attached as **Opposition Ex. 18** is a true and correct copy of excerpts of the transcript of the deposition of Paul Dutra, August 28, 2023.

Dated: August 12, 2026

*/s/ Noelle Ruggiero*

**CERTIFICATE OF SERVICE**

I, Noelle Ruggiero, certify that on this date, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notice of the filing to all counsel of record, and parties may access the filing through the Court's system.

Dated: August 12, 2026

*/s/ Noelle Ruggiero*