**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL No. 2724<br>16-MD-2724<br>HON. CYNTHIA RUFE |
| THIS DOCUMENT RELATES TO:<br><br>*HUMANA INC. V. ACTAVIS ELIZABETH, LLC, ET AL.* | 18-cv-3299 |

## DECLARATION OF SETH A. MOSKOWITZ

I, Seth A. Moskowitz, submit this declaration in support of Trial Defendants'[1]

Memorandum of Law in Opposition to Plaintiff Humana Inc.'s Omnibus Motions *in Limine*.

1.    I am an attorney licensed to practice law in the Second Circuit of the United

States Court of Appeals, Northern District of California, District Court of Connecticut, District

Court of New Jersey, Southern District of New York, and Eastern District of Pennsylvania.  I am

a partner of the law firm Kasowitz LLP, and counsel of record for Defendants Actavis Elizabeth,

LLC, Actavis Holdco U.S., Inc., Actavis Pharma, Inc., and Teva Pharmaceuticals USA, Inc.

2.    Attached as Exhibit 1 is a true and correct copy of Taro's Deferred Prosecution

Agreement, ECF No. 2, *United States of America v. Taro Pharmaceuticals U.S.A., Inc.*, No. 20-

cr-213 (E.D. Pa. July 23, 2020).

3.    Attached as Exhibit 2 is a true and correct copy of Apotex's Deferred Prosecution

Agreement, ECF No. 2, *United States of America v. Apotex Corp.*, No. 20-cr-169 (E.D. Pa. May

7, 2020).

---

[1] As of August 12, 2026, the defendants proceeding to trial are Actavis Elizabeth LLC, Actavis Holdco U.S., Inc., and Actavis Pharma, Inc. (collectively, "Actavis"), Lannett Company, Inc., Mylan Pharmaceuticals, Inc., Mylan Inc., Mylan, N.V., and UDL Laboratories, Inc. (collectively, "Mylan"), Impax Laboratories, LLC, and Teva Pharmaceuticals USA, Inc.

4.      Attached as <u>Exhibit 3</u> is a true and correct copy of certain excerpts from the transcript of the September 24, 2025 deposition of Bethanie Stein.

5.      Attached as <u>Exhibit 4</u> is a true and correct copy of certain excerpts from the transcript of the September 26, 2025 deposition of Mark McCullough.

6.      Attached as <u>Exhibit 5</u> is a true and correct copy of the Expert Report of Professor William B. Vogt, Ph.D., dated November 7, 2025.

7.      Attached as <u>Exhibit 6</u> is a true and correct copy of certain excerpts from the transcript of the October 30, 2025 deposition of William Fleming.

8.      Attached as <u>Exhibit 7</u> is a true and correct copy of HUM-GEN-MDL-000991239.

9.      Attached as <u>Exhibit 8</u> is a true and correct copy of certain excerpts from the transcript of the September 30, 2025 deposition of Keith Dostal.

10.      Attached as <u>Exhibit 9</u> is a true and correct copy of certain excerpts from the transcript of the September 17, 2025 deposition of Daniel Brais.

11.      Attached as <u>Exhibit 10</u> is a true and correct copy of the Expert Report of Professor Richard J. Gilbert, Ph.D., dated January 9, 2026.

12.      Attached as <u>Exhibit 11</u> is a true and correct copy of the Expert Report of Dr. Mathis Wagner, Ph.D., dated January 9, 2026.

13.      Attached as <u>Exhibit 12</u> is a true and correct copy of the Expert Report of Lauren J. Stiroh, Ph.D., dated January 9, 2026.

14.      Attached as <u>Exhibit 13</u> is a true and correct copy of the Declaration of Todd Engle, dated March 24, 2026.

15.      Attached as <u>Exhibit 14</u> is a true and correct copy of the Supplemental Expert Report of Amitabh Chandra, Ph.D., dated March 26, 2026.

2

16.	Attached as <u>Exhibit 15</u> is a true and correct copy of the Rebuttal Expert Report of Professor William B. Vogt, Ph.D., dated February 27, 2026.

17.	Attached as <u>Exhibit 16</u> is a true and correct copy of correspondence from J. Bank to R. Girnys, dated July 31, 2025.

18.	Attached as <u>Exhibit 17</u> is a true and correct copy of certain excerpts from the transcript of the October 23, 2025 deposition of Ara Aprahamian.

19.	Attached as <u>Exhibit 18</u> is a true and correct copy of certain excerpts from Humana's Objections to Defendants' Deposition Designations.

20.	Attached as <u>Exhibit 19</u> is a true and correct copy of Sandoz's Deferred Prosecution Agreement, ECF No. 2, *United States of America v. Sandoz Inc.*, No. 20-cr-111 (E.D. Pa. Mar. 2, 2020).

21.	Attached as <u>Exhibit 20</u> is a true and correct copy of the Expert Report of Pierre-Yve Cremieux, Ph.D., dated January 19, 2026.

22.	Attached as <u>Exhibit 21</u> is a true and correct copy of Heritage Pharmaceuticals Inc.'s Responses and Objections to Plaintiff Humana Inc.'s First Set of Interrogatories, dated October 10, 2025.

23.	Attached as <u>Exhibit 22</u> is a true and correct copy of the August 5, 2026 email from A. Castillo to K. McCarthy, et al.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  August 12, 2026

Respectfully submitted,

By: */s/ Seth A. Moskowitz*
Seth A. Moskowitz
KASOWITZ LLP
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Fax: (212) 506-1800
smoskowitz@kasowitz.com

*Counsel for Defendants Actavis Elizabeth, LLC,
Actavis Holdco U.S., Inc., Actavis Pharma, Inc.,
and Teva Pharmaceuticals USA, Inc.*