**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL NO. 2724**<br>**16-MD-2724**<br>**HON. CYNTHIA M. RUFE** |
| **THIS DOCUMENT RELATES TO:**<br>***Humana Inc. v. Actavis Elizabeth, LLC, et al.*** | **18-cv-3299** |

# ORDER

**AND NOW,** this 13th day of August 2026, upon careful consideration of Defendants' Motions to Exclude the Opinions and Testimony of Richard G. Frank; the responses and replies thereto; the after oral argument held on June 4, 2026; Humana's Omnibus Motion in Limine No. 20 and Defendants' Joint Omnibus Motion in Limine G, and the responses thereto; and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. Defendants' motion to partially exclude the opinions of Richard G. Frank [18-cv-3299, Doc. No. 439; 16-md-2724, Doc. No. 4172] is **GRANTED in part** as to paragraphs 22–28, 30–31, 33, 37–39, 41–43, 50–51, and 53–63 of Dr. Frank's report and related testimony. The motion to exclude is **DENIED** in all other respects.
2. Humana's Omnibus Motion in Limine Motion No. 20 to preclude evidence and argument that the federal government paid for or funded Humana's Medicare Part D prescription drugs purchases is **GRANTED**.
3. Defendants' Joint Omnibus Motion in Limine Motion G to preclude Humana from presenting incorrect, misleading, or inflammatory information about

damages, including requests to preclude suggestion that Humana is required to report litigation recoveries to CMS or that the federal government may receive a portion of any such recoveries, to preclude suggestion that federal law and regulations give Humana the right or obligation to recover damages, and to preclude suggestion that trial defendants would obtain a windfall if Medicare payments are deducted from indirect volume of commerce, is **GRANTED**.

4. The parties are **PRECLUDED** from presenting to the jury any evidence or argument related to Medicare Part D payments to Humana. If appropriate, the Court will determine whether, and how, to revise a damages award on account of Part D subsidies in a post-verdict hearing.

It is so **ORDERED**.

**BY THE COURT**:

**/s/ Cynthia M. Rufe, J.**

**CYNTHIA M. RUFE, J.**