**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL 2724**<br>**16-MD-2724** |
| **THIS DOCUMENT RELATES TO:** | **HON. CYNTHIA M. RUFE** |
| ***United HealthCare Services, Inc. v. Actavis Holdco U.S., Inc., et al.*** | **19-cv-629** |
| ***United HealthCare Services, Inc. v. Teva Pharms. USA, Inc., et al.*** | **19-cv-5042** |
| ***United HealthCare Services, Inc. v. Sandoz, Inc., et al.*** | **20-cv-6557** |

**PRETRIAL ORDER NO. 344**
**(REFERRAL OF MOTION TO COMPEL IN *UNITED HEALTHCARE* CASES)**

**AND NOW**, this 18th day of August 2026, in the above-referenced cases, it is hereby **ORDERED** that Defendants' Motion to Compel Discovery from Plaintiff United Healthcare Services, Inc. [MDL Doc. No. 4803] is **REFERRED** to Special Discovery Master Morgan S. Birch for a Report and Recommendation. Counsel are directed to provide electronic courtesy copies of all filings to Special Master Birch.

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

**HON. CYNTHIA M. RUFE, J.**