**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL 2724**<br>**16-MD-2724** |
| | **HON. CYNTHIA M. RUFE** |
| **THIS DOCUMENT RELATES TO:**<br>***Humana Inc. v. Actavis Elizabeth, LLC et al.*** | **18-cv-3299** |

**PRETRIAL ORDER NO. 345**
**(REFERRAL OF HUMANA'S MOTION TO COMPEL MYLAN TO PRODUCE JAMES NESTA TO TESTIFY AT TRIAL)**

**AND NOW**, this 18th day of August 2026, in the *Humana I* bellwether, it is hereby **ORDERED** that Humana's Motion to Compel Mylan to Produce James Nesta to Testify at Trial [*see* 16-md-2724, Doc. No. 4875; 18-cv-3299, Doc. No. 868] is **REFERRED** to Special Discovery Master Morgan S. Birch for a Report and Recommendation. This R&R will be expedited, with Special Master Birch to exercise discretion in arranging a schedule that ensures resolution of this dispute in advance of the September 15, 2026 trial date in *Humana I*. Counsel are directed to provide electronic courtesy copies of all filings to Special Master Birch.

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

**HON. CYNTHIA M. RUFE, J.**