IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL NO. 2724**<br><br>**16-MD-2724** |
| **THIS DOCUMENT RELATES TO:**<br><br>***Humana Inc. v. Actavis Elizabeth LLC, et al.*** | **HON. CYNTHIA M. RUFE**<br><br>**18-CV-03299** |

**ORDER**

AND NOW, this 19th day of August, 2026, after considering Defendants' Joint Motion for Partial Summary Judgment on Damages and supporting memoranda of law [18-cv-3299, Doc. Nos. 455, 645 and 768] and Plaintiff Humana's memorandum of law in opposition [18-cv-3299, Doc. No. 593], and for the reasons set forth in the accompanying memorandum opinion, Defendants' joint motion for partial summary judgment on damages is DENIED.

**BY THE COURT:**

**/s/ Hon. Cynthia M. Rufe**

**HON. CYNTHIA M. RUFE, J.**