**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL NO. 2724**<br>**16-MD-2724**<br><br>**HON. CYNTHIA M. RUFE** |
| **THIS DOCUMENT RELATES TO:**<br><br>***Humana Inc. v. Actavis Elizabeth, LLC, et al.*** | **No. 18-cv-3299** |

**ORDER**

**AND NOW,** this 26th day of August 2026, upon consideration of Defendants' Joint Motion for Summary Judgment on Humana's Overarching Conspiracy Claim, Causation, and Injunctive Relief Claims [MDL Doc. No. 4185; 18cv3299 Doc. No. 451], Mylan's Motion for Summary Judgment [MDL Doc. No. 4198; 18cv3299 Doc. No. 466], and Lannett's Motion for Summary Judgment [MDL Doc. No. 4178; 18cv3299 Doc. No. 442], and the responses thereto, and after oral argument on the Joint Motion, it is hereby **ORDERED** as follows:

1. The Joint Motion for Summary Judgment on Humana's Overarching Conspiracy Claim, Causation, and Injunctive Relief Claims [MDL Doc. No. 4185; 18cv3299 Doc. No. 451] is **DENIED**.
2. Mylan's Motion for Summary Judgment [MDL Doc. No. 4198; 18cv3299 Doc. No. 466] is **DENIED**.
3. Lannett's Motion for Summary Judgment [MDL Doc. No. 4178; 18cv3299 Doc. No. 442] is **DENIED**.
4. Lannett's Motion to Dismiss [18cv3299 Doc. No. 67] is **DENIED**.

It is so **ORDERED.**

**BY THE COURT:**
**/s/ Cynthia M. Rufe**

**CYNTHIA M. RUFE, J.**