**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL NO. 2724**<br>**16-MD-2724**<br><br>**HON. CYNTHIA M. RUFE** |
| **THIS DOCUMENT RELATES TO:**<br><br>***Humana Inc. v. Actavis Elizabeth LLC, et al.*** | **18-CV-3299** |

# ORDER

**AND NOW,** this 27th day of August 2026, upon consideration of Defendants' Emergency Motion for a Protective Order [MDL Doc. No. 4954; 18cv3299 Doc. No. 935], it is hereby **ORDERED** that Plaintiff Humana **SHALL** file a response to the Motion on or before **September 1, 2026**.

It is so **ORDERED.**

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

**CYNTHIA M. RUFE, J.**