**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL NO. 2724**<br>**16-MD-2724**<br>**HON. CYNTHIA M. RUFE** |
| **THIS DOCUMENT RELATES TO:**<br><br>***Humana Inc. v. Actavis Elizabeth, LLC, et al.*** | <br><br>**18-cv-3299** |

**ORDER**

In the above-captioned *Humana I* bellwether case, for which trial has been scheduled to begin on September 15, 2026, Mylan Defendants move to continue the September 2, 2026 pre-trial conference and stay proceedings. The Court will grant a temporary stay to permit the parties to clarify issues raised in Mylan Defendants' motion. This stay is temporary and will extend no longer than 45 days.

**AND NOW**, this 2nd day of September 2026, upon consideration of Mylan Defendants' Motion for a Continuance of the Pre-Trial Conference and Stay of Proceedings (the "Motion"), it is hereby **ORDERED** as follows:

1. The Motion [18-cv-3299, Doc. No. 960; 16-md-2724, Doc. No. 4985] is **GRANTED**.

2. The pre-trial conference scheduled to take place on September 2, 2026, at 11:00 a.m. is **CONTINUED**.

3. As of this Order's entry, proceedings in the above captioned *Humana I* bellwether (18-cv-3299), including all outstanding *Humana I* pre-trial deadlines, are **STAYED** up to a period of forty-five (45) days, or until such other time as the Court determines.

4. By operation of this Order, the September 15, 2026 trial in this matter is hereby **CONTINUED** and will be rescheduled.

It is so **ORDERED**.

**BY THE COURT**:

**/s/ Cynthia M. Rufe**

**HON. CYNTHIA M. RUFE, J.**