**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL NO. 2724**<br>**16-MD-2724**<br><br>**HON. CYNTHIA M. RUFE** |
| **THIS DOCUMENT RELATES TO:**<br><br>***Humana Inc. v. Actavis Elizabeth, LLC, et al.*** | **No. 18-cv-3299** |

**MEMORANDUM OPINION ON DEFENDANTS' JOINT SUMMARY JUDGMENT MOTION TO DISMISS STATE LAW CLAIMS**

**Rufe, J.** **September 14, 2026**

**ORDER**

**AND NOW**, this 14th day of September 2016, Defendants Joint Motion for Summary Judgment on State Claims[1] is **GRANTED** in part and **DENIED** in part as follows:

1. The motion to dismiss Humana's claims under the consumer protection laws of Nevada, the District of Columbia, Michigan, Oregon, Missouri, Massachusetts, and Minnesota is **GRANTED** because those laws do not regulate harm to businesses.

[1] [18-cv-3299, Doc. 440.]

2. The motion to dismiss Humana's claims for restitution for unjust enrichment is **GRANTED.**

3. The motion to dismiss Humana's state law consumer protection claims as to Arkansas, New Mexico and Rhode Island is **GRANTED** because those states' laws do not extend to anti-competitive conduct.

4. The motion to dismiss Humana's claims under the antitrust laws of the District of Columbia and Nebraska is **GRANTED** because those laws do not regulate interstate conspiracies.

5. All remaining motions in the joint motion to dismiss are **DENIED.**

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

**CYNTHIA M. RUFE, J.**