**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL NO. 2724**<br>**16-MD-2724**<br><br>**HON. CYNTHIA M. RUFE** |
| **THIS DOCUMENT RELATES TO:**<br><br>***Humana Inc. v. Actavis Elizabeth, LLC, et al.*** | **No. 18-cv-3299** |

**Rufe, J.** **September 16, 2026**

**ORDER**

**AND NOW,** this 16th day of September 2026, in consideration of Mylan's Motion for Leave to Serve Discovery Requests,[1] the motion is granted to the following extent:

1. Mylan will be permitted to serve its requests for production of documents and answers to interrogatories directed to Special Master Lawrence F. Stengel, with the following exceptions:

    a. Document Request 6 need be answered only so far as it seeks redacted documents or documents not subject to seal.

    b. Special Master Stengel will not be required to answer Document Requests 4 and 7.

2. Special Master Stengel must submit the answers to the discovery requests, as well as any objections to requested discovery allowed by the Federal Rules

[1] [18-cv-3922, Doc. No.976].

of Civil Procedure, to counsel for Mylan and Humana no later than September 28, 2026.

3. Mylan may share the responses with co-defendant Lannett's counsel and as well as with lead MDL defendants' counsel. Humana shall share them with Roberta D. Liebenberg, lead counsel for EPPs, Diane M. Nast, lead counsel for the DPPs, William Blechman, lead counsel for the DAPs, and Christian Hudson, lead counsel for the IRPs.

4. The Court will also permit all MDL Plaintiffs' lead counsel and Humana's counsel to file motions for leave to conduct discovery no later than October 5, 2026, by 5:00 p.m.

5. This order is entered without prejudice to Mylan's seeking leave for further discovery following its receipt of the documents and answers from Special Master Stengel. Any motion by any party for leave to request further discovery or further relief, shall be filed no later than 5:00 p.m. on October 5, 2026.

It is so **ORDERED**.

**BY THE COURT:**

**/s/ Hon. Cynthia M. Rufe**

**HON. CYNTHIA M. RUFE, J.**