**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL NO. 2724**<br><br>**16-MD-2724** |
| **THIS DOCUMENT RELATES TO:**<br><br>***Humana Inc. v. Actavis Elizabeth LLC, et al.*** | **HON. CYNTHIA M. RUFE**<br><br>**18-CV-03299** |

**ORDER**

AND NOW, this 28th day of September, 2026, after considering Defendants' Joint Motion for Partial Summary Judgment on Statute of Limitations and Laches Grounds and supporting memoranda of law [18-cv-3299, Doc. Nos. 452, 476, 649 and 751] and Plaintiff Humana's response and supplemental memorandum of law [18-cv-3299, Doc. Nos. 649 and 751] for the reasons set forth in the accompanying memorandum opinion, Defendants' motion for partial summary judgment as to Counts 67 and 68 of the Second Amended Complaint [18-cv-3299, Doc. 110] is DENIED.

**BY THE COURT:**

**/s/ Hon. Cynthia M. Rufe**

**HON. CYNTHIA M. RUFE, J.**