**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL NO. 2724**<br>**16-MD-2724** |
| **THIS DOCUMENT RELATES TO:**<br><br>***ALL ACTIONS*** | **HON. CYNTHIA M. RUFE** |

**AMENDED JOINT PROPOSED AGENDA FOR
OCOTBER 8, 2026 GENERAL STATUS CONFERENCE**

Pursuant to Pretrial Order No. 347 [No. 16-md-2724, Doc. 4991], Liaison Counsel hereby submit this amended joint proposed agenda of items to be brought before the Court at the General Status Conference scheduled for Thursday, October 8, 2026 at 1:30 pm:

1. Status of Bellwether Cases (*Humana I*, IRP *Pravastatin*, *Kroger*, *Cigna*, and *CVS*)

Dated: October 2, 2026

Respectfully submitted:

*/s/ Dianne M. Nast*
Dianne M. Nast
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, PA 19107
215-923-9300
dnast@nastlaw.com

**Liaison and Lead Counsel for the Direct Purchaser Plaintiffs**

*/s/ Chul Pak*
Chul Pak
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Fl.
New York, NY 10019
Tel: (212) 999-5800
Fax: (212) 999-5899
cpak@wsgr.com

*/s/ Roberta D. Liebenberg*
Roberta D. Liebenberg
Paul Costa
FINE, KAPLAN AND BLACK, R.P.C.
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
215-567-6565

*/s/ Sheron Korpus*
Sheron Korpus
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
Tel: (212) 506-1700
Fax: (212) 506-1800

rliebenberg@finekaplan.com
pcosta@finekaplan.com

**Liaison and Lead Counsel for the End-Payer Plaintiffs**

*/s/ William J. Blechman*
William J. Blechman
SPERLING KENNY NACHWALTER LLC
1441 Brickell Avenue
Suite 1100
Miami, FL 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
wjb@sperlingkenny.com

**Liaison Counsel for Direct Action Plaintiffs and Counsel for the Kroger Direct Action Plaintiffs**

*/s/ Christian Hudson*
Christian Hudson
CUNEO GILBERT FLANNERY & LADUCA, LLP
222 Livingston Street, Unit 2
Brooklyn, NY 11201
Tel: (202) 789-3960
Fax: (202) 789-1819
christian@cuneolaw.com

**Lead Counsel for the Indirect Reseller Plaintiffs**

skorpus@kasowitz.com

*/s/ Devora W. Allon*
Devora W. Allon
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-5967
Fax: (212) 446-6460
devora.allon@kirkland.com

*/s/ Alison Tanchyk*
Alison Tanchyk
MORGAN, LEWIS & BOCKIUS, LLP
600 Brickell Ave., Suite 1600
Miami, FL 33133
Tel: (305) 415-3444
Fax: (215) 963-5001
alison.tanchyk@morganlewis.com

**Defendants' Liaison Counsel**