**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | **MDL NO. 2724**<br>**16-MD-2724** |
| **THIS DOCUMENT RELATES TO:**<br>***Humana Inc. v. Actavis Elizabeth, LLC, et al.*** | **NO. 18-CV-3299** |

**ORDER**

**AND NOW,** this 23rd day of October 2026, upon consideration of Plaintiff Humana's Motion for Leave to Serve Discovery, the Memorandum of Law, the accompanying Declaration and Exhibits [MDL Doc. No. 5060], and Mylan Defendants' Response thereto [MDL Doc. No. 5062], it is hereby **ORDERED** that the Motion [MDL Doc. No. 5060] is **GRANTED** in part and **DENIED** in part as follows:

1. The stay imposed by the Court on September 2, 2026 [MDL Doc. No. 4989], which expired on October 22, 2026, will **not be renewed or extended**. Discovery on the issues raised by this Motion and related requests and motions will proceed simultaneously with the remaining pretrial matters in the above-captioned *Humana I* bellwether case. A new trial date for the *Humana I* bellwether will be scheduled after conferring with counsel for the remaining parties.

2. Humana may serve its subpoenas on Morgan Lewis & Bockus LLP ("Morgan Lewis"), Kasowitz LLP ("Kasowitz"), and Wilson Sonsini Goodrich & Rosati ("Wilson Sonsini")[1] via electronic means;
3. Morgan Lewis, Kasowitz, and Wilson Sonsini shall produce all responsive material and any privilege logs, as well as any objections to requested discovery allowed by the Federal Rules of Civil Procedure, no later than **10 days** after service of the subpoenas; and
4. Humana may seek a deposition, to take place at the United States Courthouse in Philadelphia, of Matthew Maletta. The Court declines to serve as a discovery referee at the deposition. The parties shall meet and confer to select an appropriate discovery referee to supervise the deposition and report their selection to the Court on or before **October 28, 2026**. Humana shall not serve a notice of deposition on Matthew Maletta until the parties have selected, and the Court has approved, a discovery referee to supervise the deposition.

It is so **ORDERED.**

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

**CYNTHIA M. RUFE, J.**

[1] Wilson Sonsini and Defendant Mylan do not oppose Humana's motion seeking leave to serve subpoenas on Wilson Sonsini. Mylan Defs.' Resp. Pl. Humana Inc.'s Mot. Leave Serve Disc. 3 [MDL Doc. No. 5062]. Morgan Lewis and Kasowitz have not yet responded to Humana's motion.